dust, biogenic precursors) as well as precipitation scavenging, but no confidence level is attached to the overall impact of climate change on PM$_{2.5}$ distributions. {11.3.5, 11.3.5.2; Box 14.2}

### TS.5.5 Long-term Climate Change

#### TS.5.5.1 Projected Long-term Changes in Global Temperature

Global mean temperatures will continue to rise over the 21st century under all of the RCPs. From around the mid-21st century, the rate of global warming begins to be more strongly dependent on the scenario (Figure TS.15). {12.4.1}

Under the assumptions of the concentration-driven RCPs, GMSTs for 2081–2100, relative to 1986–2005 will *likely* be in the 5 to 95% range of the CMIP5 models; 0.3°C to 1.7°C (RCP2.6), 1.1 to 2.6°C (RCP4.5), 1.4°C to 3.1°C (RCP6.0), 2.6°C to 4.8°C (RCP8.5) (see Table TS.1). With *high confidence*, the 5 to 95% range of CMIP5 is assessed as *likely* rather than *very likely* based on the assessment of TCR (see TFE.6).

The 5 to 95% range of CMIP5 for global mean temperature change is also assessed as *likely* for mid-21st century, but only with *medium confidence*. With respect to 1850–1900 mean conditions, global temperatures averaged in the period 2081–2100 are projected to *likely* exceed 1.5°C above 1850–1900 values for RCP4.5, RCP6.0 and RCP8.5 (*high confidence*) and are *likely* to exceed 2°C above 1850–1900 values for RCP6.0 and RCP8.5 (*high confidence*). Temperature change above 2°C relative to 1850–1900 under RCP2.6 is *unlikely* (*medium confidence*). Warming above 4°C by 2081–2100 is *unlikely* in all RCPs (*high confidence*) except for RCP8.5, where it is *about as likely as not* (*medium confidence*). {12.4.1; Tables 12.2, 12.3}

#### TS.5.5.2 Projected Long-term Changes in Regional Temperature

There is *very high confidence* that globally averaged changes over land will exceed changes over the ocean at the end of the 21st century by a factor that is *likely* in the range 1.4 to 1.7. In the absence of a strong reduction in the Atlantic Meridional Overturning, the Arctic region is projected to warm most (*very high confidence*) (Figure TS.15). As



**Figure TS.15 |** (Top left) Total global mean radiative forcing for the four RCP scenarios based on the Model for the Assessment of Greenhouse-gas Induced Climate Change (MAGICC) energy balance model. Note that the actual forcing simulated by the CMIP5 models differs slightly between models. (Bottom left) Time series of global annual mean surface air temperature anomalies (relative to 1986–2005) from CMIP5 concentration-driven experiments. Projections are shown for each RCP for the multi-model mean (solid lines) and ±1.64 standard deviation (5 to 95%) across the distribution of individual models (shading), based on annual means. The 1.64 standard deviation range based on the 20 yr averages 2081–2100, relative to 1986–2005, are interpreted as *likely* changes for the end of the 21st century. Discontinuities at 2100 are due to different numbers of models performing the extension runs beyond the 21st century and have no physical meaning. Numbers in the same colours as the lines indicate the number of different models contributing to the different time periods. Maps: Multi-model ensemble average of annual mean surface air temperature change (compared to 1986–2005 base period) for 2016–2035 and 2081–2100, for RCP2.6, 4.5, 6.0 and 8.5. Hatching indicates regions where the multi-model mean signal is less than one standard deviation of internal variability. Stippling indicates regions where the multi-model mean signal is greater than two standard deviations of internal variability and where 90% of the models agree on the sign of change. The number of CMIP5 models used is indicated in the upper right corner of each panel. Further detail regarding the related Figures SPM.7a and SPM.8.a is given in the TS Supplementary Material. {Box 12.1; Figures 12.4, 12.5, 12.11; Annex I}

BLM_0150603

**Technical Summary**

**TS**

Table TS.1 | Projected change in global mean surface air temperature and global mean sea level rise for the mid- and late 21st century relative to the reference period of 1986–2005. {12.4.1; Tables 12.2,13.5}

| | | 2046–2065 | | 2081–2100 | |
|---|---|---|---|---|---|
| | Scenario | Mean | *Likely* range[c] | Mean | *Likely* range[c] |
| **Global Mean Surface Temperature Change (°C)[a]** | RCP2.6 | 1.0 | 0.4 to 1.6 | 1.0 | 0.3 to 1.7 |
| | RCP4.5 | 1.4 | 0.9 to 2.0 | 1.8 | 1.1 to 2.6 |
| | RCP6.0 | 1.3 | 0.8 to 1.8 | 2.2 | 1.4 to 3.1 |
| | RCP8.5 | 2.0 | 1.4 to 2.6 | 3.7 | 2.6 to 4.8 |
| | Scenario | Mean | *Likely* range[d] | Mean | *Likely* range[d] |
| **Global Mean Sea Level Rise (m)[b]** | RCP2.6 | 0.24 | 0.17 to 0.32 | 0.40 | 0.26 to 0.55 |
| | RCP4.5 | 0.26 | 0.19 to 0.33 | 0.47 | 0.32 to 0.63 |
| | RCP6.0 | 0.25 | 0.18 to 0.32 | 0.48 | 0.33 to 0.63 |
| | RCP8.5 | 0.30 | 0.22 to 0.38 | 0.63 | 0.45 to 0.82 |

Notes:

[a] Based on the CMIP5 ensemble; anomalies calculated with respect to 1986–2005. Using HadCRUT4 and its uncertainty estimate (5–95% confidence interval), the observed warming to the reference period 1986–2005 is 0.61 [0.55 to 0.67] °C from 1850–1900, and 0.11 [0.09 to 0.13] °C from 1980–1999, the reference period for projections used in AR4. *Likely* ranges have not been assessed here with respect to earlier reference periods because methods are not generally available in the literature for combining the uncertainties in models and observations. Adding projected and observed changes does not account for potential effects of model biases compared to observations, and for natural internal variability during the observational reference period. {2.4; 11.2; Tables 12.2 and 12.3}

[b] Based on 21 CMIP5 models; anomalies calculated with respect to 1986–2005. Where CMIP5 results were not available for a particular AOGCM and scenario, they were estimated as explained in Chapter 13, Table 13.5. The contributions from ice sheet rapid dynamical change and anthropogenic land water storage are treated as having uniform probability distributions, and as largely independent of scenario. This treatment does not imply that the contributions concerned will not depend on the scenario followed, only that the current state of knowledge does not permit a quantitative assessment of the dependence. Based on current understanding, only the collapse of marine-based sectors of the Antarctic ice sheet, if initiated, could cause global mean sea level to rise substantially above the *likely* range during the 21st century. There is *medium confidence* that this additional contribution would not exceed several tenths of a metre of sea level rise during the 21st century.

[c] Calculated from projections as 5–95% model ranges. These ranges are then assessed to be *likely* ranges after accounting for additional uncertainties or different levels of confidence in models. For projections of global mean surface temperature change in 2046–2065 *confidence* is *medium*, because the relative importance of natural internal variability, and uncertainty in non-greenhouse gas forcing and response, are larger than for 2081–2100. The *likely* ranges for 2046–2065 do not take into account the possible influence of factors that lead to the assessed range for near-term (2016–2035) global mean surface temperature change that is lower than the 5–95% model range, because the influence of these factors on longer term projections has not been quantified due to insufficient scientific understanding. {11.3}

[d] Calculated from projections as 5–95% model ranges. These ranges are then assessed to be *likely* ranges after accounting for additional uncertainties or different levels of confidence in models. For projections of global mean sea level rise *confidence* is *medium* for both time horizons.

GMST rises, the pattern of atmospheric zonal mean temperatures show warming throughout the troposphere and cooling in the stratosphere, consistent with previous assessments. The consistency is especially clear in the tropical upper troposphere and the northern high latitudes. {12.4.3; Box 5.1}

It is *virtually certain* that, in most places, there will be more hot and fewer cold temperature extremes as global mean temperatures increase. These changes are expected for events defined as extremes on both daily and seasonal time scales. Increases in the frequency, duration and magnitude of hot extremes along with heat stress are expected; however, occasional cold winter extremes will continue to occur. Twenty-year return values of low-temperature events are projected to increase at a rate greater than winter mean temperatures in most regions, with the largest changes in the return values of low temperatures at high latitudes. Twenty-year return values for high-temperature events are projected to increase at a rate similar to or greater than the rate of increase of summer mean temperatures in most regions. Under RCP8.5 it is *likely* that, in most land regions, a current 20-year high-temperature event will occur more frequently by the end of the 21st century (at least doubling its frequency, but in many regions becoming an annual or 2-year event) and a current 20-year low-temperature event will become exceedingly rare (See also TFE.9). {12.4.3}

Models simulate a decrease in cloud amount in the future over most of the tropics and mid-latitudes, due mostly to reductions in low clouds. Changes in marine boundary layer clouds are most uncertain. Increases in cloud fraction and cloud optical depth and therefore cloud reflection are simulated in high latitudes, poleward of 50°. {12.4.3}

### TS.5.5.3   Projected Long-term Changes in Atmospheric Circulation

Mean sea level pressure is projected to decrease in high latitudes and increase in the mid-latitudes as global temperatures rise. In the tropics, the Hadley and Walker Circulations are *likely* to slow down. Poleward shifts in the mid-latitude jets of about 1 to 2 degrees latitude are *likely* at the end of the 21st century under RCP8.5 in both hemispheres (*medium confidence*), with weaker shifts in the NH. In austral summer, the additional influence of stratospheric ozone recovery in the SH opposes changes due to GHGs there, though the net response varies strongly across models and scenarios. Substantial uncertainty and thus *low confidence* remains in projecting changes in NH storm tracks, especially for the North Atlantic basin. The Hadley Cell is *likely* to widen, which translates to broader tropical regions and a poleward encroachment of subtropical dry zones. In the stratosphere, the Brewer–Dobson circulation is *likely* to strengthen. {12.4.4}

90

BLM_0150604

### TS.5.5.4   Projected Long-term Changes in the Water Cycle

On the planetary scale, relative humidity is projected to remain roughly constant, but specific humidity to increase in a warming climate. The projected differential warming of land and ocean promotes changes in atmospheric moistening that lead to small decreases in near-surface relative humidity over most land areas with the notable exception of parts of tropical Africa (*medium confidence*) (see TFE.1, Figure 1). {12.4.5}

It is *virtually certain* that, in the long term, global precipitation will increase with increased GMST. Global mean precipitation will increase at a rate per °C smaller than that of atmospheric water vapour. It will *likely* increase by 1 to 3% °C⁻¹ for scenarios other than RCP2.6. For RCP2.6 the range of sensitivities in the CMIP5 models is 0.5 to 4% °C⁻¹ at the end of the 21st century. {7.6.2, 7.6.3, 12.4.1}

Changes in average precipitation in a warmer world will exhibit substantial spatial variation under RCP8.5. Some regions will experience increases, other regions will experience decreases and yet others will not experience significant changes at all (see Figure TS.16). There is *high confidence* that the contrast of annual mean precipitation between dry and wet regions and that the contrast between wet and dry seasons will increase over most of the globe as temperatures increase. The general pattern of change indicates that high latitudes are *very likely* to experience greater amounts of precipitation due to the increased specific humidity of the warmer troposphere as well as increased transport of water vapour from the tropics by the end of this century under the RCP8.5 scenario. Many mid-latitude and subtropical arid and semi-arid regions will *likely* experience less precipitation and many moist mid-latitude regions will *likely* experience more precipitation by the end of this century under the RCP8.5 scenario. Maps of precipitation change for the four RCP scenarios are shown in Figure TS.16. {12.4.2, 12.4.5}

Globally, for short-duration precipitation events, a shift to more intense individual storms and fewer weak storms is *likely* as temperatures increase. Over most of the mid-latitude land masses and over wet tropical regions, extreme precipitation events will *very likely* be more intense and more frequent in a warmer world. The global average sensitivity of the 20-year return value of the annual maximum daily precipitation ranges from 4% °C⁻¹ of local temperature increase (average of CMIP3 models) to 5.3% °C⁻¹ of local temperature increase (average of CMIP5 models), but regionally there are wide variations. {12.4.2, 12.4.5}

Annual surface evaporation is projected to increase as global temperatures rise over most of the ocean and is projected to change over land following a similar pattern as precipitation. Decreases in annual runoff are *likely* in parts of southern Europe, the Middle East and southern Africa by the end of this century under the RCP8.5 scenario. Increases in annual runoff are *likely* in the high northern latitudes corresponding to large increases in winter and spring precipitation by the end of the 21st century under the RCP8.5 scenario. Regional to global-scale projected decreases in soil moisture and increased risk of agricultural drought are *likely* in presently dry regions and are projected with *medium confidence* by the end of this century under the RCP8.5 scenario. Prominent



**Figure TS.16** | Maps of multi-model results for the scenarios RCP2.6, RCP4.5, RCP6.0 and RCP8.5 in 2081–2100 of average percent change in mean precipitation. Changes are shown relative to 1986–2005. The number of CMIP5 models to calculate the multi-model mean is indicated in the upper right corner of each panel. Hatching indicates regions where the multi- model mean signal is less than 1 standard deviation of internal variability. Stippling indicates regions where the multi- model mean signal is greater than 2 standard deviations of internal variability and where 90% of models agree on the sign of change (see Box 12.1). Further detail regarding the related Figure SPM.8b is given in the TS Supplementary Material. {Figure 12.22; Annex I}

BLM_0150605

**Technical Summary**

areas of projected decreases in evaporation include southern Africa and northwestern Africa along the Mediterranean. Soil moisture drying in the Mediterranean and southern African regions is consistent with projected changes in Hadley Circulation and increased surface temperatures, so surface drying in these regions as global temperatures increase is *likely* with *high confidence* by the end of this century under the RCP8.5 scenario. In regions where surface moistening is projected, changes are generally smaller than natural variability on the 20-year time scale. A summary of the projected changes in the water cycle from the CMIP5 models is shown in TFE.1, Figure 1. {12.4.5; Box 12.1}

### TS.5.5.5   Projected Long-term Changes in the Cryosphere

It is *very likely* that the Arctic sea ice cover will continue shrinking and thinning year-round in the course of the 21st century as GMST rises. At the same time, in the Antarctic, a decrease in sea ice extent and volume is expected, but with *low confidence*. The CMIP5 multi-model projections give average reductions in Arctic sea ice extent for 2081–2100 compared to 1986–2005 ranging from 8% for RCP2.6 to 34% for RCP8.5 in February and from 43% for RCP2.6 to 94% for RCP8.5 in September (*medium confidence*) (Figure TS.17). A nearly ice-free Arctic Ocean (sea ice extent less than $10^6$ km² for at least five consecutive years) in September before mid-century is *likely* under RCP8.5 (*medium confidence*), based on an assessment of a subset of models that most closely reproduce the climatological mean state and 1979–2012 trend of the Arctic sea ice cover. Some climate projections exhibit 5- to 10-year periods of sharp summer Arctic sea ice decline—even steeper

than observed over the last decade—and it is *likely* that such instances of rapid ice loss will occur in the future. There is little evidence in global climate models of a tipping point (or critical threshold) in the transition from a perennially ice-covered to a seasonally ice-free Arctic Ocean beyond which further sea ice loss is unstoppable and irreversible. In the Antarctic, the CMIP5 multi-model mean projects a decrease in sea ice extent that ranges from 16% for RCP2.6 to 67% for RCP8.5 in February and from 8% for RCP2.6 to 30% for RCP8.5 in September for 2081–2100 compared to 1986–2005. There is, however, *low confidence* in those projections because of the wide inter-model spread and the inability of almost all of the available models to reproduce the overall increase of the Antarctic sea ice areal coverage observed during the satellite era. {12.4.6, 12.5.5}

It is *very likely* that NH snow cover will reduce as global temperatures rise over the coming century. A retreat of permafrost extent with rising global temperatures is *virtually certain*. Snow cover changes result from precipitation and ablation changes, which are sometimes opposite. Projections of the NH spring snow covered area by the end of the 21st century vary between a decrease of 7 [3 to 10] % (RCP2.6) and 25 [18 to 32] % (RCP8.5) (Figure TS.18), but *confidence* is those numbers is only *medium* because snow processes in global climate models are strongly simplified. The projected changes in permafrost are a response not only to warming, but also to changes in snow cover, which exerts a control on the underlying soil. By the end of the 21st century, diagnosed near-surface permafrost area is projected to decrease by between 37% (RCP2.6) to 81% (RCP8.5) (*medium confidence*). {12.4.6}



**Figure TS.17 |** Northern Hemisphere (NH) sea ice extent in September over the late 20th century and the whole 21st century for the scenarios RCP2.6, RCP4.5, RCP6.0 and RCP8.5 in the CMIP5 models, and corresponding maps of multi-model results in 2081–2100 of NH September sea ice extent. In the time series, the number of CMIP5 models to calculate the multi-model mean is indicated (subset in brackets). Time series are given as 5-year running means. The projected mean sea ice extent of a subset of models that most closely reproduce the climatological mean state and 1979–2012 trend of the Arctic sea ice is given (solid lines), with the minimum to maximum range of the subset indicated with shading. Black (grey shading) is the modelled historical evolution using historical reconstructed forcings. The CMIP5 multi-model mean is indicated with dashed lines. In the maps, the CMIP5 multi-model mean is given in white and the results for the subset in gray. Filled areas mark the averages over the 2081–2100 period, lines mark the sea ice extent averaged over the 1986–2005 period. The observed sea ice extent is given in pink as a time series and averaged over 1986–2005 as a pink line in the map. Further detail regarding the related Figures SPM.7b and SPM.8c is given in the TS Supplementary Material. {Figures 12.18, 12.29, 12.31}



**Figure TS.18 |** (Top) Northern Hemisphere (NH) spring (March to April average) relative snow-covered area (RSCA) in CMIP5, obtained by dividing the simulated 5-year box smoothed spring snow-covered area (SCA) by the simulated average spring SCA of 1986–2005 reference period. (Bottom) NH diagnosed near-surface permafrost area in CMIP5, using 20-year average monthly surface air temperatures and snow depths. Lines indicate the multi model average, shading indicates the inter-model spread (one standard deviation). {Figures 12.32, 12.33}

### TS.5.5.6   Projected Long-term Changes in the Ocean

Over the course of the 21st century, the global ocean will warm in all RCP scenarios. The strongest ocean warming is projected for the surface in subtropical and tropical regions. At greater depth the warming is projected to be most pronounced in the Southern Ocean. Best estimates of ocean warming in the top one hundred metres are about 0.6°C (RCP2.6) to 2.0°C (RCP8.5), and 0.3°C (RCP2.6) to 0.6°C (RCP8.5) at a depth of about 1 km by the end of the 21st century. For RCP4.5 by the end of the 21st century, half of the energy taken up by the ocean is in the uppermost 700 m, and 85% is in the uppermost 2000 m. Due to the long time scales of this heat transfer from the surface to depth, ocean warming will continue for centuries, even if GHG emissions are decreased or concentrations kept constant, and will result in a continued contribution to sea level rise (see Section TS.5.7). {12.4.3, 12.4.7}

### TS.5.6   Long-term Projections of Carbon and Other Biogeochemical Cycles

Projections of the global carbon cycle to 2100 using the CMIP5 ESMs represent a wider range of complex interactions between the carbon cycle and the physical climate system. {6}

With *very high confidence*, ocean carbon uptake of anthropogenic $CO_2$ will continue under all four RCPs through to 2100, with higher uptake in higher concentration pathways. The future evolution of the land carbon uptake is much more uncertain. A majority of CMIP5 ESMs project a continued net carbon uptake by land ecosystems through 2100. Yet, a minority of models simulate a net $CO_2$ source to the atmosphere by 2100 due to the combined effect of climate change and land use change. In view of the large spread of model results and incomplete process representation, there is *low confidence* on the magnitude of modelled future land carbon changes. {6.4.3}

There is *high confidence* that climate change will partially offset increases in global land and ocean carbon sinks caused by rising atmospheric $CO_2$. Yet, there are regional differences among CMIP5 ESMs in the response of ocean and land $CO_2$ fluxes to climate. There is high agreement between models that tropical ecosystems will store less carbon in a warmer climate. There is medium agreement between the CMIP5 ESMs that at high latitudes warming will increase land carbon storage, although none of these models accounts for decomposition of carbon in permafrost which may offset increased land carbon storage. There is *high confidence* that reductions in permafrost extent due to warming will cause thawing of some currently frozen carbon. However, there is *low confidence* on the magnitude of carbon losses through $CO_2$ and $CH_4$ emissions to the atmosphere with a range from 50 to 250 PgC between 2000 and 2100 for RCP8.5. {6.4.2, 6.4.3}

The loss of carbon from frozen soils constitutes a positive radiative feedback that is missing in current coupled ESM projections. There is high agreement between CMIP5 ESMs that ocean warming and circulation changes will reduce the rate of ocean carbon uptake in the Southern Ocean and North Atlantic, but that carbon uptake will nevertheless persist in those regions. {6.4.2}

It is *very likely*, based on new experimental results and modelling, that nutrient shortage will limit the effect of rising atmospheric $CO_2$ on future land carbon sinks for the four RCP scenarios. There is *high confidence* that low nitrogen availability will limit carbon storage on land even when considering anthropogenic nitrogen deposition. The role of phosphorus limitation is more uncertain. {6.4.6}

For the ESMs simulations driven by $CO_2$ concentrations, representation of the land and ocean carbon cycle allows quantification of the fossil fuel emissions compatible with the RCP scenarios. Between 2012 and 2100, ESM results imply cumulative compatible fossil fuel emissions of 270 [140 to 410] PgC for RCP2.6, 780 [595 to 1005] PgC for RCP4.5, 1060 [840 to 1250] PgC for RCP6.0 and 1685 [1415 to 1910] PgC for RCP8.5 (values quoted to nearest 5 PgC, range ±1 standard deviation derived from CMIP5 model results) (Figure TS.19). For RCP2.6, the models project an average 50% (range 14 to 96%) emission reduction by 2050 relative to 1990 levels. By the end of the 21st century, about half of the models infer emissions slightly above zero, while the other half infer a net removal of $CO_2$ from the atmosphere (see also Box TS.7). {6.4.3; Table 6.12}

When forced with RCP8.5 $CO_2$ emissions, as opposed to the RCP8.5 $CO_2$ concentrations, CMIP5 ESMs with interactive carbon cycles simulate, on average, a 50 (–140 to +210) ppm larger atmospheric $CO_2$ concentration and a 0.2 (–0.4 to +0.9) °C larger global surface temperature increase by 2100 (CMIP5 model spread ). {12.4.8}

BLM_0150607

**Technical Summary**

It is *virtually certain* that the increased storage of carbon by the ocean will increase acidification in the future, continuing the observed trends of the past decades. Ocean acidification in the surface ocean will follow atmospheric $CO_2$ and it will also increase in the deep ocean as $CO_2$ continues to penetrate the abyss. The CMIP5 models consistently project worldwide increased ocean acidification to 2100 under all

RCPs. The corresponding decrease in surface ocean pH by the end of 21st century is 0.065 (0.06 to 0.07) for RCP2.6, 0.145 (0.14 to 0.15) for RCP4.5, 0.203 (0.20 to 0.21) for RCP6.0 and 0.31 (0.30 to 0.32) for RCP8.5 (CMIP5 model spread) (Figure TS.20). Surface waters are projected to become seasonally corrosive to aragonite in parts of the Arctic and in some coastal upwelling systems within a decade, and





**Figure TS.19 |** Compatible fossil fuel emissions simulated by the CMIP5 models for the four RCP scenarios. (Top) Time series of annual emission (PgC yr⁻¹). Dashed lines represent the historical estimates and RCP emissions calculated by the Integrated Assessment Models (IAMs) used to define the RCP scenarios, solid lines and plumes show results from CMIP5 Earth System Models (ESMs, model mean, with one standard deviation shaded). (Bottom) Cumulative emissions for the historical period (1860–2005) and 21st century (defined in CMIP5 as 2006–2100) for historical estimates and RCP scenarios. Left bars are cumulative emissions from the IAMs, right bars are the CMIP5 ESMs multi-model mean estimate and dots denote individual ESM results. From the CMIP5 ESMs results, total carbon in the land-atmosphere–ocean system can be tracked and changes in this total must equal fossil fuel emissions to the system. Hence the compatible emissions are given by cumulative emissions = $\Delta C_A + \Delta C_L + \Delta C_O$, while emission rate = $d/dt$ [$C_A + C_L + C_O$], where $C_A$, $C_L$, $C_O$ are carbon stored in atmosphere, land and ocean respectively. Other sources and sinks of $CO_2$ such as from volcanism, sedimentation or rock weathering, which are very small on centennial time scales are not considered here. {Box 6.4; Figure 6.25}

94

in parts of the Southern Ocean within one to three decades in most scenarios. Aragonite, a less stable form of calcium carbonate, undersaturation becomes widespread in these regions at atmospheric $CO_2$ levels of 500 to 600 ppm. {6.4.4}

It is *very likely* that the dissolved oxygen content of the ocean will decrease by a few percent during the 21st century in response to surface warming. CMIP5 models suggest that this decrease in dissolved oxygen will predominantly occur in the subsurface mid-latitude oceans, caused by enhanced stratification, reduced ventilation and warming. However, there is no consensus on the future development of the volume of hypoxic and suboxic waters in the open ocean because of large uncertainties in potential biogeochemical effects and in the evolution of tropical ocean dynamics. {6.4.5}

With *very high confidence*, the carbon cycle in the ocean and on land will continue to respond to climate change and atmospheric $CO_2$ increases that arise during the 21st century (see TFE.7 and TFE 8). {6.4}



**Figure TS.20 |** (a) Time series (model averages and minimum to maximum ranges) and (b) maps of multi-model surface ocean pH for the scenarios RCP2.6, RCP4.5, RCP6.0 and RCP8.5 in 2081–2100. The maps in (b) show change in global ocean surface pH in 2081–2100 relative to 1986–2005. The number of CMIP5 models to calculate the multi-model mean is indicated in the upper right corner of each panel. Further detail regarding the related Figures SPM.7c and SPM.8.d is given in the TS Supplementary Material. {Figure 6.28}

BLM_0150609

**Technical Summary**

**TS**

Thematic Focus Elements
## TFE.7 | Carbon Cycle Perturbation and Uncertainties

The natural carbon cycle has been perturbed since the beginning of the Industrial Revolution (about 1750) by the anthropogenic release of carbon dioxide ($CO_2$) to the atmosphere, virtually all from fossil fuel combustion and land use change, with a small contribution from cement production. Fossil fuel burning is a process related to energy production. Fossil fuel comes from geological deposits of coal, oil and gas that were buried in the Earth crust for millions of years. Land use change $CO_2$ emissions are related to the conversion of natural ecosystems into managed ecosystems for food, feed and timber production with $CO_2$ being emitted from the burning of plant material or from the decomposition of dead plants and soil organic carbon. For instance when a forest is cleared, the plant material may be released to the atmosphere quickly through burning or over many years as the dead biomass and soil carbon decay on their own. {6.1, 6.3; Table 6.1}

The human caused excess of $CO_2$ in the atmosphere is partly removed from the atmosphere by carbon sinks in land ecosystems and in the ocean, currently leaving less than half of the $CO_2$ emissions in the atmosphere. Natural carbon sinks are due to physical, biological and chemical processes acting on different time scales. An excess of atmospheric $CO_2$ supports photosynthetic $CO_2$ fixation by plants that is stored as plant biomass or in the soil. The residence times of stored carbon on land depends on the compartments (plant/soil) and composition of the organic carbon, with time horizons varying from days to centuries. The increased storage in terrestrial ecosystems not affected by land use change is *likely* to be caused by enhanced photosynthesis at higher $CO_2$ levels and nitrogen deposition, and changes in climate favoring carbon sinks such as longer growing seasons in mid-to-high latitudes. {6.3, 6.3.1}

The uptake of anthropogenic $CO_2$ by the ocean is primarily a response to increasing $CO_2$ in the atmosphere. Excess atmospheric $CO_2$ absorbed by the surface ocean or transported to the ocean through aquatic systems (e.g., rivers, groundwaters) gets buried in coastal sediments or transported to deep waters where it is stored for decades to centuries. The deep ocean carbon can dissolve ocean carbonate sediments to store excess $CO_2$ on time scales of centuries to millennia. Within a 1 kyr, the remaining atmospheric fraction of the $CO_2$ emissions will be between 15 and 40%, depending on the amount of carbon released (TFE.7, Figure 1). On geological time scales of 10 kyr or longer, additional $CO_2$ is removed very slowly from the atmosphere by rock weathering, pulling the remaining atmospheric $CO_2$ fraction down to 10 to 25% after 10 kyr. {Box 6.1}

The carbon cycle response to future climate and $CO_2$ changes can be viewed as two strong and opposing feedbacks. The concentration–carbon feedback determines changes in storage due to elevated $CO_2$, and the climate–carbon feedback determines changes in carbon storage due to changes in climate. There is *high confidence* that increased atmospheric $CO_2$ will lead to increased land and ocean carbon uptake but by an uncertain amount. Models agree on the positive sign of land and ocean response to rising $CO_2$ but show only medium and low agreement for the magnitude of ocean and land carbon uptake respectively (TFE.7, Figure 2). Future climate change will decrease land and ocean carbon uptake compared to the case with constant climate (*medium confidence*). This is further supported by paleoclimate observations and modelling indicating that there is a positive feedback between climate and the carbon cycle on century to millennial time scales. Models agree on the sign, globally negative, of land and ocean response to climate change but show low agreement on the magnitude of this response, especially for the land (TFE.7, Figure 2). A key update since the IPCC Fourth Assessment Report (AR4) is the introduction of nutrient dynamics in some land carbon models, in particular the limitations on plant growth imposed by nitrogen availability. There is *high confidence* that, at the global scale, relative to the Coupled Model Intercomparison Project Phase 5 (CMIP5) carbon-only Earth System



**TFE.7, Figure 1 |** Percentage of initial atmospheric $CO_2$ perturbation remaining in the atmosphere in response to an idealized instantaneous $CO_2$ emission pulse in year 0 as calculated by a range of coupled climate–carbon cycle models. Multi-model mean (line) and the uncertainty interval (maximum model range, shading) simulated during 100 years (left) and 1 kyr (right) following the instantaneous emission pulse of 100 PgC (blue) and 5,000 PgC (red). {Box 6.1, Figure 1}

*(continued on next page)*

BLM_0150610

*TFE.7 (continued)*

Models (ESMs), CMIP5 ESMs including a land nitrogen cycle will reduce the strength of both the concentration–carbon feedback and the climate–carbon feedback of land ecosystems (TFE.7, Figure 2). Inclusion of nitrogen-cycle processes increases the spread across the CMIP5 ensemble. The CMIP5 spread in ocean sensitivity to $CO_2$ and climate appears reduced compared to AR4 (TFE.7, Figure 2). {6.2.3, 6.4.2}



**TFE.7, Figure 2 |** Comparison of carbon cycle feedback metrics between the ensemble of seven General Circulation Models (GCMs) and four Earth System Models of Intermediate Complexity (EMICs) at the time of AR4 (Coupled Carbon Cycle Climate Model Intercomparison Project (C⁴MIP)) under the SRES A2 scenario and the eight CMIP5 models under the 140-year 1% $CO_2$ increase per year scenario. Black dots represent a single model simulation and coloured bars the mean of the multi-model results, grey dots are used for models with a coupled terrestrial nitrogen cycle. The comparison with C⁴MIP models is for context, but these metrics are known to be variable across different scenarios and rates of change (see Section 6.4.2). The SRES A2 scenario is closer in rate of change to a 0.5% $CO_2$ increase per year scenario and as such it should be expected that the CMIP5 climate–carbon sensitivity terms are comparable, but the concentration–carbon sensitivity terms are *likely* to be around 20% smaller for CMIP5 than for C⁴MIP due to lags in the ability of the land and ocean to respond to higher rates of $CO_2$ increase. This dependence on scenario reduces confidence in any quantitative statements of how CMIP5 carbon cycle feedbacks differ from C⁴MIP. [Figure 6.21]

With *very high confidence*, ocean carbon uptake of anthropogenic $CO_2$ emissions will continue under all four Representative Concentration Pathways (RCPs) through to 2100, with higher uptake corresponding to higher concentration pathways. The future evolution of the land carbon uptake is much more uncertain, with a majority of models projecting a continued net carbon uptake under all RCPs, but with some models simulating a net loss of carbon by the land due to the combined effect of climate change and land use change. In view of the large spread of model results and incomplete process representation, there is *low confidence* on the magnitude of modelled future land carbon changes. {6.4.3; Figure 6.24}

Biogeochemical cycles and feedbacks other than the carbon cycle play an important role in the future of the climate system, although the carbon cycle represents the strongest of these. Changes in the nitrogen cycle, in addition to interactions with $CO_2$ sources and sinks, affect emissions of nitrous oxide ($N_2O$) both on land and from the ocean. The human-caused creation of reactive nitrogen has increased steadily over the last two decades and is dominated by the production of ammonia for fertilizer and industry, with important contributions from legume cultivation and combustion of fossil fuels. {6.3}

Many processes, however, are not yet represented in coupled climate-biogeochemistry models (e.g., other processes involving other biogenic elements such as phosphorus, silicon and iron) so their magnitudes have to be estimated in offline or simpler models, which make their quantitative assessment difficult. It is *likely* that there will be nonlinear interactions between many of these processes, but these are not yet well quantified. Therefore any assessment of the future feedbacks between climate and biogeochemical cycles still contains large uncertainty. {6.4}

