this acceleration has been reported (Gehrels et al., 2006, 2008, 2011; Kemp et al., 2009, 2011), but Gehrels and Woodworth (2013) have concluded that these mismatches can be reconciled within the observational uncertainties. Combined with the instrumental evidence (see Section 3.7) and with inferences drawn from archaeological evidence from 2000 years ago (Lambeck et al., 2004b), rates of sea level rise exceeded the late Holocene background rate after about 1900 (*high confidence*) (Figure 5.17).

Regionally, as along the US Atlantic coast and Gulf of Mexico coast, the salt-marsh records reveal some consistency in multi-decadal and centennial time scales deviations from the linear trends expected from the GIA signal (see e.g., panels (a) and (b) in Figure 5.17) (van de Plassche et al., 1998; González and Törnqvist, 2009; Kemp et al., 2011) but they have not yet been identified as truly global phenomena. For the past 5 millennia the most complete sea level record from a single location consists of microatoll evidence from Kiritimati (Christmas Island; Pacific Ocean) (Woodroffe et al., 2012) that reveals with *medium confidence* that amplitudes of any fluctuations in GMSL during this interval did not exceed approximately ±25 cm on time scales of a few hundred years. Proxy data from other localities with quasi-continuous records for parts of this pre-industrial period, likewise, do not identify significant global oscillations on centennial time scales (Figure 5.17).

## 5.7  Evidence and Processes of Abrupt Climate Change

Many paleoclimate archives document climate changes that happened at rates considerably exceeding the average rate of change for longer-term averaging periods prior and after this change (see Glossary for other definition of Abrupt Climate Change). A variety of mechanisms have been suggested to explain the emergence of such abrupt climate changes (see Section 12.5.5). Most of them invoke the existence of nonlinearities or, more specifically, thresholds in the underlying dynamics of one or more Earth-system components. Both internal dynamics and external forcings can generate abrupt changes in the climate state. Documentation of abrupt climate changes in the past using multiple sources of proxy evidence can provide important benchmarks to test instability mechanisms in climate models. This assessment of abrupt climate change on time scales of 10 to 100 years focuses on Dansgaard-Oeschger (DO) events and iceberg/meltwater discharges during Heinrich events, especially the advances since AR4 in reconstructing and understanding their global impacts and in extending the record of millennial-scale variability to about 800 ka.

Twenty-five abrupt DO events (North Greenland Ice Core Project members, 2004) and several centennial-scale events (Capron et al., 2010b) occurred during the last glacial cycle (see Section 5.3.2). DO events in Greenland were marked by an abrupt transition (within a few decades) from a cold phase, referred to as Greenland Stadial (GS) into a warm phase, known as Greenland Interstadial (GI). Subsequently but within a GI, a gradual cooling preceded a rapid jump to GS that lasted for centuries up to millennia. Thermal gas-fractionation methods (Landais et al., 2004; Huber et al., 2006) suggest that for certain DO events Greenland temperatures increased by up to 16°C ± 2.5°C (1 standard deviation) within several decades. Such transitions were also

accompanied by abrupt shifts in dust and deuterium excess, indicative of reorganizations in atmospheric circulation (Steffensen et al., 2008; Thomas et al., 2009). Reconstructions from the subtropical Atlantic and Mediterranean reveal concomitant SST changes attaining values up to 5°C (e.g., Martrat et al., 2004; Martrat et al., 2007).

In spite of the visible presence of DO events in many paleoclimate records from both hemispheres, the underlying mechanisms still remain unresolved and range from internally generated atmosphere–ocean–ice sheet variability (Timmermann et al., 2003; Ditlevsen and Ditlevsen, 2009), to solar-forced variability (Braun et al., 2008; Braun and Kurths, 2010). However, given the lack of observational evidence for a direct linear modulation of solar irradiance on DO time scales, (Muscheler and Beer, 2006), solar forcing is an improbable candidate to generate DO events. There is robust evidence from multiple lines of paleoceanographic information and modelling that DO variability is often associated with AMOC changes, as suggested by climate models of varying complexity (Ganopolski and Rahmstorf, 2001; Arzel et al., 2009) and marine proxy records (Piotrowski et al., 2005; Kissel et al., 2008; Barker et al., 2010; Roberts et al., 2010); but also potential influences of sea-ice cover (Li et al., 2010b), atmosphere circulation and ice sheet topography (Wunsch, 2006) have been proposed.

The widespread presence of massive layers of ice-rafted detritus in North Atlantic marine sediments provide robust evidence that some DO GS, known as Heinrich stadials, were associated with iceberg discharges originating from the Northern Hemispheric ice sheets. During these periods global sea level rose by up to several tens of meters (Chappell, 2002; Rohling et al., 2008b; Siddall et al., 2008; González and Dupont, 2009; Yokoyama and Esat, 2011), with remaining uncertainties in timing and amplitude of sea level rise, stadial cooling and ocean circulation changes relative to the iceberg discharge (Hall et al., 2006; Arz et al., 2007; Siddall et al., 2008; González and Dupont, 2009; Sierro et al., 2009; Hodell et al., 2010). Internal instabilities of the Laurentide ice sheet can cause massive calving and meltwater events similar to those reconstructed from proxy records (Calov et al., 2002, 2010; Marshall and Koutnik, 2006). Alternatively, an initial weakening of the AMOC can lead to subsurface warming in parts of the North Atlantic (Shaffer et al., 2004) and subsequent basal melting of the Labrador ice shelves, and a resulting acceleration of ice streams and iceberg discharge (Alvarez-Solas et al., 2010; Marcott et al., 2011). At present, unresolved dynamics in ice sheet models and limited proxy information do not allow us to distinguish the two mechanisms with confidence.

Since AR4, climate model simulations (Liu et al., 2009b; Otto-Bliesner and Brady, 2010; Menviel et al., 2011; Kageyama et al., 2013) have further confirmed the finding (*high confidence*) that changes in AMOC strength induce abrupt climate changes with magnitude and patterns resembling reconstructed paleoclimate-proxy data of DO and Heinrich events.

Recent studies have presented a better understanding of the global imprints of DO events and Heinrich events, for various regions. Widespread North Atlantic cooling and sea-ice anomalies during GS induced atmospheric circulation changes (*high confidence*) (Krebs and Timmermann, 2007; Clement and Peterson, 2008; Kageyama et al., 2010; Merkel et al., 2010; Otto-Bliesner and Brady, 2010; Timmermann et

al., 2010) which in turn affected inter-hemispheric tropical rainfall patterns, leading to drying in Northern South America (Peterson and Haug, 2006), the Mediterranean (Fletcher and Sánchez Goñi, 2008; Fleitmann et al., 2009), equatorial western Africa and Arabia (Higginson et al., 2004; Ivanochko et al., 2005; Weldeab et al., 2007a; Mulitza et al., 2008; Tjallingii et al., 2008; Itambi et al., 2009; Weldeab, 2012), wide parts of Asia (Wang et al., 2008; Cai et al., 2010) (see Figure 5.4e) as well as in the Australian-Indonesian monsoon region (Mohtadi et al., 2011). Concomitant wetter conditions have been reconstructed for southwestern North America (Asmerom et al., 2010; Wagner et al., 2010) and southern South America (Kanner et al., 2012) (Figure 5.4h). Moreover, atmospheric circulation changes have been invoked (Zhang and Delworth, 2005; Xie et al., 2008; Okumura et al., 2009) to explain temperature variations in the North Pacific that varied in unison with abrupt climate change in the North Atlantic region (Harada et al., 2008, 2012; Pak et al., 2012). Other factors that may have contributed to North Pacific climate anomalies include large-scale Pacific Ocean circulation changes (Saenko et al., 2004; Schmittner et al., 2007; Harada et al., 2009; Okazaki et al., 2010) during phases of a weak AMOC. Recent high-resolution ice core studies (EPICA Community Members, 2006; Capron et al., 2010a, 2010b, 2012; Stenni et al., 2011) show that Antarctica warmed gradually for most GS, reaching maximum values at the time of GS/GI transitions, which is in agreement with the bipolar seesaw concept (Stocker and Johnsen, 2003; Stenni et al., 2011). A recent global temperature compilation (Shakun et al., 2012), Southern Ocean temperature records (Lamy et al., 2007; Barker et al., 2009; De Deckker et al., 2012), evidence from SH terrestrial records (Kaplan et al., 2010; Putnam et al., 2010) and transient climate model experiments (Menviel et al., 2011) provide multiple lines of evidence for the inter-hemispheric character of millennial-scale variability during the last glacial termination and for DO events (*high confidence*).

Newly available marine records (Martrat et al., 2007; Grützner and Higgins, 2010; Margari et al., 2010; Kleiven et al., 2011), Antarctic WMGHG records (Loulergue et al., 2008; Schilt et al., 2010) and statistical analyses of Antarctic ice core data (Siddall et al., 2010; Lambert et al., 2012) combined with bipolar seesaw modelling (Siddall et al., 2006; Barker et al., 2011) document with *high confidence* that abrupt climate change events, similar to the DO events and Heinrich stadials of the last glacial cycle, occurred during previous glacial periods extending back about 800 ka and, with *medium confidence*, to 1100 ka.

## 5.8 Paleoclimate Perspective on Irreversibility in the Climate System

For an introduction of the concept of irreversibility see Glossary.

### 5.8.1 Ice Sheets

Modelling studies suggest the existence of multiple equilibrium states for ice sheets with respect to temperature, $CO_2$ concentration and orbital forcing phase spaces (DeConto and Pollard, 2003; Calov and Ganopolski, 2005; Ridley et al., 2010). This implies a possibility of irreversible changes in the climate-cryosphere system in the past and future.

The existence of threshold behaviour in the EAIS is consistent with an abrupt increase in Antarctic ice volume at the Eocene/Oligocene boundary, 33 Ma, attributed to gradual atmospheric $CO_2$ concentration decline on geological time scale (Pagani et al., 2005b; Pearson et al., 2009) (Figure 5.2, Section 5.2.2). Ice sheet models produce a hysteresis behaviour of the EAIS with respect to $CO_2$ concentrations, leading to EAIS glaciation when $CO_2$ concentration declined to 600–900 ppm (DeConto and Pollard, 2003; Langebroek et al., 2009) and deglaciation for $CO_2$ above 1200 ppm (Pollard and DeConto, 2009). Proxy records suggest that the WAIS might have collapsed during last interglacials (Naish et al., 2009b; Vaughan et al., 2011) and was absent during warm periods of the Pliocene when $CO_2$ concentration was 350 to 450 ppm (see Section 5.2.2.2) and global sea level was higher than present (see Section 5.6.1). These reconstructions and one ice sheet model simulation (Pollard and DeConto, 2009) suggest that WAIS is very sensitive to the subsurface ocean temperature. This implies, with *medium confidence*, that a large part of the WAIS will be eventually lost if the atmospheric $CO_2$ concentration stays within, or above, the range of 350 to 450 ppm for several millennia.

Observational evidence suggest that the GIS was also much smaller than today during the MPWP (see Sections 5.6.1 and 5.2.2), consistent with the results of simulations with ice sheet models (Dolan et al., 2011; Koenig et al., 2011). Ice sheet model simulations and proxy records show that the volume of the GIS was also reduced during the past interglacial period (Section 5.6.2). This supports modelling results that indicate temperature or $CO_2$ thresholds for melting and re-growth of the GIS may lie in close proximity to the present and future levels (Gregory and Huybrechts, 2006; Lunt et al., 2008) (Section 5.6.1) and that the GIS may have multiple equilibrium states under present-day climate state (Ridley et al., 2010).

Therefore, proxy records and results of model simulations indicate with *medium confidence* that the GIS and WAIS could be destabilized by projected climate changes, although the time scales of the ice sheets response to climate change are very long (several centuries to millennia).

### 5.8.2 Ocean Circulation

Numerous modelling studies demonstrate that increased freshwater flux into the North Atlantic leads to weakening of the AMOC. Results of EMICs (Rahmstorf et al., 2005) and coupled GCMs also suggest that AMOC may have multiple equilibrium states under present or glacial climate conditions (Hawkins et al., 2011; Hu et al., 2012). Experiments with climate models provide evidence that the sensitivity of the AMOC to freshwater perturbation is larger for glacial boundary conditions than for interglacial conditions (Swingedouw et al., 2009) and that the recovery time scale of the AMOC is longer for LGM conditions than for the Holocene (Bitz et al., 2007).

The abrupt climate-change event at 8.2 ka permits the study of the recovery time of the AMOC to freshwater perturbation under near-modern boundary conditions (Rohling and Pälike, 2005). Since AR4, new proxy records and simulations confirm that the pattern of surface-ocean and atmospheric climate anomalies is consistent with a reduction in the strength of the AMOC (Figure 5.18a, b, d). Available

**5**

BLM_0150947

proxy records from the North Atlantic support the hypothesis that freshwater input into the North Atlantic reduced the amount of deep and central water-mass formation, Nordic Seas overflows, intermediate water temperatures and the ventilation state of North Atlantic Deep Water (Figure 5.18c, d) (McManus et al., 2004; Ellison et al., 2006; Kleiven et al., 2008; Bamberg et al., 2010). A concomitant decrease of SST

and atmospheric temperatures in the North Atlantic and in Greenland has been observed (Figure 5.18a, b) with the climate anomaly associated with the event lasting 100–160 years (Daley et al., 2011). The additional freshwater that entered the North Atlantic during the 8.2 ka event is estimated between $1.6 \cdot 10^{14}$ m$^3$ and $8 \cdot 10^{14}$ m$^3$ (von Grafenstein et al., 1998; Barber et al., 1999; Clarke et al., 2004). The duration of the



**Figure 5.18** | Compilation of selected paleoenvironmental and climate model data for the abrupt Holocene cold event at 8.2 ka, documenting temperature and ocean-circulation changes around the event and the spatial extent of climate anomalies following the event. Published age constraints for the period of release of freshwater from glacier lakes Agassiz and Ojibway are bracketed inside the vertical blue bar. Vertical grey bar denotes the time of the main cold event as found in Greenland ice core records (Thomas et al., 2007). Thick lines in (a–d) denote 5-point running mean of underlying data in thin lines. (a) Black curve: North Greenland Ice Core Project (NGRIP) δ¹⁸O (temperature proxy) from Greenland Summit (North Greenland Ice Core Project members, 2004). Red curve: Simulated Greenland temperature in an 8.2 ka event simulation with the ECBilt-CLIO-VECODE model (Wiersma et al., 2011). Blue curve: Simulated Greenland temperature in an 8.2 ka event simulation with the CCSM3 model (Morrill et al., 2011). (b) North Atlantic/Nordic Seas sea surface temperature (SST) reconstructions, age models are aligned on the peak of the cold-event (less than 100-year adjustment). Blue curve: Nordic Seas (Risebrobakken et al., 2011). Black curve: Gardar Drift south of Iceland (Ellison et al., 2006). (c) Deep- and intermediate-water records. Black curve: Sortable silt (SS) record (overflow strength proxy) from Gardar Drift south of Iceland (Ellison et al., 2006), Atlantic intermediate water temperature reconstruction (Bamberg et al., 2010). (d) Black curve: δ¹³C (deep water ventilation proxy) at 3.4 km water depth south of Greenland (Kleiven et al., 2008). Age model is aligned on the minimum overflow strength in (c) (less than 100-year adjustment). Modelled change in the strength of the Atlantic Ocean meridional overturning circulation (AMOC)—Green curve: an 8.2 ka event simulation with the GISS model (LeGrande et al., 2006). Red curve: an 8.2 ka event simulation with the ECBilt-CLIO-VECODE (v. 3) model (Wiersma et al., 2011). Blue curve: an 8.2 ka event simulation with the CCSM3 model (Morrill et al., 2011). (e) Spatial distribution of the 4-member ensemble mean annual mean surface temperature anomaly (°C) compared with the control experiment from model simulations of the effects of a freshwater release at 8.2 ka (based on Morrill et al., 2013a). White dots indicate regions where less than 3 models agree on the sign of change. Coloured circles show paleoclimate data from records resolving the 8.2 ka event: purple = cold anomaly, yellow = warm anomaly, grey = no significant anomaly. Data source and significance thresholds are as summarized by Morrill et al. (2013b). (f) Same as (e) but for annual mean precipitation anomalies in %. Coloured circles show paleoclimate data from records resolving the 8.2 ka event: purple = dry anomaly, yellow = wet anomaly, grey = no significant anomaly.

BLM_0150948

meltwater release may have been as short as 0.5 years (Clarke et al., 2004), but new drainage estimates indicate an up to 200 year-duration in two separate stages (Gregoire et al., 2012). A four-model ensemble with a one-year freshwater perturbation of 2.5 Sv only gives temperature anomalies half of what has been reconstructed and with a shorter duration than observed, resulting from unresolved processes in models, imprecise representation of the initial climate state or a too short duration of the freshwater forcing (Morrill et al., 2013a). These marine-based reconstructions consistently show that the recovery time scale of the shallow and deep overturning circulation is on the order of 200 years (Ellison et al., 2006; Bamberg et al., 2010) (Figure 5.18c, d), with one record pointing to a partial recovery on a decadal time scale (Kleiven et al., 2008). Both recovery time scale and sensitivity of the AMOC to the freshwater perturbation are generally consistent with model experiments for the 8.2 ka event using coarse-resolution models, GCMs and eddy permitting models (LeGrande and Schmidt, 2008; Spence et al., 2008; Li et al., 2009). The recovery of temperatures out of the cold anomaly appears overprinted with natural variability in the proxy data, and is more gradual in data than in the AOGCM experiments (Figure 5.18c, d). In summary, multiple lines of evidence indicate, with *high confidence*, that the interglacial mode of the AMOC can recover from a short-term freshwater input into the subpolar North Atlantic.

The characteristic teleconnection patterns associated with a colder North Atlantic Ocean as described in Section 5.7 are evident for the 8.2 ka event in both models and proxy data (Figure 5.18e, f).

### 5.8.3   Next Glacial Inception

Since orbital forcing can be accurately calculated for the future (see Section 5.2.1), efforts can be made to predict the onset of the next glacial period. However, the glaciation threshold depends not only on insolation but also on the atmospheric $CO_2$ concentration (Archer and Ganopolski, 2005). Models of different complexity have been used to investigate the response to orbital forcing in the future for a range of atmospheric $CO_2$ levels. These results consistently show that a glacial inception is not expected to happen within the next approximate 50 kyr if either atmospheric $CO_2$ concentration remains above 300 ppm or cumulative carbon emissions exceed 1000 PgC (Loutre and Berger, 2000; Archer and Ganopolski, 2005; Cochelin et al., 2006). Only if atmospheric $CO_2$ content was below the pre-industrial level would a glaciation be possible under present orbital configuration (Loutre and Berger, 2000; Cochelin et al., 2006; Kutzbach et al., 2011; Vettoretti and Peltier, 2011; Tzedakis et al., 2012a). Simulations with climate–carbon cycle models show multi-millennial lifetime of the anthropogenic $CO_2$ in the atmosphere (see Box 6.1). Even for the lowest RCP 2.6 scenario, atmospheric $CO_2$ concentrations will exceed 300 ppm until the year 3000. It is therefore *virtually certain* that orbital forcing will not trigger a glacial inception before the end of the next millennium.

## 5.9   Concluding Remarks

The assessments in this chapter are based on a rapidly growing body of new evidence from the peer-review literature. Since AR4, there exists a wide range of new information on past changes in atmospheric composition, sea level, regional climates including droughts and floods, as well as new results from internationally coordinated model experiments on past climates (PMIP3/CMIP5). At the regional scale proxy-based temperature estimates are still scarce for key regions such as Africa, India and parts of the Americas. Syntheses of past precipitation changes were too limited to support regional assessments.

Precise knowledge of past changes in atmospheric concentrations of well-mixed GHGs prior to the period for which ice core records are available remains a strong limitation on assessing longer-term climate change. Key limitations to our knowledge of past climate continues to be associated with uncertainties of the quantitative information derived from climate proxies, in particular due to seasonality effects, the lack of proxy records sensitive to winter temperature, or the precise water depth at which ocean proxies signals form. Moreover, methodological uncertainties associated with regional, hemispheric or global syntheses need to be further investigated and quantified.

Despite progress on developing proxy records of past changes in sea ice it is not yet possible to provide quantitative and spatially coherent assessments of past sea ice cover in both polar oceans.

While this assessment could build on improved reconstructions of abrupt climate changes during glacial periods, key questions remain open regarding the underlying cause of these changes. Large uncertainties remain on the variations experienced by the West and East Antarctic ice sheets over various time scales of the past. Regarding past sea level change, major difficulties are associated with deconvolving changes in ocean geodynamic effects, as well as for inferring global signals from regional reconstructions.

The PMIP3/CMIP5 model framework offers the opportunity to directly incorporate information from paleoclimate data and simulations into assessments of future projections. This is an emerging field for which only preliminary information was available for AR5.

## Acknowledgements

The compilation of this chapter has benefited greatly from the technical support by the chapter's scientific assistants Vera Bender (Germany), Hiroshi Kawamura (Germany/Japan), and Anna Peregon (France/Russian Federation). We are indebted to Hiroshi and Vera for compiling the various drafts, managing the ever-growing reference list and their skilful stylistic overhaul of figures. Anna is thanked for help with output from PMIP3 simulations, for tracking acronyms, and for identifying entries for the glossary.

5

# References

Abbot, D. S., and E. Tziperman, 2008: A high-latitude convective cloud feedback and equable climates. *Q. J. R. Meteorol. Soc.*, **134**, 165–185.

Abbot, D. S., and E. Tziperman, 2009: Controls on the activation and strength of a high-latitude convective cloud feedback. *J. Atmos. Sci.*, **66**, 519–529.

Abe-Ouchi, A., T. Segawa, and F. Saito, 2007: Climatic Conditions for modelling the Northern Hemisphere ice sheets throughout the ice age cycle. *Clim. Past*, **3**, 423–438.

Abram, N. J., et al., 2013: Acceleration of snow melt in an Antarctic Peninsula ice core during the twentieth century. *Nature Geosci.*, **6**, 404–411.

Ackert Jr, R. P., S. Mukhopadhyay, D. Pollard, R. M. DeConto, A. E. Putnam, and H. W. Borns Jr, 2011: West Antarctic Ice Sheet elevations in the Ohio Range: Geologic constraints and ice sheet modeling prior to the last highstand. *Earth Planet. Sci. Lett.*, **307**, 83–93.

Adams, J. B., M. E. Mann, and C. M. Ammann, 2003: Proxy evidence for an El Niño-like response to volcanic forcing. *Nature*, **426**, 274–278.

Adkins, J. F., K. McIntyre, and D. P. Schrag, 2002: The salinity, temperature, and $\delta^{18}O$ of the glacial deep ocean. *Science*, **298**, 1769–1773.

Adler, R. E., et al., 2009: Sediment record from the western Arctic Ocean with an improved Late Quaternary age resolution: HOTRAX core HLY0503–8JPC, Mendeleev Ridge. *Global Planet. Change*, **68**, 18–29.

Agatova, A. R., A. N. Nazarov, R. K. Nepop, and H. Rodnight, 2012: Holocene glacier fluctuations and climate changes in the southeastern part of the Russian Altai (South Siberia) based on a radiocarbon chronology. *Quat. Sci. Rev.*, **43**, 74–93.

Ahn, J., and E. J. Brook, 2008: Atmospheric $CO_2$ and climate on millennial time scales during the last glacial period. *Science*, **322**, 83–85.

Ahn, J., E. J. Brook, A. Schmittner, and K. Kreutz, 2012: Abrupt change in atmospheric $CO_2$ during the last ice age. *Geophys. Res. Lett.*, **39**, L18711.

Akkemik, Ü., R. D'Arrigo, P. Cherubini, N. Köse, and G. C. Jacoby, 2008: Tree-ring reconstructions of precipitation and streamflow for north-western Turkey. *Int. J. Climatol.*, **28**, 173–183.

Alvarez-Solas, J., S. Charbit, C. Ritz, D. Paillard, G. Ramstein, and C. Dumas, 2010: Links between ocean temperature and iceberg discharge during Heinrich events. *Nature Geosci.*, **3**, 122–126.

Ammann, C. M., and E. R. Wahl, 2007: The importance of the geophysical context in statistical evaluations of climate reconstruction procedures. *Clim. Change*, **85**, 71–88.

Ammann, C. M., M. G. Genton, and B. Li, 2010: Technical Note: Correcting for signal attenuation from noisy proxy data in climate reconstructions. *Clim. Past*, **6**, 273–279.

Ammann, C. M., G. A. Meehl, W. M. Washington, and C. S. Zender, 2003: A monthly and latitudinally varying volcanic forcing dataset in simulations of 20th century climate. *Geophys. Res. Lett.*, **30**, 1657.

Ammann, C. M., F. Joos, D. S. Schimel, B. L. Otto-Bliesner, and R. A. Tomas, 2007: Solar influence on climate during the past millennium: Results from transient simulations with the NCAR Climate System Model. *Proc. Natl. Acad. Sci. U.S.A.*, **104**, 3713–3718.

Anchukaitis, K. J., and J. E. Tierney, 2013: Identifying coherent spatiotemporal patterns in time-uncertain proxy paleoclimate records. *Clim. Dyn.*, **41**, 1291 - 1306.

Anchukaitis, K. J., B. M. Buckley, E. R. Cook, B. I. Cook, R. D. D'Arrigo, and C. M. Ammann, 2010: Influence of volcanic eruptions on the climate of the Asian monsoon region. *Geophys. Res. Lett.*, **37**, L22703.

Anchukaitis, K. J., et al., 2012: Tree rings and volcanic cooling. *Nature Geosci.*, **5**, 836–837.

Anderson, R. K., G. H. Miller, J. P. Briner, N. A. Lifton, and S. B. DeVogel, 2008: A millennial perspective on Arctic warming from $^{14}C$ in quartz and plants emerging from beneath ice caps. *Geophys. Res. Lett.*, **35**, L01502.

Andersson, C., F. S. R. Pausata, E. Jansen, B. Risebrobakken, and R. J. Telford, 2010: Holocene trends in the foraminifer record from the Norwegian Sea and the North Atlantic Ocean. *Clim. Past*, **6**, 179–193.

Andreev, A. A., et al., 2004: Late Saalian and Eemian palaeoenvironmental history of the Bol'shoy Lyakhovsky Island (Laptev Sea region, Arctic Siberia). *Boreas*, **33**, 319–348.

Andrews, T., J. M. Gregory, M. J. Webb, and K. E. Taylor, 2012: Forcing, feedbacks and climate sensitivity in CMIP5 coupled atmosphere-ocean climate models. *Geophys. Res. Lett.*, **39**, L09712.

Annan, J. D., and J. C. Hargreaves, 2012: Identification of climatic state with limited proxy data. *Clim. Past*, **8**, 1141–1151.

——, 2013: A new global reconstruction of temperature changes at the Last Glacial Maximum. *Clim. Past*, **9**, 367–376.

Annan, J. D., J. C. Hargreaves, R. Ohgaito, A. Abe-Ouchi, and S. Emori, 2005: Efficiently constraining climate sensitivity with ensembles of paleoclimate simulations. *Sci. Online Lett. Atmos.*, **1**, 181–184.

Antoine, P., et al., 2009: Rapid and cyclic aeolian deposition during the Last Glacial in European loess: a high-resolution record from Nussloch, Germany. *Quat. Sci. Rev.*, **28**, 2955–2973.

Antoniades, D., P. Francus, R. Pienitz, G. St-Onge, and W. F. Vincent, 2011: Holocene dynamics of the Arctic's largest ice shelf. *Proc. Natl. Acad. Sci. U.S.A.*, **108**, 18899–18904.

Anzidei, M., F. Antonioli, A. Benini, K. Lambeck, D. Sivan, E. Serpelloni, and P. Stocchi, 2011: Sea level change and vertical land movements since the last two millennia along the coasts of southwestern Turkey and Israel. *Quat. Int.*, **232**, 13–20.

Archer, D., and A. Ganopolski, 2005: A movable trigger: Fossil fuel $CO_2$ and the onset of the next glaciation. *Geochem. Geophys., Geosyst.*, **6**, Q05003.

Argus, D. F., and W. R. Peltier, 2010: Constraining models of postglacial rebound using space geodesy: A detailed assessment of model ICE-5G (VM2) and its relatives. *Geophys. J. Int.*, **181**, 697–723.

Arz, H. W., F. Lamy, A. Ganopolski, N. Nowaczyk, and J. Pätzold, 2007: Dominant Northern Hemisphere climate control over millennial-scale glacial sea level variability. *Quat. Sci. Rev.*, **26**, 312–321.

Arzel, O., A. Colin de Verdière, and M. H. England, 2009: The role of oceanic heat transport and wind stress forcing in abrupt millennial-scale climate transitions. *J. Clim.*, **23**, 2233–2256.

Asmerom, Y., V. J. Polyak, and S. J. Burns, 2010: Variable winter moisture in the southwestern United States linked to rapid glacial climate shifts. *Nature Geosci.*, **3**, 114–117.

Ault, T. R., et al., 2013: The continuum of hydroclimate variability in western North America during the last millennium. *J. Clim.*, **26**, 5863-5878.

Auriemma, R., and E. Solinas, 2009: Archaeological remains as sea level change markers: A review. *Quat. Int.*, **206**, 134–146.

Axelson, J. N., D. J. Sauchyn, and J. Barichivich, 2009: New reconstructions of streamflow variability in the South Saskatchewan River Basin from a network of tree ring chronologies, Alberta, Canada. *Water Resourc. Res.*, **45**, W09422.

Baker, V. R., 2008: Paleoflood hydrology: Origin, progress, prospects. *Geomorphology*, **101**, 1–13.

Bakker, P., et al., 2013: Last interglacial temperature evolution – a model inter-comparison. *Clim. Past*, **9**, 605–619.

Ballantyne, A. P., M. Lavine, T. J. Crowley, J. Liu, and P. B. Baker, 2005: Meta-analysis of tropical surface temperatures during the Last Glacial Maximum. *Geophys. Res. Lett.*, **32**, L05712.

Balmaceda, L., N. A. Krivova, and S. K. Solanki, 2007: Reconstruction of solar irradiance using the Group sunspot number. *Adv. Space Res.*, **40**, 986–989.

Bamberg, A., Y. Rosenthal, A. Paul, D. Heslop, S. Mulitza, C. Rühlemann, and M. Schulz, 2010: Reduced north Atlantic central water formation in response to early Holocene ice-sheet melting. *Geophys. Res. Lett.*, **37**, L17705.

Bar-Matthews, M., A. Ayalon, M. Gilmour, A. Matthews, and C. J. Hawkesworth, 2003: Sea–land oxygen isotopic relationships from planktonic foraminifera and speleothems in the Eastern Mediterranean region and their implication for paleorainfall during interglacial intervals. *Geochim Cosmochim. Acta*, **67**, 3181–3199.

Barber, D. C., et al., 1999: Forcing of the cold event of 8,200 years ago by catastrophic drainage of Laurentide lakes. *Nature*, **400**, 344–348.

Bard, E., G. Raisbeck, F. Yiou, and J. Jouzel, 2000: Solar irradiance during the last 1200 years based on cosmogenic nuclides. *Tellus B*, **52**, 985–992.

Barker, S., G. Knorr, M. J. Vautravers, P. Diz, and L. C. Skinner, 2010: Extreme deepening of the Atlantic overturning circulation during deglaciation. *Nature Geosci.*, **3**, 567–571.

Barker, S., P. Diz, M. J. Vautravers, J. Pike, G. Knorr, I. R. Hall, and W. S. Broecker, 2009: Interhemispheric Atlantic seesaw response during the last deglaciation. *Nature*, **457**, 1097–1102.

Barker, S., et al., 2011: 800,000 years of abrupt climate variability. *Science*, **334**, 347–351.

BLM_0150950

Baroni, M., M. H. Thiemens, R. J. Delmas, and J. Savarino, 2007: Mass-independent sulfur isotopic compositions in stratospheric volcanic eruptions. *Science*, 315, 84–87.

Baroni, M., J. Savarino, J. H. Cole-Dai, V. K. Rai, and M. H. Thiemens, 2008: Anomalous sulfur isotope compositions of volcanic sulfate over the last millennium in Antarctic ice cores. *J. Geophys. Res.*, 113, D20112.

Barrett, P. J., 2013: Resolving views on Antarctic Neogene glacial history – the Sirius debate. *Trans. R. Soc. Edinburgh, published online 7 May 2013*, CJ02013, doi:10.1017/S175569101300008X.

Barriendos, M., and F. S. Rodrigo, 2006: Study of historical flood events on Spanish rivers using documentary data. *Hydrol. Sci. J.*, 51, 765–783.

Bartlein, P. J., et al., 2011: Pollen-based continental climate reconstructions at 6 and 21 ka: A global synthesis. *Clim. Dyn.*, 37, 775–802.

Bartoli, G., B. Hönisch, and R. E. Zeebe, 2011: Atmospheric $CO_2$ decline during the Pliocene intensification of Northern Hemisphere glaciation. *Paleoceanography*, 26, PA4213.

Bassett, S. E., G. A. Milne, J. X. Mitrovica, and P. U. Clark, 2005: Ice sheet and solid Earth influences on far-field sea level histories. *Science*, 309, 925–928.

Battle, M., et al., 1996: Atmospheric gas concentrations over the past century measured in air from firn at the South Pole. *Nature*, 383, 231–235.

Bauch, H. A., E. S. Kandiano, J. Helmke, N. Andersen, A. Rosell-Melé, and H. Erlenkeuser, 2011: Climatic bisection of the last interglacial warm period in the Polar North Atlantic. *Quat. Sci. Rev.*, 30, 1813–1818.

Beerling, D. J., and D. L. Royer, 2002: Fossil plants as indicator of the Phanerozoic global carbon cycle. *Annu. Rev. Earth Planet. Sci.*, 30, 527–556.

Beerling, D. J., and D. L. Royer, 2011: Convergent Cenozoic $CO_2$ history. *Nature Geosci.*, 4, 418–420.

Beerling, D. J., A. Fox, and C. W. Anderson, 2009: Quantitative uncertainty analyses of ancient atmospheric $CO_2$ estimates from fossil leaves. *Am. J. Sci.*, 309, 775–787.

Beerling, D. J., B. H. Lomax, D. L. Royer, G. R. Upchurch, and L. R. Kump, 2002: An atmospheric $pCO_2$ reconstruction across the Cretaceous-Tertiary boundary from leaf megafossils. *Proc. Natl. Acad. Sci. U.S.A.*, 99, 7836–7840.

Beets, D. J., C. J. Beets, and P. Cleveringa, 2006: Age and climate of the late Saalian and early Eemian in the type-area, Amsterdam basin, The Netherlands. *Quat. Sci. Rev.*, 25, 876–885.

Bekryaev, R. V., I. V. Polyakov, and V. A. Alexeev, 2010: Role of polar amplification in long-term surface air temperature variations and modern Arctic warming. *J. Clim.*, 23, 3888–3906.

Belt, S. T., G. Massé, S. J. Rowland, M. Poulin, C. Michel, and B. LeBlanc, 2007: A novel chemical fossil of palaeo sea ice: $IP_{25}$. *Org. Geochem.*, 38, 16–27.

Benito, G., A. Díez-Herrero, and M. Fernández De Villalta, 2003a: Magnitude and frequency of flooding in the Tagus basin (Central Spain) over the last millennium. *Clim. Change*, 58, 171–192.

Benito, G., A. Sopeña, Y. Sánchez-Moya, M. J. Machado, and A. Pérez-González, 2003b: Palaeoflood record of the Tagus River (Central Spain) during the Late Pleistocene and Holocene. *Quat. Sci. Rev.*, 22, 1737–1756.

Benito, G., M. Rico, Y. Sánchez-Moya, A. Sopeña, V. R. Thorndycraft, and M. Barriendos, 2010: The impact of late Holocene climatic variability and land use change on the flood hydrology of the Guadalentín River, southeast Spain. *Global Planet. Change*, 70, 53–63.

Benito, G., et al., 2011: Hydrological response of a dryland ephemeral river to southern African climatic variability during the last millennium. *Quat. Res.*, 75, 471–482.

Bentley, M. J., C. J. Fogwill, A. M. Le Brocq, A. L. Hubbard, D. E. Sugden, T. J. Dunai, and S. P. H. T. Freeman, 2010: Deglacial history of the West Antarctic Ice Sheet in the Weddell Sea embayment: Constraints on past ice volume change. *Geology*, 38, 411–414.

Bereiter, B., D. Lüthi, M. Siegrist, S. Schüpbach, T. F. Stocker, and H. Fischer, 2012: Mode change of millennial $CO_2$ variability during the last glacial cycle associated with a bipolar marine carbon seesaw. *Proc. Natl. Acad. Sci. U.S.A.*, 109, 9755–9760.

Berger, A., and M. F. Loutre, 1991: Insolation values for the climate of the last 10 million years. *Quat. Sci. Rev.*, 10, 297–317.

Berger, A. L., 1978: Long-term variations of daily insolation and Quaternary climatic changes. *J. Atmos. Sci.*, 35, 2362–2367.

Berger, G. W., and P. M. Anderson, 2000: Extending the geochronometry of Arctic lake cores beyond the radiocarbon limit by using thermoluminescence. *J. Geophys. Res.*, 105, 15439–15455.

Berger, M., J. Brandefelt, and J. Nilsson, 2013: The sensitivity of the Arctic sea ice to orbitally induced insolation changes: a study of the mid-Holocene Paleoclimate Modelling Intercomparison Project 2 and 3 simulations. *Clim. Past*, 9, 969–982.

Berkelhammer, M., A. Sinha, M. Mudelsee, H. Cheng, R. L. Edwards, and K. Cannariato, 2010: Persistent multidecadal power of the Indian Summer Monsoon. *Earth Planet. Sci. Lett.*, 290, 166–172.

Bertrand, S., K. A. Hughen, F. Lamy, J.-B. W. Stuut, F. Torrejón, and C. B. Lange, 2012: Precipitation as the main driver of Neoglacial fluctuations of Guala glacier, Northern Patagonian Icefield. *Clim. Past*, 8, 519–534.

Bhatt, U. S., et al., 2010: Circumpolar arctic tundra vegetation change is linked to sea ice decline. *Earth Interact.*, 14, 1–20.

Bintanja, R., R. G. Graversen, and W. Hazeleger, 2011: Arctic winter warming amplified by the thermal inversion and consequent low infrared cooling to space. *Nature Geosci.*, 4, 758–761.

Birchfield, G. E., J. Weertman, and A. T. Lunde, 1981: A paleoclimate model of northern hemisphere ice sheets. *Quat. Res.*, 15, 126–142.

Bird, B. W., M. B. Abbott, B. P. Finney, and B. Kutchko, 2009: A 2000 year varve-based climate record from the central Brooks Range, Alaska. *J. Paleolimnol.*, 41, 25–41.

Bird, B. W., M. B. Abbott, M. Vuille, D. T. Rodbell, and M. Vuille, 2011: Holocene tropical South American hydroclimate revealed from a decadally resolved lake sediment $\delta^{18}O$ record. *Earth Planet. Sci. Lett.*, 310, 192–202.

Bird, M. I., L. K. Fifield, T. S. Teh, C. H. Chang, N. Shirlaw, and K. Lambeck, 2007: An inflection in the rate of early mid-Holocene eustatic sea level rise: A new sea level curve from Singapore. *Estuar. Coast. Shelf Sci.*, 71, 523–536.

Bird, M. I., W. E. N. Austin, C. M. Wurster, L. K. Fifield, M. Mojtahid, and C. Sargeant, 2010: Punctuated eustatic sea level rise in the early mid-Holocene. *Geology*, 38, 803–806.

Bitz, C. M., J. C. H. Chiang, W. Cheng, and J. J. Barsugli, 2007: Rates of thermohaline recovery from freshwater pluses in modern, Last Glacial Maximum, and greenhouse warming climates. *Geophys. Res. Lett.*, 34, L07708.

Black, D. E., M. A. Abahazi, R. C. Thunell, A. Kaplan, E. J. Tappa, and L. C. Peterson, 2007: An 8-century tropical Atlantic SST record from the Cariaco Basin: Baseline variability, twentieth-century warming, and Atlantic hurricane frequency. *Paleoceanography*, 22, PA4204.

Blanchon, P., A. Eisenhauer, J. Fietzke, and V. Liebetrau, 2009: Rapid sea level rise and reef back-stepping at the close of the last interglacial highstand. *Nature*, 458, 881–884.

Blunier, T., and E. Brook, 2001: Timing of millennial-scale climate change in Antarctica and Greenland during the last glacial period. *Science*, 291, 109–112.

Blunier, T., J. Chappellaz, J. Schwander, B. Stauffer, and D. Raynaud, 1995: Variations in atmospheric methane concentration during the Holocene epoch. *Nature*, 374, 46–49.

Blunier, T., R. Spahni, J. M. Barnola, J. Chappellaz, L. Loulergue, and J. Schwander, 2007: Synchronization of ice core records via atmospheric gases. *Clim. Past*, 3, 325–330.

Blunier, T., et al., 1997: Timing of the Antarctic cold reversal and the atmospheric $CO_2$ increase with respect to the Younger Dryas event. *Geophys. Res. Lett.*, 24, 2683–2686.

Bonelli, S., S. Charbit, M. Kageyama, M. N. Woillez, G. Ramstein, C. Dumas, and A. Quiquet, 2009: Investigating the evolution of major Northern Hemisphere ice sheets during the last glacial-interglacial cycle. *Clim. Past*, 5, 329–345.

Böning, C. W., A. Dispert, M. Visbeck, S. R. Rintoul, and F. U. Schwarzkopf, 2008: The response of the Antarctic Circumpolar Current to recent climate change. *Nature Geosci.*, 1, 864–869.

Boninsegna, J. A., et al., 2009: Dendroclimatological reconstructions in South America: A review. *Palaeogeography, Palaeoclimatol. Palaeoecol.*, 281, 210–228.

Bonnet, S., A. de Vernal, C. Hillaire-Marcel, T. Radi, and K. Husum, 2010: Variability of sea-surface temperature and sea-ice cover in the Fram Strait over the last two millennia. *Mar. Micropaleontol.*, 74, 59–74.

Born, A., and K. H. Nisancioglu, 2012: Melting of Northern Greenland during the last interglaciation. *Cryosphere*, 6, 1239–1250.

Born, A., K. Nisancioglu, and P. Braconnot, 2010: Sea ice induced changes in ocean circulation during the Eemian. *Clim. Dyn.*, 35, 1361–1371.

Bostock, H. C., et al., 2013: A review of the Australian–New Zealand sector of the Southern Ocean over the last 30 ka (Aus-INTIMATE project). *Quat. Sci. Rev.*, 74, 35-57.

Boucher, É., J. Guiot, and E. Chapron, 2011: A millennial multi-proxy reconstruction of summer PDSI for Southern South America. *Clim. Past*, 7, 957–974.

BLM_0150951

Boucher, O., and M. Pham, 2002: History of sulfate aerosol radiative forcings. *Geophys. Res. Lett.*, **29**, 22-1–22-4.

Bowerman, N. D., and D. H. Clark, 2011: Holocene glaciation of the central Sierra Nevada, California. *Quat. Sci. Rev.*, **30**, 1067–1085.

Bozbiyik, A., M. Steinacher, F. Joos, T. F. Stocker, and L. Menviel, 2011: Fingerprints of changes in the terrestrial carbon cycle in response to large reorganizations in ocean circulation. *Clim. Past*, **7**, 319–338.

Braconnot, P., Y. Luan, S. Brewer, and W. Zheng, 2012a: Impact of Earth's orbit and freshwater fluxes on Holocene climate mean seasonal cycle and ENSO characteristics. *Clim. Dyn.*, **38**, 1081–1092.

Braconnot, P., C. Marzin, L. Grégoire, E. Mosquet, and O. Marti, 2008: Monsoon response to changes in Earth's orbital parameters: comparisons between simulations of the Eemian and of the Holocene. *Clim. Past*, **4**, 281–294.

Braconnot, P., et al., 2012b: Evaluation of climate models using palaeoclimatic data. *Nature Clim. Change*, **2**, 417–424.

Braconnot, P., et al., 2007: Results of PMIP2 coupled simulations of the mid-Holocene and Last Glacial Maximum - Part 1: experiments and large-scale features. *Clim. Past*, **3**, 261–277.

Bradley, S. L., M. Siddall, G. A. Milne, V. Masson-Delmotte, and E. Wolff, 2012: Where might we find evidence of a Last Interglacial West Antarctic Ice Sheet collapse in Antarctic ice core records? *Global Planet. Change*, **88–89**, 64–75.

Bradley, S. L., M. Siddall, G. A. Milne, V. Masson-Delmotte, and E. Wolff, 2013: Combining ice core records and ice sheet models to explore the evolution of the East Antarctic ice sheet during the Last Interglacial period. *Global Planet. Change*, **100**, 278–290.

Brady, E. C., B. L. Otto-Bliesner, J. E. Kay, and N. Rosenbloom, 2013: Sensitivity to Glacial Forcing in the CCSM4. *J. Clim.*, **26**, 1901–1925.

Braganza, K., J. L. Gergis, S. B. Power, J. S. Risbey, and A. M. Fowler, 2009: A multi-proxy index of the El Niño–Southern Oscillation, AD. 1525–1982. *J. Geophys. Res.*, **114**, D05106.

Braun, H., and J. Kurths, 2010: Were Dansgaard-Oeschger events forced by the Sun? *Eur. Phys. J. Special Top.*, **191**, 117–129.

Braun, H., P. Ditlevsen, and D. R. Chialvo, 2008: Solar forced Dansgaard-Oeschger events and their phase relation with solar proxies. *Geophys. Res. Lett.*, **35**, L06703.

Brázdil, R., Z. W. Kundzewicz, and G. Benito, 2006: Historical hydrology for studying flood risk in Europe. *Hydrol. Sci. J.*, **51**, 739–764.

Brázdil, R., C. Pfister, H. Wanner, H. von Storch, and J. Luterbacher, 2005: Historical climatology in Europe —The state of the art. *Clim. Change*, **70**, 363–430.

Brázdil, R., Z. W. Kundzewicz, G. Benito, G. Demaree, N. MacDonald, and L. A. Roald, 2012: Historical floods in Europe in the past millennium. in: *Changes of Flood Risk in Europe* [Z. W. Kundzewicz (ed.)]. CRC Press, Boca Raton, FL, USA, pp. 121–166.

Breecker, D. O., Z. D. Sharp, and L. D. McFadden, 2010: Atmospheric $CO_2$ concentrations during ancient greenhouse climates were similar to those predicted for A.D. 2100. *Proc. Natl. Acad. Sci. U.S.A.*, **107**, 576–580.

Bretagnon, P., and G. Francou, 1988: Planetary theories in rectangular and spherical variables - VSOP 87 solutions. *Astronomy & Astrophysics*, **202**, 309–315.

Brewer, S., J. Guiot, and F. Torre, 2007: Mid-Holocene climate change in Europe: A data-model comparison. *Clim. Past*, **3**, 499–512.

Briffa, K. R., and T. M. Melvin, 2011: A closer look at Regional Curve Standardization of tree-ring records: Justification of the need, a warning of some pitfalls, and suggested improvements in its application. in: *Dendroclimatology: Progress and Prospects* [M. K. Hughes, H. F. Diaz, and T. W. Swetnam (eds)]. Springer Science+Business Media, Dordrecht, the Netherlands, pp. 113–145.

Briffa, K. R., F. H. Schweingruber, P. D. Jones, T. J. Osborn, S. G. Shiyatov, and E. A. Vaganov, 1998: Reduced sensitivity of recent tree-growth to temperature at high northern latitudes. *Nature*, **391**, 678–682.

Briffa, K. R., T. J. Osborn, F. H. Schweingruber, I. C. Harris, P. D. Jones, S. G. Shiyatov, and E. A. Vaganov, 2001: Low-frequency temperature variations from a northern tree ring density network. *J. Geophys. Res.*, **106**, 2929–2941.

Briner, J. P., H. A. M. Stewart, N. E. Young, W. Philipps, and S. Losee, 2010: Using proglacial-threshold lakes to constrain fluctuations of the Jakobshavn Isbræ ice margin, western Greenland, during the Holocene. *Quat. Sci. Rev.*, **29**, 3861–3874.

Brohan, P., R. Allan, E. Freeman, D. Wheeler, C. Wilkinson, and F. Williamson, 2012: Constraining the temperature history of the past millennium using early instrumental observations. *Clim. Past*, **8**, 1551–1563.

Bromwich, D. H., J. P. Nicolas, A. J. Monaghan, M. A. Lazzara, L. M. Keller, G. A. Weidner, and A. B. Wilson, 2013: Central West Antarctica among the most rapidly warming regions on Earth. *Nature Geosci.*, **6**, 139–145.

Brovkin, V., J.-H. Kim, M. Hofmann, and R. Schneider, 2008: A lowering effect of reconstructed Holocene changes in sea surface temperatures on the atmospheric $CO_2$ concentration. *Global Biogeochem. Cycles*, **22**, GB1016.

Buckley, B. M., et al., 2010: Climate as a contributing factor in the demise of Angkor, Cambodia. *Proc. Natl. Acad. Sci. U.S.A.*, **107**, 6748–6752.

Büntgen, U., D. C. Frank, D. Nievergelt, and J. Esper, 2006: Summer temperature variations in the European Alps, AD 755–2004. *J. Clim.*, **19**, 5606–5623.

Büntgen, U., J. Esper, D. Frank, K. Nicolussi, and M. Schmidhalter, 2005: A 1052–year tree-ring proxy for Alpine summer temperatures. *Clim. Dyn.*, **25**, 141–153.

Büntgen, U., D. Frank, R. Wilson, M. Carrer, C. Urbinati, and J. Esper, 2008: Testing for tree-ring divergence in the European Alps. *Global Change Biol.*, **14**, 2443–2453.

Büntgen, U., et al., 2011a: Causes and consequences of past and projected Scandinavian summer temperatures, 500–2100 AD. *PLoS ONE*, **6**, e25133.

Büntgen, U., et al., 2011b: 2500 years of european climate variability and human susceptibility. *Science*, **331**, 578–582.

Bürger, G., 2007: Comment on "The spatial extent of 20th-century warmth in the context of the past 1200 years". *Science*, **316**, 1844a.

Cahalan, R. F., G. Wen, J. W. Harder, and P. Pilewskie, 2010: Temperature responses to spectral solar variability on decadal time scales. *Geophys. Res. Lett.*, **37**, L07705.

Cai, Y. J., et al., 2010: The variation of summer monsoon precipitation in central China since the last deglaciation. *Earth Planet. Sci. Lett.*, **291**, 21–31.

Caillon, N., J. P. Severinghaus, J. Jouzel, J.-M. Barnola, J. Kang, and V. Y. Lipenkov, 2003: Timing of atmospheric $CO_2$ and Antarctic temperature changes across Termination III. *Science*, **299**, 1728–1731.

Calenda, G., C. P. Mancini, and E. Volpi, 2005: Distribution of the extreme peak floods of the Tiber River from the XV century. *Adv. Water Resour.*, **28**, 615–625.

Calov, R., and A. Ganopolski, 2005: Multistability and hysteresis in the climate-cryosphere system under orbital forcing. *Geophys. Res. Lett.*, **32**, L21717.

Calov, R., A. Ganopolski, V. Petoukhov, M. Claussen, and R. Greve, 2002: Large-scale instabilities of the Laurentide ice sheet simulated in a fully coupled climate-system model. *Geophys. Res. Lett.*, **29**, 2216.

Calov, R., et al., 2010: Results from the Ice-Sheet Model Intercomparison Project-Heinrich Event INtercOmparison (ISMIP HEINO). *J. Glaciol.*, **56**, 371–383.

Camuffo, D., and S. Enzi, 1996: The analysis of two bi-millenary series: Tiber and Po river floods. In: *Climatic Variations and Forcing Mechanisms of the Last 2000 Years* [P. D. Jones, R. S. Bradley, and J. Jouzel (eds.)]. Springer-Verlag, Heidelberg, Germany, and New York, NY, USA, pp. 433–450.

Candy, I., G. R. Coope, J. R. Lee, S. A. Parfitt, R. C. Preece, J. Rose, and D. C. Schreve, 2010: Pronounced warmth during early Middle Pleistocene interglacials: Investigating the Mid-Brunhes Event in the British terrestrial sequence. *Earth Sci. Rev.*, **103**, 183–196.

Capron, E., et al., 2012: A global picture of the first abrupt climatic event occurring during the last glacial inception. *Geophys. Res. Lett.*, **39**, L15703.

Capron, E., et al., 2010a: Synchronising EDML and NorthGRIP ice cores using $\delta^{18}O$ of atmospheric oxygen ($\delta^{18}O_{atm}$) and $CH_4$ measurements over MIS5 (80–123 kyr). *Quat. Sci. Rev.*, **29**, 222–234.

Capron, E., et al., 2010b: Millennial and sub-millennial scale climatic variations recorded in polar ice cores over the last glacial period. *Clim. Past*, **6**, 345–365.

Carlson, A. E., P. U. Clark, G. M. Raisbeck, and E. J. Brook, 2007: Rapid Holocene deglaciation of the Labrador sector of the Laurentide Ice Sheet. *J. Clim.*, **20**, 5126–5133.

Carlson, A. E., D. J. Ullman, F. S. Anslow, F. He, P. U. Clark, Z. Liu, and B. L. Otto-Bliesner, 2012: Modeling the surface mass-balance response of the Laurentide Ice Sheet to Bølling warming and its contribution to Meltwater Pulse 1A. *Earth Planet. Sci. Lett.*, **315–316**, 24–29.

Cerling, T. E., 1992: Use of carbon isotopes in paleosols as an indicator of the $pCO_2$ of the paleoatmosphere. *Global Biogeochem. Cycles*, **6**, 307–314.

Chappell, J., 1983: Evidence for smoothly falling sea level relative to north Queensland, Australia, during the past 6,000 yr. *Nature*, **302**, 406–408.

Chappell, J., 2002: Sea level changes forced ice breakouts in the Last Glacial cycle: new results from coral terraces. *Quat. Sci. Rev.*, **21**, 1229–1240.

Charbit, S., D. Paillard, and G. Ramstein, 2008: Amount of $CO_2$ emissions irreversibly leading to the total melting of Greenland. *Geophys. Res. Lett.*, **35**, L12503.

Chavaillaz, Y., F. Codron, and M. Kageyama, 2013: Southern Westerlies in LGM and future (RCP4.5) climates. *Clim. Past*, **9**, 517–524.

BLM_0150952

Chen, J. H., H. A. Curran, B. White, and G. J. Wasserburg, 1991: Precise chronology of the last interglacial period: $^{234}U-^{230}Th$ data from fossil coral reefs in the Bahamas. *Geol. Soc. Am. Bull.*, **103**, 82–97.

Cheng, H., et al., 2009: Ice Age Terminations. *Science*, **326**, 248–252.

Chiessi, C. M., S. Mulitza, J. Pätzold, G. Wefer, and J. A. Marengo, 2009: Possible impact of the Atlantic Multidecadal Oscillation on the South American summer monsoon. *Geophys. Res. Lett.*, **36**, L21707.

Christiansen, B., 2011: Reconstructing the NH mean temperature: Can underestimation of trends and variability be avoided? *J. Clim.*, **24**, 674–692.

Christiansen, B., and F. C. Ljungqvist, 2012: The extra-tropical Northern Hemisphere temperature in the last two millennia: Reconstructions of low-frequency variability. *Clim. Past*, **8**, 765–786.

Christiansen, B., T. Schmith, and P. Thejll, 2009: A surrogate ensemble study of climate reconstruction methods: stochasticity and robustness. *J. Clim.*, **22**, 951–976.

Chu, G., et al., 2011: Seasonal temperature variability during the past 1600 years recorded in historical documents and varved lake sediment profiles from northeastern China. *Holocene*, **22**, 785–792.

Chylek, P., C. K. Folland, G. Lesins, M. K. Dubey, and M. Wang, 2009: Arctic air temperature change amplification and the Atlantic Multidecadal Oscillation. *Geophys. Res. Lett.*, **36**, L14801.

Clague, J. J., J. Koch, and M. Geertsema, 2010: Expansion of outlet glaciers of the Juneau Icefield in northwest British Columbia during the past two millennia. *Holocene*, **20**, 447–461.

Claquin, T., et al., 2003: Radiative forcing of climate by ice-age atmospheric dust. *Clim. Dyn.*, **20**, 193–202.

Clark, P. U., and D. Pollard, 1998: Origin of the middle Pleistocene transition by ice sheet erosion of regolith. *Paleoceanography*, **13**, 1–9.

Clark, P. U., J. X. Mitrovica, G. A. Milne, and M. E. Tamisiea, 2002: Sea level fingerprinting as a direct test for the source of global meltwater pulse IA. *Science*, **295**, 2438–2441.

Clark, P. U., et al., 2009: The Last Glacial Maximum. *Science*, **325**, 710–714.

Clarke, G. K. C., D. W. Leverington, J. T. Teller, and A. S. Dyke, 2004: Paleohydraulics of the last outburst flood from glacial Lake Agassiz and the 8200 BP cold event. *Quat. Sci. Rev.*, **23**, 389–407.

Clemens, S. C., W. L. Prell, and Y. Sun, 2010: Orbital-scale timing and mechanisms driving late Pleistocene Indo-Asian summer monsoons: reinterpreting cave speleothem $\delta^{18}O$. *Paleoceanography*, **25**, PA4207.

Clement, A. C., and L. C. Peterson, 2008: Mechanisms of abrupt climate change of the last glacial period. *Rev. Geophys.*, **46**, RG4002.

CLIMAP Project Members, 1976: The surface of the Ice-Age Earth. *Science*, **191**, 1131–1137.

CLIMAP Project Members, 1981: Seasonal reconstructions of the earth's surface at the last glacial maximum. *Geol. Soc. Am.*, *MC-36*.

Cobb, K. M., et al., 2013: Highly variable El Niño-Southern Oscillation throughout the Holocene. *Science*, **339**, 67–70.

Cochelin, A.-S. B., L. A. Mysak, and Z. Wang, 2006: Simulation of long-term future climate changes with the green McGill paleoclimate model: The next glacial inception. *Clim. Change*, **79**, 381–401.

COHMAP Members, 1988: Climatic changes of the last 18,000 years: observations and model simulations. *Science*, **241**, 1043–1052.

Cole-Dai, J., D. Ferris, A. Lanciki, J. Savarino, M. Baroni, and M. Thiemens, 2009: Cold decade (AD 1810–1819) caused by Tambora (1815) and another (1809) stratospheric volcanic eruption. *Geophys. Res. Lett.*, **36**, L22703.

Colville, E. J., A. E. Carlson, B. L. Beard, R. G. Hatfield, J. S. Stoner, A. V. Reyes, and D. J. Ullman, 2011: Sr-Nd-Pb isotope evidence for ice-sheet presence on southern Greenland during the Last Interglacial. *Science*, **333**, 620–623.

Cook, E. R., R. D. D'Arrigo, and M. E. Mann, 2002: A well-verified, multiproxy reconstruction of the winter North Atlantic Oscillation index since AD 1400. *J. Clim.*, **15**, 1754–1764.

Cook, E. R., C. A. Woodhouse, C. M. Eakin, D. M. Meko, and D. W. Stahle, 2004: Long-term aridity changes in the western United States. *Science*, **306**, 1015–1018.

Cook, E. R., K. J. Anchukaitis, B. M. Buckley, R. D. D'Arrigo, G. C. Jacoby, and W. E. Wright, 2010a: Asian Monsoon Failure and Megadrought During the Last Millennium. *Science*, **328**, 486–489.

Cook, E. R., R. Seager, R. R. Heim Jr, R. S. Vose, C. Herweijer, and C. Woodhouse, 2010b: Megadroughts in North America: placing IPCC projections of hydroclimatic change in a long-term palaeoclimate context. *J. Quat. Sci.*, **25**, 48–61.

Cook, E. R., P. J. Krusic, K. J. Anchukaitis, B. M. Buckley, T. Nakatsuka, and M. Sano, 2012: Tree-ring reconstructed summer temperature anomalies for temperate East Asia since 800 C.E. *Clim. Dyn.*, doi:10.1007/s00382-012-1611-x, 1-16, *published online 5 December 2012*.

Cook, E. R., B. M. Buckley, J. G. Palmer, P. Fenwick, M. J. Peterson, G. Boswijk, and A. Fowler, 2006: Millennia-long tree-ring records from Tasmania and New Zealand: A basis for modelling climate variability and forcing, past, present and future. *J. Quat. Sci.*, **21**, 689–699.

Cook, K. H., and I. M. Held, 1988: Stationary Waves of the Ice Age Climate. *J. Clim.*, **1**, 807–819.

Cooper, R. J., T. M. Melvin, I. Tyers, R. J. S. Wilson, and K. R. Briffa, 2013: A tree-ring reconstruction of East Anglian (UK) hydroclimate variability over the last millennium. *Clim. Dyn.*, doi:10.1007/s00382-012-1328-x.

Comes, R. C., P. D. Jones, K. R. Briffa, and T. J. Osborn, 2012: Estimates of the North Atlantic Oscillation back to 1692 using a Paris-London westerly index. *Int. J. Climatol.*, **32**, 1135–1150.

Corona, C., J. Guiot, J.-L. Edouard, F. Chalie, U. Büntgen, P. Nola, and C. Urbinati, 2010: Millennium-long summer temperature variations in the European Alps as reconstructed from tree rings. *Clim. Past*, **6**, 379–400.

Corona, C., J.-L. Edouard, F. Guibal, J. Guiot, S. Bernard, A. Thomas, and N. Denelle, 2011: Long-term summer (AD 751–2008) temperature fluctuation in the French Alps based on tree-ring data. *Boreas*, **40**, 351–366.

Cortese, G., A. Abelmann, and R. Gersonde, 2007: The last five glacial-interglacial transitions: A high-resolution 450,000-year record from the subantarctic Atlantic. *Paleoceanography*, **22**, PA4203.

Cramer, B. S., K. G. Miller, P. J. Barrett, and J. D. Wright, 2011: Late Cretaceous-Neogene trends in deep ocean temperature and continental ice volume: Reconciling records of benthic foraminiferal geochemistry ($\delta^{18}O$ and Mg/Ca) with sea level history. *J. Geophys. Res.*, **116**, C12023.

Crespin, L., H. Goosse, T. Fichefet, and M. E. Mann, 2009: The 15th century Arctic warming in coupled model simulations with data assimilation. *Clim. Past*, **5**, 389–401.

Cronin, T. M., P. R. Vogt, D. A. Willard, R. Thunell, J. Halka, M. Berke, and J. Pohlman, 2007: Rapid sea level rise and ice sheet response to 8,200-year climate event. *Geophys. Res. Lett.*, **34**, L12603.

Crouch, A. D., P. Charbonneau, G. Beaubien, and D. Paquin-Ricard, 2008: A model for the total solar irradiance based on active region decay. *Astrophys. J.*, **677**, 723–741.

Crowley, T. J., 2000: Causes of Climate Change Over the Past 1000 Years. *Science*, **289**, 270–277.

Crowley, T. J., and M. B. Unterman, 2013: Technical details concerning development of a 1200-year proxy index for global volcanism. *Earth Syst. Sci. Data*, **5**, 187–197.

Crowley, T. J., S. K. Baum, K.-Y. Kim, G. C. Hegerl, and W. T. Hyde, 2003: Modeling ocean heat content changes during the last millennium. *Geophys. Res. Lett.*, **30**, 1932.

Crucifix, M., 2006: Does the Last Glacial Maximum constrain climate sensitivity? *Geophys. Res. Lett.*, **33**, L18701.

Cruz, F.W., et al., 2005: Insolation-driven changes in atmospheric circulation over the past 116,000 years in subtropical Brazil. *Nature*, **434**, 63–66.

Cruz, F. W., et al., 2009: Orbitally driven east-west antiphasing of South American precipitation. *Nature Geosci.*, **2**, 210–214.

Cuffey, K. M., G. D. Clow, R. B. Alley, M. Stuiver, E. D. Waddington, and R. W. Saltus, 1995: Large Arctic temperature change at the Wisconsin-Holocene glacial transition. *Science*, **270**, 455–458.

Cunningham, L. K., et al., 2013: Reconstructions of surface ocean conditions from the northeast Atlantic and Nordic seas during the last millennium. *Holocene*, **23**, 921-935.

Curry, J. A., J. L. Schramm, and E. E. Ebert, 1995: Sea ice-albedo climate feedback mechanism. *J. Clim.*, **8**, 240–247.

D'Arrigo, R., R. Wilson, and G. Jacoby, 2006: On the long-term context for late twentieth century warming. *J. Geophys. Res.*, **111**, D03103.

D'Arrigo, R., R. Wilson, B. Liepert, and P. Cherubini, 2008: On the 'Divergence Problem' in Northern Forests: A review of the tree-ring evidence and possible causes. *Global Planet. Change*, **60**, 289–305.

D'Arrigo, R., E. R. Cook, R. J. Wilson, R. Allan, and M. E. Mann, 2005: On the variability of ENSO over the past six centuries. *Geophys. Res. Lett.*, **32**, L03711.

D'Arrigo, R., et al., 2009: Tree growth and inferred temperature variability at the North American Arctic treeline. *Global Planet. Change*, **65**, 71–82.

**5**

Dahl-Jensen, D., K. Mosegaard, N. Gundestrup, G. D. Clow, S. J. Johnsen, A. W. Hansen, and N. Balling, 1998: Past temperatures directly from the Greenland Ice Sheet. *Science*, **282**, 268–271.

Daley, T. J., et al., 2011: The 8200 yr BP cold event in stable isotope records from the North Atlantic region. *Global Planet. Change*, **79**, 288–302.

Davis, P. T., B. Menounos, and G. Osborn, 2009: Holocene and latest Pleistocene alpine glacier fluctuations: A global perspective. *Quat. Sci. Rev.*, **28**, 2021–2238.

De Angelis, H., and P. Skvarca, 2003: Glacier surge after ice shelf collapse. *Science*, **299**, 1560–1562.

De Deckker, P., M. Moros, K. Perner, and E. Jansen, 2012: Influence of the tropics and southern westerlies on glacial interhemispheric asymmetry. *Nature Geosci.*, **5**, 266–269.

De Deckker, P., M. Norman, I. D. Goodwin, A. Wain, and F. X. Gingele, 2010: Lead isotopic evidence for an Australian source of aeolian dust to Antarctica at times over the last 170,000 years. *Palaeogeogr. Palaeoclimatol. Palaeoecol.*, **285**, 205–223.

de Garidel-Thoron, T., Y. Rosenthal, L. Beaufort, E. Bard, C. Sonzogni, and A. C. Mix, 2007: A multiproxy assessment of the western equatorial Pacific hydrography during the last 30 kyr. *Paleoceanography*, **22**, PA3204.

de Verna, A., et al., 2006: Comparing proxies for the reconstruction of LGM sea-surface conditions in the northern North Atlantic. *Quat. Sci. Rev.*, **25**, 2820–2834.

DeConto, R. M., and D. Pollard, 2003: Rapid Cenozoic glaciation of Antarctica induced by declining atmospheric $CO_2$. *Nature*, **421**, 245–249.

DeConto, R. M., et al., 2012: Past extreme warming events linked to massive carbon release from thawing permafrost. *Nature*, **484**, 87–91.

Delaygue, G., and E. Bard, 2011: An Antarctic view of Beryllium-10 and solar activity for the past millennium. *Clim. Dyn.*, **36**, 2201–2218.

DeLong, K. L., T. M. Quinn, F. W. Taylor, K. Lin, and C.-C. Shen, 2012: Sea surface temperature variability in the southwest tropical Pacific since AD 1649. *Nature Clim. Change*, **2**, 799–804.

Delworth, T. L., and M. E. Mann, 2000: Observed and simulated multidecadal variability in the Northern Hemisphere. *Clim. Dyn.*, **16**, 661–676.

Denis, D., X. Crosta, L. Barbara, G. Massé, H. Renssen, O. Ther, and J. Giraudeau, 2010: Sea ice and wind variability during the Holocene in East Antarctica: insight on middle–high latitude coupling. *Quat. Sci. Rev.*, **29**, 3709–3719.

Derbyshire, E., 2003: Loess, and the dust indicators and records of terrestrial and marine palaeoenvironments (DIRTMAP) database. *Quat. Sci. Rev.*, **22**, 1813–1819.

Deschamps, P., et al., 2012: Ice-sheet collapse and sea level rise at the Bølling warming 14,600 years ago. *Nature*, **483**, 559–564.

Diaz, H. F., R. M. Trigo, M. K. Hughes, M. E. Mann, E. Xoplaki, and D. Barriopedro, 2011: Spatial and temporal characteristics of Climate in medieval times revisited. *Bull. Am. Meteorol. Soc.*, **92**, 1487–1500.

Diffenbaugh, N. S., M. Ashfaq, B. Shuman, J. W. Williams, and P. J. Bartlein, 2006: Summer aridity in the United States: Response to mid-Holocene changes in insolation and sea surface temperature. *Geophys. Res. Lett.*, **33**, L22712.

DiNezio, P. N., A. Clement, G. A. Vecchi, B. Soden, A. J. Broccoli, B. L. Otto-Bliesner, and P. Braconnot, 2011: The response of the Walker circulation to Last Glacial Maximum forcing: Implications for detection in proxies. *Paleoceanography*, **26**, PA3217.

Ditlevsen, P. D., and O. D. Ditlevsen, 2009: On the stochastic nature of the rapid climate shifts during the Last Ice Age. *J. Clim.*, **22**, 446–457.

Divine, D. V., and C. Dick, 2006: Historical variability of sea ice edge position in the Nordic Seas. *J. Geophys. Res.*, **111**, C01001.

Dolan, A. M., A. M. Haywood, D. J. Hill, H. J. Dowsett, S. J. Hunter, D. J. Lunt, and S. J. Pickering, 2011: Sensitivity of Pliocene ice sheets to orbital forcing. *Palaeogeogr. Palaeoclimatol. Palaeoecol.* **309**, 98–110.

Donnelly, J. P., P. Cleary, P. Newby, and R. Ettinger, 2004: Coupling instrumental and geological records of sea level change: Evidence from southern New England of an increase in the rate of sea level rise in the late 19th century. *Geophys. Res. Lett.*, **31**, L05203.

Doria, G., D. L. Royer, A. P. Wolfe, A. Fox, J. A. Westgate, and D. J. Beerling, 2011: Declining atmospheric $CO_2$ during the late Middle Eocene climate transition. *Am. J. Sci.*, **311**, 63–75.

Dowsett, H. J., M. M. Robinson, and K. M. Foley, 2009: Pliocene three-dimensional global ocean temperature reconstruction. *Clim. Past*, **5**, 769–783.

Dowsett, H. J., et al., 2012: Assessing confidence in Pliocene sea surface temperatures to evaluate predictive models. *Nature Clim. Change*, **2**, 365–371.

Dreimanis, A., 1992: Transition from the Sangamon interglaciation to the Wisconsin glaciation along the southeastern margin of the Laurentide Ice Sheet, North America. In: *Start of a Glacial, NATO ASI Series, 13* [G. T. Kukla, and E. Went (eds.)]. Springer-Verlag, Heidelberg, Germany, and New York, NY, USA, pp. 225–251.

Duplessy, J.-C., L. Labeyrie, and C. Waelbroeck, 2002: Constraints on the ocean oxygen isotopic enrichment between the Last Glacial Maximum and the Holocene: Paleoceanographic implications. *Quat. Sci. Rev.*, **21**, 315–330.

Dutton, A., and K. Lambeck, 2012: Ice volume and sea level during the Last Interglacial. *Science*, **337**, 216–219.

Dwyer, G. S., and M. A. Chandler, 2009: Mid-Pliocene sea level and continental ice volume based on coupled benthic Mg/Ca palaeotemperatures and oxygen isotopes. *Philos. Trans. R. Soc. London A*, **367**, 157–168.

Dwyer, G. S., T. M. Cronin, P. A. Baker, and J. Rodriguez-Lazaro, 2000: Changes in North Atlantic deep-sea temperature during climatic fluctuations of the last 25,000 years based on ostracode Mg/Ca ratios. *Geochem. Geophys. Geosyst.* **1**, 1028.

Edwards, T. L., M. Crucifix, and S. P. Harrison, 2007: Using the past to constrain the future: How the palaeorecord can improve estimates of global warming. *Prog. Phys. Geogr.*, **31**, 481–500.

Ekart, D. D., T. E. Cerling, I. P. Montanez, and N. J. Tabor, 1999: A 400 million year carbon isotope record of pedogenic carbonate; implications for paleoatmospheric carbon dioxide. *Am. J. Sci.*, **299**, 805–827.

Elderfield, H., P. Ferretti, M. Greaves, S. Crowhurst, I. N. McCave, D. Hodell, and A. M. Piotrowski, 2012: Evolution of ocean temperature and ice volume through the mid-Pleistocene climate transition. *Science*, **337**, 704–709.

Elderfield, H., et al., 2010: A record of bottom water temperature and seawater $\delta^{18}O$ for the Southern Ocean over the past 440 kyr based on Mg/Ca of benthic foraminiferal *Uvigerina* spp. *Quat. Sci. Rev.*, **29**, 160–169.

Ellison, C. R. W., M. R. Chapman, and I. R. Hall, 2006: Surface and deep ocean interaction during the cold climate event 8200 years ago. *Science*, **312**, 1929–1932.

Ely, L. L., Y. Enzel, V. R. Baker, and D. R. Cayan, 1993: A 5000-year record of extreme floods and climate change in the southwestern United States. *Science*, **262**, 410–412.

Emile-Geay, J., K. M. Cobb, M. E. Mann, and A. T. Wittenberg, 2013a: Estimating central equatorial Pacific SST variability over the past millennium. Part I: Methodology and validation. *J. Clim.*, **26**, 2302–2328.

Emile-Geay, J., K. M. Cobb, M. E. Mann, and A. T. Wittenberg, 2013b: Estimating central equatorial Pacific SST variability over the past millennium. Part II: Reconstructions and implications. *J. Clim.*, **26**, 2329–2352.

England, J. H., T. R. Lakeman, D. S. Lemmen, J. M. Bednarski, T. G. Stewart, and D. J. A. Evans, 2008: A millennial-scale record of Arctic Ocean sea ice variability and the demise of the Ellesmere Island ice shelves. *Geophys. Res. Lett.*, **35**, L19502.

EPICA Community Members, 2006: One-to-one coupling of glacial climate variability in Greenland and Antarctica. *Nature*, **444**, 195–198.

Esper, J., and D. Frank, 2009: Divergence pitfalls in tree-ring research. *Clim. Change*, **94**, 261–266.

Esper, J., U. Büntgen, M. Timonen, and D. C. Frank, 2012a: Variability and extremes of northern Scandinavian summer temperatures over the past two millennia. *Global Planet. Change*, **88–89**, 1–9.

Esper, J., U. Büntgen, J. Luterbacher, and P. J. Krusic, 2013: Testing the hypothesis of globally missing rings in temperature sensitive dendrochronological data. *Dendrochronologia*, **31**, 216-222.

Esper, J., D. Frank, R. Wilson, U. Büntgen, and K. Treydte, 2007a: Uniform growth trends among central Asian low- and high-elevation juniper tree sites. *Trees*, **21**, 141–150.

Esper, J., D. Frank, U. Büntgen, A. Verstege, J. Luterbacher, and E. Xoplaki, 2007b: Long-term drought severity variations in Morocco. *Geophys. Res. Lett.*, **34**, L17702.

Esper, J., D. Frank, U. Büntgen, A. Verstege, R. M. Hantemirov, and A. V. Kirdyanov, 2010: Trends and uncertainties in Siberian indicators of 20th century warming. *Global Change Biol.*, **16**, 386–398.

Esper, J., et al., 2012b: Orbital forcing of tree-ring data. *Nature Clim. Change*, **2**, 862–866.

Etheridge, D. M., L. P. Steele, R. J. Francey, and R. L. Langenfelds, 1998: Atmospheric methane between 1000 A.D. and present: Evidence of anthropogenic emissions and climatic variability. *J. Geophys. Res.*, **103**, 15979–15993.

**5**

BLM_0150954

Etheridge, D. M., L. P. Steele, R. L. Langenfelds, R. J. Francey, J. M. Barnola, and V. I. Morgan, 1996: Natural and anthropogenic changes in atmospheric $CO_2$ over the last 1000 years from air in Antarctic ice and firn. *J. Geophys. Res.*, **101**, 4115–4128.

Euler, C., and U. S. Ninnemann, 2010: Climate and Antarctic Intermediate Water coupling during the late Holocene. *Geology*, **38**, 647–650.

Fairbanks, R. G., 1989: A 17,000 year glacio-eustatic sea level record: Influence of glacial melting rates on the Younger Dryas event and deep ocean circulation. *Nature*, **342**, 637–642.

Fan, F. X., M. E. Mann, and C. M. Ammann, 2009: Understanding changes in the Asian summer monsoon over the past millennium: Insights from a long-term coupled model simulation. *J. Clim.*, **22**, 1736–1748.

Fedorov, A. V., C. M. Brierley, K. T. Lawrence, Z. Liu, P. S. Dekens, and A. C. Ravelo, 2013: Patterns and mechanisms of early Pliocene warmth. *Nature*, **496**, 43–49.

Feng, S., and Q. Hu, 2008: How the North Atlantic Multidecadal Oscillation may have influenced the Indian summer monsoon during the past two millennia. *Geophys. Res. Lett.*, **35**, L01707.

Fernández-Donado, L., et al., 2013: Large-scale temperature response to external forcing in simulations and reconstructions of the last millennium. *Clim. Past*, **9**, 393–421.

Feulner, G., 2011: Are the most recent estimates for Maunder Minimum solar irradiance in agreement with temperature reconstructions? *Geophys. Res. Lett.*, **38**, L16706.

Fischer, H., M. Wahlen, J. Smith, D. Mastroiani, and B. Deck, 1999: Ice core records of atmospheric $CO_2$ around the last three glacial terminations. *Science*, **283**, 1712–1714.

Fischer, H., M. L. Siggaard-Andersen, U. Ruth, R. Röthlisberger, and E. Wolff, 2007: Glacial/interglacial changes in mineral dust and sea-salt records in polar ice cores: Sources, transport, and deposition. *Rev. Geophys.*, **45**, RG1002.

Fischer, N., and J. H. Jungclaus, 2010: Effects of orbital forcing on atmosphere and ocean heat transports in Holocene and Eemian climate simulations with a comprehensive Earth system model. *Clim. Past*, **6**, 155–168.

Fleitmann, D., et al., 2009: Timing and climatic impact of Greenland interstadials recorded in stalagmites from northern Turkey. *Geophys. Res. Lett.*, **36**, L19707.

Fletcher, B. J., S. J. Brentnall, C. W. Anderson, R. A. Berner, and D. J. Beerling, 2008: Atmospheric carbon dioxide linked with Mesozoic and early Cenozoic climate change. *Nature Geosci.*, **1**, 43–48.

Fletcher, W. J., and M. F. Sánchez Goñi, 2008: Orbital- and sub-orbital-scale climate impacts on vegetation of the western Mediterranean basin over the last 48,000 yr. *Quat. Res.*, **70**, 451–464.

Flückiger, J., A. Dällenbach, T. Blunier, B. Stauffer, T. F. Stocker, D. Raynaud, and J.-M. Barnola, 1999: Variations in atmospheric $N_2O$ concentration during abrupt climatic changes. *Science*, **285**, 227–230.

Flückiger, J., et al., 2002: High-resolution Holocene $N_2O$ ice core record and its relationship with $CH_4$ and $CO_2$. *Global Biogeochem. Cycles*, **16**, 1010.

Foster, G. L., 2008: Seawater pH, $pCO_2$ and $[CO_3^{2-}]$ variations in the Caribbean Sea over the last 130 kyr: a boron isotope and B/Ca study of planktic forminifera. *Earth Planet. Sci. Lett.*, **271**, 254–266.

Foster, G. L., C. H. Lear, and J. W. B. Rae, 2012: The evolution of $pCO_2$, ice volume and climate during the middle Miocene. *Earth Planet. Sci. Lett.*, **341–344**, 243–254.

Fowler, A. M., et al., 2012: Multi-centennial tree-ring record of ENSO-related activity in New Zealand. *Nature Clim. Change*, **2**, 172–176.

Frank, D. J., Esper, and E. R. Cook, 2007: Adjustment for proxy number and coherence in a large-scale temperature reconstruction. *Geophys. Res. Lett.*, **34**, L16709.

Frank, D., J. Esper, E. Zorita, and R. Wilson, 2010a: A noodle, hockey stick, and spaghetti plate: a perspective on high-resolution paleoclimatology. *Clim. Change*, **1**, 507–516.

Frank, D. C., J. Esper, C. C. Raible, U. Büntgen, V. Trouet, B. Stocker, and F. Joos, 2010b: Ensemble reconstruction constraints on the global carbon cycle sensitivity to climate. *Nature*, **463**, 527–530.

Fréchette, B., A. P. Wolfe, G. H. Miller, P. J. H. Richard, and A. de Vernal, 2006: Vegetation and climate of the last interglacial on Baffin Island, Arctic Canada. *Palaeogeogr. Palaeoclimatol. Palaeoecol.* **236**, 91–106.

Freeman, K. H., and J. M. Hayes, 1992: Fractionation of carbon isotopes by phytoplankton and estimates of ancient $CO_2$ levels. *Global Biogeochem. Cycles*, **6**, 185–198.

Funder, S., et al., 2011: A 10,000-year record of Arctic Ocean sea-ice variability—view from the beach. *Science*, **333**, 747–750.

Fyke, J., and M. Eby, 2012: Comment on "Climate sensitivity estimated from temperature reconstructions of the Last Glacial Maximum". *Science*, **337**, 1294.

Gabrielli, P., et al., 2010: A major glacial-interglacial change in aeolian dust composition inferred from Rare Earth Elements in Antarctic ice. *Quat. Sci. Rev.*, **29**, 265–273.

Gagen, M., et al., 2011: Cloud response to summer temperatures in Fennoscandia over the last thousand years. *Geophys. Res. Lett.*, **38**, L05701.

Gaiero, D. M., 2007: Dust provenance in Antarctic ice during glacial periods: From where in southern South America? *Geophys. Res. Lett.*, **34**, L17707.

Ganopolski, A., and S. Rahmstorf, 2001: Rapid changes of glacial climate simulated in a coupled climate model. *Nature*, **409**, 153–158.

Ganopolski, A., and D. M. Roche, 2009: On the nature of lead-lag relationships during glacial-interglacial climate transitions. *Quat. Sci. Rev.*, **28**, 3361–3378.

Ganopolski, A., and R. Calov, 2011: The role of orbital forcing, carbon dioxide and regolith in 100 kyr glacial cycles. *Clim. Past*, **7**, 1415–1425.

Ganopolski, A., R. Calov, and M. Claussen, 2010: Simulation of the last glacial cycle with a coupled climate ice-sheet model of intermediate complexity. *Clim. Past*, **6**, 229–244.

Gao, C., A. Robock, and C. Ammann, 2008: Volcanic forcing of climate over the past 1500 years: An improved ice core-based index for climate models. *J. Geophys. Res.*, **113**, D23111.

——, 2012: Correction to "Volcanic forcing of climate over the past 1500 years: An improved ice core-based index for climate models". *J. Geophys. Res.*, **117**, D16112.

García-Artola, A., A. Cearreta, E. Leorri, M. Irabien, and W. Blake, 2009: Las marismas costeras como archivos geológicos de las variaciones recientes en el nivel marino/Coastal salt-marshes as geological archives of recent sea level changes. *Geogaceta*, **47**, 109–112.

Garcia-Herrera, R., D. Barriopedro, E. Hernández, H. F. Diaz, R. R. Garcia, M. R. Prieto, and R. Moyano, 2008: A chronology of El Niño events from primary documentary sources in northern Peru. *J. Clim.*, **21**, 1948–1962.

Garcin, Y., et al., 2007: Solar and anthropogenic imprints on Lake Masoko (southern Tanzania) during the last 500 years. *J. Paleolimnol.*, **37**, 475–490.

Gayer, E., J. Lavé, R. Pik, and C. France-Lanord, 2006: Monsoonal forcing of Holocene glacier fluctuations in Ganesh Himal (Central Nepal) constrained by cosmogenic $^3$He exposure ages of garnets. *Earth Planet. Sci. Lett.*, **252**, 275–288.

Ge, Q.-S., J.-Y. Zheng, Z.-X. Hao, X.-M. Shao, W.-C. Wang, and J. Luterbacher, 2010: Temperature variation through 2000 years in China: an uncertainty analysis of reconstruction and regional difference. *Geophys. Res. Lett.*, **37**, L03703.

Ge, Q. S., S. B. Wang, and J. Y. Zheng, 2006: Reconstruction of temperature series in China for the last 5000 years. *Prog. Nat. Sci.*, **16**, 838–845.

Gehrels, W. R., and P. L. Woodworth, 2013: When did modern rates of sea level rise start? *Global Planet. Change*, **100**, 263–277.

Gehrels, W. R., B. W. Hayward, R. M. Newnham, and K. E. Southall, 2008: A 20th century acceleration of sea level rise in New Zealand. *Geophys. Res. Lett.*, **35**, L02717.

Gehrels, W. R., B. P. Horton, A. C. Kemp, and D. Sivan, 2011: Two millennia of sea level data: The key to predicting change. *Eos Trans. AGU*, **92**, 289–290.

Gehrels, W. R., et al., 2006: Rapid sea level rise in the North Atlantic Ocean since the first half of the nineteenth century. *The Holocene*, **16**, 949–965.

Gergis, J. L., and A. M. Fowler, 2009: A history of ENSO events since A.D. 1525: Implications for future climate change. *Clim. Change*, **92**, 343–387.

Gersonde, R., X. Crosta, A. Abelmann, and L. Armand, 2005: Sea-surface temperature and sea ice distribution of the Southern Ocean at the EPILOG Last Glacial Maximum—a circum-Antarctic view based on siliceous microfossil records. *Quat. Sci. Rev.*, **24**, 869–896.

Ghatak, D., A. Frei, G. Gong, J. Stroeve, and D. Robinson, 2010: On the emergence of an Arctic amplification signal in terrestrial Arctic snow extent. *J. Geophys. Res.*, **115**, D24105.

Giguet-Covex, C., et al., 2012: Frequency and intensity of high-altitude floods over the last 3.5 ka in northwestern French Alps (Lake Anterne). *Quat. Res.*, **77**, 12–22.

Gille, S. T., 2008: Decadal-scale temperature trends in the southern hemisphere ocean. *J. Clim.*, **21**, 4749–4765.

Gillett, N., T. Kell, and P. Jones, 2006: Regional climate impacts of the Southern Annular Mode. *Geophys. Res. Lett.*, **33**, L23704.

Gillett, N., et al., 2008: Attribution of polar warming to human influence. *Nature Geosci.*, **1**, 750–754.

Gladstone, R. M., et al., 2005: Mid-Holocene NAO: A PMIP2 model intercomparison. *Geophys. Res. Lett.*, **32**, L16707.

BLM_0150955

Goehring, B. M., et al., 2011: The Rhone Glacier was smaller than today for most of the Holocene. *Geology*, **39**, 679–682.

Goldewijk, K. K., 2001: Estimating global land use change over the past 300 years: The HYDE Database. *Global Biogeochem. Cycles*, **15**, 417–433.

González-Rouco, F., H. von Storch, and E. Zorita, 2003: Deep soil temperature as proxy for surface air-temperature in a coupled model simulation of the last thousand years. *Geophys. Res. Lett.*, **30**, 2116.

González-Rouco, J. F., H. Beltrami, E. Zorita, and H. von Storch, 2006: Simulation and inversion of borehole temperature profiles in surrogate climates: Spatial distribution and surface coupling. *Geophys. Res. Lett.*, **33**, L01703.

González, C., and L. Dupont, 2009: Tropical salt marsh succession as sea level indicator during Heinrich events. *Quat. Sci. Rev.*, **28**, 939–946.

González, J. L., and T. E. Törnqvist, 2009: A new Late Holocene sea level record from the Mississippi Delta: evidence for a climate/sea level connection? *Quat. Sci. Rev.*, **28**, 1737–1749.

Goodwin, I. D., and N. Harvey, 2008: Subtropical sea level history from coral microatolls in the Southern Cook Islands, since 300 AD. *Mar. Geol.*, **253**, 14–25.

Goosse, H., J. Guiot, M. E. Mann, S. Dubinkina, and Y. Sallaz-Damaz, 2012a: The medieval climate anomaly in Europe: Comparison of the summer and annual mean signals in two reconstructions and in simulations with data assimilation. *Global Planet. Change*, **84–85**, 35–47.

Goosse, H., et al., 2012b: The role of forcing and internal dynamics in explaining the "Medieval Climate Anomaly". *Clim. Dyn.*, **39**, 2847–2866.

Goosse, H., et al., 2012c: Antarctic temperature changes during the last millennium: evaluation of simulations and reconstructions. *Quat. Sci. Rev.*, **55**, 75–90.

Govin, A., et al., 2012: Persistent influence of ice sheet melting on high northern latitude climate during the early Last Interglacial. *Clim. Past*, **8**, 483–507.

Grachev, A. M., E. J. Brook, J. P. Severinghaus, and N. G. Pisias, 2009: Relative timing and variability of atmospheric methane and GISP2 oxygen isotopes between 68 and 86 ka. *Global Biogeochem. Cycles*, **23**, GB2009.

Graham, N., C. Ammann, D. Fleitmann, K. Cobb, and J. Luterbacher, 2011: Support for global climate reorganization during the "Medieval Climate Anomaly". *Clim. Dyn.*, **37**, 1217–1245.

Grant, K. M., et al., 2012: Rapid coupling between ice volume and polar temperature over the past 150,000 years. *Nature*, **491**, 744–747.

Graversen, R. G., and M. H. Wang, 2009: Polar amplification in a coupled climate model with locked albedo. *Clim. Dyn.*, **33**, 629–643.

Gray, S. T., L. J. Graumlich, J. L. Betancourt, and G. T. Pederson, 2004: A tree-ring based reconstruction of the Atlantic Multidecadal Oscillation since 1567 A.D. *Geophys. Res. Lett.*, **31**, L12205.

Greenwood, D. R., M. J. Scarr, and D. C. Christophel, 2003: Leaf stomatal frequency in the Australian tropical rainforest tree *Neolitsea dealbata* (Lauraceae) as a proxy measure of atmospheric $pCO_2$. *Palaeogeogr. Palaeoclimatol. Palaeoecol.*, **196**, 375–393.

Gregoire, L. J., A. J. Payne, and P. J. Valdes, 2012: Deglacial rapid sea level rises caused by ice-sheet saddle collapses. *Nature*, **487**, 219–222.

Gregory, J. M., and P. Huybrechts, 2006: Ice-sheet contributions to future sea level change. *Philos. Trans. R. Soc. A*, **364**, 1709–1732.

Grichuk, V. P., 1985: Reconstructed climatic indexes by means of floristic data and an estimation of their accuracy. In *Metody reconstruktsii paleoklimatov* [A. A. Velichko and Y. Y. Gurtovaya (eds.)]. Nauka-press, St. Petersburg, Russian Federation, pp. 20–28 (in Russian).

Grützner, J., and S. M. Higgins, 2010: Threshold behavior of millennial scale variability in deep water hydrography inferred from a 1.1 Ma long record of sediment provenance at the southern Gardar Drift. *Paleoceanography*, **25**, PA4204.

Haigh, J. D., 1996: The impact of solar variability on climate. *Science*, **272**, 981–984.

Haigh, J. D., A. R. Winning, R. Toumi, and J. W. Harder, 2010: An influence of solar spectral variations on radiative forcing of climate. *Nature*, **467**, 696–699.

Hald, M., et al., 2007: Variations in temperature and extent of Atlantic Water in the northern North Atlantic during the Holocene. *Quat. Sci. Rev.*, **26**, 3423–3440.

Hall, B. L., I. Koffman, and G. H. Denton, 2010: Reduced ice extent on the western Antarctic Peninsula at 700–970 cal. yr B.P. *Geology*, **38**, 635–638.

Hall, I. R., S. B. Moran, R. Zahn, P. C. Knutz, C. C. Shen, and R. L. Edwards, 2006: Accelerated drawdown of meridional overturning in the late-glacial Atlantic triggered by transient pre-H event freshwater perturbation. *Geophys. Res. Lett.*, **33**, L16616.

Handorf, D., K. Dethloff, A. G. Marshall, and A. Lynch, 2009: Climate regime variability for past and present time slices simulated by the Fast Ocean Atmosphere Model. *J. Clim.*, **22**, 58–70.

Hanebuth, T. J. J., H. K. Voris, Y. Yokoyama, Y. Saito, and J. i. Okuno, 2011: Formation and fate of sedimentary depocentres on Southeast Asia's Sunda Shelf over the past sea level cycle and biogeographic implications. *Earth Sci Rev.*, **104**, 92–110.

Hanhijärvi, S., M. P. Tingley, and A. Korhola, 2013: Pairwise comparisons to reconstruct mean temperature in the Arctic Atlantic Region over the last 2,000 years. *Clim. Dyn.*, **41**, 2039-2060.

Hansen, J., and M. Sato, 2004: Greenhouse gas growth rates. *Proc. Natl. Acad. Sci. U.S.A.*, **101**, 16109–16114.

Hansen, J., et al., 2008: Target atmospheric $CO_2$: Where should humanity aim? *Open Atmos. Sci. J.*, **2**, 217–231.

Harada, N., M. Sato, and T. Sakamoto, 2008: Freshwater impacts recorded in tetraunsaturated alkenones and alkenone sea surface temperatures from the Okhotsk Sea across millennial-scale cycles. *Paleoceanography*, **23**, PA3201.

Harada, N., K. Kimoto, Y. Okazaki, K. Nagashima, A. Timmermann, and A. Abe-Ouchi, 2009: Millennial time scale changes in surface to intermediate-deep layer circulation recorded in sediment cores from the northwestern North Pacific. *Quat. Res.* (*Daiyonki-Kenkyu*), **48**, 179–194.

Harada, N., et al., 2012: Sea surface temperature changes in the Okhotsk Sea and adjacent North Pacific during the last glacial maximum and deglaciation. *Deep-Sea Res. Pt. II*, **61–64**, 93–105.

Harden, T. M., J. E. O'Connor, D. G. Driscoll, and J. F. Stamm, 2011: Flood-frequency analyses from paleoflood investigations for Spring, Rapid, Boxelder, and Elk Creeks, Black Hills, western South Dakota. *U.S. Geological Survey Scientific Investigations Report 2011–5131*, 136 pp.

Harder, J.W., J. M. Fontenla, P. Pilewskie, E. C. Richard, and T. N. Woods, 2009: Trends in solar spectral irradiance variability in the visible and infrared. *Geophys. Res. Lett.*, **36**, L07801.

Hargreaves, J., A. Abe-Ouchi, and J. Annan, 2007: Linking glacial and future climates through an ensemble of GCM simulations. *Clim. Past*, **3**, 77–87.

Hargreaves, J. C., J. D. Annan, M. Yoshimori, and A. Abe-Ouchi, 2012: Can the Last Glacial Maximum constrain climate sensitivity? *Geophys. Res. Lett.*, **39**, L24702.

Hawkins, E., R. S. Smith, L. C. Allison, J. M. Gregory, T. J. Woollings, H. Pohlmann, and B. de Cuevas, 2011: Bistability of the Atlantic overturning circulation in a global climate model and links to ocean freshwater transport. *Geophys. Res. Lett.*, **38**, L10605.

Haywood, A. M., P. J. Valdes, and V. L. Peck, 2007: A permanent El Niño-like state during the Pliocene? *Paleoceanography*, **22**, PA1213.

Haywood, A. M., et al., 2013: Large-scale features of Pliocene climate: results from the Pliocene Model Intercomparison Project. *Clim. Past*, **9**, 191–209.

Hearty, P. J., J. T. Hollin, A. C. Neumann, M. J. O'Leary, and M. McCulloch, 2007: Global sea level fluctuations during the Last Interglaciation (MIS 5e). *Quat. Sci. Rev.*, **26**, 2090–2112.

Hegerl, G., T. Crowley, W. Hyde, and D. Frame, 2006: Climate sensitivity constrained by temperature reconstructions over the past seven centuries. *Nature*, **440**, 1029–1032.

Hegerl, G. C., T. J. Crowley, M. Allen, W. T. Hyde, H. N. Pollack, J. Smerdon, and E. Zorita, 2007: Detection of human influence on a new, validated 1500–year temperature reconstruction. *J. Clim.*, **20**, 650–666.

Helama, S., J. Merilainen, and H. Tuomenvirta, 2009: Multicentennial megadrought in northern Europe coincided with a global El Niño–Southern Oscillation drought pattern during the Medieval Climate Anomaly. *Geology*, **37**, 175–178.

Helama, S., M. M. Fauria, K. Mielikäinen, M. Timonen, and M. Eronen, 2010: Sub-Milankovitch solar forcing of past climates: mid and late Holocene perspectives. *Geol. Soc. Am. Bull.*, **122**, 1981–1988.

Hély, C., P. Braconnot, J. Watrin, and W. Zheng, 2009: Climate and vegetation: Simulating the African humid period. *C. R. Geosci.*, **341**, 671–688.

Hemming, S. R., 2004: Heinrich events: Massive late Pleistocene detritus layers of the North Atlantic and their global climate imprint. *Rev. Geophys.*, **42**, RG1005.

Henderiks, J., and M. Pagani, 2007: Refining ancient carbon dioxide estimates: Significance of coccolithophore cell size for alkenone-based $pCO_2$ records. *Paleoceanography*, **22**, PA3202.

Herbert, T. D., L. C. Peterson, K. T. Lawrence, and Z. Liu, 2010: Tropical ocean temperatures over the past 3.5 million years. *Science*, **328**, 1530–1534.

Hereid, K. A., T. M. Quinn, F. W. Taylor, C.-C. Shen, R. L. Edwards, and H. Cheng, 2013: Coral record of reduced El Niño activity in the early 15th to middle 17th century. *Geology*, **41**, 51–54.

Herold, N., Q. Z. Yin, M. P. Karami, and A. Berger, 2012: Modeling the diversity of the warm interglacials. *Clim. Dyn.*, **56**, 126–141.

BLM_0150956

Herrington, A., and C. Poulsen, 2012: Terminating the Last Interglacial: the role of ice sheet-climate feedbacks in a GCM asynchronously coupled to an Ice Sheet Model. *J. Clim.*, 25, 1871–1882.

Hesse, T., M. Butzin, T. Bickert, and G. Lohmann, 2011: A model-data comparison of δ$^{13}$C in the glacial Atlantic Ocean. *Paleoceanography*, 26, PA3220.

Heusser, C. J., and L. E. Heusser, 1990: Long continental pollen sequence from Washington State (U.S.A.): Correlation of upper levels with marine pollen-oxygen isotope stratigraphy through substage 5e. *Palaeogeogr. Palaeoclimatol. Palaeoecol.*, 79, 63–71.

Heyman, J., A. P. Stroeven, J. M. Harbor, and M. W. Caffee, 2011: Too young or too old: evaluating cosmogenic exposure dating based on an analysis of compiled boulder exposure ages. *Earth Planet. Sci. Lett.*, 302, 71–80.

Higginson, M. J., M. A. Altabet, D. W. Murray, R. W. Murray, and T. D. Herbert, 2004: Geochemical evidence for abrupt changes in relative strength of the Arabian monsoons during a stadial/interstadial climate transition. *Geochim Cosmochim. Acta*, 68, 3807–3826.

Hijma, M. P., and K. M. Cohen, 2010: Timing and magnitude of the sea level jump preluding the 8200 yr event. *Geology*, 38, 275–278.

Hill, D. J., A. M. Dolan, A. M. Haywood, S. J. Hunter, and D. K. Stoll, 2010: Sensitivity of the Greenland Ice Sheet to Pliocene sea surface temperatures. *Stratigraphy*, 7, 111 – 122.

Hind, A., and A. Moberg, 2012: Past millennial solar forcing magnitude: A statistical hemispheric-scale climate model versus proxy data comparison. *Clim. Dyn.*, doi:10.1007/s00382–012–1526–6, *published online 22 September 2012.*

Hodell, D. A., H. F. Evans, J. E. T. Channell, and J. H. Curtis, 2010: Phase relationships of North Atlantic ice-rafted debris and surface-deep climate proxies during the last glacial period. *Quat. Sci. Rev.*, 29, 3875–3886.

Hodgson, D. A., 2011: First synchronous retreat of ice shelves marks a new phase of polar deglaciation. *Proc. Natl. Acad. Sci. U.S.A.*, 108, 18859–18860.

Hofer, D., C. Raible, and T. Stocker, 2011: Variations of the Atlantic Meridional circulation in control and transient simulations of the last millennium. *Clim. Past*, 7, 133–150.

Hofer, D., C. C. Raible, N. Merz, A. Dehnert, and J. Kuhlemann, 2013: Simulated winter circulation types in the North Atlantic and European region for preindustrial and glacial conditions. *Geophys. Res. Lett.*, 39, L15805.

Holden, P., N. Edwards, K. Oliver, T. Lenton, and R. Wilkinson, 2010a: A probabilistic calibration of climate sensitivity and terrestrial carbon change in GENIE-1. *Clim. Dyn.*, 35, 785–806.

Holden, P. B., N. R. Edwards, E. W. Wolff, N. J. Lang, J. S. Singarayer, P. J. Valdes, and T. F. Stocker, 2010b: Interhemispheric coupling, the West Antarctic Ice Sheet and warm Antarctic interglacials. *Clim. Past*, 6, 431–443.

Hollis, C. J., et al., 2012: Early Paleogene temperature history of the Southwestern Pacific Ocean: reconciling proxies and models. *Earth Planet. Sci. Lett.*, 349–350, 53–66.

Holmes, J. A., E. R. Cook, and B. Yang, 2009: Climate change over the past 2000 years in Western China. *Quaternary International*, 194, 91–107.

Holz, A., and T. T. Veblen, 2011: Variability in the Southern Annular Mode determines wildfire activity in Patagonia. *Geophys. Res. Lett.*, 38, L14710.

Holzhauser, H., M. Magny, and H. J. Zumbühl, 2005: Glacier and lake-level variations in west-central Europe over the last 3500 years. *Holocene*, 15, 789–801.

Hönisch, B., and N. G. Hemming, 2005: Surface ocean pH response to variations in pCO₂ through two full glacial cycles. *Earth Planet. Sci. Lett.*, 236, 305–314.

Hönisch, B., N. G. Hemming, D. Archer, M. Siddall, and J. F. McManus, 2009: Atmospheric carbon dioxide concentration across the Mid-Pleistocene transition. *Science*, 324, 1551–1554.

Horton, B., and R. Edwards, 2006: Quantifying Holocene Sea Level Change Using Intertidal Foraminifera: Lessons from the British Isles. *Journal of Foraminiferal Research, Special publication* 40, 1–97.

Hu, A. X., et al., 2012: Role of the Bering Strait on the hysteresis of the ocean conveyor belt circulation and glacial climate stability. *Proc. Natl. Acad. Sci. U.S.A.*, 109, 6417–6422.

Hu, C., G. M. Henderson, J. Huang, S. Xie, Y. Sun, and K. R. Johnson, 2008: Quantification of Holocene Asian monsoon rainfall from spatially separated cave records. *Earth Planet. Sci. Lett.*, 266, 221–232.

Huang, C. C., J. Pang, X. Zha, Y. Zhou, H. Su, H. Wan, and B. Ge, 2012: Sedimentary records of extraordinary floods at the ending of the mid-Holocene climatic optimum along the Upper Weihe River, China. *Holocene*, 22, 675–686.

Huber, C., et al., 2006: Isotope calibrated Greenland temperature record over Marine Isotope Stage 3 and its relation to CH₄. *Earth Planet. Sci. Lett.*, 243, 504–519.

Huber, M., and R. Caballero, 2011: The early Eocene equable climate problem revisited. *Clim. Past*, 7, 603–633.

Hughes, A. L. C., E. Rainsley, T. Murray, C. J. Fogwill, C. Schnabel, and S. Xu, 2012: Rapid response of Helheim Glacier, southeast Greenland, to early Holocene climate warming. *Geology*, 40, 427–430.

Hughes, M. K., and C. M. Ammann, 2009: The future of the past—an Earth system framework for high resolution paleoclimatology: editorial essay. *Clim. Change*, 94, 247–259.

Humlum, O., B. Elberling, A. Hormes, K. Fjordheim, O. H. Hansen, and J. Heinemeier, 2005: Late-Holocene glacier growth in Svalbard, documented by subglacial relict vegetation and living soil microbes. *Holocene*, 15, 396–407.

Hurtt, G. C., et al., 2006: The underpinnings of land-use history: three centuries of global gridded land-use transitions, wood-harvest activity, and resulting secondary lands. *Global Change Biol.*, 12, 1208–1229.

Huybers, P., 2011: Combined obliquity and precession pacing of Late Pleistocene deglaciations. *Nature*, 480, 229–232.

Israelson, C., and B. Wohlfarth, 1999: Timing of the last-interglacial high sea level on the Seychelles Islands, Indian Ocean. *Quat. Res.*, 51, 306–316.

Itambi, A. C., T. von Dobeneck, S. Mulitza, T. Bickert, and D. Heslop, 2009: Millennial-scale northwest African droughts related to Heinrich events and Dansgaard-Oeschger cycles: Evidence in marine sediments from offshore Senegal. *Paleoceanography*, 24, PA1205.

Ivanochko, T. S., R. S. Ganeshram, G.-J. A. Brummer, G. Ganssen, S. J. A. Jung, S. G. Moreton, and D. Kroon, 2005: Variations in tropical convection as an amplifier of global climate change at the millennial scale. *Earth Planet. Sci. Lett.*, 235, 302–314.

Ivy-Ochs, S., H. Kerschner, M. Maisch, M. Christl, P. W. Kubik, and C. Schlüchter, 2009: Latest Pleistocene and Holocene glacier variations in the European Alps. *Quat. Sci. Rev.*, 28, 2137–2149.

Izumi, K., P. J. Bartlein, and S. P. Harrison, 2013: Consistent large-scale temperature responses in warm and cold climates. *Geophys. Res. Lett.*, 40, 1817-1823.

Jaccard, S. L., E. D. Galbraith, D. M. Sigman, and G. H. Haug, 2010: A pervasive link between Antarctic ice core and subarctic Pacific sediment records over the past 800 kyrs. *Quat. Sci. Rev.*, 29, 206–212.

Jansen, E., et al., 2007: Palaeoclimate. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)] Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 433–497.

Jevrejeva, S., J. C. Moore, A. Grinsted, and P. L. Woodworth, 2008: Recent global sea level acceleration started over 200 years ago? *Geophys. Res. Lett.*, 35, L08715.

Joerin, U. E., K. Nicolussi, A. Fischer, T. F. Stocker, and C. Schlüchter, 2008: Holocene optimum events inferred from subglacial sediments at Tschierva Glacier, Eastern Swiss Alps. *Quat. Sci. Rev.*, 27, 337–350.

Johns, T. C., et al., 2003: Anthropogenic climate change for 1860 to 2100 simulated with the HadCM3 model under updated emissions scenarios. *Clim. Dyn.*, 20, 583–612.

Johnsen, S. J., D. Dahl-Jensen, W. Dansgaard, and N. Gundestrup, 1995: Greenland palaeotemperatures derived from GRIP bore hole temperature and ice core isotope profiles. *Tellus B*, 47, 624–629.

Johnson, K., and D. J. Smith, 2012: Dendroglaciological reconstruction of late-Holocene glacier activity at White and South Flat glaciers, Boundary Range, northern British Columbia Coast Mountains, Canada. *Holocene*, 22, 987–995.

Jomelli, V., V. Favier, A. Rabatel, D. Brunstein, G. Hoffmann, and B. Francou, 2009: Fluctuations of glaciers in the tropical Andes over the last millennium and palaeoclimatic implications: A review. *Palaeogeogr. Palaeoclimatol. Palaeoecol.* 281, 269–282.

Jones, P. D., D. H. Lister, T. J. Osborn, C. Harpham, M. Salmon, and C. P. Morice, 2012: Hemispheric and large-scale land-surface air temperature variations: An extensive revision and an update to 2010. *J. Geophys. Res.*, 117, D05127.

Jones, P. D., et al., 2009: High-resolution palaeoclimatology of the last millennium: A review of current status and future prospects. *Holocene*, 19, 3–49.

Joos, F., and R. Spahni, 2008: Rates of change in natural and anthropogenic radiative forcing over the past 20,000 years. *Proc. Natl. Acad. Sci. U.S.A.*, 105, 1425–1430.

Joos, F., et al., 2001: Global warming feedbacks on terrestrial carbon uptake under the Intergovernmental Panel on Climate Change (IPCC) Emission Scenarios. *Global Biogeochem. Cycles*, 15, 891–907.

**5**

BLM_0150957

Joshi, M. M., and G. S. Jones, 2009: The climatic effects of the direct injection of water vapour into the stratosphere by large volcanic eruptions. *Atmos. Chem. Phys.*, **9**, 6109–6118.

Joughin, I., and R. B. Alley, 2011: Stability of the West Antarctic ice sheet in a warming world. *Nature Geosci.*, **4**, 506–513.

Jouzel, J., et al., 2007: Orbital and millennial Antarctic climate variability over the past 800,000 years. *Science*, **317**, 793–796.

Juckes, M. N., et al., 2007: Millennial temperature reconstruction intercomparison and evaluation. *Clim. Past*, **3**, 591–609.

Jungclaus, J. H., et al., 2010: Climate and carbon-cycle variability over the last millennium. *Clim. Past*, **6**, 723–737.

Justino, F., and W. R. Peltier, 2005: The glacial North Atlantic Oscillation. *Geophys. Res. Lett.*, **32**, L21803.

Justino, F., and W. R. Peltier, 2008: Climate anomalies induced by the arctic and antarctic oscillations: glacial maximum and present-day perspectives. *J. Clim.*, **21**, 459–475.

Justwan, A., and N. Koç, 2008: A diatom based transfer function for reconstructing sea ice concentrations in the North Atlantic. *Mar. Micropaleontol.*, **66**, 264–278.

Kageyama, M., A. Paul, D. M. Roche, and C. J. Van Meerbeeck, 2010: Modelling glacial climatic millennial-scale variability related to changes in the Atlantic meridional overturning circulation: a review. *Quat. Sci. Rev.*, **29**, 2931–2956.

Kageyama, M., et al., 2013: Climatic impacts of fresh water hosing under Last Glacial Maximum conditions: a multi-model study. *Clim. Past*, **9**, 935–953.

Kaiser, J., E. Schefuß, F. Lamy, M. Mohtadi, and D. Hebbeln, 2008: Glacial to Holocene changes in sea surface temperature and coastal vegetation in north central Chile: high versus low latitude forcing. *Quat. Sci. Rev.*, **27**, 2064–2075.

Kale, V. S., 2008: Palaeoflood hydrology in the Indian context. *J. Geol. Soc. India*, **71**, 56–66.

Kanner, L. C., S. J. Burns, H. Cheng, and R. L. Edwards, 2012: High-latitude forcing of the South American Summer Monsoon during the Last Glacial. *Science*, **335**, 570–573.

Kaplan, J. O., K. M. Krumhardt, E. C. Ellis, W. F. Ruddiman, C. Lemmen, and K. K. Goldewijk, 2011: Holocene carbon emissions as a result of anthropogenic land cover change. *Holocene*, **21**, 775–791.

Kaplan, M. R., et al., 2010: Glacier retreat in New Zealand during the Younger Dryas stadial. *Nature*, **467**, 194–197.

Kaufman, D. S., et al., 2009: Recent warming reverses long-term Arctic cooling. *Science*, **325**, 1236–1239.

Kawamura, K., et al., 2007: Northern Hemisphere forcing of climatic cycles in Antarctica over the past 360,000 years. *Nature*, **448**, 912–916.

Kemp, A. C., B. P. Horton, J. P. Donnelly, M. E. Mann, M. Vermeer, and S. Rahmstorf, 2011: Climate related sea level variations over the past two millennia. *Proc. Natl. Acad. Sci. U.S.A.*, **108**, 11017–11022.

Kemp, A. C., et al., 2009: Timing and magnitude of recent accelerated sea level rise (North Carolina, United States). *Geology*, **37**, 1035–1038.

Kienast, F., et al., 2011: Paleontological records indicate the occurrence of open woodlands in a dry inland climate at the present-day Arctic coast in western Beringia during the Last Interglacial. *Quat. Sci. Rev.*, **30**, 2134–2159.

Kilbourne, K. H., T. M. Quinn, R. Webb, T. Guilderson, J. Nyberg, and A. Winter, 2008: Paleoclimate proxy perspective on Caribbean climate since the year 1751: Evidence of cooler temperatures and multidecadal variability. *Paleoceanography*, **23**, PA3220.

Kilfeather, A. A., C. Ó Cofaigh, J. M. Lloyd, J. A. Dowdeswell, S. Xu, and S. G. Moreton, 2011: Ice-stream retreat and ice-shelf history in Marguerite Trough, Antarctic Peninsula: Sedimentological and foraminiferal signatures. *Geol. Soc. Am. Bull.*, **123**, 997–1015.

Kim, S. J., et al., 2010: Climate response over Asia/Arctic to change in orbital parameters for the last interglacial maximum. *Geosci. J.*, **14**, 173–190.

Kinnard, C., C. M. Zdanowicz, R. M. Koerner, and D. A. Fisher, 2008: A changing Arctic seasonal ice zone: Observations from 1870–2003 and possible oceanographic consequences. *Geophys. Res. Lett.*, **35**, L02507.

Kinnard, C., C. M. Zdanowicz, D. A. Fisher, E. Isaksson, A. de Vernal, and L. G. Thompson, 2011: Reconstructed changes in Arctic sea ice over the past 1,450 years. *Nature*, **479**, 509–512.

Kirkbride, M. P., and S. Winkler, 2012: Correlation of Late Quaternary moraines: Impact of climate variability, glacier response, and chronological resolution. *Quat. Sci. Rev.*, **46**, 1–29.

Kirshner, A. E., J. B. Anderson, M. Jakobsson, M. O'Regan, W. Majewski, and F. O. Nitsche, 2012: Post-LGM deglaciation in Pine Island Bay, West Antarctica. *Quat. Sci. Rev.*, **38**, 11–26.

Kissel, C., C. Laj, A. M. Piotrowski, S. L. Goldstein, and S. R. Hemming, 2008: Millennial-scale propagation of Atlantic deep waters to the glacial Southern Ocean. *Paleoceanography*, **23**, PA2102.

Kleiven, H. F., E. Jansen, T. Fronval, and T. M. Smith, 2002: Intensification of Northern Hemisphere glaciations in the circum Atlantic region (3.5–2.4 Ma)—ice-rafted detritus evidence. *Palaeogeogr. Palaeoclimatol. Palaeoecol.*, **184**, 213–223.

Kleiven, H. F., I. R. Hall, I. N. McCave, G. Knorr, and E. Jansen, 2011: Coupled deep-water flow and climate variability in the middle Pleistocene North Atlantic. *Geology*, **39**, 343–346.

Kleiven, H. F., C. Kissel, C. Laj, U. S. Ninnemann, T. O. Richter, and E. Cortijo, 2008: Reduced North Atlantic Deep Water coeval with the glacial Lake Agassiz freshwater outburst. *Science*, **319**, 60–64.

Klotz, S., J. Guiot, and V. Mosbrugger, 2003: Continental European Eemian and early Würmian climate evolution: comparing signals using different quantitative reconstruction approaches based on pollen. *Global Planet. Change*, **36**, 277–294.

Knight, J. R., R. J. Allan, C. K. Folland, M. Vellinga, and M. E. Mann, 2005: A signature of persistent natural thermohaline circulation cycles in observed climate. *Geophys. Res. Lett.*, **32**, L20708.

Knudsen, M. F., M.-S. Seidenkrantz, B. H. Jacobsen, and A. Kuijpers, 2011: Tracking the Atlantic Multidecadal Oscillation through the last 8,000 years. *Nature Commun.*, **2**, 178.

Kobashi, T., J. P. Severinghaus, J. M. Barnola, K. Kawamura, T. Carter, and T. Nakaegawa, 2010: Persistent multi-decadal Greenland temperature fluctuation through the last millennium. *Clim. Change*, **100**, 733–756.

Kobashi, T., et al., 2011: High variability of Greenland surface temperature over the past 4000 years estimated from trapped air in an ice core. *Geophys. Res. Lett.*, **38**, L21501.

Koch, J., and J. Clague, 2011: Extensive glaciers in northwest North America during medieval time. *Clim. Change*, **107**, 593–613.

Koch, P. L., J. C. Zachos, and P. D. Gingerich, 1992: Correlation between isotope records in marine and continental carbon reservoirs near the Palaeocene/Eocene boundary. *Nature*, **358**, 319–322.

Koenig, S. J., R. M. DeConto, and D. Pollard, 2011: Late Pliocene to Pleistocene sensitivity of the Greenland Ice Sheet in response to external forcing and internal feedbacks. *Clim. Dyn.*, **37**, 1247–1268.

Kohfeld, K. E., R. M. Graham, A. M. de Boer, L. C. Sime, E. W. Wolff, C. Le Quéré, and L. Bopp, 2013: Southern hemisphere westerly wind changes during the Last Glacial Maximum: paleo-data synthesis. *Quat. Sci. Rev.*, **68**, 76–95.

Köhler, P., G. Knorr, D. Buiron, A. Lourantou, and J. Chappellaz, 2011: Abrupt rise in atmospheric $CO_2$ at the onset of the Bølling/Allerød: in-situ ice core data versus true atmospheric signals. *Clim. Past*, **7**, 473–486.

Köhler, P., R. Bintanja, H. Fischer, F. Joos, R. Knutti, G. Lohmann, and V. Masson-Delmotte, 2010: What caused Earth's temperature variations during the last 800,000 years? Data-based evidence on radiative forcing and constraints on climate sensitivity. *Quat. Sci. Rev.*, **29**, 129–145.

Kopp, R. E., F. J. Simons, J. X. Mitrovica, A. C. Maloof, and M. Oppenheimer, 2009: Probabilistic assessment of sea level during the last interglacial stage. *Nature*, **462**, 863–867.

Kopp, R. E., F. J. Simons, J. X. Mitrovica, A. C. Maloof, and M. Oppenheimer, 2013: A probabilistic assessment of sea level variations within the last interglacial stage. *Geophys. J. Int.*, **193**, 711–716.

Koutavas, A., and J. P. Sachs, 2008: Northern timing of deglaciation in the eastern equatorial Pacific from alkenone paleothermometry. *Paleoceanography*, **23**, PA4205.

Koutavas, A., and S. Joanides, 2012: El Niño-Southern Oscillation extrema in the Holocene and Last Glacial Maximum. *Paleoceanography*, **27**, PA4208.

Kravitz, B., and A. Robock, 2011: Climate effects of high-latitude volcanic eruptions: Role of the time of year. *J. Geophys. Res.*, **116**, D01105.

Krebs, U., and A. Timmermann, 2007: Tropical air-sea interactions accelerate the recovery of the Atlantic Meridional Overturning Circulation after a major shutdown. *J. Clim.*, **20**, 4940–4956.

Krivova, N., and S. Solanki, 2008: Models of solar irradiance variations: Current status. *J. Astrophys. Astron.*, **29**, 151–158.

**5**

BLM_0150958

Krivova, N., L. Balmaceda, and S. Solanki, 2007: Reconstruction of solar total irradiance since 1700 from the surface magnetic flux. *Astron. Astrophys.*, **467**, 335–346.

Krivova, N., S. Solanki, and Y. Unruh, 2011: Towards a long-term record of solar total and spectral irradiance. *J. Atmos. Solar-Terres. Phys.*, **73**, 223–234.

Kühl, N., 2003: *Die Bestimmung botanisch-klimatologischer Transferfunktionen und die Rekonstruktion des bodennahen Klimazustandes in Europa während der Eem-Warmzeit.* Vol. 375, Dissertationes Botanicae, Cramer, Berlin, 149 pp.

Kürschner, W. M., 1996: Leaf stomata as biosensors of paleoatmospheric $CO_2$ levels. *LPP Contributions Series*, **5**, 1–153.

Kürschner, W. M., Z. Kvaček, and D. L. Dilcher, 2008: The impact of Miocene atmospheric carbon dioxide fluctuations on climate and the evolution of terrestrial ecosystems. *Proc. Natl. Acad. Sci. U.S.A.*, **105**, 449–453.

Kürschner, W. M., F. Wagner, D. L. Dilcher, and H. Visscher, 2001: Using fossil leaves for the reconstruction of Cenozoic paleoatmospheric $CO_2$ concentrations. In: *Geological Perspectives of Global Climate Change: APPG Studies in Geology 47*, Tulsa, [L. C. Gerhard, W. E. Harrison, and B. M. Hanson (eds.)]. The American Association of Petroleum Geologists, pp. 169–189.

Küttel, M., et al., 2010: The importance of ship log data: Reconstructing North Atlantic, European and Mediterranean sea level pressure fields back to 1750. *Clim. Dyn.*, **34**, 1115–1128.

Kutzbach, J. E., X. D. Liu, Z. Y. Liu, and G. S. Chen, 2008: Simulation of the evolutionary response of global summer monsoons to orbital forcing over the past 280,000 years. *Clim. Dyn.*, **30**, 567–579.

Kutzbach, J. E., S. J. Vavrus, W. F. Ruddiman, and G. Philippon-Berthier, 2011: Comparisons of atmosphere–ocean simulations of greenhouse gas-induced climate change for pre-industrial and hypothetical 'no-anthropogenic' radiative forcing, relative to present day. *Holocene*, **21**, 793–801.

Laborel, J., C. Morhange, R. Lafont, J. Le Campion, F. Laborel-Deguen, and S. Sartoretto, 1994: Biological evidence of sea level rise during the last 4500 years on the rocky coasts of continental southwestern France and Corsica. *Mar. Geol.*, **120**, 203–223.

Lainé, A., et al., 2009: Northern hemisphere storm tracks during the last glacial maximum in the PMIP2 ocean-atmosphere coupled models: Energetic study, seasonal cycle, precipitation. *Clim. Dyn.*, **32**, 593–614.

Laird, K. R., et al., 2012: Expanded spatial extent of the Medieval Climate Anomaly revealed in lake-sediment records across the boreal region in northwest Ontario. *Global Change Biol.*, **18**, 2869–2881.

Lamarque, J. F., et al., 2010: Historical (1850–2000) gridded anthropogenic and biomass burning emissions of reactive gases and aerosols: methodology and application. *Atmos. Chem. Phys.*, **10**, 7017–7039.

Lambeck, K., and E. Bard, 2000: Sea level change along the French Mediterranean coast for the past 30 000 years. *Earth Planet. Sci. Lett.*, **175**, 203–222.

Lambeck, K., Y. Yokoyama, and T. Purcell, 2002a: Into and out of the Last Glacial Maximum: sea level change during oxygen isotope stages 3 and 2. *Quat. Sci. Rev.*, **21**, 343–360.

Lambeck, K., T. Esat, and E. Potter, 2002b: Links between climate and sea levels for the past three million years. *Nature*, **419**, 199–206.

Lambeck, K., A. Purcell, and A. Dutton, 2012: The anatomy of interglacial sea levels: The relationship between sea levels and ice volumes during the Last Interglacial. *Earth Planet. Sci. Lett.*, **315–316**, 4–11.

Lambeck, K., F. Antonioli, A. Purcell, and S. Silenzi, 2004a: Sea level change along the Italian coast for the past 10,000 yr. *Quat. Sci. Rev.*, **23**, 1567–1598.

Lambeck, K., M. Anzidei, F. Antonioli, A. Benini, and A. Esposito, 2004b: Sea level in Roman time in the Central Mediterranean and implications for recent change. *Earth Planet. Sci. Lett.*, **224**, 563–575.

Lambeck, K., A. Purcell, S. Funder, K. H. Kjær, E. Larsen, and P. E. R. Moller, 2006: Constraints on the late Saalian to early middle Weichselian ice sheet of Eurasia from field data and rebound modelling. *Boreas*, **35**, 539–575.

Lambeck, K., C. D. Woodroffe, F. Antonioli, M. Anzidei, W. R. Gehrels, J. Laborel, and A. J. Wright, 2010: Paleoenvironmental records, geophysical modelling, and reconstruction of sea level trends and variability on centennial and longer timescales. In: *Understanding Sea Level Rise and Variability* [J. A. Church, P. L. Woodworth, T. Aarup, and W. S. Wilson (eds.)]. Wiley-Blackwell, Hoboken, NJ, USA, pp. 61–121.

Lambert, F., M. Bigler, J. P. Steffensen, M. A. Hutterli, and H. Fischer, 2012: Centennial mineral dust variability in high-resolution ice core data from Dome C, Antarctica. *Clim. Past*, **8**, 609–623.

Lambert, F., et al., 2013: The role of mineral dust aerosols in polar amplification. *Nature Clim. Change*, **3**, 487–491.

Lambert, F., et al., 2008: Dust-climate couplings over the past 800,000 years from the EPICA Dome C ice core. *Nature*, **452**, 616–619.

Lamy, F., et al., 2007: Modulation of the bipolar seesaw in the southeast Pacific during Termination 1. *Earth Planet. Sci. Lett.*, **259**, 400–413.

Lanciki, A., J. Cole-Dai, M. H. Thiemens, and J. Savarino, 2012: Sulfur isotope evidence of little or no stratospheric impact by the 1783 Laki volcanic eruption. *Geophys. Res. Lett.*, **39**, L01806.

Landais, A., et al., 2004: A continuous record of temperature evolution over a sequence of Dansgaard-Oeschger events during marine isotopic stage 4 (76 to 62 kyr BP). *Geophys. Res. Lett.*, **31**, L22211.

Landrum, L., B. L. Otto-Bliesner, E. R. Wahl, A. Conley, P. J. Lawrence, and H. Teng, 2013: Last millennium climate and its variability in CCSM4. *J. Clim.*, **26**, 1085–1111.

Lang, N., and E.W. Wolff, 2011: Interglacial and glacial variability from the last 800 ka in marine, ice and terrestrial archives. *Clim. Past*, **7**, 361–380.

Langebroek, P. M., A. Paul, and M. Schulz, 2009: Antarctic ice-sheet response to atmospheric $CO_2$ and insolation in the Middle Miocene. *Clim. Past*, **5**, 633–646.

Lara, A., R. Villalba, and R. Urrutia, 2008: A 400-year tree-ring record of the Puelo river summer–fall streamflow in the valdivian rainforest eco-region, Chile. *Clim. Change*, **86**, 331–356.

Larocque-Tobler, I., M. Grosjean, O. Heiri, M. Trachsel, and C. Kamenik, 2010: Thousand years of climate change reconstructed from chironomid subfossils preserved in varved lake Silvaplana, Engadine, Switzerland. *Quat. Sci. Rev.*, **29**, 1940–1949.

Larocque-Tobler, I., M. M. Stewart, R. Quinlan, M. Trachsel, C. Kamenik, and M. Grosjean, 2012: A last millennium temperature reconstruction using chironomids preserved in sediments of anoxic Seebergsee (Switzerland): Consensus at local, regional and central European scales. *Quat. Sci. Rev.*, **41**, 49–56.

Larsen, N. K., K. H. Kjær, J. Olsen, S. Funder, K. K. Kjeldsen, and N. Nørgaard-Pedersen, 2011: Restricted impact of Holocene climate variations on the southern Greenland Ice Sheet. *Quat. Sci. Rev.*, **30**, 3171–3180.

Laskar, J., P. Robutel, F. Joutel, M. Gastineau, A. C. M. Correia, and B. Levrard, 2004: A long-term numerical solution for the insolation quantities of the earth. *Astron. Astrophys.*, **428**, 261–285.

Lea, D.W., D. K. Pak, and H. J. Spero, 2000: Climate impact of late Quaternary equatorial Pacific sea surface temperature variations. *Science*, **289**, 1719–1724.

Lea, D.W., D. K. Pak, C. L. Belanger, H. J. Spero, M. A. Hall, and N. J. Shackleton, 2006: Paleoclimate history of Galápagos surface waters over the last 135,000 yr. *Quat. Sci. Rev.*, **25**, 1152–1167.

Lean, J., J. Beer, and R. Bradley, 1995a: Reconstruction of solar irradiance since 1610: implications for climate change. *Geophys. Res. Lett.*, **22**, 3195–3198.

Lean, J. L., O. R. White, and A. Skumanich, 1995b: On the solar ultraviolet spectral irradiance during the Maunder Minimum. *Global Biogeochem. Cycles*, **9**, 171–182.

Lean, J. L., T. N. Woods, F. G. Eparvier, R. R. Meier, D. J. Strickland, J. T. Correira, and J. S. Evans, 2011: Solar extreme ultraviolet irradiance: Present, past, and future. *J. Geophys. Res.*, **116**, A01102.

Lecavalier, B. S., G. A. Milne, B. M. Vinther, D. A. Fisher, A. S. Dyke, and M. J. R. Simpson, 2013: Revised estimates of Greenland ice sheet thinning histories based on ice-core records. *Quat. Sci. Rev.*, **63**, 73–82.

Leclercq, P.W., and J. Oerlemans, 2012: Global and Hemispheric temperature reconstruction from glacier length fluctuations. *Clim. Dyn.*, **38**, 1065–1079.

Ledru, M. P., V. Jomelli, P. Samaniego, M. Vuille, S. Hidalgo, M. Herrera, and C. Ceron, 2013: The Medieval Climate Anomaly and the Little Ice Age in the eastern Ecuadorian Andes. *Clim. Past*, **9**, 307–321.

Leduc, G., R. Schneider, J. H. Kim, and G. Lohmann, 2010: Holocene and Eemian sea surface temperature trends as revealed by alkenone and Mg/Ca paleothermometry. *Quat. Sci. Rev.*, **29**, 989–1004.

Leduc, G., L. Vidal, K. Tachikawa, F. Rostek, C. Sonzogni, L. Beaufort, and E. Bard, 2007: Moisture transport across Central America as a positive feedback on abrupt climatic changes. *Nature*, **445**, 908–911.

Lee, T. C. K., F.W. Zwiers, and M. Tsao, 2008: Evaluation of proxy-based millennial reconstruction methods. *Clim. Dyn.*, **31**, 263–281.

Lefohn, A. S., J. D. Husar, and R. B. Husar, 1999: Estimating historical anthropogenic global sulfur emission patterns for the period 1850–1990. *Atmos. Environ.*, **33**, 3435–3444.

LeGrande, A. N., and G. A. Schmidt, 2008: Ensemble, water isotope-enabled, coupled general circulation modeling insights into the 8.2 ka event. *Paleoceanography*, **23**, PA3207.

BLM_0150959

LeGrande, A. N., and G. A. Schmidt, 2009: Sources of Holocene variability of oxygen isotopes in paleoclimate archives. *Clim. Past*, **5**, 441–455.

LeGrande, A. N., et al., 2006: Consistent simulation of multiple proxy responses to an abrupt climate change event. *Proc. Natl. Acad. Sci. U.S.A.*, **103**, 10527–10532.

Lehner, F., C. C. Raible, and T. F. Stocker, 2012: Testing the robustness of a precipitation proxy-based North Atlantic Oscillation reconstruction. *Quat. Sci. Rev.*, **45**, 85–94.

Lemieux-Dudon, B., et al., 2010: Consistent dating for Antarctic and Greenland ice cores. *Quat. Sci. Rev.*, **29**, 8–20.

Leorri, E., B. P. Horton, and A. Cearreta, 2008: Development of a foraminifera-based transfer function in the Basque marshes, N. Spain: implications for sea level studies in the Bay of Biscay. *Mar. Geol.*, **251**, 60–74.

Leorri, E., A. Cearreta, and G. Milne, 2012: Field observations and modelling of Holocene sea level changes in the southern Bay of Biscay: implication for understanding current rates of relative sea level change and vertical land motion along the Atlantic coast of SW Europe. *Quat. Sci. Rev.*, **42**, 59–73.

Lewis, S. C., A. N. LeGrande, M. Kelley, and G. A. Schmidt, 2010: Water vapour source impacts on oxygen isotope variability in tropical precipitation during Heinrich events. *Clim. Past*, **6**, 325–343.

Li, B., D. W. Nychka, and C. M. Ammann, 2010a: The value of multiproxy reconstruction of past climate. *J. Am. Stat. Assoc.*, **105**, 883–895.

Li, C., D. S. Battisti, and C. M. Bitz, 2010b: Can North Atlantic sea ice anomalies account for Dansgaard-Oeschger climate signals? *J. Clim.*, **23**, 5457–5475.

Li, J., et al., 2011: Interdecadal modulation of El Niño amplitude during the past millennium. *Nature Clim. Change*, **1**, 114–118.

Li, Y. X., H. Renssen, A. P. Wiersma, and T. E. Törnqvist, 2009: Investigating the impact of Lake Agassiz drainage routes on the 8.2 ka cold event with a climate model. *Clim. Past*, **5**, 471–480.

Licciardi, J. M., J. M. Schaefer, J. R. Taggart, and D. C. Lund, 2009: Holocene glacier fluctuations in the Peruvian Andes indicate northern climate linkages. *Science*, **325**, 1677–1679.

Linderholm, H. W., and P. Jansson, 2007: Proxy data reconstructions of the Storglaciaren (Sweden) mass-balance record back to AD 1500 on annual to decadal timescales. *Ann. Glaciol.*, **46**, 261–267.

Linderholm, H. W., et al., 2010: Dendroclimatology in Fennoscandia—from past accomplishments to future potential. *Clim. Past*, **5**, 1415–1462.

Linsley, B. K., Y. Rosenthal, and D. W. Oppo, 2010: Holocene evolution of the Indonesian throughflow and the western Pacific warm pool. *Nature Geosci.*, **3**, 578–583.

Linsley, B. K., P. P. Zhang, A. Kaplan, S. S. Howe, and G. M. Wellington, 2008: Interdecadal-decadal climate variability from multicoral oxygen isotope records in the South Pacific convergence zone region since 1650 AD. *Paleoceanography*, **23**, PA2219.

Lisiecki, L. E., and M. E. Raymo, 2005: A Pliocene-Pleistocene stack of 57 globally distributed benthic δ¹⁸O records. *Paleoceanography*, **20**, PA1003.

Lisiecki, L. E., M. E. Raymo, and W. B. Curry, 2008: Atlantic overturning responses to late Pleistocene climate forcings. *Nature*, **456**, 85–88.

Lisiecki, L. E., 2010: Links between eccentricity forcing and the 100,000-year glacial cycle. *Nature Geoscience*, **3**, 349–352.

Liu, J., B. Wang, Q. Ding, X. Kuang, W. Soon, and E. Zorita, 2009a: Centennial variations of the global monsoon precipitation in the last millennium: results from ECHO-G model. *J. Clim.*, **22**, 2356–2371.

Liu, X. D., Z. Y. Liu, S. Clemens, W. Prell, and J. Kutzbach, 2007a: A coupled model study of glacial Asian monsoon variability and Indian ocean dipole. *J. Meteorol. Soc. Jpn.*, **85**, 1–10.

Liu, Z., et al., 2007b: Simulating the transient evolution and abrupt change of Northern Africa atmosphere-ocean-terrestrial ecosystem in the Holocene. *Quat. Sci. Rev.*, **26**, 1818–1837.

Liu, Z., et al., 2009b: Transient simulation of last deglaciation with a new mechanism for Bølling-Allerød warming. *Science*, **325**, 310–314.

Ljungqvist, F. C., 2010: A new reconstruction of temperature variability in the extratropical northern hemisphere during the last two millennia. *Geograf. Annal. A*, **92**, 339–351.

Ljungqvist, F. C., P. J. Krusic, G. Brattström, and H. S. Sundqvist, 2012: Northern hemisphere temperature patterns in the last 12 centuries. *Clim. Past*, **8**, 227–249.

Lloyd, A. H., and A. G. Bunn, 2007: Responses of the circumpolar boreal forest to 20th century climate variability. *Environ. Res. Lett.*, **2**, 045013.

Lockwood, M., and M. J. Owens, 2011: Centennial changes in the heliospheric magnetic field and open solar flux: the consensus view from geomagnetic data and cosmogenic isotopes and its implications. *J. Geophys. Res.*, **116**, A04109.

Loehle, C., and J. H. McCulloch, 2008: Correction to: A 2000-year global temperature reconstruction based on non-tree ring proxies. *Energy Environ.*, **19**, 93–100.

Long, A. J., S. A. Woodroffe, G. A. Milne, C. L. Bryant, M. J. R. Simpson, and L. M. Wake, 2012: Relative sea level changes in Greenland during the last 700–yrs and ice sheet response to the Little Ice Age. *Earth Planet. Sci. Lett.*, **315–316**, 76–85.

Loso, M. G., 2009: Summer temperatures during the Medieval Warm Period and Little Ice Age inferred from varved proglacial lake sediments in southern Alaska. *J. Paleolimnol.*, **41**, 117–128.

Lough, J. M., 2011: Great Barrier Reef coral luminescence reveals rainfall variability over northeastern Australia since the 17th century. *Paleoceanography*, **26**, PA2201.

Loulergue, L., et al., 2008: Orbital and millennial-scale features of atmospheric CH₄ over the past 800,000 years. *Nature*, **453**, 383–386.

Loutre, M. F., and A. Berger, 2000: Future climatic changes: are we entering an exceptionally long interglacial? *Clim. Change*, **46**, 61–90.

Lowell, T. V., et al., 2013: Late Holocene expansion of Istorvet ice cap, Liverpool Land, east Greenland. *Quat. Sci. Rev.*, **63**, 128–140.

Lowenstein, T. K., and R. V. Demicco, 2006: Elevated Eocene atmospheric CO₂ and its subsequent decline. *Science*, **313**, 1928–1928.

Lozhkin, A. V., and P. A. Anderson, 2006: A reconstruction of the climate and vegetation of northeastern Siberia based on lake sediments. *Paleontol. J.*, **40**, 622–628.

Lu, J., and M. Cai, 2009: Seasonality of polar surface warming amplification in climate simulations. *Geophys. Res. Lett.*, **36**, L16704.

Lü, J. M., S. J. Kim, A. Abe-Ouchi, Y. Q. Yu, and R. Ohgaito, 2010: Arctic oscillation during the mid-Holocene and Last Glacial Maximum from PMIP2 coupled model simulations. *J. Clim.*, **23**, 3792–3813.

Lu, R., B. Dong, and H. Ding, 2006: Impact of the Atlantic multidecadal oscillation on the Asian summer monsoon. *Geophys. Res. Lett.*, **33**, L24701.

Luckman, B. H., and R. Villalba, 2001: Assessing the synchroneity of glacier fluctuations in the western Cordillera of the Americas during the last millennium. In: *Interhemispheric Climate Linkages* [V. Markgraf (ed.)]. Academic Press, San Diego, CA, USA, pp. 119–140.

Luckman, B. H., and R. J. S. Wilson, 2005: Summer temperatures in the Canadian Rockies during the last millennium: a revised record. *Clim. Dyn.*, **24**, 131–144.

Lunt, D. J., G. L. Foster, A. M. Haywood, and E. J. Stone, 2008: Late Pliocene Greenland glaciation controlled by a decline in atmospheric CO₂ levels. *Nature*, **454**, 1102–1105.

Lunt, D. J., A. M. Haywood, G. A. Schmidt, U. Salzmann, P. J. Valdes, and H. J. Dowsett, 2010: Earth system sensitivity inferred from Pliocene modelling and data. *Nature Geosci.*, **3**, 60–64.

Lunt, D. J., T. Dunkleay Jones, M. Heinemann, M. Huber, A. Legrande, A. Winguth, C. Lopston, J. Marotzke, C.D. Roberts, J. Tindall, P. Valdes, C. Winguth, 2012: A model-data comparison for a multi-model ensemble of early Eocene atmosphere-ocean simulations: EoMIP. *Climate of the Past*, **8**, 1717–1736.

Lunt, D. J., et al., 2013: A multi-model assessment of last interglacial temperatures. *Clim. Past*, **9**, 699–717.

Luo, F. F., S. L. Li, and T. Furevik, 2011: The connection between the Atlantic multidecadal oscillation and the Indian summer monsoon in Bergen climate model version 2.0. *J. Geophys. Res.*, **116**, D19117.

Luoto, T. P., S. Helama, and L. Nevalainen, 2013: Stream flow intensity of the Saavanjoki River, eastern Finland, during the past 1500 years reflected by mayfly and caddisfly mandibles in adjacent lake sediments. *J. Hydrol.*, **476**, 147–153.

Luterbacher, J., et al., 2002: Reconstruction of sea level pressure fields over the Eastern North Atlantic and Europe back to 1500. *Clim. Dyn.*, **18**, 545–561.

Luterbacher, J., et al., 2012: A review of 2000 years of paleoclimatic evidence in the Mediterranean. In: *The Climate of the Mediterranean Region: From the Past to the Future* [P. Lionello (ed.)]. Elsevier, Philadelphia, PA, USA, pp. 87–185.

Lüthi, D., et al., 2008: High-resolution carbon dioxide concentration record 650,000–800,000 years before present. *Nature*, **453**, 379–382.

Lynch-Stieglitz, J., et al., 2007: Atlantic meridional overturning circulation during the Last Glacial Maximum. *Science*, **316**, 66–69.

MacDonald, G. M., D. F. Porinchu, N. Rolland, K. V. Kremenetsky, and D. S. Kaufman, 2009: Paleolimnological evidence of the response of the central Canadian treeline zone to radiative forcing and hemispheric patterns of temperature change over the past 2000 years. *J. Paleolimnol.*, **41**, 129–141.

Macdonald, N., and A. R. Black, 2010: Reassessment of flood frequency using historical information for the River Ouse at York, UK (1200–2000). *Hydrol. Sci. J.*, **55**, 1152–1162.

**5**

BLM_0150960

MacFarling Meure, C. M., et al., 2006: Law Dome $CO_2$, $CH_4$ and $N_2O$ ice core records extended to 2000 years BP. *Geophys. Res. Lett.*, **10**, L14810.

Machado, M. J., G. Benito, M. Barriendos, and F. S. Rodrigo, 2011: 500 years of rainfall variability and extreme hydrological events in southeastern Spain drylands. *J. Arid Environ.*, **75**, 1244–1253.

Machida, T., T. Nakazawa, Y. Fujii, S. Aoki, and O. Watanabe, 1995: Increase in the atmospheric nitrous oxide concentration during the last 250 years. *Geophys. Res. Lett.*, **22**, 2921–2924.

Macias Fauria, M., et al., 2010: Unprecedented low twentieth century winter sea ice extent in the western Nordic Seas since AD 1200. *Clim. Dyn.*, **34**, 781–795.

Mackintosh, A., et al., 2011: Retreat of the East Antarctic ice sheet during the last glacial termination. *Nature Geosci.*, **4**, 195–202.

Macklin, M. G., J. Lewin, and J. C. Woodward, 2012: The fluvial record of climate change. *Philos. Trans. R. Soc. London A*, **370**, 2143–2172.

Magilligan, F. J., P. S. Goldstein, G. B. Fisher, B. C. Bostick, and R. B. Manners, 2008: Late Quaternary hydroclimatology of a hyper-arid Andean watershed: climate change, floods, and hydrologic responses to the El Niño-Southern Oscillation in the Atacama Desert. *Geomorphology*, **101**, 14–32.

Maher, B. A., J. M. Prospero, D. Mackie, D. Gaiero, P. P. Hesse, and Y. Balkanski, 2010: Global connections between aeolian dust, climate and ocean biogeochemistry at the present day and at the last glacial maximum. *Earth Sci. Rev.*, **99**, 61–97.

Mahowald, N., S. Albani, S. Engelstaedter, G. Winckler, and M. Goman, 2011: Model insight into glacial–interglacial paleodust records. *Quat. Sci. Rev.*, **30**, 832–854.

Mahowald, N. M., M. Yoshioka, W. D. Collins, A. J. Conley, D. W. Fillmore, and D. B. Coleman, 2006: Climate response and radiative forcing from mineral aerosols during the last glacial maximum, pre-industrial, current and doubled-carbon dioxide climates. *Geophys. Res. Lett.*, **33**, L20705.

Man, W. M., T. J. Zhou, and J. H. Jungclaus, 2012: Simulation of the East Asian Summer Monsoon during the last millennium with the MPI Earth System Model. *J. Clim.*, **25**, 7852–7866.

Mann, M. E., J. D. Fuentes, and S. Rutherford, 2012: Underestimation of volcanic cooling in tree-ring-based reconstructions of hemispheric temperatures. *Nature Geosci.*, **5**, 202–205.

Mann, M. E., S. Rutherford, E. R. Wahl, and C. Ammann, 2007: Robustness of proxy-based climate field reconstruction methods. *J. Geophys. Res.*, **112**, D12109.

Mann, M. E., Z. H. Zhang, M. K. Hughes, R. S. Bradley, S. K. Miller, S. Rutherford, and F. B. Ni, 2008: Proxy-based reconstructions of hemispheric and global surface temperature variations over the past two millennia. *Proc. Natl. Acad. Sci. U.S.A.*, **105**, 13252–13257.

Mann, M. E., et al., 2009: Global signatures and dynamical origins of the Little Ice Age and Medieval Climate Anomaly. *Science*, **326**, 1256–1260.

Marcott, S. A., J. D. Shakun, P. U. Clark, and A. C. Mix, 2013: A reconstruction of regional and global temperature for the past 11,300 years. *Science*, **339**, 1198–1201.

Marcott, S.A., et al., 2011: Ice-shelf collapse from subsurface warming as a trigger for Heinrich events. *Proc. Natl. Acad. Sci. U.S.A.*, **108**, 13415–13419.

Margari, V., L. C. Skinner, P. C. Tzedakis, A. Ganopolski, M. Vautravers, and N. J. Shackleton, 2010: The nature of millennial-scale climate variability during the past two glacial periods. *Nature Geosci.*, **3**, 127–131.

MARGO Project Members, 2009: Constraints on the magnitude and patterns of ocean cooling at the Last Glacial Maximum. *Nature Geosci.*, **2**, 127–132.

Marra, M. J., 2003: Last interglacial beetle fauna from New Zealand. *Quat. Res.*, **59**, 122–131.

Marshall, S. J., and M. R. Koutnik, 2006: Ice sheet action versus reaction: distinguishing between Heinrich events and Dansgaard-Oeschger cycles in the North Atlantic. *Paleoceanography*, **21**, PA2021.

Martin, P. A., D. W. Lea, Y. Rosenthal, N. J. Shackleton, M. Sarnthein, and T. Papenfuss, 2002: Quaternary deep sea temperature histories derived from benthic foraminiferal Mg/Ca. *Earth Planet. Sci. Lett.*, **198**, 193–209.

Martínez-Garcia, A., A. Rosell-Melé, S. L. Jaccard, W. Geibert, D. M. Sigman, and G. H. Haug, 2011: Southern Ocean dust-climate coupling over the past four million years. *Nature*, **476**, 312–315.

Martrat, B., J. O. Grimalt, N. J. Shackleton, L. de Abreu, M. A. Hutterli, and T. F. Stocker, 2007: Four climate cycles of recurring deep and surface water destabilizations on the Iberian margin. *Science*, **317**, 502–507.

Martrat, B., et al., 2004: Abrupt temperature changes in the western Mediterranean over the past 250,000 years. *Science*, **306**, 1762–1765.

Marzeion, B., and A. Nesje, 2012: Spatial patterns of North Atlantic Oscillation influence on mass balance variability of European glaciers. *Cryosphere*, **6**, 661–673.

Marzin, C., and P. Braconnot, 2009: Variations of Indian and African monsoons induced by insolation changes at 6 and 9.5 kyr BP. *Clim. Dyn.*, **33**, 215–231.

Masson-Delmotte, V., et al., 2011a: Sensitivity of interglacial Greenland temperature and $\delta^{18}O$: ice core data, orbital and increased $CO_2$ climate simulations. *Clim. Past*, **7**, 1041–1059.

Masson-Delmotte, V., et al., 2010a: EPICA Dome C record of glacial and interglacial intensities. *Quat. Sci. Rev.*, **29**, 113–128.

Masson-Delmotte, V., et al., 2011b: A comparison of the present and last interglacial periods in six Antarctic ice cores. *Clim. Past*, **7**, 397–423.

Masson-Delmotte, V., et al., 2010b: Abrupt change of Antarctic moisture origin at the end of Termination II. *Proc. Natl. Acad. Sci. U.S.A.*, **107**, 12091–12094.

Mathiot, P., et al., 2013: Using data assimilation to investigate the causes of Southern Hemisphere high latitude cooling from 10 to 8 ka BP. *Clim. Past*, **9**, 887–901.

Matthews, J. A., and P. Q. Dresser, 2008: Holocene glacier variation chronology of the Smørstabbtindan massif, Jotunheimen, southern Norway, and the recognition of century- to millennial-scale European Neoglacial Events. *Holocene*, **18**, 181–201.

McCarroll, D., et al., 2013: A 1200–year multiproxy record of tree growth and summer temperature at the northern pine forest limit of Europe. *Holocene*, **23**, 471–484.

McElwain, J. C., 1998: Do fossil plants signal palaeoatmospheric $CO_2$ concentration in the geological past? *Philos. Trans. R. Soc. London B*, **353**, 83–96.

McGee, D., W. S. Broecker, and G. Winckler, 2010: Gustiness: the driver of glacial dustiness? *Quat. Sci. Rev.*, **29**, 2340–2350.

McGregor, S., and A. Timmermann, 2010: The effect of explosive tropical volcanism on ENSO. *J. Clim.*, **24**, 2178–2191.

McGregor, S., A. Timmermann, and O. Timm, 2010: A unified proxy for ENSO and PDO variability since 1650. *Clim. Past*, **6**, 1–17.

McInerney, F. A., and S. L. Wing, 2011: The Paleocene-Eocene Thermal Maximum: A perturbation of carbon cycle, climate, and biosphere with implications for the future. *Annu. Rev. Earth Planet. Sci.*, **39**, 489–516.

McKay, N. P., D. S. Kaufman, and N. Michelutti, 2008: Biogenic silica concentration as a high-resolution, quantitative temperature proxy at Hallet Lake, south-central Alaska. *Geophys. Res. Lett.*, **35**, L05709.

McKay, N. P., J. T. Overpeck, and B. L. Otto-Bliesner, 2011: The role of ocean thermal expansion in Last Interglacial sea level rise. *Geophys. Res. Lett.*, **38**, L14605.

McKay, R., et al., 2012a: Pleistocene variability of Antarctic ice sheet extent in the Ross embayment. *Quat. Sci. Rev.*, **34**, 93–112.

McKay, R., et al., 2012b: Antarctic and Southern Ocean influences on Late Pliocene global cooling. *Proc. Natl. Acad. Sci. U.S.A.*, **109**, 6423-6428.

McManus, J., R. Francois, J. Gherardi, L. Keigwin, and S. Brown-Leger, 2004: Collapse and rapid resumption of Atlantic meridional circulation linked to deglacial climate changes. *Nature*, **428**, 834–837.

McShane, B. B., and A. J. Wyner, 2011: A statistical analysis of multiple temperature proxies: Are reconstructions of surface temperatures over the last 1000 years reliable? *Ann. Appl. Stat.*, **5**, 5–44.

Meckler, A. N., M. O. Clarkson, K. M. Cobb, H. Sodemann, and J. F. Adkins, 2013: Interglacial hydroclimate in the tropical West Pacific through the Late Pleistocene. *Science*, **336**, 1301–1304.

Meko, D. M., C. A. Woodhouse, C. A. Baisan, T. Knight, J. J. Lukas, M. K. Hughes, and M. W. Salzer, 2007: Medieval drought in the upper Colorado River Basin. *Geophys. Res. Lett.*, **34**, L10705.

Melvin, T. M., and K. R. Briffa, 2008: A "signal-free" approach to dendroclimatic standardisation. *Dendrochronologia*, **26**, 71–86.

Melvin, T. M., H. Grudd, and K. R. Briffa, 2013: Potential bias in 'updating' tree-ring chronologies using regional curve standardisation: Re-processing 1500 years of Tornetrask density and ring-width data. *Holocene*, **23**, 364–373.

Menounos, B., G. Osborn, J. Clague, and B. Luckman, 2009: Latest Pleistocene and Holocene glacier fluctuations in western Canada. *Quat. Sci. Rev.*, **28**, 2049–2074.

Menviel, L., A. Timmermann, O. E. Timm, and A. Mouchet, 2011: Deconstructing the last glacial termination: the role of millennial and orbital-scale forcings. *Quat. Sci. Rev.*, **30**, 1155–1172.

Merkel, U., M. Prange, and M. Schulz, 2010: ENSO variability and teleconnections during glacial climates. *Quat. Sci. Rev.*, **29**, 86–100.

Miller, G. H., A. P. Wolfe, J. P. Briner, P. E. Sauer, and A. Nesje, 2005: Holocene glaciation and climate evolution of Baffin Island, Arctic Canada. *Quat. Sci. Rev.*, **24**, 1703–1721.

Miller, G. H., et al., 1999: Stratified interglacial lacustrine sediments from Baffin Island, Arctic Canada: Chronology and paleoenvironmental implications. *Quat. Sci. Rev.*, **18**, 789–810.

BLM_0150961

Miller, K. G., et al., 2012a: High tide of the warm Pliocene: implications of global sea level for Antarctic deglaciation. *Geology*, 40, 407–410.

Miller, M. D., J. F. Adkins, D. Menemenlis, and M. P. Schodlok, 2012b: The role of ocean cooling in setting glacial southern source bottom water salinity. *Paleoceanography*, 27, PA3207.

Milne, G., and J. Mitrovica, 2008: Searching for eustasy in deglacial sea level histories. *Quat. Sci. Rev.*, 27, 2292–2302.

Mischler, J. A., et al., 2009: Carbon and hydrogen isotopic composition of methane over the last 1000 years. *Global Biogeochem. Cycles*, 23, GB4024.

Moberg, A., 2013: Comments on "Reconstruction of the extra-tropical NH mean temperature over the last millennium with a method that preserves low-frequency variability". *J. Clim.*, 25, 7991–7997.

Moberg, A., D. M. Sonechkin, K. Holmgren, N. M. Datsenko, and W. Karlén, 2005: Highly variable Northern Hemisphere temperatures reconstructed from low- and high-resolution proxy data. *Nature*, 433, 613–617.

Mohtadi, M., D. W. Oppo, S. Steinke, J.-B. W. Stuut, R. De Pol-Holz, D. Hebbeln, and A. Lückge, 2011: Glacial to Holocene swings of the Australian-Indonesian monsoon. *Nature Geosci.*, 4, 540–544.

Monnin, E., et al., 2001: Atmospheric $CO_2$ concentrations over the last glacial termination. *Science*, 291, 112–114.

Moore, J. C., E. Beaudon, S. Kang, D. Divine, E. Isaksson, V. A. Pohjola, and R. S. W. van de Wal, 2012: Statistical extraction of volcanic sulphate from nonpolar ice cores. *J. Geophys. Res.*, 117, D03306.

Morales, M. S., et al., 2012: Precipitation changes in the South American Altiplano since 1300 AD reconstructed by tree-rings. *Clim. Past*, 8, 653–666.

Morice, C. P., J. J. Kennedy, N. A. Rayner, and P. D. Jones, 2012: Quantifying uncertainties in global and regional temperature change using an ensemble of observational estimates: The HadCRUT4 data set. *J. Geophys. Res.*, 117, D08101.

Moros, M., J. T. Andrews, D. D. Eberl, and E. Jansen, 2006: Holocene history of drift ice in the northern North Atlantic: Evidence for different spatial and temporal modes. *Paleoceanography*, 21, PA2017.

Moros, M., P. De Deckker, E. Jansen, K. Perner, and R. J. Telford, 2009: Holocene climate variability in the Southern Ocean recorded in a deep-sea sediment core off South Australia. *Quat. Sci. Rev.*, 28, 1932–1940.

Morrill, C., A. J. Wagner, B. L. Otto-Bliesner, and N. Rosenbloom, 2011: Evidence for significant climate impacts in monsoonal Asia at 8.2 ka from multiple proxies and model simulations. *J. Earth Environ.*, 2, 426–441.

Morrill, C., A. N. LeGrande, H. Renssen, P. Bakker, and B. L. Otto-Bliesner, 2013a: Model sensitivity to North Atlantic freshwater forcing at 8.2 ka. *Clim. Past*, 9, 955–968.

Morrill, C., et al., 2013b: Proxy benchmarks for intercomparison of 8.2 ka simulations. *Clim. Past*, 9, 423–432.

Moucha, R., A. M. Forte, J. X. Mitrovica, D. B. Rowley, S. Quéré, N. A. Simmons, and S. P. Grand, 2008: Dynamic topography and long-term sea level variations: There is no such thing as a stable continental platform. *Earth Planet. Sci. Lett.*, 271, 101–108.

Mudelsee, M., 2001: The phase relations among atmospheric $CO_2$ content, temperature and global ice volume over the past glacial cycle. *Quat. Sci. Rev.*, 20, 583–589.

Mudelsee, M., and M. E. Raymo, 2005: Slow dynamics of the Northern Hemisphere glaciation. *Paleoceanography*, 20, PA4022.

Mudelsee, M., J. Fohlmeister, and D. Scholz, 2012: Effects of dating errors on nonparametric trend analyses of speleothem time series. *Clim. Past*, 8, 1637–1648.

Mudelsee, M., M. Börngen, G. Tetzlaff, and U. Grünewald, 2003: No upward trends in the occurrence of extreme floods in central Europe. *Nature*, 425, 166–169.

Mulitza, S., et al., 2008: Sahel megadroughts triggered by glacial slowdowns of Atlantic meridional overturning. *Paleoceanography*, 23, PA4206.

Müller, J., A. Wagner, K. Fahl, R. Stein, M. Prange, and G. Lohmann, 2011: Towards quantitative sea ice reconstructions in the northern North Atlantic: A combined biomarker and numerical modelling approach. *Earth Planet. Sci. Lett.*, 306, 137–148.

Müller, R. D., M. Sdrolias, C. Gaina, B. Steinberger, and C. Heine, 2008: Long-term sea level fluctuations driven by ocean basin dynamics. *Science*, 319, 1357–1362.

Müller, U., 2001: *Die Vegetations-und Klimaentwicklung im jüngeren Quartär anhand ausgewählter Profile aus dem südwestdeutschen Alpenvorland.* Tübinger Geowissenschaftliche Arbeiten D7, Geographisches Institut der Universität Tübingen, 118 pp.

Mulvaney, R., et al., 2012: Recent Antarctic Peninsula warming relative to Holocene climate and ice-shelf history. *Nature*, 489, 141–144.

Muscheler, R., and J. Beer, 2006: Solar forced Dansgaard/Oeschger events? *Geophys. Res. Lett.*, 33, L20705.

Muscheler, R., F. Joos, J. Beer, S. A. Müller, M. Vonmoos, and I. Snowball, 2007: Solar activity during the last 1000 yr inferred from radionuclide records. *Quat. Sci. Rev.*, 26, 82–97.

Naish, T., et al., 2009a: Obliquity-paced Pliocene West Antarctic ice sheet oscillations. *Nature*, 458, 322–328.

Naish, T. R., and G. S. Wilson, 2009: Constraints on the amplitude of mid-Pliocene (3.6–2.4 Ma) eustatic sea level fluctuations from the New Zealand shallow-marine sediment record. *Philos. Trans. R. Soc. London A*, 367, 169–187.

Naish, T. R., L. Carter, E. Wolff, D. Pollard, and R. D. Powell, 2009b: Late Pliocene–Pleistocene Antarctic climate variability at orbital and suborbital scale: Ice sheet, ocean and atmospheric interactions. In: *Developments in Earth & Environmental Sciences* [F. Florindo and S. M. (eds.)]. Elsevier, Philadelphia, PA, USA, pp. 465–529.

Nakagawa, T., et al., 2008: Regulation of the monsoon climate by two different orbital rhythms and forcing mechanisms. *Geology*, 36, 491–494.

NEEM community members, 2013: Eemian interglacial reconstructed from Greenland folded ice core. *Nature*, 493, 489–494.

Neppel, L., et al., 2010: Flood frequency analysis using historical data: Accounting for random and systematic errors. *Hydrol. Sci. J. J. Sci. Hydrol.*, 55, 192–208.

Nesje, A., 2009: Latest Pleistocene and Holocene alpine glacier fluctuations in Scandinavia. *Quat. Sci. Rev.*, 28, 2119–2136.

Nesje, A., et al., 2011: The climatic significance of artefacts related to prehistoric reindeer hunting exposed at melting ice patches in southern Norway. *Holocene*, 22, 485–496.

Neukom, R., and J. Gergis, 2011: Southern Hemisphere high-resolution palaeoclimate records of the last 2000 years. *Holocene*, 22, 501–524.

Neukom, R., et al., 2011: Multiproxy summer and winter surface air temperature field reconstructions for southern South America covering the past centuries. *Clim. Dyn.*, 37, 35–51.

Newby, P. E., B. N. Shuman, J. P. Donnelly, and D. MacDonald, 2011: Repeated century-scale droughts over the past 13,000 yr near the Hudson River watershed, USA. *Quat. Res.*, 75, 523–530.

Nicault, A., S. Alleaume, S. Brewer, M. Carrer, P. Nola, and J. Guiot, 2008: Mediterranean drought fluctuation during the last 500 years based on tree-ring data. *Clim. Dyn.*, 31, 227–245.

Nicolussi, K., M. Kaufmann, T. M. Melvin, J. van der Plicht, P. Schießling, and A. Thurner, 2009: A 9111 year long conifer tree-ring chronology for the European Alps: a base for environmental and climatic investigations. *Holocene*, 19, 909–920.

Nordt, L., S. Atchley, and S. I. Dworkin, 2002: Paleosol barometer indicates extreme fluctuations in atmospheric $CO_2$ across the Cretaceous-Tertiary boundary. *Geology*, 30, 703–706.

Nørgaard-Pedersen, N., N. Mikkelsen, S. J. Lassen, Y. Kristoffersen, and E. Sheldon, 2007: Reduced sea ice concentrations in the Arctic Ocean during the last interglacial period revealed by sediment cores off northern Greenland. *Paleoceanography*, 22, PA1218.

North Greenland Ice Core Project members, 2004: High-resolution record of Northern Hemisphere climate extending into the last interglacial period. *Nature*, 431, 147–151.

Novenko, E. Y., M. Seifert-Eulen, T. Boettger, and F. W. Junge, 2008: Eemian and early Weichselian vegetation and climate history in Central Europe: a case study from the Klinge section (Lusatia, eastern Germany). *Rev. Palaeobot. Palynol.*, 151, 72–78.

O'Donnell, R., N. Lewis, S. McIntyre, and J. Condon, 2010: Improved methods for PCA-based reconstructions: case study using the Steig et al. (2009) Antarctic temperature reconstruction. *J. Clim.*, 24, 2099–2115.

Oerlemans, J., 1980: Model experiments on the 100,000-yr glacial cycle. *Nature*, 287, 430–432.

Ohba, M., H. Shiogama, T. Yokohata, and M. Watanabe, 2013: Impact of strong tropical volcanic eruptions on ENSO simulated in a coupled GCM. *J. Clim.*, 26, 5169–5182.

Okazaki, Y., et al., 2010: Deepwater formation in the north Pacific during the Last Glacial Termination. *Science*, 329, 200–204.

Okumura, Y. M., C. Deser, A. Hu, A. Timmermann, and S. P. Xie, 2009: North Pacific climate response to freshwater forcing in the subarctic North Atlantic: Oceanic and atmospheric pathways. *J. Clim.*, 22, 1424–1445.

Olsen, J., N. J. Anderson, and M. F. Knudsen, 2012: Variability of the North Atlantic Oscillation over the past 5,200 years. *Nature Geosci.*, 5, 808–812.

BLM_0150962

Oman, L., A. Robock, G. Stenchikov, G. A. Schmidt, and R. Ruedy, 2005: Climatic response to high-latitude volcanic eruptions. *J. Geophys. Res.*, **110**, D13103.

Orsi, A. J., B. D. Cornuelle, and J. P. Severinghaus, 2012: Little Ice Age cold interval in West Antarctica: Evidence from borehole temperature at the West Antarctic Ice Sheet (WAIS) Divide. *Geophys. Res. Lett.*, **39**, L09710.

Osborn, T., and K. Briffa, 2007: Response to comment on "The spatial extent of 20th-century warmth in the context of the past 1200 years". *Science*, **316**, 1844.

Osborn, T., S. Raper, and K. Briffa, 2006: Simulated climate change during the last 1,000 years: Comparing the ECHO-G general circulation model with the MAGICC simple climate model. *Clim. Dyn.*, **27**, 185–197.

Oswald, W. W., and D. R. Foster, 2011: A record of late-Holocene environmental change from southern New England, USA. *Quat. Res.*, **76**, 314–318.

Ottera, O. H., M. Bentsen, H. Drange, and L. L. Suo, 2010: External forcing as a metronome for Atlantic multidecadal variability. *Nature Geosci.*, **3**, 688–694.

Otto-Bliesner, B., et al., 2009: A comparison of PMIP2 model simulations and the MARGO proxy reconstruction for tropical sea surface temperatures at Last Glacial Maximum. *Clim. Dyn.*, **32**, 799–815.

Otto-Bliesner, B. L., and E. C. Brady, 2010: The sensitivity of the climate response to the magnitude and location of freshwater forcing: Last glacial maximum experiments. *Quat. Sci. Rev.*, **29**, 56–73.

Otto-Bliesner, B. L., N. Rosenbloom, E. J. Stone, N. McKay, D. Lunt, E. C. Brady, and J. T. Overpeck, 2013: How warm was the last interglacial? New model-data comparisons. *Philos. Trans. R. Soc. London A*, **371**, 20130097, *published online 16 September 2013.*

Otto-Bliesner, B. L., et al., 2007: Last Glacial Maximum ocean thermohaline circulation: PMIP2 model intercomparisons and data constraints. *Geophys. Res. Lett.*, **34**, L12706.

Otto, J., T. Raddatz, M. Claussen, V. Brovkin, and V. Gayler, 2009: Separation of atmosphere-ocean-vegetation feedbacks and synergies for mid-Holocene climate. *Geophys. Res. Lett.*, **36**, L09701.

Overpeck, J., B. Otto-Bliesner, G. Miller, D. Muhs, R. Alley, and J. Kiehl, 2006: Paleoclimatic evidence for future ice-sheet instability and rapid sea level rise. *Science*, **311**, 1747–1750.

Pagani, M., K. H. Freeman, and M. A. Arthur, 1999a: Late Miocene Atmospheric $CO_2$ concentrations and the expansion of C4 grasses. *Science*, **285**, 876–879.

Pagani, M., M. A. Arthur, and K. H. Freeman, 1999b: Miocene evolution of atmospheric carbon dioxide. *Paleoceanography*, **14**, 273–292.

Pagani, M., D. Lemarchand, A. Spivack, and J. Gaillardet, 2005a: A critical evaluation of the boron isotope-pH proxy: The accuracy of ancient ocean pH estimates. *Geochim. Cosmochim. Acta*, **69**, 953–961.

Pagani, M., Z. H. Liu, J. LaRiviere, and A. C. Ravelo, 2010: High Earth-system climate sensitivity determined from Pliocene carbon dioxide concentrations. *Nature Geosci.*, **3**, 27–30.

Pagani, M., J. C. Zachos, K. H. Freeman, B. Tipple, and S. Bohaty, 2005b: Marked decline in atmospheric carbon dioxide concentrations during the Paleogene. *Science*, **309**, 600–603.

Pagani, M., et al., 2011: The role of carbon dioxide during the onset of Antarctic glaciation. *Science*, **334**, 1261–1264.

PAGES 2k Consortium, 2013: Continental-scale temperature variability during the last two millennia. *Nature Geosci.*, **6**, 339–346.

Pahnke, K., R. Zahn, H. Elderfield, and M. Schulz, 2003: 340,000-year centennial-scale marine record of Southern Hemisphere climatic oscillation. *Science*, **301**, 948–952.

Pahnke, K., J. P. Sachs, L. Keigwin, A. Timmermann, and S. P. Xie, 2007: Eastern tropical Pacific hydrologic changes during the past 27,000 years from D/H ratios in alkenones. *Paleoceanography*, **22**, PA4214.

Pak, D. K., D. W. Lea, and J. P. Kennett, 2012: Millennial scale changes in sea surface temperature and ocean circulation in the northeast Pacific, 10–60 kyr BP. *Paleoceanography*, **27**, PA1212.

PALAEOSENS Project Members, 2012: Making sense of palaeoclimate sensitivity. *Nature*, **491**, 683–691.

Palastanga, V., G. van der Schrier, S. Weber, T. Kleinen, K. Briffa, and T. Osborn, 2011: Atmosphere and ocean dynamics: contributors to the European Little Ice Age? *Clim. Dyn.*, **36**, 973–987.

Panchuk, K., A. Ridgwell, and L. R. Kump, 2008: Sedimentary response to Paleocene-Eocene Thermal Maximum carbon release: a model-data comparison. *Geology*, **36**, 315–318.

Parrenin, F., et al., 2013: Synchronous change of atmospheric $CO_2$ and Antarctic temperature during the last deglacial warming. *Science*, **339**, 1060–1063.

Passchier, S., 2011: Linkages between East Antarctic ice sheet extent and Southern Ocean temperatures based on a Pliocene high-resolution record of ice-rafted debris off Prydz Bay, East Antarctica. *Paleoceanography*, **26**, PA4204.

Patadia, F., E.-S. Yang, and S. A. Christopher, 2009: Does dust change the clear sky top of atmosphere shortwave flux over high surface reflectance regions? *Geophys. Res. Lett.*, **36**, L15825.

Pausata, F. S. R., C. Li, J. J. Wettstein, K. H. Nisancioglu, and D. S. Battisti, 2009: Changes in atmospheric variability in a glacial climate and the impacts on proxy data: A model intercomparison. *Clim. Past*, **5**, 489–502.

Pausata, F. S. R., C. Li, J. J. Wettstein, M. Kageyama, and K. H. Nisancioglu, 2011: The key role of topography in altering North Atlantic atmospheric circulation during the last glacial period. *Clim. Past*, **7**, 1089–1101.

Pearson, P. N., G. L. Foster, and B. S. Wade, 2009: Atmospheric carbon dioxide through the Eocene-Oligocene climate transition. *Nature*, **461**, 1110–1113.

Pedro, J., et al., 2011: The last deglaciation: timing the bipolar seesaw. *Clim. Past*, **7**, 671–683.

Pedro, J. B., S. O. Rasmussen, and T. D. van Ommen, 2012: Tightened constraints on the time-lag between Antarctic temperature and $CO_2$ during the last deglaciation. *Clim. Past*, **8**, 1213–1221.

Pépin, L., D. Raynaud, J.-M. Barnola, and M. F. Loutre, 2001: Hemispheric roles of climate forcings during glacial-interglacial transitions as deduced from the Vostok record and LLN-2D model experiments. *J. Geophys. Res.*, **106**, 31885–31892.

Peschke, P., C. Hannss, and S. Klotz, 2000: Neuere Ergebnisse aus der Banquette von Barraux (Grésivaudan, französische Nordalpen) zur spätpleistozäne Vegetationsentwicklung mit Beiträgen zur Reliefgenese und Klimarekonstruktion. *Eiszeitalter Gegenwart*, **50**, 1–24.

Peterson, L. C., and G. H. Haug, 2006: Variability in the mean latitude of the Atlantic Intertropical Convergence Zone as recorded by riverine input of sediments to the Cariaco Basin (Venezuela). *Palaeogeogr. Palaeoclimatol. Palaeoecol.*, **234**, 97–113.

Petit, J. R., and B. Delmonte, 2009: A model for large glacial–interglacial climate-induced changes in dust and sea salt concentrations in deep ice cores (central Antarctica): palaeoclimatic implications and prospects for refining ice core chronologies. *Tellus B*, **61B**, 768–790.

Petit, J. R., et al., 1999: Climate and atmospheric history of the past 420,000 years from the Vostok ice core, Antarctica. *Nature*, **399**, 429–436.

Phipps, S., et al., 2013: Palaeoclimate data-model comparison and the role of climate forcings over the past 1500 years. *J. Clim.*, **26**, 6915-6936.

Piccarreta, M., M. Caldara, D. Capolongo, and F. Boenzi, 2011: Holocene geomorphic activity related to climatic change and human impact in Basilicata, Southern Italy. *Geomorphology*, **128**, 137–147.

Pinto, J. G., and C. C. Raible, 2012: Past and recent changes in the North Atlantic Oscillation. *WIREs Clim. Change*, **3**, 79–90.

Piotrowski, A. M., S. L. Goldstein, S. R. Hemming, and R. G. Fairbanks, 2005: Temporal relationships of carbon cycling and ocean circulation at glacial boundaries. *Science*, **307**, 1933–1938.

Plummer, C. T., et al., 2012: An independently dated 2000-yr volcanic record from Law Dome, East Antarctica, including a new perspective on the dating of the 1450s CE eruption of Kuwae, Vanuatu. *Clim. Past*, **8**, 1929–1940.

Pollack, H. N., and J. E. Smerdon, 2004: Borehole climate reconstructions: Spatial structure and hemispheric averages. *J. Geophys. Res.*, **109**, D11106.

Pollard, D., and R. M. DeConto, 2009: Modelling West Antarctic ice sheet growth and collapse through the past five million years. *Nature*, **458**, 329–332.

Polyak, L., et al., 2010: History of sea ice in the Arctic. *Quat. Sci. Rev.*, **29**, 1757–1778.

Polyakov, I. V., et al., 2010: Arctic Ocean warming contributes to reduced polar ice cap. *J. Phys. Oceanogr.*, **40**, 2743–2756.

Pongratz, J., C. Reick, T. Raddatz, and M. Claussen, 2008: A reconstruction of global agricultural areas and land cover for the last millennium. *Global Biogeochem. Cycles*, **22**, GB3018.

Pongratz, J., T. Raddatz, C. H. Reick, M. Esch, and M. Claussen, 2009: Radiative forcing from anthropogenic land cover change since A.D. 800. *Geophys. Res. Lett.*, **36**, L02709.

Ponton, C., L. Giosan, T. I. Eglinton, D. Q. Fuller, J. E. Johnson, P. Kumar, and T. S. Collett, 2012: Holocene aridification of India. *Geophys. Res. Lett.*, **39**, L03704.

Porter, T. J., and M. F. J. Pisaric, 2011: Temperature-growth divergence in white spruce forests of Old Crow Flats, Yukon Territory, and adjacent regions of northwestern North America. *Global Change Biol.*, **17**, 3418–3430.

**5**

BLM_0150963

Prieto, M. d. R., and R. García Herrera, 2009: Documentary sources from South America: Potential for climate reconstruction. *Palaeogeogr. Palaeoclimatol. Palaeoecol.*, **281**, 196–209.

Prokopenko, A., L. Hinnov, D. Williams, and M. Kuzmin, 2006: Orbital forcing of continental climate during the Pleistocene: A complete astronomically tuned climatic record from Lake Baikal, SE Siberia. *Quat. Sci. Rev.*, **25**, 3431–3457.

Prokopenko, A. A., D. F. Williams, M. I. Kuzmin, E. B. Karabanov, G. K. Khursevich, and J. A. Peck, 2002: Muted climate variations in continental Siberia during the mid-Pleistocene epoch. *Nature*, **418**, 65–68.

Putnam, A. E., et al., 2010: Glacier advance in southern middle-latitudes during the Antarctic Cold Reversal. *Nature Geosci.*, **3**, 700–704.

Quiquet, A., C. Ritz, H. J. Punge, and D. Salas y Mélia, 2013: Greenland ice sheet contribution to sea level rise during the last interglacial period: A modelling study driven and constrained by ice core data. *Clim. Past*, **8**, 353–366.

Rahmstorf, S., et al., 2005: Thermohaline circulation hysteresis: A model intercomparison. *Geophys. Res. Lett.*, **32**, L23605.

Ramankutty, N., and J. A. Foley, 1999: Estimating historical changes in global land cover: Croplands from 1700 to 1992. *Global Biogeochem. Cycles*, **13**, 997–1027.

Rasmussen, S. O., et al., 2006: A new Greenland ice core chronology for the last glacial termination. *J. Geophys. Res.*, **111**, D06102.

Raymo, M. E., and J. X. Mitrovica, 2012: Collapse of polar ice sheets during the stage 11 interglacial. *Nature*, **483**, 453–456.

Raymo, M. E., J. X. Mitrovica, M. J. O'Leary, R. M. DeConto, and P. J. Hearty, 2011: Departures from eustasy in Pliocene sea level records. *Nature Geosci.*, **4**, 328–332.

Renssen, H., H. Seppä, X. Crosta, H. Goosse, and D. M. Roche, 2012: Global characterization of the Holocene Thermal Maximum. *Quat. Sci. Rev.*, **48**, 7–19.

Retallack, G. J., 2009a: Refining a pedogenic-carbonate $CO_2$ paleobarometer to quantify a middle Miocene greenhouse spike. *Palaeogeogr. Palaeoclimatol. Palaeoecol.* **281**, 57–65.

Retallack, G. J., 2009b: Greenhouse crises of the past 300 million years. *Geol. Soc. Am. Bull.*, **121**, 1441–1455.

Reuter, J., L. Stott, D. Khider, A. Sinha, H. Cheng, and R. L. Edwards, 2009: A new perspective on the hydroclimate variability in northern South America during the Little Ice Age. *Geophys. Res. Lett.*, **36**, L21706.

Ridgwell, A., and D. N. Schmidt, 2010: Past constraints on the vulnerability of marine calcifiers to massive carbon dioxide release. *Nature Geosci.*, **3**, 196–200.

Ridley, J., J. Gregory, P. Huybrechts, and J. Lowe, 2010: Thresholds for irreversible decline of the Greenland ice sheet. *Clim. Dyn.*, **35**, 1049–1057.

Rimbu, N., G. Lohmann, J. H. Kim, H. W. Arz, and R. Schneider, 2003: Arctic/North Atlantic Oscillation signature in Holocene sea surface temperature trends as obtained from alkenone data. *Geophys. Res. Lett.*, **30**, 4.

Risebrobakken, B., T. Dokken, L. H. Smedsrud, C. Andersson, E. Jansen, M. Moros, and E. V. Ivanova, 2011: Early Holocene temperature variability in the Nordic Seas: The role of oceanic heat advection versus changes in orbital forcing. *Paleoceanography*, **26**, PA4206.

Ritz, S., T. Stocker, and F. Joos, 2011: A coupled dynamical ocean-energy balance atmosphere model for paleoclimate studies. *J. Clim.*, **24**, 349–375.

Riviere, G., A. Laîné, G. Lapeyre, D. Salas-Melia, and M. Kageyama, 2010: Links between Rossby wave breaking and the North Atlantic Oscillation-Arctic Oscillation in present-day and Last Glacial Maximum climate simulations. *J. Clim.*, **23**, 2987–3008.

Roberts, A., P. E. J. Rohling, K. M. Grant, J. C. Larrasoaña, and Q. Liu, 2011: Atmospheric dust variability from Arabia and China over the last 500,000 years. *Quat. Sci. Rev.*, **30**, 3537–3541.

Roberts, N. L., A. M. Piotrowski, J. F. McManus, and L. D. Keigwin, 2010: Synchronous deglacial overturning and water mass source changes. *Science*, **327**, 75–78.

Robertson, A., et al., 2001: Hypothesized climate forcing time series for the last 500 years. *J. Geophys. Res.*, **106**, 14783–14803.

Robinson, A., R. Calov, and A. Gancopolski, 2011: Greenland ice sheet model parameters constrained using simulations of the Eemian Interglacial. *Clim. Past*, **7**, 381–396.

Roche, D. M., X. Crosta, and H. Renssen, 2012: Evaluating Southern Ocean sea-ice for the Last Glacial Maximum and pre-industrial climates: PMIP-2 models and data evidence. *Quat. Sci. Rev.*, **56**, 99–106.

Roe, G. H., and R. S. Lindzen, 2001: The mutual interaction between continental-scale ice sheets and atmospheric stationary waves. *J. Clim.*, **14**, 1450–1465.

Roeckner, E., L. Bengtsson, J. Feichter, J. Lelieveld, and H. Rodhe, 1999: Transient climate change simulations with a coupled atmosphere–ocean GCM including the tropospheric sulfur cycle. *J. Clim.*, **12**, 3004–3032.

Rohling, E. J., and H. Pälike, 2005: Centennial-scale climate cooling with a sudden cold event around 8,200 years ago. *Nature*, **434**, 975–979.

Rohling, E. J., M. Medina-Elizalde, J. G. Shepherd, M. Siddall, and J. D. Stanford, 2012: Sea surface and high-latitude temperature sensitivity to radiative forcing of climate over several glacial cycles. *J. Clim.*, **25**, 1635–1656.

Rohling, E. J., K. Grant, C. Hemleben, M. Siddall, B. A. A. Hoogakker, M. Bolshaw, and M. Kucera, 2008a: High rates of sea level rise during the last interglacial period. *Nature Geosci.*, **1**, 38–42.

Rohling, E. J., K. Grant, M. Bolshaw, A. P. Roberts, M. Siddall, C. Hemleben, and M. Kucera, 2009: Antarctic temperature and global sea level closely coupled over the past five glacial cycles. *Nature Geosci.*, **2**, 500–504.

Rohling, E. J., K. Braun, K. Grant, M. Kucera, A. P. Roberts, M. Siddall, and G. Trommer, 2010: Comparison between Holocene and Marine Isotope Stage-11 sea level histories. *Earth Planet. Sci. Lett.*, **291**, 97–105.

Rohling, E. J., et al., 2008b: New constraints on the timing of sea level fluctuations during early to middle marine isotope stage 3. *Paleoceanography*, **23**, PA3219.

Rojas, M., 2013: Sensitivity of Southern Hemisphere circulation to LGM and $4 \times CO_2$ climates. *Geophys. Res. Lett.*, **40**, 965–970.

Rousseau, D-D., C. Hatté, D. Duzer, P. Schevin, G. Kukla, and J. Guiot, 2007: Estimates of temperature and precipitation variations during the Eemian interglacial: New data from the grande pile record (GP XXI). In: *Developments in Quaternary Sciences* [F. Sirocko, M. Claussen, M. F. Sánchez Goñi, and T. Litt (eds.)]. Elsevier, Philadelphia, PA, USA, pp. 231–238.

Routson, C. C., C. A. Woodhouse, and J. T. Overpeck, 2011: Second century megadrought in the Rio Grande headwaters, Colorado: How unusual was medieval drought? *Geophys. Res. Lett.*, **38**, L22703.

Royer, D. L., 2003: Estimating latest Cretaceous and Tertiary atmospheric $CO_2$ from stomatal indices. In: *Causes and Consequences of Globally Warm Climates in the Early Paleogen* [S. L. Wing, P. D. Gingerich, B. Schmitz and E. Thomas (eds.)]. Geological Society of America Special Paper 369, pp.79–93.

Royer, D. L., R. A. Berner, and D. J. Beerling, 2001a: Phanerozoic atmospheric $CO_2$ change: evaluating geochemical and paleobiological approaches. *Earth Sci. Rev.*, **54**, 349–392.

Royer, D. L., S. L. Wing, D. J. Beerling, D. W. Jolley, P. L. Koch, L. J. Hickey, and R. A. Berner, 2001b: Paleobotanical evidence for near present-day levels of atmospheric $CO_2$ during part of the Tertiary. *Science*, **292**, 2310–2313.

Rupper, S., G. Roe, and A. Gillespie, 2009: Spatial patterns of Holocene glacier advance and retreat in Central Asia. *Quat. Res.*, **72**, 337–346.

Russell, J., H. Eggermont, R. Taylor, and D. Verschuren, 2009: Paleolimnological records of recent glacier recession in the Rwenzori Mountains, Uganda-D. R. Congo. *J. Paleolimnol.*, **41**, 253–271.

Ruth, U., et al, 2007: Ice core evidence for a very tight link between North Atlantic and east Asian glacial climate. *Geophys. Res. Lett.*, **34**, L03706.

Sachs, J. P., D. Sachse, R. H. Smittenberg, Z. H. Zhang, D. S. Battisti, and S. Golubic, 2009: Southward movement of the Pacific intertropical convergence zone AD 1400–1850. *Nature Geosci.*, **2**, 519–525.

Saenger, C., A. Cohen, D. Oppo, R. Halley, and J. Carilli, 2009: Surface-temperature trends and variability in the low-latitude North Atlantic since 1552. *Nature Geosci.*, **2**, 492–495.

Saenko, O. A., A. Schmittner, and A. J. Weaver, 2004: The Atlantic-Pacific Seesaw. *J. Clim.*, **17**, 2033–2038.

Salisbury, E. J., 1928: On the causes and ecological significance of stomatal frequency, with special reference to the woodland flora. *Philos. Trans. R. Soc. B*, **216**, 1–65.

Salzer, M., and K. Kipfmueller, 2005: Reconstructed temperature and precipitation on a millennial timescale from tree-rings in the Southern Colorado Plateau, USA. *Clim. Change*, **70**, 465–487.

Salzmann, U., A. M. Haywood, D. J. Lunt, P. J. Valdes, and D. J. Hill, 2008: A new global biome reconstruction and data-model comparison for the Middle Pliocene. *Global Ecol. Biogeogr.*, **17**, 432–447.

Sarnthein, M., U. Pflaumann, and M. Weinelt, 2003a: Past extent of sea ice in the northern North Atlantic inferred from foraminiferal paleotemperature estimates. *Paleoceanography*, **18**, 1047.

BLM_0150964

Sarnthein, M., S. Van Kreveld, H. Erlenkeuser, P. Grootes, M. Kucera, U. Pflaumann, and M. Schulz, 2003b: Centennial-to-millennial-scale periodicities of Holocene climate and sediment injections off the western Barents shelf, 75°N. *Boreas*, **32**, 447–461.

Schaefer, J. M., et al., 2009: High-frequency Holocene glacier fluctuations in New Zealand differ from the northern signature. *Science*, **324**, 622–625.

Scherer, D., M. Gude, M. Gempeler, and E. Parlow, 1998: Atmospheric and hydrological boundary conditions for slushflow initiation due to snowmelt. *Ann. Glaciol.*, **26**, 377–380.

Schilt, A., M. Baumgartner, T. Blunier, J. Schwander, R. Spahni, H. Fischer, and T. F. Stocker, 2010: Glacial–interglacial and millennial-scale variations in the atmospheric nitrous oxide concentration during the last 800,000 years. *Quat. Sci. Rev.*, **29**, 182–192.

Schmidt, A., T. Thordarson, L. D. Oman, A. Robock, and S. Sell, 2012a: Climatic impact of the long-lasting 1783 Laki eruption: Inapplicability of mass-independent sulfur isotopic composition measurements. *J. Geophys. Res.*, **117**, D23116.

Schmidt, G. A., et al., 2011: Climate forcing reconstructions for use in PMIP simulations of the last millennium (v1.0). *Geoscientif. Model Dev.*, **4**, 33–45.

Schmidt, G. A., et al., 2012b: Climate forcing reconstructions for use in PMIP simulations of the Last Millennium (v1.1). *Geoscientif. Model Dev.*, **5**, 185–191.

Schmittner, A., E. D. Galbraith, S. W. Hostetler, T. F. Pedersen, and R. Zhang, 2007: Large fluctuations of dissolved oxygen in the Indian and Pacific oceans during Dansgaard-Oeschger oscillations caused by variations of North Atlantic Deep Water subduction. *Paleoceanography*, **22**, PA3207.

Schmittner, A., et al., 2011: Climate sensitivity estimated from temperature reconstructions of the Last Glacial Maximum. *Science*, **334**, 1385–1388.

Schneider, B., G. Leduc, and W. Park, 2010: Disentangling seasonal signals in Holocene climate trends by satellite-model-proxy integration. *Paleoceanography*, **25**, PA4217.

Schneider, D. P., C. M. Ammann, B. L. Otto-Bliesner, and D. S. Kaufman, 2009: Climate response to large, high-latitude and low-latitude volcanic eruptions in the Community Climate System Model. *J. Geophys. Res.*, **114**, D15101.

Schneider Mor, A., R. Yam, C. Bianchi, M. Kunz-Pirrung, R. Gersonde, and A. Shemesh, 2012: Variable sequence of events during the past seven terminations in two deep-sea cores from the Southern Ocean. *Quat. Res.*, **77**, 317–325.

Schneider von Deimling, T., H. Held, A. Ganopolski, and S. Rahmstorf, 2006: Climate sensitivity estimated from ensemble simulations of glacial climate. *Clim. Dyn.*, **27**, 149–163.

Schoof, C., 2012: Marine ice sheet stability. *J. Fluid Mech.*, **698**, 62–72.

Schrijver, C. J., W. C. Livingston, T. N. Woods, and R. A. Mewaldt, 2011: The minimal solar activity in 2008–2009 and its implications for long-term climate modeling. *Geophys. Res. Lett.*, **38**, L06701.

Schulz, H., U. von Rad, and H. Erlenkeuser, 1998: Correlation between Arabian Sea and Greenland climate oscillations of the past 110,000 years. *Nature*, **393**, 54–57.

Schurer, A., G. C. Hegerl, M. E. Mann, S. F. B. Tett, and S. J. Phipps, 2013: Separating forced from chaotic climate variability over the past millennium. *J. Clim.*, **26**, 6954-6973.

Schurgers, G., U. Mikolajewicz, M. Gröger, E. Maier-Reimer, M. Vizcaino, and A. Winguth, 2007: The effect of land surface changes on Eemian climate. *Clim. Dyn.*, **29**, 357–373.

Screen, J. A., and I. Simmonds, 2010: The central role of diminishing sea ice in recent Arctic temperature amplification. *Nature*, **464**, 1334–1337.

Scroxton, N., S. G. Bonham, R. E. M. Rickaby, S. H. F. Lawrence, M. Hermoso, and A. M. Haywood, 2011: Persistent El Niño-Southern Oscillation variation during the Pliocene Epoch. *Paleoceanography*, **26**, PA2215.

Seager, R., N. Graham, C. Herweijer, A. Gordon, Y. Kushnir, and E. Cook, 2007: Blueprints for Medieval hydroclimate. *Quat. Sci. Rev.*, **26**, 2322–2336.

Seki, O., G. L. Foster, D. N. Schmidt, A. Mackensen, K. Kawamura, and R. D. Pancost, 2010: Alkenone and boron-based Pliocene pCO₂ records. *Earth Planet. Sci. Lett.*, **292**, 201–211.

Semenov, V., M. Latif, D. Dommenget, N. S. Keenlyside, A. Strehz, T. Martin, and W. Park, 2010: The Impact of North Atlantic-Arctic multidecadal variability on northern hemisphere surface air temperature. *J. Clim.*, **23**, 5668–5677.

Seong, Y., L. Owen, C. Yi, and R. Finkel, 2009: Quaternary glaciation of Muztag Ata and Kongur Shan: Evidence for glacier response to rapid climate changes throughout the Late Glacial and Holocene in westernmost Tibet. *Geol. Soc. Am. Bull.*, **129**, 348–365.

Serreze, M. C., and R. G. Barry, 2011: Processes and impacts of Arctic amplification: A research synthesis. *Global Planet. Change*, **77**, 85–96.

Serreze, M. C., A. P. Barrett, J. C. Stroeve, D. N. Kindig, and M. M. Holland, 2009: The emergence of surface-based Arctic amplification. *Cryosphere*, **3**, 11–19.

Servonnat, J., P. Yiou, M. Khodri, D. Swingedouw, and S. Denvil, 2010: Influence of solar variability, CO₂ and orbital forcing between 1000 and 1850 AD in the IPSLCM4 model. *Clim. Past*, **6**, 445–460.

Shackleton, N. J., 2000: The 100,000–year ice-age cycle identified and found to lag temperature, carbon dioxide, and orbital eccentricity. *Science*, **289**, 1897–1902.

Shackleton, N. J., M. F. Sánchez-Goñi, D. Pailler, and Y. Lancelot, 2003: Marine Isotope Substage 5e and the Eemian interglacial. *Global Planet. Change*, **36**, 151–155.

Shaffer, G., S. M. Olsen, and C. J. Bjerrum, 2004: Ocean subsurface warming as a mechanism for coupling Dansgaard-Oeschger climate cycles and ice-rafting events. *Geophys. Res. Lett.*, **31**, L24202.

Shakun, J. D., et al., 2012: Global warming preceded by increasing carbon dioxide concentrations during the last deglaciation. *Nature*, **484**, 49–54.

Shanahan, T. M., et al., 2009: Atlantic forcing of persistent drought in west Africa. *Science*, **324**, 377–380.

Shapiro, A. I., W. Schmutz, E. Rozanov, M. Schoell, M. Haberreiter, A. V. Shapiro, and S. Nyeki, 2011: A new approach to the long-term reconstruction of the solar irradiance leads to large historical solar forcing. *Astron. Astrophys.*, **529**, 1–8.

Sheffer, N. A., M. Rico, Y. Enzel, G. Benito, and T. Grodek, 2008: The Palaeoflood record of the Gardon River, France: A comparison with the extreme 2002 flood event. *Geomorphology*, **98**, 71–83.

Shevenell, A. E., A. E. Ingalls, E. W. Domack, and C. Kelly, 2011: Holocene Southern Ocean surface temperature variability west of the Antarctic Peninsula. *Nature*, **470**, 250–254.

Shi, F., et al., 2013: Northern hemisphere temperature reconstruction during the last millennium using multiple annual proxies. *Clim. Res.*, **56**, 231–244.

Shin, S. I., P. D. Sardeshmukh, R. S. Webb, R. J. Oglesby, and J. J. Barsugli, 2006: Understanding the mid-Holocene climate. *J. Clim.*, **19**, 2801–2817.

Shuman, B., P. Pribyl, T. A. Minckley, and J. J. Shinker, 2010: Rapid hydrologic shifts and prolonged droughts in Rocky Mountain headwaters during the Holocene. *Geophys. Res. Lett.*, **37**, L06701.

Sicre, M. A., et al., 2008: A 4500-year reconstruction of sea surface temperature variability at decadal time-scales off North Iceland. *Quat. Sci. Rev.*, **27**, 2041–2047.

Siddall, M., E. J. Rohling, W. G. Thompson, and C. Waelbroeck, 2008: Marine isotope stage 3 sea level fluctuations: Data synthesis and new outlook. *Rev. Geophys.*, **46**, RG4003.

Siddall, M., E. J. Rohling, T. Blunier, and R. Spahni, 2010: Patterns of millennial variability over the last 500 ka. *Clim. Past*, **6**, 295–303.

Siddall, M., T. F. Stocker, T. Blunier, R. Spahni, J. F. McManus, and E. Bard, 2006: Using a maximum simplicity paleoclimate model to simulate millennial variability during the last four glacial periods. *Quat. Sci. Rev.*, **25**, 3185–3197.

Siddall, M., E. J. Rohling, A. Almogi-Labin, C. Hemleben, D. Meischner, I. Schmelzer, and D. A. Smeed, 2003: Sea level fluctuations during the last glacial cycle. *Nature*, **423**, 853–858.

Siegenthaler, U., et al., 2005: Stable carbon cycle-climate relationship during the late Pleistocene. *Science*, **310**, 1313–1317.

Sierro, F. J., et al., 2009: Phase relationship between sea level and abrupt climate change. *Quat. Sci. Rev.*, **28**, 2867–2881.

Sigl, M., et al., 2013: A new bipolar ice core record of volcanism from WAIS Divide and NEEM and implications for climate forcing of the last 2000 years. *J. Geophys. Res.*, **118**, 1151-1169.

Sime, L. C., E. W. Wolff, K. I. C. Oliver, and J. C. Tindall, 2009: Evidence for warmer interglacials in East Antarctic ice cores. *Nature*, **462**, 342–345.

Sime, L. C., C. Risib, J. C. Tindall, J. Sjolted, E. W. Wolff, V. Masson-Delmotte, and E. Caprona, 2013: Warm climate isotopic simulations: What do we learn about interglacial signals in Greenland ice cores? *Quat. Sci. Rev.*, **67**, 59–80.

Simms, A. R., K. T. Milliken, J. B. Anderson, and J. S. Wellner, 2011: The marine record of deglaciation of the South Shetland Islands, Antarctica since the Last Glacial Maximum. *Quat. Sci. Rev.*, **30**, 1583–1601.

Singarayer, J. S., and P. J. Valdes, 2010: High-latitude climate sensitivity to ice-sheet forcing over the last 120 kyr. *Quat. Sci. Rev.*, **29**, 43–55.

Sinha, A., and L. D. Stott, 1994: New atmospheric pCO₂ estimates from palesols during the late Paleocene/early Eocene global warming interval. *Global Planet. Change*, **9**, 297–307.

**5**

BLM_0150965

Sinha, A., et al., 2007: A 900-year (600 to 1500 A.D.) record of the Indian summer monsoon precipitation from the core monsoon zone of India. *Geophys. Res. Lett.*, **34**, L16707.

Sivan, D., K. Lambeck, R. Toueg, A. Raban, Y. Porath, and B. Shirman, 2004: Ancient coastal wells of Caesarea Maritima, Israel, an indicator for relative sea level changes during the last 2000 years. *Earth Planet. Sci. Lett.*, **222**, 315–330.

Sluijs, A., et al., 2007: Environmental precursors to rapid light carbon injection at the Palaeocene/Eocene boundary. *Nature*, **450**, 1218–1221.

Smerdon, J. E., 2012: Climate models as a test bed for climate reconstruction methods: pseudoproxy experiments. *Rev. Clim. Change*, **3**, 63–77.

Smerdon, J. E., A. Kaplan, D. Chang, and M. N. Evans, 2010: A pseudoproxy evaluation of the CCA and RegEM methods for reconstructing climate fields of the last millennium. *J. Clim.*, **23**, 4856–4880.

Smerdon, J. E., A. Kaplan, E. Zorita, J. F. González-Rouco, and M. N. Evans, 2011: Spatial performance of four climate field reconstruction methods targeting the Common Era. *Geophys. Res. Lett.*, **38**, L11705.

Smith, J. A., et al., 2011: Deglacial history of the West Antarctic Ice Sheet in the western Amundsen Sea Embayment. *Quat. Sci. Rev.*, **30**, 488–505.

Smith, R., and J. Gregory, 2012: The last glacial cycle: Transient simulations with an AOGCM. *Clim. Dyn.*, **38**, 1545–1559.

Smith, R. Y., D. R. Greenwood, and J. F. Basinger, 2010: Estimating paleoatmospheric $pCO_2$ during the Early Eocene Climatic Optimum from stomatal frequency of Ginkgo, Okanagan Highlands, British Columbia, Canada. *Palaeogeogr. Palaeoclimatol. Palaeoecol.* **293**, 120–131.

Smithers, S. G., and C. D. Woodroffe, 2001: Coral microatolls and 20th century sea level in the eastern Indian Ocean. *Earth Planet. Sci. Lett.*, **191**, 173–184.

Soden, B. J., I. M. Held, R. Colman, K. M. Shell, J. T. Kiehl, and C. A. Shields, 2008: Quantifying climate feedbacks using radiative kernels. *J. Clim.*, **21**, 3504–3520.

Sokolov, S., and S. R. Rintoul, 2009: Circumpolar structure and distribution of the Antarctic Circumpolar Current fronts: 1. Mean circumpolar paths. *J. Geophys. Res.*, **114**, C11018.

Solanki, S. K., I. G. Usoskin, B. Kromer, M. Schussler, and J. Beer, 2004: Unusual activity of the Sun during recent decades compared to the previous 11,000 years. *Nature*, **431**, 1084–1087.

Sosdian, S., and Y. Rosenthal, 2009: Deep-sea temperature and ice volume changes across the Pliocene-Pleistocene climate transitions. *Science*, **325**, 306–310.

Sowers, T., and M. Bender, 1995: Climate records covering the Last Deglaciation. *Science*, **269**, 210–214.

Spence, J. P., M. Eby, and A. J. Weaver, 2008: The sensitivity of the Atlantic Meridional Overturning Circulation to freshwater forcing at eddy-permitting resolutions. *J. Clim.*, **21**, 2697–2710.

Spielhagen, R. F., et al., 2011: Enhanced modern heat transfer to the Arctic by warm Atlantic water. *Science*, **331**, 450–453.

St. George, S., et al., 2009: The tree-ring record of drought on the Canadian prairies. *J. Clim.*, **22**, 689–710.

Stager, J. C., D. Ryves, B. F. Cumming, L. D. Meeker, and J. Beer, 2005: Solar variability and the levels of Lake Victoria, East Africa, during the last millenium. *J. Paleolimnol.*, **33**, 243–251.

Stager, J. C., C. Cocquyt, R. Bonnefille, C. Weyhenmeyer, and N. Bowerman, 2009: A late Holocene paleoclimatic history of Lake Tanganyika, East Africa. *Quat. Res.*, **72**, 47–56.

Stahle, D. W., et al., 2011: Major Mesoamerican droughts of the past millennium. *Geophys. Res. Lett.*, **38**, L05703.

Stambaugh, M. C., R. P. Guyette, E. R. McMurry, E. R. Cook, D. M. Meko, and A. R. Lupo, 2011: Drought duration and frequency in the U.S. Corn Belt during the last millennium (AD 992–2004). *Agr. For. Meteorol.*, **151**, 154–162.

Stanford, J. D., E. J. Rohling, S. Bacon, A. P. Roberts, F. E. Grousset, and M. Bolshaw, 2011: A new concept for the paleoceanographic evolution of Heinrich event 1 in the North Atlantic. *Quat. Sci. Rev.*, **30**, 1047–1066.

Starkel, L., N. Soja, and D. J. Michczyńska, 2006: Past hydrological events reflected in Holocene history of Polish rivers. *CATENA*, **66**, 24–33.

Steffensen, J. P., et al., 2008: High-resolution Greenland ice core data show abrupt climate change happens in few years. *Science*, **321**, 680–684.

Steig, E. J., D. P. Schneider, S. D. Rutherford, M. E. Mann, J. C. Comiso, and D. T. Shindell, 2009: Warming of the Antarctic ice-sheet surface since the 1957 International Geophysical Year. *Nature*, **457**, 459–462.

Steig, E. J., et al., 2013: Recent climate and ice-sheet changes in West Antarctica compared with the past 2,000 years. *Nature Geosci.*, **6**, 372-375.

Steinhilber, F., J. Beer, and C. Fröhlich, 2009: Total solar irradiance during the Holocene. *Geophys. Res. Lett.*, **36**, L19704.

Steinhilber, F., et al., 2012: 9,400 years of cosmic radiation and solar activity from ice cores and tree rings. *Proc. Natl. Acad. Sci. U.S.A.*, **109**, 5967-5971.

Steinke, S., M. Kienast, J. Groeneveld, L.-C. Lin, M.-T. Chen, and R. Rendle-Bühring, 2008: Proxy dependence of the temporal pattern of deglacial warming in the tropical South China Sea: toward resolving seasonality. *Quat. Sci. Rev.*, **27**, 688–700.

Steinman, B. A., M. B. Abbott, M. E. Mann, N. D. Stansell, and B. P. Finney, 2013: 1,500 year quantitative reconstruction of winter precipitation in the Pacific Northwest. *Proc. Natl. Acad. Sci. U.S.A.*, **109**, 11619-11623.

Stendel, M., I. Mogensen, and J. Christensen, 2006: Influence of various forcings on global climate in historical times using a coupled atmosphere–ocean general circulation model. *Clim. Dyn.*, **26**, 1–15.

Stenni, B., et al., 2010: The deuterium excess records of EPICA Dome C and Dronning Maud Land ice cores (East Antarctica). *Quat. Sci. Rev.*, **29**, 146–159.

Stenni, B., et al., 2011: Expression of the bipolar see-saw in Antarctic climate records during the last deglaciation. *Nature Geosci.*, **4**, 46–49.

Steph, S., et al., 2010: Early Pliocene increase in thermohaline overturning: A precondition for the development of the modern equatorial Pacific cold tongue. *Paleoceanography*, **25**, PA2202.

Stewart, M. M., I. Larocque-Tobler, and M. Grosjean, 2011: Quantitative inter-annual and decadal June–July–August temperature variability ca. 570 BC to AD 120 (Iron Age–Roman Period) reconstructed from the varved sediments of Lake Silvaplana, Switzerland. *J. Quat. Sci.*, **26**, 491–501.

Stirling, C., T. Esat, K. Lambeck, and M. McCulloch, 1998: Timing and duration of the Last Interglacial: Evidence for a restricted interval of widespread coral reef growth. *Earth Planet. Sci. Lett.*, **160**, 745–762.

Stocker, T., and S. Johnsen, 2003: A minimum thermodynamic model for the bipolar seesaw. *Paleoceanography*, **18**, 1087.

Stone, E. J., D. J. Lunt, J. D. Annan, and J. C. Hargreaves, 2013: Quantification of the Greenland ice sheet contribution to Last Interglacial sea level rise. *Clim. Past*, **9**, 621–639.

Stone, J. O., G. A. Balco, D. E. Sugden, M. W. Caffee, L. C. Sass, S. G. Cowdery, and C. Siddoway, 2003: Holocene Deglaciation of Marie Byrd Land, West Antarctica. *Science*, **299**, 99–102.

Stott, L., A. Timmermann, and R. Thunell, 2007: Southern hemisphere and deep-sea warming led deglacial atmospheric $CO_2$ rise and tropical warming. *Science*, **318**, 435–438.

Stott, L., K. Cannariato, R. Thunell, G. H. Haug, A. Koutavas, and S. Lund, 2004: Decline of surface temperature and salinity in the western tropical Pacific Ocean in the Holocene epoch. *Nature*, **431**, 56–59.

Stott, L. D., 1992: Higher temperatures and lower oceanic $pCO_2$: A climate enigma at the end of the Paleocene epoch. *Paleoceanography*, **7**, 395–404.

Stríkis, N. M., et al., 2011: Abrupt variations in South American monsoon rainfall during the Holocene based on a speleothem record from central-eastern Brazil. *Geology*, **39**, 1075–1078.

Stuiver, M., and T. F. Braziunas, 1993: Sun, ocean, climate and atmospheric $^{14}CO_2$: An evaluation of causal and spectral relationships. *Holocene*, **3**, 289–305.

Sundqvist, H. S., Q. Zhang, A. Moberg, K. Holmgren, H. Körnich, J. Nilsson, and G. Brattström, 2010: Climate change between the mid and late Holocene in northern high latitudes - Part 1: survey of temperature and precipitation proxy data. *Clim. Past*, **6**, 591–608.

Svalgaard, L., and E. W. Cliver, 2010: Heliospheric magnetic field 1835–2009. *J. Geophys. Res.*, **115**, A09111.

Svensson, A., et al., 2008: A 60 000 year Greenland stratigraphic ice core chronology. *Clim. Past*, **4**, 47–57.

Swingedouw, D., J. Mignot, P. Braconnot, E. Mosquet, M. Kageyama, and R. Alkama, 2009: Impact of freshwater release in the North Atlantic under different climate conditions in an OAGCM. *J. Clim.*, **22**, 6377–6403.

Swingedouw, D., L. Terray, C. Cassou, A. Voldoire, D. Salas-Mélia, and J. Servonnat, 2011: Natural forcing of climate during the last millennium: Fingerprint of solar variability. *Clim. Dyn.*, **36**, 1349–1364.

Takemura, T., M. Egashira, K. Matsuzawa, H. Ichijo, R. O'ishi, and A. Abe-Ouchi, 2009: A simulation of the global distribution and radiative forcing of soil dust aerosols at the Last Glacial Maximum. *Atmos. Chem. Phys.*, **9**, 3061–3073.

Tan, L., Y. Cai, R. Edwards, H. Cheng, C. Shen, and H. Zhang, 2011: Centennial- to decadal-scale monsoon precipitation variability in the semi-humid region, northern China during the last 1860 years: Records from stalagmites in Huangye Cave. *Holocene*, **21**, 287–296.

Tarasov, L., and W. R. Peltier, 2007: Coevolution of continental ice cover and permafrost extent over the last glacial-interglacial cycle in North America. *J. Geophys. Res.*, **112**, F02S08.

Tarasov, P., W. Granoszewski, E. Bezrukova, S. Brewer, M. Nita, A. Abzaeva, and H. Oberhänsli, 2005: Quantitative reconstruction of the last interglacial vegetation and climate based on the pollen record from Lake Baikal, Russia. *Clim. Dyn.*, **25**, 625–637.

Tarasov, P. E., et al., 2011: Progress in the reconstruction of Quaternary climate dynamics in the Northwest Pacific: A new modern analogue dataset and its application to the 430-kyr pollen record from Lake Biwa. *Earth Sci. Rev.*, **108**, 64–79.

Taylor, K. E., R. J. Stouffer, and G. A. Meehl, 2012: An overview of CMIP5 and the experiment design. *Bull. Am. Meteorol. Soc.*, **93**, 485–498.

Telford, R. J., C. Li, and M. Kucera, 2013: Mismatch between the depth habitat of planktonic foraminifera and the calibration depth of SST transfer functions may bias reconstructions. *Clim. Past*, **9**, 859–870.

Tett, S., et al., 2007: The impact of natural and anthropogenic forcings on climate and hydrology since 1550. *Clim. Dyn.*, **28**, 3–34.

Thomas, E., and J. Briner, 2009: Climate of the past millennium inferred from varved proglacial lake sediments on northeast Baffin Island, Arctic Canada. *J. Paleolimnol.*, **41**, 209–224.

Thomas, E. R., E. W. Wolff, R. Mulvaney, S. J. Johnsen, J. P. Steffensen, and C. Arrowsmith, 2009: Anatomy of a Dansgaard-Oeschger warming transition: high-resolution analysis of the North Greenland Ice Core Project ice core. *J. Geophys. Res.*, **114**, D08102.

Thomas, E. R., et al., 2007: The 8.2 ka event from Greenland ice cores. *Quat. Sci. Rev.*, **26**, 70–81.

Thompson, D. W. J., and S. Solomon, 2002: Interpretation of recent southern hemisphere climate change. *Science*, **296**, 895–899.

Thompson, D. W. J., and S. Solomon, 2009: Understanding recent stratospheric climate change. *J. Clim.*, **22**, 1934–1943.

Thompson, W. G., and S. L. Goldstein, 2005: Open-system coral ages reveal persistent suborbital sea level cycles. *Science*, **308**, 401–404.

Thompson, W. G., H. Allen Curran, M. A. Wilson, and B. White, 2011: Sea level oscillations during the last Interglacial highstand recorded by Bahamas corals. *Nature Geosci.*, **4**, 684–687.

Thordarson, T., and S. Self, 2003: Atmospheric and environmental effects of the 1783–1784 Laki eruption: A review and reassessment. *J. Geophys. Res.*, **108**, D14011.

Tierney, J., M. Mayes, N. Meyer, C. Johnson, P. Swarzenski, A. Cohen, and J. Russell, 2010: Late-twentieth-century warming in Lake Tanganyika unprecedented since AD 500. *Nature Geosci.*, **3**, 422–425.

Tierney, J. E., S. C. Lewis, B. I. Cook, A. N. LeGrande, and G. A. Schmidt, 2011: Model, proxy and isotopic perspectives on the east African humid period. *Earth Planet. Sci. Lett.*, **307**, 103–112.

Tiljander, M. I. A., M. Saarnisto, A. E. K. Ojala, and T. Saarinen, 2003: A 3000–year palaeoenvironmental record from annually laminated sediment of Lake Korttajarvi, central Finland. *Boreas*, **32**, 566–577.

Timm, O., E. Ruprecht, and S. Kleppek, 2004: Scale-dependent reconstruction of the NAO index. *J. Clim.*, **17**, 2157–2169.

Timm, O., A. Timmermann, A. Abe-Ouchi, F. Saito, and T. Segawa, 2008: On the definition of seasons in paleoclimate simulations with orbital forcing. *Paleoceanography*, **23**, PA2221.

Timmermann, A., H. Gildor, M. Schulz, and E. Tziperman, 2003: Coherent resonant millennial-scale climate oscillations triggered by massive meltwater pulses. *J. Clim.*, **16**, 2569–2585.

Timmermann, A., O. Timm, L. Stott, and L. Menviel, 2009: The roles of $CO_2$ and orbital forcing in driving southern hemispheric temperature variations during the last 21 000 yr. *J. Clim.*, **22**, 1626–1640.

Timmermann, A., F. Justino, F. F. Jin, U. Krebs, and H. Goosse, 2004: Surface temperature control in the North and tropical Pacific during the last glacial maximum. *Clim. Dyn.*, **23**, 353–370.

Timmermann, A., et al., 2010: Towards a quantitative understanding of millennial-scale Antarctic warming events. *Quat. Sci. Rev.*, **29**, 74–85.

Timmermann, A., et al., 2007: The influence of a weakening of the Atlantic meridional overturning circulation on ENSO. *J. Clim.*, **20**, 4899–4919.

Timmreck, C., S. J. Lorenz, T. J. Crowley, S. Kinne, T. J. Raddatz, M. A. Thomas, and J. H. Jungclaus, 2009: Limited temperature response to the very large AD 1258 volcanic eruption. *Geophys. Res. Lett.*, **36**, L21708.

Tingley, M. P., and P. Huybers, 2010: A Bayesian algorithm for reconstructing climate anomalies in space and time. Part I: development and applications to paleoclimate reconstruction problems. *J. Clim.*, **23**, 2759–2781.

Tingley, M. P., and P. Huybers, 2013: Recent temperature extremes at high northern latitudes unprecedented in the past 600 years. *Nature*, **496**, 201–205.

Tingley, M. P., P. F. Craigmile, M. Haran, B. Li, E. Mannshardt, and B. Rajaratnam, 2012: Piecing together the past: statistical insights into paleoclimatic reconstructions. *Quat. Sci. Rev.*, **35**, 1–22.

Tjallingii, R., et al., 2008: Coherent high- and low-latitude control of the northwest African hydrological balance. *Nature Geosci.*, **1**, 670–675.

Torrence, C., and G. P. Compo, 1998: A practical guide to wavelet analysis. *Bull. Am. Meteorol. Soc.*, **79**, 61–78.

Touchan, R., K. J. Anchukaitis, D. M. Meko, S. Attalah, C. Baisan, and A. Aloui, 2008: Long term context for recent drought in northwestern Africa. *Geophys. Res. Lett.*, **35**, L13705.

Touchan, R., K. Anchukaitis, D. Meko, M. Sabir, S. Attalah, and A. Aloui, 2011: Spatiotemporal drought variability in northwestern Africa over the last nine centuries. *Clim. Dyn.*, **37**, 237–252.

Trachsel, M., et al., 2012: Multi-archive summer temperature reconstruction for the European Alps, AD 1053–1996. *Quat. Sci. Rev.*, **46**, 66–79.

Tripati, A. K., C. D. Roberts, and R. A. Eagle, 2009: Coupling of $CO_2$ and ice sheet stability over major climate transitions of the last 20 million years. *Science*, **326**, 1394–1397.

Trouet, V., J. Esper, N. E. Graham, A. Baker, J. D. Scourse, and D. C. Frank, 2009: Persistent positive north Atlantic oscillation mode dominated the Medieval Climate Anomaly. *Science*, **324**, 78–80.

Turney, C. S. M., and R. T. Jones, 2010: Does the Agulhas Current amplify global temperatures during super-interglacials? *J. Quat. Sci.*, **25**, 839–843.

Tzedakis, P. C., H. Hooghiemstra, and H. Palike, 2006: The last 1.35 million years at Tenaghi Philippon: revised chronostratigraphy and long-term vegetation trends. *Quat. Sci. Rev.*, **25**, 3416–3430.

Tzedakis, P. C., J. E. T. Channell, D. A. Hodell, H. F. Kleiven, and L. C. Skinner, 2012a: Determining the natural length of the current interglacial. *Nature Geosci.*, **5**, 138–141.

Tzedakis, P. C. Raynaud, J. F. McManus, A. Berger, V. Brovkin, and T. Kiefer, 2009: Interglacial diversity. *Nature Geosci.*, **2**, 751–755.

Tzedakis, P. C., E. W. Wolff, L. C. Skinner, V. Brovkin, D. A. Hodell, J. F. McManus, and D. Raynaud, 2012b: Can we predict the duration of an interglacial? *Clim. Dyn.*, **8**, 1473–1485.

Uemura, R., V. Masson-Delmotte, J. Jouzel, A. Landais, H. Motoyama, and B. Stenni, 2012: Ranges of moisture-source temperature estimated from Antarctic ice cores stable isotope records over glacial–interglacial cycles. *Clim. Past*, **8**, 1109–1125.

Unterman, M. B., T. J. Crowley, K. I. Hodges, S. J. Kim, and D. J. Erickson, 2011: Paleometeorology: High resolution Northern Hemisphere wintertime mid-latitude dynamics during the Last Glacial Maximum. *Geophys. Res. Lett.*, **38**, L23702.

Urrutia, R., A. Lara, R. Villalba, D. Christie, C. Le Quesne, and A. Cuq, 2011: Multicentury tree ring reconstruction of annual streamflow for the Maule River watershed in south central Chile. *Water Resourc. Res.*, **47**, W06527.

van de Berg, W. J., M. van den Broeke, J. Ettema, E. van Meijgaard, and F. Kaspar, 2011: Significant contribution of insolation to Eemian melting of the Greenland ice sheet. *Nature Geosci.*, **4**, 679–683.

van de Plassche, O., K. van der Borg, and A. F. M. de Jong, 1998: Sea level–climate correlation during the past 1400 yr. *Geology*, **26**, 319–322.

van den Berg, J., R. S. W. van de Wal, G. A. Milne, and J. Oerlemans, 2008: Effect of isostasy on dynamical ice sheet modeling: A case study for Eurasia. *J. Geophys. Res.*, **113**, B05412.

van der Burgh, J., H. Visscher, D. L. Dilcher, and W. M. Kürschner, 1993: Paleoatmospheric signatures in Neogene fossil leaves. *Science*, **260**, 1788–1790.

van Leeuwen, R. J., et al., 2000: Stratigraphy and integrated facies analysis of the Saalian and Eemian sediments in the Amsterdam-Terminal borehole, the Netherlands. *Geolog.Mijnbouw / Netherlands J. Geosci.*, **79**, 161–196.

Varma, V., et al., 2012: Holocene evolution of the Southern Hemisphere westerly winds in transient simulations with global climate models. *Clim. Past*, **8**, 391–402.

**5**

453

Vasskog, K., Ø. Paasche, A. Nesje, J. F. Boyle, and H. J. B. Birks, 2012: A new approach for reconstructing glacier variability based on lake sediments recording input from more than one glacier. *Quat. Res.*, **77**, 192–204.

Vaughan, D. G., D. K. A. Barnes, P. T. Fretwell, and R. G. Bingham, 2011: Potential seaways across West Antarctica. *Geochem., Geophys., Geosyst.*, **12**, Q10004.

Vavrus, S., 2004: The impact of cloud feedbacks on Arctic climate under greenhouse forcing. *J. Clim.*, **17**, 603–615.

Velichko, A. A., O. K. Borisova, and E. M. Zelikson, 2008: Paradoxes of the Last Interglacial climate: Reconstruction of the northern Eurasia climate based on palaeofloristic data. *Boreas*, **37**, 1–19.

Verleyen, E., et al., 2011: Post-glacial regional climate variability along the East Antarctic coastal margin—Evidence from shallow marine and coastal terrestrial records. *Earth Sci. Rev.*, **104**, 199–212.

Verschuren, D., K. Laird, and B. Cumming, 2000: Rainfall and drought in equatorial East Africa during the past 1000 years. *Nature*, **403**, 410–414.

Verschuren, D., J. S. Sinninghe Damste, J. Moernaut, I. Kristen, M. Blaauw, M. Fagot, and G. H. Haug, 2009: Half-precessional dynamics of monsoon rainfall near the East African Equator. *Nature*, **462**, 637–641.

Vettoretti, G., and W. R. Peltier, 2011: The impact of insolation, greenhouse gas forcing and ocean circulation changes on glacial inception. *Holocene*, **21**, 803–817.

Viau, A. E., M. Ladd, and K. Gajewski, 2012: The climate of North America during the past 2000-years reconstructed from pollen data. *Global Planet. Change*, **84–85**, 75–83.

Vieira, L. E. A., and S. K. Solanki, A. V. Krivov, and I. G. Usoskin 2011: Evolution of the solar irradiance during the Holocene. *Astron. Astrophys.*, **531**, A6.

Vieira, L. E. A., and S. K. Solanki, 2010: Evolution of the solar magnetic flux on time scales of years to millenia. *Astron. Astrophys.*, **509**, A100.

Villalba, R., M. Grosjean, and T. Kiefer, 2009: Long-term multi-proxy climate reconstructions and dynamics in South America (LOTRED-SA): State of the art and perspectives. *Palaeogeogr. Palaeoclimatol. Palaeoecol.*, **281**, 175–179.

Villalba, R., et al., 2012: Unusual Southern Hemisphere tree growth patterns induced by changes in the Southern Annular Mode. *Nature Geosci.*, **5**, 793–798.

Vimeux, F., P. Ginot, M. Schwikowski, M. Vuille, G. Hoffmann, L. G. Thompson, and U. Schotterer, 2009: Climate variability during the last 1000 years inferred from Andean ice cores: A review of methodology and recent results. *Palaeogeogr. Palaeoclimatol. Palaeoecol.*, **281**, 229–241.

Vinther, B., P. Jones, K. Briffa, H. Clausen, K. Andersen, D. Dahl-Jensen, and S. Johnsen, 2010: Climatic signals in multiple highly resolved stable isotope records from Greenland. *Quat. Sci. Rev.*, **29**, 522–538.

Vinther, B. M., et al., 2009: Holocene thinning of the Greenland ice sheet. *Nature*, **461**, 385–388.

von Grafenstein, U., E. Erlenkeuser, J. Müller, J. Jouzel, and S. Johnsen, 1998: The cold event 8,200 years ago documented in oxygen isotope records of precipitation in Europe and Greenland. *Clim. Dyn.*, **14**, 73–81.

von Gunten, L., M. Grosjean, B. Rein, R. Urrutia, and P. Appleby, 2009: A quantitative high-resolution summer temperature reconstruction based on sedimentary pigments from Laguna Aculeo, central Chile, back to AD 850. *Holocene*, **19**, 873–881.

von Königswald, W., 2007: Mammalian faunas from the interglacial periods in Central Europe and their stratigraphic correlation. In: *Developments in Quaternary Science* [F. Sirocko, M. Claussen, M. F. Sánchez Goñi and T. Litt (eds.)]. Elsevier, Philadelphia, PA, USA, pp. 445–454.

von Storch, H., E. Zorita, J. Jones, F. González-Rouco, and S. Tett, 2006: Response to comment on "Reconstructing past climate from noisy data". *Science*, **312**, 1872–1873.

Vuille, M., et al., 2012: A review of the South American Monsoon history as recorded in stable isotopic proxies over the past two millennia. *Clim. Past*, **8**, 1309–1321.

Waelbroeck, C., et al., 2002: Sea level and deep water temperature changes derived from benthic foraminifera isotopic records. *Quat. Sci. Rev.*, **21**, 295–305.

Wagner, J. D. M., J. E. Cole, J. W. Beck, P. J. Patchett, G. M. Henderson, and H. R. Barnett, 2010: Moisture variability in the southwestern United States linked to abrupt glacial climate change. *Nature Geosci.*, **3**, 110–113.

Wagner, S., 2007: Transient simulations, empirical reconstructions and forcing mechanisms for the Mid-holocene hydrological climate in southern Patagonia. *Clim. Dyn.*, **29**, 333–355.

Wahl, E., et al., 2010: An archive of high-resolution temperature reconstructions over the past 2+ millennia. *Geochem. Geophys. Geosyst.*, **11**, Q01001.

Wahl, E. R., and J. E. Smerdon, 2012: Comparative performance of paleoclimate field and index reconstructions derived from climate proxies and noise-only predictors. *Geophys. Res. Lett.*, **39**, L06703.

Wahl, E. R., D. M. Ritson, and C. M. Ammann, 2006: Comment on "Reconstructing past climate from noisy data". *Science*, **312**, 529.

Walter, K. M., S. A. Zimov, J. P. Chanton, D. Verbyla, and F. S. Chapin, 2006: Methane bubbling from Siberian thaw lakes as a positive feedback to climate warming. *Nature*, **443**, 71–75.

Wan, S., J. Tian, S. Steinke, A. Li, and T. Li, 2010: Evolution and variability of the East Asian summer monsoon during the Pliocene: Evidence from clay mineral records of the South China Sea. *Palaeogeogr. Palaeoclimatol. Palaeoecol.* **293**, 237–247.

Wang, B., and Q. Ding, 2008: Global monsoon: Dominant mode of annual variation in the tropics. *Dyn. Atmos. Oceans*, **44**, 165–183.

Wang, S., X. Wen, Y. Luo, W. Dong, Z. Zhao, and B. Yang, 2007: Reconstruction of temperature series of China for the last 1000 years. *Chin. Sci. Bull.*, **52**, 3272–3280.

Wang, Y. J., H. Cheng, R. L. Edwards, Z. S. An, J. Y. Wu, C. C. Shen, and J. A. Dorale, 2001: A high-resolution absolute-dated Late Pleistocene monsoon record from Hulu Cave, China. *Science*, **294**, 2345–2348.

Wang, Y. J., et al., 2008: Millennial- and orbital-scale changes in the East Asian monsoon over the past 224,000 years. *Nature*, **451**, 1090–1093.

Wang, Y. M., J. Lean, and N. Sheeley, 2005: Modeling the Sun's magnetic field and irradiance since 1713. *Astrophys. J.*, **625**, 522–538.

Wang, Y. M., S. L. Li, and D. H. Luo, 2009: Seasonal response of Asian monsoonal climate to the Atlantic Multidecadal Oscillation. *J. Geophys. Res.*, **114**, D02112.

Wanner, H., O. Solomina, M. Grosjean, S. P. Ritz, and M. Jetel, 2011: Structure and origin of Holocene cold events. *Quat. Sci. Rev.*, **30**, 3109–3123.

Wanner, H., et al., 2008: Mid- to Late Holocene climate change: an overview. *Quat. Sci. Rev.*, **27**, 1791–1828.

Waple, A. M., M. E. Mann, and R. S. Bradley, 2002: Long-term patterns of solar irradiance forcing in model experiments and proxy based surface temperature reconstructions. *Clim. Dyn.*, **18**, 563–578.

Wara, M. W., A. C. Ravelo, and M. L. Delaney, 2005: Permanent El Niño-like conditions during the Pliocene Warm Period. *Science*, **309**, 758–761.

Watanabe, O., J. Jouzel, S. Johnsen, F. Parrenin, H. Shoji, and N. Yoshida, 2003: Homogeneous climate variability across East Antarctica over the past three glacial cycles. *Nature*, **422**, 509–512.

Watanabe, T., et al., 2011: Permanent El Niño during the Pliocene warm period not supported by coral evidence. *Nature*, **471**, 209–211.

Weber, S. L., et al., 2007: The modern and glacial overturning circulation in the Atlantic ocean in PMIP coupled model simulations. *Clim. Past*, **3**, 51–64.

Wegmüller, S., 1992: *Vegetationsgeschichtliche und stratigraphische Untersuchungen an Schieferkohlen des nördlichen Alpenvorlandes.* Denkschriften der Schweizerischen Akademie der Naturwissenschaften, 102, Birkhauser, Basel, 445–454 pp.

Wegner, A., et al., 2012: Change in dust variability in the Atlantic sector of Antarctica at the end of the last deglaciation. *Clim. Past*, **8**, 135–147.

Wei, L. J., E. Mosley-Thompson, P. Gabrielli, L. G. Thompson, and C. Barbante, 2008: Synchronous deposition of volcanic ash and sulfate aerosols over Greenland in 1783 from the Laki eruption (Iceland). *Geophys. Res. Lett.*, **35**, L16501.

Weldeab, S., 2012: Bipolar modulation of millennial-scale West African monsoon variability during the last glacial (75,000–25,000 years ago). *Quat. Sci. Rev.*, **40**, 21–29.

Weldeab, S., D. W. Lea, R. R. Schneider, and N. Andersen, 2007a: 155,000 years of West African monsoon and ocean thermal evolution. *Science*, **316**, 1303–1307.

Weldeab, S., D. W. Lea, R. R. Schneider, and N. Andersen, 2007b: Centennial scale climate instabilities in a wet early Holocene West African monsoon. *Geophys. Res. Lett.*, **34**, L24702.

Welten, M., 1988: *Neue pollenanalytische Ergebnisse über das jüngere Quartär des nördlichen Alpenvorlandes der Schweiz (Mittel- und Jungpleistozän).* Beiträge zur Geologischen Karte der Schweiz, 162, Stämpfli, 40 pp.

Wenzler, T., S. Solanki, and N. Krivova, 2005: Can surface magnetic fields reproduce solar irradiance variations in cycles 22 and 23? *Astron. Astrophys.*, **432**, 1057–1061.

Wenzler, T., S. K. Solanki, N. A. Krivova, and C. Fröhlich, 2006: Reconstruction of solar irradiance variations in cycles 21–23 based on surface magnetic fields. *Astron. Astrophys.*, **460**, 583–595.

Werner, J. P., J. Luterbacher, and J. E. Smerdon, 2013: A pseudoproxy evaluation of Bayesian hierarchical modelling and canonical correlation analysis for climate field reconstructions over Europe. *J. Clim.*, **26**, 851–867.

**5**

BLM_0150968

Westerhold, T., U. Röhl, J. Laskar, I. Raffi, J. Bowles, L. J. Lourens, and J. C. Zachos, 2007: On the duration of magnetochrons C24r and C25n and the timing of early Eocene global warming events: Implications from the Ocean Drilling Program Leg 208 Walvis Ridge depth transect. *Paleoceanography*, **22**, PA2201.

Whitehouse, P. L., M. J. Bentley, G. A. Milne, M. A. King, and I. D. Thomas, 2012: A new glacial isostatic adjustment model for Antarctica: Calibrated and tested using observations of relative sea level change and present-day uplift rates. *Geophys. J. Int.*, **190**, 1464–1482.

Widmann, M., H. Goosse, G. van der Schrier, R. Schnur, and J. Barkmeijer, 2010: Using data assimilation to study extratropical Northern Hemisphere climate over the last millennium. *Clim. Past*, **6**, 627–644.

Wiersma, A., D. Roche, and H. Renssen, 2011: Fingerprinting the 8.2 ka event climate response in a coupled climate model. *J. Quat. Sci.*, **26**, 118–127.

Wiles, G. C., D. J. Barclay, P. E. Calkin, and T. V. Lowell, 2008: Century to millennial-scale temperature variations for the last two thousand years indicated from glacial geologic records of Southern Alaska. *Global Planet. Change*, **60**, 115–125.

Wiles, G. C., D. E. Lawson, E. Lyon, N. Wiesenberg, and R. D. D'Arrigo, 2011: Tree-ring dates on two pre-Little Ice Age advances in Glacier Bay National Park and Preserve, Alaska, USA. *Quat. Res.*, **76**, 190–195.

Wilhelm, B., et al., 2012: 1400 years of extreme precipitation patterns over the Mediterranean French Alps and possible forcing mechanisms. *Quat. Res.*, **78**, 1–12.

Wilmes, S. B., C. C. Raible, and T. F. Stocker, 2012: Climate variability of the mid- and high-latitudes of the Southern Hemisphere in ensemble simulations from 1500 to 2000 AD. *Clim. Past*, **8**, 373–390.

Wilson, M. F., and A. Henderson-Sellers, 1985: A global archive of land cover and soils data for use in general circulation climate models. *J. Climatol.*, **5**, 119–143.

Wilson, R., E. Cook, R. D'Arrigo, N. Riedwyl, M. N. Evans, A. Tudhope, and R. Allan, 2010: Reconstructing ENSO: the influence of method, proxy data, climate forcing and teleconnections. *J. Quat. Sci.*, **25**, 62–78.

Wilson, R., D. Miles, N. Loader, T. Melvin, L. Cunningham, R. Cooper, and K. Briffa, 2013: A millennial long march–July precipitation reconstruction for southern-central England. *Clim. Dyn.*, **40**, 997–1017.

Wilson, R., et al., 2007: A matter of divergence: Tracking recent warming at hemispheric scales using tree ring data. *J. Geophys. Res.*, **112**, D17103.

Winckler, G., R. F. Anderson, M. Q. Fleisher, D. McGee, and N. Mahowald, 2008: Covariant Glacial-Interglacial Dust Fluxes in the Equatorial Pacific and Antarctica. *Science*, **320**, 93–96.

Winkler, S., and J. Matthews, 2010: Holocene glacier chronologies: Are 'high-resolution' global and inter-hemispheric comparisons possible? *Holocene*, **20**, 1137–1147.

Winter, A., et al., 2011: Evidence for 800 years of North Atlantic multi-decadal variability from a Puerto Rican speleothem. *Earth Planet. Sci. Lett.*, **308**, 23–28.

Wolff, C., et al., 2011: Reduced interannual rainfall variability in east Africa during the Last Ice Age. *Science*, **333**, 743–747.

Wolff, E. W., et al., 2010: Changes in environment over the last 800,000 years from chemical analysis of the EPICA Dome C ice core. *Quat. Sci. Rev.*, **29**, 285–295.

Woodhouse, C. A., D. M. Meko, G. M. MacDonald, D. W. Stahle, and E. R. Cook, 2010: A 1,200–year perspective of 21st century drought in southwestern North America. *Proc. Natl. Acad. Sci. U.S.A.*, **107**, 21283–21288.

Woodroffe, C., and R. McLean, 1990: Microatolls and recent sea level change on coral atolls. *Nature*, **344**, 531–534.

Woodroffe, C. D., H. V. McGregor, K. Lambeck, S. G. Smithers, and D. Fink, 2012: Mid-Pacific microatolls record sea level stability over the past 5000 yr. *Geology*, **40**, 951–954.

Wunsch, C., 2006: Abrupt climate change: An alternative view. *Quat. Res.*, **65**, 191–203.

Xie, S. P., Y. Okumura, T. Miyama, and A. Timmermann, 2008: Influences of Atlantic climate change on the tropical Pacific via the Central American Isthmus. *J. Clim.*, **21**, 3914–3928.

Yadav, R. R., A. Braeuning, and J. Singh, 2011: Tree ring inferred summer temperature variations over the last millennium in western Himalaya, India. *Clim. Dyn.*, **36**, 1545–1554.

Yanase, W., and A. Abe-Ouchi, 2010: A numerical study on the atmospheric circulation over the midlatitude North Pacific during the Last Glacial Maximum. *J. Clim.*, **23**, 135–151.

Yang, B., A. Bräuning, Z. Dong, Z. Zhang, and J. Keqing, 2008: Late Holocene monsoonal temperate glacier fluctuations on the Tibetan Plateau. *Global Planet. Change*, **60**, 126–140.

Yang, B., J. Wang, A. Bräuning, Z. Dong, and J. Esper, 2009: Late Holocene climatic and environmental changes in central Asia. *Quat. Int.*, **194**, 68–78.

Yin, Q., and A. Berger, 2012: Individual contribution of insolation and $CO_2$ to the interglacial climates of the past 800,000 years. *Clim. Dyn.*, **38**, 709–724.

Yin, Q. Z., and A. Berger, 2010: Insolation and $CO_2$ contribution to the interglacial climate before and after the Mid-Brunhes Event. *Nature Geosci.*, **3**, 243–246.

Yin, Q. Z., A. Berger, E. Driesschaert, H. Goosse, M. F. Loutre, and M. Crucifix, 2008: The Eurasian ice sheet reinforces the East Asian summer monsoon during the interglacial 500 000 years ago. *Clim. Past*, **4**, 79–90.

Yiou, P., J. Servonnat, M. Yoshimori, D. Swingedouw, M. Khodri, and A. Abe-Ouchi, 2012: Stability of weather regimes during the last millennium from climate simulations. *Geophys. Res. Lett.*, **39**, L08703.

Yokoyama, Y., and T. M. Esat, 2011: Global climate and sea level: Enduring variability and rapid fluctuations over the past 150,000 years. *Oceanography*, **24**, 54–69.

Yoshimori, M., T. Yokohata, and A. Abe-Ouchi, 2009: A comparison of climate feedback strength between $CO_2$ doubling and LGM experiments. *J. Clim.*, **22**, 3374–3395.

Yoshimori, M., J. C. Hargreaves, J. D. Annan, T. Yokohata, and A. Abe-Ouchi, 2011: Dependency of feedbacks on forcing and climate state in physics parameter ensembles. *J. Clim.*, **24**, 6440–6455.

Young, N. E., J. P. Briner, H. A. M. Stewart, Y. Axford, B. Csatho, D. H. Rood, and R. C. Finkel, 2011: Response of Jakobshavn Isbræ, Greenland, to Holocene climate change. *Geology*, **39**, 131–134.

Yue, X., H. Wang, H. Liao, and D. Jiang, 2010: Simulation of the direct radiative effect of mineral dust aerosol on the climate at the Last Glacial Maximum. *J. Clim.*, **24**, 843–858.

Zachos, J. C., G. R. Dickens, and R. E. Zeebe, 2008: An early Cenozoic perspective on greenhouse warming and carbon-cycle dynamics. *Nature*, **451**, 279–283.

Zachos, J. C., et al., 2005: Rapid acidification of the ocean during the Paleocene-Eocene Thermal Maximum. *Science*, **308**, 1611–1615.

Zagwijn, W. H., 1996: An analysis of Eemian climate in western and central Europe. *Quat. Sci. Rev.*, **15**, 451–469.

Zeebe, R. E., J. C. Zachos, and G. R. Dickens, 2009: Carbon dioxide forcing alone insufficient to explain Palaeocene-Eocene Thermal Maximum warming. *Nature Geosci.*, **2**, 576–580.

Zha, X., C. Huang, and J. Pang, 2009: Palaeofloods recorded by slackwater deposits on the Qishuihe river in the middle Yellow river. *J. Geograph. Sci.*, **19**, 681–690.

Zhang, P. Z., et al., 2008: A test of climate, sun, and culture relationships from an 1810–year Chinese cave record. *Science*, **322**, 940–942.

Zhang, Q-B., and R. J. Hebda, 2005: Abrupt climate change and variability in the past four millennia of the southern Vancouver Island, Canada. *Geophys. Res. Lett.*, **32**, L16708.

Zhang, Q., H. S. Sundqvist, A. Moberg, H. Kornich, J. Nilsson, and K. Holmgren, 2010: Climate change between the mid and late Holocene in northern high latitudes—Part 2: Model-data comparisons. *Clim. Past*, **6**, 609–626.

Zhang, R., and T. L. Delworth, 2005: Simulated tropical response to a substantial weakening of the Atlantic thermohaline circulation. *J. Clim.*, **18**, 1853–1860.

Zhang, R., and T. L. Delworth, 2006: Impact of Atlantic multidecadal oscillations on India/Sahel rainfall and Atlantic hurricanes. *Geophys. Res. Lett.*, **33**, L17712.

Zhang, Y., Z. Kong, S. Yan, Z. Yang, and J. Ni, 2009: "Medieval Warm Period" on the northern slope of central Tianshan Mountains, Xinjiang, NW China. *Geophys. Res. Lett.*, **36**, L11702.

Zheng, W., P. Braconnot, E. Guilyardi, U. Merkel, and Y. Yu, 2008: ENSO at 6ka and 21ka from ocean-atmosphere coupled model simulations. *Clim. Dyn.*, **30**, 745–762.

Zhou, T., B. Li, W. Man, L. Zhang, and J. Zhang, 2011: A comparison of the Medieval Warm Period, Little Ice Age and 20th century warming simulated by the FGOALS climate system model. *Chin. Sci. Bull.*, **56**, 3028–3041.

Zhu, H., F. Zheng, X. Shao, X. Liu, X. Yan, and E. Liang, 2008: Millennial temperature reconstruction based on tree-ring widths of Qilian juniper from Wulan, Qinghai province, China. *Chin. Sci. Bull.*, **53**, 3914–3920.

Zinke, J., M. Pfeiffer, O. Timm, W. C. Dullo, and G. Brummer, 2009: Western Indian Ocean marine and terrestrial records of climate variability: A review and new concepts on land–ocean interactions since AD 1660. *Int. J. Earth Sci.*, **98**, 115–133.

**5**

BLM_0150969

## Appendix 5.A: Additional Information on Paleoclimate Archives and Models

**Table 5.A.1 |** Summary of the Atmosphere-Ocean General Circulation Model (AOGCM) simulations available and assessed for Sections 5.3.5 and 5.5.1. Acronyms describing forcings are: SS (solar forcing, stronger variability), SW (solar forcing, weaker variability), V (volcanic activity), G (greenhouse gases concentration), A (aerosols), L (land use–land cover), and O (orbital). The table is divided into Paleoclimate Modelling Intercomparison Project Phase III (PMIP3) and Coupled Model Intercomparison Project Phase 5 (CMIP5) and non-PMIP3/CMIP5 experiments (Braconnot et al., 2012b; Taylor et al., 2012). Superscript indices in forcing acronyms identify the forcing reconstructions used and are listed in the table footnotes. PMIP3 experiments follow forcing guidelines provided in Schmidt et al. (2011, 2012b). See Fernández-Donado et al. (2013) for more information on pre-PMIP3/CMIP5 forcing configurations. See Chapter 8 and Table 9.1 for the forcing and model specifications of the CMIP5 historical runs. The simulations highlighted in red were excluded from Figures 5.8, 5.9 and 5.12 because they did not include at least solar, volcanic and greenhouse gas forcings, they did not span the whole of the last millennium, or for a reason given in the table notes.

| Model | (No. runs) Period | Forcings[a] | Reference |
|---|---|---|---|
| **Pre PMIP3/CMIP5 Experiments** | | | |
| CCSM3 | (1×) 1000–2000 (4×) 1500–2000 | SS[11]-V[21]-G[30,31,35] | Hofer et al. (2011) |
| CNRM-CM3.3 | (1×) 1001–1999 | SS[11]-V[21]-G[30,34,35]-A[44]-L[54] | Swingedouw et al. (2011) |
| CSM1.4 | (1×) 850–1999 | SS[15]-V[21]-G[30,31,35]-A[41] | Ammann et al. (2007) |
| CSIRO-MK3L-1-2 | (3×) 1–2001 (3×) 1–2001 (3×) 501–2001 | SW[14] SW[14]-G[30]-O[60] SW[14]-V[24]-G[30]-O[60] | Phipps et al. (2013) |
| ECHAM4/OPYC | (1×) 1500–2000 | SS[11]-V[21,36]-G[30,35]-A[42]-L[50] | Stendel et al. (2006) |
| ECHAM5/MPIOM | (5×) 800–2005 (3×) 800–2005 | SW[15]-V[25]-G[34,35]-A[44]-L[54]-O[61] SS[15]-V[25]-G[34,33]-A[44]-L[51]-O[61] | Jungclaus et al. (2010) |
| ECHO-G | (1×) 1000–1990 (1×) 1000–1990 (2×) −7000–1998 | SS[11]-V[25]-G[31,36,37] SS[11]-V[25]-G[31,36,37] SS[12]-G[31]-O[62] | González-Rouco et al. (2003)[b] González-Rouco et al. (2006) Wagner et al. (2007) |
| HadCM3 | (1×) 1492–1999 | SS[11]-V[25]-G[22]-A[43]-L[50,54,55]-O[60] | Tett et al. (2007) |
| IPSLCM4 | (1×) 1001–2000 | SS[11]-G[30,34,36]-A[44]-O[60] | Servonnat et al. (2010) |
| FGOALS-gl | (1×) 1000–1999 | SS[11]-V[21]-G[30,31,35] | Zhou et al. (2011)[c] |
| **PMIP3/CMIP5 Experiments** | | | |
| BCC-csm1-1 | (1×) 850–2005 | SW[15]-V[25]-G[30,33,34]-A[45]-O[60] | |
| CCSM4 | (1×) 850–2004 | SW[15]-V[24]-G[30,33,34]-A[45]-L[51]-O[62] | Landrum et al. (2013) |
| CSIRO-MK3L-1-2 | (1×) 851–2000 | SW[14]-V[24]-G[30,33,34]-O[60] | |
| GISS-E2-R | (8×) 850–2004 | SW[14]-V[25]-G[30,33,34]-A[45]-L[51]-O[60] SW[14]-V[24]-G[30,33,34]-A[45]-L[51]-O[60] SW[14]-G[30,33,34]-A[45]-L[51]-O[60] SW[15]-V[25]-G[30,33,34]-A[45]-L[51]-O[60] SW[15]-V[24]-G[30,33,34]-A[45]-L[51]-O[60] SW[15]-G[30,33,34]-A[45]-L[51]-O[60] SW[15]-V[25]-G[30,33,34]-A[45]-O[60] SW[15]-V[24]-G[30,33,34]-A[45]-O[60] | [d] |
| HadCM3 | (1×) 800–2000 | SW[14]-V[25]-G[30,33,34]-A[45]-L[54]-O[60] | Schurer et al. (2013) |
| IPSL-CM5A-LR | (1×) 850–2005 | SW[15]-V[27]-G[30,33,34]-O[60] | |
| MIROC-ESM | (1×) 850–2005 | SW[15]-V[25]-G[30]-O[60] | [e] |
| MPI-ESM-P | (1×) 850–2005 | SW[15]-V[25]-G[30,33,34]-A[45]-L[51]-O[60] | |

Notes:

[a] Key for superscript indices in forcing acronyms:

**[1] Solar:**
- [10] Bard et al. (2000)
- [11] Bard et al. (2000) spliced to Lean et al. (1995a)
- [12] Solanki et al. (2004)
- [13] Krivova et al. (2007)
- [14] Steinhilber et al. (2009) spliced to Wang et al. (2005)
- [15] Vieira and Solanki (2010) spliced to Wang et al. (2005)
- [16] Delaygue and Bard (2011) spliced to Wang et al. (2005)

**[2] Volcanic:**
- [20] Crowley (2000)
- [21] Ammann et al. (2003)
- [22] Total solar irradiances from Crowley (2000) converted to aerosol masses using Ammann et al. (2003) regression coefficients.

- [23] Crowley et al. (2003)
- [24] Gao et al. (2008). In the GISS-E2-R simulations this forcing was implemented twice as large as in Gao et al. (2008).
- [25] Crowley and Unterman (2013)
- [26] Robertson et al. (2001)
- [27] Ammann et al. (2007)

**[3] WMGHGs:**
- [30] Flückiger et al., (1999; 2002); Machida et al. (1995)
- [31] Etheridge et al. (1996)
- [32] Johns et al. (2003)
- [33] Hansen and Sato (2004)
- [34] MacFarling Meure et al. (2006)
- [35] Blunier et al. (1995)
- [36] Etheridge et al. (1998)
- [37] Battle et al. (1996)

- [38] Robertson et al. (2001)
- [39] $CO_2$ diagnosed by the model.

**[4] Aerosols:**
- [40] Lefohn et al. (1999)
- [41] Joos et al. (2001)
- [42] Roeckner et al. (1999)
- [43] Johns et al. (2003)
- [44] Boucher and Pham (2002)
- [45] Lamarque et al. (2010). See Sections 8.2 and 8.3

**[5] Land use, land cover:**
- [50] Wilson and Henderson-Sellers (1985)
- [51] Pongratz et al. (2009) spliced to Hurtt et al. (2006)
- [52] Kaplan et al. (2011)
- [53] Pongratz et al. (2008)

*(continued on next page)*

*Table 5.A.1 Notes (continued)*

[54]   Ramankutty and Foley (1999)
[55]   Goldewijk (2001)
**[6] Orbital:**
[60]   Berger (1978)
[61]   Bretagnon and Francou (1988)
[62]   Berger and Loutre (1991)
[63]   Laskar et al. (2004)

[b]   This simulation was only used in Figure 5.8, using NH temperature adjusted by Osborn et al. (2006).
[c]   The FGOALS-gl experiment is available in the PMIP3 repository, but the forcing configuration is different from Schmidt et al (2011; 2012b) recommendations so it is included here within the pre-PMIP3 ensemble.
[d]   The GISS-E2-R experiments with Gao et al. (2008) volcanic forcing were not used in Figures 5.8, 5.9 or 5.12. See [24].
[e]   This simulation was only used in Figure 5.8, using drift-corrected NH temperature.

**Table 5.A.2 |** Summary of atmospheric carbon dioxide ($CO_2$) proxy methods and confidence assessment of their main assumptions.

| Method | Scientific Rationale | Estimated Applicability | Limitations | Main Assumptions (relative confidence) |
|---|---|---|---|---|
| Alkenone (phytoplankton biomarker) carbon isotopes | Measurements of carbon isotope ratios of marine sedimentary alkenones (or other organic compounds) allows determination of the isotopic fractionation factor during carbon fixation ($\epsilon_p$) from which $pCO_2$ can be calculated. | 100 to ~4000 ppm; 0 to 100 Ma | Alkenones are often rare in oligotrophic areas and sometimes absent. Method relies on empirical calibration and $\delta^{13}C$ is sensitive to other environmental factors, especially nutrient-related variables. Method has been used successfully to reconstruct glacial–interglacial changes. | Measured alkenone carbon isotope ratio is accurate and precise (*high*). Ambient aqueous partial pressure of carbon dioxide ($pCO_2$) has a quantifiable relationship with $\epsilon_p$ that can be distinguished from the nutrient-related physiological factors such as algal growth rate, cell size, cell geometry and light-limited growth (*medium*). Aqueous $pCO_2$ is in equilibrium with atmospheric $pCO_2$ (*medium*). Carbon isotope fractionation in modern alkenone-producing species is the same in ancient species and constant through time (*medium*). Levels of biological productivity (e.g., dissolved phosphate concentrations) can be calculated (*high*). Carbon isotope ratio of aqueous $CO_2$ in the mixed layer can be determined (*medium*). Sea surface temperature can be determined (*high*). Atmospheric partial pressure of oxygen ($pO_2$) is known or assumed (*medium*). Diagenetic effects are minimal, or can be quantified (*medium*). |
| Boron isotopes in foraminifera | Boron isotope ratios ($\delta^{11}B$) in foraminifera (or other calcifying organisms) give paleo-pH from which $pCO_2$ can be calculated if a value for a second carbonate system parameter (e.g., alkalinity) is assumed. | 100 to ~4000 ppm; 0 to 100 Ma | Calculated $pCO_2$ is very sensitive to the boron isotope ratio of seawater which is relatively poorly known, especially for the earlier Cenozoic. Effects of foraminiferal preservation are not well understood. Method has been used successfully to reconstruct glacial–interglacial changes. | Measured boron isotope ratio is accurate and precise (*high*). The equilibrium constant for dissociation of boric acid and boron isotopic fractionation between $B(OH)_3$ and $B(OH)_4$ are well known (*high*). Boron incorporation into carbonate is predominantly from borate ion (*high*). Boron isotope ratio of foraminifer calcification reflects ambient surface seawater pH (*high*). Aqueous $pCO_2$ is in equilibrium with atmospheric $pCO_2$ (*medium*). Habitats of extinct species can be determined (*high*). There is no vital effect fractionation in extinct species, or it can be determined (*medium*). The boron isotope ratio of seawater ($\delta^{11}B_{sw}$) can be determined (*medium*). Ocean alkalinity or concentration of Total Dissolved Inorganic Carbon can be determined (*high*). Sea surface temperature (SST) and salinity (SSS) can be determined (*high*). Diagenetic effects are minimal or can be quantified (*high*). |
| Carbon isotopes in soil carbonate and organic matter | Atmospheric $pCO_2$ affects the relationship between the $\delta^{13}C$ of soil $CO_2$ and the $\delta^{13}C$ of soil organic matter at depth in certain soil types, hence measurement of these parameters in paleosols can be used to calculate past $pCO_2$. | 1000 to ~4000 ppm; 0 to 400 Ma | Method works better for some soil types than others. $CO_2$ loss is difficult to quantify and method and effects of late diagenesis may be difficult to determine. | Isotopic composition of soil $CO_2$ is reflected in soil carbonates below a depth of 50 cm. (*medium*). The concentration of respired $CO_2$ in the soil is known or assumed (*medium*). Isotopic composition of atmospheric $CO_2$ is known or can be inferred (*low*). Soil carbonates were precipitated in the vadose zone in exchange with atmospheric $CO_2$ (*high*). The original depth profile of a paleosoil can be determined (*low*). Burial (late) diagenetic effects are minimal or can be quantified (*high*). |
| Stomata in plant leaves | The relative frequency of stomata on fossil leaves (Stomatal Index; (Salisbury, 1928) can be used to calculate past atmospheric $CO_2$ levels. | 100 to ~1000 ppm; 0 to 400 Ma | Closely related species have very different responses to $pCO_2$. The assumption that short-term response is the same as the evolutionary response is difficult to test. This and the shape of the calibration curves mean that much greater certainty applies to low $pCO_2$ and short time scales. | Measured stomatal index is accurate and precise (*high*). Measured stomatal index is representative of the plant (*high*). The target plants adjust their stomatal index of leaves to optimize $CO_2$ uptake (*medium*). Atmospheric $pCO_2$ close to the plant is representative of the atmosphere as a whole (*medium*). The quantitative relationship between stomatal index and $CO_2$ observed on short time scales (ecophenotypic or 'plastic response') applies over evolutionary time (*low*). Environmental factors such as irradiance, atmospheric moisture, water availability, temperature, and nutrient availability do not affect the relationship between stomatal index and $CO_2$ (*medium*). Stomatal index response to $CO_2$ of extinct species can be determined or assumed (*low*). Taphonomic processes do not affect stomatal index counts (*high*). Diagenetic processes do not affect stomatal index counts (*high*). |

**5**

457

BLM_0150971

**Table 5.A.3 |** Summary of sea surface temperature (SST) proxy methods and confidence assessment of their main assumptions.

| Method | Scientific Rationale | Estimated Applica-bility | Limitations | Main Assumptions (relative confidence) |
|---|---|---|---|---|
| δ18O of mixed-layer planktonic foraminifera | Partitioning of 18O/16O from seawater into calcite shells of all foraminifera is temperature dependent. Verified by theoretical, field and laboratory studies. Utilizes extant and extinct species that resided in the photic zone. | 0°C to 50°C; 0 to 150 Ma | The 18O/16O ratios of recrystallized planktonic foraminifer shells in carbonate-rich sediments are biased toward colder seafloor temperatures, and at most, can only constrain the lower limit of SST. The transition in preservation is progressive with age. Well-preserved forams from clay-rich sequences on continental margins are preferred. Diagenetic calcite is detectable by visual and microscopic techniques. | Analytical errors are negligible (*high*). Sensitivity to T is high and similar to modern descendants (*high*). Seawater δ18O is known. The uncertainty varies with time depending on presence of continental ice-sheets, though error is negligible in the Pleistocene and during minimal ice periods such as the Eocene (<±0.25°C). Error doubles during periods of Oligocene and early Neogene glaciation because of weak constraints on ice-volume (*medium to high*). Species lives in the mixed-layer and thus records SST (*high*). Local salinity/seawater δ18O is known (*low to medium*). Carbonate ion/pH is similar to modern (*medium, high*). Foraminifera from clay-rich sequences are well preserved and 18O/16O ratios unaffected by diagenesis (*high*). Foraminifera from carbonate-rich pelagic sequences are well preserved and ratios unaffected by diagenesis (*medium to low*; decreasing confidence with age). Biased towards summer SST in polar oceans (*medium*). |
| Mg/Ca in mixed-layer planktonic foraminifera | Partitioning of Mg/Ca from seawater into calcite shells is temperature dependent. Calibration to T is based on empirical field and laboratory culturing studies, as Mg concentra-tions of inorganically precipitated calcite are an order of magnitude higher than in biogenic calcite. There is no ice-volume influence on seawater Mg/Ca, though sensitivity does change with seawater Mg concentration. | 5°C to 35°C; 0 to 65 Ma | Diagenetic recrystallization of foram shells can bias ratios, though the direction of bias is unknown and comparisons with other proxies suggest it is minor. The Mg/Ca is also slightly sensitive to seawater pH. Long-term changes in seawater Mg/Ca, on the order of a 2–5%/10 Myr, must be constrained via models. | Analytical errors are negligible (*high*). Mg containing oxide and organic contaminants have been removed by oxidative/reductive cleaning (*high*). Sensitivity to T in extinct species is similar to modern species (*medium*). Species lives in the mixed-layer and thus records SST (*high*). Seawater Mg/Ca is known (*high to low*: decreasing confidence with time). Surface water carbonate ion/pH is similar to modern (*medium*). Foraminifera from clay-rich sequences are well preserved and ratios unaffected by diagenesis (*high*). Foraminifera from carbonate-rich pelagic sequences are well preserved and ratios unaffected by diagenesis (*high to low*; decreasing confidence with age). Biased towards summer SST in polar oceans (*medium*). |
| TEX86 index in Archea | The ratio of cyclopentane rings in archaeal tetraether lipids (TEX), i.e., isoprenoid glycerol dibiphytanyl glycerol tetraethers (GDGTs), is sen-sitive to the temperature of growth environment. The relationship and calibration with temperature is empirical (based on core tops), as the underlying mechanism(s) for this relationship has yet to be identified. Verification of field calibrations with laboratory cultures is still in progress. The compounds are extracted from bulk sediments. | 1°C to 40°C; 0 to 150 Ma | The depth from which the bulk of sedi-mentary GDGT's are produced is assumed to be the mixed-layer though this cannot be verified, for the modern or past. At least two species with differing ecologies appear to be producing the tetraethers. The GDGT signal is ultimately an integrated community signal allowing the potential for evolutionary changes to influence regional signals over time. Tetraethers are found in measurable abundances on continental shelves and/or organic rich sediments. | Analytical errors are small (*high*). Sensitivity to T similar to modern (*medium*). Species that produced tropical sedimentary GDGT's resided mainly in the mixed-layer and thus records SST (*high to medium*). Species that produced the sedimentary GDGT's in the sub-polar to polar regions mainly resided in the mixed-layer and thus records SST (*low*). No alteration of GDGT ratios during degradation of compounds (*medium to low*; decreasing confidence with age). No contamination by GDGT's derived from terrestrial sources (*high to medium* if BIT index <0.3). Biased towards summer SST in polar oceans (*medium*). |
| UK37 Index in Algae | Based on the relative concentra-tion of C37 methyl ketones derived from the cells of haptophyte phytoplankton. Calibrations are empirically derived through field and culture studies. | 5°C to 28°C; 0 to 50 Ma | The distribution of haptophyte algae ranges from sub-polar to tropical. | Analytical errors are negligible (*high*). Sensitivity to SST similar to modern (*high to medium*; decreasing confidence with time). Species that produced the sedimentary alkenones lived in the mixed-layer and thus record SST (*high*). No alteration of alkenone saturation index during degradation of compounds (*medium*; decreasing confidence with age). Biased towards summer SST in polar oceans (*medium*). |
| Microfossil census modern analogue techniques | Utilises a statistical correla-tion between extant planktonic microfossil assemblage plus most commonly foraminifera, but also diatoms and radiolarians) and climate parameters. Most commonly used statistical methods are modern analogue technique (MAT) and artificial neural network (ANN). | 0°C to 40°C; 0 to 5 Ma | Dependent on quality, coverage, size and representativeness of the core top modern analogue data base. Extant species reduce with increasing age. This and paleogeographic and ocean circulation differences with age-limit applicability to less than 1 Ma. | The composition of modern assemblages can be correlated to SST (*high*). Sensitivity of paleo-assemblages to SST is similar to modern (*high*, but decreases with increasing age). Eurythermal assemblages responding to non-temperature (e.g., nutrient availability) influences can be identified (*medium*). That the extant species used to reconstruct SST mainly reside in the mixed layer (*medium to high*). Depositional and post-depositional processes have not biased the assemblage (*medium to high*). |

BLM_0150972

**Table 5.A.4** | Assessment of leads and lags between Antarctic, hemispheric temperatures and atmospheric $CO_2$ concentration during terminations. Chronological synthesis of publications, main findings, incorporation in IPCC assessments and key uncertainties.

| Reference | Investigated Period | Source $CO_2$ Data | Source Temperature Data | Lag Quantification Method | Lag Between Temperature and $CO_2$ (positive, temperature lead) | Key Limitations |
|---|---|---|---|---|---|---|
| TAR: From a detailed study of the last three glacial terminations in the Vostok ice core, Fischer et al. (1999) conclude that $CO_2$ increases started 600 ± 400 years after the Antarctic warming. However, considering the large uncertainty in the ages of the $CO_2$ and ice (1000 years or more if we consider the ice accumulation rate uncertainty), Petit et al. (1999) felt it premature to ascertain the sign of the phase relationship between $CO_2$ and Antarctic temperature at the initiation of the terminations. In any event, $CO_2$ changes parallel Antarctic temperature changes during deglaciations (Sowers and Bender, 1995; Blunier et al., 1997; Petit et al., 1999). | | | | | | |
| Fischer et al. (1999) | Termination I<br><br>Terminations I, II, III | Taylor Dome, Byrd[a] (CH$_4$ synchronized age scales)<br><br>Vostok[a] (gas age scales based on firn modelling) | Byrd δ[18]O, Vostok δD (CH$_4$ synchronized age)<br><br>Vostok δD (GT4 ice age scale) | Maximum at onset of interglacial periods | Antarctica:<br>600 ± 400 years | Ice core synchronization for Termination I (~300 years).<br><br>Gas age-ice age difference simulated by firn models for interglacial conditions could be overestimated by ~400 years.<br><br>Signal-to-noise ratio.<br><br>Resolution of $CO_2$ measurements and firnification smoothing (~300 years). |
| Petit et al. (1999)<br>Pépin et al. (2001) | Terminations I, II, III, IV | Vostok[a] (GT4 gas age scale based on firn modelling) | Vostok δD (GT4 ice age scale) | Onset of transitions | Antarctica:<br>in phase within uncertainties<br><br>Positive | Gas age-ice age difference simulated by firn models for glacial conditions could be overestimated by up to 1500 years.<br><br>Resolution of $CO_2$ measurements and firnification smoothing (~300 years). |
| Mudelsee (2001) | 0–420 ka | Vostok[a] (GT4 gas age scale) | Vostok δD (GT4 ice age scale) | Lagged generalised least square regression with parametric bootstrap resampling, entire record | Antarctica :<br>1300 ± 1000 years | Signal to noise ratio (1 ice core). |
| AR4: High-resolution ice core records of temperature proxies and $CO_2$ during deglaciation indicates that Antarctic temperature starts to rise several hundred years before $CO_2$ (Monnin et al., 2001; Caillon et al., 2003). During the last deglaciation, and possibly also the three previous ones, the onset of warming at both high southern and northern latitudes preceded by several thousand years the first signals of significant sea level increase resulting from the melting of the northern ice sheets linked with the rapid warming at high northern latitudes (Petit et al., 1999; Shackleton, 2000; Pépin et al., 2001). Current data are not accurate enough to identify whether warming started earlier in the SH or NH, but a major deglacial feature is the difference between North and South in terms of the magnitude and timing of strong reversals in the warming trend, which are not in phase between the hemispheres and are more pronounced in the NH (Blunier and Brook, 2001). | | | | | | |
| Monnin et al. (2001) | Termination I | High resolution data from EDC on EDC1 gas age scale (based on firn modelling) | EDC (EPICA (European Project for Ice Coring in Antarctica Dome C) on EDC1 ice age scale | Crossing points of linear fit | Antarctica:<br>800 ± 600 years | Gas age–ice age difference (±1000 years).<br><br>Signal to noise ratio (1 ice core). |
| Caillon et al. (2003) | Termination III | Vostok on GT4 gas age scale | Vostok δ[40]Ar on GT4 gas age scale | Maximum lagged correlation | Antarctica:<br>800 ± 200 years | Relationship between δ[40]Ar and temperature assumed to be instantaneous. The 800 years is a minimum $CO_2$-temperature lag which does not account for a possible delayed response of firn gravitational fractionation to surface temperature changes. |
| AR5: For the last glacial termination, a large-scale temperature reconstruction (Shakun et al., 2012) documents that temperature change in the SH lead NH temperature change. This lead can be explained by the bipolar thermal seesaw concept (Stocker and Johnsen, 2003) (see also Section 5.7) and the related changes in the inter-hemispheric ocean heat transport, caused by weakening of the Atlantic Ocean meridional overturning circulation (AMOC) during the last glacial termination (Ganopolski and Roche, 2009). SH warming prior to NH warming can also be explained by the fast sea ice response to changes in austral spring insolation (Stott et al., 2007; Timmermann et al., 2009). According to these mechanisms, SH temperature lead over the NH is fully consistent with the NH orbital forcing of deglacial ice volume changes (high confidence) and the importance of the climate–carbon cycle feedbacks in glacial–interglacial transitions. The tight coupling is further highlighted by the near-zero lag between the deglacial rise in $CO_2$ and averaged deglacial Antarctic temperature recently reported from improved estimates of gas-ice age differences (Pedro et al., 2012; Parrenin et al., 2013). Previous studies (Monnin et al., 2001) suggesting a temperature lead of 800 ± 600 years over the deglacial $CO_2$ rise probably overestimated gas-ice age differences. | | | | | | |
| Shakun et al. (2012) | Termination I | EDC age scale synchronized to GICC05[b](Lemieux-Dudon et al., 2010) | NH: stack of 50 records including 2 Greenland ice cores<br><br>SH: stack of 30 records incl. 4 ice cores (Vostok, EDML, EDC, Dome F)[a] on their original age scale | Lag correlation (20–10 kyr) using Monte-Carlo statistics | SH:<br>620 ± 660 years<br><br>NH:<br>−720 ± 660 years<br><br>Global:<br>−460 ± 340 years | Uncertainties in the original age scales of each record: e.g., reservoir ages of marine sediments, radiocarbon calibration (intCal04), Antarctic gas /ice chronology.<br><br>Assumption that time scale errors (e.g., from reservoir ages or ice core chronologies) are independent from each other. This could lead to higher-than-reported lag estimation uncertainties.<br><br>Similar limitations as in earlier studies for Antarctic temperature lead on $CO_2$.<br><br>Non stability of the phase lags: global temperature leads $CO_2$ at the onset of deglacial warming. |

(continued on next page)

BLM_0150973

5

460

Table 5.A.4 (continued)

| Reference | Investigated Period | Source $CO_2$ Data | Source Temperature Data | Lag Quantification Method | Lag Between Temperature and $CO_2$ (positive, temperature lead) | Key Limitations |
|---|---|---|---|---|---|---|
| Pedro et al. (2012) | | Siple Dome and Byrd, synchronized to GICC05[b] age scale | $\delta^{18}O$ composite (Law Dome, Siple Dome, Byrd, EDML and TALDICE[a] ice cores) synchronized to GICC05[b] using firn modelling (Pedro et al., 2011) | Lag correlation (9–21 kyr) and derivative lag correlation | Antarctica: –60 to 380 years | Uncertainty on gas – ice age difference in high accumulation sites (<300 years) and on synchronization methods to GICC05. Data resolution (145 year for Byrd $CO_2$, 266 year for Siple $CO_2$). The $CO_2$ data were resampled at 20 year resolution prior to the lag analysis, which may lead to an underestimation of the statistical error in the lag determination. Temperature versus other (e.g., elevation, moisture origin) signals in coastal ice core $\delta^{18}O$. Correlation method sensitive to minima, maxima and inflexion points. |
| (Parrenin et al., 2013) | | EDC, new gas age scale produced from the modified EDC3 ice age scale using lock-in depth derived from $\delta^{15}N$ of $N_2$ and adjusted to be consistent with GICC05[b] gas age scale. Processes affecting the gas lock-in depth such as impurities are implicitly taken into account when using $\delta^{15}N$ (no use of firn models). | Stack temperature profile derived from water isotopes from EDC[a], Vostok[a], Dome Fuji[a], TALDICE[a] and EDML[a] synchronized to a modified EDC3 ice age scale | Monte-Carlo algorithm at linear break points | Antarctica: Warming onset: –10 ± 160 years Bølling onset: 260 ± 130 years Younger Dryas onset: –60 ± 120 years Holocene onset: 500 ± 90 years | Accuracy, resolution and interpolation of $\delta^{15}N$ of $N_2$; assumption of no firn convective zone at EDC under glacial conditions. Data resolution and noise (e.g., precipitation intermittency biases in stable isotope records). |

Notes:

[a] Names of different Antarctic ice cores (Byrd, Taylor Dome, Vostok, Siple Dome, Law Dome, TALDICE, Dome Fuji, EDML, EDC), with different locations, surface climate and firnification conditions. For the most inland sites (Vostok, EDC, Dome Fuji), at a given ice core depth, gas ages are lower than ice ages by 1500 to 2000 years (interglacial conditions) and 5000–5500 years (glacial conditions) while this gas age–ice age difference is lower (400 to 800. years) for coastal, higher accumulation sites (Byrd, Law Dome, Siple Dome).

[b] GICC05: Greenland Ice Core Chronology 2005, based on annual layer counting in Greenland (NGRIP, GRIP and DYE3 ice cores) (Rasmussen et al., 2006), back to 60 ka (Svensson et al., 2008). The synchronism between rapid shifts in Greenland climate and in atmospheric $CH_4$ variations allows to transfer GICC05 to Greenland and then to Antarctic $CH_4$ variations (Blunier et al., 2007).

Additional point: $CO_2$-Antarctic temperature phase during AIM events.

Studies on $CO_2$ phasing relative to $CH_4$ during Dansgaard Oeschger (DO) event onsets (Ahn and Brook, 2008; Ahn et al., 2012; Bereiter et al., 2012) suggest a lag of maximum $CO_2$ concentration relative to the Antarctic Isotope Maxima (AIM) 19, 20, 21, 23 and 24 by 260 ± 220 years during MIS5 and 670 to 870 years ± 360 years relative to AIM 12, 14, 17 during MIS3 (Bereiter et al., 2012). Accordingly, the lag is dependent on the climate state. A lag is not discernible for shorter AIM. This study avoids the ice age–gas age difference problem, but relies on the bipolar seesaw concept, i.e., it assumes that maximum Antarctic temperatures are coincident to the onset of DO events and the concurrent $CH_4$ increase.

**Table 5.A.5 |** Summary of seasonal estimates of terrestrial surface temperature anomalies (°C) for the Last Interglacial (LIG) plotted in Figure 5.6. *pdf*-method stands for probability-density function method. Dating methods: AMS=Accelerator mass spectrometry; IRSL=infrared stimulated luminescence; OSL=Optically stimulated luminescence; TL=thermoluminescence.

| Site | Latitude (°N) | Longitude (°E) | Elevation (m asl) | Dating | Proxy | Temperature Anomaly (°C) July | Temperature Anomaly (°C) January | References |
|---|---|---|---|---|---|---|---|---|
| Netherlands, Amsterdam Terminal | 52.38 | 4.91 | 1 | Eemian, U/Th | Pollen, diatoms, molluscs, foraminifera, dinoflagellates, ostracods, heavy minerals, paleomagnetism, grain-size, trace elements | 2 | 3 | (Zagwijn, 1996; van Leeuwen et al., 2000; Beets et al., 2006) |
| E Canada, Addington Forks, Nova Scotia | 45.65 | −62.1 | 50 | Uranium-series | Pollen | 4 | | (Dreimanis, 1992) |
| NW America, Humptulips | 47.28 | −123.55 | 100 | interpolation with ¹⁴C dates (peat) of the same core | Pollen | 1 | | (Heusser and Heusser, 1990) |
| NE Siberia, Lake El'gygytgyn | 67.5 | 172 | 492 | TL | Pollen | 6 | 14 | (Lozhkin and Anderson, 2006) |
| NW Alaska, Squirrel Lake | 67.1 | −160.38 | 91 | TL | Pollen, plant macrofossils | 1.5 | −2 | (Berger and Anderson, 2000) |
| SE Baffin Island, Robinson Lake | 63.38 | −64.25 | 170 | TL, IRSL | Pollen, diatoms, macrofossils | 5 | | (Miller et al., 1999; Fréchette et al., 2006) |
| Sweden, Leveäniemi | 67.63 | 21.02 | 380 | 125 ka | Pollen, *pdf* method | 2.1 | 6.6 | (Kühl, 2003, and ref. therein) |
| Finland, Evijärvi | 63.43 | 23.33 | 67 | 125 ka | Pollen, *pdf* method | 2.3 | 10.3 | (Kühl, 2003, and ref. therein) |
| Finland, Norinkylä | 62.58 | 22.02 | 110 | 125 ka | Pollen, *pdf* method | 1.3 | 7.7 | (Kühl, 2003, and ref. therein) |
| Estland, Prangli | 59.65 | 25.08 | 5 | 125 ka | Pollen, *pdf* method | 1.7 | 3.2 | (Kühl, 2003, and ref. therein) |
| Estland, Waewa-Ringen | 58.33 | 26.73 | 50 | 125 ka | Pollen, *pdf* method | 1.3 | 6.8 | (Kühl, 2003, and ref. therein) |
| Norway, Fjøsanger | 60.35 | 5.33 | 5 | 125 ka | Pollen, *pdf* method | 2.9 | 1.6 | (Kühl, 2003, and ref. therein) |
| Denmark, Hollerup | 56.7 | 9.83 | 40 | 125 ka | Pollen, *pdf* method | 1.1 | 3.7 | (Kühl, 2003, and ref. therein) |
| Germany, Husum | 54.52 | 9.17 | 2 | 125 ka | Pollen, *pdf* method | 2.3 | −0.3 | (Kühl, 2003, and ref. therein) |
| Germany, Rederstall | 54.28 | 9.25 | 0 | 125 ka | Pollen, *pdf* method | 0.3 | 1 | (Kühl, 2003, and ref. therein) |
| Germany, Odderade | 54.23 | 9.28 | 7 | 125 ka | Pollen, *pdf* method | 1.8 | 1.4 | (Kühl, 2003, and ref. therein) |
| Germany, Helgoland | 53.95 | 8.85 | −1 | 125 ka | Pollen & macrofossils, *pdf* method | 2 | 0.6 | (Kühl, 2003, and ref. therein) |
| Germany, Oerel | 53.48 | 9.07 | 12.5 | 125 ka | Pollen, *pdf* method | 1.1 | 0.6 | (Kühl, 2003, and ref. therein) |
| Germany, Quakenbrück | 52.4 | 7.57 | 26 | 125 ka | Pollen, *pdf* method | 1.4 | 0.3 | (Kühl, 2003, and ref. therein) |
| Netherlands, Amersfoort | 52.15 | 5.38 | 3 | 125 ka | Pollen, *pdf* method | −0.3 | 0.5 | (Kühl, 2003, and ref. therein) |
| Germany, Wallensen | 52 | 9.4 | 160 | 125 ka | Pollen & macrofossils, *pdf* method | 1.9 | −0.7 | (Kühl, 2003, and ref. therein) |
| Germany, Neumark-Nord | 51.33 | 11.88 | 90 | 125 ka | Pollen & macrofossils, *pdf* method | 1.4 | 0.5 | (Kühl, 2003, and ref. therein) |
| Germany, Grabschütz | 51.48 | 12.28 | 100 | 125 ka | Pollen & macrofossils, *pdf* method | 1.3 | −0.2 | (Kühl, 2003, and ref. therein) |
| Germany, Schönfeld | 51.8 | 13.89 | 65 | 125 ka | Pollen, *pdf* method | −0.5 | 2.6 | (Kühl, 2003, and ref. therein) |
| Germany, Kittlitz | 51.43 | 14.78 | 150 | 125 ka | Pollen, *pdf* method | 1.4 | 2.4 | (Kühl, 2003, and ref. therein) |
| Poland, Imbramovice | 50.88 | 16.57 | 175 | 125 ka | Pollen & macrofossils, *pdf* method | 2.5 | 3.4 | (Kühl, 2003, and ref. therein) |
| Poland, Zgierz-Rudunki | 51.87 | 19.42 | 200 | 125 ka | Pollen & macrofossils, *pdf* method | 0.2 | 2.6 | (Kühl, 2003, and ref. therein) |
| Poland, Wladyslawow | 52.13 | 18.47 | 100 | 125 ka | Pollen & macrofossils, *pdf* method | 2.4 | −0.9 | (Kühl, 2003, and ref. therein) |
| Poland, Glowczyn | 52.48 | 20.21 | 124 | 125 ka | Pollen, *pdf* method | 1.4 | 3.6 | (Kühl, 2003, and ref. therein) |
| Poland, Gora Kalwaria | 51.98 | 21.18 | 100 | 125 ka | Pollen & macrofossils, *pdf* method | 0.3 | 1.9 | (Kühl, 2003, and ref. therein) |
| Poland, Naklo | 53.15 | 17.6 | 62 | 125 ka | Pollen & macrofossils, *pdf* method | 0.6 | 3 | (Kühl, 2003, and ref. therein) |
| Poland, Grudziadz | 53.48 | 18.75 | 10 | 125 ka | Pollen, *pdf* method | 0.5 | 1.6 | (Kühl, 2003, and ref. therein) |
| England, Wing | 52.62 | −0.78 | 119 | 125 ka | Pollen, *pdf* method | 2.4 | −0.5 | (Kühl, 2003, and ref. therein) |

*(continued on next page)*

BLM_0150975

462

Table 5.A.5 (continued)

| Site | Latitude (°N) | Longitude (°E) | Elevation (m asl) | Dating | Proxy | Temperature Anomaly (°C) July | Temperature Anomaly (°C) January | References |
|------|------|------|------|------|------|------|------|------|
| England, Bobbitshole | 52.05 | 1.15 | 3 | 125 ka | Pollen & macrofossils, pdf method | 2.5 | −2.3 | (Kühl, 2003, and ref. therein) |
| England, Selsey | 50.42 | 0.48 | 0 | 125 ka | Pollen & macrofossils, pdf method | 0.7 | −2.2 | (Kühl, 2003, and ref. therein) |
| England, Stone | 50.42 | −1.02 | 0 | 125 ka | Pollen & macrofossils, pdf method | 2.9 | −2.3 | (Kühl, 2003, and ref. therein) |
| France, La Grande Pile | 47.73 | 6.5 | 330 | 125 ka | Pollen, pdf method | 0.5 | −0.7 | (Kühl, 2003, and ref. therein) |
| Germany, Krumbach | 48.04 | 9.5 | 606 | 125 ka | Pollen, pdf method | 0.5 | 2.3 | (Kühl, 2003, and ref. therein) |
| Germany, Jammertal | 48.1 | 9.72 | 578 | 125 ka | Pollen, pdf method | 0 | 0.5 | (Kühl, 2003, and ref. therein) |
| Germany, Samerberg | 47.75 | 12.2 | 600 | 125 ka | Pollen & macrofossils, pdf method | 2.7 | 4.1 | (Kühl, 2003, and ref. therein) |
| Germany, Zeifen | 47.93 | 12.83 | 427 | 125 ka | Pollen & macrofossils, pdf method | 3.4 | 2.5 | (Kühl, 2003, and ref. therein) |
| Austria, Mondsee | 47.51 | 13.21 | 534 | 125 ka | Pollen & macrofossils, vmethod | 4.3 | 1.3 | (Kühl, 2003, and ref. therein) |
| Germany, Eurach | 47.29 | 11.13 | 610 | 125 ka | Pollen, pdf method | 6.4 | 4.7 | (Kühl, 2003, and ref. therein) |
| Germany, Füramoos | 47.91 | 9.95 | 662 | 125 ka | Pollen, modern analogue vegetation (MAV) and probability mutual climatic spheres (PCS) | −2.8 | −1.2 | (Müller, 2001) |
| Swiss, Gondiswil-Seilern | 47.12 | 7.88 | 639 | 125 ka | Pollen, pdf method | 0.1 | 0.4 | (Kühl, 2003, and ref. therein) |
| Swiss, Meikirch | 47 | 7.37 | 620 | 125 ka | Pollen, pdf method | 0.3 | −0.3 | (Kühl, 2003, and ref. therein) |
| Swiss, Meikirch II | 47.01 | 7.33 | 620 | 125 ka | Pollen, modern analogue vegetation (MAV) and probability mutual climatic spheres (PCS) | −1.2 | −4.5 | (Welten, 1988) |
| Swiss, Beerenmösli | 47.06 | 7.51 | 649 | 125 ka | Pollen, modern analogue vegetation (MAV) and probability mutual climatic spheres (PCS) | −1.1 | −5.5 | (Wegmüller, 1992) |
| France, Lac Du Bouchet | 44.55 | 3.47 | 1200 | 125 ka | Pollen, pdf method | 1.7 | −0.2 | (Kühl, 2003, and ref. therein) |
| Italia, Valle di Castiglione | 41.85 | 12.73 | 110 | 125 ka | Pollen, pdf method | −3.4 | −5.9 | (Kühl, 2003, and ref. therein) |
| Romania, Turbuta | 47.25 | 23.3 | 275 | U/Th, 125 ka | Pollen, pdf method | −1.2 | 2.4 | (Kühl, 2003, and ref. therein) |
| Greece, Tenaghi Phillipon | 41.17 | 24.33 | 40 | 125 ka | Pollen, pdf method | 0.9 | 2 | (Kühl, 2003, and ref. therein) |
| Greece, Ioannina | 39.67 | 20.85 | 472 | 125 ka | Pollen, pdf method | −1.9 | −1.9 | (Kühl, 2003, and ref. therein) |
| Germany, Bispingen | 53.08 | 9.98 | 100 | TL, 125ka | Pollen, pdf method | 1.2 | 0.9 | (Kühl, 2003, and ref. therein) |
| Germany, Gröbern | 52.02 | 12.08 | 95 | TL, 125 ka | Pollen & macrofossils, pdf method | 0.4 | 1.8 | (Kühl, 2003, and ref. therein) |
| Germany, Klinge | 51.75 | 14.52 | 10 | pollen correlation | Pollen (Grichuk, 1985) | 0 | 2 | (Novenko et al., 2008) |
| Germany, Ober-Rheinebene near Darmstadt | 49.82 | 8.4 | 90 | Eem | Vegetation, mammals | | | (von Königswald, 2007) |
| France, La Flachere | 45.23 | 5.58 | 333 | 125 ka | Pollen, modern analogue vegetation (MAV) and probability mutual climatic spheres (PCS) | −0.9 | −14.4 | (Peschke et al., 2000) |
| France, Lathuile | 45.75 | 6.14 | 452 | 125 ka | Pollen, modern analogue vegetation (MAV) and probability mutual climatic spheres (PCS) | −0.5 | −2.2 | (Klotz et al., 2003) |
| France, La Grande Pile | 47.73 | 6.5 | 330 | TL, 125 ka | Pollen, carbon isotopes | 10 | −15 | (Rousseau et al., 2007) |
| Japan, Lake Biwa | 35.33 | 136.17 | 86 | tephrochronological and magnetostratigraphic information | Pollen | −3 | −2.5 | (Nakagawa et al., 2008) |
| | | | | | Pollen | −5.5 | −1.5 | (Tarasov et al., 2011) |
| Siberia, Lake Baikal, Continent Ridge CON01-603-2 | 53.95 | 108.9 | −386 | AMS, 125 ka | Pollen | 2 | −1 | (Tarasov et al., 2005) |
| Bol'shoi Lyakhovsky Island | 73.33 | 141.5 | 40 | MIS 5, ca. 130−110 ka (IRSL) | Pollen, beetles, chironomids, rhizopods, palaeomagnetic, BMA | 4.5 | | (Andreev et al., 2004) |
| Wairarapa Valley, New Zealand | −41.37 | 175.07 | 10 | OSL, MIS 5e | Beetles | 2.8 winter | 2.1 summer | (Marra, 2003) |

## 5.A.1    Additional Information to Section 5.3.5

Section 5.3.5 assesses knowledge of changes in hemispheric and global temperature over the last 2 ka from a range of studies, reconstructions and simulations. Tables 5.A.1 and 5.A.6 provide further information about the datasets used in Figures 5.7–5.9 and 5.12, and the construction of Figure 5.8 is described in more detail. All reconstructions assessed in, or published since, AR4 were considered, but those that have been superseded by a related study using an expanded proxy dataset and/or updated statistical methods were excluded.

Figure 5.8 compares simulated and reconstructed NH temperature changes (see caption). Some reconstructions represent a smaller spatial domain than the full NH or a specific season, while annual temperatures for the full NH mean are shown for the simulations. Multi-model means and estimated 90% multi-model ranges are shown by the thick and thin lines, respectively, for two groups of simulations (Table 5.A.1): those forced by stronger (weaker) solar variability in red (blue). Note that the strength of the solar variability is not the only difference between these groups: the GCMs and the other forcings are also different between the groups. In Figure 5.7, the reconstructions are shown as deviations from their 1881–1980 mean, which allows them to be compared with the instrumental record. In Figure 5.8a, all timeseries are expressed as anomalies from their 1500–1850 mean (prior to smoothing with a 30-year Gaussian-weighted filter, truncated 7 years from the end of each series to reduce end-effects of the filter) because the comparison of simulations and reconstructions is less sensitive to errors in anthropogenic aerosol forcing applied to the models when a pre-industrial reference period is used, and less sensitive to different realisations of internal variability with a multi-century reference period. The grey shading represents a measure of the overlapping reconstruction confidence intervals, with scores of 1 and 2 assigned to temperatures within ±1.645 standard deviation (90% confidence range) or ±1 standard deviation, respectively, then summed over all reconstructions and scaled so that the maximum score is dark grey, and minimum score is pale grey. This allows the multi-model ensembles to be compared with the ensemble of reconstructed NH temperatures, taking into account the published confidence intervals.

The superposed composites (time segments from selected periods positioned so that the years with peak negative forcing are aligned; top panels of Figure 5.8b–d) compare the simulated and reconstructed temperatures (bottom panels) associated with (b) individual volcanic forcing events; (c) multi-decadal changes in volcanic activity; (d) multi-decadal changes in solar irradiance. Only reconstructions capable of resolving (b) interannual or (c, d) interdecadal variations are used. The thick green line in Figure 5.8d shows the composite mean of the volcanic forcing, also band-pass filtered, but constructed using the solar composite periods to demonstrate the changes in volcanic forcing that are coincident with solar variability. The composite of individual volcanic events shown in (b) is formed by aligned time segments centred on the 12 years (1442, 1456, 1600, 1641, 1674, 1696, 1816, 1835, 1884, 1903, 1983 and 1992) during 1400–1999 that the Crowley and Unterman (2013) volcanic forcing history exceeds 1.0 W m$^{-2}$ below the 1500–1899 mean volcanic forcing, excluding events within 7 years (before or after) of a stronger event. The composite of multi-decadal changes in volcanic forcing shown in (c) is formed from 80-year periods

centred on the five years (1259, 1456, 1599, 1695 and 1814) during 850–1999 when the Crowley and Unterman (2013) volcanic forcing, smoothed with a 40-year Gaussian-weighted filter, exceeds 0.2 W m$^{-2}$ below the 1500–1899 mean volcanic forcing, except that a year is not selected if it is within 39 years of another year that has a larger negative 40-year smoothed volcanic forcing. The composite of the strongest multidecadal changes in the solar forcing shown in (d) is formed from 80-year periods centred on the seven years (1044, 1177, 1451, 1539, 1673, 1801 and 1905) during 850–1999 when the Ammann et al. (2007) solar forcing, band-pass filtered to retain variations on time scales between 20 and 160 years, is reduced by at least 0.1 W m$^{-2}$ over a 40-year period. Reconstructed and simulated temperature timeseries were smoothed with a 40-year Gaussian-weighted filter in (c) or 20-to-160-year band-pass filtered in (d), and each composite was shifted to have zero mean during the (b) 5 or (c, d) 40 years preceding the peak negative forcing.

BLM_0150977

**Table 5.A.6** | Hemispheric and global temperature reconstructions assessed in Table 5.4 and used in Figures 5.7 to 5.9.

| Reference [Identifier] | Period (CE) | Resolution | Region[a] | Proxy Coverage[b] | | | | Method & Data |
|---|---|---|---|---|---|---|---|---|
| | | | | H | M | L | O | |
| Briffa et al. (2001) [only used in figure 5.8b–d due to divergence issue] | 1402–1960 | Annual (summer) | L 20°N to 90°N | ✱ | ⊠ | □ | □ | Principal component forward regression of regional composite averages. Tree-ring density network, age effect removed via age-band decomposition. |
| Christiansen and Ljungqvist (2012) [CL12loc] | 1–1973 | Annual | L+S 30°N to 90°N | ✱ | ✱ | □ | □ | Composite average of local records calibrated by local inverse regression. Multi-proxy network. |
| D'Arrigo et al. (2006) [Da06treecps] | 713–1995 | Annual | L 20°N to 90°N | ✱ | ⊠ | □ | □ | Forward linear regression of composite average. Network of long tree-ring width chronologies, age effect removed by Regional Curve Standardisation. |
| Frank et al. (2007) [Fr07treecps] | 831–1992 | Annual | L 20°N to 90°N | ⊠ | ⊠ | □ | □ | Variance matching of composite average, adjusted for artificial changes in variance. Network of long tree-ring width chronologies, age effect removed by Regional Curve Standardisation. |
| Hegerl et al. (2007) [He07tls] | 558–1960 | Decadal | L 30°N to 90°N | ⊠ | ⊠ | □ | □ | Total Least Squares regression. Multi-proxy network. |
| Juckes et al. (2007) [Ju07cvm] | 1000–1980 | Annual | L+S 0° to 90°N | ⊠ | ⊠ | □ | □ | Variance matching of composite average. Multi-proxy network. |
| Leclercq and Oerlemans (2012) [LO12glac] | 1600–2000 | Multidecadal | L 0° to 90°N L 90S to 0° L 90°S to 90°N | ⊠ | ✱ | ⊠ | □ | Inversion of glacier length response model. 308 glacier records. |
| Ljungqvist (2010) [Lj10cps] | 1–1999 | Decadal | L+S 30°N to 90°N | ✱ | ⊠ | □ | ⊠ | Variance matching of composite average. Multi-proxy network. |
| Loehle and McCulloch (2008) [LM08ave] | 16–1935 | Multidecadal | L+S mostly 0° to 90°N | ⊠ | ⊠ | □ | ⊠ | Average of calibrated local records. Multi-proxy network (almost no tree-rings). |
| Mann et al. (2008) [Ma08cpsl] [Ma08eivl] [Ma08eivf] [Ma08min7eivf] | 200–1980 | Decadal | L [cpsl/eivl] and L+S [eivf] versions, 0° to 90°N, 0° to 90°S, and 90°S to 90°N | ✱ | ✱ | ⊠ | ⊠ | (i) Variance matching of composite average. (ii) Total Least Squares regression. Multi-proxy network.[c] |
| Mann et al. (2009) [Ma09regm] | 500–1849 | Decadal | L+S 0 to 90°N | ✱ | ✱ | ⊠ | ⊠ | Regularized Expectation Maximization with Truncated Total Least Squares. Multi-proxy network.[c] |
| Moberg et al. (2005) [Mo05wave] | 1–1979 | Annual | L+S 0° to 90°N | ⊠ | ✱ | ⊠ | □ | Variance matching of composites of wavelet decomposed records. Tree-ring width network for short time scales; non-tree-ring network for long time scales. |
| Pollack and Smerdon (2004) [PS04bore] | 1500–2000 | Centennial | L 0° to 90°N L 0° to 90°S L 90°S to 90°N | ⊠ | ✱ | ⊠ | □ | Borehole temperature profiles inversion |
| Shi et al. (2013) [Sh13pcar] | 1000–1998 | Annual | L 0 to 90°N | ✱ | ⊠ | □ | □ | Principal component regression with autoregressive timeseries model. Multi-proxy network (tree-ring and non-tree-ring versions). |

Notes:

[a]   Region: L = land only, L+S = land and sea, latitude range indicated.

[b]   Proxy location and coverage: H = high latitude, M = mid latitude, L = low latitude, O = oceans, □ = none or very few, ⊠ = limited, ✱ = moderate

[c]   These studies also present versions without tree-rings or without seven inhomogeneous proxies (including the Lake Korttajärvi sediment records; Tiljander et al., 2003). The latter version is used in figure 5.7a (Ma08min7eivf) in preference to the reconstruction from the full network. The impact of these seven proxies on the other NH reconstructions is negligible (Ma08cpsl) or results in a slightly warmer pre-900 reconstruction compared to the version without them (Ma09regm).

5

BLM_0150978

# Carbon and Other Biogeochemical Cycles

**6**

**Coordinating Lead Authors:**

Philippe Ciais (France), Christopher Sabine (USA)

**Lead Authors:**

Govindasamy Bala (India), Laurent Bopp (France), Victor Brovkin (Germany/Russian Federation), Josep Canadell (Australia), Abha Chhabra (India), Ruth DeFries (USA), James Galloway (USA), Martin Heimann (Germany), Christopher Jones (UK), Corinne Le Quéré (UK), Ranga B. Myneni (USA), Shilong Piao (China), Peter Thornton (USA)

**Contributing Authors:**

Anders Ahlström (Sweden), Alessandro Anav (UK/Italy), Oliver Andrews (UK), David Archer (USA), Vivek Arora (Canada), Gordon Bonan (USA), Alberto Vieira Borges (Belgium/Portugal), Philippe Bousquet (France), Lex Bouwman (Netherlands), Lori M. Bruhwiler (USA), Kenneth Caldeira (USA), Long Cao (China), Jérôme Chappellaz (France), Frédéric Chevallier (France), Cory Cleveland (USA), Peter Cox (UK), Frank J. Dentener (EU/Netherlands), Scott C. Doney (USA), Jan Willem Erisman (Netherlands), Eugenie S. Euskirchen (USA), Pierre Friedlingstein (UK/Belgium), Nicolas Gruber (Switzerland), Kevin Gurney (USA), Elisabeth A. Holland (Fiji/USA), Brett Hopwood (USA), Richard A. Houghton (USA), Joanna I. House (UK), Sander Houweling (Netherlands), Stephen Hunter (UK), George Hurtt (USA), Andrew D. Jacobson (USA), Atul Jain (USA), Fortunat Joos (Switzerland), Johann Jungclaus (Germany), Jed O. Kaplan (Switzerland/Belgium/USA), Etsushi Kato (Japan), Ralph Keeling (USA), Samar Khatiwala (USA), Stefanie Kirschke (France/Germany), Kees Klein Goldewijk (Netherlands), Silvia Kloster (Germany), Charles Koven (USA), Carolien Kroeze (Netherlands), Jean-François Lamarque (USA/Belgium), Keith Lassey (New Zealand), Rachel M. Law (Australia), Andrew Lenton (Australia), Mark R. Lomas (UK), Yiqi Luo (USA), Takashi Maki (Japan), Gregg Marland (USA), H. Damon Matthews (Canada), Emilio Mayorga (USA), Joe R. Melton (Canada), Nicolas Metzl (France), Guy Munhoven (Belgium/Luxembourg), Yosuke Niwa (Japan), Richard J. Norby (USA), Fiona O'Connor (UK/Ireland), James Orr (France), Geun-Ha Park (USA), Prabir Patra (Japan/India), Anna Peregon (France/Russian Federation), Wouter Peters (Netherlands), Philippe Peylin (France), Stephen Piper (USA), Julia Pongratz (Germany), Ben Poulter (France/USA), Peter A. Raymond (USA), Peter Rayner (Australia), Andy Ridgwell (UK), Bruno Ringeval (Netherlands/France), Christian Rödenbeck (Germany), Marielle Saunois (France), Andreas Schmittner (USA/Germany), Edward Schuur (USA), Stephen Sitch (UK), Renato Spahni (Switzerland), Benjamin Stocker (Switzerland), Taro Takahashi (USA), Rona L. Thompson (Norway/New Zealand), Jerry Tjiputra (Norway/Indonesia), Guido van der Werf (Netherlands), Detlef van Vuuren (Netherlands), Apostolos Voulgarakis (UK/Greece), Rita Wania (Austria), Sönke Zaehle (Germany), Ning Zeng (USA)

**Review Editors:**

Christoph Heinze (Norway), Pieter Tans (USA), Timo Vesala (Finland)

**This chapter should be cited as:**

Ciais, P., C. Sabine, G. Bala, L. Bopp, V. Brovkin, J. Canadell, A. Chhabra, R. DeFries, J. Galloway, M. Heimann, C. Jones, C. Le Quéré, R.B. Myneni, S. Piao and P. Thornton, 2013: Carbon and Other Biogeochemical Cycles. In: *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

BLM_0150979

# Table of Contents

Executive Summary ................................................... 467

6.1   Introduction ................................................. 470

6.1.1   Global Carbon Cycle Overview .................................. 470

**Box 6.1: Multiple Residence Times for an Excess of Carbon Dioxide Emitted in the Atmosphere** ....................................... 472

6.1.2   Industrial Era ............................................ 474

6.1.3   Connections Between Carbon and the Nitrogen and Oxygen Cycles ................................................. 475

**Box 6.2: Nitrogen Cycle and Climate-Carbon Cycle Feedbacks** .................................................... 477

6.2   Variations in Carbon and Other Biogeochemical Cycles Before the Fossil Fuel Era ................................... 480

6.2.1   Glacial–Interglacial Greenhouse Gas Changes .......... 480

6.2.2   Greenhouse Gas Changes over the Holocene ........... 483

6.2.3   Greenhouse Gas Changes over the Last Millennium .......................................... 485

6.3   Evolution of Biogeochemical Cycles Since the Industrial Revolution ...................................... 486

6.3.1   Carbon Dioxide Emissions and Their Fate Since 1750 ................................................ 486

6.3.2   Global Carbon Dioxide Budget .................................. 488

**Box 6.3: The Carbon Dioxide Fertilisation Effect** ................... 502

6.3.3   Global Methane Budget .......................................... 508

6.3.4   Global Nitrogen Budgets and Global Nitrous Oxide Budget in the 1990s ......................................... 510

6.4.   Projections of Future Carbon and Other Biogeochemical Cycles ................................... 514

6.4.1   Introduction ............................................ 514

6.4.2   Carbon Cycle Feedbacks in Climate Modelling Intercomparison Project Phase 5 Models ................. 514

**Box 6.4: Climate–Carbon Cycle Models and Experimental Design** .................................................... 516

6.4.3   Implications of the Future Projections for the Carbon Cycle and Compatible Emissions .................. 523

6.4.4   Future Ocean Acidification ......................................... 528

6.4.5   Future Ocean Oxygen Depletion ............................... 532

6.4.6   Future Trends in the Nitrogen Cycle and Impact on Carbon Fluxes ......................................... 535

6.4.7   Future Changes in Methane Emissions ..................... 539

6.4.8   Other Drivers of Future Carbon Cycle Changes ......... 542

6.4.9   The Long-term Carbon Cycle and Commitments ....... 543

6.5   Potential Effects of Carbon Dioxide Removal Methods and Solar Radiation Management on the Carbon Cycle ...................................... 546

6.5.1   Introduction to Carbon Dioxide Removal Methods ................................................ 546

6.5.2   Carbon Cycle Processes Involved in Carbon Dioxide Removal Methods ................................. 547

6.5.3   Impacts of Carbon Dioxide Removal Methods on Carbon Cycle and Climate ........................................ 550

6.5.4   Impacts of Solar Radiation Management on the Carbon Cycle .............................................. 551

6.5.5   Synthesis ................................................ 552

References   ................................................ 553

Frequently Asked Questions

FAQ 6.1   **Could Rapid Release of Methane and Carbon Dioxide from Thawing Permafrost or Ocean Warming Substantially Increase Warming?** ........ 530

FAQ 6.2   **What Happens to Carbon Dioxide After It Is Emitted into the Atmosphere?** ............................ 544

Supplementary Material

*Supplementary Material is available in online versions of the report.*

6

BLM_0150980

## Executive Summary

This chapter addresses the biogeochemical cycles of carbon dioxide ($CO_2$), methane ($CH_4$) and nitrous oxide ($N_2O$). The three greenhouse gases (GHGs) have increased in the atmosphere since pre-industrial times, and this increase is the main driving cause of climate change (Chapter 10). $CO_2$, $CH_4$ and $N_2O$ altogether amount to 80% of the total radiative forcing from well-mixed GHGs (Chapter 8). The increase of $CO_2$, $CH_4$ and $N_2O$ is caused by anthropogenic emissions from the use of fossil fuel as a source of energy and from land use and land use changes, in particular agriculture. The observed change in the atmospheric concentration of $CO_2$, $CH_4$ and $N_2O$ results from the dynamic balance between anthropogenic emissions, and the perturbation of natural processes that leads to a partial removal of these gases from the atmosphere. Natural processes are linked to physical conditions, chemical reactions and biological transformations and they respond themselves to perturbed atmospheric composition and climate change. Therefore, the physical climate system and the biogeochemical cycles of $CO_2$, $CH_4$ and $N_2O$ are coupled. This chapter addresses the present human-caused perturbation of the biogeochemical cycles of $CO_2$, $CH_4$ and $N_2O$, their variations in the past coupled to climate variations and their projected evolution during this century under future scenarios.

### The Human-Caused Perturbation in the Industrial Era

**$CO_2$ increased by 40% from 278 ppm about 1750 to 390.5 ppm in 2011. During the same time interval, $CH_4$ increased by 150% from 722 ppb to 1803 ppb, and $N_2O$ by 20% from 271 ppb to 324.2 ppb in 2011.** It is unequivocal that the current concentrations of atmospheric $CO_2$, $CH_4$ and $N_2O$ exceed any level measured for at least the past 800,000 years, the period covered by ice cores. Furthermore, the average rate of increase of these three gases observed over the past century exceeds any observed rate of change over the previous 20,000 years. {2.2, 5.2, 6.1, 6.2}

**Anthropogenic $CO_2$ emissions to the atmosphere were 555 ± 85 PgC (1 PgC = $10^{15}$ gC) between 1750 and 2011.** Of this amount, fossil fuel combustion and cement production contributed 375 ± 30 PgC and land use change (including deforestation, afforestation and reforestation) contributed 180 ± 80 PgC. {6.3.1, Table 6.1}

**With a *very high level of confidence*[1], the increase in $CO_2$ emissions from fossil fuel burning and those arising from land use change are the dominant cause of the observed increase in atmospheric $CO_2$ concentration.** About half of the emissions remained in the atmosphere (240 ± 10 PgC) since 1750. The rest was removed from the atmosphere by sinks and stored in the natural carbon cycle reservoirs. The ocean reservoir stored 155 ± 30 PgC. Vegetation biomass and soils not affected by land use change stored 160 ± 90 PgC. {6.1, 6.3, 6.3.2.3, Table 6.1, Figure 6.8}

**Carbon emissions from fossil fuel combustion and cement production increased faster during the 2000–2011 period than during the 1990–1999 period.** These emissions were 9.5 ± 0.8 PgC $yr^{-1}$ in 2011, 54% above their 1990 level. Anthropogenic net $CO_2$ emissions from land use change were 0.9 ± 0.8 PgC $yr^{-1}$ throughout the past decade, and represent about 10% of the total anthropogenic $CO_2$ emissions. It is *more likely than not*[2] that net $CO_2$ emissions from land use change decreased during 2000–2011 compared to 1990–1999. {6.3, Table 6.1, Table 6.2, Figure 6.8}

**Atmospheric $CO_2$ concentration increased at an average rate of 2.0 ± 0.1 ppm $yr^{-1}$ during 2002–2011. This decade-long rate of increase is higher than during any previous decade since direct atmospheric concentration measurements began in 1958.** Globally, the size of the combined natural land and ocean sinks of $CO_2$ approximately followed the atmospheric rate of increase, removing 55% of the total anthropogenic emissions every year on average during 1958–2011. {6.3, Table 6.1}

**After almost one decade of stable $CH_4$ concentrations since the late 1990s, atmospheric measurements have shown renewed $CH_4$ concentrations growth since 2007.** The drivers of this renewed growth are still debated. The methane budget for the decade of 2000–2009 (bottom-up estimates) is 177 to 284 $Tg(CH_4)$ $yr^{-1}$ for natural wetlands emissions, 187 to 224 $Tg(CH_4)$ $yr^{-1}$ for agriculture and waste (rice, animals and waste), 85 to 105 $Tg(CH_4)$ $yr^{-1}$ for fossil fuel related emissions, 61 to 200 $Tg(CH_4)$ $yr^{-1}$ for other natural emissions including, among other fluxes, geological, termites and fresh water emissions, and 32 to 39 $Tg(CH_4)$ $yr^{-1}$ for biomass and biofuel burning (the range indicates the expanse of literature values). Anthropogenic emissions account for 50 to 65% of total emissions. By including natural geological $CH_4$ emissions that were not accounted for in previous budgets, the fossil component of the total $CH_4$ emissions (i.e., emissions related to leaks in the fossil fuel industry and natural geological leaks) is now estimated to amount to about 30% of the total $CH_4$ emissions (*medium confidence*). Climate driven fluctuations of $CH_4$ emissions from natural wetlands are the main drivers of the global interannual variability of $CH_4$ emissions (*high confidence*), with a smaller contribution from the variability in emissions from biomass burning during high fire years. {6.3.3, Figure 6.2, Table 6.8}

**The concentration of $N_2O$ increased at a rate of 0.73 ± 0.03 ppb $yr^{-1}$ over the last three decades.** Emissions of $N_2O$ to the atmosphere are mostly caused by nitrification and de-nitrification reactions

---

[1]  In this Report, the following summary terms are used to describe the available evidence: limited, medium, or robust; and for the degree of agreement: low, medium, or high. A level of confidence is expressed using five qualifiers: very low, low, medium, high, and very high, and typeset in italics, e.g., *medium confidence*. For a given evidence and agreement statement, different confidence levels can be assigned, but increasing levels of evidence and degrees of agreement are correlated with increasing confidence (see Section 1.4 and Box TS.1 for more details).

[2]  In this Report, the following terms have been used to indicate the assessed likelihood of an outcome or a result: Virtually certain 99–100% probability, Very likely 90–100%, Likely 66–100%, About as likely as not 33–66%, Unlikely 0–33%, Very unlikely 0–10%, Exceptionally unlikely 0–1%. Additional terms (Extremely likely: 95–100%, More likely than not >50–100%, and Extremely unlikely 0–5%) may also be used when appropriate. Assessed likelihood is typeset in italics, e.g., *very likely* (see Section 1.4 and Box TS.1 for more details).

BLM_0150981

of reactive nitrogen in soils and in the ocean. Anthropogenic $N_2O$ emissions increased steadily over the last two decades and were 6.9 {2.7 to 11.1} TgN ($N_2O$) yr$^{-1}$ in 2006. Anthropogenic $N_2O$ emissions are 1.7 to 4.8 TgN ($N_2O$) yr$^{-1}$ from the application of nitrogenous fertilisers in agriculture, 0.2 to 1.8 TgN ($N_2O$) yr$^{-1}$ from fossil fuel use and industrial processes, 0.2 to 1.0 TgN ($N_2O$) yr$^{-1}$ from biomass burning (including biofuels) and 0.4 to 1.3 TgN ($N_2O$) yr$^{-1}$ from land emissions due to atmospheric nitrogen deposition (the range indicates expand of literature values). Natural $N_2O$ emissions derived from soils, oceans and a small atmospheric source are together 5.4 to 19.6 TgN ($N_2O$) yr$^{-1}$. {6.3, 6.3.4, Figure 6.4c, Figure 6.19, Table 6.9}

**The human-caused creation of reactive nitrogen in 2010 was at least two times larger than the rate of natural terrestrial creation.** The human-caused creation of reactive nitrogen is dominated by the production of ammonia for fertiliser and industry, with important contributions from legume cultivation and combustion of fossil fuels. Once formed, reactive nitrogen can be transferred to waters and the atmosphere. In addition to $N_2O$, two important nitrogen compounds emitted to the atmosphere are $NH_3$ and $NO_x$ both of which influence tropospheric $O_3$ and aerosols through atmospheric chemistry. All of these effects contribute to radiative forcing. It is also *likely* that reactive nitrogen deposition over land currently increases natural $CO_2$ sinks, in particular forests, but the magnitude of this effect varies between regions. {6.1.3, 6.3, 6.3.2.6.5, 6.3.4, 6.4.6, Figures 6.4a and 6.4b, Table 6.9, Chapter 7}

### Before the Human-Caused Perturbation

**During the last 7000 years prior to 1750, atmospheric $CO_2$ from ice cores shows only very slow changes (increase) from 260 ppm to 280 ppm, in contrast to the human-caused increase of $CO_2$ since pre-industrial times. The contribution of $CO_2$ emissions from early anthropogenic land use is** *unlikely* **sufficient to explain the $CO_2$ increase prior to 1750.** Atmospheric $CH_4$ from ice cores increased by about 100 ppb between 5000 years ago and around 1750. *About as likely as not*, this increase can be attributed to early human activities involving livestock, human-caused fires and rice cultivation. {6.2, Figures 6.6 and 6.7}

**Further back in time, during the past 800,000 years prior to 1750, atmospheric $CO_2$ varied from 180 ppm during glacial (cold) up to 300 ppm during interglacial (warm) periods. This** is well established from multiple ice core measurements. Variations in atmospheric $CO_2$ from glacial to interglacial periods were caused by decreased ocean carbon storage (500 to 1200 PgC), partly compensated by increased land carbon storage (300 to 1000 PgC). {6.2.1, Figure 6.5}

### Future Projections

**With** *very high confidence*, **ocean carbon uptake of anthropogenic $CO_2$ emissions will continue under all four Representative Concentration Pathways (RCPs) through to 2100, with higher uptake corresponding to higher concentration pathways.** The future evolution of the land carbon uptake is much more uncertain, with a majority of models projecting a continued net carbon uptake

under all RCPs, but with some models simulating a net loss of carbon by the land due to the combined effect of climate change and land use change. In view of the large spread of model results and incomplete process representation, there is *low confidence* on the magnitude of modelled future land carbon changes. {6.4.3, Figure 6.24}

**There is** *high confidence* **that climate change will partially offset increases in global land and ocean carbon sinks caused by rising atmospheric $CO_2$.** Yet, there are regional differences among Climate Modelling Intercomparison Project Phase 5 (CMIP5) Earth System Models, in the response of ocean and land $CO_2$ fluxes to climate. There is a high agreement between models that tropical ecosystems will store less carbon in a warmer climate. There is medium agreement between models that at high latitudes warming will increase land carbon storage, although none of the models account for decomposition of carbon in permafrost, which may offset increased land carbon storage. There is high agreement between CMIP5 Earth System models that ocean warming and circulation changes will reduce the rate of carbon uptake in the Southern Ocean and North Atlantic, but that carbon uptake will nevertheless persist in those regions. {6.4.2, Figures 6.21 and 6.22}

**It is** *very likely*, **based on new experimental results {6.4.6.3} and modelling, that nutrient shortage will limit the effect of rising atmospheric $CO_2$ on future land carbon sinks, for the four RCP scenarios.** There is *high confidence* that low nitrogen availability will limit carbon storage on land, even when considering anthropogenic nitrogen deposition. The role of phosphorus limitation is more uncertain. Models that combine nitrogen limitations with rising $CO_2$ and changes in temperature and precipitation thus produce a systematically larger increase in projected future atmospheric $CO_2$, for a given fossil fuel emissions trajectory. {6.4.6, 6.4.6.3, 6.4.8.2, Figure 6.35}

**Taking climate and carbon cycle feedbacks into account, we can quantify the fossil fuel emissions compatible with the RCPs. Between 2012 and 2100, the RCP2.6, RCP4.5, RCP6.0, and RCP8.5 scenarios imply cumulative compatible fossil fuel emissions of 270 (140 to 410) PgC, 780 (595 to 1005) PgC, 1060 (840 to 1250) PgC and 1685 (1415 to 1910) PgC respectively** (values quoted to nearest 5 PgC, range derived from CMIP5 model results). For RCP2.6, an average 50% (range 14 to 96%) emission reduction is required by 2050 relative to 1990 levels. By the end of the 21st century, about half of the models infer emissions slightly above zero, while the other half infer a net removal of $CO_2$ from the atmosphere. {6.4.3, Table 6.12, Figure 6.25}

**There is** *high confidence* **that reductions in permafrost extent due to warming will cause thawing of some currently frozen carbon. However, there is** *low confidence* **on the magnitude of carbon losses** through $CO_2$ and $CH_4$ emissions to the atmosphere, with a range from 50 to 250 PgC between 2000 and 2100 under the RCP8.5 scenario. The CMIP5 Earth System Models did not include frozen carbon feedbacks. {6.4.3.4, Chapter 12}

**There is** *medium confidence* **that emissions of $CH_4$ from wetlands are** *likely* **to increase under elevated $CO_2$ and a warmer climate.** But there is *low confidence* in quantitative projections of these changes. The likelihood of the future release of $CH_4$ from marine

6

BLM_0150982

gas hydrates in response to seafloor warming is poorly understood. In the event of a significant release of $CH_4$ from hydrates in the sea floor by the end of the 21st century, it is *likely* that subsequent emissions to the atmosphere would be in the form of $CO_2$, due to $CH_4$ oxidation in the water column. {6.4.7, Figure 6.37}

It is *likely* that $N_2O$ **emissions from soils will increase due to the increased demand for feed/food and the reliance of agriculture on nitrogen fertilisers.** Climate warming will *likely* amplify agricultural and natural terrestrial $N_2O$ sources, but there is *low confidence* in quantitative projections of these changes. {6.4.6, Figure 6.32}

It is *virtually certain* **that the increased storage of carbon by the ocean will increase acidification in the future, continuing the observed trends of the past decades.** Ocean acidification in the surface ocean will follow atmospheric $CO_2$ while it will also increase in the deep ocean as $CO_2$ continues to penetrate the abyss. The CMIP5 models consistently project worldwide increased ocean acidification to 2100 under all RCPs. The corresponding decrease in surface ocean pH by the end of the 21st century is 0.065 (0.06 to 0.07) for RCP2.6, 0.145 (0.14 to 0.15) for RCP4.5, 0.203 (0.20 to 0.21) for RCP6.0, and 0.31 (0.30 to 0.32) for RCP8.5 (range from CMIP5 models spread). Surface waters become seasonally corrosive to aragonite in parts of the Arctic and in some coastal upwelling systems within a decade, and in parts of the Southern Ocean within 1 to 3 decades in most scenarios. Aragonite undersaturation becomes widespread in these regions at atmospheric $CO_2$ levels of 500 to 600 ppm. {6.4.4, Figures 6.28 and 6.29}

It is *very likely* **that the dissolved oxygen content of the ocean will decrease by a few percent during the 21st century.** CMIP5 models suggest that this decrease in dissolved oxygen will predominantly occur in the subsurface mid-latitude oceans, caused by enhanced stratification, reduced ventilation and warming. However, there is no consensus on the future development of the volume of hypoxic and suboxic waters in the open-ocean because of large uncertainties in potential biogeochemical effects and in the evolution of tropical ocean dynamics. {6.4.5, Figure 6.30}

### Irreversible Long-Term Impacts of Human-Caused Emissions

**With *very high confidence*, the physical, biogeochemical carbon cycle in the ocean and on land will continue to respond to climate change and rising atmospheric $CO_2$ concentrations created during the 21st century.** Ocean acidification will *very likely* continue in the future as long as the oceans take up atmospheric $CO_2$. Committed land ecosystem carbon cycle changes will manifest themselves further beyond the end of the 21st century. In addition, it is *virtually certain* that large areas of permafrost will experience thawing over multiple centuries. There is, however, *low confidence* in the magnitude of frozen carbon losses to the atmosphere, and the relative contributions of $CO_2$ and $CH_4$ emissions. {6.4.4, 6.4.9, Chapter 12}

**The magnitude and sign of the response of the natural carbon reservoirs to changes in climate and rising $CO_2$ vary substantially over different time scales.** The response to rising $CO_2$ is to increase cumulative land and ocean uptake, regardless of the time scale. The response to climate change is variable, depending of the

region considered because of different responses of the underlying physical and biological mechanisms at different time scales. {6.4, Table 6.10, Figures 6.14 and 6.17}

**The removal of human-emitted $CO_2$ from the atmosphere by natural processes will take a few hundred thousand years (*high confidence*).** Depending on the RCP scenario considered, about 15 to 40% of emitted $CO_2$ will remain in the atmosphere longer than 1,000 years. This very long time required by sinks to remove anthropogenic $CO_2$ makes climate change caused by elevated $CO_2$ irreversible on human time scale. {Box 6.1}

### Geoengineering Methods and the Carbon Cycle

**Unconventional ways to remove $CO_2$ from the atmosphere on a large scale are termed Carbon Dioxide Removal (CDR) methods. CDR could in theory be used to reduce $CO_2$ atmospheric concentrations but these methods have biogeochemical and technological limitations to their potential.** Uncertainties make it difficult to quantify how much $CO_2$ emissions could be offset by CDR on a human time scale, although it is *likely* that CDR would have to be deployed at large-scale for at least one century to be able to significantly reduce atmospheric $CO_2$. In addition, it is *virtually certain* that the removal of $CO_2$ by CDR will be partially offset by outgassing of $CO_2$ from the ocean and land ecosystems. {6.5, Figures 6.39 and 6.40, Table 6.15, Box 6.1, FAQ 7.3}

**The level of confidence on the side effects of CDR methods on carbon and other biogeochemical cycles is low.** Some of the climatic and environmental effects of CDR methods are associated with altered surface albedo (for afforestation), de-oxygenation and enhanced $N_2O$ emissions (for artificial ocean fertilisation). Solar Radiation Management (SRM) methods (Chapter 7) will not directly interfere with the effects of elevated $CO_2$ on the carbon cycle, such as ocean acidification, but will impact carbon and other biogeochemical cycles through their climate effects. {6.5.3, 6.5.4, 7.7, Tables 6.14 and 6.15}

BLM_0150983

## 6.1    Introduction

The radiative properties of the atmosphere are strongly influenced by the abundance of well-mixed GHGs (see Glossary), mainly carbon dioxide ($CO_2$), methane ($CH_4$) and nitrous oxide ($N_2O$), which have substantially increased since the beginning of the Industrial Era (defined as beginning in the year 1750), due primarily to anthropogenic emissions (see Chapter 2). Well-mixed GHGs represent the gaseous phase of global biogeochemical cycles, which control the complex flows and transformations of the elements between the different components of the Earth System (atmosphere, ocean, land, lithosphere) by biotic and abiotic processes. Since most of these processes are themselves also dependent on the prevailing environment, changes in climate and human impacts on ecosystems (e.g., land use and land use change) also modify the atmospheric concentrations of $CO_2$, $CH_4$ and $N_2O$. During the glacial-interglacial cycles (see Glossary), in absence of significant direct human impacts, long variations in climate also affected $CO_2$, $CH_4$ and $N_2O$ and vice versa (see Chapter 5, Section 5.2.2). In the coming century, the situation would be quite different, because of the dominance of anthropogenic emissions that affect global biogeochemical cycles, and in turn, climate change (see Chapter 12). Biogeochemical cycles thus constitute feedbacks in the Earth System.

This chapter summarizes the scientific understanding of atmospheric budgets, variability and trends of the three major biogeochemical greenhouse gases, $CO_2$, $CH_4$ and $N_2O$, their underlying source and sink processes and their perturbations caused by direct human impacts, past and present climate changes as well as future projections of climate change. After the introduction (Section 6.1), Section 6.2 assesses the present understanding of the mechanisms responsible for the variations of $CO_2$, $CH_4$ and $N_2O$ in the past emphasizing glacial-interglacial changes, and the smaller variations during the Holocene (see Glossary) since the last glaciation and over the last millennium. Section 6.3 focuses on the Industrial Era addressing their major source and sink processes, and their variability in space and time. This information is then used to evaluate critically the models of the biogeochemical cycles, including their sensitivity to changes in atmospheric composition and climate. Section 6.4 assesses future projections of carbon and other biogeochemical cycles computed, in particular, with CMIP5 Earth System Models. This includes a quantitative assessment of the direction and magnitude of the various feedback mechanisms as represented in current models, as well as additional processes that might become important in the future but which are not yet fully understood. Finally, Section 6.5 addresses the potential effects and uncertainties of deliberate carbon dioxide removal methods (see Glossary) and solar radiation management (see Glossary) on the carbon cycle.

### 6.1.1    Global Carbon Cycle Overview

#### 6.1.1.1   Carbon Dioxide and the Global Carbon Cycle

Atmospheric $CO_2$ represents the main atmospheric phase of the global carbon cycle. The global carbon cycle can be viewed as a series of reservoirs of carbon in the Earth System, which are connected by exchange fluxes of carbon. Conceptually, one can distinguish two domains in the global carbon cycle. The first is a fast domain with large exchange fluxes and relatively 'rapid' reservoir turnovers, which consists of

carbon in the atmosphere, the ocean, surface ocean sediments and on land in vegetation, soils and freshwaters. Reservoir turnover times, defined as reservoir mass of carbon divided by the exchange flux, range from a few years for the atmosphere to decades to millennia for the major carbon reservoirs of the land vegetation and soil and the various domains in the ocean. A second, slow domain consists of the huge carbon stores in rocks and sediments which exchange carbon with the fast domain through volcanic emissions of $CO_2$, chemical weathering (see Glossary), erosion and sediment formation on the sea floor (Sundquist, 1986). Turnover times of the (mainly geological) reservoirs of the slow domain are 10,000 years or longer. Natural exchange fluxes between the slow and the fast domain of the carbon cycle are relatively small (<0.3 PgC yr$^{-1}$, 1 PgC = 10$^{15}$ gC) and can be assumed as approximately constant in time (volcanism, sedimentation) over the last few centuries, although erosion and river fluxes may have been modified by human-induced changes in land use (Raymond and Cole, 2003).

During the Holocene (beginning 11,700 years ago) prior to the Industrial Era the fast domain was close to a steady state, as evidenced by the relatively small variations of atmospheric $CO_2$ recorded in ice cores (see Section 6.2), despite small emissions from human-caused changes in land use over the last millennia (Pongratz et al., 2009). By contrast, since the beginning of the Industrial Era, fossil fuel extraction from geological reservoirs, and their combustion, has resulted in the transfer of significant amount of fossil carbon from the slow domain into the fast domain, thus causing an unprecedented, major human-induced perturbation in the carbon cycle. A schematic of the global carbon cycle with focus on the fast domain is shown in Figure 6.1. The numbers represent the estimated current pool sizes in PgC and the magnitude of the different exchange fluxes in PgC yr$^{-1}$ averaged over the time period 2000–2009 (see Section 6.3).

In the atmosphere, $CO_2$ is the dominant carbon bearing trace gas with a current (2011) concentration of approximately 390.5 ppm (Dlugokencky and Tans, 2013a), which corresponds to a mass of 828 PgC (Prather et al., 2012; Joos et al., 2013). Additional trace gases include methane ($CH_4$, current content mass ~3.7 PgC) and carbon monoxide (CO, current content mass ~0.2 PgC), and still smaller amounts of hydrocarbons, black carbon aerosols and organic compounds.

The terrestrial biosphere reservoir contains carbon in organic compounds in vegetation living biomass (450 to 650 PgC; Prentice et al., 2001) and in dead organic matter in litter and soils (1500 to 2400 PgC; Batjes, 1996). There is an additional amount of old soil carbon in wetland soils (300 to 700 PgC; Bridgham et al., 2006) and in permafrost soils (see Glossary) (~1700 PgC; Tarnocai et al., 2009); albeit some overlap with these two quantities. $CO_2$ is removed from the atmosphere by plant photosynthesis (Gross Primary Production (GPP), 123±8 PgC yr$^{-1}$, (Beer et al., 2010)) and carbon fixed into plants is then cycled through plant tissues, litter and soil carbon and can be released back into the atmosphere by autotrophic (plant) and heterotrophic (soil microbial and animal) respiration and additional disturbance processes (e.g., sporadic fires) on a very wide range of time scales (seconds to millennia). Because $CO_2$ uptake by photosynthesis occurs only during the growing season, whereas $CO_2$ release by respiration occurs nearly year-round, the greater land mass in the Northern Hemisphere (NH) imparts

BLM_0150984



**Figure 6.1 |** Simplified schematic of the global carbon cycle. Numbers represent reservoir mass, also called 'carbon stocks' in PgC (1 PgC = $10^{15}$ gC) and annual carbon exchange fluxes (in PgC yr$^{-1}$). Black numbers and arrows indicate reservoir mass and exchange fluxes estimated for the time prior to the Industrial Era, about 1750 (see Section 6.1.1.1 for references). Fossil fuel reserves are from GEA (2006) and are consistent with numbers used by IPCC WGIII for future scenarios. The sediment storage is a sum of 150 PgC of the organic carbon in the mixed layer (Emerson and Hedges, 1988) and 1600 PgC of the deep-sea CaCO$_3$ sediments available to neutralize fossil fuel CO$_2$ (Archer et al., 1998). Red arrows and numbers indicate annual 'anthropogenic' fluxes averaged over the 2000–2009 time period. These fluxes are a perturbation of the carbon cycle during Industrial Era post 1750. These fluxes (red arrows) are: *Fossil fuel and cement emissions of CO$_2$* (Section 6.3.1), *Net land use change* (Section 6.3.2), and the *Average atmospheric increase* of CO$_2$ in the atmosphere, also called 'CO$_2$ growth rate' (Section 6.3). The uptake of anthropogenic CO$_2$ by the ocean and by terrestrial ecosystems, often called 'carbon sinks' are the red arrows part of *Net land flux* and *Net ocean flux*. Red numbers in the reservoirs denote cumulative changes of anthropogenic carbon over the Industrial Period 1750–2011 (column 2 in Table 6.1). By convention, a positive cumulative change means that a reservoir has gained carbon since 1750. The cumulative change of anthropogenic carbon in the terrestrial reservoir is the sum of carbon cumulatively lost through land use change and carbon accumulated since 1750 in other ecosystems (Table 6.1). Note that the mass balance of the two ocean carbon stocks *Surface ocean* and *Intermediate and deep ocean* includes a yearly accumulation of anthropogenic carbon (not shown). Uncertainties are reported as 90% confidence intervals. Emission estimates and land and ocean sinks (in red) are from Table 6.1 in Section 6.3. The change of gross terrestrial fluxes (red arrows of *Gross photosynthesis* and *Total respiration and fires*) has been estimated from CMIP5 model results (Section 6.4). The change in air–sea exchange fluxes (red arrows of ocean atmosphere gas exchange) have been estimated from the difference in atmospheric partial pressure of CO$_2$ since 1750 (Sarmiento and Gruber, 2006). Individual gross fluxes and their changes since the beginning of the Industrial Era have typical uncertainties of more than 20%, while their differences (*Net land flux* and *Net ocean flux* in the figure) are determined from independent measurements with a much higher accuracy (see Section 6.3). Therefore, to achieve an overall balance, the values of the more uncertain gross fluxes have been adjusted so that their difference matches the *Net land flux* and *Net ocean flux* estimates. Fluxes from volcanic eruptions, rock weathering (silicates and carbonates weathering reactions resulting into a small uptake of atmospheric CO$_2$), export of carbon from soils to rivers, burial of carbon in freshwater lakes and reservoirs and transport of carbon by rivers to the ocean are all assumed to be pre-industrial fluxes, that is, unchanged during 1750–2011. Some recent studies (Section 6.3) indicate that this assumption is likely not verified, but global estimates of the Industrial Era perturbation of all these fluxes was not available from peer-reviewed literature. The atmospheric inventories have been calculated using a conversion factor of 2.12 PgC per ppm (Prather et al., 2012).

6

BLM_0150985

a characteristic 'sawtooth' seasonal cycle in atmospheric $CO_2$ (Keeling, 1960) (see Figure 6.3). A significant amount of terrestrial carbon (1.7 PgC $yr^{-1}$; Figure 6.1) is transported from soils to rivers headstreams. A fraction of this carbon is outgassed as $CO_2$ by rivers and lakes to the atmosphere, a fraction is buried in freshwater organic sediments and the remaining amount (~0.9 PgC $yr^{-1}$; Figure 6.1) is delivered by rivers to the coastal ocean as dissolved inorganic carbon, dissolved organic carbon and particulate organic carbon (Tranvik et al., 2009).

Atmospheric $CO_2$ is exchanged with the surface ocean through gas exchange. This exchange flux is driven by the partial $CO_2$ pressure difference between the air and the sea. In the ocean, carbon is available predominantly as Dissolved Inorganic Carbon (DIC, ~38,000 PgC; Figure 6.1), that is carbonic acid (dissolved $CO_2$ in water), bicarbonate and carbonate ions, which are tightly coupled via ocean chemistry. In addition, the ocean contains a pool of Dissolved Organic Carbon (DOC, ~700 PgC), of which a substantial fraction has a turnover time of 1000 years or longer (Hansell et al., 2009). The marine biota, predominantly

phytoplankton and other microorganisms, represent a small organic carbon pool (~3 PgC), which is turned over very rapidly in days to a few weeks.

Carbon is transported within the ocean by three mechanisms (Figure 6.1): (1) the 'solubility pump' (see Glossary), (2) the 'biological pump' (see Glossary), and (3) the 'marine carbonate pump' that is generated by the formation of calcareous shells of certain oceanic microorganisms in the surface ocean, which, after sinking to depth, are re-mineralized back into DIC and calcium ions. The marine carbonate pump operates counter to the marine biological soft-tissue pump with respect to its effect on $CO_2$: in the formation of calcareous shells, two bicarbonate ions are split into one carbonate and one dissolved $CO_2$ molecules, which increases the partial $CO_2$ pressure in surface waters (driving a release of $CO_2$ to the atmosphere). Only a small fraction (~0.2 PgC $yr^{-1}$) of the carbon exported by biological processes (both soft-tissue and carbonate pumps) from the surface reaches the sea floor where it can be stored in sediments for millennia and longer (Denman et al., 2007).

### Box 6.1 |  Multiple Residence Times for an Excess of Carbon Dioxide Emitted in the Atmosphere

On an average, $CO_2$ molecules are exchanged between the atmosphere and the Earth surface every few years. This fast $CO_2$ cycling through the atmosphere is coupled to a slower cycling of carbon through land vegetation, litter and soils and the upper ocean (decades to centuries); deeper soils and the deep sea (centuries to millennia); and geological reservoirs, such as deep-sea carbonate sediments and the upper mantle (up to millions of years) as explained in Section 6.1.1.1. Atmospheric $CO_2$ represents only a tiny fraction of the carbon in the Earth System, the rest of which is tied up in these other reservoirs. Emission of carbon from fossil fuel reserves, and additionally from land use change (see Section 6.3) is now rapidly increasing atmospheric $CO_2$ content. The removal of all the human-emitted $CO_2$ from the atmosphere by natural processes will take a few hundred thousand years (*high confidence*) as shown by the timescales of the removal process shown in the table below (Archer and Brovkin, 2008). For instance, an extremely long atmospheric $CO_2$ recovery time scale from a large emission pulse of $CO_2$ has been inferred from geological evidence when during the Paleocene–Eocene thermal maximum event about 55 million years ago a large amount of $CO_2$ was released to the atmosphere (McInerney and Wing, 2011). Based on the amount of $CO_2$ remaining in the atmosphere after a pulse of emissions (data from Joos et al. 2013) and on the magnitude of the historical and future emissions for each RCP scenario, we assessed that about 15 to 40% of $CO_2$ emitted until 2100 will remain in the atmosphere longer than 1000 years.

Box 6.1, Table 1 | The main natural processes that remove $CO_2$ consecutive to a large emission pulse to the atmosphere, their atmospheric $CO_2$ adjustment time scales, and main (bio)chemical reactions involved.

| Processes | Time scale (years) | Reactions |
|---|---|---|
| Land uptake: Photosynthesis–respiration | $1-10^2$ | $6CO_2 + 6H_2O + photons \rightarrow C_6H_{12}O_6 + 6O_2$ <br> $C_6H_{12}O_6 + 6O_2 \rightarrow 6CO_2 + 6H_2O + heat$ |
| Ocean invasion: Seawater buffer | $10-10^3$ | $CO_2 + CO_3^{2-} + H_2O \rightleftharpoons 2HCO_3^-$ |
| Reaction with calcium carbonate | $10^3-10^4$ | $CO_2 + CaCO_3 + H_2O \rightarrow Ca^{2+} + 2HCO_3^-$ |
| Silicate weathering | $10^4-10^6$ | $CO_2 + CaSiO_3 \rightarrow CaCO_3 + SiO_2$ |

These processes are active on all time scales, but the relative importance of their role in the $CO_2$ removal is changing with time and depends on the level of emissions. Accordingly, the times of atmospheric $CO_2$ adjustment to anthropogenic carbon emissions can be divided into three phases associated with increasingly longer time scales.

Phase 1. Within several decades of $CO_2$ emissions, about a third to half of an initial pulse of anthropogenic $CO_2$ goes into the land and ocean, while the rest stays in the atmosphere (Box 6.1, Figure 1a). Within a few centuries, most of the anthropogenic $CO_2$ will be in the form of additional dissolved inorganic carbon in the ocean, thereby decreasing ocean pH (Box 6.1, Figure 1b). Within a thousand years, the remaining atmospheric fraction of the $CO_2$ emissions (see Section 6.3.2.4) is between 15 and 40%, depending on the amount of carbon released (Archer et al., 2009b). The carbonate buffer capacity of the ocean decreases with higher $CO_2$, so the larger the cumulative emissions, the higher the remaining atmospheric fraction (Eby et al., 2009; Joos et al., 2013). (continued on next page)

**6**

BLM_0150986

Box 6.1 (continued)

Phase 2. In the second stage, within a few thousands of years, the pH of the ocean that has decreased in Phase 1 will be restored by reaction of ocean dissolved $CO_2$ and calcium carbonate ($CaCO_3$) of sea floor sediments, partly replenishing the buffer capacity of the ocean and further drawing down atmospheric $CO_2$ as a new balance is re-established between $CaCO_3$ sedimentation in the ocean and terrestrial weathering (Box 6.1, Figure 1c right). This second phase will pull the remaining atmospheric $CO_2$ fraction down to 10 to 25% of the original $CO_2$ pulse after about 10 kyr (Lenton and Britton, 2006; Montenegro et al., 2007; Ridgwell and Hargreaves, 2007; Tyrrell et al., 2007; Archer and Brovkin, 2008).

Phase 3. In the third stage, within several hundred thousand years, the rest of the $CO_2$ emitted during the initial pulse will be removed from the atmosphere by silicate weathering, a very slow process of $CO_2$ reaction with calcium silicate ($CaSiO_3$) and other minerals of igneous rocks (e.g., Sundquist, 1990; Walker and Kasting, 1992).

Involvement of extremely long time scale processes into the removal of a pulse of $CO_2$ emissions into the atmosphere complicates comparison with the cycling of the other GHGs. This is why the concept of a single, characteristic atmospheric lifetime is not applicable to $CO_2$ (Chapter 8).



Box 6.1, Figure 1 | A percentage of emitted $CO_2$ remaining in the atmosphere in response to an idealised instantaneous $CO_2$ pulse emitted to the atmosphere in year 0 as calculated by a range of coupled climate–carbon cycle models. (Left and middle panels, a and b) Multi-model mean (blue line) and the uncertainty interval (±2 standard deviations, shading) simulated during 1000 years following the instantaneous pulse of 100 PgC (Joos et al., 2013). (Right panel, c) A mean of models with oceanic and terrestrial carbon components and a maximum range of these models (shading) for instantaneous $CO_2$ pulse in year 0 of 100 PgC (blue), 1000 PgC (orange) and 5000 PgC (red line) on a time interval up to 10 kyr (Archer et al., 2009b). Text at the top of the panels indicates the dominant processes that remove the excess of $CO_2$ emitted in the atmosphere on the successive time scales. Note that higher pulse of $CO_2$ emissions leads to higher remaining $CO_2$ fraction (Section 6.3.2.4) due to reduced carbonate buffer capacity of the ocean and positive climate–carbon cycle feedback (Section 6.3.2.6.6).

### 6.1.1.2   Methane Cycle

$CH_4$ absorbs infrared radiation relatively stronger per molecule compared to $CO_2$ (Chapter 8), and it interacts with photochemistry. On the other hand, the methane turnover time (see Glossary) is less than 10 years in the troposphere (Prather et al., 2012; see Chapter 7). The sources of $CH_4$ at the surface of the Earth (see Section 6.3.3.2) can be thermogenic including (1) natural emissions of fossil $CH_4$ from geological sources (marine and terrestrial seepages, geothermal vents and mud volcanoes) and (2) emissions caused by leakages from fossil fuel extraction and use (natural gas, coal and oil industry; Figure 6.2). There are also pyrogenic sources resulting from incomplete burning of fossil fuels and plant biomass (both natural and anthropogenic fires). The biogenic sources include natural biogenic emissions predominantly from wetlands, from termites and very small emissions from the ocean (see Section 6.3.3). Anthropogenic biogenic emissions occur from rice

paddy agriculture, ruminant livestock, landfills, man-made lakes and wetlands and waste treatment. In general, biogenic $CH_4$ is produced from organic matter under low oxygen conditions by fermentation processes of methanogenic microbes (Conrad, 1996). Atmospheric $CH_4$ is removed primarily by photochemistry, through atmospheric chemistry reactions with the OH radicals. Other smaller removal processes of atmospheric $CH_4$ take place in the stratosphere through reaction with chlorine and oxygen radicals, by oxidation in well aerated soils, and possibly by reaction with chlorine in the marine boundary layer (Allan et al., 2007; see Section 6.3.3.3).

A very large geological stock (globally 1500 to 7000 PgC, that is 2 x $10^6$ to 9.3 x $10^6$ Tg($CH_4$) in Figure 6.2; Archer (2007); with low confidence in estimates) of $CH_4$ exists in the form of frozen hydrate deposits ('clathrates') in shallow ocean sediments and on the slopes of continental shelves, and permafrost soils. These $CH_4$ hydrates are stable

473

BLM_0150987

under conditions of low temperature and high pressure. Warming or changes in pressure could render some of these hydrates unstable with a potential release of $CH_4$ to the overlying soil/ocean and/or atmosphere. Possible future $CH_4$ emissions from $CH_4$ released by gas hydrates are discussed in Section 6.4.7.3.

### 6.1.2    Industrial Era

#### 6.1.2.1    Carbon Dioxide and the Global Carbon Cycle

Since the beginning of the Industrial Era, humans have been producing energy by burning of fossil fuels (coal, oil and gas), a process that

is releasing large amounts of $CO_2$ into the atmosphere (Rotty, 1983; Boden et al., 2011; see Section 6.3.2.1). The amount of fossil fuel $CO_2$ emitted to the atmosphere can be estimated with an accuracy of about 5 to 10% for recent decades from statistics of fossil fuel use (Andres et al., 2012). Total cumulative emissions between 1750 and 2011 amount to 375 ± 30 PgC (see Section 6.3.2.1 and Table 6.1), including a contribution of 8 PgC from the production of cement.

The second major source of anthropogenic $CO_2$ emissions to the atmosphere is caused by changes in land use (mainly deforestation), which causes globally a net reduction in land carbon storage, although recovery from past land use change can cause a net gain in in land



**Figure 6.2 |** Schematic of the global cycle of $CH_4$. Numbers represent annual fluxes in Tg($CH_4$) yr⁻¹ estimated for the time period 2000–2009 and $CH_4$ reservoirs in Tg ($CH_4$): the atmosphere and three geological reservoirs (hydrates on land and in the ocean floor and gas reserves) (see Section 6.3.3). Black arrows denote 'natural' fluxes, that is, fluxes that are not directly caused by human activities since 1750, red arrows anthropogenic fluxes, and the light brown arrow denotes a combined natural + anthropogenic flux. Note that human activities (e.g., land use) may have modified indirectly the global magnitude of the natural fluxes (Section 6.3.3). Ranges represent minimum and maximum values from cited references as given in Table 6.8 in Section 6.3.3. Gas reserves are from GEA (2006) and are consistent with numbers used by IPCC WG III for future scenarios. Hydrate reservoir sizes are from Archer et al. (2007). The atmospheric inventories have been calculated using a conversion factor of 2.7476 TgCH₄ per ppb (Prather et al., 2012). The assumed preindustrial annual mean globally averaged $CH_4$ concentration was 722 ± 25 ppb taking the average of the Antarctic Law Dome ice core observations (MacFarling-Meure et al., 2006) and the measurements from the GRIP ice core in Greenland (Blunier et al., 1995; see also Table 2.1). The atmospheric inventory in the year 2011 is based on an annual globally averaged $CH_4$ concentration of 1803 ± 4 ppb in the year 2011 (see Table 2.1). It is the sum of the atmospheric increase between 1750 and 2011 (in red) and of the pre-industrial inventory (in black). The *average atmospheric increase* each year, also called growth rate, is based on a measured concentration increase of 2.2 ppb yr⁻¹ during the time period 2000–2009 (Dlugokencky et al., 2011).

**6**

BLM_0150988

carbon storage in some regions. Estimation of this $CO_2$ source to the atmosphere requires knowledge of changes in land area as well as estimates of the carbon stored per area before and after the land use change. In addition, longer term effects, such as the decomposition of soil organic matter after land use change, have to be taken into account (see Section 6.3.2.2). Since 1750, anthropogenic land use changes have resulted into about 50 million $km^2$ being used for cropland and pasture, corresponding to about 38% of the total ice-free land area (Foley et al., 2007, 2011), in contrast to an estimated cropland and pasture area of 7.5 to 9 million $km^2$ about 1750 (Ramankutty and Foley, 1999; Goldewijk, 2001). The cumulative net $CO_2$ emissions from land use changes between 1750 and 2011 are estimated at approximately $180 \pm 80$ PgC (see Section 6.3 and Table 6.1).

Multiple lines of evidence indicate that the observed atmospheric increase in the global $CO_2$ concentration since 1750 (Figure 6.3) is caused by the anthropogenic $CO_2$ emissions (see Section 6.3.2.3). The rising atmospheric $CO_2$ content induces a disequilibrium in the exchange fluxes between the atmosphere and the land and oceans respectively. The rising $CO_2$ concentration implies a rising atmospheric $CO_2$ partial pressure ($pCO_2$) that induces a globally averaged net-air-to-sea flux and thus an ocean sink for $CO_2$ (see Section 6.3.2.5). On land, the rising atmospheric $CO_2$ concentration fosters photosynthesis via the $CO_2$ fertilisation effect (see Section 6.3.2.6). However, the efficacy of these oceanic and terrestrial sinks does also depend on how the excess carbon is transformed and redistributed within these sink reservoirs. The magnitude of the current sinks is shown in Figure 6.1 (averaged over the years 2000–2009, red arrows), together with the cumulative reservoir content changes over the industrial era (1750–2011, red numbers) (see Table 6.1, Section 6.3).

### 6.1.2.2   Methane Cycle

After 1750, atmospheric $CH_4$ levels rose almost exponentially with time, reaching 1650 ppb by the mid-1980s and 1803 ppb by 2011. Between the mid-1980s and the mid-2000s the atmospheric growth of $CH_4$ declined to nearly zero (see Section 6.3.3.1, see also Chapter 2). More recently since 2006, atmospheric $CH_4$ is observed to increase again (Rigby et al., 2008); however, it is unclear if this is a short-term fluctuation or a new regime for the $CH_4$ cycle (Dlugokencky et al., 2009).

There is *very high* level of *confidence* that the atmospheric $CH_4$ increase during the Industrial Era is caused by anthropogenic activities. The massive increase in the number of ruminants (Barnosky, 2008), the emissions from fossil fuel extraction and use, the expansion of rice paddy agriculture and the emissions from landfills and waste are the dominant anthropogenic $CH_4$ sources. Total anthropogenic sources contribute at present between 50 and 65% of the total $CH_4$ sources (see Section 6.3.3). The dominance of $CH_4$ emissions located mostly in the NH (wetlands and anthropogenic emissions) is evidenced by the observed positive north–south gradient in $CH_4$ concentrations (Figure 6.3). Satellite-based $CH_4$ concentration measurements averaged over the entire atmospheric column also indicate higher concentrations of $CH_4$ above and downwind of densely populated and intensive agriculture areas where anthropogenic emissions occur (Frankenberg et al., 2011).

### 6.1.3   Connections Between Carbon and the Nitrogen and Oxygen Cycles

#### 6.1.3.1   Global Nitrogen Cycle Including Nitrous Oxide

The biogeochemical cycles of nitrogen and carbon are tightly coupled with each other owing to the metabolic needs of organisms for these two elements. Changes in the availability of one element will influence not only biological productivity but also availability and requirements for the other element (Gruber and Galloway, 2008) and in the longer term, the structure and functioning of ecosystems as well.

Before the Industrial Era, the creation of reactive nitrogen Nr (all nitrogen species other than $N_2$) from non-reactive atmospheric $N_2$ occurred primarily through two natural processes: lightning and biological nitrogen fixation (BNF). BNF is a set of reactions that convert $N_2$ to ammonia in a microbially mediated process. This input of Nr to the land and ocean biosphere was in balance with the loss of Nr though denitrification, a process that returns $N_2$ back to the atmosphere (Ayres et al., 1994). This equilibrium has been broken since the beginning of the Industrial Era. Nr is produced by human activities and delivered to ecosystems. During the last decades, the production of Nr by humans has been much greater than the natural production (Figure 6.4a; Section 6.3.4.3). There are three main anthropogenic sources of Nr: (1) the Haber-Bosch industrial process, used to make $NH_3$ from $N_2$, for nitrogen fertilisers and as a feedstock for some industries; (2) the cultivation of legumes and other crops, which increases BNF; and (3) the combustion of fossil fuels, which converts atmospheric $N_2$ and fossil fuel nitrogen into nitrogen oxides ($NO_x$) emitted to the atmosphere and re-deposited at the surface (Figure 6.4a). In addition, there is a small flux from the mobilization of sequestered Nr from nitrogen-rich sedimentary rocks (Morford et al., 2011) (not shown in Figure 6.4a).

The amount of anthropogenic Nr converted back to non-reactive $N_2$ by denitrification is much smaller than the amount of Nr produced each year, that is, about 30 to 60% of the total Nr production, with a large uncertainty (Galloway et al., 2004; Canfield et al., 2010; Bouwman et al., 2013). What is more certain is the amount of $N_2O$ emitted to the atmosphere. Anthropogenic sources of $N_2O$ are about the same size as natural terrestrial sources (see Section 6.3.4 and Table 6.9 for the global $N_2O$ budget). In addition, emissions of Nr to the atmosphere, as $NH_3$ and $NO_x$, are caused by agriculture and fossil fuel combustion. A portion of the emitted $NH_3$ and $NO_x$ is deposited over the continents, while the rest gets transported by winds and deposited over the oceans. This atmospheric deposition flux of Nr over the oceans is comparable to the flux going from soils to rivers and delivered to the coastal ocean (Galloway et al., 2004; Suntharalingam et al., 2012). The increase of Nr creation during the Industrial Era, the connections among its impacts, including on climate and the connections with the carbon cycle are presented in Box 6.2.

For the global ocean, the best BNF estimate is 160 TgN $yr^{-1}$, which is roughly the midpoint of the minimum estimate of 140 TgN $yr^{-1}$ of Deutsch et al. (2007) and the maximum estimate of 177 TgN $yr^{-1}$ (Groszkopf et al., 2012). The probability that this estimate will need an upward revision in the near future is high because several additional processes are not yet considered (Voss et al., 2013).

**6**

BLM_0150989



**Figure 6.3 |** Atmospheric concentration of CO₂, oxygen, ¹³C/¹²C stable isotope ratio in CO₂, CH₄ and N₂O recorded over the last decades at representative stations (a) CO₂ from Mauna Loa (MLO) Northern Hemisphere and South Pole Southern Hemisphere (SPO) atmospheric stations (Keeling et al., 2005). (b) O₂ from Alert Northern Hemisphere (ALT) and Cape Grim Southern Hemisphere (CGO) stations (http://scrippso2.ucsd.edu/ right axes, expressed relative to a reference standard value). (c) ¹³C/¹²C: Mauna Loa, South Pole (Keeling et al., 2005). (d) CH₄ from Mauna Loa and South Pole stations (Dlugokencky et al., 2012). (e) N₂O from Mace-Head Northern Hemisphere (MHD) and Cape Grim stations (Prinn et al., 2000).

BLM_0150990

## Box 6.2 | Nitrogen Cycle and Climate-Carbon Cycle Feedbacks

Human creation of reactive nitrogen by the Haber–Bosch process (see Sections 6.1.3 and 6.3.4), fossil fuel combustion and agricultural biological nitrogen fixation (BNF) dominate Nr creation relative to biological nitrogen fixation in natural terrestrial ecosystems. This dominance impacts on the radiation balance of the Earth (covered by the IPCC; see, e.g., Chapters 7 and 8), and affects human health and ecosystem health as well (EPA, 2011b; Sutton et al., 2011).

The Nr creation from 1850 to 2005 is shown in Box 6.2 (Figure 1). After mid-1970s, human production of Nr exceeded natural production. During the 2000s food production (mineral fertilisers, legumes) accounts for three-quarters of Nr created by humans, with fossil fuel combustion and industrial uses accounting equally for the remainder (Galloway et al., 2008; Canfield et al., 2010; Sutton et al., 2011).

The three most relevant questions regarding the anthropogenic perturbation of the nitrogen cycle with respect to global change are: (1) What are the interactions with the carbon cycle, and the effects on carbon sinks (see Sections 6.3.2.6.5 and 6.4.2.1), (2) What are the effects of increased Nr on the radiative forcing of nitrate aerosols (Chapter 7, 7.3.2) and tropospheric ozone (Chapters 8), (3) What are the impacts of the excess of Nr on humans and ecosystems (health, biodiversity, eutrophication, not treated in this report, but see, for example, EPA, 2011b; Sutton et al., 2011).



**Box 6.2, Figure 1 |** Anthropogenic reactive nitrogen (Nr) creation rates (in TgN yr$^{-1}$) from fossil fuel burning (orange line), cultivation-induced biological nitrogen fixation (blue line), Haber–Bosch process (green line) and total creation (red line). Source: Galloway et al. (2003), Galloway et al. (2008). Note that updates are given in Table 6.9. The only one with significant changes in the more recent literature is cultivation-induced BNF which Herridge et al. (2008) estimated to be 60 TgN yr$^{-1}$. The data are only reported since 1850, as no published estimate is available since 1750.

Essentially all of the Nr formed by human activity is spread into the environment, either at the point of creation (i.e., fossil fuel combustion) or after it is used in food production and in industry. Once in the environment, Nr has a number of negative impacts if not converted back into $N_2$. In addition to its contributions to climate change and stratospheric ozone depletion, Nr contributes to the formation of smog; increases the haziness of the troposphere; contributes to the acidification of soils and freshwaters; and increases the productivity in forests, grasslands, open and coastal waters and open ocean, which can lead to eutrophication and reduction in biodiversity in terrestrial and aquatic ecosystems. In addition, Nr-induced increases in nitrogen oxides, aerosols, tropospheric ozone, and nitrates in drinking water have negative impacts on human health (Galloway et al., 2008; Davidson et al., 2012). Once the nitrogen atoms become reactive (e.g., $NH_3$, $NO_x$), any given Nr atom can contribute to all of the impacts noted above in sequence. This is called the nitrogen cascade (Galloway et al., 2003; Box 6.2, Figure 2). The nitrogen cascade is the sequential transfer of the same Nr atom through the atmosphere, terrestrial ecosystems, freshwater ecosystems and marine ecosystems that results in multiple effects in each reservoir. Because of the nitrogen cascade, the creation of any molecule of Nr from $N_2$, at any location, has the potential to affect climate, either directly or indirectly, as explained in this box This potential exists until the Nr gets converted back to $N_2$.

The most important processes causing direct links between anthropogenic Nr and climate change include (Erisman et al., 2011): (1) $N_2O$ formation during industrial processes (e.g., fertiliser production), combustion, or microbial conversion of substrate containing nitrogen—notably after fertiliser and manure application to soils. $N_2O$ is a strong greenhouse gas (GHG), (2) emission of anthropogenic $NO_x$ leading to (a) formation of tropospheric $O_3$, (which is the third most important GHG), (b) a decrease of $CH_4$ and (c) the formation of nitrate aerosols. Aerosol formation affects radiative forcing, as nitrogen-containing aerosols have a direct cooling effect in addition to an indirect cooling effect through cloud formation and (3) $NH_3$ emission to the atmosphere which contributes to aerosol formation. The first process has a warming effect. The second has both a warming (as a GHG) and a cooling (through the formation of the OH radical in the troposphere which reacts with $CH_4$, and through aerosol formation) effect. The net effect of all three $NO_x$-related contributions is cooling. The third process has a cooling effect.

The most important processes causing an indirect link between anthropogenic Nr and climate change include: (1) nitrogen-dependent changes in soil organic matter decomposition and hence $CO_2$ emissions, affecting heterotrophic respiration; (2) alteration of the biospheric $CO_2$ sink due to increased supply of Nr. About half of the carbon that is emitted to the atmosphere is

*(continued on next page)*

BLM_0150991

*Box 6.2 (continued)*

taken up by the biosphere; Nr affects net $CO_2$ uptake from the atmosphere in terrestrial systems, rivers, estuaries and the open ocean in a positive direction (by increasing productivity or reducing the rate of organic matter breakdown) and negative direction (in situations where it accelerates organic matter breakdown). $CO_2$ uptake in the ocean causes ocean acidification, which reduces $CO_2$ uptake; (3) changes in marine primary productivity, generally an increase, in response to Nr deposition; and (4) $O_3$ formed in the troposphere as a result of $NO_x$ and volatile organic compound emissions reduces plant productivity, and therefore reduces $CO_2$ uptake from the atmosphere. On the global scale the net influence of the direct and indirect contributions of Nr on the radiative balance was estimated to be $-0.24\,\mathrm{W\,m^{-2}}$ (with an uncertainty range of $+0.2$ to $-0.5\,\mathrm{W\,m^{-2}}$) (Erisman et al., 2011).

Nr is required for both plants and soil microorganisms to grow, and plant and microbial processes play important roles in the global carbon cycle. The increasing concentration of atmospheric $CO_2$ is observed to increase plant photosynthesis (see Box 6.3) and plant growth, which drives an increase of carbon storage in terrestrial ecosystems. Plant growth is, however, constrained by the availability of Nr in soils (see Section 6.3.2.6.5). This means that in some nitrogen-poor ecosystems, insufficient Nr availability will limit carbon sinks, while the deposition of Nr may instead alleviate this limitation and enable larger carbon sinks (see Section 6.3.2.6.5). Therefore, human production of Nr has the potential to mitigate $CO_2$ emissions by providing additional nutrients for plant growth in some regions. Microbial growth can also be limited by the availability of Nr, particularly in cold, wet environments, so that human production of Nr also has the potential to accelerate the decomposition of organic matter, increasing release of $CO_2$. The availability of Nr also changes in response to climate change, generally increasing with warmer temperatures and increased precipitation (see Section 6.4.2.1), but with complex interactions in the case of seasonally inundated environments. This complex network of feedbacks is amenable to study through observation and experimentation (Section 6.3) and Earth System modelling (Section 6.4). Even though we do not yet have a thorough understanding of how nitrogen and carbon cycling will interact with climate change, elevated $CO_2$ and human Nr production in the future, given scenarios of human activity, current observations and model results all indicate that low nitrogen availability will limit carbon storage on land in the 21st century (see Section 6.4.2.1).



**Box 6.2, Figure 2 |** Illustration of the nitrogen cascade showing the sequential effects that a single atom of nitrogen in its various molecular forms can have in various reservoirs after it has been converted from nonreactive $N_2$ to a reactive form by energy and food production (orange arrows). Once created the reactive nitrogen has the potential to continue to contribute to impacts until it is converted back to $N_2$. The small black circle indicates that there is the potential for denitrification to occur within that reservoir. $NH_3$ = ammonia; $NH_x$ = ammonia plus ammonium; $NO_3^-$ = nitrate; $NO_x$ = nitrogen oxides; $NO_y$ = $NO_x$ and other combinations of nitrogen and oxygen (except $N_2O$); $N_2O$ = nitrous oxide. (Adapted with permission from the GEO Yearbook 2003, United Nations Environmental Programme (UNEP), 2004 which was based on Galloway et al., 2003.)

Carbon and Other Biogeochemical Cycles

Chapter 6



**Figure 6.4 |** Schematic of the global nitrogen cycle. (a) The natural and anthropogenic processes that create reactive nitrogen and the corresponding rates of denitrification that convert reactive nitrogen back to N₂. (b) The flows of the reactive nitrogen species NOₓ and NHₓ. (c) The stratospheric sink of N₂O is the sum of losses via photolysis and reaction with O(1D) (oxygen radical in the 1D excited state; Table 6.9). The global magnitude of this sink is adjusted here in order to be equal to the difference between the total sources and the observed growth rate. This value falls within literature estimates (Volk et al., 1997). The atmospheric inventories have been calculated using a conversion factor of 4.79 TgN (N₂O) per ppb (Prather et al., 2012).

479

BLM_0150993

A global denitrification rate is much more difficult to constrain than the BNF considering the changing paradigms of nitrogen cycling in the oxygen minimum zones or the unconstrained losses in permeable sediments on the continental shelves (Gao et al., 2012). The coastal ocean may have losses in the range of 100 to 250 (Voss et al., 2011). For the open and distal ocean Codispoti (2007) estimated an upper limit of denitrification of 400 TgN yr⁻¹. Voss et al. (2013) used a conservative estimate of 100 TgN yr⁻¹ for the coastal ocean, and 200 to 300 TgN yr⁻¹ for the open ocean. Because the upper limit in the global ocean is 400 TgN yr⁻¹, $300 \pm 100$ TgN yr⁻¹ is the best estimate for global ocean losses of reactive nitrogen (Table 6.9).

This chapter does not describe the phosphorus and sulphur biogeochemical cycles, but phosphorus limitations on carbon sinks are briefly addressed in Section 6.4.8.2 and future sulphur deposition in Section 6.4.6.2.

### 6.1.3.2   Oxygen

Atmospheric oxygen is tightly coupled with the global carbon cycle (sometimes called a mirror of the carbon cycle). The burning of fossil fuels removes oxygen from the atmosphere in a tightly defined stoichiometric ratio depending on fuel carbon content. As a consequence of the burning of fossil fuels, atmospheric $O_2$ levels have been observed to decrease steadily over the last 20 years (Keeling and Shertz, 1992; Manning and Keeling, 2006) (Figure 6.3b). Compared to the atmospheric oxygen content of about 21% this decrease is very small; however, it provides independent evidence that the rise in $CO_2$ must be due to an oxidation process, that is, fossil fuel combustion and/or organic carbon oxidation, and is not caused by, for example, volcanic emissions or by outgassing of dissolved $CO_2$ from a warming ocean. The atmospheric oxygen measurements furthermore also show the north–south concentration $O_2$ difference (higher in the south and mirroring the $CO_2$ north–south concentration difference) as expected from the stronger fossil fuel consumption in the NH (Keeling et al., 1996).

On land, during photosynthesis and respiration, $O_2$ and $CO_2$ are exchanged in nearly a 1:1 ratio. However, with respect to exchanges with the ocean, $O_2$ behaves quite differently from $CO_2$, because compared to the atmosphere only a small amount of $O_2$ is dissolved in the ocean whereas by contrast the oceanic $CO_2$ content is much larger due to the carbonate chemistry. This different behaviour of the two gases with respect to ocean exchange provides a powerful method to assess independently the partitioning of the uptake of anthropogenic $CO_2$ by land and ocean (Manning and Keeling, 2006), Section 6.3.2.3.

## 6.2   Variations in Carbon and Other Biogeochemical Cycles Before the Fossil Fuel Era

The Earth System mechanisms that were responsible for past variations in atmospheric $CO_2$, $CH_4$, and $N_2O$ will probably operate in the future as well. Past archives of GHGs therefore provide useful knowledge, including constraints for biogeochemical models applied to the future projections described in Section 6.4. In addition, past archives of GHGs also show with *very high confidence* that the average

rates of increase of $CO_2$, $CH_4$ and $N_2O$ are larger during the Industrial Era (see Section 6.3) than during any comparable period of at least the past 22,000 years (Joos and Spahni, 2008).

### 6.2.1   Glacial–Interglacial Greenhouse Gas Changes

#### 6.2.1.1   Processes Controlling Glacial Carbon Dioxide

Ice cores recovered from the Antarctic ice sheet reveal that the concentration of atmospheric $CO_2$ at the Last Glacial Maximum (LGM; see Glossary) at 21 ka was about one third lower than during the subsequent interglacial (Holocene) period started at 11.7 ka (Delmas et al., 1980; Neftel et al., 1982; Monnin et al., 2001). Longer (to 800 ka) records exhibit similar features, with $CO_2$ values of ~180 to 200 ppm during glacial intervals (Petit et al., 1999). Prior to 420 ka, interglacial $CO_2$ values were 240 to 260 ppm rather than 270 to 290 ppm after that date (Lüthi et al., 2008).

A variety of proxy reconstructions as well as models of different complexity from conceptual to complex Earth System Models (ESM; see Glossary) have been used to test hypotheses for the cause of lower LGM atmospheric $CO_2$ concentrations (e.g., Köhler et al., 2005; Sigman et al., 2010). The mechanisms of the carbon cycle during the LGM which lead to low atmospheric $CO_2$ can be broken down by individual drivers (Figure 6.5). It should be recognized, however, that this separation is potentially misleading, as many of the component drivers shown in Figure 6.5 may combine nonlinearly (Bouttes et al., 2011). Only well-established individual drivers are quantified (Figure 6.5), and discussed here.

##### 6.2.1.1.1   Reduced land carbon

Despite local evidence of larger carbon storage in permafrost regions during glacial periods (Zimov et al., 2009; Zech et al., 2011), the $\delta^{13}C$ record of ocean waters as preserved in benthic foraminiferal shells has been used to infer that global terrestrial carbon storage was reduced in glacial times, thus opposite to recorded changes in atmospheric $CO_2$. Data-based estimates of the deficit between LGM and pre-industrial land carbon storage range from a few hundreds to 1000 PgC (e.g., Bird et al., 1996; Ciais et al., 2012). Dynamic vegetation models tend to simulate values at the higher end (~800 PgC) (Kaplan et al., 2002; Otto et al., 2002) and indicate a role for the physiological effects of low $CO_2$ on photosynthesis at the LGM at least as large as that of colder and dryer climate conditions in determining the past extent of forests (Prentice and Harrison, 2009).

##### 6.2.1.1.2   Lower sea surface temperatures

Reconstructions of sea surface temperatures (SSTs) during the LGM suggest that the global surface ocean was on average 3°C to 5°C cooler compared to the Holocene. Because the solubility of $CO_2$ increases at colder temperature (Zeebe and Wolf-Gladrow, 2001), a colder glacial ocean will hold more carbon. However, uncertainty in reconstructing the LGM pattern of ocean temperature, particularly in the tropics (Archer et al., 2000; Waelbroeck et al., 2009), together with problems in transforming this pattern to the resolution of models in light of the nonlinear nature of the $CO_2$–temperature relationship

BLM_0150994

(Ridgwell, 2001), creates a large spread in modelled estimates, Most ocean general circulation models (OGCM) projections, however, cluster more tightly and suggest that lower ocean temperatures contribute to lower $CO_2$ values by 25 ppm during the LGM (Figure 6.5).

#### 6.2.1.1.3    Lower sea level and increased salinity

During the LGM, sea level was about ~120 m lower than today, and this change in ocean volume had several well-understood effects on atmospheric $CO_2$ concentrations. Lower sea level impacts the LGM ocean carbon cycle in two main ways. First, the resulting higher LGM ocean surface salinity causes atmospheric $CO_2$ to be higher than during the Holocene. Second, the total dissolved inorganic carbon and alkalinity (a measure of the capacity of an aqueous solution to neutralize acid) become more concentrated in equal proportions, and this process also causes atmospheric $CO_2$ to be higher during the LGM. In total, lower sea level is estimated to contribute to higher $CO_2$ values by 15 ppm during the LGM (Figure 6.5), implying that other processes must explain the lower $CO_2$ values measured in ice cores.

#### 6.2.1.1.4    Ocean circulation and sea ice

Reorganization in ocean circulation during glacial periods that promoted the retention of dissolved inorganic carbon in the deep ocean during the LGM has become the focus of most research on the glacial–interglacial $CO_2$ problem. That ocean circulation plays a key role in low glacial period atmospheric $CO_2$ concentration is exemplified by the tight coupling observed between reconstructed deep ocean temperatures and atmospheric $CO_2$ (Shackleton, 2000). Evidence from marine bore hole sites (Adkins et al., 2002) and from marine sediment cores (Jaccard et al., 2005; Skinner et al., 2010) show that the glacial ocean was highly stratified compared to interglacial conditions and may thus have held a larger store of carbon during glacial times. $\delta^{13}CO_2$ ice core records (Lourantou et al., 2010a, 2010b; Schmitt et al., 2012), as well as radiocarbon records from deep-sea corals demonstrate the role of a deep and stratified Southern Ocean in the higher LGM ocean carbon storage. However, conflicting hypotheses exist on the drivers of this increase in the Southern Ocean stratification, for example, northward shift and weakening of Southern Hemisphere (SH) westerly winds (Toggweiler et al., 2006), reduced air–sea buoyancy fluxes (Watson and Garabato, 2006) or massive brine rejections during sea ice formation (Bouttes et al., 2011, 2012). Ocean carbon cycle models have simulated a circulation-induced effect on LGM $CO_2$ that can explain lower values than during interglacial by 3 ppm (Bopp et al., 2003) to 57 ppm (Toggweiler, 1999).

A long-standing hypothesis is that increased LGM sea ice cover acted as a barrier to air–sea gas exchange and hence reduced the 'leakage' of $CO_2$ during winter months from the ocean to the atmosphere during glacial periods (Broecker and Peng, 1986). However, concurrent changes in ocean circulation and biological productivity complicate the estimation of the impact of increased sea ice extent on LGM atmospheric $CO_2$ (Kurahashi-Nakamura et al., 2007). With the exception of the results of an idealised box model (Stephens and Keeling, 2000), ocean carbon models are relatively consistent in projecting a small effect of higher sea ice extent on maintaining atmospheric $CO_2$ lower during LGM (Archer et al., 2003).

#### 6.2.1.1.5    Iron fertilisation

Both marine and terrestrial sediment records indicate higher rates of deposition of dust and hence iron (Fe) supply at the LGM (Mahowald et al., 2006), implying a potential link between Fe fertilisation of marine productivity and lower glacial $CO_2$ (Martin, 1990). However, despite the fact that ocean carbon cycle models generally employ similar reconstructions of glacial dust fluxes (i.e., Mahowald et al., 1999; Mahowald et al., 2006), there is considerable disagreement among them in the associated $CO_2$ change. OGCM that include a description of the Fe cycle tend to cluster at the lower end of simulated $CO_2$ changes between glacial and interglacial (e.g., Archer at al., 2000; Bopp et al., 2003), whereas box models (e.g., Watson et al., 2000) or Earth System Models of Intermediate Complexity (EMICs, e.g., Brovkin et al., 2007) tend to produce $CO_2$ changes which are at the higher end (Parekh et al., 2008). An alternative view comes from inferences drawn from the timing and magnitude of changes in dust and $CO_2$ in ice cores (Röthlisberger et al., 2004), assigning a 20 ppm limit for the lowering of $CO_2$ during the LGM in response to an Southern Ocean Fe fertilisation effect, and a 8 ppm limit for the same effect in the North Pacific.

#### 6.2.1.1.6    Other glacial carbon dioxide drivers

A number of further aspects of altered climate and biogeochemistry at the LGM are also likely to have affected atmospheric $CO_2$. Reduced bacterial metabolic rates and remineralization (see Glossary) of organic matter (Matsumoto, 2007; Menviel et al., 2012), increased glacial supply of dissolved silica (required by diatoms to form frustules) (Harrison, 2000), 'silica leakage' (Brzezinski et al., 2002; Matsumoto et al., 2002), changes in net global weathering rates (Berner, 1992; Munhoven, 2002), reduction in coral reef growth and other forms of shallow water $CaCO_3$ accumulation (Berger, 1982), carbonate compensation (Ridgwell and Zeebe, 2005) and changes in the $CaCO_3$ to organic matter 'rain ratio' to the sediments (Archer and Maier-Reimer, 1994) will act to amplify or diminish the effect of many of the aforementioned drivers on glacial $CO_2$.

#### 6.2.1.1.7    Summary

All of the major drivers of the glacial-to-interglacial atmospheric $CO_2$ changes (Figure 6.5) are likely to have already been identified. However, Earth System Models have been unable to reproduce the full magnitude of the glacial-to-interglacial $CO_2$ changes. Significant uncertainties exist in glacial boundary conditions and on some of the primary controls on carbon storage in the ocean and in the land. These uncertainties prevent an unambiguous attribution of individual mechanisms as controllers of the low glacial $CO_2$ concentrations. Further assessments of the interplay of different mechanisms prior to deglacial transitions or in glacial inceptions will provide additional insights into the drivers and processes that caused the glacial decrease of $CO_2$. Because several of these identified drivers (e.g., organic matter remineralization, ocean stratification) are sensitive to climate change in general, improved understanding drawn from the glacial–interglacial cycles will help constrain the magnitude of future ocean feedbacks on atmospheric $CO_2$. Other drivers (e.g., iron fertilisation) are involved in geoengineering methods (see Glossary), such that improved under-

6

BLM_0150995



**Figure 6.5 |** Mechanisms contributing to carbon dioxide concentrations changes from Last Glacial Maximum (LGM) to late Holocene (top) and from early/mid Holocene (7 ka) to late Holocene (bottom). Filled black circles represent individual model-based estimates for individual ocean, land, geological or human mechanisms. Solid colour bars represent expert judgment (to the nearest 5 ppm) rather than a formal statistical average. References for the different model results used for explaining CO₂ changes from LGM to late Holocene are as per (Kohfeld and Ridgwell, 2009) with excluded model projections in grey. References for the different model results used for explaining CO₂ changes during the Holocene are: Joos et al. (2004), Brovkin et al. (2002, 2008). Kleinen et al. (2010, 2012), Broecker et al. (1999), Ridgwell et al. (2003), Schurgers et al. (2006), Yu (2011), Ruddiman (2003, 2007), Strassmann et al. (2008), Olofsson and Hickler (2008), Pongratz et al. (2009), Kaplan et al. (2011), Lemmen (2009), Stocker et al. (2011), Roth and Joos (2012). Confidence levels for each mechanism are indicated in the left column — H for *high confidence*, M for *medium confidence* and L for *low confidence*.

standing could also help constrain the potential and applicability of these methods (see Section 6.5.2).

### 6.2.1.2   Processes Controlling Glacial Methane and Nitrous Oxide

Ice core measurements show that atmospheric CH₄ and N₂O were much lower under glacial conditions compared to interglacial ones. Their reconstructed history encompasses the last 800 ka (Loulergue et al., 2008; Schilt et al., 2010a). Glacial CH₄ mixing ratios are in the 350 to 400 ppb range during the eight glacial maxima covered by the ice core record. This is about half the levels observed during interglacial conditions. The N₂O concentration amounts to 202 ± 8 ppb at the LGM, compared to the early Holocene levels of about 270 ppb (Flückiger et al., 1999).

CH₄ and N₂O isotopic ratio measurements in ice cores provide important constraints on the mechanisms responsible for their temporal

changes. N₂O isotopes suggest a similar increase in marine and terrestrial N₂O emissions during the last deglaciation (Sowers et al., 2003). Marine sediment proxies of ocean oxygenation suggest that most of the observed N₂O deglacial rise was of marine origin (Jaccard and Galbraith, 2012). δD and ¹⁴C isotopic composition measurements of CH₄ have shown that catastrophic methane hydrate degassing events are *unlikely* to have caused the last deglaciation CH₄ increase (Sowers, 2006; Petrenko et al., 2009; Bock et al., 2010). δ¹³C and δD measurements of CH₄ combined with interpolar atmospheric CH₄ gradient changes (Greenland minus Antarctica ice cores) suggest that most of the deglacial CH₄ increase was caused by increased emissions from boreal and tropical wetlands and an increase in CH₄ atmospheric residence time due to a reduced oxidative capacity of the atmosphere (Fischer et al., 2008). The biomass burning source apparently changed little on the same time scale, whereas this CH₄ source experienced large fluctuations over the last millennium (Mischler et al., 2009; Wang et al., 2010b). Recent modelling studies, however, suggest that changes

BLM_0150996

in the atmospheric oxidising capacity of the atmosphere at the LGM are probably negligible compared to changes in sources (Levine et al., 2011) and that tropical temperature influencing tropical wetlands and global vegetation were the dominant controls for $CH_4$ atmospheric changes on glacial–interglacial time scales (Konijnendijk et al., 2011).

### 6.2.1.3    Processes Controlling Changes in Carbon Dioxide, Methane, and Nitrous Oxide During Abrupt Glacial Events

Ice core measurements of $CO_2$, $CH_4$ and $N_2O$ show sharp (millennial-scale) changes in the course of glaciations, associated with the so-called Dansgaard/Oeschger (DO) climatic events (see Section 5.7), but their amplitude, shape and timing differ. During these millennial scale climate events, atmospheric $CO_2$ concentrations varied by about 20 ppm, in phase with Antarctic, but not with Greenland temperatures. $CO_2$ increased during cold (stadial) periods in Greenland, several thousands years before the time of the rapid warming event in Greenland (Ahn and Brook, 2008). $CH_4$ and $N_2O$ showed rapid transitions in phase with Greenland temperatures with little or no lag. $CH_4$ changes are in the 50 to 200 ppb range (Flückiger et al., 2004), in phase with Greenland temperature warming at a decadal time scale (Huber et al., 2006). $N_2O$ changes are large, of same magnitude than glacial–interglacial changes, and for the warmest and longest DO events $N_2O$ starts to increase several centuries before Greenland temperature and $CH_4$ (Schilt et al., 2010b).

Conflicting hypotheses exist on the drivers of these millennial-scale changes. Some model simulations suggest that both $CO_2$ and $N_2O$ fluctuations can be explained by changes in the Atlantic meridional overturning ocean circulation (Schmittner and Galbraith, 2008), $CO_2$ variations being explained mainly by changes in the efficiency of the biological pump which affects deep ocean carbon storage (Bouttes et al., 2011), whereas $N_2O$ variations could be due to changes in productivity and oxygen concentrations in the subsurface ocean (Schmittner and Galbraith, 2008). Other studies, however, suggest that the millennial-scale $CO_2$ fluctuations can be explained by changes in the land carbon storage (Menviel et al., 2008; Bozbiyik et al., 2011). For $CH_4$, models have difficulties in reproducing changes in wetland emissions compatible with DO atmospheric variations (Hopcroft et al., 2011), and the changes in the atmospheric oxidizing capacity of the atmosphere during DO events seem to be too weak to explain the $CH_4$ changes (Levine et al., 2012).

### 6.2.2    Greenhouse Gas Changes over the Holocene

#### 6.2.2.1    Understanding Processes Underlying Holocene Carbon Dioxide Changes

The evolution of the atmospheric $CO_2$, $CH_4$, and $N_2O$ concentrations during the Holocene, the interglacial period which began 11.7 ka, is known with high certainty from ice core measurements (Figure 6.6). A decrease in atmospheric $CO_2$ of about 7 ppm is measured in ice cores



**Figure 6.6 |** Variations of $CO_2$, $CH_4$, and $N_2O$ concentrations during the Holocene. The data are for Antarctic ice cores: European Programme for Ice Coring in Antarctica EPICA Dome C (Flückiger et al., 2002; Monnin et al., 2004), triangles; EPICA Dronning Maud Land (Schilt et al., 2010b), crosses; Law Dome (MacFarling-Meure et al., 2006), circles; and for Greenland Ice Core Project (GRIP) (Blunier et al., 1995), squares. Lines correspond to spline fits.

BLM_0150997

between 11 and 7 ka, followed by a 20 ppm $CO_2$ increase until the onset of the Industrial Era in 1750 (Indermühle et al., 1999; Monnin et al., 2004; Elsig et al., 2009). These variations in atmospheric $CO_2$ over the past 11 kyr preceding industrialisation are more than five times smaller than the $CO_2$ increase observed during the Industrial Era (see Section 6.3.2.3). Despite the small magnitude of $CO_2$ variations prior to the Industrial Era, these changes are nevertheless useful for understanding the role of natural forcing in carbon and other biogeochemical cycles during interglacial climate conditions.

Since the IPCC AR4, the mechanisms underlying the observed 20 ppm $CO_2$ increase between 7 ka and the Industrial Era have been a matter of intensive debate. During three interglacial periods prior to the Holocene, $CO_2$ did not increase, and this led to a hypothesis that pre-industrial anthropogenic $CO_2$ emissions could be associated with early land use change and forest clearing (Ruddiman, 2003, 2007). However, ice core $CO_2$ data (Siegenthaler et al., 2005b) indicate that during Marine Isotope Stage 11 (see Section 5.2.2), an interglacial period that lasted from 400 to 420 ka, $CO_2$ increased similarly to the Holocene period. Drivers of atmospheric $CO_2$ changes during the Holocene can be divided into oceanic and terrestrial processes (Figure 6.5) and their roles are examined below.

#### 6.2.2.1.1   Oceanic processes

The change in oceanic carbonate chemistry could explain the slow atmospheric $CO_2$ increase during the Holocene since 7 ka. Proposed mechanisms include: (1) a shift of oceanic carbonate sedimentation from deep sea to the shallow waters due to sea level rise onto continental shelves causing accumulation of $CaCO_3$ on shelves including coral reef growth, a process that releases $CO_2$ to the atmosphere (Ridgwell et al., 2003; Kleinen et al., 2010), (2) a 'carbonate compensation' in response to the release of carbon from the deep ocean during deglaciation and to the buildup of terrestrial biosphere in the early Holocene (Broecker et al., 1999; Joos et al., 2004; Elsig et al., 2009; Menviel and Joos, 2012). Proxies for carbonate ion concentration in the deep sea (Yu et al., 2010) and a decrease in modern $CaCO_3$ preservation in equatorial Pacific sediments (Anderson et al., 2008) support the hypothesis that the ocean was a source of $CO_2$ to the atmosphere during the Holocene. Changes in SSTs over the last 7 kyr (Kim et al., 2004) could have contributed to slightly lower (Brovkin et al., 2008) or higher (Menviel and Joos, 2012) atmospheric $CO_2$ concentration but, *very likely*, SST-driven $CO_2$ change represents only a minor contribution to the observed $CO_2$ increase during the Holocene after 7 ka (Figure 6.5).

#### 6.2.2.1.2   Terrestrial processes

The $\delta^{13}C$ of atmospheric $CO_2$ trapped in ice cores can be used to infer changes in terrestrial biospheric carbon pools. Calculations based on inferred $\delta^{13}C$ of atmospheric $CO_2$ during the Holocene suggest an increase in terrestrial carbon storage of about 300 PgC between 11 and 5 ka and small overall terrestrial changes thereafter (Elsig et al., 2009). Modelling studies suggest that $CO_2$ fertilisation (Box 6.3) in response to increasing atmospheric $CO_2$ concentration after 7 ka contributed to a substantially increased terrestrial carbon storage (>100 PgC) on Holocene time scales (Kaplan et al., 2002; Joos et al., 2004; Kleinen et al., 2010). Orbitally forced climate variability, includ-

ing the intensification and decline of the Afro-Asian monsoon and the mid-Holocene warming of the high latitudes of the NH are estimated in models to have caused changes in vegetation distribution and hence of terrestrial carbon storage. These climate-induced carbon storage changes are estimated using models to have been smaller than the increase due to $CO_2$ fertilisation (Brovkin et al., 2002; Schurgers et al., 2006). The Holocene accumulation of carbon in peatlands has been reconstructed globally, suggesting a land carbon additional storage of several hundred petagrams of carbon between the early Holocene and the Industrial Era, although uncertainties remain on this estimate (Tarnocai et al., 2009; Yu, 2011; Kleinen et al., 2012). Volcanic $CO_2$ emissions to the atmosphere between 12 and 7 ka were estimated to be two to six times higher than during the last millennium, of about 0.1 PgC yr$^{-1}$ (Huybers and Langmuir, 2009; Roth and Joos, 2012). However, a peak in the inferred volcanic emissions coincides with the period of decreasing atmospheric $CO_2$ and the *confidence* in changes of volcanic $CO_2$ emissions is *low*.

Global syntheses of the observational, paleoecological and archaeological records for Holocene land use change are not currently available (Gaillard et al., 2010). Available reconstructions of anthropogenic land use and land cover change (LULCC) prior to the last millennium currently extrapolate using models and assumptions from single regions to changes in all regions of the world (Goldewijk et al., 2011; Kaplan et al., 2011). Because of regional differences in land use systems and uncertainty in historical population estimates, the *confidence* in spatially explicit LULCC reconstructions is *low*.

Some recent studies focused on reconstructing LULCC and making very simple assumptions regarding the effect of land use on carbon (Olofsson and Hickler, 2008; Lemmen, 2009). Other studies relied on more sophisticated terrestrial biosphere models to simulate carbon storage and loss in response to pre-industrial LULCC during the late Holocene (Strassmann et al., 2008; Pongratz et al., 2009; Stocker et al., 2011). The conclusion of the aforementioned studies was that cumulative Holocene carbon emissions as a result of pre-industrial LULCC were not large enough (~50 to 150 PgC during the Holocene before 1850) to have had an influence larger than an increase of ~10 ppm on late Holocene observed $CO_2$ concentration increase (Figure 6.5). However, a modelling study by Kaplan et al. (2011) suggested that more than 350 PgC could have been released as a result of LULCC between 8 ka and 1850 as a result of a much stronger loss of soil carbon in response to land use change, than in other studies.

In addition to clearing of forests, large-scale biomass burning activity, inferred from synthesized charcoal records and bog sediments has been hypothesized to correlate with the observed Late Holocene atmospheric $CO_2$ (Carcaillet et al., 2002). A global extensive synthesis of charcoal records for the last 21 kyr (Power et al., 2008) and updates of those shows that fire activity followed climate variability on global (Marlon et al., 2008; Daniau et al., 2012) and regional scale (Archibald et al., 2009; Mooney et al., 2011; Marlon et al., 2012; Power et al., 2013). There is no evidence, however, for a distinct change in fire activity linked to human activity alone as hypothesized from a regional charcoal record synthesis for the tropical Americas (Nevle and Bird, 2008; Nevle et al., 2011). Fire being a newly studied component, no estimate for its role is given in Figure 6.5.

6

BLM_0150998

#### 6.2.2.2   Holocene Methane and Nitrous Oxide Drivers

The atmospheric $CH_4$ levels decreased from the early Holocene to about 6 ka, were lowest at around 5 ka, and increased between 5 ka and year 1750 by about 100 ppb (Figure 6.6). Major Holocene agricultural developments, in particular rice paddy cultivation and widespread domestication of ruminants, have been proposed as an explanation for the Late Holocene $CH_4$ rise (Ruddiman, 2007). The most recent syntheses of archaeological data point to an increasing anthropogenic $CH_4$ source from domesticated ruminants after 5 ka and from rice cultivation after 4 ka (Ruddiman, 2007; Fuller et al., 2011). The modelling support for either natural or anthropogenic explanations of the Late Holocene increase in the atmospheric $CH_4$ concentration is equivocal. A study by Kaplan et al. (2006) suggested that a part of the Late Holocene $CH_4$ rise could be explained by anthropogenic sources. Natural wetland $CH_4$ models driven by simulated climate changes are able (Singarayer et al., 2011) or unable (Konijnendijk et al., 2011) to simulate Late Holocene increase in the $CH_4$ concentration, reflecting a large spread in present-day $CH_4$ emissions simulated by this type of models (Melton et al., 2013; see Section 6.3.3.2). Consequently, *about as likely as not,* the atmospheric $CH_4$ increase after 5000 years ago can be attributed to early human activities. The mechanisms causing the $N_2O$ concentration changes during the Holocene are not firmly identified (Flückiger et al., 2002).

### 6.2.3   Greenhouse Gas Changes over the Last Millennium

#### 6.2.3.1   A Decrease of Carbon Dioxide around Year 1600 and Possible Explanations for this Event

High resolution ice cores records reveal that atmospheric $CO_2$ during the last millennium varied with a drop in atmospheric $CO_2$ concentration by 7 to 10 ppm around year 1600, followed by a $CO_2$ increase during the 17th century (Trudinger et al., 2002; Siegenthaler et al., 2005a; MacFarling-Meure et al., 2006; Ahn et al., 2012). This is shown in Figure 6.7. The $CO_2$ decrease during the 17th century was used to evaluate the response of atmospheric $CO_2$ concentration to a century-scale shift in global temperature (Scheffer et al., 2006; Cox and Jones, 2008; Frank et al., 2010) which was found to be dependent on the choice of global temperature reconstructions used in the model.

One of the possible explanations for the drop in atmospheric $CO_2$ around year 1600 is enhanced land and/or ocean carbon uptake in response to the cooling caused by reduced solar irradiance during the Maunder Minimum (Section 5.3.5.3). However, simulations using Earth System Models of Intermediate Complexity (EMICs)(Gerber et al., 2003; Brovkin et al., 2004) and by complex Earth System Models (ESMs) (Jungclaus et al., 2010) suggest that solar irradiance forcing alone is not sufficient



**Figure 6.7 |** Variations of $CO_2$, $CH_4$, and $N_2O$ during 900–1900 from ice cores. The data are for Antarctic ice cores: Law Dome (Etheridge et al., 1996; MacFarling-Meure et al., 2006), circles; West Antarctic Ice Sheet (Mitchell et al., 2011; Ahn et al., 2012), triangles; Dronning Maud Land (Siegenthaler et al., 2005a), squares. Lines are spline fits to individual measurements.

BLM_0150999

to explain the magnitude of the $CO_2$ decrease. The drop in atmospheric $CO_2$ around year 1600 could also be caused by a cooling from increased volcanic eruptions (Jones and Cox, 2001; Brovkin et al., 2010; Frölicher et al., 2011). A third hypothesis calls for a link between $CO_2$ and epidemics and wars associated with forest regrowth over abandoned lands and increased carbon storage, especially in Central America. Here, results are model and scenario dependent. Simulations by Pongratz et al. (2011a) do not reproduce a decrease in $CO_2$, while simulations by Kaplan et al. (2011) suggest a considerable increase in land carbon storage around year 1600. The temporal resolution of Central American charcoal and pollen records is insufficient to support or falsify these model results (e.g., Nevle and Bird, 2008; Marlon et al., 2008).

Ensemble simulations over the last 1200 years have been conducted using an ESM (Jungclaus et al., 2010) and EMICs (Eby et al., 2013) including a fully interactive carbon cycle. The sensitivity of atmospheric $CO_2$ concentration to NH temperature changes in ESM was modeled to be 2.7 to 4.4 ppm °C$^{-1}$, while EMICs show on average a higher sensitivity of atmospheric $CO_2$ to global temperature changes of 8.6 ppm °C$^{-1}$. These sensitivities fall within the range of 1.7 to 21.4 ppm °C$^{-1}$ of a recent reconstruction based on tree-ring NH temperature reconstructions (Frank et al., 2010).

### 6.2.3.2 Mechanisms Controlling Methane and Nitrous Oxide during the Last Millennium

Recent high-resolution ice core records confirm a $CH_4$ decrease in the late 16th century by about 40 ppb (MacFarling-Meure et al., 2006; Mitchell et al., 2011), as shown in Figure 6.7. Correlations between this drop in atmospheric $CH_4$ and the lower temperatures reconstructed during the 15th and 16th centuries suggest that climate change may have reduced $CH_4$ emissions by wetlands during this period. In addition

to changes in the wetland $CH_4$ source, changes in biomass burning have been invoked to explain the last millennium $CH_4$ record (Ferretti et al., 2005; Mischler et al., 2009), ice core CO and CO isotopes (Wang et al., 2010b) and global charcoal depositions (Marlon et al., 2008). Changes in anthropogenic $CH_4$ emissions during times of war and plague hypothetically contributed to variability in atmospheric $CH_4$ concentration (Mitchell et al., 2011). Ice core $\delta^{13}CH_4$ measurements suggested pronounced variability in both natural and anthropogenic $CH_4$ sources over the 1000–1800 period (Sapart et al., 2012). No studies are known about mechanisms of $N_2O$ changes for the last millennium.

## 6.3 Evolution of Biogeochemical Cycles Since the Industrial Revolution

### 6.3.1 Carbon Dioxide Emissions and Their Fate Since 1750

Prior to the Industrial Era, that began in 1750, the concentration of atmospheric $CO_2$ fluctuated roughly between 180 ppm and 290 ppm for at least 2.1 Myr (see Section 5.2.2 and Hönisch et al., 2009; Lüthi et al., 2008; Petit et al., 1999). Between 1750 and 2011, the combustion of fossil fuels (coal, gas, oil and gas flaring) and the production of cement have released $375 \pm 30$ PgC (1 PgC = $10^{15}$ gC) to the atmosphere (Table 6.1; Boden et al., 2011). Land use change activities, mainly deforestation, has released an additional $180 \pm 80$ PgC (Table 6.1). This carbon released by human activities is called anthropogenic carbon.

Of the $555 \pm 85$ PgC of anthropogenic carbon emitted to the atmosphere from fossil fuel and cement and land use change, less than half have accumulated in the atmosphere ($240 \pm 10$ PgC) (Table 6.1). The remaining anthropogenic carbon has been absorbed by the ocean and

**Table 6.1 |** Global anthropogenic $CO_2$ budget, accumulated since the Industrial Revolution (onset in 1750) and averaged over the 1980s, 1990s, 2000s, as well as the last 10 years until 2011. By convention, a negative ocean or land to atmosphere flux is equivalent to a gain of carbon by these reservoirs. The table does not include natural exchanges (e.g., rivers, weathering) between reservoirs. The uncertainty range of 90% confidence interval presented here differs from how uncertainties were reported in AR4 (68%).

|  | 1750–2011 Cumulative PgC | 1980–1989 PgC yr$^{-1}$ | 1990–1999 PgC yr$^{-1}$ | 2000–2009 PgC yr$^{-1}$ | 2002–2011 PgC yr$^{-1}$ |
|---|---|---|---|---|---|
| Atmospheric increase[a] | $240 \pm 10^f$ | $3.4 \pm 0.2$ | $3.1 \pm 0.2$ | $4.0 \pm 0.2$ | $4.3 \pm 0.2$ |
| Fossil fuel combustion and cement production[b] | $375 \pm 30^f$ | $5.5 \pm 0.4$ | $6.4 \pm 0.5$ | $7.8 \pm 0.6$ | $8.3 \pm 0.7$ |
| Ocean-to-atmosphere flux[c] | $-155 \pm 30^f$ | $-2.0 \pm 0.7$ | $-2.2 \pm 0.7$ | $-2.3 \pm 0.7$ | $-2.4 \pm 0.7$ |
| Land-to-atmosphere flux | $30 \pm 45^f$ | $-0.1 \pm 0.8$ | $-1.1 \pm 0.9$ | $-1.5 \pm 0.9$ | $-1.6 \pm 1.0$ |
| *Partitioned as follows* |  |  |  |  |  |
| Net land use change[d] | $180 \pm 80^{f,g}$ | $1.4 \pm 0.8$ | $1.5 \pm 0.8$ | $1.1 \pm 0.8$ | $0.9 \pm 0.8$ |
| Residual land sink[e] | $-160 \pm 90^f$ | $-1.5 \pm 1.1$ | $-2.6 \pm 1.2$ | $-2.6 \pm 1.2$ | $-2.5 \pm 1.3$ |

Notes:

[a]  Data from Charles D. Keeling, (http://scrippsco2.ucsd.edu/data/data.html), Thomas Conway and Pieter Tans, National Oceanic and Atmospheric Administration–Earth System Research Laboratory (NOAA–ESRL, www.esrl.noaa.gov/gmd/ccgg/trends/) using a conversion factor of 2.120 PgC per ppm (Prather et al., 2012). Prior to the atmospheric record in 1960, ice core data is used (Neftel et al., 1982; Friedli et al., 1986; Etheridge et al., 1996).

[b]  Estimated by the Carbon Dioxide Information Analysis Center (CDIAC) based on UN energy statistics for fossil fuel combustion (up to 2009) and US Geological Survey for cement production (Boden et al., 2011), and updated to 2011 using BP energy statistics.

[c]  Based on observations for 1990–1999, with the trends based on existing global estimates (see Section 6.3.2.5 and Table 6.4).

[d]  Based on the "bookkeeping" land use change flux accounting model of Houghton et al. (2012) until 2010, and assuming constant LUC emissions for 2011, consistent with satellite-based fire emissions (Le Quéré et al., 2013; see Section 6.3.2.2 and Table 6.2).

[e]  Calculated as the sum of the *Land-to-atmosphere flux* minus *Net land use change flux*, assuming the errors on each term are independent and added quadratically.

[f]  The 1750–2011 estimate and its uncertainty is rounded to the nearest 5 PgC.

[g]  Estimated from the cumulative net land use change emissions of Houghton et al. (2012) during 1850–2011 and the average of four publications (Pongratz et al., 2009; van Minnen et al., 2009; Shevliakova et al., 2009; Zaehle et al., 2011) during 1750–1850.

in terrestrial ecosystems: the carbon 'sinks' (Figure 6.8). The ocean stored 155 ± 30 PgC of anthropogenic carbon since 1750 (see Section 6.3.2.5.3 and Box 6.1). Terrestrial ecosystems that have not been affected by land use change since 1750, have accumulated 160 ± 90 PgC of anthropogenic carbon since 1750 (Table 6.1), thus not fully compensating the net $CO_2$ losses from terrestrial ecosystems to the atmosphere from land use change during the same period estimated of 180 ± 80 PgC (Table 6.1). The net balance of all terrestrial ecosys-

tems, those affected by land use change and the others, is thus close to neutral since 1750, with an average loss of 30 ± 45 (see Figure 6.1). This increased storage in terrestrial ecosystems not affected by land use change is *likely* to be caused by enhanced photosynthesis at higher $CO_2$ levels and nitrogen deposition, and changes in climate favouring carbon sinks such as longer growing seasons in mid-to-high latitudes. Forest area expansion and increased biomass density of forests that result from changes in land use change are also carbon sinks, and they



**Figure 6.8 |** Annual anthropogenic $CO_2$ emissions and their partitioning among the atmosphere, land and ocean (PgC yr⁻¹) from 1750 to 2011. (Top) Fossil fuel and cement $CO_2$ emissions by category, estimated by the Carbon Dioxide Information Analysis Center (CDIAC) based on UN energy statistics for fossil fuel combustion and US Geological Survey for cement production (Boden et al., 2011). (Bottom) Fossil fuel and cement $CO_2$ emissions as above. $CO_2$ emissions from net land use change, mainly deforestation, are based on land cover change data and estimated for 1750–1850 from the average of four models (Pongratz et al., 2009; Shevliakova et al., 2009; van Minnen et al., 2009; Zaehle et al., 2011) before 1850 and from Houghton et al. (2012) after 1850 (see Table 6.2). The atmospheric $CO_2$ growth rate (term in light blue 'atmosphere from measurements' in the figure) prior to 1959 is based on a spline fit to ice core observations (Neftel et al., 1982; Friedli et al., 1986; Etheridge et al., 1996) and a synthesis of atmospheric measurements from 1959 (Ballantyne et al., 2012). The fit to ice core observations does not capture the large interannual variability in atmospheric $CO_2$ and is represented with a dashed line. The ocean $CO_2$ sink prior to 1959 (term in dark blue 'ocean from indirect observations and models' in the figure) is from Khatiwala et al. (2009) and from a combination of models and observations from 1959 from (Le Quéré et al., 2013). The residual land sink (term in green in the figure) is computed from the residual of the other terms, and represents the sink of anthropogenic $CO_2$ in natural land ecosystems. The emissions and their partitioning only include the fluxes that have changed since 1750, and not the natural $CO_2$ fluxes (e.g., atmospheric $CO_2$ uptake from weathering, outgassing of $CO_2$ from lakes and rivers, and outgassing of $CO_2$ by the ocean from carbon delivered by rivers; see Figure 6.1) between the atmosphere, land and ocean reservoirs that existed before that time and still exist today. The uncertainties in the various terms are discussed in the text and reported in Table 6.1 for decadal mean values.

6

BLM_0151001

are accounted in Table 6.1 as part of the net flux from land use change. The increased terrestrial carbon storage in ecosystems not affected by land use change is called the *Residual land sink* in Table 6.1 because it is inferred from mass balance as the difference between fossil and net land use change emissions and measured atmospheric and oceanic storage increase.

### 6.3.2    Global Carbon Dioxide Budget

Since the IPCC AR4 (Denman et al., 2007), a number of new advancements in data availability and data-model synthesis have allowed the establishment of a more constrained anthropogenic $CO_2$ budget and better attribution of its flux components. The advancements are: (1)

revised data on the rates of land use change conversion from country statistics (FAO, 2010) now providing an arguably more robust estimate of the land use change flux (Houghton et al., 2012; Section 6.3.2.2); (2) a new global compilation of forest inventory data that provides an independent estimate of the amount of carbon that has been gained by forests over the past two decades, albeit with very scarce measurements for tropical forest (Pan et al., 2011); (3) over 2 million new observations of the partial pressure of $CO_2$ (p$CO_2$) at the ocean surface have been taken and added to the global databases (Takahashi et al., 2009; Pfeil et al., 2013) and used to quantify ocean $CO_2$ sink variability and trends (Section 6.3.2.5) and to evaluate and constrain models (Schuster et al., 2013; Wanninkhof et al., 2013); and (4) the use of multiple constraints with atmospheric inversions and combined atmosphere–ocean



**Figure 6.9 |** Interannual surface $CO_2$ flux anomalies from inversions of the TRANSCOM project for the period 1981–2010 (Peylin et al., 2013). The ensemble of inversion results contains up to 17 atmospheric inversion models. The orange bars in the bottom panel indicate the number of available inversion models for each time period. The ensemble mean is bounded by the 1-σ inter-model spread in ocean–atmosphere (blue) and land–atmosphere (green) $CO_2$ fluxes (PgC yr$^{-1}$) grouped into large latitude bands, and the global. For each flux and each region, the $CO_2$ flux anomalies were obtained by subtracting the long-term mean flux from each inversion and removing the seasonal signal. Grey shaded regions indicate El Niño episodes, and the black bars indicate the cooling period following the Mt. Pinatubo eruption, during which the growth rate of $CO_2$ remained low. A positive flux means a larger than normal source of $CO_2$ to the atmosphere (or a smaller $CO_2$ sink).

BLM_0151002

inversions (so called top down approaches; Jacobson et al., 2007) and the up-scaling of reservoir-based observations using models (so called bottom up approaches) provides new coarse scale consistency checks on $CO_2$ flux estimates for land and ocean regions (McGuire et al., 2009; Piao et al., 2009b; Schulze et al., 2009; Ciais et al., 2010; Schuster et al., 2013). The causes of the year-to-year variability observed in the annual atmospheric $CO_2$ accumulation shown in Figure 6.8 are estimated with a *medium* to *high confidence* to be mainly driven by terrestrial processes occurring in tropical latitudes as inferred from atmospheric $CO_2$ inversions and supported by ocean data and models (Bousquet et al., 2000; Raupach et al., 2008; Sarmiento et al., 2010) (Figures 6.9 and 6.13; Section 6.3.2.5) and land models (Figure 6.16; Section 6.3.2.6).

### 6.3.2.1  Carbon Dioxide Emissions from Fossil Fuel Combustion and Cement Production

Global $CO_2$ emissions from the combustion of fossil fuels used for this chapter are determined from national energy consumption statistics and converted to emissions by fuel type (Marland and Rotty, 1984). Estimated uncertainty for the annual global emissions are on the order of ±8% (converted from ±10% uncertainty for 95% confidence intervals in Andres et al. (2012) to the 90% confidence intervals used here). The uncertainty has been increasing in recent decades because a larger fraction of the global emissions originate from emerging economies where energy statistics and emission factors per fuel type are more uncertain (Gregg et al., 2008). $CO_2$ emissions from cement production were 4% of the total emissions during 2000–2009, compared to 3% in the 1990s (Boden et al., 2011). Additional emissions from gas flaring represent <1% of the global emissions.

Global $CO_2$ emissions from fossil fuel combustion and cement production were 7.8 ± 0.6 PgC yr$^{-1}$ on average during 2000–2009, 6.4 ± 0.5 PgC yr$^{-1}$ during 1990–1999 and 5.5 ± 0.4 PgC yr$^{-1}$ during 1980–1989 (Table 6.1; Figure 6.8). Global fossil fuel $CO_2$ emissions increased by 3.2% yr$^{-1}$ on average during the decade 2000–2009 compared to 1.0% yr$^{-1}$ in the 1990s and 1.9% yr$^{-1}$ in the 1980s. Francey et al. (2013) recently suggested a cumulative underestimation of 8.8 PgC emissions during the period 1993–2004, which would reduce the contrast in emissions growth rates between the two decades. The global financial crisis in 2008–2009 induced only a short-lived pause in global emissions in 2009 (−0.3%), with the return to high annual growth rates of 5.1% and 3.0% in 2010 and 2011, respectively, and fossil fuel and cement $CO_2$ emissions of 9.2 ± 0.8 PgC in 2010 and 9.5 ± 0.8 PgC in 2011(Peters et al., 2013).

### 6.3.2.2  Net Land Use Change Carbon Dioxide Flux

$CO_2$ is emitted to the atmosphere by land use and land use change activities, in particular deforestation, and taken up from the atmosphere by other land uses such as afforestation (the deliberate creation of new forests) and vegetation regrowth on abandoned lands. A critical distinction in estimating land use change is the existence of gross and net fluxes. Gross fluxes are the individual fluxes from multiple processes involved in land use change that can be either emissions to or removals from the atmosphere occurring at different time scales. For example, gross emissions include instantaneous emissions from deforestation fires and long-term emissions from the decomposition

of organic carbon; and they also include the long-term $CO_2$ uptake by forest regrowth and soil carbon storage on abandoned agricultural lands, afforestation and storage changes of wood products (Houghton et al., 2012; Mason Earles et al., 2012). The net flux of land use change is the balance among all source and sink processes involved in a given timeframe. The net flux of land use change is globally a net source to the atmosphere (Table 6.1; Figure 6.8).

Approaches to estimate global net $CO_2$ fluxes from land use fall into three categories: (1) the 'bookkeeping' method that tracks carbon in living vegetation, dead plant material, wood products and soils with cultivation, harvesting and reforestation using country-level reports on changes in forest area and biome-averaged biomass values (Houghton, 2003); (2) process-based terrestrial ecosystem models that simulate on a grid-basis the carbon stocks (biomass, soils) and exchange fluxes between vegetation, soil and atmosphere (see references in Table 6.2) and (3) detailed regional (primarily tropical forests) analyses based on satellite data that estimate changes in forest area or biomass (DeFries et al., 2002; Achard et al., 2004; Baccini et al., 2012; Harris et al., 2012). Satellite-derived estimates of $CO_2$ emissions to the atmosphere from so-called deforestation fires (van der Werf et al., 2010) provide additional constraints on the spatial attribution and variability of land use change gross emissions. Most global estimates do not include emissions from peat burning or decomposition after a land use change, which are estimated to be 0.12 PgC yr$^{-1}$ over 1997–2006 for peat fires (van der Werf et al., 2008) and between 0.10 and 0.23 PgC yr$^{-1}$ from the decomposition of drained peat (Hooijer et al., 2010). The processes and time scales captured by these methods to estimate net land use change $CO_2$ emissions are diverse, creating difficulties with comparison of different estimates (Houghton et al., 2012; Table 6.2). The bookkeeping method of Houghton et al. (2012) was used for Table 6.1 because it is closest to observations and includes the most extensive set of management practices (Table 6.2). Methods that do not include long-term 'legacy' fluxes from lands caused by deforestation (Table 6.2) underestimate net land use change $CO_2$ emissions by 13 to 62% depending on the starting year and decade (Ramankutty et al., 2006), and methods that do not include the fate of carbon wood harvest and shifting cultivation underestimate $CO_2$ emissions by 25 to 35% (Houghton et al., 2012).

Global net $CO_2$ emissions from land use change are estimated at 1.4, 1.5 and 1.1 PgC yr$^{-1}$ for the 1980s, 1990s and 2000s, respectively, by the bookkeeping method of Houghton et al. (2012) (Table 6.2; Figure 6.10). This estimate is consistent with global emissions simulated by process-based terrestrial ecosystem models using mainly three land cover change data products as input for time-varying maps of land use change (Table 6.2). The bookkeeping method estimate is also generally consistent although higher than the satellite-based methods (tropics only). Part of the discrepancy can be accounted for by emissions from extratropical regions (~0.1 PgC yr$^{-1}$; Table 6.3) and by legacy fluxes for land cover change prior to 1980s (~0.2 PgC yr$^{-1}$) that are not covered by satellite-based methods used in Table 6.2, and by the fact that the bookkeeping method accounts for degradation and shifting agriculture $CO_2$ losses not detected in the satellite-based method reported in Table 6.2. We adopt an uncertainty of ±0.8 PgC yr$^{-1}$ as representative of 90% uncertainty intervals. This is identical to the uncertainty of ±0.5 PgC yr$^{-1}$ representing ±1-$\sigma$ interval (68% if Gaussian distributed error)

6

BLM_0151003

from Houghton et al. (2012). This uncertainty of ±0.8 PgC yr⁻¹ on net land use change $CO_2$ fluxes is smaller than the one that was reported in AR4 of 0.5 to 2.7 PgC yr⁻¹ for the 1990s (68% confidence interval). In this chapter, uncertainty is estimated based on expert judgment of the available evidence, including improved accuracy of land cover change incorporating satellite data, the larger number of independent methods to quantify emissions and the consistency of the reported results (Table 6.2; Figure 6.10).

Different estimates of net land use change $CO_2$ emissions are shown in Figure 6.10. The lower land use change $CO_2$ emissions reported in the 2000s compared to the 1990s, by 0.5 PgC yr⁻¹ in the bookkeeping method based on FAO (2010), and by 0.3 to 0.5 PgC yr⁻¹ from five process-based ecosystem models based on the HistorY Database of the global Environment (HYDE) land cover change data updated to 2009 (Goldewijk et al., 2011), are within the error bar of the data and methods. The bookkeeping method suggests that most of the LUC emissions

**Table 6.2 |** Estimates of net land to atmosphere $CO_2$ flux from land use change covering recent decades (PgC yr⁻¹). Positive values indicate $CO_2$ losses to the atmosphere. Various forms of land management are also included in the different estimates, including wood harvest (W), shifting cultivation (C) and harvesting (H) of crops and peat burning and peat drainage (P). All methods include the vegetation degradation after land clearance. Additional processes included are initial biomass loss during the year of deforestation (I), decomposition of slash and soil carbon during the year of initial loss (D), regrowth (R), change in storage in wood products pools (S), the effect of increasing $CO_2$, (C), the effect of observed climate variability between decades (M) and 'legacy' long-term decomposition flux carried over from land use change transitions prior to start of time period used for reporting in the table (L). In the absence of data on L in the assessed estimates, the studies have either assumed instantaneous loss of all biomass and soil carbon (I, a committed future flux) or did not consider the legacy flux L. Satellite-based methods have examined Land Use Change (LUC) emissions in the tropical regions only. Numbers in parentheses are ranges in uncertainty provided in some studies.

| | Data for Land Use Change Area[a] | Biomass Data | Land Management Included | Processes Included | 1980–1989 PgC yr⁻¹ | 1990–1999 PgC yr⁻¹ | 2000–2009 PgC yr⁻¹ |
|---|---|---|---|---|---|---|---|
| **Bookkeeping Method (global)** | | | | | | | |
| Houghton et al. (2012) | FAO-2010 | Observed[b] | W, C, H | I, D, R, S, L | 1.4 | 1.5 | 1.1 |
| Baccini et al. (2012) | FAO-2010 | Satellite data | W, C, H | I, D, R, S, L | | | 1.0 |
| **Satellite-based Methods (tropics only)** | | | | | | | |
| Achard et al. (2004) | Landsat | Observed[b] | | I, D, R, S, C, M | | 0.9 (0.5–1.4)[c] | |
| DeFries et al. (2002) | AVHRR | Observed[b] | | I, D, R, S[d], C, M | 0.6 (0.3–0.8) | 0.9 (0.5–1.4) | |
| Van der Werf et al. (2010) | GFED | CASA[e] | P | I, D, C, M | | 1.2 (0.6–1.8)[f] | |
| **Process Models (global)** | | | | | | | |
| Shevliakova et al. (2009) | HYDE | LM3V | W, C | I, D, R, S, L, C | 1.1 | 1.1 | |
| Shevliakova et al. (2009) | SAGE | LM3V | W, C | I, D, R, S, L, C | 1.4 | 1.3 | |
| van Minnen et al. (2009)[g] | HYDE | IMAGE 2[e] | W | I, D, R, S, L, C | 1.8 | 1.4 | 1.2 |
| Strassmann et al. (2008) | HYDE | BernCC[e] | | I, D, R, S, L, C | 1.3 | 1.3 | |
| Stocker et al. (2011)[g] | HYDE | BernCC[e] | H | I, D, R, S, L, C | 1.4 | 0.9 | 0.6 |
| Yang et al. (2010) | SAGE | ISAM[e] | W | I, D, R, S, L, C | 1.7 | 1.7 | |
| Yang et al. (2010) | FAO-2005 | ISAM[e] | W | I, D, R, S, L, C | 1.7 | 1.8 | |
| Yang et al. (2010)[g] | HYDE | ISAM[e] | W | I, D, R, S, L, C | 2.2 | 1.5 | 1.2 |
| Arora and Boer (2010) | SAGE | CTEM[e] | H | I, D, R, S, L, C | 1.1[h] | 1.1[h] | |
| Arora and Boer (2010)[g] | HYDE | CTEM[e] | H | I, D, R, S, L, C | 0.4[h] | 0.4[h] | |
| Poulter et al. (2010)[g] | HYDE | LPJmL[e] | | I, D, R, S, L, C | 1.0 | 0.9 | 0.5 |
| Kato et al. (2013)[g] | HYDE | VISIT[e] | C | I, D, R, S, L, C | 1.2 | 1.0 | 0.5 |
| Zaehle et al. (2011) | HYDE | O-CN | | I, D, R, S, L, C | 1.2 | 1.0 | |
| Average of process models[i] | | | | | 1.3 ± 0.7 | 1.2 ± 0.6 | 0.8 ± 0.6 |
| Range of process models | | | | | [0.4–2.2] | [0.4–1.8] | [0.5–1.2] |

Notes:

[a]   References for the databases used: FAO (2010) as applied in Houghton et al. (2012); FAO (2005) as applied in Houghton (2003), updated; GFED (van der Werf et al., 2009); HYDE (Goldewijk et al., 2011), SAGE (Ramankutty and Foley, 1999). Landsat and AVHRR are satellite-based data and GFED is derived from satellite products as described in the references.

[b]   Based on average estimates by biomes compiled from literature data (see details in corresponding references).

[c]   1990–1997 only.

[d]   Legacy fluxes for land cover change prior to 1980 are not included and are estimated to add about 0.2 PgC yr⁻¹ to the 1980s and 0.1 PgC yr⁻¹ to the 1990s estimates, based on Ramankutty et al. (2006).

[e]   The vegetation and soil biomass is computed using a vegetation model described in the reference.

[f]   1997–2006 average based on estimates of carbon emissions from deforestation and degradation fires, including peat fires and oxidation. Estimates were doubled to account for emissions other than fire including respiration of leftover plant materials and soil carbon following deforestation following deforestation (Van der Werf et al., 2005).

[g]   Method as described in the reference but updated to 2010 using the land cover change data listed in column 2.

[h]   The large variability produced by the calculation method is removed for comparison with other studies by averaging the flux over the two decades.

[i]   Average of estimates from all process models and 90% confidence uncertainty interval; note that the spread of the different estimates does not follow a Gaussian distribution.
AVHRR = Advanced Very High Resolution Radiometer; FAO = Food and Agriculture Organization (UN); GFED = Global Fire Emissions Database; HYDE = HistorY Database of the global Environment; SAGE = Center for Sustainability and the Global Environment.

BLM_0151004



**Figure 6.10 |** Net land use change $CO_2$ emissions (PgC yr$^{-1}$). All methods are based on land cover change data (see Table 6.2) and are smoothed with a 10-year filter to remove interannual variability. The bookkeeping estimate of Houghton et al. (2012) (thick black over 1850–2011) and the average of four process models (dash black) over 1750–1850 (see 6.3.2.2) are used in Table 6.1. The process model results for net land use change $CO_2$ emissions from Table 6.2 are shown in blue. Satellite-based methods are available for the tropics only, from (red) van der Werf et al. (2010), (blue) DeFries et al. (2002), and (green) Achard et al. (2004). Note that the definitions of land use change fluxes vary between models (Table 6.2). The grey shading shows a constant uncertainty of ±0.8 PgC yr$^{-1}$ around the mean estimate used in Table 6.3.

originate from Central and South America, Africa and Tropical Asia since the 1980s (Table 6.3). The process models based on the HYDE database allocate about 30% of the global land use change emissions to East Asia, but this is difficult to reconcile with the large afforestation programmes reported in this region. Inconsistencies in the available land cover change reconstructions and in the modelling results prevent a firm assessment of recent trends and their partitioning among regions (see regional data in Table 6.3).

In this chapter, we do not assess individual gross fluxes that sum up to make the net land use change $CO_2$ emission, because there are too few independent studies. Gross emissions from tropical deforestation and degradation were 3.0 ± 0.5 PgC yr$^{-1}$ for the 1990s and 2.8 ± 0.5 PgC yr$^{-1}$ for the 2000s using forest inventory data, FAO (2010) and the bookkeeping method (Pan et al., 2011). These gross emissions are about double the net emissions because of the presence of a large regrowth that compensates for about half of the gross emissions. A recent analysis estimated a lower gross deforestation of 0.6 to 1.2 PgC yr$^{-1}$ (Harris et al., 2012). That study primarily estimated permanent deforestation and excluded additional gross emissions from degraded forests, shifting agriculture and some carbon pools. In fact, gross emissions from

permanent deforestation are in agreement between the bookkeeping method of Houghton et al. (2012) and the satellite data analysis of Harris et al. (2012).

Over the 1750–2011 period, cumulative net $CO_2$ emissions from land use change of 180 ± 80 PgC are estimated (Table 6.1). The uncertainty is based on the spread of the available estimates (Figure 6.10). The cumulative net $CO_2$ emissions from land use change have been dominated by deforestation and other land use change in the mid-northern latitudes prior to 1980s, and in the tropics since the 1980s, largely from deforestation in tropical America and Asia with smaller contributions from tropical Africa. Deforestation from 800 to 1750 has been estimated at 27 PgC using a process-based ecosystem model (Pongratz et al., 2009).

#### 6.3.2.3   Atmospheric Carbon Dioxide Concentration Growth Rate

Since the beginning of the Industrial Era (1750), the concentration of $CO_2$ in the atmosphere has increased by 40%, from 278 ± 5 ppm to 390.5 ± 0.1 ppm in 2011 (Figure 6.11; updated from Ballantyne et al. (2012), corresponding to an increase in $CO_2$ of 240 ± 10 PgC in the

491

atmosphere. Atmospheric $CO_2$ grew at a rate of 3.4 ± 0.2 PgC yr$^{-1}$ in the 1980s, 3.1 ± 0.2 PgC yr$^{-1}$ in the 1990s and 4.0 ± 0.2 PgC yr$^{-1}$ in the 2000s (Conway and Tans, 2011) (Table 6.1). The increase of atmospheric $CO_2$ between 1750 and 1957, prior to direct measurements in the atmosphere, is established from measurements of $CO_2$ trapped in air bubbles in ice cores (e.g., Etheridge et al., 1996). After 1957, the increase of atmospheric $CO_2$ is established from highly precise con-

tinuous atmospheric $CO_2$ concentration measurements at background stations (e.g., Keeling et al., 1976).

The ice core record of atmospheric $CO_2$ during the past century exhibits interesting variations, which can be related to climate induced-changes in the carbon cycle. Most conspicuous is the interval from about 1940 to 1955, during which atmospheric $CO_2$ concentration stabilised

**Table 6.3 |** Estimates of net land to atmosphere flux from land use change (PgC yr$^{-1}$; except where noted) for decadal periods from 1980s to 2000s by region. Positive values indicate net $CO_2$ losses from land ecosystems affected by land use change to the atmosphere. Uncertainties are reported as 90% confidence interval (unlike 68% in AR4). Numbers in parentheses are ranges in uncertainty provided in some studies. Tropical Asia includes the Middle East, India and surrounding countries, Indonesia and Papua New Guinea. East Asia includes China, Japan, Mongolia and Korea.

| | Land Cover Data | Central and South Americas | Africa | Tropical Asia | North America | Eurasia | East Asia | Oceania |
|---|---|---|---|---|---|---|---|---|
| **2000s** | | | | | | | | |
| van der Werf et al. (2010)[a,b] | GFED | 0.33 | 0.15 | 0.35 | | | | |
| DeFries and Rosenzweig (2010)[c] | MODIS | 0.46 | 0.08 | 0.36 | | | | |
| Houghton et al. (2012) | FAO-2010 | 0.48 | 0.31[e] | 0.25 | 0.01 | −0.07[d] | 0.01[e] | |
| van Minnen et al. (2009)[a] | HYDE | 0.45 | 0.21 | 0.20 | 0.09 | 0.08 | 0.10 | 0.03 |
| Stocker et al. (2011)[a] | HYDE | 0.19 | 0.18 | 0.21 | 0.019 | −0.067 | 0.12 | 0.011 |
| Yang et al. (2010)[b] | HYDE | 0.14 | 0.03 | 0.25 | 0.25 | 0.39 | 0.12 | 0.02 |
| Poulter et al. (2010)[a] | HYDE | 0.09 | 0.13 | 0.14 | 0.01 | 0.03 | 0.05 | 0.00 |
| Kato et al. (2013)[a] | HYDE | 0.36 | −0.09 | 0.23 | −0.05 | −0.04 | 0.10 | 0.00 |
| Average | | 0.31 ± 0.25 | 0.13 ± 0.20 | 0.25 ± 0.12 | 0.05 ± 0.17 | 0.12 ± 0.31 | 0.08 ± 0.07 | 0.01 ± 0.02 |
| **1990s** | | | | | | | | |
| DeFries et al. (2002) | AVHRR | 0.5 (0.2–0.7) | 0.1 (0.1–0.2) | 0.4 (0.2–0.6) | | | | |
| Achard et al. (2004) | Landsat | 0.3 (0.3–0.4) | 0.2 (0.1–0.2) | 0.4 (0.3–0.5) | | | | |
| Houghton et al. (2012) | FAO-2010 | 0.67 | 0.32[e] | 0.45 | 0.05 | −0.04[d] | 0.05[e] | |
| van Minnen et al. (2009)[a] | HYDE | 0.48 | 0.22 | 0.34 | 0.07 | 0.08 | 0.20 | 0.07 |
| Stocker et al. (2011)[a] | HYDE | 0.30 | 0.14 | 0.19 | −0.072 | 0.11 | 0.27 | 0.002 |
| Yang et al. (2010)[b] | HYDE | 0.20 | 0.04 | 0.31 | 0.27 | 0.47 | 0.19 | 0.00 |
| Poulter et al. (2010)[a] | HYDE | 0.26 | 0.13 | 0.12 | 0.07 | 0.16 | 0.11 | 0.01 |
| Kato et al. (2013)[a] | HYDE | 0.53 | 0.07 | 0.25 | −0.04 | −0.01 | 0.16 | 0.02 |
| Average | | 0.41 ± 0.27 | 0.15 ± 0.15 | 0.31 ± 0.19 | 0.08 ± 0.19 | 0.16 ± 0.30 | 0.16 ± 0.13 | 0.02 ± 0.05 |
| **1980s** | | | | | | | | |
| DeFries et al. (2002) | AVHRR | 0.4 (0.2–0.5) | 0.1 (0.08–0.14) | 0.2 (01–0.3) | | | | |
| Houghton et al. (2012) | FAO-2010 | 0.79 | 0.22[e] | 0.32 | 0.04 | 0.00[d] | 0.07[e] | |
| van Minnen et al. (2009)[a] | HYDE | 0.70 | 0.18 | 0.43 | 0.07 | 0.06 | 0.37 | 0.04 |
| Stocker et al. (2011)[a] | HYDE | 0.44 | 0.16 | 0.25 | 0.085 | 0.11 | 0.40 | 0.009 |
| Yang et al. (2010)[b] | HYDE | 0.26 | 0.01 | 0.34 | 0.30 | 0.71 | 0.59 | 0.00 |
| Poulter et al. (2010)[a] | HYDE | 0.37 | 0.11 | 0.19 | 0.02 | 0.03 | 0.29 | 0.01 |
| Kato et al. (2013)[a] | HYDE | 0.61 | 0.07 | 0.25 | −0.04 | −0.02 | 0.35 | 0.01 |
| Average | | 0.51 ± 0.32 | 0.12 ± 0.12 | 0.28 ± 0.14 | 0.08 ± 0.19 | 0.15 ± 0.46 | 0.35 ± 0.28 | 0.01 ± 0.03 |

Notes:

[a]   Method as described in the reference but updated to 2010 using the HYDE land cover change data.

[b]   1997–2006 average based on estimates of $CO_2$ emissions from deforestation and degradation fires, including peat carbon emissions. Estimates were doubled to account for emissions other than fire including respiration of leftover plant materials and soil carbon following deforestation following (Olivier et al., 2005). Estimates include peat fires and peat soil oxidation. If peat fires are excluded, estimate in tropical Asia is 0.23 and Pan-tropical total is 0.71.

[c]   $CO_2$ estimates were summed for dry and humid tropical forests, converted to C and normalized to annual values. Estimates are based on satellite-derived deforestation area (Hansen et al., 2010), and assume 0.6 fraction of biomass emitted with deforestation. Estimates do not include carbon uptake by regrowth or legacy fluxes from historical deforestation. Estimates cover emissions from 2000 to 2005.

[d]   Includes China only.

[e]   East Asia and Oceania are averaged in one region. The flux is split in two equally for computing the average; North Africa and the Middle East are combined with Eurasia. AVHRR = Advanced Very High Resolution Radiometer; FAO = Food and Agriculture Organization (UN); GFED = Global Fire Emissions Database; HYDE = HistorY Database of the global Environment; MODIS = Moderate Resolution Imaging Spectrometer.

BLM_0151006

(Trudinger et al., 2002), and the $CH_4$ and $N_2O$ growth slowed down (MacFarling-Meure et al., 2006), possibly caused by slightly decreasing temperatures over land in the NH (Rafelski et al., 2009).

There is substantial evidence, for example, from $^{13}C$ carbon isotopes in atmospheric $CO_2$ (Keeling et al., 2005) that source/sink processes on land generate most of the interannual variability in the atmospheric $CO_2$ growth rate (Figure 6.12). The strong positive anomalies of the $CO_2$ growth rate in El Niño years (e.g., 1986–1987 and 1997–1998) originated in tropical latitudes (see Sections 6.3.6.3 and 6.3.2.5.4), while the anomalies in 2003 and 2005 originated in northern mid-latitudes, perhaps reflecting the European heat wave in 2003 (Ciais et al., 2005). Volcanic forcing also contributes to multi-annual variability in carbon storage on land and in the ocean (Jones and Cox, 2001; Gerber et al., 2003; Brovkin et al., 2010; Frölicher et al., 2011).

With a *very high confidence*, the increase in $CO_2$ emissions from fossil fuel burning and those arising from land use change are the dominant cause of the observed increase in atmospheric $CO_2$ concentration. Several lines of evidence support this conclusion:

- The observed decrease in atmospheric $O_2$ content over past two decades and the lower $O_2$ content in the northern compared to the SH are consistent with the burning of fossil fuels (see Figure 6.3 and Section 6.1.3.2; Keeling et al., 1996; Manning and Keeling, 2006).

- $CO_2$ from fossil fuels and from the land biosphere has a lower $^{13}C/^{12}C$ stable isotope ratio than the $CO_2$ in the atmosphere. This induces a decreasing temporal trend in the atmospheric $^{13}C/^{12}C$ ratio of atmospheric $CO_2$ concentration as well as, on annual average, slightly lower $^{13}C/^{12}C$ values in the NH (Figure 6.3). These signals are measured in the atmosphere.

- Because fossil fuel $CO_2$ is devoid of radiocarbon ($^{14}C$), reconstructions of the $^{14}C/C$ isotopic ratio of atmospheric $CO_2$ from tree rings



**Figure 6.11 |** Atmospheric $CO_2$, $CH_4$, and $N_2O$ concentrations history over the industrial era (right) and from year 0 to the year 1750 (left), determined from air enclosed in ice cores and firn air (colour symbols) and from direct atmospheric measurements (blue lines, measurements from the Cape Grim observatory) (MacFarling-Meure et al., 2006).

6

BLM_0151007

show a declining trend, as expected from the addition of fossil $CO_2$ (Stuiver and Quay, 1981; Levin et al., 2010). Yet nuclear weapon tests in the 1950s and 1960s have been offsetting that declining trend signal by adding $^{14}C$ to the atmosphere. Since this nuclear weapon induced $^{14}C$ pulse in the atmosphere has been fading, the $^{14}C/C$ isotopic ratio of atmospheric $CO_2$ is observed to resume its declining trend (Naegler and Levin, 2009; Graven et al., 2012).

• Most of the fossil fuel $CO_2$ emissions take place in the industrialised countries north of the equator. Consistent with this, on annual average, atmospheric $CO_2$ measurement stations in the NH record increasingly higher $CO_2$ concentrations than stations in the SH, as witnessed by the observations from Mauna Loa, Hawaii, and the South Pole (see Figure 6.3). The annually averaged concentration difference between the two stations has increased in proportion of the estimated increasing difference in fossil fuel combustion emissions between the hemispheres (Figure 6.13; Keeling et al., 1989; Tans et al., 1989; Fan et al., 1999).

• The rate of $CO_2$ emissions from fossil fuel burning and land use change was almost exponential, and the rate of $CO_2$ increase in the atmosphere was also almost exponential and about half that of the emissions, consistent with a large body of evidence about changes of carbon inventory in each reservoir of the carbon cycle presented in this chapter.



**Figure 6.12 |** (Top) Global average atmospheric $CO_2$ growth rate, computed from the observations of the Scripps Institution of Oceanography (SIO) network (light green line: Keeling et al. 2005, updated) and from the marine boundary layer air reference measurements of the National Oceanic and Atmospheric Administration –Global Monitoring Division (NOAA–GMD) network (dark green line: Conway et al., 1994; Dlugokencky and Tans, 2013b). (Bottom) Atmospheric growth rate of $CO_2$ as a function of latitude determined from the National Oceanic and Atmospheric Administration–Earth System Research Laboratory (NOAA–ESRL) network, representative of stations located in the marine boundary layer at each given latitude (Masarie and Tans, 1995; Dlugokencky and Tans, 2013b). Sufficient observations are available only since 1979.



**Figure 6.13 |** Blue points: Annually averaged $CO_2$ concentration difference between the station Mauna Loa in the Northern Hemisphere and the station South Pole in the Southern Hemisphere (vertical axis; Keeling et al., 2005, updated) versus the difference in fossil fuel combustion $CO_2$ emissions between the hemispheres (Boden et al., 2011). Dark red dashed line: regression line fitted to the data points.

### 6.3.2.4   Carbon Dioxide Airborne Fraction

Until recently, the uncertainty in $CO_2$ emissions from land use change emissions was large and poorly quantified which led to the use of an airborne fraction (see Glossary) based on $CO_2$ emissions from fossil fuel only (e.g., Figure 7.4 in AR4 and Figure 6.26 of this chapter). However, reduced uncertainty of emissions from land use change and larger agreement in its trends over time (Section 6.3.2.2) allow making use of an airborne fraction that includes all anthropogenic emissions. The airborne fraction will increase if emissions are too fast for the uptake of $CO_2$ by the carbon sinks (Bacastow and Keeling, 1979; Gloor et al., 2010; Raupach, 2013). It is thus controlled by changes in emissions rates, and by changes in carbon sinks driven by rising $CO_2$, changes in climate and all other biogeochemical changes.

A positive trend in airborne fraction of ~0.3% yr$^{-1}$ relative to the mean of 0.44 ±0.06 (or about 0.05 increase over 50 years) was found by all recent studies (Raupach et al., 2008, and related papers; Knorr, 2009; Gloor et al., 2010) using the airborne fraction of total anthropogenic $CO_2$ emissions over the approximately 1960–2010 period (for which the most accurate atmospheric $CO_2$ data are available). However, there is no consensus on the significance of the trend because of differences in the treatment of uncertainty and noise (Raupach et al., 2008; Knorr, 2009). There is also no consensus on the cause of the trend (Canadell et al., 2007b; Raupach et al., 2008; Gloor et al., 2010). Land and ocean carbon cycle model results attributing the trends of fluxes to underlying processes suggest that the effect of climate change and variability on ocean and land sinks have had a significant influence (Le Quéré et al., 2009), including the decadal influence of volcanic eruptions (Frölicher et al., 2013).

### 6.3.2.5   Ocean Carbon Dioxide Sink

#### 6.3.2.5.1   Global ocean sink and decadal change

The estimated mean anthropogenic ocean $CO_2$ sink assessed in AR4 was 2.2 ± 0.7 PgC yr$^{-1}$ for the 1990s based on observations (McNeil et al., 2003; Manning and Keeling, 2006; Mikaloff-Fletcher et al., 2006), and is supported by several contemporary estimates (see Chapter 3). Note that the uncertainty of ±0.7 PgC yr$^{-1}$ reported here (90% confidence interval) is the same as the ±0.4 PgC yr$^{-1}$ uncertainty reported in AR4 (68% confidence intervals). The uptake of anthropogenic $CO_2$ by the ocean is primarily a response to increasing $CO_2$ in the atmos-



**Figure 6.14 |** Anomalies in the ocean $CO_2$ ocean-to-atmosphere flux in response to (a) changes in climate, (b) increasing atmospheric $CO_2$ and (c) the combined effects of increasing $CO_2$ and changes in climate (PgC yr$^{-1}$). All estimates are shown as anomalies with respect to the 1990–2000 averages. Estimates are updates from ocean models (in colours) and from indirect methods based on observations (Khatiwala et al., 2009; Park et al., 2010). A negative ocean-to-atmosphere flux represents a sink of $CO_2$, as in Table 6.1.

495

**Table 6.4** | Decadal changes in the ocean $CO_2$ sink from models and from data-based methods (a positive change between two decades means an increasing sink with time). It is reminded that the total $CO_2$ sink for the 1990s is estimated at 2.2 ± 0.7 PgC yr⁻¹ based on observations.

| | Method | 1990s Minus 1980s PgC yr⁻¹ | 2000s Minus 1990s PgC yr⁻¹ |
|---|---|---|---|
| **$CO_2$ effects only** | | | |
| Khatiwala et al. (2009) | Data-based[c] | 0.24 | 0.20 |
| Mikaloff-Fletcher et al. (2006)[a] | Data-based[d] | 0.40 | 0.44 |
| Assmann et al. (2010) (to 2007 only) | Model | 0.28 | 0.35 |
| Graven et al. (2012) | Model | 0.15 | 0.25 |
| Doney et al. (2009) | Model | 0.15 | 0.39 |
| Le Quéré et al. (2010) NCEP | Model | 0.16 | 0.32 |
| Le Quéré et al. (2010) ECMWF | Model | — | 0.39 |
| Le Quéré et al. (2010) JPL | Model | — | 0.32 |
| Average[b] | | 0.23 ± 0.15 | 0.33 ± 0.13 |
| **Climate effects only** | | | |
| Park et al. (2010) | Data-based[e] | — | –0.15 |
| Assmann et al. (2010) (to 2007 only) | Model | 0.07 | 0.00 |
| Graven et al. (2012) | Model | 0.02 | –0.27 |
| Doney et al. (2009) | Model | –0.02 | –0.21 |
| Le Quéré et al. (2010) NCEP | Model | 0.02 | –0.27 |
| Le Quéré et al. (2010) ECMWF | Model | — | –0.14 |
| Le Quéré et al. (2010) JPL | Model | — | –0.36 |
| Average[b] | | 0.02 ± 0.05 | –0.19 ± 0.18 |
| **$CO_2$ and climate effects combined** | | 0.25 ± 0.16 | 0.14 ± 0.22 |

Notes:

[a]　As published by Sarmiento et al. (2010).

[b]　Average of all estimates ±90% confidence interval. The average includes results by Le Quéré et al. (2010)–NCEP only because the other Le Quéré et al. model versions do not differ sufficiently to be considered separately.

[c]　Based on observed patterns of atmospheric minus oceanic $pCO_2$, assuming the difference increases with time following the increasing atmospheric $CO_2$.

[d]　Ocean inversion, assuming constant oceanic transport through time.

[e]　Based on observed fit between the variability in temperature and $pCO_2$ and observed variability in temperature.

ECMWF = European Centre for Medium-Range Weather Forecasts; JPL = Jet Propulsion Laboratory; NCEP = National Centers for Environmental Prediction.

phere and is limited mainly by the rate at which anthropogenic $CO_2$ is transported from the surface waters into the deep ocean (Sarmiento et al., 1992; Graven et al., 2012). This anthropogenic ocean $CO_2$ sink occurs on top of a very active natural oceanic carbon cycle. Recent climate trends, such as ocean warming, changes in ocean circulation and changes in marine ecosystems and biogeochemical cycles, can have affected both the anthropogenic ocean $CO_2$ sink as well as the natural air–sea $CO_2$ fluxes. We report a decadal mean uptake of 2.0 ± 0.7 PgC yr⁻¹ for the 1980s and of 2.3 ± 0.7 PgC yr⁻¹ for the 2000s (Table 6.4). The methods used are: (1) an empirical Green's function approach fitted to observations of transient ocean tracers (Khatiwala et al., 2009), (2) a model-based Green's function approach fitted to anthropogenic carbon reconstructions (Mikaloff-Fletcher et al., 2006), (3) estimates based on empirical relationships between observed ocean surface $pCO_2$ and temperature and salinity (Park et al., 2010) and (4) process-based global ocean biogeochemical models forced by observed meteorological fields (Doney et al., 2009; Assmann et al., 2010; Le Quéré et al., 2010; Graven et al., 2012). All these different methods suggest that in the absence of recent climate change and climate variability, the ocean anthropogenic $CO_2$ sink should have increased by 0.23 ± 0.15 PgC yr⁻¹ between the 1980s and the 1990s, and by 0.33 ± 0.13 PgC yr⁻¹ between the 1990s and the 2000s (Figure

6.14). The decadal estimates in the ocean $CO_2$ sink reported in Table 6.4 as '$CO_2$ effects only' are entirely explained by the faster rate of increase of atmospheric $CO_2$ in the later decade. On the other hand, 'climate effects only' in Table 6.4 are assessed to have no noticeable effect on the sink difference between the 1980s and the 1990s (0.02 ± 0.05 PgC yr⁻¹), but are estimated to have reduced the ocean anthropogenic $CO_2$ sink by 0.19 ± 0.18 PgC yr⁻¹ between the 1990s and the 2000s (Table 6.4).

#### 6.3.2.5.2　Regional changes in ocean dissolved inorganic carbon

Observational-based estimates for the global ocean inventory of anthropogenic carbon are obtained from shipboard repeated hydrographic cross sections (Sabine et al., 2004; Waugh et al., 2006; Khatiwala et al., 2009). These estimates agree well among each other, with an average value of 155 ± 30 PgC of increased dissolved inorganic carbon for the period 1750–2011 (see Chapter 3). The uptake of anthropogenic carbon into the ocean is observed to be larger in the high latitudes than in the tropics and subtropics over the entire Industrial Era, because of the more vigorous ocean convection in the high latitudes (Khatiwala et al., 2009). A number of ocean cross sections have been repeated over the last decade, and the observed changes

6

BLM_0151010

**Table 6.5 |** Regional rates of change in inorganic carbon storage from shipboard repeated hydrographic cross sections.

| Section | Time | Storage Rate ($mol\ C\ m^{-2}\ yr^{-1}$) | Data Source |
|---|---|---|---|
| Global average (used in Table 6.1) | 2007–2008 | 0.5 ± 0.2 | Khatiwala et al. (2009) |
| **Pacific Ocean** | | | |
| Section along 30°S | 1992–2003 | 1.0 ± 0.4 | Murata et al. (2007) |
| N of 50°S, 120°W to 180°W | 1974–1996 | 0.9 ± 0.3 | Peng et al. (2003) |
| 154°W, 20°N to 50°S | 1991–2006 | 0.6 ± 0.1 | Sabine et al. (2008) |
| 140°E to 170°W, 45°S to 65°S | 1968–1991/1996 | 0.4 ± 0.2 | Matear and McNeil (2003) |
| 149° W, 4°S to 10°N | 1993–2005 | 0.3 ± 0.1 | Murata et al. (2009) |
| 149°W, 24°N to 30°N | 1993–2005 | 0.6 ± 0.2 | Murata et al. (2009) |
| Northeast Pacific | 1973–1991 | 1.3 ± 0.5 | Peng et al. (2003) |
| ~160°E, ~45°N | 1997–2008 | 0.4 ± 0.1 | Wakita et al. (2010) |
| North of 20°S | 1994–2004/2005 | 0.4 ± 0.2 | Sabine et al. (2008) |
| 150°W, 20°S to 20°N | 1991/1992–2006 | 0.3 ± 0.1 | Sabine et al. (2008) |
| **Indian Ocean** | | | |
| 20°S to 10°S | 1978–1995 | 0.1 | Peng et al. (1998) |
| 10°S to 5°N | 1978–1995 | 0.7 | Peng et al. (1998) |
| Section along 20°S | 1995–2003/2004 | 1.0 ± 0.1 | Murata et al. (2010) |
| **Atlantic Ocean** | | | |
| Section along 30°S | 1992/1993–2003 | 0.6 ± 0.1 | Murata et al. (2010) |
| ~30°W, 56°S to 15°S | 1989–2005 | 0.8 | Wanninkhof et al. (2010) |
| 20°W, 64°N to 15°N | 1993–2003 | 0.6 | Wanninkhof et al. (2010) |
| ~25°W, 15°N to 15°S | 1993–2003 | 0.2 | Wanninkhof et al. (2010) |
| 40°N to 65°N | 1981–1997/1999 | 2.2 ± 0.7 | Friis et al. (2005) |
| 20°N to 40°N | 1981–2004 | 1.2 ± 0.3 | Tanhua et al. (2007) |
| Nordic Seas | 1981–2002/2003 | 0.9 ± 0.2 | Olsen et al. (2006) |
| **Sub-decadal variations** | | | |
| Irminger Sea | 1981–1991 | 0.6 ± 0.4 | Pérez et al. (2008) |
| Irminger Sea | 1991–1996 | 2.3 ± 0.6 | Pérez et al. (2008) |
| Irminger Sea | 1997–2006 | 0.8 ± 0.2 | Pérez et al. (2008) |

in carbon storage (Table 6.5) suggest that some locations have rates of carbon accumulation that are higher and others that are lower than the global average estimated by Khatiwala et al. (2009). Model results suggest that there may be an effect of climate change and variability in the storage of total inorganic carbon in the ocean (Table 6.4), but that this effect is small (~2 PgC over the past 50 years; Figure 6.14) compared to the cumulative uptake of anthropogenic carbon during the same period.

6.3.2.5.3    Interannual variability in air-sea $CO_2$ fluxes

The interannual variability in the global ocean $CO_2$ sink is estimated to be of about ±0.2 PgC yr$^{-1}$ (Wanninkhof et al., 2013) which is small compared to the interannual variability of the terrestrial $CO_2$ sink (see Sections 6.3.2.3 and 6.3.2.6.3; Figure 6.12). In general, the ocean takes up more $CO_2$ during El Niño episodes (Park et al., 2010) because of the temporary suppression of the source of $CO_2$ to the atmosphere over the eastern Pacific upwelling. Interannual variability of ~0.3 PgC yr$^{-1}$ has been reported for the North Atlantic ocean region alone (Watson et al., 2009) but there is no agreement among estimates regarding the exact magnitude of driving factors of air–sea $CO_2$ flux variability

in this region (Schuster et al., 2013). Interannual variability of 0.1 to 0.2 PgC yr$^{-1}$ was also estimated by models and one atmospheric inversion in the Southern Ocean (Le Quéré et al., 2007), possibly driven by the Southern Annular Mode of climate variability (Lenton and Matear, 2007; Lovenduski et al., 2007; Lourantou and Metzl, 2011).

6.3.2.5.4    Regional ocean carbon dioxide partial pressure trends

Observations of the partial pressure of $CO_2$ at the ocean surface (p$CO_2$) show that ocean p$CO_2$ has been increasing generally at about the same rate as $CO_2$ in the atmosphere when averaged over large ocean regions during the past two to three decades (Yoshikawa-Inoue and Ishii, 2005; Takahashi et al., 2009; McKinley et al., 2011). However, analyses of regional observations highlight substantial regional and temporal variations around the mean trend.

In the North Atlantic, repeated observations show ocean p$CO_2$ increasing regionally either at the same rate or faster than atmospheric $CO_2$ between about 1990 and 2006 (Schuster et al., 2009), thus indicating a constant or decreasing sink for $CO_2$ in that region, in contrast to the increasing sink expected from the response of the ocean to increasing

6

497

BLM_0151011

atmospheric $CO_2$ alone. The anomalous North Atlantic trends appear to be related to sea surface warming and its effect on solubility (Corbière et al., 2007) and/or changes in ocean circulation (Schuster and Watson, 2007; Schuster et al., 2009) and deep convection (Metzl et al., 2010). Recent changes have been associated with decadal variability in the North Atlantic Oscillation (NAO) and the Atlantic Multidecadal Variability (AMV) (Thomas et al., 2007; Ullman et al., 2009; McKinley et al., 2011; Tjiputra et al., 2012). A systematic analysis of trends attributed in this region show no agreement regarding the drivers of change (Schuster et al., 2013).

In the Southern Ocean, an approximately constant sink was inferred from atmospheric (Le Quéré et al., 2007) and oceanic (Metzl, 2009; Takahashi et al., 2009) $CO_2$ observations but the uncertainties are large (Law et al., 2008). Most ocean biogeochemistry models reproduce the constant sink and attribute it as a response to an increase in Southern Ocean winds driving increased upwards transport of carbon-rich deep waters (Lenton and Matear, 2007; Verdy et al., 2007; Lovenduski et al., 2008; Le Quéré et al., 2010). The increase in winds has been attributed to the depletion of stratospheric ozone (Thompson and Solomon, 2002) with a contribution from GHGs (Fyfe and Saenko, 2006).

Large decadal variability has been observed in the Equatorial Pacific (Ishii et al., 2009) associated with changes in the phasing of the Pacific Decadal Oscillation (see Glossary) and its impact on gas transfer velocity (Feely et al., 2006; Valsala et al., 2012). By contrast, mean $pCO_2$ appears to have increased at a slower rate than atmospheric $CO_2$ (thus a growing ocean $CO_2$ sink in that region) in the northern North Pacific Ocean (Takahashi et al., 2006). There is less evidence available to attribute the observed changes in other regions to changes in underlying processes or climate change and variability.

### 6.3.2.5.5    Processes driving variability and trends in air–sea carbon dioxide fluxes

Three type of processes are estimated to have an important effect on the air–sea $CO_2$ fluxes on century time scales: (1) the dissolution of $CO_2$ at the ocean surface and its chemical equilibrium with other forms of carbon in the ocean (mainly carbonate and bicarbonate), (2) the transport of carbon between the surface and the intermediate and deep ocean and (3) changes in the cycling of carbon through marine ecosystem processes (the ocean biological pump; see Section 6.1.1.1). The surface dissolution and equilibration of $CO_2$ with the atmosphere is well understood and quantified. It varies with the surface ocean conditions, in particular with temperature (solubility effect) and alkalinity. The capacity of the ocean to take up additional $CO_2$ for a given alkalinity decreases at higher temperature (4.23% per degree warming; Takahashi et al., 1993) and at elevated $CO_2$ concentrations (about 15% per 100 ppm, computed from the so called Revelle factor; Revelle and Suess, 1957).

Recent changes in nutrient supply in the ocean are also thought to have changed the export of organic carbon from biological processes below the surface layer, and thus the ocean $CO_2$ sink (Duce et al., 2008). Anthropogenic reactive nitrogen Nr (see Box 6.2) entering the ocean via atmospheric deposition or rivers acts as a fertiliser and may enhance carbon export to depth and hence the $CO_2$ sink. This Nr

contribution has been estimated to be between 0.1 and 0.4 PgC yr$^{-1}$ around the year 2000 using models (Duce et al., 2008; Reay et al., 2008; Krishnamurthy et al., 2009; Suntharalingam et al., 2012). Similarly, increases in iron deposition over the ocean from dust generated by human activity is estimated to have enhanced the ocean cumulative $CO_2$ uptake by 8 PgC during the 20th century (or about 0.05 PgC yr$^{-1}$ in the past decades) (Mahowald et al., 2010). Although changes in ocean circulation and in global biogeochemical drivers have the potential to alter the ocean carbon fluxes through changes in marine ecosystems, modelling studies show only small variability in ocean biological pump, which has not significantly impacted the response of the ocean carbon cycle over the recent period (Bennington et al., 2009).

Model studies suggest that the response of the air–sea $CO_2$ fluxes to climate change and variability in recent decades has decreased the rate at which anthropogenic $CO_2$ is absorbed by the ocean (Sarmiento et al. 2010; Figure 6.14 and Table 6.4). This result is robust to the model or climate forcing used (Figure 6.13), but no formal attribution to anthropogenic climate change has been made. There is insufficient data coverage to separate the impact of climate change on the global ocean $CO_2$ sink directly from observations, though the regional trends described in Section 6.3.2.5.4 suggest that surface ocean $pCO_2$ responds to changes in ocean properties in a significant and measurable way.

### 6.3.2.5.6    Model evaluation of global and regional ocean carbon balance

Ocean process-based carbon cycle models are capable of reproducing the mean air–sea fluxes of $CO_2$ derived from $pCO_2$ observations (Takahashi et al., 2009), including their general patterns and amplitude (Sarmiento et al., 2000), the anthropogenic uptake of $CO_2$ (Orr et al., 2001; Wanninkhof et al., 2013) and the regional distribution of air–sea fluxes (Gruber et al., 2009). The spread between different model results for air–sea $CO_2$ fluxes is the largest in the Southern Ocean (Matsumoto et al., 2004), where intense convection occurs. Tracer observations (Schmittner et al., 2009) and water mass analysis (Iudicone et al., 2011) have been used to reduce the model uncertainty associated with this process and improve the simulation of carbon fluxes. The models reproduce the observed seasonal cycle of $pCO_2$ in the sub-tropics but generally do poorly in sub-polar regions where the balance of processes is more difficult to simulate well (McKinley et al., 2006; Schuster et al., 2013). Less information is available to evaluate specifically the representation of biological fluxes in the models, outside of their realistic representation of surface ocean chlorophyll distributions. Ocean process-based carbon cycle models used in AR5 reproduce the relatively small interannual variability inferred from observations (Figure 6.12; Wanninkhof et al., 2013). See also Section 9.4.5.

*Sensitivity of modelled air–sea fluxes to $CO_2$.* Data-based studies estimated a cumulative carbon uptake of ~155 ± 30 PgC across studies for the 1750–2011 time period (Sabine et al., 2004; Waugh et al., 2006; Khatiwala et al., 2009), a mean anthropogenic $CO_2$ sink of 2.2 ± 0.7 PgC yr$^{-1}$ for the 1990s, and decadal trends of 0.13 PgC yr$^{-1}$ per decade during the two decades 1990–2009 (Wanninkhof et al., 2013; from atmospheric inversions), respectively. Models that have estimated these quantities give a total ocean uptake of 170 ± 25 PgC for

BLM_0151012