**8**

respectively. This is due mainly to increased concentrations (see Section 8.3.2), whereas the other changes for the anthropogenic RF agents compared to AR4 are due to re-evaluations and in some cases from improved understanding. An increased number of studies, additional observational data and better agreement between models and observations can be the causes for such re-evaluations. The best estimates for RF due to aerosol–radiation interactions, BC on snow and solar irradiance are all substantially decreased in magnitude compared to AR4; otherwise the modifications to the best estimates are rather small. For the RF due to aerosol–radiation interaction and BC on snow the changes are based on additional new studies since AR4 (see Section 8.3.4 and Section 7.5). For the change in the estimate of the solar irradiance it is a combination on how the RF is calculated, new evidence showing some larger earlier estimates were incorrect, and a downward trend observed during recent years in the solar activity that has been taken into account (see Section 8.4.1). The estimate for ERF due to aerosol–cloud interaction includes rapid adjustment but still this ERF is smaller in magnitude than the AR4 RF estimate due to aerosol–cloud interactions without rapid adjustments (a theoretical construct not quantified in AR5). The uncertainties for ERF due to $CO_2$ increase when compared to RF (see Section 8.3.2). We assume the relative ERF uncertainties for $CO_2$ apply to all WMGHG. For the short-lived GHG we do not have sufficient information to include separate ERF uncertainty to each of these forcing agents (see Section 8.1.1.3).

However, for these forcing mechanisms the RF uncertainties are larger than for the WMGHG and thus it is *unlikely* that rapid adjustments change the uncertainties substantially.

Figure 8.15 shows the RF for agents listed in Table 8.6 over the 1750–2011 period. The methods for calculation of forcing estimates are described in Section 8.3 and 8.4. For some of the components the forcing estimates are based on observed abundance whereas some are estimated from a combination of model simulations and observations and for others are purely model based. Solid bars are given for ERF, whereas RF values are given as (additional) hatched bars. Similarly the uncertainties are given for ERF in solid lines and dotted lines for RF. An important assumption is that different forcing mechanisms can be treated additively to calculate the total forcing (see Boucher and Haywood, 2001; Forster et al., 2007; Haywood and Schulz, 2007). Total ERF over the Industrial Era calculated from Monte Carlo simulations are shown in Figure 8.16, with a best estimate of 2.29 W m$^{-2}$. For each of the forcing agents a probability density function (PDF) is generated based on uncertainties provided in Table 8.6. The combination of the individual RF agents to derive total forcing follows the same approach as in AR4 (Forster et al., 2007) which is based on the method in Boucher and Haywood (2001). The PDF of the GHGs (sum of WMGHG, ozone and stratospheric water vapour) has a more narrow shape than the PDF for the aerosols owing to the much lower relative uncertainty.

**Table 8.6** | Summary table of RF estimates for AR5 and comparison with the three previous IPCC assessment reports. ERF values for AR5 are included. For AR5 the values are given for the period 1750–2011, whereas earlier final years have been adopted in the previous IPCC assessment reports.

| | Global Mean Radiative Forcing (W m$^{-2}$) | | | | | ERF (W m$^{-2}$) |
| --- | --- | --- | --- | --- | --- | --- |
| | SAR (1750–1993) | TAR (1750–1998) | AR4 (1750–2005) | AR5 (1750–2011) | Comment | AR5 |
| **Well-mixed greenhouse gases ($CO_2$, $CH_4$, $N_2O$, and halocarbons)** | 2.45 (2.08 to 2.82) | 2.43 (2.19 to 2.67) | 2.63 (2.37 to 2.89) | 2.83 (2.54 to 3.12) | Change due to increase in concentrations | 2.83 (2.26 to 3.40) |
| Tropospheric ozone | +0.40 (0.20 to 0.60) | +0.35 (0.20 to 0.50) | +0.35 (0.25 to 0.65) | +0.40 (0.20 to 0.60) | Slightly modified estimate | |
| Stratospheric ozone | –0.1 (–0.2 to –0.05) | –0.15 (–0.25 to –0.05) | –0.05 (–0.15 to +0.05) | –0.05 (–0.15 to +0.05) | Estimate unchanged | |
| Stratospheric water vapour from $CH_4$ | Not estimated | +0.01 to +0.03 | +0.07 (+0.02, +0.12) | +0.07 (+0.02 to +0.12) | Estimate unchanged | |
| Aerosol–radiation interactions | Not estimated | Not estimated | –0.50 (–0.90 to –0.10) | –0.35 (–0.85 to +0.15) | Re-evaluated to be smaller in magnitude | –0.45 (–0.95 to +0.05) |
| Aerosol–cloud interactions | 0 to –1.5 (sulphate only) | 0 to –2.0 (all aerosols) | –0.70 (–1.80 to –0.30) (all aerosols) | Not estimated | Replaced by ERF and re-evaluated to be smaller in magnitude | –0.45 (–1.2 to 0.0) |
| Surface albedo (land use) | Not estimated | –0.20 (–0.40 to 0.0) | –0.20 (–0.40 to 0.0) | –0.15 (–0.25 to –0.05) | Re-evaluated to be slightly smaller in magnitude | |
| Surface albedo (black carbon aerosol on snow and ice) | Not estimated | Not estimated | +0.10 (0.0 to +0.20) | +0.04 (+0.02 to +0.09) | Re-evaluated to be weaker | |
| Contrails | Not estimated | +0.02 (+0.006 to +0.07) | +0.01 (+0.003 to +0.03) | +0.01 (+0.005 to +0.03) | No major change | |
| Combined contrails and contrail-induced cirrus | Not estimated | 0 to +0.04 | Not estimated | Not estimated | | 0.05 (0.02 to 0.15) |
| **Total anthropogenic** | Not estimated | Not estimated | 1.6 (0.6 to 2.4) | Not estimated | Stronger positive due to changes in various forcing agents | 2.3 (1.1 to 3.3) |
| Solar irradiance | +0.30 (+0.10 to +0.50) | +0.30 (+0.10 to +0.50) | +0.12 (+0.06 to +0.30) | +0.05 (0.0 to +0.10) | Re-evaluated to be weaker | |

Notes:

Volcanic RF is not added to the table due to the periodic nature of volcanic eruptions, which makes it difficult to compare to the other forcing mechanisms.

BLM_0151210





**Figure 8.15** | Bar chart for RF (hatched) and ERF (solid) for the period 1750–2011, where the total ERF is derived from Figure 8.16. Uncertainties (5 to 95% confidence range) are given for RF (dotted lines) and ERF (solid lines).



**Figure 8.16** | Probability density function (PDF) of ERF due to total GHG, aerosol forcing and total anthropogenic forcing. The GHG consists of WMGHG, ozone and stratospheric water vapour. The PDFs are generated based on uncertainties provided in Table 8.6. The combination of the individual RF agents to derive total forcing over the Industrial Era are done by Monte Carlo simulations and based on the method in Boucher and Haywood (2001). PDF of the ERF from surface albedo changes and combined contrails and contrail-induced cirrus are included in the total anthropogenic forcing, but not shown as a separate PDF. We currently do not have ERF estimates for some forcing mechanisms: ozone, land use, solar, etc. For these forcings we assume that the RF is representative of the ERF and for the ERF uncertainty an additional uncertainty of 17% has been included in quadrature to the RF uncertainty. See Supplementary Material Section 8.SM.7 and Table 8.SM.4 for further description on method and values used in the calculations. Lines at the top of the figure compare the best estimates and uncertainty ranges (5 to 95% confidence range) with RF estimates from AR4.

Therefore, the large uncertainty in the aerosol forcing is the main cause of the large uncertainty in the total anthropogenic ERF. The total anthropogenic forcing is *virtually certain* to be positive with the probability for a negative value less than 0.1%. Compared to AR4 the total anthropogenic ERF is more strongly positive with an increase of 43%. This is caused by a combination of growth in GHG concentration, and thus strengthening in forcing of WMGHG, and weaker ERF estimates of aerosols (aerosol–radiation and aerosol–cloud interactions) as a result of new assessments of these effects.

Figure 8.17 shows the forcing over the Industrial Era by emitted compounds (see Supplementary Material Tables 8.SM.6 and 8.SM.7 for actual numbers and references). It is more complex to view the RF by emitted species than by change in atmospheric abundance (Figure 8.15) since the number of emitted compounds and changes leading to RF is larger than the number of compounds causing RF directly (see Section 8.3.3). The main reason for this is the indirect effect of several compounds and in particular components involved in atmospheric chemistry (see Section 8.2). To estimate the RF by the emitted compounds in some cases the emission over the entire Industrial Era is needed (e.g., for $CO_2$) whereas for other compounds (such as ozone and $CH_4$) quite complex simulations are required (see Section 8.3.3). $CO_2$ is the dominant positive forcing both by abundance and by emitted compound. Emissions of $CH_4$, CO, and NMVOC all lead to excess $CO_2$ as one end product if the carbon is of fossil origin and is the reason why the RF of direct $CO_2$ emissions is slightly lower than the RF of abundance change of $CO_2$. For $CH_4$ the contribution from emission is estimated to be almost twice as large as that from the $CH_4$ concen-

697

**8**

tration change, 0.97 (0.80 to 1.14) W m$^{-2}$ versus 0.48 (0.43 to 0.53) W m$^{-2}$, respectively. This is because emission of $CH_4$ leads to ozone production, stratospheric water vapour, $CO_2$ (as mentioned above), and importantly affects its own lifetime (Section 8.2). Actually, emissions of $CH_4$ would lead to a stronger RF via the direct $CH_4$ greenhouse effect (0.64 W m$^{-2}$) than the RF from abundance change of $CH_4$ (0.48 W m$^{-2}$). This is because other compounds have influenced the lifetime of $CH_4$ and reduced the abundance of $CH_4$, most notably $NO_x$. Emissions of CO (0.23 (0.18 to 0.29) W m$^{-2}$) and NMVOC (0.10 (0.06 to 0.14) W m$^{-2}$) have only indirect effects on RF through ozone production, $CH_4$ and $CO_2$ and thus contribute an overall positive RF. Emissions of $NO_x$, on the other hand, have indirect effects that lead to positive RF through ozone production and also effects that lead to negative RF through



**Figure 8.17** | RF bar chart for the period 1750–2011 based on emitted compounds (gases, aerosols or aerosol precursors) or other changes. Numerical values and their uncertainties are shown in Supplementary Material Tables 8.SM.6 and 8.SM.7. Note that a certain part of $CH_4$ attribution is not straightforward and discussed further in Section 8.3.3. Red (positive RF) and blue (negative forcing) are used for emitted components which affect few forcing agents, whereas for emitted components affecting many compounds several colours are used as indicated in the inset at the upper part of the figure. The vertical bars indicate the relative uncertainty of the RF induced by each component. Their length is proportional to the thickness of the bar, that is, the full length is equal to the bar thickness for a ±50% uncertainty. The net impact of the individual contributions is shown by a diamond symbol and its uncertainty (5 to 95% confidence range) is given by the horizontal error bar. ERFaci is ERF due to aerosol–cloud interaction. BC and OC are co-emitted, especially for biomass burning emissions (given as Biomass Burning in the figure) and to a large extent also for fossil and biofuel emissions (given as Fossil and Biofuel in the figure where biofuel refers to solid biomass fuels). SOA have not been included because the formation depends on a variety of factors not currently sufficiently quantified.

reduction of $CH_4$ lifetime and thus its concentration, and through contributions to nitrate aerosol formation. The best estimate of the overall effect of anthropogenic emissions of $NO_x$ is a negative RF (-0.15 (-0.34 to +0.02) W m$^{-2}$). Emissions of ammonia also contribute to nitrate aerosol formation, with a small offset due to compensating changes in sulphate aerosols. Additionally indirect effects from sulphate on atmospheric compounds are not included here as models typically simulate a small effect, but there are large relative differences in the response between models. Impacts of emissions other than $CO_2$ on the carbon cycle via changes in atmospheric composition (ozone or aerosols) are also not shown owing to the limited amount of available information.

For the WMGHG, the ERF best estimate is the same as the RF. The uncertainty range is slightly larger, however. The total emission-based ERF of WMGHG is 3.00 (2.22 to 3.78) W m$^{-2}$. That of $CO_2$ is 1.68 (1.33 to 2.03) W m$^{-2}$; that of $CH_4$ is 0.97 (0.74 to 1.20) W m$^{-2}$; that of stratospheric ozone-depleting halocarbons is 0.18 (0.01 to 0.35) W m$^{-2}$.

Emissions of BC have a positive RF through aerosol–radiation interactions and BC on snow (0.64 W m$^{-2}$, see Section 8.3.4 and Section 7.5). The emissions from the various compounds are co-emitted; this is in particular the case for BC and OC from biomass burning aerosols. The net RF of biomass burning emissions for aerosol–radiation interactions is close to zero, but with rather strong positive RF from BC and negative RF from OC (see Sections 8.3.4 and 7.5). The ERF due to aerosol–cloud interactions is caused by primary anthropogenic emissions of BC, OC and dust as well as secondary aerosol from anthropogenic emissions of $SO_2$, $NO_x$ and $NH_3$. However, quantification of the contribution from the various components to the ERF due to aerosol–cloud interactions has not been attempted in this assessment.

### 8.5.2    Time Evolution of Historical Forcing

The time evolution of global mean forcing is shown in Figure 8.18 for the Industrial Era. Over all time periods during the Industrial Era $CO_2$ and other WMGHG have been the dominant term, except for shorter periods with strong volcanic eruptions. The time evolution shows an almost continuous increase in the magnitude of anthropogenic ERF. This is the case both for $CO_2$ and other WMGHGs as well as several individual aerosol components. The forcing from $CO_2$ and other WMGHGs has increased somewhat faster since the 1960s. Emissions of $CO_2$ have made the largest contribution to the increased anthropogenic forcing in every decade since the 1960s. The total aerosol ERF (aerosol–radiation interaction and aerosol–cloud interaction) has the strongest negative forcing (except for brief periods with large volcanic forcing), with a strengthening in the magnitude similar to many of the other anthropogenic forcing mechanisms with time. The global mean forcing of aerosol–radiation interactions was rather weak until 1950 but strengthened in the latter half of the last century and in particular in the period between 1950 and 1980. The RF due to aerosol–radiation interaction by aerosol component is shown in Section 8.3.4 (Figure 8.8).

Although there is *high confidence* for a substantial enhancement in the negative aerosol forcing in the period 1950–1980, there is much more uncertainty in the relative change in global mean aerosol forcing over the last two decades (1990–2010). Over the last two decades there has been a strong geographic shift in aerosol and aerosol precursor

BLM_0151212

emissions (see Section 2.2.3), and there are some uncertainties in these emissions (Granier et al., 2011). In addition to the regional changes in the aerosol forcing there is also likely a competition between various aerosol effects. Emission data indicate a small increase in the BC emissions (Granier et al., 2011) but model studies also indicate a weak enhancement of other aerosol types. Therefore, the net aerosol forcing depends on the balance between absorbing and scattering aerosols for aerosol–radiation interaction as well as balance between the changes in aerosol–radiation and aerosol–cloud interactions. In the ACCMIP models, for example, the RF due to aerosol–radiation interaction becomes less negative during 1980 to 2000, but total aerosol ERF becomes more negative (Shindell et al., 2013c). There is a *very low confidence* for the trend in the total aerosol forcing during the past two to three decades, even the sign; however, there is *high confidence* that the offset from aerosol forcing to WMGHG forcing during this period was much smaller than over the 1950–1980 period.

The volcanic RF has a very irregular temporal pattern and for certain years has a strongly negative RF. There has not been a major volcanic eruption in the past decade, but some weaker eruptions give a current RF that is slightly negative relative to 1750 and slightly stronger in magnitude compared to 1999–2002 (see Section 8.4.2).

Figure 8.19 shows linear trends in forcing (anthropogenic, natural and total) over four different time periods. Three of the periods are the same as chosen in Box 9.2 (1984–1998, 1998–2011 and 1951–2011) and the period 1970–2011 is shown in Box 13.1. Monte Carlo simulations are performed to derive uncertainties in the forcing based on ranges given in Table 8.6 and the derived linear trends. Further, these uncertainties are combined with uncertainties derived from shifting time periods ±2 years and the full 90% confidence range is shown in Figure 8.19 (in Box 9.2 only the total forcing is shown with uncertainties derived from the forcing uncertainty without sensitivity to time period). For the anthropogenic forcing sensitivity to the selection of time periods is very small with a maximum contribution to the uncertainties shown in Figure 8.19 of 2%. However, for the natural forcing the sensitivity to time periods is the dominant contributor to the overall uncertainty (see Supplementary Material Figure 8.SM.3) for the relatively short periods 1998–2011 and 1984–1998, whereas this is not the case for the longer periods. For the 1998–2011 period the natural forcing is *very likely* negative and has offset 2 to 89% of the anthropogenic forcing. It is *likely* that the natural forcing change has offset at least 30% of the anthropogenic forcing increase and *very likely* that it has offset at least 10% of the anthropogenic increase. For the 1998–2011 period both the volcanic and solar forcings contribute to this negative natural forcing, with the latter dominating. For the other periods shown in Figure 8.19 the best estimate of the natural is much smaller in magnitude than the anthropogenic forcing, but note that the natural forcing is very dependent on the selection of time period near the 1984–1998 interval. Over the period 1951–2011 the trend in anthropogenic forcing is almost 0.3 W m$^{-2}$ per decade and thus anthropogenic forcing over this period is more than 1.5 W m$^{-2}$. The anthropogenic forcing for 1998–2011 is 30% higher and with smaller uncertainty than for the 1951–2011 period. Note that due to large WMGHG forcing (Section 8.3.2) the anthropogenic forcing was similar in the late 1970s and early 1980s to the 1998–2011 period. The reason for the reduced uncertainty in the 1998–2011 anthropogenic forcing



**Figure 8.18** | Time evolution of forcing for anthropogenic and natural forcing mechanisms. Bars with the forcing and uncertainty ranges (5 to 95% confidence range) at present are given in the right part of the figure. For aerosol the ERF due to aerosol–radiation interaction and total aerosol ERF are shown. The uncertainty ranges are for present (2011 versus 1750) and are given in Table 8.6. For aerosols, only the uncertainty in the total aerosol ERF is given. For several of the forcing agents the relative uncertainty may be larger for certain time periods compared to present. See Supplementary Material Table 8.SM.8 for further information on the forcing time evolutions. Forcing numbers provided in Annex II. The total antropogenic forcing was 0.57 (0.29 to 0.85) W m$^{-2}$ in 1950, 1.25 (0.64 to 1.86) W m$^{-2}$ in 1980 and 2.29 (1.13 to 3.33) W m$^{-2}$ in 2011.

is the larger domination of WMGHG forcing and smaller contribution from aerosol forcing compared to previous periods. Similar to the results for 1970–2011 in Figure 8.19, Box 13.1 shows that the global energy budget is dominated by anthropogenic forcing compared to the natural forcing, except for the two major volcanic eruption in this period as can be easily seen in Figure 8.18.

Figure 8.20 shows the forcing between 1980 and 2011. Compared to the whole Industrial Era the dominance of the CO$_2$ is larger for this recent period both with respect to other WMGHG and the total anthropogenic RF. The forcing due to aerosols is rather weak leading



**Figure 8.19** | Linear trend in anthropogenic, natural and total forcing for the indicated time periods. The uncertainty ranges (5 to 95% confidence range) are combined from uncertainties in the forcing values (from Table 8.6) and the uncertainties in selection of time period. Monte Carlo simulations were performed to derive uncertainties in the forcing based on ranges given in Table 8.6 and linear trends in forcing. The sensitivity to time periods has been derived from changing the time periods by ±2 years.

699

|

**8**



**Figure 8.20** | Bar chart for RF (hatched) and ERF (solid) for the period 1980–2011, where the total anthropogenic ERF are derived from Monte-Carlo simulations similar to Figure 8.16. Uncertainties (5 to 95% confidence range) are given for RF (dotted lines) and ERF (solid lines).

to a very strong net positive ERF for the 1980–2011 period. More than 40% of the total anthropogenic ERF has occurred over the 1980–2011 period with a value close to 1.0 (0.7 to 1.3) W m$^{-2}$. The major contribution to the uncertainties in the time evolution of the anthropogenic forcing is associated with the aerosols (see Section 8.5.1). Despite this, anthropogenic ERF is *very likely* considerably more positive than the natural RF over the decadal time periods since 1950. This is in particular the case after 1980, where satellite data are available that provide important measurements to constrain the natural RF mechanisms (e.g., the volcanic RF change between 2007–2011 and 1978–1982 is 0.06 W m$^{-2}$ and the representative change in solar irradiance over the 1980–2011 period is –0.06 W m$^{-2}$) with total natural RF of 0.0 (-0.1 to +0.1) W m$^{-2}$.

### 8.5.3    Future Radiative Forcing

Projections of global mean RF are assessed based on results from multiple sources examining the RF due to RCP emissions: the ACCMIP initiative (see Section 8.2) provides analysis of the RF or ERF due to aerosols and ozone (Shindell et al., 2013c), while WMGHG, land use and stratospheric water RFs are taken from the results of calculations with the reduced-complexity Model for the Assessment of Greenhouse-gas Induced Climate Change 6 (MAGICC6) driven by the RCP emissions and land use (Meinshausen et al., 2011a). While MAGICC6 also estimated ozone and aerosol RF, those values differ substantially from the ACCMIP values and are considered less realistic. Additional discussion of biases in the MAGICC6 results due to the simplified representations

of atmospheric chemistry and the carbon cycle, along with further discussion on the representativeness of the RCP projections in context with the broader set of scenarios in the literature, is presented in Section 11.3.5 and Section 12.3 (also see Section 8.2). As the ACCMIP project provided projected forcings primarily at 2030 and 2100, we hereafter highlight those times. Although understanding the relative contributions of various processes to the overall effect of aerosols on forcing is useful, we emphasize the total aerosol ERF, which includes all aerosol–radiation and aerosol–cloud interactions, as this is the most indicative of the aerosol forcing driving climate change. We also present traditional RF due to aerosol–radiation interaction (previously called direct aerosol effect) but do not examine further the various components of aerosol ERF. Aerosol forcing estimates, both mean and uncertainty ranges, are derived from the 10 ACCMIP models, 8 of which are also CMIP5 models. We analyze forcing during the 21st century (relative to 2000), and hence the WMGHG forcing changes are in addition to persistent forcing from historical WMGHG increases.

Analysis of forcing at 2030 relative to 2000 shows that under RCP2.6, total ozone (tropospheric and stratospheric) forcing is near zero, RF due to aerosol–radiation interaction is positive but small, and hence WMGHG forcing dominates changes over this time period (Figure 8.21). WMGHG forcing is dominated by increasing $CO_2$, as declining $CH_4$ and increasing $N_2O$ have nearly offsetting small contributions to forcing. Aerosol ERF was not evaluated for this RCP under ACCMIP, and values cannot be readily inferred from RF due to aerosol–radiation interaction as these are not directly proportional. Under RCP8.5, RF due to aerosol–radiation interaction in 2030 is weakly negative, aerosol ERF is positive with a fairly small value and large uncertainty range, total ozone forcing is positive but small (~0.1 W m$^{-2}$), and thus WMGHG forcing again dominates with a value exceeding 1 W m$^{-2}$. As with RCP2.6, WMGHG forcing is dominated by $CO_2$, but under this scenario the other WMGHGs all contribute additional positive forcing. Going to 2100, ozone forcing diverges in sign between the two scenarios, consistent with changes in the tropospheric ozone burden (Figure 8.4) which are largely attributable to projected $CH_4$ emissions, but is small in either case. Ozone RF is the net impact of a positive forcing from stratospheric ozone recovery owing to reductions in anthropogenic ozone-depleting halocarbon emissions in both scenarios and a larger impact from changes in tropospheric precursors (Shindell et al., 2013c) which have a negative forcing in RCP2.6 and a positive forcing in RCP8.5.

The two scenarios are fairly consistent in their trends in RF due to aerosol–radiation interaction by component (Figure 8.21). There is positive RF due to aerosol–radiation interaction due to reductions in sulfate aerosol. This is largely offset by negative RF due to aerosol–radiation interaction by primary carbonaceous aerosols and especially by nitrate (though nearly all CMIP5 models did not include nitrate), leaving net aerosol RF due to aerosol–radiation interaction values that are very small, 0.1 W m$^{-2}$ or less in magnitude, in either scenario at 2030 and 2100. Nitrate aerosols continue to increase through 2100 as ammonia emissions rise steadily due to increased use of agricultural fertilizer even as all other aerosol precursor emissions decrease (Figure 8.2), including sulphur dioxide which drives the reduction in sulfate aerosol that also contributes to additional formation of nitrate aerosols in the future (Bauer et al., 2007; Bellouin et al., 2011). Aerosol ERF is *likely* similar at this time in all scenarios given that they all have greatly

BLM_0151214

reduced emissions of all aerosols and aerosol precursors other than ammonia. Aerosol ERF shows a large positive value at 2100 relative to 2000, nearly returning to its 1850 levels (the 2100 versus 1850 ERF represents a decrease in ERF of 91% relative to the 2000 versus 1850 value), as is expected given the RCP emissions. Thus although some models project large increases in nitrate RF in the future, the reduction in overall aerosol loading appears to lead to such a strong reduction in aerosol ERF that the impact of aerosols becomes very small under these RCPs. Of course the projections of drastic reductions in primary aerosol as well as aerosol and ozone precursor emissions may be overly optimistic as they assume virtually all nations in the world become wealthy and that emissions reductions are directly dependent on wealth. The RCPs also contain substantially lower projected growth in HFC emissions than in some studies (e.g., Velders et al., 2009).

Although aerosol ERF becomes less negative by nearly 1 W m$^{-2}$ from 2000 to 2100, this change is still small compared with the increased WMGHG forcing under RCP8.5, which is roughly 6 W m$^{-2}$ during this time (Figure 8.21). Roughly 5 W m$^{-2}$ of this WMGHG forcing comes from $CO_2$, with substantial additional forcing from increases in both $CH_4$ and nitrous oxide and only a very small negative forcing from reductions in halocarbons. Under RCP2.6, the WMGHG forcing is only about 0.5 W m$^{-2}$ during this time, as relatively strong decreases in $CH_4$ and halocarbon forcing offset roughly 40% of the increased $CO_2$ forcing, which is itself far less than under RCP8.5. Hence under this scenario, the projected future forcing due to aerosol reductions is actually stronger than the WMGHG forcing. Viewing the timeseries of the various forcings, however, indicates that aerosol ERF is returning to its pre-industrial levels, so that net forcing becomes increasingly dominated by WMGHGs regardless of scenario during the 21st century (Figure 8.22). As the forcing is so heavily dominated by WMGHGs at 2100, and the WMGHG concentrations ($CO_2$) or emissions (others) were chosen to match forcing targets, all the scenarios show net forcing values at that time that are fairly close to the scenarios' target values. The reduced aerosol forcing, with its large uncertainty, leads to a pronounced decrease in the uncertainty of the total net forcing by 2100. Based on the spread across ACCMIP models (using ERF for aerosols and converting to ERF for GHGs), the 90% confidence interval (CI) is about 20% for the 2100 net forcing, versus 26% for 2030 under RCP8.5 and 45–61% for 1980 and 2000 (Shindell et al., 2013c). The total ERF due to all causes has been independently estimated based on the transient response in the CMIP5 models and a linear forcing-response relationship derived through regression of the modelled response to an instantaneous increase in $CO_2$ (Forster et al., 2013). Uncertainties based on model spread behave similarly, with the 90% CI for net total ERF decreasing from 53% for 2003 to only 24 to 34% for 2100. Forcing relative to 2000 due to land use (via albedo only) and stratospheric water vapor changes are not shown separately as their projected values under the four RCPs are quite small: –0.09 to 0.00 and –0.03 to 0.10 W m$^{-2}$, respectively.

The CMIP5 forcing estimates (Forster et al., 2013) for the total projected 2030 and 2100 ERF are slightly smaller than the results obtained from the ACCMIP models (or the RCP targets; see Section 12.3.3). Examining the subset of models included in both this regression analysis and in ACCMIP shows that the ACCMIP subset show forcings on the low side of the mean value obtained from the full set of CMIP5



**Figure 8.21 |** Radiative forcing relative to 2000 due to anthropogenic composition changes based on ACCMIP models for aerosols (with aerosol ERF scaled to match the best estimate of present-day forcing) and total ozone and RCP WMGHG forcings. Ranges are one standard deviation in the ACCMIP models and assessed relative uncertainty for WMGHGs and stratospheric water vapor. Carbonaceous aerosols refer to primary carbonaceous, while SOA are secondary organic aerosols. Note that 2030 ERF for RCP2.6 was not available, and hence the total shown for that scenario is not perfectly comparable to the other total values. RFari is RF due to aerosol–radiation interaction.

analyzed, indicating that the discrepancy between the methods is not related to analysis of a different set of models. Instead, it may reflect nonlinearities in the response to forcing that are not represented by the regression analysis of the response to abrupt $CO_2$ increase experiments (Long and Collins, 2013) or differences in the response to other forcing agents relative to the response to $CO_2$ used in deriving the CMIP5 estimates (see also 12.3.3).

Natural forcings will also change in the future. The magnitudes cannot be reliably projected, but are *likely* to be small at multi-decadal scales (see Section 8.4). Brief episodic volcanic forcing could be large, however.



**Figure 8.22 |** Global mean anthropogenic forcing with symbols indicating the times at which ACCMIP simulations were performed (solid lines with circles are net; long dashes with squares are ozone; short dashes with diamonds are aerosol; dash-dot are WMGHG; colours indicate the RCPs with red for RCP8.5, orange RCP6.0, light blue RCP4.5, and dark blue RCP2.6). RCPs 2.6, 4.5 and 6.0 net forcings at 2100 are approximate values using aerosol ERF projected for RCP8.5 (modified from Shindell et al., 2013c). Some individual components are omitted for some RCPs for visual clarity.

701

**8**

## 8.6    Geographic Distribution of Radiative Forcing

The forcing spatial pattern of the various RF mechanisms varies substantially in space and time, especially for the NTCFs. The spatial pattern is of interest to the extent that it may influence climate response (Section 8.6.2.2) as is being particularly investigated in the ACCMIP simulations.

### 8.6.1    Spatial Distribution of Current Radiative Forcing

The WMGHGs such as $CO_2$ have the largest forcing in the subtropics, decreasing toward the poles, with the largest forcing in warm and dry regions and smaller values in moist regions and in high-altitude regions (Taylor et al., 2011). For the NTCFs (Box 8.2) their concentration spatial pattern and therefore their RF pattern are highly inhomogeneous, and again meteorological factors such as temperature, humidity, clouds, and surface albedo influence how concentration translates to RF.

Figure 8.23 shows the RF spatial distribution of the major NTCFs together with standard deviation among the ACCMIP models (Shindell et al., 2013c) the net anthropogenic composition (WMGHG+ozone+aerosol) forcing is also shown (lower left panel). These models used unified anthropogenic emissions of aerosol and ozone precursors (Supplementary Material Figure 8.SM.2), so that the model diversity in RF is due only to differences in model chemical and climate features and natural emissions, and would be larger if uncertainty in the anthropogenic emissions were also included. In general, the confidence in geographical distribution is lower than for global mean, due to uncertainties in chemistry, transport and removal of species.

The negative RF due to aerosol–radiation interaction (first row; defined in Figure 7.3) is greatest in the NH and near populated and biomass burning regions. The standard deviation for the net RF due to aerosol–radiation interaction is typically largest over regions where vegetation changes are largest (e.g., South Asia and central Africa), due to uncertainties in biomass burning aerosol optical properties and in treatment of secondary organic aerosols. Carbonaceous aerosol forcing (second row) is greatest in South and East Asia and can be negative in biomass burning regions due to large weakly absorbing organic components. Absorbing aerosols also have enhanced positive forcing when they overlie high albedo surfaces such as cryosphere, desert or clouds, with as much as 50% of BC RF resulting from BC above clouds (Zarzycki and Bond, 2010).

Figure 8.24 compares the aerosol RFs for ACCMIP (Shindell et al., 2013c), which are representative of the CMIP5 experiments, with those from the AeroCom model intercomparison (Myhre et al., 2013) which includes sixteen models that used unified meteorology and are more extensively compared to measurements (e.g., Koch et al., 2009b; Koffi et al., 2012). The forcing results are very similar, establishing the representativeness and validity of the ACCMIP aerosol simulations.

The net aerosol ERF (Figure 8.23; third row), includes both aerosol–radiation and aerosol–cloud interactions. The spatial pattern correlates with the RF (first row), except with stronger effect in the outflow regions over oceans. The flux change is larger in the NH than the

SH (e.g., by nearly a factor of 3; Ming et al., 2007). Rapid adjustment associated with aerosol–radiation and aerosol–cloud interactions may enhance or reduce cloud cover depending on the region, cloud dynamics and aerosol loading (e.g., Randles and Ramaswamy, 2008; Koch and Del Genio, 2010; Persad et al., 2012). In general, the ocean-land forcing pattern differs from that reported in AR4, where the forcing due to aerosol–cloud interaction were larger over land than ocean (Forster et al., 2007), and this continues to be a source of uncertainty. Since AR4, Quaas et al. (2009) showed using satellite retrievals that the correlation between AOD changes and droplet number changes is stronger over oceans than over land and that models tend to overestimate the strength of the relation over land. Penner et al. (2011) showed that satellite retrievals, due to their dependence on present-day conditions, may underestimate the forcing due to aerosol–cloud interaction, especially over land, although this model analysis may overestimate the cloud condensation nucleus to AOD relation (Quaas et al., 2011). Wang and Penner (2009) also showed that if models include boundary layer nucleation and increase the fraction of sulphur emitted as a primary particle, the effect over land is increased relative to over ocean (see also Section 7.5.3). The aerosol ERF standard deviation is large in biomass burning regions, as for the RF, and in regions where cloud effects differ among models (e.g., northern North America, northeast Asia, Amazonia). The spread in aerosol ERF is much larger than for the RF alone, although the relative standard deviation is no larger (Shindell et al., 2013c).

For components that primarily scatter radiation, the radiative effect at the surface is similar to the RF (according to the definition in Section 8.1.1). However for components that absorb radiation in the atmosphere the radiation reaching the surface is reduced (Forster et al., 2007; Ramanathan and Carmichael, 2008; Andrews et al., 2010). This absorption of incoming solar radiation alters the vertical temperature profile in the atmospheric column and can thus change atmospheric circulation and cloud formation. The aerosol atmospheric absorption (Figure 8.23, bottom right), or the difference between ERF and the analogous radiative flux reaching the surface including rapid adjustments, has a spatial pattern that to lowest order tracks the carbonaceous aerosol forcing, but is also affected by cloud changes, where e.g., cloud loss could enhance atmospheric absorption. Atmospheric aerosol absorption patterns thus mirror the ERF due to aerosol–cloud interaction pattern, with larger forcing over continents.

Ozone RF is calculated using the methodology described in Shindell et al. (2013c), but applied to the larger set of models in ACCMIP (Stevenson et al., 2013). The net ozone RF (Figure 8.23; fourth row) is largest in subtropical latitudes, and is more positive in the NH than the SH. Pollution in the NH accounts for positive tropospheric forcing; stratospheric ozone loss has caused negative SH polar forcing. Model standard deviation is largest in the polar regions where lower stratospheric/upper troposphere changes differ in the models (Young et al., 2013).

Overall, the *confidence* in aerosol and ozone RF spatial patterns is *medium* and lower than that for the global mean due to the large regional standard deviations (Figure 8.23), and is exacerbated in aerosol ERF patterns due to uncertainty in cloud responses.

BLM_0151216



**Figure 8.23 |** Spatial pattern of ACCMIP models 1850 to 2000 forcings, mean values (left) and standard deviation (right) for aerosols and ozone (top four rows). Values above are the average of the area-weighted global means, with the area weighted mean of the standard deviation of models at each point provided in parenthesis. Shown are net aerosol RF due to aerosol–radiation interaction (top, 10 models), carbonaceous aerosol RF due to aerosol-radiation interaction (2nd row, 7 models), aerosol ERF (3rd row, 8 models), ozone (4th row, 11 models), total anthropogenic composition forcing (WMGHG+ozone+aerosols; bottom left), aerosol atmospheric absorption including rapid adjustment (bottom right, 6 models). Note that RF and ERF means are shown with different colour scales, and standard deviation colour scales vary among rows.

BLM_0151217

8



**Figure 8.24 |** Spatial pattern of ACCMIP and 16 AeroCom models 1850 to 2000 RF due to aerosol–radiation interaction, mean values (left) and standard deviation (right). Note that different carbonaceous aerosol diagnostics are used here compared to Figure 8.23, due to available AeroCom fields. Values above are the average of the area-weighted global means, with the area weighted mean of the standard deviation of models at each point provided in parentheses.

BLM_0151218

### 8.6.2 Spatial Evolution of Radiative Forcing and Response over the Industrial Era

#### 8.6.2.1 Regional Forcing Changes During the Industrial Era

The spatial distribution of the WMGHG RF has shifted only slightly over the industrial period; however the RF spatial distributions for NTCFs has shifted with emissions, due to the timing of regional development and implementation of pollution standards (Supplementary Material Figures 8.SM.1 and 8.SM.2 show regional trends and emissions maps; Lamarque et al., 2013). Figure 8.25 shows the distributions of aerosol and ozone forcings are modelled to have changed up to 1930, 1980 and 2000. Substantial industrial coal-burning in the early part of the 20th century occurred in the northeastern United States and Western Europe, leading to stronger sulphate and BC forcing near those

regions (Figure 8.25, left). Between 1950 and 1970, coal burning for power generation increased while coal burning for other purposes was replaced by oil and natural gas and motor vehicle usage grew rapidly in these regions, leading to more sulphate and less BC. Peak aerosol forcing in North America and Europe occurred around 1970–1980 (Figure 8.25, second column), while Asian development led to increased biofuel and fossil fuel sources of aerosols and ozone precursors toward the end of the century. During the final decades of the century, desulphurization controls reduced sulphur emissions from North America and Europe, resulting in reduced negative forcing in these regions and positive Arctic aerosol forcing. The SH ozone hole developed during the final three decades, with negative forcing over high latitudes. Biomass burning generated ozone and carbonaceous aerosols in NH high-latitudes early in the century, with increased tropical burning from mid to late century.



**Figure 8.25** | Multi-model mean RF due to aerosol–radiation interaction of all aerosols, carbonaceous aerosols, ozone, and aerosol ERF (W m$^{-2}$) for the indicated times based on the ACCMIP simulations. Global area-weighted means are given in the upper right.

Aerosol ERF grew rapidly from 1930 to 1980, as did RF due to aerosol–radiation interaction, with a spatial structure reflecting both the influence of aerosol–radiation and aerosol–cloud interactions that are especially strong over pollution outflow regions and over areas with high surface albedo. From 1980 to 2000, aerosol ERF continued to become more negative even as negative RF due to aerosol–radiation interaction grew weaker, with the spatial pattern showing strengthening of aerosol ERF over Asia and weakening of aerosol ERF over North America and Europe.

Soil dust has changed since the pre-industrial due to land disturbance and resulting desertification (a forcing) and to changes in climate (a feedback). Mahowald et al. (2010) showed approximate doubling in dust loading over the 20th century (–0.1 W m$^{-2}$; consistent with the best estimate in Section 7.5.2; Section 8.3.4.2), primarily from the Saharan and Middle Eastern Deserts, with largest increase from the 1950s to the 1980s (–0.3 W m$^{-2}$), followed by a leveling. The increased dustiness reduces model precipitation within the Saharan source region, improving agreement with observed precipitation.

Aerosol loading changes during the past century have impacted radiation at the surface (Section 2.3.3), with peak radiation reductions in North America and Europe in the 1980s, and ongoing reduction in South and East Asia (Wild, 2009). The AR4 and CMIP5 models simulated these trends but underestimated their magnitude, the decadal temperature variations and the diurnal temperature range over land (Wild, 2009; see Chapter 9).

Changes in spatial patterns of species and their forcing over the century are difficult to validate due to sparse observations of short-lived species. Some constraint comes from limited historical observations in ice core records and from shorter trends beginning in late century from satellite and surface-based site measurements. The emissions estimates for historical species are very uncertain, especially for carbonaceous aerosols and dust. Therefore, the *confidence* in the historical forcing pattern changes is *low* for RF due to aerosol–radiation interaction and ozone, and *very low* for ERF, carbonaceous aerosols and dust.

### 8.6.2.2   Relationship Between Regional Forcing Patterns and Climate Response During the Industrial Era

An increasing body of research considers how spatial variations in RF affect climate response. Detection and attribution methods have had limited success in discerning statistically significant regional climate signals from regional forcing, due to large internal climate variability at regional scales, uncertainty in model processes and sparse regional observational records (Chapter 10). Meanwhile, research including model sensitivity studies for NTCFs, which vary strongly in space and time, explores climate response patterns.

In AR4 (Forster et al., 2007; Knutti et al., 2008) it was argued that the spatial pattern of forcing is not indicative of the pattern of climate response. Rather, the response is linked more closely to TOA flux resulting from the climate feedback spatial patterns (Boer and Yu, 2003; Taylor et al., 2011; Ming and Ramaswamy, 2012), with the lapse rate, surface albedo and cloud feedbacks explaining most of the temperature

response. Yet Crook and Forster (2011) showed that both the spatial distribution of climate feedbacks and of heterogeneous forcing played important roles in the patterns of 20th century temperature changes. Other studies since AR4 have probed relationships between forcing patterns and climate responses.

Broad links between forcing and climate response have been identified. Shindell et al. (2010) used multiple models to show that surface temperature changes are much more sensitive to latitudinal than longitudinal variations in forcing. Shindell and Faluvegi (2009) used a model inverse approach to infer that NH aerosol reduction was associated with more than 70% of Arctic warming from the 1970s to the 2000s, and that Arctic and much of the SH surface temperature changes are strongly affected by remote forcing changes (alsoSection 10.3.1.1.4). Voulgarakis and Shindell (2010) defined a regional transient temperature sensitivity parameter, or temperature response per unit forcing for each 4-degree latitude band. Using observed surface air temperature changes they showed that the parameter is best constrained from 50°S to 25°N, where the value is 0.35°C (W m$^{-2}$)$^{-1}$, smaller than at northern higher latitudes, and 35% smaller than in AR4 models.

Some aerosol model studies have demonstrated highly localized climate response to regional forcing. Significant regional cooling and hydrological shifts in the eastern USA and in Eastern Asia during the last half of the 20th century were modelled and attributed to local aerosols (Leibensperger et al., 2008, 2012a, 2012b; Chang et al., 2009) and localized warming projected for aerosol reductions (Mickley et al., 2012). Observations have also linked historical trends in aerosols and temperature (Ruckstuhl et al., 2008; Philipona et al., 2009).

Since AR4, there has been new research on aerosol influences on the hydrologic cycle (also Sections 7.4, 7.6.4, 10.3.3.1 and 11.3.2.4.3). Increased aerosol loading, with greater surface energy flux reduction in the NH, has been implicated in the observed southward shift of the Intertropical Convergence Zone (ITCZ) towards the hemisphere with smaller surface energy reduction: southward up to the 1980s with a reversal since (e.g., Denman et al., 2007; Zhang et al., 2007). Several studies have modelled an associated reduction in NH precipitation and associated shifts in the Hadley circulation (e.g., Rotstayn et al., 2000; Williams et al., 2001; Ming et al., 2011). The ITCZ shift may in turn be responsible for broad regional precipitation changes, including drying of the Sahel (e.g., Rotstayn and Lohmann, 2002; Biasutti and Giannini, 2006; Kawase et al., 2010; Ackerley et al., 2011) and northwestern Brazil (Cox et al., 2008), both of which peaked in the 1980s. These hemispheric asymmetric ITCZ effects are overlaid on thermodynamic aerosol effects which moisten subtropical regions, countering GHG-induced drying of these regions (Ming et al., 2011). Studies indicate that aerosols are more effective than an equivalent WMGHG forcing for shifting precipitation, and that historical trends in several areas cannot be explained without including aerosol forcing (Bollasina et al., 2011; Booth et al., 2012; Shindell et al., 2012a; Shindell et al., 2012b). However, *confidence* in attribution of any human influence on zonal shifts in precipitation distribution is only *medium* (Section 10.3.2.2).

There is increasing evidence but limited agreement that absorbing aerosols influence cloud distributions (Section 7.3.4.2). Absorbing

BLM_0151220

aerosols apparently have complex influences on precipitation in monsoon regions. Model studies of Stephens et al. (2004) and Miller et al. (2004) showed that dust absorption over Africa enhances low-level convergence, vertical velocities and therefore local monsoon circulation and precipitation. On the other hand, Kawase et al. (2010) showed that biomass burning BC may cause the decreasing precipitation trend seen in tropical Africa during austral summer, due to reduction in evaporation and enhanced subsidence. The aerosol effects on the Indian monsoon are similarly complex, and have been the subject of numerous studies (e.g., Ramanathan et al., 2005; Chung and Ramanathan, 2006; Lau et al., 2006; Wang et al., 2009; Bollasina et al., 2011), but a clear picture of how the regional aerosol forcing correlates with responses has not yet fully emerged. Attribution of changes in monsoon to human influence generally has *low confidence* (Section 10.3).

Stratospheric ozone loss modelling has demonstrated an effect on the SH stratosphere similar to increased GHGs, cooling stratospheric temperatures, strengthening the polar vortex and shifting the westerly jet poleward; however causing cooler Antarctic surface temperatures, with larger influence on austral summer conditions (Son et al., 2009; McLandress et al., 2011; Thompson et al., 2011; see also Sections 10.3.3 and 11.3.2.4.3.) In the troposphere, models indicate that increased tropospheric ozone has caused warming, proportionally more in the NH and notably to the Arctic during winter, mainly during the second half of the 20th century (Shindell et al., 2006a).

Albedo changes due to land use and land cover changes exert a heterogeneous climate forcing (Figure 8.9). The surface albedo brightened on the one hand due to a shift from forest to brighter croplands, causing local cooling (e.g., Eliseev and Mokhov, 2011; Lee et al., 2011), but also darkened due to the re-expansion of forests to higher latitudes (Esper and Schweingruber, 2004) and increased vegetation height in snowy regions (Bonfils et al., 2012; also Section 8.3.5). Model studies have shown cooling from land use and land cover changes, especially over NH continents, although without demonstrating a detectable signal in observations (Matthews et al., 2004).

In addition to land use and climate-induced vegetation changes, $CO_2$ affects vegetation forcing indirectly, reducing transpiration from plants as stomata open less with increasing $CO_2$, resulting in localized atmospheric drying and warming (Section 11.3.2.3.1; Joshi and Gregory, 2008). These are not included in the standard RF (Section 8.1) and may be considered feedbacks (Section 8.3.2). This is modelled to be largest over the Amazon, the central African forest, and to some extent over boreal and temperate forests (Andrews et al., 2011). In the coupled climate modelling study of Lawrence and Chase (2010), the vegetation changes caused significant reduction in evapotranspiration, drying and warming in tropical and subtropical regions, with insignificant cooling at higher latitudes. Overall, vegetation changes may have caused modest cooling at high latitudes and warming at low latitudes, but the uncertainties are large and *confidence* is *very low*.

Deposition of BC on snow and ice, and loss of snow and ice darken the surface, reduces albedo, and enhances climate warming. Substantial snow-cover reduction of North America leads to warmer North American summertime temperature in models having a strong snow albedo feedback. These forcings can also have non-local impacts that result from enhanced land-ocean temperature contrast, increasing surface convergence over land and divergence over oceans. A poleward intensification of the high pressure patterns and subtropical jet may also result (Fletcher et al., 2009). BC contributions to snow darkening reduces snow cover, however the magnitude of the effect is very uncertain (see Sections 7.5.2.3 and 8.3.4.4). A model study calculated BC-albedo reduction to cause about 20% Arctic snow/ice cover reduction and 20% of Arctic warming over the previous century (Koch et al., 2011). However, reductions in Arctic soot during the past two decades (e.g., Hegg et al., 2009) have *likely* reversed that trend (e.g., Koch et al., 2011; Skeie et al., 2011b; Lee et al., 2013). Cryospheric feedbacks and atmospheric dynamical responses in models have an associated poleward shift in the temperature response to aerosol–cloud interactions (Kristjansson et al., 2005; Koch et al., 2009a; Chen et al., 2010).

Solar spectral (UV) irradiance variations along the solar cycle induce ozone responses by modifying the ozone production rate through photolysis of molecular oxygen (Section 8.4.1.4.1), and the resulting differential heating can drive circulation anomalies that lead to regional temperature and precipitation changes (Haigh, 1999; Shindell et al., 2006b; Frame and Gray, 2010; Gray et al., 2010). Such solar forcing may influence natural modes of circulation such as the Northern Annular Mode (e.g., Shindell et al., 2001; de la Torre et al., 2006; Ineson et al., 2011), the South Asian Summer Monsoon (Fan et al., 2009), the Southern Annular Mode (Kuroda and Kodera, 2005; Roscoe and Haigh, 2007) or the ENSO (Mann et al., 2005). The pattern of temperature response is less uniform than the forcing, for example, warming in the NH, but little response in the SH due to temperature moderation by wind speed enhancement effects on ocean circulation (Swingedouw et al., 2011). Regional responses to solar forcing are mediated by the stratosphere, so that reproducing such change requires spectrally varying solar forcing rather than TSI forcing (Lee et al., 2009; Section 8.4.1.4).

Stratospheric aerosol clouds (also Section 8.4.2.2) from tropical eruptions spread poleward and can cover an entire hemisphere or the globe, depending on the initial latitudinal spread. The aerosol eruption cloud from the 1963 Agung was confined mainly to the SH; the 1982 El Chichón mainly to the NH; and the 1991 Pinatubo covered the globe, all with an *e*-folding lifetime of about 1 year (e.g., Antuña et al., 2003). High-latitude eruptions typically stay confined to the high-latitude regions with shorter lifetimes of 2 to 4 months (Kravitz and Robock, 2011). Volcanic aerosols primarily scatter solar radiation back to space, but also absorb longwave radiation with the former larger by an order of magnitude. Stratospheric aerosol absorption heats the layer where they reside and produces distinct vertical and horizontal distributions of the heating rate. The temperature and chemical effects of the aerosols also enhance ozone destruction, which somewhat counteracts the radiative heating (Stenchikov et al., 2002). For tropical eruptions, this may affect atmospheric dynamics, with a stronger polar vortex, a positive mode of the Arctic Oscillation, and winter warming over NH continents (Robock, 2000). Climate responses to solar and volcanic forcings are further discussed in the context of detection and attribution of millennial climate change (see Section 10.7).

The study of how climate responds to regionally varying patterns of forcing is critical for understanding how local activities impact regional

BLM_0151221

climate; however, the studies are exploratory and generally evoke *very low confidence*. However there is *medium* to *high confidence* in some qualitative but robust features, such as the damped warming of the NH and shifting of the ITCZ from aerosols, and positive feedbacks from high-latitude snow and ice albedo changes.

### 8.6.3 Spatial Evolution of Radiative Forcing and Response for the Future

Most components of aerosols and ozone precursors are estimated to decrease toward the end of this century in the RCPs except $CH_4$ in RCP8.5 (Figure 8.2) and nitrate aerosols, though some species reach the maximum amounts of emissions around the mid-21st century (Figure 8.2). The RCPs therefore contrast with the emission scenarios for TAR and AR4, which were based on Special Report on Emissions Scenarios (SRES) and have future projections of larger increase in the near-term climate forcers (NTCFs). It has been questioned whether such low emission of NTCFs is possible in the future given the current policies (Pozzer et al., 2012). This section surveys spatial differences in the RF of aerosols and ozone for the future based on the RCPs.

Figure 8.26 shows the global distributions of changes in aerosol and ozone forcings in 2030 and 2100 relative to 2000 for RCP2.6 and 8.5 (Shindell et al., 2013c). Both scenarios indicate reduced aerosol loading, and thus positive forcing over Europe, North America and Asia by 2100 where RF is above +0.5 W m$^{-2}$ because of substantial reduction of scattering aerosols. The global mean RF due to aerosol–radiation interaction is estimated to be +0.12 and +0.08 W m$^{-2}$ for RCP2.6 and 8.5, respectively, in 2100. Though the RF by total anthropogenic aerosols is positive, reduced BC contributes substantial negative forcing especially over the similar regions. The global mean carbonaceous RF including both the effects of BC and OC is estimated to be –0.20 and –0.11 W m$^{-2}$ for RCP2.6 and 8.5, respectively, in 2100. Early in the century, on the other hand, both scenarios indicate increased negative aerosol forcing over South Asia, with reversal between 2030 and 2100. Emissions of BC, OC and $SO_2$ will reach their maximums early and middle in the century for RCP2.6 and 8.5, respectively in India. In RCP6, high emission levels of $SO_2$ in China persist until the mid-21st century (Supplementary Material Figure 8.SM.1), and then it is predicted to keep a high negative RF due to aerosol–radiation interaction over East Asia. The RF due to aerosol–radiation interaction for carbonaceous aerosol is positive over East and South Asia in 2030 relative to 2000 for RCP8.5 because BC emission is also larger in 2030. Over central and southern Africa, a change in the future RF due to aerosol–radiation interaction based on RCPs is not clear mainly because of uncertainties in the wildfires emissions (see Section 7.3.5.3). The global mean total RF due to aerosol–radiation interaction in the future is rather small due to offsetting effects, with reductions in BC, increases in nitrate aerosols, and reductions in scattering aerosols each causing substantially more forcing than the net.

Emissions and atmospheric loadings of natural aerosols are affected by climate change. There is, however, no consensus among studies on future trends of their changes for major natural aerosols, mineral dust and sea salt, as indicated in Section 7.3.5.1. The spatial pattern of the aerosol forcing may be influenced by natural aerosols due to reduction

in sea ice cover leading to increased emission of high-latitude sea salt (Struthers et al., 2011; Takemura, 2012) and SOA from vegetation changes (Tsigaridis and Kanakidou, 2007).

The simulations applying the RCPs indicate that the latitude of maximum emission of NTCFs, and therefore of maximum RF, is projected to shift somewhat southward for the next few decades (in 2030 of Figure 8.26). The shift of peak aerosol loading southward is expected to cause the ITCZ to continue to shift northward. This, in combination with warming and drying over tropical land, has been modelled to lead to greatly enhanced drought conditions in the Amazon (Cox et al., 2008). On the other hand, if the low-latitude aerosol is sufficiently absorbing, broadening of the ITCZ convergence region and enhanced cloud cover could result, as modelled for dust (Perlwitz and Miller, 2010).

Reductions in high-latitude BC are expected to contribute to reducing Arctic forcing (e.g., Koch et al., 2011), due to reduction in BC deposition on snow as well as in absorption of sunlight over bright surface. On the other hand, reduction in mid-high-latitude scattering aerosols may offset all or part of the impact of the local Arctic forcing change (Shindell et al., 2010; Koch et al., 2011).

Figure 8.26 also shows the ozone RF in 2030 and 2100 relative to 2000, which includes changes both in tropospheric and stratospheric ozone. Recovery of ozone in the stratosphere in the 21st century will result in positive forcing in the SH high latitudes in comparison with the year 2000 for both the pathways. This is because of the reduced emissions of ozone-depleting substances controlled under the Montreal Protocol, with a small additional effect from a feedback of changes in temperature and in the vertical circulation due to changes in stratospheric compositions (Kawase et al., 2011; Lamarque et al., 2011). In the troposphere, on the other hand, a large difference in the $CH_4$ emissions between RCP8.5 and the other pathways shown in Figure 8.2 leads to a different RF trend outside the SH high latitudes. Ozone recovery in the stratosphere and ozone increase in the troposphere leads to a positive RF all over the globe in RCP8.5 with a mean of +0.26 W m$^{-2}$ in 2100. The cancellation between positive RF due to ozone increase in the stratosphere and negative RF due to ozone decrease in the troposphere results in a global mean RF of –0.12 W m$^{-2}$ in RCP2.6.

Figure 8.26 also shows the global distributions of changes in ERF due to both aerosol–radiation and aerosol–cloud interactions in 2030 and 2100 relative to 2000 for RCP8.5. Although the ERF includes rapid adjustments and therefore its magnitude is much larger than that of RF due to aerosol–radiation interaction, the spatial pattern is generally similar to RF. The ERF in 2100 shows positive values relative to 2000 in North America, Europe and Asia even with RCP8.5, which indicates the aerosol forcing is projected to approach to the pre-industrial level.

BLM_0151222

8



**Figure 8.26 |** Multi-model mean RF (W m⁻²) due to aerosol–radiation interaction of all anthropogenic aerosols (first and second rows) and anthropogenic carbonaceous (BC+OC) aerosols (third and fourth rows), and total ozone (fifth and sixth rows) in 2030 (left) and 2100 (right) relative to 2000 for RCP2.6 (top each) and RCP8.5 (bottom each) based on the ACCMIP simulations. The seventh row shows multi-model mean ERF (W m⁻²) by all anthropogenic aerosols in 2030 (left) and 2100 (right) relative to 2000 for RCP8.5. Global area-weighted means are given in the upper right of each panel.

709

**8**

## 8.7    Emission Metrics

### 8.7.1    Metric Concepts

#### 8.7.1.1    Introduction

To quantify and compare the climate impacts of various emissions, it is necessary to choose a climate parameter by which to measure the effects; that is, RF, temperature response, and so forth. Thus, various choices are needed for the steps down the cause–effect chain from emissions to climate change and impacts (Figure 8.27 and Box 8.4). Each step in the cause effect chain requires a modelling framework. For assessments and evaluation one may—as an alternative to models that explicitly include physical processes resulting in forcing and responses—apply simpler measures or *metrics* that are based on results from complex models. Metrics are used to quantify the contributions to climate change of emissions of different substances and can thus act as 'exchange rates' in multi-component policies or comparisons of emissions from regions/countries or sources/sectors. Metrics are also used in areas such as Life Cycle Assessments and Integrated Assessment Modelling (e.g., by IPCC WGIII).

Metrics can be given in *absolute* terms (e.g., K kg⁻¹) or in *relative* terms by normalizing to a reference gas — usually $CO_2$. To transform the effects of different emissions to a common scale — often called '$CO_2$ equivalent emissions'—the emission ($E_i$) of component $i$ can be multiplied with the adopted normalized metric ($M_i$): $M_i \times E_i = CO_2$-eq. Ideally, the climate effects of the calculated $CO_2$ equivalent emissions should be the same regardless of the mix of components emitted. However, different components have different physical properties, and a metric that establishes equivalence with regard to one effect cannot guarantee equivalence with regard to other effects and over extended time periods, for example, Lauder et al. (2013), O'Neill (2000), Smith and Wigley (2000), Fuglestvedt et al. (2003).

Metrics do not define goals and policy—they are tools that enable evaluation and implementation of multi-component policies (i.e., which emissions to abate). The most appropriate metric will depend on which aspects of climate change are most important to a particular application, and different climate policy goals may lead to different conclusions about what is the most suitable metric with which to implement that policy, for example, Plattner et al. (2009); Tol et al. (2012). Metrics that have been proposed include physical metrics as well as more comprehensive metrics that account for both physical and economic dimensions (see 8.7.1.5 and WGIII, Chapter 3).

This section provides an assessment that focuses on the scientific aspects and utility of emission metrics. Extending such an assessment to include more policy-oriented aspects of their performance and usage such as simplicity, transparency, continuity, economic implications of usage of one metric over another, and so forth, is not given here as this is beyond the scope of WGI. However, consideration of such aspects is vital for user-assessments. In the following, the focus is on the more well-known Global Warming Potential (GWP) and Global Temperature change Potential (GTP), though other concepts are also briefly discussed.

#### 8.7.1.2    The Global Warming Potential Concept

The Global Warming Potential (GWP) is defined as the time-integrated RF due to a pulse emission of a given component, relative to a pulse emission of an equal mass of $CO_2$ (Figure 8.28a and formula). The GWP was presented in the First IPCC Assessment (Houghton et al., 1990), stating 'It must be stressed that there is no universally accepted methodology for combining all the relevant factors into a single global warming potential for greenhouse gas emissions. A simple approach has been adopted here to illustrate the difficulties inherent in the concept, …'. Further, the First IPCC Assessment gave no clear physical interpretation of the GWP.



**Figure 8.27** | The cause–effect chain from emissions to climate change and impacts showing how metrics can be defined to estimate responses to emissions (left) and for development of multi-component mitigation (right). The relevance of the various effects increases downwards but at the same time the uncertainty also increases. The dotted line on the left indicates that effects and impacts can be estimated directly from emissions, while the arrows on the right side indicate how these estimates can be used in development of strategies for reducing emissions. (Adapted from Fuglestvedt et al., 2003, and Plattner et al., 2009.)

BLM_0151224

8

**Box 8.4 |  Choices Required When Using Emission Metrics**

**Time frames:** One can apply a *backward-looking* (i.e., historical) or a *forward-looking* perspective on the responses to emissions. In the forward-looking case one may use pulses of emissions, sustained emissions or emission scenarios. All choices of emission perturbations are somewhat idealized and idealized, and different choices serve different purposes. One may use the *level* (e.g., degrees Celsius) or *rate* of change (e.g., degrees Celsius per decade). Furthermore, the effects of emissions may be estimated at a particular time or be integrated over time up to a chosen time horizon. Alternatively, discounting of future effects may be introduced (i.e., a weighting of effects over time).

**Type of effect or end-point:** Radiative forcing, temperature change or sea level change, for example, could be examined (Figure 8.27). Metrics may also include eco/biological or socioeconomic damages. The choice of climate impact parameters is related to which aspects of climate change are considered relevant for interpretation of 'dangerous anthropogenic interference with the climate system' (UNFCCC Article 2).

**Spatial dimension for emission and response:** Equal-mass emissions of NTCFs from different regions can induce varying global mean climate responses, and the climate response also has a regional component irrespective of the regional variation in emissions. Thus, metrics may be given for region of *emission* as well as region of *response*.

Some of the choices involved in metrics are scientific (e.g., type of model, and how processes are included or parameterized in the models). Choices of time frames and climate impact are policy-related and cannot be based on science alone, but scientific studies can be used to analyse different approaches and policy choices.

A direct interpretation is that the GWP is an index of the total energy added to the climate system by a component in question relative to that added by $CO_2$. However, the GWP does not lead to equivalence with temperature or other climate variables (Fuglestvedt et al., 2000, 2003; O'Neill, 2000; Daniel et al., 2012; Smith and Wigley, 2000; Tanaka et al., 2009). Thus, the name 'Global Warming Potential' may be somewhat misleading, and 'relative cumulative forcing index' would be more appropriate. It can be shown that the GWP is approximately equal to the ratio (normalizing by the similar expression for $CO_2$) of the *equilibrium temperature response due to a sustained emission* of the species or to the *integrated temperature response for a pulse* emission (assuming efficacies are equal for the gases that are compared; O'Neill, 2000; Prather, 2002; Shine et al., 2005a; Peters et al., 2011a; Azar and Johansson, 2012).

The GWP has become the default metric for transferring emissions of different gases to a common scale; often called 'CO₂ equivalent emissions' (e.g., Shine, 2009). It has usually been integrated over 20, 100 or 500 years consistent with Houghton et al. (1990). Note, however that Houghton et al. presented these time horizons as 'candidates for discussion [that] should not be considered as having any special significance'. The GWP for a time horizon of 100 years was later adopted as a metric to implement the multi-gas approach embedded in the United Nations Framework Convention on Climate Change (UNFCCC) and made operational in the 1997 Kyoto Protocol. The choice of time horizon has a strong effect on the GWP values — and thus also on the calculated contributions of CO₂ equivalent emissions by component, sector or nation. There is no scientific argument for selecting 100 years compared with other choices (Fuglestvedt et al., 2003; Shine, 2009). The choice of time horizon is a value judgement because it depends



**Figure 8.28 |** (a) The Absolute Global Warming Potential (AGWP) is calculated by integrating the RF due to emission pulses over a chosen time horizon; for example, 20 and 100 years (vertical lines). The GWP is the ratio of AGWP for component *i* over AGWP for the reference gas CO₂. The blue hatched field represents the integrated RF from a pulse of CO₂, while the green and red fields represent example gases with 1.5 and 13 years lifetimes, respectively. (b) The Global Temperature change Potential (GTP) is based on the temperature response at a selected year after pulse emission of the same gases; e.g., 20 or 100 years (vertical lines). See Supplementary Material Section 8.SM.11 for equations for calculations of GWP and GTP.

BLM_0151225



**Figure 8.29 |** Development of AGWP-$CO_2$, AGWP-$CH_4$ and GWP-$CH_4$ with time horizon. The yellow and blue curves show how the AGWPs changes with increasing time horizon. Because of the integrative nature the AGWP for $CH_4$ (yellow curve) reaches a constant level after about five decades. The AGWP for $CO_2$ continues to increase for centuries. Thus the ratio which is the GWP (black curve) falls with increasing time horizon.

on the relative weight assigned to effects at different times. Other important choices include the background atmosphere on which the GWP calculations are superimposed, and the way indirect effects and feedbacks are included (see Section 8.7.1.4).

For some gases the variation in GWP with time horizon mainly reflects properties of the reference gas, not the gas for which the GWP is calculated. The GWP for NTCFs decreases with increasing time horizon, as GWP is defined with the integrated RF of $CO_2$ in the denominator. As shown in Figure 8.29, after about five decades the development in the GWP for $CH_4$ is almost entirely determined by $CO_2$. However, for long-lived gases (e.g., $SF_6$) the development in GWP is controlled by both the increasing integrals of RF from the long-lived gas and $CO_2$.

### 8.7.1.3   The Global Temperature change Potential Concept

Compared to the GWP, the Global Temperature change Potential (GTP; Shine et al., 2005a) goes one step further down the cause–effect chain (Figure 8.27) and is defined as the *change in global mean surface temperature at a chosen point in time* in response to an emission pulse—relative to that of $CO_2$. Whereas GWP is integrated in time (Figure 8.28a), GTP is an end-point metric that is based on temperature change for a selected year, $t$, (see Figure 8.28b with formula). Like for the GWP, the impact from $CO_2$ is normally used as reference, hence, for a component $i$, $GTP(t)_i = AGTP(t)_i / AGTP(t)_{CO2} = \Delta T(t)_i / \Delta T(t)_{CO2}$, where AGTP is the absolute GTP giving temperature change per unit emission (see Supplementary Material Section 8.SM.11 for equations and parameter values). Shine et al. (2005a) presented the GTP for both pulse and sustained emission changes based on an energy balance model as well as analytical equations. A modification was later introduced (Shine et al., 2007) in which the time horizon is determined by the proximity to a target year as calculated by using scenarios and climate models (see Section 8.7.1.5).

Like GWP, the GTP values can be used for weighting the emissions to obtain 'CO$_2$ equivalents' (see Section 8.7.1.1). This gives the

temperature effects of emissions relative to that of $CO_2$ for the chosen time horizon. As for GWP, the choice of time horizon has a strong effect on the metric values and the calculated contributions to warming.

In addition, the AGTP can be used to calculate the global mean temperature change due to any given emission scenario (assuming linearity) using a convolution of the emission scenarios and $AGTP_i$:

$$\Delta T(t) = \sum_i \int_0^t E_i(s) AGTP_i(t-s)ds \qquad (8.1)$$

where $i$ is component, $t$ is time, and $s$ is time of emission (Berntsen and Fuglestvedt, 2008; Peters et al., 2011b; Shindell et al., 2011).

By accounting for the climate sensitivity and the exchange of heat between the atmosphere and the ocean, the GTP includes physical processes that the GWP does not. The GTP accounts for the slow response of the (deep) ocean, thereby prolonging the response to emissions beyond what is controlled by the decay time of the atmospheric concentration. Thus the GTP includes both the atmospheric adjustment time scale of the component considered and the response time scale of the climate system.

The GWP and GTP are fundamentally different by construction and different numerical values can be expected. In particular, the GWPs for NTCFs, over the same time frames, are higher than GTPs due to the integrative nature of the metric. The GTP values can be significantly affected by assumptions about the climate sensitivity and heat uptake by the ocean. Thus, the relative uncertainty ranges are wider for the GTP compared to GWP (see Section 8.7.1.4). The additional uncertainty is a typical trade-off when moving along the cause–effect chain to an effect of greater societal relevance (Figure 8.27). The formulation of the ocean response in the GTP has a substantial effect on the values; thus its characterization also represents a trade-off between simplicity and accuracy. As for GWP, the GTP is also influenced by the background atmosphere, and the way indirect effects and feedbacks are included (see Section 8.7.1.4).

### 8.7.1.4   Uncertainties and Limitations related to Global Warming Potential and Global Temperature change Potential

The uncertainty in the numerator of GWP; that is, the $AGWP_i$ (see formula in Figure 8.28a) is determined by uncertainties in lifetimes (or perturbation lifetimes) and radiative efficiency. Inclusion of indirect effects increases uncertainties (see below). For the reference gas $CO_2$, the uncertainty is dominated by uncertainties in the *impulse response function* (IRF) that describes the development in atmospheric concentration that follows from an emission pulse (Joos et al., 2013); see Box 6.2 and Supplementary Material Section 8.SM.12. The IRF is sensitive to model representation of the carbon cycle, pulse size and background $CO_2$ concentrations and climate.

Based on a multi-model study, Joos et al. (2013) estimate uncertainty ranges for the time-integrated IRF for $CO_2$ to be ±15% and ±25% (5 to 95% uncertainty range) for 20- and 100-year time horizons, respectively. Assuming quadratic error propagation, and ±10% uncertainty in radiative efficiency, the uncertainty ranges in AGWP for $CO_2$ were estimated to be ±18% and ±26% for 20 and 100 years. These

BLM_0151226

uncertainties affect all metrics that use $CO_2$ as reference. Reisinger et al. (2010) and Joos et al. (2013) show that these uncertainties increase with time horizon.

The same factors contribute to uncertainties in the GTP, with an additional contribution from the parameters describing the ocean heat uptake and climate sensitivity. In the first presentation of the GTP, Shine et al. (2005a) used one time constant for the climate response in their analytical expression. Improved approaches were used by Boucher and Reddy (2008), Collins et al. (2010) and Berntsen and Fuglestvedt (2008) that include more explicit representations of the deep ocean that increased the long-term response to a pulse forcing. Over the range of climate sensitivities from AR4, $GTP_{50}$ for BC was found to vary by a factor of 2, the $CH_4$ $GTP_{50}$ varied by about 50%, while for $N_2O$ essentially no dependence was found (Fuglestvedt et al., 2010). AGTPs for $CO_2$ were also calculated in the multi-model study by Joos et al. (2013). They found uncertainty ranges in AGTP that are much larger than for AGWP; ±45% and ±90% for 20 and 100 years (5 to 95% uncertainty range). These uncertainty ranges also reflect the signal-to-noise ratio, and not only uncertainty in the physical mechanisms.

There are studies combining uncertainties in various input parameters. Reisinger et al. (2011) estimated the uncertainty in the GWP for $CH_4$ and found an uncertainty of −30 to +40% for the $GWP_{100}$ and −50 to +75% for $GTP_{100}$ of $CH_4$ (for 5 to 95% of the range). Boucher (2012) performed a Monte Carlo analysis with uncertainties in perturbation lifetime and radiative efficiency, and for $GWP_{100}$ for $CH_4$ (assuming a constant background atmosphere) he found ±20%, and −40 to +65 for $GTP_{100}$ (for 5 to 95% uncertainty range).

Here we estimate uncertainties in GWP values based on the uncertainties given for radiative efficiencies (Section 8.3.1), perturbation lifetimes, indirect effects and in the AGWP for the reference gas $CO_2$ (see Supplementary Material Section 8.SM.12). For $CH_4$ GWP we estimate an uncertainty of ±30% and ±40% for 20- and 100-year time horizons, respectively (for 5 to 95% uncertainty range). The uncertainty is dominated by AGWP for $CO_2$ and indirect effects. For gases with lifetimes of a century or more the uncertainties are of the order of ±20% and ±30% for 20- and 100-year horizons. The uncertainty in GWPs for gases with lifetimes of a few decades is estimated to be of the order of ±25% and ±35% for 20 and 100 years. For shorter-lived gases, the uncertainties in GWPs will be larger (see Supplementary Material Section 8.SM.12 for a discussion of contributions to the total uncertainty.) For GTP, few uncertainty estimates are available in the literature. Based on the results from Joos et al. (2013), Reisinger et al. (2010) and Boucher (2012) we assess the uncertainty to be of the order of ±75% for the $CH_4$ $GTP_{100}$.

The metric values are also strongly dependent on which processes are included in the definition of a metric. Ideally all indirect effects (Sections 8.2 and 8.3) should be taken into account in the calculation of metrics. The indirect effects of $CH_4$ on its own lifetime, tropospheric ozone and stratospheric water have been traditionally included in its GWP. Boucher et al. (2009) have quantified an indirect effect on $CO_2$ when fossil fuel $CH_4$ is oxidized in the atmosphere. Shindell et al. (2009) estimated the impact of reactive species emissions on both gaseous and aerosol forcing species and found that ozone precursors,

including $CH_4$, had an additional substantial climate effect because they increased or decreased the rate of oxidation of $SO_2$ to sulphate aerosol. Studies with different sulphur cycle formulations have found lower sensitivity (Collins et al., 2010; Fry et al., 2012). Collins et al. (2010) postulated an additional component to their GWPs and GTPs for ozone precursors due to the decreased productivity of plants under higher levels of surface ozone. This was estimated to have the same magnitude as the ozone and $CH_4$ effects. This effect, however, has so far only been examined with one model. In a complex and interconnected system, feedbacks can become increasingly complex, and uncertainty of the magnitude and even direction of feedback increases the further one departs from the primary perturbation, resulting in a trade-off between completeness and robustness, and hence utility for decision-making.

Gillett and Matthews (2010) included climate–carbon feedbacks in calculations of GWP for $CH_4$ and $N_2O$ and found that this increased the values by about 20% for 100 years. For GTP of $CH_4$ they found an increase of ~80%. They used numerical models for their studies and suggest that climate–carbon feedbacks should be considered and parameterized when used in simple models to derive metrics. Collins et al. (2013) parameterize the climate-carbon feedback based on Friedlingstein et al. (2006) and Arora et al. (2013) and find that this more than doubles the $GTP_{100}$ for $CH_4$. Enhancement of the GTP for $CH_4$ due to carbon–climate feedbacks may also explain the higher GTP values found by Reisinger et al. (2010).

The inclusion of indirect effects and feedbacks in metric values has been inconsistent in the IPCC reports. In SAR and TAR, a carbon model without a coupling to a climate model was used for calculation of IRF for $CO_2$ (Joos et al., 1996), while in AR4 climate-carbon feedbacks were included for the $CO_2$ IRF (Plattner et al., 2008). For the time horizons 20 and 100 years, the $AGWP_{CO_2}$ calculated with the Bern3D-LPJ model is, depending on the pulse size, 4 to 5% and 13 to 15% lower, respectively, when carbon cycle–climate feedbacks are not included (Joos et al., 2013). While the AGWP for the reference gas $CO_2$ included climate–carbon feedbacks, this is not the case for the non-$CO_2$ gas in the numerator of GWP, as recognized by Gillett and Matthews (2010), Joos et al. (2013), Collins et al. (2013) and Sarofim (2012). This means that the GWPs presented in AR4 may underestimate the relative impacts of non-$CO_2$ gases. The different inclusions of feedbacks partially represent the current state of knowledge, but also reflect inconsistent and ambiguous definitions. In calculations of AGWP for $CO_2$ in AR5 we use the IRF for $CO_2$ from Joos et al. (2013) which includes climate–carbon feedbacks. Metric values in AR5 are presented both with and without including climate–carbon feedbacks for non-$CO_2$ gases. This feedback is based on the carbon-cycle response in a similar set of models (Arora et al., 2013) as used for the reference gas (Collins et al., 2013).

The effect of including this feedback for the non-reference gas increases with time horizon due to the long-lived nature of the initiated $CO_2$ perturbation (Table 8.7). The relative importance also increases with decreasing lifetime of the component, and is larger for GTP than GWP due to the integrative nature of GWP. We calculate an increase in the $CH_4$ $GWP_{100}$ of 20%. For $GTP_{100}$, however, the changes are much larger; of the order of 160%. For the shorter time horizons (e.g., 20 years) the effect of including this feedback is small (<5%) for both GWP

BLM_0151227

**Table 8.7 |** GWP and GTP with and without inclusion of climate–carbon feedbacks (cc fb) in response to emissions of the indicated non-$CO_2$ gases (climate-carbon feedbacks in response to the reference gas $CO_2$ are always included).

| | Lifetime (years) | | $GWP_{20}$ | $GWP_{100}$ | $GTP_{20}$ | $GTP_{100}$ |
|---|---|---|---|---|---|---|
| $CH_4$[b] | 12.4[c] | No cc fb | 84 | 28 | 67 | 4 |
| | | With cc fb | 86 | 34 | 70 | 11 |
| HFC-134a | 13.4 | No cc fb | 3710 | 1300 | 3050 | 201 |
| | | With cc fb | 3790 | 1550 | 3170 | 530 |
| CFC-11 | 45.0 | No cc fb | 6900 | 4660 | 6890 | 2340 |
| | | With cc fb | 7020 | 5350 | 7080 | 3490 |
| $N_2O$ | 121.0[a] | No cc fb | 264 | 265 | 277 | 234 |
| | | With cc fb | 268 | 298 | 284 | 297 |
| $CF_4$ | 50,000.0 | No cc fb | 4880 | 6630 | 5270 | 8040 |
| | | With cc fb | 4950 | 7350 | 5400 | 9560 |

Notes:

Uncertainties related to the climate–carbon feedback are large, comparable in magnitude to the strength of the feedback for a single gas.

[a] Perturbation lifetime is used in the calculation of metrics.

[b] These values do not include $CO_2$ from methane oxidation. Values for fossil methane are higher by 1 and 2 for the 20 and 100 year metrics, respectively (Table 8.A.1).

and GTP. For the more long-lived gases the $GWP_{100}$ values increase by 10 to 12%, while for $GTP_{100}$ the increase is 20 to 30%. Table 8.A.1 gives metric values including the climate–carbon feedback for $CO_2$ only, while Supplementary Material Table 8.SM.16 gives values for all halocarbons that include the climate–carbon feedback. Though uncertainties in the carbon cycle are substantial, it is *likely* that including the climate–carbon feedback for non-$CO_2$ gases as well as for $CO_2$ provides a better estimate of the metric value than including it only for $CO_2$.

Emission metrics can be estimated based on a constant or variable background climate and this influences both the adjustment times and the concentration–forcing–temperature relationships. Thus, all metric values will need updating due to changing atmospheric conditions as well as improved input data. In AR5 we define the metric values with respect to a constant present-day condition of concentrations and climate. However, under non-constant background, Joos et al. (2013) found decreasing $CO_2$ $AGWP_{100}$ for increasing background levels (up to 23% for RCP8.5). This means that GWP for all non-$CO_2$ gases (except $CH_4$ and $N_2O$) would increase by roughly the same magnitude. Reisinger et al. (2011) found a reduction in AGWP for $CO_2$ of 36% for RCP8.5 from 2000 to 2100 and that the $CH_4$ radiative efficiency and AGWP also decrease with increasing $CH_4$ concentration. Accounting for both effects, the $GWP_{100}$ for $CH_4$ would increase by 10 to 20% under low and mid-range RCPs by 2100, but would decrease by up to 10% by mid-century under the highest RCP. While these studies have focused on the background levels of GHGs, the same issues apply for temperature. Olivié et al. (2012) find different temperature IRFs depending on the background climate (and experimental set up).

*User related choices* (see Box 8.4) such as the time horizon can greatly affect the numerical values obtained for $CO_2$ equivalents. For a change in time horizon from 20 to 100 years, the GWP for $CH_4$ decreases by a factor of approximately 3 and its GTP by more than a factor of 10. Short-lived species are most sensitive to this choice. Some approaches have removed the time horizon from the metrics (e.g., Boucher, 2012), but discounting is usually introduced which means that a discount rate

$r$ (for the weighting function $e^{-rt}$) must be chosen instead. The choice of discount rate is also value based (see WGIII, Chapter 3).

For NTCFs the metric values also depend on the location and timing of emission and whether regional or global metrics are used for these gases is also a choice for the users. Metrics are usually calculated for pulses, but some studies also give metric values that assume constant emissions over the full time horizon (e.g., Shine et al., 2005a; Jacobson, 2010). It is important to be aware of the idealized assumption about constant future emissions (or change in emissions) of the compound being considered if metrics for sustained emissions are used.

#### 8.7.1.5   New Metric Concepts

New metric concepts have been developed both to modify physical metrics to address shortcomings as well as to replace them with metrics that account for economic dimensions of problems to which metrics are applied. Modifications of physical metrics have been proposed to better represent $CO_2$ emissions from bioenergy, regional patterns of response, and for peak temperature limits.

Emissions of $CO_2$ from the combustion of biomass for energy in national emission inventories are currently assumed to have no net RF, based on the assumption that these emissions are compensated by biomass regrowth (IPCC, 1996). However, there is a time lag between combustion and regrowth, and while the $CO_2$ is resident in the atmosphere it leads to an additional RF. Modifications of the GWP and GTP for bioenergy ($GWP_{bio}$, $GTP_{bio}$) have been developed (Cherubini et al., 2011; Cherubini et al., 2012). The $GWP_{bio}$ give values generally between zero (current default for bioenergy) and one (current for fossil fuel emissions) (Cherubini et al., 2011), and negative values are possible for $GTP_{bio}$ due to the fast time scale of atmospheric–ocean $CO_2$ exchange relative to the growth cycle of biomass (Cherubini et al., 2012). $GWP_{bio}$ and $GTP_{bio}$ have been used in only a few applications, and more research is needed to assess their robustness and applicability. Metrics for biogeophysical effects, such as albedo changes, have been proposed (Betts, 2000; Rotenberg and Yakir, 2010) , but as for NTCFs regional variations

are important (Claussen et al., 2001) and the RF concept may not be adequate (Davin et al., 2007).

New concepts have also been developed to capture information about regional patterns of responses and cancelling effects that are lost when global mean metrics are used. The use of nonlinear damage functions to capture information on the spatial pattern of responses has been explored (Shine et al., 2005b; Lund et al., 2012). In addition, the Absolute Regional Temperature Potential (ARTP) (Shindell, 2012; Collins et al., 2013) has been developed to provide estimates of impacts at a sub-global scale. ARTP gives the time-dependent temperature response in four latitude bands as a function of the regional forcing imposed in all bands. These metrics, as well as new regional precipitation metrics (Shindell et al., 2012b), require additional studies to determine their robustness.

Alternatives to the single basket approach adopted by the Kyoto Protocol are a component-by-component approach or a multi-basket approach (Rypdal et al., 2005; Daniel et al., 2012; Sarofim, 2012; Jackson, 2009). Smith et al. (2012) show how peak temperature change is constrained by *cumulative emissions* (see 12.5.4) for gases with long lifetimes and *emissions rates* for shorter-lived gases (including CH₄). Thus, they divide gases into two baskets and present two metrics that can be used for estimating peak temperature for various emission scenarios. This division of gases into the two baskets is sensitive to the time of peak temperature in the different scenarios. The approach uses time invariant metrics that do not account for the timing of emissions relative to the target year. The choice of time horizon is implicit in the scenario assumed and this approach works only for a peak scenario.

A number of new metrics have been developed to add economic dimensions to purely physically based metrics such as the GWP and GTP. The use of physical metrics in policy contexts has been criticized by economists (Reilly and Richards, 1993; Schmalensee, 1993; Hammitt et al., 1996; Reilly et al., 1999; Bradford, 2001; De Cara et al., 2008). A prominent use of metrics is to set relative prices of gases when implementing a multi-gas policy. Once a particular policy has been agreed on, economic metrics can address policy goals more directly than physical metrics by accounting not only for physical dimensions but also for economic dimensions such as mitigation costs, damage costs and discount rates (see WGIII, Chapter 3; Deuber et al., 2013).

For example, if mitigation policy is set within a *cost-effectiveness* framework with the aim of making the least cost mix of emissions reductions across components to meet a global temperature target, the 'price ratio' (Manne and Richels, 2001), also called the Global Cost Potential (GCP) (Tol et al., 2012), most directly addresses the goal. The choice of target is a policy decision; metric values can then be calculated based on an agreed upon target. Similarly, if policy is set within a *cost–benefit* framework, the metric that directly addresses the policy goal is the ratio of the marginal damages from the emission of a gas (i.e., the damage costs to society resulting from an incremental increase in emissions) relative to the marginal damages of an emission of CO₂, known as the Global Damage Potential (GDP) (Kandlikar, 1995). Both types of metrics are typically determined within an integrated climate–economy model, since they are affected both by the response of the climate system as well as by economic factors.

If other indexes, such as the GWP, are used instead of an economic cost-minimizing index, costs to society will increase. Cost implications at the project or country level could be substantial under some circumstances (Godal and Fuglestvedt, 2002; Shine, 2009; Reisinger et al., 2013). However, under idealized conditions of full participation in mitigation policy, the increase is relatively small at the global level, particularly when compared to the cost savings resulting from a multi- (as opposed to single-) gas mitigation strategy even when based on an imperfect metric (O'Neill, 2003; Aaheim et al., 2006; Johansson et al., 2006; Johansson, 2012; Reisinger et al., 2013; Smith et al., 2013).

Purely physical metrics continue to be used in many contexts due at least in part to the added uncertainties in mitigation and damage costs, and therefore in the values of economic metrics (Boucher, 2012). Efforts have been made to view purely physical metrics such as GWPs and GTPs as approximations of economic indexes. GTPs, for example, can be interpreted as an approximation of a Global Cost Potential designed for use in a cost-effectiveness setting (Shine et al., 2007; Tol et al., 2012). Quantitative values for time-dependent GTPs reproduce in broad terms several features of the Global Cost Potential such as the rising value of metrics for short-lived gases as a climate policy target is approached (Tanaka et al., 2013). Figure 8.30 shows how contributions of N₂O, CH₄ and BC to warming in the target year changes over time. The contributions are given relative to CO₂ and show the effects of emission occurring at various times. Similarly, GWPs can be interpreted as approximations of the Global Damage Potential designed for a cost–benefit framework (Tol et al., 2012). These interpretations of the GTP and GWP imply that using even a purely physical metric in an economic policy context involves an implicit economic valuation.

In both cases, a number of simplifying assumptions must be made for these approximations to hold (Tol et al., 2012). For example, in the case of the GWP, the influence of emissions on RF, and therefore implicitly on costs to society, beyond the time horizon is not taken into account, and there are substantial numerical differences between GWP and GDP values (Marten and Newbold, 2012). In the case of the GTP, the influence of emissions on temperature change (and costs) is



**Figure 8.30 |** Global Temperature change Potential (GTP(*t*)) for CH₄, nitrous oxide and BC for each year from year of emission to the time at which the temperature change target is reached. The (time-invariant) GWP₁₀₀ is also shown for N₂O and CH₄ for comparison.

BLM_0151229

**8**

included only at the time the target is reached, but not before nor after. Other metrics have been developed to more closely approximate GCPs or GDPs. The Cost-Effective Temperature Potential (CETP) reproduces values of the GCP more closely than does the GTP (Johansson, 2012). It is similar to the GTP but accounts for post-target temperature effects based on an assumption about how to value costs beyond the time the target is reached. Metrics have also been proposed that take into account forcing or temperature effects that result from emissions trajectories over broad time spans, and that behave similarly to GCP and GTP (Tanaka et al., 2009; Manning and Reisinger, 2011) or to GWP (e.g., O'Neill, 2000; Peters et al., 2011a; Gillett and Matthews, 2010; Azar and Johansson, 2012).

### 8.7.1.6   Synthesis

In the application and evaluation of metrics, it is important to distinguish between two main sources of variation in metric values. While scientific choices of input data have to be made, there are also choices involving value judgements. For some metrics such choices are not always explicit and transparent. The choice of metric type and time horizon will for many components have a much larger effect than improved estimates of input parameters and can have strong effects on perceived impacts of emissions and abatement strategies.

In addition to progress in understanding of GWP, new concepts have been introduced or further explored since AR4. Time variant metrics introduce more dynamical views of the temporal contributions that accounts for the proximity to a prescribed target (in contrast to the traditional static GWP). Time variant metrics can be presented in a format that makes changing metric values over time predictable.

As metrics use parameters further down the cause effect chain the metrics become in general more policy relevant, but at the same time the uncertainties increase. Furthermore, metrics that account for regional variations in sensitivity to emissions or regional variation in response could give a very different emphasis to various emissions. Many species, especially NTCFs, produce distinctly regionally heterogeneous RF and climate response patterns. These aspects are not accounted for in the commonly used global scale metrics.

The GWPs and GTPs have had inconsistent treatment of indirect effects and feedbacks. The GWPs reported in AR4 include climate–carbon feedbacks for the reference gas $CO_2$ but not for the non-$CO_2$ gases. Such feedbacks may have significant impacts on metrics and should be treated consistently. More studies are needed to assess the importance of consistent treatment of indirect effects/feedbacks in metrics.

The weighting of effects over time—choice of time horizon in the case of GWP and GTP—is value based. Discounting is an alternative, which also includes value judgements and is equally controversial. The weighting used in the GWP is a weight equal to one up to the time horizon and zero thereafter, which is not in line with common approaches for evaluation of future effects in economics (e.g., as in WGIII, Chapter 3). Adoption of a fixed horizon of e.g., 20, 100 or 500 years will inevitably put no weight on the long-term effect of $CO_2$ beyond the time horizon (Figure 8.28 and Box 6.1). While GWP integrates the effects up to a chosen time horizon the GTP gives the temperature just for one

chosen year with no weight on years before or after. The most appropriate metric depends on the particular application and which aspect of climate change is considered relevant in a given context. The GWP is not directly related to a temperature limit such as the 2°C target (Manne and Richels, 2001; Shine et al., 2007; Manning and Reisinger, 2011; Smith et al., 2012; Tol et al., 2012; Tanaka et al., 2013), whereas some economic metrics and physical end-point metrics like the GTP may be more suitable for this purpose.

To provide metrics that can be useful to the users and policymakers a more effective dialog and discussion on three topics is needed: (1) which applications particular metrics are meant to serve; (2) how comprehensive metrics need to be in terms of indirect effects and feedbacks, and economic dimensions; and—related to this (3) how important it is to have simple and transparent metrics (given by analytical formulations) versus more complex model-based and thus model-dependent metrics. These issues are also important to consider in a wider disciplinary context (e.g., across the IPCC Working Groups). Finally, it is important to be aware that all metric choices, even 'traditional' or 'widely used' metrics, contain implicit value judgements as well as large uncertainties.

### 8.7.2   Application of Metrics

#### 8.7.2.1   Metrics for Carbon Dioxide, Methane, Nitrous Oxide, Halocarbons and Related Compounds

Updated (A)GWP and (A)GTP values for $CO_2$, $CH_4$, $N_2O$, CFCs, HCFCs, bromofluorocarbons, halons, HFCs, PFCs, $SF_6$, $NF_3$, and related halogen-containing compounds are given for some illustrative and tentative time horizons in Tables 8.7, 8.A.1 and Supplementary Material Table 8.SM.16. The input data and methods for calculations of GWPs and GTPs are documented in the Supplementary Material Section 8.SM.13. Indirect GWPs that account for the RF caused by depletion of stratospheric ozone (consistent with Section 8.3.3) are given for selected gases in Table 8.A.2.

The *confidence* in the ability to provide useful metrics at time scales of several centuries is *very low* due to nonlinear effects, large uncertainties for multi-century processes and strong assumptions of constant background conditions. Thus, we do not give metric values for longer time scales than 100 years (see discussion in Supplementary Material Section 8.SM.11). However, these time scales are important to consider for gases such as $CO_2$, $SF_6$ and PFCs. For $CO_2$, as much as 20 to 40% of the initial increase in concentration remains after 500 years. For PFC-14, 99% of an emission is still in the atmosphere after 500 years. The effects of emissions on these time scales are discussed in Chapter 12.

The GWP values have changed from previous assessments due to new estimates of lifetimes, impulse response functions and radiative efficiencies. These are updated due to improved knowledge and/or changed background levels. Because $CO_2$ is used as reference, any changes for this gas will affect all metric values via AGWP changes. Figure 8.31 shows how the values of radiative efficiency (RE), integrated impulse response function (IRF) and consequentially AGWP for $CO_2$ have changed from earlier assessments relative to AR5 values. The net effect of change in RE and IRF is an increase of approximately 1% and

BLM_0151230



**Figure 8.31** | Changes in the radiative efficiency (RE), integrated impulse response function (IRF) and Absolute Global Warming Potential (AGWP) for $CO_2$ for 100 years from earlier IPCC Assessment Reports normalized relative to the values given in AR5. The 'original' values are calculated based on the methods explained or value reported in each IPCC Assessment Report. The 'updated' values are calculated based on the methods used in AR5, but the input values from each Assessment Report. The difference is primarily in the formula for the RE, which was updated in TAR. The different integrated IRF in TAR relates to a different parameterisation of the same IRF (WMO, 1999). Changes represent both changes in scientific understanding and a changing background atmospheric $CO_2$ concentration (note that y-axis starts from 0.8). The lines connecting individual points are a visual guide and not to represent the values between different Assessment Reports.

6% from AR4 to AR5 in AGWP for $CO_2$ for 20 and 100 years, respectively (see Supplementary Material Section 8.SM.12). These increases in the AGWP of the reference gas lead to corresponding decreases in the GWPs for all non-$CO_2$ gases. Continued increases in the atmospheric levels of $CO_2$ will lead to further changes in GWPs (and GTPs) in the future.

To understand the factors contributing to changes relative to AR4, comparisons are made here using the AR5 values that include climate–carbon feedbacks for $CO_2$ only. Relative to AR4 the $CH_4$ AGWP has changed due to changes in perturbation lifetime, a minor change in RE due to an increase in background concentration, and changes in the estimates of indirect effects. The indirect effects on $O_3$ and stratospheric $H_2O$ are accounted for by increasing the effect of $CH_4$ by 50% and 15%, respectively (see Supplementary Material Table 8.SM.12). The ozone effect has doubled since AR4 taking into account more recent studies as detailed in Sections 8.3.3 and 8.5.1. Together with the changes in AGWP for $CO_2$ the net effect is increased GWP values of $CH_4$.

The GWPs for $N_2O$ are lower here compared to AR4. A longer perturbation lifetime is used in AR5, while the radiative efficiency is lower due to increased abundances of $CH_4$ and $N_2O$. In addition, the reduction in $CH_4$ via stratospheric $O_3$, UV fluxes and OH levels due to increased $N_2O$ abundance is included in GWPs and GTP. Owing to large uncertainties related to altitude of changes, we do not include the RF from stratospheric ozone changes as an indirect effect of $N_2O$.

Lifetimes for most of the halocarbons are taken from WMO (2011) and many of these have changed from AR4. The lifetimes of CFC-114, CFC-115 and HCF-161 are reduced by approximately 40%, while HFC-152

is reduced by one third. Among the hydrofluoroethers (HFEs) there are also several large changes in lifetimes. In addition, substantial updates of radiative efficiencies are made for several important gases; CFC-11, CFC-115, HCFC-124, HCFC-225cb, HFC-143a, HFC-245fa, $CCl_4$, $CHCl_3$, and $SF_6$. The radiative efficiency for carbon tetrachloride ($CCl_4$) is higher now and the $GWP_{100}$ has increased by almost 25% from AR4. Uncertainties in metric values are given in Section 8.7.1.4. See also Supplementary Material Section 8.SM.12 and footnote to Table 8.A.1. As can be seen from Table 8.A.2, some ODS have strong indirect effects through stratospheric ozone forcing, which for some of the gases reduce their net $GWP_{100}$ values substantially (and for the halons, to large negative values). Note that, consistent with Section 8.3.3, the uncertainties are large; ±100% for this indirect effect.

When climate-carbon feedbacks are included for both the non-$CO_2$ and reference gases, all metric values increase relative to the methodology used in AR4, sometimes greatly (Table 8.7, Supplementary Material Table 8.SM.16). Though the uncertainties range for these metric values is greater, as uncertainties in climate-carbon feedbacks are substantial, these calculations provide a more consistent methodology.

### 8.7.2.2   Metrics for Near-Term Climate Forcers

The GWP concept was initially used for the WMGHGs, but later for NTCFs as well. There are, however, substantial challenges related to calculations of GWP (and GTP) values for these components, which is reflected in the large ranges of values in the literature. Below we present and assess the current status of knowledge and quantification of metrics for various NTCFs.

#### 8.7.2.2.1   Nitrogen oxides

Metric values for $NO_X$ usually include the short-lived ozone effect, $CH_4$ changes and the $CH_4$-controlled $O_3$ response. $NO_X$ also causes RF through nitrate formation, and via $CH_4$ it affects stratospheric $H_2O$ and through ozone it influences $CO_2$. In addition, $NO_x$ affects $CO_2$ through nitrogen deposition (fertilization effect). Due to high reactivity and the many nonlinear chemical interactions operating on different time scales, as well as heterogeneous emission patterns, calculation of net climate effects of $NO_X$ is difficult. The net effect is a balance of large opposing effects with very different temporal behaviours. There is also a large spread in values among the regions due to variations in chemical and physical characteristics of the atmosphere.

As shown in Table 8.A.3 the GTP and GWP values are very different. This is due to the fundamentally different nature of these two metrics (see Figure 8.28) and the way they capture the temporal behaviour of responses to $NO_X$ emissions. Time variation of GTP for $NO_X$ is complex, which is not directly seen by the somewhat arbitrary choices of time horizon, and the net GTP is a fine balance between the contributing terms. The general pattern for $NO_X$ is that the short-lived ozone forcing is always positive, while the $CH_4$-induced ozone forcing and $CH_4$ forcing are always negative (see Section 8.5.1). Nitrate aerosols from $NO_X$ emission are not included in Table 8.A.3. For the GTP, all estimates for $NO_X$ from surface sources have a negative net effect. As discussed in Section 8.7.1.4 Collins et al. (2010) and Shindell et al. (2009) implemented further indirect effects, but these are not included in Table

8

BLM_0151231

8.A.3 due to large uncertainties. The metric estimates for $NO_X$ reflect the level of knowledge, but they also depend on experimental design, treatment of transport processes, and modelling of background levels. The multi-model study by Fry et al. (2012) shows the gaseous chemistry response to $NO_X$ is relatively robust for European emissions, but that the uncertainty is so large that for some regions of emissions it is not possible to conclude whether $NO_X$ causes cooling or warming.

#### 8.7.2.2.2    Carbon monoxide and volatile organic compounds

Emissions of carbon monoxide (CO) and volatile organic compounds (VOCs) lead to production of ozone on short time scales. By affecting OH and thereby the levels of $CH_4$ they also initiate a positive long-term ozone effect. With its lifetime of 2 to 3 months, the effect of CO emissions is less dependent on location than is the case for $NO_X$ (see Table 8.A.4). There is also less variation across models. However, Collins et al. (2010) found that inclusion of vegetation effects of $O_3$ increased the GTP values for CO by 20 to 50%. By including aerosol responses Shindell et al. (2009) found an increase in $GWP_{100}$ by a factor of ~2.5. CO of fossil origin will also have a forcing effect by contributing to $CO_2$ levels. This effect adds 1.4 to 1.6 to the $GWP_{100}$ for CO (Daniel and Solomon, 1998; Derwent et al., 2001). (The vegetation and aerosol effects are not included in the numbers in Table 8.A.4.)

VOC is not a well-defined group of hydrocarbons. This group of gases with different lifetimes is treated differently across models by lumping or using representative key species. However, the spread in metric values in Table 8.A.5 is moderate across regions, with highest values for emissions in South Asia (of the four regions studied). The effects via ozone and $CH_4$ cause warming, and the additional effects via interactions with aerosols and via the $O_3$–$CO_2$ link increase the warming effect further. Thus, the net effects of CO and VOC are less uncertain than for $NO_X$ for which the net is a residual between larger terms of opposite sign. However, the formation of SOAs is usually not included in metric calculations for VOC, which introduces a cooling effect and increased uncertainty.

#### 8.7.2.2.3    Black carbon and organic carbon

Most of the metric values for BC in the literature include the aerosol–radiation interaction and the snow/ice albedo effect of BC, though whether external or internal mixing is used varies between the studies. Bond et al. (2011) calculate GWPs and find that when the albedo effect is included the values increase by 5 to 15%. Studies have shown, however, that the climate response per unit forcing to this mechanism is stronger than for WMGHG (see Section 7.5).

Bond et al. (2013) assessed the current understanding of BC effects and calculated GWP and GTP for BC that includes aerosol–radiation interaction, aerosol–cloud interactions and albedo. As shown in Table 8.A.6 the uncertainties are wide for both metrics (for 90% uncertainty range) reflecting the current challenges related to understanding and quantifying the various effects (see Sections 7.5, 8.3.4 and 8.5.1). Their aerosol–radiation interaction effect is about 65% of the total effect while the albedo effect is approximately 20% of the aerosol–radiation interaction effect. Based on two studies (Rypdal et al., 2009; Bond et al., 2011), the GWP and GTP metrics were found to vary with

the region where BC is emitted by about ±30% . For larger regions of emissions, Collins et al. (2013) calculated GWPs and GTPs for the direct effect of BC and found somewhat lower variations among the regions.

Several studies have focused on the effects of emissions of BC and OC from different regions (Bauer et al., 2007; Koch et al., 2007; Naik et al., 2007; Reddy and Boucher, 2007; Rypdal et al., 2009). However, examination of results from these models (Fuglestvedt et al., 2010) reveals that there is not a robust relationship between the region of emission and the metric value — hence, regions that yield the highest metric value in one study, do not, in general, do so in the other studies.

The metric values for OC are quite consistent across studies, but fewer studies are available (see Table 8.A.6). A brief overview of metric values for other components is given in the Supplementary Material Section 8.SM.14.

#### 8.7.2.2.4    Summary of status of metrics for near-term climate forcers

The metrics provide a format for comparing the magnitudes of the various emissions as well as for comparing of emissions from different regions. They can also be used for comparing results from different studies. Much of the spread in results is due to differences in experimental design and how the models treat physical and chemical processes. Unlike most of the WMGHGs, many of the NTCFs are tightly coupled to the hydrologic cycle and atmospheric chemistry, leading to a much larger spread in results as these are highly complex processes that are difficult to validate on the requisite small spatial and short temporal scales. The confidence level is lower for many of the NTCF compared to WMGHG and much lower where aerosol–cloud interactions are important (see Section 8.5.1). There are particular difficulties for $NO_X$, because the net impact is a small residual of opposing effects with quite different spatial distributions and temporal behaviour. Although climate–carbon feedbacks for non-$CO_2$ emissions have not been included in the NTCF metrics (other than $CH_4$) presented here, they can greatly increase those values (Collins et al., 2013) and likely provide more realistic results.

### 8.7.2.3    Impact by Emitted Component

We now use the metrics evaluated here to estimate climate impacts of various components (in a forward looking perspective). Figure 8.32 shows global anthropogenic emissions of some selected components weighted by the GWP and GTP. The time horizons are chosen as examples and illustrate how the perceived impacts of components—relative to the impact of the reference gas—vary strongly as function of impact parameter (integrated RF in GWP or end-point temperature in GTP) and with time horizon.

We may also calculate the temporal development of the temperature responses to pulse or sustained emissions using the AGTP metric. Figure 8.33 shows that for a one-year pulse the impacts of NTCF decay quickly owing to their atmospheric adjustment times even if effects are prolonged due to climate response time (in the case of constant emissions the effects reach approximately constant levels since the emissions are replenished each year, except for $CO_2$, which has a fraction



**Figure 8.32** | Global anthropogenic emissions weighted by GWP and GTP for chosen time horizons (aerosol–cloud interactions are not included). Emission data for 2008 are taken from the EDGAR database. For BC and OC emissions for 2005 are from Shindell et al. (2012a). The units are 'CO₂ equivalents' which reflects equivalence only in the impact parameter of the chosen metric (integrated RF over the chosen time horizon for GWP; temperature change at the chosen point in time for GTP), given as Pg(CO₂)₍₎ (left axis) and given as PgC₍₎ (right axis). There are large uncertainties related to the metric values and consequentially also to the calculated CO₂ equivalents (see text).

remaining in the atmosphere on time scales of centuries. Figure 8.33 also shows how some components have strong short-lived effects of both signs while CO₂ has a weaker initial effect but one that persists to create a long-lived warming effect. Note that there are large uncertainties related to the metric values (as discussed in Section 8.7.1.4); especially for the NTCFs.

These examples show that the outcome of comparisons of effects of emissions depends strongly on choice of time horizon and metric type. Such end-user choices will have a strong influence on the calculated contributions from NTCFs versus WMGHGs or non-CO₂ versus CO₂ emissions. Thus, each specific analysis should use a design chosen in light of the context and questions being asked.

### 8.7.2.4   Metrics and Impacts by Sector

While the emissions of WMGHGs vary strongly between sectors, the climate impacts of these gases are independent of sector. The latter is not the case for chemically active and short-lived components, due to the dependence of their impact on the emission location. Since most sectors have multiple co-emissions, and for NTCFs some of these are warming while others are cooling, the net impact of a given sector requires explicit calculations. Since AR4, there has been significant progress in the understanding and quantification of climate impacts of NTCFs from sectors such as transportation, power production and biomass burning (Berntsen and Fuglestvedt, 2008; Skeie et al., 2009; Stevenson and Derwent, 2009; Lee et al., 2010; Unger et al., 2010; Dahlmann et al., 2011). Supplementary Material Table 8.SM.18 gives an overview of recent published metric values for various components by sector.

The impact from sectors depends on choice of metric, time horizon, pulse versus sustained emissions and forward versus backward looking perspective (see Section 8.7.1 and Box 8.4). Unger et al. (2010) calculated RF for a set of components emitted from each sector. RF at chosen points in time (20 and 100 years) for *sustained* emissions was used by Unger et al. (2010) as the metric for comparison. This is comparable



**Figure 8.33** | Temperature response by component for total anthropogenic emissions for a 1-year pulse. Emission data for 2008 are taken from the EDGAR database and for BC and OC for 2005 from Shindell et al. (2012a). There are large uncertainties related to the AGTP values and consequentially also to the calculated temperature responses (see text).

to using integrated RF up to the chosen times for *pulse* emissions (as in GWPs). Such studies are relevant for policymaking that focuses on regulating the *total activity* of a sector or for understanding the contribution from a sector to climate change. On the other hand, the fixed mix of emissions makes it less general and relevant for emission scenarios. Alternatively, one may adopt a component-by-component view which is relevant for policies directed towards specific components (or sets of components, as controlling an individual pollutant in isolation is usually not practical). But this view will not capture interactions and non-linearities within the suite of components emitted by most sectors. The effects of specific emission control technologies or policies or projected societal changes on the mix of emissions is probably the most relevant type of analysis, but there are an enormous number of possible actions and regional details that could be investigated. Henze et al. (2012) demonstrate a method for providing highly spatially resolved

719

**8**

estimates of forcing per component, and caution that RF aggregated over regions or sectors may not represent the impacts of emissions changes on finer scales.

Metrics for individual land-based sectors are often similar to the global mean metric values (Shindell et al., 2008). In contrast, metrics for emissions from aviation and shipping usually show large differences from global mean metric values (Table 8.A.3 versus Table 8.SM.18). Though there can sometimes be substantial variation in the impact of land-based sectors across regions, and for a particular region even from one sector to another, variability between different land-based sources is generally smaller than between land, sea and air emissions.

$NO_x$ from aviation is one example where the metric type is especially important. $GWP_{20}$ values are positive due to the strong response of short-lived ozone. Reported $GWP_{100}$ and $GTP_{100}$ values are of either sign, however, due to the differences in balance between the individual effects modelled. Even if the models agree on the net effect of $NO_x$, the individual contributions can differ significantly, with large uncertainties stemming from the relative magnitudes of the $CH_4$ and $O_3$ responses (Myhre et al., 2011) and the background tropospheric concentrations of $NO_x$ (Holmes et al., 2011; Stevenson and Derwent, 2009). Köhler et al. (2013), find strong regional sensitivity of ozone and $CH_4$ to $NO_x$ particularly at cruise altitude. Generally, they find the strongest effects at low latitudes. For the aviation sector contrails and contrail induced cirrus are also important. Based on detailed studies in the literature, Fuglestvedt et al. (2010) produced GWP and GTP for contrails, water vapor and contrail-induced cirrus.

The GWP and GTPs for $NO_x$ from shipping are strongly negative for all time horizons. The strong positive effect via $O_3$ due to the low-$NO_x$ environment into which ships generally emit $NO_x$ is outweighed by the stronger effect on $CH_4$ destruction due to the relatively lower latitudes of these emissions compared to land-based sources.

In addition to having large emissions of $NO_x$ the shipping sector has large emission of $SO_2$. The direct $GWP_{100}$ for shipping ranges from –11 to –43 (see Supplementary Material Table 8.SM.18). Lauer et al. (2007) reported detailed calculations of the indirect forcing specifically for this sector and found a wide spread of values depending on the emission inventory. Righi et al. (2011) and Peters et al. (2012) calculate indirect effects that are 30 to 50% lower than the indirect forcing reported by Lauer et al. (2007). The values from Shindell and Faluvegi (2010) for $SO_2$ from power generation are similar to those for shipping.

Although the various land transport sectors often are treated as one aggregate (e.g., road transport) there are important subdivisions. For instance, Bond et al. (2013) points out that among the BC-rich sectors they examined, diesel vehicles have the most clearly positive net impact on forcing. Studies delving even further have shown substantial differences between trucks and cars, gasoline and diesel vehicles, and low-sulphur versus high-sulphur fuels. Similarly, for power production there are important differences depending on fuel type (coal, oil, gas; e.g., Shindell and Faluvegi, 2010).

In the assessment of climate impacts of current emissions by sectors we give examples and apply a forward-looking perspective on effects

in terms of temperature change. The AGTP concept can be used to study the effects of the various components for chosen time horizons. A single year's worth of current global emissions from the energy and industrial sectors have the largest contributions to warming after 100 years (see Figure 8.34a). Household fossil fuel and biofuel, biomass burning and on-road transportation are also relatively large contributors to warming over 100-year time scales. Those same sectors, along with sectors that emit large amounts of $CH_4$ (animal husbandry, waste/landfills and agriculture), are most important over shorter time horizons (about 20 years; see Figure 8.34b).

Analysing climate change impacts by using the net effect of particular activities or sectors may—compared to other perspectives—provide more insight into how societal actions influence climate. Owing to large variations in mix of short- and long-lived components, as well as cooling and warming effects, the results will also in these cases depend strongly on choice of time horizon and climate impact parameter. Improved understanding of aerosol–cloud interactions, and how those are attributed to individual components is clearly necessary to refine estimates of sectoral or emitted component impacts.





**Figure 8.34 |** Net global mean temperature change by source sector after (a) 100 and (b) 20 years (for 1-year pulse emissions). Emission data for 2008 are taken from the EDGAR database. For BC and OC anthropogenic emissions are from Shindell et al. (2012a) and biomass burning emissions are from Lamarque et al. (2010), see Supplementary Material Section 8.SM.17. There are large uncertainties related to the AGTP values and consequentially also to the calculated temperature responses (see text).

# References

Aaheim, A., J. Fuglestvedt, and O. Godal, 2006: Costs savings of a flexible multi-gas climate policy. *Energy J.* (**Special Issue No. 3**), 485–501.

Abreu, J., J. Beer, F. Steinhilber, S. Tobias, and N. Weiss, 2008: For how long will the current grand maximum of solar activity persist? *Geophys. Res. Lett.*, **35**, L20109.

Ackerley, D., B. B. B. Booth, S. H. E. Knight, E. J. Highwood, D. J. Frame, M. R. Allen, and D. P. Rowell, 2011: Sensitivity of twentieth-century Sahel rainfall to sulfate aerosol and CO₂ forcing. *J. Clim.*, 24, 4999–5014.

Allan, W., H. Struthers, and D. C. Lowe, 2007: Methane carbon isotope effects caused by atomic chlorine in the marine boundary layer: Global model results compared with Southern Hemisphere measurements. *J. Geophys. Res. Atmos.*, **112**, D04306.

Ammann, C. M., and P. Naveau, 2003: Statistical analysis of tropical explosive volcanism occurrences over the last 6 centuries. *Geophys. Res. Lett.*, **30**, 1210.

Ammann, C. M., and P. Naveau, 2010: A statistical volcanic forcing scenario generator for climate simulations. *J. Geophys. Res. Atmos.*, **115**, D05107.

Anchukaitis, K. J., B. M. Buckley, E. R. Cook, B. I. Cook, R. D. D'Arrigo, and C. M. Ammann, 2010: Influence of volcanic eruptions on the climate of the Asian monsoon region. *Geophys. Res. Lett.*, **37**, L22703.

Andersen, M., D. Blake, F. Rowland, M. Hurley, and T. Wallington, 2009: Atmospheric chemistry of sulfuryl fluoride: Reaction with OH radicals, Cl atoms and O₃, atmospheric lifetime, IR spectrum, and global warming potential. *Environ. Sci. Technol.*, **43**, 1067–1070.

Andersen, M., V. Andersen, O. Nielsen, S. Sander, and T. Wallington, 2010: Atmospheric chemistry of HCF₂O(CF₂CF₂O)(x)CF₂H (x=2–4): Kinetics and mechanisms of the chlorine-atom-initiated oxidation. *Chemphyschem*, **11**, 4035–4041.

Andrews, T., and P. M. Forster, 2008: CO₂ forcing induces semi-direct effects with consequences for climate feedback interpretations. *Geophys. Res. Lett.*, **35**, L04802.

Andrews, T., M. Doutriaux-Boucher, O. Boucher, and P. M. Forster, 2011: A regional and global analysis of carbon dioxide physiological forcing and its impact on climate. *Clim. Dyn.*, **36**, 783–792.

Andrews, T., J. Gregory, M. Webb, and K. Taylor, 2012a: Forcing, feedbacks and climate sensitivity in CMIP5 coupled atmosphere-ocean climate models. *Geophys. Res. Lett.*, **39**, L09712.

Andrews, T., P. Forster, O. Boucher, N. Bellouin, and A. Jones, 2010: Precipitation, radiative forcing and global temperature change. *Geophys. Res. Lett.*, **37**, doi:10.1029/2010GL043991, L14701.

Andrews, T., M. Ringer, M. Doutriaux-Boucher, M. Webb, and W. Collins, 2012b: Sensitivity of an Earth system climate model to idealized radiative forcing. *Geophys. Res. Lett.*, **39**, L10702.

Antuña, J. C., A. Robock, G. Stenchikov, J. Zhou, C. David, J. Barnes, and L. Thomason, 2003: Spatial and temporal variability of the stratospheric aerosol cloud produced by the 1991 Mount Pinatubo eruption. *J. Geophys. Res. Atmos.*, **108**, 4624.

Archibald, A. T., M. E. Jenkin, and D. E. Shallcross, 2010: An isoprene mechanism intercomparison. *Atmos. Environ.*, **44**, 5356–5364.

Archibald, A. T., et al., 2011: Impacts of HO(x) regeneration and recycling in the oxidation of isoprene: Consequences for the composition of past, present and future atmospheres. *Geophys. Res. Lett.*, **38**, L05804.

Arnold, T., et al., 2013: Nitrogen trifluoride global emissions estimated from updated atmospheric measurements, Proc. Natl. Acad. Sci. U.S.A, **110**, 2029-2034.

Arora, V. K., and A. Montenegro, 2011: Small temperature benefits provided by realistic afforestation efforts. *Nature Geosci.*, **4**, 514–518.

Arora, V. K., et al., 2013: Carbon-concentration and carbon-climate feedbacks in CMIP5 Earth system models. *J. Clim.*, **26**, 5289-5314.

Ashmore, M. R., 2005: Assessing the future global impacts of ozone on vegetation. *Plant Cell Environ.*, **28**, 949–964.

Azar, C., and D. J. A. Johansson, 2012: On the relationship between metrics to compare greenhouse gases—the case of IGTP, GWP and SGTP. *Earth Syst. Dynam.*, **3**, 139–147.

Baasandorj, M., A. R. Ravishankara, and J. B. Burkholder, 2011: Atmospheric chemistry of (Z)-CF₃CH=CHCF₃: OH radical reaction rate coefficient and global warming potential. *J. Phys. Chem. A*, **115**, 10539–10549.

Baasandorj, M., G. Knight, V. Papadimitriou, R. Talukdar, A. Ravishankara, and J. Burkholder, 2010: Rate coefficients for the gas-phase reaction of the hydroxyl radical with CH₂ = CHF and CH₂ = CF₂. *J. Phys. Chem. A*, **114**, 4619–4633.

Bala, G., K. Caldeira, M. Wickett, T. J. Phillips, D. B. Lobell, C. Delire, and A. Mirin, 2007: Combined climate and carbon-cycle effects of large-scale deforestation. *Proc. Natl. Acad. Sci. U.S.A.*, **104**, 6550–6555.

Baliunas, S., and R. Jastrow, 1990: Evidence for long-term brightness changes of solar-type stars. *Nature*, **348**, 520–523.

Ball, W., Y. Unruh, N. Krivova, S. Solanki, T. Wenzler, D. Mortlock, and A. Jaffe, 2012: Reconstruction of total solar irradiance 1974–2009. *Astron. Astrophys.*, **541**, A27.

Ban-Weiss, G., L. Cao, G. Bala, and K. Caldeira, 2012: Dependence of climate forcing and response on the altitude of black carbon aerosols. *Clim. Dyn.*, **38**, 897–911.

Barnes, C. A., and D. P. Roy, 2008: Radiative forcing over the conterminous United States due to contemporary land cover land use albedo change. *Geophys. Res. Lett.*, **35**, L09706.

Bathiany, S., M. Claussen, V. Brovkin, T. Raddatz, and V. Gayler, 2010: Combined biogeophysical and biogeochemical effects of large-scale forest cover changes in the MPI earth system model. *Biogeosciences*, **7**, 1383–1399.

Bauer, S., D. Koch, N. Unger, S. Metzger, D. Shindell, and D. Streets, 2007: Nitrate aerosols today and in 2030: A global simulation including aerosols and tropospheric ozone. *Atmos. Chem. Phys.*, **7**, 5043–5059.

Bekki, S., J. A. Pyle, W. Zhong, R. Toumi, J. D. Haigh, and D. M. Pyle, 1996: The role of microphysical and chemical processes in prolonging the climate forcing of the Toba eruption. *Geophys. Res. Lett.*, **23**, 2669–2672.

Bellouin, N., J. Rae, A. Jones, C. Johnson, J. Haywood, and O. Boucher, 2011: Aerosol forcing in the Climate Model Intercomparison Project (CMIP5) simulations by HadGEM2–ES and the role of ammonium nitrate. *J. Geophys. Res. Atmos.*, **116**, D20206.

Bernier, P. Y., R. L. Desjardins, Y. Karimi-Zindashty, D. Worth, A. Beaudoin, Y. Luo, and S. Wang, 2011: Boreal lichen woodlands: A possible negative feedback to climate change in eastern North America. *Agr. Forest Meteorol.*, **151**, 521–528.

Berntsen, T., and J. Fuglestvedt, 2008: Global temperature responses to current emissions from the transport sectors. *Proc. Natl. Acad. Sci. U.S.A.*, **105**, 19154–19159.

Berntsen, T. K., et al., 1997: Effects of anthropogenic emissions on tropospheric ozone and its radiative forcing. *J. Geophys. Res. Atmos.*, **102**, 28101–28126.

Betts, R., 2000: Offset of the potential carbon sink from boreal forestation by decreases in surface albedo. *Nature*, **408**, 187–190.

Betts, R. A., P. D. Falloon, K. K. Goldewijk, and N. Ramankutty, 2007: Biogeophysical effects of land use on climate: Model simulations of radiative forcing and large-scale temperature change. *Agr. Forest Meteorol.*, **142**, 216–233.

Biasutti, M., and A. Giannini, 2006: Robust Sahel drying in response to late 20th century forcings. *Geophys. Res. Lett.*, **33**, L11706.

Blowers, P., K. F. Tetrault, and Y. Trujillo-Morehead, 2008: Global warming potential predictions for hydrofluoroethers with two carbon atoms. *Theor. Chem. Acc.*, **119**, 369–381.

Blowers, P., D. Moline, K. Tetrault, R. Wheeler, and S. Tuchawena, 2007: Prediction of radiative forcing values for hydrofluoroethers using density functional theory methods. *J. Geophys. Res. Atmos.*, **112**, D15108.

Boer, G., and B. Yu, 2003: Climate sensitivity and response. *Clim. Dyn.*, **20**, 415–429.

Bollasina, M. A., Y. Ming, and V. Ramaswamy, 2011: Anthropogenic aerosols and the weakening of the South Asian summer monsoon. *Science*, **334**, 502–505.

Bond, T., C. Zarzycki, M. Flanner, and D. Koch, 2011: Quantifying immediate radiative forcing by black carbon and organic matter with the Specific Forcing Pulse. *Atmos. Chem. Phys.*, **11**, 1505–1525.

Bond, T. C., et al., 2007: Historical emissions of black and organic carbon aerosol from energy-related combustion, 1850–2000. *Global Biogeochem. Cycles*, **21**, Gb2018.

Bond, T. C., et al., 2013: Bounding the role of black carbon in the climate system: A scientific assessment. *J. Geophys. Res. Atmos.*, **118**, doi:10.1002/jgrd.50171, 5380-5552.

Bonfils, C., and D. Lobell, 2007: Empirical evidence for a recent slowdown in irrigation-induced cooling. *Proc. Natl. Acad. Sci. U.S.A.*, **104**, 13582–13587.

Bonfils, C. J. W., T. J. Phillips, D. M. Lawrence, P. Cameron-Smith, W. J. Riley, and Z. M. Subin, 2012: On the influence of shrub height and expansion on northern high latitude climate. *Environ. Res. Lett.*, **7**, 015503.

BLM_0151235

Booth, B., N. Dunstone, P. Halloran, T. Andrews, and N. Bellouin, 2012: Aerosols implicated as a prime driver of twentieth-century North Atlantic climate variability. *Nature*, 485, 534–534.

Boucher, O., 2012: Comparison of physically- and economically-based CO₂-equivalences for methane. *Earth Syst. Dyn.*, 3, 49–61.

Boucher, O., and J. Haywood, 2001: On summing the components of radiative forcing of climate change. *Clim. Dyn.*, 18, 297–302.

Boucher, O., and M. Reddy, 2008: Climate trade-off between black carbon and carbon dioxide emissions. *Energy Policy*, 36, 193–200.

Boucher, O., P. Friedlingstein, B. Collins, and K. P. Shine, 2009: The indirect global warming potential and global temperature change potential due to methane oxidation. *Environ. Res. Lett.*, 4, 044007.

Bourassa, A. E., et al., 2012: Large volcanic aerosol load in the stratosphere linked to Asian monsoon transport. *Science*, 337, 78–81.

Bourassa, A. E., et al., 2013: Response to Comments on "Large Volcanic Aerosol Load in the Stratosphere Linked to Asian Monsoon Transport". *Science*, 339, 6120.

Bowman, D., et al., 2009: Fire in the Earth System. *Science*, 324, 481–484.

Bowman, K. W., et al., 2013: Evaluation of ACCMIP outgoing longwave radiation from tropospheric ozone using TES satellite observations. *Atmos. Chem. Phys.*, 13, 4057–4072.

Bradford, D., 2001: Global change – Time, money and tradeoffs. *Nature*, 410, 649–650.

Bravo, I., et al., 2010: Infrared absorption spectra, radiative efficiencies, and global warming potentials of perfluorocarbons: Comparison between experiment and theory. *J. Geophys. Res. Atmos.*, 115, D24317.

Brovkin, V., et al., 2010: Sensitivity of a coupled climate-carbon cycle model to large volcanic eruptions during the last millennium. *Tellus B*, 62, 674–681.

Calvin, K., et al., 2012: The role of Asia in mitigating climate change: Results from the Asia modeling exercise. *Energ. Econ.*, 34, S251–S260.

Campra, P., M. Garcia, Y. Canton, and A. Palacios-Orueta, 2008: Surface temperature cooling trends and negative radiative forcing due to land use change toward greenhouse farming in southeastern Spain. *J. Geophys. Res. Atmos.*, 113, D18109.

Carlton, A. G., R. W. Pinder, P. V. Bhave, and G. A. Pouliot, 2010: To what extent can biogenic SOA be controlled? *Environ. Sci. Technol.*, 44, 3376–3380.

Carslaw, K. S., O. Boucher, D. V. Spracklen, G. W. Mann, J. G. L. Rae, S. Woodward, and M. Kulmala, 2010: A review of natural aerosol interactions and feedbacks within the Earth system. *Atmos. Chem. Phys.*, 10, 1701–1737.

Chang, W. Y., H. Liao, and H. J. Wang, 2009: Climate responses to direct radiative forcing of anthropogenic aerosols, tropospheric ozone, and long-lived greenhouse gases in Eastern China over 1951–2000. *Adv. Atmos. Sci.*, 26, 748–762.

Chen, W. T., A. Nenes, H. Liao, P. J. Adams, J. L. F. Li, and J. H. Seinfeld, 2010: Global climate response to anthropogenic aerosol indirect effects: Present day and year 2100. *J. Geophys. Res. Atmos.*, 115, D12207.

Cherubini, F., G. Guest, and A. Strømman, 2012: Application of probablity distributions to the modelling of biogenic CO₂ fluxes in life cycle assessment. *Global Change Biol.*, 4, doi:10.1111/j.1757–1707.2011.01156.x, 784-798.

Cherubini, F., G. Peters, T. Berntsen, A. Stromman, and E. Hertwich, 2011: CO₂ emissions from biomass combustion for bioenergy: Atmospheric decay and contribution to global warming. *Global Change Biol. Bioenerg.*, 3, 413–426.

Chung, C. E., and V. Ramanathan, 2006: Weakening of North Indian SST gradients and the monsoon rainfall in India and the Sahel. *J. Clim.*, 19, 2036–2045.

Clark, H. L., M. L. Cathala, H. Teyssedre, J. P. Cammas, and V. H. Peuch, 2007: Cross-tropopause fluxes of ozone using assimilation of MOZAIC observations in a global CTM. *Tellus B*, 59, 39–49.

Clarke, A. D., and K. J. Noone, 1985: Soot in the Arctic Snowpack—A cause for peturbations in radiative-transfer. *Atmos. Environ.*, 19, 2045–2053.

Claussen, M., V. Brovkin, and A. Ganopolski, 2001: Biogeophysical versus biogeochemical feedbacks of large-scale land cover change. *Geophys. Res. Lett.*, 28, 1011–1014.

Cofala, J., M. Amann, Z. Klimont, K. Kupiainen, and L. Hoglund-Isaksson, 2007: Scenarios of global anthropogenic emissions of air pollutants and methane until 2030. *Atmos. Environ.*, 41, 8486–8499.

Collins, W., R. Derwent, C. Johnson, and D. Stevenson, 2002: The oxidation of organic compounds in the troposphere and their global warming potentials. *Clim. Change*, 52, 453–479.

Collins, W. D., et al., 2006: Radiative forcing by well-mixed greenhouse gases: Estimates from climate models in the Intergovernmental Panel on Climate Change (IPCC) Fourth Assessment Report (AR4). *J. Geophys. Res. Atmos.*, 111, D14317.

Collins, W. J., S. Sitch, and O. Boucher, 2010: How vegetation impacts climate metrics for ozone precursors. *J. Geophys. Res. Atmos.*, 115, D23308.

Collins, W. J., M. M. Fry, H. Yu, J. S. Fuglestvedt, D. T. Shindell, and J. J. West, 2013: Global and regional temperature-change potentials for near-term climate forcers. *Atmos. Chem. Phys.*, 13, 2471–2485.

Conley, A. J., J. F. Lamarque, F. Vitt, W. D. Collins, and J. Kiehl, 2013: PORT, a CESM tool for the diagnosis of radiative forcing. *Geosci. Model Dev.*, 6, 469–476.

Cooper, O. R., et al., 2010: Increasing springtime ozone mixing ratios in the free troposphere over western North America. *Nature*, 463, 344–348.

Cox, P. M., et al., 2008: Increasing risk of Amazonian drought due to decreasing aerosol pollution. *Nature*, 453, 212–215.

Crook, J., and P. Forster, 2011: A balance between radiative forcing and climate feedback in the modeled 20th century temperature response. *J. Geophys. Res. Atmos.*, 116, D17108.

Crowley, T. J., and M. B. Unterman, 2013: Technical details concerning development of a 1200 yr proxy index for global volcanism. *Earth Syst. Sci. Data*, 5, 187-197.

Crutzen, P., 1973: Discussion of chemistry of some minor constituents in stratosphere and troposphere. *Pure Appl. Geophys.*, 106, 1385–1399.

Dahlmann, K., V. Grewe, M. Ponater, and S. Matthes, 2011: Quantifying the contributions of individual NOₓ sources to the trend in ozone radiative forcing. *Atmos. Environ.*, 45, 2860–2868.

Daniel, J., and S. Solomon, 1998: On the climate forcing of carbon monoxide. *J. Geophys. Res. Atmos.*, 103, 13249–13260.

Daniel, J., S. Solomon, and D. Albritton, 1995: On the evaluation of halocarbon radiative forcing and global warming potentials. *J. Geophys. Res. Atmos.*, 100, 1271–1285.

Daniel, J., E. Fleming, R. Portmann, G. Velders, C. Jackman, and A. Ravishankara, 2010: Options to accelerate ozone recovery: Ozone and climate benefits. *Atmos. Chem. Phys.*, 10, 7697–7707.

Daniel, J., S. Solomon, T. Sanford, M. McFarland, J. Fuglestvedt, and P. Friedlingstein, 2012: Limitations of single-basket trading: Lessons from the Montreal Protocol for climate policy. *Clim. Change*, 111, 241–248.

Davin, E., N. de Noblet-Ducoudre, and P. Friedlingstein, 2007: Impact of land cover change on surface climate: Relevance of the radiative forcing concept. *Geophys. Res. Lett.*, 34, L13702.

Davin, E. L., and N. de Noblet-Ducoudre, 2010: Climatic impact of global-scale deforestation: Radiative versus nonradiative orocesses. *J. Clim.*, 23, 97–112.

De Cara, S., E. Galko, and P. Jayet, 2008: The global warming potential paradox: Implications for the design of climate policy. In: *Design of Climate Policy* [R. Guesnerie and H. Tulkens (eds.)]. The MIT Press, Cambridge, MA, USA, pp. 359–384.

de la Torre, L., et al., 2006: Solar influence on Northern Annular Mode spatial structure and QBO modulation. *Part. Accel. Space Plasma Phys. Sol. Radiat. and Atmos. Clim.*, 37, 1635–1639.

de Noblet-Ducoudre, N., et al., 2012: Determining robust impacts of land-use-induced land cover changes on surface climate over North America and Eurasia: Results from the first set of LUCID experiments. *J. Clim.*, 25, 3261–3281.

DeAngelis, A., F. Dominguez, Y. Fan, A. Robock, M. D. Kustu, and D. Robinson, 2010: Evidence of enhanced precipitation due to irrigation over the Great Plains of the United States. *J. Geophys. Res. Atmos.*, 115, D15115.

DeLand, M., and R. Cebula, 2012: Solar UV variations during the decline of Cycle 23. *J. Atmos. Sol. Terres. Phys.*, 77, 225–234.

Delaygue, G., and E. Bard, 2011: An Antarctic view of Beryllium-10 and solar activity for the past millennium. *Clim. Dyn.*, 36, 2201–2218.

Deligne, N. I., S. G. Coles, and R. S. J. Sparks, 2010: Recurrence rates of large explosive volcanic eruptions. *J. Geophys. Res. Sol. Earth*, 115, B06203.

den Elzen, M., et al., 2005: Analysing countries' contribution to climate change: Scientific and policy-related choices. *Environ. Sci. Policy*, 8, 614–636.

Denman, K. L., et al., 2007: Couplings between changes in the climate system and biogeochemistry. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)] Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 499-587.

BLM_0151236

Dentener, F., et al., 2006: The global atmospheric environment for the next generation. *Environ. Sci. Technol.*, **40**, 3586–3594.

Derwent, R., W. Collins, C. Johnson, and D. Stevenson, 2001: Transient behaviour of tropospheric ozone precursors in a global 3-D CTM and their indirect greenhouse effects. *Clim. Change*, **49**, 463–487.

Deuber, O., G. Luderer, and O. Edenhofer, 2013: Physico-economic evaluation of climate metrics: A conceptual framework. *Environ. Sci. Policy*, **29**, 37–45.

Dewitte, S., D. Crommelynck, S. Mekaoui, and A. Joukoff, 2004: Measurement and uncertainty of the long-term total solar irradiance trend. *Solar Phys.*, **224**, 209–216.

Dickinson, R., 1975: Solar variability and lower atmosphere. *Bull. Am. Meteorol. Soc.*, **56**, 1240–1248.

Doherty, S. J., S. G. Warren, T. C. Grenfell, A. D. Clarke, and R. E. Brandt, 2010: Light-absorbing impurities in Arctic snow. *Atmos. Chem. Phys.*, **10**, 11647–11680.

Doutriaux-Boucher, M., M. Webb, J. Gregory, and O. Boucher, 2009: Carbon dioxide induced stomatal closure increases radiative forcing via a rapid reduction in low cloud. *Geophys. Res. Lett.*, **36**, doi:10.1029/2008GL036273, L02703.

Ehhalt, D. H., and L. E. Heidt, 1973: Vertical profiles of $CH_4$ in troposphere and stratosphere. *J. Geophys. Res.*, **78**, 5265–5271.

Eliseev, A. V., and I.I. Mokhov, 2011: Effect of including land-use driven radiative forcing of the surface albedo of land on climate response in the 16th-21st centuries. *Izvestiya Atmos. Ocean. Phys.*, **47**, 15–30.

Engel, A., et al., 2009: Age of stratospheric air unchanged within uncertainties over the past 30 years. *Nature Geosci.*, **2**, 28–31.

Erlykin, A., and A. Wolfendale, 2011: Cosmic ray effects on cloud cover and their relevance to climate change. *J. Atmos. Sol. Terres. Phys.*, **73**, 1681–1686.

Ermolli, I., K. Matthes, T. Dudok de Wit, N. A. Krivova, K. Tourpali, M. Weber, Y. C. Unruh, L. Gray, U. Langematz, P. Pilewskie, E. Rozanov, W. Schmutz, A. Shapiro, S. K. Solanki, and T. N. Woods, 2013: Recent variability of the solar spectral irradiance and its impact on climate modelling, *Atmospheric Chemistry and Physics*, **13**, 3945-3977.

Esper, J., and F. H. Schweingruber, 2004: Large-scale treeline changes recorded in Siberia. *Geophys. Res. Lett.*, **31**, L06202.

Eyring, V., et al., 2010a: Sensitivity of 21st century stratospheric ozone to greenhouse gas scenarios. *Geophys. Res. Lett.*, **37**, L16807.

Eyring, V., et al., 2010b: Multi-model assessment of stratospheric ozone return dates and ozone recovery in CCMVal-2 models. *Atmos. Chem. Phys.*, **10**, 9451–9472.

Fan, F., X. M. E. Mann, and C. M. Ammann, 2009: Understanding changes in the Asian summer monsoon over the past millennium: Insights from a long-term coupled model simulation. *J. Clim.*, **22**, 1736–1748.

FAO, 2012: State of the world's forests. Food and Agriculture Organization of the United Nations, Rome, Italy, 60 pp.

Feng, X., and F. Zhao, 2009: Effect of changes of the HITRAN database on transmittance calculations in the near-infrared region. *J. Quant. Spectrosc. Radiat. Transfer*, **110**, 247–255.

Feng, X., F. Zhao, and W. Gao, 2007: Effect of the improvement of the HITRAN database on the radiative transfer calculation. *J. Quant. Spectrosc. Radiat. Transfer*, **108**, 308–318.

Findell, K. L., E. Shevliakova, P. C. D. Milly, and R. J. Stouffer, 2007: Modeled impact of anthropogenic land cover change on climate. *J. Clim.*, **20**, 3621–3634.

Fioletov, V. E., G. E. Bodeker, A. J. Miller, R. D. McPeters, and R. Stolarski, 2002: Global and zonal total ozone variations estimated from ground-based and satellite measurements: 1964–2000. *J. Geophys. Res. Atmos.*, **107**, 4647.

Fiore, A. M., et al., 2009: Multimodel estimates of intercontinental source-receptor relationships for ozone pollution. *J. Geophys. Res. Atmos.*, **114**, D04301.

Fischer, E. M., J. Luterbacher, E. Zorita, S. F. B. Tett, C. Casty, and H. Wanner, 2007: European climate response to tropical volcanic eruptions over the last half millennium. *Geophys. Res. Lett.*, **34**, L05707.

Fishman, J., et al., 2010: An investigation of widespread ozone damage to the soybean crop in the upper Midwest determined from ground-based and satellite measurements. *Atmos. Environ.*, **44**, 2248–2256.

Flanner, M. G., C. S. Zender, J. T. Randerson, and P. J. Rasch, 2007: Present-day climate forcing and response from black carbon in snow. *J. Geophys. Res. Atmos.*, **112**, D11202.

Fletcher, C. G., P. J. Kushner, A. Hall, and X. Qu, 2009: Circulation responses to snow albedo feedback in climate change. *Geophys. Res. Lett.*, **36**, L09702.

Fomin, B. A., and V. A. Falaleeva, 2009: Recent progress in spectroscopy and its effect on line-by-line calculations for the validation of radiation codes for climate models. *Atmos. Oceanic Opt.*, **22**, 626–629.

Forster, P., and K. Shine, 1997: Radiative forcing and temperature trends from stratospheric ozone changes. *J. Geophys. Res. Atmos.*, **102**, 10841–10855.

Forster, P., et al., 2005: Resolution of the uncertainties in the radiative forcing of HFC-134a. *J. Quant. Spectrosc. Radiat. Transfer*, **93**, 447–460.

Forster, P., et al., 2007: Changes in Atmospheric Constituents and in Radiative Forcing. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)] Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 129-234.

Forster, P., et al., 2011a: Evaluation of radiation scheme performance within chemistry climate models. *J. Geophys. Res. Atmos.*, **116**, D10302.

Forster, P. M., T. Andrews, P. Good, J. M. Gregory, L. S. Jackson, and M. Zelinka, 2013: Evaluating adjusted forcing and model spread for historical and future scenarios in the CMIP5 generation of climate models. *J. Geophys. Res. Atmos.*, **118**, 1139–1150.

Forster, P. M., et al., 2011b: Stratospheric changes and climate. In: *Scientific Assessment of Ozone Depletion: 2010*. Global Ozone Research and Monitoring Project—Report No. 52, World Meteorological Organization, Geneva, Switzerland, 516 pp.

Fortuin, J. P. F., and H. Kelder, 1998: An ozone climatology based on ozonesonde and satellite measurements. *J. Geophys. Res. Atmos.*, **103**, 31709–31734.

Foukal, P., and J. Lean, 1988: Magnetic modulation of solar luminosity by photspheric activity. *Astrophys. J.*, **328**, 347–357.

Fowler, D., et al., 2009: Atmospheric composition change: Ecosystems-atmosphere interactions. *Atmos. Environ.*, **43**, 5193–5267.

Frame, T., and L. Gray, 2010: The 11-yr solar cycle in ERA-40 data: An update to 2008. *J. Clim.*, **23**, 2213–2222.

Freckleton, R., E. Highwood, K. Shine, O. Wild, K. Law, and M. Sanderson, 1998: Greenhouse gas radiative forcing: Effects of averaging and inhomogeneities in trace gas distribution. *Q. J. R. Meteorol. Soc.*, **124**, 2099–2127.

Friedlingstein, P., et al., 2006: Climate-carbon cycle feedback analysis: Results from the C(4)MIP model intercomparison. *J. Clim.*, **19**, 3337–3353.

Frohlich, C., 2006: Solar irradiance variability since 1978—Revision of the PMOD composite during solar cycle 21. *Space Sci. Rev.*, **125**, 53–65.

Frohlich, C., 2009: Evidence of a long-term trend in total solar irradiance. *Astron. Astrophys.*, **501**, L27–L30.

Frolicher, T. L., F. Joos, and C. C. Raible, 2011: Sensitivity of atmospheric $CO_2$ and climate to explosive volcanic eruptions. *Biogeosciences*, **8**, 2317–2339.

Fromm, M., G. Nedoluha, and Z. Charvat, 2013: Comment on "Large Volcanic Aerosol Load in the Stratosphere Linked to Asian Monsoon Transport". *Science*, **339**, 647–c.

Fry, M., et al., 2012: The influence of ozone precursor emissions from four world regions on tropospheric composition and radiative climate forcing. *J. Geophys. Res. Atmos.*, **117**, D07306.

Fuglestvedt, J., T. Berntsen, O. Godal, and T. Skodvin, 2000: Climate implications of GWP-based indicators in greenhouse gas emissions. *Geophys. Res. Lett.*, **27**, 409–412.

Fuglestvedt, J., T. Berntsen, O. Godal, R. Sausen, K. Shine, and T. Skodvin, 2003: Metrics of climate change: Assessing radiative forcing and emission indices. *Clim. Change*, **58**, 267–331.

Fuglestvedt, J. S., et al., 2010: Transport impacts on atmosphere and climate: Metrics. *Atmos. Environ.*, **44**, 4648–4677.

Fung, I., J. John, J. Lerner, E. Matthews, M. Prather, L. P. Steele, and P. J. Fraser, 1991: 3-Dimensional model synthesis of the global methane cycle. *J. Geophys. Res. Atmos.*, **96**, 13033–13065.

Gaillard, M. J., et al., 2010: Holocene land-cover reconstructions for studies on land cover-climate feedbacks. *Clim. Past*, **6**, 483–499.

Gao, C., A. Robock, and C. Ammann, 2008: Volcanic forcing of climate over the past 1500 years: An improved ice core-based index for climate models. *J. Geophys. Res. Atmos.*, **113**, D23111.

Garcia, R. R., W. J. Randel, and D. E. Kinnison, 2011: On the determination of age of air trends from atmospheric trace species. *J. Atmos. Sci.*, **68**, 139–154.

Gerlach, T., 2011: Volcanic versus anthropogenic carbon dioxide. *Eos*, **92**, 201–202.

Gettelman, A., J. Holton, and K. Rosenlof, 1997: Mass fluxes of $O_3$, $CH_4$, $N_2O$ and $CF_2Cl_2$ in the lower stratosphere calculated from observational data. *J. Geophys. Res. Atmos.*, **102**, 19149–19159.

BLM_0151237

8

Gillett, N., and H. Matthews, 2010: Accounting for carbon cycle feedbacks in a comparison of the global warming effects of greenhouse gases. *Environ. Res. Lett.*, **5**, 034011.

Ginoux, P., D. Garbuzov, and N. C. Hsu, 2010: Identification of anthropogenic and natural dust sources using Moderate Resolution Imaging Spectroradiometer (MODIS) Deep Blue level 2 data. *J. Geophys. Res. Atmos.*, **115**, D05204.

Godal, O., and J. Fuglestvedt, 2002: Testing 100-year global warming potentials: Impacts on compliance costs and abatement profile. *Clim. Change*, **52**, 93–127.

Goosse, H., et al., 2006: The origin of the European "Medieval Warm Period". *Clim. Past*, **2**, 99–113.

Granier, C., et al., 2011: Evolution of anthropogenic and biomass burning emissions of air pollutants at global and regional scales during the 1980–2010 period. *Clim. Change*, **109**, 163–190.

Gray, L., S. Rumbold, and K. Shine, 2009: Stratospheric temperature and radiative forcing response to 11-year solar cycle changes in irradiance and ozone. *J. Atmos. Sci.*, **66**, 2402–2417.

Gray, L., et al., 2010: Solar influences on climate. *Rev. Geophys.*, **48**, RG4001.

Gregory, J., and M. Webb, 2008: Tropospheric adjustment induces a cloud component in $CO_2$ forcing. *J. Clim.*, **21**, 58–71.

Gregory, J., et al., 2004: A new method for diagnosing radiative forcing and climate sensitivity. *Geophys. Res. Lett.*, **31**, L03205.

Gregory, J. M., 2010: Long-term effect of volcanic forcing on ocean heat content. *Geophys. Res. Lett.*, **37**, L22701.

Grewe, V., 2007: Impact of climate variability on tropospheric ozone. *Sci. Tot. Environ.*, **374**, 167–181.

Gusev, A. A., 2008: Temporal structure of the global sequence of volcanic eruptions: Order clustering and intermittent discharge rate. *Phys. Earth Planet. Inter.*, **166**, 203–218.

Haigh, J., 1994: The role of stratospheric ozone in modulating the solar radiative forcing of climate. *Nature*, **370**, 544–546.

Haigh, J., 1999: A GCM study of climate change in response to the 11-year solar cycle. *Q. J. R. Meteorol. Soc.*, **125**, 871–892.

Haigh, J. D., 1996: The impact of solar variability on climate. *Science*, **272**, 981–984.

Hall, J., and G. Lockwood, 2004: The chromospheric activity and variability of cycling and flat activity solar-analog stars. *Astrophys. J.*, **614**, 942–946.

Hallquist, M., et al., 2009: The formation, properties and impact of secondary organic aerosol: Current and emerging issues. *Atmos. Chem. Phys.*, **9**, 5155–5236.

Hammitt, J., A. Jain, J. Adams, and D. Wuebbles, 1996: A welfare-based index for assessing environmental effects of greenhouse-gas emissions. *Nature*, **381**, 301–303.

Hansen, J., and L. Nazarenko, 2004: Soot climate forcing via snow and ice albedos. *Proc. Natl. Acad. Sci. U.S.A.*, **101**, 423–428.

Hansen, J., et al., 2005: Efficacy of climate forcings. *J. Geophys. Res. Atmos.*, **110**, D18104.

Hansen, J., et al., 2007: Climate simulations for 1880–2003 with GISS modelE. *Clim. Dyn.*, **29**, 661–696.

Harder, J., J. Fontenla, P. Pilewskie, E. Richard, and T. Woods, 2009: Trends in solar spectral irradiance variability in the visible and infrared. *Geophys. Res. Lett.*, **36**, L07801.

Harrison, R., and M. Ambaum, 2010: Observing Forbush decreases in cloud at Shetland. *J. Atmos. Sol. Terres. Phys.*, **72**, 1408–1414.

Haywood, J., and M. Schulz, 2007: Causes of the reduction in uncertainty in the anthropogenic radiative forcing of climate between IPCC (2001) and IPCC (2007). *Geophys. Res. Lett.*, **34**, L20701.

Haywood, J. M., et al., 2010: Observations of the eruption of the Sarychev volcano and simulations using the HadGEM2 climate model. *J. Geophys. Res. Atmos.*, **115**, D21212.

Heathfield, A., C. Anastasi, A. McCulloch, and F. Nicolaisen, 1998: Integrated infrared absorption coefficients of several partially fluorinated ether compounds: $CF_3OCF_2H$, $CF_2HOCF_2H$, $CH_3OCF_2CF_2H$, $CH_3OCF_2CFClH$, $CH_3CH_2OCF_2CF_2H$, $CF_3CH_2OCF_2CF_2H$ AND $CH_3=CHCH_2OCF_2CF_2H$. *Atmos. Environ.*, **32**, 2825–2833.

Hegg, D. A., S. G. Warren, T. C. Grenfell, S. J. Doherty, T. V. Larson, and A. D. Clarke, 2009: Source attribution of black carbon in Arctic snow. *Environ. Sci. Technol.*, **43**, 4016–4021.

Hegglin, M. I., and T. G. Shepherd, 2009: Large climate-induced changes in ultraviolet index and stratosphere-to-troposphere ozone flux. *Nature Geosci.*, **2**, 687–691.

Helama, S., M. Fauria, K. Mielikainen, M. Timonen, and M. Eronen, 2010: Sub-Milankovitch solar forcing of past climates: Mid and late Holocene perspectives. *Geol. Soc. Am. Bull.*, **122**, 1981–1988.

Henze, D. K., et al., 2012: Spatially refined aerosol direct radiative forcing efficiencies. *Environ. Sci. Technol.*, **46**, 9511–9518.

Hohne, N., et al., 2011: Contributions of individual countries' emissions to climate change and their uncertainty. *Clim. Change*, **106**, 359–391.

Holmes, C., Q. Tang, and M. Prather, 2011: Uncertainties in climate assessment for the case of aviation NO. *Proc. Natl. Acad. Sci. U.S.A.*, **108**, 10997–11002.

Holmes, C. D., M. J. Prather, O. A. Sovde, and G. Myhre, 2013: Future methane, hydroxyl, and their uncertainties: Key climate and emission parameters for future predictions. *Atmos. Chem. Phys.*, **13**, 285–302.

Horowitz, L. W., 2006: Past, present, and future concentrations of tropospheric ozone and aerosols: Methodology, ozone evaluation, and sensitivity to aerosol wet removal. *J. Geophys. Res. Atmos.*, **111**, D22211.

Houghton, J. T., G. J. Jenkins, and J. J. Ephraums (eds.), 1990: *Climate Change. The IPCC Scientific Assessment*. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 364 pp.

Hoyle, C., et al., 2011: A review of the anthropogenic influence on biogenic secondary organic aerosol. *Atmos. Chem. Phys.*, **11**, 321–343.

Hsu, J., and M. J. Prather, 2009: Stratospheric variability and tropospheric ozone. *J. Geophys. Res. Atmos.*, **114**, D06102.

Huang, J., Q. Fu, W. Zhang, X. Wang, R. Zhang, H. Ye, and S. Warren, 2011: Dust and black carbon in seasonal snow across northern China. *Bull. Am. Meteorol. Soc.*, **92**, 175–181.

Huijnen, V., et al., 2010: The global chemistry transport model TM5: Description and evaluation of the tropospheric chemistry version 3.0. *Geosci. Model Dev.*, **3**, 445–473.

Hurst, D. F., et al., 2011: Stratospheric water vapor over Boulder, Colorado: Analysis of the 30 year Boulder record. *J. Geophys. Res. Atmos.*, **116**, D02306.

Hurtt, G. C., et al., 2006: The underpinnings of land-use history: Three centuries of global gridded land-use transitions, wood-harvest activity, and resulting secondary lands. *Global Change Biol.*, **12**, 1208–1229.

Iacono, M. J., J. S. Delamere, E. J. Mlawer, M. W. Shephard, S. A. Clough, and W. D. Collins, 2008: Radiative forcing by long-lived greenhouse gases: Calculations with the AER radiative transfer models. *J. Geophys. Res. Atmos.*, **113**, D13103.

Ineson, S., A. A. Scaife, J. R. Knight, J. C. Manners, N. J. Dunstone, L. J. Gray, and J. D. Haigh, 2011: Solar forcing of winter climate variability in the Northern Hemisphere. *Nature Geosci.*, **4**, 753–757.

IPCC, 1996: *Revised 1996 IPCC Guidelines for National Greenhouse Gas Inventories*. Intergovernmental Panel on Climate Change.

Isaksen, I., et al., 2009: Atmospheric composition change: Climate-chemistry interactions. *Atmos. Environ.*, **43**, 5138–5192.

Ito, A., and J. E. Penner, 2005: Historical emissions of carbonaceous aerosols from biomass and fossil fuel burning for the period 1870–2000. *Global Biogeochem. Cycles*, **19**, Gb2028.

Jackson, S., 2009: Parallel pursuit of near-term and long-term climate mitigation. *Science*, **326**, 526–527.

Jacobson, M., 2010: Short-term effects of controlling fossil-fuel soot, biofuel soot and gases, and methane on climate, Arctic ice, and air pollution health. *J. Geophys. Res. Atmos.*, **115**, D14209.

Jacobson, M., 2012: Investigating cloud absorption effects: Global absorption properties of black carbon, tar balls, and soil dust in clouds and aerosols. *J. Geophys. Res. Atmos.*, **117**, D06205.

Javadi, M., O. Nielsen, T. Wallington, M. Hurley, and J. Owens, 2007: Atmospheric chemistry of 2-ethoxy-3,3,4,4,5-pentafluorotetra-hydro-2,5-bis[1,2,2,2-tetrafluoro-1-(trifluoromethyl)ethyl]-furan: Kinetics, mechanisms, and products of CL atom and OH radical initiated oxidation. *Environ. Sci. Technol.*, **41**, 7389–7395.

Jin, M. L., R. E. Dickinson, and D. L. Zhang, 2005: The footprint of urban areas on global climate as characterized by MODIS. *J. Clim.*, **18**, 1551–1565.

Jin, Y., and D. P. Roy, 2005: Fire-induced albedo change and its radiative forcing at the surface in northern Australia. *Geophys. Res. Lett.*, **32**, L13401.

Jin, Y. F., J. T. Randerson, M. L. Goulden, and S. J. Goetz, 2012: Post-fire changes in net shortwave radiation along a latitudinal gradient in boreal North America. *Geophys. Res. Lett.*, **39**, L13403.

Johansson, D., 2012: Economics- and physical-based metrics for comparing greenhouse gases. *Clim. Change*, **110**, 123–141.

Johansson, D., U. Persson, and C. Azar, 2006: The cost of using global warming potentials: Analysing the trade off between $CO_2$, $CH_4$ and $N_2O$. *Clim. Change*, **77**, doi:10.1007/s10584-006-9054-1, 291–309.

BLM_0151238

Jones, G., M. Lockwood, and P. Stott, 2012: What influence will future solar activity changes over the 21st century have on projected global near-surface temperature changes? *J. Geophys. Res. Atmos.*, **117**, D05103.

Jones, G. S., J. M. Gregory, P. A. Stott, S. F. B. Tett, and R. B. Thorpe, 2005: An AOGCM simulation of the climate response to a volcanic super-eruption. *Clim. Dyn.*, **25**, 725–738.

Joos, F., M. Bruno, R. Fink, U. Siegenthaler, T. Stocker, and C. LeQuere, 1996: An efficient and accurate representation of complex oceanic and biospheric models of anthropogenic carbon uptake. *Tellus B*, **48**, 397–417.

Joos, F., et al., 2013: Carbon dioxide and climate impulse response functions for the computation of greenhouse gas metrics: A multi-model analysis. *Atmos. Chem. Phys.*, **13**, 2793–2825.

Joshi, M., and J. Gregory, 2008: Dependence of the land-sea contrast in surface climate response on the nature of the forcing. *Geophys. Res. Lett.*, **35**, L24802.

Joshi, M. M., and G. S. Jones, 2009: The climatic effects of the direct injection of water vapour into the stratosphere by large volcanic eruptions. *Atmos. Chem. Phys.*, **9**, 6109–6118.

Kandlikar, M., 1995: The relative role of trace gas emissions in greenhouse abatement policies. *Energ. Policy*, **23**, 879–883.

Kaplan, J. O., K. M. Krumhardt, E. C. Ellis, W. F. Ruddiman, C. Lemmen, and K. K. Goldewijk, 2011: Holocene carbon emissions as a result of anthropogenic land cover change. *Holocene*, **21**, 775–791.

Kasischke, E. S., and J. E. Penner, 2004: Improving global estimates of atmospheric emissions from biomass burning. *J. Geophys. Res. Atmos.*, **109**, D14S01.

Kawase, H., T. Nagashima, K. Sudo, and T. Nozawa, 2011: Future changes in tropospheric ozone under Representative Concentration Pathways (RCPs). *Geophys. Res. Lett.*, **38**, L05801.

Kawase, H., M. Abe, Y. Yamada, T. Takemura, T. Yokohata, and T. Nozawa, 2010: Physical mechanism of long-term drying trend over tropical North Africa. *Geophys. Res. Lett.*, **37**, L09706.

Kirkby, J., 2007: Cosmic rays and climate. *Surv. Geophys.*, **28**, 333–375.

Kirkby, J., et al., 2011: Role of sulphuric acid, ammonia and galactic cosmic rays in atmospheric aerosol nucleation. *Nature*, **476**, 429–433.

Kleinman, L. I., P. H. Daum, Y. N. Lee, L. J. Nunnermacker, S. R. Springston, J. Weinstein-Lloyd, and J. Rudolph, 2001: Sensitivity of ozone production rate to ozone precursors. *Geophys. Res. Lett.*, **28**, 2903–2906.

Knutti, R., et al., 2008: A review of uncertainties in global temperature projections over the twenty-first century. *J. Clim.*, **21**, 2651–2663.

Koch, D., and A. D. Del Genio, 2010: Black carbon semi-direct effects on cloud cover: Review and synthesis. *Atmos. Chem. Phys.*, **10**, 7685–7696.

Koch, D., T. Bond, D. Streets, N. Unger, and G. van der Werf, 2007: Global impacts of aerosols from particular source regions and sectors. *J. Geophys. Res. Atmos.*, **112**, D02205.

Koch, D., S. Menon, A. Del Genio, R. Ruedy, I. Alienov, and G. A. Schmidt, 2009a: Distinguishing aerosol impacts on climate over the past century. *J. Clim.*, **22**, 2659–2677.

Koch, D., et al., 2011: Coupled aerosol-chemistry-climate twentieth-century transient model investigation: Trends in short-lived species and climate responses. *J. Clim.*, **24**, 2693–2714.

Koch, D., et al., 2009b: Evaluation of black carbon estimations in global aerosol models. *Atmos. Chem. Phys.*, **9**, 9001–9026.

Koehler, M. O., G. Raedel, K. P. Shine, H. L. Rogers, and J. A. Pyle, 2013: Latitudinal variation of the effect of aviation $NO_x$ emissions on atmospheric ozone and methane and related climate metrics. *Atmos. Environ.*, **64**, 1–9.

Koffi, B., et al., 2012: Application of the CALIOP layer product to evaluate the vertical distribution of aerosols estimated by global models: AeroCom phase I results. *J. Geophys. Res. Atmos.*, **117**, D10201.

Kopp, G., and J. Lean, 2011: A new, lower value of total solar irradiance: Evidence and climate significance. *Geophys. Res. Lett.*, **38**, L01706.

Kratz, D., 2008: The sensitivity of radiative transfer calculations to the changes in the HITRAN database from 1982 to 2004. *J. Quant. Spectrosc. Radiat. Transfer*, **109**, 1060–1080.

Kravitz, B., and A. Robock, 2011: Climate effects of high-latitude volcanic eruptions: Role of the time of year. *J. Geophys. Res. Atmos.*, **116**, D01105.

Kravitz, B., A. Robock, and A. Bourassa, 2010: Negligible climatic effects from the 2008 Okmok and Kasatochi volcanic eruptions. *J. Geophys. Res. Atmos.*, **115**, D00L05.

Kravitz, B., et al., 2011: Simulation and observations of stratospheric aerosols from the 2009 Sarychev volcanic eruption. *J. Geophys. Res. Atmos.*, **116**, D18211.

Kristjansson, J. E., T. Iversen, A. Kirkevag, O. Seland, and J. Debernard, 2005: Response of the climate system to aerosol direct and indirect forcing: Role of cloud feedbacks. *J. Geophys. Res. Atmos.*, **110**, D24206.

Krivova, N., L. Vieira, and S. Solanki, 2010: Reconstruction of solar spectral irradiance since the Maunder minimum. *J. Geophys. Res. Space Phys.*, **115**, A12112.

Kueppers, L. M., M. A. Snyder, and L. C. Sloan, 2007: Irrigation cooling effect: Regional climate forcing by land-use change. *Geophys. Res. Lett.*, **34**, L03703.

Kuroda, Y., and K. Kodera, 2005: Solar cycle modulation of the southern annular mode. *Geophys. Res. Lett.*, **32**, L13802.

Kvalevag, M. M., G. Myhre, G. Bonan, and S. Levis, 2010: Anthropogenic land cover changes in a GCM with surface albedo changes based on MODIS data. *Int. J. Climatol.*, **30**, 2105–2117.

Lacis, A. A., D. J. Wuebbles, J. A. Logan, 1990: Radiative forcing of climate by changes in the vertical-distribution of ozone, J. Geophys. Res., **95**, 9971-9981.

Lamarque, J., et al., 2011: Global and regional evolution of short-lived radiatively-active gases and aerosols in the Representative Concentration Pathways. *Clim. Change*, **109**, 191–212.

Lamarque, J., et al., 2010: Historical (1850–2000) gridded anthropogenic and biomass burning emissions of reactive gases and aerosols: Methodology and application. *Atmos. Chem. Phys.*, **10**, 7017–7039.

Lamarque, J. F., et al., 2013: The Atmospheric Chemistry and Climate Model Intercomparison Project (ACCMIP): Overview and description of models, simulations and climate diagnostics. *Geosci. Model Dev.*, **6**, 179–206.

Lau, K. M., M. K. Kim, and K. M. Kim, 2006: Asian summer monsoon anomalies induced by aerosol direct forcing: The role of the Tibetan Plateau. *Clim. Dyn.*, **26**, 855–864.

Lauder, A. R., I. G. Enting, J. O. Carter, N. Clisby, A. L. Cowie, B. K. Henry, and M. R. Raupach, 2013: Offsetting methane emissions—An alternative to emission equivalence metrics. *Int. J. Greenh. Gas Control*, **12**, 419–429.

Lauer, A., V. Eyring, J. Hendricks, P. Jockel, and U. Lohmann, 2007: Global model simulations of the impact of ocean-going ships on aerosols, clouds, and the radiation budget. *Atmos. Chem. Phys.*, **7**, 5061–5079.

Lawrence, P. J., and T. N. Chase, 2010: Investigating the climate impacts of global land cover change in the community climate system model. *Int. J. Climatol.*, **30**, 2066–2087.

Lean, J., 2000: Evolution of the sun's spectral irradiance since the Maunder Minimum. *Geophys. Res. Lett.*, **27**, 2425–2428.

Lean, J., and M. Deland, 2012: How does the sun's spectrum vary? *J. Clim.*, **25**, 2555–2560.

Lee, D. S., et al., 2010: Transport impacts on atmosphere and climate: Aviation. *Atmos. Environ.*, **44**, 4678–4734.

Lee, J., D. Shindell, and S. Hameed, 2009: The influence of solar forcing on tropical circulation. *J. Clim.*, **22**, 5870–5885.

Lee, R., M. Gibson, R. Wilson, and S. Thomas, 1995: Long-term total solar irradiance variability during sunspot cycle-22. *J. Geophys. Res. Space Phys.*, **100**, 1667–1675.

Lee, X., et al., 2011: Observed increase in local cooling effect of deforestation at higher latitudes. *Nature*, **479**, 384–387.

Lee, Y. H., et al., 2013: Evaluation of preindustrial to present-day black carbon and its albedo forcing from Atmospheric Chemistry and Climate Model Intercomparison Project (ACCMIP). *Atmos. Chem. Phys.*, **13**, 2607–2634.

Legras, B., O. Mestre, E. Bard, and P. Yiou, 2010: A critical look at solar-climate relationships from long temperature series. *Clim. Past*, **6**, 745–758.

Leibensperger, E. M., L. J. Mickley, and D. J. Jacob, 2008: Sensitivity of US air quality to mid-latitude cyclone frequency and implications of 1980–2006 climate change. *Atmos. Chem. Phys.*, **8**, 7075–7086.

Leibensperger, E. M., et al., 2012a: Climatic effects of 1950–2050 changes in US anthropogenic aerosols—Part 1: Aerosol trends and radiative forcing. *Atmos. Chem. Phys.*, **12**, 3333–3348.

Leibensperger, E. M., et al., 2012b: Climatic effects of 1950–2050 changes in US anthropogenic aerosols—Part 2: Climate response. *Atmos. Chem. Phys.*, **12**, 3349–3362.

Lelieveld, J., et al., 2008: Atmospheric oxidation capacity sustained by a tropical forest. *Nature*, **452**, 737–740.

Levy, H., 1971: Normal atmosphere—Large radical and formaldehyde concentrations predicted. *Science*, **173**, 141–143.

Liao, H., W. T. Chen, and J. H. Seinfeld, 2006: Role of climate change in global predictions of future tropospheric ozone and aerosols. *J. Geophys. Res. Atmos.*, **111**, D12304.

BLM_0151239

Lockwood, M., 2010: Solar change and climate: An update in the light of the current exceptional solar minimum. *Proc. R. Soc. London A*, **466**, 303–329.

Lockwood, M., and C. Fröhlich, 2008: Recent oppositely directed trends in solar climate forcings and the global mean surface air temperature. II. Different reconstructions of the total solar irradiance variation and dependence on response time scale. *Proc. R. Soc. London A*, **464**, 1367–1385.

Lockwood, M., A. Rouillard, and I. Finch, 2009: The rise and fall of open solar flux during the current grand solar maximum. *Astrophys. J.*, **700**, 937–944.

Logan, J. A., 1999: An analysis of ozonesonde data for the troposphere: Recommendations for testing 3-D models and development of a gridded climatology for tropospheric ozone. *J. Geophys. Res. Atmos.*, **104**, 16115–16149.

Logan, J. A., M. J. Prather, S. C. Wofsy, and M. B. McElroy, 1981: Tropospheric chemistry—A global perspective. *J. Geophys. Res. Oceans Atmos.*, **86**, 7210–7254.

Logan, J. A., et al., 2012: Changes in ozone over Europe: Analysis of ozone measurements from sondes, regular aircraft (MOZAIC) and alpine surface sites. *J. Geophys. Res. Atmos.*, **117**, D09301.

Lohila, A., et al., 2010: Forestation of boreal peatlands: Impacts of changing albedo and greenhouse gas fluxes on radiative forcing. *J. Geophys. Res. Biogeosci.*, **115**, G04011.

Lohmann, U., et al., 2010: Total aerosol effect: Radiative forcing or radiative flux perturbation? *Atmos. Chem. Phys.*, **10**, 3235–3246.

Long, C. N., E. G. Dutton, J. A. Augustine, W. Wiscombe, M. Wild, S. A. McFarlane, and C. J. Flynn, 2009: Significant decadal brightening of downwelling shortwave in the continental United States. *J. Geophys. Res. Atmos.*, **114**, D00D06.

Long, D., and M. Collins, 2013: Quantifying global climate feedbacks, responses and forcing under abrupt and gradual $CO_2$ forcing. *Clim. Dyn.*, **41**, 2471–2479.

Lu, P., H. Zhang, and X. Jing, 2012: The effects of different HITRAN versions on calculated long-wave radiation and uncertainty evaluation. *Acta Meteorol. Sin.*, **26**, 389–398.

Lu, Z., Q. Zhang, and D. G. Streets, 2011: Sulfur dioxide and primary carbonaceous aerosol emissions in China and India, 1996–2010. *Atmos. Chem. Phys.*, **11**, 9839–9864.

Lund, M., T. Berntsen, J. Fuglestvedt, M. Ponater, and K. Shine, 2012: How much information is lost by using global-mean climate metrics? An example using the transport sector. *Clim. Change*, **113**, 949–963.

MacFarling Meure, C., et al., 2006: Law Dome $CO_2$, $CH_4$ and $N_2O$ ice core records extended to 2000 years BP. *Geophys. Res. Lett.*, **33**, L14810.

MacMynowski, D., H. Shin, and K. Caldeira, 2011: The frequency response of temperature and precipitation in a climate model. *Geophys. Res. Lett.*, **38**, L16711.

Mader, J. A., J. Staehelin, T. Peter, D. Brunner, H. E. Rieder, and W. A. Stahel, 2010: Evidence for the effectiveness of the Montreal Protocol to protect the ozone layer. *Atmos. Chem. Phys.*, **10**, 12161–12171.

Mahowald, N. M., et al., 2010: Observed 20th century desert dust variability: Impact on climate and biogeochemistry. *Atmos. Chem. Phys.*, **10**, 10875–10893.

Mann, M., M. Cane, S. Zebiak, and A. Clement, 2005: Volcanic and solar forcing of the tropical Pacific over the past 1000 years. *J. Clim.*, **18**, 447–456.

Manne, A., and R. Richels, 2001: An alternative approach to establishing trade-offs among greenhouse gases. *Nature*, **410**, 675–677.

Manning, M., and A. Reisinger, 2011: Broader perspectives for comparing different greenhouse gases. *Philos. Trans. R. Soc. London A*, **369**, 1891–1905.

Marenco, A., H. Gouget, P. Nedelec, J. P. Pages, and F. Karcher, 1994: Evidence of a long-term increase in tropospheric ozone from PIC Du Midi Data Series—Consequences—Positive radiative forcing. *J. Geophys. Res. Atmos.*, **99**, 16617–16632.

Marten, A. L., and S. C. Newbold, 2012: Estimating the social cost of non-CO2 GHG emissions: Methane and nitrous oxide. *Energ. Policy*, **51**, 957–972.

Matthews, H. D., A. J. Weaver, K. J. Meissner, N. P. Gillett, and M. Eby, 2004: Natural and anthropogenic climate change: Incorporating historical land cover change, vegetation dynamics and the global carbon cycle. *Clim. Dyn.*, **22**, 461–479.

McComas, D., R. Ebert, H. Elliott, B. Goldstein, J. Gosling, N. Schwadron, and R. Skoug, 2008: Weaker solar wind from the polar coronal holes and the whole Sun. *Geophys. Res. Lett.*, **35**, L18103.

McLandress, C., T. G. Shepherd, J. F. Scinocca, D. A. Plummer, M. Sigmond, A. I. Jonsson, and M. C. Reader, 2011: Separating the dynamical effects of climate change and ozone depletion. Part II. Southern Hemisphere troposphere. *J. Clim.*, **24**, 1850–1868.

Meinshausen, M., T. Wigley, and S. Raper, 2011a: Emulating atmosphere-ocean and carbon cycle models with a simpler model, MAGICC6–Part 2: Applications. *Atmos. Chem. Phys.*, **11**, 1457–1471.

Meinshausen, M., et al., 2011b: The RCP greenhouse gas concentrations and their extensions from 1765 to 2300. *Clim. Change*, **109**, 213–241.

Mercado, L. M., N. Bellouin, S. Sitch, O. Boucher, C. Huntingford, M. Wild, and P. M. Cox, 2009: Impact of changes in diffuse radiation on the global land carbon sink. *Nature*, **458**, 1014–1017.

Merikanto, J., D. Spracklen, G. Mann, S. Pickering, and K. Carslaw, 2009: Impact of nucleation on global CCN. *Atmos. Chem. Phys.*, **9**, 8601–8616.

Mickley, L. J., E. M. Leibensperger, D. J. Jacob, and D. Rind, 2012: Regional warming from aerosol removal over the United States: Results from a transient 2010–2050 climate simulation. *Atmos. Environ.*, **46**, 545–553.

Miller, G. H., et al., 2012: Abrupt onset of the Little Ice Age triggered by volcanism and sustained by sea-ice/ocean feedbacks. *Geophys. Res. Lett.*, **39**, L02708.

Miller, R. L., I. Tegen, and J. Perlwitz, 2004: Surface radiative forcing by soil dust aerosols and the hydrologic cycle. *J. Geophys. Res.*, **109**, D04203.

Mills, M. J., O. B. Toon, R. P. Turco, D. E. Kinnison, and R. R. Garcia, 2008: Massive global ozone loss predicted following regional nuclear conflict. *Proc. Natl. Acad. Sci. U.S.A.*, **105**, 5307–5312.

Ming, Y., and V. Ramaswamy, 2012: Nonlocal component of radiative flux perturbation. *Geophys. Res. Lett.*, **39**, L22706.

Ming, Y., V. Ramaswamy, and G. Persad, 2010: Two opposing effects of absorbing aerosols on global-mean precipitation. *Geophys. Res. Lett.*, **37**, L13701.

Ming, Y., V. Ramaswamy, and G. Chen, 2011: A model investigation of aerosol-induced changes in boreal winter extratropical circulation. *J. Clim.*, **24**, 6077–6091.

Ming, Y., V. Ramaswamy, L. J. Donner, V. T. J. Phillips, S. A. Klein, P. A. Ginoux, and L. W. Horowitz, 2007: Modeling the interactions between aerosols and liquid water clouds with a self-consistent cloud scheme in a general circulation model. *J. Atmos. Sci.*, **64**, 1189–1209.

Mirme, S., A. Mirme, A. Minikin, A. Petzold, U. Horrak, V.-M. Kerminen, and M. Kulmala, 2010: Atmospheric sub-3 nm particles at high altitudes. *Atm. Chem. Phys.*, **10**, 437–451.

Montzka, S. A., E. J. Dlugokencky, and J. H. Butler, 2011: Non-$CO_2$ greenhouse gases and climate change. *Nature*, **476**, 43–50.

Morrill, J., L. Floyd, and D. McMullin, 2011: The solar ultraviolet spectrum estimated using the Mg II Index and Ca II K disk activity. *Solar Physics*, **269**, 253–267.

Muhle, J., et al., 2009: Sulfuryl fluoride in the global atmosphere. *J. Geophys. Res. Atmos.*, **114**, D05306.

Mulitza, S., et al., 2010: Increase in African dust flux at the onset of commercial agriculture in the Sahel region. *Nature*, **466**, 226–228.

Murphy, D., and D. Fahey, 1994: An estimate of the flux of stratospheric reactive nitrogen and ozone into the troposphere. *J. Geophys. Res. Atmos.*, **99**, 5325–5332.

Myhre, G., M. M. Kvalevag, and C. B. Schaaf, 2005a: Radiative forcing due to anthropogenic vegetation change based on MODIS surface albedo data. *Geophys. Res. Lett.*, **32**, L21410.

Myhre, G., E. J. Highwood, K. P. Shine, and F. Stordal, 1998: New estimates of radiative forcing due to well mixed greenhouse gases. *Geophys. Res. Lett.*, **25**, 2715–2718.

Myhre, G., Y. Govaerts, J. M. Haywood, T. K. Berntsen, and A. Lattanzio, 2005b: Radiative effect of surface albedo change from biomass burning. *Geophys. Res. Lett.*, **32**, L20812.

Myhre, G., J. Nilsen, L. Gulstad, K. Shine, B. Rognerud, and I. Isaksen, 2007: Radiative forcing due to stratospheric water vapour from $CH_4$ oxidation. *Geophys. Res. Lett.*, **34**, L01807.

Myhre, G., et al., 2011: Radiative forcing due to changes in ozone and methane caused by the transport sector. *Atmos. Environ.*, **45**, 387–394.

Myhre, G., et al., 2013: Radiative forcing of the direct aerosol effect from AeroCom Phase II simulations. *Atmos. Chem. Phys.*, **13**, 1853–1877.

Nagai, T., B. Liley, T. Sakai, T. Shibata, and O. Uchino, 2010: Post-Pinatubo evolution and subsequent trend of the stratospheric aerosol layer observed by mid-latitude lidars in both hemispheres. *Sola*, **6**, 69–72.

Naik, V., D. L. Mauzerall, L. W. Horowitz, M. D. Schwarzkopf, V. Ramaswamy, and M. Oppenheimer, 2007: On the sensitivity of radiative forcing from biomass burning aerosols and ozone to emission location. *Geophys. Res. Lett.*, **34**, L03818.

BLM_0151240

Nair, U. S., D. K. Ray, J. Wang, S. A. Christopher, T. J. Lyons, R. M. Welch, and R. A. Pielke, 2007: Observational estimates of radiative forcing due to land use change in southwest Australia. *J. Geophys. Res. Atmos.*, **112**, D09117.

Neely, R. R., et al., 2013: Recent anthropogenic increases in $SO_2$ from Asia have minimal impact on stratospheric aerosol. *Geophys. Res. Lett.*, **40**, 999-1004.

O'ishi, R., A. Abe-Ouchi, I. Prentice, and S. Sitch, 2009: Vegetation dynamics and plant $CO_2$ responses as positive feedbacks in a greenhouse world. *Geophys. Res. Lett.*, **36**, L11706.

O'Neill, B., 2000: The jury is still out on global warming potentials. *Clim. Change*, **44**, 427–443.

O'Neill, B., 2003: Economics, natural science, and the costs of global warming potentials—An editorial comment. *Clim. Change*, **58**, 251–260.

Oleson, K. W., G. B. Bonan, and J. Feddema, 2010: Effects of white roofs on urban temperature in a global climate model. *Geophys. Res. Lett.*, **37**, L03701.

Olivié, D. J. L., G. Peters, and D. Saint-Martin, 2012: Atmosphere response time scales estimated from AOGCM experiments. *J. Climate*, **25**, 7956–7972.

Olsen, S. C., C. A. McLinden, and M. J. Prather, 2001: Stratospheric $N_2O$–NOy system: Testing uncertainties in a three-dimensional framework, *J. Geophys. Res.*, **106**, 28771.

Oreopoulos, L., et al., 2012: The Continual Intercomparison of Radiation Codes: Results from Phase I. *J. Geophys. Res. Atmos.*, **117**, D06118.

Osterman, G. B., et al., 2008: Validation of Tropospheric Emission Spectrometer (TES) measurements of the total, stratospheric, and tropospheric column abundance of ozone. *J. Geophys. Res. Atmos.*, **113**, D15S16.

Otterå, O. H., M. Bentsen, H. Drange, and L. L. Suo, 2010: External forcing as a metronome for Atlantic multidecadal variability. *Nature Geosci.*, **3**, 688–694.

Özdoğan, M., A. Robock, and C. J. Kucharik, 2013: Impacts of a nuclear war in South Asia on soybean and maize production in the Midwest United States. *Clim. Change*, **116**, 373–387.

Parrish, D. D., D. B. Millet, and A. H. Goldstein, 2009: Increasing ozone in marine boundary layer inflow at the west coasts of North America and Europe. *Atmos. Chem. Phys.*, **9**, 1303–1323.

Paulot, F., J. D. Crounse, H. G. Kjaergaard, A. Kurten, J. M. St Clair, J. H. Seinfeld, and P. O. Wennberg, 2009: Unexpected epoxide formation in the gas-phase photooxidation of isoprene. *Science*, **325**, 730–733.

Paynter, D., and V. Ramaswamy, 2011: An assessment of recent water vapor continuum measurements upon longwave and shortwave radiative transfer. *J. Geophys. Res. Atmos.*, **116**, D20302.

Pechony, O., and D. Shindell, 2010: Driving forces of global wildfires over the past millennium and the forthcoming century. *Proc. Natl. Acad. Sci. U.S.A.*, **107**, 19167–19170.

Peeters, J., T. L. Nguyen, and L. Vereecken, 2009: HO(x) radical regeneration in the oxidation of isoprene. *Phys. Chem. Chem. Phys.*, **11**, 5935–5939.

Penn, M., and W. Livingston, 2006: Temporal changes in sunspot umbral magnetic fields and temperatures. *Astrophys. J.*, **649**, L45–L48.

Penner, J., L. Xu, and M. Wang, 2011: Satellite methods underestimate indirect climate forcing by aerosols. *Proc. Natl. Acad. Sci. U.S.A.*, **108**, 13404–13408.

Penner, J., et al., 2006: Model intercomparison of indirect aerosol effects. *Atmos. Chem. Phys.*, **6**, 3391–3405.

Perlwitz, J., and R. L. Miller, 2010: Cloud cover increase with increasing aerosol absorptivity: A counterexample to the conventional semidirect aerosol effect. *J. Geophys. Res. Atmos.*, **115**, D08203.

Persad, G. G., Y. Ming, and V. Ramaswamy, 2012: Tropical tropospheric-only responses to absorbing aerosols. *J. Clim.*, **25**, 2471–2480.

Peters, G., B. Aamaas, T. Berntsen, and J. Fuglestvedt, 2011a: The integrated global temperature change potential (iGTP) and relationships between emission metrics. *Environ. Res. Lett.*, **6**, 044021.

Peters, G. P., B. Aamaas, M. T. Lund, C. Solli, and J. S. Fuglestvedt, 2011b: Alternative "Global Warming" metrics in life cycle assessment: A case study with existing transportation data. *Environ. Sci. Technol.*, **45**, 8633–8641.

Peters, K., P. Stier, J. Quaas, and H. Grassl, 2012: Aerosol indirect effects from shipping emissions: Sensitivity studies with the global aerosol-climate model ECHAM-HAM. *Atmos. Chem. Phys.*, **12**, 5985–6007.

Philipona, R., K. Behrens, and C. Ruckstuhl, 2009: How declining aerosols and rising greenhouse gases forced rapid warming in Europe since the 1980s. *Geophys. Res. Lett.*, **36**, L02806.

Pinto, J. P., R. P. Turco, and O. B. Toon, 1989: Self-limiting physical and chemical effects in volcanic-eruption clouds. *J. Geophys. Res. Atmos.*, **94**, 11165–11174.

Pitman, A. J., et al., 2009: Uncertainties in climate responses to past land cover change: First results from the LUCID intercomparison study. *Geophys. Res. Lett.*, **36**, L14814.

Plattner, G.-K., T. Stocker, P. Midgley, and M. Tignor, 2009: IPCC Expert Meeting on the Science of Alternative Metrics: Meeting Report. IPCC Working Group I, Technical Support Unit.

Plattner, G. K., et al., 2008: Long-term climate commitments projected with climate-carbon cycle models. *J. Clim.*, **21**, 2721–2751.

Pongratz, J., C. Reick, T. Raddatz, and M. Claussen, 2008: A reconstruction of global agricultural areas and land cover for the last millennium. *Global Biogeochem. Cycles*, **22**, Gb3018.

Pongratz, J., C. H. Reick, T. Raddatz, and M. Claussen, 2010: Biogeophysical versus biogeochemical climate response to historical anthropogenic land cover change. *Geophys. Res. Lett.*, **37**, L08702.

Pongratz, J., T. Raddatz, C. H. Reick, M. Esch, and M. Claussen, 2009: Radiative forcing from anthropogenic land cover change since AD 800. *Geophys. Res. Lett.*, **36**, L02709.

Pozzer, A., et al., 2012: Effects of business-as-usual anthropogenic emissions on air quality. *Atmos. Chem. Phys.*, **12**, 6915–6937.

Prather, M., 2002: Lifetimes of atmospheric species: Integrating environmental impacts. *Geophys. Res. Lett.*, **29**, 2063.

Prather, M., and J. Hsu, 2010: Coupling of nitrous oxide and methane by global atmospheric chemistry. *Science*, **330**, 952–954.

Prather, M. J., 1998: Time scales in atmospheric chemistry: Coupled perturbations to $N_2O$, NOy, and $O_3$. *Science*, **279**, 1339–1341.

Prather, M. J., C. D. Holmes, and J. Hsu, 2012: Reactive greenhouse gas scenarios: Systematic exploration of uncertainties and the role of atmospheric chemistry. *Geophys. Res. Lett.*, **39**, L09803.

Puma, M. J., and B. I. Cook, 2010: Effects of irrigation on global climate during the 20th century. *J. Geophys. Res. Atmos.*, **115**, D16120.

Quaas, J., O. Boucher, N. Bellouin, and S. Kinne, 2011: Which of satellite- or model-based estimates is closer to reality for aerosol indirect forcing? *Proc. Natl. Acad. Sci. U.S.A.*, **108**, E1099.

Quaas, J., et al., 2009: Aerosol indirect effects—general circulation model intercomparison and evaluation with satellite data. *Atmos. Chem. Phys.*, **9**, 8697–8717.

Rajakumar, B., R. Portmann, J. Burkholder, and A. Ravishankara, 2006: Rate coefficients for the reactions of OH with $CF_3CH_2CH_3$ (HFC-263fb), $CF_3CHFCH_2F$ (HFC-245eb), and $CHF_2CHFCHF_2$ (HFC-245ea) between 238 and 375 K. *J. Phys. Chem. A*, **110**, 6724–6731.

Ramanathan, V., and G. Carmichael, 2008: Global and regional climate changes due to black carbon. *Nature Geosci.*, **1**, 221–227.

Ramanathan, V., et al., 2005: Atmospheric brown clouds: Impacts on South Asian climate and hydrological cycle. *Proc. Natl. Acad. Sci. U.S.A.*, **102**, 5326–5333.

Ramaswamy, V., et al., 2001: Radiative forcing of climate change. In: *Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmntal Panel on Climate Change* [J. T. Houghton, Y. Ding, D. J. Griggs, M. Noquer, P. J. van der Linden, X. Dai, K. Maskell and C. A. Johnson (eds.)]. Cambride University Press, Cambridge, United Kingdom and New York, NY, USA, 349-416.

Randel, W., and F. Wu, 2007: A stratospheric ozone profile data set for 1979–2005: Variability, trends, and comparisons with column ozone data. *J. Geophys. Res. Atmos.*, **112**, D06313.

Randles, C. A., and V. Ramaswamy, 2008: Absorbing aerosols over Asia: A Geophysical Fluid Dynamics Laboratory general circulation model sensitivity study of model response to aerosol optical depth and aerosol absorption. *J. Geophys. Res. Atmos.*, **113**, D21203.

Rasch, P. J., et al., 2008: An overview of geoengineering of climate using stratospheric sulphate aerosols. *Philos. Trans. R. Soc. A*, **366**, 4007–4037.

Ravishankara, A. R., J. S. Daniel, and R. W. Portmann, 2009: Nitrous oxide ($N_2O$): The dominant ozone-depleting substance emitted in the 21st century. *Science*, **326**, 123–125.

Rechid, D., T. Raddatz, and D. Jacob, 2009: Parameterization of snow-free land surface albedo as a function of vegetation phenology based on MODIS data and applied in climate modelling. *Theor. Appl. Climatol.*, **95**, 245–255.

Reddy, M., and O. Boucher, 2007: Climate impact of black carbon emitted from energy consumption in the world's regions. *Geophys. Res. Lett.*, **34**, L11802.

Reilly, J., et al., 1999: Multi-gas assessment of the Kyoto Protocol. *Nature*, **401**, 549–555.

BLM_0151241

Reilly, J. M., and K. R. Richards, 1993: Climate-change damage and the trace-gas-index issue. *Environ. Resour. Econ.*, **3**, 41–61.

Reisinger, A., M. Meinshausen, and M. Manning, 2011: Future changes in global warming potentials under representative concentration pathways. *Environ. Res. Lett.*, **6**, 024020.

Reisinger, A., M. Meinshausen, M. Manning, and G. Bodeker, 2010: Uncertainties of global warming metrics: $CO_2$ and $CH_4$. *Geophys. Res. Lett.*, **37**, L14707.

Reisinger, A., P. Havlik, K. Riahi, O. Vliet, M. Obersteiner, and M. Herrero, 2013: Implications of alternative metrics for global mitigation costs and greenhouse gas emissions from agriculture. *Clim. Change*, **117**, 677-690.

Righi, M., C. Klinger, V. Eyring, J. Hendricks, A. Lauer, and A. Petzold, 2011: Climate impact of biofuels in shipping: global model studies of the aerosol indirect effect. *Environ. Sci. Technol.*, **45**, 3519–3525.

Rigozo, N., E. Echer, L. Vieira, and D. Nordemann, 2001: Reconstruction of Wolf sunspot numbers on the basis of spectral characteristics and estimates of associated radio flux and solar wind parameters for the last millennium. *Sol. Phys.*, **203**, 179–191.

Rigozo, N., D. Nordemann, E. Echer, M. Echer, and H. Silva, 2010: Prediction of solar minimum and maximum epochs on the basis of spectral characteristics for the next millennium. *Planet. Space Sci.*, **58**, 1971–1976.

Robock, A., 2000: Volcanic eruptions and climate. *Rev. Geophys.*, **38**, 191–219.

Robock, A., 2010: New START, Eyjafjallajökull, and Nuclear Winter. *Eos*, **91**, 444–445.

Robock, A., L. Oman, and G. L. Stenchikov, 2007a: Nuclear winter revisited with a modern climate model and current nuclear arsenals: Still catastrophic consequences. *J. Geophys. Res. Atmos.*, **112**, D13107.

Robock, A., L. Oman, and G. L. Stenchikov, 2008: Regional climate responses to geoengineering with tropical and Arctic $SO_2$ injections. *J. Geophys. Res. Atmos.*, **113**, D16101.

Robock, A., L. Oman, G. L. Stenchikov, O. B. Toon, C. Bardeen, and R. P. Turco, 2007b: Climatic consequences of regional nuclear conflicts. *Atmos. Chem. Phys.*, **7**, 2003–2012.

Robock, A., C. M. Ammann, L. Oman, D. Shindell, S. Levis, and G. Stenchikov, 2009: Did the Toba volcanic eruption of similar to 74 ka BP produce widespread glaciation? *J. Geophys. Res. Atmos.*, **114**, D10107.

Rogelj, J., et al., 2011: Emission pathways consistent with a 2 degrees C global temperature limit. *Nature Clim. Change*, **1**, 413–418.

Roscoe, H. K., and J. D. Haigh, 2007: Influences of ozone depletion, the solar cycle and the QBO on the Southern Annular Mode. *Q. J. R. Meteorol. Soc.*, **133**, 1855–1864.

Rotenberg, E., and D. Yakir, 2010: Contribution of semi-arid forests to the climate system. *Science*, **327**, 451–454.

Rothman, L., 2010: The evolution and impact of the HITRAN molecular spectroscopic database. *J. Quant. Spectrosc. Radiat. Transfer*, **111**, 1565–1567.

Rotstayn, L., and J. Penner, 2001: Indirect aerosol forcing, quasi forcing, and climate response. *J. Clim.*, **14**, 2960–2975.

Rotstayn, L. D., and U. Lohmann, 2002: Tropical rainfall trends and the indirect aerosol effect. *J. Clim.*, **15**, 2103–2116.

Rotstayn, L. D., B. F. Ryan, and J. E. Penner, 2000: Precipitation changes in a GCM resulting from the indirect effects of anthropogenic aerosols. *Geophys. Res. Lett.*, **27**, 3045–3048.

Rottman, G., 2006: Measurement of total and spectral solar irradiance. *Space Sci. Rev.*, **125**, 39–51.

Ruckstuhl, C., et al., 2008: Aerosol and cloud effects on solar brightening and the recent rapid warming. *Geophys. Res. Lett.*, **35**, L12708.

Russell, C., J. Luhmann, and L. Jian, 2010: How unprecedented a solar minimum? *Rev. Geophys.*, **48**, RG2004.

Rypdal, K., N. Rive, T. Berntsen, Z. Klimont, T. Mideksa, G. Myhre, and R. Skeie, 2009: Costs and global impacts of black carbon abatement strategies. *Tellus B.*, **61**, 625–641.

Rypdal, K., et al., 2005: Tropospheric ozone and aerosols in climate agreements: Scientific and political challenges. *Environ. Sci. Policy*, **8**, 29–43.

Salby, M. L., E. A. Titova, and L. Deschamps, 2012: Changes of the Antarctic ozone hole: Controlling mechanisms, seasonal predictability, and evolution. *J. Geophys. Res. Atmos.*, **117**, D10111.

Sarofim, M., 2012: The GTP of methane: Modeling analysis of temperature impacts of methane and carbon dioxide reductions. *Environ. Model. Assess.*, **17**, 231–239.

Sato, M., J. E. Hansen, M. P. McCormick, and J. B. Pollack, 1993: Stratospheric aerosol optical depths, 1850–1990. *J. Geophys. Res. Atmos.*, **98**, 22987–22994.

Schaaf, C., et al., 2002: First operational BRDF, albedo nadir reflectance products from MODIS. *Remote Sens. Environ.*, **83**, 135–148.

Schmalensee, R., 1993: Comparing greenhouse gases for policy purposes. *Energy J.*, **14**, 245–256.

Schmidt, A., K. S. Carslaw, G. W. Mann, M. Wilson, T. J. Breider, S. J. Pickering, and T. Thordarson, 2010: The impact of the 1783–1784 AD Laki eruption on global aerosol formation processes and cloud condensation nuclei. *Atmos. Chem. Phys.*, **10**, 6025–6041.

Schmidt, A., et al., 2012: Importance of tropospheric volcanic aerosol for indirect radiative forcing of climate. *Atmos. Chem. Phys.*, **12**, 7321–7339.

Schmidt, G., et al., 2011: Climate forcing reconstructions for use in PMIP simulations of the last millennium (v1.0). *Geosci. Model Dev.*, **4**, 33–45.

Schneider, D. P., C. M. Ammann, B. L. Otto-Bliesner, and D. S. Kaufman, 2009: Climate response to large, high-latitude and low-latitude volcanic eruptions in the Community Climate System Model. *J. Geophys. Res. Atmos.*, **114**, D15101.

Schultz, M. G., et al., 2008: Global wildland fire emissions from 1960 to 2000. *Global Biogeochem. Cycles*, **22**, Gb2002.

Seinfeld, J. H., and S. N. Pandis, 2006: *Atmospheric Chemistry and Physics: From Air Pollution to Climate Change.* John Wiley & Sons, Hoboken, NJ, USA.

Seif, S., and S. Blake, 2008: Consequences of explosive supereruptions. *Elements*, **4**, 41–46.

Sharma, S., D. Lavoue, H. Cachier, L. Barrie, and S. Gong, 2004: Long-term trends of the black carbon concentrations in the Canadian Arctic. *J. Geophys. Res. Atmos.*, **109**, D15203.

Shibata, K., and K. Kodera, 2005: Simulation of radiative and dynamical responses of the middle atmosphere to the 11-year solar cycle. *J. Atmos. Sol. Terres. Phys.*, **67**, 125–143.

Shindell, D., and G. Faluvegi, 2009: Climate response to regional radiative forcing during the twentieth century. *Nature Geosci.*, **2**, 294–300.

Shindell, D., and G. Faluvegi, 2010: The net climate impact of coal-fired power plant emissions. *Atmos. Chem. Phys.*, **10**, 3247–3260.

Shindell, D., G. Schmidt, M. Mann, D. Rind, and A. Waple, 2001: Solar forcing of regional climate change during the maunder minimum. *Science*, **294**, 2149–2152.

Shindell, D., G. Faluvegi, A. Lacis, J. Hansen, R. Ruedy, and E. Aguilar, 2006a: Role of tropospheric ozone increases in 20th-century climate change. *J. Geophys. Res. Atmos.*, **111**, D08302.

Shindell, D., G. Faluvegi, R. Miller, G. Schmidt, J. Hansen, and S. Sun, 2006b: Solar and anthropogenic forcing of tropical hydrology. *Geophys. Res. Lett.*, **33**, L24706.

Shindell, D., M. Schulz, Y. Ming, T. Takemura, G. Faluvegi, and V. Ramaswamy, 2010: Spatial scales of climate response to inhomogeneous radiative forcing. *J. Geophys. Res. Atmos.*, **115**, D19110.

Shindell, D., et al., 2008: Climate forcing and air quality change due to regional emissions reductions by economic sector. *Atmos. Chem. Phys.*, **8**, 7101–7113.

Shindell, D., et al., 2011: Climate, health, agricultural and economic impacts of tighter vehicle-emission standards. *Nature Clim. Change*, **1**, 59–66.

Shindell, D., et al., 2013a: Attribution of historical ozone forcing to anthropogenic emissions. *Nature Clim. Change*, **3**, 567-570.

Shindell, D., et al., 2012a: Simultaneously mitigating near-term climate change and improving human health and food Security. *Science*, **335**, 183–189.

Shindell, D. T., 2012: Evaluation of the absolute regional temperature potential. *Atmos. Chem. Phys.*, **12**, 7955–7960.

Shindell, D. T., A. Voulgarakis, G. Faluvegi, and G. Milly, 2012b: Precipitation response to regional radiative forcing. *Atmos. Chem. Phys.*, **12**, 6969–6982.

Shindell, D. T., G. Faluvegi, D. M. Koch, G. A. Schmidt, N. Unger, and S. E. Bauer, 2009: Improved attribution of climate forcing to emissions. *Science*, **326**, 716–718.

Shindell, D. T., et al., 2006c: Simulations of preindustrial, present-day, and 2100 conditions in the NASA GISS composition and climate model G-PUCCINI. *Atmos. Chem. Phys.*, **6**, 4427–4459.

Shindell, D. T., et al., 2013b: Interactive ozone and methane chemistry in GISS-E2 historical and future climate simulations. *Atmos. Chem. Phys.*, **13**, 2653–2689.

Shindell, D. T., et al., 2013c: Radiative forcing in the ACCMIP historical and future climate simulations. *Atmos. Chem. Phys.*, **13**, 2939–2974.

Shine, K., 2009: The global warming potential-the need for an interdisciplinary retrial. *Clim. Change*, **96**, 467–472.

Shine, K., J. Cook, E. Highwood, and M. Joshi, 2003: An alternative to radiative forcing for estimating the relative importance of climate change mechanisms. *Geophys. Res. Lett.*, **30**, 2047.

BLM_0151242

Shine, K., J. Fuglestvedt, K. Hailemariam, and N. Stuber, 2005a: Alternatives to the global warming potential for comparing climate impacts of emissions of greenhouse gases. *Clim. Change*, **68**, 281–302.

Shine, K., T. Berntsen, J. Fuglestvedt, and R. Sausen, 2005b: Scientific issues in the design of metrics for inclusion of oxides of nitrogen in global climate agreements. *Proc. Natl. Acad. Sci. U.S.A.*, **102**, 15768–15773.

Shine, K., T. Berntsen, J. Fuglestvedt, R. Skeie, and N. Stuber, 2007: Comparing the climate effect of emissions of short- and long-lived climate agents. *Philos. Trans. R. Soc. A*, **365**, 1903–1914.

Shine, K. P., I. V. Ptashnik, and G. Raedel, 2012: The water vapour continuum: Brief history and recent developments. *Surv. Geophys.*, **33**, 535–555.

Siddaway, J. M., and S. V. Petelina, 2011: Transport and evolution of the 2009 Australian Black Saturday bushfire smoke in the lower stratosphere observed by OSIRIS on Odin. *J. Geophys. Res. Atmos.*, **116**, D06203.

Sitch, S., P. M. Cox, W. J. Collins, and C. Huntingford, 2007: Indirect radiative forcing of climate change through ozone effects on the land-carbon sink. *Nature*, **448**, 791–794.

Skeie, R., T. Berntsen, G. Myhre, K. Tanaka, M. Kvalevag, and C. Hoyle, 2011a: Anthropogenic radiative forcing time series from pre-industrial times until 2010. *Atmos. Chem. Phys.*, **11**, 11827–11857.

Skeie, R., T. Berntsen, G. Myhre, C. Pedersen, J. Strom, S. Gerland, and J. Ogren, 2011b: Black carbon in the atmosphere and snow, from pre-industrial times until present. *Atmos. Chem. Phys.*, **11**, 6809–6836.

Skeie, R. B., J. Fuglestvedt, T. Berntsen, M. T. Lund, G. Myhre, and K. Rypdal, 2009: Global temperature change from the transport sectors: Historical development and future scenarios. *Atmos. Environ.*, **43**, 6260–6270.

Smith, E., and A. Balogh, 2008: Decrease in heliospheric magnetic flux in this solar minimum: Recent Ulysses magnetic field observations. *Geophys. Res. Lett.*, **35**, L22103.

Smith, S., and M. Wigley, 2000: Global warming potentials: 1. Climatic implications of emissions reductions. *Clim. Change*, **44**, 445–457.

Smith, S., J. Karas, J. Edmonds, J. Eom, and A. Mizrahi, 2013: Sensitivity of multi-gas climate policy to emission metrics. *Clim. Change*, **117**, 663–675.

Smith, S. M., J. A. Lowe, N. H. A. Bowerman, L. K. Gohar, C. Huntingford, and M. R. Allen, 2012: Equivalence of greenhouse-gas emissions for peak temperature limits. *Nature Clim. Change*, **2**, 535–538.

Snow-Kropla, E., J. Pierce, D. Westervelt, and W. Trivitayanurak, 2011: Cosmic rays, aerosol formation and cloud-condensation nuclei: Sensitivities to model uncertainties. *Atmos. Chem. Phys.*, **11**, 4001–4013.

Solanki, S., and N. Krivova, 2004: Solar irradiance variations: From current measurements to long-term estimates. *Sol. Phys.*, **224**, 197–208.

Solomon, S., 1999: Stratospheric ozone depletion: A review of concepts and history. *Rev. Geophys.*, **37**, 275–316.

Solomon, S., J. S. Daniel, R. R. Neely, J. P. Vernier, E. G. Dutton, and L. W. Thomason, 2011: The persistently variable "background" stratospheric aerosol layer and global climate change. *Science*, **333**, 866–870.

Son, S. W., N. F. Tandon, L. M. Polvani, and D. W. Waugh, 2009: Ozone hole and Southern Hemisphere climate change. *Geophys. Res. Lett.*, **36**, L15705.

Soukharev, B., and L. Hood, 2006: Solar cycle variation of stratospheric ozone: Multiple regression analysis of long-term satellite data sets and comparisons with models. *J. Geophys. Res. Atmos.*, **111**, D20314.

Søvde, O., C. Hoyle, G. Myhre, and I. Isaksen, 2011: The HNO₃ forming branch of the HO₂ + NO reaction: Pre-industrial-to-present trends in atmospheric species and radiative forcings. *Atmos. Chem. Phys.*, **11**, 8929–8943.

Steinhilber, F., J. Beer, and C. Frohlich, 2009: Total solar irradiance during the Holocene. *Geophys. Res. Lett.*, **36**, L19704.

Stenchikov, G., A. Robock, V. Ramaswamy, M. D. Schwarzkopf, K. Hamilton, and S. Ramachandran, 2002: Arctic Oscillation response to the 1991 Mount Pinatubo eruption: Effects of volcanic aerosols and ozone depletion. *J. Geophys. Res. Atmos.*, **107**, 4803.

Stenchikov, G., T. L. Delworth, V. Ramaswamy, R. J. Stouffer, A. Wittenberg, and F. R. Zeng, 2009: Volcanic signals in oceans. *J. Geophys. Res. Atmos.*, **114**, D16104.

Stephens, G. L., N. B. Wood, and L. A. Pakula, 2004: On the radiative effects of dust on tropical convection. *Geophys. Res. Lett.*, **31**, L23112.

Stevenson, D., and R. Derwent, 2009: Does the location of aircraft nitrogen oxide emissions affect their climate impact? *Geophys. Res. Lett.*, **36**, L17810.

Stevenson, D. S., et al., 2013: Tropospheric ozone changes, radiative forcing and attribution to emissions in the Atmospheric Chemistry and Climate Model Intercomparison Project (ACCMIP). *Atmos. Chem. Phys.*, **13**, 3063–3085.

Stevenson, D. S., et al., 2006: Multimodel ensemble simulations of present-day and near-future tropospheric ozone. *J. Geophys. Res. Atmos.*, **111**, D08301.

Stiller, G. P., et al., 2012: Observed temporal evolution of global mean age of stratospheric air for the 2002 to 2010 period. *Atmos. Chem. Phys.*, **12**, 3311–3331.

Stothers, R. B., 2007: Three centuries of observation of stratospheric transparency. *Clim. Change*, **83**, 515–521.

Struthers, H., et al., 2011: The effect of sea ice loss on sea salt aerosol concentrations and the radiative balance in the Arctic. *Atmos. Chem. Phys.*, **11**, 3459–3477.

Swann, A. L. S., I. Y. Fung, and J. C. H. Chiang, 2012: Mid-latitude afforestation shifts general circulation and tropical precipitation. *Proc. Natl. Acad. Sci. U.S.A.*, **109**, 712–716.

Swingedouw, D., L. Terray, C. Cassou, A. Voldoire, D. Salas-Melia, and J. Servonnat, 2011: Natural forcing of climate during the last millennium: Fingerprint of solar variability. *Clim. Dyn.*, **36**, 1349–1364.

Takemura, T., 2012: Distributions and climate effects of atmospheric aerosols from the preindustrial era to 2100 along Representative Concentration Pathways (RCPs) simulated using the global aerosol model SPRINTARS. *Atmos. Chem. Phys.*, **12**, 11555–11572.

Tanaka, K., D. Johansson, B. O'Neill, and J. Fuglestvedt, 2013: Emission metrics under the 2°C climate stabilization. *Clim. Change Lett.*, **117**, 933-941.

Tanaka, K., B. O'Neill, D. Rokityanskiy, M. Obersteiner, and R. Tol, 2009: Evaluating Global Warming Potentials with historical temperature. *Clim. Change*, **96**, 443–466.

Taraborrelli, D., et al., 2012: Hydroxyl radical buffered by isoprene oxidation over tropical forests. *Nature Geosci.*, **5**, 190–193.

Taylor, P. C., R. G. Ellingson, and M. Cai, 2011: Seasonal variations of climate feedbacks in the NCAR CCSM3. *J. Clim.*, **24**, 3433–3444.

Textor, C., et al., 2006: Analysis and quantification of the diversities of aerosol life cycles within AeroCom. *Atmos. Chem. Phys.*, **6**, 1777–1813.

Thomason, L., and T. Peter, 2006: Assessment of Stratospheric Aerosol Properties (ASAP). *SPARC Reports* WCRP-124, WMO/TD- No. 1295, SPARC Report No. 4.

Thompson, D. W. J., S. Solomon, P. J. Kushner, M. H. England, K. M. Grise, and D. J. Karoly, 2011: Signatures of the Antarctic ozone hole in Southern Hemisphere surface climate change. *Nature Geosci.*, **4**, 741–749.

Thonicke, K., A. Spessa, I. C. Prentice, S. P. Harrison, L. Dong, and C. Carmona-Moreno, 2010: The influence of vegetation, fire spread and fire behaviour on biomass burning and trace gas emissions: Results from a process-based model. *Biogeosciences*, **7**, 1991–2011.

Tilmes, S., et al., 2012: Technical Note: Ozonesonde climatology between 1995 and 2011: Description, evaluation and applications. *Atmos. Chem. Phys.*, **12**, 7475–7497.

Timmreck, C., 2012: Modeling the climatic effects of large explosive volcanic eruptions. *Climate Change*, **3**, 545–564.

Timmreck, C., et al., 2010: Aerosol size confines climate response to volcanic super-eruptions. *Geophys. Res. Lett.*, **37**, L24705.

Tol, R., T. Berntsen, B. O'Neill, J. Fuglestvedt, and K. Shine, 2012: A unifying framework for metrics for aggregating the climate effect of different emissions. *Environ. Res. Lett.*, **7**, 044006.

Toon, O. B., A. Robock, and R. P. Turco, 2008: Environmental consequences of nuclear war. *Physics Today*, **61**, 37–42.

Trenberth, K. E., and A. Dai, 2007: Effects of Mount Pinatubo volcanic eruption on the hydrological cycle as an analog of geoengineering. *Geophys. Res. Lett.*, **34**, L15702.

Tsigaridis, K., and M. Kanakidou, 2007: Secondary organic aerosol importance in the future atmosphere. *Atmos. Environ.*, **41**, 4682–4692.

UNEP, 2011: Near-term Climate Protection and Clean Air Benefits: Actions for Controlling Short-Lived Climate Forcers. United Nations Environment Programme (UNEP), 78 pp.

Unger, N., T. C. Bond, J. S. Wang, D. M. Koch, S. Menon, D. T. Shindell, and S. Bauer, 2010: Attribution of climate forcing to economic sectors. *Proc. Natl. Acad. Sci. U.S.A.*, **107**, 3382–3387.

van der Molen, M. K., B. J. J. M. van den Hurk, and W. Hazeleger, 2011: A dampened land use change climate response towards the tropics. *Clim. Dyn.*, **37**, 2035–2043.

van der Werf, G. R., et al., 2010: Global fire emissions and the contribution of deforestation, savanna, forest, agricultural, and peat fires (1997–2009). *Atmos. Chem. Phys.*, **10**, 11707–11735.

BLM_0151243

**8**

van Vuuren, D., J. Edmonds, M. Kainuma, K. Riahi, and J. Weyant, 2011: A special issue on the RCPs. *Clim. Change*, **109**, 1–4.

Van Vuuren, D. P., et al., 2008: Temperature increase of 21st century mitigation scenarios. *Proc. Natl. Acad. Sci. U.S.A.*, **105**, 15258–15262.

Vasekova, E., E. Drage, K. Smith, and N. Mason, 2006: FTIR spectroscopy and radiative forcing of octafluorocyclobutane and octofluorocyclopentene. *J. Quant. Spectrosc. Radiat. Transfer*, **102**, 418–424.

Velders, G. J. M., D. W. Fahey, J. S. Daniel, M. McFarland, and S. O. Andersen, 2009: The large contribution of projected HFC emissions to future climate forcing. *Proc. Natl. Acad. Sci. U.S.A.*, **106**, 10949–10954.

Vernier, J. P., L. W. Thomason, T. D. Fairlie, P. Minnis, R. Palikonda, and K. M. Bedka, 2013: Comment on "Large Volcanic Aerosol Load in the Stratosphere Linked to Asian Monsoon Transport". *Science*, **339**, 647–d.

Vernier, J. P., et al., 2011: Major influence of tropical volcanic eruptions on the stratospheric aerosol layer during the last decade. *Geophys. Res. Lett.*, **38**, L12807.

Vial, J., J.-L. Dufresne, and S. Bony, 2013: On the interpretation of inter-model spread in CMIP5 climate sensitivity estimates. *Clim. Dyn.*, doi:10.1007/s00382-013-1725-9, in press.

Volz, A., and D. Kley, 1988: Evaluation of the Montsouris Series of ozone measurements made in the 19th century. *Nature*, **332**, 240–242.

Voulgarakis, A., and D. T. Shindell, 2010: Constraining the sensitivity of regional climate with the use of historical observations. *J. Clim.*, **23**, 6068–6073.

Voulgarakis, A., et al., 2013: Analysis of present day and future OH and methane lifetime in the ACCMIP simulations. *Atmos. Chem. Phys.*, **13**, 2563–2587.

Wang, C., D. Kim, A. Ekman, M. Barth, and P. Rasch, 2009: Impact of anthropogenic aerosols on Indian summer monsoon. *Geophys. Res. Lett.*, **36**, L21704.

Wang, M., and J. E. Penner, 2009: Aerosol indirect forcing in a global model with particle nucleation. *Atmos. Chem. Phys.*, **9**, 239–260.

Wang, X., S. J. Doherty, and J. Huang, 2013: Black carbon and other light-absorbing impurities in snow across Northern China. *J. Geophys. Res. Atmos.*, **118**, 1471–1492.

Wang, Y., J. Lean, and N. Sheeley, 2005: Modeling the sun's magnetic field and irradiance since 1713. *Astrophys. J.*, **625**, 522–538.

Warren, S., and W. Wiscombe, 1980: A model for the spectral albedo of snow. 2. Snow containing atmospheric aerosols. *J. Atmos. Sci.*, **37**, 2734–2745.

Weiss, R., J. Muhle, P. Salameh, and C. Harth, 2008: Nitrogen trifluoride in the global atmosphere. *Geophys. Res. Lett.*, **35**, L20821.

Wenzler, T., S. Solanki, and N. Krivova, 2009: Reconstructed and measured total solar irradiance: Is there a secular trend between 1978 and 2003? *Geophys. Res. Lett.*, **36**, L11102.

Wilcox, L. K. Shine, and B. Hoskins, 2012: Radiative forcing due to aviation water vapour emissions. *Atmos. Environ.*, **63**, 1–13.

Wild, M., 2009: How well do IPCC-AR4/CMIP3 climate models simulate global dimming/brightening and twentieth-century daytime and nighttime warming? *J. Geophys. Res. Atmos.*, **114**, D00D11.

Wild, O., 2007: Modelling the global tropospheric ozone budget: Exploring the variability in current models. *Atmos. Chem. Phys.*, **7**, 2643–2660.

Wild, O., and P. I. Palmer, 2008: How sensitive is tropospheric oxidation to anthropogenic emissions? *Geophys. Res. Lett.*, **35**, L22802.

Wild, O., M. Prather, and H. Akimoto, 2001: Indirect long-term global radiative cooling from NOx emissions. *Geophys. Res. Lett.*, **28**, 1719–1722.

Williams, K. D., A. Jones, D. L. Roberts, C. A. Senior, and M. J. Woodage, 2001: The response of the climate system to the indirect effects of anthropogenic sulfate aerosol. *Clim. Dyn.*, **17**, 845–856.

Willson, R., and A. Mordvinov, 2003: Secular total solar irradiance trend during solar cycles 21–23. *Geophys. Res. Lett.*, **30**, 1199.

WMO, 1999: *Scientific Assessment of Ozone Depletion: 1998*. Global Ozone Research and Monitoring Project. Report No. 44. World Meteorological Organization, Geneva, Switzerland.

WMO, 2011: *Scientific Assessment of Ozone Depletion: 2010*. Global Ozone Research and Monitoring Project-Report. World Meteorological Organisation, Geneva, Switzerland, 516 pp.

Worden, H., K. Bowman, S. Kulawik, and A. Aghedo, 2011: Sensitivity of outgoing longwave radiative flux to the global vertical distribution of ozone characterized by instantaneous radiative kernels from Aura-TES. *J. Geophys. Res. Atmos.*, **116**, D14115.

Worden, H., K. Bowman, J. Worden, A. Eldering, and R. Beer, 2008: Satellite measurements of the clear-sky greenhouse effect from tropospheric ozone. *Nature Geosci.*, **1**, 305–308.

Wright, J., 2004: Do we know of any Maunder minimum stars? *Astron. J.*, **128**, 1273–1278.

Wu, S. L., L. J. Mickley, D. J. Jacob, J. A. Logan, R. M. Yantosca, and D. Rind, 2007: Why are there large differences between models in global budgets of tropospheric ozone? *J. Geophys. Res. Atmos.*, **112**, D05302.

Xia, L. L., and A. Robock, 2013: Impacts of a nuclear war in South Asia on rice production in Mainland China. *Clim. Change*, **116**, 357–372.

Ye, H., R. Zhang, J. Shi, J. Huang, S. G. Warren, and Q. Fu, 2012: Black carbon in seasonal snow across northern Xinjiang in northwestern China. *Environ. Res. Lett.*, **7**, 044002.

Young, P. J., et al., 2013: Pre-industrial to end 21st century projections of tropospheric ozone from the Atmospheric Chemistry and Climate Model Intercomparison Project (ACCMIP). *Atmos. Chem. Phys.*, **13**, 2063–2090.

Zanchettin, D., et al., 2012: Bi-decadal variability excited in the coupled ocean-atmosphere system by strong tropical volcanic eruptions. *Clim. Dyn.*, **39**, 419–444.

Zarzycki, C. M., and T. C. Bond, 2010: How much can the vertical distribution of black carbon affect its global direct radiative forcing? *Geophys. Res. Lett.*, **37**, L20807.

Zeng, G., J. A. Pyle, and P. J. Young, 2008: Impact of climate change on tropospheric ozone and its global budgets. *Atmos. Chem. Phys.*, **8**, 369–387.

Zeng, G., O. Morgenstern, P. Braesicke, and J. A. Pyle, 2010: Impact of stratospheric ozone recovery on tropospheric ozone and its budget. *Geophys. Res. Lett.*, **37**, L09805.

Zhang, H., G. Y. Shi, and Y. Liu, 2005: A comparison between the two line-by-line integration algorithms. *Chin. J. Atmos. Sci.*, **29**, 581–593.

Zhang, H., G. Shi, and Y. Liu, 2008: The effects of line-wing cutoff in LBL integration on radiation calculations. *Acta Meteorol. Sin.*, **22**, 248–255.

Zhang, H., J. Wu, and P. Luc, 2011: A study of the radiative forcing and global warming potentials of hydrofluorocarbons. *J. Quant. Spectrosc. Radiat. Transfer*, **112**, 220–229.

Zhang, X. B., et al., 2007: Detection of human influence on twentieth-century precipitation trends. *Nature*, **448**, 461–465.

Zhong, Y., G. H. Miller, B. L. Otto-Bliesner, M. M. Holland, D. A. Bailey, D. P. Schneider, and A. Geirsdottir, 2011: Centennial-scale climate change from decadally-paced explosive volcanism: A coupled sea ice-ocean mechanism. *Clim. Dyn.*, **37**, 2373–2387.

Ziemke, J. R., S. Chandra, G. J. Labow, P. K. Bhartia, L. Froidevaux, and J. C. Witte, 2011: A global climatology of tropospheric and stratospheric ozone derived from Aura OMI and MLS measurements. *Atmos. Chem. Phys.*, **11**, 9237–9251.

BLM_0151244

## Appendix 8.A: Lifetimes, Radiative Efficiencies and Metric Values

**Table 8.A.1 |** Radiative efficiencies (REs), lifetimes/adjustment times, AGWP and GWP values for 20 and 100 years, and AGTP and GTP values for 20, 50 and 100 years. Climate–carbon feedbacks are included for $CO_2$ while no climate feedbacks are included for the other components (see discussion in Sections 8.7.1.4 and 8.7.2.1, Supplementary Material and notes below the table; Supplementary Material Table 8.SM.16 gives analogous values including climate–carbon feedbacks for non-$CO_2$ emissions). For a complete list of chemical names and CAS numbers, and for accurate replications of metric values, see Supplementary Material Section 8.SM.13 and references therein.

| Acronym, Common Name or Chemical Name | Chemical Formula | Lifetime (Years) | Radiative Efficiency (W m$^{-2}$ ppb$^{-1}$) | AGWP 20-year (W m$^{-2}$ yr kg$^{-1}$) | GWP 20-year | AGWP 100-year (W m$^{-2}$ yr kg$^{-1}$) | GWP 100-year | AGTP 20-year (K kg$^{-1}$) | GTP 20-year | AGTP 50-year (K kg$^{-1}$) | GTP 50-year | AGTP 100-year (K kg$^{-1}$) | GTP 100-year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Carbon dioxide | $CO_2$ | see* | 1.37e-5 | 2.49e-14 | 1 | 9.17e-14 | 1 | 6.84e-16 | 1 | 6.17e-16 | 1 | 5.47e-16 | 1 |
| Methane | $CH_4$ | 12.4† | 3.63e-4 | 2.09e-12 | 84 | 2.61e-12 | 28 | 4.62e-14 | 67 | 8.69e-15 | 14 | 2.34e-15 | 4 |
| Fossil methane‡ | $CH_4$ | 12.4† | 3.63e-4 | 2.11e-12 | 85 | 2.73e-12 | 30 | 4.68e-14 | 68 | 9.55e-15 | 15 | 3.11e-15 | 6 |
| Nitrous Oxide | $N_2O$ | 121† | 3.00e-3 | 6.58e-12 | 264 | 2.43e-11 | 265 | 1.89e-13 | 277 | 1.74e-13 | 282 | 1.28e-13 | 234 |
| **Chlorofluorocarbons** | | | | | | | | | | | | | |
| CFC-11 | $CCl_3F$ | 45.0 | 0.26 | 1.72e-10 | 6900 | 4.28e-10 | 4660 | 4.71e-12 | 6890 | 3.01e-12 | 4890 | 1.28e-12 | 2340 |
| CFC-12 | $CCl_2F_2$ | 100.0 | 0.32 | 2.69e-10 | 10,800 | 9.39e-10 | 10,200 | 7.71e-12 | 11,300 | 6.75e-12 | 11,000 | 4.62e-12 | 8450 |
| CFC-13 | $CClF_3$ | 640.0 | 0.25 | 2.71e-10 | 10,900 | 1.27e-09 | 13,900 | 7.99e-12 | 11,700 | 8.77e-12 | 14,200 | 8.71e-12 | 15,900 |
| CFC-113 | $CCl_2FCClF_2$ | 85.0 | 0.30 | 1.62e-10 | 6490 | 5.34e-10 | 5820 | 4.60e-12 | 6730 | 3.85e-12 | 6250 | 2.45e-12 | 4470 |
| CFC-114 | $CClF_2CClF_2$ | 190.0 | 0.31 | 1.92e-10 | 7710 | 7.88e-10 | 8590 | 5.60e-12 | 8190 | 5.56e-12 | 9020 | 4.68e-12 | 8550 |
| CFC-115 | $CClF_2CF_3$ | 1,020.0 | 0.20 | 1.46e-10 | 5860 | 7.03e-10 | 7670 | 4.32e-12 | 6310 | 4.81e-12 | 7810 | 4.91e-12 | 8980 |
| **Hydrochlorofluorocarbons** | | | | | | | | | | | | | |
| HCFC-21 | $CHCl_2F$ | 1.7 | 0.15 | 1.35e-11 | 543 | 1.35e-11 | 148 | 1.31e-13 | 192 | 1.59e-14 | 26 | 1.12e-14 | 20 |
| HCFC-22 | $CHClF_2$ | 11.9 | 0.21 | 1.32e-10 | 5280 | 1.62e-10 | 1760 | 2.87e-12 | 4200 | 5.13e-13 | 832 | 1.43e-13 | 262 |
| HCFC-122 | $CHCl_2CF_2Cl$ | 1.0 | 0.17 | 5.43e-12 | 218 | 5.43e-12 | 59 | 4.81e-14 | 70 | 6.25e-15 | 10 | 4.47e-15 | 8 |
| HCFC-122a | $CHFClCFCl_2$ | 3.4 | 0.21 | 2.36e-11 | 945 | 2.37e-11 | 258 | 2.91e-13 | 426 | 2.99e-14 | 48 | 1.96e-14 | 36 |
| HCFC-123 | $CHCl_2CF_3$ | 1.3 | 0.15 | 7.28e-12 | 292 | 7.28e-12 | 79 | 6.71e-14 | 98 | 8.45e-15 | 14 | 6.00e-15 | 11 |
| HCFC-123a | $CHClFCF_2Cl$ | 4.0 | 0.23 | 3.37e-11 | 1350 | 3.39e-11 | 370 | 4.51e-13 | 659 | 4.44e-14 | 72 | 2.81e-14 | 51 |
| HCFC-124 | $CHClFCF_3$ | 5.9 | 0.20 | 4.67e-11 | 1870 | 4.83e-11 | 527 | 7.63e-13 | 1120 | 7.46e-14 | 121 | 4.03e-14 | 74 |
| HCFC-132c | $CH_2FCFCl_2$ | 4.3 | 0.17 | 3.07e-11 | 1230 | 3.10e-11 | 338 | 4.27e-13 | 624 | 4.14e-14 | 67 | 2.58e-14 | 47 |
| HCFC-141b | $CH_3CCl_2F$ | 9.2 | 0.16 | 6.36e-11 | 2550 | 7.17e-11 | 782 | 1.27e-12 | 1850 | 1.67e-13 | 271 | 6.09e-14 | 111 |
| HCFC-142b | $CH_3CClF_2$ | 17.2 | 0.19 | 1.25e-10 | 5020 | 1.82e-10 | 1980 | 3.01e-12 | 4390 | 8.46e-13 | 1370 | 1.95e-13 | 356 |
| HCFC-225ca | $CHCl_2CF_2CF_3$ | 1.9 | 0.22 | 1.17e-11 | 469 | 1.17e-11 | 127 | 1.17e-13 | 170 | 1.38e-14 | 22 | 9.65e-15 | 18 |
| HCFC-225cb | $CHClFCF_2CClF_2$ | 5.9 | 0.29 | 4.65e-11 | 1860 | 4.81e-11 | 525 | 7.61e-13 | 1110 | 7.43e-14 | 120 | 4.01e-14 | 73 |
| (E)-1-Chloro-3,3,3-trifluoroprop-1-ene | trans-$CF_3CH=CHCl$ | 26.0 days | 0.04 | 1.37e-13 | 5 | 1.37e-13 | 1 | 1.09e-15 | 2 | 1.54e-16 | <1 | 1.12e-16 | <1 |

*(continued on next page)*

Table 8.A.1 (continued)

| Acronym, Common Name or Chemical Name | Chemical Formula | Lifetime (Years) | Radiative Efficiency (W m⁻² ppb⁻¹) | AGWP 20-year (W m⁻² yr kg⁻¹) | GWP 20-year | AGWP 100-year (W m⁻² yr kg⁻¹) | GWP 100-year | AGTP 20-year (K kg⁻¹) | GTP 20-year | AGTP 50-year (K kg⁻¹) | GTP 50-year | AGTP 100-year (K kg⁻¹) | GTP 100-year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Hydrofluorocarbons* | | | | | | | | | | | | | |
| HFC-23 | $CHF_3$ | 222.0 | 0.18 | 2.70e-10 | **10,800** | 1.14e-09 | **12,400** | 7.88e-12 | **11,500** | 7.99e-12 | **13,000** | 6.95e-12 | **12,700** |
| HFC-32 | $CH_2F_2$ | 5.2 | 0.11 | 6.07e-11 | **2430** | 6.21e-11 | **677** | 9.32e-13 | **1360** | 8.93e-14 | **145** | 5.17e-14 | **94** |
| HFC-41 | $CH_3F$ | 2.8 | 0.02 | 1.07e-11 | **427** | 1.07e-11 | **116** | 1.21e-13 | **177** | 1.31e-14 | **21** | 8.82e-15 | **16** |
| HFC-125 | $CHF_2CF_3$ | 28.2 | 0.23 | 1.52e-10 | **6090** | 2.91e-10 | **3170** | 3.97e-12 | **5800** | 1.84e-12 | **2980** | 5.29e-13 | **967** |
| HFC-134 | $CHF_2CHF_2$ | 9.7 | 0.19 | 8.93e-11 | **3580** | 1.02e-10 | **1120** | 1.82e-12 | **2660** | 2.54e-13 | **412** | 8.73e-14 | **160** |
| HFC-134a | $CH_2FCF_3$ | 13.4 | 0.16 | 9.26e-11 | **3710** | 1.19e-10 | **1300** | 2.09e-12 | **3050** | 4.33e-13 | **703** | 1.10e-13 | **201** |
| HFC-143 | $CH_2FCHF_2$ | 3.5 | 0.13 | 3.00e-11 | **1200** | 3.01e-11 | **328** | 3.76e-13 | **549** | 3.82e-14 | **62** | 2.49e-14 | **46** |
| HFC-143a | $CH_3CF_3$ | 47.1 | 0.16 | 1.73e-10 | **6940** | 4.41e-10 | **4800** | 4.76e-12 | **6960** | 3.12e-12 | **5060** | 1.37e-12 | **2500** |
| HFC-152 | $CH_2FCH_2F$ | 0.4 | 0.04 | 1.51e-12 | **60** | 1.51e-12 | **16** | 1.25e-14 | **18** | 1.71e-15 | **3** | 1.24e-15 | **2** |
| HFC-152a | $CH_3CHF_2$ | 1.5 | 0.10 | 1.26e-11 | **506** | 1.26e-11 | **138** | 1.19e-13 | **174** | 1.47e-14 | **24** | 1.04e-14 | **19** |
| HFC-161 | $CH_3CH_2F$ | 66.0 days | 0.02 | 3.33e-13 | **13** | 3.33e-13 | **4** | 2.70e-15 | **4** | 3.76e-16 | **<1** | 2.74e-16 | **<1** |
| HFC-227ca | $CF_3CF_2CHF_2$ | 28.2 | 0.27 | 1.27e-10 | **5080** | 2.42e-10 | **2640** | 3.31e-12 | **4830** | 1.53e-12 | **2480** | 4.41e-13 | **806** |
| HFC-227ea | $CF_3CHFCF_3$ | 38.9 | 0.26 | 1.34e-10 | **5360** | 3.07e-10 | **3350** | 3.61e-12 | **5280** | 2.12e-12 | **3440** | 7.98e-13 | **1460** |
| HFC-236cb | $CH_2FCF_2CF_3$ | 13.1 | 0.23 | 8.67e-11 | **3480** | 1.11e-10 | **1210** | 1.94e-12 | **2840** | 3.92e-13 | **636** | 1.01e-13 | **185** |
| HFC-236ea | $CHF_2CHFCF_3$ | 11.0 | 0.30[b] | 1.22e-10 | **4110** | 1.22e-10 | **1330** | 2.18e-12 | **3190** | 3.53e-13 | **573** | 1.06e-13 | **195** |
| HFC-236fa | $CF_3CH_2CF_3$ | 242.0 | 0.24 | 1.73e-10 | **6940** | 7.39e-10 | **8060** | 5.06e-12 | **7400** | 5.18e-12 | **8400** | 4.58e-12 | **8380** |
| HFC-245ca | $CH_2FCF_2CHF_2$ | 6.5 | 0.24[b] | 6.26e-11 | **2510** | 6.56e-11 | **716** | 1.07e-12 | **1570** | 1.09e-13 | **176** | 5.49e-14 | **100** |
| HFC-245cb | $CF_3CF_2CH_3$ | 47.1 | 0.24 | 1.67e-10 | **6680** | 4.24e-10 | **4620** | 4.58e-12 | **6690** | 3.00e-12 | **4870** | 1.32e-12 | **2410** |
| HFC-245ea | $CHF_2CHFCHF_2$ | 3.2 | 0.16[c] | 2.15e-11 | **863** | 2.16e-11 | **235** | 2.59e-13 | **378** | 2.70e-14 | **44** | 1.79e-14 | **33** |
| HFC-245eb | $CH_2FCHFCF_3$ | 3.1 | 0.20[c] | 2.66e-11 | **1070** | 2.66e-11 | **290** | 3.15e-13 | **460** | 3.31e-14 | **54** | 2.20e-14 | **40** |
| HFC-245fa | $CHF_2CH_2CF_3$ | 7.7 | 0.24 | 7.29e-11 | **2920** | 7.87e-11 | **858** | 1.35e-12 | **1970** | 1.51e-13 | **245** | 6.62e-14 | **121** |
| HFC-263fb | $CH_3CH_2CF_3$ | 1.2 | 0.10[c] | 6.93e-12 | **278** | 6.93e-12 | **76** | 6.31e-14 | **92** | 8.02e-15 | **13** | 5.70e-15 | **10** |
| HFC-272ca | $CH_3CF_2CH_3$ | 2.6 | 0.07 | 1.32e-11 | **530** | 1.32e-11 | **144** | 1.46e-13 | **213** | 1.61e-14 | **26** | 1.09e-14 | **20** |
| HFC-329p | $CHF_2CF_2CF_2CF_3$ | 28.4 | 0.31 | 1.13e-10 | **4510** | 2.16e-10 | **2360** | 2.94e-12 | **4290** | 1.37e-12 | **2220** | 3.96e-13 | **725** |
| HFC-365mfc | $CH_3CF_2CH_2CF_3$ | 8.7 | 0.22 | 6.64e-11 | **2660** | 7.38e-11 | **804** | 1.30e-12 | **1890** | 1.62e-13 | **262** | 6.24e-14 | **114** |
| HFC-43-10mee | $CF_3CHFCHFCF_2CF_3$ | 16.1 | 0.42[b] | 1.08e-10 | **4310** | 1.51e-10 | **1650** | 2.54e-12 | **3720** | 6.62e-13 | **1070** | 1.54e-13 | **281** |
| HFC-1132a | $CH_2=CF_2$ | 4.0 days | 0.004[d] | 3.87e-15 | **<1** | 3.87e-15 | **<1** | 3.08e-17 | **<1** | 4.35e-18 | **<1** | 3.18e-18 | **<1** |
| HFC-1141 | $CH_2=CHF$ | 2.1 days | 0.002[d] | 1.54e-15 | **<1** | 1.54e-15 | **<1** | 1.23e-17 | **<1** | 1.73e-18 | **<1** | 1.27e-18 | **<1** |
| (Z)-HFC-1225ye | $CF_3CF=CHF(Z)$ | 8.5 days | 0.02 | 2.14e-14 | **<1** | 2.14e-14 | **<1** | 1.70e-16 | **<1** | 2.40e-17 | **<1** | 1.76e-17 | **<1** |
| (E)-HFC-1225ye | $CF_3CF=CHF(E)$ | 4.9 days | 0.01 | 7.25e-15 | **<1** | 7.25e-15 | **<1** | 5.77e-17 | **<1** | 8.14e-18 | **<1** | 5.95e-18 | **<1** |
| (Z)-HFC-1234ze | $CF_3CH=CHF(Z)$ | 10.0 days | 0.02 | 2.61e-14 | **1** | 2.61e-14 | **<1** | 2.08e-16 | **<1** | 2.93e-17 | **<1** | 2.14e-17 | **<1** |
| HFC-1234yf | $CF_3CF=CH_2$ | 10.5 days | 0.02 | 3.22e-14 | **1** | 3.22e-14 | **<1** | 2.57e-16 | **<1** | 3.62e-17 | **<1** | 2.65e-17 | **<1** |
| (E)-HFC-1234ze | trans-$CF_3CH=CHF$ | 16.4 days | 0.04 | 8.74e-14 | **4** | 8.74e-14 | **<1** | 6.98e-16 | **<1** | 9.82e-17 | **<1** | 7.18e-17 | **<1** |
| (Z)-HFC-1336 | $CF_3CH=CHCF_3(Z)$ | 22.0 days | 0.07[d] | 1.54e-13 | **6** | 1.54e-13 | **2** | 1.23e-15 | **2** | 1.73e-16 | **<1** | 1.26e-16 | **<1** |

(continued on next page)

BLM_0151246

*Table 8.A.1 (continued)*

| Acronym, Common Name or Chemical Name | Chemical Formula | Lifetime (Years) | Radiative Efficiency (W m⁻² ppb⁻¹) | AGWP 20-year (W m⁻² yr kg⁻¹) | GWP 20-year | AGWP 100-year (W m⁻² yr kg⁻¹) | GWP 100-year | AGTP 20-year (K kg⁻¹) | GTP 20-year | AGTP 50-year (K kg⁻¹) | GTP 50-year | AGTP 100-year (K kg⁻¹) | GTP 100-year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HFC-1243zf | $CF_3CH=CH_2$ | 7.0 days | 0.01 | 1.37e-14 | 1 | 1.37e-14 | <1 | 1.09e-16 | <1 | 1.53e-17 | <1 | 1.12e-17 | <1 |
| HFC-1345zfc | $C_2F_5CH=CH_2$ | 7.6 days | 0.01 | 1.15e-14 | <1 | 1.15e-14 | <1 | 9.19e-17 | <1 | 1.30e-17 | <1 | 9.48e-18 | <1 |
| 3,3,4,4,5,5,6,6,6-Nonafluorohex-1-ene | $C_4F_9CH=CH_2$ | 7.6 days | 0.03 | 1.25e-14 | <1 | 1.25e-14 | <1 | 9.92e-17 | <1 | 1.40e-17 | <1 | 1.02e-17 | <1 |
| 3,3,4,4,5,5,6,6,7,7,8,8,8-Tridecafluorooct-1-ene | $C_6F_{13}CH=CH_2$ | 7.6 days | 0.03 | 9.89e-15 | <1 | 9.89e-15 | <1 | 7.87e-17 | <1 | 1.11e-17 | <1 | 8.12e-18 | <1 |
| 3,3,4,4,5,5,6,6,7,7,8,8,9,9,10,10,10-Heptadecafluorodec-1-ene | $C_8F_{17}CH=CH_2$ | 7.6 days | 0.03 | 8.52e-15 | <1 | 8.52e-15 | <1 | 6.79e-17 | <1 | 9.57e-18 | <1 | 7.00e-18 | <1 |
| *Chlorocarbons and Hydrochlorocarbons* | | | | | | | | | | | | | |
| Methyl chloroform | $CH_3CCl_3$ | 5.0 | 0.07 | 1.44e-11 | 578 | 1.47e-11 | 160 | 2.17e-13 | 317 | 2.07e-14 | 34 | 1.22e-14 | 22 |
| Carbon tetrachloride | $CCl_4$ | 26.0 | 0.17 | 8.69e-11 | 3480 | 1.59e-10 | 1730 | 2.24e-12 | 3280 | 9.68e-13 | 1570 | 2.62e-13 | 479 |
| Methyl chloride | $CH_3Cl$ | 1.0 | 0.01[a] | 1.12e-12 | 45 | 1.12e-12 | 12 | 9.93e-15 | 15 | 1.29e-15 | 2 | 9.20e-16 | 2 |
| Methylene chloride | $CH_2Cl_2$ | 0.4 | 0.03[b] | 8.18e-13 | 33 | 8.18e-13 | 9 | 6.78e-15 | 10 | 9.26e-16 | 2 | 6.72e-16 | 1 |
| Chloroform | $CHCl_3$ | 0.4 | 0.08 | 1.50e-12 | 60 | 1.50e-12 | 16 | 1.25e-14 | 18 | 1.70e-15 | 3 | 1.24e-15 | 2 |
| 1,2-Dichloroethane | $CH_2ClCH_2Cl$ | 65.0 days | 0.01 | 8.24e-14 | 3 | 8.24e-14 | <1 | 6.67e-16 | <1 | 9.29e-17 | <1 | 6.77e-17 | <1 |
| *Bromocarbons, Hydrobromocarbons and Halons* | | | | | | | | | | | | | |
| Methyl bromide | $CH_3Br$ | 0.8 | 0.004 | 2.16e-13 | 9 | 2.16e-13 | 2 | 1.87e-15 | 3 | 2.47e-16 | <1 | 1.78e-16 | <1 |
| Methylene bromide | $CH_2Br_2$ | 0.3 | 0.01 | 9.31e-14 | 4 | 9.31e-14 | 1 | 7.66e-16 | 1 | 1.05e-16 | <1 | 7.65e-17 | <1 |
| Halon-1201 | $CHBrF_2$ | 5.2 | 0.15 | 3.37e-11 | 1350 | 3.45e-11 | 376 | 5.17e-13 | 756 | 4.96e-14 | 80 | 2.87e-14 | 52 |
| Halon-1202 | $CBr_2F_2$ | 2.9 | 0.27 | 2.12e-11 | 848 | 2.12e-11 | 231 | 2.43e-13 | 356 | 2.61e-14 | 42 | 1.75e-14 | 32 |
| Halon-1211 | $CBrClF_2$ | 16.0 | 0.29 | 1.15e-10 | 4590 | 1.60e-10 | 1750 | 2.70e-12 | 3950 | 6.98e-13 | 1130 | 1.62e-13 | 297 |
| Halon-1301 | $CBrF_3$ | 65.0 | 0.30 | 1.95e-10 | 7800 | 5.77e-10 | 6290 | 5.46e-12 | 7990 | 4.16e-12 | 6750 | 2.28e-12 | 4170 |
| Halon-2301 | $CH_2BrCF_3$ | 3.4 | 0.14 | 1.59e-11 | 635 | 1.59e-11 | 173 | 1.96e-13 | 286 | 2.07e-14 | 33 | 1.34e-14 | 24 |
| Halon-2311 / Halothane | $CHBrClCF_3$ | 1.0 | 0.13 | 3.77e-12 | 151 | 3.77e-12 | 41 | 3.35e-14 | 49 | 4.34e-15 | 7 | 3.10e-15 | 6 |
| Halon-2401 | $CHFBrCF_2$ | 2.9 | 0.19 | 1.68e-11 | 674 | 1.68e-11 | 184 | 1.94e-13 | 283 | 2.07e-14 | 34 | 1.39e-14 | 25 |
| Halon-2402 | $CBrF_2CBrF_2$ | 20.0 | 0.31 | 8.59e-11 | 3440 | 1.35e-10 | 1470 | 2.12e-12 | 3100 | 7.08e-13 | 1150 | 1.66e-13 | 304 |
| *Fully Fluorinated Species* | | | | | | | | | | | | | |
| Nitrogen trifluoride | $NF_3$ | 500.0 | 0.20 | 3.19e-10 | 12,800 | 1.47e-09 | 16,100 | 9.39e-12 | 13,700 | 1.02e-11 | 16,500 | 9.91e-12 | 18,100 |
| Sulphur hexafluoride | $SF_6$ | 3,200.0 | 0.57 | 4.37e-10 | 17,500 | 2.16e-09 | 23,500 | 1.29e-11 | 18,900 | 1.47e-11 | 23,800 | 1.54e-11 | 28,200 |
| (Trifluoromethyl) sulphur pentafluoride | $SF_5CF_3$ | 800.0 | 0.59 | 3.36e-10 | 13,500 | 1.60e-09 | 17,400 | 9.93e-12 | 14,500 | 1.10e-11 | 17,800 | 1.11e-11 | 20,200 |
| Sulphuryl fluoride | $SO_2F_2$ | 36.0 | 0.20 | 1.71e-10 | 6840 | 3.76e-10 | 4090 | 4.58e-12 | 6690 | 2.55e-12 | 4140 | 9.01e-13 | 1650 |
| PFC-14 | $CF_4$ | 50,000.0 | 0.09 | 1.22e-10 | 4880 | 6.08e-10 | 6630 | 3.61e-12 | 5270 | 4.12e-12 | 6690 | 4.40e-12 | 8040 |
| PFC-116 | $C_2F_6$ | 10,000.0 | 0.25 | 2.05e-10 | 8210 | 1.02e-09 | 11,100 | 6.07e-12 | 8880 | 6.93e-12 | 11,200 | 7.36e-12 | 13,500 |
| PFC-c216 | $c\text{-}C_3F_6$ | 3,000.0 | 0.23[a] | 1.71e-10 | 6850 | 8.44e-10 | 9200 | 5.06e-12 | 7400 | 5.74e-12 | 9310 | 6.13e-12 | 11,000 |
| PFC-218 | $C_3F_8$ | 2,600.0 | 0.28 | 1.66e-10 | 6640 | 8.16e-10 | 8900 | 4.91e-12 | 7180 | 5.56e-12 | 9010 | 5.83e-12 | 10,700 |
| PFC-318 | $c\text{-}C_4F_8$ | 3,200.0 | 0.32 | 1.77e-10 | 7110 | 8.75e-10 | 9540 | 5.25e-12 | 7680 | 5.96e-12 | 9660 | 6.27e-12 | 11,500 |

(continued on next page)

BLM_0151247

**8**

734

*Table 8.A.1 (continued)*

| Acronym, Common Name or Chemical Name | Chemical Formula | Lifetime (Years) | Radiative Efficiency (W m⁻² ppb⁻¹) | AGWP 20-year (W m⁻² yr kg⁻¹) | GWP 20-year | AGWP 100-year (W m⁻² yr kg⁻¹) | GWP 100-year | AGTP 20-year (K kg⁻¹) | GTP 20-year | AGTP 50-year (K kg⁻¹) | GTP 50-year | AGTP 100-year (K kg⁻¹) | GTP 100-year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PFC-31-10 | $C_4F_{10}$ | 2,600.0 | 0.36 | 1.71e-10 | 6870 | 8.44e-10 | 9200 | 5.08e-12 | 7420 | 5.75e-12 | 9320 | 6.02e-12 | 11,000 |
| Perfluorocyclopentene | $c\text{-}C_5F_8$ | 31.0 days | 0.08† | 1.71e-13 | 7 | 1.71e-13 | 2 | 1.37e-15 | 2 | 1.92e-16 | <1 | 1.40e-16 | <1 |
| PFC-41-12 | $n\text{-}C_5F_{12}$ | 4,100.0 | 0.41 | 1.58e-10 | 6350 | 7.84e-10 | 8550 | 4.69e-12 | 6860 | 5.33e-12 | 8650 | 5.62e-12 | 10,300 |
| PFC-51-14 | $n\text{-}C_6F_{14}$ | 3,100.0 | 0.44 | 1.47e-10 | 5890 | 7.26e-10 | 7910 | 4.35e-12 | 6370 | 4.94e-12 | 8010 | 5.19e-12 | 9490 |
| PFC-61-16 | $n\text{-}C_7F_{16}$ | 3,000.0 | 0.50 | 1.45e-10 | 5830 | 7.17e-10 | 7820 | 4.31e-12 | 6290 | 4.88e-12 | 7920 | 5.13e-12 | 9380 |
| PFC-71-18 | $C_8F_{18}$ | 3,000.0 | 0.55 | 1.42e-10 | 5680 | 6.99e-10 | 7620 | 4.20e-12 | 6130 | 4.76e-12 | 7710 | 5.00e-12 | 9140 |
| PFC-91-18 | $C_{10}F_{18}$ | 2,000.0 | 0.55 | 1.34e-10 | 5390 | 6.59e-10 | 7190 | 3.98e-12 | 5820 | 4.49e-12 | 7290 | 4.68e-12 | 8570 |
| Perfluorodecalin (cis) | $Z\text{-}C_{10}F_{18}$ | 2,000.0 | 0.56 | 1.35e-10 | 5430 | 6.64e-10 | 7240 | 4.01e-12 | 5860 | 4.52e-12 | 7340 | 4.72e-12 | 8630 |
| Perfluorodecalin (trans) | $E\text{-}C_{10}F_{18}$ | 2,000.0 | 0.48 | 1.18e-10 | 4720 | 5.77e-10 | 6290 | 3.48e-12 | 5090 | 3.93e-12 | 6380 | 4.10e-12 | 7500 |
| PFC-1114 | $CF_2{=}CF_2$ | 1.1 days | 0.002 | 2.68e-16 | <1 | 2.68e-16 | <1 | 2.13e-18 | <1 | 3.00e-19 | <1 | 2.20e-19 | <1 |
| PFC-1216 | $CF_3CF{=}CF_2$ | 4.9 days | 0.01 | 6.42e-15 | <1 | 6.42e-15 | <1 | 5.11e-17 | <1 | 7.21e-18 | <1 | 5.27e-18 | <1 |
| Perfluorobuta-1,3-diene | $CF_2{=}CFCF{=}CF_2$ | 1.1 days | 0.003 | 3.29e-16 | <1 | 3.29e-16 | <1 | 2.61e-18 | <1 | 3.69e-19 | <1 | 2.70e-19 | <1 |
| Perfluorobut-1-ene | $CF_3CF_2CF{=}CF_2$ | 6.0 days | 0.02 | 8.38e-15 | <1 | 8.38e-15 | <1 | 6.67e-17 | <1 | 9.41e-18 | <1 | 6.88e-18 | <1 |
| Perfluorobut-2-ene | $CF_3CF{=}CFCF_3$ | 31.0 days | 0.07 | 1.62e-13 | 6 | 1.62e-13 | 2 | 1.30e-15 | 2 | 1.82e-16 | <1 | 1.33e-16 | <1 |
| *Halogenated Alcohols and Ethers* | | | | | | | | | | | | | |
| HFE-125 | $CHF_2OCF_3$ | 119.0 | 0.41 | 3.10e-10 | 12,400 | 1.14e-09 | 12,400 | 8.91e-12 | 13,000 | 8.14e-12 | 13,200 | 5.97e-12 | 10,900 |
| HFE-134 (HG-00) | $CHF_2OCHF_2$ | 24.4 | 0.44 | 2.90e-10 | 11,600 | 5.10e-10 | 5560 | 7.42e-12 | 10,800 | 3.02e-12 | 4900 | 7.83e-13 | 1430 |
| HFE-143a | $CH_3OCF_3$ | 4.8 | 0.18 | 4.72e-11 | 1890 | 4.80e-11 | 523 | 6.95e-13 | 1020 | 6.66e-14 | 108 | 3.99e-14 | 73 |
| HFE-227ea | $CF_3CHFOCF_3$ | 51.6 | 0.44 | 2.22e-10 | 8900 | 5.92e-10 | 6450 | 6.15e-12 | 8980 | 4.21e-12 | 6850 | 1.98e-12 | 3630 |
| HCFE-235ca2 (enflurane) | $CHF_2OCF_2CHFCl$ | 4.3 | 0.41 | 5.30e-11 | 2120 | 5.35e-11 | 583 | 7.36e-13 | 1080 | 7.14e-14 | 116 | 4.44e-14 | 81 |
| HCFE-235da2 (isoflurane) | $CHF_2OCHClCF_3$ | 3.5 | 0.42 | 4.49e-11 | 1800 | 4.50e-11 | 491 | 5.62e-13 | 822 | 5.72e-14 | 93 | 3.73e-14 | 68 |
| HFE-236ca | $CHF_2OCF_2CHF_2$ | 20.8 | 0.56° | 2.42e-10 | 9710 | 3.89e-10 | 4240 | 6.03e-12 | 8820 | 2.10e-12 | 3400 | 4.98e-13 | 912 |
| HFE-236ea2 (desflurane) | $CHF_2OCHFCF_3$ | 10.8 | 0.45 | 1.39e-10 | 5550 | 1.64e-10 | 1790 | 2.93e-12 | 4280 | 4.64e-13 | 753 | 1.42e-13 | 260 |
| HFE-236fa | $CF_3CH_2OCF_3$ | 7.5 | 0.36 | 8.35e-11 | 3350 | 8.98e-11 | 979 | 1.53e-12 | 2240 | 1.68e-13 | 273 | 7.54e-14 | 138 |
| HFE-245cb2 | $CF_3CF_2OCH_3$ | 4.9 | 0.33 | 5.90e-11 | 2360 | 6.00e-11 | 654 | 8.77e-13 | 1280 | 8.40e-14 | 136 | 4.99e-14 | 91 |
| HFE-245fa1 | $CHF_2CH_2OCF_3$ | 6.6 | 0.31 | 7.22e-11 | 2900 | 7.59e-11 | 828 | 1.25e-12 | 1820 | 1.27e-13 | 206 | 6.35e-14 | 116 |
| HFE-245fa2 | $CHF_2OCH_2CF_3$ | 5.5 | 0.36 | 7.25e-11 | 2910 | 7.45e-11 | 812 | 1.15e-12 | 1670 | 1.10e-13 | 179 | 6.21e-14 | 114 |
| 2,2,3,3,3-Pentafluoropropan-1-ol | $CF_3CF_2CH_2OH$ | 0.3 | 0.14 | 1.72e-12 | 69 | 1.72e-12 | 19 | 1.42e-14 | 21 | 1.95e-15 | 3 | 1.42e-15 | 3 |
| HFE-254cb1 | $CH_3OCF_2CHF_2$ | 2.5 | 0.26 | 2.76e-11 | 1110 | 2.76e-11 | 301 | 2.99e-13 | 438 | 3.34e-14 | 54 | 2.28e-14 | 42 |
| HFE-263fb2 | $CF_3CH_2OCH_3$ | 23.0 days | 0.04 | 1.22e-12 | 5 | 1.22e-13 | 1 | 9.72e-16 | 1 | 1.37e-16 | <1 | 9.98e-17 | <1 |
| HFE-263m1 | $CF_3OCH_2CH_3$ | 0.4 | 0.13 | 2.70e-12 | 108 | 2.70e-12 | 29 | 2.25e-14 | 33 | 3.06e-15 | 5 | 2.22e-15 | 4 |
| 3,3,3-Trifluoropropan-1-ol | $CF_3CH_2CH_2OH$ | 12.0 days | 0.02 | 3.57e-14 | 1 | 3.57e-14 | <1 | 2.85e-16 | <1 | 4.01e-17 | <1 | 2.93e-17 | <1 |
| HFE-329mcc2 | $CHF_2CF_2OCF_2CF_3$ | 22.5 | 0.53 | 1.68e-10 | 6720 | 2.81e-10 | 3070 | 4.23e-12 | 6180 | 1.59e-12 | 2580 | 3.93e-13 | 718 |
| HFE-338mmz1 | $(CF_3)_2CHOCHF_2$ | 21.2 | 0.44 | 1.48e-10 | 5940 | 2.40e-10 | 2620 | 3.70e-12 | 5410 | 1.31e-12 | 2130 | 3.14e-13 | 575 |

*(continued on next page)*

Table 8.A.1 (continued)

| Acronym, Common Name or Chemical Name | Chemical Formula | Lifetime (Years) | Radiative Efficiency (W m⁻² ppb⁻¹) | AGWP 20-year (W m⁻² yr kg⁻¹) | GWP 20-year | AGWP 100-year (W m⁻² yr kg⁻¹) | GWP 100-year | AGTP 20-year (K kg⁻¹) | GTP 20-year | AGTP 50-year (K kg⁻¹) | GTP 50-year | AGTP 100-year (K kg⁻¹) | GTP 100-year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HFE-338mcf2 | $CF_3CH_2OCF_2CF_3$ | 7.5 | 0.44 | 7.93e-11 | 3180 | 8.52e-11 | 929 | 1.45e-12 | 2120 | 1.60e-13 | 259 | 7.16e-14 | 131 |
| Sevoflurane (HFE-347mmz1) | $(CF_3)_2CHOCH_2F$ | 2.2 | 0.32 | 1.98e-11 | 795 | 1.98e-11 | 216 | 2.06e-13 | 302 | 2.37e-14 | 38 | 1.64e-14 | 30 |
| HFE-347mcc3 (HFE-7000) | $CH_3OCF_2CF_2CF_3$ | 5.0 | 0.35 | 4.78e-11 | 1910 | 4.86e-11 | 530 | 7.18e-13 | 1050 | 6.87e-14 | 111 | 4.05e-14 | 74 |
| HFE-347mcf2 | $CHF_2CH_2OCF_2CF_3$ | 6.6 | 0.42 | 7.45e-11 | 2990 | 7.83e-11 | 854 | 1.29e-12 | 1880 | 1.31e-13 | 212 | 6.55e-14 | 120 |
| HFE-347pcf2 | $CHF_2CF_2OCH_2CF_3$ | 6.0 | 0.48[b] | 7.86e-11 | 3150 | 8.15e-11 | 889 | 1.30e-12 | 1900 | 1.27e-13 | 206 | 6.81e-14 | 124 |
| HFE-347mmy1 | $(CF_3)_2CFOCH_3$ | 3.7 | 0.32 | 3.32e-11 | 1330 | 3.33e-11 | 363 | 4.27e-13 | 624 | 4.28e-14 | 69 | 2.76e-14 | 51 |
| HFE-356mec3 | $CH_3OCF_2CHFCF_3$ | 3.8 | 0.30 | 3.53e-11 | 1410 | 3.55e-11 | 387 | 4.60e-13 | 673 | 4.58e-14 | 74 | 2.94e-14 | 54 |
| HFE-356mff2 | $CF_3CH_2OCH_2CF_3$ | 105.0 days | 0.17 | 1.54e-12 | 62 | 1.54e-12 | 17 | 1.26e-14 | 18 | 1.74e-15 | 3 | 1.26e-15 | 2 |
| HFE-356pcf2 | $CHF_2CH_2OCF_2CHF_2$ | 5.7 | 0.37 | 6.40e-11 | 2560 | 6.59e-11 | 719 | 1.03e-12 | 1500 | 9.97e-14 | 162 | 5.50e-14 | 101 |
| HFE-356pcf3 | $CHF_2CF_2OCH_2CHF_2$ | 3.5 | 0.38 | 4.08e-11 | 1640 | 4.09e-11 | 446 | 5.11e-13 | 747 | 5.20e-14 | 84 | 3.39e-14 | 62 |
| HFE-356pcc3 | $CH_3OCF_2CF_2CHF_2$ | 3.8 | 0.32 | 3.77e-11 | 1510 | 3.79e-11 | 413 | 4.91e-13 | 718 | 4.89e-14 | 79 | 3.14e-14 | 57 |
| HFE-356mmz1 | $(CF_3)_2CHOCH_3$ | 97.1 days | 0.15 | 1.25e-12 | 50 | 1.25e-12 | 14 | 1.02e-14 | 15 | 1.41e-15 | 2 | 1.02e-15 | 2 |
| HFE-365mcf3 | $CF_3CF_2CH_2OCH_3$ | 19.3 days | 0.05 | 8.51e-14 | 3 | 8.51e-14 | <1 | 6.80e-16 | <1 | 9.56e-17 | <1 | 6.99e-17 | <1 |
| HFE-365mcf2 | $CF_3CF_2OCH_2CH_3$ | 0.6 | 0.26 | 5.35e-12 | 215 | 5.35e-12 | 58 | 4.53e-14 | 66 | 6.10e-15 | 10 | 4.40e-15 | 8 |
| HFE-374pc2 | $CHF_2CF_2OCH_2CH_3$ | 5.0 | 0.30 | 5.65e-11 | 2260 | 5.75e-11 | 627 | 8.48e-13 | 1240 | 8.12e-14 | 132 | 4.79e-14 | 88 |
| 4,4,4-Trifluorobutan-1-ol | $CF_3(CH_2)_2CH_2OH$ | 4.0 days | 0.01 | 1.73e-15 | <1 | 1.73e-15 | <1 | 1.38e-17 | <1 | 1.94e-18 | <1 | 1.42e-18 | <1 |
| 2,2,3,3,4,4,5,5-Octafluorocyclopentanol | $-(CF_2)_4CH(OH)-$ | 0.3 | 0.16 | 1.18e-12 | 47 | 1.18e-12 | 13 | 9.67e-15 | 14 | 1.33e-15 | 2 | 9.69e-16 | 2 |
| HFE-43-10pccc124 (H-Galden 1040x, HG-11) | $CHF_2OCF_2OC_2F_4OCHF_2$ | 13.5 | 1.02 | 2.00e-10 | 8010 | 2.58e-10 | 2820 | 4.52e-12 | 6600 | 9.46e-13 | 1530 | 2.38e-13 | 436 |
| HFE-449s1 (HFE-7100) | $C_4F_9OCH_3$ | 4.7 | 0.36 | 3.80e-11 | 1530 | 3.86e-11 | 421 | 5.54e-13 | 809 | 5.32e-14 | 86 | 3.21e-14 | 59 |
| n-HFE-7100 | $n\text{-}C_4F_9OCH_3$ | 4.7 | 0.42 | 4.39e-11 | 1760 | 4.45e-11 | 486 | 6.39e-13 | 934 | 6.14e-14 | 99 | 3.70e-14 | 68 |
| i-HFE-7100 | $i\text{-}C_4F_9OCH_3$ | 4.7 | 0.35 | 3.68e-11 | 1480 | 3.73e-11 | 407 | 5.35e-13 | 783 | 5.14e-14 | 83 | 3.10e-14 | 57 |
| HFE-569sf2 (HFE-7200) | $C_4F_9OC_2H_5$ | 0.8 | 0.30 | 5.21e-12 | 209 | 5.21e-12 | 57 | 4.52e-14 | 66 | 5.97e-15 | 10 | 4.29e-15 | 8 |
| n-HFE-7200 | $n\text{-}C_4F_9OC_2H_5$ | 0.8 | 0.35 | 5.92e-12 | 237 | 5.92e-12 | 65 | 5.14e-14 | 75 | 6.78e-15 | 11 | 4.87e-15 | 9 |
| i-HFE-7200 | $i\text{-}C_4F_9OC_2H_5$ | 0.8 | 0.24 | 4.06e-12 | 163 | 4.06e-12 | 44 | 3.52e-14 | 52 | 4.65e-15 | 8 | 3.34e-15 | 6 |
| HFE-236ca12 (HG-10) | $CHF_2OCF_2OCHF_2$ | 25.0 | 0.65 | 2.75e-10 | 11,000 | 4.91e-10 | 5350 | 7.06e-12 | 10,300 | 2.94e-12 | 4770 | 7.75e-13 | 1420 |
| HFE-338pcc13 (HG-01) | $CHF_2OCF_2CF_2OCHF_2$ | 12.9 | 0.86 | 2.10e-10 | 8430 | 2.67e-10 | 2910 | 4.69e-12 | 6860 | 9.28e-13 | 1500 | 2.42e-13 | 442 |
| 1,1,1,3,3,3-Hexafluoropropan-2-ol | $(CF_3)_2CHOH$ | 1.9 | 0.26 | 1.67e-11 | 668 | 1.67e-11 | 182 | 1.66e-13 | 243 | 1.97e-14 | 32 | 1.38e-14 | 25 |
| HG-02 | $HF_2C-(OCF_2CF_2)_2-OCF_2H$ | 12.9 | 1.24[i] | 1.97e-10 | 7900 | 2.50e-10 | 2730 | 4.40e-12 | 6430 | 8.70e-13 | 1410 | 2.27e-13 | 415 |
| HG-03 | $HF_2C-(OCF_2CF_2)_2-OCF_2H$ | 12.9 | 1.76[i] | 2.06e-10 | 8270 | 2.67e-10 | 2850 | 4.60e-12 | 6730 | 9.10e-13 | 1480 | 2.37e-13 | 434 |
| HG-20 | $HF_2C-(OCF_2)_3-OCF_2H$ | 25.0 | 0.92[i] | 2.73e-10 | 10,900 | 4.86e-10 | 5300 | 7.00e-12 | 10,200 | 2.91e-12 | 4730 | 7.68e-13 | 1400 |
| HG-21 | $HF_2C-OCF_2CF_2OC\text{-}F_2OCF_2O-CF_2H$ | 13.5 | 1.71[i] | 2.76e-10 | 11,100 | 3.57e-10 | 3890 | 6.23e-12 | 9110 | 1.31e-12 | 2120 | 3.29e-13 | 602 |

(continued on next page)

8

*Table 8.A.1 (continued)*

Chapter 8

| Acronym, Common Name or Chemical Name | Chemical Formula | Lifetime (Years) | Radiative Efficiency (W m⁻² ppb⁻¹) | AGWP 20-year (W m⁻² yr kg⁻¹) | GWP 20-year | AGWP 100-year (W m⁻² yr kg⁻¹) | GWP 100-year | AGTP 20-year (K kg⁻¹) | GTP 20-year | AGTP 50-year (K kg⁻¹) | GTP 50-year | AGTP 100-year (K kg⁻¹) | GTP 100-year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HG-30 | $HF_2C-(OCF_2)_3-OCF_2H$ | 25.0 | 1.65 | 3.77e-10 | 15,100 | 6.73e-10 | 7330 | 9.68e-12 | 14,100 | 4.03e-12 | 6530 | 1.06e-12 | 1940 |
| 1-Ethoxy-1,1,2,2,3,3,3-heptafluoropropane | $CF_3CF_2CF_2OCH_2CH_3$ | 0.8 | 0.28 | 5.56e-12 | 223 | 5.56e-12 | 61 | 4.80e-14 | 70 | 6.36e-15 | 10 | 4.57e-15 | 8 |
| Fluoroxene | $CF_3CH_2OCH=CH_2$ | 3.6 days | 0.01 | 4.97e-15 | <1 | 4.97e-15 | <1 | 3.95e-17 | <1 | 5.58e-18 | <1 | 4.08e-18 | <1 |
| 1,1,2,2-Tetrafluoro-1-(fluoromethoxy)ethane | $CH_2FOCF_2CF_2H$ | 6.2 | 0.34 | 7.68e-11 | 3080 | 7.99e-11 | 871 | 1.29e-12 | 1880 | 1.28e-13 | 207 | 6.68e-14 | 122 |
| 2-Ethoxy-3,3,4,4,5-pentafluorotetrahydro-2,5-bis[1,2,2,2-tetrafluoro-1-(trifluoromethyl)ethyl]-furan | $C_{12}H_5F_{19}O_2$ | 1.0 | 0.49 | 5.09e-12 | 204 | 5.09e-12 | 56 | 4.53e-14 | 66 | 5.86e-15 | 10 | 4.19e-15 | 8 |
| Fluoro(methoxy)methane | $CH_3OCH_2F$ | 73.0 days | 0.07 | 1.15e-12 | 46 | 1.15e-12 | 13 | 9.34e-15 | 14 | 1.30e-15 | 2 | 9.46e-16 | 2 |
| Difluoro(methoxy)methane | $CH_3OCHF_2$ | 1.1 | 0.17 | 1.32e-11 | 528 | 1.32e-11 | 144 | 1.18e-13 | 173 | 1.52e-14 | 25 | 1.08e-14 | 20 |
| Fluoro(fluoromethoxy)methane | $CH_2FOCH_2F$ | 0.9 | 0.19 | 1.20e-11 | 479 | 1.20e-11 | 130 | 1.05e-13 | 153 | 1.37e-14 | 22 | 9.84e-15 | 18 |
| Difluoro(fluoromethoxy)methane | $CH_2FOCHF_2$ | 3.3 | 0.30 | 5.65e-11 | 2260 | 5.66e-11 | 617 | 6.88e-13 | 1010 | 7.11e-14 | 115 | 4.69e-14 | 86 |
| Trifluoro(fluoromethoxy)methane | $CH_2FOCF_3$ | 4.4 | 0.33 | 6.82e-11 | 2730 | 6.89e-11 | 751 | 9.59e-13 | 1400 | 9.27e-14 | 150 | 5.72e-14 | 105 |
| HG'-01 | $CH_3OCF_2CF_2OCH_3$ | 2.0 | 0.29 | 2.03e-11 | 815 | 2.03e-11 | 222 | 2.06e-13 | 301 | 2.42e-14 | 39 | 1.68e-14 | 31 |
| HG'-02 | $CH_3O(CF_2CF_2O)_2CH_3$ | 2.0 | 0.56 | 2.16e-11 | 868 | 2.16e-11 | 236 | 2.19e-13 | 320 | 2.57e-14 | 42 | 1.79e-14 | 33 |
| HG'-03 | $CH_3O(CF_2CF_2O)_3CH_3$ | 2.0 | 0.76 | 2.03e-11 | 812 | 2.03e-11 | 221 | 2.05e-13 | 299 | 2.41e-14 | 39 | 1.67e-14 | 31 |
| HFE-329me3 | $CF_3CFHOCF_2CF_3$ | 40.0 | 0.48 | 1.79e-10 | 7170 | 4.17e-10 | 4550 | 4.85e-12 | 7090 | 2.89e-12 | 4690 | 1.12e-12 | 2040 |
| 3,3,4,4,5,5,6,6,7,7,7-Undecafluoroheptan-1-ol | $CF_3(CF_2)_4CH_2CH_2OH$ | 20.0 days | 0.06 | 3.91e-14 | 2 | 3.91e-14 | <1 | 3.12e-16 | <1 | 4.39e-17 | <1 | 3.21e-17 | <1 |
| 3,3,4,4,5,5,6,6,7,7,8,8,9,9,9-Pentadecafluorononan-1-ol | $CF_3(CF_2)_6CH_2CH_2OH$ | 20.0 days | 0.07 | 3.00e-14 | 1 | 3.00e-14 | <1 | 2.40e-16 | <1 | 3.37e-17 | <1 | 2.46e-17 | <1 |
| 3,3,4,4,5,5,6,6,7,7,8,8,9,9,10,10,11,11-Nonadecafluoroundecan-1-ol | $CF_3(CF_2)_8CH_2CH_2OH$ | 20.0 days | 0.05 | 1.72e-14 | <1 | 1.72e-14 | <1 | 1.37e-16 | <1 | 1.93e-17 | <1 | 1.41e-17 | <1 |
| 2-Chloro-1,1,2-trifluoro-1-methoxyethane | $CH_3OCF_2CHFCl$ | 1.4 | 0.21 | 1.12e-11 | 449 | 1.12e-11 | 122 | 1.05e-13 | 153 | 1.31e-14 | 21 | 9.24e-15 | 17 |
| PFPMIE (perfluoropolymethylisopropyl ether) | $CF_3OCF(CF_3)$ $CF_2OCF_2OCF_3$ | 800.0 | 0.65 | 1.87e-10 | 7500 | 8.90e-10 | 9710 | 5.52e-12 | 8070 | 6.11e-12 | 9910 | 6.15e-12 | 11,300 |
| HFE-216 | $CF_3OCF=CF_2$ | 8.4 days | 0.02 | 1.92e-14 | <1 | 1.92e-14 | <1 | 1.53e-16 | <1 | 2.15e-17 | <1 | 1.58e-17 | <1 |
| Trifluoromethyl formate | $HCOOCF_3$ | 3.5 | 0.31 | 5.37e-11 | 2150 | 5.39e-11 | 588 | 6.73e-13 | 984 | 6.85e-14 | 111 | 4.47e-14 | 82 |
| Perfluoroethyl formate | $HCOOCF_2CF_3$ | 3.5 | 0.44 | 5.30e-11 | 2130 | 5.32e-11 | 580 | 6.64e-13 | 971 | 6.76e-14 | 110 | 4.41e-14 | 81 |
| Perfluoropropyl formate | $HCOOCF_2CF_2CF_3$ | 2.6 | 0.50 | 3.45e-11 | 1380 | 3.45e-11 | 376 | 3.80e-13 | 555 | 4.19e-14 | 68 | 2.85e-14 | 52 |
| Perfluorobutyl formate | $HCOOCF_2CF_2CF_2CF_3$ | 3.0 | 0.56 | 3.59e-11 | 1440 | 3.59e-11 | 392 | 4.19e-13 | 613 | 4.45e-14 | 72 | 2.97e-14 | 54 |
| 2,2,2-Trifluoroethyl formate | $HCOOCH_2CF_3$ | 0.4 | 0.16 | 3.07e-12 | 123 | 3.07e-12 | 33 | 2.55e-14 | 37 | 3.48e-15 | 6 | 2.52e-15 | 5 |
| 3,3,3-Trifluoropropyl formate | $HCOOCH_2CH_2CF_3$ | 0.3 | 0.13 | 1.60e-12 | 64 | 1.60e-12 | 17 | 1.31e-14 | 19 | 1.80e-15 | 3 | 1.31e-15 | 2 |
| 1,2,2,2-Tetrafluoroethyl formate | $HCOOCHFCF_3$ | 3.2 | 0.35 | 4.30e-11 | 1720 | 4.31e-11 | 470 | 5.17e-13 | 755 | 5.39e-14 | 87 | 3.57e-14 | 65 |
| 1,1,1,3,3-Hexafluoropropan-2-yl formate | $HCOOCH(CF_3)_2$ | 3.2 | 0.33 | 3.05e-11 | 1220 | 3.05e-11 | 333 | 3.66e-13 | 535 | 3.81e-14 | 62 | 2.53e-14 | 46 |
| Perfluorobutyl acetate | $CH_3COOCF_2CF_2CF_2CF_3$ | 21.9 days | 0.12 | 1.52e-13 | 6 | 1.52e-13 | 2 | 1.21e-15 | 2 | 1.71e-16 | <1 | 1.25e-16 | <1 |
| Perfluoropropyl acetate | $CH_3COOCF_2CF_2CF_3$ | 21.9 days | 0.11 | 1.59e-13 | 6 | 1.59e-13 | 2 | 1.27e-15 | 2 | 1.78e-16 | <1 | 1.30e-16 | <1 |
| Perfluoroethyl acetate | $CH_3COOCF_2CF_3$ | 21.9 days | 0.10 | 1.89e-13 | 8 | 1.89e-13 | 2 | 1.51e-15 | 2 | 2.12e-16 | <1 | 1.55e-16 | <1 |
| Trifluoromethyl acetate | $CH_3COOCF_3$ | 21.9 days | 0.07 | 1.90e-13 | 8 | 1.90e-13 | 2 | 1.52e-15 | 2 | 2.14e-16 | <1 | 1.56e-16 | <1 |

*(continued on next page)*

Anthropogenic and Natural Radiative Forcing

Table 8.A.1 (continued)

| Acronym, Common Name or Chemical Name | Chemical Formula | Lifetime (Years) | Radiative Efficiency (W m⁻² ppb⁻¹) | AGWP 20-year (W m⁻² yr kg⁻¹) | GWP 20-year | AGWP 100-year (W m⁻² yr kg⁻¹) | GWP 100-year | AGTP 20-year (K kg⁻¹) | GTP 20-year | AGTP 50-year (K kg⁻¹) | GTP 50-year | AGTP 100-year (K kg⁻¹) | GTP 100-year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Methyl carbonofluoridate | FCOOCH$_3$ | 1.8 | 0.07† | 8.74e-12 | 350 | 8.74e-12 | 95 | 8.60e-14 | 126 | 1.03e-14 | 17 | 7.21e-15 | 13 |
| 1,1-Difluoroethyl carbonofluoridate | FCOOCF$_2$CH$_3$ | 0.3 | 0.17† | 2.46e-12 | 99 | 2.46e-12 | 27 | 2.02e-14 | 30 | 2.78e-15 | 5 | 2.02e-15 | 4 |
| 1,1-Difluoroethyl 2,2,2-trifluoroacetate | CF$_3$COOCF$_2$CH$_3$ | 0.3 | 0.27† | 2.83e-12 | 113 | 2.83e-12 | 31 | 2.33e-14 | 34 | 3.20e-15 | 5 | 2.32e-15 | 4 |
| Ethyl 2,2,2-trifluoroacetate | CF$_3$COOCH$_2$CH$_3$ | 21.9 days | 0.05† | 1.26e-13 | 5 | 1.26e-13 | 1 | 1.00e-15 | 1 | 1.41e-16 | <1 | 1.03e-16 | <1 |
| 2,2,2-Trifluoroethyl 2,2,2-trifluoroacetate | CF$_3$COOCH$_2$CF$_3$ | 54.8 days | 0.15† | 6.27e-13 | 25 | 6.27e-13 | 7 | 5.06e-15 | 7 | 7.07e-16 | 1 | 5.15e-16 | <1 |
| Methyl 2,2,2-trifluoroacetate | CF$_3$COOCH$_3$ | 0.6 | 0.18† | 4.80e-12 | 192 | 4.80e-12 | 52 | 4.08e-14 | 60 | 5.47e-15 | 9 | 3.95e-15 | 7 |
| Methyl 2,2-difluoroacetate | HCF$_2$COOCH$_3$ | 40.1 days | 0.05† | 3.00e-13 | 12 | 3.00e-13 | 3 | 2.41e-15 | 3 | 3.38e-16 | <1 | 2.47e-16 | <1 |
| Difluoromethyl 2,2,2-trifluoroacetate | CF$_3$COOCHF$_2$ | 0.3 | 0.24† | 2.48e-12 | 99 | 2.48e-12 | 27 | 2.04e-14 | 30 | 2.81e-15 | 5 | 2.04e-15 | 4 |
| 2,2,3,3,4,4,4-Heptafluorobutan-1-ol | C$_3$F$_7$CH$_2$OH | 0.6 | 0.20 | 3.10e-12 | 124 | 3.10e-12 | 34 | 2.61e-14 | 38 | 3.52e-15 | 6 | 2.55e-15 | 5 |
| 1,1-Trifluoro-2-(trifluoromethoxy)-ethane | CHF$_2$CHFOCF$_3$ | 9.8 | 0.35 | 9.91e-11 | 3970 | 1.14e-10 | 1240 | 2.03e-12 | 2960 | 2.88e-13 | 467 | 9.74e-14 | 178 |
| 1-Ethoxy-1,1,2,3,3,3-hexafluoropropane | CF$_3$CHFCF$_2$OCH$_2$CH$_3$ | 0.4 | 0.19 | 2.14e-12 | 86 | 2.14e-12 | 23 | 1.77e-14 | 26 | 2.43e-15 | 4 | 1.77e-15 | 3 |
| 1,1,1,2,2,3,3-Heptafluoro-3-(1,2,2,2-tetrafluoroethoxy)-propane | CF$_3$CF$_2$CF$_2$OCHFCF$_3$ | 67.0 | 0.58 | 1.98e-10 | 7940 | 5.95e-10 | 6490 | 5.57e-12 | 8140 | 4.29e-12 | 6960 | 2.39e-12 | 4380 |
| 2,2,3,3-Tetrafluoro-1-propanol | CHF$_2$CF$_2$CH$_2$OH | 91.3 days | 0.11 | 1.19e-12 | 48 | 1.19e-12 | 13 | 9.72e-15 | 14 | 1.35e-15 | 2 | 9.79e-16 | 2 |
| 2,2,3,4,4,4-Hexafluoro-1-butanol | CF$_3$CHFCF$_2$CH$_2$OH | 94.9 days | 0.19 | 1.56e-12 | 63 | 1.56e-12 | 17 | 1.27e-14 | 19 | 1.76e-15 | 3 | 1.28e-15 | 2 |
| 2,2,3,3,4,4,4-Heptafluoro-1-butanol | CF$_3$CF$_2$CF$_2$CH$_2$OH | 0.3 | 0.16 | 1.49e-12 | 60 | 1.49e-12 | 16 | 1.23e-14 | 18 | 1.69e-15 | 3 | 1.23e-15 | 2 |
| 1,1,2,2-Tetrafluoro-3-methoxy-propane | CHF$_2$CF$_2$CH$_2$OCH$_3$ | 14.2 days | 0.03 | 4.82e-14 | 2 | 4.82e-14 | <1 | 3.84e-16 | <1 | 5.41e-17 | <1 | 3.96e-17 | <1 |
| perfluoro-2-methyl-3-pentanone | CF$_3$CF$_2$C(O)CF(CF$_3$)$_2$ | 7.0 days | 0.03 | 9.14e-15 | <1 | 9.14e-15 | <1 | 7.27e-17 | <1 | 1.03e-17 | <1 | 7.51e-18 | <1 |
| 3,3,3-Trifluoro-propanal | CF$_3$CH$_2$CHO | 2.0 days | 0.004 | 9.86e-16 | <1 | 9.86e-16 | <1 | 7.84e-18 | <1 | 1.11e-18 | <1 | 8.10e-19 | <1 |
| 2-Fluoroethanol | CH$_2$FCH$_2$OH | 20.4 days | 0.02 | 8.07e-14 | 3 | 8.07e-14 | <1 | 6.45e-16 | <1 | 9.07e-17 | <1 | 6.63e-17 | <1 |
| 2,2-Difluoroethanol | CHF$_2$CH$_2$OH | 40.0 days | 0.04 | 2.78e-13 | 11 | 2.78e-13 | 3 | 2.23e-15 | 3 | 3.12e-16 | <1 | 2.28e-16 | <1 |
| 2,2,2-Trifluoroethanol | CF$_3$CH$_2$OH | 0.3 | 0.18 | 1.83e-12 | 73 | 1.83e-12 | 20 | 1.50e-14 | 22 | 2.07e-15 | 3 | 1.50e-15 | 3 |
| 1,1'-Oxybis[2-(difluoromethoxy)-1,1,2,2-tetrafluoroethane | HCF$_2$O(CF$_2$CF$_2$O)$_2$CF$_2$H | 26.0 | 1.15ᶜ | 2.47e-10 | 9910 | 4.51e-10 | 4920 | 6.38e-12 | 9320 | 2.75e-12 | 4460 | 7.45e-13 | 1360 |
| 1,1,3,3,4,4,6,6,7,7,9,9,10,10,12,12-hexadecafluoro-2,5,8,11-Tetraoxadodecane | HCF$_2$O(CF$_2$CF$_2$O)$_3$CF$_2$H | 26.0 | 1.43ᶜ | 2.26e-10 | 9050 | 4.12e-10 | 4490 | 5.83e-12 | 8520 | 2.51e-12 | 4080 | 6.81e-13 | 1250 |
| 1,1,3,3,4,4,6,6,7,7,9,9,10,10,12,12,13,13,15,15,15-eicosafluoro-2,5,8,11,14-Pentaoxapentadecane | HCF$_2$O(CF$_2$CF$_2$O)$_4$CF$_2$H | 26.0 | 1.46ᶜ | 1.83e-10 | 7320 | 3.33e-10 | 3630 | 4.71e-12 | 6880 | 2.03e-12 | 3300 | 5.50e-13 | 1010 |

Notes:

For CH$_4$, we estimate an uncertainty of ±30% and ±40% for 20- and 100-year time horizon, respectively (for 90% uncertainty range). The uncertainty is dominated by AGWP for CO$_2$ and indirect effects. The uncertainty in GWP for N$_2$O is estimated to ±20% and ±30% for 20- and 100-year time horizon, with the largest contributions from CO$_2$. The uncertainty in GWP for HFC-134a is estimated to ±25% and ±35% for 20- and 100-year time horizons while for CFC-11 the GWP corresponding numbers are approximately ±20% and ±35% (not accounting for the indirect effects). For CFC-12 the corresponding numbers are ±20 and ±30. The uncertainties estimated for HFC-134a and CFC-11 are assessed as representative for most other gases with similar or longer lifetimes. For shorter-lived gases, the uncertainties will be larger. For GTP, few estimates are available in the literature. The uncertainty is assessed to be of the order of ±75% for the methane GTP$_{100}$.

* No single lifetime can be given. The impulse response function for CO$_2$ from Joos et al. (2013) has been used. See also Supplementary Material Section 8.SM.11.

† Perturbation lifetime is used in calculation of metrics, not the lifetime of the atmospheric burden.

(continued on next page)

*Table 8.A.1 Notes (continued)*

‡  Metric values for $CH_4$ of fossil origin include the oxidation to $CO_2$ (based on Boucher et al., 2009). In applications of these values, inclusion of the $CO_2$ effect of fossil methane must be done with caution to avoid any double-counting because $CO_2$ emissions numbers are often based on total carbon content. Methane values without the $CO_2$ effect from fossil methane are thus appropriate for fossil methane sources for which the carbon has been accounted for elsewhere, or for biospheric methane sources for which there is abalance between $CO_2$ taken up by the biosphere and $CO_2$ produced from $CH_4$ oxidization. The addition effect on GWP and GTP represents lower limits from Boucher et al. (2009) and assume 50% of the carbon is deposited as formaldehyde to the surface and is then lost. The upper limit in Boucher et al. (2009) made the assumption that this deposited formaldehyde was subsequently further oxidized to $CO_2$.

a  RE is unchanged since AR4.

b  RE is unchanged since AR4 except the absolute forcing is increased by a factor of 1.04 to account for the change in the recommended RE of CFC-11.

c  Based on Rajakumar et al. (2006) (lifetime correction factor has been applied to account for non-homogeneous horizontal and vertical mixing).

d  Based on instantaneous RE from Baasandorj et al. (2010); Baasandorj et al. (2011) (correction factors have been applied to account for stratospheric temperature adjustment and non-homogeneous horizontal and vertical mixing).

e  Based on instantaneous RE from *ab initio* study of Bravo et al. (2010) (a factor 1.10 has been applied to account for stratospheric temperature adjustment).

f  Based on average instantaneous RE reported in literature (Vasekova et al., 2006; Bravo et al., 2010) (correction factors have been applied to account for stratospheric temperature adjustment and non-homogeneous horizontal and vertical mixing).

g  Based on instantaneous RE from *ab initio* studies of Blowers et al. (2007, 2008)(correction factors have been applied to account for stratospheric temperature adjustment and non-homogeneous horizontal and vertical mixing).

h  Based on instantaneous RE from Heathfield et al. (1998) (correction factors have been applied to account for stratospheric temperature adjustment and non-homogeneous horizontal and vertical mixing).

i  Note that calculation of RE is based on calculated (*ab initio*) absorption cross-section and uncertainties are therefore larger than for calculations using experimental absorption cross section.

j  Based on instantaneous RE from Javadi et al. (2007) (correction factors have been applied to account for stratospheric temperature adjustment and non-homogeneous horizontal and vertical mixing).

k  Based on instantaneous RE from Andersen et al. (2010) (correction factors have been applied to account for stratospheric temperature adjustment and non-homogeneous horizontal and vertical mixing).

The GTP values are calculated with a temperature impulse response function taken from Boucher and Reddy (2008). See also Supplementary Material Section 8.SM.11.

**Table 8.A.2 |** Halocarbon indirect GWPs from ozone depletion using the EESC-based method described in WMO (2011), adapted from Daniel et al. (1995). A radiative forcing in year 2011 of −0.15 (−0.30 to 0.0) W m$^{-2}$ relative to preindustrial times is used (see Section 8.3.3). Uncertainty on the indirect AGWPs due to the ozone forcing uncertainty is ±100%.

| Gas | GWP$_{100}$ |
|---|---|
| CFC-11 | −2640 |
| CFC-12 | −2100 |
| CFC-113 | −2150 |
| CFC-114 | −914 |
| CFC-115 | −223 |
| HCFC-22 | −98 |
| HCFC-123 | −37 |
| HCFC-124 | −46 |
| HCFC-141b | −261 |
| HCFC-142b | −152 |
| $CH_3CCl_3$ | −319 |
| $CCl_4$ | −2110 |
| $CH_3Br$ | −1250 |
| Halon-1211 | −19,000 |
| Halon-1301 | −44,500 |
| Halon-2402 | −32,000 |
| HCFC-225ca | −40 |
| HCFC-225cb | −60 |

**Table 8.A.3 |** GWP and GTP for NO$_x$ from surface sources for time horizons of 20 and 100 years from the literature. All values are on a per kilogram of nitrogen basis. Uncertainty for numbers from Fry et al. (2012) and Collins et al. (2013) refer to 1-σ. For the reference gas $CO_2$, RE and IRF from AR4 are used in the calculations. The GWP$_{100}$ and GTP$_{100}$ values can be scaled by 0.94 and 0.92, respectively, to account for updated values for the reference gas $CO_2$. For 20 years the changes are negligible.

| | GWP | | GTP | |
|---|---|---|---|---|
| | H = 20 | H = 100 | H = 20 | H = 100 |
| NO$_x$ East Asia[a] | 6.4 (±38.1) | −5.3 (±11.5) | −55.6 (±23.8) | −1.3 (±2.1) |
| NO$_x$ EU + North Africa[a] | −39.4 (±17.5) | −15.6 (±5.8) | −48.0 (±14.9) | −2.5 (±1.3) |
| NO$_x$ North America[a] | −2.4 (±30.3) | −8.2 (±10.3) | −61.9 (±27.8) | −1.7 (±2.1) |
| NO$_x$ South Asia[a] | −40.7 (±88.3) | −25.3 (±29.0) | −124.6 (±67.4) | −4.6 (±5.1) |
| NO$_x$ four above regions[a] | −15.9 (±32.7) | −11.6 (±10.7) | −62.1 (±26.2) | −2.2 (±2.1) |
| Mid-latitude NOx[c] | −43 to +23 | −18 to +1.6 | −55 to −37 | −2.9 to −0.02 |
| Tropical NO$_x$[c] | 43 to 130 | −28 to −10 | −260 to −220 | −6.6 to −5.4 |
| NO$_x$ global[b] | 19 | −11 | −87 | −2.9 |
| NO$_x$ global[d] | −108 ± 35<br>−335 ± 110<br>−560 ± 279 | −31 ± 10<br>−95 ± 31<br>−159 ± 79 | | |

Notes:

[a]   Fry et al. (2012) (updated by including stratospheric H$_2$O) and Collins et al. (2013).

[b]   Fuglestvedt et al. (2010); based on Wild et al. (2001).

[c]   Fuglestvedt et al. (2010).

[d]   Shindell et al. (2009). Three values are given: First, without aerosols, second, direct aerosol effect included (sulfate and nitrate), third, direct and indirect aerosol effects included. Uncertainty ranges from Shindell et al. (2009) are given for 95% confidence levels.

BLM_0151253

**8**

**Table 8.A.4 |** GWP and GTP for CO for time horizons of 20 and 100 years from the literature. Uncertainty for numbers from Fry et al. (2012) and Collins et al. (2013) refer to 1-$\sigma$. For the reference gas $CO_2$, RE and IRF from AR4 are used in the calculations. The $GWP_{100}$ and $GTP_{100}$ values can be scaled by 0.94 and 0.92, respectively, to account for updated values for the reference gas $CO_2$. For 20 years the changes are negligible.

| | GWP | | GTP | |
|---|---|---|---|---|
| | H = 20 | H = 100 | H = 20 | H = 100 |
| CO East Asia[a] | 5.4 (±1.7) | 1.8 (±0.6) | 3.5 (±1.3) | 0.26 (±0.12) |
| CO EU + North Africa[a] | 4.9 (±1.5) | 1.6 (±0.5) | 3.2 (±1.2) | 0.24 (±0.11) |
| CO North America[a] | 5.6 (±1.8) | 1.8 (±0.6) | 3.7 (±1.3) | 0.27 (±0.12) |
| CO South Asia[a] | 5.7 (±1.3) | 1.8 (±0.4) | 3.4 (±1.0) | 0.27 (±0.10) |
| CO four regions above[a] | 5.4 (±1.6) | 1.8 (±0.5) | 3.5 (±1.2) | 0.26 (±0.11) |
| CO global[b] | 6 to 9.3 | 2 to 3.3 | 3.7 to 6.1 | 0.29 to 0.55 |
| CO global[c] | 7.8 ± 2.0 | 2.2 ± 0.6 | | |
| | 11.4 ± 2.9 | 3.3 ± 0.8 | | |
| | 18.6 ± 8.3 | 5.3 ± 2.3 | | |

Notes:

[a]   Fry et al. (2012) (updated by including stratospheric $H_2O$) and Collins et al. (2013).

[b]   Fuglestvedt et al. (2010).

[c]   Shindell et al. (2009). Three values are given: First, without aerosols, second, direct aerosol effect included, third, direct and indirect aerosol effects included. Uncertainty ranges from Shindell et al. (2009) are given for 95% confidence levels.

**Table 8.A.5 |** GWP and GTP for VOCs for time horizons of 20 and 100 years from the literature. Uncertainty for numbers from Fry et al. (2012) and Collins et al. (2013) refer to 1-$\sigma$. For the reference gas $CO_2$, RE and IRF from AR4 are used in the calculations. The $GWP_{100}$ and $GTP_{100}$ values can be scaled by 0.94 and 0.92, respectively, to account for updated values for the reference gas $CO_2$. For 20 years the changes are negligible.

| | GWP | | GTP | |
|---|---|---|---|---|
| | H = 20 | H = 100 | H = 20 | H = 100 |
| VOC East Asia[a] | 16.3 (±6.4) | 5.0 (±2.1) | 8.4 (±4.6) | 0.7 (±0.4) |
| VOC EU + North Africa[a] | 18.0 (±8.5) | 5.6 (±2.8) | 9.5 (±6.5) | 0.8 (±0.5) |
| VOC North America[a] | 16.2 (±9.2) | 5.0 (±3.0) | 8.6 (±6.4) | 0.7 (±0.5) |
| VOC South Asia[a] | 27.8 (±5.6) | 8.8 (±1.9) | 15.7 (±5.0) | 1.3 (±0.5) |
| VOC four regions above | 18.7 (±7.5) | 5.8 (±2.5) | 10.0 (±5.7) | 0.9 (±0.5) |
| VOC global[b] | 14 | 4.5 | 7.5 | 0.66 |

Notes:

[a]   Fry et al. (2012) (updated by including stratospheric $H_2O$) and Collins et al. (2013).

[b]   Fuglestvedt et al. (2010) based on Collins et al. (2002).

The values are given on a per kilogram of C basis.

**Table 8.A.6 |** GWP and GTP from the literature for BC and OC for time horizons of 20 and 100 years. For the reference gas $CO_2$, RE and IRF from AR4 are used in the calculations. The $GWP_{100}$ and $GTP_{100}$ values can be scaled by 0.94 and 0.92, respectively, to account for updated values for the reference gas $CO_2$. For 20 years the changes are negligible.

| | GWP | | GTP | |
|---|---|---|---|---|
| | H = 20 | H = 100 | H = 20 | H = 100 |
| BC total, global[c] | 3200 (270 to 6200) | 900 (100 to 1700) | 920 (95 to 2400) | 130 (5 to 340) |
| BC (four regions)[d] | 1200 ± 720 | 345 ± 207 | 420 ± 190 | 56 ± 25 |
| BC global[a] | 1600 | 460 | 470 | 64 |
| BC aerosol–radiation interaction +albedo, global[b] | 2900 ± 1500 | 830 ± 440 | | |
| OC global[a] | −240 | −69 | −71 | −10 |
| OC global[b] | −160 (−60 to −320) | −46 (−18 to −19) | | |
| OC (4 regions)[d] | −160 ± 68 | −46 ± 20 | −55 ± 16 | −7.3±2.1 |

Notes:

[a]   Fuglestvedt et al. (2010).

[b]   Bond et al. (2011). Uncertainties for OC are asymmetric and are presented as ranges.

[c]   Bond et al. (2013). Metric values are given for total effect.

[d]   Collins et al. (2013). The four regions are East Asia, EU + North Africa, North America and South Asia (as also given in Fry et al., 2012). Only aerosol-radiation interaction is included.

BLM_0151254

# Evaluation of Climate Models

**9**

## Coordinating Lead Authors:

Gregory Flato (Canada), Jochem Marotzke (Germany)

## Lead Authors:

Babatunde Abiodun (South Africa), Pascale Braconnot (France), Sin Chan Chou (Brazil), William Collins (USA), Peter Cox (UK), Fatima Driouech (Morocco), Seita Emori (Japan), Veronika Eyring (Germany), Chris Forest (USA), Peter Gleckler (USA), Eric Guilyardi (France), Christian Jakob (Australia), Vladimir Kattsov (Russian Federation), Chris Reason (South Africa), Markku Rummukainen (Sweden)

## Contributing Authors:

Krishna AchutaRao (India), Alessandro Anav (UK), Timothy Andrews (UK), Johanna Baehr (Germany), Nathaniel L. Bindoff (Australia), Alejandro Bodas-Salcedo (UK), Jennifer Catto (Australia), Don Chambers (USA), Ping Chang (USA), Aiguo Dai (USA), Clara Deser (USA), Francisco Doblas-Reyes (Spain), Paul J. Durack (USA/Australia), Michael Eby (Canada), Ramon de Elia (Canada), Thierry Fichefet (Belgium), Piers Forster (UK), David Frame (UK/New Zealand), John Fyfe (Canada), Emiola Gbobaniyi (Sweden/Nigeria), Nathan Gillett (Canada), Jesus Fidel González-Rouco (Spain), Clare Goodess (UK), Stephen Griffies (USA), Alex Hall (USA), Sandy Harrison (Australia), Andreas Hense (Germany), Elizabeth Hunke (USA), Tatiana Ilyina (Germany), Detelina Ivanova (USA), Gregory Johnson (USA), Masa Kageyama (France), Viatcheslav Kharin (Canada), Stephen A. Klein (USA), Jeff Knight (UK), Reto Knutti (Switzerland), Felix Landerer (USA), Tong Lee (USA), Hongmei Li (Germany/China), Natalie Mahowald (USA), Carl Mears (USA), Gerald Meehl (USA), Colin Morice (UK), Rym Msadek (USA), Gunnar Myhre (Norway), J. David Neelin (USA), Jeff Painter (USA), Tatiana Pavlova (Russian Federation), Judith Perlwitz (USA), Jean-Yves Peterschmitt (France), Jouni Räisänen (Finland), Florian Rauser (Germany), Jeffrey Reid (USA), Mark Rodwell (UK), Benjamin Santer (USA), Adam A. Scaife (UK), Jörg Schulz (Germany), John Scinocca (Canada), David Sexton (UK), Drew Shindell (USA), Hideo Shiogama (Japan), Jana Sillmann (Canada), Adrian Simmons (UK), Kenneth Sperber (USA), David Stephenson (UK), Bjorn Stevens (Germany), Peter Stott (UK), Rowan Sutton (UK), Peter W. Thorne (USA/Norway/UK), Geert Jan van Oldenborgh (Netherlands), Gabriel Vecchi (USA), Mark Webb (UK), Keith Williams (UK), Tim Woollings (UK), Shang-Ping Xie (USA), Jianglong Zhang (USA)

## Review Editors:

Isaac Held (USA), Andy Pitman (Australia), Serge Planton (France), Zong-Ci Zhao (China)

**This chapter should be cited as:**

Flato, G., J. Marotzke, B. Abiodun, P. Braconnot, S.C. Chou, W. Collins, P. Cox, F. Driouech, S. Emori, V. Eyring, C. Forest, P. Gleckler, E. Guilyardi, C. Jakob, V. Kattsov, C. Reason and M. Rummukainen, 2013: Evaluation of Climate Models. In: *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

BLM_0151255

# Table of Contents

Executive Summary ...................................................... 743

9.1   Climate Models and Their Characteristics .............. 746
9.1.1   Scope and Overview of this Chapter ......................... 746
9.1.2   Overview of Model Types to Be Evaluated ............... 746
9.1.3   Model Improvements ................................................. 748
Box 9.1: Climate Model Development and Tuning ............... 749

9.2   Techniques for Assessing Model Performance ....... 753
9.2.1   New Developments in Model Evaluation
Approaches ............................................................ 753
9.2.2   Ensemble Approaches for Model Evaluation ............. 754
9.2.3   The Model Evaluation Approach Used in this
Chapter and Its Limitations ....................................... 755

9.3   Experimental Strategies in Support of Climate
Model Evaluation ................................................. 759
9.3.1   The Role of Model Intercomparisons........................ 759
9.3.2   Experimental Strategy for Coupled Model
Intercomparison Project Phase 5 .............................. 759

9.4   Simulation of Recent and Longer-Term Records
in Global Models ................................................. 760
9.4.1   Atmosphere ........................................................... 760
Box 9.2: Climate Models and the Hiatus in Global Mean
Surface Warming of the Past 15 Years ........................... 769
9.4.2   Ocean................................................................... 777
9.4.3   Sea Ice ................................................................. 787
9.4.4   Land Surface, Fluxes and Hydrology......................... 790
9.4.5   Carbon Cycle ......................................................... 792
9.4.6   Aerosol Burdens and Effects on Insolation................ 794

9.5   Simulation of Variability and Extremes ................... 795
9.5.1   Importance of Simulating Climate Variability............ 795
9.5.2   Diurnal-to-Seasonal Variability.................................. 796
9.5.3   Interannual-to-Centennial Variability ........................ 799
9.5.4   Extreme Events ...................................................... 806
Box 9.3: Understanding Model Performance ........................ 809

9.6   Downscaling and Simulation of Regional-Scale
Climate ................................................................ 810
9.6.1   Global Models......................................................... 810
9.6.2   Regional Climate Downscaling ................................ 814
9.6.3   Skill of Downscaling Methods.................................. 814
9.6.4   Value Added through RCMs .................................... 815
9.6.5   Sources of Model Errors and Uncertainties .............. 815
9.6.6   Relating Downscaling Performance to Credibility
of Regional Climate Information .............................. 816

9.7   Climate Sensitivity and Climate Feedbacks ........... 817
9.7.1   Equilibrium Climate Sensitivity, Idealized Radiative
Forcing, and Transient Climate Response in the
Coupled Model Intercomparison Project
Phase 5 Ensemble ................................................. 817
9.7.2   Understanding the Range in Model Climate
Sensitivity: Climate Feedbacks ................................ 819
9.7.3   Climate Sensitivity and Model Performance.............. 820

9.8   Relating Model Performance to Credibility of
Model Applications............................................... 821
9.8.1   Synthesis Assessment of Model Performance........... 821
9.8.2   Implications of Model Evaluation for Climate
Change Detection and Attribution ........................... 825
9.8.3   Implications of Model Evaluation for Model
Projections of Future Climate.................................. 825

References  ........................................................................ 828

Appendix 9.A: Climate Models Assessed
in Chapter 9 ....................................................................... 854

Frequently Asked Questions
FAQ 9.1   Are Climate Models Getting Better, and How
Would We Know? .................................................. 824

**9**

BLM_0151256

## Executive Summary

**Climate models have continued to be developed and improved since the AR4, and many models have been extended into Earth System models by including the representation of biogeochemical cycles important to climate change.** These models allow for policy-relevant calculations such as the carbon dioxide ($CO_2$) emissions compatible with a specified climate stabilization target. In addition, the range of climate variables and processes that have been evaluated has greatly expanded, and differences between models and observations are increasingly quantified using 'performance metrics'. In this chapter, model evaluation covers simulation of the mean climate, of historical climate change, of variability on multiple time scales and of regional modes of variability. This evaluation is based on recent internationally coordinated model experiments, including simulations of historic and paleo climate, specialized experiments designed to provide insight into key climate processes and feedbacks and regional climate downscaling. Figure 9.44 provides an overview of model capabilities as assessed in this chapter, including improvements, or lack thereof, relative to models assessed in the AR4. The chapter concludes with an assessment of recent work connecting model performance to the detection and attribution of climate change as well as to future projections. {9.1.2, 9.8.1, Table 9.1, Figure 9.44}

**The ability of climate models to simulate surface temperature has improved in many, though not all, important aspects relative to the generation of models assessed in the AR4.** There continues to be *very high confidence*[1] that models reproduce observed large-scale mean surface temperature patterns (pattern correlation of ~0.99), though systematic errors of several degrees are found in some regions, particularly over high topography, near the ice edge in the North Atlantic, and over regions of ocean upwelling near the equator. On regional scales (sub-continental and smaller), the confidence in model capability to simulate surface temperature is less than for the larger scales; however, regional biases are near zero on average, with intermodel spread of roughly ±3°C. There is *high confidence* that regional-scale surface temperature is better simulated than at the time of the AR4. Current models are also able to reproduce the large-scale patterns of temperature during the Last Glacial Maximum (LGM), indicating an ability to simulate a climate state much different from the present. {9.4.1, 9.6.1, Figures 9.2, 9.6, 9.39, 9.40}

**There is *very high confidence* that models reproduce the general features of the global-scale annual mean surface temperature increase over the historical period, including the more rapid warming in the second half of the 20th century, and the cooling immediately following large volcanic eruptions.** Most simulations of the historical period do not reproduce the observed reduction in global mean surface warming trend over the last 10 to 15 years. There is *medium confidence* that the trend difference between models and observations during 1998–2012 is to a substantial degree caused by

internal variability, with possible contributions from forcing error and some models overestimating the response to increasing greenhouse gas (GHG) forcing. Most, though not all, models overestimate the observed warming trend in the tropical troposphere over the last 30 years, and tend to underestimate the long-term lower stratospheric cooling trend. {9.4.1, Box 9.2, Figure 9.8}

**The simulation of large-scale patterns of precipitation has improved somewhat since the AR4, although models continue to perform less well for precipitation than for surface temperature.** The spatial pattern correlation between modelled and observed annual mean precipitation has increased from 0.77 for models available at the time of the AR4 to 0.82 for current models. At regional scales, precipitation is not simulated as well, and the assessment remains difficult owing to observational uncertainties. {9.4.1, 9.6.1, Figure 9.6}

**The simulation of clouds in climate models remains challenging.** There is *very high confidence* that uncertainties in cloud processes explain much of the spread in modelled climate sensitivity. However, the simulation of clouds in climate models has shown modest improvement relative to models available at the time of the AR4, and this has been aided by new evaluation techniques and new observations for clouds. Nevertheless, biases in cloud simulation lead to regional errors on cloud radiative effect of several tens of watts per square meter. {9.2.1, 9.4.1, 9.7.2, Figures 9.5, 9.43}

**Models are able to capture the general characteristics of storm tracks and extratropical cyclones, and there is some evidence of improvement since the AR4.** Storm track biases in the North Atlantic have improved slightly, but models still produce a storm track that is too zonal and underestimate cyclone intensity. {9.4.1}

**Many models are able to reproduce the observed changes in upper ocean heat content from 1961 to 2005 with the multi-model mean time series falling within the range of the available observational estimates for most of the period.** The ability of models to simulate ocean heat uptake, including variations imposed by large volcanic eruptions, adds confidence to their use in assessing the global energy budget and simulating the thermal component of sea level rise. {9.4.2, Figure 9.17}

**The simulation of the tropical Pacific Ocean mean state has improved since the AR4, with a 30% reduction in the spurious westward extension of the cold tongue near the equator, a pervasive bias of coupled models.** The simulation of the tropical Atlantic remains deficient with many models unable to reproduce the basic east–west temperature gradient. {9.4.2, Figure 9.14}

---

[1]   In this Report, the following summary terms are used to describe the available evidence: limited, medium, or robust; and for the degree of agreement: low, medium, or high. A level of confidence is expressed using five qualifiers: very low, low, medium, high, and very high, and typeset in italics, e.g., *medium confidence*. For a given evidence and agreement statement, different confidence levels can be assigned, but increasing levels of evidence and degrees of agreement are correlated with increasing confidence (see Section 1.4 and Box TS.1 for more details).

9

BLM_0151257

**Current climate models reproduce the seasonal cycle of Arctic sea ice extent with a multi-model mean error of less than about 10% for any given month. There is robust evidence that the downward trend in Arctic summer sea ice extent is better simulated than at the time of the AR4, with about one quarter of the simulations showing a trend as strong as, or stronger, than in observations over the satellite era (since 1979).** There is a tendency for models to slightly overestimate sea ice extent in the Arctic (by about 10%) in winter and spring. In the Antarctic, the multi-model mean seasonal cycle agrees well with observations, but inter-model spread is roughly double that for the Arctic. Most models simulate a small decreasing trend in Antarctic sea ice extent, albeit with large inter-model spread, in contrast to the small increasing trend in observations. {9.4.3, Figures 9.22, 9.24}

**Models are able to reproduce many features of the observed global and Northern Hemispher (NH) mean temperature variance on interannual to centennial time scales (high confidence), and most models are now able to reproduce the observed peak in variability associated with the El Niño (2- to 7-year period) in the Tropical Pacific.** The ability to assess variability from millennial simulations is new since the AR4 and allows quantitative evaluation of model estimates of low-frequency climate variability. This is important when using climate models to separate signal and noise in detection and attribution studies (Chapter 10). {9.5.3, Figures 9.33, 9.35}

**Many important modes of climate variability and intraseasonal to seasonal phenomena are reproduced well, with some improvements evident since the AR4.** The statistics of the global monsoon, the North Atlantic Oscillation, the El Niño-Southern Oscillation (ENSO), the Indian Ocean Dipole and the Quasi-Biennial Oscillation are simulated well by several models, although this assessment is tempered by the limited scope of analysis published so far, or by limited observations. There are also modes of variability that are not simulated well. These include modes of Atlantic Ocean variability of relevance to near term projections in Chapter 11 and ENSO teleconnections outside the tropical Pacific, of relevance to Chapter 14. There is high confidence that the multi-model statistics of monsoon and ENSO have improved since the AR4. However, this improvement does not occur in all models, and process-based analysis shows that biases remain in the background state and in the strength of associated feedbacks. {9.5.3, Figures 9.32, 9.35, 9.36}

**There has been substantial progress since the AR4 in the assessment of model simulations of extreme events.** Based on assessment of a suite of indices, the inter-model range of simulated climate extremes is similar to the spread amongst observationally based estimates in most regions. In addition, changes in the frequency of extreme warm and cold days and nights over the second half of the 20th century are consistent between models and observations, with the ensemble global mean time series generally falling within the range of observational estimates. The majority of models underestimate the sensitivity of extreme precipitation to temperature variability or trends, especially in the tropics, which implies that models may underestimate the projected increase in extreme precipitation in the future. Some high-resolution atmospheric models have been shown to reproduce observed year-to-year variability of Atlantic hurricane counts when forced with observed sea surface temperatures, though so far only a few studies of this kind are available. {9.5.4, Figure 9.37}

**An important development since the AR4 is the more widespread use of Earth System models, which include an interactive carbon cycle. In the majority of these models, the simulated global land and ocean carbon sinks over the latter part of the 20th century fall within the range of observational estimates.** However, the regional patterns of carbon uptake and release are less well reproduced, especially for NH land where models systematically underestimate the sink implied by atmospheric inversion techniques The ability of models to simulate carbon fluxes is important because these models are used to estimate 'compatible emissions' (carbon dioxide emission pathways compatible with a particular climate change target; see Chapter 6). {9.4.5, Figure 9.27}

**The majority of Earth System models now include an interactive representation of aerosols, and make use of a consistent specification of anthropogenic sulphur dioxide emissions.** However, uncertainties in sulphur cycle processes and natural sources and sinks remain and so, for example, the simulated aerosol optical depth over oceans ranges from 0.08 to 0.22 with roughly equal numbers of models over- and under-estimating the satellite-estimated value of 0.12. {9.1.2, 9.4.6, Table 9.1, Figure 9.29}

**Time-varying ozone is now included in the latest suite of models, either prescribed or calculated interactively.** Although in some models there is only medium agreement with observed changes in total column ozone, the inclusion of time-varying stratospheric ozone constitutes a substantial improvement since the AR4 where half of the models prescribed a constant climatology. As a result, there is robust evidence that the representation of climate forcing by stratospheric ozone has improved since the AR4. {9.4.1, Figure 9.10}

**Regional downscaling methods are used to provide climate information at the smaller scales needed for many climate impact studies, and there is high confidence that downscaling adds value both in regions with highly variable topography and for various small-scale phenomena.** Regional models necessarily inherit biases from the global models used to provide boundary conditions. Furthermore, the ability to systematically evaluate regional climate models, and statistical downscaling schemes, is hampered because coordinated intercomparison studies are still emerging. However, several studies have demonstrated that added value arises from higher resolution of stationary features like topography and coastlines, and from improved representation of small-scale processes like convective precipitation. {9.6.4}

**Earth system Models of Intermediate Complexity (EMICs) provide simulations of millennial time-scale climate change, and are used as tools to interpret and expand upon the results of more comprehensive models.** Although they are limited in the scope and resolution of information provided, EMIC simulations of global mean surface temperature, ocean heat content and carbon cycle response over the 20th century are consistent with the historical records and with more comprehensive models, suggesting that they can be used to provide calibrated projections of long-term transient climate response

BLM_0151258

and stabilization, as well as large ensembles and alternative, policy-relevant, scenarios. {9.4.1, 9.4.2, 9.4.5, Figures 9.8, 9.17, 9.27}

**The Coupled Model Intercomparison Project Phase 5 (CMIP5) model spread in equilibrium climate sensitivity ranges from 2.1°C to 4.7°C and is very similar to the assessment in the AR4.** No correlation is found between biases in global mean surface temperature and equilibrium climate sensitivity, and so mean temperature biases do not obviously affect the modelled response to GHG forcing. There is *very high confidence* that the primary factor contributing to the spread in equilibrium climate sensitivity continues to be the cloud feedback. This applies to both the modern climate and the LGM. There is likewise *very high confidence* that, consistent with observations, models show a strong positive correlation between tropospheric temperature and water vapour on regional to global scales, implying a positive water vapour feedback in both models and observations. {9.4.1, 9.7.2, Figures 9.9, 9.42, 9.43}

**Climate and Earth System models are based on physical principles, and they reproduce many important aspects of observed climate. Both aspects contribute to our confidence in the models' suitability for their application in detection and attribution studies (Chapter 10) and for quantitative future predictions and projections (Chapters 11 to 14).** In general, there is no direct means of translating quantitative measures of past performance into confident statements about fidelity of future climate projections. However, there is increasing evidence that some aspects of observed variability or trends are well correlated with inter-model differences in model projections for quantities such as Arctic summertime sea ice trends, snow albedo feedback, and the carbon loss from tropical land. These relationships provide a way, in principle, to transform an observable quantity into a constraint on future projections, but the application of such constraints remains an area of emerging research. There has been substantial progress since the AR4 in the methodology to assess the reliability of a multi-model ensemble, and various approaches to improve the precision of multi-model projections are being explored. However, there is still no universal strategy for weighting the projections from different models based on their historical performance. {9.8.3, Figure 9.45}

**9**

BLM_0151259

## 9.1   Climate Models and Their Characteristics

### 9.1.1   Scope and Overview of this Chapter

Climate models are the primary tools available for investigating the response of the climate system to various forcings, for making climate predictions on seasonal to decadal time scales and for making projections of future climate over the coming century and beyond. It is crucial therefore to evaluate the performance of these models, both individually and collectively. The focus of this chapter is primarily on the models whose results will be used in the detection and attribution Chapter 10 and the chapters that present and assess projections (Chapters 11 to 14; Annex I), and so this is necessarily an incomplete evaluation. In particular, this chapter draws heavily on model results collected as part of the Coupled Model Intercomparison Projects (CMIP3 and CMIP5) (Meehl et al., 2007; Taylor et al., 2012b), as these constitute a set of coordinated and thus consistent and increasingly well-documented climate model experiments. Other intercomparison efforts, such as those dealing with Regional Climate Models (RCMs) and those dealing with Earth System Models of Intermediate Complexity (EMICs) are also used. It should be noted that the CMIP3 model archive has been extensively evaluated, and much of that evaluation has taken place subsequent to the AR4. By comparison, the CMIP5 models are only now being evaluated and so there is less published literature available. Where possible we show results from both CMIP3 and CMIP5 models so as to illustrate changes in model performance over time; however, where only CMIP3 results are available, they still constitute a useful evaluation of model performance in that for many quantities, the CMIP3 and CMIP5 model performances are broadly similar.

The direct approach to model evaluation is to compare model output with observations and analyze the resulting difference. This requires knowledge of the errors and uncertainties in the observations, which have been discussed in Chapters 2 through 6. Where possible, averages over the same time period in both models and observations are compared, although for many quantities the observational record is rather short, or only observationally based estimates of the climatological mean are available. In cases where observations are lacking, we resort to intercomparison of model results to provide at least some quantification of model uncertainty via inter-model spread.

After a more thorough discussion of the climate models and methods for evaluation in Sections 9.1 and 9.2, we describe climate model experiments in Section 9.3, evaluate recent and longer-term records as simulated by climate models in Section 9.4, variability and extremes in Section 9.5, and regional-scale climate simulation including downscaling in Section 9.6. We conclude with a discussion of model performance and climate sensitivity in Section 9.7, and the relation between model performance and the credibility of future climate projections in Section 9.8.

### 9.1.2   Overview of Model Types to Be Evaluated

The models used in climate research range from simple energy balance models to complex Earth System Models (ESMs) requiring state of the art high-performance computing. The choice of model depends directly on the scientific question being addressed (Held, 2005; Collins et al.,

2006d). Applications include simulating palaeo or historical climate, sensitivity and process studies for attribution and physical understanding, predicting near-term climate variability and change on seasonal to decadal time scales, making projections of future climate change over the coming century or more and downscaling such projections to provide more detail at the regional and local scale. Computational cost is a factor in all of these, and so simplified models (with reduced complexity or spatial resolution) can be used when larger ensembles or longer integrations are required. Examples include exploration of parameter sensitivity or simulations of climate change on the millennial or longer time scale. Here, we provide a brief overview of the climate models evaluated in this chapter.

#### 9.1.2.1   Atmosphere–Ocean General Circulation Models

Atmosphere–Ocean General Circulation Models (AOGCMs) were the 'standard' climate models assessed in the AR4. Their primary function is to understand the dynamics of the physical components of the climate system (atmosphere, ocean, land and sea ice), and for making projections based on future greenhouse gas (GHG) and aerosol forcing. These models continue to be extensively used, and in particular are run (sometimes at higher resolution) for seasonal to decadal climate prediction applications in which biogeochemical feedbacks are not critical (see Chapter 11). In addition, high-resolution or variable-resolution AOGCMs are often used in process studies or applications with a focus on a particular region. An overview of the AOGCMs assessed in this chapter can be found in Table 9.1 and the details in Table 9.A.1. For some specific applications, an atmospheric component of such a model is used on its own.

#### 9.1.2.2   Earth System Models

ESMs are the current state-of-the-art models, and they expand on AOGCMs to include representation of various biogeochemical cycles such as those involved in the carbon cycle, the sulphur cycle, or ozone (Flato, 2011). These models provide the most comprehensive tools available for simulating past and future response of the climate system to external forcing, in which biogeochemical feedbacks play an important role. An overview of the ESMs assessed in this chapter can be found in Table 9.1 and details in Table 9.A.1.

#### 9.1.2.3   Earth System Models of Intermediate Complexity

EMICs attempt to include relevant components of the Earth system, but often in an idealized manner or at lower resolution than the models described above. These models are applied to certain scientific questions such as understanding climate feedbacks on millennial time scales or exploring sensitivities in which long model integrations or large ensembles are required (Claussen et al., 2002; Petoukhov et al., 2005). This class of models often includes Earth system components not yet included in all ESMs (e.g., ice sheets). As computing power increases, this model class has continued to advance in terms of resolution and complexity. An overview of EMICs assessed in this chapter and in the AR5 WG1 is provided in Table 9.2 with additional details in Table 9.A.2.

BLM_0151260

**Table 9.1 |** Main features of the Atmosphere–Ocean General Circulation Models (AOGCMs) and Earth System Models (ESMs) participating in Coupled Model Intercomparison Project Phase 5 (CMIP5), and a comparison with Coupled Model Intercomparison Project Phase 3 (CMIP3), including components and resolution of the atmosphere and the ocean models. Detailed CMIP5 model description can be found in Table 9.A.1 (* refers to Table 9.A.1 for more details). Official CMIP model names are used. HT stands for High-Top atmosphere, which has a fully resolved stratosphere with a model top above the stratopause. AMIP stands for models with atmosphere and land surface only, using observed sea surface temperature and sea ice extent. A component is coloured when it includes at least a physically based prognostic equation and at least a two-way coupling with another component, allowing climate feedbacks. For aerosols, lighter shading means 'semi-interactive' and darker shading means 'fully interactive'. The resolution of the land surface usually follows that of the atmosphere, and the resolution of the sea ice follows that of the ocean. In moving from CMIP3 to CMIP5, note the increased complexity and resolution as well as the absence of artificial flux correction (FC) used in some CMIP3 models.



BLM_0151261

**Table 9.2 |** Main features of the EMICs assessed in the AR5, including components and complexity of the models. Model complexity for four components is indicated by colour shading. Further detailed descriptions of the models are contained in Table 9.A.2.

| Model name | | Atmos | Ocean | Land Surface | Sea Ice | Coupling | Biosphere | Ice Sheets | Sediment & Weathering |
|------------|--------|-------|-------|--------------|---------|----------|-----------|------------|-----------------------|
| Bern3D | Switzerland | | | | | | | | |
| CLIMBER2 | Germany | | | | | | | | |
| CLIMBER3 | Germany | | | | | | | | |
| DCESS | Denmark | | | | | | | | |
| FAMOUS | UK | | | | | | | | |
| GENIE | UK | | | | | | | | |
| IAP RAS CM | Russia | | | | | | | | |
| IGSM2 | USA | | | | | | | | |
| LOVECLIM1.2 | Netherlands | | | | | | | | |
| MESMO | USA | | | | | | | | |
| MIROC-lite | Japan | | | | | | | | |
| MIROC-lite-LCM | Japan | | | | | | | | |
| SPEEDO | Netherlands | | | | | | | | |
| UMD | USA | | | | | | | | |
| Uvic | Canada | | | | | | | | |

| Increasing Complexity (light to dark) | | | | |
|------|-----------|---------|--|-----------|
| EMBM | 2-Box | NST/NSM | | None |
| SD | Q-flux ML | LST/NSM | | BO |
| QG | FG | LST/BSM | | BO,BT |
| PE | | LST/CSM | | BO,BT,BV |

Significant advances in EMIC capabilities are inclusion of ice sheets (UVic 2.9, Weaver et al., 2001; CLIMBER-2.4, Petoukhov et al., 2000; LOVECLIM, Goosse et al., 2010) and ocean sediment models (DCESS, Shaffer et al., 2008; UVic 2.9, Weaver et al., 2001; Bern3D-LPJ, Ritz et al., 2011). These additional interactive components provide critical feedbacks involved in sea level rise estimates and carbon cycle response on millennial time scales (Zickfeld et al., 2013). Further, the flexibility and efficiency of EMICs allow calibration to specific climate change events to remove potential biases.

#### 9.1.2.4    Regional Climate Models

RCMs are limited-area models with representations of climate processes comparable to those in the atmospheric and land surface components of AOGCMs, though typically run without interactive ocean and sea ice. RCMs are often used to dynamically 'downscale' global model simulations for some particular geographical region to provide more detailed information (Laprise, 2008; Rummukainen, 2010). By contrast, empirical and statistical downscaling methods constitute a range of techniques to provide similar regional or local detail.

### 9.1.3    Model Improvements

The climate models assessed in this report have seen a number of improvements since the AR4. Model development is a complex and iterative task: improved physical process descriptions are developed, new model components are introduced, and the resolution of the models is improved. After assembly of all model components, model parameters are adjusted, or tuned, to provide a stable model climate.

The overall approach to model development and tuning is summarized in Box 9.1.

#### 9.1.3.1    Parameterizations

Parameterizations are included in all model components to represent processes that cannot be explicitly resolved; they are evaluated both in isolation and in the context of the full model. The purpose of this section is to highlight recent developments in the parameterizations employed in each model component. Some details for individual models are listed in Table 9.1.

##### 9.1.3.1.1    Atmosphere

Atmospheric models must parameterize a wide range of processes, including those associated with atmospheric convection and clouds, cloud-microphysical and aerosol processes and their interaction, boundary layer processes, as well as radiation and the treatment of unresolved gravity waves. Advances made in the representation of cloud processes, including aerosol–cloud and cloud–radiation interactions, and atmospheric convection are described in Sections 7.2.3 and 7.4.

Improvements in representing the atmospheric boundary layer since the AR4 have focussed on basic boundary layer processes, the representation of the stable boundary layer, and boundary layer clouds (Teixeira et al., 2008). Several global models have successfully adopted new approaches to the parameterization of shallow cumulus convection and moist boundary layer turbulence that acknowledge their

BLM_0151262

## Box 9.1 | Climate Model Development and Tuning

The Atmosphere–Ocean General Circulation Models, Earth System Models and Regional Climate Models evaluated here are based on fundamental laws of nature (e.g., energy, mass and momentum conservation). The development of climate models involves several principal steps:

1. Expressing the system's physical laws in mathematical terms. This requires theoretical and observational work in deriving and simplifying mathematical expressions that best describe the system.

2. Implementing these mathematical expressions on a computer. This requires developing numerical methods that allow the solution of the discretized mathematical expressions, usually implemented on some form of grid such as the latitude–longitude–height grid for atmospheric or oceanic models.

3. Building and implementing conceptual models (usually referred to as parameterizations) for those processes that cannot be represented explicitly, either because of their complexity (e.g., biochemical processes in vegetation) or because the spatial and/or temporal scales on which they occur are not resolved by the discretized model equations (e.g., cloud processes and turbulence). The development of parameterizations has become very complex (e.g., Jakob, 2010) and is often achieved by developing conceptual models of the process of interest in isolation using observations and comprehensive process models. The complexity of each process representation is constrained by observations, computational resources and current knowledge (e.g., Randall et al., 2007).

The application of state-of-the-art climate models requires significant supercomputing resources. Limitations in those resources lead to additional constraints. Even when using the most powerful computers, compromises need to be made in three main areas:

1. Numerical implementations allow for a choice of grid spacing and time step, usually referred to as 'model resolution'. Higher model resolution generally leads to mathematically more accurate models (although not necessarily more reliable simulations) but also to higher computational costs. The finite resolution of climate models implies that the effects of certain processes must be represented through parameterizations (e.g., the carbon cycle or cloud and precipitation processes; see Chapters 6 and 7).

2. The climate system contains many processes, the relative importance of which varies with the time scale of interest (e.g., the carbon cycle). Hence compromises to include or exclude certain processes or components in a model must be made, recognizing that an increase in complexity generally leads to an increase in computational cost (Hurrell et al., 2009).

3. Owing to uncertainties in the model formulation and the initial state, any individual simulation represents only one of the possible pathways the climate system might follow. To allow some evaluation of these uncertainties, it is necessary to carry out a number of simulations either with several models or by using an ensemble of simulations with a single model, both of which increase computational cost.

Trade-offs amongst the various considerations outlined above are guided by the intended model application and lead to the several classes of models introduced in Section 9.1.2.

Individual model components (e.g., the atmosphere, the ocean, etc.) are typically first evaluated in isolation as part of the model development process. For instance, the atmospheric component can be evaluated by prescribing sea surface temperature (SST) (Gates et al., 1999) or the ocean and land components by prescribing atmospheric conditions (Barnier et al., 2006; Griffies et al., 2009). Subsequently, the various components are assembled into a comprehensive model, which then undergoes a systematic evaluation. At this stage, a small subset of model parameters remains to be adjusted so that the model adheres to large-scale observational constraints (often global averages). This final parameter adjustment procedure is usually referred to as 'model tuning'. Model tuning aims to match observed climate system behaviour and so is connected to judgements as to what constitutes a skilful representation of the Earth's climate. For instance, maintaining the global mean top of the atmosphere (TOA) energy balance in a simulation of pre-industrial climate is essential to prevent the climate system from drifting to an unrealistic state. The models used in this report almost universally contain adjustments to parameters in their treatment of clouds to fulfil this important constraint of the climate system (Watanabe et al., 2010; Donner et al., 2011; Gent et al., 2011; Golaz et al., 2011; Martin et al., 2011; Hazeleger et al., 2012; Mauritsen et al., 2012; Hourdin et al., 2013).

With very few exceptions (Mauritsen et al., 2012; Hourdin et al., 2013) modelling centres do not routinely describe in detail how they tune their models. Therefore the complete list of observational constraints toward which a particular model is tuned is generally not

*(continued on next page)*

BLM_0151263

**9**

*Box 9.1 (continued)*

available. However, it is clear that tuning involves trade-offs; this keeps the number of constraints that can be used small and usually focuses on global mean measures related to budgets of energy, mass and momentum. It has been shown for at least one model that the tuning process does not necessarily lead to a single, unique set of parameters for a given model, but that different combinations of parameters can yield equally plausible models (Mauritsen et al., 2012). Hence the need for model tuning may increase model uncertainty. There have been recent efforts to develop systematic parameter optimization methods, but owing to model complexity they cannot yet be applied to fully coupled climate models (Neelin et al., 2010).

Model tuning directly influences the evaluation of climate models, as the quantities that are tuned cannot be used in model evaluation. Quantities closely related to those tuned will provide only weak tests of model performance. Nonetheless, by focusing on those quantities not generally involved in model tuning while discounting metrics clearly related to it, it is possible to gain insight into model performance. Model quality is tested most rigorously through the concurrent use of many model quantities, evaluation techniques, and performance metrics that together cover a wide range of emergent (or un-tuned) model behaviour.

The requirement for model tuning raises the question of whether climate models are reliable for future climate projections. Models are not tuned to match a particular future; they are tuned to reproduce a small subset of global mean observationally based constraints. What emerges is that the models that plausibly reproduce the past, universally display significant warming under increasing greenhouse gas concentrations, consistent with our physical understanding.

close mutual coupling. One new development is the Eddy-Diffusivity-Mass-Flux (EDMF) approach (Siebesma et al., 2007; Rio and Hourdin, 2008; Neggers, 2009; Neggers et al., 2009; Rio et al., 2010). The EDMF approach, like the shallow cumulus scheme of Park and Bretherton (2009), determines the cumulus-base mass flux from the statistical distribution of boundary layer updraft properties, a conceptual advance over the *ad hoc* closure assumptions used in the past. Realistic treatment of the stable boundary layer remains difficult (Beare et al., 2006; Cuxart et al., 2006; Svensson and Holtslag, 2009) with implications for modelling of the diurnal cycle of temperature even under clear skies (Svensson et al., 2011).

Parameterizations of unresolved orographic and non-orographic gravity-wave drag (GWD) have seen only a few changes since the AR4 (e.g., Richter et al., 2010; Geller et al., 2011). In addition to new formulations, the estimation of the parameters used in the GWD schemes has recently been advanced through the availability of satellite and ground-based observations of gravity-wave momentum fluxes, high-resolution numerical modelling, and focussed process studies (Alexander et al., 2010). Evidence from the Numerical Weather Prediction community that important terrain-generated features of the atmospheric circulation are better represented at higher model resolution has recently been confirmed (Watanabe et al., 2008; Jung et al., 2012).

### 9.1.3.1.2   Ocean

Ocean components in contemporary climate models generally have horizontal resolutions that are too coarse to admit mesoscale eddies. Consequently, such models typically employ some version of the Redi (Redi, 1982) neutral diffusion and Gent and McWilliams (Gent and McWilliams, 1990) eddy advection parameterization (see also Gent et al., 1995; McDougall and McIntosh, 2001). Since the AR4, a focus has been on how parameterized mesoscale eddy fluxes in the ocean interior interact with boundary layer turbulence (Gnanadesikan et al.,

2007; Danabasoglu et al., 2008; Ferrari et al., 2008, 2010). Another focus concerns eddy diffusivity, with many CMIP5 models employing flow-dependent schemes. Both of these refinements are important for the mean state and the response to changing forcing, especially in the Southern Ocean (Hallberg and Gnanadesikan, 2006; Boning et al., 2008; Farneti et al., 2010; Farneti and Gent, 2011; Gent and Danabasoglu, 2011; Hofmann and Morales Maqueda, 2011).

In addition to mesoscale eddies, there has been a growing awareness of the role that sub-mesoscale eddies and fronts play in restratifying the mixed layer (Boccaletti et al., 2007; Fox-Kemper et al., 2008; Klein and Lapeyre, 2009), and the parameterization of Fox-Kemper et al. (2011) is now used in some CMIP5 models.

There is an active research effort on the representation of dianeutral mixing associated with breaking gravity waves (MacKinnon et al., 2009), with this work adding rigour to the prototype energetically consistent abyssal tidal mixing parameterization of Simmons et al. (2004) now used in several climate models (e.g., Jayne, 2009; Danabasoglu et al., 2012). The transport of dense water down-slope by gravity currents (e.g., Legg et al., 2008, 2009) has also been the subject of focussed efforts, with associated parameterizations making their way into some CMIP5 models (Jackson et al., 2008b; Legg et al., 2009; Danabasoglu et al., 2010).

### 9.1.3.1.3   Land

Land surface properties such as vegetation, soil type and the amount of water stored on the land as soil moisture, snow and groundwater all strongly influence climate, particularly through their effects on surface albedo and evapotranspiration. These climatic effects can be profound; for example, it has been suggested that changes in the state of the land surface may have played an important part in the severity and length of the 2003 European drought (Fischer et al., 2007), and

BLM_0151264

that more than 60% of the projected increase in interannual summer temperature variability in Europe is due to soil moisture–temperature feedbacks (Seneviratne et al., 2006).

Land surface schemes calculate the fluxes of heat, water and momentum between the land and the atmosphere. At the time of the AR4, even the more advanced land surface schemes suffered from obvious simplifications, such as the need to prescribe rather than simulate the vegetation cover and a tendency to ignore lateral flows of water and sub-gridscale heterogeneity in soil moisture (Pitman, 2003). Since the AR4, a number of climate models have included some representation of vegetation dynamics (see Sections 9.1.3.2.5 and 9.4.4.3), land–atmosphere $CO_2$ exchange (see Section 9.4.5), sub-gridscale hydrology (Oleson et al., 2008b) and changes in land use (see Section 9.4.4.4).

#### 9.1.3.1.4    Sea ice

Most large-scale sea ice processes, such as basic thermodynamics and dynamics, are well understood and well represented in models (Hunke et al., 2010). However, important details of sea ice dynamics and deformation are not captured, especially at small scales (Coon et al., 2007; Girard et al., 2009; Hutchings et al., 2011). Currently, sea ice model development is focussed mainly on (1) more precise descriptions of physical processes such as microstructure evolution and anisotropy and (2) including biological and chemical species. Many models now include some representation of sub-grid-scale thickness variations, along with a description of mechanical redistribution that converts thinner ice to thicker ice under deformation (Hunke et al., 2010).

Sea ice albedo has long been recognized as a critical aspect of the global heat balance. The average ice surface albedo on the scale of a climate model grid cell is (as on land) the result of a mixture of surface types: bare ice, melting ice, snow-covered ice, open water, etc. Many sea ice models use a relatively simple albedo parameterization that specifies four albedo values: cold snow; warm, melting snow; cold, bare ice; and warm, melting ice, and the specific values may be subject to tuning (e.g., Losch et al., 2010). Some parameterizations take into account the ice and snow thickness, spectral band and surface melt (e.g., Pedersen et al., 2009; Vancoppenolle et al., 2009). Solar radiation may be distributed within the ice column assuming exponential decay or via a more complex multiple-scattering radiative transfer scheme (Briegleb and Light, 2007).

Snow model development for sea ice has lagged behind terrestrial snow models. Lecomte et al. (2011) introduced vertically varying snow temperature, density and conductivity to improve vertical heat conduction and melting in a 1D model intended for climate simulation, but many physical processes affecting the evolution of the snow pack, such as redistribution by wind, moisture transport (including flooding and snow ice formation) and snow grain size evolution, still are not included in most climate models.

Salinity affects the thermodynamic properties of sea ice, and is used in the calculation of fresh water and salt exchanges at the ice–ocean interface (Hunke et al., 2011). Some models allow the salinity to vary in time (Schramm et al., 1997), while others assume a salinity profile that is constant (e.g., Bitz and Lipscomb, 1999). Another new thrust is

the inclusion of chemistry and biogeochemistry (Piot and von Glasow, 2008; Zhao et al., 2008; Vancoppenolle et al., 2010; Hunke et al., 2011), with dependencies on the ice microstructure and salinity profile.

Melt ponds can drain through interconnected brine channels when the ice becomes warm and permeable. This flushing can effectively clean the ice of salt, nutrients, and other inclusions, which affect the albedo, conductivity and biogeochemical processes and thereby play a role in climate change. Advanced parameterizations for melt ponds are making their way into sea ice components of global climate models (e.g., Flocco et al., 2012; Hunke et al., 2013).

#### 9.1.3.2    New Components and Couplings: Emergence of Earth System Modelling

#### 9.1.3.2.1    Carbon cycle

The omission of internally consistent feedbacks among the physical, chemical and biogeochemical processes in the Earth's climate system is a limitation of AOGCMs. The conceptual issue is that the physical climate influences natural sources and sinks of $CO_2$ and methane ($CH_4$), the two most important long-lived GHGs. ESMs incorporate many of the important biogeochemical processes, making it possible to simulate the evolution of these radiatively active species based on their emissions from natural and anthropogenic sources together with their interactions with the rest of the Earth system. Alternatively, when forced with specified concentrations, a model can be used to diagnose these sources with feedbacks included (Hibbard et al., 2007). Given the large natural sources and sinks of $CO_2$ relative to anthropogenic emissions, and given the primacy of $CO_2$ among anthropogenic GHGs, some of the most important enhancements are the addition of terrestrial and oceanic carbon cycles. These cycles have been incorporated into many models (Christian et al., 2010; Tjiputra et al., 2010) used to make projections of climate change (Schurgers et al., 2008; Jungclaus et al., 2010). Several ESMs now include coupled carbon and nitrogen cycles (Thornton et al., 2007; Gerber et al., 2010; Zaehle and Dalmonech, 2011) in order to simulate the interactions of nitrogen compounds with ecosystem productivity, GHGs including nitrous oxide ($N_2O$) and ozone ($O_3$), and global carbon sequestration (Zaehle and Dalmonech, 2011).

Oceanic uptake of $CO_2$ is highly variable in space and time, and is determined by the interplay between the biogeochemical and physical processes in the ocean. About half of CMIP5 models make use of schemes that partition marine ecosystems into nutrients, plankton, zooplankton and detritus (hence called NPZD-type models) while others use a more simplified representation of ocean biogeochemistry (see Table 9A.1). These NPZD-type models allow simulation of some of the important feedbacks between climate and oceanic $CO_2$ uptake, but are limited by the lack of marine ecosystem dynamics. Some efforts have been made to include more plankton groups or plankton functional types in the models (Le Quere et al., 2005) with as-yet uncertain implications for Earth system response.

Ocean acidification and the associated decrease in calcification in many marine organisms provides a negative feedback on atmospheric $CO_2$ increase (Ridgwell et al., 2007a). New-generation models therefore include various parameterizations of calcium carbonate ($CaCO_3$)

BLM_0151265

production as a function of the saturation state of seawater with respect to calcite (Gehlen et al., 2007; Ridgwell et al., 2007a; Ilyina et al., 2009) or partial pressure $CO_2$ (p$CO_2$; Heinze, 2004). On centennial to multi-millennial scales, deep-sea carbonate sediments neutralize atmospheric $CO_2$. Some CMIP5 models include the sediment carbon reservoir, and progress has been made toward refined sediment representation in the models (Heinze et al., 2009).

#### 9.1.3.2.2   Aerosol particles

The treatment of aerosol particles has advanced since the AR4. Many AOGCMs and ESMs now include the basic features of the sulphur cycle and so represent both the direct effect of sulphate aerosol, along with some of the more complex indirect effects involving cloud droplet number and size. Further, several AOGCMs and ESMs are currently capable of simulating the mass, number, size distribution and mixing state of interacting multi-component aerosol particles (Bauer et al., 2008b; Liu et al., 2012b). The incorporation of more physically complete representations of aerosol often improves the simulated climate under historical and present-day conditions, including the mean pattern and interannual variability in continental rainfall (Rotstayn et al., 2010, 2011). However, despite the addition of aerosol–cloud interactions to many AOGCMs and ESMs since the AR4, the representation of aerosol particles and their interaction with clouds and radiative transfer remains an important source of uncertainty (see Sections 7.3.5 and 7.4). Additional aerosol-related topics that have received attention include the connection between dust aerosol and ocean biogeochemistry, the production of oceanic dimethylsulphide (DMS, a natural source of sulphate aerosol), and vegetation interactions with organic atmospheric chemistry (Collins et al., 2011).

#### 9.1.3.2.3   Methane cycle and permafrost

In addition to $CO_2$, an increasing number of ESMs and EMICs are also incorporating components of the $CH_4$ cycle, for example, atmospheric $CH_4$ chemistry and wetland emissions, to quantify some of the feedbacks from changes in $CH_4$ sources and sinks under a warming climate (Stocker et al., 2012). Some models now simulate the evolution of the permafrost carbon stock (Khvorostyanov et al., 2008a, 2008b), and in some cases this is integrated with the representation of terrestrial and oceanic $CH_4$ cycles (Volodin, 2008b; Volodin et al., 2010).

#### 9.1.3.2.4   Dynamic global vegetation models and wildland fires

One of the potentially more significant effects of climate change is the alteration of the distribution, speciation and life cycle of vegetated ecosystems (Bergengren et al., 2001, 2011). Vegetation has a significant influence on the surface energy balance, exchanges of non-$CO_2$ GHGs and the terrestrial carbon sink. Systematic shifts in vegetation, for example, northward migration of boreal forests, would therefore impose biogeophysical feedbacks on the physical climate system (Clark et al., 2011). In order to include these effects in projections of climate change, several dynamic global vegetation models (DGVMs) have been developed and deployed in ESMs (Cramer et al., 2001; Sitch et al., 2008; Ostle et al., 2009). Although agriculture and managed forests are not yet generally incorporated, DGVMs can simulate the interactions among natural and anthropogenic drivers of global warming, the state of terrestrial

ecosystems and ecological feedbacks on further climate change. The incorporation of DGVMs has required considerable improvement in the physics of coupled models to produce stable and realistic distributions of flora (Oleson et al., 2008b). The improvements include better treatments of surface, subsurface and soil hydrological processes; the exchange of water with the atmosphere; and the discharge of water into rivers and streams. Whereas the first DGVMs have been coupled primarily to the carbon cycle, the current generation of DGVMs are being extended to include ecological sources and sinks of other non-$CO_2$ trace gases including $CH_4$, $N_2O$, biogenic volatile organic compounds (BVOCs) and nitrogen oxides collectively known as $NO_x$ (Arneth et al., 2010). BVOCs and $NO_x$ can alter the lifetime of some GHGs and act as precursors for secondary organic aerosols (SOAs) and ozone. Disturbance of the natural landscape by fire has significant climatic effects through its impact on vegetation and through its emissions of GHGs, aerosols and aerosol precursors. Because the frequency of wildland fires increases rapidly with increases in ambient temperature (Westerling et al., 2006), the effects of fires are projected to grow over the 21st century (Kloster et al., 2012). The interactions of fires with the rest of the climate system are now being introduced into ESMs (Arora and Boer, 2005; Pechony and Shindell, 2009; Shevliakova et al., 2009).

#### 9.1.3.2.5   Land use/land cover change

The impacts of land use and land cover change on the environment and climate are explicitly included as part of the Representative Concentration Pathways (RCPs; cf. Chapters 1 and 12) used for climate projections to be assessed in later chapters (Moss et al., 2010). Several important types of land use and land cover change include effects of agriculture and changing agricultural practices, including the potential for widespread introduction of biofuel crops; the management of forests for preservation, wood harvest and production of woody biofuel stock; and the global trends toward greater urbanization. ESMs include increasingly detailed treatments of crops and their interaction with the landscape (Arora and Boer, 2010; Smith et al., 2010a, 2010b), forest management (Bellassen et al., 2010, 2011) and the interactions between urban areas and the surrounding climate systems (Oleson et al., 2008a).

#### 9.1.3.2.6   Chemistry–climate interactions and stratosphere–troposphere coupling

Important chemistry–climate interactions such as the impact of the ozone hole and recovery on Southern Hemisphere (SH) climate or the radiative effects of stratospheric water vapour changes on surface temperature have been confirmed in multiple studies (SPARC-CCMVal, 2010; WMO, 2011). In the majority of the CMIP5 simulations stratospheric ozone is prescribed. The main advance since the AR4 is that time-varying rather than constant stratospheric ozone is now generally used. In addition, several CMIP5 models treat stratospheric chemistry interactively, thus prognostically calculating stratospheric ozone and other chemical constituents. Important chemistry–climate interactions such as an increased influx of stratospheric ozone in a warmer climate that results in higher ozone burdens in the troposphere have also been identified (Young et al., 2013). Ten of the CMIP5 models simulate tropospheric chemistry interactively whereas it is prescribed in the remaining models (see Table 9.1 and Eyring et al. (2013)).

BLM_0151266

It is now widely accepted that in addition to the influence of tropospheric circulation and climate change on the stratosphere, stratospheric dynamics can in turn influence the tropospheric circulation and its variability (SPARC-CCMVal, 2010; WMO, 2011). As a result, many climate models now have the ability to include a fully resolved stratosphere with a model top above the stratopause, located at around 50 km. The subset of CMIP5 models with high-top configurations is compared to the set of low-top models with a model top below the stratopause in several studies (Charlton-Perez et al., 2012; Hardiman et al., 2012; Wilcox et al., 2012), although other factors such as differences in tropospheric warming or ozone could affect the two sub-ensembles.

#### 9.1.3.2.7   Land ice sheets

The rate of melt water release from the Greenland and Antarctic ice sheets in response to climate change remains a major source of uncertainty in projections of sea level rise (see Sections 13.4.3 and 13.4.4). Until recently, the long-term response of these ice sheets to alterations in the surrounding atmosphere and ocean has been simulated using offline models. Several ESMs currently have the capability to have ice sheet component models coupled to the rest of the climate system (Driesschaert et al., 2007; Charbit et al., 2008; Vizcaíno et al., 2008; Huybrechts et al., 2011; Robinson et al., 2012) although these capabilities are not exercised for CMIP5.

#### 9.1.3.2.8   Additional features in ocean–atmosphere coupling

Several features in the coupling between the ocean and the atmosphere have become more widespread since the AR4. The bulk formulae used to compute the turbulent fluxes of heat, water and momentum at the air–sea interface, have been revised. A number of models now consider the ocean surface current when calculating wind stress (e.g., Luo et al., 2005; Jungclaus et al., 2006). The coupling frequency has been increased in some cases to include the diurnal cycle, which was shown to reduce the SST bias in the tropical Pacific (Schmidt et al., 2006; Bernie et al., 2008; Ham et al., 2010). Several models now represent the coupling between the penetration of the solar radiation into the ocean and light-absorbing chlorophyll, with some implications on the representation of the mean climate and climate variability (Murtugudde et al., 2002; Wetzel et al., 2006). This coupling is achieved either by prescribing the chlorophyll distribution from observations, or by computing the chlorophyll distribution with an ocean biogeochemical model (e.g., Arora et al., 2009).

#### 9.1.3.3   Resolution

The typical horizontal resolution (defined here as horizontal grid spacing) for current AOGCMs and ESMs is roughly 1 to 2 degrees for the atmospheric component and around 1 degree for the ocean (Table 9.1). The typical number of vertical layers is around 30 to 40 for the atmosphere and around 30 to 60 for the ocean (note that some 'high-top' models may have 80 or more vertical levels in the atmosphere). There has been some modest increase in model resolution since the AR4, especially for the near-term simulations (e.g., around 0.5 degree for the atmosphere in some cases), based on increased availability of more powerful computers. For the models used in long-term simulations with interactive biogeochemistry, the resolution has not increased

substantially due to the trade-off against higher complexity in such models. Since the AR4, typical regional climate model resolution has increased from around 50 km to around 25 km (see Section 9.6.2.2), and the impact of this has been explored with multi-decadal regional simulations (e.g., Christensen et al., 2010). In some cases, RCMs are being run at 10 km resolution or higher (e.g., Kanada et al., 2008; Kusaka et al., 2010; van Roosmalen et al., 2010; Kendon et al., 2012).

Higher resolution can sometimes lead to a stepwise, rather than incremental, improvement in model performance (e.g., Roberts et al., 2004; Shaffrey et al., 2009). For example, ocean models undergo a transition from laminar to eddy-permitting when the computational grid contains more than one or two grid points per first baroclinic Rossby radius (i.e., finer than 50 km at low latitudes and 10 km at high latitudes) (Smith et al., 2000; McWilliams, 2008). Such mesoscale eddy-permitting ocean models better capture the large amount of energy contained in fronts, boundary currents, and time dependent eddy features (e.g., McClean et al., 2006). Models run at such resolution have been used for some climate simulations, though much work remains before they are as mature as the coarser models currently in use (Bryan et al., 2007; Bryan et al., 2010; Farneti et al., 2010; McClean et al., 2011; Delworth et al., 2012).

Similarly, atmospheric models with grids that allow the explicit representation of convective cloud systems (i.e., finer than a few kilometres) avoid employing a parameterization of their effects—a longstanding source of uncertainty in climate models. For example, Kendon et al. (2012) simulated the climate of the UK region over a 20-year period at 1.5 km resolution, and demonstrated several improvements of errors typical of coarser resolution models. Further discussion of this is provided in Section 7.2.2.

## 9.2   Techniques for Assessing Model Performance

Systematic evaluation of models through comparisons with observations is a prerequisite to applying them confidently. Several significant developments in model evaluation have occurred since the AR4 and are assessed in this section. This is followed by a description of the overall approach to evaluation taken in this chapter and a discussion of its known limitations.

### 9.2.1   New Developments in Model Evaluation Approaches

#### 9.2.1.1   Evaluating the Overall Model Results

The most straightforward approach to evaluate models is to compare simulated quantities (e.g., global distributions of temperature, precipitation, radiation etc.) with corresponding observationally based estimates (e.g., Gleckler et al., 2008; Pincus et al., 2008; Reichler and Kim, 2008). A significant development since the AR4 is the increased use of quantitative statistical measures, referred to as performance metrics. The use of such metrics simplifies synthesis and visualization of model performance (Gleckler et al., 2008; Pincus et al., 2008; Waugh and Eyring, 2008; Cadule et al., 2010; Sahany et al., 2012) and enables the

BLM_0151267

quantitative assessment of model improvements over time (Reichler and Kim, 2008). Recent work has addressed redundancy of multiple performance metrics through methods such as cluster analysis (Yokoi et al., 2011; Nishii et al., 2012).

### 9.2.1.2  Isolating Processes

To understand the cause of model errors it is necessary to evaluate the representation of processes both in the context of the full model and in isolation. A number of evaluation techniques to achieve both process and component isolation have been developed. One involves the so-called 'regime-oriented' approach to process evaluation. Instead of averaging model results in time (e.g., seasonal averages) or space (e.g., global averages), results are averaged within categories that describe physically distinct regimes of the system. Applications of this approach since the AR4 include the study of circulation regimes (Bellucci et al., 2010; Brown et al., 2010b; Brient and Bony, 2012; Ichikawa et al., 2012), cloud regimes (Williams and Brooks, 2008; Chen and Del Genio, 2009; Williams and Webb, 2009; Tsushima et al., 2013) and thermodynamic states (Sahany et al., 2012; Su, 2012). The application of new observations, such as vertically resolved cloud and water vapour information from satellites (Jiang et al., 2012a; Konsta et al., 2012; Quaas, 2012) and water isotopes (Risi et al., 2012a; Risi et al., 2012b), has also enhanced the ability to evaluate processes in climate models.

Another approach involves the isolation of model components or parameterizations in off-line simulations, such as Single Column Models of the atmosphere. Results of such simulations are compared to measurements from field studies or to results of more detailed process models (Randall et al., 2003). Numerous process evaluation data sets have been developed since the AR4 (Redelsperger et al., 2006; Illingworth et al., 2007; Verlinde et al., 2007; May et al., 2008; Wood et al., 2011) and have been applied to the evaluation of climate model processes (Xie et al., 2008; Boone et al., 2009; Boyle and Klein, 2010; Hourdin et al., 2010). These studies are crucial to test the realism of the process formulations that underpin climate models.

### 9.2.1.3  Instrument Simulators

Satellites provide nearly global coverage, sampling across many meteorological conditions. This makes them powerful tools for model evaluation. The conventional approach has been to convert satellite-observed radiation information to 'model-equivalents' (Stephens and Kummerow, 2007), and these have been used in numerous studies (Allan et al., 2007; Gleckler et al., 2008; Li et al., 2008; Pincus et al., 2008; Waliser et al., 2009b; Li et al., 2011a, 2012a; Jiang et al., 2012a). A challenge is that limitations of the satellite sensors demand various assumptions in order to convert a satellite measurement into a 'model equivalent' climate variable.

An alternative approach is to calculate 'observation-equivalents' from models using radiative transfer calculations to simulate what the satellite would provide if the satellite system were 'observing' the model. This approach is usually referred to as an 'instrument simulator'. Microphysical assumptions (which differ from model to model) can be included in the simulators, avoiding inconsistencies. A simulator for cloud properties from the International Cloud Satellite Climatology Project (ISCCP) (Yu et al., 1996; Klein and Jakob, 1999; Webb et al., 2001) has been widely used for model evaluation since the AR4 (Chen and Del Genio, 2009; Marchand et al., 2009; Wyant et al., 2009; Yokohata et al., 2010), often in conjunction with statistical techniques to separate model clouds into cloud regimes (e.g., Field et al., 2008; Williams and Brooks, 2008; Williams and Webb, 2009). New simulators for other satellite products have also been developed and are increasingly applied for model evaluation (Bodas-Salcedo et al., 2011). Although often focussed on clouds and precipitation, the simulator approach has also been used successfully for other variables such as upper tropospheric humidity (Allan et al., 2003; Iacono et al., 2003; Ringer et al., 2003; Brogniez et al., 2005; Brogniez and Pierrehumbert, 2007; Zhang et al., 2008b; Bodas-Salcedo et al., 2011). Although providing an alternative to the use of model-equivalents from observations, instrument simulators have limitations (Pincus et al., 2012) and are best applied in combination with other model evaluation techniques.

### 9.2.1.4  Initial Value Techniques

To be able to forecast the weather a few days ahead, knowledge of the present state of the atmosphere is of primary importance. In contrast, climate predictions and projections simulate the statistics of weather seasons to centuries in advance. Despite their differences, both weather predictions and projections of future climate are performed with very similar atmospheric model components. The atmospheric component of climate models can be integrated as a weather prediction model if initialized appropriately (Phillips et al., 2004). This allows testing parameterized sub-grid scale processes without the complication of feedbacks substantially altering the underlying state of the atmosphere.

The application of these techniques since the AR4 has led to some new insights. For example, many of the systematic errors in the modelled climate develop within a few days of simulation, highlighting the important role of fast, parameterized processes (Klein et al., 2006; Boyle et al., 2008; Xie et al., 2012). Errors in cloud properties for example were shown to be present within a few days in a forecast in at least some models (Williams and Brooks, 2008), although this was not the case in another model (Boyle and Klein, 2010; Zhang et al., 2010b). Other studies have highlighted the advantage of such methodologies for the detailed evaluation of model processes using observations that are available only for limited locations and times (Williamson and Olson, 2007; Bodas-Salcedo et al., 2008; Xie et al., 2008; Hannay et al., 2009; Boyle and Klein, 2010), an approach that is difficult to apply to long-term climate simulations.

### 9.2.2  Ensemble Approaches for Model Evaluation

Ensemble methods are used to explore the uncertainty in climate model simulations that arise from internal variability, boundary conditions, parameter values for a given model structure or structural uncertainty due to different model formulations (Tebaldi and Knutti, 2007; Hawkins and Sutton, 2009; Knutti et al., 2010a). Since the AR4, techniques have been designed to specifically evaluate model performance of individual ensemble members. Although this is typically done to better characterize uncertainties, the methods and insights are applicable to model evaluation in general. The ensembles are generally

BLM_0151268

of two types: Multi-model Ensembles (MMEs) and Perturbed Parameter (or Physics) Ensembles (PPEs).

### 9.2.2.1   Multi-Model Ensembles

The MME is created from existing model simulations from multiple climate modelling centres. MMEs sample structural uncertainty and internal variability. However, the sample size of MMEs is small, and is confounded because some climate models have been developed by sharing model components leading to shared biases (Masson and Knutti, 2011a). Thus, MME members cannot be treated as purely independent, which implies a reduction in the effective number of independent members (Tebaldi and Knutti, 2007; Jun et al., 2008; Knutti, 2010; Knutti et al., 2010a; Pennell and Reichler, 2011).

### 9.2.2.2   Perturbed-Parameter Ensembles

In contrast, PPEs are created to assess uncertainty based on a single model and benefit from the explicit control on parameter perturbations. This allows statistical methods to determine which parameters are the main drivers of uncertainty across the ensemble (e.g., Rougier et al., 2009). PPEs have been used frequently in simpler models such as EMICs (Xiao et al., 1998; Forest et al., 2002, 2006, 2008;  Stott and Forest, 2007; Knutti and Tomassini, 2008; Sokolov et al., 2009; Loutre et al., 2011) and are now being applied to more complex models (Murphy et al., 2004; Annan et al., 2005; Stainforth et al., 2005; Collins et al., 2006a, 2007; Jackson et al., 2008a; Brierley et al., 2010; Klocke et al., 2011; Lambert et al., 2012). The disadvantage of PPEs is that they do not explore structural uncertainty, and thus the estimated uncertainty will depend on the underlying model that is perturbed (Yokohata et al., 2010) and may be too narrow (Sakaguchi et al., 2012). Several studies (Sexton et al., 2012; Sanderson, 2013) recognize the importance of sampling both parametric and structural uncertainty by combining information from both MMEs and PPEs. However, even these approaches cannot account for the effect on uncertainty of systematic errors.

### 9.2.2.3   Statistical Methods Applied to Ensembles

The most common approach to characterize MME results is to calculate the arithmetic mean of the individual model results, referred to as an unweighted multi-model mean. This approach of 'one vote per model' gives equal weight to each climate model regardless of (1) how many simulations each model has contributed, (2) how interdependent the models are or (3) how well each model has fared in objective evaluation. The multi-model mean will be used often in this chapter. Some climate models share a common lineage and so share common biases (Frame et al., 2005; Tebaldi and Knutti, 2007; Jun et al., 2008; Knutti, 2010; Knutti et al., 2010a, 2013; Annan and Hargreaves, 2011; Pennell and Reichler, 2011; Knutti and Sedláček, 2013). As a result, collections such as the CMIP5 MME cannot be considered a random sample of independent models. This complexity creates challenges for how best to make quantitative inferences of future climate as discussed further in Chapter 12 (Knutti et al., 2010a; Collins et al., 2012; Stephenson et al., 2012; Sansom et al., 2013).

Annan and Hargreaves (2010) have proposed a 'rank histogram' approach to evaluate model ensembles as a whole, rather than individual models, by diagnosing whether observations can be considered statistically indistinguishable from a model ensemble. Studies based on this approach have suggested that MMEs (CMIP3/5) are 'reliable' in that they are not too narrow or too dispersive as a sample of possible models, but existing single-model-based ensembles tend to be too narrow (Yokohata et al., 2012, 2013). Although initial work has analysed the current mean climate state, further work is required to study the relationships between simulation errors and uncertainties in ensembles of future projections (Collins et al., 2012).

Bayesian methods offer insights into how to account for model inadequacies and combine information from several metrics in both MME and PPE approaches (Sexton and Murphy, 2012; Sexton et al., 2012), but they are complex. A simpler strategy of screening out some model variants on the basis of some observational comparison has been used with some PPEs (Lambert et al., 2012; Shiogama et al., 2012). Edwards et al. (2011) provided a statistical framework for 'pre-calibrating' out such poor model variants. Screening techniques have also been used with MMEs (Santer et al., 2009).

Additional Bayesian methods are applied to the MMEs so that past model performance is combined with prior distributions to estimate uncertainty from the MME (Furrer et al., 2007; Tebaldi and Knutti, 2007; Milliff et al., 2011). Similar to Bayesian PPE methods, common biases can be assessed within the MME to determine effective independence of the climate models (Knutti et al., 2013) (see Section 12.2.2 for a discussion of the assumptions in the Bayesian approaches).

### 9.2.3   The Model Evaluation Approach Used in this Chapter and Its Limitations

This chapter applies a variety of evaluation techniques ranging from visual comparison of observations and the multi-model ensemble and its mean, to application of quantitative performance metrics (see Section 9.2.2). No individual evaluation technique or performance measure is considered superior; rather, it is the combined use of many techniques and measures that provides a comprehensive overview of model performance.

Although crucial, the evaluation of climate models based on past climate observations has some important limitations. By necessity, it is limited to those variables and phenomena for which observations exist. Table 9.3 provides an overview of the observations used in this chapter. In many cases, the lack or insufficient quality of long-term observations, be it a specific variable, an important processes, or a particular region (e.g., polar areas, the upper troposphere/lower stratosphere (UTLS), and the deep ocean), remains an impediment. In addition, owing to observational uncertainties and the presence of internal variability, the observational record against which models are assessed is 'imperfect'. These limitations can be reduced, but not entirely eliminated, through the use of multiple independent observations of the same variable as well as the use of model ensembles.

The approach to model evaluation taken in the chapter reflects the need for climate models to represent the observed behaviour of past climate as a necessary condition to be considered a viable tool for future projections. This does not, however, provide an answer to

BLM_0151269

the much more difficult question of determining how well a model must agree with observations before projections made with it can be deemed reliable. Since the AR4, there are a few examples of emergent constraints where observations are used to constrain multi-model ensemble projections. These examples, which are discussed further in Section 9.8.3, remain part of an area of active and as yet inconclusive research.

**Table 9.3 |** Overview of observations that are used to evaluate climate models in this chapter. The quantity and CMIP5 output variable name are given along with references for the observations. Superscript (1) indicates this observations-based data set is obtained from atmospheric reanalysis. Superscript (D) indicates default reference; superscript (A) alternate reference.

| Quantity | CMIP5 Output Variable Name | Observations (Default/Alternates) | Reference | Figure and Section Number(s) |
|---|---|---|---|---|
| **ATMOSPHERE** | | | | |
| **Surface (2 m) Air Temperature (°C)** | Tas (2 m) | ERA-Interim[1] | Dee et al. (2011) | Figures 9.2, 9.3, 9.6[D], 9.7[D], Section 9.4.1; Figures 9.38, 9.40, Section 9.6.1 |
| | | NCEP-NCAR[1] | Kalnray et al. (1996) | Figures 9.6[A], 9.7[A], Section 9.4.1 |
| | | ERA40[1] | Uppala et al. (2005) | Figure 9.38, Section 9.6.1 |
| | | CRU TS 3.10 | Mitchell and Jones (2005) | Figures 9.38, 9.39, Section 9.6.1 |
| | | HadCRUT4 | Morice et al. (2012) | Figure 9.8, Section 9.4.1 |
| | | GISTEMP | Hansen et al. (2010) | Figure 9.8, Section 9.4.1 |
| | | MLOST | Vose et al. (2012) | Figure 9.8, Section 9.4.1 |
| **Temperature (°C)** | Ta (200, 850 hPa) | ERA-Interim[1] | Dee et al. (2011) | Figure 9.9[D] Section 9.4. |
| | | NCEP-NCAR[1] | Kalnray et al. (1996) | Figure 9.9[A] Section 9.4.1 |
| **Zonal mean wind ( m s⁻¹)** | Ua (200, 850 hPa) | ERA-Interim[1] | Dee et al. (2011) | Figure 9.7[D], Section 9.4.1 |
| | | NCEP-NCAR[1] | Kalnray et al. (1996) | Figure 9.7[A], Section 9.4.1 |
| **Zonal wind stress ( m s⁻¹)** | Tauu | QuikSCAT satellite measurements | Risien and Chelton (2008) | Figures 9.19–9.20, Section 9.4.2 |
| | | NCEP/NCAR reanalysis | Kalnray et al. (1996) | Figures 9.19–9.20, Section 9.4.2 |
| | | ERA-Interim | Dee et al. (2011) | Figures 9.19–9.20, Section 9.4.2 |
| **Meridional wind (m s⁻¹)** | Va (200, 850 hPa) | ERA-Interim[1] | Dee et al. (2011) | Figure 9.7[D], Section 9.4.1 |
| | | NCEP-NCAR[1] | Kalnray et al. (1996) | Figure 9.7[A], Section 9.4.1 |
| **Geopotential height (m)** | Zg (500 hPa) | ERA-Interim[1] | Dee et al. (2011) | Figure 9.7[D], Section 9.4.1 |
| | | NCEP-NCAR[1] | Kalnray et al. (1996) | Figure 9.7[A], Section 9.4.1 |
| **TOA reflected short-wave radiation (W m⁻²)** | Rsut | CERES EBAF 2.6 | Loeb et al. (2009) | Figure 9.9[D] Section 9.4.1 |
| | | ERBE | Barkstrom (1984) | Figure 9.9[A], Section 9.4.1 |
| **TOA longwave radiation (W m⁻²)** | Rlut | CERES EBAF 2.6 | Loeb et al. (2009) | Figure 9.9[D] Section 9.4.1 |
| | | ERBE | Barkstrom (1984) | Figure 9.9[A], Section 9.4.1 |
| **Clear sky TOA short-wave cloud radiative effect (W m⁻²)** | SW CRE | CERES EBAF 2.6 | Loeb et al. (2009) | Figures 9.5[D], 9.6[D], 9.7[D], Section 9.4.1 |
| | Derived from CMIP5 rsut and rsutcs | CERES ES-4 ERBE | Loeb et al. (2009) | Figure 9.5[A], Section 9.4.1 |
| | | | Barkstrom (1984) | Figure 9.7[A], Section 9.4.1 |
| **Clear sky TOA long-wave cloud radiative effect (W m⁻²)** | LW CRE | CERES EBAF 2.6 | Loeb et al. (2009) | Figure 9.9[D], Section 9.4.1 |
| | Derived from CMIP5 rsut and rsutcs | CERES ES-4 ERBE | Loeb et al. (2009) | Figure 9.5[A], Section 9.4.1 |
| **Total precipitation (mm day⁻¹)** | Pr | GPCP | Adler et al. (2003) | Figures 9.4, 9.6[D], 9.7[D], Section 9.4.1; Figures 9.38, 9.40, Section 9.6.1 |
| | | CMAP | Xie and Arkin (1997) | Figures 9.6[A], 9.7[A], Section 9.4.1; Figures 9.38, 9.40, Section 9.6.1 |
| | | CRU TS3.10.1 | Mitchell and Jones (2005) | Figures 9.38, 9.39, Section 9.6.1 |

*(continued on next page)*

BLM_0151270

Table 9.3 (continued)

| Quantity | CMIP5 Output Variable Name | Observations (Default/Alternates) | Reference | Figure and Section Number(s) |
|---|---|---|---|---|
| **ATMOSPHERE (continued)** | | | | |
| **Precipitable water** | PRW | RSS V7 SSM/I | Wentz et al. (2007) | Figure 9.9, Section 9.4.1 |
| | | ERA-INTERIM | Dee et al. (2011) | |
| | | MERRA | Rienecker et al. (2011) | |
| | | JRA-25 | Onogi et al. (2007) | |
| **Lower-tropospheric temperature** | TLT | RSS V3.3 MSU/AMSU | Mears et al. (2011) | Figure 9.9, Section 9.4.1 |
| | | UAH V5.4 MSU/AMSU | Christy et al. (2007) | |
| | | ERA-INTERIM | Dee et al. (2011) | |
| | | MERRA | Rienecker et al. (2011) | |
| | | JRA-25 | Onogi et al. (2007) | |
| **Snow albedo feedback (%/K)** | tas, rsds, rsus | Advanced Very High Resolution Radiometer (AVHRR), Polar Pathfinder-x (APP-x), all-sky albedo and ERA40 surface air temperature | Hall and Qu (2006); Fernandes et al. (2009) | Figure 9.43, Section 9.8.3 |
| **Reconstruction of bioclimatic variables for the mid-Holocene and the Last Glacial Maximum** | Tas, pr,, tcold, twarm, GDD5, alpha | | Bartlein et al. (2010) | Figure 9.11, Section 9.4.1 Figure 9.12, Section 9.4.1 |
| **OZONE and AEROSOLS** | | | | |
| **Aerosol optical depth** | aod | MODIS | Shi et al. (2011) | Figures 9.28, 9.29, Section 9.4.6 |
| | | MISR | Zhang and Reid (2010); Stevens and Schwartz (2012) | Figure 9.29, Section 9.4.6 |
| **Total column ozone (DU)** | tro3 | Ground-based measurements | updated from Fioletov et al. (2002) | Figure 9.10, Section 9.4.1 |
| | | NASA TOMS/OMI/SBUV(/2) merged satellite data | Stolarski and Frith (2006) | |
| | | NIWA combined total column ozone database | Bodeker et al. (2005) | |
| | | Solar Backscatter Ultraviolet (SBUV, SBUV/2) retrievals | Updated from Miller et al. (2002) | |
| | | DLR GOME/SCIA/GOME-2 | Loyola et al. (2009); Loyola and Coldewey-Egbers (2012) | |
| **CARBON CYCLE** | | | | |
| **Atmospheric CO₂ (ppmv)** | co2 | | Masarie and Tans (1995); Meinshausen et al. (2011) | Figure 9.45, Section 9.8.3 |
| **Global Land Carbon Sink (PgC yr⁻¹)** | NBP | GCP | Le Quere et al. (2009) | Figure 9.26, 9.27, Section 9.4.5 |
| **Global Ocean Carbon Sink (PgC yr⁻¹)** | fgCO2 | GCP | Le Quere et al. (2009) | Figure 9.26, 9.27, Section 9.4.5 |
| **Regional Land Sinks (PgC yr⁻¹)** | NBP | JAM | Gurney et al. (2003) | Figure 9.27, Section 9.4.5 |
| **Regional Ocean Sinks (PgC yr⁻¹)** | fgCO2 | JAM | Gurney et al. (2003); Takahashi et al. (2009) | Figure 9.27, Section 9.4.5 |

9

(continued on next page)

BLM_0151271

Table 9.3 (continued)

| Quantity | CMIP5 Output Variable Name | Observations (Default/Alternates) | Reference | Figure and Section Number(s) |
|---|---|---|---|---|
| **OCEAN** | | | | |
| **Annual mean temperature** | thetao | | Levitus et al. (2009) | Figure 9.13, Section 9.4.2 |
| **Annual mean salinity** | so | | Antonov et al. (2010) | Figure 9.13, Section 9.4.2 |
| **Sea Surface Temperature** | tos | HadISST1.1 | Rayner et al. (2003) | Figure 9.14, Section 9.4.2 |
| | | HadCRU 4 | Jones et al. (2012) | Figure 9.35, Section 9.5.3 |
| | | ERA40 | Uppala et al. (2005) | Figure 9.36, Section 9.5.3 |
| **Global ocean heat content (0 to 700 m)** | OHC | Levitus | Levitus et al. (2009) | Figure 9.17, Section 9.4.2 |
| | | Ishii Domingues | Ishii and Kimoto, 2009) Domingues et al. (2008) | |
| **Dynamic Sea surface height** | SSH | AVISO | AVISO | Figure 9.16, Section 9.4.2 |
| **Meridional heat transport** | hfnorth | (1) Using surface and TOA heat fluxes: | Trenberth and Fasullo (2008) Large and Yeager (2009) | Figure 9.21, Section 9.4.2 |
| | | NCEP/NCAR | Kalnay et al. (1996) | |
| | | ERA40 | Uppala et al. (2005) | |
| | | Updated NCEP reanalysis | Kistler et al. (2001) | |
| | | (2) Direct estimates using WOCE and inverse models | Ganachaud and Wunsch (2003) | |
| **Annual mean temperature and salinity** | | Palaeoclimate reconstruction of temperature and salinity | Adkins et al. (2002) | Figure 9.18, Section 9.4.2 |
| **Total area (km²) of grid cells where Sea Ice Area Fraction (%) is >15%. Boundary of sea ice where Sea Ice Area Fraction (%) is >15%** | | HadISST | Rayner et al. (2003) | Figure 9.22, Section 9.4.3 |
| | | NSIDC | Fetterer et al. (2002) | Figure 9.23, Section 9.4.3 |
| | | NASA | Comiso and Nishio (2008) | Figure 9.24, Section 9.4.3 |
| **MISC** | | | | |
| **Total area (km²) of grid cells where Surface Snow Area Fraction (%) is 15% or Surface Snow Amount (kg m⁻²) is >5 kg m⁻²** | | | Robinson and Frei (2000) | Figure 9.25, Section 9.4.4 |
| **3-hour precipitation fields** | | 15,000 stations and corrected Ta from COADS (Dai and Deser, 1999; Dai, 2001 | Dai (2006) | Figure 9.30, Section 9.5.2 |
| **Absolute value of MJJAS minus NDJFM precipitation exceeding 375 mm** | | GPCP (Adler et al., 2003) | Wang et al. (2011a) | Figure 9.32, Section 9.5.2 |
| **EXTREMES** | | | | |
| **Daily maximum and minimum surface air temperature fields (ºC) Daily precipitation fields (mm day⁻¹) for calculating extremes indices** | tas, precip | ERA40 | Uppala et al. (2005) | Figure 9.37, Section 9.5.4 |
| | | ERA-Interim, | Dee et al. (2011) | |
| | | NCEP/NCAR Reanalysis 1, | Kistler et al. (2001) | |
| | | NCEP-DOE, Reanalysis 2 | Kanamitsu et al. (2002) | |
| | | | Calculation of indices is based on Sillmann et al. (2013) | |
| **Temperature extremes indices based on station observations** | | HadEX2 | Donat et al. (2013) | Figure 9.37, Section 9.5.4 |

Notes:   [1]  This observationally constrained data set is obtained from atmospheric reanalysis.
            [b]  Default reference.
            [a]  Alternate reference.

**758**

BLM_0151272

## 9.3 Experimental Strategies in Support of Climate Model Evaluation

### 9.3.1 The Role of Model Intercomparisons

Systematic model evaluation requires a coordinated and well-documented suite of model simulations. Organized Model Intercomparison Projects (MIPs) provide this via standard or benchmark experiments that represent critical tests of a model's ability to simulate the observed climate. When modelling centres perform a common experiment, it offers the possibility to compare their results not just with observations, but with other models as well. This intercomparison enables researchers to explore the range of model behaviours, to isolate the various strengths and weaknesses of different models in a controlled setting, and to interpret, through idealized experiments, the inter-model differences. Benchmark MIP experiments offer a way to distinguish between errors particular to an individual model and those that might be more universal and should become priority targets for model improvement.

### 9.3.2 Experimental Strategy for Coupled Model Intercomparison Project Phase 5

#### 9.3.2.1 Experiments Utilized for Model Evaluation

CMIP5 includes a much more comprehensive suite of model experiments than was available in the preceding CMIP3 results assessed in the AR4 (Meehl et al., 2007). In addition to a better constrained specification of historical forcing, the CMIP5 collection also includes initialized decadal-length predictions and long-term experiments using both ESMs and AOGCMs (Taylor et al., 2012b) (Figure 9.1). The $CO_2$ forcing

of these experiments is prescribed as a time series of either global mean concentrations or spatially resolved anthropogenic emissions (Section 9.3.2.2). The analyses of model performance in this chapter are based on the concentration-based experiments with the exception of the evaluation of the carbon cycle (see Section 9.4.5).

Most of the model diagnostics are derived from the historical simulations that span the period 1850–2005. In some cases, these historical simulations are augmented by results from a scenario run, either RCP4.5 or RCP8.5 (see Section 9.3.2.2), so as to facilitate comparison with more recent observations. CMIP5/Paleoclimate Modelling Intercomparison Project version 3 (PMIP3) simulations for the mid-Holocene and last glacial maximum are used to evaluate model response to palaeoclimatic conditions. Historical emissions-driven simulations are used to evaluate the prognostic carbon cycle. The analysis of global surface temperature variability is based in part on long pre-industrial control runs to facilitate calculation of variability on decadal to centennial time scales. Idealized simulations with 1% per year increases in $CO_2$ are utilized to derive transient climate response. Equilibrium climate sensitivities are derived using results of specialized experiments, with fourfold $CO_2$ increase, designed specifically for this purpose.

#### 9.3.2.2 Forcing of the Historical Experiments

Under the protocols adopted for CMIP5 and previous assessments, the transient climate experiments are conducted in three phases. The first phase covers the start of the modern industrial period through to the present day, years 1850–2005 (van Vuuren et al., 2011). The second phase covers the future, 2006–2100, and is described by a collection of RCPs (Moss et al., 2010). As detailed in Chapter 12, the third phase is described by a corresponding collection of Extension Concentration



**Figure 9.1 |** Left: Schematic summary of CMIP5 short-term experiments with tier 1 experiments (yellow background) organized around a central core (pink background). (From Taylor et al., 2012b, their Figure 2). Right: Schematic summary of CMIP5 long-term experiments with tier 1 experiments (yellow background) and tier 2 experiments (green background) organized around a central core (pink background). Green font indicates simulations to be performed only by models with carbon cycle representations; and 'E-driven' means 'emission-driven'. Experiments in the upper semicircle either are suitable for comparison with observations or provide projections, whereas those in the lower semicircle are either idealized or diagnostic in nature, and aim to provide better understanding of the climate system and model behaviour. (From Taylor et al., 2012b, their Figure 3.)

BLM_0151273

Pathways (Meinshausen et al., 2011). The forcings for the historical simulations evaluated in this section and are described briefly here (with more details in Annex II).

In the CMIP3 20th century experiments, the forcings from radiatively active species other than long-lived GHGs and sulphate aerosols were left to the discretion of the individual modelling groups (IPCC, 2007). By contrast, a comprehensive set of historical anthropogenic emissions and land use and land cover change data have been assembled for the CMIP5 experiments in order to produce a relatively homogeneous ensemble of historical simulations with common time series of forcing agents. Emissions of natural aerosols including soil dust, sea salt and volcanic species are still left to the discretion of the individual modelling groups.

For AOGCMs without chemical and biogeochemical cycles, the forcing agents are prescribed as a set of concentrations. The concentrations for GHGs and related compounds include $CO_2$, $CH_4$, $N_2O$, all fluorinated gases controlled under the Kyoto Protocol (hydrofluorocarbons (HFCs), perfluorocarbons (PFCs), and sulphur hexafluoride ($SF_6$)), and ozone-depleting substances controlled under the Montreal Protocol (chlorofluorocarbons (CFCs), hydrochlorofluorocarbons (HCFCs), Halons, carbon tetrachloride ($CCl_4$), methyl bromide ($CH_3Br$), methyl chloride ($CH_3Cl$)). The concentrations for aerosol species include sulphate ($SO_4$), ammonium nitrate ($NH_4NO_3$), hydrophobic and hydrophilic black carbon, hydrophobic and hydrophilic organic carbon, secondary organic aerosols (SOAs) and four size categories of dust and sea salt. For ESMs that include chemical and biogeochemical cycles, the forcing agents are prescribed both as a set of concentrations and as a set of emissions with provisions to separate the forcing by natural and anthropogenic $CO_2$ (Hibbard et al., 2007). The emissions include time-dependent spatially resolved fluxes of $CH_4$, $NO_X$, CO, $NH_3$, black and organic carbon, and volatile organic compounds (VOCs). For models that treat the chemical processes associated with biomass burning, emissions of additional species such as $C_2H_4O$ (acetaldehyde), $C_2H_5OH$ (ethanol), $C_2H_6S$ (dimethylsulphide) and $C_3H_6O$ (acetone) are also prescribed. Historical land use and land cover change is described in terms of the time-evolving partitioning of land surface area among cropland, pasture, primary land and secondary (recovering) land, including the effects of wood harvest and shifting cultivation, as well as land use changes and transitions from/to urban land (Hurtt et al., 2009). These emissions data are aggregated from empirical reconstructions of grassland and forest fires (Schultz et al., 2008; Mieville et al., 2010); international shipping (Eyring et al., 2010); aviation (Lee et al., 2009), sulphur (Smith et al., 2011b), black and organic carbon (Bond et al., 2007); and $NO_X$, CO, $CH_4$ and non methane volatile organic compounds (NMVOCs) (Lamarque et al., 2010) contributed by all other sectors.

For the natural forcings a recommended monthly averaged total solar irradiance time series was given, but there was no recommended treatment of volcanic forcing. Both integrated solar irradiance and its spectrum were available, but not all CMIP5 models used the spectral data. The data employed an 1850-2008 reconstruction of the solar cycle and its secular trend using observations of sunspots and faculae, the 10.7 cm solar irradiance measurements and satellite observations (Frohlich and Lean, 2004).For volcanic forcing CMIP5 models typically employed

one of two prescribed volcanic aerosol data sets (Sato et al., 1993) or (Ammann et al., 2003) but at least one ESM employed interactive aerosol injection (Driscoll et al., 2012). The prescribed data sets did not incorporate injection from explosive volcanoes after 2000.

### 9.3.2.3   Relationship of Decadal and Longer-Term Simulations

The CMIP5 archive also includes a new class of decadal-prediction experiments (Meehl et al., 2009, 2013b) (Figure 9.1). The goal is to understand the relative roles of forced changes and internal variability in historical and near-term climate variables, and to assess the predictability that might be realized on decadal time scales. These experiments comprise two sets of hindcast and prediction ensembles with initial conditions spanning 1960 through 2005. The set of 10-year ensembles are initialized starting at 1960 in 1-year increments through the year 2005 while the 30-year ensembles are initialized at 1960, 1980 and 2005. The same physical models are often used for both the short-term and long-term experiments (Figure 9.1) despite the different initialization of these two sets of simulations. Results from the short-term experiments are described in detail in Chapter 11.

## 9.4    Simulation of Recent and Longer-Term Records in Global Models

### 9.4.1    Atmosphere

Many aspects of the atmosphere have been more extensively evaluated than other climate model components. One reason is the availability of near-global observationally based data for energy fluxes at the TOA, cloud cover and cloud condensate, temperature, winds, moisture, ozone and other important properties. As discussed in Box 2.3, atmospheric reanalyses have also enabled integrating independent observations in a physically consistent manner. In this section we use this diversity of data (see Table 9.3) to evaluate the large-scale atmospheric behaviour.

### 9.4.1.1    Temperature and Precipitation Spatial Patterns of the Mean State

Surface temperature is perhaps the most routinely examined quantity in atmospheric models. Many processes must be adequately represented in order for a model to realistically capture the observed temperature distribution. The dominant external influence is incoming solar radiation, but many aspects of the simulated climate play an important role in modulating regional temperature such as the presence of clouds and the complex interactions between the atmosphere and the underlying land, ocean, snow, ice and biosphere.

The annual mean surface air temperature (at 2 m) is shown in Figure 9.2(a) for the mean of all available CMIP5 models, and the error, relative to an observationally constrained reanalysis (ECMWF reanalysis of the global atmosphere and surface conditions (ERA)-Interim; Dee et al., 2011) is shown in Figure 9.2(b). In most areas the multi-model mean agrees with the reanalysis to within 2°C, but there are several locations where the biases are much larger, particularly at high elevations over the Himalayas and parts of both Greenland and Antarctica, near the ice edge in the North Atlantic, and over ocean upwelling regions

BLM_0151274

off the west coasts of South America and Africa. Averaging the absolute error of the individual CMIP5 models (Figure 9.2c) yields similar magnitude as the multi-model mean bias (Figure 9.2b), implying that compensating errors across models is limited. The inconsistency across the three available global reanalyses (Figure 9.2d) that have assimilated temperature data at two metres (Onogi et al., 2007; Simmons et al., 2010) provides an indication of observational uncertainty. Although the reanalysis inconsistency is smaller than the mean absolute bias in almost all regions, areas where inconsistency is largest (typically where observations are sparse) tend to be the same regions where the CMIP5 models show largest mean absolute error.

Seasonal performance of models can be evaluated by examining the difference between means for December–January–February (DJF) and June–July–August (JJA). Figures 9.3(a) and (b) show the CMIP5 mean model seasonal cycle amplitude in surface air temperature (as measured by the difference between the DJF and JJA and the absolute value of this difference). The seasonal cycle amplitude is much larger over land where the thermal inertia is much smaller than over the oceans,

and it is generally larger at higher latitudes as a result of the larger seasonal amplitude in insolation. Figures 9.3(c) and (d) show the mean model bias of the seasonal cycle relative to the ERA-Interim reanalysis (Dee et al., 2011). The largest biases correspond to areas of large seasonal amplitude, notably high latitudes over land, but also where large biases are also evident in some lower latitude regions such as over northern India. Over most land areas the amplitude of the modelled seasonal cycle is larger than observed, whereas over much of the extratropical oceans the modelled amplitude is too small.

The simulation of precipitation is a more stringent test for models as it depends heavily on processes that must be parameterized. Challenges are compounded by the link to surface fields (topography, coastline, vegetation) that lead to much greater spatial heterogeneity at regional scales. Figure 9.4 shows the mean precipitation rate simulated by the CMIP5 multi-model ensemble, along with measures of error relative to precipitation analyses from the Global Precipitation Climatology Project (Adler et al., 2003). The magnitude of observational uncertainty for precipitation varies with region, which is why many studies make use

**9**



**Figure 9.2 |** Annual-mean surface (2 m) air temperature (°C) for the period 1980–2005. (a) Multi-model (ensemble) mean constructed with one realization of all available models used in the CMIP5 historical experiment. (b) Multi-model-mean bias as the difference between the CMIP5 multi-model mean and the climatology from ECMWF reanalysis of the global atmosphere and surface conditions (ERA)-Interim (Dee et al., 2011); see Table 9.3. (c) Mean absolute model error with respect to the climatology from ERA-Interim. (d) Mean inconsistency between ERA-Interim, ERA 40-year reanalysis (ERA40) and Japanese 25-year ReAnalysis (JRA-25) products as the mean of the absolute pairwise differences between those fields for their common period (1979–2001).

761

BLM_0151275



**Figure 9.3 |** Seasonality (December–January–February minus June–July–August ) of surface (2 m) air temperature (°C) for the period 1980–2005. (a) Multi-model mean, calculated from one realization of all available CMIP5 models for the historical experiment. (b) Multi-model mean of absolute seasonality. (c) Difference between the multi-model mean and the ECMWF reanalysis of the global atmosphere and surface conditions (ERA)-Interim seasonality. (d) Difference between the multi-model mean and the ERA-Interim absolute seasonality.

of several estimates of precipitation. Known large-scale features are reproduced by the multi-model mean, such as a maximum precipitation just north of the equator in the central and eastern tropical Pacific, dry areas over the eastern subtropical ocean basins, and the minimum rainfall in Northern Africa (Dai, 2006). While many large-scale features of the tropical circulation are reasonably well simulated, there are persistent biases. These include too low precipitation along the equator in the Western Pacific associated with ocean–atmosphere feedbacks maintaining the equatorial cold tongue (Collins et al., 2010) and excessive precipitation in tropical convergence zones south of the equator in the Atlantic and the Eastern Pacific (Lin, 2007; Pincus et al., 2008). Other errors occurring in several models include an overly zonal orientation of the South-Pacific Convergence Zone (Brown et al., 2013) as well as an overestimate of the frequency of occurrence of light rain events (Stephens et al., 2010). Regional-scale precipitation simulation has strong parameter dependence (Rougier et al., 2009; Chen et al., 2010; Neelin et al., 2010), and in some models substantial improvements have been shown through increases in resolution (Delworth et al., 2012) and improved representations of sub-gridscale processes, particularly convection (Neale et al.,

2008). Judged by similarity with the spatial pattern of observations, the overall quality of the simulation of the mean state of precipitation in the CMIP5 ensemble is slightly better than in the CMIP3 ensemble (see FAQ 9.1 and Figure 9.6).

In summary, there is *high confidence* that large-scale patterns of surface temperature are well simulated by the CMIP5 models. In certain regions this agreement with observations is limited, particularly at elevations over the Himalayas and parts of both Greenland and Antarctica. The broad-scale features of precipitation as simulated by the CMIP5 models are in modest agreement with observations, but there are systematic errors in the Tropics.

### 9.4.1.2   Atmospheric Moisture, Clouds and Radiation

The global annual mean precipitable water is a measure of the total moisture content of the atmosphere. For the CMIP3 ensemble, the values of precipitable water agreed with one another and with multiple estimates from the National Centers for Environmental Prediction/National Center for Atmospheric Research (NCEP/NCAR) and ECMWF

BLM_0151276



**Figure 9.4 |** Annual-mean precipitation rate (mm day⁻¹) for the period 1980–2005. (a) Multi-model-mean constructed with one realization of all available AOGCMs used in the CMIP5 historical experiment. (b) Difference between multi-model mean and precipitation analyses from the Global Precipitation Climatology Project (Adler et al., 2003). (c) Multi-model-mean absolute error with respect to observations. (d) Multi-model-mean error relative to the multi-model-mean precipitation itself.

ERA40 meteorological reanalyses to within approximately 10% (Waliser et al., 2007). Initial analysis of the CMIP5 ensemble shows the model results are within the uncertainties of the observations (Jiang et al., 2012a).

Modelling the vertical structure of water vapour is subject to greater uncertainty since the humidity profile is governed by a variety of processes. The CMIP3 models exhibited a significant dry bias of up to 25% in the boundary layer and a significant moist bias in the free troposphere of up to 100% (John and Soden, 2007). Upper tropospheric water vapour varied by a factor of three across the multi-model ensemble (Su et al., 2006). Many models have large biases in lower stratospheric water vapour (Gettelman et al., 2010), which could have implications for surface temperature change (Solomon et al., 2010). The limited number of studies available for the CMIP5 model ensemble broadly confirms the results from the earlier model generation. In tropical regions, the models are too dry in the lower troposphere and too moist in the upper troposphere, whereas in the extratropics they are too moist throughout the troposphere (Tian et al., 2013). However, many of the model values lie within the observational uncertainties.

Jiang et al. (2012a) show that the largest biases occur in the upper troposphere, with model values up to twice that observed, while in the middle and lower troposphere models simulate water vapour to within 10% of the observations.

The spatial patterns and seasonal cycle of the radiative fluxes at the TOA are fundamental energy balance quantities. Both the CMIP3 and CMIP5 model ensembles reproduce these patterns with considerable fidelity relative to the National Aeronautics and Space Adminsitration (NASA) Clouds and the Earth's Radiant Energy System (CERES) data sets (Pincus et al., 2008; Wang and Su, 2013). Globally averaged TOA shortwave and longwave components of the radiative fluxes in 12 atmosphere-only versions of the CMIP5 models were within 2.5 W m⁻² of the observed values (Wang and Su, 2013).

Comparisons against surface components of radiative fluxes show that, on average, the CMIP5 models overestimate the global mean downward all-sky shortwave flux at the surface by 2 ± 6 W m⁻² (1 ± 3%) and underestimate the global downward longwave flux by 6 ± 9 W m⁻² (2 ± 2%) (Stephens et al., 2012). Although in tropical regions

763

BLM_0151277

between 1 and 3 W m⁻² of the bias may be due to systematic omission of precipitating and/or convective core ice hydrometeors (Waliser et al., 2011), the correlation between the biases in the all-sky and clear-sky downwelling fluxes suggests that systematic errors in clear-sky radiative transfer calculations may be a primary cause for these biases. This is consistent with an analysis of the global annual mean estimates of clear-sky atmospheric absorption from the CMIP3 ensemble and the systematic underestimation of clear-sky solar absorption by radiative transfer codes (Oreopoulos et al., 2012). The underestimation of absorption can be attributed to the omission or underestimation of



**Figure 9.5 |** Annual-mean cloud radiative effects of the CMIP5 models compared against the Clouds and the Earth's Radiant Energy System Energy Balanced and Filled 2.6 (CERES EBAF 2.6) data set (in W m⁻²; top row: shortwave effect; middle row: longwave effect; bottom row: net effect). On the left are the global distributions of the multi-model-mean biases, and on the right are the zonal averages of the cloud radiative effects from observations (solid black: CERES EBAF 2.6; dashed black: CERES ES-4), individual models (thin grey lines), and the multi-model mean (thick red line). Model results are for the period 1985–2005, while the available CERES data are for 2001–2011. For a definition and maps of cloud radiative effect, see Section 7.2.1.2 and Figure 7.7.

764