TS

BLM_0150611

> **Box TS.7 |  Climate Geoengineering Methods**
>
> Geoengineering is defined as the deliberate large-scale intervention in the Earth system to counter undesirable impacts of climate change on the planet. Carbon Dioxide Reduction (CDR) aims to slow or perhaps reverse projected increases in the future atmospheric $CO_2$ concentrations, accelerating the natural removal of atmospheric $CO_2$ and increasing the storage of carbon in land, ocean and geological reservoirs. Solar Radiation Management (SRM) aims to counter the warming associated with increasing GHG concentrations by reducing the amount of sunlight absorbed by the climate system. A related technique seeks to deliberately decrease the greenhouse effect in the climate system by altering high-level cloudiness. {6.5, 7.7; FAQ 7.3}
>
> CDR methods could provide mitigation of climate change if $CO_2$ can be reduced, but there are uncertainties, side effects and risks, and implementation would depend on technological maturity along with economic, political and ethical considerations. CDR would *likely* need to be deployed at large-scale and over at least one century to be able to significantly reduce $CO_2$ concentrations. There are biogeochemical, and currently technical limitations that make it difficult to provide quantitative similarly estimates of the potential for CDR. It is *virtually certain* that $CO_2$ removals from the atmosphere by CDR would be partially offset by outgassing of $CO_2$ previously stored in ocean and terrestrial carbon reservoirs. Some of the climatic and environmental side effects of CDR methods are associated with altered surface albedo from afforestation, ocean de-oxygenation from ocean fertilization, and enhanced $N_2O$ emissions. Land-based CDR methods would probably face competing demands for land. The level of *confidence* on the effectiveness of CDR methods and their side effects on carbon and other biogeochemical cycles is *low*. {6.5; Box 6.2; FAQ 7.3}
>
> SRM remains unimplemented and untested but, if realizable, could offset a global temperature rise and some of its effects. There is *medium confidence* that SRM through stratospheric aerosol injection is scalable to counter the RF and some of the climate effects expected from a twofold increase in $CO_2$ concentration. There is no consensus on whether a similarly large RF could be achieved from cloud brightening SRM due to insufficient understanding of aerosol–cloud interactions. It does not appear that land albedo change SRM could produce a large RF. Limited literature on other SRM methods precludes their assessment. {7.7.2, 7.7.3}
>
> Numerous side effects, risks and shortcomings from SRM have been identified. SRM would produce an inexact compensation for the RF by GHGs. Several lines of evidence indicate that SRM would produce a small but significant decrease in global precipitation (with larger differences on regional scales) if the global surface temperature were maintained. Another side effect that is relatively well characterized is the likelihood of modest polar stratospheric ozone depletion associated with stratospheric aerosol SRM. There could also be other as yet unanticipated consequences. {7.6.3, 7.7.3, 7.7.4}
>
> As long as GHG concentrations continued to increase, the SRM would require commensurate increase, exacerbating side effects. In addition, scaling SRM to substantial levels would carry the risk that if the SRM were terminated for any reason, there is *high confidence* that surface temperatures would increase rapidly (within a decade or two) to values consistent with the GHG forcing, which would stress systems sensitive to the rate of climate change. Finally, SRM would not compensate for ocean acidification from increasing $CO_2$. {7.7.3, 7.7.4}

### TS.5.7    Long-term Projections of Sea Level Change

#### TS.5.7.1   Projections of Global Mean Sea Level Change for the 21st Century

GMSL rise for 2081–2100 (relative to 1986–2005) for the RCPs will *likely* be in the 5 to 95% ranges derived from CMIP5 climate projections in combination with process-based models of glacier and ice sheet surface mass balance, with possible ice sheet dynamical changes assessed from the published literature. These *likely* ranges are 0.26 to 0.55 m (RCP2.6), 0.32 to 0.63 m (RCP4.5), 0.33 to 0.63 m (RCP6.0) and 0.45 to 0.82 m (RCP8.5) (*medium confidence*) (Table TS.1, Figure TS.21). For RCP8.5 the range at 2100 is 0.52 to 0.98 m. The central projections for GMSL rise in all scenarios lie within a range of 0.05 m until the middle of the century, when they begin to diverge; by the late 21st century, they have a spread of 0.25 m. Although RCP4.5 and RCP6.0 are very

similar at the end of the century, RCP4.5 has a greater rate of rise earlier in the century than RCP6.0. GMSL rise depends on the pathway of $CO_2$ emissions, not only on the cumulative total; reducing emissions earlier rather than later, for the same cumulative total, leads to a larger mitigation of sea level rise. {12.4.1, 13.4.1, 13.5.1; Table 13.5}

Confidence in the projected *likely* ranges comes from the consistency of process-based models with observations and physical understanding. The basis for higher projections has been considered and it has been concluded that there is currently insufficient evidence to evaluate the probability of specific levels above the *likely* range. Based on current understanding, only the collapse of marine-based sectors of the Antarctic ice sheet, if initiated, could cause GMSL to rise substantially above the *likely* range during the 21st century. There is a lack of consensus on the probability for such a collapse, and the potential additional contribution to GMSL rise cannot be precisely quantified,

BLM_0150612

but there is *medium confidence* that it would not exceed several tenths of a metre of sea level rise during the 21st century. {13.5.1, 13.5.3}

Under all the RCP scenarios, the time-mean rate of GMSL rise during the 21st century is *very likely* to exceed the rate observed during 1971–2010. In the projections, the rate of rise initially increases. In RCP2.6 it becomes roughly constant (central projection about 4.5 mm yr⁻¹) before the middle of the century, and subsequently declines slightly. The rate of rise becomes roughly constant in RCP4.5 and RCP6.0 by the end of the 21st century, whereas acceleration continues throughout the century in RCP8.5 (reaching 11 [8 to 16] mm yr⁻¹ during 2081–2100). {13.5.1; Table 13.5}

In all RCP scenarios, thermal expansion is the largest contribution, accounting for about 30 to 55% of the total. Glaciers are the next largest, accounting for 15–35%. By 2100, 15 to 55% of the present glacier volume is projected to be eliminated under RCP2.6, and 35 to 85% under RCP8.5 (*medium confidence*). The increase in surface melting in Greenland is projected to exceed the increase in accumulation, and there is *high confidence* that the surface mass balance changes on the Greenland ice sheet will make a positive contribution to sea level rise over the 21st century. On the Antarctic ice sheet, surface melting is projected to remain small, while there is *medium confidence* that snowfall will increase (Figure TS.21). {13.3.3, 13.4.3, 13.4.4, 13.5.1; Table 13.5}

There is *medium confidence* in the ability to model future rapid changes in ice sheet dynamics on decadal time scales. At the time of the AR4, scientific understanding was not sufficient to allow an assessment of the possibility of such changes. Since the publication of the AR4, there has been substantial progress in understanding the relevant processes as well as in developing new ice sheet models that are capable of simulating them. However, the published literature as yet provides only a partially sufficient basis for making projections related to particular scenarios. In our projections of GMSL rise by 2081–2100, the *likely* range from rapid changes in ice outflow is 0.03 to 0.20 m from the two ice sheets combined, and its inclusion is the most important reason why the projections are greater than those given in the AR4. {13.1.5, 13.5.1, 13.5.3}

Semi-empirical models are designed to reproduce the observed sea level record over their period of calibration, but do not attribute sea level rise to its individual physical components. For RCPs, some semi-empirical models project a range that overlaps the process-based *likely* range while others project a median and 95-percentile that are about twice as large as the process-based models. In nearly every case, the semi-empirical model 95th percentile is higher than the process-based *likely* range. For 2081–2100 (relative to 1986–2005) under RCP4.5, semi-empirical models give median projections in the range 0.56 to 0.97 m, and their 95th percentiles extend to about 1.2 m. This difference implies either that there is some contribution which is presently



**Figure TS.21 |** Projections from process-based models with *likely* ranges and median values for global mean sea level (GMSL) rise and its contributions in 2081–2100 relative to 1986–2005 for the four RCP scenarios and scenario SRES A1B used in the AR4. The contributions from ice sheets include the contributions from ice sheet rapid dynamical change, which are also shown separately. The contributions from ice sheet rapid dynamics and anthropogenic land water storage are treated as having uniform probability distributions, and as independent of scenario (except that a higher rate of change is used for Greenland ice sheet outflow under RCP8.5). This treatment does not imply that the contributions concerned will not depend on the scenario followed, only that the current state of knowledge does not permit a quantitative assessment of the dependence. See discussion in Sections 13.5.1 and 13.5.3 and Supplementary Material for methods. Based on current understanding, the collapse of the marine-based sectors of the Antarctic ice sheet, if initiated, could cause GMSL to rise substantially above the *likely* range during the 21st century. This potential additional contribution cannot be precisely quantified but there is *medium confidence* that it would not exceed several tenths of a metre during the 21st century. {Figure 13.10}

BLM_0150613

**Technical Summary**



Figure TS.22 | Projections from process-based models of global mean sea level (GMSL) rise relative to 1986–2005 for the four RCP scenarios. The solid lines show the median projections, the dashed lines show the *likely* ranges for RCP4.5 and RCP6.0, and the shading the *likely* ranges for RCP2.6 and RCP8.5. The time means for 2081–2100 are shown as coloured vertical bars. See Sections 13.5.1 and 13.5.3 and Supplementary Material for methods. Based on current understanding, only the collapse of the marine-based sectors of the Antarctic ice sheet, if initiated, could cause GMSL to rise substantially above the *likely* range during the 21st century. This potential additional contribution cannot be precisely quantified but there is *medium confidence* that it would not exceed several tenths of a metre during the 21st century. Further detail regarding the related Figure SPM.9 is given in the TS Supplementary Material. {Table 13.5; Figures 13.10, 13.11}

unidentified or underestimated by process-based models, or that the projections of semi-empirical models are overestimates. Making projections with a semi-empirical model assumes that sea level change in the future will have the same relationship as it has had in the past to RF or global mean temperature change. This may not hold if potentially nonlinear physical processes do not scale in the future in ways which can be calibrated from the past. There is no consensus in the scientific community about the reliability of semi-empirical model projections, and *confidence* in them is assessed to be *low*. {13.5.2, 13.5.3}

### TS.5.7.2 Projections of Global Mean Sea Level Change Beyond 2100

It is *virtually certain* that GMSL rise will continue beyond 2100. The few available model results that go beyond 2100 indicate global mean sea level rise above the pre-industrial level (defined here as an equilibrium 280 ppm atmospheric $CO_2$ concentration) by 2300 to be less than 1 m for a RF that corresponds to $CO_2$ concentrations that peak and decline and remain below 500 ppm, as in the scenario RCP2.6. For a RF that corresponds to a $CO_2$ concentration that is above 700 ppm but below 1500 ppm, as in the scenario RCP8.5, the projected rise is 1 m to more than 3 m (*medium confidence*). {13.5.4}

Sea level rise due to ocean thermal expansion will continue for centuries to millennia. The amount of ocean thermal expansion increases with global warming (models give a range of 0.2 to 0.6 m °C⁻¹). The glacier contribution decreases over time as their volume (currently

about 0.43 m sea level equivalent) decreases. In Antarctica, beyond 2100 and with higher GHG scenarios, the increase in surface melting could exceed the increase in accumulation. {13.5.2, 13.5.4}

The available evidence indicates that global warming greater than a certain threshold would lead to the near-complete loss of the Greenland ice sheet over a millennium or more, causing a GMSL rise of about 7 m. Studies with fixed present-day ice sheet topography indicate the threshold is greater than 2°C but less than 4°C of GMST rise with respect to pre-industrial (*medium confidence*). The one study with a dynamical ice sheet suggests the threshold is greater than about 1°C (*low confidence*) global mean warming with respect to pre-industrial. Considering the present state of scientific uncertainty, a *likely* range cannot be quantified. The complete loss of the ice sheet is not inevitable because this would take a millennium or more; if temperatures decline before the ice sheet is eliminated, the ice sheet might regrow. However, some part of the mass loss might be irreversible, depending on the duration and degree of exceedance of the threshold, because the ice sheet may have multiple stable states, due to its interaction with its regional climate. {13.4.3, 13.5.4}

Currently available information indicates that the dynamical contribution of the ice sheets will continue beyond 2100, but *confidence* in projections is *low*. In Greenland, ice outflow induced from interaction with the ocean is self-limiting as the ice sheet margin retreats inland from the coast. By contrast, the bedrock topography of Antarctica is such that there may be enhanced rates of mass loss as the ice retreats. About 3.3 m of equivalent global sea level of the West Antarctic ice sheet is grounded on areas with downward sloping bedrock, which may be subject to potential ice loss via the marine ice sheet instability. Abrupt and irreversible ice loss from a potential instability of marine-based sectors of the Antarctic Ice Sheet in response to climate forcing is possible, but current evidence and understanding is insufficient to make a quantitative assessment. Due to relatively weak snowfall on Antarctica and the slow ice motion in its interior, it can be expected that the West Antarctic ice sheet would take at least several thousand years to regrow if it was eliminated by dynamic ice discharge. Consequently any significant ice loss from West Antarctic that occurs within the next century will be irreversible on a multi-centennial to millennial time scale. {5.8, 13.4.3, 13.4.4, 13.5.4}

### TS.5.7.3 Projections of Regional Sea Level Change

Regional sea level will change due to dynamical ocean circulation changes, changes in the heat content of the ocean, mass redistribution in the entire Earth system and changes in atmospheric pressure. Ocean dynamical change results from changes in wind and buoyancy forcing (heat and freshwater), associated changes in the circulation, and redistribution of heat and freshwater. Over time scales longer than a few days, regional sea level also adjusts nearly isostatically to regional changes in sea level atmospheric pressure relative to its mean over the ocean. Ice sheet mass loss (both contemporary and past), glacier mass loss and changes in terrestrial hydrology cause water mass redistribution among the cryosphere, the land and the oceans, giving rise to distinctive regional changes in the solid Earth, Earth rotation and the gravity field. In some coastal locations, changes in the hydrological cycle, ground subsidence associated with anthropogenic activity,

BLM_0150614

tectonic processes and coastal processes can dominate the relative sea level change, that is, the change in sea surface height relative to the land. {13.1.3, 13.6.2, 13.6.3, 13.6.4}

By the end of the 21st century, sea level change will have a strong regional pattern, which will dominate over variability, with many regions *likely* experiencing substantial deviations from the global mean change (Figure TS.23). It is *very likely* that over about 95% of the ocean will experience regional relative sea level rise, while most regions experiencing a sea level fall are located near current and former glaciers and ice sheets. Local sea level changes deviate more than 10% and 25% from the global mean projection for as much as 30% and 9% of the ocean area, respectively, indicating that spatial variations can be large. Regional changes in sea level reach values of up to 30% above the global mean value in the Southern Ocean and around North America, between 10% and 20% in equatorial regions, and up to 50% below the global mean in the Arctic region and some regions near Antarctica. About 70% of the coastlines worldwide are projected to experience a relative sea level change within 20% of the GMSL change. Over decadal periods, the rates of regional relative sea level change as a result of climate variability can differ from the global average rate by more than 100%. {13.6.5}

### TS.5.7.4   Projections of Change in Sea Level Extremes and Waves During the 21st Century

It is *very likely* that there will be a significant increase in the occurrence of future sea level extremes by the end of the 21st century, with a *likely* increase in the early 21st century (see TFE.9, Table 1). This increase will primarily be the result of an increase in mean sea level (*high confidence*), with extreme return periods decreasing by at least an order of magnitude in some regions by the end of the 21st century. There is *low confidence* in region-specific projections of storminess and associated storm surges. {13.7.2}

It is *likely* (*medium confidence*) that annual mean significant wave heights will increase in the Southern Ocean as a result of enhanced wind speeds. Southern Ocean–generated swells are *likely* to affect heights, periods and directions of waves in adjacent basins. It is *very likely* that wave heights and the duration of the wave season will increase in the Arctic Ocean as a result of reduced sea ice extent. In general, there is *low confidence* in region-specific projections due to the *low confidence* in tropical and extratropical storm projections, and to the challenge of down-scaling future wind states from coarse resolution climate models. {13.7.3}



Relative Sea Level Change 2081-2100 relative to 1986-2005

**Figure TS.23 |** Ensemble mean net regional relative sea level change (metres) evaluated from 21 CMIP5 models for the RCP scenarios (a) 2.6, (b) 4.5, (c) 6.0 and (d) 8.5 between 1986–2005 and 2081–2100. Each map includes effects of atmospheric loading, plus land-ice, glacial isostatic adjustment (GIA) and terrestrial water sources. {Figure 13.20}

BLM_0150615

**Technical Summary**

Thematic Focus Elements

## TFE.8 | Climate Targets and Stabilization

The concept of stabilization is strongly linked to the ultimate objective of the United Nations Framework Convention on Climate Change (UNFCCC), which is 'to achieve [...] stabilization of greenhouse gas concentrations in the atmosphere at a level that would prevent dangerous anthropogenic interference with the climate system'. Recent policy discussions focused on limits to a global temperature increase, rather than to greenhouse gas (GHG) concentrations, as climate targets in the context of the UNFCCC objectives. The most widely discussed is that of 2°C, that is, to limit global temperature increase relative to pre-industrial times to below 2°C, but targets other than 2°C have been proposed (e.g., returning warming to well below 1.5°C global warming relative to pre-industrial, or returning below an atmospheric carbon dioxide ($CO_2$) concentration of 350 ppm). Climate targets generally mean avoiding a warming beyond a predefined threshold. Climate impacts, however, are geographically diverse and sector specific, and no objective threshold defines when dangerous interference is reached. Some changes may be delayed or irreversible, and some impacts could be beneficial. It is thus not possible to define a single critical objective threshold without value judgements and without assumptions on how to aggregate current and future costs and benefits. This TFE does not advocate or defend any threshold or objective, nor does it judge the economic or political feasibility of such goals, but assesses, based on the current understanding of climate and carbon cycle feedbacks, the climate projections following the Representative Concentration Pathways (RCPs) in the context of climate targets, and the implications of different long-term temperature stabilization objectives on allowed carbon emissions. Further below it is highlighted that temperature stabilization does not necessarily imply stabilization of the entire Earth system. {12.5.4}

Temperature targets imply an upper limit on the total radiative forcing (RF). Differences in RF between the four RCP scenarios are relatively small up to 2030, but become very large by the end of the 21st century and dominated by $CO_2$ forcing. Consequently, in the near term, global mean surface temperatures (GMSTs) are projected to continue to rise at a similar rate for the four RCP scenarios. Around the mid-21st century, the rate of global warming begins to be more strongly dependent on the scenario. By the end of the 21st century, global mean temperatures will be warmer than present day under all the RCPs, global temperature change being largest (>0.3°C per decade) in the highest RCP8.5 and significantly lower in RCP2.6, particularly after about 2050 when global surface temperature response stabilizes (and declines thereafter) (see Figure TS.15). {11.3.1, 12.3.3, 12.4.1}

In the near term (2016–2035), global mean surface warming is *more likely than not* to exceed 1°C and *very unlikely* to be more than 1.5°C relative to the average from year 1850 to 1900 (assuming 0.61°C warming from 1850-1900 to 1986–2005) (*medium confidence*). By the end of the 21st century (2081–2100), global mean surface warming, relative to 1850-1900, is *likely* to exceed 1.5°C for RCP4.5, RCP6.0 and RCP8.5 (*high confidence*) and is *likely* to exceed 2°C for RCP6.0 and RCP8.5 (*high confidence*). It is *more likely than not* to exceed 2°C for RCP4.5 (*medium confidence*). Global mean surface warming above 2°C under RCP2.6 is *unlikely* (*medium confidence*). Global mean surface warming above 4°C by 2081–2100 is *unlikely* in all RCPs (*high confidence*) except for RCP8.5 where it is *about as likely as not* (*medium confidence*). {11.3.6, 12.4.1; Table 12.3}

Continuing GHG emissions beyond 2100 as in the RCP8.5 extension induces a total RF above 12 W m$^{-2}$ by 2300, with global warming reaching 7.8 [3.0 to 12.6] °C for 2281–2300 relative to 1986–2005. Under the RCP4.5 extension, where radiative forcing is kept constant (around 4.5 W m$^{-2}$) beyond 2100, global warming reaches 2.5 [1.5 to 3.5] °C. Global warming reaches 0.6 [0.0 to 1.2] °C under the RCP2.6 extension where sustained negative emissions lead to a further decrease in RF, reaching values below present-day RF by 2300. See also Box TS.7. {12.3.1, 12.4.1, 12.5.1}

The total amount of anthropogenic $CO_2$ released in the atmosphere since pre-industrial (often termed cumulative carbon emission, although it applies only to $CO_2$ emissions) is a good indicator of the atmospheric $CO_2$ concentration and hence of the global warming response. The ratio of GMST change to total cumulative anthropogenic $CO_2$ emissions is relatively constant over time and independent of the scenario. This near-linear relationship between total $CO_2$ emissions and global temperature change makes it possible to define a new quantity, the transient climate response to cumulative carbon emission (TCRE), as the transient GMST change for a given amount of cumulated anthropogenic $CO_2$ emissions, usually 1000 PgC (TFE.8, Figure 1). TCRE is model dependent, as it is a function of the cumulative $CO_2$ airborne fraction and the transient climate response, both quantities varying significantly across models. Taking into account the available information from multiple lines of evidence (observations, models and process understanding), the near linear relationship between cumulative $CO_2$ emissions and peak global mean temperature is

*(continued on next page)*

BLM_0150616

*TFE.8 (continued)*

well established in the literature and robust for cumulative total $CO_2$ emissions up to about 2000 PgC. It is consistent with the relationship inferred from past cumulative $CO_2$ emissions and observed warming, is supported by process understanding of the carbon cycle and global energy balance, and emerges as a robust result from the entire hierarchy of models. Expert judgment based on the available evidence suggests that TCRE is *likely* between 0.8°C and 2.5°C per 1000 PgC, for cumulative emissions less than about 2000 PgC until the time at which temperature peaks (TFE.8, Figure 1a). {6.4.3, 12.5.4; Box 12.2}

$CO_2$-induced warming is projected to remain approximately constant for many centuries following a complete cessation of emissions. A large fraction of climate change is thus irreversible on a human time scale, except if net anthropogenic $CO_2$ emissions were strongly negative over a sustained period. Based on the assessment of TCRE (assuming a normal distribution with a ±1 standard deviation range of 0.8 to 2.5°C per 1000 PgC), limiting the warming caused by anthropogenic $CO_2$ emissions alone (i.e., ignoring other radiative forcings) to less than 2°C since the period 1861–1880 with a probability of >33%, >50% and >66%, total $CO_2$ emissions from all anthropogenic sources would need to be below a cumulative budget of about 1570 PgC, 1210 PgC and 1000 PgC since 1870, respectively. An amount of 515 [445 to 585] PgC was emitted between 1870 and 2011 (TFE.8, Figure 1a,b). Higher emissions in earlier decades therefore imply lower or even negative emissions later on. Accounting for non-$CO_2$ forcings contributing to peak warming implies lower cumulated $CO_2$ emissions. Non-$CO_2$ forcing constituents are important, requiring either assumptions on how $CO_2$ emission reductions are linked to changes in other forcings, or separate emission budgets and climate modelling for short-lived and long-lived gases. So far, not many studies have considered non-$CO_2$ forcings. Those that do consider them found significant effects, in particular warming of several tenths of a degree for abrupt reductions in emissions of short-lived species, like aerosols. Accounting for an unanticipated release of GHGs from permafrost or methane hydrates, not included in studies assessed here, would also reduce the anthropogenic $CO_2$ emissions compatible with a given temperature target. Requiring a higher likelihood of temperatures remaining below a given temperature target would further reduce the compatible emissions (TFE.8, Figure 1c). When accounting for the non-$CO_2$ forcings as in the RCP scenarios, compatible carbon emissions since 1870 are reduced to about 900 PgC, 820 PgC and 790 PgC to limit warming to less than 2°C since the period 1861–1880 with a probability of >33%, >50%, and >66%, respectively. These estimates were derived by computing the fraction of the Coupled Model Intercomparison Project Phase 5 (CMIP5) Earth System Models (ESMs) and Earth System Models of Intermediate Complexity (EMICs) that stay below 2°C for given cumulative emissions following RCP8.5, as shown in TFE.8 Fig. 1c. The non-$CO_2$ forcing in RCP8.5 is higher than in RCP2.6. Because all likelihood statements in calibrated IPCC language are open intervals, the estimates provided are thus both conservative and consistent choices valid for non-$CO_2$ forcings across all RCP scenarios. There is no RCP scenario which limits warming to 2°C with probabilities of >33% or >50%, and which could be used to directly infer compatible cumulative emissions. For a probability of >66% RCP2.6 can be used as a comparison. Combining the average back-calculated fossil fuel carbon emissions for RCP2.6 between 2012 and 2100 (270 PgC) with the average historical estimate of 515 PgC gives a total of 785 PgC, i.e., 790 PgC when rounded to 10 PgC. As the 785 PgC estimate excludes an explicit assessment of future land-use change emissions, the 790 PgC value also remains a conservative estimate consistent with the overall likelihood assessment. The ranges of emissions for these three likelihoods based on the RCP scenarios are rather narrow, as they are based on a single scenario and on the limited sample of models available (TFE.8 Fig. 1c). In contrast to TCRE they do not include observational constraints or account for sources of uncertainty not sampled by the models. The concept of a fixed cumulative $CO_2$ budget holds not just for 2°C, but for any temperature level explored with models so far (up to about 5°C, see Figures 12.44 to 12.46). Higher temperature targets would allow larger cumulative budgets, while lower temperature target would require lower cumulative budgets (TFE.8, Figure 1). {6.3.1, 12.5.2, 12.5.4}

The climate system has multiple time scales, ranging from annual to multi-millennial, associated with different thermal and carbon reservoirs. These long time scales induce a commitment warming 'already in the pipe-line'. Stabilization of the forcing would not lead to an instantaneous stabilization of the warming. For the RCP scenarios and their extensions to 2300, the fraction of realized warming, at that time when RF stabilizes, would be about 75 to 85% of the equilibrium warming. For a 1% $yr^{-1}$ $CO_2$ increase to 2 × $CO_2$ or 4 × $CO_2$ and constant forcing thereafter, the fraction of realized warming would be much smaller, about 40 to 70% at the time when the forcing is kept constant. Owing to the long time scales in the deep ocean, full equilibrium is reached only after hundreds to thousands of years. {12.5.4}

*(continued on next page)*

BLM_0150617



*TFE.8 (continued)*

**TFE.8, Figure 1 |** Global mean temperature increase since 1861–1880 as a function of cumulative total global $CO_2$ emissions from various lines of evidence. (a) Decadal average results are shown over all CMIP5 Earth System Model of Intermediate Complexity (EMICs) and Earth System Models (ESMs) for each RCP respectively, with coloured lines (multi-model average), decadal markers (dots) and with three decades (2000–2009, 2040–2049 and 2090–2099) highlighted with a star, square and diamond, respectively. The historical time period up to decade 2000–2009 is taken from the CMIP5 historical runs prolonged by RCP8.5 for 2006–2010 and is indicated with a black thick line and black symbols. Coloured ranges illustrate the model spread (90% range) over all CMIP5 ESMs and EMICs and do not represent a formal uncertainty assessment. Ranges are filled as long as data of all models is available and until peak temperature. They are faded out for illustrative purposes afterward. CMIP5 simulations with 1% yr⁻¹ $CO_2$ increase only are illustrated by the dark grey area (range definition similar to RCPs above) and the black thin line (multi-model average). The light grey cone represents this Report's assessment of the transient climate response to emissions (TCRE) from $CO_2$ only. Estimated cumulative historical $CO_2$ emissions from 1870 to 2011 with associated uncertainties are illustrated by the grey bar at the bottom of (a). (b) Comparison of historical model results with observations. The magenta line and uncertainty ranges are based on observed emissions from Carbon Dioxide Information Analysis Center (CDIAC) extended by values of the Global Carbon project until 2010 and observed temperature estimates of the Hadley Centre/Climatic Research Unit gridded surface temperature data set 4 (HadCRUT4). The uncertainties in the last decade of observations are based on the assessment in this report. The black thick line is identical to the one in (a). The thin green line with crosses is as the black line but for ESMs only. The yellow-brown line and range show these ESM results until 2010, when corrected for HadCRUT4's incomplete geographical coverage over time. All values are given relative to the 1861–1880 base period. All time-series are derived from decadal averages to illustrate the long-term trends. Note that observations are in addition subject to internal climate variability, adding an uncertainty of about 0.1°C. (c) Cumulative $CO_2$ emissions over the entire industrial era, consistent with four illustrative peak global temperature limits (1.5°C, 2°C, 2.5°C and 3°C, respectively) when taking into account warming by all forcers. Horizontal bars indicate consistent cumulative emission budgets as a function of the fraction of models (CMIP5 ESMs and EMICs) that at least hold warming below a given temperature limit. Note that the fraction of models cannot be interpreted as a probability. The budgets are derived from the RCP8.5 runs, with relative high non-$CO_2$ forcing over the 21st century. If non-$CO_2$ are significantly reduced, the $CO_2$ emissions compatible with a specific temperature limit might be slightly higher, but only to a very limited degree, as illustrated by the other coloured lines in (a), which assume significantly lower non-$CO_2$ forcing. Further detail regarding the related Figure SPM.10 is given in the TS Supplementary Material. {Figure 12.45}

BLM_0150618

*TFE.8  (continued)*

The commitment to past emissions is a persistent warming for hundreds of years, continuing at about the level of warming that has been realized when emissions were ceased. The persistence of this $CO_2$-induced warming after emission have ceased results from a compensation between the delayed commitment warming described above and the slow reduction in atmospheric $CO_2$ resulting from ocean and land carbon uptake. This persistence of warming also results from the nonlinear dependence of RF on atmospheric $CO_2$, that is, the relative decrease in forcing being smaller than the relative decrease in $CO_2$ concentration. For high climate sensitivities, and in particular if sulphate aerosol emissions are eliminated at the same time as GHG emissions, the commitment from past emission can be strongly positive, and is a superposition of a fast response to reduced aerosols emissions and a slow response to reduced $CO_2$. {12.5.4}

Stabilization of global temperature does not imply stabilization for all aspects of the climate system. Processes related to vegetation change, changes in the ice sheets, deep ocean warming and associated sea level rise and potential feedbacks linking, for example, ocean and the ice sheets have their own intrinsic long time scales. Ocean acidification will *very likely* continue in the future as long as the oceans will continue to take up atmospheric $CO_2$. Committed land ecosystem carbon cycle changes will manifest themselves further beyond the end of the 21st century. It is *virtually certain* that global mean sea level rise will continue beyond 2100, with sea level rise due to thermal expansion to continue for centuries to millennia. Global mean sea level rise depends on the pathway of $CO_2$ emissions, not only on the cumulative total; reducing emissions earlier rather than later, for the same cumulative total, leads to a larger mitigation of sea level rise. {6.4.4, 12.5.4, 13.5.4}

## TS.5.8   Climate Phenomena and Regional Climate Change

This section assesses projected changes over the 21st century in large-scale climate phenomena that affect regional climate (Table TS.2). Some of these phenomena are defined by climatology (e.g., monsoons), and some by interannual variability (e.g., El Niño, the latter affecting climate extremes such as floods, droughts and heat waves. Changes in statistics of weather phenomena such as tropical cyclones and extratropical storms are also summarized here. {14.8}

### TS.5.8.1   Monsoon Systems

Global measures of monsoon by the area and summer precipitation are *likely* to increase in the 21st century, while the monsoon circulation weakens. Monsoon onset dates are *likely* to become earlier or not to change much while monsoon withdrawal dates are *likely* to delay, resulting in a lengthening of the monsoon season in many regions (Figure TS.24). The increase in seasonal mean precipitation is pronounced in the East and South Asian summer monsoons while the change in other monsoon regions is subject to larger uncertainties. {14.2.1}

There is *medium confidence* that monsoon-related interannual rainfall variability will increase in the future. Future increase in precipitation extremes related to the monsoon is *very likely* in South America, Africa, East Asia, South Asia, Southeast Asia and Australia. {14.2.1, 14.8.5, 14.8.7, 14.8.9, 14.8.11–14.8.13}

There is *medium confidence* that overall precipitation associated with the Asian-Australian monsoon will increase but with a north–south asymmetry: Indian monsoon rainfall is projected to increase, while projected changes in the Australian summer monsoon rainfall are

small. There is *medium confidence* in that the Indian summer monsoon circulation weakens, but this is compensated by increased atmospheric moisture content, leading to more rainfall. For the East Asian summer monsoon, both monsoon circulation and rainfall are projected to increase. {14.2.2, 14.8.9, 14.8.11, 14.8.13}

There is *low confidence* in projections of the North American and South American monsoon precipitation changes, but *medium confidence* that the North American monsoon will arrive and persist later in the annual cycle, and *high confidence* in expansion of South American Monsoon area. {14.2.3, 14.8.3–14.8.5}

There is *low confidence* in projections of a small delay in the West African rainy season, with an intensification of late-season rains. The limited skills of model simulations for the region suggest *low confidence* in the projections. {14.2.4, 14.8.7}

### TS.5.8.2   Tropical Phenomena

Precipitation change varies in space, increasing in some regions and decreasing in some others. The spatial distribution of tropical rainfall changes is *likely* shaped by the current climatology and ocean warming pattern. The first effect is to increase rainfall near the currently rainy regions, and the second effect increases rainfall where the ocean warming exceeds the tropical mean. There is *medium confidence* that tropical rainfall projections are more reliable for the seasonal than annual mean changes. {7.6.2, 12.4.5, 14.3.1}

There is *medium confidence* in future increase in seasonal mean precipitation on the equatorial flank of the Intertropical Convergence Zone and a decrease in precipitation in the subtropics including parts

BLM_0150619

**Technical Summary**

Table TS.2 | Overview of projected regional changes and their relation to major climate phenomena. A phenomenon is considered relevant when there is both sufficient confidence that it has an influence on the given region, and when there is sufficient confidence that the phenomenon will change, particularly under the RCP4.5 or higher end scenarios. See Section 14.8 and Tables 14.2 and 14.3 for full assessment of the confidence in these changes, and their relevance for regional climate. {14.8; Tables 14.2, 14.3}

| Regions | Projected Major Changes in Relation to Phenomena |
|---|---|
| **Arctic** {14.8.2} | Wintertime changes in temperature and precipitation resulting from the small projected increase in North Atlantic Oscillation (NAO); enhanced warming and sea ice melting; significant increase in precipitation by mid-century due mostly to enhanced precipitation in extratropical cyclones. |
| **North America** {14.8.3} | Monsoon precipitation will shift later in the annual cycle; increased precipitation in extratropical cyclones will lead to large increases in wintertime precipitation over the northern third of the continent; extreme precipitation increases in tropical cyclones making landfall along the western coast of USA and Mexico, the Gulf Mexico, and the eastern coast of USA and Canada. |
| **Central America and Caribbean** {14.8.4} | Projected reduction in mean precipitation and increase in extreme precipitation; more extreme precipitation in tropical cyclones making landfall along the eastern and western coasts. |
| **South America** {14.8.5} | A southward displaced South Atlantic Convergence Zone increases precipitation in the southeast; positive trend in the Southern Annular Mode displaces the extratropical storm track southward, decreasing precipitation in central Chile and increasing it at the southern tip of South America. |
| **Europe and Mediterranean** {14.8.6} | Enhanced extremes of storm-related precipitation and decreased frequency of storm-related precipitation over the eastern Mediterranean. |
| **Africa** {14.8.7} | Enhanced summer monsoon precipitation in West Africa; increased short rain in East Africa due to the pattern of Indian Ocean warming; increased rainfall extremes of landfall cyclones on the east coast (including Madagascar). |
| **Central and North Asia** {14.8.8} | Enhanced summer precipitation; enhanced winter warming over North Asia. |
| **East Asia** {14.8.9} | Enhanced summer monsoon precipitation; increased rainfall extremes of landfall typhoons on the coast; reduction in the midwinter suppression of extratropical cyclones. |
| **West Asia** {14.8.10} | Increased rainfall extremes of landfall cyclones on the Arabian Peninsula; decreased precipitation in northwest Asia due to a northward shift of extra-tropical storm tracks. |
| **South Asia** {14.8.11} | Enhanced summer monsoon precipitation; increased rainfall extremes of landfall cyclones on the coasts of the Bay of Bengal and Arabian Sea. |
| **Southeast Asia** {14.8.12} | Reduced precipitation in Indonesia during July to October due to the pattern of Indian Ocean warming; increased rainfall extremes of landfall cyclones on the coasts of the South China Sea, Gulf of Thailand and Andaman Sea. |
| **Australia and New Zealand** {14.8.13} | Summer monsoon precipitation may increase over northern Australia; more frequent episodes of the zonal South Pacific Convergence Zone may reduce precipitation in northeastern Australia; increased warming and reduced precipitation in New Zealand and southern Australia due to projected positive trend in the Southern Annular Mode; increased extreme precipitation associated with tropical and extratropical storms |
| **Pacific Islands** {14.8.14} | Tropical convergence zone changes affect rainfall and its extremes; more extreme precipitation associated with tropical cyclones |
| **Antarctica** {14.8.15} | Increased warming over Antarctic Peninsula and West Antarctic related to the positive trend in the Southern Annular Mode; increased precipitation in coastal areas due to a poleward shift of storm track. |

of North and Central Americas, the Caribbean, South America, Africa and West Asia. There is *medium confidence* that the interannual occurrence of zonally oriented South Pacific Convergence Zone events will increase, leading possibly to more frequent droughts in the southwest Pacific. There is *medium confidence* that the South Atlantic Convergence Zone will shift southwards, leading to a precipitation increase over southeastern South America and a reduction immediately north of the convergence zone. {14.3.1, 14.8.3–14.8.5, 14.8.7, 14.8.11, 14.8.14}

The tropical Indian Ocean is *likely* to feature a zonal pattern with reduced warming and decreased rainfall in the east (including Indonesia), and enhanced warming and increased rainfall in the west (including East Africa). The Indian Ocean dipole mode of interannual variability is *very likely* to remain active, affecting climate extremes in East Africa, Indonesia and Australia. {14.3.3, 14.8.7, 14.8.12}

There is *low confidence* in the projections for the tropical Atlantic—both for the mean and interannual modes, because of large errors in model simulations in the region. Future projections in Atlantic hurricanes and tropical South American and West African precipitation are therefore of *low confidence*. {14.3.4, 14.6.1, 14.8.5, 14.8.7}

It is currently not possible to assess how the Madden–Julian Oscillation will change owing to the poor skill in model simulations of this intraseasonal phenomenon and the sensitivity to ocean warming patterns. Future projections of regional climate extremes in West Asia, Southeast Asia and Australia are therefore of *low confidence*. {9.5.2, 14.3.4, 14.8.10, 14.8.12, 14.8.13}

**TS.5.8.3   El Niño-Southern Oscillation**

There is *high confidence* that the El Niño-Southern Oscillation (ENSO) will remain the dominant mode of natural climate variability in the 21st century with global influences in the 21st century, and that regional rainfall variability it induces *likely* intensifies. Natural variations of the amplitude and spatial pattern of ENSO are so large that *confidence* in any projected change for the 21st century remains *low*. The projected change in El Niño amplitude is small for both RCP4.5 and RCP8.5 compared to the spread of the change among models (Figure TS.25). Over the North Pacific and North America, patterns of temperature and precipitation anomalies related to El Niño and La Niña (teleconnections) are *likely* to move eastwards in the future (*medium confidence*), while *confidence* is *low* in changes in climate impacts on other regions including Central and South Americas, the Caribbean, Africa, most of Asia, Australia and most Pacific Islands. In a warmer climate, the increase in atmospheric moisture intensifies temporal variability

BLM_0150620



**Figure TS.24 |** Future change in monsoon statistics between the present-day (1986–2005) and the future (2080–2099) based on CMIP5 ensemble from RCP2.6 (dark blue; 18 models), RCP4.5 (blue; 24), RCP6.0 (yellow; 14), and RCP8.5 (red; 26) simulations. (a) GLOBAL: Global monsoon area (GMA), global monsoon intensity (GMI), standard deviation of inter-annual variability in seasonal precipitation (Psd), seasonal maximum 5-day precipitation total (R5d) and monsoon season duration (DUR). Regional land monsoon domains determined by 24 multi-model mean precipitation in the present-day. (b)–(h) Future change in regional land monsoon statistics: seasonal average precipitation (Pav), Psd, R5d, and DUR in (b) North America (NAMS), (c) North Africa (NAF), (d) South Asia (SAS), (e) East Asia (EAS), (f) Australia-Maritime continent (AUSMC), (g) South Africa (SAF) and (h) South America (SAMS). Units are % except for DUR (days). Box-and-whisker plots show the 10th, 25th, 50th, 75th and 90th percentiles. All the indices are calculated for the summer season (May to September for the Northern, and November to March for the Southern Hemisphere) over each model's monsoon domains. {Figures 14.3, 14.4, 14.6, 14.7}



**Figure TS.25 |** Standard deviation in CMIP5 multi-model ensembles of sea surface temperature variability over the eastern equatorial Pacific Ocean (Nino3 region: 5°S to 5°N, 150°W to 90°W), a measure of El Niño amplitude, for the pre-industrial (PI) control and 20th century (20C) simulations, and 21st century projections using RCP4.5 and RCP8.5. Open circles indicate multi-model ensemble means, and the red cross symbol is the observed standard deviation for the 20th century. Box-and-whisker plots show the 16th, 25th, 50th, 75th and 84th percentiles. {Figure 14.14}

of precipitation even if atmospheric circulation variability remains the same. This applies to ENSO-induced precipitation variability but the possibility of changes in ENSO teleconnections complicates this general conclusion, making it somewhat regional-dependent. {12.4.5, 14.4, 14.8.3–14.8.5, 14.8.7, 14.8.9, 14.8.11–14.8.14}

### TS.5.8.4 Cyclones

Projections for the 21st century indicate that it is *likely* that the global frequency of tropical cyclones will either decrease or remain essentially unchanged, concurrent with a *likely* increase in both global mean tropical cyclone maximum wind speed and rain rates (Figure TS.26). The influence of future climate change on tropical cyclones is *likely* to vary by region, but there is *low confidence* in region-specific projections. The frequency of the most intense storms will *more likely than not* increase in some basins. More extreme precipitation near the centers of tropical cyclones making landfall is projected in North and Central America, East Africa, West, East, South and Southeast Asia as well as in Australia and many Pacific islands (*medium confidence*). {14.6.1, 14.8.3, 14.8.4, 14.8.7, 14.8.9–14.8.14}

107

**Technical Summary**

The global number of extratropical cyclones is *unlikely* to decrease by more than a few percent and future changes in storms are *likely* to be small compared to natural interannual variability and substantial variations between models. A small poleward shift is *likely* in the SH storm track but the magnitude of this change is model dependent. It is *unlikely* that the response of the North Atlantic storm track in climate projections is a simple poleward shift. There is *medium confidence* in a projected poleward shift in the North Pacific storm track. There is *low confidence* in the impact of storm track changes on regional climate at the surface. More precipitation in extratropical cyclones leads to a winter precipitation increase in Arctic, Northern Europe, North America and the mid-to-high-latitude SH. {11.3.2, 12.4.4, 14.6.2, 14.8.2, 14.8.3, 14.8.5, 14.8.6, 14.8.13, 14.8.15}

### TS.5.8.5  Annular and Dipolar Modes of Variability

Future boreal wintertime North Atlantic Oscillation (NAO is *very likely* to exhibit large natural variations as observed in the past. The NAO is *likely* to become slightly more positive (on average), with some, but not very well documented implications for winter conditions in the Arctic,

North America and Eurasia. The austral summer/autumn positive trend in Southern Annular Mode (SAM) is *likely* to weaken considerably as stratospheric ozone recovers through the mid-21st century with some, but not very well documented, implications for South America, Africa, Australia, New Zealand and Antarctica. {11.3.2, 14.5.2,14.8.5, 14.8.7, 14.8.13, 14.8.15}

### TS.5.8.6  Additional Phenomena

It is *unlikely* that the Atlantic Multi-decadal Oscillation (AMO will change its behaviour as the mean climate changes. However, natural fluctuations in the AMO over the coming few decades are *likely* to influence regional climates at least as strongly as will human-induced changes with implications for Atlantic major hurricane frequency, the West African monsoon and North American and European summer conditions. {14.2.4, 14.5.1, 14.6.1, 14.7.6, 14.8.2, 14.8.3, 14.8.6, 14.8.8}

There is *medium confidence* that the frequency of NH and SH blocking will not increase, while the trends in blocking intensity and persistence remain uncertain. {Box 14.2}



**Figure TS.26 |**  Projected changes in tropical cyclone statistics. All values represent expected percent change in the average over period 2081–2100 relative to 2000–2019, under an A1B-like scenario, based on expert judgement after subjective normalization of the model projections. Four metrics were considered: the percent change in I) the total annual frequency of tropical storms, II) the annual frequency of Category 4 and 5 storms, III) the mean Lifetime Maximum Intensity (LMI; the maximum intensity achieved during a storm's lifetime) and IV) the precipitation rate within 200 km of storm center at the time of LMI. For each metric plotted, the solid blue line is the best guess of the expected percent change, and the coloured bar provides the 67% (*likely*) confidence interval for this value (note that this interval ranges across −100% to +200% for the annual frequency of Category 4 and 5 storms in the North Atlantic). Where a metric is not plotted, there are insufficient data (denoted X) available to complete an assessment. A randomly drawn (and coloured) selection of historical storm tracks are underlaid to identify regions of tropical cyclone activity. See Section 14.6.1 for details. {14.6.1}

BLM_0150622

Thematic Focus Elements
## TFE.9 | Climate Extremes

Assessing changes in climate extremes poses unique challenges, not just because of the intrinsically rare nature of these events, but because they invariably happen in conjunction with disruptive conditions. They are strongly influenced by both small- and large-scale weather patterns, modes of variability, thermodynamic processes, land–atmosphere feedbacks and antecedent conditions. Much progress has been made since the IPCC Fourth Assessment Report (AR4) including the comprehensive assessment of extremes undertaken by the IPCC Special Report on Managing the Risk of Extreme Events and Disasters to Advance Climate Change Adaptation (SREX) but also because of the amount of observational evidence available, improvements in our understanding and the ability of models to simulate extremes. {1.3.3, 2.6, 7.6, 9.5.4}

For some climate extremes such as droughts, floods and heat waves, several factors need to be combined to produce an extreme event. Analyses of rarer extremes such as 1-in-20- to 1-in-100-year events using Extreme Value Theory are making their way into a growing body of literature. Other recent advances concern the notion of 'fraction of attributable risk' that aims to link a particular extreme event to specific causal relationships. {1.3.3, 2.6.1, 2.6.2, 10.6.2, 12.4.3; Box 2.4}

TFE.9, Table 1 indicates the changes that have been observed in a range of weather and climate extremes over the last 50 years, the assessment of the human contribution to those changes, and how those extremes are expected to change in the future. The table also compares the current assessment with that of the AR4 and the SREX where applicable. {2.6, 3.7, 10.6, 11.3, 12.4, 14.6}

**Temperature Extremes, Heat Waves and Warm Spells**
It is *very likely* that both maximum and minimum temperature extremes have warmed over most land areas since the mid-20th century. These changes are well simulated by current climate models, and it is *very likely* that anthropogenic forcing has affected the frequency of these extremes and *virtually certain* that further changes will occur. This supports AR4 and SREX conclusions although with greater confidence in the anthropogenic forcing component. {2.6.1, 9.5.4, 10.6.1, 12.4.3}

For land areas with sufficient data there has been an overall increase in the number of warm days and nights. Similar decreases are seen in the number of cold days and nights. It is *very likely* that increases in unusually warm days and nights and/or reductions in unusually cold days and nights including frosts have occurred over this period across most continents. Warm spells or heat waves containing consecutive extremely hot days or nights are often associated with quasi-stationary anticyclonic circulation anomalies and are also affected by pre-existing soil conditions and the persistence of soil moisture anomalies that can amplify or dampen heat waves particularly in moisture-limited regions. Most global land areas, with a few exceptions, have experienced more heat waves since the middle of the 20th century. Several studies suggest that increases in mean temperature account for most of the changes in heat wave frequency, however, heat wave intensity/amplitude is highly sensitive to changes in temperature variability and the shape of the temperature distribution and heat wave definition also plays a role. Although in some regions instrumental periods prior to the 1950s had more heat waves (e.g., USA), for other regions such as Europe, an increase in heat wave frequency in the period since the 1950s stands out in long historical temperature series. {2.6, 2.6.1, 5.5.1; Box 2.4; Tables 2.12, 2.13; FAQ 2.2}

The observed features of temperature extremes and heat waves are well simulated by climate models and are similar to the spread among observationally based estimates in most regions. Regional downscaling now offers credible information on the spatial scales required for assessing extremes and improvements in the simulation of the El Niño-Southern Oscillation from Coupled Model Intercomparison Project Phase 3 (CMIP3) to Phase 5 (CMIP5) and other large-scale phenomena is crucial. However simulated changes in frequency and intensity of extreme events is limited by observed data availability and quality issues and by the ability of models to reliably simulate certain feedbacks and mean changes in key features of circulation such as blocking. {2.6, 2.7, 9.4, 9.5.3, 9.5.4, 9.6, 9.6.1, 10.3, 10.6, 14.4; Box 14.2}

Since AR4, the understanding of mechanisms and feedbacks leading to changes in extremes has improved. There continues to be strengthening evidence for a human influence on the observed frequency of extreme temperatures and heat waves in some regions. Near-term (decadal) projections suggest *likely* increases in temperature extremes but with little distinguishable separation between emissions scenarios (TFE.9, Figure 1). Changes may proceed at

*(continued on next page)*

BLM_0150623

110

**TFE.9, Table 1 |** Extreme weather and climate events: Global-scale assessment of recent observed changes, human contribution to the changes and projected further changes for the early (2016–2035) and late (2081–2100) 21st century. Bold indicates where the AR5 (black) provides a revised* global-scale assessment from the Special Report on Managing the Risk of Extreme Events and Disasters to Advance Climate Change Adaptation (SREX, blue) or AR4 (red). Projections for early 21st century were not provided in previous assessment reports. Projections in the AR5 are relative to the reference period of 1986–2005, and use the new RCP scenarios unless otherwise specified. See the Glossary for definitions of extreme weather and climate events.

| Phenomenon and direction of trend | Assessment that changes occurred (typically since 1950 unless otherwise indicated) | | Assessment of a human contribution to observed changes | | Likelihood of further changes | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Early 21st century | | Late 21st century | |
| **Warmer and/or fewer cold days and nights over most land areas** | *Very likely* | {2.6} | **Very likely** | {10.6} | *Likely* | {11.3} | *Virtually certain* | {12.4} |
| | *Very likely* | | *Likely* | | | | *Virtually certain* | |
| | *Very likely* | | *Likely* | | | | *Virtually certain* | |
| **Warmer and/or more frequent hot days and nights over most land areas** | *Very likely* | {2.6} | **Very likely** | {10.6} | *Likely* | {11.3} | *Virtually certain* | {12.4} |
| | *Very likely* | | *Likely* | | | | *Virtually certain* | |
| | *Very likely* | | *Likely* (nights only) | | | | *Virtually certain* | |
| **Warm spells/heat waves. Frequency and/or duration increases over most land areas** | **Medium confidence** on a global scale *Likely* in large parts of Europe, Asia and Australia | {2.6} | *Likely*[b] | {10.6} | Not formally assessed[b] | {11.3} | *Very likely* | {12.4} |
| | *Medium confidence* in many (but not all) regions | | Not formally assessed | | | | *Very likely* | |
| | *Likely* | | *More likely than not* | | | | *Very likely* | |
| **Heavy precipitation events. Increase in the frequency, intensity, and/or amount of heavy precipitation** | *Likely* more land areas with increases than decreases[c] | {2.6} | **Medium confidence** | {7.6, 10.6} | *Likely* over many land areas | {11.3} | **Very likely** over most of the mid-latitude land masses and over wet tropical regions | {12.4} |
| | *Likely* more land areas with increases than decreases | | *Medium confidence* | | | | *Likely* over many areas | |
| | *Likely* over most land areas | | *More likely than not* | | | | *Very likely* over most land areas | |
| **Increases in intensity and/or duration of drought** | **Low confidence** on a global scale *Likely* changes in some regions[d] | {2.6} | *Low confidence* | {10.6} | *Low confidence*[e] | {11.3} | *Likely* **(medium confidence)** on a regional to global scale[h] | {12.4} |
| | *Medium confidence* in some regions | | *Medium confidence*[f] | | | | *Medium confidence* in some regions | |
| | *Likely* in many regions, since 1970[e] | | *More likely than not* | | | | *Likely*[g] | |
| **Increases in intense tropical cyclone activity** | *Low confidence* in long term (centennial) changes *Virtually certain* in North Atlantic since 1970 | {2.6} | *Low confidence*[i] | {10.6} | *Low confidence* | {11.3} | **More likely than not** in the Western North Pacific and North Atlantic | {14.6} |
| | *Low confidence* | | *Low confidence* | | | | *More likely than not* in some basins | |
| | *Likely* in some regions, since 1970 | | *More likely than not* | | | | *Likely* | |
| **Increased incidence and/or magnitude of extreme high sea level** | *Likely* (since 1970)[k] | {3.7} | **Likely**[k] | {3.7} | *Likely*[l] | {13.7} | *Very likely* | {13.7} |
| | *Likely* (late 20th century) | | *Likely*[k] | | | | *Very likely*[m] | |
| | *Likely* | | *More likely than not*[k] | | | | *Likely* | |

* The direct comparison of assessment findings between reports is difficult. For some climate variables, different aspects have been assessed, and the revised guidance note on uncertainties has been used for the SREX and AR5. The availability of new information, improved scientific understanding, continued analyses of data and models, and specific differences in methodologies applied in the assessed studies, all contribute to revised assessment findings.

Notes:
[a] Attribution is based on available case studies. It is *likely* that human influence has more than doubled the probability of occurrence of some observed heat waves in some locations.
[b] Models project near-term increases in the duration, intensity and spatial extent of heat waves and warm spells.
[c] In most continents, *confidence* in trends is not higher than *medium* except in North America and Europe where there have been *likely* increases in either the frequency or intensity of heavy precipitation with some seasonal and/or regional variation. It is *very likely* that there have been increases in central North America.
[d] The frequency and intensity of drought has *likely* increased in the Mediterranean and West Africa and *likely* decreased in central North America and north-west Australia.
[e] AR4 assessed the area affected by drought.
[f] SREX assessed *medium confidence* that anthropogenic influence had contributed to some changes in the drought patterns observed in the second half of the 20th century, based on its attributed impact on precipitation and temperature changes. SREX assessed *low confidence* in the attribution of changes in droughts at the level of single regions.
[g] There is *low confidence* in projected changes in soil moisture.
[h] Regional to global-scale projected decreases in soil moisture and increased agricultural drought are *likely* (*medium confidence*) in presently dry regions by the end of this century under the RCP8.5 scenario. Soil moisture drying in the Mediterranean, Southwest USA and southern African regions is consistent with projected changes in Hadley circulation and increased surface temperatures, so there is *high confidence* in *likely* surface drying in these regions by the end of this century under the RCP8.5 scenario.
[i] There is *medium confidence* that a reduction in aerosol forcing over the North Atlantic has contributed at least in part to the observed increase in tropical cyclone activity since the 1970s in this region.
[j] Based on expert judgment and assessment of projections which use an SRES A1B (or similar) scenario.
[k] Attribution is based on the close relationship between observed changes in extreme and mean sea level.
[l] There is *high confidence* that this increase in extreme high sea level will primarily be the result of an increase in mean sea level. There is *low confidence* in region-specific projections of storminess and associated storm surges.
[m] SREX assessed it to be *very likely* that mean sea level rise will contribute to future upward trends in extreme coastal high water levels.

BLM_0150624

*TFE.9 (continued)*

a different rate than the mean warming however, with several studies showing that projected European high-percentile summer temperatures will warm faster than mean temperatures. Future changes associated with the warming of temperature extremes in the long-term are *virtually certain* and scale with the strength of emissions scenario, that is, greater anthropogenic emissions correspond to greater warming of extremes (TFE.9, Figure 1). For high-emissions scenarios, it is *likely* that, in most land regions, a current 1-in-20-year maximum temperature event

(continued on next page)



**TFE.9, Figure 1 |** Global projections of the occurrence of (a) cold days (TX10p)- percentage of days annually with daily maximum surface air temperature (Tmax) below the 10th percentile of Tmax for 1961 to 1990, (b) wettest consecutive 5 days (RX5day) —percentage change relative to 1986–2005 in annual maximum consecutive 5-day precipitation totals, (c) warm days (TX90p)—percentage of days annually with daily maximum surface air temperature (Tmax) exceeding the 90th percentile of Tmax for 1961 to 1990 and (d) very wet day precipitation (R95p)—percentage change relative to 1986–2005 of annual precipitation from days >95th percentile. Results are shown from CMIP5 for the RCP2.6, RCP4.5 and RCP8.5 scenarios. Solid lines indicate the ensemble median and shading indicates the interquartile spread between individual projections (25th and 75th percentiles). Maps show (e) the change from 1986–2005 to 2081–2100 in 20-year return values (RV) of daily maximum temperatures, TXx, and (f) the 2081–2100 return period (RP) for rare daily precipitation values, RX1day, that have a 20-year return period during 1986–2005. Both maps are based on the CMIP5 RCP8.5 scenario. The number of models used to calculate the multi-model mean is indicated in each panel. See Box 2.4, Table 1 for index definitions. {Figures 11.17, 12.14, 12.26, 12.27}

BLM_0150625

**Technical Summary**

**TS**

*TFE.9 (continued)*

will at least double in frequency but in many regions will become an annual or a 1-in-2-year event by the end of the 21st century. The magnitude of both high and low temperature extremes is expected to increase at least at the same rate as the mean, but with 20-year return values for low temperature events projected to increase at a rate greater than winter mean temperatures in most regions. {10.6.1, 11.3.2, 12.4.3}

**Precipitation Extremes**

It is *likely* that the number of heavy precipitation events over land has increased in more regions than it has decreased in since the mid-20th century, and there is *medium confidence* that anthropogenic forcing has contributed to this increase. {2.6.2, 10.6.1}

There has been substantial progress between CMIP3 and CMIP5 in the ability of models to simulate more realistic precipitation extremes. However, evidence suggests that the majority of models underestimate the sensitivity of extreme precipitation to temperature variability or trends especially in the tropics, which implies that models may underestimate the projected increase in extreme precipitation in the future. While progress has been made in understanding the processes that drive extreme precipitation, challenges remain in quantifying cloud and convective effects in models for example. The complexity of land surface and atmospheric processes limits confidence in regional projections of precipitation change, especially over land, although there is a component of a 'wet-get-wetter' and 'dry-get-drier' response over oceans at the large scale. Even so, there is *high confidence* that, as the climate warms, extreme precipitation rates (e.g., on daily time scales) will increase faster than the time average. Changes in local extremes on daily and sub-daily time scales are expected to increase by roughly 5 to 10% per °C of warming (*medium confidence*). {7.6, 9.5.4}

For the near and long term, CMIP5 projections confirm a clear tendency for increases in heavy precipitation events in the global mean seen in the AR4, but there are substantial variations across regions (TFE.9, Figure 1). Over most of the mid-latitude land masses and over wet tropical regions, extreme precipitation will *very likely* be more intense and more frequent in a warmer world. {11.3.2, 12.4.5}

**Floods and Droughts**

There continues to be a lack of evidence and thus *low confidence* regarding the sign of trend in the magnitude and/or frequency of floods on a global scale over the instrumental record. There is *high confidence* that past floods larger than those recorded since 1900 have occurred during the past five centuries in northern and central Europe, western Mediterranean region, and eastern Asia. There is *medium confidence* that modern large floods are comparable to or surpass historical floods in magnitude and/or frequency in the Near East, India and central North America. {2.6.2, 5.5.5}

Compelling arguments both for and against significant increases in the land area affected by drought and/or dryness since the mid-20th century have resulted in a *low confidence* assessment of observed and attributable large-scale trends. This is due primarily to a lack and quality of direct observations, dependencies of inferred trends on the index choice, geographical inconsistencies in the trends and difficulties in distinguishing decadal scale variability from long term trends. On millennial time scales, there is *high confidence* that proxy information provides evidence of droughts of greater magnitude and longer duration than observed during the 20th century in many regions. There is *medium confidence* that more megadroughts occurred in monsoon Asia and wetter conditions prevailed in arid Central Asia and the South American monsoon region during the Little Ice Age (1450 to 1850) compared to the Medieval Climate Anomaly (950 to 1250). {2.6.2, 5.5.4, 5.5.5, 10.6.1}

Under the Representative Concentration Pathway RCP8.5, projections by the end of the century indicate an increased risk of drought is *likely* (*medium confidence*) in presently dry regions linked to regional to global-scale projected decreases in soil moisture. Soil moisture drying is most prominent in the Mediterranean, Southwest USA, and southern Africa, consistent with projected changes in the Hadley Circulation and increased surface temperatures, and surface drying in these regions is *likely* (*high confidence*) by the end of the century under RCP8.5. {12.4.5}

**Extreme Sea Level**

It is *likely* that the magnitude of extreme high sea level events has increased since 1970 and that most of this rise can be explained by increases in mean sea level. When mean sea level changes is taken into account, changes in extreme high sea levels are reduced to less than 5 mm yr$^{-1}$ at 94% of tide gauges. In the future it is *very likely* that there will be a significant increase in the occurrence of sea level extremes and similarly to past observations, this increase will primarily be the result of an increase in mean sea level. {3.7.5, 13.7.2}

*(continued on next page)*

BLM_0150626

*TFE.9 (continued)*

**Tropical and Extratropical Cyclones**
There is *low confidence* in long-term (centennial) changes in tropical cyclone activity, after accounting for past changes in observing capabilities. However over the satellite era, increases in the frequency and intensity of the strongest storms in the North Atlantic are robust (*very high confidence*). However, the cause of this increase is debated and there is *low confidence* in attribution of changes in tropical cyclone activity to human influence owing to insufficient observational evidence, lack of physical understanding of the links between anthropogenic drivers of climate and tropical cyclone activity and the low level of agreement between studies as to the relative importance of internal variability, and anthropogenic and natural forcings. {2.6.3, 10.6.1, 14.6.1}

Some high-resolution atmospheric models have realistically simulated tracks and counts of tropical cyclones and models generally are able to capture the general characteristics of storm tracks and extratropical cyclones with evidence of improvement since the AR4. Storm track biases in the North Atlantic have improved slightly, but models still produce a storm track that is too zonal and underestimate cyclone intensity. {9.4.1, 9.5.4}

While projections indicate that it is *likely* that the global frequency of tropical cyclones will either decrease or remain essentially unchanged, concurrent with a *likely* increase in both global mean tropical cyclone maximum wind speed and rainfall rates, there is lower confidence in region-specific projections of frequency and intensity. However, due to improvements in model resolution and downscaling techniques, it is *more likely than not* that the frequency of the most intense storms will increase substantially in some basins under projected 21st century warming (see Figure TS.26). {11.3.2, 14.6.1}

Research subsequent to the AR4 and SREX continues to support a *likely* poleward shift of storm tracks since the 1950s. However over the last century there is *low confidence* of a clear trend in storminess due to inconsistencies between studies or lack of long-term data in some parts of the world (particularly in the Southern Hemisphere (SH)). {2.6.4, 2.7.6}

Despite systematic biases in simulating storm tracks, most models and studies are in agreement that the global number of extratropical cyclones is *unlikely* to decrease by more than a few per cent. A small poleward shift is *likely* in the SH storm track. It is *more likely than not* (*medium confidence*) for a projected poleward shift in the North Pacific storm track but it is *unlikely* that the response of the North Atlantic storm track is a simple poleward shift. There is *low confidence* in the magnitude of regional storm track changes, and the impact of such changes on regional surface climate. {14.6.2}

BLM_0150627

Technical Summary

TS

## TS.6    Key Uncertainties

This final section of the Technical Summary provides readers with a short overview of key uncertainties in the understanding of the climate system and the ability to project changes in response to anthropogenic influences. The overview is not comprehensive and does not describe in detail the basis for these findings. These are found in the main body of this Technical Summary and in the underlying chapters to which each bullet points in the curly brackets.

### TS.6.1    Key Uncertainties in Observation of Changes in the Climate System

* There is only *medium* to *low confidence* in the rate of change of tropospheric warming and its vertical structure. Estimates of tropospheric warming rates encompass surface temperature warming rate estimates. There is *low confidence* in the rate and vertical structure of the stratospheric cooling. {2.4.4}

* *Confidence* in global precipitation change over land is *low* prior to 1951 and *medium* afterwards because of data incompleteness. {2.5.1}

* Substantial ambiguity and therefore *low confidence* remains in the observations of global-scale cloud variability and trends. {2.5.6}

* There is *low confidence* in an observed global-scale trend in drought or dryness (lack of rainfall), due to lack of direct observations, methodological uncertainties and choice and geographical inconsistencies in the trends. {2.6.2}

* There is *low confidence* that any reported long-term (centennial) changes in tropical cyclone characteristics are robust, after accounting for past changes in observing capabilities. {2.6.3}

* Robust conclusions on long-term changes in large-scale atmospheric circulation are presently not possible because of large variability on interannual to decadal time scales and remaining differences between data sets. {2.7}

* Different global estimates of sub-surface ocean temperatures have variations at different times and for different periods, suggesting that sub-decadal variability in the temperature and upper heat content (0 to to 700 m) is still poorly characterized in the historical record. {3.2}

* Below ocean depths of 700 m the sampling in space and time is too sparse to produce annual global ocean temperature and heat content estimates prior to 2005. {3.2.4}

* Observational coverage of the ocean deeper than 2000 m is still limited and hampers more robust estimates of changes in global ocean heat content and carbon content. This also limits the quantification of the contribution of deep ocean warming to sea level rise. {3.2, 3.7, 3.8; Box 3.1}

* The number of continuous observational time series measuring the strength of climate relevant ocean circulation features (e.g., the meridional overturning circulation) is limited and the existing time series are still too short to assess decadal and longer trends. {3.6}.

* In Antarctica, available data are inadequate to assess the status of change of many characteristics of sea ice (e.g., thickness and volume). {4.2.3}

* On a global scale the mass loss from melting at calving fronts and iceberg calving are not yet comprehensively assessed. The largest uncertainty in estimated mass loss from glaciers comes from the Antarctic, and the observational record of ice–ocean interactions around both ice sheets remains poor. {4.3.3, 4.4}

### TS.6.2    Key Uncertainties in Drivers of Climate Change

* Uncertainties in aerosol–cloud interactions and the associated radiative forcing remain large. As a result, uncertainties in aerosol forcing remain the dominant contributor to the overall uncertainty in net anthropogenic forcing, despite a better understanding of some of the relevant atmospheric processes and the availability of global satellite monitoring. {2.2, 7.3–7.5, 8.5}

* The cloud feedback is *likely* positive but its quantification remains difficult. {7.2}

* Paleoclimate reconstructions and Earth System Models indicate that there is a positive feedback between climate and the carbon cycle, but *confidence* remains *low* in the strength of this feedback, particularly for the land. {6.4}

### TS.6.3    Key Uncertainties in Understanding the Climate System and Its Recent Changes

* The simulation of clouds in AOGCMs has shown modest improvement since AR4; however, it remains challenging. {7.2, 9.2.1, 9.4.1, 9.7.2}

* Observational uncertainties for climate variables other than temperature, uncertainties in forcings such as aerosols, and limits in process understanding continue to hamper attribution of changes in many aspects of the climate system. {10.1, 10.3, 10.7}

* Changes in the water cycle remain less reliably modelled in both their changes and their internal variability, limiting confidence in attribution assessments. Observational uncertainties and the large effect of internal variability on observed precipitation also precludes a more confident assessment of the causes of precipitation changes. {2.5.1, 2.5.4, 10.3.2}

* Modelling uncertainties related to model resolution and incorporation of relevant processes become more important at regional scales, and the effects of internal variability become more significant. Therefore, challenges persist in attributing observed change to external forcing at regional scales. {2.4.1, 10.3.1}

BLM_0150628

- The ability to simulate changes in frequency and intensity of extreme events is limited by the ability of models to reliably simulate mean changes in key features. {10.6.1}

- In some aspects of the climate system, including changes in drought, changes in tropical cyclone activity, Antarctic warming, Antarctic sea ice extent, and Antarctic mass balance, *confidence* in attribution to human influence remains *low* due to modelling uncertainties and low agreement between scientific studies. {10.3.1, 10.5.2, 10.6.1}

### TS.6.4    Key Uncertainties in Projections of Global and Regional Climate Change

- Based on model results there is limited confidence in the predictability of yearly to decadal averages of temperature both for the global average and for some geographical regions. Multi-model results for precipitation indicate a generally low predictability. Short-term climate projection is also limited by the uncertainty in projections of natural forcing. {11.1, 11.2, 11.3.1, 11.3.6; Box 11.1}

- There is *medium confidence* in near-term projections of a northward shift of NH storm track and westerlies. {11.3.2}

- There is generally *low confidence* in basin-scale projections of significant trends in tropical cyclone frequency and intensity in the 21st century. {11.3.2, 14.6.1}

- Projected changes in soil moisture and surface run off are not robust in many regions. {11.3.2, 12.4.5}

- Several components or phenomena in the climate system could potentially exhibit abrupt or nonlinear changes, but for many phenomena there is *low confidence* and little consensus on the likelihood of such events over the 21st century. {12.5.5}

- There is *low confidence* on magnitude of carbon losses through $CO_2$ or $CH_4$ emissions to the atmosphere from thawing permafrost. There is *low confidence* in projected future $CH_4$ emissions from natural sources due to changes in wetlands and gas hydrate release from the sea floor. {6.4.3, 6.4.7}

- There is *medium confidence* in the projected contributions to sea level rise by models of ice sheet dynamics for the 21st century, and *low confidence* in their projections beyond 2100. {13.3.3}

- There is *low confidence* in semi-empirical model projections of global mean sea level rise, and no consensus in the scientific community about their reliability. {13.5.2, 13.5.3}

- There is *low confidence* in projections of many aspects of climate phenomena that influence regional climate change, including changes in amplitude and spatial pattern of modes of climate variability. {9.5.3, 14.2–14.7}

TS

BLM_0150629

BLM_0150630

# Chapters

BLM_0150631

BLM_0150632

# 1

# Introduction

**Coordinating Lead Authors:**

Ulrich Cubasch (Germany), Donald Wuebbles (USA)

**Lead Authors:**

Deliang Chen (Sweden), Maria Cristina Facchini (Italy), David Frame (UK/New Zealand), Natalie Mahowald (USA), Jan-Gunnar Winther (Norway)

**Contributing Authors:**

Achim Brauer (Germany), Lydia Gates (Germany), Emily Janssen (USA), Frank Kaspar (Germany), Janina Körper (Germany), Valérie Masson-Delmotte (France), Malte Meinshausen (Australia/Germany), Matthew Menne (USA), Carolin Richter (Switzerland), Michael Schulz (Germany), Uwe Schulzweida (Germany), Bjorn Stevens (Germany/USA), Rowan Sutton (UK), Kevin Trenberth (USA), Murat Türkeş (Turkey), Daniel S. Ward (USA)

**Review Editors:**

Yihui Ding (China), Linda Mearns (USA), Peter Wadhams (UK)

**This chapter should be cited as:**

Cubasch, U., D. Wuebbles, D. Chen, M.C. Facchini, D. Frame, N. Mahowald, and J.-G. Winther, 2013: Introduction. In: *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

BLM_0150633

# Table of Contents

**1**

**Executive Summary** .................................................................... 121

**1.1    Chapter Preview** ................................................... 123

**1.2    Rationale and Key Concepts of the
WGI Contribution** ............................................. 123

   1.2.1    Setting the Stage for the Assessment ....................... 123

   1.2.2    Key Concepts in Climate Science .............................. 123

   1.2.3    Multiple Lines of Evidence for Climate Change ......... 129

**1.3    Indicators of Climate Change** ....................................... 130

   1.3.1    Global and Regional Surface Temperatures .............. 131

   1.3.2    Greenhouse Gas Concentrations .............................. 132

   1.3.3    Extreme Events .......................................................... 134

   1.3.4    Climate Change Indicators ........................................ 136

**1.4    Treatment of Uncertainties** ......................................... 138

   1.4.1    Uncertainty in Environmental Science ...................... 138

   1.4.2    Characterizing Uncertainty ....................................... 138

   1.4.3    Treatment of Uncertainty in IPCC ............................ 139

   1.4.4    Uncertainty Treatment in This Assessment ............... 139

**1.5    Advances in Measurement and Modelling
Capabilities** ...................................................... 142

   1.5.1    Capabilities of Observations ..................................... 142

   1.5.2    Capabilities in Global Climate Modelling ................. 144

   **Box 1.1**: **Description of Future Scenarios** ............................... 147

**1.6    Overview and Road Map to the Rest of
the Report** ......................................................... 151

   1.6.1    Topical Issues ............................................................ 151

**References** ....................................................................... 152

**Appendix 1.A: Notes and Technical Details on Figures
Displayed in Chapter 1** ................................................... 155

**Frequently Asked Questions**

   **FAQ 1.1**    **If Understanding of the Climate System Has
Increased, Why Hasn't the Range of
Temperature Projections Been Reduced?** ........... 140

BLM_0150634

## Executive Summary

### Human Effects on Climate

**Human activities are continuing to affect the Earth's energy budget by changing the emissions and resulting atmospheric concentrations of radiatively important gases and aerosols and by changing land surface properties.** Previous assessments have already shown through multiple lines of evidence that the climate is changing across our planet, largely as a result of human activities. The most compelling evidence of climate change derives from observations of the atmosphere, land, oceans and cryosphere. Unequivocal evidence from *in situ* observations and ice core records shows that the atmospheric concentrations of important greenhouse gases such as carbon dioxide ($CO_2$), methane ($CH_4$), and nitrous oxide ($N_2O$) have increased over the last few centuries. {1.2.2, 1.2.3}

**The processes affecting climate can exhibit considerable natural variability. Even in the absence of external forcing, periodic and chaotic variations on a vast range of spatial and temporal scales are observed.** Much of this variability can be represented by simple (e.g., unimodal or power law) distributions, but many components of the climate system also exhibit multiple states—for instance, the glacial–interglacial cycles and certain modes of internal variability such as El Niño-Southern Oscillation (ENSO). Movement between states can occur as a result of natural variability, or in response to external forcing. The relationship among variability, forcing and response reveals the complexity of the dynamics of the climate system: the relationship between forcing and response for some parts of the system seems reasonably linear; in other cases this relationship is much more complex. {1.2.2}

### Multiple Lines of Evidence for Climate Change

**Global mean surface air temperatures over land and oceans have increased over the last 100 years.** Temperature measurements in the oceans show a continuing increase in the heat content of the oceans. Analyses based on measurements of the Earth's radiative budget suggest a small positive energy imbalance that serves to increase the global heat content of the Earth system. Observations from satellites and *in situ* measurements show a trend of significant reductions in the mass balance of most land ice masses and in Arctic sea ice. The oceans' uptake of $CO_2$ is having a significant effect on the chemistry of sea water. Paleoclimatic reconstructions have helped place ongoing climate change in the perspective of natural climate variability. {1.2.3; Figure 1.3}

**Observations of $CO_2$ concentrations, globally averaged temperature and sea level rise are generally well within the range of the extent of the earlier IPCC projections. The recently observed increases in $CH_4$ and $N_2O$ concentrations are smaller than those assumed in the scenarios in the previous assessments.** Each IPCC assessment has used new projections of future climate change that have become more detailed as the models have become more advanced. Similarly, the scenarios used in the IPCC assessments have themselves changed over time to reflect the state of knowledge. The range of climate projections from model results provided and assessed in the first IPCC assessment in 1990 to those in the 2007 AR4 provides an opportunity to compare the projections with the actually observed changes, thereby examining the deviations of the projections from the observations over time. {1.3.1, 1.3.2, 1.3.4; Figures 1.4, 1.5, 1.6, 1.7, 1.10}

**Climate change, whether driven by natural or human forcing, can lead to changes in the likelihood of the occurrence or strength of extreme weather and climate events or both.** Since the AR4, the observational basis has increased substantially, so that some extremes are now examined over most land areas. Furthermore, more models with higher resolution and a greater number of regional models have been used in the simulations and projections of extremes. {1.3.3; Figure 1.9}

### Treatment of Uncertainties

**For AR5, the three IPCC Working Groups use two metrics to communicate the degree of certainty in key findings:** (1) Confidence is a qualitative measure of the validity of a finding, based on the type, amount, quality and consistency of evidence (e.g., data, mechanistic understanding, theory, models, expert judgment) and the degree of agreement[1]; and (2) Likelihood provides a quantified measure of uncertainty in a finding expressed probabilistically (e.g., based on statistical analysis of observations or model results, or both, and expert judgement)[2]. {1.4; Figure 1.11}

### Advances in Measurement and Modelling Capabilities

**Over the last few decades, new observational systems, especially satellite-based systems, have increased the number of observations of the Earth's climate by orders of magnitude.** Tools to analyse and process these data have been developed or enhanced to cope with this large increase in information, and more climate proxy data have been acquired to improve our knowledge of past changes in climate. Because the Earth's climate system is characterized on multiple spatial and temporal scales, new observations may reduce the uncertainties surrounding the understanding of short timescale

---

[1]  In this Report, the following summary terms are used to describe the available evidence: limited, medium, or robust; and for the degree of agreement: low, medium, or high. A level of confidence is expressed using five qualifiers: very low, low, medium, high, and very high, and typeset in italics, e.g., *medium confidence*. For a given evidence and agreement statement, different confidence levels can be assigned, but increasing levels of evidence and degrees of agreement are correlated with increasing confidence (see Section 1.4 and Box TS.1 for more details).

[2]  In this Report, the following terms have been used to indicate the assessed likelihood of an outcome or a result: Virtually certain 99–100% probability, Very likely 90–100%, Likely 66–100%, About as likely as not 33–66%, Unlikely 0–33%, Very unlikely 0–10%, Exceptionally unlikely 0–1%. Additional terms (Extremely likely: 95–100%, More likely than not >50–100%, and Extremely unlikely 0–5%) may also be used when appropriate. Assessed likelihood is typeset in italics, e.g., *very likely* (see Section 1.4 and Box TS.1 for more details).

BLM_0150635

**1**

processes quite rapidly. However, processes that occur over longer timescales may require very long observational baselines before much progress can be made. {1.5.1; Figure 1.12}

**Increases in computing speed and memory have led to the development of more sophisticated models that describe physical, chemical and biological processes in greater detail**. Modelling strategies have been extended to provide better estimates of the uncertainty in climate change projections. The model comparisons with observations have pushed the analysis and development of the models. The inclusion of 'long-term' simulations has allowed incorporation of information from paleoclimate data to inform projections. Within uncertainties associated with reconstructions of past climate variables from proxy record and forcings, paleoclimate information from the Mid Holocene, Last Glacial Maximum, and Last Millennium have been used to test the ability of models to simulate realistically the magnitude and large-scale patterns of past changes. {1.5.2; Figures 1.13, 1.14}

As part of the process of getting model analyses for a range of alternative images of how the future may unfold, four new scenarios for future emissions of important gases and aerosols have been developed for the AR5, referred to as Representative Concentration Pathways (RCPs). {Box 1.1}

BLM_0150636

## 1.1    Chapter Preview

This introductory chapter serves as a lead-in to the science presented in the Working Group I (WGI) contribution to the Intergovernmental Panel on Climate Change (IPCC) Fifth Assessment Report (AR5). Chapter 1 in the IPCC Fourth Assessment Report (AR4) (Le Treut et al., 2007) provided a historical perspective on the understanding of climate science and the evidence regarding human influence on the Earth's climate system. Since the last assessment, the scientific knowledge gained through observations, theoretical analyses, and modelling studies has continued to increase and to strengthen further the evidence linking human activities to the ongoing climate change. In AR5, Chapter 1 focuses on the concepts and definitions applied in the discussions of new findings in the other chapters. It also examines several of the key indicators for a changing climate and shows how the current knowledge of those indicators compares with the projections made in previous assessments. The new scenarios for projected human-related emissions used in this assessment are also introduced. Finally, the chapter discusses the directions and capabilities of current climate science, while the detailed discussion of new findings is covered in the remainder of the WGI contribution to the AR5.

## 1.2    Rationale and Key Concepts of the WGI Contribution

### 1.2.1    Setting the Stage for the Assessment

The IPCC was set up in 1988 by the World Meteorological Organization and the United Nations Environment Programme to provide governments with a clear view of the current state of knowledge about the science of climate change, potential impacts, and options for adaptation and mitigation through regular assessments of the most recent information published in the scientific, technical and socio-economic literature worldwide. The WGI contribution to the IPCC AR5 assesses the current state of the physical sciences with respect to climate change. This report presents an assessment of the current state of research results and is not a discussion of all relevant papers as would be included in a review. It thus seeks to make sure that the range of scientific views, as represented in the peer-reviewed literature, is considered and evaluated in the assessment, and that the state of the science is concisely and accurately presented. A transparent review process ensures that disparate views are included (IPCC, 2012a).

As an overview, Table 1.1 shows a selection of key findings from earlier IPCC assessments. This table provides a non-comprehensive selection of key assessment statements from previous assessment reports—IPCC First Assessment Report (FAR, IPCC, 1990), IPCC Second Assessment Report (SAR, IPCC, 1996), IPCC Third Assessment Report (TAR, IPCC, 2001) and IPCC Fourth Assessment Report (AR4, IPCC, 2007)—with a focus on policy-relevant quantities that have been evaluated in each of the IPCC assessments.

Scientific hypotheses are contingent and always open to revision in light of new evidence and theory. In this sense the distinguishing features of scientific enquiry are the search for truth and the willingness to subject itself to critical re-examination. Modern research science

conducts this critical revision through processes such as the peer review. At conferences and in the procedures that surround publication in peer-reviewed journals, scientific claims about environmental processes are analysed and held up to scrutiny. Even after publication, findings are further analysed and evaluated. That is the self-correcting nature of the scientific process (more details are given in AR4 Chapter 1 and Le Treut et al., 2007).

Science strives for objectivity but inevitably also involves choices and judgements. Scientists make choices regarding data and models, which processes to include and which to leave out. Usually these choices are uncontroversial and play only a minor role in the production of research. Sometimes, however, the choices scientists make are sources of disagreement and uncertainty. These are usually resolved by further scientific enquiry into the sources of disagreement. In some cases, experts cannot reach a consensus view. Examples in climate science include how best to evaluate climate models relative to observations, how best to evaluate potential sea level rise and how to evaluate probabilistic projections of climate change. In many cases there may be no definitive solution to these questions. The IPCC process is aimed at assessing the literature as it stands and attempts to reflect the level of reasonable scientific consensus as well as disagreement.

To assess areas of scientific controversy, the peer-reviewed literature is considered and evaluated. Not all papers on a controversial point can be discussed individually in an assessment, but every effort has been made here to ensure that all views represented in the peer-reviewed literature are considered in the assessment process. A list of topical issues is given in Table 1.3.

The Earth sciences study the multitude of processes that shape our environment. Some of these processes can be understood through idealized laboratory experiments, by altering a single element and then tracing through the effects of that controlled change. However, as in other natural and the social sciences, the openness of environmental systems, in terms of our lack of control of the boundaries of the system, their temporally and temporally multi-scale character and the complexity of interactions, often hamper scientists' ability to definitively isolate causal links. This in turn places important limits on the understanding of many of the inferences in the Earth sciences (e.g., Oreskes et al., 1994). There are many cases where scientists are able to make inferences using statistical tools with considerable evidential support and with high degrees of confidence, and conceptual and numerical modelling can assist in forming understanding and intuition about the interaction of dynamic processes.

### 1.2.2    Key Concepts in Climate Science

Here, some of the key concepts in climate science are briefly described; many of these were summarized more comprehensively in earlier IPCC assessments (Baede et al., 2001). We focus only on a certain number of them to facilitate discussions in this assessment.

First, it is important to distinguish the meaning of weather from climate. Weather describes the conditions of the atmosphere at a certain place and time with reference to temperature, pressure, humidity, wind, and other key parameters (meteorological elements); the

BLM_0150637

124

**Table 1.1 |** Historical overview of major conclusions of previous IPCC assessment reports. The table provides a non-comprehensive selection of key statements from previous assessment reports—IPCC First Assessment Report (FAR; IPCC, 1990), IPCC Second Assessment Report (SAR; IPCC, 1996), IPCC Third Assessment Report (TAR; IPCC, 2001) and IPCC Fourth Assessment Report (AR4; IPCC, 2007)—with a focus on global mean surface air temperature and sea level change as two policy relevant quantities that have been covered in IPCC since the first assessment report.

| Topic | | FAR SPM Statement | SAR SPM Statement | TAR SPM Statement | AR4 SPM Statement |
|---|---|---|---|---|---|
| Human and Natural Drivers of Climate Change | | There is a natural greenhouse effect which already keeps the Earth warmer than it would otherwise be. Emissions resulting from human activities are substantially increasing the atmospheric concentrations of the greenhouse gases carbon dioxide, methane, chlorofluorocarbons and nitrous oxide. These increases will enhance the greenhouse effect, resulting on average in an additional warming of the Earth's surface.<br><br>Continued emissions of these gases at present rates would commit us to increased concentrations for centuries ahead. | Greenhouse gas concentrations have continued to increase. These trends can be attributed largely to human activities, mostly fossil fuel use, land use change and agriculture.<br><br>Anthropogenic aerosols are short-lived and tend to produce negative radiative forcing. | Emissions of greenhouse gases and aerosols due to human activities continue to alter the atmosphere in ways that are expected to affect the climate. The atmospheric concentration of $CO_2$ has increased by 31% since 1750 and that of methane by 151%.<br><br>Anthropogenic aerosols are short-lived and mostly produce negative radiative forcing by their direct effect. There is more evidence for their indirect effect, which is negative, although of very uncertain magnitude.<br><br>Natural factors have made small contributions to radiative forcing over the past century. | Global atmospheric concentrations of carbon dioxide, methane and nitrous oxide have increased markedly as a result of human activities since 1750 and now far exceed pre-industrial values determined from ice cores spanning many thousands of years. The global increases in carbon dioxide concentration are due primarily to fossil fuel use and land use change, while those of methane and nitrous oxide are primarily due to agriculture.<br><br>*Very high confidence* that the global average net effect of human activities since 1750 has been one of warming, with a radiative forcing of +1.6 [+0.6 to +2.4] W m$^{-2}$. |
| Direct Observations of Recent Climate Change | Temperature | Global mean surface air temperature has increased by 0.3°C to 0.6°C over the last 100 years, with the five global-average warmest years being in the 1980s. | Climate has changed over the past century. Global mean surface temperature has increased by between about 0.3 and 0.6°C since the late 19th century. Recent years have been among the warmest since 1860, despite the cooling effect of the 1991 Mt. Pinatubo volcanic eruption. | An increasing body of observations gives a collective picture of a warming world and other changes in the climate system.<br><br>The global average temperature has increased since 1861. Over the 20th century the increase has been 0.6°C.<br><br>Some important aspects of climate appear not to have changed. | Warming of the climate system is unequivocal, as is now evident from observations of increases in global average air and ocean temperatures, widespread melting of snow and ice, and rising global average sea level.<br><br>Eleven of the last twelve years (1995–2006) rank among the 12 warmest years in the instrumental record of global surface temperature (since 1850). The updated 100-year linear trend (1906 to 2005) of 0.74°C [0.56°C to 0.92°C] is therefore larger than the corresponding trend for 1901 to 2000 given in the TAR of 0.6°C [0.4°C to 0.8°C].<br><br>Some aspects of climate have not been observed to change. |
| | Sea Level | Over the same period global sea level has increased by 10 to 20 cm These increases have not been smooth with time, nor uniform over the globe. | Global sea level has risen by between 10 and 25 cm over the past 100 years and much of the rise may be related to the increase in global mean temperature. | Tide gauge data show that global average sea level rose between 0.1 and 0.2 m during the 20th century. | Global average sea level rose at an average rate of 1.8 [1.3 to 2.3] mm per year over 1961 to 2003. The rate was faster over 1993 to 2003: about 3.1 [2.4 to 3.8] mm per year. The total 20th century rise is estimated to be 0.17 [0.12 to 0.22] m. |
| A Palaeoclimatic Perspective | | Climate varies naturally on all timescales from hundreds of millions of years down to the year-to-year. Prominent in the Earth's history have been the 100,000 year glacial–interglacial cycles when climate was mostly cooler than at present. Global surface temperatures have typically varied by 5°C to 7°C through these cycles, with large changes in ice volume and sea level, and temperature changes as great as 10°C to 15°C in some middle and high latitude regions of the Northern Hemisphere. Since the end of the last ice age, about 10,000 years ago, global surface temperatures have probably fluctuated by little more than 1°C. Some fluctuations have lasted several centuries, including the Little ice Age which ended in the nineteenth century and which appears to have been global in extent. | The limited available evidence from proxy climate indicators suggests that the 20th century global mean temperature is at least as warm as any other century since at least 1400 AD. Data prior to 1400 are too sparse to allow the reliable estimation of global mean temperature. | New analyses of proxy data for the Northern Hemisphere indicate that the increase in temperature in the 20th century is *likely* to have been the largest of any century during the past 1,000 years. Also *likely* that, in the Northern Hemisphere, the 1990s was the warmest decade and 1998 the warmest year. Because less data are available, less is known about annual averages prior to 1,000 years before present and for conditions prevailing in most of the Southern Hemisphere prior to 1861. | Palaeoclimatic information supports the interpretation that the warmth of the last half century is unusual in at least the previous 1,300 years.<br><br>The last time the polar regions were significantly warmer than present for an extended period (about 125,000 years ago), reductions in polar ice volume led to 4 to 6 m of sea level rise. |

*(continued on next page)*

BLM_0150638

*(Table 1.1 continued)*

| Topic | | FAR SPM Statement | SAR SPM Statement | TAR SPM Statement | AR4 SPM Statement |
|---|---|---|---|---|---|
| Understanding and Attributing Climate Change | | The size of this warming is broadly consistent with predictions of climate models, but it is also of the same magnitude as natural climate variability. Thus the observed increase could be largely due to this natural variability; alternatively this variability and other human factors could have offset a still larger human-induced greenhouse warming. The unequivocal detection of the enhanced greenhouse effect from observations is not likely for a decade or more. | The balance of evidence suggests a discernible human influence on global climate. Simulations with coupled atmosphere–ocean models have provided important information about decade to century timescale natural internal climate variability. | There is new and stronger evidence that most of the warming observed over the last 50 years is attributable to human activities. There is a longer and more scrutinized temperature record and new model estimates of variability. Reconstructions of climate data for the past 1,000 years indicate this warming was unusual and is *unlikely* to be entirely natural in origin. | Most of the observed increase in global average temperatures since the mid-20th century is *very likely* due to the observed increase in anthropogenic greenhouse gas concentrations. Discernible human influences now extend to other aspects of climate, including ocean warming, continental-average temperatures, temperature extremes and wind patterns. |
| Projections of Future Changes in Climate | Temperature | Under the IPCC Business-as-Usual emissions of greenhouse gases, a rate of increase of global mean temperature during the next century of about 0.3°C per decade (with an uncertainty range of 0.2°C to 0.5°C per decade); this is greater than that seen over the past 10,000 years. | Climate is expected to continue to change in the future. For the mid-range IPCC emission scenario, IS92a, assuming the 'best estimate' value of climate sensitivity and including the effects of future increases in aerosols, models project an increase in global mean surface air temperature relative to 1990 of about 2°C by 2100. | Global average temperature and sea level are projected to rise under all IPCC SRES scenarios. The globally averaged surface temperature is projected to increase by 1.4°C to 5.8°C over the period 1990 to 2100.<br><br>Confidence in the ability of models to project future climate has increased.<br><br>Anthropogenic climate change will persist for many centuries. | For the next two decades, a warming of about 0.2°C per decade is projected for a range of SRES emission scenarios. Even if the concentrations of all greenhouse gases and aerosols had been kept constant at year 2000 levels, a further warming of about 0.1°C per decade would be expected.<br><br>There is now higher confidence in projected patterns of warming and other regional-scale features, including changes in wind patterns, precipitation and some aspects of extremes and of ice.<br><br>Anthropogenic warming and sea level rise would continue for centuries, even if greenhouse gas concentrations were to be stabilised. |
| | Sea Level | An average rate of global mean sea level rise of about 6 cm per decade over the next century (with an uncertainty range of 3 to 10 cm per decade) is projected. | Models project a sea level rise of 50 cm from the present to 2100. | Global mean sea level is projected to rise by 0.09 to 0.88 m between 1990 and 2100. | Global sea level rise for the range of scenarios is projected as 0.18 to 0.59 m by the end of the 21st century. |

**1**

presence of clouds, precipitation; and the occurrence of special phenomena, such as thunderstorms, dust storms, tornados and others. Climate in a narrow sense is usually defined as the average weather, or more rigorously, as the statistical description in terms of the mean and variability of relevant quantities over a period of time ranging from months to thousands or millions of years. The relevant quantities are most often surface variables such as temperature, precipitation and wind. Classically the period for averaging these variables is 30 years, as defined by the World Meteorological Organization. Climate in a wider sense also includes not just the mean conditions, but also the associated statistics (frequency, magnitude, persistence, trends, etc.), often combining parameters to describe phenomena such as droughts. Climate change refers to a change in the state of the climate that can be identified (e.g., by using statistical tests) by changes in the mean and/or the variability of its properties, and that persists for an extended period, typically decades or longer.

The Earth's climate system is powered by solar radiation (Figure 1.1). Approximately half of the energy from the Sun is supplied in the visible part of the electromagnetic spectrum. As the Earth's tempera-

ture has been relatively constant over many centuries, the incoming solar energy must be nearly in balance with outgoing radiation. Of the incoming solar shortwave radiation (SWR), about half is absorbed by the Earth's surface. The fraction of SWR reflected back to space by gases and aerosols, clouds and by the Earth's surface (albedo) is approximately 30%, and about 20% is absorbed in the atmosphere. Based on the temperature of the Earth's surface the majority of the outgoing energy flux from the Earth is in the infrared part of the spectrum. The longwave radiation (LWR, also referred to as infrared radiation) emitted from the Earth's surface is largely absorbed by certain atmospheric constituents—water vapour, carbon dioxide ($CO_2$), methane ($CH_4$), nitrous oxide ($N_2O$) and other greenhouse gases (GHGs); see Annex III for Glossary—and clouds, which themselves emit LWR into all directions. The downward directed component of this LWR adds heat to the lower layers of the atmosphere and to the Earth's surface (greenhouse effect). The dominant energy loss of the infrared radiation from the Earth is from higher layers of the troposphere. The Sun provides its energy to the Earth primarily in the tropics and the subtropics; this energy is then partially redistributed to middle and high latitudes by atmospheric and oceanic transport processes.



**Figure 1.1 |** Main drivers of climate change. The radiative balance between incoming solar shortwave radiation (SWR) and outgoing longwave radiation (OLR) is influenced by global climate 'drivers'. Natural fluctuations in solar output (solar cycles) can cause changes in the energy balance (through fluctuations in the amount of incoming SWR) (Section 2.3). Human activity changes the emissions of gases and aerosols, which are involved in atmospheric chemical reactions, resulting in modified $O_3$ and aerosol amounts (Section 2.2). $O_3$ and aerosol particles absorb, scatter and reflect SWR, changing the energy balance. Some aerosols act as cloud condensation nuclei modifying the properties of cloud droplets and possibly affecting precipitation (Section 7.4). Because cloud interactions with SWR and LWR are large, small changes in the properties of clouds have important implications for the radiative budget (Section 7.4). Anthropogenic changes in GHGs (e.g., $CO_2$, $CH_4$, $N_2O$, CFCs) and large aerosols (>2.5 μm in size) modify the amount of outgoing LWR by absorbing outgoing LWR and re-emitting less energy at a lower temperature (Section 2.2). Surface albedo is changed by changes in vegetation or land surface properties, snow or ice cover and ocean colour (Section 2.3). These changes are driven by natural seasonal and diurnal changes (e.g., snow cover), as well as human influence (e.g., changes in vegetation types) (Forster et al., 2007).

BLM_0150640

Changes in the global energy budget derive from either changes in the net incoming solar radiation or changes in the outgoing longwave radiation (OLR). Changes in the net incoming solar radiation derive from changes in the Sun's output of energy or changes in the Earth's albedo. Reliable measurements of total solar irradiance (TSI) can be made only from space, and the precise record extends back only to 1978. The generally accepted mean value of the TSI is about 1361 W $m^{-2}$ (Kopp and Lean, 2011; see Chapter 8 for a detailed discussion on the TSI); this is lower than the previous value of 1365 W $m^{-2}$ used in the earlier assessments. Short-term variations of a few tenths of a percent are common during the approximately 11-year sunspot solar cycle (see Sections 5.2 and 8.4 for further details). Changes in the outgoing LWR can result from changes in the temperature of the Earth's surface or atmosphere or changes in the emissivity (measure of emission efficiency) of LWR from either the atmosphere or the Earth's surface. For the atmosphere, these changes in emissivity are due predominantly to changes in cloud cover and cloud properties, in GHGs and in aerosol concentrations. The radiative energy budget of the Earth is almost in balance (Figure 1.1), but ocean heat content and satellite measurements indicate a small positive imbalance (Murphy et al., 2009; Trenberth et al., 2009; Hansen et al., 2011) that is consistent with the rapid changes in the atmospheric composition.

In addition, some aerosols increase atmospheric reflectivity, whereas others (e.g., particulate black carbon) are strong absorbers and also modify SWR (see Section 7.2 for a detailed assessment). Indirectly, aerosols also affect cloud albedo, because many aerosols serve as cloud condensation nuclei or ice nuclei. This means that changes in aerosol types and distribution can result in small but important changes in cloud albedo and lifetime (Section 7.4). Clouds play a critical role in climate because they not only can increase albedo, thereby cooling the planet, but also because of their warming effects through infrared radiative transfer. Whether the net radiative effect of a cloud is one of cooling or warming depends on its physical properties (level of occurrence, vertical extent, water path and effective cloud particle size) as well as on the nature of the cloud condensation nuclei population (Section 7.3). Humans enhance the greenhouse effect directly by emitting GHGs such as $CO_2$, $CH_4$, $N_2O$ and chlorofluorocarbons (CFCs) (Figure 1.1). In addition, pollutants such as carbon monoxide (CO), volatile organic compounds (VOC), nitrogen oxides ($NO_x$) and sulphur dioxide ($SO_2$), which by themselves are negligible GHGs, have an indirect effect on the greenhouse effect by altering, through atmospheric chemical reactions, the abundance of important gases to the amount of outgoing LWR such as $CH_4$ and ozone ($O_3$), and/or by acting as precursors of secondary aerosols. Because anthropogenic emission sources simultaneously can emit some chemicals that affect climate and others that affect air pollution, including some that affect both, atmospheric chemistry and climate science are intrinsically linked.

In addition to changing the atmospheric concentrations of gases and aerosols, humans are affecting both the energy and water budget of the planet by changing the land surface, including redistributing the balance between latent and sensible heat fluxes (Sections 2.5, 7.2, 7.6 and 8.2). Land use changes, such as the conversion of forests to cultivated land, change the characteristics of vegetation, including its colour, seasonal growth and carbon content (Houghton, 2003; Foley et al., 2005). For example, clearing and burning a forest to prepare agricultural

land reduces carbon storage in the vegetation, adds $CO_2$ to the atmosphere, and changes the reflectivity of the land (surface albedo), rates of evapotranspiration and longwave emissions (Figure 1.1).

Changes in the atmosphere, land, ocean, biosphere and cryosphere—both natural and anthropogenic—can perturb the Earth's radiation budget, producing a radiative forcing (RF) that affects climate. RF is a measure of the net change in the energy balance in response to an external perturbation. The drivers of changes in climate can include, for example, changes in the solar irradiance and changes in atmospheric trace gas and aerosol concentrations (Figure 1.1). The concept of RF cannot capture the interactions of anthropogenic aerosols and clouds, for example, and thus in addition to the RF as used in previous assessments, Sections 7.4 and 8.1 introduce a new concept, effective radiative forcing (ERF), that accounts for rapid response in the climate system. ERF is defined as the change in net downward flux at the top of the atmosphere after allowing for atmospheric temperatures, water vapour, clouds and land albedo to adjust, but with either sea surface temperatures (SSTs) and sea ice cover unchanged or with global mean surface temperature unchanged.

Once a forcing is applied, complex internal feedbacks determine the eventual response of the climate system, and will in general cause this response to differ from a simple linear one (IPCC, 2001, 2007). There are many feedback mechanisms in the climate system that can either amplify ('positive feedback') or diminish ('negative feedback') the effects of a change in climate forcing (Le Treut et al., 2007) (see Figure 1.2 for a representation of some of the key feedbacks). An example of a positive feedback is the water vapour feedback whereby an increase in surface temperature enhances the amount of water vapour present in the atmosphere. Water vapour is a powerful GHG: increasing its atmospheric concentration enhances the greenhouse effect and leads to further surface warming. Another example is the ice albedo feedback, in which the albedo decreases as highly reflective ice and snow surfaces melt, exposing the darker and more absorbing surfaces below. The dominant negative feedback is the increased emission of energy through LWR as the surface temperature increases (sometimes also referred to as blackbody radiation feedback). Some feedbacks operate quickly (hours), while others develop over decades to centuries; in order to understand the full impact of a feedback mechanism, its timescale needs to be considered. Melting of land ice sheets can take days to millennia.

A spectrum of models is used to project quantitatively the climate response to forcings. The simplest energy balance models use one box to represent the Earth system and solve the global energy balance to deduce globally averaged surface air temperature. At the other extreme, full complexity three-dimensional climate models include the explicit solution of energy, momentum and mass conservation equations at millions of points on the Earth in the atmosphere, land, ocean and cryosphere. More recently, capabilities for the explicit simulation of the biosphere, the carbon cycle and atmospheric chemistry have been added to the full complexity models, and these models are called Earth System Models (ESMs). Earth System Models of Intermediate Complexity include the same processes as ESMs, but at reduced resolution, and thus can be simulated for longer periods (see Annex III for Glossary and Section 9.1).

1

BLM_0150641

**1**

An equilibrium climate experiment is an experiment in which a climate model is allowed to adjust fully to a specified change in RF. Such experiments provide information on the difference between the initial and final states of the model simulated climate, but not on the time-dependent response. The equilibrium response in global mean surface air temperature to a doubling of atmospheric concentration of $CO_2$ above pre-industrial levels (e.g., Arrhenius, 1896; see Le Treut et al., 2007 for a comprehensive list) has often been used as the basis for the concept of equilibrium climate sensitivity (e.g., Hansen et al., 1981; see Meehl et al., 2007 for a comprehensive list). For more realistic simulations of climate, changes in RF are applied gradually over time, for example, using historical reconstructions of the $CO_2$, and these simulations are called transient simulations. The temperature response in these transient simulations is different than in an equilibrium simulation. The transient climate response is defined as the change in global surface temperature at the time of atmospheric $CO_2$ doubling in a global coupled ocean–atmosphere climate model simulation where concentrations of $CO_2$ were increased by 1% yr$^{-1}$. The transient climate response

is a measure of the strength and rapidity of the surface temperature response to GHG forcing. It can be more meaningful for some problems as well as easier to derive from observations (see Figure 10.20; Section 10.8; Chapter 12; Knutti et al., 2005; Frame et al., 2006; Forest et al., 2008), but such experiments are not intended to replace the more realistic scenario evaluations.

Climate change commitment is defined as the future change to which the climate system is committed by virtue of past or current forcings. The components of the climate system respond on a large range of timescales, from the essentially rapid responses that characterise some radiative feedbacks to millennial scale responses such as those associated with the behaviour of the carbon cycle (Section 6.1) and ice sheets (see Figure 1.2 and Box 5.1). Even if anthropogenic emissions were immediately ceased (Matthews and Weaver, 2010) or if climate forcings were fixed at current values (Wigley, 2005), the climate system would continue to change until it came into equilibrium with those forcings (Section 12.5). Because of the slow response time of some components



**Figure 1.2 |** Climate feedbacks and timescales. The climate feedbacks related to increasing $CO_2$ and rising temperature include negative feedbacks (–) such as LWR, lapse rate (see Glossary in Annex III), and air–sea carbon exchange and positive feedbacks (+) such as water vapour and snow/ice albedo feedbacks. Some feedbacks may be positive or negative (±): clouds, ocean circulation changes, air–land $CO_2$ exchange, and emissions of non-GHGs and aerosols from natural systems. In the smaller box, the large difference in timescales for the various feedbacks is highlighted.

128

BLM_0150642

of the climate system, equilibrium conditions will not be reached for many centuries. Slow processes can sometimes be constrained only by data collected over long periods, giving a particular salience to paleo-climate data for understanding equilibrium processes. Climate change commitment is indicative of aspects of inertia in the climate system because it captures the ongoing nature of some aspects of change.

A summary of perturbations to the forcing of the climate system from changes in solar radiation, GHGs, surface albedo and aerosols is presented in Box 13.1. The energy fluxes from these perturbations are balanced by increased radiation to space from a warming Earth, reflection of solar radiation and storage of energy in the Earth system, principally the oceans (Box 3.1, Box 13.1).

The processes affecting climate can exhibit considerable natural variability. Even in the absence of external forcing, periodic and chaotic variations on a vast range of spatial and temporal scales are observed. Much of this variability can be represented by simple (e.g., unimodal or power law) distributions, but many components of the climate system also exhibit multiple states—for instance, the glacial-interglacial cycles and certain modes of internal variability such as El Niño-Southern Oscillation (ENSO) (see Box 2.5 for details on patterns and indices of climate variability). Movement between states can occur as a result of natural variability, or in response to external forcing. The relationship between variability, forcing and response reveals the complexity of the dynamics of the climate system: the relationship between forcing and response for some parts of the system seems reasonably linear; in other cases this relationship is much more complex, characterised by hysteresis (the dependence on past states) and a non-additive combination of feedbacks.

Related to multiple climate states, and hysteresis, is the concept of irreversibility in the climate system. In some cases where multiple states and irreversibility combine, bifurcations or 'tipping points' can been reached (see Section 12.5). In these situations, it is difficult if not impossible for the climate system to revert to its previous state, and the change is termed irreversible over some timescale and forcing range. A small number of studies using simplified models find evidence for global-scale 'tipping points' (e.g., Lenton et al., 2008); however, there is no evidence for global-scale tipping points in any of the most comprehensive models evaluated to date in studies of climate evolution in the 21st century. There is evidence for threshold behaviour in certain aspects of the climate system, such as ocean circulation (see Section 12.5) and ice sheets (see Box 5.1), on multi-centennial-to-millennial timescales. There are also arguments for the existence of regional tipping points, most notably in the Arctic (e.g., Lenton et al., 2008; Duarte et al., 2012; Wadhams, 2012), although aspects of this are contested (Armour et al., 2011; Tietsche et al., 2011).

### 1.2.3   Multiple Lines of Evidence for Climate Change

While the first IPCC assessment depended primarily on observed changes in surface temperature and climate model analyses, more recent assessments include multiple lines of evidence for climate change. The first line of evidence in assessing climate change is based on careful analysis of observational records of the atmosphere, land, ocean and cryosphere systems (Figure 1.3). There is incontroverti-

ble evidence from *in situ* observations and ice core records that the atmospheric concentrations of GHGs such as $CO_2$, $CH_4$, and $N_2O$ have increased substantially over the last 200 years (Sections 6.3 and 8.3). In addition, instrumental observations show that land and sea surface temperatures have increased over the last 100 years (Chapter 2). Satellites allow a much broader spatial distribution of measurements, especially over the last 30 years. For the upper ocean temperature the observations indicate that the temperature has increased since at least 1950 (Willis et al., 2010; Section 3.2). Observations from satellites and *in situ* measurements suggest reductions in glaciers, Arctic sea ice and ice sheets (Sections 4.2, 4.3 and 4.4). In addition, analyses based on measurements of the radiative budget and ocean heat content suggest a small imbalance (Section 2.3). These observations, all published in peer-reviewed journals, made by diverse measurement groups in multiple countries using different technologies, investigating various climate-relevant types of data, uncertainties and processes, offer a wide range of evidence on the broad extent of the changing climate throughout our planet.

Conceptual and numerical models of the Earth's climate system offer another line of evidence on climate change (discussions in Chapters 5 and 9 provide relevant analyses of this evidence from paleoclimatic to recent periods). These use our basic understanding of the climate system to provide self-consistent methodologies for calculating impacts of processes and changes. Numerical models include the current knowledge about the laws of physics, chemistry and biology, as well as hypotheses about how complicated processes such as cloud formation can occur. Because these models can represent only the existing state of knowledge and technology, they are not perfect; they are, however, important tools for analysing uncertainties or unknowns, for testing different hypotheses for causation relative to observations, and for making projections of possible future changes.

One of the most powerful methods for assessing changes occurring in climate involves the use of statistical tools to test the analyses from models relative to observations. This methodology is generally called detection and attribution in the climate change community (Section 10.2). For example, climate models indicate that the temperature response to GHG increases is expected to be different than the effects from aerosols or from solar variability. Radiosonde measurements and satellite retrievals of atmospheric temperature show increases in tropospheric temperature and decreases in stratospheric temperatures, consistent with the increases in GHG effects found in climate model simulations (e.g., increases in $CO_2$, changes in $O_3$), but if the Sun was the main driver of current climate change, stratospheric and tropospheric temperatures would respond with the same sign (Hegerl et al., 2007).

Resources available prior to the instrumental period—historical sources, natural archives, and proxies for key climate variables (e.g., tree rings, marine sediment cores, ice cores)—can provide quantitative information on past regional to global climate and atmospheric composition variability and these data contribute another line of evidence. Reconstructions of key climate variables based on these data sets have provided important information on the responses of the Earth system to a variety of external forcings and its internal variability over a wide range of timescales (Hansen et al., 2006; Mann et al.,

BLM_0150643

**1**

2008). Paleoclimatic reconstructions thus offer a means for placing the current changes in climate in the perspective of natural climate variability (Section 5.1). AR5 includes new information on external RFs caused by variations in volcanic and solar activity (e.g., Steinhilber et al., 2009; see Section 8.4). Extended data sets on past changes in atmospheric concentrations and distributions of atmospheric GHG concentrations (e.g., Lüthi et al., 2008; Beerling and Royer, 2011) and mineral aerosols (Lambert et al., 2008) have also been used to attribute reconstructed paleoclimate temperatures to past variations in external forcings (Section 5.2).

## 1.3    Indicators of Climate Change

There are many indicators of climate change. These include physical responses such as changes in the following: surface temperature, atmospheric water vapour, precipitation, severe events, glaciers, ocean and land ice, and sea level. Some key examples of such changes in important climate parameters are discussed in this section and all are assessed in much more detail in other chapters.

As was done to a more limited extent in AR4 (Le Treut et al., 2007), this section provides a test of the planetary-scale hypotheses of climate change against observations. In other words, how well do the projections used in the past assessments compare with observations to date? Seven additional years of observations are now available to evaluate earlier model projections. The projected range that was given in each assessment is compared to observations. The largest possible range of scenarios available for a specific variable for each of the previous assessment reports is shown in the figures.

Based on the assessment of AR4, a number of the key climate and associated environmental parameters are presented in Figure 1.3, which updates the similar figure in the Technical Summary (TS) of IPCC (2001). This section discusses the recent changes in several indicators, while more thorough assessments for each of these indicators are



**Figure 1.3 |** Overview of observed climate change indicators as listed in AR4. Chapter numbers indicate where detailed discussions for these indicators are found in AR5 (temperature: red; hydrological: blue; others: black).

130

provided in other chapters. Also shown in parentheses in Figure 1.3 are the chapter and section where those indicators of change are assessed in AR5.

Note that projections presented in the IPCC assessments are not predictions (see the Glossary in Annex III); the analyses in the discussion below only examine the short-term plausibility of the projections up to AR4, including the scenarios for future emissions and the models used to simulate these scenarios in the earlier assessments. Model results from the Coupled Model Intercomparison Project Phase 5 (CMIP5) (Taylor et al., 2012) used in AR5 are therefore not included in this section; Chapters 11 and 12 describe the projections from the new modelling studies. Note that none of the scenarios examined in the IPCC assessments were ever intended to be short-term predictors of change.

### 1.3.1   Global and Regional Surface Temperatures

Observed changes in global mean surface air temperature since 1950 (from three major databases, as anomalies relative to 1961–1990) are shown in Figure 1.4. As in the prior assessments, global climate

models generally simulate global temperatures that compare well with observations over climate timescales (Section 9.4). Even though the projections from the models were never intended to be predictions over such a short timescale, the observations through 2012 generally fall within the projections made in all past assessments. The 1990–2012 data have been shown to be consistent with the FAR projections (IPCC, 1990), and not consistent with zero trend from 1990, even in the presence of substantial natural variability (Frame and Stone, 2013).

The scenarios were designed to span a broad range of plausible futures, but are not aimed at predicting the most likely outcome. The scenarios considered for the projections from the earlier reports (FAR, SAR) had a much simpler basis than those of the Special Report on Emission Scenarios (SRES) (IPCC, 2000) used in the later assessments. For example, the FAR scenarios did not specify future aerosol distributions. AR4 presented a multiple set of projections that were simulated using comprehensive ocean–atmosphere models provided by CMIP3 and these projections are continuations of transient simulations of the 20th century climate. These projections of temperature provide in addition a measure of the natural variability that could not be obtained



**Figure 1.4 |** Estimated changes in the observed globally and annually averaged surface temperature anomaly relative to 1961–1990 (in °C) since 1950 compared with the range of projections from the previous IPCC assessments. Values are harmonized to start from the same value in 1990. Observed global annual mean surface air temperature anomaly, relative to 1961–1990, is shown as squares and smoothed time series as solid lines (NASA (dark blue), NOAA (warm mustard), and the UK Hadley Centre (bright green) reanalyses). The coloured shading shows the projected range of global annual mean surface air temperature change from 1990 to 2035 for models used in FAR (Figure 6.11 in Bretherton et al., 1990), SAR (Figure 19 in the TS of IPCC, 1996), TAR (full range of TAR Figure 9.13(b) in Cubasch et al., 2001). TAR results are based on the simple climate model analyses presented and not on the individual full three-dimensional climate model simulations. For the AR4 results are presented as single climate model runs of the CMIP3 ensemble for the historical period from 1950 to 2000 (light grey lines) and for three scenarios (A2, A1B and B1) from 2001 to 2035. The bars at the right-hand side of the graph show the full range given for 2035 for each assessment report. For the three SRES scenarios the bars show the CMIP3 ensemble mean and the *likely* range given by –40% to +60% of the mean as assessed in Meehl et al. (2007). The publication years of the assessment reports are shown. See Appendix 1.A for details on the data and calculations used to create this figure.

BLM_0150645

**1**

from the earlier projections based on models of intermediate complexity (Cubasch et al., 2001).

Note that before TAR the climate models did not include natural forcing (such as volcanic activity and solar variability). Even in AR4 not all models included natural forcing and some also did not include aerosols. Those models that allowed for aerosol effects presented in the AR4 simulated, for example, the cooling effects of the 1991 Mt Pinatubo eruption and agree better with the observed temperatures than the previous assessments that did not include those effects.

The bars on the side for FAR, SAR and TAR represent the range of results for the scenarios at the end of the time period and are not error bars. In contrast to the previous reports, the AR4 gave an assessment of the individual scenarios with a mean estimate (cross bar; ensemble mean of the CMIP3 simulations) and a *likely* range (full bar; –40% to +60% of the mean estimate) (Meehl et al., 2007).

In summary, the trend in globally averaged surface temperatures falls within the range of the previous IPCC projections. During the last decade the trend in the observations is smaller than the mean of the projections of AR4 (see Section 9.4.1, Box 9.2 for a detailed assessment of the hiatus in global mean surface warming in the last 15 years). As shown by Hawkins and Sutton (2009), trends in the observations during short-timescale periods (decades) can be dominated by natural variability in the Earth's climate system. Similar episodes are also seen in climate model experiments (Easterling and Wehner, 2009). Due to

their experimental design these episodes cannot be duplicated with the same timing as the observed episodes in most of the model simulations; this affects the interpretation of recent trends in the scenario evaluations (Section 11.2). Notwithstanding these points, there is evidence that early forecasts that carried formal estimates of uncertainty have proved highly consistent with subsequent observations (Allen et al., 2013). If the contributions of solar variability, volcanic activity and ENSO are removed from the observations the remaining trend of surface air temperature agree better with the modelling studies (Rahmstorf et al., 2012).

### 1.3.2   Greenhouse Gas Concentrations

Key indicators of global climate change also include the changing concentrations of the radiatively important GHGs that are significant drivers for this change (e.g., Denman et al., 2007; Forster et al., 2007). Figures 1.5 through 1.7 show the recent globally and annually averaged observed concentrations for the gases of most concern, $CO_2$, $CH_4$, and $N_2O$ (see Sections 2.2, 6.3 and 8.3 for more detailed discussion of these and other key gases). As discussed in the later chapters, accurate measurements of these long-lived gases come from a number of monitoring stations throughout the world. The observations in these figures are compared with the projections from the previous IPCC assessments.

The model simulations begin with historical emissions up to 1990. The further evolution of these gases was described by scenario projections. TAR and AR4 model concentrations after 1990 are based on the SRES



**Figure 1.5 |** Observed globally and annually averaged $CO_2$ concentrations in parts per million (ppm) since 1950 compared with projections from the previous IPCC assessments. Observed global annual $CO_2$ concentrations are shown in dark blue. The shading shows the largest model projected range of global annual $CO_2$ concentrations from 1950 to 2035 from FAR (Figure A.3 in the Summary for Policymakers of IPCC, 1990); SAR (Figure 5b in the Technical Summary of IPCC, 1996); TAR (Appendix II of IPCC, 2001); and from the A2, A1B and B1 scenarios presented in the AR4 (Figure 10.26 in Meehl et al., 2007). The bars at the right-hand side of the graph show the full range given for 2035 for each assessment report. The publication years of the assessment reports are shown. See Appendix 1.A for details on the data and calculations used to create this figure.

BLM_0150646



**Figure 1.6 |** Observed globally and annually averaged $CH_4$ concentrations in parts per billion (ppb) since 1950 compared with projections from the previous IPCC assessments. Estimated observed global annual $CH_4$ concentrations are shown in dark blue. The shading shows the largest model projected range of global annual $CH_4$ concentrations from 1950 to 2035 from FAR (Figure A.3 of the Annex of IPCC, 1990); SAR (Table 2.5a in Schimel et al., 1996); TAR (Appendix II of IPCC, 2001); and from the A2, A1B and B1 scenarios presented in the AR4 (Figure 10.26 in Meehl et al., 2007). The bars at the right-hand side of the graph show the full range given for 2035 for each assessment report. The publication years of the assessment reports are shown. See Appendix 1.A for details on the data and calculations used to create this figure.



**Figure 1.7 |** Observed globally and annually averaged $N_2O$ concentrations in parts per billion (ppb) since 1950 compared with projections from the previous IPCC assessments. Observed global annual $N_2O$ concentrations are shown in dark blue. The shading shows the largest model projected range of global annual $N_2O$ concentrations from 1950 to 2035 from FAR (Figure A3 in the Annex of IPCC, 1990), SAR (Table 2.5b in Schimel et al., 1996), TAR (Appendix II of IPCC, 2001), and from the A2, A1B and B1 scenarios presented in the AR4 (Figure 10.26 in Meehl et al., 2007). The bars at the right hand side of the graph show the full range given for 2035 for each assessment report. The publication years of the assessment reports are shown. See Appendix 1.A for details on the data and calculations used to create this figure.

BLM_0150647

**1**

scenarios but those model results may also account for historical emissions analyses. The recent observed trends in $CO_2$ concentrations tend to be in the middle of the scenarios used for the projections (Figure 1.5).

As discussed in Dlugokencky et al. (2009), trends in $CH_4$ showed a stabilization from 1999 to 2006, but $CH_4$ concentrations have been increasing again starting in 2007 (see Sections 2.2 and 6.3 for more discussion on the budget and changing concentration trends for $CH_4$). Because at the time the scenarios were developed (e.g., the SRES scenarios were developed in 2000), it was thought that past trends would continue, the scenarios used and the resulting model projections assumed in FAR through AR4 all show larger increases than those observed (Figure 1.6).

Concentrations of $N_2O$ have continued to increase at a nearly constant rate (Elkins and Dutton, 2010) since about 1970 as shown in Figure 1.7. The observed trends tend to be in the lower part of the projections for the previous assessments.

### 1.3.3   Extreme Events

Climate change, whether driven by natural or human forcings, can lead to changes in the likelihood of the occurrence or strength of extreme weather and climate events such as extreme precipitation events or warm spells (see Chapter 3 of the IPCC Special Report on Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation (SREX); Seneviratne et al., 2012). An extreme weather event is one that is rare at a particular place and/or time of year. Definitions of 'rare' vary, but an extreme weather event would normally be as rare as or rarer than the 10th or 90th percentile of a probability density function estimated from observations (see also Glossary in Annex III and FAQ 2.2). By definition, the characteristics of what is called extreme weather may vary from place to place in an absolute sense. At present, single extreme events cannot generally be directly attributed to anthropogenic influence, although the change in likelihood for the event to occur has been determined for some events by accounting for observed changes in climate (see Section 10.6). When a pattern of extreme weather persists for some time, such as a season, it may be classified as an extreme climate event, especially if it yields an average or total that is itself extreme (e.g., drought or heavy rainfall over a season). For some climate extremes such as drought, floods and heat waves, several factors such as duration and intensity need to be combined to produce an extreme event (Seneviratne et al., 2012).

The probability of occurrence of values of a climate or weather variable can be described by a probability density function (PDF) that for some variables (e.g., temperature) is shaped similar to a Gaussian curve. A PDF is a function that indicates the relative chances of occurrence of different outcomes of a variable. Simple statistical reasoning indicates that substantial changes in the frequency of extreme events (e.g., the maximum possible 24-hour rainfall at a specific location) can result from a relatively small shift in the distribution of a weather or climate variable. Figure 1.8a shows a schematic of such a PDF and illustrates the effect of a small shift in the mean of a variable on the frequency of extremes at either end of the distribution. An increase in the frequency of one extreme (e.g., the number of hot days) can be accompanied by



**Figure 1.8 |** Schematic representations of the probability density function of daily temperature, which tends to be approximately Gaussian, and daily precipitation, which has a skewed distribution. Dashed lines represent a previous distribution and solid lines a changed distribution. The probability of occurrence, or frequency, of extremes is denoted by the shaded areas. In the case of temperature, changes in the frequencies of extremes are affected by changes (a) in the mean, (b) in the variance or shape, and (c) in both the mean and the variance. (d) In a skewed distribution such as that of precipitation, a change in the mean of the distribution generally affects its variability or spread, and thus an increase in mean precipitation would also imply an increase in heavy precipitation extremes, and vice-versa. In addition, the shape of the right-hand tail could also change, affecting extremes. Furthermore, climate change may alter the frequency of precipitation and the duration of dry spells between precipitation events. (Parts a–c modified from Folland et al., 2001, and d modified from Peterson et al., 2008, as in Zhang and Zwiers, 2012.)

134

BLM_0150648

**1**

a decline in the opposite extreme (in this case the number of cold days such as frost days). Changes in the variability, skewness or the shape of the distribution can complicate this simple picture (Figure 1.8b, c and d).

While the SAR found that data and analyses of extremes related to climate change were sparse, improved monitoring and data for changes in extremes were available for the TAR, and climate models were being analysed to provide projections of extremes. In AR4, the observational basis of analyses of extremes had increased substantially, so that some extremes were now examined over most land areas (e.g., rainfall extremes). More models with higher resolution, and a larger number

of regional models have been used in the simulation and projection of extremes, and ensemble integrations now provide information about PDFs and extremes.

Since the TAR, climate change studies have especially focused on changes in the global statistics of extremes, and observed and projected changes in extremes have been compiled in the so-called 'Extremes'-Table (Figure 1.9). This table has been modified further to account for the SREX assessment. For some extremes ('higher maximum temperature', 'higher minimum temperature', 'precipitation extremes', 'droughts or dryness'), all of these assessments found an increasing trend in the observations and in the projections. In the observations for

| Changes in Phenomenon | Uncertainty in observed changes (since about the mid-20th century) | | | Uncertainty in projected changes (up to 2100) | | |
|---|---|---|---|---|---|---|
| IPCC Assessment Report | TAR | AR4 | SREX | TAR | AR4 | SREX |
| Higher maximum temperatures and more hot days | *Likely* over nearly all land areas | *Very Likely* over most land areas | *Very Likely* at a global scale | *Very Likely* over nearly all land areas | *Virtually Certain* over most land areas | *Virtually Certain* at a global scale |
| Higher minimum temperatures, fewer cold days | *Very Likely* over nearly all land areas | *Very Likely* over most land areas | *Very Likely* at a global scale | *Very Likely* over nearly all land areas | *Virtually Certain* over most land areas | *Virtually Certain* at a global scale |
| Warm spells/heat waves. frequency, length or intensity increases | – | *Likely* over most land areas | *Medium Confidence* in many regions | – | *Very Likely* over most land areas | *Very Likely* over most land areas |
| Precipitation extremes | *Likely*[1], over many Northern Hemisphere mid- to high latitude land areas | *Likely*[2] over most areas | *Likely*[3] | *Very Likely*[1] over many areas | *Very Likely*[2] | *Likely*[2,4] in many land areas of the globe |
| Droughts or dryness | *Likely*[5], in a few areas | *Likely*[6], in many regions since 1970s | *Medium Confidence* in more intense and longer droughts in some regions , but some opposite trend exists | *Likely*[3], over most mid-latitude continental interiors (Lack of consistent projections in other areas) | *Likely*[6] | *Medium Confidence*[7] that droughts will intensify in some seasons and areas; Overall *low confidence* elsewhere |
| Changes In tropical cyclone activity (i.e. intensity, frequency, duration) | Not Observed[8], in the few analyses available | *Likely*[9], in some regions since 1970 | *Low confidence*[10] | *Likely*[8], over some areas | *Likely*[9] | *Likely*[11] |
| Increase in extreme sea level (excludes tsunamis) | – | *Likely* | *Likely*[12] | – | *Likely* | *Very Likely*[13] |

[1]   More intense precipitation events
[2]   Heavy precipitation events. Frequency (or proportion of total rainfall from heavy falls) increases
[3]   Statistically significant trends in the number of heavy precipitation events in some regions. It is *likely* that more of these regions have experienced increases than decreases.
[4]   See SREX Table 3-3 for details on precipitation extremes for the different regions.
[5]   Increased summer continental drying and associated risk of drought
[6]   Area affected by droughts increases
[7]   Some areas include southern Europe and the Mediterranean region, central Europe, central North America and Mexico, north-east Brazil and southern Africa
[8]   Increase in tropical cyclone peak wind intensities
[9]   Increase in intense tropical cyclone activity
[10]  In any observed long-term (i.e., 40 years or more) after accounting for past changes in observing capabilities (see SREX, section 3.4.4)
[11]  Increase in average tropical cyclone maximum wind speed  s, although not in all ocean basins; either decrease or no change in the global frequency of tropical cyclones
[12]  Increase in extreme coastal high water worldwide related to increases in mean sea level in the late 20th century
[13]  Mean sea level rise will contribute to upward trends in extreme coastal high water levels

**Figure 1.9 |**  Change in the confidence levels for extreme events based on prior IPCC assessments: TAR, AR4 and SREX. Types of extreme events discussed in all three reports are highlighted in green. Confidence levels are defined in Section 1.4. Similar analyses for AR5 are discussed in later chapters. Please note that the nomenclature for confidence level changed from AR4 to SREX and AR5.

135

BLM_0150649

the 'higher maximum temperature' the likelihood level was raised from *likely* in the TAR to *very likely* in SREX. While the diurnal temperature range was assessed in the Extremes-Table of the TAR, it was no longer included in the Extremes-Table of AR4, since it is not considered a climate extreme in a narrow sense. Diurnal temperature range was, however, reported to decrease for 21st century projections in AR4 (Meehl et al., 2007). In projections for precipitation extremes, the spatial relevance has been improved from *very likely* 'over many Northern Hemisphere mid-latitudes to high latitudes land areas' from the TAR to *very likely* for all regions in AR4 (these 'uncertainty labels' are discussed in Section 1.4). However, likelihood in trends in projected precipitation extremes was downscaled to *likely* in the SREX as a result of a perception of biases and a fairly large spread in the precipitation projections in some regions. SREX also had less confidence than TAR and AR4 in the trends for droughts and dryness, 'due to lack of direct observations, some geographical inconsistencies in the trends, and some dependencies of inferred trends on the index choice' (IPCC, 2012b).

For some extremes (e.g., 'changes in tropical cyclone activity') the definition changed between the TAR and the AR4. Whereas the TAR only made a statement about the peak wind speed of tropical cyclones, the AR4 also stressed the overall increase in intense tropical cyclone activity. The '*low confidence*' for any long term trend (>40 years) in the observed changes of the tropical cyclone activities is due to uncertainties in past observational capabilities. The 'increase in extreme sea level' has been added in the AR4. Such an increase is *likely* according to the AR4 and the SREX for observed trends, and *very likely* for the climate projections reported in the SREX.

The assessed likelihood of anthropogenic contributions to trends is lower for variables where the assessment is based on indirect evidence. Especially for extremes that are the result of a combination of factors such as droughts, linking a particular extreme event to specific causal relationships is difficult to determine (e.g., difficult to establish the clear role of climate change in the event) (see Section 10.6 and Peterson et al., 2012). In some cases (e.g., precipitation extremes), however, it may be possible to estimate the human-related contribution to such changes in the probability of occurrence of extremes (Pall et al., 2011; Seneviratne et al., 2012).

### 1.3.4    Climate Change Indicators

Climate change can lead to other effects on the Earth's physical system that are also indicators of climate change. Such integrative indicators include changes in sea level (ocean warming + land ice melt), in ocean acidification (ocean uptake of $CO_2$) and in the amount of ice on ocean and land (temperature and hydrological changes). See Chapters 3, 4 and 13 for detailed assessment.

#### 1.3.4.1    Sea Level

Global mean sea level is an important indicator of climate change (Section 3.7 and Chapter 13). The previous assessments have all shown that observations indicate that the globally averaged sea level is rising. Direct observations of sea level change have been made for more than 150 years with tide gauges, and for more than 20 years with satellite radar altimeters. Although there is regional variability from

non-uniform density change, circulation changes, and deformation of ocean basins, the observed evidence indicates that the global mean sea level is rising, and that this is *likely* (according to AR4 and SREX) resulting from global climate change (ocean warming plus land ice melt; see Chapter 13 for AR5 findings). The historical tide gauge record shows that the average rate of global mean sea level rise over the 20th century was $1.7 \pm 0.2$ mm yr$^{-1}$ (e.g., Church and White, 2011). This rate increased to $3.2 \pm 0.4$ mm yr$^{-1}$ since 1990, mostly because of increased thermal expansion and land ice contributions (Church and White, 2011; IPCC, 2012b). Although the long-term sea level record shows decadal and multi-decadal oscillations, there is evidence that the rate of global mean sea level rise during the 20th century was greater than during the 19th century.

All of the previous IPCC assessments have projected that global sea level will continue to rise throughout this century for the scenarios examined. Figure 1.10 compares the observed sea level rise since 1950 with the projections from the prior IPCC assessments. Earlier models had greater uncertainties in modelling the contributions, because of limited observational evidence and deficiencies in theoretical understanding of relevant processes. Also, projections for sea level change in the prior assessments are scenarios for the response to anthropogenic forcing only; they do not include unforced or natural interannual variability. Nonetheless, the results show that the actual change is in the middle of projected changes from the prior assessments, and towards the higher end of the studies from TAR and AR4.

#### 1.3.4.2    Ocean Acidification

The observed decrease in ocean pH resulting from increasing concentrations of $CO_2$ is another indicator of global change. As discussed in AR4, the ocean's uptake of $CO_2$ is having a significant impact on the chemistry of sea water. The average pH of ocean surface waters has fallen by about 0.1 units, from about 8.2 to 8.1 (total scale) since 1765 (Section 3.8). Long time series from several ocean sites show ongoing declines in pH, consistent with results from repeated pH measurements on ship transects spanning much of the globe (Sections 3.8 and 6.4; Byrne et al., 2010; Midorikawa et al., 2010). Ocean time-series in the North Atlantic and North Pacific record a decrease in pH ranging between −0.0015 and −0.0024 per year (Section 3.8). Due to the increased storage of carbon by the ocean, ocean acidification will increase in the future (Chapter 6). In addition to other impacts of global climate change, ocean acidification poses potentially serious threats to the health of the world's oceans ecosystems (see AR5 WGII assessment).

#### 1.3.4.3    Ice

Rapid sea ice loss is one of the most prominent indicators of Arctic climate change (Section 4.2). There has been a trend of decreasing Northern Hemisphere sea ice extent since 1978, with the summer of 2012 being the lowest in recorded history (see Section 4.2 for details). The 2012 minimum sea ice extent was 49% below the 1979 to 2000 average and 18% below the previous record from 2007. The amount of multi-year sea ice has been reduced, i.e., the sea ice has been thinning and thus the ice volume is reduced (Haas et al., 2008; Kwok et al., 2009). These changes make the sea ice less resistant to wind forcing.

BLM_0150650



**Figure 1.10** | Estimated changes in the observed global annual mean sea level (GMSL) since 1950 relative to 1961–1990. Estimated changes in global annual sea level anomalies are presented based on tide gauge data (warm mustard: Jevrejeva et al., 2008; dark blue: Church and White, 2011; dark green: Ray and Douglas, 2011) and based on sea surface altimetry (light blue). The altimetry data start in 1993 and are harmonized to start from the mean 1993 value of the tide gauge data. Squares indicate annual mean values and solid lines smoothed values. The shading shows the largest model projected range of global annual sea level rise from 1950 to 2035 for FAR (Figures 9.6 and 9.7 in Warrick and Oerlemans, 1990), SAR (Figure 21 in TS of IPCC, 1996), TAR (Appendix II of IPCC, 2001) and for Church et al. (2011) based on the Coupled Model Intercomparison Project Phase 3 (CMIP3) model results not assessed at the time of AR4 using the SRES B1, A1B and A2 scenarios. Note that in the AR4 no full range was given for the sea level projections for this period. Therefore, the figure shows results that have been published subsequent to the AR4. The bars at the right-hand side of the graph show the full range given for 2035 for each assessment report. For Church et al. (2011) the mean sea level rise is indicated in addition to the full range. See Appendix 1.A for details on the data and calculations used to create this figure.

Sea ice extent has been diminishing significantly faster than projected by most of the AR4 climate models (SWIPA, 2011). While AR4 found no consistent trends in Antarctica sea ice, more recent studies indicate a small increase (Section 4.2). Various studies since AR4 suggest that this has resulted in a deepening of the low-pressure systems in West Antarctica that in turn caused stronger winds and enhanced ice production in the Ross Sea (Goosse et al., 2009; Turner and Overland, 2009).

AR4 concluded that taken together, the ice sheets in Greenland and Antarctica have *very likely* been contributing to sea level rise. The Greenland Ice Sheet has lost mass since the early 1990s and the rate of loss has increased (see Section 4.4). The interior, high-altitude areas are thickening due to increased snow accumulation, but this is more than counterbalanced by the ice loss due to melt and ice discharge (AMAP, 2009; Ettema et al., 2009). Since 1979, the area experiencing surface melting has increased significantly (Tedesco, 2007; Mernild et al., 2009), with 2010 breaking the record for surface melt area, runoff, and mass loss, and the unprecedented areal extent of surface melt of the Greenland Ice Sheet in 2012 (Nghiem et al., 2012). Overall, the Antarctic continent now experiences a net loss of ice (Section 4.4). Significant mass loss has been occurring in the Amundsen Sea sector

of West Antarctica and the northern Antarctic Peninsula. The ice sheet on the rest of the continent is relatively stable or thickening slightly (Lemke et al., 2007; Scott et al., 2009; Turner et al., 2009). Since AR4, there have been improvements in techniques of measurement, such as gravity, altimetry and mass balance, and understanding of the change (Section 4.4).

As discussed in the earlier assessments, most glaciers around the globe have been shrinking since the end of the Little Ice Age, with increasing rates of ice loss since the early 1980s (Section 4.3). The vertical profiles of temperature measured through the entire thickness of mountain glaciers, or through ice sheets, provide clear evidence of a warming climate over recent decades (e.g., Lüthi and Funk, 2001; Hoelzle et al., 2011). As noted in AR4, the greatest mass losses per unit area in the last four decades have been observed in Patagonia, Alaska, northwest USA, southwest Canada, the European Alps, and the Arctic. Alaska and the Arctic are especially important regions as contributors to sea level rise (Zemp et al., 2008, 2009).

BLM_0150651

## 1.4    Treatment of Uncertainties

### 1.4.1    Uncertainty in Environmental Science

Science always involves uncertainties. These arise at each step of the scientific method: in the development of models or hypotheses, in measurements and in analyses and interpretation of scientific assumptions. Climate science is not different in this regard from other areas of science. The complexity of the climate system and the large range of processes involved bring particular challenges because, for example, gaps in direct measurements of the past can be filled only by reconstructions using proxy data.

Because the Earth's climate system is characterized by multiple spatial and temporal scales, uncertainties do not usually reduce at a single, predictable rate: for example, new observations may reduce the uncertainties surrounding short-timescale processes quite rapidly, while longer timescale processes may require very long observational baselines before much progress can be made. Characterization of the interaction between processes, as quantified by models, can be improved by model development, or can shed light on new areas in which uncertainty is greater than previously thought. The fact that there is only a single realization of the climate, rather than a range of different climates from which to draw, can matter significantly for certain lines of enquiry, most notably for the detection and attribution of causes of climate change and for the evaluation of projections of future states.

### 1.4.2    Characterizing Uncertainty

'Uncertainty' is a complex and multifaceted property, sometimes originating in a lack of information, and at other times from quite fundamental disagreements about what is known or even knowable (Moss and Schneider, 2000). Furthermore, scientists often disagree about the best or most appropriate way to characterize these uncertainties: some can be quantified easily while others cannot. Moreover, appropriate characterization is dependent on the intended use of the information and the particular needs of that user community.

Scientific uncertainty can be partitioned in various ways, in which the details of the partitioning usually depend on the context. For instance, the process and classifications used for evaluating observational uncertainty in climate science is not the same as that employed to evaluate projections of future change. Uncertainty in measured quantities can arise from a range of sources, such as statistical variation, variability, inherent randomness, inhomogeneity, approximation, subjective judgement, and linguistic imprecision (Morgan et al., 1990), or from calibration methodologies, instrumental bias or instrumental limitations (JCGM, 2008).

In the modelling studies that underpin projections of future climate change, it is common to partition uncertainty into four main categories: scenario uncertainty, due to uncertainty of future emissions of GHGs and other forcing agents; 'model uncertainty' associated with climate models; internal variability and initial condition uncertainty; and forcing and boundary condition uncertainty for the assessment of historical and paleoclimate simulations (e.g., Collins and Allen, 2002; Yip et al., 2011).

Model uncertainty is an important contributor to uncertainty in climate predictions and projections. It includes, but is not restricted to, the uncertainties introduced by errors in the model's representation of dynamical and physical and bio-geochemical aspects of the climate system as well as in the model's response to external forcing. The phrase 'model uncertainty' is a common term in the climate change literature, but different studies use the phrase in different senses: some use it to represent the range of behaviours observed in ensembles of climate model (model spread), while others use it in more comprehensive senses (see Sections 9.2, 11.2 and 12.2). Model spread is often used as a measure of climate response uncertainty, but such a measure is crude as it takes no account of factors such as model quality (Chapter 9) or model independence (e.g., Masson and Knutti, 2011; Pennell and Reichler, 2011), and not all variables of interest are adequately simulated by global climate models.

To maintain a degree of terminological clarity this report distinguishes between 'model spread' for this narrower representation of climate model responses and 'model uncertainty' which describes uncertainty about the extent to which any particular climate model provides an accurate representation of the real climate system. This uncertainty arises from approximations required in the development of models. Such approximations affect the representation of all aspects of the climate including the response to external forcings.

Model uncertainty is sometimes decomposed further into parametric and structural uncertainty, comprising, respectively, uncertainty in the values of model parameters and uncertainty in the underlying model structure (see Section 12.2). Some scientific research areas, such as detection and attribution and observationally-constrained model projections of future change, incorporate significant elements of both observational and model-based science, and in these instances both sets of relevant uncertainties need to be incorporated.

Scenario uncertainty refers to the uncertainties that arise due to limitations in our understanding of future emissions, concentration or forcing trajectories. Scenarios help in the assessment of future developments in complex systems that are either inherently unpredictable, or that have high scientific uncertainties (IPCC, 2000). The societal choices defining future climate drivers are surrounded by considerable uncertainty, and these are explored by examining the climate response to a wide range of possible futures. In past reports, emissions scenarios from the SRES (IPCC, 2000) were used as the main way of exploring uncertainty in future anthropogenic climate drivers. Recent research has made use of Representative Concentration Pathways (RCP) (van Vuuren et al., 2011a, 2011b).

Internal or natural variability, the natural fluctuations in climate, occur in the absence of any RF of the Earth's climate (Hawkins and Sutton, 2009). Climate varies naturally on nearly all time and space scales, and quantifying precisely the nature of this variability is challenging, and is characterized by considerable uncertainty. The analysis of internal and forced contributions to recent climate is discussed in Chapter 10. The fractional contribution of internal variability compared with other forms of uncertainty varies in time and in space, but usually diminishes with time as other sources of uncertainty become more significant (Hawkins and Sutton, 2009; see also Chapter 11 and FAQ 1.1).

BLM_0150652

In the WGI contribution to the AR5, uncertainty is quantified using 90% uncertainty intervals unless otherwise stated. The 90% uncertainty interval, reported in square brackets, is expected to have a 90% likelihood of covering the value that is being estimated. The value that is being estimated has a 5% likelihood of exceeding the upper endpoint of the uncertainty interval, and the value has a 5% likelihood of being less than that the lower endpoint of the uncertainty interval. A best estimate of that value is also given where available. Uncertainty intervals are not necessarily symmetric about the corresponding best estimate.

In a subject as complex and diverse as climate change, the information available as well as the way it is expressed, and often the interpretation of that material, varies considerably with the scientific context. In some cases, two studies examining similar material may take different approaches even to the quantification of uncertainty. The interpretation of similar numerical ranges for similar variables can differ from study to study. Readers are advised to pay close attention to the caveats and conditions that surround the results presented in peer-reviewed studies, as well as those presented in this assessment. To help readers in this complex and subtle task, the IPCC draws on specific, calibrated language scales to express uncertainty (Mastrandrea et al., 2010), as well as specific procedures for the expression of uncertainty (see Table 1.2). The aim of these structures is to provide tools through which chapter teams might consistently express uncertainty in key results.

### 1.4.3    Treatment of Uncertainty in IPCC

In the course of the IPCC assessment procedure, chapter teams review the published research literature, document the findings (including uncertainties), assess the scientific merit of this information, identify the key findings, and attempt to express an appropriate measure of the uncertainty that accompanies these findings using a shared guidance procedure. This process has changed over time. The early Assessment Reports (FAR and SAR) were largely qualitative. As the field has grown and matured, uncertainty is being treated more explicitly, with a greater emphasis on the expression, where possible and appropriate, of quantified measures of uncertainty.

Although IPCC's treatment of uncertainty has become more sophisticated since the early reports, the rapid growth and considerable diversity of climate research literature presents ongoing challenges. In the wake of the TAR the IPCC formed a Cross-Working Group team charged with identifying the issues and compiling a set of Uncertainty Guidance Notes that could provide a structure for consistent treatment of uncertainty across the IPCC's remit (Manning et al., 2004). These expanded on the procedural elements of Moss and Schneider (2000) and introduced calibrated language scales designed to enable chapter teams to use the appropriate level of precision to describe findings. These notes were revised between the TAR and AR4 and again between AR4 and AR5 (Mastrandrea et al., 2010).

Recently, increased engagement of social scientists (e.g., Patt and Schrag, 2003; Kandlikar et al., 2005; Risbey and Kandlikar, 2007; Broomell and Budescu, 2009; Budescu et al., 2009; CCSP, 2009) and expert advisory panels (CCSP, 2009; InterAcademy Council, 2010) in the area of uncertainty and climate change has helped clarify issues

and procedures to improve presentation of uncertainty. Many of the recommendations of these groups are addressed in the revised Guidance Notes. One key revision relates to clarification of the relationship between the 'confidence' and 'likelihood' language, and pertains to demarcation between qualitative descriptions of 'confidence' and the numerical representations of uncertainty that are expressed by the likelihood scale. In addition, a finding that includes a probabilistic measure of uncertainty does not require explicit mention of the level of confidence associated with that finding if the level of *confidence* is *high* or *very high*. This is a concession to stylistic clarity and readability: if something is described as having a high likelihood, then in the absence of additional qualifiers it should be inferred that it also has *high* or *very high confidence*.

### 1.4.4    Uncertainty Treatment in This Assessment

All three IPCC Working Groups in the AR5 have agreed to use two metrics for communicating the degree of certainty in key findings (Mastrandrea et al., 2010):

*   Confidence in the validity of a finding, based on the type, amount, quality, and consistency of evidence (e.g., data, mechanistic understanding, theory, models, expert judgment) and the degree of agreement. Confidence is expressed qualitatively.

*   Quantified measures of uncertainty in a finding expressed probabilistically (based on statistical analysis of observations or model results, or expert judgement).

A level of confidence synthesizes the Chapter teams' judgements about the validity of findings as determined through evaluation of the available evidence and the degree of scientific agreement. The evidence and agreement scale underpins the assessment, as it is on the basis of evidence and agreement that statements can be made with scientific confidence (in this sense, the evidence and agreement scale replaces the 'level of scientific understanding' scale used in previous WGI assessments). There is flexibility in this relationship; for a given evidence and agreement statement, different confidence levels could be assigned, but increasing levels of evidence and degrees of agreement are correlated with increasing confidence. Confidence cannot necessarily be assigned for all combinations of evidence and agreement, but where key variables are highly uncertain, the available evidence and scientific agreement regarding that variable are presented and discussed. Confidence should not be interpreted probabilistically, and it is distinct from 'statistical confidence'.

The confidence level is based on the evidence (robust, medium and limited) and the agreement (high, medium and low). A combination of different methods, e.g., observations and modelling, is important for evaluating the confidence level. Figure 1.11 shows how the combined evidence and agreement results in five levels for the confidence level used in this assessment.

The qualifier 'likelihood' provides calibrated language for describing quantified uncertainty. It can be used to express a probabilistic estimate of the occurrence of a single event or of an outcome, for example, a climate parameter, observed trend, or projected change

BLM_0150653

**1**

Frequently Asked Questions

**FAQ 1.1 | If Understanding of the Climate System Has Increased, Why Hasn't the Range of Temperature Projections Been Reduced?**

*The models used to calculate the IPCC's temperature projections agree on the direction of future global change, but the projected size of those changes cannot be precisely predicted. Future greenhouse gas (GHG) emission rates could take any one of many possible trajectories, and some underlying physical processes are not yet completely understood, making them difficult to model. Those uncertainties, combined with natural year-to-year climate variability, produce an 'uncertainty range' in temperature projections.*

*The uncertainty range around projected GHG and aerosol precursor emissions (which depend on projections of future social and economic conditions) cannot be materially reduced. Nevertheless, improved understanding and climate models—along with observational constraints—may reduce the uncertainty range around some factors that influence the climate's response to those emission changes. The complexity of the climate system, however, makes this a slow process. (FAQ1.1, Figure 1)*

Climate science has made many important advances since the last IPCC assessment report, thanks to improvements in measurements and data analysis in the cryosphere, atmosphere, land, biosphere and ocean systems. Scientists also have better understanding and tools to model the role of clouds, sea ice, aerosols, small-scale ocean mixing, the carbon cycle and other processes. More observations mean that models can now be evaluated more thoroughly, and projections can be better constrained. For example, as models and observational analysis have improved, projections of sea level rise have become more accurate, balancing the current sea level rise budget.

Despite these advances, there is still a range in plausible projections for future global and regional climate— what scientists call an 'uncertainty range'. These uncertainty ranges are specific to the variable being considered (precipitation vs. temperature, for instance) and the spatial and temporal extent (such as regional vs. global averages). Uncertainties in climate projections arise from natural variability and uncertainty around the rate of future emissions and the climate's response to them. They can also occur because representations of some known processes are as yet unrefined, and because some processes are not included in the models.

There are fundamental limits to just how precisely annual temperatures can be projected, because of the chaotic nature of the climate system. Furthermore, decadal-scale projections are sensitive to prevailing conditions—such as the temperature of the deep ocean—that are less well known. Some natural variability over decades arises from interactions between the ocean, atmosphere, land, biosphere and cryosphere, and is also linked to phenomena such as the El Niño-Southern Oscillation (ENSO) and the North Atlantic Oscillation (see Box 2.5 for details on patterns and indices of climate variability).

Volcanic eruptions and variations in the sun's output also contribute to natural variability, although they are externally forced and explainable. This natural variability can be viewed as part of the 'noise' in the climate record, which provides the backdrop against which the 'signal' of anthropogenic climate change is detected.

Natural variability has a greater influence on uncertainty at regional and local scales than it does over continental or global scales. It is inherent in the Earth system, and more knowledge will not eliminate the uncertainties it brings. However, some progress is possible—particularly for projections up to a few years ahead—which exploit advances in knowledge of, for instance, the cryosphere or ocean state and processes. This is an area of active research. When climate variables are averaged over decadal timescales or longer, the relative importance of internal variability diminishes, making the long-term signals more evident (FAQ1.1, Figure 1). This long-term perspective is consistent with a common definition of climate as an average over 30 years.

A second source of uncertainty stems from the many possible trajectories that future emission rates of GHGs and aerosol precursors might take, and from future trends in land use. Nevertheless, climate projections rely on input from these variables. So to obtain these estimates, scientists consider a number of alternative scenarios for future human society, in terms of population, economic and technological change, and political choices. They then estimate the likely emissions under each scenario. The IPCC informs policymaking, therefore climate projections for different emissions scenarios can be useful as they show the possible climatic consequences of different policy choices. These scenarios are intended to be compatible with the full range of emissions scenarios described in the current scientific literature, with or without climate policy. As such, they are designed to sample uncertainty in future scenarios. *(continued on next page)*

140

1

*FAQ 1.1 (continued)*

Projections for the next few years and decades are sensitive to emissions of short-lived compounds such as aerosols and methane. More distant projections, however, are more sensitive to alternative scenarios around long-lived GHG emissions. These scenario-dependent uncertainties will not be reduced by improvements in climate science, and will become the dominant uncertainty in projections over longer timescales (e.g., 2100) (FAQ 1.1, Figure 1).

The final contribution to the uncertainty range comes from our imperfect knowledge of how the climate will respond to future anthropogenic emissions and land use change. Scientists principally use computer-based global climate models to estimate this response. A few dozen global climate models have been developed by different groups of scientists around the world. All models are built on the same physical principles, but some approximations are needed because the climate system is so complex. Different groups choose slightly different approximations to represent specific processes in the atmosphere, such as clouds. These choices produce differences in climate projections from different models. This contribution to the uncertainty range is described as 'response uncertainty' or 'model uncertainty'.

The complexity of the Earth system means that future climate could follow many different scenarios, yet still be consistent with current understanding and models. As observational records lengthen and models improve, researchers should be able, within the limitations of the range of natural variability, to narrow that range in probable temperature in the next few decades (FAQ 1.1, Figure 1). It is also possible to use information about the current state of the oceans and cryosphere to produce better projections up to a few years ahead.

As science improves, new geophysical processes can be added to climate models, and representations of those already included can be improved. These developments can appear to increase model-derived estimates of climate response uncertainty, but such increases merely reflect the quantification of previously unmeasured sources of uncertainty (FAQ1.1, Figure 1). As more and more important processes are added, the influence of unquantified processes lessens, and there can be more confidence in the projections.



**FAQ 1.1, Figure 1 |** Schematic diagram showing the relative importance of different uncertainties, and their evolution in time. (a) Decadal mean surface temperature change (°C) from the historical record (black line), with climate model estimates of uncertainty for historical period (grey), along with future climate projections and uncertainty. Values are normalised by means from 1961 to 1980. Natural variability (orange) derives from model interannual variability, and is assumed constant with time. Emission uncertainty (green) is estimated as the model mean difference in projections from different scenarios. Climate response uncertainty (blue-solid) is based on climate model spread, along with added uncertainties from the carbon cycle, as well as rough estimates of additional uncertainty from poorly modelled processes. Based on Hawkins and Sutton (2011) and Huntingford et al. (2009). (b) Climate response uncertainty can appear to increase when a new process is discovered to be relevant, but such increases reflect a quantification of previously unmeasured uncertainty, or (c) can decrease with additional model improvements and observational constraints. The given uncertainty range of 90% means that the temperature is estimated to be in that range, with a probability of 90%.

BLM_0150655



**Figure 1.11** | The basis for the confidence level is given as a combination of evidence (limited, medium, robust) and agreement (low, medium and high) (Mastrandrea et al., 2010).

lying in a given range. Statements made using the likelihood scale may be based on statistical or modelling analyses, elicitation of expert views, or other quantitative analyses. Where sufficient information is available it is preferable to eschew the likelihood qualifier in favour of the full probability distribution or the appropriate probability range. See Table 1.2 for the list of 'likelihood' qualifiers to be used in AR5.

Many social sciences studies have found that the interpretation of uncertainty is contingent on the presentation of information, the context within which statements are placed and the interpreter's own lexical preferences. Readers often adjust their interpretation of probabilistic language according to the magnitude of perceived potential consequences (Patt and Schrag, 2003; Patt and Dessai, 2005). Furthermore, the framing of a probabilistic statement impinges on how it is interpreted (Kahneman and Tversky, 1979): for example, a 10% chance of dying is interpreted more negatively than a 90% chance of surviving.

In addition, work examining expert judgement and decision making shows that people—including scientific experts—are prone to a range of heuristics and biases that affect their judgement (e.g., Kahneman et al., 1982). For example, in the case of expert judgements there is a tendency towards overconfidence both at the individual level (Morgan et al., 1990) and at the group level as people converge on a view and draw confidence in its reliability from each other. However, in an assessment of the state of scientific knowledge across a field

**Table 1.2** | Likelihood terms associated with outcomes used in the AR5.

| Term | Likelihood of the Outcome |
|------|---------------------------|
| *Virtually certain* | 99–100% probability |
| *Very likely* | 90–100% probability |
| *Likely* | 66–100% probability |
| *About as likely as not* | 33–66% probability |
| *Unlikely* | 0–33% probability |
| *Very unlikely* | 0–10% probability |
| *Exceptionally unlikely* | 0–1% probability |

Notes:
Additional terms that were used in limited circumstances in the AR4 (*extremely likely* = 95–100% probability, *more likely than not* = >50–100% probability, and *extremely unlikely* = 0–5% probability) may also be used in the AR5 when appropriate.

such as climate change—characterized by complexity of process and heterogeneity of data constraints—some degree of expert judgement is inevitable (Mastrandrea et al., 2010).

These issues were brought to the attention of chapter teams so that contributors to the AR5 might be sensitized to the ways presentation, framing, context and potential biases might affect their own assessments and might contribute to readers' understanding of the information presented in this assessment. There will always be room for debate about how to summarize such a large and growing literature. The uncertainty guidance is aimed at providing a consistent, calibrated set of words through which to communicate the uncertainty, confidence and degree of consensus prevailing in the scientific literature. In this sense the guidance notes and practices adopted by IPCC for the presentation of uncertainties should be regarded as an interdisciplinary work in progress, rather than a finalized, comprehensive approach. Moreover, one precaution that should be considered is that translation of this assessment from English to other languages may lead to a loss of precision.

## 1.5 Advances in Measurement and Modelling Capabilities

Since AR4, measurement capabilities have continued to advance. The models have been improved following the progress in the understanding of physical processes within the climate system. This section illustrates some of those developments.

### 1.5.1 Capabilities of Observations

Improved understanding and systematic monitoring of Earth's climate requires observations of various atmospheric, oceanic and terrestrial parameters and therefore has to rely on various technologies (ranging from ground-based instruments to ships, buoys, ocean profilers, balloons, aircraft, satellite-borne sensors, etc.). The Global Climate Observing System (GCOS, 2009) defined a list of so-called Essential Climate Variables, that are technically and economically feasible to observe, but some of the associated observing systems are not yet operated in a systematic manner. However, during recent years, new observational systems have increased the number of observations by orders of magnitude and observations have been made at places where there have been no data before (see Chapters 2, 3 and 4 for an assessment of changes in observations). Parallel to this, tools to analyse and process the data have been developed and enhanced to cope with the increase of information and to provide a more comprehensive picture of the Earth's climate. At the same time, it should be kept in mind that there has been some limited progress in developing countries in filling gaps in their *in situ* observing networks, but developed countries have made little progress in ensuring long-term continuity for several important observing systems (GCOS, 2009). In addition, more proxy (non-instrumental) data have been acquired to provide a more comprehensive picture of climate changes in the past (see Chapter 5). Efforts are also occurring to digitize historic observations, mainly of ground-station data from periods prior to the second half of the 20th century (Brunet and Jones, 2011).

BLM_0150656



**Figure 1.12** | Development of capabilities of observations. Top: Changes in the mix and increasing diversity of observations over time create challenges for a consistent climate record (adapted from Brönnimann et al., 2008). Bottom left: First year of temperature data in Global Historical Climatology Network (GHCN) daily database (available at http://www.ncdc.noaa.gov/oa/climate/ghcn-daily/; Menne et al., 2012). Bottom right: Number of satellite instruments from which data have been assimilated in the European Centre for Medium-Range Weather Forecasts production streams for each year from 1996 to 2010. This figure is used as an example to demonstrate the fivefold increase in the usage of satellite data over this time period.

Reanalysis is a systematic approach to produce gridded dynamically consistent data sets for climate monitoring and research by assimilating all available observations with help of a climate model (Box 2.3). Model-based reanalysis products play an important role in obtaining a consistent picture of the climate system. However, their usefulness in detecting long-term climate trends is currently limited by changes over time in observational coverage and biases, linked to the presence of biases in the assimilating model (see also Box 2.3 in Chapter 2). Because AR4 both the quantity and quality of the observations that are assimilated through reanalysis have increased (GCOS, 2009). As an example, there has been some overall increase in mostly atmospheric observations assimilated in European Centre for Medium-Range Weather Forecasts Interim Reanalysis since 2007 (Dee et al., 2011). The overwhelming majority of the data, and most of the increase over recent years, come from satellites (Figure 1.12) (GCOS, 2011). For

example, information from Global Positioning System radio occultation measurements has increased significantly since 2007. The increases in data from fixed stations are often associated with an increased frequency of reporting, rather than an increase in the number of stations. Increases in data quality come from improved instrument design or from more accurate correction in the ground-station processing that is applied before the data are transmitted to users and data centres. As an example for *in situ* data, temperature biases of radiosonde measurements from radiation effects have been reduced over recent years. The new generation of satellite sensors such as the high spectral resolution infrared sounders (such as the Atmospheric Infrared Sounder and the Infrared Atmospheric Sounding Interferometer) are instrumental to achieving a better temporal stability for recalibrating sensors such as the High-Resolution Infrared Radiation Sounder. Few instruments (e.g., the Advanced Very High Resolution Radiometer) have now been

143

1

in orbit for about three decades, but these were not originally designed for climate applications and therefore require careful re-calibration.

A major achievement in ocean observation is due to the implementation of the Argo global array of profiling floats system (GCOS, 2009). Deployment of Argo floats began in 2000, but it took until 2007 for numbers to reach the design target of 3000 floats. Since 2000 the ice-free upper 2000 m of the ocean have been observed systematically for temperature and salinity for the first time in history, because both the Argo profiling float and surface drifting buoy arrays have reached global coverage at their target numbers (in January 2009, there were 3291 floats operating). Biases in historical ocean data have been identified and reduced, and new analytical approaches have been applied (e.g., Willis et al., 2009). One major consequence has been the reduction of an artificial decadal variation in upper ocean temperature and heat content that was apparent in the observational assessment for AR4 (see Section 3.2). The spatial and temporal coverage of biogeochemical measurements in the ocean has also expanded. Satellite observations for sea level (Sections 3.7 and 13.2), sea surface salinity (Section 3.3), sea ice (Section 4.2) and ocean colour have also been further developed over the past few years.

Progress has also been made with regard to observation of terrestrial Essential Climate Variables. Major advances have been achieved in remote sensing of soil moisture due to the launch of the Soil Moisture and Oceanic Salinity mission in 2009 but also due to new retrieval techniques that have been applied to data from earlier and ongoing missions (see Seneviratne et al., 2010 for a detailed review). However, these measurements have limitations. For example, the methods fail under dense vegetation and they are restricted to the surface soil. Updated Advanced Very High Resolution Radiometer-based Normalized Differenced Vegetation Index data provide new information on the change in vegetation. During the International Polar Year 2007–2009 the number of borehole sites was significantly increased and therefore allows a better monitoring of the large-scale permafrost features (see Section 4.7).

### 1.5.2    Capabilities in Global Climate Modelling

Several developments have especially pushed the capabilities in modelling forward over recent years (see Figure 1.13 and a more detailed discussion in Chapters 6, 7 and 9).



**Figure 1.13 |** The development of climate models over the last 35 years showing how the different components were coupled into comprehensive climate models over time. In each aspect (e.g., the atmosphere, which comprises a wide range of atmospheric processes) the complexity and range of processes has increased over time (illustrated by growing cylinders). Note that during the same time the horizontal and vertical resolution has increased considerably e.g., for spectral models from T21L9 (roughly 500 km horizontal resolution and 9 vertical levels) in the 1970s to T95L95 (roughly 100 km horizontal resolution and 95 vertical levels) at present, and that now ensembles with at least three independent experiments can be considered as standard.

BLM_0150658

**1**



a)

87.5 km x 87.5 km

b)

30.0 km x 30.0 km

**Figure 1.14 |** Horizontal resolutions considered in today's higher resolution models and in the very high resolution models now being tested: (a) Illustration of the European topography at a resolution of 87.5 × 87.5 km; (b) same as (a) but for a resolution of 30.0 × 30.0 km.

There has been a continuing increase in horizontal and vertical resolution. This is especially seen in how the ocean grids have been refined, and sophisticated grids are now used in the ocean and atmosphere models making optimal use of parallel computer architectures. More models with higher resolution are available for more regions. Figure 1.14a and 1.14b show the large effect on surface representation from a horizontal grid spacing of 87.5 km (higher resolution than most current global models and similar to that used in today's highly resolved models) to a grid spacing of 30.0 km (similar to the current regional climate models).

Representations of Earth system processes are much more extensive and improved, particularly for the radiation and the aerosol cloud interactions and for the treatment of the cryosphere. The representation of the carbon cycle was added to a larger number of models and has been improved since AR4. A high-resolution stratosphere is now included in many models. Other ongoing process development in climate models includes the enhanced representation of nitrogen effects on the carbon cycle. As new processes or treatments are added to the models, they are also evaluated and tested relative to available observations (see Chapter 9 for more detailed discussion).

BLM_0150659

**1**

Ensemble techniques (multiple calculations to increase the statistical sample, to account for natural variability, and to account for uncertainty in model formulations) are being used more frequently, with larger samples and with different methods to generate the samples (different models, different physics, different initial conditions). Coordinated projects have been set up to generate and distribute large samples (ENSEMBLES, climateprediction.net, Program for Climate Model Diagnosis and Intercomparison).

The model comparisons with observations have pushed the analysis and development of the models. CMIP5, an important input to the AR5, has produced a multi-model data set that is designed to advance our understanding of climate variability and climate change. Building on previous CMIP efforts, such as the CMIP3 model analysis reported in AR4, CMIP5 includes 'long-term' simulations of 20th century climate and projections for the 21st century and beyond. See Chapters 9, 10, 11 and 12 for more details on the results derived from the CMIP5 archive.

Since AR4, the incorporation of 'long-term' paleoclimate simulations in the CMIP5 framework has allowed incorporation of information from paleoclimate data to inform projections. Within uncertainties associated with reconstructions of past climate variables from proxy records and forcings, paleoclimate information from the Mid Holocene, Last Glacial Maximum and Last Millennium have been used to test the ability of models to simulate realistically the magnitude and large-scale patterns of past changes (Section 5.3, Box 5.1 and 9.4).

The capabilities of ESMs continue to be enhanced. For example, there are currently extensive efforts towards developing advanced treatments for the processes affecting ice sheet dynamics. Other enhancements are being aimed at land surface hydrology, and the effects of agriculture and urban environments.

As part of the process of getting model analyses for a range of alternative assumptions about how the future may unfold, scenarios for future emissions of important gases and aerosols have been generated for the IPCC assessments (e.g., see the SRES scenarios used in TAR and AR4). The emissions scenarios represent various development pathways based on well-defined assumptions. The scenarios are used to calculate future changes in climate, and are then archived in the Climate Model Intercomparison Project (e.g., CMIP3 for AR4; CMIP5 for AR5). For CMIP5, four new scenarios, referred to as Representative Concentration Pathways (RCPs) were developed (Section 12.3; Moss et al., 2010). See Box 1.1 for a more thorough discussion of the RCP scenarios. Because results from both CMIP3 and CMIP5 will be presented in the later chapters (e.g., Chapters 8, 9, 11 and 12), it is worthwhile considering the differences and similarities between the SRES and the RCP scenarios. Figure 1.15, acting as a prelude to the discussion in Box 1.1, shows that the RF for several of the SRES and RCP scenarios are similar over time and thus should provide results that can be used to compare climate modelling studies.



**Figure 1.15** | Historical and projected total anthropogenic RF (W m$^{-2}$) relative to preindustrial (about 1765) between 1950 and 2100. Previous IPCC assessments (SAR IS92a, TAR/AR4 SRES A1B, A2 and B1) are compared with representative concentration pathway (RCP) scenarios (see Chapter 12 and Box 1.1 for their extensions until 2300 and Annex II for the values shown here). The total RF of the three families of scenarios, IS92, SRES and RCP, differ for example, for the year 2000, resulting from the knowledge about the emissions assumed having changed since the TAR and AR4.

BLM_0150660

**1**

## Box 1.1 | Description of Future Scenarios

Long-term climate change projections require assumptions on human activities or natural effects that could alter the climate over decades and centuries. Defined scenarios are useful for a variety of reasons, e.g., assuming specific time series of emissions, land use, atmospheric concentrations or RF across multiple models allows for coherent climate model intercomparisons and synthesis. Scenarios can be formed in a range of ways, from simple, idealized structures to inform process understanding, through to comprehensive scenarios produced by Integrated Assessment Models (IAMs) as internally consistent sets of assumptions on emissions and socio-economic drivers (e.g., regarding population and socio-economic development).

### Idealized Concentration Scenarios

As one example of an idealized concentration scenario, a 1% yr$^{-1}$ compound increase of atmospheric $CO_2$ concentration until a doubling or a quadrupling of its initial value has been widely used in the past (Covey et al., 2003). An exponential increase of $CO_2$ concentrations induces an essentially linear increase in RF (Myhre et al., 1998) due to a 'saturation effect' of the strong absorbing bands. Such a linear ramp function is highly useful for comparative diagnostics of models' climate feedbacks and inertia. The CMIP5 intercomparison project again includes such a stylized pathway up to a quadrupling of $CO_2$ concentrations, in addition to an instantaneous quadrupling case.

### The Socio-Economic Driven SRES Scenarios

The SRES suite of scenarios were developed using IAMs and resulted from specific socio-economic scenarios from storylines about future demographic and economic development, regionalization, energy production and use, technology, agriculture, forestry and land use (IPCC, 2000). The climate change projections undertaken as part of CMIP3 and discussed in AR4 were based primarily on the SRES A2, A1B and B1 scenarios. However, given the diversity in models' carbon cycle and chemistry schemes, this approach implied differences in models' long lived GHG and aerosol concentrations for the same emissions scenario. As a result of this and other shortcomings, revised scenarios were developed for AR5 to allow atmosphere-ocean general circulation model (AOGCM) (using concentrations) simulations to be compared with those ESM simulations that use emissions to calculate concentrations.

### Representative Concentration Pathway Scenarios and Their Extensions

Representative Concentration Pathway (RCP) scenarios (see Section 12.3 for a detailed description of the scenarios; Moss et al., 2008; Moss et al., 2010; van Vuuren et al., 2011b) are new scenarios that specify concentrations and corresponding emissions, but are not directly based on socio-economic storylines like the SRES scenarios. The RCP scenarios are based on a different approach and include more consistent short-lived gases and land use changes. They are not necessarily more capable of representing future developments than the SRES scenarios. Four RCP scenarios were selected from the published literature (Fujino et al., 2006; Smith and Wigley, 2006; Riahi et al., 2007; van Vuuren et al., 2007; Hijioka et al., 2008; Wise et al., 2009) and updated for use within CMIP5 (Masui et al., 2011; Riahi et al., 2011; Thomson et al., 2011; van Vuuren et al., 2011a). The four scenarios are identified by the 21st century peak or stabilization value of the RF derived by the reference model (in W m$^{-2}$) (Box 1.1, Figure 1): the lowest RCP, RCP2.6 (also referred to as

*(continued on next page)*



**Box 1.1, Figure 1 |** Total RF (anthropogenic plus natural) for RCPs and extended concentration pathways (ECP)—for RCP2.6, RCP4.5, and RCP6, RCP8.5, as well as a supplementary extension RCP6 to 4.5 with an adjustment of emissions after 2100 to reach RCP4.5 concentration levels in 2250 and thereafter. Note that the stated RF levels refer to the illustrative default median estimates only. There is substantial uncertainty in current and future RF levels for any given scenario. Short-term variations in RF are due to both volcanic forcings in the past (1800–2000) and cyclical solar forcing assuming a constant 11-year solar cycle (following the CMIP5 recommendation), except at times of stabilization. (Reproduced from Figure 4 in Meinshausen et al., 2011.)

147

**1**

*Box 1.1 (continued)*

RCP3-PD) which peaks at 3 W m$^{-2}$ and then declines to approximately 2.6 W m$^{-2}$ by 2100; the medium-low RCP4.5 and the medium-high RCP6 aiming for stabilization at 4.5 and 6 W m$^{-2}$, respectively around 2100; and the highest one, RCP8.5, which implies a RF of 8.5 W m$^{-2}$ by 2100, but implies rising RF beyond that date (Moss et al., 2010). In addition there is a supplementary extension SCP6to4.5 with an adjustment of emissions after 2100 to reach RCP 4.5 concentration levels in 2250 and thereafter. The RCPs span the full range of RF associated with emission scenarios published in the peer-reviewed literature at the time of the development of the RCPs, and the two middle scenarios where chosen to be roughly equally spaced between the two extremes (2.6 and 8.5 W m$^{-2}$). These forcing values should be understood as comparative labels representative of the forcing associated with each scenario, which will vary somewhat from model to model. This is because concentrations or emissions (rather than the RF) are prescribed in the CMIP5 climate model runs.

Various steps were necessary to turn the selected 'raw' RCPs into emission scenarios from IAMs and to turn these into data sets usable by the climate modelling community, including the extension with historical emissions (Granier et al., 2011; Meinshausen et al., 2011), the harmonization (smoothly connected historical reconstruction) and gridding of land use data sets (Hurtt et al., 2011), the provision of atmospheric chemistry modelling studies, particularly for tropospheric ozone (Lamarque et al., 2011), analyses of 2000–2005 GHG emission levels, and extension of GHG concentrations with historical GHG concentrations and harmonization with analyses of 2000–2005 GHG concentrations levels (Meinshausen et al., 2011). The final RCP data sets comprise land use data, harmonized GHG emissions and concentrations, gridded reactive gas and aerosol emissions, as well as ozone and aerosol abundance fields ( Figures 2, 3, and 4 in Box 1.1). *(continued on next page)*



**Box 1.1, Figure 2 |** Concentrations of GHG following the 4 RCPs and their extensions (ECP) to 2300. (Reproduced from Figure 5 in Meinshausen et al., 2011.) Also see Annex II Table AII.4.1 for CO$_2$, Table AII.4.2 for CH$_4$, Table AII.4.3 for N$_2$O.

148

BLM_0150662





**Box 1.1, Figure 3** | (a) Equivalent $CO_2$ concentration and (b) $CO_2$ emissions (except land use emissions) for the four RCPs and their ECPs as well as some SRES scenarios.

To aid model understanding of longer-term climate change implications, these RCPs were extended until 2300 (Meinshausen et al., 2011) under reasonably simple and somewhat arbitrary assumptions regarding post-2100 GHG emissions and concentrations. In order to continue to investigate a broad range of possible climate futures, the two outer RCPs, RCP2.6 and RCP8.5 assume constant emissions after 2100, while the two middle RCPs aim for a smooth stabilization of concentrations by 2150. RCP8.5 stabilizes concentrations only by 2250, with $CO_2$ concentrations of approximately 2000 ppm, nearly seven times the pre-industrial levels. As the RCP2.6 implies netnegative $CO_2$ emissions after around 2070 and throughout the extension, $CO_2$ concentrations are slowly reduced towards 360 ppm by 2300.

**Comparison of SRES and RCP Scenarios**
The four RCP scenarios used in CMIP5 lead to RF values that span a range larger than that of the three SRES scenarios used in CMIP3 (Figure 12.3). RCP4.5 is close to SRES B1, RCP6 is close to SRES A1B (more after 2100 than during the 21st century) and RCP8.5 is somewhat higher than A2 in 2100 and close to the SRES A1FI scenario (Figure 3 in Box 1.1). RCP2.6 is lower than any of the SRES scenarios (see also Figure 1.15). *(continued on next page)*

BLM_0150663

**1**

*Box 1.1 (continued)*



**Box 1.1, Figure 4 |** (a) Anthropogenic BC emissions (Annex II Table AII.2.22), (b) anthropogenic NO$_x$ emissions (Annex II Table AII.2.18), and (c) anthropogenic SO$_x$ emissions (Annex II Table II.2.20).

BLM_0150664

## 1.6   Overview and Road Map to the Rest of the Report

As this chapter has shown, understanding of the climate system and the changes occurring in it continue to advance. The notable scientific advances and associated peer-reviewed publications since AR4 provide the basis for the assessment of the science as found in Chapters 2 to 14. Below a quick summary of these chapters and their objectives is provided.

**Observations and Paleoclimate Information (Chapters 2, 3, 4 and 5):** These chapters assess information from all climate system components on climate variability and change as obtained from instrumental records and climate archives. This group of chapters covers all relevant aspects of the atmosphere including the stratosphere, the land surface, the oceans and the cryosphere. Information on the water cycle, including evaporation, precipitation, runoff, soil moisture, floods, drought, etc. is assessed. Timescales from daily to decades (Chapters 2, 3 and 4) and from centuries to many millennia (Chapter 5) are considered.

**Process Understanding (Chapters 6 and 7):** These chapters cover all relevant aspects from observations and process understanding, to projections from global to regional scale. Chapter 6 covers the carbon cycle and its interactions with other biogeochemical cycles, in particular the nitrogen cycle, as well as feedbacks on the climate system. Chapter 7 treats in detail clouds and aerosols, their interactions and chemistry, the role of water vapour, as well as their role in feedbacks on the climate system.

**From Forcing to Attribution of Climate Change (Chapters 8, 9 and 10):** In these chapters, all the information on the different drivers (natural and anthropogenic) of climate change is collected, expressed in terms of RF, and assessed (Chapter 8). As part of this, the science of metrics commonly used in the literature to compare radiative effects from a range of agents (Global Warming Potential, Global Temperature Change Potential and others) is covered. In Chapter 9, the hierarchy of climate models used in simulating past and present climate change is assessed. Information regarding detection and attribution of changes on global to regional scales is assessed in Chapter 10.

**Future Climate Change and Predictability (Chapters 11 and 12):** These chapters assess projections of future climate change derived from climate models on timescales from decades to centuries at both global and regional scales, including mean changes, variability and extremes. Fundamental questions related to the predictability of climate as well as long-term climate change, climate change commitments and inertia in the climate system are addressed.

**Integration (Chapters 13 and 14):** These chapters integrate all relevant information for two key topics in WGI AR5: sea level change (Chapter 13) and climate phenomena across the regions (Chapter 14). Chapter 13 assesses information on sea level change ranging from observations and process understanding to projections from global to regional scales. Chapter 14 assesses the most important modes of variability in the climate system and extreme events. Furthermore, this chapter deals with interconnections between the climate phenomena, their regional expressions, and their relevance for future regional climate change. Maps produced and assessed in Chapter 14, together with Chapters 11 and 12, form the basis for the Atlas of Global and Regional Climate Projections in Annex I. RFs and estimates of future atmospheric concentrations from Chapters 7, 8, 11 and 12 form the basis of the Climate System Scenario Tables in Annex II.

### 1.6.1   Topical Issues

A number of topical issues are discussed throughout the assessment. These issues include those of areas where there is contention in the peer-reviewed literature and where questions have been raised that are being addressed through ongoing research. Table 1.3 provides a non-comprehensive list of many of these and the chapters where they are discussed.

**Table 1.3 |** Key topical issues discussed in the assessment.

| Topic | Section |
|---|---|
| Abrupt change and irreversibility | 5.7, 12.5, 13.4 |
| Aerosols | 6.4, 7.3, 7.4, 7.5, 7.6, 8.3, 11.3, 14.1 |
| Antarctic climate change | 5.8, 9.4, 10.3, 13.3 |
| Arctic sea ice change | 4.2, 5.5, 9.4, 10.3, 11.3, 12.4 |
| Hydrological cycle changes | 2.5, 2.6, 3.3, 3.4, 3.5, 7.6, 10.3, 12.4 |
| Carbon-climate feedbacks | 6.4, 12.4 |
| Climate sensitivity | 5.3, 9.7, 10.8, 12.5 |
| Climate stabilization | 6.3, 6.4, 12.5 |
| Cloud feedbacks | 5.3, 7.2, 9.7, 11.3, 12.4 |
| Cosmic ray effects on clouds | 7.4 |
| Decadal climate variability | 5.3, 9.5, 10.3 |
| Earth's Energy (trends, distribution and budget) | 2.3, 3.2, 13.3 |
| El Niño-Southern Oscillation | 2.7, 5.4, 9.4, 9.5, 14.4 |
| Geo-engineering | 6.4, 7.7 |
| Glacier change | 4.3, 5.5, 10.5, 13.3 |
| Ice sheet dynamics and mass balance assessment | 4.4, 5.3, 5.6, 10.5, 13.3 |
| Monsoons | 2.7, 5.5, 9.5, 14.2 |
| Ocean acidification | 3.8, 6.4 |
| Permafrost change | 4.7, 6.3, 10.5 |
| Solar effects on climate change | 5.2, 8.4 |
| Sea level change, including regional effects | 3.7, 5.6, 13.1 |
| Temperature trends since 1998 | 2.4, 3.2, 9.4 |
| Tropical cyclones | 2.6, 10.6, 14.6 |
| Upper troposphere temperature trends | 2.4, 9.4 |

BLM_0150665

# References

**1**

Allen, M. R., J. F. B. Mitchell, and P. A. Stott, 2013: Test of a decadal climate forecast. *Nature Geosci.*, **6**, 243–244.

AMAP, 2009: Summary – The Greenland Ice Sheet in a Changing Climate: Snow, Water, Ice and Permafrost in the Arctic (SWIPA). Arctic Monitoring and Assessment Programme (AMAP), 22 pp.

Armour, K. C., I. Eisenman, E. Blanchard-Wrigglesworth, K. E. McCusker, and C. M. Bitz, 2011: The reversibility of sea ice loss in a state-of-the-art climate model. *Geophys. Res. Lett.*, **38**.

Arrhenius, S., 1896: On the influence of carbonic acid in the air upon the temperature of the ground. *Philos. Mag.*, **41**, 237–276.

Baede, A. P. M., E. Ahlonsou, Y. Ding, and D. Schimel, 2001: The climate system: An overview. In: *Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [J. T. Houghton, Y. Ding, D. J. Griggs, M. Noquer, P. J. van der Linden, X. Dai, K. Maskell and C. A. Johnson (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Beerling, D. J., and D. L. Royer, 2011: Convergent Cenozoic CO$_2$ history. *Nature Geosci.*, **4**, 418–420.

Bretherton, F. P., K. Bryan, and J. D. Woodes, 1990: Time-dependent greenhouse-gas-induced climate change. In: *Climate Change: The IPCC Scientific Assessment* [J. T. Houghton, G. J. Jenkins and J. J. Ephraums (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 177–193.

Brönnimann, S., T. Ewen, J. Luterbacher, H. F. Diaz, R. S. Stolarski, and U. Neu, 2008: A focus on climate during the past 100 years. In: *Climate Variability and Extremes during the Past 100 Years* [S. Brönnimann, J. Luterbacher, T. Ewen, H. F. Diaz, R. S. Stolarski and U. Neu (eds.)]. Springer Science+Business Media, Heidelberg, Germany and New York, NY, USA, pp. 1–25.

Broomeil, S., and D. Budescu, 2009: Why are experts correlated? Decomposing correlations between judges. *Psychometrika*, **74**, 531–553.

Brunet, M., and P. Jones, 2011: Data rescue initiatives: Bringing historical climate data into the 21st century. *Clim. Res.*, **47**, 29–40.

Budescu, D., S. Broomeil, and H.-H. Por, 2009: Improving communication of uncertainty in the reports of the Intergovernmental Panel on Climate Change. *Psychol. Sci.*, **20**, 299–308.

Byrne, R., S. Mecking, R. Feely, and X. Liu, 2010: Direct observations of basin-wide acidification of the North Pacific Ocean. *Geophys. Res. Lett.*, **37**.

CCSP, 2009: *Best Practice Approaches for Characterizing, Communicating, and Incorporating Scientific Uncertainty in Climate Decision Making.* U.S. Climate Change Science Program, Washington, DC, USA, 96 pp.

Church, J. A., and N. J. White, 2011: Sea-level rise from the late 19th to the early 21st century. *Surv. Geophys.*, **32**, 585–602.

Church, J. A., J. M. Gregory, N. J. White, S. M. Platten, and J. X. Mitrovica, 2011: Understanding and projecting sea level change. *Oceanography*, **24**, 130–143.

Cleveland, W. S., 1979: Robust locally weighted regression and smoothing scatterplots. *J. Am. Stat. Assoc.*, **74**, 829–836.

Collins, M., and M. R. Allen, 2002: Assessing the relative roles of initial and boundary conditions in interannual to decadal climate predictability. *J. Clim.*, **15**, 3104–3109.

Covey, C., et al., 2003: An overview of results from the Coupled Model Intercomparison Project. *Global Planet. Change*, **37**, 103–133.

Cubasch, U., et al., 2001: Projections of future climate change. In: *Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [J. T. Houghton, Y. Ding, D. J. Griggs, M. Noquer, P. J. van der Linden, X. Dai, K. Maskell and C. A. Johnson (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 527–582.

Dee, D. P., et al., 2011: The ERA-Interim reanalysis: Configuration and performance of the data assimilation system. *Q. J. R. Meteorol. Soc.*, **137**, 553–597.

Denman, K. L., et al., 2007: Couplings between changes in the climate system and biogeochemistry. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 501–587.

Dlugokencky, E. J., et al., 2009: Observational constraints on recent increases in the atmospheric CH$_4$ burden. *Geophys. Res. Lett.*, **36**, L18803.

Duarte, C. M., T. M. Lenton, P. Wadhams, and P. Wassmann, 2012: Commentary: Abrupt climate change in the Arctic. *Nature Clim. Change*, **2**, 60–62.

Easterling, D. R., and M. F. Wehner, 2009: Is the climate warming or cooling? *Geophys. Res. Lett.*, **36**, L08706.

Elkins, J., and G. Dutton, 2010: Nitrous oxide and sulfur hexafluoride. Section in State of the Climate in 2009. *Bull. Am. Meteorol. Soc.*, **91**, 44–45.

Ettema, J., M. R. van den Broeke, E. van Meijgaard, W. J. van de Berg, J. L. Bamber, J. E. Box, and R. C. Bales, 2009: Higher surface mass balance of the Greenland ice sheet revealed by high-resolution climate modeling. *Geophys. Res. Lett.*, **36**, L12501.

Foley, J., et al., 2005: Global consequences of land use. *Science*, **309**, 570–574.

Folland, C. K., et al., 2001: Observed climate variability and change. In: *Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [J. T. Houghton, Y. Ding, D. J. Griggs, M. Noquer, P. J. van der Linden, X. Dai, K. Maskell and C. A. Johnson (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 101–181.

Forest, C. E., P. H. Stone, and A. P. Sokolov, 2008: Constraining climate model parameters from observed 20th century changes. *Tellus A*, **60**, 911–920.

Forster, P., et al., 2007: Changes in atmospheric constituents and in radiative forcing. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 131–234.

Frame, D. J., and D. A. Stone, 2013: Assessment of the first consensus prediction on climate change. *Nature Clim. Change*, **3**, 357–359.

Frame, D. J., D. A. Stone, P. A. Stott, and M. R. Allen, 2006: Alternatives to stabilization scenarios. *Geophys. Res. Lett.*, **33**.

Fujino, J., R. Nair, M. Kainuma, T. Masui, and Y. Matsuoka, 2006: Multi-gas mitigation analysis on stabilization scenarios using aim global model. *Energy J.*, **0**, 343–353.

GCOS, 2009: Progress Report on the Implementation of the Global Observing System for Climate in Support of the UNFCCC 2004–2008, GCOS-129 (WMO/TD-No. 1489; GOOS-173; GTOS-70) , Geneva, Switzerland.

GCOS , 2011: Systematic Observation Requirements for Satellite-based Products for Climate Supplemental details to the satellite-based component of the Implementation Plan for the Global Observing System for Climate in Support of the UNFCCC – 2011 Update, (GCOS-154) – December 2011, Geneva, Switzerland.

Goosse, H., W. Lefebvre, A. de Montety, E. Crespin, and A. H. Orsi, 2009: Consistent past half-century trends in the atmosphere, the sea ice and the ocean at high southern latitudes. *Clim. Dyn.*, **33**, 999–1016.

Granier, C., et al., 2011: Evolution of anthropogenic and biomass burning emissions of air pollutants at global and regional scales during the 1980–2010 period. *Clim. Change*, **109**, 163–190.

Haas, C., A. Pfaffling, S. Hendricks, L. Rabenstein, J. L. Etienne, and I. Rigor, 2008: Reduced ice thickness in Arctic Transpolar Drift favors rapid ice retreat. *Geophys. Res. Lett.*, **35**, L17501.

Hansen, J., D. Johnson, A. Lacis, S. Lebedeff, P. Lee, D. Rind, and G. Russell, 1981: Climate impact of increasing atmospheric carbon dioxide. *Science*, **213**, 957–966.

Hansen, J., M. Sato, R. Ruedy, K. Lo, D. W. Lea, and M. Medina-Elizade, 2006: Global temperature change. *Proc. Natl. Acad. Sci. U.S.A.*, **103**, 14288–14293.

Hansen, J., R. Ruedy, M. Sato, and K. Lo, 2010: Global surface temperature change. *Rev. Geophys.*, **48**, RG4004.

Hansen, J., M. Sato, P. Kharecha, and K. von Schuckmann, 2011: Earth's energy imbalance and implications. *Atmos. Chem. Phys.*, **11**, 13421–13449.

Hawkins, E., and R. Sutton, 2009: The potential to narrow uncertainty in regional climate predictions. *Bull. Am. Meteorol. Soc.*, **90**, 1095–1107.

Hawkins, E., and R. Sutton, 2011: The potential to narrow uncertainty in projections of regional precipitation change. *Clim. Dyn.*, **37**, 407–418.

BLM_0150666

**1**

Hegerl, G. C., et al., 2007: Understanding and attributing climate change. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 665–745.

Hijioka, Y., Y. Matsuoka, H. Nishomoto, M. Masui, and M. Kainuma, 2008: Global GHG emission scenarios under GHG concentration stabilization targets. *JGEE*, **13**, 97–108.

Hoelzle, M., G. Darms, M. P. Lüthi, and S. Suter, 2011: Evidence of accelerated englacial warming in the Monte Rosa area, Switzerland/Italy. *Cryosphere*, **5**, 231–243.

Houghton, R., 2003: Revised estimates of the annual net flux of carbon to the atmosphere from changes in land use and land management 1850–2000. *Tellus B*, **55**, 378–390.

Huntingford, C., J. Lowe, B. Booth, C. Jones, G. Harris, L. Gohar, and P. Meir, 2009: Contributions of carbon cycle uncertainty to future climate projection spread. *Tellus B*, doi:10.1111/j.1600–0889.2009.00414.x, 355–360.

Hurtt, G. C., et al., 2011: Harmonization of land-use scenarios for the period 1500–2100: 600 years of global gridded annual land-use transitions, wood harvest, and resulting secondary lands. *Clim. Change*, **109**, 117–161.

InterAcademy Council, 2010: Climate change assessments. In: *Review of the Processes and Procedures of the IPCC*, Amsterdam, The Netherlands.

IPCC, 1990: *Climate Change: The IPCC Scientific Assessment* [J. T. Houghton, G. J. Jenkins and J. J. Ephraums (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 212 pp.

IPCC , 1996: *Climate Change 1995: The Science of Climate Change. Contribution of Working Group I to the Second Assessment Report of the Intergovernmental Panel on Climate Change*. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 584 pp.

IPCC , 2000: IPCC Special Report on Emissions Scenarios. Prepared by Working Group III of the Intergovernmental Panel on Climate Change, Cambridge University Press, Cambrudge, United Kingdom, pp 570.

IPCC , 2001: *Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [J. T. Houghton, Y. Ding, D. J. Griggs, M. Noquer, P. J. van der Linden, X. Dai, K. Maskell and C. A. Johnson (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 881 pp.

IPCC , 2007: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change (IPCC)* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)]. Cambridge University Press, 996 pp.

IPCC , 2012a: Procedures for the preparation, review, acceptance, adoption, approval and publication of IPCC reports. Appendix A to the Principles Governing IPCC Work, Geneva, Switzerland, 6-9 June 2012, 29 pp.

IPCC , 2012b: *Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation. Special Report of the Intergovernmental Panel on Climate Change*. [ Field, C. B., V. Barros, T. F. Stocker, D. Qin, D. J. Dokken, K. L. Ebi, M. D. Mastrandrea, K. J. Mach, G.-K. Plattner, S. K. Allen, M. Tignor, and P. M. Midgley (Eds.)]. Cambridge University Press, Cambridge, United Kingdom, 582 pp.

JCGM, 2008: JCGM 100: 2008. GUM 1995 with minor corrections. Evaluation of measurement data—Guide to the expression of uncertainty in measurement. Joint Committee for Guides in Metrology.

Jevrejeva, S., J. C. Moore, A. Grinsted, and P. L. Woodworth, 2008: Recent global sea level acceleration started over 200 years ago? *Geophys. Res. Lett.*, **35**, L08715.

Kahneman, D., and A. Tversky, 1979: Prospect theory: An analysis of decision under risk. *Econometrica*, **47**, 263–291.

Kahneman, D., P. Slovic, and A. Tversky, Eds., 1982: *Judgment under Uncertainty: Heuristics and Biases*. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 544 pp.

Kandlikar, M., J. Risbey, and S. Dessai, 2005: Representing and communicating deep uncertainty in climate-change assessments. *C. R. Geosci.*, **337**, 443–455.

Knutti, R., F. Joos, S. A. Müller, G. K. Plattner, and T. F. Stocker, 2005: Probabilistic climate change projections for $CO_2$ stabilization profiles. *Geophys. Res. Lett.*, **32**, L20707.

Knutti, R., et al., 2008: A review of uncertainties in global temperature projections over the twenty-first century. *J. Clim.*, **21**, 2651–2663.

Kopp, G., and J. L. Lean, 2011: A new, lower value of total solar irradiance: Evidence and climate significance. *Geophys. Res. Lett.*, **38**, L01706.

Kwok, R., G. F. Cunningham, M. Wensnahan, I. Rigor, H. J. Zwally, and D. Yi, 2009: Thinning and volume loss of the Arctic Ocean sea ice cover: 2003–2008. *J. Geophys. Res. Oceans*, **114**, C07005.

Lamarque, J. F., et al., 2011: Global and regional evolution of short-lived radiatively-active gases and aerosols in the Representative Concentration Pathways. *Clim. Change*, **109**, 191–212.

Lambert, F., et al., 2008: Dust-climate couplings over the past 800,000 years from the EPICA Dome C ice core. *Nature*, **452**, 616–619.

Lemke, P., et al., 2007: Observations: Changes in snow, ice and frozen ground. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 339–383.

Lenton, T., H. Held, E. Kriegler, J. Hall, W. Lucht, S. Rahmstorf, and H. Schellnhuber, 2008: Tipping elements in the Earth's climate system. *Proc. Natl. Acad. Sci. U.S.A.*, **105**, 1786–1793.

Le Treut, H., et al., 2007: Historical Overview of Climate Change. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 94–127.

Lüthi, M., and M. Funk, 2001: Modelling heat flow in a cold, high-altitude glacier: Interpretation of measurements from Colle Gnifetti, Swiss Alps. *J. Glaciol.*, **47**, 314–324.

Lüthi, D., et al., 2008: High-resolution carbon dioxide concentration record 650,000–800,000 years before present. *Nature*, **453**, 379–382.

Mann, M., Z. Zhang, M. Hughes, R. Bradley, S. Miller, S. Rutherford, and F. Ni, 2008: Proxy-based reconstructions of hemispheric and global temperature variations over the past two millennia. *Proc. Natl. Acad. Sci. U.S.A.*, **105**, 13252–13257.

Manning, M., et al., 2004: *IPCC workshop Report: Describing scientific uncertainties in climate change to support analysis of risk and of options* [IPCC IPCC Working Group I Technical Support Unit (ed.)]. Available at http://www.ipcc.ch/ (accessed 07-10-2013), 138.

Masson, D., and R. Knutti, 2011: Climate model genealogy. *Geophys. Res. Lett.*, **38**, L08703.

Mastrandrea, M. D., et al., 2010: Guidance notes for lead authors of the IPCC Fifth Assessment Report on Consistent Treatment of Uncertainties. Available at http://www.ipcc.ch (accessed 07-10-2013).

Masui, T., et al., 2011: An emission pathway for stabilization at 6 Wm$^{-2}$ radiative forcing. *Clim. Change*, **109**, 59–76.

Matthews, H. D., and A. J. Weaver, 2010: Committed climate warming. *Nature Geosci.*, **3**, 142–143.

Meehl, G. A., et al., 2007: Global climate projections. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 749–845.

Meinshausen, M., et al., 2011: The RCP greenhouse gas concentrations and their extensions from 1765 to 2300. *Clim. Change*, **109**, 213–241.

Menne, M. J., I. Durre, R. S. Vose, B. E. Gleason, and T. G. Houston, 2012: An overview of the Global Historical Climatology Network-Daily Database. *J. Atmos. Ocean. Technol.*, **29**, 897–910.

Mernild, S. H., G. E. Liston, C. A. Hiemstra, K. Steffen, E. Hanna, and J. H. Christensen, 2009: Greenland ice sheet surface mass-balance modelling and freshwater flux for 2007, and in a 1995–2007 perspective. *Hydrol. Proc.*, **23**, 2470–2484.

Midorikawa, T., et al., 2010: Decreasing pH trend estimated from 25-yr time series of carbonate parameters in the western North Pacific. *Tellus B*, **62**, 649–659.

Morgan, M. G., M. Henrion, and M. Small, 1990: *Uncertainty: A Guide to Dealing with Uncertainty in Quantitative Risk and Policy Analysis*. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 332 pp.

Morice, C. P., J. J. Kennedy, N. A. Rayner, and P. D. Jones, 2012: Quantifying uncertainties in global and regional temperature change using an ensemble of observational estimates: The HadCRUT4 data set. *J. Geophys. Res. Atmos.*, **117**, D08101.

153

Moss, R. H., and S. H. Schneider, 2000: Uncertainties in the IPCC TAR: Recommendations to lead authors for more consistent assessment and reporting. In: *Guidance Papers on the Cross Cutting Issues of the Third Assessment Report of the IPCC*. World Meteorological Organization, Geneva, pp. 33–51.

Moss, R., et al., 2008: *Towards New Scenarios for Analysis of Emissions, Climate Change, Impacts, and Response Strategies*. Geneva, Intergovernmental Panel on Climate Change, 132 pp.

Moss, R., et al., 2010: The next generation of scenarios for climate change research and assessment. *Nature*, **463**, 747–756.

Murphy, D., S. Solomon, R. Portmann, K. Rosenlof, P. Forster, and T. Wong, 2009: An observationally based energy balance for the Earth since 1950. *J. Geophys. Res. Atmos.*, **114**, D17107.

Myhre, G., E. Highwood, K. Shine, and F. Stordal, 1998: New estimates of radiative forcing due to well mixed greenhouse gases. *Geophys. Res. Lett.*, **25**, 2715–2718.

Nghiem, S. V., et al., 2012: The extreme melt across the Greenland ice sheet in 2012. *Geophys. Res. Lett.*, **39**, L20502.

Oreskes, N., K. Shrader-Frechette, and K. Belitz, 1994: Verification, validation, and confirmation of numerical models in the earth sciences. *Science*, 263, 641–646.

Pall, P., et al., 2011: Anthropogenic greenhouse gas contribution to flood risk in England and Wales in autumn 2000. *Nature*, **470**, 382–385.

Patt, A. G., and D. P. Schrag, 2003: Using specific language to describe risk and probability. *Clim. Change*, 61, 17–30.

Patt, A. G., and S. Dessai, 2005: Communicating uncertainty: Lessons learned and suggestions for climate change assessment. *C. R. Geosci.*, **337**, 425–441.

Pennell, C., and T. Reichler, 2011: On the effective number of climate models. *J. Clim.*, **24**, 2358–2367.

Peterson, T. C., P. A. Stott, and S. Herring, 2012: Explaining extreme events of 2011 from a climate perspective. *Bull. Am. Meteorol. Soc.*, **93**, 1041–1067.

Peterson, T. C., et al., 2008: Why weather and climate extremes matter. In: *Weather and Climate Extremes in a Changing Climate. Regions of Focus: North America, Hawaii, Caribbean, and U.S. Pacific Islands*, [Karl, T. R., G. A. Meehl, C. D. Miller, S. J. Hassol, A. M. Waple, and W. L. Murray (eds.)]. A Report by the U.S.Climate Change Science Program and the Subcommittee on Global Change Research, Washington, DC., USA, 11–33.

Rahmstorf, S., G. Foster, and A. Cazenave, 2012: Comparing climate projections to observations up to 2011. *Environ. Res. Lett.*, **7**, 044035.

Ray, R. D., and B. C. Douglas, 2011: Experiments in reconstructing twentieth-century sea levels. *Prog. Oceanogr.*, **91**, 496–515.

Riahi, K., A. Grübler, and N. Nakicenovic, 2007: Scenarios of long-term socio-economic and environmental development under climate stabilization. *Technol. Forecast Soc. Change*, **74**, 887–935.

Riahi, K., et al., 2011: RCP 8.5–A scenario of comparatively high greenhouse gas emissions. *Clim. Change*, **109**, 33–57.

Risbey, J., and M. Kandlikar, 2007: Expressions of likelihood and confidence in the IPCC uncertainty assessment process. *Clim. Change*, **85**, 19–31.

Schimel, D., et al., 1996: Radiative forcing of climate change. In: *Climate Change 1995: The Science of Climate Change, Contribution of Working Group I to the Second Assessment Report of the Intergovernmental Panel on Climate Change* [J. T. Houghton, L. G. Meiro Filho, B. A. Callander, N. Harris, A. Kattenburg and K. Maskell (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 69–131.

Scott, J. T. B., G. H. Gudmundsson, A. M. Smith, R. G. Bingham, H. D. Pritchard, and D. G. Vaughan, 2009: Increased rate of acceleration on Pine Island Glacier strongly coupled to changes in gravitational driving stress. *The Cryosphere*, **3**, 125–131.

Seneviratne, S., et al., 2010: Investigating soil moisture-climate interactions in a changing climate: A review. *Earth-Sci. Rev.*, **99**, 125–161.

Seneviratne, S. I., et al., 2012: Chapter 3: Changes in climate extremes and their Impacts on the Natural Physical Environment. In: *SREX: Special Report on Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation* [C. B. Field, et al. (eds.]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp.109–230.

Smith, S., and T. Wigley, 2006: Multi-gas forcing stabilization with Minicam. *Energy J.*, 373–391.

Smith, T. M., R. W. Reynolds, T. C. Peterson, and J. Lawrimore, 2008: Improvements to NOAA's historical merged land-ocean surface temperature analysis (1880–2005). *J. Clim.*, **21**, 2283–2296.

Steinhilber, F., J. Beer, and C. Fröhlich, 2009: Total solar irradiance during the Holocene. *Geophys. Res. Lett.*, **36**, L19704.

SWIPA, 2011: Snow, water, ice and permafrost in the Arctic. SWIPA 2011 Executive Summary. AMAP, Oslo, Norway, 16 pp.

Taylor, K. E., R. J. Stouffer, and G. A. Meehl, 2012: An overview of CMIP5 and the experiment design. *Bull. Am. Meteorol. Soc.*, **93**, 485–498.

Tedesco, M., 2007: A new record in 2007 for melting in Greenland. *EOS, Trans. Am. Geophys. Union*, **88**, 383.

Thomson, A. M., et al., 2011: RCP4.5: A pathway for stabilization of radiative forcing by 2100. *Clim. Change*, **109**, 77–94.

Tietsche, S., D. Notz, J. H. Jungclaus, and J. Marotzke, 2011: Recovery mechanisms of Arctic summer sea ice. *Geophys. Res. Lett.*, **38**, L02707.

Trenberth, K. E., J. T. Fasullo, and J. Kiehl, 2009: Earth's global energy budget. *Bull. Am. Meteorol. Soc.*, **90**, 311–323.

Turner, J., and J. E. Overland, 2009: Contrasting climate change in the two polar regions. *Polar Res.*, **28**, 146–164.

Turner, J., et al., 2009: Antarctic Climate Change and the environment. Scientific Committee on Antarctic Research, Cambridge, United Kingdom, 526 pp.

van Vuuren, D., et al., 2007: Stabilizing greenhouse gas concentrations at low levels: An assessment of reduction strategies and costs. *Clim. Change*, **81**, 119–159.

van Vuuren, D. P., et al., 2011a: RCP2.6: Exploring the possibility to keep global mean temperature increase below 2°C. *Clim. Change*, **109**, 95–116.

van Vuuren, D. P., et al., 2011b: The representative concentration pathways: An overview. *Clim. Change*, **109**, 5–31.

Wadhams, P., 2012: Arctic ice cover, ice thickness and tipping points. *Ambio*, **41**, 23–33.

Warrick, R., and J. Oerlemans, 1990: Sea level rise. In: *Climate Change: The IPCC Scientific Assessment* [J. T. Houghton, G. J. Jenkins and J. J. Ephraums (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 261–281.

Wigley, T. M. L., 2005: The climate change commitment. *Science*, 307, 1766–1769.

Willis, J. K., J. M. Lyman, G. C. Johnson, and J. Gilson, 2009: In situ data biases and recent ocean heat content variability. *J. Atmos. Ocean. Technol.*, **26**, 846–852.

Willis, J., D. Chambers, C. Kuo, and C. Shum, 2010: Global sea level rise recent progress and challenges for the decade to come. *Oceanography*, **23**, 26–35.

Wise, M., et al., 2009: Implications of limiting $CO_2$ concentrations for land use and energy. *Science*, **324**, 1183–1186.

Yip, S., C. A. T. Ferro, D. B. Stephenson, and E. Hawkins, 2011: A simple, coherent framework for partitioning uncertainty in climate predictions. *J. Climate*, **24**, 4634–4643.

Zemp, M., I. Roer, A. Kääb, M. Hoelzle, F. Paul, and W. Haeberli, 2008: Global glacier changes: Facts and figures. United Nations Environment Programme and World Glacier Monitoring Service, 88 pp.

Zemp, M., M. Hoelzle, and W. Haeberli, 2009: Six decades of glacier mass-balance observations: A review of the worldwide monitoring network. *Ann. Glaciol.*, **50**, 101–111.

Zhang, X., and F. Zwiers, 2012: Statistical indices for the diagnosing and detecting changes in extremes. In: *Extremes in a Changing Climate: Detection, Analysis and Uncertainty* [A. AghaKouchak, D. Easterling, K. Hsu, S. Schubert, and S. Sorooshian (eds.)]. Springer Science+Business Media, Heidelberg, Germany and New York, NY, USA, 1–14.

## Appendix 1.A:
## Notes and Technical Details on Figures Displayed in Chapter 1

### Figure 1.4: Documentation of Data Sources

#### Observed Temperature

NASA GISS evaluation of the observations: Hansen et al. (2010) updated: The data were downloaded from http://data.giss.nasa.gov/gistemp/tabledata_v3/GLB.Ts+dSST.txt. Annual means are used (January to December) and anomalies are calculated relative to 1961–1990.

NOAA NCDC evaluation of the observations: Smith et al. (2008) updated: The data were downloaded from ftp://ftp.ncdc.noaa.gov/pub/data/anomalies/annual.land_ocean.90S.90N.df_1901–2000mean.dat. Annual mean anomalies are calculated relative to 1961–1990.

Hadley Centre evaluation of the observations: Morice et al. (2012): The data were downloaded from http://www.metoffice.gov.uk/hadobs/hadcrut4/data/current/download.html#regional_series. Annual mean anomalies are calculated relative to 1961–1990 based on the ensemble median.

#### IPCC Range of Projections

**Table 1.A.1 |** FAR: The data have been digitized using a graphics tool from FAR Chapter 6, Figure 6.11 (Bretherton et al., 1990) in 5-year increments as anomalies relative to 1990 (°C).

| Year | Lower Bound (Scenario D) | Upper Bound (Business as Usual) |
|------|------|------|
| 1990 | 0.00 | 0.00 |
| 1995 | 0.09 | 0.14 |
| 2000 | 0.15 | 0.30 |
| 2005 | 0.23 | 0.53 |
| 2010 | 0.28 | 0.72 |
| 2015 | 0.33 | 0.91 |
| 2020 | 0.39 | 1.11 |
| 2025 | 0.45 | 1.34 |
| 2030 | 0.52 | 1.58 |
| 2035 | 0.58 | 1.86 |

**Table 1.A.2 |** SAR: The data have been digitized using a graphics tool from Figure 19 of the TS (IPCC, 1996) in 5-year increments as anomalies relative to 1990. The scenarios include changes in aerosols beyond 1990 (°C).

| Year | Lower Bound (IS92c/1.5) | Upper Bound (IS92e/4.5) |
|------|------|------|
| 1990 | 0.00 | 0.00 |
| 1995 | 0.05 | 0.09 |
| 2000 | 0.11 | 0.17 |
| 2005 | 0.16 | 0.28 |
| 2010 | 0.19 | 0.38 |
| 2015 | 0.23 | 0.47 |
| 2020 | 0.27 | 0.57 |
| 2025 | 0.31 | 0.67 |
| 2030 | 0.36 | 0.79 |
| 2035 | 0.41 | 0.92 |

**Table 1.A.3 |** TAR: The data have been digitized using a graphics tool from Figure 9.13(b) (Cubasch et al., 2001) in 5-year increments based on the GFDL_R15_a and DOE PCM parameter settings (°C).

| Year | Lower Bound | Upper Bound |
|------|------|------|
| 1990 | 0.00 | 0.00 |
| 1995 | 0.05 | 0.09 |
| 2000 | 0.11 | 0.20 |
| 2005 | 0.14 | 0.34 |
| 2010 | 0.17 | 0.52 |
| 2015 | 0.22 | 0.70 |
| 2020 | 0.28 | 0.87 |
| 2025 | 0.37 | 1.08 |
| 2030 | 0.43 | 1.28 |
| 2035 | 0.52 | 1.50 |

AR4: The temperature projections of the AR4 are presented for three SRES scenarios: B1, A1B and A2. Annual mean anomalies relative to 1961–1990 of the individual CMIP3 ensemble simulations (as used in AR4 SPM Figure SPM5) are shown. One outlier has been eliminated based on the advice of the model developers because of the model drift that leads to an unrealistic temperature evolution. As assessed by Meehl et al. (2007), the *likely* range for the temperature change is given by the ensemble mean temperature change +60% and −40% of the ensemble mean temperature change. Note that in the AR4 the uncertainty range was explicitly estimated for the end of the 21st century results. Here, it is shown for 2035. The time dependence of this range has been assessed in Knutti et al. (2008). The relative uncertainty is approximately constant over time in all estimates from different sources, except for the very early decades when natural variability is being considered (see Figure 3 in Knutti et al., 2008).

#### Data Processing

#### Observations

The observations are shown from 1950 to 2012 as annual mean anomaly relative to 1961–1990 (squares). For smoothing, first, the trend of each of the observational data sets was calculated by locally weighted scatter plot smoothing (Cleveland, 1979; f = 1/3). Then, the 11-year running means of the residuals were determined with reflected ends for the last 5 years. Finally, the trend was added back to the 11-year running means of the residuals.

#### Projections

For FAR, SAR and TAR, the projections have been harmonized to match the average of the three smoothed observational data sets at 1990.

BLM_0150669

**1**

### Figure 1.5: Documentation of Data Sources

**Observed $CO_2$ Concentrations**

Global annual mean $CO_2$ concentrations are presented as annual mean values from Annex II Table AII.1.1a.

**IPCC Range of Projections**

**Table 1.A.4 |** FAR: The data have been digitized using a graphics tool from Figure A.3 (Annex, IPCC, 1990) as anomalies compared to 1990 in 5-year increments (ppm) and the observed 1990 value (353.6) has been added.

| Year | Lower Bound (Scenario D) | Upper Bound (Business as Usual) |
|---|---|---|
| 1990 | 353.6 | 353.6 |
| 1995 | 362.8 | 363.7 |
| 2000 | 370.6 | 373.3 |
| 2005 | 376.5 | 386.5 |
| 2010 | 383.2 | 401.5 |
| 2015 | 390.2 | 414.3 |
| 2020 | 396.6 | 428.8 |
| 2025 | 401.5 | 442.0 |
| 2030 | 406.0 | 460.7 |
| 2035 | 410.0 | 480.3 |

**Table 1.A.5 |** SAR: The data have been digitized using a graphics tool from Figure 5b in the TS (IPCC, 1996) in 5-year increments (ppm) as anomalies compared to 1990 and the observed 1990 value (353.6) has been added.

| Year | Lower Bound (IS92c) | Upper Bound (IS92e) |
|---|---|---|
| 1990 | 353.6 | 353.6 |
| 1995 | 358.4 | 359.0 |
| 2000 | 366.8 | 369.2 |
| 2005 | 373.7 | 380.4 |
| 2010 | 382.3 | 392.9 |
| 2015 | 391.4 | 408.0 |
| 2020 | 400.7 | 423.0 |
| 2025 | 408.0 | 439.6 |
| 2030 | 416.9 | 457.7 |
| 2035 | 424.5 | 477.7 |

TAR: The data were taken in 10-year increments from table Appendix II (IPCC, 2001) SRES Data Tables Table II.2.1 (ISAM model high and low setting). The scenarios that give the upper bound or lower bound respectively vary over time.

AR4: The data used was obtained from Figure 10.26 in Chapter 10 of AR4 (Meehl et al., 2007, provided by Malte Meinshausen). Annual means are used.

### Data Processing

The projections have been harmonized to start from the observed value in 1990.

### Figure 1.6: Documentation of Data Sources

**Observed $CH_4$ Concentrations**

Global annual mean $CH_4$ concentrations are presented as annual mean values from Annex II Table AII.1.1a.

**IPCC Range of Projections**

**Table 1.A.6 |** FAR: The data have been digitized using a graphics tool from FAR SPM Figure 5 (IPCC, 1990) in 5-year increments (ppb) as anomalies compared to 1990 the observed 1990 value (1714.4) has been added.

| Year | Lower Bound (Scenario D) | Upper Bound (Business as Usual) |
|---|---|---|
| 1990 | 1714.4 | 1714.4 |
| 1995 | 1775.7 | 1816.7 |
| 2000 | 1809.7 | 1938.7 |
| 2005 | 1819.0 | 2063.8 |
| 2010 | 1823.1 | 2191.1 |
| 2015 | 1832.3 | 2314.1 |
| 2020 | 1847.7 | 2441.3 |
| 2025 | 1857.9 | 2562.3 |
| 2030 | 1835.3 | 2691.6 |
| 2035 | 1819.0 | 2818.8 |

SAR: The data were taken in 5-year increments from Table 2.5a (Schimel et al., 1996). The scenarios that give the upper bound or lower bound respectively vary over time.

TAR: The data were taken in 10-year increments from Appendix II SRES Data Tables Table II.2.2 (IPCC, 2001). The upper bound is given by the A1p scenario, the lower bound by the B1p scenario.

AR4: The data used was obtained from Figure 10.26 in Chapter 10 of AR4 (Meehl et al., 2007, provided by Malte Meinshausen). Annual means are used.

### Data Processing

The observations are shown as annual means. The projections have been harmonized to start from the same value in 1990.

156

BLM_0150670

**1**

**Figure 1.7: Documentation of Data Sources**

**Observed N$_2$O Concentrations**

Global annual mean N$_2$O concentrations are presented as annual mean values from Annex II Table AII.1.1a.

**IPCC Range of Projections**

**Table 1.A.7: FAR |** The data have been digitized using a graphics tool from FAR A.3 (Annex, IPCC, 1990) in 5-year increments (ppb) as anomalies compared to 1990 and the observed 1990 value (308.7) has been added.

| Year | Lower Bound (Scenario D) | Upper Bound (Business as Usual) |
|------|--------------------------|----------------------------------|
| 1990 | 308.7 | 308.7 |
| 1995 | 311.7 | 313.2 |
| 2000 | 315.4 | 317.7 |
| 2005 | 318.8 | 322.9 |
| 2010 | 322.1 | 328.0 |
| 2015 | 325.2 | 333.0 |
| 2020 | 328.2 | 337.9 |
| 2025 | 331.7 | 343.0 |
| 2030 | 334.0 | 348.9 |
| 2035 | 336.1 | 354.1 |

SAR: The data were taken in 5-year increments from Table 2.5b (Schimel et al., 1996). The upper bound is given by the IS92e and IS92f scenario, the lower bound by the IS92d scenario.

TAR: The data were taken in 10-year increments from Appendix II SRES Data Tables Table II.2.3 (IPCC, 2001). The upper bound is given by the A1FI scenario, the lower bound by the B2 and A1T scenario.

AR4: The data used was obtained from Figure 10.26 in Chapter 10 of AR4 (Meehl et al., 2007, provided by Malte Meinshausen). Annual means are used.

**Data Processing**

The observations are shown as annual means. No smoothing is applied. The projections have been harmonized to start from the same value in 1990.

**Figure 1.10: Documentation of Data Sources**

**Observed Global Mean Sea Level Rise**

Three data sets based on tide gauge measurements are presented: Church and White (2011), Jevrejeva et al. (2008), and Ray and Douglas (2011). Annual mean anomalies are calculated relative to 1961–1990.

Estimates based on sea surface altimetry are presented as the ensemble mean of five different data sets (Section 3.7, Figure 3.13, Section 13.2, Figure 13.3) from 1993 to 2012. Annual means have been calculated. The data are harmonized to start from the mean of the three tide gauge based estimates (see above) at 1993.

**IPCC Range of Projections**

**Table 1.A.8 |** FAR: The data have been digitized using a graphics tool from Chapter 9, Figure 9.6 for the upper bound and Figure 9.7 for the lower bound (Warrick and Oerlemans, 1990) in 5-year increments as anomalies relative to 1990 (cm) and the observed anomaly relative to 1961–1990 (2.0 cm) has been added.

| Year | Lower Bound (Scenario D) | Upper Bound (Business as Usual) |
|------|--------------------------|----------------------------------|
| 1990 | 2.0 | 2.0 |
| 1995 | 2.7 | 5.0 |
| 2000 | 3.7 | 7.9 |
| 2005 | 4.6 | 11.3 |
| 2010 | 5.5 | 15.0 |
| 2015 | 6.3 | 18.7 |
| 2020 | 6.9 | 22.8 |
| 2025 | 7.7 | 26.7 |
| 2030 | 8.4 | 30.9 |
| 2035 | 9.2 | 35.4 |

**Table 1.A.9 |** SAR: The data have been digitized using a graphics tool from Figure 21 (TS, IPCC, 1996) in 5-year increments as anomalies relative to 1990 (cm) and the observed anomaly relative to 1961–1990 (2.0 cm) has been added.

| Year | Lower Bound (IS92c/1.5) | Upper Bound (IS92e/4.5) |
|------|--------------------------|--------------------------|
| 1990 | 2.0 | 2.0 |
| 1995 | 2.4 | 4.3 |
| 2000 | 2.7 | 6.5 |
| 2005 | 3.1 | 9.0 |
| 2010 | 3.4 | 11.7 |
| 2015 | 3.8 | 14.9 |
| 2020 | 4.4 | 18.3 |
| 2025 | 5.1 | 21.8 |
| 2030 | 5.7 | 25.4 |
| 2035 | 6.4 | 29.2 |

TAR: The data are given in Table II.5.1 in 10-year increments. They are harmonized to start from mean of the observed anomaly relative to 1961–1990 at 1990 (2.0 cm).

BLM_0150671

**1**

AR4: The AR4 did not give a time-dependent estimate of sea level rise. These analyses have been conducted post AR4 by Church et al. (2011) based on the CMIP3 model results that were available at the time of AR4. Here, the SRES B1, A1B and A2 scenarios are shown from Church et al. (2011). The data start in 2001 and are given as anomalies with respect to 1990. They are displayed from 2001 to 2035, but the anomalies are harmonized to start from mean of the observed anomaly relative to 1961–1990 at 1990 (2.0 cm).

## Data Processing

The observations are shown from 1950 to 2012 as the annual mean anomaly relative to 1961–1990 (squares) and smoothed (solid lines). For smoothing, first, the trend of each of the observational data sets was calculated by locally weighted scatterplot smoothing (Cleveland, 1979; f = 1/3). Then, the 11-year running means of the residuals were determined with reflected ends for the last 5 years. Finally, the trend was added back to the 11-year running means of the residuals.

BLM_0150672

# 2

# Observations:
# Atmosphere and Surface

**Coordinating Lead Authors:**

Dennis L. Hartmann (USA), Albert M.G. Klein Tank (Netherlands), Matilde Rusticucci (Argentina)

**Lead Authors:**

Lisa V. Alexander (Australia), Stefan Brönnimann (Switzerland), Yassine Abdul-Rahman Charabi (Oman), Frank J. Dentener (EU/Netherlands), Edward J. Dlugokencky (USA), David R. Easterling (USA), Alexey Kaplan (USA), Brian J. Soden (USA), Peter W. Thorne (USA/Norway/UK), Martin Wild (Switzerland), Panmao Zhai (China)

**Contributing Authors:**

Robert Adler (USA), Richard Allan (UK), Robert Allan (UK), Donald Blake (USA), Owen Cooper (USA), Aiguo Dai (USA), Robert Davis (USA), Sean Davis (USA), Markus Donat (Australia), Vitali Fioletov (Canada), Erich Fischer (Switzerland), Leopold Haimberger (Austria), Ben Ho (USA), John Kennedy (UK), Elizabeth Kent (UK), Stefan Kinne (Germany), James Kossin (USA), Norman Loeb (USA), Carl Mears (USA), Christopher Merchant (UK), Steve Montzka (USA), Colin Morice (UK), Cathrine Lund Myhre (Norway), Joel Norris (USA), David Parker (UK), Bill Randel (USA), Andreas Richter (Germany), Matthew Rigby (UK), Ben Santer (USA), Dian Seidel (USA), Tom Smith (USA), David Stephenson (UK), Ryan Teuling (Netherlands), Junhong Wang (USA), Xiaolan Wang (Canada), Ray Weiss (USA), Kate Willett (UK), Simon Wood (UK)

**Review Editors:**

Jim Hurrell (USA), Jose Marengo (Brazil), Fredolin Tangang (Malaysia), Pedro Viterbo (Portugal)

**This chapter should be cited as:**

Hartmann, D.L., A.M.G. Klein Tank, M. Rusticucci, L.V. Alexander, S. Brönnimann, Y. Charabi, F.J. Dentener, E.J. Dlugokencky, D.R. Easterling, A. Kaplan, B.J. Soden, P.W. Thorne, M. Wild and P.M. Zhai, 2013: Observations: Atmosphere and Surface. In: *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

BLM_0150673

# Table of Contents

Executive Summary ....................................... 161

2.1   Introduction ..................................... 164

2.2   Changes in Atmospheric Composition .................... 165
2.2.1   Well-Mixed Greenhouse Gases ................... 165
Box 2.1: Uncertainty in Observational Records ................. 165
2.2.2   Near-Term Climate Forcers ......................... 170
2.2.3   Aerosols ................................. 174
Box 2.2: Quantifying Changes in the Mean:
Trend Models and Estimation ................... 179

2.3   Changes in Radiation Budgets ................... 180
2.3.1   Global Mean Radiation Budget ................. 181
2.3.2   Changes in Top of the Atmosphere
Radiation Budget ........................ 182
2.3.3   Changes in Surface Radiation Budget ............ 183
Box 2.3: Global Atmospheric Reanalyses ................. 185

2.4   Changes in Temperature ....................... 187
2.4.1   Land Surface Air Temperature ................. 187
2.4.2   Sea Surface Temperature and Marine
Air Temperature ........................ 190
2.4.3   Global Combined Land and Sea
Surface Temperature ................... 192
2.4.4   Upper Air Temperature ................... 194

2.5   Changes in Hydrological Cycle ................... 201
2.5.1   Large-Scale Changes in Precipitation ................ 201
2.5.2   Streamflow and Runoff ..................... 204
2.5.3   Evapotranspiration Including Pan Evaporation ......... 205
2.5.4   Surface Humidity ....................... 205
2.5.5   Tropospheric Humidity ................... 206
2.5.6   Clouds ............................. 208

2.6   Changes in Extreme Events ....................... 208
2.6.1   Temperature Extremes ................... 209
2.6.2   Extremes of the Hydrological Cycle ............... 213
2.6.3   Tropical Storms ....................... 216
2.6.4   Extratropical Storms ..................... 217
Box 2.4: Extremes Indices ....................... 221

2.7   Changes in Atmospheric Circulation and
Patterns of Variability ....................... 223
2.7.1   Sea Level Pressure ....................... 223
2.7.2   Surface Wind Speed ..................... 224
2.7.3   Upper-Air Winds ....................... 226
2.7.4   Tropospheric Geopotential Height and
Tropopause ........................ 226
2.7.5   Tropical Circulation ................... 226
2.7.6   Jets, Storm Tracks and Weather Types ............ 229
2.7.7   Stratospheric Circulation ................... 230
2.7.8   Changes in Indices of Climate Variability ........... 230
Box 2.5: Patterns and Indices of Climate Variability ......... 232

References ....................................... 237

Frequently Asked Questions
FAQ 2.1   How Do We Know the World Has Warmed? ........ 198
FAQ 2.2   Have There Been Any Changes in
Climate Extremes? ..................... 218

Supplementary Material
*Supplementary Material is available in online versions of the report.*

2

BLM_0150674

## Executive Summary

The evidence of climate change from observations of the atmosphere and surface has grown significantly during recent years. At the same time new improved ways of characterizing and quantifying uncertainty have highlighted the challenges that remain for developing long-term global and regional climate quality data records. Currently, the observations of the atmosphere and surface indicate the following changes:

### Atmospheric Composition

**It is certain that atmospheric burdens of the well-mixed greenhouse gases (GHGs) targeted by the Kyoto Protocol increased from 2005 to 2011.** The atmospheric abundance of carbon dioxide ($CO_2$) was 390.5 ppm (390.3 to 390.7)[1] in 2011; this is 40% greater than in 1750. Atmospheric nitrous oxide ($N_2O$) was 324.2 ppb (324.0 to 324.4) in 2011 and has increased by 20% since 1750. Average annual increases in $CO_2$ and $N_2O$ from 2005 to 2011 are comparable to those observed from 1996 to 2005. Atmospheric methane ($CH_4$) was 1803.2 ppb (1801.2 to 1805.2) in 2011; this is 150% greater than before 1750. $CH_4$ began increasing in 2007 after remaining nearly constant from 1999 to 2006. Hydrofluorocarbons (HFCs), perfluorocarbons (PFCs), and sulphur hexafluoride ($SF_6$) all continue to increase relatively rapidly, but their contributions to radiative forcing are less than 1% of the total by well-mixed GHGs. {2.2.1.1}

**For ozone-depleting substances (Montreal Protocol gases), it is certain that the global mean abundances of major chlorofluorocarbons (CFCs) are decreasing and HCFCs are increasing.** Atmospheric burdens of major CFCs and some halons have decreased since 2005. HCFCs, which are transitional substitutes for CFCs, continue to increase, but the spatial distribution of their emissions is changing. {2.2.1.2}

**Because of large variability and relatively short data records,** *confidence*[2] **in stratospheric $H_2O$ vapour trends is** *low.* Near-global satellite measurements of stratospheric water vapour show substantial variability but small net changes for 1992–2011. {2.2.2.1}

**It is certain that global stratospheric ozone has declined from pre-1980 values.** Most of the decline occurred prior to the mid 1990s; since then ozone has remained nearly constant at about 3.5% below the 1964–1980 level. {2.2.2.2}

*Confidence* is *medium* in large-scale increases of tropospheric ozone across the Northern Hemisphere (NH) since the 1970s.

*Confidence* is *low* in ozone changes across the Southern Hemisphere (SH) owing to limited measurements. It is *likely*[3] that surface ozone trends in eastern North America and Western Europe since 2000 have levelled off or decreased and that surface ozone strongly increased in East Asia since the 1990s. Satellite and surface observations of ozone precursor gases $NO_x$, CO, and non-methane volatile organic carbons indicate strong regional differences in trends. Most notably $NO_2$ has *likely* decreased by 30 to 50% in Europe and North America and increased by more than a factor of 2 in Asia since the mid-1990s. {2.2.2.3, 2.2.2.4}

**It is** *very likely* **that aerosol column amounts have declined over Europe and the eastern USA since the mid 1990s and increased over eastern and southern Asia since 2000.** These shifting aerosol regional patterns have been observed by remote sensing of aerosol optical depth (AOD), a measure of total atmospheric aerosol load. Declining aerosol loads over Europe and North America are consistent with ground-based *in situ* monitoring of particulate mass. *Confidence* in satellite based global average AOD trends is *low.* {2.2.3}

### Radiation Budgets

**Satellite records of top of the atmosphere radiation fluxes have been substantially extended since AR4, and it is** *unlikely* **that significant trends exist in global and tropical radiation budgets since 2000.** Interannual variability in the Earth's energy imbalance related to El Niño-Southern Oscillation is consistent with ocean heat content records within observational uncertainty. {2.3.2}

**Surface solar radiation** *likely* **underwent widespread decadal changes after 1950, with decreases ('dimming') until the 1980s and subsequent increases ('brightening') observed at many land-based sites.** There is *medium confidence* for increasing downward thermal and net radiation at land-based observation sites since the early 1990s. {2.3.3}

### Temperature

**It is certain that Global Mean Surface Temperature has increased since the late 19th century. Each of the past three decades has been successively warmer at the Earth's surface than all the previous decades in the instrumental record, and the first decade of the 21st century has been the warmest.** The globally averaged combined land and ocean surface temperature data as calculated by a linear trend, show a warming of 0.85 [0.65 to 1.06] °C, over the period 1880–2012, when multiple independently produced datasets exist, and

[1]   Values in parentheses are 90% confidence intervals. Elsewhere in this chapter usually the half-widths of the 90% confidence intervals are provided for the estimated change from the trend method.

[2]   In this Report, the following summary terms are used to describe the available evidence: limited, medium, or robust; and for the degree of agreement: low, medium, or high. A level of confidence is expressed using five qualifiers: very low, low, medium, high, and very high, and typeset in italics, e.g., *medium confidence*. For a given evidence and agreement statement, different confidence levels can be assigned, but increasing levels of evidence and degrees of agreement are correlated with increasing confidence (see Section 1.4 and Box TS.1 for more details).

[3]   In this Report, the following terms have been used to indicate the assessed likelihood of an outcome or a result: Virtually certain 99–100% probability, Very likely 90–100%, Likely 66–100%, About as likely as not 33–66%, Unlikely 0–33%, Very unlikely 0–10%, Exceptionally unlikely 0–1%. Additional terms (Extremely likely: 95–100%, More likely than not >50–100%, and Extremely unlikely 0–5%) may also be used when appropriate. Assessed likelihood is typeset in italics, e.g., *very likely* (see Section 1.4 and Box TS.1 for more details).

161

**2**

about 0.72°C [0.49°C to 0.89°C] over the period 1951–2012. The total increase between the average of the 1850–1900 period and the 2003–2012 period is 0.78 [0.72 to 0.85] °C and the total increase between the average of the 1850–1900 period and the reference period for projections, 1986–2005, is 0.61 [0.55 to 0.67] °C, based on the single longest dataset available. For the longest period when calculation of regional trends is sufficiently complete (1901–2012), almost the entire globe has experienced surface warming. In addition to robust multi-decadal warming, global mean surface temperature exhibits substantial decadal and interannual variability. Owing to natural variability, trends based on short records are very sensitive to the beginning and end dates and do not in general reflect long-term climate trends. As one example, the rate of warming over the past 15 years (1998–2012; 0.05 [–0.05 to +0.15] °C per decade), which begins with a strong El Niño, is smaller than the rate calculated since 1951 (1951–2012; 0.12 [0.08 to 0.14] °C per decade). Trends for 15-year periods starting in 1995, 1996, and 1997 are 0.13 [0.02 to 0.24], 0.14 [0.03 to 0.24] and 0.07 [–0.02 to 0.18], respectively. Several independently analyzed data records of global and regional land-surface air temperature (LSAT) obtained from station observations are in broad agreement that LSAT has increased. Sea surface temperatures (SSTs) have also increased. Intercomparisons of new SST data records obtained by different measurement methods, including satellite data, have resulted in better understanding of uncertainties and biases in the records. {2.4.1, 2.4.2, 2.4.3; Box 9.2}

**It is** *unlikely* **that any uncorrected urban heat-island effects and land use change effects have raised the estimated centennial globally averaged LSAT trends by more than 10% of the reported trend.** This is an average value; in some regions with rapid development, urban heat island and land use change impacts on regional trends may be substantially larger. {2.4.1.3}

*Confidence* **is medium in reported decreases in observed global diurnal temperature range (DTR), noted as a key uncertainty in the AR4.** Several recent analyses of the raw data on which many previous analyses were based point to the potential for biases that differently affect maximum and minimum average temperatures. However, apparent changes in DTR are much smaller than reported changes in average temperatures and therefore it is *virtually certain* that maximum and minimum temperatures have increased since 1950. {2.4.1.2}

**Based on multiple independent analyses of measurements from radiosondes and satellite sensors it is** *virtually certain* **that globally the troposphere has warmed and the stratosphere has cooled since the mid-20th century.** Despite unanimous agreement on the sign of the trends, substantial disagreement exists among available estimates as to the rate of temperature changes, particularly outside the NH extratropical troposphere, which has been well sampled by radiosondes. Hence there is only *medium confidence* in the rate of change and its vertical structure in the NH extratropical troposphere and *low confidence* elsewhere. {2.4.4}

**Hydrological Cycle**

*Confidence* **in precipitation change averaged over global land areas since 1901 is** *low* **for years prior to 1951 and medium afterwards. Averaged over the mid-latitude land areas of the**

**Northern Hemisphere, precipitation has** *likely* **increased since 1901** (*medium confidence* before and *high confidence* after **1951).** For other latitudinal zones area-averaged long-term positive or negative trends have *low confidence* due to data quality, data completeness or disagreement amongst available estimates. {2.5.1.1, 2.5.1.2}

**It is** *very likely* **that global near surface and tropospheric air specific humidity have increased since the 1970s.** However, during recent years the near surface moistening over land has abated (*medium confidence*). As a result, fairly widespread decreases in relative humidity near the surface are observed over the land in recent years. {2.4.4, 2.5.4, 2.5.5}

**While trends of cloud cover are consistent between independent data sets in certain regions, substantial ambiguity and therefore** *low confidence* **remains in the observations of global-scale cloud variability and trends.** {2.5.6}

**Extreme Events**

**It is** *very likely* **that the numbers of cold days and nights have decreased and the numbers of warm days and nights have increased globally since about 1950.** There is only *medium confidence* that the length and frequency of warm spells, including heat waves, has increased since the middle of the 20th century mostly owing to lack of data or of studies in Africa and South America. However, it is *likely* that heatwave frequency has increased during this period in large parts of Europe, Asia and Australia. {2.6.1}

**It is** *likely* **that since about 1950 the number of heavy precipitation events over land has increased in more regions than it has decreased.** *Confidence* is *highest* for North America and Europe where there have been *likely* increases in either the frequency or intensity of heavy precipitation with some seasonal and/or regional variation. It is *very likely* that there have been trends towards heavier precipitation events in central North America. {2.6.2.1}

*Confidence* **is** *low* **for a global-scale observed trend in drought or dryness (lack of rainfall) since the middle of the 20th century, owing to lack of direct observations, methodological uncertainties and geographical inconsistencies in the trends.** Based on updated studies, AR4 conclusions regarding global increasing trends in drought since the 1970s were probably overstated. However, this masks important regional changes: the frequency and intensity of drought have *likely* increased in the Mediterranean and West Africa and *likely* decreased in central North America and north-west Australia since 1950. {2.6.2.2}

*Confidence* **remains** *low* **for long-term (centennial) changes in tropical cyclone activity, after accounting for past changes in observing capabilities.** However, it is *virtually certain* that the frequency and intensity of the strongest tropical cyclones in the North Atlantic has increased since the 1970s. {2.6.3}

*Confidence* **in large-scale trends in storminess or storminess proxies over the last century is** *low* **owing to inconsistencies**

BLM_0150676

between studies or lack of long-term data in some parts of the world (particularly in the SH). {2.6.4}

Because of insufficient studies and data quality issues *confidence* is also *low* for trends in small-scale severe weather events such as hail or thunderstorms. {2.6.2.4}

### Atmospheric Circulation and Indices of Variability

It is *likely* that circulation features have moved poleward since the 1970s, involving a widening of the tropical belt, a poleward shift of storm tracks and jet streams, and a contraction of the northern polar vortex. Evidence is more robust for the NH. It is *likely* that the Southern Annular Mode has become more positive since the 1950s. {2.7.5, 2.7.6, 2.7.8; Box 2.5}

Large variability on interannual to decadal time scales hampers robust conclusions on long-term changes in atmospheric circulation in many instances. *Confidence* is *high* that the increase in the northern mid-latitude westerly winds and the North Atlantic Oscillation (NAO) index from the 1950s to the 1990s and the weakening of the Pacific Walker circulation from the late 19th century to the 1990s have been largely offset by recent changes. {2.7.5, 2.7.8, Box 2.5}

*Confidence* in the existence of long-term changes in remaining aspects of the global circulation is *low* owing to observational limitations or limited understanding. These include surface winds over land, the East Asian summer monsoon circulation, the tropical cold-point tropopause temperature and the strength of the Brewer Dobson circulation. {2.7.2, 2.7.4, 2.7.5, 2.7.7}

2

BLM_0150677

## 2.1   Introduction

This chapter assesses the scientific literature on atmospheric and surface observations since AR4 (IPCC, 2007). The most likely changes in physical climate variables or climate forcing agents are identified based on current knowledge, following the IPCC AR5 uncertainty guidance (Mastrandrea et al., 2011).

As described in AR4 (Trenberth et al., 2007), the climate comprises a variety of space- and timescales: from the diurnal cycle, to interannual variability such as the El Niño-Southern Oscillation (ENSO), to multi-decadal variations. 'Climate change' refers to a change in the state of the climate that can be identified by changes in the mean and/or the variability of its properties and that persists for an extended period of time (Annex III: Glossary). In this chapter, climate change is examined for the period with instrumental observations, since about 1850. Change prior to this date is assessed in Chapter 5. The word 'trend' is used to designate a long-term movement in a time series that may be regarded, together with the oscillation and random component, as composing the observed values (Annex III: Glossary). Where numerical values are given, they are equivalent linear changes (Box 2.2), though more complex nonlinear changes in the variable will often be clear from the description and plots of the time series.

In recent decades, advances in the global climate observing system have contributed to improved monitoring capabilities. In particular, satellites provide additional observations of climate change, which have been assessed in this and subsequent chapters together with more traditional ground-based and radiosonde observations. Since AR4, substantial developments have occurred including the production of revised data sets, more digital data records, and new data set efforts. New dynamical reanalysis data sets of the global atmosphere have been published (Box 2.3). These various innovations have improved understanding of data issues and uncertainties (Box 2.1).

Developing homogeneous long-term records from these different sources remains a challenge. The longest observational series are land surface air temperatures (LSATs) and sea surface temperatures (SSTs). Like all physical climate system measurements, they suffer from non-climatic artefacts that must be taken into account (Box 2.1). The global combined LSAT and SST remains an important climate change measure for several reasons. Climate sensitivity is typically assessed in the context of global mean surface temperature (GMST) responses to a doubling of $CO_2$ (Chapter 8) and GMST is thus a key metric in the climate change policy framework. Also, because it extends back in time farther than any other global instrumental series, GMST is key to understanding both the causes of change and the patterns, role and magnitude of natural variability (Chapter 10). Starting at various points in the 20th century, additional observations, including balloon-borne measurements and satellite measurements, and reanalysis products allow analyses of indicators such as atmospheric composition, radiation budgets, hydrological cycle changes, extreme event characterizations and circulation indices. A full understanding of the climate system characteristics and changes requires analyses of all such variables as well as ocean (Chapter 3) and cryosphere (Chapter 4) indicators. Through such a holistic analysis, a clearer and more robust assessment of the changing climate system emerges (FAQ 2.1).

This chapter starts with an assessment of the observations of the abundances of greenhouse gases (GHGs) and of aerosols, the main drivers of climate change (Section 2.2). Global trends in GHGs are indicative of the imbalance between sources and sinks in GHG budgets, and play an important role in emissions verification on a global scale. The radiative forcing (RF) effects of GHGs and aerosols are assessed in Chapter 8. The observed changes in radiation budgets are discussed in Section 2.3. Aerosol–cloud interactions are assessed in Chapter 7. Section 2.4 provides an assessment of observed changes in surface and atmospheric temperature. Observed change in the hydrological cycle, including precipitation and clouds, is assessed in Section 2.5. Changes in variability and extremes (such as cold spells, heat waves, droughts and tropical cyclones) are assessed in Section 2.6. Section 2.7 assesses observed changes in the circulation of the atmosphere and its modes of variability, which help determine seasonal and longer-term anomalies at regional scales (Chapter 14).

Trends have been assessed where possible for multi-decadal periods starting in 1880, 1901 (referred to as long-term trends) and in 1951, 1979 (referred to as short-term trends). The time elapsed since AR4 extends the period for trend calculation from 2005 to 2012 for many variables. The GMST trend since 1998 has also been considered (see also Box 9.2) as well as the trends for sequential 30-year segments of the time series. For many variables derived from satellite data, information is available for 1979–2012 only. In general, trend estimates are more reliable for longer time intervals, and trends computed on short intervals have a large uncertainty. Trends for short intervals are very sensitive to the start and end years. An exception to this is trends in GHGs, whose accurate measurement and long lifetimes make them well-mixed and less susceptible to year-to-year variability, so that trends computed on relatively short intervals are very meaningful for these variables. Where possible, the time interval 1961–1990 has been chosen as the climatological reference period (or normal period) for averaging. This choice enables direct comparisons with AR4, but is different from the present-day climate period (1986–2005) used as a reference in the modelling chapters of AR5 and Annex I: Atlas of Global and Regional Climate Projections.

It is important to note that the question of whether the observed changes are outside the possible range of natural internal climate variability and consistent with the climate effects from changes in atmospheric composition is not addressed in this chapter, but rather in Chapter 10. No attempt has been undertaken to further describe and interpret the observed changes in terms of multi-decadal oscillatory (or low-frequency) variations, (long-term) persistence and/or secular trends (e.g., as in Cohn and Lins, 2005; Koutsoyiannis and Montanari, 2007; Zorita et al., 2008; Lennartz and Bunde, 2009; Mills, 2010; Mann, 2011; Wu et al., 2011; Zhou and Tung, 2012; Tung and Zhou, 2013). In this chapter, the robustness of the observed changes is assessed in relation to various sources of observational uncertainty (Box 2.1). In addition, the reported trend significance and statistical confidence intervals provide an indication of how large the observed trend is compared to the range of observed variability in a given aspect of the climate system (see Box 2.2 for a description of the statistical trend model applied). Unless otherwise stated, 90% confidence intervals are given. The chapter also examines the physical consistency across

different observations, which helps to provide additional confidence in the reported changes. Additional information about data sources and methods is described in the Supplementary Material to Chapter 2.

## 2.2   Changes in Atmospheric Composition

### 2.2.1   Well-Mixed Greenhouse Gases

AR4 (Forster et al., 2007; IPCC, 2007) concluded that increasing atmospheric burdens of well-mixed GHGs resulted in a 9% increase in their RF from 1998 to 2005. Since 2005, the atmospheric abundances of many well-mixed GHG increased further, but the burdens of some ozone-depleting substances (ODS) whose production and use were controlled by the Montreal Protocol on Substances that Deplete the Ozone Layer (1987; hereinafter, 'Montreal Protocol') decreased.

Based on updated *in situ* observations, this assessment concludes that these trends resulted in a 7.5% increase in RF from GHGs from 2005 to 2011, with carbon dioxide ($CO_2$) contributing 80%. Of note

is an increase in the average growth rate of atmospheric methane ($CH_4$) from ~0.5 ppb yr$^{-1}$ during 1999–2006 to ~6 ppb yr$^{-1}$ from 2007 through 2011. Current observation networks are sufficient to quantify global annual mean burdens used to calculate RF and to constrain global emission rates (with knowledge of loss rates), but they are not sufficient for accurately estimating regional scale emissions and how they are changing with time.

The globally, annually averaged well-mixed GHG mole fractions reported here are used in Chapter 8 to calculate RF. A direct, inseparable connection exists between observed changes in atmospheric composition and well-mixed GHG emissions and losses (discussed in Chapter 6 for $CO_2$, $CH_4$, and $N_2O$). A global GHG budget consists of the total atmospheric burden, total global rate of production or emission (i.e., sources), and the total global rate of destruction or removal (i.e., sinks). Precise, accurate systematic observations from independent globally distributed measurement networks are used to estimate global annual mean well-mixed GHG mole fractions at the Earth's surface, and these allow estimates of global burdens. Emissions are predominantly from surface sources, which are described in Chapter 6 for $CO_2$, $CH_4$, and $N_2O$. Direct

## Box 2.1 |   Uncertainty in Observational Records

The vast majority of historical (and modern) weather observations were not made explicitly for climate monitoring purposes. Measurements have changed in nature as demands on the data, observing practices and technologies have evolved. These changes almost always alter the characteristics of observational records, changing their mean, their variability or both, such that it is necessary to process the raw measurements before they can be considered useful for assessing the true climate evolution. This is true of all observing techniques that measure physical atmospheric quantities. The uncertainty in observational records encompasses instrumental/recording errors, effects of representation (e.g., exposure, observing frequency or timing), as well as effects due to physical changes in the instrumentation (such as station relocations or new satellites). All further processing steps (transmission, storage, gridding, interpolating, averaging) also have their own particular uncertainties. Because there is no unique, unambiguous, way to identify and account for non-climatic artefacts in the vast majority of records, there must be a degree of uncertainty as to how the climate system has changed. The only exceptions are certain atmospheric composition and flux measurements whose measurements and uncertainties are rigorously tied through an unbroken chain to internationally recognized absolute measurement standards (e.g., the $CO_2$ record at Mauna Loa; Keeling et al., 1976a).

Uncertainty in data set production can result either from the choice of parameters within a particular analytical framework—parametric uncertainty, or from the choice of overall analytical framework— structural uncertainty. Structural uncertainty is best estimated by having multiple independent groups assess the same data using distinct approaches. More analyses assessed now than in AR4 include published estimates of parametric or structural uncertainty. It is important to note that the literature includes a very broad range of approaches. Great care has been taken in comparing the published uncertainty ranges as they almost always do not constitute a like-for-like comparison. In general, studies that account for multiple potential error sources in a rigorous manner yield larger uncertainty ranges. This yields an apparent paradox in interpretation as one might think that smaller uncertainty ranges should indicate a better product. However, in many cases this would be an incorrect inference as the smaller uncertainty range may instead reflect that the published estimate considered only a subset of the plausible sources of uncertainty. Consistent with AR4 HadCRUT4 uncertainties in GMST are included in Figure 2.19, which in addition includes structural uncertainties in GMST.

To conclude, the vast majority of the raw observations used to monitor the state of the climate contain residual non-climatic influences. Removal of these influences cannot be done definitively and neither can the uncertainties be unambiguously assessed. Therefore, care is required in interpreting both data products and their stated uncertainty estimates. Confidence can be built from: redundancy in efforts to create products; data set heritage; and cross-comparisons of variables that would be expected to co-vary for physical reasons, such as LSATs and SSTs around coastlines. Finally, trends are often quoted as a way to synthesize the data into a single number. Uncertainties that arise from such a process and the choice of technique used within this chapter are described in more detail in Box 2.2.

165

BLM_0150679