absorbing aerosols, in particular carbonaceous species (Kim and Ramanathan, 2008), or to the omission of weak-line (Collins et al., 2006b) or continuum (Ptashnik et al., 2011) absorption by water vapour (Wild et al., 2006).

One of the major influences on radiative fluxes in the atmosphere is the presence of clouds and their radiative properties. To measure the influence of clouds on model deficiencies in the TOA radiation budget, Figure 9.5 shows maps of deviations from observations in annual mean shortwave (top left), longwave (middle left) and net (bottom left) cloud radiative effect (CRE) for the CMIP5 multi-model mean. The figure (right panels) also shows zonal averages of the same quantities from two sets of observations, the individual CMIP5 models, and the multi-model average. The definition of CRE and observed mean fields for these quantities can be found in Chapter 7 (Section 7.2.1.2, Figure 7.7).

Models show large regional biases in CRE in the shortwave component, and these are particularly pronounced in the subtropics with too weak an effect (positive error) of model clouds on shortwave radiation in the stratocumulus regions and too strong an effect (negative error) in the trade cumulus regions. This error has been shown to largely result from an overestimate of cloud reflectance, rather than cloud cover (Nam et al., 2012). A too weak cloud influence on shortwave radiation is evident over the subpolar oceans of both hemispheres and the Northern Hemisphere (NH) land areas. It is evident in the zonal mean graphs that there is a wide range in both longwave and shortwave CRE between individual models. As is also evident, a significant reduction in the difference between models and observations has resulted from

changes in the observational estimates of CRE, in particular at polar and subpolar as well as subtropical latitudes (Loeb et al., 2009).

Understanding the biases in CRE in models requires a more in-depth analysis of the biases in cloud properties, including the fractional coverage of clouds, their vertical distribution as well as their liquid water and ice content. Major progress in this area has resulted from both the availability of new observational data sets and improved diagnostic techniques, including the increased use of instrument simulators (e.g., Cesana and Chepfer, 2012; Jiang et al., 2012a). Many models have particular difficulties simulating upper tropospheric clouds (Jiang et al., 2012a), and low and mid-level cloud occurrence are frequently underestimated (Cesana and Chepfer, 2012; Nam et al., 2012; Tsushima et al., 2013). Global mean values of both simulated ice and liquid water path vary by factors of 2 to 10 between models (Jiang et al., 2012a; Li et al., 2012a). The global mean fraction of clouds that can be detected with confidence from satellites (optical thickness >1.3, Pincus et al. (2012)) is underestimated by 5 to 10 % (Klein et al., 2013). Some of the above errors in clouds compensate to provide the global mean balance in radiation required by model tuning (Tsushima et al., 2013; Wang and Su, 2013; Box 9.1).

In-depth analysis of several global and regional models (Karlsson et al., 2008; Teixeira et al., 2011) has shown that the interaction of boundary layer and cloud processes with the larger scale circulation systems that ultimately drive the observed subtropical cloud distribution remains poorly simulated. Large errors in subtropical clouds have been shown to negatively affect SST patterns in coupled model simulations (Hu



**Figure 9.6** | Centred pattern correlations between models and observations for the annual mean climatology over the period 1980–1999. Results are shown for individual CMIP3 (black) and CMIP5 (blue) models as thin dashes, along with the corresponding ensemble average (thick dash) and median (open circle). The four variables shown are surface air temperature (TAS), top of the atmosphere (TOA) outgoing longwave radiation (RLUT), precipitation (PR) and TOA shortwave cloud radiative effect (SW CRE). The observations used for each variable are the default products and climatological periods identified in Table 9.3. The correlations between the default and alternate (Table 9.3) observations are also shown (solid green circles). To ensure a fair comparison across a range of model resolutions, the pattern correlations are computed at a resolution of 4° in longitude and 5° in latitude. Only one realization is used from each model from the CMIP3 20C3M and CMIP5 historical simulations.

BLM_0151279



**Figure 9.7** | Relative error measures of CMIP5 model performance, based on the global seasonal-cycle climatology (1980–2005) computed from the historical experiments. Rows and columns represent individual variables and models, respectively. The error measure is a space–time root-mean-square error (RMSE), which, treating each variable separately, is portrayed as a relative error by normalizing the result by the median error of all model results (Gleckler et al., 2008). For example, a value of 0.20 indicates that a model's RMSE is 20% larger than the median CMIP5 error for that variable, whereas a value of –0.20 means the error is 20% smaller than the median error. No colour (white) indicates that model results are currently unavailable. A diagonal split of a grid square shows the relative error with respect to both the default reference data set (upper left triangle) and the alternate (lower right triangle). The relative errors are calculated independently for the default and alternate data sets. All reference data used in the diagram are summarized in Table 9.3.

et al., 2011; Wahl et al., 2011). Several studies have highlighted the potential importance and poor simulation of subpolar clouds in the Arctic and Southern Oceans (Karlsson and Svensson, 2010; Trenberth and Fasullo, 2010b; Haynes et al., 2011; Bodas-Salcedo et al., 2012). A particular challenge for models is the simulation of the correct phase of the cloud condensate, although very few observations are available to evaluate models particularly with respect to their representation of cloud ice (Waliser et al., 2009b; Li et al., 2012a). Regime-oriented approaches to the evaluation of model clouds (see Section 9.2.1) have identified that compensating errors in the CRE are largely a result of misrepresentations of the frequency of occurrence of key observed cloud regimes, while the radiative properties of the individual regimes contribute less to the overall model deficiencies (Tsushima et al., 2013).

Several studies have identified progress in the simulation of clouds in the CMIP5 models compared to their CMIP3 counterparts. Particular examples include the improved simulation of vertically integrated ice water path (Jiang et al., 2012a; Li et al., 2012a) as well as a reduction of overabundant optically thick clouds in the mid-latitudes (Klein et al., 2013; Tsushima et al., 2013).

In summary, despite modest improvements there remain significant errors in the model simulation of clouds. There is *very high confidence* that these errors contribute significantly to the uncertainties in estimates of cloud feedbacks (see Section 9.7.2.3; Section 7.2.5, Figure 7.10) and hence the spread in climate change projections reported in Chapter 12.

### 9.4.1.3 Quantifying Model Performance with Metrics

Performance metrics were used to some extent in the Third Assessment Report (TAR) and the Fourth Assessment Report (AR4), and are expanded upon here because of their increased appearance in the recent literature. As a simple example, Figure 9.6 illustrates how the pattern correlation between the observed and simulated climatological annual mean spatial patterns depends very much on the quantity examined. All CMIP3 and CMIP5 models capture the mean surface temperature distribution quite well, with correlations above 0.95, which are largely determined by the meridional temperature gradient. Correlations for outgoing longwave radiation are somewhat lower. For precipitation and the TOA shortwave cloud radiative effect, the correlations

BLM_0151280

between models and observations are below 0.90, and there is considerable scatter among model results. This example quantifies how some aspects of the simulated large-scale climate agree with observations better than others. Some of these differences are attributable to smoothly varying fields (e.g., temperature, water vapour) often agreeing better with observations than fields that exhibit fine structure (e.g., precipitation) (see also Section 9.6.1.1). Incremental improvement in each field is also evident in Figure 9.6, as gauged by the mean and median results in the CMIP5 ensemble having higher correlations than CMIP3. This multi-variate quantification of model improvement across development cycles is evident in several studies (e.g., Reichler and Kim, 2008; Knutti et al., 2013)

Figure 9.7 (following Gleckler et al., 2008) depicts the space–time root-mean-square error (RMSE) for the 1980–2005 climatological seasonal cycle of the historically forced CMIP5 simulations. For each of the fields examined, this 'portrait plot' depicts relative performance, with blue shading indicating performance being better, and red shading worse, than the median of all model results. In each case, two observations-based estimates are used to demonstrate the impact of the selection of reference data on the results. Some models consistently compare better with observations than others, some exhibit mixed performance and some stand out with relatively poor agreement with observations. For most fields, the choice of the observational data set does not substantially change the result for global error measures (e.g., between a state-of-the-art and an older-generation reanalysis), indicating that inter-model differences are substantially larger than the differences between the two reference data sets or the impact of two different climatological periods (e.g., for radiation fields: Earth Radiation Budget Experiment (ERBE) 1984–1988; CERES EBAF, 2001–2011). Nevertheless, it is important to recognize that different data sets often rely on the same source of measurements, and that the results in this figure can have some sensitivity to a variety of factors such as instrument uncertainty, sampling errors (e.g., limited record length of observations), the spatial scale of comparison, the domain considered and the choice of metric.

Another notable feature of Figure 9.7 is that in most cases the multi-model mean agrees more favourably with observations than any individual model. This has been long recognized to hold for surface temperature and precipitation (e.g., Lambert and Boer, 2001). However, since the AR4, it has become clear that this holds for a broad range of climatological fields (Gleckler et al., 2008; Pincus et al., 2008; Knutti et al., 2010a) and is theoretically better understood (Annan and Hargreaves, 2011). It is worth noting that when most models suffer from a common error, such as the cold bias at high latitudes in the upper troposphere (see TA 200 hPa of Figure 9.7), individual models can agree better with observations than the multi-model mean.

Correlations between the relative errors for different quantities in Figure 9.7 are known to exist, reflecting physical relationships in the model formulations and in the real world. Cluster analysis methods have recently been used in an attempt to reduce this redundancy (e.g., Yokoi et al., 2011; Nishii et al., 2012), thereby providing more succinct summaries of model performance. Some studies have attempted an overall skill score by averaging together the results from multiple metrics (e.g., Reichler and Kim, 2008). Although this averaging process is

largely arbitrary, combining the results of multiple metrics can reduce the chance that a poorer performing model will score well for the wrong reasons. Recent work (Nishii et al., 2012) has demonstrated that different methods used to produce a multi-variate skill measure for the CMIP3 models did not substantially alter the conclusions about the better and lesser performing models.

Large scale performance metrics are a typical first-step toward quantifying model agreement with observations, and summarizing broad characteristics of model performance that are not focussed on a particular application. More specialized performance tests target aspects of a simulation believed to be especially important for constraining model projections, although to date the connections between particular performance metrics and reliability of future projections are not well established. This important topic is addressed in Section 9.8.3, which highlights several identified relationships between model performance and projection responses.

#### 9.4.1.4    Long-Term Global-Scale Changes

The comparison of observed and simulated climate change is complicated by the fact that the simulation results depend on both model formulation and the time-varying external forcings imposed on the models (Allen et al., 2000; Santer et al., 2007). De-convolving the importance of model and forcing differences in the historical simulations is an important topic that is addressed in Chapter 10; however, in this section a direct comparison is made to illustrate the ability of models to reproduce past changes.

##### 9.4.1.4.1    Global surface temperature

Figure 9.8 compares the observational record of 20th century changes in global surface temperature to that simulated by each CMIP5 and EMIC model and the respective multi-model means. The inset on the right of the figure shows the climatological mean temperature for each model, averaged over the 1961–1990 reference period. Although biases in mean temperature are apparent, there is less confidence in observational estimates of climatological temperature than in variations about this mean (Jones et al. (1999). For the CMIP5 models, interannual variability in most of the simulations is qualitatively similar to that observed although there are several exceptions. The magnitude of interannual variations in the observations is noticeably larger than the multi-model mean because the averaging of multiple model results acts to filter much of the simulated variability. On the other hand, the episodic volcanic forcing that is applied to most models (see Section 9.3.2.2) is evident in the multi-model agreement with the observed cooling particularly noticeable after the 1991 Pinatubo eruption. The gradual warming evident in the observational record, particularly in the more recent decades, is also evident in the simulations, with the multi-model mean tracking the observed value closely over most of the century, and individual model results departing by less than about 0.5°C. Because the interpretation of differences in model behaviour can be confounded by internal variability and forcing, some studies have attempted to identify and remove dominant factors such as El Niño-Southern Oscillation (ENSO) and the impacts of volcanic eruptions (e.g., Fyfe et al., 2010). Figure 9.8 shows the similar capability for EMICs to simulate the global-scale response to the 20th century forcings (Eby et al. 2013). These

BLM_0151281

results demonstrate a level of consistency between the EMICs with both the observations and the CMIP5 ensemble.

In summary, there is *very high confidence* that models reproduce the general features of the global-scale annual mean surface temperature increase over the historical period, including the more rapid warming in the second half of the 20th century, and the cooling immediately following large volcanic eruptions. The disagreement apparent over the most recent 10 to 15 years is discussed in detail in Box 9.2.



**Figure 9.8 |** Observed and simulated time series of the anomalies in annual and global mean surface temperature. All anomalies are differences from the 1961–1990 time-mean of each individual time series. The reference period 1961–1990 is indicated by yellow shading; vertical dashed grey lines represent times of major volcanic eruptions. (a) Single simulations for CMIP5 models (thin lines); multi-model mean (thick red line); different observations (thick black lines). Observational data (see Chapter 2) are Hadley Centre/Climatic Research Unit gridded surface temperature data set 4 (HadCRUT4; Morice et al., 2012), Goddard Institute for Space Studies Surface Temperature Analysis (GISTEMP; Hansen et al., 2010) and Merged Land–Ocean Surface Temperature Analysis (MLOST; Vose et al., 2012) and are merged surface temperature (2 m height over land and surface temperature over the ocean). All model results have been sub-sampled using the HadCRUT4 observational data mask (see Chapter 10). Following the CMIP5 protocol (Taylor et al., 2012b), all simulations use specified historical forcings up to and including 2005 and use RCP4.5 after 2005 (see Figure 10.1 and note different reference period used there; results will differ slightly when using alternative RCP scenarios for the post-2005 period). (a) Inset: the global mean surface temperature for the reference period 1961–1990, for each individual model (colours), the CMIP5 multi-model mean (thick red), and the observations (thick black: Jones et al., 1999). (Bottom) Single simulations from available EMIC simulations (thin lines), from Eby et al. (2013). Observational data are the same as in (a). All EMIC simulations ended in 2005 and use the CMIP5 historical forcing scenario. (b) Inset: Same as in (a) but for the EMICs.

BLM_0151282

**Box 9.2 |  Climate Models and the Hiatus in Global Mean Surface Warming of the Past 15 Years**

The observed global mean surface temperature (GMST) has shown a much smaller increasing linear trend over the past 15 years than over the past 30 to 60 years (Section 2.4.3, Figure 2.20, Table 2.7; Figure 9.8; Box 9.2 Figure 1a, c). Depending on the observational data set, the GMST trend over 1998–2012 is estimated to be around one-third of the trend over 1951–2012 (Section 2.4.3, Table 2.7; Box 9.2 Figure 1a, c). For example, in HadCRUT4 the trend is 0.04°C per decade over 1998–2012, compared to 0.11°C per decade over 1951–2012. The reduction in observed GMST trend is most marked in Northern Hemisphere winter (Section 2.4.3; Cohen et al., 2012). Even with this "hiatus" in GMST trend, the decade of the 2000s has been the warmest in the instrumental record of GMST (Section 2.4.3, Figure 2.19). Nevertheless, the occurrence of the hiatus in GMST trend during the past 15 years raises the two related questions of what has caused it and whether climate models are able to reproduce it.

Figure 9.8 demonstrates that 15-year-long hiatus periods are common in both the observed and CMIP5 historical GMST time series (see also Section 2.4.3, Figure 2.20; Easterling and Wehner, 2009; Liebmann et al., 2010). However, an analysis of the full suite of CMIP5 historical simulations (augmented for the period 2006–2012 by RCP4.5 simulations, Section 9.3.2) reveals that 111 out of 114 realizations show a GMST trend over 1998–2012 that is higher than the entire HadCRUT4 trend ensemble (Box 9.2 Figure 1a; CMIP5 ensemble mean trend is 0.21°C per decade). This difference between simulated and observed trends could be caused by some combination of (a) internal climate variability, (b) missing or incorrect radiative forcing and (c) model response error. These potential sources of the difference, which are not mutually exclusive, are assessed below, as is the cause of the observed GMST trend hiatus.

**Internal Climate Variability**

Hiatus periods of 10 to 15 years can arise as a manifestation of internal decadal climate variability, which sometimes enhances and sometimes counteracts the long-term externally forced trend. Internal variability thus diminishes the relevance of trends over periods as short as 10 to 15 years for long-term climate change (Box 2.2, Section 2.4.3). Furthermore, the timing of internal decadal climate variability is not expected to be matched by the CMIP5 historical simulations, owing to the predictability horizon of at most 10 to 20 years (Section 11.2.2; CMIP5 historical simulations are typically started around nominally 1850 from a control run). However, climate models exhibit individual decades of GMST trend hiatus even during a prolonged phase of energy uptake of the climate system (e.g., Figure 9.8; Easterling and Wehner, 2009; Knight et al., 2009), in which case the energy budget would be balanced by increasing subsurface–ocean heat uptake (Meehl et al., 2011, 2013a; Guemas et al., 2013).

Owing to sampling limitations, it is uncertain whether an increase in the rate of subsurface–ocean heat uptake occurred during the past 15 years (Section 3.2.4). However, it is *very likely*[2] that the climate system, including the ocean below 700 m depth, has continued to accumulate energy over the period 1998–2010 (Section 3.2.4, Box 3.1). Consistent with this energy accumulation, global mean sea level has continued to rise during 1998–2012, at a rate only slightly and insignificantly lower than during 1993–2012 (Section 3.7). The consistency between observed heat-content and sea level changes yields *high confidence* in the assessment of continued ocean energy accumulation, which is in turn consistent with the positive radiative imbalance of the climate system (Section 8.5.1; Section 13.3, Box 13.1). By contrast, there is *limited evidence* that the hiatus in GMST trend has been accompanied by a slower rate of increase in ocean heat content over the depth range 0 to 700 m, when comparing the period 2003–2010 against 1971–2010. There is *low agreement* on this slowdown, since three of five analyses show a slowdown in the rate of increase while the other two show the increase continuing unabated (Section 3.2.3, Figure 3.2).

During the 15-year period beginning in 1998, the ensemble of HadCRUT4 GMST trends lies below almost all model-simulated trends (Box 9.2 Figure 1a), whereas during the 15-year period ending in 1998, it lies above 93 out of 114 modelled trends (Box 9.2 Figure 1b; HadCRUT4 ensemble-mean trend 0.26°C per decade, CMIP5 ensemble-mean trend 0.16°C per decade). Over the 62-year period 1951–2012, observed and CMIP5 ensemble-mean trends agree to within 0.02°C per decade (Box 9.2 Figure 1c; CMIP5 ensemble-mean trend 0.13°C per decade). There is hence *very high confidence* that the CMIP5 models show long-term GMST trends consistent with observations, despite the disagreement over the most recent 15-year period. Due to internal climate variability, in any given 15-year period the observed GMST trend sometimes lies near one end of a model ensemble (Box 9.2, Figure 1a, b; Easterling and Wehner, 2009), an effect that is pronounced in Box 9.2, Figure 1a, b because GMST was influenced by a very strong El Niño event in 1998.

*(continued on next page)*

---

[2]  In this Report, the following terms have been used to indicate the assessed likelihood of an outcome or a result: Virtually certain 99–100% probability, Very likely 90–100%, Likely 66–100%, About as likely as not 33–66%, Unlikely 0–33%, Very unlikely 0–10%, Exceptionally unlikely 0–1%. Additional terms (Extremely likely: 95–100%, More likely than not >50–100%, and Extremely unlikely 0–5%) may also be used when appropriate. Assessed likelihood is typeset in italics, e.g., *very likely* (see Section 1.4 and Box TS.1 for more details).

BLM_0151283

*Box 9.2 (continued)*

Unlike the CMIP5 historical simulations referred to above, some CMIP5 predictions were initialized from the observed climate state during the late 1990s and the early 21st century (Section 11.1, Box 11.1; Section 11.2). There is *medium evidence* that these initialized predictions show a GMST lower by about 0.05°C to 0.1°C compared to the historical (uninitialized) simulations and maintain this lower GMST during the first few years of the simulation (Section 11.2.3.4, Figure 11.3 top left; Doblas-Reyes et al., 2013; Guemas et al., 2013). In some initialized models this lower GMST occurs in part because they correctly simulate a shift, around 2000, from a positive to a negative phase of the Interdecadal Pacific Oscillation (IPO, Box 2.5; e.g., Meehl and Teng, 2012; Meehl et al., 2013a). However, the improvement of this phasing of the IPO through initialization is not universal across the CMIP5 predictions (cf. Section 11.2.3.4). Moreover, while part of the GMST reduction through initialization indeed results from initializing at the correct phase of internal variability, another part may result from correcting a model bias that was caused by incorrect past forcing or incorrect model response to past forcing, especially in the ocean. The relative magnitudes of these effects are at present unknown (Meehl and Teng, 2012); moreover, the quality of a forecasting system cannot be evaluated from a single prediction (here, a 10-year prediction within the period 1998–2012; Section 11.2.3). Overall, there is *medium confidence* that initialization leads to simulations of GMST during 1998–2012 that are more consistent with the observed trend hiatus than are the uninitialized CMIP5 historical simulations, and that the hiatus is in part a consequence of internal variability that is predictable on the multi-year time scale.

### Radiative Forcing

On decadal to interdecadal time scales and under continually increasing effective radiative forcing (ERF), the forced component of the GMST trend responds to the ERF trend relatively rapidly and almost linearly (*medium confidence*, e.g., Gregory and Forster, 2008; Held et al., 2010; Forster et al., 2013). The expected forced-response GMST trend is related to the ERF trend by a factor that has been estimated for the 1% per year $CO_2$ increases in the CMIP5 ensemble as 2.0 [1.3 to 2.7] W m$^{-2}$ °C$^{-1}$ (90% uncertainty range; Forster et al., 2013). Hence, an ERF trend can be approximately converted to a forced-response GMST trend, permitting an assessment of how much of the change in the GMST trends shown in Box 9.2 Figure 1 is due to a change in ERF trend.

The AR5 best-estimate ERF trend over 1998–2011 is 0.22 [0.10 to 0.34] W m$^{-2}$ per decade (90% uncertainty range), which is substantially lower than the trend over 1984–1998 (0.32 [0.22 to 0.42] W m$^{-2}$ per decade; note that there was a strong volcanic eruption in 1982) and the trend over 1951–2011 (0.31 [0.19 to 0.40] W m$^{-2}$ per decade; Box 9.2, Figure 1d–f; numbers based on Section 8.5.2, Figure 8.18; the end year 2011 is chosen because data availability is more limited than for GMST). The resulting forced-response GMST trend would approximately be 0.12 [0.05 to 0.29] °C per decade, 0.19 [0.09 to 0.39] °C per decade, and 0.18 [0.08 to 0.37] °C per decade for the periods 1998–2011, 1984–1998 and 1951–2011, respectively (the uncertainty ranges assume that the range of the conversion factor to GMST trend and the range of ERF trend itself are independent). The AR5 best-estimate ERF forcing trend difference between 1998–2011 and 1951–2011 thus might explain about one-half (0.05°C per decade) of the observed GMST trend difference between these periods (0.06 to 0.08°C per decade, depending on observational data set).

The reduction in AR5 best-estimate ERF trend over 1998–2011 compared to both 1984–1998 and 1951–2011 is mostly due to decreasing trends in the natural forcings,–0.16 [–0.27 to –0.06] W m$^{-2}$ per decade over 1998–2011 compared to 0.01 [–0.00 to 0.01] W m$^{-2}$ per decade over 1951–2011 (Section 8.5.2, Figure 8.19). Solar forcing went from a relative maximum in 2000 to a relative minimum in 2009, with a peak-to-peak difference of around 0.15 W m$^{-2}$ and a linear trend over 1998–2011 of around –0.10 W m$^{-2}$ per decade (cf. Section 10.3.1, Box 10.2). Furthermore, a series of small volcanic eruptions has increased the observed stratospheric aerosol loading after 2000, leading to an additional negative ERF linear-trend contribution of around –0.06 W m$^{-2}$ per decade over 1998–2011 (cf. Section 8.4.2.2, Section 8.5.2, Figure 8.19; Box 9.2 Figure 1d, f). By contrast, satellite-derived estimates of tropospheric aerosol optical depth (AOD) suggests little overall trend in global mean AOD over the last 10 years, implying little change in ERF due to aerosol-radiative interaction (*low confidence* because of *low confidence* in AOD trend itself, Section 2.2.3; Section 8.5.1; Murphy, 2013). Moreover, because there is only *low confidence* in estimates of ERF due to aerosol–cloud interaction (Section 8.5.1, Table 8.5), there is likewise *low confidence* in its trend over the last 15 years.

For the periods 1984–1998 and 1951–2011, the CMIP5 ensemble-mean ERF trend deviates from the AR5 best-estimate ERF trend by only 0.01 W m$^{-2}$ per decade (Box 9.2 Figure 1e, f). After 1998, however, some contributions to a decreasing ERF trend are missing in the CMIP5 models, such as the increasing stratospheric aerosol loading after 2000 and the unusually low solar minimum in 2009. Nonetheless, over 1998–2011 CMIP5 ensemble-mean ERF trend is lower than the AR5 best-estimate ERF trend by 0.03 W m$^{-2}$ per decade (Box 9.2 Figure 1d). Furthermore, global mean AOD in the CMIP5 models shows little trend over 1998–2012, similar to the observations (Figure 9.29). Although the forcing uncertainties are substantial, there are no apparent incorrect or missing global mean forcings in the CMIP5 models over the last 15 years that could explain the model–observations difference during the warming hiatus.

*(continued on next page)*

BLM_0151284

*Box 9.2 (continued)*

**Model Response Error**

The discrepancy between simulated and observed GMST trends during 1998–2012 could be explained in part by a tendency for some CMIP5 models to simulate stronger warming in response to increases in greenhouse gas (GHG) concentration than is consistent with observations (Section 10.3.1.1.3, Figure 10.4). Averaged over the ensembles of models assessed in Section 10.3.1.1.3, the best-estimate GHG and other anthropogenic (OA) scaling factors are less than one (though not significantly so, Figure 10.4), indicating that the model-mean GHG and OA responses should be scaled down to best match observations. This finding provides evidence that some CMIP5 models show a larger response to GHGs and other anthropogenic factors (dominated by the effects of aerosols) than the real world (*medium confidence*). As a consequence, it is argued in Chapter 11 that near-term model projections of GMST increase should be scaled down by about 10% (Section 11.3.6.3). This downward scaling is, however, not sufficient to explain the model-mean overestimate of GMST trend over the hiatus period.

Another possible source of model error is the poor representation of water vapour in the upper atmosphere (Section 9.4.1.2). It has been suggested that a reduction in stratospheric water vapour after 2000 caused a reduction in downward longwave radiation and hence a surface-cooling contribution (Solomon et al., 2010), possibly missed by the models, However, this effect is assessed here to be small, because there was a recovery in stratospheric water vapour after 2005 (Section 2.2.2.1, Figure 2.5). (continued on next page)



**Box 9.2, Figure 1 |** (Top) Observed and simulated global mean surface temperature (GMST) trends in degrees Celsius per decade, over the periods 1998–2012 (a), 1984–1998 (b), and 1951–2012 (c). For the observations, 100 realizations of the Hadley Centre/Climatic Research Unit gridded surface temperature data set 4 (HadCRUT4) ensemble are shown (red, hatched: Morice et al., 2012). The uncertainty displayed by the ensemble width is that of the statistical construction of the global average only, in contrast to the trend uncertainties quoted in Section 2.4.3, which include an estimate of internal climate variability. Here, by contrast, internal variability is characterized through the width of the model ensemble. For the models, all 114 available CMIP5 historical realizations are shown, extended after 2005 with the RCP4.5 scenario and through 2012 (grey, shaded: after Fyfe et al., 2010). (Bottom) Trends in effective radiative forcing (ERF, in W m⁻² per decade) over the periods 1998–2011 (d), 1984–1998 (e), and 1951–2011 (f). The figure shows AR5 best-estimate ERF trends (red, hatched; Section 8.5.2, Figure 8.18) and CMIP5 ERF (grey, shaded: from Forster et al., 2013). Black lines are smoothed versions of the histograms. Each histogram is normalized so that its area sums up to one.

BLM_0151285

**9**

*Box 9.2 (continued)*

In summary, the observed recent warming hiatus, defined as the reduction in GMST trend during 1998–2012 as compared to the trend during 1951–2012, is attributable in roughly equal measure to a cooling contribution from internal variability and a reduced trend in external forcing (expert judgment, *medium confidence*). The forcing trend reduction is primarily due to a negative forcing trend from both volcanic eruptions and the downward phase of the solar cycle. However, there is *low confidence* in quantifying the role of forcing trend in causing the hiatus, because of uncertainty in the magnitude of the volcanic forcing trend and *low confidence* in the aerosol forcing trend.

Almost all CMIP5 historical simulations do not reproduce the observed recent warming hiatus. There is *medium confidence* that the GMST trend difference between models and observations during 1998–2012 is to a substantial degree caused by internal variability, with possible contributions from forcing error and some CMIP5 models overestimating the response to increasing GHG and other anthropogenic forcing. The CMIP5 model trend in ERF shows no apparent bias against the AR5 best estimate over 1998–2012. However, *confidence* in this assessment of CMIP5 ERF trend is *low*, primarily because of the uncertainties in model aerosol forcing and processes, which through spatial heterogeneity might well cause an undetected global mean ERF trend error even in the absence of a trend in the global mean aerosol loading.

The causes of both the observed GMST trend hiatus and of the model–observation GMST trend difference during 1998–2012 imply that, barring a major volcanic eruption, most 15-year GMST trends in the near-term future will be larger than during 1998–2012 (*high confidence*; see 11.3.6.3. for a full assessment of near-term projections of GMST). The reasons for this implication are fourfold: first, anthropogenic greenhouse-gas concentrations are expected to rise further in all RCP scenarios; second, anthropogenic aerosol concentration is expected to decline in all RCP scenarios, and so is the resulting cooling effect; third, the trend in solar forcing is expected to be larger over most near-term 15-year periods than over 1998–2012 (*medium confidence*), because 1998–2012 contained the full downward phase of the solar cycle; and fourth, it is *more likely than not* that internal climate variability in the near-term will enhance and not counteract the surface warming expected to arise from the increasing anthropogenic forcing.

9.4.1.4.2   Tropical tropospheric temperature trends

Most climate model simulations show a larger warming in the tropical troposphere than is found in observational data sets (e.g., McKitrick et al., 2010; Santer et al., 2013). There has been an extensive and sometimes controversial debate in the published literature as to whether this difference is statistically significant, once observational uncertainties and natural variability are taken into account (e.g., Douglass et al., 2008; Santer et al., 2008, 2013; Christy et al., 2010; McKitrick et al., 2010; Bengtsson and Hodges, 2011; Fu et al., 2011; McKitrick et al., 2011; Thorne et al., 2011). For the period 1979–2012, the various observational data sets find, in the tropical lower troposphere (LT), a linear warming trend ranging from 0.06°C to 0.13°C per decade (Section 2.4.4, Figure 2.27). In the tropical middle troposphere (MT), the linear warming trend ranges from 0.02°C to 0.12°C per decade (Section 2.4.4, Figure 2.27). Uncertainty in these trend values arises from different methodological choices made by the groups deriving satellite products (Mears et al., 2011) and radiosonde compilations (Thorne et al., 2011), and from fitting a linear trend to a time series containing substantial interannual and decadal variability (Box 2.2; Section 2.4.4; (Santer et al., 2008; McKitrick et al., 2010)). Although there have been substantial methodological debates about the calculation of trends and their uncertainty, a 95% confidence interval of around ±0.1°C per decade has been obtained consistently for both LT and MT (e.g., Section 2.4.4; McKitrick et al., 2010). In summary, despite unanimous agreement on the sign of the observed trends, there exists substantial disagreement between available estimates as to the rate

of temperature changes in the tropical troposphere, and there is only *low confidence* in the rate of change and its vertical structure (Section 2.4.4).

For the 30-year period 1979–2009 (sometimes updated through 2010 or 2011), the CMIP3 models simulate a tropical warming trend ranging from 0.1°C to somewhat above 0.4°C per decade for both LT and MT (McKitrick et al., 2010), while the CMIP5 models simulate a tropical warming trend ranging from slightly below 0.15°C to somewhat above 0.4°C per decade for both LT and MT (Santer et al., 2013; see also Po-Chedley and Fu, 2012, who considered the period 1979–2005). Both model ensembles show trends that on average are higher than in the observational estimates, although both model ensembles overlap the observational ensemble. Because the differences between the various observational estimates are largely systematic and structural (Section 2.4.4; Mears et al., 2011), the uncertainty in the observed trends cannot be reduced by averaging the observations as if the differences between the data sets were purely random. Likewise, to properly represent internal climate variability, the full model ensemble spread must be used in a comparison against the observations (e.g., Box 9.2; Section 11.2.3.2; Raftery et al., 2005; Wilks, 2006; Jolliffe and Stephenson, 2011). The very high significance levels of model–observation discrepancies in LT and MT trends that were obtained in some studies (e.g., Douglass et al., 2008; McKitrick et al., 2010) thus arose to a substantial degree from using the standard error of the model ensemble mean as a measure of uncertainty, instead of the ensemble standard deviation or some other appropriate measure for uncertainty arising from internal climate

BLM_0151286

variability (e.g., Box 9.2; Section 11.2.3.2; Raftery et al., 2005; Wilks, 2006; Jolliffe and Stephenson, 2011). Nevertheless, almost all model ensemble members show a warming trend in both LT and MT larger than observational estimates (McKitrick et al., 2010; Po-Chedley and Fu, 2012; Santer et al., 2013).

The CMIP3 models show a 1979–2010 tropical SST trend of 0.19°C per decade in the multi-model mean, significantly larger than the various observational trend estimates ranging from 0.10°C to 0.14°C per decade (including the 95% confidence interval; Fu et al., 2011). As a consequence, simulated tropospheric temperature trends are also too large because models attempt to maintain static stability. By contrast, atmospheric models that are forced with the observed SST are in better agreement with observations, as was found in the CMIP3 model ECHAM5 (Bengtsson and Hodges, 2011) and the CMIP5 atmosphere-only runs. In the latter, the LT trend range for the period 1981–2008 is 0.13 to 0.19°C per decade—less than in the CMIP5 coupled models, but still an overestimate (Po-Chedley and Fu, 2012). The influence of SST trend errors on the analysis can be reduced by considering trends in tropospheric static stability, measured by the amplification of MT trends against LT trends; another approach is to consider the amplification of tropospheric trends against SST trends. The results of such analyses strongly depend on the time scale considered. Month-to-month variations are consistent between observations and models concerning amplification aloft against SST variations (Santer et al., 2005) and concerning amplification of MT against LT variations (Po-Chedley and Fu, 2012). By contrast, the 30-year trend in tropical static stability has been found to be larger than in the satellite observations for almost all ensemble members in both CMIP3 (Fu et al., 2011) and CMIP5 (Po-Chedley and Fu, 2012). However, if the radiosonde compilations are used for the comparison, the trends in static stability in the CMIP3 models agree much better with the observations, and inconsistency cannot be diagnosed unambiguously (Seidel et al., 2012) . What caused the remaining trend overestimate in static stability is not clear but has been argued recently to result from an upward propagation of bias in the model climatology (O'Gorman and Singh, 2013).

In summary, most, though not all, CMIP3 and CMIP5 models overestimate the observed warming trend in the tropical troposphere during the satellite period 1979–2012. Roughly one-half to two-thirds of this difference from the observed trend is due to an overestimate of the SST trend, which is propagated upward because models attempt to maintain static stability. There is *low confidence* in these assessments, however, due to the *low confidence* in observed tropical tropospheric trend rates and vertical structure (Section 2.4.4).

### 9.4.1.4.3   Extratropical circulation

The AR4 concluded that models, when forced with observed SSTs, are capable of producing the spatial distribution of storm tracks, but generally show deficiencies in the numbers and depth of cyclones and the exact locations of the storm tracks. The ability to represent extratropical cyclones in climate models has been improving, partly due to increases in horizontal resolution.

Storm track biases over the North Atlantic have decreased in CMIP5 models compared to CMIP3 (Zappa et al., 2013) although models

still produce too zonal a storm track in this region and most models underestimate cyclone intensity (Colle et al., 2013; Zappa et al., 2013). Chang et al. (2012) also find the storm tracks in the CMIP5 models to be too weak and too equatorwards in their position, similar to the CMIP3 models. The performance of the CMIP5 models in representing North Atlantic cyclones was found to be strongly dependent on model resolution (Colle et al., 2013). Studies based on individual models typically find that models capture the general characteristics of storm tracks and extratropical cyclones (Ulbrich et al., 2008; Catto et al., 2010) and their associated fronts (Catto et al., 2013) and show improvements over earlier model versions (Loptien et al., 2008). However, some models have deficiencies in capturing the location of storm tracks (Greeves et al., 2007; Catto et al., 2011), in part owing to problems related to the location of warm waters such as the Gulf Stream and Kuroshio Current (Greeves et al., 2007; Keeley et al., 2012). This is an important issue because future projections of storm tracks are sensitive to changes in SSTs (Catto et al., 2011; Laine et al., 2011; McDonald, 2011; Woollings et al., 2012). Some studies find that storm track and cyclone biases are strongly related to atmospheric processes and parameterizations (Bauer et al., 2008a; Boer and Lambert, 2008; Zappa et al., 2013). Representation of the Mediterranean storm track has been shown to be particularly dependent on model resolution (Pinto et al., 2006; Raible et al., 2007; Bengtsson et al., 2009; Ulbrich et al., 2009), as is the representation of storm intensity and associated extremes in this area (Champion et al., 2011). Most studies have focussed on NH storm tracks. However, recently two CMIP3 models were found to differ significantly in their simulation of extratropical cyclones affecting Australia (Dowdy et al., 2013) and only about a third of the CMIP3 models were able to capture the observed changes and trends in Southern Hemisphere (SH) baroclinicity responsible for a reduction in the growth rate of the leading winter storm track modes (Frederiksen et al., 2011). There is still a lack of information on SH storm track evaluation for the CMIP5 models.

### 9.4.1.4.4   Tropical circulation

Earlier assessments of a weakening Walker circulation (Vecchi et al., 2006; Vecchi and Soden, 2007; DiNezio et al., 2009) from models and reanalyses (Yu and Zwiers, 2010) have been tempered by subsequent evidence that tropical Pacific Trade winds may have strengthened since the early 1990s (e.g., Merrifield and Maltrud, 2011). Models suggest that the width of the Hadley cell should increase (Frierson et al., 2007; Lu et al., 2007), and there are indications that this has been observed over the past 25 years (Seidel et al., 2008) but at an apparent rate (2 to 5 degrees of latitude since 1979) that is faster than in the CMIP3 models (Johanson and Fu, 2009).

The tendency in a warming climate for wet areas to receive more precipitation and subtropical dry areas to receive less, often termed the 'rich-get richer' mechanism (Chou et al., 2006; Held and Soden, 2006) is simulated in CMIP3 models (Chou and Tu, 2008), and observational support for this is found from ocean salinity observations (Durack et al., 2012) and precipitation gauge data over land (Zhang et al., 2007). There is *medium confidence* that models are correct in simulating precipitation increases in wet areas and decreases in dry areas on broad spatial scales in a warming climate based on agreement among models and some evidence that this has been detected in observed trends (see Section 2.5.1).

9

BLM_0151287

Several recent studies have examined the co-variability of tropical climate variables as a further means of evaluating climate models. Specifically, there are observed relationships between lower tropospheric temperature and total column precipitable water (Mears et al., 2007), and between surface temperature and relative humidity (Willett et al., 2010). Figure 9.9 (updated from Mears et al., 2007) shows the relationship between 25-year (1988–2012) linear trends in tropical precipitable water and lower tropospheric temperature for individual historical simulations (extended by appending RCP8.5 simulations after 2005, see Santer et al., 2013). As described by Mears et al. (2007), the ratio between changes in these two quantities is fairly tightly constrained in the model simulations and similar across a range of time scales, indicating that relative humidity is close to invariant in each model. In the updated figure, the Remote Sensing System (RSS) observations are in fairly good agreement with model expectations, and the University of Alabama in Huntsville (UAH) observations less so. The points associated with two of the reanalyses are also relatively far from the line, consistent with long-term changes in relative humidity. It is not known whether these discrepancies are due to remaining inhomogeneity in the observational data and/or reanalysis results, or due to problems with the climate simulations. All of the observational and reanalysis points lie at the lower end of the model distribution, consistent with the findings of (Santer et al., 2013).

9.4.1.4.5    Ozone and lower stratospheric temperature trends

Stratospheric ozone has been subject to a major perturbation since the late 1970s due to anthropogenic emissions of ozone-depleting substances (see also Section 2.2.2.2 and Figure 2.6). Since the AR4, there is increasing evidence that the ozone hole has led to a poleward shift and strengthening of the SH mid-latitude tropospheric jet during summer (Perlwitz et al., 2008; Son et al., 2008, 2010; SPARC-CCMVal, 2010; McLandress et al., 2011; Polvani et al., 2011; WMO, 2011; Swart and Fyfe, 2012b). These trends are well captured in both chemistry–climate models (CCMs) with interactive stratospheric chemistry and in CMIP3 models with prescribed time-varying ozone (Son et al., 2010; SPARC-CCMVal, 2010). However, around half of the CMIP3 models prescribe ozone as a fixed climatological value, and so these models are not able to simulate trends in surface climate attributable to changing stratospheric ozone amount (Karpechko et al., 2008; Son et al., 2008, 2010; Fogt et al., 2009). For CMIP5, a new time-varying ozone data set (Cionni et al., 2011) was developed and prescribed in the majority of models without interactive chemistry. This zonal mean data set is based on observations by Randel and Wu (2007) and CCM projections in the future (SPARC-CCMVal, 2010). Further, nine of the CMIP5 models include interactive chemistry and so compute their own ozone evolution. As a result, all CMIP5 models consider stratospheric ozone depletion and capture associated effects on SH surface climate, a significant advance over CMIP3. Figure 9.10 shows the global annual mean and Antarctic October mean of total column ozone in the CMIP5 models. The simulated trends in total column ozone are in medium agreement with observations, noting that some models that calculate ozone interactively show significant deviations from observation (Eyring et al., 2013). The multi-model mean agrees well with observations, and there is *robust evidence* that this constitutes a significant improvement over CMIP3, where around half of the models did not include stratospheric



**Figure 9.9** | Scatter plot of decadal trends in tropical (20°S to 20°N) precipitable water as a function of trends in lower tropospheric temperature (TLT) over the world's oceans. Coloured symbols are from CMIP5 models; black symbols are from satellite observations or from reanalysis output. Trends are calculated over the 1988–2012 period, so CMIP5 historical runs, which typically end in December 2005, were extended using RCP8.5 simulations initialized using these historical runs. Figure updated from Mears et al. (2007).

BLM_0151288



**Figure 9.10 |** Time series of area-weighted total column ozone from 1960 to 2005 for (a) annual and global mean (90°S to 90°N) and (b) Antarctic October mean (60°S to 90°S). Individual CMIP5 models with interactive or semi-interactive chemistry are shown in thin coloured lines, their multi-model mean (CMIP5Chem) in thick red and their standard deviation as the blue shaded area. Further shown are the multi-model mean of the CMIP5 models that prescribe ozone (CMIP5noChem, thick green), the International Global Atmospheric Chemistry/Stratospheric Processes and their Role in Climate (IGAC/SPARC) ozone database (thick pink), the Chemistry Climate Model Validation-2 (CCMVal-2) multi-model mean (thick orange), and observations from five different sources (black symbols). These sources include ground-based measurements (updated from Fioletov et al., 2002), National Aeronautics and Space Administration (NASA) Total Ozone Mapping Spectrometer/Ozone Monitoring Instrument/Solar Backscatter Ultraviolet(/2) (TOMS/OMI/SBUV(/2)) merged satellite data (Stolarski and Frith, 2006), the National Institute of Water and Atmospheric Research (NIWA) combined total column ozone database (Bodeker et al., 2005), Solar Backscatter Ultraviolet (SBUV, SBUV/2) retrievals (updated from Miller et al. 2002), and Deutsches Zentrum für Luft- und Raumfahrt/ Global Ozone Monitoring Experiment/ SCanning Imaging Absorption spectrometer for atmospheric chartography /GOME-2 (DLR GOME/SCIA/GOME-2; Loyola et al., 2009; Loyola and Coldewey-Egbers, 2012). Note that the IGAC/SPARC database over Antarctica (and thus the majority of the CMIP5noChem models) is based on ozonesonde measurements at the vortex edge (69°S) and as a result underestimates Antarctic ozone depletion compared to the observations shown. Ozone depletion was more pronounced after 1960 as equivalent stratospheric chlorine values steadily increased throughout the stratosphere. (Adapted from Figure 2 of Eyring et al., 2013.)

ozone trends. Correspondingly, there is *high confidence* that the representation of associated effects on high-latitude surface climate and lower stratospheric cooling trends has improved compared to CMIP3.

Lower stratospheric temperature change is affected by ozone, and since 1958 the change is characterized by a long-term global cooling trend interrupted by three 2-year warming episodes following large volcanic eruptions (Figure 2.24). During the satellite era (since 1979) the cooling occurred mainly in two step-like transitions in the aftermath of the El Chichón eruption in 1982 and the Mt Pinatubo eruption in 1991, with each cooling transition followed by a period of relatively steady temperatures (Randel et al., 2009; Seidel et al., 2011). This specific evolution of global lower stratosphere temperatures since 1979 is well captured in the CMIP5 models when forced with both natural and anthropogenic climate forcings, although the models tend to underes-

timate the long-term cooling trend (Charlton-Perez et al., 2012; Eyring et al., 2013; Santer et al., 2013) (see Chapter 10).

Tropospheric ozone is an important GHG and as such needs to be well represented in climate simulations. In the historical period it has increased due to increases in ozone precursor emissions from anthropogenic activities (see Chapters 2 and 8). Since the AR4, a new emission data set has been developed (Lamarque et al., 2010), which has led to some differences in tropospheric ozone burden compared to previous studies, mainly due to biomass burning emissions (Lamarque et al., 2010; Cionni et al., 2011; Young et al., 2013). Climatological mean tropospheric ozone in the CMIP5 simulations generally agrees well with satellite observations and ozonesondes, although as in the stratosphere, biases exist for individual models (Eyring et al., 2013; Young et al., 2013) (see also Chapter 8).

9

775

### 9.4.1.5 Model Simulations of the Last Glacial Maximum and the Mid-Holocene

Simulations of past climate can be used to test a model's response to forcings larger than those of the 20th century (see Chapter 5), and the CMIP5 protocol includes palaeoclimate simulations referred to as PMIP3 (Paleoclimate Model Intercomparison Project, version 3) (Taylor et al., 2012b). Specifically, the Last Glacial Maximum (LGM, 21000 years BP) allows testing of the modelled climate response to the presence of a large ice sheet in the NH and to lower concentrations of radiatively active trace gases, whereas the mid-Holocene (MH, 6000 years BP) tests the response to changes in seasonality of insolation in the NH (see Chapter 5). For these periods, palaeoclimate reconstructions allow quantitative model assessment (Braconnot et al., 2012).

In addition the CMIP5/PMIP3 simulations can compared to previous palaeoclimate intercomparisons (Joussaume and Taylor, 1995; Braconnot et al., 2007c).

Figure 9.11 compares model results to palaeoclimate reconstructions for both LGM (left) and MH (right). For most models the simulated LGM cooling is within the range of the climate reconstructions (Braconnot et al., 2007c; Izumi et al., 2013), however Hargreaves et al. (2011) find a global mean model warm bias over the ocean of about 1°C for this period (Hargreaves et al., 2011). LGM simulations tend to overestimate tropical cooling and underestimate mid-latitude cooling (Kageyama et al., 2006; Otto-Bliesner et al., 2009). They thus underestimate polar amplification which is a feature also found for the mid-Holocene (Masson-Delmotte et al., 2006; Zhang et al., 2010a) and other climatic con-



**Figure 9.11 |** Reconstructed and simulated conditions for the Last Glacial Maximum (LGM, 21,000 years BP, left) and the mid-Holocene (MH, 6000 years BP, right). (a) LGM change in annual mean surface temperature (°C) over land as shown by palaeo-environmental climate reconstructions from pollen, macrofossils, and ice cores (Bartlein et al., 2010; Braconnot et al., 2012), and in annual mean sea surface temperature (°C) over the ocean from different type of marine records (Waelbroeck et al., 2009). (b) MH change in annual mean precipitation (mm yr⁻¹) over land (Bartlein et al., 2010). In (a) and (b), the size of the dots is proportional to the uncertainties at the different sites as provided in the reconstructions. (c) Annual mean temperature changes over land against changes over the ocean, in the tropics (downward triangles) and over the North Atlantic and Europe (upward triangles). The mean and range of the reconstructions are shown in black, the Paleoclimate Modelling Intercomparison Project version 2 (PMIP2) simulations as grey triangles, and the CMIP5/PMIP3 simulations as coloured triangles. The 5 to 95% model ranges are in red for the tropics and in blue for the North Atlantic/Europe. (d) Changes in annual mean precipitation in different data-rich regions. Box plots for reconstructions provide the range of reconstructed values for the region. For models, the individual model average over the region is plotted for PMIP2 (small grey circle) and CMIP5/PMIP3 simulations (coloured circles). Note that in PMIP2, 'ESM' indicates that vegetation is computed using a dynamical vegetation model, whereas in CMIP5/PMIP3 it indicates that models have an interactive carbon cycle with different complexity in dynamical vegetation (see Table 9.A.1). The limits of the boxes are as follows: Western Europe (40°N to 50°N, 10°W to 30°E); northeast America (35°N to 60°N, 95°W to 60°W): North Africa (10°N to 25°N, 20°W to 30°W), and East Asia (25°N to 40°N, 75°E to 105°E). (Adapted from Braconnot et al., 2012.)

BLM_0151290



**Figure 9.12 |** Relative model performance for the Last Glacial Maximum (LGM, about 21,000 yr BP) and the mid-Holocene (MH, about 6000 yr BP) for seven bioclimatic variables: annual mean sea surface temperature, mean annual temperature (over land), mean temperature of the coldest month, mean temperature of the warmest month, growing degree days above a threshold of 5°C, and ratio of actual to equilibrium evapotranspiration. Model output is compared to the Bartlein et al. (2010) data set over land, including ice core data over Greenland and Antarctica (Braconnot et al., 2012) and the Margo data set (Waelbroeck et al., 2009) over the ocean. The CMIP5/Paleoclimate Modelling Intercomparison Project version 3 (PMIP3) ensemble of Ocean–Atmosphere (OA) and Earth System Model (ESM) simulations are compared to the respective PMIP2 ensembles in the first four columns of each panel. A diagonal divides each cell in two parts to show in the upper triangle a measure of the distance between model and data, taking into account the uncertainties in the palaeoclimate reconstructions (Guiot et al., 1999), and in the lower triangle the normalized mean-square error (NMSE) that indicates how well the spatial pattern is represented. In this graph all the values have been normalized following (Gleckler et al., 2008) using the median of the CMIP5/PMIP3 ensemble. The colour scale is such that blue colours mean that the result is better than the median CMIP5 model and red means that it is worse.

texts (Masson-Delmotte et al., 2010). Part of this can be attributed to uncertainties in the representation of sea ice and vegetation feedbacks that have been shown to amplify the response at the LGM and the MH in these latitudes (Braconnot et al., 2007b; Otto et al., 2009; O'ishi and Abe-Ouchi, 2011). Biases in the representation of the coupling between vegetation and soil moisture are also responsible for excessive continental drying at the LGM (Wohlfahrt et al., 2008) and uncertainties in vegetation feedback in monsoon regions (Wang et al., 2008; Dallmeyer et al., 2010). Nevertheless, the ratio between the simulated change in temperature over land and over the ocean (Figure 9.11c) is rather similar in different models, resulting mainly from simulation of the hydrological cycle over land and ocean (Sutton et al., 2007; Laine et al., 2009). At a regional scale, models tend to underestimate the changes in the north-south temperature gradient over Europe both at the LGM (Ramstein et al., 2007) and at the mid-Holocene (Brewer et al., 2007; Davis and Brewer, 2009).

The large-scale pattern of precipitation change during the MH (Figure 9.11d) is reproduced, but models tend to underestimate the magnitude of precipitation change in most regions. In the SH (not shown in the figure), the simulated change in atmospheric circulation is consistent with precipitation records in Patagonia and New Zealand, even though the differences between model results are large and the reconstructions have large uncertainties (Rojas et al., 2009; Rojas and Moreno, 2011).

A wider range of model performance metrics is provided in Figure 9.12 (Guiot et al., 1999; Brewer et al., 2007; Annan and Hargreaves, 2011; Izumi et al., 2013). Results for the MH are less reliable than for the

LGM, because the forcing is weaker and involves smaller scale responses over the continent (Hargreaves et al., 2013). As is the case for the simulations of present day climate, there is only modest improvement between the results of the more recent models (CMIP5/PMIP3) and those of earlier model versions (PMIP2) despite higher resolution and sophistication.

### 9.4.2    Ocean

Accurate simulation of the ocean in climate models is essential for the correct estimation of transient ocean heat uptake and transient climate response, ocean $CO_2$ uptake, sea level rise, and coupled climate modes such as ENSO. In this section model performance is assessed for the mean state of ocean properties, surface fluxes and their impact on the simulation of ocean heat content and sea level, and aspects of importance for climate variability. Simulations of both the recent and more distant past are evaluated against available data. Following Chapter 3, ocean reanalyses are not used for model evaluation as many of their properties depend on the model used to build the reanalysis.

#### 9.4.2.1    Simulation of Mean Temperature and Salinity Structure

Potential temperature and salinity are the main ocean state variables and their zonal distribution offers an evaluation of climate models in different parts of the ocean (upper ocean, thermocline, deep ocean). Over most latitudes, at depths ranging from 200 m to 2000 m, the CMIP5 multi-model mean zonally averaged ocean temperature is too warm (Figure 9.13a), albeit with a cooler deep ocean. Similar biases were evident in the CMIP3 multi-model mean. Above 200 m, however,

BLM_0151291

**9**



**Figure 9.13** | (a) Potential temperature (oC) and (b) salinity (PSS-78); shown in colour are the time-mean differences between the CMIP5 ensemble mean and observations, zonally averaged for the global ocean (excluding marginal and regional seas). The observed climatological values are sourced from the World Ocean Atlas 2009 (WOA09; Prepared by the Ocean Climate Laboratory, National Oceanographic Data Center, Silver Spring, MD, USA), and are shown as labelled black contours. White contours show regions in (a) where potential temperature differences exceed positive or negative 1, 2 or 3°C, and in (b) where salinity differences exceed positive or negative 0.25, 0.5, 0.75 or 1 (PSS-78). The simulated annual mean climatologies are obtained from 1975 to 2005 from available historical simulations, whereas WOA09 synthesizes observed data from 1874 to 2008 in calculations of the annual mean; however, the median time for gridded observations most closely resembles the 1980–2010 period (Durack and Wijffels, 2012). Multiple realizations from individual models are first averaged to form a single-model climatology, before the construction of the multi-model ensemble mean. A total of 43 available CMIP5 models have contributed to the temperature panel (a) and 41 models to the salinity panel (b).

the CMIP5 (and CMIP3) multi-model mean is too cold, with maximum cold bias (more than 1°C) near the surface at mid-latitudes of the NH and near 200 m at 15°S. Zonal salinity errors (Figure 9.13b) exhibit a different pattern from those of the potential temperature indicating that most do not occur via density compensation. Some near surface structures in the tropics and in the northern mid-latitude are indicative of density compensation and are presumably due to surface fluxes errors. At intermediate depths, errors in water mass formation translate into errors in both salinity and potential temperature.

In the AR4 it was noted that the largest errors in SST in CMIP3 were found in mid and high latitudes. While this is still the case in CMIP5, there is marginal improvement with fewer individual models exhibiting serious bias—the inter-model zonal mean SST error standard deviation is significantly reduced at all latitudes north of 40°S—even though the multi-model mean is only slightly improved (Figure 9.14a, c). Near the equator, the cold tongue error in the Pacific (see Section 9.4.2.5.1) is reduced by 30% in CMIP5; the Atlantic still exhibits serious errors and the Indian is still well simulated (Figure 9.14b,d). In the Tropics, Li and Xie (2012) have shown that SST errors could be classified into those exhibiting broad meridional structures that are due to cloud errors, and those associated with Pacific and Atlantic cold tongue errors that are due to thermocline depth errors.

Sea surface salinity (SSS) is more challenging to observe, even though the last decade has seen substantial improvements in the development of global salinity observations, such as those from the Array for Real-time Geostrophic Oceanography (ARGO) network (see Chapter 3). Whereas SST is strongly constrained by air–sea interactions, the sources of SSS variations (surface forcing via evaporation minus precipitation,

sea ice formation/melt and river runoff) are only loosely related to the SSS itself, allowing errors to develop unchecked in coupled models. An analysis of CMIP3 models showed that, whereas the historical trend in global mean SSS is well captured by the models, regional SSS biases are as high as ±2.5 psu (Terray et al., 2012). Comparisons of modelled versus observed estimates of evaporation minus precipitation suggest that model biases in surface freshwater flux play a role in some regions (e.g., double Intertropical Convergence Zone (ITCZ) in the East Pacific; Lin, 2007) or over the Indian ocean (Pokhrel et al., 2012).

The performance of coupled climate models in simulating hydrographic structure and variability were assessed in two important regions, the Labrador and Irminger Seas and the Southern Ocean (de Jong et al., 2009) and (Sloyan and Kamenkovich, 2007). Eight CMIP3 models produce simulations of the intermediate and deep layers in the Labrador and Irminger Seas that are generally too warm and saline, with biases up to 0.7 psu and 2.9°C. The biases arise because the convective regime is restricted to the upper 500 m; thus, intermediate water that in reality is formed by convection is, in the models, partly replaced by warmer water from the south. In the Southern Ocean, Subantarctic Mode Water (SAMW) and Antarctic Intermediate Water (AAIW), two water masses indicating very efficient ocean ventilation, are found to be well simulated in some CMIP3 and CMIP5 models but not in others, some having a significant fresh bias (Sloyan and Kamenkovich, 2007; Salle et al., 2013). McClean and Carman (2011) found biases in the properties of the North Atlantic mode waters and their formation rates in the CMIP3 models. Errors in Subtropical Mode Water (STMW) formation rate and volume produce a turnover time of 1 to 2 years, approximately half of that observed. Bottom water properties assessment in CMIP5 shows that about half of the models create dense water on

BLM_0151292



**Figure 9.14 |** (a) Zonally averaged sea surface temperature (SST) error in CMIP5 models. (b) Equatorial SST error in CMIP5 models. (c) Zonally averaged multi-model mean SST error for CMIP5 (red curve) and CMIP3 (blue curve), together with inter-model standard deviation (shading). (d) Equatorial multi-model mean SST in CMIP5 (red curve), CMIP3 (blue curve) together with inter-model standard deviation (shading) and observations (black). Model climatologies are derived from the 1979–1999 mean of the historical simulations. The Hadley Centre Sea Ice and Sea Surface Temperature (HadISST) (Rayner et al., 2003) observational climatology for 1979–1999 is used as reference for the error calculation (a), (b), and (c); and for observations in (d).

the Antarctic shelf, but it mixes with lighter water and is not exported as bottom water. Instead most models create deep water by open ocean deep convection, a process occurring rarely in reality (Heuzé et al., 2013) which leads to errors in deep water formation and properties in the Southern Ocean as shown in Figure 9.15.

Few studies have assessed the performance of models in simulating Mixed Layer Depth (MLD). In the North East Pacific region, Jang et al. (2011) found that the CMIP3 models exhibit the observed deep MLD in the Kuroshio Extension, though with a deep bias and only one large deep MLD region, rather than the observed two localized maxima. Other studies have noted MLD biases near sea ice edges (Capotondi et al., 2012).

### 9.4.2.2   Simulation of Sea Level and Ocean Heat Content

Steric and dynamic components of the mean dynamic topography (MDT) and sea surface height (SSH) patterns can be compared to observations (Maximenko et al., 2009). Pattern correlations between simulated and observed MDT are above 0.95 for all of the CMIP5 models (Figure 9.16), an improvement compared to CMIP3. MDT biases over tropical ocean regions are consistent with surface wind stress biases (Lee et al., 2013). Over the Antarctic Circumpolar Current, the parameterization of eddy-induced transports is essential for the models' density structure and thus MDT (Kuhlbrodt et al., 2012). High-resolution eddy resolving ocean models show improved SSH simulations over coarser resolution versions (McClean et al., 2006). Chapter 13 provides a more extensive

779

BLM_0151293

assessment of sea level changes in CMIP5 simulations, including comparisons with century-scale historical records.

Ocean heat content (OHC) depends only on ocean temperature, whereas absolute changes in sea level are also influenced by processes that are only now being incorporated into global models (e.g., mass loss

from large ice sheets discussed in Section 9.1.3.2.7). However, global-scale changes in OHC are highly correlated with the thermosteric contribution to global SSH changes (Domingues et al., 2008). Approximately half of the historical CMIP3 simulations did not include the effects of volcanic eruptions, resulting in substantially greater than observed ocean heat uptake during the late 20th century (Gleckler et



**Figure 9.15 |** Time-mean bottom potential temperature in the Southern Ocean, observed (a) and the differences between individual CMIP5 models and observations (b–p); left colour bar corresponds to the observations, right colour bar to the differences between model and observations (same unit). Thick dashed black line is the mean August sea ice extent (concentration >15%); thick continuous black line is the mean February sea ice extent (concentration >15%). Numbers indicate the area-weighted root-mean-square (RMS) error for all depths between the model and the climatology (unit °C); mean RMS error = 0.97 °C. (After Heuzé et al., 2013.)

BLM_0151294



**Figure 9.16 |** Taylor diagram for the dynamic sea surface height climatology (1987–2000). The radial coordinate shows the standard deviation of the spatial pattern, normalized by the observed standard deviation. The azimuthal variable shows the correlation of the modelled spatial pattern with the observed spatial pattern. The root-mean square error with bias removed is indicated by the dashed grey circles about the observational point. Analysis is for the global ocean, 50°S to 50°N. The reference data set is Archiving, Validation and Interpretation of Satellite Oceanographic data (AVISO), a merged satellite product (Ducet et al., 2000), which is described in Chapter 3. One realization per model is shown for each CMIP5 and CMIP3 model result. Grey filled circles are for individual CMIP3 models; other symbols as in legend.

al., 2006; Domingues et al., 2008). Figure 9.17 shows observed and simulated global 0 to 700 m and total OHC changes during the overlap period of the observational record and the CMIP5 historical experiment (1961–2005). Three upper-ocean observational estimates, assessed in Chapter 3, are also shown to indicate observational uncertainty. The CMIP5 multi-model mean falls within the range of observations for most of the period, and the intermodel spread is reduced relative to CMIP3 (Gleckler et al., 2006; Domingues et al., 2008). This may result from most CMIP5 models including volcanic forcings. When the deep ocean is included, the CMIP5 multi-model mean also agrees well with the observations, although the deeper ocean estimates are much more uncertain (Chapter 3). There is *high confidence* that many CMIP5 models reproduce the observed increase in ocean heat content since 1960.

EMIC results for changes in total OHC are also compared with observations in Figure 9.17. (Note: results in this figure are based on Eby et al. (2013) who show OHC changes for 0 to 2000 m, whereas here the time-integrated net heat flux into the ocean surface is shown to compare with CMIP5 results (Figure 9.17b)). There is a tendency for the EMICs to overestimate total OHC changes and this could alter the temperature related feedbacks on the oceanic carbon cycle, and affect the long-term millennium projections in Chapter 12. However, it should be noted that high OHC changes can compensate for biases in climate sensitivity or RF so as to reproduce surface temperature changes over

the 20th century. This will result in biased thermosteric sea level rise for millennial projections. Calibrated EMICs (Meinshausen et al., 2009; Sokolov et al., 2010) would remove such biases.

In idealized CMIP5 experiments ($CO_2$ increasing 1% yr$^{-1}$), the heat uptake efficiency of the CMIP5 models varies by a factor of two, explaining about 50% of the model spread (Kuhlbrodt and Gregory, 2012). Despite observational uncertainties, this recent work also provides *limited evidence* that in the upper 2000 m, most CMIP5 models are less stratified (in the global mean) than is observed, which suggests that these models transport heat downwards more efficiently than the real ocean. These results are consistent with earlier studies (Forest et al., 2006, 2008; Boe et al., 2009a; Sokolov et al., 2010) that conclude the CMIP3 models may overestimate oceanic mixing efficiency and therefore underestimate the Transient Climate Response (TCR) and its impact on future surface warming. However, Kuhlbrodt and Gregory (2012) also find that this apparent bias explains very little of the model spread in TCR. Although some progress has been made in understanding mixing deficiencies in ocean models (Griffies and Greatbatch, 2012; Ilicak et al., 2012), this remains a key challenge in improving the representation of physical processes that impact the evolution of ocean heat content and thermal expansion.

BLM_0151295



**Figure 9.17 |** Time series of simulated and observed global ocean heat content anomalies (with respect to 1971). CMIP5 historical simulations and observations for both the upper 700 meters of the ocean (a) as well as for the total ocean heat content (b). Total ocean heat content results are also shown for EMICs and observations (c). EMIC estimates are based on time-integrated surface heat flux into the ocean. The 0 to 700 m and total heat content observational estimates (thick lines) are respectively described in Figure 3.2 and Box 3.1, Figure 1. Simulation drift has been removed from all CMIP5 runs with a contemporaneous portion of a quadratic fit to each corresponding pre-industrial control run (Gleckler et al., 2012). Units are $10^{22}$ Joules.

### 9.4.2.3   Simulation of Circulation Features Important for Climate Response

#### 9.4.2.3.1   Simulation of recent ocean circulation

**Atlantic Meridional Overturning Circulation**
The Atlantic Meridional Overturning Circulation (AMOC) consists of northward transport of shallow warm water overlying a southward transport of deep cold water and is responsible for a considerable part

of the northward oceanic heat transport. Long-term AMOC estimates have had to be inferred from hydrographic measurements sporadically available over the last decades (e.g., Bryden et al., 2005; Lumpkin et al., 2008, Chapter 3.6.3). Continuous AMOC monitoring at 26.5°N was started in 2004 (Cunningham et al., 2007) and now provides a 5-year mean value of 18.5 Sv with annual means having a standard deviation of 1 Sv (McCarthy et al., 2012). The ability of models to simulate this important circulation feature is tied to the credibility of simulated AMOC weakening during the 21st century because the magnitude of

BLM_0151296

the weakening is correlated with the initial AMOC strength (Gregory et al., 2005). The mean AMOC strength in CMIP5 models ranges from 15 to 30 Sv for the historical period which is comparable to the CMIP3 models (Weaver et al., 2012; see Figure 12.35). The variability of the AMOC is assessed in Section 9.5.3.3.1.

**Southern Ocean circulation**
The Southern Ocean is an important driver for the meridional over-turning circulation and is closely linked to the zonally continuous Antarctic Circumpolar Current (ACC). Gupta et al. (2009) noted that relatively small deficiencies in the position of the ACC lead to more obvious biases in the SST in the models. The ability of CMIP3 models to adequately represent Southern Ocean circulation and water masses seems to be affected by several factors (Russell et al., 2006). The most important are the strength of the westerlies at the latitude of the Drake Passage, the heat flux gradient over this region, and the change in salinity with depth across the ACC. Kuhlbrodt et al. (2012) found that the strongest influence on ACC transport in the CMIP3 models was the Gent-McWilliams thickness diffusivity. The ACC has a typical transport through the Drake Passage of about 135 Sv (e.g., Cunningham et al., 2003). A comparison of CMIP5 models (Meijers et al., 2012) shows that, firstly, the ACC transport through Drake Passage is improved as compared to the CMIP3 models, and secondly, that the inter-model

range in the zonal mean ACC position is smaller than in the CMIP3 ensemble (in CMIP5, the mean transport is 148 Sv and the standard deviation is 50 Sv across an ensemble of 21 models).

**Simulation of glacial ocean conditions**
Reconstructions of the last glacial maximum from sediment cores discussed in Chapter 5 indicate that the regions of deep water formation in the North Atlantic were shifted southward, that the boundary between North Atlantic Deep Water (NADW) and Antarctic Bottom Water (AABW) was substantially shallower than today, and that NADW formation was less intense (Duplessy et al., 1988; Dokken and Jansen, 1999; McManus et al., 2004; Curry and Oppo, 2005). This signal, although estimated from a limited number of sites, is robust (see Chapter 5). The AR4 reported that model simulations showed a wide range of AMOC response to LGM forcing (Weber et al., 2007), with some models exhibiting reduced strength of the AMOC and its extension at depth and other showing no change or an increase. Figure 9.18 provides an update of the diagnosis proposed by Otto-Bliesner et al. (2007) to compare model results with the deep ocean data from Adkins et al. (2002) using PMIP2 and CMIP5/PMIP3 pre-industrial and LGM simulations (Braconnot et al., 2012). These models reproduce the modern deep ocean temperature–salinity (T–S) structure in the Atlantic basin, but most of them do not capture the cold and salty bottom



**Figure 9.18 |** Temperature and salinity for the modern period (open symbols) and the Last Glacial Maximum (LGM, filled symbols) as estimated from proxy data at Ocean Drilling Program (ODP) sites (black symbols, from Adkins et al., 2002) and simulated by the Paleoclimate Modelling Intercomparison Project version 2 (PMIP2, small triangles) and PMIP3/ CMIP5 (big triangles) models. The isolines represent lines of equal density. Site 981 (triangles) is located in the North Atlantic (Feni Drift, 55°N, 15°W, 2184 m). Site 1093 (upside-down triangles) is located in the South Atlantic (Shona Rise, 50°S, 6°E, 3626 m). In PMIP2, only Community Climate System Model (CCSM) included a 1 psu adjustment of ocean salinity at initialization to account for freshwater frozen into LGM ice sheets; the other PMIP2 model-simulated salinities have been adjusted to allow a comparison. In PMIP3, all simulations include the 1 psu adjustment as required in the PMIP2/CMIP5 protocol (Braconnot et al., 2012). The dotted lines allow a comparison of the values at the NH and SH sites for a same model. This figure is adapted from Otto-Bliesner et al. (2007).

BLM_0151297

water suggested by the LGM reconstructions, providing evidence that processes responsible for such palaeoclimate changes may not be well reproduced in contemporary climate models. This is expected to also affect projected changes in deep ocean properties.

#### 9.4.2.4    Simulation of Surface Fluxes and Meridional Transports

Surface fluxes play a large part in determining the fidelity of ocean simulations. As noted in the AR4, large uncertainties in surface heat and fresh water flux observations (usually obtained indirectly) do not

allow useful evaluation of models. This is still the case and so the focus here is on an integrated quantity, meridional heat transport, which is less prone to errors. Surface wind stress is better observed and models are evaluated against observed products below.

The zonal component of wind stress is particularly important in driving ocean surface currents; modelled and observed values are shown in Figure 9.19. At middle to high latitudes, the model-simulated wind stress maximum lies 5 to 10 degree equatorward of that in the observationally based estimates, and so mid-latitude westerly winds are



**Figure 9.19 |** Zonal-mean zonal wind stress over the oceans in (a) CMIP5 models and (b) multi-model mean comparison with CMIP3. Shown is the time-mean of the period 1970–1999 from the historical simulations. The black solid, dashed, and dotted curves represent ECMWF reanalysis of the global atmosphere and surface conditions (ERA)-Interim (Dee et al., 2011), National Centers for Environmental Prediction/National Center for Atmospheric Research (NCEP/NCAR) reanalysis I (Kalnay et al., 1996), and QuikSCAT satellite measurements (Risien and Chelton, 2008), respectively. In (b) the shading indicates the inter-model standard deviation.

BLM_0151298

too strong in models. This equatorward shift in the southern ocean is slightly reduced in CMIP5 relative to CMIP3. At these latitudes, the largest near surface wind speed biases in CMIP5 are located over the Pacific sector and the smallest are in the Atlantic sector (Bracegirdle et al., 2013). Such wind stress errors may adversely affect oceanic heat and carbon uptake (Swart and Fyfe, 2012a). At middle to low latitudes, the CMIP3 and CMIP5 model spreads are smaller than at high latitudes, although near the equator this can occur through compensating errors (Figure 9.20). The simulated multi-model mean equatorial zonal wind stress is too weak in the Atlantic and Indian Oceans and too

strong in the western Pacific, with no major improvement from CMIP3 to CMIP5.

The CMIP5 model simulations qualitatively agree with the various observational estimates on the most important features of ocean heat transport (Figure 9.21) and, in a multi-model sense, no major change from CMIP3 can be seen. All CMIP5 models are able to the represent the strong north-south asymmetry, with the largest values in the NH, consistent with the observational estimates. At most latitudes the majority of CMIP5 model results fall within the range of observational estimates,



**Figure 9.20** | Equatorial (2°S to 2°N averaged) zonal wind stress for the Indian, Pacific, and Atlantic oceans in (a) CMIP5 models and (b) multi-model mean comparison with CMIP3. Shown is the time-mean of the period 1970–1999 from the historical simulations. The black solid, dashed, and dotted curves represent ERA-Interim (Dee et al., 2011), National Centers for Environmental Prediction/National Center for Atmospheric Research (NCEP/NCAR) reanalysis I (Kalnay et al., 1996) and QuikSCAT satellite measurements (Risien and Chelton, 2008), respectively. In (b) the shading indicates the inter-model standard deviation.

785

BLM_0151299





**Figure 9.21 |** Annual- and zonal-mean oceanic heat transport implied by net heat flux imbalances at the sea surface for CMIP5 simulations, under an assumption of negligible changes in oceanic heat content. Observational estimates include: the data set from Trenberth and Caron (2001) for the period February 1985 to April 1989, derived from reanalysis products from the National Centers for Environmental Prediction/National Center for Atmospheric Research (NCEP/NCAR; Kalnay et al., 1996; dash-dotted black) and European Centre for Medium Range Weather Forecasts 40-year reanalysis (ERA40; Uppala et al., 2005; short-dashed black), an updated version by Trenberth and Fasullo (2008) with improved top of the atmosphere (TOA) radiation data from the Clouds and Earth's Radiant Energy System (CERES) for March 2000 to May 2004, and updated NCEP reanalysis (Kistler et al., 2001) up to 2006 (solid black), the Large and Yeager (2009) analysis based on the range of annual mean transport estimated over the years 1984–2006, computed from air–sea surface fluxes adjusted to agree in the mean with a variety of satellite and *in situ* measurements (long-dashed black), and direct estimates by Ganachaud and Wunsch (2003) obtained from hydrographic sections during the World Ocean Circulation Experiment combined with inverse models (black diamonds). The model climatologies are derived from the years 1986 to 2005 in the historical simulations in CMIP5. The multi-model mean is shown as a thick red line. The CMIP3 multi-model mean is added as a thick blue line.

although there is some suggestion of modest underestimate between 15°N and 25°N and south of about 60°S. Some models show an equatorward transport at Southern-Hemisphere mid-latitudes that is also featured in the observation estimate of Large and Yeager (2009). This highlights the difficulties in representing large-scale energy processes in the Southern ocean as discussed by Trenberth and Fasullo (2010b). Note that climate models should exhibit a vanishing net energy balance when long time averages are considered but unphysical sources and sinks lead to energy biases (Trenberth and Fasullo, 2009, 2010a; Lucarini and Ragone, 2011) that are also found in reanalysis constrained by observations (Trenberth et al., 2009). When correcting for the imperfect closure of the energy cycle, as done here, comparison between models and observational estimates become possible.

### 9.4.2.5    Simulation of Tropical Mean State

#### 9.4.2.5.1    Tropical Pacific Ocean

Although the basic east–west structure of the tropical Pacific is well captured, models have shown persistent biases in important properties of the mean state (AchutaRao and Sperber, 2002; Randall et al., 2007; Guilyardi et al., 2009b) with severe local impacts (Brown et al., 2012). Among these biases are the mean thermocline depth and slope

along the equator, the structure of the equatorial current system, and the excessive equatorial cold tongue (Reichler and Kim, 2008; Brown et al., 2010a; Zheng et al., 2012). Many reasons for these biases have been proposed, such as: too strong trade winds; a too diffusive thermocline; deficient horizontally isotropic mixing coefficients; insufficient penetration of solar radiation; and too weak tropical instability waves (Meehl et al., 2001; Wittenberg et al., 2006; Lin, 2007). It is noteworthy that CMIP5 models exhibit some improvements in the western equatorial Pacific when compared to CMIP3, with reduced SST and trade wind errors (Figures 9.14 and 9.20). Because of strong interactions between the processes involved, it is difficult to identify the ultimate source of these errors, although new approaches using the rapid adjustment of initialized simulations hold promise (Vannière et al., 2011).

A particular problem in simulating the seasonal cycle in the tropical Pacific arises from the 'double ITCZ', defined as the appearance of a spurious ITCZ in the SH associated with excessive tropical precipitation. Further problems are too strong a seasonal cycle in simulated SST and winds in the eastern Pacific and the appearance of a spurious semi-annual cycle. The latter has been attributed to meridional asymmetry in the background state that is too weak, possibly in conjunction with incorrect regional water vapour feedbacks (Li and Philander, 1996; Guilyardi, 2006; Timmermann et al., 2007; De Szoeke and Xie, 2008; Wu et al., 2008a; Hirota et al., 2011).

BLM_0151300

A further persistent problem is insufficient marine stratocumulus cloud in the eastern tropical Pacific, caused presumably by weak coastal upwelling off South America leading to a warm SST bias (Lin, 2007). Although the problem persists, improvements are being made (Achuta-Rao and Sperber, 2006).

##### 9.4.2.5.2   Tropical Atlantic Ocean

CMIP3 and CMIP5 models exhibit severe biases in the tropical Atlantic Ocean, so severe that some of the most fundamental features—the east–west SST gradient and the eastward shoaling thermocline along the equator—cannot be reproduced (Figure 9.14; (Chang et al., 2007; Chang et al., 2008; Richter and Xie, 2008; Richter et al., 2013). In many models, the warm SST bias along the Benguela coast is in excess of 5°C and the Atlantic warm pool in the western basin is grossly underestimated (Liu et al., 2013a). As in the Pacific, CMIP3 models suffer the double ITCZ error in the Atlantic. Hypotheses for the complex Atlantic bias problem tend to draw on the fact that the Atlantic Ocean has a far smaller basin, and thus encourages a tighter and more complex land–atmosphere–ocean interaction. A recent study using a high-resolution coupled model suggests that the warm eastern equatorial Atlantic SST bias is more sensitive to the local rather than basin-wide trade wind bias and to a wet Congo basin instead of a dry Amazon—a finding that differs from previous studies (Patricola et al., 2012). Recent ocean model studies show that a warm subsurface temperature bias in the eastern equatorial Atlantic is common to virtually all ocean models forced with 'best estimated' surface momentum and heat fluxes, owing to problems in parameterization of vertical mixing (Hazeleger and Haarsma, 2005). Toniazzo and Woolnough (2013) show that among a variety of causes for the initial bias development, ocean–atmosphere coupling is key for their maintenance.

##### 9.4.2.5.3   Tropical Indian Ocean

CMIP3 and CMIP5 models simulate equatorial Indian Ocean climate reasonably well (e.g., Figure 9.14), though most models produce weak westerly winds and a flat thermocline on the equator. The models show a large spread in the modelled depth of the 20°C isotherm in the eastern equatorial Indian Ocean (Saji et al., 2006). The reasons are unclear but may be related to differences in the various parameterizations of vertical mixing as well as the wind structure (Schott et al., 2009).

CMIP3 models generally simulate the Seychelles Chagos thermocline ridge in the Southwest Indian Ocean, a feature important for the Indian monsoon and tropical cyclone activity in this basin (Xie et al., 2002). The models, however, have significant problems in accurately representing its seasonal cycle because of the difficulty in capturing the asymmetric nature of the monsoonal winds over the basin, resulting in too weak a semi-annual harmonic in the local Ekman pumping over the ridge region compared to observations (Yokoi et al., 2009b). In about half of the models, the thermocline ridge is displaced eastward associated with the easterly wind biases on the equator (Nagura et al., 2013).

#### 9.4.2.6   Summary

There is *high confidence* that the CMIP3 and CMIP5 models simulate the main physical and dynamical processes at play during transient ocean heat uptake, sea level rise, and coupled modes of variability. There is little evidence that CMIP5 models differ significantly from CMIP3, although there is some evidence of modest improvement. Many improvements are seen in individual CMIP5 ocean components (some now including interactive ocean biogeochemistry) and the number of relatively poor-performing models has been reduced (thereby reducing inter-model spread). New since the AR4, process-based model evaluation is now helping identify the cause of some specific biases, helping to overcome the limits set by the short observational records available.

### 9.4.3   Sea Ice

Evaluation of sea ice performance requires accurate information on ice concentration, thickness, velocity, salinity, snow cover and other factors. The most reliably measured characteristic of sea ice remains sea ice extent (usually understood as the area covered by ice with a concentration above 15%). Caveats, however, exist related to the uneven reliability of different sources of sea ice extent estimates (e.g., satellite vs. pre-satellite observations; see Chapter 4), as well as to limitations of this characteristic as a metric of model performance (Notz et al., 2013).



(a) Arctic sea ice extent (1980-1999)



(b) Antarctic sea ice extent (1980-1999)

**Figure 9.22 |** Mean (1980–1999) seasonal cycle of sea ice extent (the ocean area with a sea ice concentration of at least 15%) in the Northern Hemisphere (upper) and the Southern Hemisphere (lower) as simulated by 42 CMIP5 and 17 CMIP3 models. Each model is represented with a single simulation. The observed seasonal cycles (1980–1999) are based on the Hadley Centre Sea Ice and Sea Surface Temperature (HadISST; Rayner et al., 2003), National Aeronautics and Space Administration (NASA; Comiso and Nishio, 2008) and the National Snow and Ice Data Center (NSIDC; Fetterer et al., 2002) data sets. The shaded areas show the inter-model standard deviation for each ensemble. (Adapted from Pavlova et al., 2011.)

BLM_0151301



**Figure 9.23 |** Sea ice distribution (1986–2005) in the Northern Hemisphere (upper panels) and the Southern Hemisphere (lower panels) for February (left) and September (right). AR5 baseline climate (1986–2005) simulated by 42 CMIP5 AOGCMs. Each model is represented with a single simulation. For each 1° × 1° longitude-latitude grid cell, the figure indicates the number of models that simulate at least 15% of the area covered by sea ice. The observed 15% concentration boundaries (red line) are based on the Hadley Centre Sea Ice and Sea Surface Temperature (HadISST) data set (Rayner et al., 2003). (Adapted from Pavlova et al., 2011.)

The CMIP5 multi-model ensemble exhibits improvements over CMIP3 in simulation of sea ice extent in the both hemispheres (Figure 9.22). In the Arctic, the multi-model mean error do not exceed 10% of the observationally based estimates for any given month. In the Antarctic, the corresponding multi-model mean error exceeds 10% (but is less than 20%) near the annual minimum of sea ice extent; around the annual maximum, the CMIP5 multi-model mean shows a clear improvement over CMIP3.

In many models the regional distribution of sea ice concentration is poorly simulated, even if the hemispheric extent is approximately correct. In Figure 9.23, however, one can see that the median ice edge position (indicated by the colour at which half of the models have ice of 15% concentration) agrees reasonably well with observations in both hemispheres (except austral summer in Antarctica), as was the case for the CMIP3 models.

A widely discussed feature of the CMIP3 models as a group is a pronounced underestimation of the trend in the September (annual minimum) sea ice extent in the Arctic over the past several decades (e.g., Stroeve et al., 2007; Zhang, 2010; Rampal et al., 2011; Winton, 2011). Possible reasons for the discrepancy include variability inherent to high latitudes, model shortcomings, and observational uncertainties (e.g., Kattsov et al., 2010; Kay et al., 2011; Day et al., 2012). Compared to CMIP3, the CMIP5 models better simulate the observed trend of September Arctic ice extent (Figure 9.24). It has been suggested (Stroeve

et al., 2012) that in some cases model improvements, such as new sea ice albedo parameterization schemes (e.g., Pedersen et al., 2009; Holland et al., 2012), have been responsible. (Holland et al., 2010) show that models with initially thicker ice generally retain more extensive ice throughout the 21st century, and indeed several of the CMIP5 models start the 20th century with rather thin winter ice cover promoting more rapid melt (Stroeve et al., 2012). Notz et al. (2013) caution, however, against direct comparison of modelled trends with observations unless the models' internal variability is carefully taken into account. Their analysis of the MPI-ESM ensemble shows that internal variability in the Arctic can result in individual model realizations exhibiting a range of trends (negative, or even positive) for the 29-year-long period starting in 1979, even if the background climate is warming. According to the distribution of sea ice extent trends over the period 1979–2010 obtained in an ensemble of simulations with individual CMIP5 models (Figure 9.24) about one quarter of the simulations shows a September trend in the Arctic as strong as, or stronger, than in observations.

The majority of CMIP5 (and CMIP3) models exhibit a decreasing trend in SH austral summer sea ice extent over the satellite era, in contrast to the observed weak but significant increase (see Chapter 4). A large spread in the modelled trends is present, and a comparison of multiple ensemble members from the same model suggests large internal variability during the late 20th century and the first decade of the 21st century (e.g., Landrum et al., 2012; Zunz et al., 2013). Compared to observations, CMIP5 models strongly overestimate the variability of sea ice extent, at least in austral winter (Zunz et al., 2013).Therefore, using the models to assess the potential role of the internal variability in the trend of sea ice extent in the Southern Ocean over the last three decades presents a significant challenge.

Sea ice is a product of atmosphere–ocean interaction. There are a number of ways in which sea ice is influenced by and interacts with the atmosphere and ocean, and some of these feedbacks are still poorly quantified. As noted in the AR4, among the primary causes of biases in simulated sea ice extent, especially its geographical distribution, are problems with simulating high-latitude winds, ocean heat advection and mixing. For example, Koldunov et al. (2010) have shown, for a particular CMIP3 model, that significant ice thickness errors originate from biases in the atmospheric component. Similarly, Melsom et al. (2009) note sea ice improvements associated with improved description of heat transport by ocean currents. Biases imparted on modelled sea ice, common to many models, may also be related to representation of high-latitude processes (e.g., polar clouds) or processes not yet commonly included in models (e.g., deposition of carbonaceous aerosols on snow and ice). Some CMIP5 models show improvements in simulation of sea ice that are connected to improvements in simulation of the atmosphere (e.g., Notz et al., 2013).

### 9.4.3.1   Summary

CMIP5 models reproduce the seasonal cycle of sea ice extent in both hemispheres. There is *robust evidence* that the downward trend in Arctic summer sea ice extent is better simulated than at the time of the AR4, with about one quarter of the simulations showing a trend as strong as, or stronger than, that observed over the satellite era. The performance improvements are not only a result of improvements in

BLM_0151302



**Figure 9.24 |** (Top and middle rows) Time series of sea ice extent from 1900 to 2012 for (a) the Arctic in September and (b) the Antarctic in February, as modelled in CMIP5 (coloured lines) and observations-based (NASA; Comiso and Nishio, 2008) and NSIDC; (Fetterer et al., 2002), solid and dashed thick black lines, respectively). The CMIP5 multi-model ensemble mean (thick red line) is based on 37 CMIP5 models (historical simulations extended after 2005 with RCP4.5 projections). Each model is represented with a single simulation. The dotted black line for the Arctic in (a) relates to the pre-satellite period of observation-based time series (Stroeve et al., 2012). In (a) and (b) the panels on the right are based on the corresponding 37-member ensemble means from CMIP5 (thick red lines) and 12-model ensemble means from CMIP3 (thick blue lines). The CMIP3 12-model means are based on CMIP3 historical simulations extended after 1999 with Special Report on Emission Scenarios (SRES) A2 projections. The pink and light blue shadings denote the 5 to 95 percentile range for the corresponding ensembles. Note that these are monthly means, not yearly minima. (Adapted from Pavlova et al., 2011.) (Bottom row) CMIP5 sea ice extent trend distributions over the period 1979–2010 for (c) the Arctic in September and (d) the Antarctic in February. Altogether 66 realizations are shown from 26 different models (historical simulations extended after 2005 with RCP4.5 projections). They are compared against the observations-based estimates of the trends (green vertical lines in (c) and (d) from Comiso and Nishio (2008); blue vertical line in (d) from Parkinson and Cavalieri (2012)). In (c), the observations-based estimates (Cavalieri and Parkinson, 2012; Comiso and Nishio, 2008) coincide.

789

BLM_0151303

sea ice components themselves but also in atmospheric circulation. Most CMIP5 models simulate a decrease in Antarctic sea ice extent over the past few decades compared to the small but significant increase observed.

### 9.4.4    Land Surface, Fluxes and Hydrology

The land surface determines the partitioning of precipitation into evapotranspiration and runoff, and the partitioning of surface net radiation into sensible and latent heat fluxes. Land surface processes therefore impact strongly on both the climate and hydrological resources. This subsection summarizes recent studies on the evaluation of land surface models, wherever possible emphasizing their performance in CMIP3 and CMIP5 climate models.

#### 9.4.4.1    Snow Cover and Near-Surface Permafrost

The modelling of snow and near-surface permafrost (NSP) processes has received increased attention since the AR4, in part because of the recognition that these processes can provide significant feedbacks on climate change (e.g., Koven et al., 2011; Lawrence et al., 2011). The SnowMIP2 project compared results from 33 snowpack models of varying complexity, including some snow models that are used in AOGCMs, using driving data from five NH locations (Rutter et al., 2009). Most snow models were found to be consistent with observations at open sites, but there was much greater discrepancy at forested sites due to the complex interactions between plant canopy and snow cover. Despite these difficulties, the CMIP5 multi-model ensemble reproduces key features of the large-scale snow cover (Figure 9.25). In the NH, models are able to simulate the seasonal cycle of snow cover over the northern parts of continents, with more disagreement in southerly regions where snow cover is sparse, particularly over China and Mongolia (Brutel-Vuilmet et al., 2013). The latter weaknesses are associated with incorrect timing of the snow onset and melt, and possibly with the choice of thresholds for diagnosing snow cover in the model output. In spite of the good performance of the multi-model mean, there is a significant inter-model scatter of spring snow cover extent in some regions. There is a strong linear correlation between Northern-Hemisphere spring snow cover extent and annual mean surface air temperature in the models, consistent with available observations. The recent negative trend in spring snow cover is underestimated by the CMIP5 (and CMIP3) models (Derksen and Brown, 2012), which is associated with an underestimate of the boreal land surface warming (Brutel-Vuilmet et al., 2013).

Some CMIP5 models now represent NSP and frozen soil processes (Koven et al., 2013), but this is not generally the case. Therefore it is difficult to make a direct quantitative evaluation of most CMIP5 models against permafrost observations. A less direct but more inclusive approach is to diagnose NSP extent using snow depths and skin temperatures generated by climate models to drive a stand-alone multi-layer permafrost model (Pavlova et al., 2007). Figure 9.25 shows the result of using this approach on the CMIP5 ensemble. The multi-model mean is able to simulate the approximate location of the NSP boundary (as indicated by the 0°C soil temperature isotherm). However, the range of present-day (1986–2005) NSP area inferred from individual models spans a factor of more than six (~4 to 25 × 10$^6$ km$^2$) due



**Figure 9.25 |** Terrestrial snow cover distribution (1986–2005) in the Northern Hemisphere (NH) as simulated by 30 CMIP5 models for February, updated for CMIP5 from Pavlova et al. (2007). For each 1° × 1° longitude-latitude grid cell, the figure indicates the number of models that simulate at least 5 kg m$^{-2}$ of snow-water equivalent. The observations-based boundaries (red line) mark the territory with at least 20% of the days per month with snow cover (Robinson and Frei, 2000) over the period 1986–2005. The annual mean 0°C isotherm at 3.3 m depth averaged across 24 CMIP5 models (yellow line) is a proxy for the near-surface permafrost boundary. Observed permafrost extent in the NH (magenta line) is based on Brown et al. (1997, 1998).

to differences in simulated surface climate and to varying abilities of the underlying land surface models. Even though many CMIP5 models include some representation of soil freezing in mineral soils, very few include key processes necessary to accurately model NSP changes, such as the distinct properties of organic soils, the existence of local water tables and the heat released by microbial respiration (Nicolsky et al., 2007; Wania et al., 2009; Koven et al., 2011, 2013).

Despite large differences in the absolute NSP area, the relationship between the decrease in NSP area and the warming air temperature over the present-day NSP region is similar, and approximately linear, in many models (Slater and Lawrence, 2013).

#### 9.4.4.2    Soil Moisture and Surface Hydrology

The partitioning of precipitation into evapotranspiration and runoff is highly dependent on the moisture status of the land surface, especially the amount of soil moisture available for evapotranspiration, which in turn depends on properties of the land cover such as the rooting depth of plants.

There has been a long history of off-line evaluation of land surface schemes, aided more recently by the increasing availability of site-specific data (Friend et al., 2007; Blyth et al., 2010). Throughout this time,

BLM_0151304

representations of the land surface have significantly increased in complexity, allowing the representation of key processes such as links between stomatal conductance and photosynthesis, but at the cost of increasing the number of poorly known internal model parameters. These more sophisticated land surface models are based on physical principles that should make them more appropriate for projections of future climate and increased $CO_2$. However for specific data-rich sites, current land surface models still struggle to perform as well as statistical models in predicting year-to-year variations in latent and sensible heat fluxes (Abramowitz et al., 2008) and runoff (Materia et al., 2010).

There are few evaluations of the performance of land surface schemes in coupled climate models, but those that have been undertaken find major limitations associated with the atmospheric forcing rather than the land surface schemes themselves. For example, an evaluation of the soil moisture simulations of CMIP3 models found that long-term soil moisture trends could only be reproduced in models that simulated the reduction in solar radiation at the surface associated with 'global dimming' (Li et al., 2007). A comparison of simulated evapotranspiration fluxes from CMIP3 against large-scale observation-based estimates, showed underestimates in India and parts of eastern South America, and overestimates in the western USA, Australia and China (Mueller et al., 2011).

Land–atmosphere coupling determines the ability of climate models to simulate the influence of soil moisture anomalies on rainfall, droughts and high-temperature extremes (Fischer et al., 2007; Lorenz et al., 2012). The coupling strength depends both on the sensitivity of evapotranspiration to soil moisture, which is determined by the land surface scheme, and the sensitivity of precipitation to evapotranspiration, which is determined by the atmospheric model (Koster et al., 2004; Seneviratne et al., 2010). Comparison of climate model simulations to observations suggests that the models correctly represent the soil-moisture impacts on temperature extremes in southeastern Europe, but overestimate them in central Europe (Hirschi et al., 2011). The influence of soil moisture on rainfall varies significantly with region, and with the lead-time between a soil moisture anomaly and a rainfall event (Seneviratne et al., 2010). In some regions, such as the Sahel, enhanced precipitation can even be induced by dry anomalies (Taylor et al., 2011). Recent analyses of CMIP5 models reveals considerable spread in the ability of the models to reproduce observed correlations between precipitation and soil moisture in the tropics (Williams et al., 2012), and a systematic failure to simulate the positive impact of dry soil moisture anomalies on rainfall in the Sahel (Taylor et al., 2012a).

### 9.4.4.3   Dynamic Global Vegetation and Nitrogen Cycling

At the time of the AR4 very few climate models included dynamic vegetation, with vegetation being prescribed and fixed in all but a handful of coupled climate–carbon cycle models (Friedlingstein et al., 2006). Dynamic Global Vegetation Models (DGVMs) certainly existed at the time of the AR4 (Cramer et al., 2001) but these were not typically incorporated in climate models. Since the AR4 there has been continual development of offline DGVMs, and some climate models incorporate dynamic vegetation in at least a subset of the runs submitted to CMIP5 (also see Section 9.1.3.2.4), with likely consequences for climate model biases and regional climate projection (Martin and Levine, 2012).

DGVMs are designed to simulate the large-scale geographical distribution of plant functional types and how these patterns will change in response to climate change, $CO_2$ increases, and other forcing factors (Cramer et al., 2001). These models typically include rather detailed representations of plant photosynthesis but less sophisticated treatments of soil carbon, with a varying number of soil carbon pools. In the absence of nitrogen limitations on $CO_2$ fertilization, offline DGVMs agree qualitatively that $CO_2$ increase alone will tend to enhance carbon uptake on the land while the associated climate change will tend to reduce it. There is also good agreement on the degree of $CO_2$ fertilization in the case of no nutrient limitation (Sitch et al., 2008). However, under more extreme emissions scenarios the responses of the DGVMs diverge markedly. Large uncertainties are associated with the responses of tropical and boreal ecosystems to elevated temperatures and changing soil moisture status. Particular areas of uncertainty are the high-temperature response of photosynthesis (Galbraith et al., 2010), and the extent of $CO_2$ fertilization (Rammig et al., 2010) in the Amazonian rainforest.

Most of the land surface models and DGVMs used in the CMIP5 models continue to neglect nutrient limitations on plant growth (see Section 6.4.6.2), even though these may significantly moderate the response of photosynthesis to $CO_2$ (Wang and Houlton, 2009). Recent extensions of two land surface models to include nitrogen limitations improve the fit to 'Free-Air $CO_2$ Enrichment Experiments', and suggest that models without these limitations are expected to overestimate the land carbon sink in the nitrogen-limited mid and high latitudes (Thornton et al., 2007; Zaehle et al., 2010).

### 9.4.4.4   Land Use Change

A major innovation in the land component of ESMs since the AR4 is the inclusion of the effects of land use change associated with the spread of agriculture, urbanization and deforestation. These affect climate by altering the biophysical properties of the land surface, such as its albedo, aerodynamic roughness and water-holding capacity (Bondeau et al., 2007; Bonan, 2008; Bathiany et al., 2010; Levis, 2010). Land use change has also contributed almost 30% of total anthropogenic $CO_2$ emissions since 1850 (see Table 6.1), and affects emissions of trace gases, and VOCs such as isoprene. The latest ESMs used in CMIP5 attempt to model the $CO_2$ emissions implied by prescribed land use change and many also simulate the associated changes in the biophysical properties of the land surface. This represents a major advance on the CMIP3 models which typically neglected land use change, aside from its assumed contribution to anthropogenic $CO_2$ emissions.

However, the increasing sophistication of the modelling of the impacts of land use change has introduced additional spread in climate model projections. The first systematic model intercomparison demonstrated that large-scale land cover change can significantly affect regional climate (Pitman et al., 2009) and showed a large spread in the response of different models to the same imposed land cover change (de Noblet-Ducoudre et al., 2012). This uncertainty arises from the often counteracting effects of evapotranspiration and albedo changes (Boisier et al., 2012) and has consequences for the simulation of temperature and rainfall extremes (Pitman et al., 2012b).

9

BLM_0151305

### 9.4.5    Carbon Cycle

An important development since the AR4 is the more widespread implementation of ESMs that include an interactive carbon cycle. Coupled climate-carbon cycle models are used extensively for the projections presented in Chapter 12. The evaluation of the carbon cycle within coupled models is discussed here, while the performance of the individual land and ocean carbon models, together with the detailed analysis of climate–carbon cycle feedbacks, is presented in Chapter 6 (Section 6.4 and Box 6.4).

The transition from AOGCMs to ESMs was motivated in part by the results from the first generation coupled climate–carbon cycle models, which suggested that feedbacks between the climate and the carbon cycle were uncertain but potentially very important in the context of 21st century climate change (Cox et al., 2000; Friedlingstein et al., 2001). The first-generation models used in the Coupled Climate Carbon Cycle Model Intercomparison Project (C$^4$MIP) included both extended AOGCMs and EMICs. The C$^4$MIP experimental design involved running each model under a common emission scenario (SRES A2) and calculating the evolution of the global atmospheric $CO_2$ concentration interactively within the model. The impacts of climate–carbon cycle feedbacks were diagnosed by carrying out parallel "uncoupled" simulations in which increases in atmospheric $CO_2$ did not influence climate. Analysis of the C$^4$MIP runs highlighted a greater than 200 ppmv range in the $CO_2$ concentration by 2100 due to uncertainties in climate–carbon cycle feedbacks, and that the largest uncertainties were associated with the response of land ecosystems to climate and $CO_2$ (Friedlingstein et al., 2006).

For CMIP5 a different experimental design was proposed in which the core simulations use prescribed RCPs of atmospheric $CO_2$ and other GHGs (Moss et al., 2010). Under a prescribed $CO_2$ scenario, ESMs calculate land and ocean fluxes interactively, but these fluxes do not affect the evolution of atmospheric $CO_2$. Instead the modelled land and ocean fluxes, along with the prescribed increase in atmospheric $CO_2$, can be used to diagnose the 'compatible' emissions of $CO_2$ consistent with the simulation (see Section 6.3; Miyama and Kawamiya, 2009; Arora et al., 2011). The compatible emissions for each model can then be evaluated against the best estimates of the actual historical $CO_2$ emissions. Parallel model experiments in which the carbon cycle does not respond to the simulated climate change (which are equivalent to the 'uncoupled' simulations in C$^4$MIP) provide a means to diagnose climate–carbon cycle feedbacks in terms of their impact on the compatible emissions of $CO_2$ (Hibbard et al., 2007).

Carbon cycle model evaluation is limited by the availability of direct observations at appropriately large spatial scales. Field studies and eddy-covariance flux measurements provide detailed information on the land carbon cycle over short-time scales and for specific locations, and ocean inventories are able to constrain the long-term uptake of anthropogenic $CO_2$ by the ocean (Sabine et al., 2004; Takahashi et al., 2009). However the stores of carbon on the land are less well-known, even though these are important determinants of the $CO_2$ fluxes from land use change. ESM simulations vary by a factor of at least six in global soil carbon (Anav et al., 2013; Todd-Brown et al., 2013) and by a factor of four in global vegetation carbon, although about two thirds

of models are within 50% of the uncertain observational estimates (Anav et al., 2013).

Large-scale land–atmosphere and global atmosphere fluxes are not directly measured, but global estimates can be made from the carbon balance, and large-scale regional fluxes can be estimated from the inversion of atmospheric $CO_2$ measurements (see Section 6.3.2). Figure 9.26 shows modelled annual mean ocean–atmosphere and net land–atmosphere $CO_2$ fluxes from the historical simulations in the CMIP5 archive (Anav et al., 2013). Also shown are estimates derived from offline ocean carbon cycle models, measurements of atmospheric $CO_2$, and best estimates of the $CO_2$ fluxes from fossil fuels and land use change (Le Quere et al., 2009). Uncertainties in these latter annual estimates are approximately ±0.5 PgC yr$^{-1}$, arising predominantly from the uncertainty in the model-derived ocean $CO_2$ uptake. The confidence limits for the ensemble mean are derived by assuming that the CMIP5 models form a $t$-distribution centred on the ensemble mean (Anav et al., 2013).

The evolution of the global ocean carbon sink is shown in the top panel of Figure 9.26. The CMIP5 ensemble mean global ocean uptake (± standard deviation of the multi-model ensemble), computed using all the 23 models that reported ocean $CO_2$ fluxes, increases from 0.47 ± 0.32 PgC yr$^{-1}$ over the period 1901–1930 to 1.53 ± 0.36 PgC yr$^{-1}$ for the period 1960–2005. For comparison, the Global Carbon Project (GCP) estimates a stronger ocean carbon sink of 1.92 ± 0.3 PgC yr$^{-1}$ for 1960–2005 (Anav et al., 2013). The bottom panel of Figure 9.26 shows the variability in global land carbon uptake evident in the GCP estimates, with the global land carbon sink being strongest during La Niña years and after volcanoes, and turning into a source during El Niño years. The CMIP5 models cannot be expected to reproduce this year-to-year variability as these models will naturally simulate chaotic ENSO variability that is out of phase with the historical variability. However, the ensemble mean does successfully simulate a strengthening global land carbon sink during the 1990s, especially after the Mt Pinatubo eruption in 1991. The CMIP5 ensemble mean land–atmosphere flux (± standard deviation of the multi-model ensemble) evolves from a small source of −0.34 ± 0.49 PgC yr$^{-1}$ over the period 1901–1930, predominantly due to land use change, to a sink of 0.47 ± 0.72 PgC yr$^{-1}$ in the period 1960–2005. The GCP estimates give a weaker sink of 0.36 ± 1 PgC yr$^{-1}$ for the 1960–2005 period.

Figure 9.27 shows the ocean–atmosphere fluxes (top panel) and mean land–atmosphere fluxes (bottom panel) simulated by ESMs and EMICs (Eby et al., 2013) for the period 1986–2005, and compares these to observation-based estimates from GCP and Atmospheric Tracer Transport Model Intercomparison Project (TRANSCOM3) atmospheric inversions (Gurney et al., 2003). Unlike Figure 9.26, only models that reported both land and ocean carbon fluxes are included in this figure. The atmospheric inversions results are taken from the Japanese Meteorological Agency (JMA) as this was the only TRANSCOM3 model that reported results for all years of the 1986–2005 reference period. The error bars on the observational estimates (red triangles) and the ESM simulations (black diamonds) represent the interannual variation in the form of the standard deviation of the annual fluxes. EMICs do not typically simulate interannual variability, so only mean values are shown for these models (green boxes). Here, as in Figure 9.26, the net

BLM_0151306



**Figure 9.26 |** Ensemble-mean global ocean carbon uptake (top) and global land carbon uptake (bottom) in the CMIP5 ESMs for the historical period 1900–2005. For comparison, the observation-based estimates provided by the Global Carbon Project (Le Quere et al., 2009) are also shown (thick black line). The confidence limits on the ensemble mean are derived by assuming that the CMIP5 models come from a *t*-distribution. The grey areas show the range of annual mean fluxes simulated across the model ensemble. This figure includes results from all CMIP5 models that reported land $CO_2$ fluxes, ocean $CO_2$ fluxes, or both (Anav et al., 2013).

land–atmosphere flux is 'Net Biome Productivity (NBP)' which includes the net $CO_2$ emissions from land use change as well as the changing carbon balance of undisturbed ecosystems.

For the period 1986–2005 the observation-based estimates of the global ocean carbon sink are 1.71 PgC yr$^{-1}$ (JMA), 2.19 PgC yr$^{-1}$ (GCP) and 2.33 PgC yr$^{-1}$ (Takahashi et al., 2009). Taking into account the uncertainties in the mean values of these fluxes associated with inter-annual variability, the observationally constrained range is approximately 1.4 to 2.4 PgC yr$^{-1}$. All of the ESMs, and all but one of the EMICs, simulate ocean sinks within this range. The observation-based estimates of GCP and JMA agree well on the mean global land carbon sink over the period 1986–2005, and most ESMs fit within the uncertainty bounds of these estimates (i.e., 1.17 ± 1.06 PgC yr$^{-1}$ for JMA). The exceptions are two ESMs sharing common atmosphere and land components (CESM1-BGC and NorESM1-ME) which model a net land carbon source rather than a sink over this period. The EMICs tend to

systematically underestimate the contemporary land carbon sink (Eby et al., 2013). Some ESMs (notably GFDL-ESM2M and GFDL-ESM2G) significantly overestimate the interannual variation in the global land–atmosphere $CO_2$ flux, with a possible consequence being an overestimate of the vulnerability of tropical ecosystems to future climate change (Cox et al., 2013), and see Figure 9.45). All ESMs qualitatively simulate the expected pattern of ocean $CO_2$ fluxes, with outgassing in the tropics and uptake in the mid and high latitudes (Anav et al., 2013). However, there are systematic differences between the ESMs and the JMA inversion estimates for the zonal land $CO_2$ fluxes, with the ESMs tending to produce weaker uptake in the NH, and simulating a net land carbon sink rather than a source in the tropics.

In summary, there is *high confidence* that CMIP5 ESMs can simulate the global mean land and ocean carbon sinks within the range of observation-based estimates. Overall, EMICs reproduce the recent global ocean $CO_2$ fluxes uptake as well as ESMs, but estimate a lower

793

BLM_0151307



**Figure 9.27** | Simulation of global mean (a) atmosphere–ocean $CO_2$ fluxes ('fgCO2') and (b) net atmosphere–land $CO_2$ fluxes ('NBP'), by ESMs (black diamonds) and EMICs (green boxes), for the period 1986–2005. For comparison, the observation-based estimates provided by Global Carbon Project (GCP; Le Quere et al., 2009), and the Japanese Meteorological Agency (JMA) atmospheric inversion (Gurney et al., 2003) are also shown as the red triangles. The error bars for the ESMs and observations represent interannual variability in the fluxes, calculated as the standard deviation of the annual means over the period 1986–2005.

land carbon sink compared with most ESMs while remaining consistent with the observations (Eby et al., 2013). With few exceptions, the CMIP5 ESMs also reproduce the large-scale pattern of ocean–atmosphere $CO_2$ fluxes, with uptake in the Southern Ocean and northern mid-latitudes, and outgassing in the tropics. However, the geographical pattern of simulated land–atmosphere fluxes agrees much less well with inversion estimates, which suggest a larger sink in the northern mid-latitudes, and a net source rather than a sink in the tropics. While there are also inherent uncertainties in atmospheric inversions, discrepancies like this might be expected from known deficiencies in the CMIP5 generation of ESMs—namely the failure to correctly simulate nitrogen fertilization in the mid-latitudes, and a rudimentary treatment of the net $CO_2$ emissions arising from land use change and forest regrowth.

### 9.4.6    Aerosol Burdens and Effects on Insolation

#### 9.4.6.1   Recent Trends in Global Aerosol Burdens and Effects on Insolation

The ability of CMIP5 models to simulate the current burden of tropospheric aerosol and the decadal trends in this burden can be assessed using observations of aerosol optical depth (AOD, see Section 7.3.1.2). The historical data used to drive the CMIP5 20th century simulations reflect recent trends in anthropogenic $SO_2$ emissions, and hence these trends should be manifested in the modelled and observed AOD. During the last three decades, anthropogenic emissions of $SO_2$ from North America and Europe have declined due to the imposition of emission controls, while the emissions from Asia have increased. The combination of the European, North American, and Asians trends has yielded a global reduction in $SO_2$ emissions of 20 Gg($SO_2$), or 15% between 1970 and 2000 although emissions subsequently increased by 9 Gg($SO_2$)

between 2000 and 2005 (Smith et al., 2011b). For the period 2001 to 2005, CMIP5 models underestimate the mean AOD at 550 nm relative to satellite-retrieved AOD by at least 20% over virtually all land surfaces (Figure 9.28). The differences between the modelled and measured AODs exceed the errors in the Multi-angle Imaging Spectro-Radiometer (MISR) retrievals over land of ±0.05 or 0.2×AOD (Kahn et al., 2005) and the RMS errors in the corrected Moderate Resolution Imaging Spectrometer (MODIS) retrievals over ocean of 0.061(Shi et al., 2011).

The effects of sulphate and other aerosol species on surface insolation through direct and indirect forcing appear to be one of the principal causes of the 'global dimming' between the 1960s and 1980s and subsequent 'global brightening' in the last two decades (see Section 2.3.3.1). This inference is supported by trends in aerosol optical depth and trends in surface insolation under cloud-free conditions. Thirteen out of 14 CMIP3 models examined by Ruckstuhl and Norris (2009) produce a transition from "dimming" to 'brightening' that is consistent with the timing of the transition from increasing to decreasing global anthropogenic aerosol emissions. The transition from 'dimming' to 'brightening' in both Europe and North America is well simulated by the HadGEM2 model (Haywood et al., 2011).



**Figure 9.28** | (a): Annual mean visible aerosol optical depth (AOD) for 2001 through 2005 using the Moderate Resolution Imaging Spectrometer (MODIS) version 5 satellite retrievals for ocean regions (Remer et al., 2008) with corrections (Zhang et al., 2008a; Shi et al., 2011) and version 31 of MISR retrievals over land (Zhang and Reid, 2010; Stevens and Schwartz, 2012). (b): The absolute error in visible AOD from the median of a subset of CMIP5 models' historical simulations relative to the satellite retrievals of AOD shown in (a). The model outputs for 2001 through 2005 are from 21 CMIP5 models with interactive or semi-interactive aerosol representation.

BLM_0151308



**Figure 9.29 |** Time series of global oceanic mean aerosol optical depth (AOD) from individual CMIP5 models' historical (1850–2005) and RCP4.5 (2006–2010) simulations, corrected Moderate Resolution Imaging Spectrometer (MODIS) satellite observations by Shi et al. (2011) and Zhang et al. (2008a), and the Atmospheric Chemistry and Climate Model Intercomparison Project (ACCMIP) simulations for the 1850s by Shindell et al. (2013b).

These recent trends are superimposed on a general upward trend in aerosol loading since 1850 reflected by an increase in global mean oceanic AODs from the CMIP5 historical and RCP 4.5 simulations from 1850 to 2010 (Figure 9.29). Despite the use of common anthropogenic aerosol emissions for the historical simulations (Lamarque et al., 2010), the simulated oceanic AODs for 2010 range from 0.08 to 0.215, with nearly equal numbers of models over and underestimating the satellite retrieved AOD of 0.12 (Figure 9.29). This range in AODs results from differing estimates of the trends and of the initial global mean oceanic AOD at 1850 across the CMIP5 ensemble (Figure 9.29).

#### 9.4.6.2 Principal Sources of Uncertainty in Projections of Sulphate Burdens

Natural sources of sulphate from oxidation of dimethylsulphide (DMS) emissions from the ocean surface are not specified under the RCP protocol and therefore represent a source of uncertainty in the sulphur cycle simulated by the CMIP5 ensemble. In simulations of present-day conditions, DMS emissions span a 5 to 95% confidence interval of 10.7 to 28.1 TgS $yr^{-1}$ (Faloona, 2009). After chemical processing, DMS contributes between 18 and 42% of the global atmospheric sulphate burden and up to 80% of the sulphate burden over most the SH (Carslaw et al., 2010). Several CMIP5 models include prognostic calculation of the biogenic DMS source; however, the effects from differences in DMS emissions on modelled sulphate burdens remain to be quantified.

In contrast to CMIP3, the models in the CMIP5 ensemble are provided with a single internally consistent set of future anthropogenic $SO_2$

emissions. The use of a single set of emissions removes an important, but not dominant, source of uncertainty in the AR5 simulations of the sulphur cycle. In experiments based on a single chemistry–climate model with perturbations to both emissions and sulphur-cycle processes, uncertainties in emissions accounted for 53.3% of the ensemble variance (Ackerley et al., 2009). The next largest source of uncertainty was associated with the wet scavenging of sulphate (see Section 7.3.2), which accounted for 29.5% of the intra-ensemble variance and represents the source/sink term with the largest relative range in the aerosol models evaluated by Faloona (2009). Similarly, simulations run with heterogeneous or harmonized emissions data sets yielded approximately the same intermodel standard deviation in sulphate burden of 25 Tg. These results show that a dominant source of the spread among the sulphate burdens is associated with differences in the treatment of chemical production, transport, and removal from the atmosphere (Liu et al., 2007; Textor et al., 2007). Errors in modelled aerosol burden systematically affect anthropogenic RF (Shindell et al., 2013b).

### 9.5 Simulation of Variability and Extremes

#### 9.5.1 Importance of Simulating Climate Variability

The ability of a model to simulate the mean climate, and the slow, externally forced change in that mean state, was evaluated in the previous section. However, the ability to simulate climate variability, both unforced internal variability and forced variability (e.g., diurnal and seasonal cycles) is also important. This has implications for the signal-

BLM_0151309

to-noise estimates inherent in climate change detection and attribution studies where low-frequency climate variability must be estimated, at least in part, from long control integrations of climate models (Section 10.2). It also has implications for the ability of models to make quantitative projections of changes in climate variability and the statistics of extreme events under a warming climate. In many cases, the impacts of climate change will be experienced more profoundly in terms of the frequency, intensity or duration of extreme events (e.g., heat waves, droughts, extreme rainfall events; see Section 12.4). The ability to simulate climate variability is also central to achieving skill in climate prediction by initializing models from the observed climate state (Sections 11.1 and 11.2).

Evaluating model simulations of climate variability also provides a means to explore the representation of certain processes, such as the coupled processes underlying the ENSO and other important modes of variability. A model's representation of the diurnal or seasonal cycle—both of which represent responses to external (rotational or orbital) forcing – may also provide some insight into a model's 'sensitivity' and by extension, the ability to respond correctly to GHG, aerosol, volcanic and solar forcing.

### 9.5.2   Diurnal-to-Seasonal Variability

#### 9.5.2.1   Diurnal Cycles of Temperature and Precipitation

The diurnally varying solar radiation received at a given location drives, through complex interactions with the atmosphere, land surface and upper ocean, easily observable diurnal variations in surface and near-surface temperature, precipitation, level stability and winds. The AR4 noted that climate models simulated the global pattern of the diurnal temperature range, zonally and annually averaged over the continent, but tended to underestimate its magnitude in many regions (Randall et al., 2007). New analyses over land indicate that model deficiencies in surface–atmosphere interactions and the planetary boundary layer are also expected to contribute to some of the diurnal cycle errors and that model agreement with observations depends on region, vegetation type and season (Lindvall et al., 2012). Analyses of CMIP3 simulations show that the diurnal amplitude of precipitation is realistic, but most models tend to start moist convection prematurely over land (Dai, 2006; Wang et al., 2011a). Many CMIP5 models also have peak precipitation several hours too early compared to surface observations and TRMM satellite observations (Figure 9.30). This and the so-called 'drizzling bias' (Dai, 2006) can have large adverse impacts on surface evaporation and runoff (Qian et al., 2006). Over the ocean, models often rain too frequently and underestimated the diurnal amplitude (Stephens et al., 2010). It has also been suggested that a weak diurnal cycle of surface air temperature is produced over the ocean because of a lack of diurnal variations in SST (Bernie et al., 2008), and most models have difficulty with this due to coarse vertical resolution and coupling frequency (Dai and Trenberth, 2004; Danabasoglu et al., 2006).

Improved representation of the diurnal cycle has been found with increased atmospheric resolution (Sato et al., 2009; Ploshay and Lau, 2010) or with improved representation of cloud physics (Khairoutdinov et al., 2005), but the reasons for these improvements remain poorly

understood. Other changes such as the representation of entrainment in deep convection (Stratton and Stirling, 2012), improved coupling between shallow and deep convection, and inclusion of density currents (Peterson et al., 2009) have been shown to greatly improve the diurnal cycle of convection over tropical land and provide a good representation of the timing of convection over land in coupled ocean–atmosphere simulations (Hourdin et al., 2013). Thanks to improvements like this, the best performing models in Figure 9.30 appear now to be able to capture the land and ocean diurnal phase and amplitude quite well.

#### 9.5.2.2   Blocking

In the mid latitudes, climate is often characterized by weather regimes (see Chapter 2), amongst which blocking regimes play a role in the occurrence of extreme weather events (Buehler et al., 2011; Sillmann et al., 2011; Pfahl and Wernli, 2012). During blocking, the prevailing mid-latitude westerly winds and storm systems are interrupted by a local reversal of the zonal flow. Climate models in the past have universally underestimated the occurrence of blocking, in particular in the Euro-Atlantic sector (Scaife et al., 2010).

There are important differences in methods used to identify blocking (Barriopedro et al., 2010a), and the diagnosed blocking frequency can be very sensitive to details such as the choice of latitude (Barnes et al., 2012). Blocking indices can be sensitive to biases in the representation of mean state (Scaife et al., 2010) or in variability (Barriopedro et al., 2010b; Vial and Osborn, 2012). When blocking is measured via anomaly fields, rather than reversed absolute fields, model skill can be high even in relatively low-resolution models (e.g., Sillmann and Croci-Maspoli, 2009).

Recent work has shown that models with high horizontal (Matsueda, 2009; Matsueda et al., 2009, 2010) or vertical resolution (Anstey et al., 2013) are better able to simulate blocking. These improvement arise from increased representation of orography and atmospheric dynamics (Woollings et al., 2010b; Jung et al., 2012; Berckmans et al., 2013), as well as reduced ocean surface temperature errors in the extra tropics (Scaife et al., 2011). Improved physical parameterizations have also been shown to improve simulations of blocking (Jung et al., 2010). However, as in CMIP3 (Scaife et al., 2010; Barnes et al., 2012), most of the CMIP5 models still significantly underestimate winter Euro-Atlantic blocking (Anstey et al., 2013; Masato et al., 2012; Dunn-Sigouin and Son, 2013). These new results show that the representation of blocking events is improving in models, even though the overall quality of CMIP5 ensemble is medium. There is *high confidence* that model representation of blocking is improved through increases in model resolution.

#### 9.5.2.3   Madden–Julian Oscillation

During the boreal winter the eastward propagating feature known as the Madden–Julian Oscillation (MJO; (Madden and Julian, 1972, 1994) predominantly affects the deep tropics, while during the boreal summer there is also northward propagation over much of southern Asia (Annamalai and Sperber, 2005). The MJO has received much attention given the prominent role it plays in tropical climate variability (e.g., monsoons, ENSO, and mid-latitudes; Lau and Waliser, 2011)

BLM_0151310



**Figure 9.30 |** Composite diurnal cycle of precipitation averaged over land (left) and ocean (right) for three different latitude bands at each local time and season (June–July–August (JJA), December–January–February (DJF), or their sum). For most of the CMIP5 models, data from 1980–2005 from the historical runs were averaged to derived the composite cycle; however, a few models had the required 3-hourly data only for 1990–2005 or 1996–2005. For comparison with the model results, a similar diagnosis from observations is shown (black solid line: surface-observed precipitation frequency; black dashed line: TRMM 3B42 data set, 1998–2003 mean). (Update of Figure 17 of Dai, 2006.)

Phenomenological diagnostics (Waliser et al., 2009a) and process-oriented diagnostics (e.g., Xavier, 2012) have been used to evaluate MJO in climate models. An important reason for model errors in representing the MJO is that convection parameterizations do not provide sufficient build-up of moisture in the atmosphere for the large scale organized convection to occur (Kim et al., 2012; Mizuta et al., 2012). Biases in the model mean state also contribute to poor MJO simulation (Inness et al., 2003). High-frequency coupling with the ocean is also an important factor (Bernie et al., 2008). While new parameterizations of convection may improve the MJO (Hourdin et al., 2013), this sometimes occurs at the expense of a good simulation of the mean tropical climate (Kim et al., 2012). In addition, high resolution models with an

improved diurnal cycle do not necessarily produce an improved MJO (Mizuta et al., 2012).

Most models underestimate the strength and the coherence of convection and wind variability (Lin et al., 2006; Lin and Li, 2008). The simplified metric shown in Figure 9.31 provides a synthesis of CMIP3 and CMIP5 model results (Sperber and Kim, 2012). It shows that simulation of the MJO is still a challenge for climate models (Lin et al., 2006; Kim et al., 2009; Xavier et al., 2010). Most models have weak coherence in their MJO propagation (smaller maximum positive correlation). Even so, relative to CMIP3 there has been improvement in CMIP5 in simulating the eastward propagation of boreal winter MJO convection from

797



**Figure 9.31** | (a, b) The two leading Empirical Orthogonal Functions (EOFs) of outgoing longwave radiation (OLR) from years of strong Madden–Julian Oscillation (MJO) variability computed following Sperber (2003). The 20- to 100-day filtered OLR from observations and each of the CMIP5 historical simulations and the CMIP3 simulations of 20th century climate is projected on these two leading EOFs to obtain MJO Principal Component time series. The scatterplot (c) shows the maximum positive correlation between the resulting MJO Principal Components and the time lag at which it occurred for all winters (November to March). The maximum positive correlation is an indication of the coherence with which the MJO convection propagates from the Indian Ocean to the Maritime Continent/western Pacific, and the time lag is approximately one fourth of the period of the MJO. (Constructed following Sperber and Kim, 2012.)

the Indian Ocean into the western Pacific (Hung et al., 2013) and northward propagation during boreal summer (Sperber et al., 2012). In addition there is evidence that models reproduce MJO characteristics in the east Pacific (Jiang et al., 2012b), and that, overall, there is improvement compared to previous generations of climate models (Waliser et al., 2003; Lin et al., 2006; Sperber and Annamalai, 2008).

### 9.5.2.4   Large-Scale Monsoon Rainfall and Circulation

Monsoons are the dominant modes of annual variation in the tropics (Trenberth et al., 2000; Wang and Ding, 2008), and affect weather and climate in numerous regions (Chapter 14). High-fidelity simulation of the mean monsoon and its variability is of great importance for simulating future climate impacts (Wang, 2006; Sperber et al., 2010; Colman et al., 2011; Turner and Annamalai, 2012). The monsoon is characterized by an annual reversal of the low level winds and well defined dry and wet seasons (Wang and Ding, 2008), and its variability is primarily connected to the MJO and ENSO (Section 9.5.3). The AR4 reported that most CMIP3 models poorly represent the characteristics of the monsoon and monsoon teleconnections (Randall et al., 2007), though improvement in CMIP5 has been noted for the mean climate, seasonal cycle, intraseasonal and interannual variability (Sperber et al., 2012).

The different monsoon systems are connected through the large-scale tropical circulation, offering the possibility to evaluate a models' representation of monsoon domain and intensity through the global monsoon concept (Wang and Ding, 2008; Wang et al., 2011a). The CMIP5 multi-model ensemble generally reproduces the observed spatial patterns but somewhat underestimates the extent and intensity, especially over Asia and North America (Figure 9.32). The best model has similar performance to the multi-model mean, whereas the poorest models fail to capture the monsoon precipitation domain and intensity over Asia and the western Pacific, Central America, and Australia. Fan et al. (2010) also show that CMIP3 simulations capture the observed trend of weakening of the South Asian summer circulation over the past half century, but are unable to reproduce the magnitude of the observed trend in precipitation. On longer time scales, mid-Holocene simulations show that even though models capture the sign of the monsoon precipitation changes, they tend to underestimate its magnitude (Braconnot et al., 2007b; Zhao and Harrison, 2012)

Poor simulation of the monsoon has been attributed to cold SST biases over the Arabian Sea (Levine and Turner, 2012), a weak meridional temperature gradient (Joseph et al., 2012), unrealistic development of the Indian Ocean dipole (Achuthavarier et al., 2012; Boschat et al.,

BLM_0151312



**Figure 9.32 |** Monsoon precipitation intensity (shading, dimensionless) and monsoon precipitation domain (lines) are shown for (a) observation-based estimates from Global Precipitation Climatology Project (GPCP), (b) the CMIP5 multi-model mean, (c) the best model and (d) the worst model in terms of the threat score for this diagnostic. These measures are based on the seasonal range of precipitation using hemispheric summer (May through September in the Northern Hemisphere (NH)) minus winter (November through March in the NH) values. The monsoon precipitation domain is defined where the annual range is >2.5 mm day⁻¹, and the monsoon precipitation intensity is the seasonal range divided by the annual mean. The threat scores (Wilks, 1995) indicate how well the models represent the monsoon precipitation domain compared to the GPCP data. The threat score in panel (a) is between GPCP and CMAP rainfall to indicate observational uncertainty, whereas in the other panel it is between the simulations and the GPCP observational data set. A threat score of 1.0 would indicate perfect agreement between the two data sets. See Wang and Ding (2008), Wang et al. (2011a), and Kim et al. (2011) for details of the calculations.

2012) and changes to the circulation through excessive precipitation over the southwest equatorial Indian Ocean (Bollasina and Ming, 2013). These biases lead to too weak inland moisture transport and an underestimate of monsoon precipitation over India. Similar SST biases contribute to model-data mismatch in the simulation of the mid-Holocene Asian monsoon (Ohgaito and Abe-Ouchi, 2009), even though the representation of atmospheric processes such as convection seems to dominate the model spread in this region (Ohgaito and Abe-Ouchi, 2009) or over Africa (Zheng and Braconnot, 2013). Factors that have contributed to improved representation of the monsoon in some CMIP5 models include better simulation of topography-related monsoon precipitation due to higher horizontal resolution (Mizuta et al., 2012), a more realistic ENSO–monsoon teleconnection (Meehl et al., 2012) and improved propagation of intraseasonal variations (Sperber and Kim, 2012). The impact of aerosols on monsoon precipitation and its variability is the subject of ongoing investigation (Lau et al., 2008).

These results provide *robust evidence* that CMIP5 models simulate more realistic monsoon climatology and variability than their CMIP3 predecessors, but they still suffer from biases in the representation of the monsoon domain and intensity leading to medium model quality at the global scale and declining quality at the regional scale.

### 9.5.3   Interannual-to-Centennial Variability

In addition to the annual, intra-seasonal and diurnal cycles described above, a number of other modes of variability arise on multi-annual to multi-decadal time scales (see also Box 2.5). Most of these modes have a particular regional manifestation whose amplitude can be larger

than that of human-induced climate change. The observational record is usually too short to fully evaluate the representation of variability in models and this motivates the use of reanalysis or proxies, even though these have their own limitations.

#### 9.5.3.1   Global Surface Temperature Multi-Decadal Variability

The AR4 concluded that modelled global temperature variance at decadal to inter-decadal time scales was consistent with 20th century observations. In addition, results from the last millennium suggest that simulated variability is consistent with indirect estimates (Hegerl et al., 2007).

Figure 9.33a shows simulated internal variability of mean surface temperature from CMIP5 pre-industrial control simulations. Model spread is largest in the tropics and mid to high latitudes (Jones et al., 2012), where variability is also large; however, compared to CMIP3, the spread is smaller in the tropics owing to improved representation of ENSO variability (Jones et al., 2012). The power spectral density of global mean temperature variance in the historical simulations is shown in Figure 9.33b and is generally consistent with the observational estimates.

At longer time scale of the spectra estimated from last millennium simulations, performed with a subset of the CMIP5 models, can be assessed by comparison with different NH temperature proxy records (Figure 9.33c; see Chapter 5 for details). The CMIP5 millennium simulations include natural and anthropogenic forcings (solar, volcanic, GHGs, land use) (Schmidt et al., 2012). Significant differences between unforced and forced simulations are seen for time scale larger than

BLM_0151313

**Figure 9.33 |** Global climate variability as represented by: (a) Standard deviation of zonal-mean surface temperature of the CMIP5 pre-industrial control simulations (after Jones et al., 2012). (b) Power spectral density for 1901–2010 global mean surface temperature for both historical CMIP5 simulations and the observations (after Jones et al., 2012). The grey shading provides the 5 to 95% range of the simulations. (c) Power spectral density for Northern Hemisphere surface temperature from the CMIP5/ Paleoclimate Modelling Intercomparison Project version 3 (PMIP3) last-millennium simulations (colour, solid) using common external forcing configurations (Schmidt et al., 2012), together with the corresponding pre-industrial simulations (colour, dashed), previous last-millennium AOGCM simulations (black: Fernandez-Donado et al., 2013), and temperature reconstructions from different proxy records (see Section 5.3.5). For comparison between model results and proxy records, the spectra in (c) have been computed from normalized Northern Hemisphere time series. The small panel included in the bottom panel shows for the different models and reconstructions the percentage of spectral density cumulated for periods longer than 50 years, to highlight the differences between unforced (pre-industrial control) and forced (PMIP3 and pre-PMIP3) simulations, compared to temperature reconstruction for the longer time scales. In (b) and (c) the spectra have been computed using a Tukey–Hanning filter of width 97 and 100 years, respectively. The model outputs were not detrended, except for the MIROC-ESM millennium simulation. The 5 to 95% intervals (vertical lines) provide the accuracy of the power spectra estimated given a typical length of 110 years for (b) and 1150 years for (c).

BLM_0151314

50 years, indicating the importance of forced variability at these time scales (Fernandez-Donado et al., 2013). It should be noted that a few models exhibit slow background climate drift which increases the spread in variance estimates at multi-century time scales. Nevertheless, the lines of evidence above suggest with *high confidence* that models reproduce global and NH temperature variability on a wide range of time scales.

### 9.5.3.2   Extratropical Circulation, North Atlantic Oscillation and Other Related Dipolar and Annular Modes

Based on CMIP3 models, Gerber et al. (2008) confirmed the AR4 assessment that climate models are able to capture the broad spatial and temporal features of the North Atlantic Oscillation (NAO), but there are substantial differences in the spatial patterns amongst individual models (Casado and Pastor, 2012; Handorf and Dethloff, 2012). Climate models tend to have patterns of variability that are more annular in character than observed (Xin et al., 2008). Models substantially overestimate persistence on sub-seasonal and seasonal time scales, and have difficulty simulating the seasonal cycle of annular mode time scales found in reanalyses (Gerber et al., 2008). The unrealistically long time scale of variability is worse in models with particularly strong equatorward biases in the mean jet location, a result which has been found to hold in the North Atlantic and in the SH (Barnes and Hartmann, 2010; Kidston and Gerber, 2010).

As described in the AR4, climate models have generally been unable to simulate changes as strong as the observed NAO trend over the period 1965–1995, either in coupled mode (Gillett, 2005; Stephenson et al., 2006; Stoner et al., 2009) or forced with observed boundary conditions (Scaife et al. 2009). However, there are a few exceptions to this (e.g., Selten et al., 2004; Semenov et al, 2008), so it is unclear to what extent the underestimation of late 20th century trends reflects model shortcomings versus internal variability. Further evidence has emerged of the coupling of NAO variability between the troposphere and the stratosphere, and even models with improved stratospheric resolution appear to underestimate the vertical coupling (Morgenstern et al., 2010) with consequences for the NAO response to anthropogenic forcing (Sigmond and Scinocca, 2010; Karpechko and Manzini, 2012; Scaife et al., 2012).

The Pacific basin analogue of the NAO, the North Pacific Oscillation (NPO) is a prominent pattern of wintertime atmospheric circulation variability characterized by a north–south dipole in sea level pressure (Linkin and Nigam, 2008). Although climate models simulate the main spatial features of the NPO, many of them are unable to capture the observed linkages with tropical variability and the ocean (Furtado et al., 2011).

Raphael and Holland (2006) showed that coupled models produce a clear Southern Annular Mode (SAM) but that there are relatively large differences between models in terms of the exact shape and orientation of this pattern. Karpechko et al. (2009) found that the CMIP3 models have problems representing linkages between the SAM and SST, surface air temperature, precipitation and particularly sea ice in the Antarctic region.

### 9.5.3.3   Atlantic Modes

#### 9.5.3.3.1   Atlantic Meridional Overturning Circulation variability

Previous comparisons of the observed and simulated AMOC were restricted to its mean strength, as it had only been sporadically observed (see Chapter 3 and Section 9.4.2.3.1). Continuous AMOC time series now exist for latitudes 41°N (reconstructions since 1993) and 26.5°N (estimate based on direct observations since 2004) (Cunningham et al., 2010; Willis, 2010). At 26.5°N, CMIP3 and CMIP5 model simulations show total AMOC variability that is within the observational uncertainty (Baehr et al., 2009; Marsh et al., 2009; Balan Sarojini et al., 2011; Msadek et al., 2013). However, the total AMOC is the sum of a wind-driven component and a mid-ocean geostrophic component. While both CMIP3 and CMIP5 models tend to overestimate the wind-driven variability, they tend to underestimate the mid-ocean geostrophic variability (Baehr et al., 2009; Balan Sarojini et al., 2011; Msadek et al., 2013). The latter is suggested to result from deficiencies in the simulation of the hydrographic characteristics (Baehr et al., 2009), specifically the Nordic Seas overflows (Yeager and Danabasoglu, 2012; Msadek et al., 2013).

#### 9.5.3.3.2   Atlantic multi-decadal variability/Atlantic Multi-decadal Oscillation

The Atlantic Multi-decadal Variability (AMV), also known as Atlantic Multi-decadal Oscillation (AMO), is a mode of climate variability with an apparent period of about 70 years, and a pattern centred in the North Atlantic Ocean (see Section 14.7.6). In the AR4, it was shown that a number of climate models produced AMO-like multidecadal variability in the North Atlantic linked to variability in the strength of the AMOC. Subsequent analyses has confirmed this, however simulated time scales range from 40 to 60 years (Frankcombe et al., 2010; Park and Latif, 2010; Kavvada et al., 2013), to a century or more (Msadek and Frankignoul, 2009; Menary et al., 2012). In addition, the spatial patterns of variability related to the AMOC differ in many respects from one model to another as shown in Figure 9.34.

The presence of AMO-like variability in unforced simulations, and the fact that forced 20th century simulations in the CMIP3 multi-model ensemble produce AMO variability that is not in phase with that observed, implies the AMO is not predominantly a result of the forcings imposed on the models (Kravtsov and Spannagle, 2008; Knight, 2009; Ting et al., 2009). Results from the CMIP5 models also show a key role for internal variability, alongside a contribution from external forcings in recent decades (Terray, 2012). Historical AMO fluctuations have been better reproduced in a model with a more sophisticated aerosol treatment than was typically used in CMIP3 (Booth et al., 2012a), albeit at the expense of introducing other observational inconsistencies (Zhang et al., 2013). This could suggest that at least part of the AMO may in fact be forced, and that aerosols play a role. In addition to tropospheric aerosols, Otterå et al. (2010) showed the potential for simulated volcanic forcing to have influenced AMO fluctuations over the last 600 years.

BLM_0151315

**9**



**Figure 9.34** | Sequence of physical links postulated to connect Atlantic Meridional Overturning Circulation (AMOC) and Atlantic Multi-decadal Variability (AMV), and how they are represented in three climate models. Shown are regression patters for the following quantities (from top to bottom): sea surface temperature (SST) composites using AMOC time series; precipitation composites using cross-equatorial SST difference time series; equatorial salinity composites using Intertropical Convergence Zone (ITCZ)-strength time series; subpolar-gyre depth-averaged salinity (top 800 to 1000 m) using equatorial salinity time series; subpolar gyre depth averaged density using subpolar gyre depth averaged salinity time series. From left to right: the two CMIP3 models HadCM3 and ECHAM/MPI-OM (MPI), and the non-CMIP model KCM. Black outlining signifies areas statistically significant at the 5% level for a two-tailed t test using the moving-blocks bootstrapping technique (Wilks, 1995). (Figure 3 from Menary et al., 2012.)

#### 9.5.3.3.3   Tropical zonal and meridional modes

The Atlantic Meridional Mode (AMM) is the dominant mode of inter-annual variability in the tropical Atlantic, is characterized by an anomalous meridional shift in the ITCZ (Chiang and Vimont, 2004), and has impacts on hurricane tracks over the North Atlantic (Xie et al., 2005; Smirnov and Vimont, 2011). Virtually all CMIP models simulate AMM-like SST variability in their 20th century climate simulations. However, most models underestimate the SST variance associated with the AMM, and position the north tropical Atlantic SST anomaly too far equatorward. More problematic is the fact that the development of the AMM in many models is led by a zonal mode during boreal winter—a feature that is not observed in nature (Breugem et al., 2006). This spurious AMM behaviour in the models is expected to be associated with the severe model biases in simulating the ITCZ (see Section 9.4.2.5.2).

BLM_0151316

**Atlantic Niño**

CMIP3 models have considerable difficulty simulating Atlantic Niño in their 20th century climate simulations. For many models the so-called 'Atl-3' SST index (20°W to 0°W, 3°S to 3°N) displays the wrong seasonality, with the maximum value in either DJF or SON instead of JJA as is observed (Breugem et al., 2006). Despite large biases in the simulated climatology (Section 9.4.2.5.2), about one third of CMIP5 models capture some aspects of Atlantic Niño variability, including amplitude, spatial pattern and seasonality (Richter et al., 2013). This represents an improvement over CMIP3.

### 9.5.3.4    Indo-Pacific Modes

#### 9.5.3.4.1    El Niño-Southern Oscillation

The ENSO phenomenon is the dominant mode of climate variability on seasonal to interannual time scales (see Wang and Picaut (2004) and Chapter 14). The representation of ENSO in climate models has steadily improved and now bears considerable similarity to observed ENSO properties (AchutaRao and Sperber, 2002; Randall et al., 2007; Guilyardi et al., 2009b). However, as was the case in the AR4, simulations



**Figure 9.35 |** Maximum entropy power spectra of surface air temperature averaged over the NINO3 region (5°N to 5°S, 150°W to 90°W) for (a) the CMIP5 models and (b) the CMIP3 models. ECMWF reanalysis in (a) refers to the European Centre for Medium Range Weather Forecasts (ECMWF) 15-year reanalysis (ERA15). The vertical lines correspond to periods of two and seven years. The power spectra from the reanalyses and for SST from the Hadley Centre Sea Ice and Sea Surface Temperature (HadISST) version 1.1, Hadley Centre/Climatic Research Unit gridded surface temperature data set 4 (HadCRU 4), ECMWF 40-year reanalysis (ERA40) and National Centers for Environmental Prediction/National Center for Atmospheric Research (NCEP/NCAR) data set are given by the series of black curves. (Adapted from AchutaRao and Sperber, 2006.)

BLM_0151317



**Figure 9.36 |** ENSO metrics for pre-industrial control simulations in CMIP3 and CMIP5. (a) and (b): SST anomaly standard deviation (°C) in Niño 3 and Niño 4, respectively, (c) precipitation response (standard deviation, mm/day) in Niño4. Reference data sets, shown as dashed lines: Hadley Centre Sea Ice and Sea Surface Temperature (HadISST) version 1.1 for (a) and (b), CPC Merged Analysis of Precipitation (CMAP) for (c). The CMIP5 and CMIP3 multi-model means are shown as squares on the left of each panel with the whiskers representing the model standard deviation. Individual CMIP3 models shown as filled grey circles, and individual CMIP5 models are identified in the legend.

of both background climate (time mean and seasonal cycle, see Section 9.4.2.5.1) and internal variability exhibit serious systematic errors (van Oldenborgh et al., 2005; Capotondi et al., 2006; Guilyardi, 2006; Wittenberg et al., 2006; Watanabe et al., 2011; Stevenson et al., 2012; Yeh et al., 2012), many of which can be traced to the representation of deep convection, trade wind strength and cloud feedbacks, with little improvement from CMIP3 to CMIP5 (Braconnot et al., 2007a; L'Ecuyer and Stephens, 2007; Guilyardi et al., 2009a; Lloyd et al., 2009, 2010; Sun et al., 2009; Zhang and Jin, 2012).

While a number of CMIP3 models do not exhibit an ENSO variability maximum at the observed 2- to 7- year time scale, most CMIP5 models do have a maximum near the observed range and fewer models have the tendency for biennial oscillations (Figure 9.35; see also Stevenson, 2012). In CMIP3 the amplitude of El Niño ranged from less than half to more than double the observed amplitude (van Oldenborgh et al., 2005; AchutaRao and Sperber, 2006; Guilyardi, 2006; Guilyardi et al., 2009b). By contrast, the CMIP5 models show less inter-model spread (Figure 9.36; Kim and Yu, 2012). The CMIP5 models still exhibit errors in ENSO amplitude, period, irregularity, skewness, spatial patterns (Lin,

2007; Leloup et al., 2008; Guilyardi et al., 2009b; Ohba et al., 2010; Yu and Kim, 2011; Su and Jiang, 2012) or teleconnections (Watanabe et al., 2012; Weller and Cai, 2013a).

Since AR4, new analysis methods have emerged and are now being applied. For example, Jin et al. (2006) and Kim and Jin (2011a) identified five different feedbacks affecting the Bjerknes (or BJ) index, which in turn characterizes ENSO stability. Kim and Jin (2011b) applied this process-based analysis to the CMIP3 multi-model ensemble and demonstrated a significant positive correlation between ENSO amplitude and the BJ index. When respective components of the BJ index obtained from the coupled models were compared with those from observations, it was shown that most coupled models underestimated the negative thermal damping feedback (Lloyd et al., 2011; Chen et al., 2013) and the positive zonal advective and thermocline feedbacks.

Detailed quantitative evaluation of ENSO performance is hampered by the short observational record of key processes (Wittenberg, 2009; Li et al., 2011b; Deser et al., 2012) and the complexity and diversity of the processes involved (Wang and Picaut, 2004). While shortcomings

BLM_0151318

remain (Guilyardi et al., 2009b), the CMIP5 model ensemble shows some improvement compared to CMIP3, but there has been no major breakthrough and the multi-model improvement is mostly due to a reduced number of poor-performing models.

### 9.5.3.4.2    Indian Ocean basin and dipole modes

Indian Ocean SST displays a basin-wide warming following El Niño (Klein et al., 1999). This Indian Ocean basin (IOB) mode peaks in boreal spring and persists through the following summer. Most CMIP5 models capture this IOB mode, an improvement over CMIP3 (Du et al., 2013). However, only about half the CMIP5 models capture its long temporal persistence, and these models tend to simulate ENSO-forced ocean Rossby waves in the tropical south Indian Ocean (Zheng et al., 2011).

The Indian Ocean zonal dipole mode (IOD) (Saji et al., 1999; Webster et al., 1999) appears to be part of a hemispheric response to tropical atmospheric forcing (Fauchereau et al., 2003; Hermes and Reason, 2005). Most CMIP3 models are able to reproduce the general features of the IOD, including its phase lock onto the July to November season (Saji et al., 2006). The modelled SST anomalies, however, tend to show too strong a westward extension along the equator in the eastern Indian Ocean. CMIP3 models exhibit considerable spread in IOD amplitude, some of which can be explained by differences in the strength of the simulated Bjerknes feedback (Liu et al., 2011; Cai and Cowan, 2013). No substantial change is seen in CMIP5 (Weller and Cai, 2013a).

Many models simulate the observed correlation between IOD and ENSO. The magnitude of this correlation varies substantially between models, but is apparently not tied to the amplitude of ENSO (Saji et al., 2006). A subset of CMIP3 models show a spurious correlation with ENSO following the decay of ENSO events, instead of during the ENSO developing phase, possibly due to erroneous representation of oceanic pathways connecting the equatorial Pacific and Indian Oceans (Cai et al., 2011).

### 9.5.3.4.3    Tropospheric biennial oscillation

The tropospheric biennial oscillation (TBO, Section 14.7.4) is a biennial tendency of many phenomena in the Indo-Pacific region that affects droughts and floods over large areas of south Asia and Australia (e.g., Chang and Li, 2000; Li et al., 2001; Meehl et al., 2003). The IOD involves regional patterns of SST anomalies in the TBO in the Indian Ocean during the northern fall season following the south Asian monsoon (Loschnigg et al., 2003). The TBO has been simulated in a number of global coupled climate model simulations (e.g., Ogasawara et al., 1999; Loschnigg et al., 2003; Nanjundiah et al., 2005; Turner et al., 2007; Meehl and Arblaster, 2011).

### 9.5.3.5    Indo-Pacific Teleconnections

Tropical SST variability provides a significant forcing of atmospheric teleconnections and drives a large portion of the climate variability over land (Goddard and Mason, 2002; Shin et al., 2010). Although local forcings and feedbacks can play an important role (Pitman et al., 2012a), the simulation of land surface temperatures and precipitation requires accurate predictions of SST patterns (Compo and

Sardeshmukh, 2009; Shin et al., 2010) as well as zonal wind variability patterns (Handorf and Dethloff, 2012). Teleconnections hence play a central role in regional climate change (see Chapter 14).

#### 9.5.3.5.1    Teleconnections affecting North America

The Pacific North American (PNA) pattern is a wavetrain-like pattern in mid-level geopotential heights. The majority of CMIP3 models simulate the spatial structure of the PNA pattern in wintertime (Stoner et al., 2009). The PNA pattern has contributions from both internal atmospheric variability (Johnson and Feldstein, 2010) and ENSO and PDO teleconnections (Deser et al., 2004). The power spectrum of this temporal behaviour is generally captured by the CMIP3 models, although the level of year-to-year autocorrelation varies according to the strength of the simulated ENSO and PDO (Stoner et al., 2009).

#### 9.5.3.5.2    Tropical ENSO teleconnections

These moist teleconnection pathways involve mechanisms related to those at play in the precipitation response to global warming (Chiang and Sobel, 2002; Neelin et al., 2003) and provide challenging test statistics for model precipitation response. Compared to earlier generation climate models, CMIP3 and CMIP5 models tend to do somewhat better (Neelin, 2007; Cai et al., 2009; Coelho and Goddard, 2009; Langenbrunner and Neelin, 2013) at precipitation reductions associated with El Niño over equatorial South America and the Western Pacific, although CMIP5 offers little further improvement over CMIP3 (see for instance the standard deviation of precipitation in the western Pacific in Figure 9.36). CMIP5 models simulate the sign of the precipitation change over broad regions, and do well at predicting the amplitude of the change (for a given SST forcing) (Langenbrunner and Neelin, 2013).

A regression of the West African monsoon precipitation index with global SSTs reveals two major teleconnections (Fontaine and Janicot, 1996). The first highlights the strong influence of ENSO, while the second reveals a relationship between the SST in the Gulf of Guinea and the northward migration of the monsoon rain belt over West Africa. Most CMIP3 models show a single dominant Pacific teleconnection, which is, however, of the wrong sign for half of the models (Joly et al., 2007). Only one model shows a significant second mode, emphasizing the difficulty in simulating the response of the African rain belt to Atlantic SST anomalies that are not synchronous with Pacific anomalies.

Both CMIP3 and CMIP5 models have been evaluated and found to vary in their abilities to represent both the seasonal cycle of correlations between the Niño 3.4 and North Australian SSTs (Catto et al., 2012a, 2012b) with little change in quality from CMIP3 to CMIP5. Generally the models do not capture the strength of the negative correlations during the second half of the year. The models also still struggle to capture the SST evolution in the North Australian region during El Niño and La Niña. Teleconnection patterns from both ENSO and the Indian Ocean Dipole to precipitation over Australia are reasonably well simulated in the key September-November season (Cai et al., 2009; Weller and Cai, 2013b) in the CMIP3 and CMIP5 multi-model mean.

**9**

BLM_0151319

### 9.5.3.6   Pacific Decadal Oscillation and Interdecadal Pacific Oscillation

The Pacific Decadal Oscillation (PDO) refers to a mode of variability involving SST anomalies over the North Pacific (north of 20°N) (Mantua et al., 1997). Although the PDO time series exhibits considerable decadal variability, it is difficult to ascertain whether there are any robust spectral peaks given the relatively short observational record (Minobe, 1997, 1999; Pierce, 2001; Deser et al., 2004). The ability of climate models to represent the PDO has been assessed by Stoner et al. (2009) and Furtado et al. (2011). Their results indicate that approximately half of the CMIP3 models simulate the observed spatial pattern and temporal behaviour (e.g., enhanced variance at low frequencies); however, spectral peaks are consistently higher in frequency than those suggested by the short observational record. The modelled PDO correlation with SST anomalies in the tropical Indo-Pacific are strongly underestimated by the CMIP3 models (Wang et al., 2010; Deser et al., 2011; Furtado et al., 2011; Lienert et al., 2011). Climate models have been shown to simulate features of the closely related Interdecadal Pacific Oscillation (IPO, based on SSTs over the entire Pacific basin; see Section 14.7.3; Power and Colman, 2006; Power et al., 2006; Meehl et al., 2009), although deficiencies remain in the strength of the tropical–extratropical connections.

### 9.5.3.7   The Quasi-Biennial Oscillation

Significant progress has been made in recent years to model and understand the impacts of the Quasi-Biennial Oscillation (QBO; Baldwin et al., 2001). Many climate models have now increased their vertical domain and/or improved their physical parameterizations (see Tables 9.1 and 9.A.1), and some of these reproduce a QBO (e.g.,

HadGEM2, MPI-ESM-LR, MIROC). Many features of the QBO such as its width and phase asymmetry also appear spontaneously in these simulations due to internal dynamics (Dunkerton, 1991; Scaife et al., 2002; Haynes, 2006). Some of the QBO effects on the extratropical climate (Holton and Tan, 1980; Hamilton, 1998; Naoe and Shibata, 2010) as well as ozone (Butchart et al., 2003; Shibata and Deushi, 2005) are also reproduced in models.

### 9.5.3.8   Summary

In summary, most modes of interannual to interdecadal variability are now present in climate models. As in AR4, their assessment presents a varied picture and CMIP5 models only show a modest improvement over CMIP3, mostly due to fewer poor-performing models. New since the AR4, process-based model evaluation is now helping identify sources of specific biases, although the observational record is often too short or inaccurate to offer strong constraints. The assessment of modes and patterns is summarized in Table 9.4.

### 9.5.4   Extreme Events

Extreme events are realizations of the tail of the probability distribution of weather and climate variability. They are higher-order statistics and thus generally more difficult to realistically represent in climate models. Shorter time scale extreme events are often associated with smaller scale spatial structure, which may be better represented as model resolution increases. In the AR4, it was concluded that models could simulate the statistics of extreme events better than expected from the generally coarse resolution of the models at that time, especially for temperature extremes (Randall et al., 2007).

Table 9.4 | Summary of assessment of interannual to interdecadal variability in climate models. See also Figure 9.44.

| | Short Name | Level of Confidence | Level of Evidence for Evaluation | Degree of Agreement | Model Quality | Difference with AR4 (including CMIP5 vs. CMIP3) | Section |
|---|---|---|---|---|---|---|---|
| Global sea surface temperature (SST) variability | SST-var | High | Robust | Medium | Medium | Slight improvement in the tropics | 9.5.3.1 |
| North Atlantic Oscillation and Northern Annular Mode | NAO | Medium | Medium | Medium | High | No assessment | 9.5.3.2 |
| Southern Annular Mode | SAM | Low | Limited | Medium | Medium | No assessment | 9.5.3.2 |
| Atlantic Meridional Overturning Circulation Variability | AMOC-var | Low | Limited | Medium | Medium | No improvement | 9.5.3.3 |
| Atlantic Multi-decadal Variability | AMO | Low | Limited | Medium | Medium | No improvement | 9.5.3.3 |
| Atlantic Meridional Mode | AMM | High | Medium | High | Low | No assessment | 9.5.3.3 |
| Atlantic Niño | AN | Low | Limited | Medium | Low | Slight improvement | 9.5.3.3 |
| El Niño Southern Oscillation | ENSO | High | Medium | High | Medium | Slight improvement | 9.5.3.4 |
| Indian Ocean Basin mode | IOB | Medium | Medium | Medium | High | Slight improvement | 9.5.3.4 |
| Indian Ocean Dipole | IOD | Medium | Medium | Medium | Medium | No improvement | 9.5.3.4 |
| Pacific North American | PNA | High | Medium | High | Medium | Slight improvement | 9.5.3.5 |
| Tropical ENSO teleconnections | ENSOtele | High | Robust | Medium | Medium | No improvement | 9.5.3.5 |
| Pacific Decadal Oscillation | PDO | Low | Limited | Medium | Medium | No assessment | 9.5.3.6 |
| Interdecadal Pacific Oscillation | IPO | Low | Limited | Medium | High | No assessment | 9.5.3.6 |
| Quasi-Biennial Oscillation | QBO | Medium | Medium | Medium | High | No assessment | 9.5.3.7 |

BLM_0151320

The IPCC has conducted an assessment of extreme events in the context of climate change—the Special Report on Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation (SREX) (IPCC, 2012). Although there is no comprehensive climate model evaluation with respect to extreme events in SREX, there is some consideration of model performance taken into account in assessing uncertainties in projections.

### 9.5.4.1   Extreme Temperature

Since the AR4, evaluation of CMIP3 and CMIP5 models has been undertaken with respect to temperature extremes. Both model ensembles simulate present-day warm extremes, in terms of 20-year return values, reasonably well, with errors typically within a few degrees Celsius over most of the globe (Kharin et al., 2007; Kharin et al., 2012). The CMIP5 and CMIP3 models perform comparably for various temperature extreme indices, but with smaller inter-model spread in CMIP5. The inter-model range of simulated indices is similar to the spread amongst observationally based estimates in most regions (Sillmann et al., 2013). Figure 9.37 shows relative error estimates of available CMIP5 models for various extreme indices based on Sillmann et al. (2013). Although the relative performance of an individual model may depend on the choice of the reference data set (four different reanalyses are used), the mean and median models tend to outperform individual models. According to the standardized multi-model median errors ($RMSE_{std}$) for CMIP3 and CMIP5 shown on the right side of Figure 9.37, the performance of the two ensembles is similar.

In terms of historical trends, CMIP3 and CMIP5 models generally capture observed trends in temperature extremes in the second half of the 20th century (Sillmann et al., 2013), as illustrated in Figure 9.37. The modelled trends are consistent with both reanalyses and station-based estimates. It is also clear in the figure that model-based indices respond coherently to major volcanic eruptions. Detection and attribution studies based on CMIP3 models suggest that models tend to overestimate the observed warming of warm temperature extremes and underestimate the warming of cold extremes in the second half of 20th century (Christidis et al., 2011; Zwiers et al., 2011) as noted in SREX (Seneviratne et al., 2012). See also Chapter 10. This is not as obvious in the CMIP5 model evaluation (Figure 9.37 and Sillmann et al. (2013)) and needs further investigation.

### 9.5.4.2   Extreme Precipitation

For extreme precipitation, observational uncertainty is much larger than for temperature, making model evaluation more challenging. Discrepancies between different reanalyses for extreme precipitation are substantial, whereas station-based observations have limited spatial coverage (Kharin et al., 2007, 2012; Sillmann et al., 2013). Moreover, a station-based observational data set, which is interpolated from station measurements, has a potential mismatch of spatial scale when compared to model results or reanalyses (Chen and Knutson, 2008). Uncertainties are especially large in the tropics. In the extratropics, precipitation extremes in terms of 20-year return values simulated by CMIP3 and CMIP5 models compared relatively well with the observational data sets, with typical discrepancies in the 20% range (Kharin et al., 2007, 2012). Figure 9.37 shows relative errors of CMIP5 models

for five precipitation-related indices. Darker grey shadings in the RMSE columns for precipitation indicate larger discrepancies between models and reanalyses for precipitation extremes in general. Sillmann et al. (2013) found that the CMIP5 models tend to simulate more intense precipitation and fewer consecutive wet days than the CMIP3, and thus are closer to the observationally based indices.

It is known from sensitivity studies that simulated extreme precipitation is strongly dependent on model resolution. Growing evidence has shown that high-resolution models (50 km or finer in the atmosphere) can reproduce the observed intensity of extreme precipitation (Wehner et al., 2010; Endo et al., 2012; Sakamoto et al., 2012), though some of these results are based on models with observationally constrained surface or lateral boundary conditions (i.e., Atmospheric General Circulation Models (AGCMs) or Regional Climate Models (RCMs)).

In terms of historical trends, a detection and attribution study by Min et al. (2011) found consistency in sign between the observed increase in heavy precipitation over NH land areas in the second half of the 20th century and that simulated by CMIP3 models, but they found that the models tend to underestimate the magnitude of the trend (see also Chapter 10). Related to this, it has been pointed out from comparisons to satellite-based data sets that the majority of models underestimate the sensitivity of extreme precipitation intensity to temperature in the tropics (Allan and Soden, 2008; Allan et al., 2010; O'Gorman, 2012) and globally (Liu et al., 2009; Shiu et al., 2012). O'Gorman (2012) showed that this implies possible underestimation of the projected future increase in extreme precipitation in the tropics.

### 9.5.4.3   Tropical Cyclones

It was concluded in the AR4 that high-resolution AGCMs generally reproduced the frequency and distribution, but underestimated intensity of tropical cyclones (Randall et al., 2007). Since then, Mizuta et al. (2012) have shown that a newer version of the MRI-AGCM with improved parameterizations (at 20 km horizontal resolution) simulates tropical cyclones as intense as those observed with improved distribution as well. Another remarkable finding since the AR4 is that the observed year-to-year count variability of Atlantic hurricanes can be well simulated by modestly high resolution (100 km or finer) AGCMs forced by observed SST, though with less skill in other basins (Larow et al., 2008; Zhao et al., 2009; Strachan et al., 2013). Vortices that have some characteristics of tropical cyclones can also be detected and tracked in AOGCMs in CMIP3 and 5, but their intensities are generally too weak (Yokoi et al., 2009a; Yokoi et al., 2012; Tory et al., 2013; Walsh et al., 2013).

### 9.5.4.4   Droughts

Drought is caused by long time scale (months or longer) variability of both precipitation and evaporation. Sheffield and Wood (2008) found that models in the CMIP3 ensemble simulated large-scale droughts in the 20th century reasonably well, in the sense that multi-model spread includes the observational estimate in each of several regions. However, it should be noted that there are various definitions of drought (see Chapter 2 and Seneviratne et al., 2012) and the performance of simulated drought can depend on the definition. Moreover, different models

**9**

BLM_0151321



**Figure 9.37 |** (a) Portrait plot of relative error metrics for the CMIP5 temperature and precipitation extreme indices based on Sillmann et al. (2013). (b)–(e) Time series of global mean temperature extreme indices over land from 1948 to 2010 for CMIP3 (blue) and CMIP5 (red) models, ECMWF 40-year reanalysis (ERA40, green dashed) and National Centers for Environmental Prediction/National Center for Atmospheric Research (NCEP/NCAR, green dotted) reanalyses and HadEX2 station-based observational data set (black) based on Sillmann et al. (2013). In (a), reddish and bluish colours indicate, respectively, larger and smaller root-mean-square (RMS) errors for an individual model relative to the median model. The relative error is calculated for each observational data set separately. The grey-shaded columns on the right side indicate the RMS error for the multi-model median standardized by the spatial standard deviation of the index climatology in the reanalysis, representing absolute errors for CMIP3 and CMIP5 ensembles. Results for four different reference data sets, ERA-interim (top), ERA40 (left), NCEP/NCAR (right) and NCEP- Department of Energy (DOE) (bottom) reanalyses, are shown in each box. The analysis period is 1981–2000, and only land areas are considered. The indices shown are simple daily precipitation intensity index (SDII), very wet days (R95p), annual maximum 5-day/1-day precipitation (RX5day/RX1day), consecutive dry days (CDD), tropical nights (TR), frost days (FD), annual minimum/maximum daily maximum surface air temperature (TXn/TXx), and annual minimum/maximum daily minimum surface air temperature (TNn/TNx). See Box 2.4 for the definitions of indices. Note that only a small selection of the indices analysed in Sillmann et al. (2013) is shown, preferentially those that appear in Chapters 2, 10, 11, 12, 14. Also note that the NCEP/NCAR reanalysis has a known defect for TXx (Sillmann et al., 2013), but its impact on this figure is small. In (b)–(e), shading for model results indicates the 25th to 75th quantile range of inter-model spread. Grey shading along the horizontal axis indicates the evolution of globally averaged volcanic forcing according to Sato et al. (1993). The indices shown are the frequency of daily minimum/maximum surface air temperature below the 10th percentile (b: Cold nights/c: Cold days) and that above 90th percentile (d: Warm nights/e: Warm days) of the 1961–1990 base period. Note that, as these indices essentially represent changes relative to the base period, they are particularly suitable for being shown in time series and not straightforward for being shown in (a).

BLM_0151322

can simulate drought with different mechanisms (McCrary and Randall, 2010; Taylor et al., 2012a). A comprehensive evaluation of CMIP5 models for drought is currently not available, although Sillmann et al. (2013) found that consecutive dry days simulated by CMIP5 models are comparable to observations in magnitude and distribution.

#### 9.5.4.5    Summary

There is *medium evidence* (i.e., a few multi-model studies) and *high agreement* that the global distribution of temperature extremes are represented well by CMIP3 and CMIP5 models. The observed global warming trend of temperature extremes in the second half of the 20th century is reproduced in models, but there is *medium evidence* (a few CMIP3 studies) and *medium agreement* (not evident in a preliminary look at CMIP5) that models tend to overestimate the warming of warm temperature extremes and underestimate the warming of cold temperature extremes.

There is *medium evidence* (single multi-model study) and *medium agreement* (as inter-model difference is large) that CMIP5 models

tend to simulate more intense and thus more realistic precipitation extremes than CMIP3, which could be partly due to generally higher horizontal resolution. There is *medium evidence* and *high agreement* that CMIP3 models tend to underestimate the sensitivity of extreme precipitation intensity to temperature. There is *medium evidence* and *high agreement* that high resolution (50 km or finer) AGCMs tend to simulate the intensity of extreme precipitation comparable to observational estimates.

There is *medium evidence* and *high agreement* that year-to-year count variability of Atlantic hurricanes can be well simulated by modestly high resolution (100 km or finer) AGCMs forced by observed SSTs. There is *medium evidence* and *medium agreement* (as inter-model difference is large) that the intensity of tropical cyclones is too weak in CMIP3 and CMIP5 models. Finally, there is *medium evidence* (a few multi-model studies) and *medium agreement* (as it might depend on definitions of drought) that models can simulate aspects of large-scale drought.

**9**

---

### Box 9.3 |  Understanding Model Performance

This Box provides a synthesis of findings on understanding model performance based on the model evaluations discussed in this chapter.

**Uncertainty in Process Representation**
Some model errors can be traced to uncertainty in representation of processes (parameterizations). Some of these are long-standing issues in climate modelling, reflecting our limited, though gradually increasing, understanding of very complex processes and the inherent challenges in mathematically representing them. For the atmosphere, cloud processes, including convection and its interaction with boundary layer and larger-scale circulation, remain major sources of uncertainty (Section 9.4.1). These in turn cause errors or uncertainties in radiation which propagate through the coupled climate system. Distribution of aerosols is also a source of uncertainty arising from modelled microphysical processes and transport (Sections 9.4.1 and 9.4.6). Ocean models are subject to uncertainty in parameterizations of vertical and horizontal mixing and convection (Sections 9.4.2, 9.5.2 and 9.5.3), and ocean errors in turn affect the atmosphere through resulting SST biases. Simulation of sea ice is also affected by errors in both the atmosphere and the ocean as well as the parameterization of sea ice itself (Section 9.4.3). With respect to biogeochemical components in Earth System Models (ESMs), parameterizations of nitrogen limitation and forest fires are thought to be important for simulating the carbon cycle, but very few ESMs incorporate these so far (Sections 9.4.4 and 9.4.5).

**Error Propagation**
Causes of one model bias can sometimes be associated with another. Although the root cause of those biases is often unclear, knowledge of the causal chain or a set of interrelated biases can provide a key to further understanding and improvement of model performance. For example, biases in storm track position are partly due to a SST biases in the Gulf Stream and Kuroshio Current (Section 9.4.1). Some biases in variability or trend can be partly traced back to biases in mean states. The decreasing trend in September Arctic ice extent tends to be underestimated when sea ice thickness is overestimated (Section 9.4.3). In such cases, improvement of the mean state may improve simulated variability or trend.

**Sensitivity to Resolution**
Some phenomena and aspects of climate are found to be better simulated with models run at higher horizontal and/or vertical resolution. In particular, increased resolution in the atmosphere has improved, at least in some models, storm track and extratropical cyclones (Section 9.4.1), diurnal variation of precipitation over land (Section 9.5.2), extreme precipitation, and tropical cyclone intensity and structure (Section 9.5.4). Similarly, increased horizontal resolution in the ocean is shown to improve sea surface height variability, western boundary currents, tropical instability waves and coastal upwelling (Section 9.4.2), and variability of Atlantic meridional overturning circulation (Section 9.5.3). High vertical resolution and a high model top, as well as high horizontal resolution, are important for simulating lower stratospheric climate variability (Section 9.4.1), blocking (Section 9.5.2), the Quasi-Biennial Oscillation and the North Atlantic Oscillation (Section 9.5.3).  *(continued on next page)*

BLM_0151323

*Box 9.3 (continued)*

**Uncertainty in Observational Data**

In some cases, insufficient length or quality of observational data makes model evaluation challenging, and is a frequent problem in the evaluation of simulated variability or trends. This is evident for evaluation of upper tropical tropospheric temperature, tropical atmospheric circulation (Section 9.4.1), the Atlantic meridional overturning circulation, the North Atlantic Oscillation and the Pacific Decadal Oscillation (Section 9.5.3). Data quality has been pointed out as an issue for arctic cloud properties (Section 9.4.1), ocean heat content, heat and fresh water fluxes over the ocean (Section 9.4.2) and extreme precipitation (Section 9.5.4). Palaeoclimate reconstructions also have large inherent uncertainties (Section 9.5.2). It is clear therefore that updated or newly available data affect model evaluation conclusions.

**Other Factors**

Model evaluation can be affected by how models are forced. Uncertainties in specified greenhouse gases, aerosols emissions, land use change, etc. will all affect model results and hence evaluation of model quality. Different statistical methods used in model evaluation can also lead to subtle or substantive differences in the assessment of model quality.

## 9.6 Downscaling and Simulation of Regional-Scale Climate

Regional-scale climate information can be obtained directly from global models; however, their horizontal resolution is often too low to resolve features that are important at regional scales. High-resolution AGCMs, variable-resolution global models, and statistical and dynamical downscaling (i.e., regional climate modelling) are used to complement AOGCMs, and, to generate region-specific climate information. These approaches are evaluated in the following.

### 9.6.1 Global Models

#### 9.6.1.1 Regional-Scale Simulation by Atmosphere–Ocean General Circulation Models

A comparison of CMIP3 and CMIP5 seasonal cycles of temperature and precipitation for different regions (Figure 9.38) shows that temperature is generally better simulated than precipitation in terms of the amplitude and phase of the seasonal cycle. The multi-model mean is closer to observations than most of the individual models. The systematic difference between the CMIP5 and CMIP3 ensembles is small in most regions, although there is evident improvement in South Asia (SAS) and Tropical South America (TSA) in the rainy seasons. In some cases the spread amongst observational estimates can be comparable magnitude to the model spread, e.g., winter in the Europe and Mediterranean (EUM) region.

There are as yet rather few published studies in which regional behaviour of the CMIP5 models is evaluated in great detail. Cattiaux et al. (2013) obtained results for Europe similar to those discussed above. Joetzjer et al. (2013) considered 13 models that participated in both CMIP3 and in CMIP5 and found that the seasonal cycle of precipitation over the Amazon improved in the latter.

Based on the CMIP archives, regional biases in seasonal and annual mean temperature and precipitation are shown for several land

regions in Figure 9.39, and for polar and oceanic regions in Figure 9.40. The CMIP5 median temperature biases range from about −3°C to 1.5°C. Substantial cold biases over NH regions are more prevalent in winter (December to February) than summer (June to August). The median biases appear in most cases slightly less negative for CMIP5 than CMIP3. The spread amongst models, as characterized by the 25 to 75% and 5 to 95% ranges, is slightly reduced from CMIP3 to CMIP5 in a majority of the regions and is roughly ±3°C. The RMS error of individual CMIP5 models is smaller than that for CMIP3 in 24 of the 26 regions in Figure 9.39 in DJF, JJA and the annual mean. The absolute value of the ensemble mean bias has also been reduced in most cases. The inter-model spread remains large, particularly in high-latitude regions in winter and in regions with steep orography (such as CAS, SAS, TIB and WSA). The inter-model temperature spread has decreased from CMIP3 to CMIP5 over most of the oceans and over the Arctic and Antarctic land regions. The cold winter bias over the Arctic has been reduced. There is little systematic inter-ensemble difference in temperature over lower latitude oceans.

Biases in seasonal total precipitation are shown in the right column of Figures 9.39 and 9.40 for the NH winter (October to March) and summer (April to September) half years as well as the annual mean. The largest systematic biases over land regions occur in ALA, WSA and TIB, where the annual precipitation exceeds that observed in all CMIP5 models, with a median bias on the order of 100%. All these regions are characterized by high orography and / or a large fraction of solid precipitation, both of which are expected to introduce a negative bias in gauge-based precipitation (Yang and Ohata, 2001; Adam et al., 2006) that may amplify the model-observation discrepancy. A large negative relative bias in SAH occurs in October to March, but it is of negligible magnitude in absolute terms. In nearly all other seasonal and regional cases over land, the observational estimate falls within the range of the CMIP5 simulations. Compared with CMIP3, the CMIP5 median precipitation is slightly higher in most regions. In contrast with temperature, the seasonal and annual mean ensemble mean and the root-mean square precipitation biases are larger for CMIP5 than for CMIP3 in a slight majority of land regions (Figure 9.39) and in most of the

BLM_0151324



**Figure 9.38 |** Mean seasonal cycle of (a) temperature (°C) and (b) precipitation (mm day⁻¹). The average is taken over land areas within the indicated regions, and over the period 1980–1999. The red line is the average over 45 CMIP5 models; the blue line is the average over 22 CMIP3 models. The standard deviation of the respective data set is indicated with shading. The different line styles in black refer to observational and reanalysis data: Climatic Research Unit (CRU) TS3.10, ECMWF 40-year reanalysis (ERA40) and ERA-Interim for temperature; CRU TS3.10.1, Global Precipitation Climatology Project (GPCP), and CPC Merged Analysis of Precipitation (CMAP) for precipitation. Note the different axis-ranges for some of the sub-plots. The 15 regions shown are: Western North America (WNA), Eastern North America (ENA), Central America (CAM), Tropical South America (TSA), Southern South America (SSA), Europe and Mediterranean (EUM), North Africa (NAF), Central Africa (CAF), South Africa (SAF), North Asia (NAS), Central Asia (CAS), East Asia (EAS), South Asia (SAS), Southeast Asia (SEA) and Australia (AUS).

BLM_0151325

14 other regions (Figure 9.40). However, considering the observational uncertainty, the performance of the CMIP3 and CMIP5 ensembles is assessed to be broadly similar. The inter-model spreads are similar and typically largest in arid areas when expressed in relative terms.

Especially over the oceans and polar regions (Figure 9.40), the scarcity of observations and their uncertainty complicates the evaluation of simulated precipitation. Of two commonly used data sets, CMAP indicates systematically more precipitation than GPCP over low-latitude



**Figure 9.39 |** Seasonal- and annual mean biases of (left) temperature (°C) and (right) precipitation (%) in the IPCC Special Report on Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation (SREX) land regions (cf. Seneviratne et al., 2012, p. 12. The region's coordinates can be found from their online Appendix 3.A). The 5th, 25th, 50th, 75th and 95th percentiles of the biases in 42 CMIP5 models are shown in box-and-whisker format, and corresponding values for 23 CMIP3 models with crosses. The CMIP3 20C3M simulations are complemented with the corresponding A1B runs for the 2001–2005 period. The biases are calculated over 1986–2005, using Climatic Research Unit (CRU) T3.10 as the reference for temperature and CRU TS 3.10.01 for precipitation. The regions are labelled with red when the root-mean-square error for the individual CMIP5 models is larger than that for CMIP3 and blue when it is smaller. The regions are: Alaska/NW Canada (ALA), Eastern Canada/Greenland/Iceland (CGI), Western North America (WNA), Central North America (CNA), Eastern North America (ENA), Central America/Mexico (CAM), Amazon (AMZ), NE Brazil (NEB), West Coast South America (WSA), South-Eastern South America (SSA), Northern Europe (NEU), Central Europe (CEU), Southern Europe/the Mediterranean (MED), Sahara (SAH), Western Africa (WAF), Eastern Africa (EAF), Southern Africa (SAF), Northern Asia (NAS), Western Asia (WAS), Central Asia (CAS), Tibetan Plateau (TIB), Eastern Asia (EAS), Southern Asia (SAS), Southeast Asia (SEA), Northern Australia (NAS) and Southern Australia/New Zealand (SAU). Note that the region WSA is poorly resolved in the models.

BLM_0151326



**Figure 9.40 |** As Figure 9.39, but for polar and ocean regions, with ECMWF reanalysis of the global atmosphere and surface conditions (ERA)-Interim reanalysis as the reference for temperature and Global Precipitation Climatology Project (GPCP) for precipitation. Global land, ocean and overall means are also shown. The regions are: Arctic: 67.5 to 90°N, Caribbean (area defined by the following coordinates): 68.8°W, 11.4°N; 85.8°W, 25°N; 60°W, 25°N, 60°W, 11.44°N; Western Indian Ocean: 25°S to 5°N, 52°E to 75°E; Northern Indian Ocean: 5°N to 30°N, 60°E to 95°E; Northern Tropical Pacific: 5°N to 25°N, 155°E to 150°W; Equatorial Tropical Pacific: 5°S to 5°N, 155°E to 130°W; Southern Tropical Pacific: 5°S to 25°S, 155°E to 130°W; Antarctic: 50°S to 90°S. The normalized difference between CPC Merged Analysis of Precipitation (CMAP) and GPCP precipitation is shown with dotted lines.

oceans and less over many high-latitude regions (Yin et al., 2004; Shin et al., 2011). Over most low-latitude ocean regions, annual precipitation in most CMIP3 and CMIP5 models exceeds GPCP. The difference relative to CMAP is smaller although mostly of the same sign. In Arctic and Antarctic Ocean areas, simulated precipitation is much above CMAP, but more similar to GPCP. Over Antarctic land, precipitation in most models is below CMAP, but close to or above GPCP.

Continental to sub-continental mean values may not be representative for smaller-scale biases, as biases generally increase with decreasing spatial averaging (Masson and Knutti, 2011b; Raisanen and Ylhaisi, 2011). A typical order of magnitude for grid-box-scale annual mean biases in individual CMIP3 models was 2°C for temperature and 1 mm day$^{-1}$ for precipitation (Raisanen, 2007; Masson and Knutti, 2011b), with some geographical variation. This has been noted also in studies on how much spatial averaging would be needed in order to filter out the most unreliable small-scale features (e.g., Räisänen and Ylhäisi, 2011). In order to reduce such errors while still retaining information on small scales, Masson and Knutti (2011b) found, depending on the variable and the region, that smoothing needed to vary from the grid-point scale to around 2000 km.

On the whole, based on analysis of both ensemble means and inter-model spread, there is *high confidence* that the CMIP5 models simulate regional-scale temperature distributions somewhat better than the CMIP3 models did. This improvement is evident for most regions. For precipitation, there is *medium confidence* that there is no systematic change in model performance. In many regions, precipitation biases relative to CRUTS 3.10.01 and GPCP (and CMAP) are larger for CMIP5 than for CMIP3, but given observational uncertainty, the two ensembles are broadly similar.

#### 9.6.1.2   Regional-Scale Simulation by Atmospheric General Circulation Models

Stand-alone global atmospheric models (AGCMs) run at higher resolution than AOGCMs provide complementary regional-scale climate information, sometimes referred to as 'global downscaling'. One important example of this is the simulation of tropical cyclones (e.g., Zhao et al., 2009, 2012; Murakami and Sugi, 2010; Murakami et al., 2012). A number of advantages of high-resolution AGCMs have been identified, including improved regional precipitation (Zhao et al., 2009; Kusunoki et al., 2011) and blocking (Matsueda et al., 2009, 2010). As AGCMs do not simulate interactions with the ocean, their ability to capture some high-resolution phenomena, such as the cold wake in the surface ocean after a tropical cyclone, is limited (e.g., Hasegawa and Emori, 2007). As in lower-resolution models, performance is affected by the quality of physical parameterizations (Lin et al., 2012; Mizuta et al., 2012; Zhao et al., 2012).

#### 9.6.1.3   Regional-Scale Simulation by Variable-Resolution Global Climate Models

An alternative to global high resolution is the use of variable resolution (so-called 'stretched grid') models with higher resolution over the region of interest. Some examples are Abiodun et al. (2011) who showed that such simulations improve the simulation of West African

9

BLM_0151327

monsoon systems and African easterly jets, and White et al. (2013) who demonstrated improvements in temperature and precipitation related extreme indices. Fox-Rabinovitz et al. (2008) showed that regional biases in the high-resolution portion of a stretched grid model were similar to that of a global model with the same high resolution everywhere. Markovic et al. (2010) and Déqué (2010) reported similar results. Although not widely used, such methods can complement more conventional climate models.

### 9.6.2   Regional Climate Downscaling

Regional Climate Models (RCMs) are applied over a limited-area domain with boundary conditions either from global reanalyses or global climate model output. The use of RCMs for 'dynamical downscaling' has grown since the AR4, their resolution has increased, process-descriptions have developed further, new components have been added, and coordinated experimentation has become more widespread (Laprise, 2008; Rummukainen, 2010). Statistical downscaling (SD) involves comparing empirical relationships linking large-scale atmospheric variables (predictors) and local/regional climate variables (predictands). These relationships may then be applied to equivalent predictors from global models. SD methods have also been applied to RCM output (e.g., Boe et al., 2007; Déqué, 2007; Segui et al., 2010; Paeth, 2011; van Vliet et al., 2011). A significant constraint in a comprehensive evaluation of regional downscaling is that available studies often involve different methods, regions, periods and observational data for evaluation. Thus, evaluation results are difficult to generalize.

#### 9.6.2.1   Recent Developments of Statistical Methods

The development of SD since the AR4 has been quite vigorous (e.g., Fowler et al., 2007; Maraun et al., 2010b), and many state-of-the-art approaches combine different methods (e.g., Vrac and Naveau, 2008; van Vliet et al., 2011). There is an increasing number of studies on extremes (e.g., Vrac and Naveau, 2008; Wang and Zhang, 2008), and on features such as hurricanes (Emanuel et al., 2008), river flow and discharge, sediment, soil erosion and crop yields (e.g., Zhang, 2007; Prudhomme and Davies, 2009; Lewis and Lamoureux, 2010). Techniques have also been developed to consider multiple climatic variables simultaneously in order to preserve some physical consistency (e.g., Zhang and Georgakakos, 2011). The methods used to evaluate SD approaches vary with the downscaled variable and include metrics related to intensities (e.g., Ning et al., 2011; Tryhorn and DeGaetano, 2011), temporal behaviour (e.g., May, 2007; Timbal and Jones, 2008; Maraun et al., 2010a; Brands et al., 2011), and physical processes (Lenderink and Van Meijgaard, 2008; Maraun et al., 2010a). SD capabilities are also examined through secondary variables like runoff, river discharge and stream flow (e.g., Boe et al., 2007; Teutschbein et al., 2011).

#### 9.6.2.2   Recent Developments of Dynamical Methods

Since the AR4, typical RCM resolution has increased from around 50 km to around 25 km (e.g., Christensen et al., 2010). Long RCM runs at very high resolution are still, however, rather few (e.g., Yasutaka et al., 2008; Chan et al., 2012; Kendon et al., 2012). Coupled RCMs, with interactive ocean and, when appropriate, also sea ice have also been developed (Somot et al., 2008; Dorn et al., 2009; Artale et al., 2010;

Doscher et al., 2010). Smith et al. (2011a) added vegetation dynamics–ecosystem biogeochemistry in an RCM.

At the time of the AR4, RCMs were typically used for time-slice experiments. Since then, multi-decadal and centennial RCM simulations have emerged in larger numbers (e.g., Diffenbaugh et al., 2011; Kjellstrom et al., 2011; de Elia et al., 2013). Coordinated RCM experiments and ensembles have also become much more common and today, with domains covering Europe (e.g., Christensen et al., 2010; Vautard et al., 2013), North America (e.g., Gutowski et al., 2010; Lucas-Picher et al., 2012a; Mearns et al., 2012), South America (e.g., Menendez et al., 2010; Chou et al., 2012; Krüger et al., 2012), Africa (e.g., Druyan et al., 2010; Ruti et al., 2011; Nikulin et al., 2012; Paeth et al., 2012; Hernández-Díaz et al., 2013), the Arctic (e.g., Inoue et al., 2006) and Asian regions (e.g., Feng and Fu, 2006; Shkolnik et al., 2007; Feng et al., 2011; Ozturk et al., 2012; Suh et al., 2012).

### 9.6.3   Skill of Downscaling Methods

Downscaling skill varies with location, season, parameter and boundary conditions (see Section 9.6.5) (e.g., Schmidli et al., 2007; Maurer and Hidalgo, 2008). Although there are indications that model skill increases with higher resolution, it does not do so linearly. Rojas (2006) found more improvement when increasing resolution from 135 km to 45 km than from 45 km to 15 km. Walther et al. (2013) found that the diurnal precipitation cycle and light precipitation improved more when going from 12 km to 6 km resolution than when going from 50 km to 25 km or from 25 km to 12 km. Higher resolution does enable better simulation of extremes (Seneviratne et al., 2012). For example, Pryor et al. (2012) noted that an increase in RCM resolution from 50 km to 6 km increased extreme wind speeds more than the mean wind speed. Kawazoe and Gutowski (2013) compared six RCMs and the two GCMs to high resolution observations, concluding that precipitation extremes were more representative in the RCMs than in the GCMs. Vautard et al. (2013) found that warm extremes in Europe were generally better simulated in RCMs with 12 km resolution compared to 50 km. Kendon et al. (2012) and Chan et al. (2012) found mixed results in daily precipitation simulated at 12 km and 1.5 km resolution, although the latter had improved sub-daily features, perhaps as convection could be explicitly resolved.

Coupled RCMs, with an interactive ocean, offer further improvements. Döscher et al. (2010) reproduced empirical relationships between Arctic sea ice extent and sea ice thickness and NAO in a coupled RCM. Zou and Zhou (2013) found that a regional ocean–atmosphere model improved the simulation of precipitation over the western North Pacific compared to an uncoupled model. Samuelsson et al. (2010) showed that coupling a lake model with an RCM captured the effect of lakes on the air temperature over adjacent land. Lenaerts et al. (2012) added drifting snow in an RCM run for the Antarctica, which increased the area of ablation and improved the fit to observations. Smith et al. (2011a) added vegetation dynamics–ecosystem biogeochemistry into an RCM, and found some evidence of local feedback to air temperature.

Applying an RCM developed for a specific region to other regions exposes it to a wider range of conditions and therefore provides an

BLM_0151328

opportunity for more rigorous evaluation. Transferability experiments target this by running different regions while holding their process-descriptions constant (cf. Takle et al., 2007; Gbobaniyi et al., 2011; Jacob et al., 2012). Suh et al. (2012) noted that 10 RCMs run for Africa did well overall for average and maximum temperature, but systematically overestimated the daily minimum temperature. Precipitation was generally simulated betted for wet regions than for dry regions. Similarly, Nikulin et al. (2012) reported on 10 RCMs over Africa, run with boundary conditions from ERA-Interim, and evaluated against different observational data sets. Many of the RCMs simulated precipitation better than the ERA-Interim reanalysis itself.

Christensen et al. (2010) examined a range metrics related to simulation of extremes, mesoscale features, trends, aspects of variability and consistency with the driving boundary conditions. Only one of these metrics led to clear differentiation among RCMs (Lenderink, 2010). This may imply a general skilfulness of models, but may also simply indicate that the metrics were not very informative. Nevertheless, using some of these metrics, Coppola et al. (2010) and Kjellström et al. (2010) found that weighted sets of RCMs outperformed sets without weighting for both temperature and precipitation. Sobolowski and Pavelsky (2012) demonstrated a similar impact.

### 9.6.4    Value Added through RCMs

RCMs are regularly tested to evaluate whether they show improvements over global models (Laprise et al., 2008), that is, whether they do indeed 'add value'. In essence, added value is a measure of the extent to which the downscaled climate is closer to observations than the model from which the boundary conditions were obtained. Differences between RCM and GCM simulations are not always very obvious for time-averaged quantities on larger scales or in fairly homogeneous regions. RCM fields are, however, richer in spatial and temporal detail. Indeed, the added value of RCMs is mainly expected in the simulation of topography-influenced phenomena and extremes with relatively small spatial or short temporal character (e.g., Feser et al., 2011; Feser and Barcikowska, 2012; Shkol'nik et al., 2012). As an example, RCM downscaling led to better large-scale monsoon precipitation patterns (Gao et al., 2012) for East Asia than in the global models used for boundary conditions. In the few instances where RCMs have been interactively coupled to global models (i.e., 'two-way' coupling), the effects of improved small scales propagate to larger scales and this has been found to improve the simulation of large scale phenomena (Lorenz and Jacob, 2005; Inatsu and Kimoto, 2009; Inatsu et al., 2012).

Other examples include improved simulation of convective precipitation (Rauscher et al., 2010), near-surface temperature (Feser, 2006), near-surface temperature and wind (Kanamaru and Kanamitsu, 2007), temperature and precipitation (Lucas-Picher et al., 2012b), extreme precipitation (Kanada et al., 2008), coastal climate features (Winterfeldt and Weisse, 2009; Winterfeldt et al., 2011; Kawazoe and Gutowski, 2013; Vautard et al., 2013), Atlantic hurricanes (Bender et al., 2010), European storm damage (Donat et al., 2010), strong mesoscale cyclones (Cavicchia and Storch, 2011), cutoff lows (Grose et al., 2012), polar lows (Zahn and von Storch, 2008) and higher statistical moments of the water budget (e.g., Bresson and Laprise, 2011).

In summary, there is *high confidence* that downscaling adds value to the simulation of spatial climate detail in regions with highly variable topography (e.g., distinct orography, coastlines) and for mesoscale phenomena and extremes. Regional downscaling is therefore complementary to results obtained directly from global climate models. These results are from a variety of distinct studies with different RCMs.

### 9.6.5    Sources of Model Errors and Uncertainties

In addition to issues related to resolution and model complexity (see Section 9.6.3), errors and uncertainties arise from observational uncertainty in evaluation data and parameterizations (see Box 9.3), choice of model domain and application of boundary conditions (driving data).

In the case of SD, sources of model errors and uncertainties depend on the choice of method, including the choice of the predictors, the estimation of empirical relationships between predictors and predictands from limited data sets, and also the data used to estimate the predictors (Frost et al., 2011). There are numerous different SD methods, and the findings are difficult to generalize.

Small domains allow less freedom for RCMs to generate the small-scale features that give rise to added value (e.g., Leduc and Laprise, 2009). Therefore large domains –covering entire continents– have become more common. Køltzow et al. (2008) found improvements with the use of a larger domain, but the RCM solution can become increasingly 'decoupled' from the driving data (e.g., Rockel et al., 2008), which can introduce inconsistencies. Large domains also introduce large internal variability, which can significantly contaminate interannual variability of seasonal means (Kanamitsu et al., 2010). Techniques such as spectral nudging (Misra, 2007; Separovic et al., 2012) can be used to constrain such inconsistencies (Feser et al., 2011). Winterfeldt and Weisse (2009) concluded that nudging improved the simulation of marine wind climate, while Otte et al. (2012) demonstrated improvements in temperature and precipitation. Nudging may, however, also lead to deterioration of features such as precipitation extremes (Alexandru et al., 2009; Kawazoe and Gutowski, 2013). Veljovic et al. (2010) showed that an RCM can in fact improve the large scales with respect to those inherent in the boundary conditions, and argued that nudging may be undesirable.

The quality of RCM results may vary according to the synoptic situation, season, and the geographic location of the lateral boundaries (Alexandru et al., 2007; Xue et al., 2007; Laprise et al., 2008; Separovic et al., 2008; Leduc and Laprise, 2009; Nikiema and Laprise, 2010; Rapaić et al., 2010). In addition to lateral boundary conditions, RCMs also need sea surface information. Few studies have explored the dependency of RCM results on the treatment of the SSTs and sea ice, although Koltzow et al. (2011) found that the specification of SSTs was less influential than was the domain or the lateral boundaries. Woollings et al. (2010a) investigated the effect of specified SST on the simulation of the Atlantic storm track and found that it was better simulated with high-resolution SSTs, whereas increasing temporal resolution gave mixed results.

As is the case in global models, RCM errors are directly related to shortcomings in process parameterizations. Examples include the

BLM_0151329

representation of clouds, convection and land surface–atmosphere interactions, the planetary boundary layer, horizontal diffusion, and microphysics (Tjernstrom et al., 2008; Wyser et al., 2008; Lynn et al., 2009; Pfeiffer and Zängl, 2010; Axelsson et al., 2011; Crétat et al., 2012; Evans et al., 2012; Roy et al., 2012; Solman and Pessacq, 2012). The representation of land surface and atmosphere coupling is also important, particularly for simulating monsoon regions (Cha et al., 2008; Yhang and Hong, 2008; Boone et al., 2010; Druyan et al., 2010; van den Hurk and van Meijgaard, 2010).

### 9.6.6   Relating Downscaling Performance to Credibility of Regional Climate Information

A fundamental issue is how the performance of a downscaling method relates to its ability to provide credible future projections (Raisanen, 2007). This subject is discussed further in Section 9.8. The credibility of downscaled information of course depends on the quality of the downscaling method itself (e.g., Dawson et al., 2012; Déqué et al., 2012; Eum et al., 2012), and on the quality of the global climate models providing the large-scale boundary conditions (e.g., van Oldenborgh et al., 2009; Diaconescu and Laprise, 2013).

Specific to SD is the statistical stationarity hypothesis, that is, that the relationships inferred from historical data remain valid under a changing climate (Maraun, 2012). Vecchi et al. (2008) note that a statistical method that captures interannual hurricane variability gives very different results for projections compared to RCMs. Such results suggest that good performance of statistical downscaling as assessed against observations does not guarantee credible regional climate information. Some recent studies have proposed ways to evaluate SD approaches

using RCM outputs (e.g., Vrac and Naveau, 2008; Driouech et al., 2010) or long series of observations (e.g. Schmith, 2008).

Giorgi and Coppola (2010) argued that regional-scale climate projections over land in the CMIP3 models were not sensitive to their temperature biases. For precipitation, the same was found for about two thirds of the global land area. However, there is some recent evidence that regional biases may be nonlinear for temperature extremes (Christensen et al., 2008; Boberg and Christensen, 2012; Christensen and Boberg, 2013) in both global and regional models. A mechanism at play may be that models tend to dry out the soil too effectively at high temperatures, which can lead to systematic biases in projected warm summertime conditions (Christensen et al., 2008; Kostopoulou et al., 2009). This is illustrated in Figure 9.41 for the Mediterranean region, which suggests a tendency in RCMs, CMIP3 and CMIP5 models towards an enhanced warm bias in the warmer months. The implication is that the typically large warming signal in these regions could be biased (Boberg and Christensen, 2012; Mearns et al., 2012). Findings such as these stress the importance of a thorough assessment of models' biases when they are applied for projections (e.g., de Elia and Cote, 2010; Boberg and Christensen, 2012; Christensen and Boberg, 2013).

Di Luca et al. (2012) analysed downscaled climate change projections from six RCMs run over North America. The climate change signals for seasonal precipitation and temperature were similar to those in the driving AOGCMs, and the spatial detail gained by downscaling was comparable in both present and future climate. Déqué et al. (2012) studied projections with several combinations of AOGCM and RCM for Europe. A larger part of the spread in winter temperature and



**Figure 9.41** | Ranked modelled versus observed monthly mean temperature for the Mediterranean region for the 1961–2000 period. The Regional Climate Model (RCM) data (a) are from Christensen et al. (2008) and are adjusted to get a zero mean in model temperature with respect to the diagonal. The smaller insert shows uncentred data. The General Circulation Model (GCM) data (b) are from CMIP5 and CMIP3 and adjusted in the same way. (After Boberg and Christensen, 2012.)

BLM_0151330

precipitation projections was explained by the differences in global model boundary conditions, although much of the spread in projected summer precipitation was explained by RCM. This underlines the importance of both the quality of the boundary conditions and the downscaling method.

## 9.7    Climate Sensitivity and Climate Feedbacks

An overall assessment of climate sensitivity and transient climate response is given in Box 12.2. Observational constraints based on observed warming over the last century are discussed in Section 10.8.2 and shown in Box 12.2, Figure 2.

### 9.7.1    Equilibrium Climate Sensitivity, Idealized Radiative Forcing, and Transient Climate Response in the Coupled Model Intercomparison Project Phase 5 Ensemble

Equilibrium climate sensitivity (ECS) is the equilibrium change in global and annual mean surface air temperature after doubling the atmospheric concentration of $CO_2$ relative to pre-industrial levels. In the AR4, the range in equilibrium climate sensitivity of the CMIP3 models was 2.1°C to 4.4°C, and the single largest contributor to this spread was differences among modelled cloud feedbacks. These assessments carry over to the CMIP5 ensemble without any substantial change (Table 9.5).

The method of diagnosing climate sensitivity in CMIP5 differs fundamentally from the method employed in CMIP3 and assessed in the AR4 (Randall et al., 2007). In CMIP3, an AGCM was coupled to a non-dynamic mixed-layer (slab) ocean model with prescribed ocean heat transport convergence. $CO_2$ concentration was then instantaneously doubled, and the model was integrated to a new equilibrium with unchanged implied ocean heat transport. While computationally efficient, this method had the disadvantage of employing a different

model from that used for the historical simulations and climate projections. However, in the few comparisons that were made, the resulting disagreement in ECS was less than about 10% (Boer and Yu, 2003; Williams et al., 2008; Danabasoglu and Gent, 2009; Li et al., 2013a). In CMIP5, climate sensitivity is diagnosed directly from the AOGCMs following the approach of Gregory et al. (2004). In this case the $CO_2$ concentration is instantaneously quadrupled and kept constant for 150 years of simulation, and both equilibrium climate sensitivity and RF are diagnosed from a linear fit of perturbations in global mean surface temperature to the instantaneous radiative imbalance at the TOA.

The transient climate response (TCR) is the change in global and annual mean surface temperature from an experiment in which the $CO_2$ concentration is increased by 1% yr⁻¹, and calculated using the difference between the start of the experiment and a 20-year period centred on the time of $CO_2$ doubling. TCR is smaller than ECS because ocean heat uptake delays surface warming. TCR is linearly correlated with ECS in the CMIP5 ensemble (Figure 9.42), although the relationship may be nonlinear outside the range spanned in Table 9.5 (Knutti et al., 2005).

Based on the methods outlined above and explained in Section 9.7.2 below, Table 9.5 shows effective ERF, ECS, TCR and feedback strengths for the CMIP5 ensemble. The two estimates of ERF agree with each other to within 5% for six models (CanESM2, INM-CM4, IPSL-CM5A-LR, MIROC5, MPI-ESM-LR and MPI-ESM-P), although the deviation exceeds 10% for four models (CCSM4, CSIRO-Mk3-6-0, HadGEM2-ES, and MRI-CGCM3) and is indicative of deviations from the basic assumptions underlying one or both ERF estimation methods. However, the mean difference of 0.3 W m⁻² between the two methods for diagnosing ERF is only about half of the ensemble standard deviation of 0.5 W m⁻², or 15% of the mean value for ERF by $CO_2$ using fixed SSTs. ECS and TCR vary across the ensemble by a factor of approximately 2. The multi-model ensemble mean in ECS is 3.2°C, a value nearly identical to that for CMIP3, while the CMIP5 ensemble range is 2.1°C to 4.7°C, a spread which is also nearly indistinguishable from that for CMIP3. While every CMIP5 model whose heritage can



**Figure 9.42 |** (a) Equilibrium climate sensitivity (ECS) against the global mean surface temperature of CMIP5 models, both for the period 1961–1990 (larger symbols, cf. Figure 9.8, Table 9.5) and for the pre-industrial control runs (smaller symbols). (b) Equilibrium climate sensitivity against transient climate response (TCR). The ECS and TCR information are based on Andrews et al. (2012) and Forster et al. (2013) and updated from the CMIP5 archive.

BLM_0151331

**Table 9.5** | Effective radiative forcing (ERF), climate sensitivity and climate feedbacks estimated for the CMIP5 AOGCMs (see Table 9.1 for model details). ERF, equilibrium climate sensitivity (ECS) and transient climate response (TCR) are based on Andrews et al. ( 2012) and Forster et al. (2013) and updated from the CMIP5 archive. The ERF entries are calculated according to Hansen et al. (2005) using fixed sea surface temperatures (SSTs) and Gregory et al. (2004) using regression. ECS is calculated using regressions following Gregory et al. (2004). TCR is calculated from the CMIP5 simulations with 1% $CO_2$ increase per year (Taylor et al., 2012b), using the 20-year mean centred on the year of $CO_2$ doubling. The climate sensitivity parameter and its inverse, the climate feedback parameter, are calculated from the regression-based ERF and the ECS. Strengths of the individual feedbacks are taken from Vial et al. (2013), following Soden et al. (2008) and using radiative kernel methods with two different kernels. The sign convention is such that a positive entry for an individual feedback marks a positive feedback; the sum of individual feedback strengths must hence be multiplied by −1 to make it comparable to the climate feedback parameter. The entries for radiative forcing and equilibrium climate sensitivity were obtained by dividing by two the original results, which were obtained for $CO_2$ quadrupling. ERF and ECS for BNU-ESM are from Vial et al. (2013).

| Model | Effective Radiative Forcing 2 × $CO_2$ (W m$^{-2}$) | | Equilibrium Climate Sensitivity (°C) | Transient Climate Response (°C) | Climate Sensitivity Parameter (°C (W m$^{-2}$)$^{-1}$) | Climate Feedback Parameter (W m$^{-2}$ °C$^{-1}$) | Planck Feedback (W m$^{-2}$ °C$^{-1}$) | Water Vapour Feedback (W m$^{-2}$ °C$^{-1}$) | Lapse Rate Feedback (W m$^{-2}$ °C$^{-1}$) | Surface Albedo Feedback (W m$^{-2}$ °C$^{-1}$) | Cloud Feedback (W m$^{-2}$ °C$^{-1}$) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Fixed SST | Regression | | | | | | | | | |
| ACCESS1.0 | n.a. | 3.0 | 3.8 | 2.0 | 1.3 | 0.8 | n.a. | n.a. | n.a. | n.a. | n.a. |
| ACCESS1.3 | n.a. | n.a. | n.a. | 1.7 | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. |
| BCC–CSM1.1 | n.a. | 3.2 | 2.8 | 1.7 | 0.9 | 1.1 | n.a. | n.a. | n.a. | n.a. | n.a. |
| BCC–CSM1.1(m) | n.a. | 3.6 | 2.9 | 2.1 | 0.8 | 1.2 | n.a. | n.a. | n.a. | n.a. | n.a. |
| BNU–ESM | n.a. | 3.9 | 4.1 | 2.6 | 1.1 | 1.0 | −3.1 | 1.4 | −0.2 | 0.4 | 0.1 |
| CanESM2 | 3.7 | 3.8 | 3.7 | 2.4 | 1.0 | 1.0 | −3.2 | 1.7 | −0.6 | 0.3 | 0.5 |
| CCSM4 | 4.4 | 3.6 | 2.9 | 1.8 | 0.8 | 1.2 | −3.2 | 1.5 | −0.4 | 0.4 | −0.4 |
| CESM1(BGC) | n.a. | n.a. | n.a. | 1.7 | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. |
| CESM1(CAM5) | n.a. | n.a. | n.a. | 2.3 | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. |
| CNRM–CM5 | n.a. | 3.7 | 3.3 | 2.1 | 0.9 | 1.1 | n.a. | n.a. | n.a. | n.a. | n.a. |
| CSIRO–Mk3.6.0 | 3.1 | 2.6 | 4.1 | 1.8 | 1.6 | 0.6 | n.a. | n.a. | n.a. | n.a. | n.a. |
| FGOALS–g2 | n.a. | n.a. | n.a. | 1.4 | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. |
| GFDL–CM3 | n.a. | 3.0 | 4.0 | 2.0 | 1.3 | 0.8 | n.a. | n.a. | n.a. | n.a. | n.a. |
| GFDL–ESM2G | n.a. | 3.1 | 2.4 | 1.1 | 0.8 | 1.3 | n.a. | n.a. | n.a. | n.a. | n.a. |
| GFDL–ESM2M | n.a. | 3.4 | 2.4 | 1.3 | 0.7 | 1.4 | n.a. | n.a. | n.a. | n.a. | n.a. |
| GISS–E2–H | n.a. | 3.8 | 2.3 | 1.7 | 0.6 | 1.7 | n.a. | n.a. | n.a. | n.a. | n.a. |
| GISS–E2–R | n.a. | 3.8 | 2.1 | 1.5 | 0.6 | 1.8 | n.a. | n.a. | n.a. | n.a. | n.a. |
| HadGEM2–ES | 3.5 | 2.9 | 4.6 | 2.5 | 1.6 | 0.6 | −3.2 | 1.4 | −0.5 | 0.3 | 0.4 |
| INM–CM4 | 3.1 | 3.0 | 2.1 | 1.3 | 0.7 | 1.4 | −3.2 | 1.7 | −0.7 | 0.3 | 0 |
| IPSL–CM5A–LR | 3.2 | 3.1 | 4.1 | 2.0 | 1.3 | 0.8 | −3.3 | 1.9 | −1 | 0.2 | 1.2 |
| IPSL–CM5A–MR | n.a. | n.a. | n.a. | 2.0 | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. |
| IPSL–CM5B–LR | n.a. | 2.7 | 2.6 | 1.5 | 1.0 | 1.0 | n.a. | n.a. | n.a. | n.a. | n.a. |
| MIROC5 | 4.0 | 4.1 | 2.7 | 1.5 | 0.7 | 1.5 | −3.2 | 1.7 | −0.6 | 0.3 | 0.1 |
| MIROC–ESM | n.a. | 4.3 | 4.7 | 2.2 | 1.1 | 0.9 | n.a. | n.a. | n.a. | n.a. | n.a. |
| MPI–ESM–LR | 4.3 | 4.1 | 3.6 | 2.0 | 0.9 | 1.1 | −3.3 | 1.8 | −0.9 | 0.3 | 0.5 |
| MPI–ESM–MR | n.a. | n.a. | n.a. | 2.0 | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. |
| MPI–ESM–P | 4.3 | 4.3 | 3.5 | 2.0 | 0.8 | 1.2 | n.a. | n.a. | n.a. | n.a. | n.a. |
| MRI–CGCM3 | 3.6 | 3.2 | 2.6 | 1.6 | 0.8 | 1.2 | −3.2 | 1.6 | −0.6 | 0.3 | 0.2 |
| NorESM1–M | n.a. | 3.1 | 2.8 | 1.4 | 0.9 | 1.1 | −3.2 | 1.6 | −0.5 | 0.3 | 0.2 |
| NorESM1–ME | n.a. | n.a. | n.a. | 1.6 | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. |
| **Model mean** | **3.7** | **3.4** | **3.2** | **1.8** | **1.0** | **1.1** | **−3.2** | **1.6** | **−0.6** | **0.3** | **0.3** |
| **90% uncertainty** | **±0.8** | **±0.8** | **±1.3** | **±0.6** | **±0.5** | **±0.5** | **±0.1** | **±0.3** | **±0.4** | **±0.1** | **±0.7** |



**Figure 9.43 |** (a) Strengths of individual feedbacks for CMIP3 and CMIP5 models (left and right columns of symbols) for Planck (P), water vapour (WV), clouds (C), albedo (A), lapse rate (LR), combination of water vapour and lapse rate (WV+LR) and sum of all feedbacks except Planck (ALL), from Soden and Held (2006) and Vial et al. (2013), following Soden et al. (2008). CMIP5 feedbacks are derived from CMIP5 simulations for abrupt fourfold increases in $CO_2$ concentrations (4 × $CO_2$). (b) ECS obtained using regression techniques by Andrews et al. (2012) against ECS estimated from the ratio of $CO_2$ ERF to the sum of all feedbacks. The $CO_2$ ERF is one-half the 4 × $CO_2$ forcings from Andrews et al. (2012), and the total feedback (ALL + Planck) is from Vial et al. (2013).

be traced to CMIP3 shows some change in ECS, there is no discernible systematic tendency. This broad similarity between CMIP3 and CMIP5 and the good agreement between different methods where they were applied to the same atmospheric GCM indicate that the uncertainty in methodology is minor compared to the overall spread in ECS. The change in TCR from CMIP3 to CMIP5 is generally of the same sign but of smaller magnitude compared to the change in ECS. The relationship between ECS and an estimates derived from total feedbacks are discussed in Section 9.7.2.

Although ECS can vary with global mean surface temperature owing to the temperature dependencies of the various feedbacks (Colman and McAvaney, 2009; cf. Section 9.7.2), Figure 9.42 shows no discernible correlation for the CMIP5 historical temperature ranges, a fact that suggests that ECS is less sensitive to errors in the current climate than to other sources of uncertainty.

### 9.7.2  Understanding the Range in Model Climate Sensitivity: Climate Feedbacks

The strengths of individual feedbacks for the CMIP3 and CMIP5 models are compared in Figure 9.43. The feedbacks are generally similar between CMIP3 and CMIP5, and the water vapour, lapse rate, and cloud feedbacks are assessed in detail in Chapter 7. The surface albedo feedback is assessed here to be *likely* positive. There is *high confidence* that the sum of all feedbacks (excluding the Planck feedback) is positive. Advances in estimating and understanding each of the feedback parameters in Table 9.5 are described in detail below (see also Chapters 7 and 8).

#### 9.7.2.1  Role of Humidity and Lapse Rate Feedbacks in Climate Sensitivity

The compensation between the water vapour and lapse-rate feedbacks noted in the CMIP3 models is still present in the CMIP5 models, and possible explanations of the compensation have been developed (Ingram, 2010; Ingram, 2013). New formulations of the feedbacks, replacing specific with relative humidity, eliminate most of the cancellation between the water vapour and lapse rate feedbacks and reduce the inter-model scatter in the individual feedback terms (Held and Shell, 2012).

#### 9.7.2.2  Role of Surface Albedo in Climate Sensitivity

Analysis of observed declines in sea ice and snow coverage from 1979 to 2008 suggests that the NH albedo feedback is between 0.3 and 1.1 W m$^{-2}$ °C$^{-1}$ (Flanner et al., 2011). This range is substantially above the global feedback of 0.3 ± 0.1 W m$^{-2}$ °C$^{-1}$ of the CMIP5 models analysed in Table 9.5. One possible explanation is that the CMIP5 models underestimate the strength of the feedback as did the CMIP3 models based upon the systematic errors in simulated sea ice coverage decline relative to observed rates (Boe et al., 2009b).

#### 9.7.2.3  Role of Cloud Feedbacks in Climate Sensitivity

Cloud feedbacks represent the main cause for the range in modelled climate sensitivity (Chapter 7). The spread due to inter-model differences in cloud feedbacks is approximately 3 times larger than the spread contributed by feedbacks due to variations in water vapour and lapse

BLM_0151333

rate combined (Dufresne and Bony, 2008), and is a primary factor governing the range of climate sensitivity across the CMIP3 ensemble (Volodin, 2008a). Differences in equilibrium and effective climate sensitivity are due primarily to differences in the shortwave cloud feedback (Yokohata et al., 2008).

In perturbed ensembles of three different models, the primary cloud-related factor contributing to the spread in equilibrium climate sensitivity is the low-level shortwave cloud feedback (Yokohata et al., 2010; Klocke et al., 2011). Changes in the high-altitude clouds also induce climate feedbacks due to the large areal extent and significant longwave cloud radiative effects of tropical convective cloud systems. In experiments with perturbed physics ensembles of AOGCMs, the parameterization of ice fall speed also emerges as one of the most important determinants of climate sensitivity (Sanderson et al., 2008a, 2010; Sexton et al., 2012). Other non-microphysical feedback mechanisms are detailed in Chapter 7.

Cloud feedbacks in AOGCMs are generally positive or near neutral (Shell et al., 2008; Soden et al., 2008), as evidenced by the net positive or neutral cloud feedbacks in all of the models examined in a multi-thousand member ensemble of AOGCMs constructed by parameter perturbations (Sanderson et al., 2010). The sign of cloud feedbacks in the current climate deduced from observed relationships between SSTs and TOA radiative fluxes are discussed further in Section 7.2.5.7.

#### 9.7.2.4 Relationship of Feedbacks to Modelled Climate Sensitivity

The ECS can be estimated from the ratio of forcing to the total climate feedback parameter. This approach is applicable to simulations in which the net radiative balance is much smaller than the forcing and hence the modelled climate system is essentially in equilibrium. This approach can also serve to check the internal consistency of estimates of the ECS, forcing, and feedback parameters obtained with independent methods. The relationship between ECS from Andrews et al. (2012) and estimates of ECS obtained from the ratio of forcings to feedbacks is shown in Figure 9.43b. The forcings are estimated using both regression and fixed SST techniques (Gregory et al., 2004; Hansen et al., 2005) by Andrews et al. (2012) and the feedbacks are calculated using radiative kernels (Soden et al., 2008). On average, the ECS from forcing to feedback ratios underestimate the ECS from Andrews et al. (2012) by 25% and 35%, or up to 50% for individual models, using fixed-SST and regression forcings, respectively.

#### 9.7.2.5 Relationship of Feedbacks to Uncertainty in Modelled Climate Sensitivity

Objective methods for perturbing uncertain model parameters to optimize performance relative to a set of observational metrics have shown a tendency toward an increase in the mean and a narrowing of the spread of estimated climate sensitivity (Jackson et al., 2008a). This tendency is opposed by the effects of structural biases related to incomplete process representations in GCMs. If common structural biases are replicated across models in a MME (cf. Section 9.2.2.7), the most likely sensitivity for the MME tends to shift towards lower sensitivities while the possibility of larger sensitivities increases at the

same time (Lemoine, 2010). Following Schlesinger and Mitchell (1987), Roe and Baker (2007) suggest that symmetrically distributed uncertainties in feedbacks lead to inherently asymmetrical uncertainties in climate sensitivity with increased probability in extreme positive values of the sensitivity. Roe and Baker (2007) conclude that this relationship makes it extremely difficult to reduce uncertainties in climate sensitivity through incremental improvements in the specification of feedback parameters. While subsequent analysis has suggested that this finding could be an artifact of the statistical formulation (Hannart et al., 2009) and linearization (Zaliapin and Ghil, 2010) of the relationship between feedback and sensitivity adopted by (Roe and Baker, 2007), these issues remain unsettled (Roe and Armour, 2011; Roe and Baker, 2011).

### 9.7.3 Climate Sensitivity and Model Performance

Despite the range in equilibrium sensitivity of 2.1°C to 4.4°C for CMIP3 models, they reproduce the global surface air temperature anomaly of 0.76°C over 1850–2005 to within 25% relative error. The relatively small range of historical climate response suggests that there is another mechanism, for example a compensating non-GHG forcing, present in the historical simulations that counteracts the relatively large range in sensitivity obtained from idealized experiments forced only by increasing $CO_2$. One possible mechanism is a systematic negative correlation across the multi-model ensemble between ECS and anthropogenic aerosol forcing (Kiehl, 2007; Knutti, 2008; Anderson et al., 2010). A second possible mechanism is a systematic overestimate of the mixing between the oceanic mixed layer and the full depth ocean underneath (Hansen et al., 2011). However, despite the same range of ECS in the CMIP5 models as in the CMIP3 models, there is no significant relationship across the CMIP5 ensemble between ECS and the 20th-century ERF applied to each individual model (Forster et al., 2013). This indicates a lesser role of compensating ERF trends from GHGs and aerosols in CMIP5 historical simulations than in CMIP3. Differences in ocean heat uptake also do not appreciably affect the spread in projected changes in global mean temperature by 2095 (Forster et al., 2013).

#### 9.7.3.1 Constraints on Climate Sensitivity from Earth System Models of Intermediate Complexity

An EMIC intercomparison (Eby et al., 2013; Zickfeld et al., 2013) allows an assessment of model response characteristics, including ECS, TCR, and heat uptake efficiency (Table 9.6). In addition, Bayesian methods applied to PPE experiments using EMICs have estimated uncertainty in model response characteristics (see Box 12.2) based on simulated climate change in 20th century, past millennia, and LGM scenarios. Here, the range of response metrics (Table 9.6) described for default model configurations (Eby et al., 2013) indicates consistency with the CMIP5 ensemble.

#### 9.7.3.2 Climate Sensitivity During the Last Glacial Maximum

Climate sensitivity can also be explored in another climatic context. The AR4 assessed attempts to relate simulated LGM changes in tropical SST to global climate sensitivity (Hegerl et al., 2007; Knutti and Hegerl, 2008). LGM temperature changes in the tropics (Hargreaves et al., 2007), but not in Antarctica (Hargreaves et al., 2012), have been

BLM_0151334

**Table 9.6 |** Model response metrics for EMICs in Table 9.2. $TCR_{2x}$, $TCR_{4x}$ and $ECS_{4x}$ are the changes in global average model surface air temperature from the decades centred at years 70, 140 and 995 respectively, from the idealized 1% increase to 4 × $CO_2$ experiment. The ocean heat uptake efficiency, $\kappa_{4x}$, is calculated from the global average heat flux divided by $TCR_{4x}$ for the decade centred at year 140, from the same idealized experiment. $ECS_{2x}$ was calculated from the decade centred about year 995 from a 2 × $CO_2$ pulse experiment. (Data from Eby et al., 2013.)

| Model | $TCR_{2x}$ (°C) | $ECS_{2x}$ (°C) | $TCR_{4x}$ (°C) | $ECS_{4x}$ (°C) | $\kappa_{4x}$ (W m$^{-2}$ °C$^{-1}$) |
|---|---|---|---|---|---|
| Bern3D | 2.0 | 3.3 | 4.6 | 6.8 | 0.58 |
| CLIMBER2 | 2.1 | 3.0 | 4.7 | 5.8 | 0.84 |
| CLIMBER3 | 1.9 | 3.2 | 4.5 | 5.9 | 0.93 |
| DCESS | 2.1 | 2.8 | 3.9 | 4.8 | 0.72 |
| FAMOUS | 2.3 | 3.5 | 5.2 | 8.0 | 0.55 |
| GENIE | 2.5 | 4.0 | 5.4 | 7.0 | 0.51 |
| IAP RAS CM | 1.6 | — | 3.7 | 4.3 | — |
| IGSM2 | 1.5 | 1.9 | 3.7 | 4.5 | — |
| LOVECLIM1.2 | 1.2 | 2.0 | 2.1 | 3.5 | 1.17 |
| MESMO | 2.4 | 3.7 | 5.3 | 6.9 | 0.55 |
| MIROC-lite | 1.6 | 2.4 | 3.6 | 4.6 | 0.66 |
| MIROC-lite-LCM | 1.6 | 2.8 | 3.7 | 5.5 | 1.00 |
| SPEEDO | 0.8 | 3.6 | 2.9 | 5.2 | 0.84 |
| UMD | 1.6 | 2.2 | 3.2 | 4.3 | — |
| Uvic | 1.9 | 3.5 | 4.3 | 6.6 | 0.92 |
| EMIC mean | 1.8 | 3.0 | 4.0 | 5.6 | 0.8 |
| EMIC range | 0.8–2.5 | 1.9–4.0 | 2.1–5.4 | 3.5–8.0 | 0.5–1.2 |

shown to scale well with climate sensitivity because the signal is mostly dominated by $CO_2$ forcing in these regions (Braconnot et al., 2007b; Jansen et al., 2007). The analogy between the LGM climate sensitivity and future climate sensitivity is, however, not perfect (Crucifix, 2006). In a single-model ensemble of simulations, the magnitudes of the LGM cooling and the warming induced by a doubling of $CO_2$ are nonlinear in the forcings applied (Hargreaves et al., 2007). Differences in the cloud radiative feedback are at the origin of this asymmetric response to equivalent positive and negative forcings (Yoshimori et al., 2009). There is thus still *low confidence* that the regional LGM model-data comparisons can be used to evaluate model climate sensitivity. However, even if the results do not scale perfectly with equilibrium or transient climate sensitivity, the LGM simulations allow the identification of the different feedback factors that contributed to the LGM global cooling (Yoshimori et al., 2011) and model spread in these feedbacks. The largest spread in LGM model feedbacks is found for the shortwave cloud feedback, just as for the modern climate. This correspondence between LGM and modern climates adds to the *high confidence* that the shortwave cloud feedback is the dominant source of model spread in climate sensitivity (cf. Section 5.3.3).

### 9.7.3.3 Constraints on Equilibrium Climate Sensitivity from Climate-Model Ensembles and Observations

The large scale climatological information available has so far been insufficient to constrain model behaviour to a range tighter than CMIP3, at least on a global scale. Sanderson and Knutti (2012) suggest that much of the available and commonly used large scale observations have already been used to develop and evaluate models and

are therefore of limited value to further constrain climate sensitivity or TCR. The assessed literature suggests that the range of climate sensitivities and transient responses covered by CMIP3/5 cannot be narrowed significantly by constraining the models with observations of the mean climate and variability, consistent with the difficulty of constraining the cloud feedbacks from observations (see Chapter 7). Studies based on PPE and CMIP3 support the conclusion that a credible representation of the mean climate and variability is very difficult to achieve with equilibrium climate sensitivities below 2°C (Piani et al., 2005; Stainforth et al., 2005; Sanderson et al., 2008a, 2008b; Huber et al., 2011; Klocke et al., 2011; Fasullo and Trenberth, 2012). High climate sensitivity values above 5°C (in some cases above 10°C) are found in the PPE based on HadAM/HadCM3. Several recent studies find that such high values cannot be excluded based on climatological constraints, but comparison with observations shows the smallest errors for many fields if ECS is between 3 and 4°C (Piani et al., 2005; Knutti et al., 2006; Rodwell and Palmer, 2007; Sanderson et al., 2008a, 2008b, 2010; Sanderson, 2011, 2013).

## 9.8    Relating Model Performance to Credibility of Model Applications

### 9.8.1    Synthesis Assessment of Model Performance

This chapter has assessed the performance of individual climate models as well as the multi-model mean. In addition, changes between models available now and those that were available at the time of the AR4 have been documented. The models display a range of abilities to

BLM_0151335

simulate climate characteristics, underlying processes, and phenomena. No model scores high or low in all performance metrics, but some models perform substantially better than others for specific climate variables or phenomena. For a few climate characteristics, the assessment has shown that some classes of models, for example, those with higher horizontal resolution, higher model top or a more complete representation of the carbon cycle, aerosols or chemistry, agree better with observations, although this is not universally true.

Figure 9.44 provides a synthesis of key model evaluation results for AOGCMs and ESMs. The figure makes use of the calibrated language as defined in Mastrandrea et al. (2011). The *x*-axis refers to the level of confidence which increases towards the right as suggested by the increasing strength of shading. The level of confidence is a combination of the level of evidence and the degree of agreement. The level of

evidence includes the number of studies and quality of observational data. Generally, evidence is most robust when there are multiple, independent studies that evaluate multiple models using high-quality observations. The degree of agreement measures whether different studies come to the same conclusions or not. The figure shows that several important aspects of the climate are simulated well by contemporary models, with varying levels of confidence. The colour coding provides an indication of how model quality has changed from CMIP3 to CMIP5. For example, there is *high confidence* that the model performance for global mean surface air temperature (TAS) is high, and it is shown in green because there is *robust evidence* of improvement since CMIP3. By contrast, the diurnal cycle of global mean surface air temperature (TAS-diur) is simulated with medium performance, but there is *low confidence* in this assessment owing to as yet limited analyses. It should be noted that there are no instances in the figure for



**Figure 9.44** | Summary of the findings of Chapter 9 with respect to how well the CMIP5 models simulate important features of the climate of the 20th century. Confidence in the assessment increases towards the right as suggested by the increasing strength of shading. Model performance improves from bottom to top. The colour coding indicates changes since CMIP3 (or models of that generation) to CMIP5. The assessment of model performance is expert judgment based on the agreement with observations of the multi-model mean and distribution of individual models around the mean, taking into account internal climate variability. Note that assessed model performance is simplified for representation in the figure and it is referred to the text for details of each assessment. The figure highlights the following key features, with the sections that back up the assessment added in parentheses:

**PANEL a:**

| | |
|---|---|
| AMOC | Atlantic Meridional Overturning Circulation mean (Section 9.4.2.3) |
| AntSIE | Seasonal cycle Antarctic sea ice extent (Section 9.4.3) |
| AOD | Aerosol Optical Depth (Section 9.4.6) |
| ArctSIE | Seasonal cycle Arctic sea ice extent (Section 9.4.3) |
| Blocking | Blocking events (Section 9.5.2.2) |
| CRE | Cloud radiative effects (Section 9.4.1.2) |
| EqTaux | Equatorial zonal wind stress (Section 9.4.2.4) |
| fgCO2 | Global ocean carbon sink (Section 9.4.5) |
| fgCO2-sp | Spatial pattern of ocean–atmosphere $CO_2$ fluxes (Section 9.4.5) |
| MHT | Meridional heat transport (Section 9.4.2.4) |
| Monsoon | Global monsoon (Section 9.5.2.4) |
| NBP | Global land carbon sink (Section 9.4.5) |
| NBP-sp | Spatial pattern of land–atmosphere $CO_2$ fluxes (Section 9.4.5) |
| PR | Large scale precipitation (Sections 9.4.1.1, 9.4.1.3) |
| PR-diur | Diurnal cycle precipitation (Section 9.5.2.1) |
| PR-RS | Regional scale precipitation (Section 9.6.1.1) |
| SAF | Snow albedo feedbacks (Section 9.8.3) |
| SMO | Soil moisture (Section 9.4.4) |
| SNC | Snow cover (Section 9.4.4) |
| SSS | Sea surface salinity (Section 9.4.2.1) |
| SSS-RS | Regional Sea surface salinity (Section 9.4.2.1) |
| SST | Sea surface temperature (Section 9.4.2.1) |
| TAS | Large scale surface air temperature (Sections 9.4.1.1, 9.4.1.3) |
| TAS-diur | Diurnal cycle surface air temperature (Section 9.5.2.1) |
| TAS-RS | Regional scale surface air temperature (Section 9.6.1.1) |
| TrSST | Tropical sea surface temperature (Section 9.4.2.1) |
| TropO3 | Tropospheric column ozone climatology (Section 9.4.1.4.5) |
| TrAtlantic | Tropical Atlantic mean state (Section 9.4.2.5) |
| TrInOcean | Tropical Indian Ocean mean state (Section 9.4.2.5) |
| TrPacific | Tropical Pacific mean state (Section 9.4.2.5) |
| VAR-diur | Diurnal cycle other variables (Section 9.5.2.1) |
| ZTaux | Zonal mean zonal wind stress (Section 9.4.2.4) |

**PANEL b (Trends)**

| | |
|---|---|
| AntSIE-t | Trend in Antarctic sea ice extent (Section 9.4.3) |
| ArctSIE-t | Trend in Arctic sea ice extent (Section 9.4.3) |
| fgCO2-t | Global ocean carbon sink trends (Section 9.4.5) |
| LST-t | Lower stratospheric temperature trends (Section 9.4.1.4.5) |
| NBP-t | Global land carbon sink trends  (Section 9.4.5) |
| OHC-t | Global ocean heat content trends (Section 9.4.2.2) |
| TotalO3-t | Total column ozone trends (Section 9.4.1.4.5) |
| TAS-t | Surface air temperature trends (Section 9.4.1.4.1) |
| TTT-t | Tropical tropospheric temperature trends (Section 9.4.1.4.2) |

**PANEL c (Variability):**

| | |
|---|---|
| AMM | Atlantic Meridional Mode (Section 9.5.3.3) |
| AMO | Atlantic Multi-decadal Variability (Section 9.5.3.3) |
| AMOC-var | Atlantic Meridional Overturning Circulation (Section 9.5.3.3) |
| AN | Atlantic Niño (Section 9.5.3.3) |
| CO2-iav | Interannual variability of atmospheric $CO_2$ (Section 9.8.3) |
| dCO2-iav | Sensitivity of $CO_2$ growth rate to tropical temperature (Section 9.8.3) |
| ENSO | El Niño Southern Oscillation (Section 9.5.3.4) |
| ENSOtele | Tropical ENSO teleconnections (Section 9.5.3.5) |
| IOB | Indian Ocean basin mode (Section 9.5.3.4) |
| IOD | Indian Ocean dipole (Section 9.5.3.4) |
| IPO | Interdecadal Pacific Oscillation (Section 9.5.3.6) |
| MJO | Madden-Julian Oscillation (Section 9.5.2.3) |
| NAO | North Atlantic Oscillation and Northern annular mode (Section 9.5.3.2) |
| PDO | Pacific Decadal Oscillation (Section 9.5.3.6) |
| PNA | Pacific North American (Section 9.5.3.5) |
| QBO | Quasi-Biennial Oscillation (Section 9.5.3.7) |
| SAM | Southern Annular Mode (Section 9.5.3.2) |
| SST-var | Global sea surface temperature variability (Section 9.5.3.1) |

**PANEL d (Extremes):**

| | |
|---|---|
| Hurric-hr | Year-to-year counts of Atlantic hurricanes in high-resolution AGCMs (Section 9.5.4.3) |
| PR-ext | Global distributions of precipitation extremes (Section 9.5.4.2) |
| PR-ext-hr | Global distribution of precipitation extremes in high-resolution AGCMs (Section 9.5.4.2) |
| PR-ext-t | Global trends in precipitation extremes (Section 9.5.4.2) |
| TAS-ext | Global distributions of surface air temperature extremes (Section 9.5.4.1) |
| TAS-ext-t | Global trends in surface air temperature extremes (Section 9.5.4.1) |
| TC | Tropical cyclone tracks and intensity (Section 9.5.4.3) |
| TC-hr | Tropical cyclone tracks and intensity in high-resolution AGCMs (Section 9.5.4.3) |
| Droughts | Droughts (Section 9.5.4.4) |

which CMIP5 models perform worse than CMIP3 models (something that would have been indicated by the red colour). A description that explains the expert judgment for each of the results presented in Figure 9.44 can be found in the body of this chapter, with a link to the specific sections given in the figure caption.

EMICs have also been evaluated to some extent in this chapter as they are used to provide long-term projections (in Chapter 12) beyond year 2300, and to provide large ensembles emulating the response of more comprehensive ESMs and allowing probabilistic estimates. Results

from the EMIC intercomparison project (Eby et al., 2013; Zickfeld et al., 2013) illustrate the ability to reproduce the large-scale climate changes in GMST (Figure 9.8) and OHC (Figure 9.17) during the 20th century. The models also estimate $CO_2$ fluxes for land and oceans, which are as consistent with observations as are fluxes estimated by ESMs (Figure 9.27). This gives confidence that the EMICs, albeit limited in the scope and resolution of information they can provide, can be used for long-term projections compatible with those of ESMs (Plattner et al., 2008; Eby et al., 2013). Overall, these studies imply that EMICs are well suited for simulations extending beyond the CMIP5 ensemble.

BLM_0151337

9

Frequently Asked Questions

# FAQ 9.1 | Are Climate Models Getting Better, and How Would We Know?

*Climate models are extremely sophisticated computer programs that encapsulate our understanding of the climate system and simulate, with as much fidelity as currently feasible, the complex interactions between the atmosphere, ocean, land surface, snow and ice, the global ecosystem and a variety of chemical and biological processes.*

*The complexity of climate models—the representation of physical processes like clouds, land surface interactions and the representation of the global carbon and sulphur cycles in many models—has increased substantially since the IPCC First Assessment Report in 1990, so in that sense, current Earth System Models are vastly 'better' than the models of that era. This development has continued since the Fourth Assessment, while other factors have also contributed to model improvement. More powerful supercomputers allow current models to resolve finer spatial detail. Today's models also reflect improved understanding of how climate processes work—understanding that has come from ongoing research and analysis, along with new and improved observations.*

Climate models of today are, in principle, better than their predecessors. However, every bit of added complexity, while intended to improve some aspect of simulated climate, also introduces new sources of possible error (e.g., via uncertain parameters) and new interactions between model components that may, if only temporarily, degrade a model's simulation of other aspects of the climate system. Furthermore, despite the progress that has been made, scientific uncertainty regarding the details of many processes remains.

An important consideration is that model performance can be evaluated only relative to past observations, taking into account natural internal variability. To have confidence in the future projections of such models, historical climate—and its variability and change—must be well simulated. The scope of model evaluation, in terms of the kind and quantity of observations available, the availability of better coordinated model experiments, and the expanded use of various performance metrics, has provided much more quantitative information about model performance. But this alone may not be sufficient. Whereas weather and seasonal climate predictions can be regularly verified, climate projections spanning a century or more cannot. This is particularly the case as anthropogenic forcing is driving the climate system toward conditions not previously observed in the instrumental record, and it will always be a limitation.

Quantifying model performance is a topic that has featured in all previous IPCC Working Group I Reports. Reading back over these earlier assessments provides a general sense of the improvements that have been made. Past reports have typically provided a rather broad survey of model performance, showing differences between model-calculated versions of various climate quantities and corresponding observational estimates.

Inevitably, some models perform better than others for certain climate variables, but no individual model clearly emerges as 'the best' overall. Recently, there has been progress in computing various performance metrics, which synthesize model performance relative to a range of different observations according to a simple numerical score. Of course, the definition of such a score, how it is computed, the observations used (which have their

*(continued on next page)*





**FAQ 9.1, Figure 1** | Model capability in simulating annual mean temperature and precipitation patterns as illustrated by results of three recent phases of the Coupled Model Intercomparison Project (CMIP2, models from about year 2000; CMIP3, models from about 2005; and CMIP5, the current generation of models). The figure shows the correlation (a measure of pattern similarity) between observed and modelled temperature (upper panel) and precipitation (lower panel). Larger values indicate better correspondence between modelled and observed spatial patterns. The black symbols indicate correlation coefficient for individual models, and the large green symbols indicate the median value (i.e., half of the model results lie above and the other half below this value). Improvement in model performance is evident by the increase in correlation for successive model generations.

BLM_0151338

*FAQ 9.1 (continued)*

own uncertainties), and the manner in which various scores are combined are all important, and will affect the end result.

Nevertheless, if the metric is computed consistently, one can compare different generations of models. Results of such comparisons generally show that, although each generation exhibits a range in performance, the average model performance index has improved steadily between each generation. An example of changes in model performance over time is shown in FAQ 9.1, Figure 1, and illustrates the ongoing, albeit modest, improvement. It is interesting to note that both the poorest and best performing models demonstrate improvement, and that this improvement comes in parallel with increasing model complexity and an elimination of artificial adjustments to atmosphere and ocean coupling (so-called 'flux adjustment'). Some of the reasons for this improvement include increased understanding of various climate processes and better representation of these processes in climate models. More comprehensive Earth observations are also driving improvements.

So, yes, climate models are getting better, and we can demonstrate this with quantitative performance metrics based on historical observations. Although future climate projections cannot be directly evaluated, climate models are based, to a large extent, on verifiable physical principles and are able to reproduce many important aspects of past response to external forcing. In this way, they provide a scientifically sound preview of the climate response to different scenarios of anthropogenic forcing.

**9**

### 9.8.2 Implications of Model Evaluation for Climate Change Detection and Attribution

The evaluation of model simulations of historical climate is of direct relevance to detection and attribution (D&A) studies (Chapter 10) since these rely on model-derived patterns (or 'fingerprints') of climate response to external forcing, and on the ability of models to simulate decadal and longer-time scale internal variability (Hegerl and Zwiers, 2011). Conversely, D&A research contributes to model evaluation through estimation of the amplitude of modeled response to various forcings (Section 10.3.1.1.3). The estimated fingerprint for some variables such as water vapor is governed by basic physical processes that are well represented in models and are rather insensitive to model uncertainties (Santer et al., 2009). Figure 9.44 illustrates slight improvements in the representation of some of the modes of variability and climate phenomena discussed in Sections 9.5.2 and 9.5.3, suggesting with *medium confidence* that models now better reproduce internal variability. On the other hand, biases that affect D&A studies remain. An example is the warm bias of lower-stratosphere temperature trends during the satellite period (Section 9.4.1.4.5) that can be linked to uncertainties in stratospheric ozone forcing (Solomon et al., 2012; Santer et al., 2013). Recent studies of climate extremes (Section 9.5.4) also provide evidence that models have reasonable skill in these important attributes of a changing climate; however, there is an indication that models have difficulties in reproducing the right balance between historical changes in cold and warm extremes. They also confirm that resolution affects the confidence that can be placed in the analyses of extreme in precipitation. D&A studies focussed on extreme events are therefore constrained by current model limitations. Lastly, some D&A studies have incorporated model quality results by repeating a multi-model analysis with only the models that agree best with observations (Santer et al., 2009). This model discrimination or weighting is less problematic for D&A analysis than it is for model projections

of future climate (Section 9.8.3), because D&A research is focussed on historical and control-run simulations which can be directly evaluated against observations.

### 9.8.3 Implications of Model Evaluation for Model Projections of Future Climate

Confidence in climate model projections is based on physical understanding of the climate system and its representation in climate models, and on a demonstration of how well models represent a wide range of processes and climate characteristics on various spatial and temporal scales (Knutti et al., 2010b). A climate model's credibility is increased if the model is able to simulate past variations in climate, such as trends over the 20th century and palaeoclimatic changes. Projections from previous IPCC assessments can also be directly compared to observations (see Figures 1.4 and 1.5), with the caveat that these projections were not intended to be predictions over the short time scales for which observations are available to date. Unlike shorter lead forecasts, longer-term climate change projections push models into conditions outside the range observed in the historical period used for evaluation.

In some cases, the spread in climate projections can be reduced by weighting of models according to their ability to reproduce past observed climate. Several studies have explored the use of unequally weighted means, with the weights based on the models' performance in simulating past variations in climate, typically using some performance metric or collection of metrics (Connolley and Bracegirdle, 2007; Murphy et al., 2007; Waugh and Eyring, 2008; Pierce et al., 2009; Reifen and Toumi, 2009; Christensen et al., 2010; Knutti et al., 2010b; Raisanen et al., 2010; Abe et al., 2011; Shiogama et al., 2011; Watterson and Whetton, 2011; Tsushima et al., 2013). When applied to projections of Arctic sea ice, averages in which extra weight is given

825

to models with the most realistic historical sea ice do give different results than the unweighted mean (Stroeve et al., 2007, 2012; Scherrer, 2011; Massonnet et al., 2012; Wang and Overland, 2012; Overland and Wang, 2013). Another frequently used approach is the re-calibration of model outputs to a given observed value (Boe et al., 2009b; Mahlstein and Knutti, 2012; Wang and Overland, 2012), see further discussion in Section 12.4.6.1. Some studies explicitly formulate a statistical frameworks that relate future observables to climate model output (reviewed in Knutti et al. (2010b) and Stephenson et al. (2012)). Such frameworks not only provide weights for the mean response but also allow the uncertainty in the predicted response to be quantified (Bracegirdle and Stephenson, 2012).

There are several encouraging examples of 'emergent constraints', which are relationships across an ensemble of models between some aspect of Earth System sensitivity and an observable trend or variation in the contemporary climate (Allen and Ingram, 2002; Hall and Qu, 2006; Eyring et al., 2007; Boe et al., 2009a, 2009b; Mahlstein and Knutti, 2010; Son et al., 2010; Huber et al., 2011; Schaller et al., 2011; Bracegirdle and Stephenson, 2012; Fasullo and Trenberth, 2012; O'Gorman, 2012). For example, analyzing the CMIP3 ensemble, Hall and Qu (2006) showed that inter-model variations of snow albedo feedback in the contemporary seasonal cycle strongly correlate with comparably large inter-model variations in this feedback under future climate change. An update of this analysis with CMIP5 models added is shown in Figure 9.45 (left panel). This relationship presumably arises from the fact that surface albedo values in areas covered by snow vary widely across the models, particularly in the heavily vegetated boreal forest zone. Models with higher surface albedos in these areas have a larger contrast between snow-covered and snow-free areas, and hence a stronger snow albedo feedback whether the context is the seasonal

variation in sunshine or anthropogenic forcing. Comparison with an observational estimate of snow albedo feedback reveals a large spread with both high and low biases.

The right panel of Figure 9.45 shows another example of an emergent constraint, where the sensitivity of tropical land carbon to warming (i.e., without $CO_2$ fertilization effects) is related to the sensitivity of the annual $CO_2$ growth rate to tropical temperature anomalies (Cox et al., 2013) ). The horizontal axis is the regression of the atmospheric $CO_2$ growth rate on the tropical temperature anomaly for each model. The strong statistical relationship between these two variables is consistent with the fact that interannual variability in the $CO_2$ growth-rate is known to be dominated by the response of tropical land to climatic anomalies, associated particularly with ENSO. Thus this relationship has a physical as well as a statistical basis. The interannual sensitivity of the $CO_2$ growth rate to tropical temperature can be estimated from observational data. Like the snow albedo feedback example, this inter-model relationship provides a credible means to reduce model spread in the sensitivity of tropical land carbon to tropical climate change.

On the other hand, many studies have failed to find strong relationships between observables and projections. Whetton et al. (2007) and Knutti et al. (2010a) found that correlations between local to regional climatological values and projected changes are small except for a few regions. Scherrer (2011) finds no robust relationship between the ability of the CMIP3 models to represent interannual variability of near-surface air temperature and the amplitude of future warming. Raisanen et al. (2010) report only small (10–20%) reductions in cross-validation error of simulated 21st century temperature changes when weighting the CMIP3 models based on their simulation of the present-day climatology. The main difficulties are sparse coverage in



**Figure 9.45 |** (Left) Scatterplot of simulated springtime snow–albedo feedback ($\Delta\alpha_s/\Delta T_s$) values in climate change (y-axis) versus simulated springtime $\Delta\alpha_s/\Delta T_s$ values in the seasonal cycle (x-axis) in transient climate change experiments from 17 CMIP3 (blue) and 24 CMIP5 models ($\alpha_s$ and $T_s$ are surface albedo and surface air temperature, respectively). (Adapted from Hall and Qu, 2006.) (Right) Constraint on the climate sensitivity of land carbon in the tropics (30°N to 30°S) from interannual variability in the growth rate of global atmospheric $CO_2$ (Cox et al., 2013). This is based on results from Earth System Models (ESMs) with free-running $CO_2$; Coupled Climate Carbon Cycle Model Intercomparison Project General Circulation Models (C4MIP GCMs, black labels; Friedlingstein et al., 2006), and three land carbon 'physics ensembles' with HadCM3 (red labels; Booth et al., 2012b) . The values on the y-axis are calculated over the period 1960–2099 inclusive, and those on the x-axis over the period 1960–2010 inclusive. In both cases the temperature used is the mean (land+ocean) temperature over 30°N to 30°S. The width of the vertical yellow bands in both (a) and (b) shows the observation-based estimate of the variable on the x-axis.

BLM_0151340

many observed variables, short time series for observed trends, lack of correlation between observed quantities and projected past or future trends, and systematic errors in the models (Tebaldi and Knutti, 2007; Jun et al., 2008; Knutti, 2010; Knutti et al., 2010a), the ambiguity of possible performance metrics and the difficulty of associating them with predictive skill (Parker et al., 2007; Gleckler et al., 2008; Pincus et al., 2008; Reichler and Kim, 2008; Pierce et al., 2009; Knutti et al., 2010a).

Emergent constraints can be difficult to identify if climate models are structurally similar and share common biases, thereby reducing the effective ensemble size. Comparison of emergent constraints in MMEs from different modelling experiments can help reveal which constraints are robust (Massonnet et al., 2012; Bracegirdle and Stephenson, 2013). Another issue is that testing of large numbers of predictors will find statistically significant correlations that do not remain significant in a different ensemble. This is particularly important if many predictors are tested using only small ensembles like CMIP3 (DelSole and Shukla, 2009; Raisanen et al., 2010; Huber et al., 2011; Masson and Knutti, 2013). All of these potential pitfalls underscore the need for analysis of the mechanism underpinning the statistical relationship between current and future climate parameters for any proposed emergent constraint.

**9**

BLM_0151341

# References

Abe, M., H. Shiogama, T. Nozawa, and S. Emori, 2011: Estimation of future surface temperature changes constrained using the future-present correlated modes in inter-model variability of CMIP3 multimodel simulations. *J. Geophys. Res. Atmos.*, **116**, D18104.

Abiodun, B., W. Gutowski, A. Abatan, and J. Prusa, 2011: CAM-EULAG: A non-hydrostatic atmospheric climate model with grid stretching. *Acta Geophys.*, **59**, 1158–1167.

Abramowitz, G., R. Leuning, M. Clark, and A. Pitman, 2008: Evaluating the performance of land surface models. *J. Clim.*, **21**, 5468–5481.

AchutaRao, K., and K. Sperber, 2002: Simulation of the El Niño Southern Oscillation: Results from the coupled model intercomparison project. *Clim. Dyn.*, **19**, 191–209.

AchutaRao, K., and K. Sperber, 2006: ENSO simulations in coupled ocean-atmosphere models: Are the current models better? *Clim. Dyn.*, **27**, 1–16.

Achuthavarier, D., V. Krishnamurthy, B. P. Kirtman, and B. H. Huang, 2012: Role of the Indian Ocean in the ENSO-Indian Summer Monsoon Teleconnection in the NCEP Climate Forecast System. *J. Clim.*, **25**, 2490–2508.

Ackerley, D., E. J. Highwood, and D. J. Frame, 2009: Quantifying the effects of perturbing the physics of an interactive sulfur scheme using an ensemble of GCMs on the climateprediction.net platform. *J. Geophys. Res. Atmos.*, **114**, D01203

Adachi, Y., et al., 2013: Basic performance of a new earth system model of the Meteorological Research Institute (MRI-ESM1). *Papers Meteorol. Geophys.*, doi:10.2467/mripapers.64.1.

Adam, J., E. Clark, D. Lettenmaier, and E. Wood, 2006: Correction of global precipitation products for orographic effects. *J. Clim.*, **19**, 15–38.

Adkins, J. F., K. McIntyre, and D. P. Schrag, 2002: The salinity, temperature, and delta O-18 of the glacial deep ocean. *Science*, **298**, 1769–1773.

Adler, R. F., et al., 2003: The Version 2 Global Precipitation Climatology Project (GPCP) Monthly Precipitation Analysis (1979–Present). *J. Hydrometeor.*, **4**, 1147–1167.

Alekseev, V. A., E. M. Volodin, V. Y. Galin, V. P. Dymnikov, and V. N. Lykossov, 1998: Modeling of the present-day climate by the atmospheric model of INM RAS DNM GCM. Description of the model version A5421 and results of AMIP2 simulations. Institute of Numerical Mathematics, Moscow, Russia, 200 pp.

Alessandri, A., P. G. Fogli, M. Vichi, and N. Zeng, 2012: Strengthening of the hydrological cycle in future scenarios: Atmospheric energy and water balance perspective. *Earth Syst. Dyn.*, **3**, 199–212.

Alexander, M. J., et al., 2010: Recent developments in gravity-wave effects in climate models and the global distribution of gravity-wave momentum flux from observations and models. *Q. J. R. Meteorol. Soc.*, **136**, 1103–1124.

Alexandru, A., R. de Elia, and R. Laprise, 2007: Internal variability in regional climate downscaling at the seasonal scale. *Mon. Weather Rev.*, **135** 3221–3238.

Alexandru, A., R. de Elia, R. Laprise, L. Separovic, and S. Biner, 2009: Sensitivity study of regional climate model simulations to large-scale nudging parameters. *Mon. Weather Rev.*, **137**, 1666–1686.

Allan, R. P., and B. J. Soden, 2008: Atmospheric warming and the amplification of precipitation extremes. *Science*, **321**, 1481–1484.

Allan, R. P., M. A. Ringer, and A. Slingo, 2003: Evaluation of moisture in the Hadley Centre climate model using simulations of HIRS water-vapour channel radiances. *Q. J. R. Meteorol. Soc.*, **129**, 3371–3389.

Allan, R. P., A. Slingo, S. F. Milton, and M. E. Brooks, 2007: Evaluation of the Met Office global forecast model using Geostationary Earth Radiation Budget (GERB) data. *Q. J. R. Meteorol. Soc.*, **133**, 1993–2010.

Allan, R. P., B. J. Soden, V. O. John, W. Ingram, and P. Good, 2010: Current changes in tropical precipitation. *Environ. Res. Lett.*, **5**, 025205.

Allen, M., P. Stott, J. Mitchell, R. Schnur, and T. Delworth, 2000: Quantifying the uncertainty in forecasts of anthropogenic climate change. *Nature*, **407**, 617–620.

Allen, M. R., and W. J. Ingram, 2002: Constraints on future changes in climate and the hydrologic cycle. *Nature*, **419**, 224–232.

Ammann, C. M., G. A. Meehl, W. M. Washington, and C. S. Zender, 2003: A monthly and latitudinally varying volcanic forcing dataset in simulations of 20th century climate. *Geophys. Res. Lett.*, **30**, 1657.

Anav, A., et al., 2013: Evaluating the land and ocean components of the global carbon cycle in the CMIP5 Earth System Models. *J. Clim.*, **26**, 6801–6843.

Anderson, B. T., J. R. Knight, M. A. Ringer, C. Deser, A. S. Phillips, J. H. Yoon, and A. Cherchi, 2010: Climate forcings and climate sensitivities diagnosed from atmospheric global circulation models. *Clim. Dyn.*, **35**, 1461–1475.

Andrews, T., J. M. Gregory, M. J. Webb, and K. E. Taylor, 2012: Forcing, feedbacks and climate sensitivity in CMIP5 coupled atmosphere-ocean climate models. *Geophys. Res. Lett.*, **39**, L09712.

Annamalai, H., and K. R. Sperber, 2005: Regional heat sources and the active and break phases of boreal summer intraseasonal (30–50 day) variability. *J. Atmos. Sci.*, **62**, 2726–2748.

Annan, J., and J. Hargreaves, 2011: Understanding the CMIP3 Multimodel Ensemble. *J. Clim.*, **24**, 4529–4538.

Annan, J. D., and J. C. Hargreaves, 2010: Reliability of the CMIP3 ensemble. *Geophys. Res. Lett.*, **37**, L02703.

Annan, J. D., D. J. Lunt, J. C. Hargreaves, and P. J. Valdes, 2005: Parameter estimation in an atmospheric GCM using the Ensemble Kalman Filter. *Nonlin. Proc. Geophys.*, **12**, 363–371.

Anstey, J. A., et al., 2013: Multi-model analysis of Northern Hemisphere winter blocking and its relation to the stratosphere. *J. Geophys. Res. Atmos.*, **118**, 3956–3971.

Antonov, J. I., et al., 2010: *World Ocean Atlas 2009*, Vol. 2: *Salinity*. [S. Levitus (eds.)]. NOAA Atlas NESDIS 69, U.S. Gov. Printing Office, Washington, D.C., 184 pp.

Archer, D. E., G. Eshel, A. Winguth, W. Broecker, R. Pierrehumbert, M. Tobis, and R. Jacob, 2000: Atmospheric pCO(2) sensitivity to the biological pump in the ocean. *Global Biogeochem. Cycles*, **14**, 1219–1230.

Arneth, A., et al., 2010: From biota to chemistry and climate: Towards a comprehensive description of trace gas exchange between the biosphere and atmosphere. *Biogeosciences*, **7**, 121–149.

Arora, V. K., and G. J. Boer, 2005: Fire as an interactive component of dynamic vegetation models. *J. Geophys. Res.-Biogeosciences*, **110**, G02008.

Arora, V. K., and G. J. Boer, 2010: Uncertainties in the 20th century carbon budget associated with land use change. *Global Change Biol.*, **16**, 3327–3348.

Arora, V. K., et al., 2011: Carbon emission limits required to satisfy future representative concentration pathways of greenhouse gases. *Geophys. Res. Lett.*, **38**, L05805.

Arora, V. K., et al., 2009: The effect of terrestrial photosynthesis down regulation on the twentieth-century carbon budget simulated with the CCCma Earth System Model. *J. Clim.*, **22**, 6066–6088.

Artale, V., et al., 2010: An atmosphere–ocean regional climate model for the Mediterranean area: Assessment of a present climate simulation. *Clim. Dyn.*, **35**, 721–740.

Arzhanov, M. M., P. F. Demchenko, A. V. Eliseev, and I. I. Mokhov, 2008: Simulation of characteristics of thermal and hydrologic soil regimes in equilibrium numerical experiments with a Climate Model of Intermediate Complexity. *Izvestiya Atmos. Ocean. Phys.*, **44**, 548–566.

Assmann, K. M., M. Bentsen, J. Segschneider, and C. Heinze, 2010: An isopycnic ocean carbon cycle model. *Geosci. Model Dev.*, **3**, 143–167.

Aumont, O., and L. Bopp, 2006: Globalizing results from ocean in situ iron fertilization studies. *Global Biogeochem. Cycles*, **20**, Gb2017.

Aumont, O., E. Maier-Reimer, S. Blain, and P. Monfray, 2003: An ecosystem model of the global ocean including Fe, Si, P colimitations. *Global Biogeochem. Cycles*, **17**, 1060.

Austin, J., and R. J. Wilson, 2006: Ensemble simulations of the decline and recovery of stratospheric ozone. *J. Geophys. Res. Atmos.*, **111**, D16314.

Axelsson, P., M. Tjernström, S. Söderberg, and G. Svensson, 2011: An ensemble of Arctic simulations of the AOE-2001 field experiment. *Atmosphere*, **2**, 146–170.

Baehr, J., S. Cunningham, H. Haak, P. Heimbach, T. Kanzow, and J. Marotzke, 2009: Observed and simulated estimates of the meridional overturning circulation at 26.5 N in the Atlantic. *Ocean Sci.*, **5**, 575–589.

Balan Sarojini, B., et al., 2011: High frequency variability of the Atlantic meridional overturning circulation. *Ocean Science*, **7**, 471–486.

Baldwin, M. P., et al., 2001: The quasi-biennial oscillation. *Rev. Geophys.*, **39**, 179–229.

Balsamo, G., P. Viterbo, A. Beljaars, B. van den Hurk, M. Hirschi, A. K. Betts, and K. Scipal, 2009: A revised hydrology for the ECMWF Model: Verification from field site to terrestrial water storage and impact in the Integrated Forecast System. *J. Hydrometeorol.*, **10**, 623–643.

BLM_0151342

Bao, Q., G. Wu, Y. Liu, J. Yang, Z. Wang, and T. Zhou, 2010: An introduction to the coupled model FGOALS1.1-s and its performance in East Asia. *Adv. Atmos. Sci.*, **27**, 1131–1142.

Bao, Q., et al., 2013: The Flexible Global Ocean-Atmosphere-Land System model Version: FGOALS-s2. *Adv. Atmos. Sci.*, doi:10.1007/s00376-012-2113-9.

Bao, Y., F. L. Qiao, and Z. Y. Song, 2012: Historical simulation and twenty-first century prediction of oceanic $CO_2$ sink and pH change. *Acta Ocean. Sin.*, **31**, 87–97.

Barkstrom, B. R., 1984: The Earth Radiation Budget Experiment (ERBE). *Bull. Am. Meteorol. Soc.*, **65**, 1170–1185.

Barnes, E. A., and D. L. Hartmann, 2010: Influence of eddy-driven jet latitude on North Atlantic jet persistence and blocking frequency in CMIP3 integrations. *Geophys. Res. Lett.*, **37**, L23802.

Barnes, E. A., J. Slingo, and T. Woollings, 2012: A methodology for the comparison of blocking climatologies across indices, models and climate scenarios. *Clim. Dyn.*, **38**, 2467–2481.

Barnier, B., et al., 2006: Impact of partial steps and momentum advection schemes in a global ocean circulation model at eddy-permitting resolution. *Ocean Dyn.*, **56**, 543–567.

Barriopedro, D., R. Garcia-Herrera, and R. M. Trigo, 2010a: Application of blocking diagnosis methods to General Circulation Models. Part I: A novel detection scheme. *Clim. Dyn.*, **35**, 1373–1391.

Barriopedro, D., R. Garcia-Herrera, J. F. Gonzalez-Rouco, and R. M. Trigo, 2010b: Application of blocking diagnosis methods to General Circulation Models. Part II: Model simulations. *Clim. Dyn.*, **35**, 1393–1409.

Bartlein, P. J., et al., 2010: Pollen-based continental climate reconstructions at 6 and 21 ka: A global synthesis. *Clim. Dyn.*, **37**, 775–802.

Bathiany, S., M. Claussen, V. Brovkin, T. Raddatz, and V. Gayler, 2010: Combined biogeophysical and biogeochemical effects of large-scale forest cover changes in the MPI earth system model. *Biogeosciences*, **7**, 1383–1399.

Bauer, H. S., V. Wulfmeyer, and L. Bengtsson, 2008a: The representation of a synoptic-scale weather system in a thermodynamically adjusted version of the ECHAM4 general circulation model. *Meteorol. Atmos. Phys.*, **99**, 129–153.

Bauer, S. E., D. Koch, N. Unger, S. M. Metzger, D. T. Shindell, and D. G. Streets, 2007: Nitrate aerosols today and in 2030: A global simulation including aerosols and tropospheric ozone. *Atmos. Chem. Phys.*, **7**, 5043–5059.

Bauer, S. E., et al., 2008b: MATRIX (Multiconfiguration Aerosol TRacker of mIXing state): An aerosol microphysical module for global atmospheric models. *Atmos. Chem. Phys.*, **8**, 6003–6035.

Beare, R., et al., 2006: An intercomparison of large-eddy simulations of the Stable Boundary Layer. *Boundary-Layer Meteorol.*, **118**, 247–272.

Bellassen, V., G. Le Maire, J. F. Dhote, P. Ciais, and N. Viovy, 2010: Modelling forest management within a global vegetation model Part 1: Model structure and general behaviour. *Ecol. Model.*, **221**, 2458–2474.

Bellassen, V., G. le Maire, O. Guin, J. F. Dhote, P. Ciais, and N. Viovy, 2011: Modelling forest management within a global vegetation model-Part 2: Model validation from a tree to a continental scale. *Ecol. Model.*, **222**, 57–75.

Bellouin, N., J. Rae, A. Jones, C. Johnson, J. Haywood, and O. Boucher, 2011: Aerosol forcing in the Climate Model Intercomparison Project (CMIP5) simulations by HadGEM2–ES and the role of ammonium nitrate. *J. Geophys. Res.*, **116**, 1–25.

Bellucci, A., S. Gualdi, and A. Navarra, 2010: The Double-ITCZ Syndrome in Coupled General Circulation Models: The role of large-scale vertical circulation regimes. *J. Clim.*, **23**, 1127–1145.

Bender, M. A., T. R. Knutson, R. E. Tuleya, J. J. Sirutis, G. A. Vecchi, S. T. Garner, and I. M. Held, 2010: Modeled impact of anthropogenic warming on the frequency of intense Atlantic hurricanes. *Science*, **327**, 454–458.

Bengtsson, L., and K. Hodges, 2011: On the evaluation of temperature trends in the tropical troposphere. *Clim. Dyn.*, **36**, 419–430.

Bengtsson, L., K. I. Hodges, and N. Keenlyside, 2009: Will extratropical storms intensify in a warmer climate? *J. Clim.*, **22**, 2276–2301.

Berckmans, J., T. Woollings, M.-E. Demory, P.-L. Vidal, and M. Roberts, 2013: Atmospheric blocking in a high resolution climate model: Influences of mean state, orography and eddy forcing. *Atmos. Sci. Lett.*, **14**, 34–40.

Bergengren, J., D. Waliser, and Y. Yung, 2011: Ecological sensitivity: A biospheric view of climate change. *Clim. Change*, **107**, 433–457.

Bergengren, J., S. Thompson, D. Pollard, and R. DeConto, 2001: Modeling global climate-vegetation interactions in a doubled $CO_2$ world. *Clim. Change*, **50**, 31–75.

Bernie, D. J., E. Guilyardi, G. Madec, J. M. Slingo, S. Woolnough, and J. Cole, 2008: Impact of resolving the diurnal cycle in an ocean-atmosphere GCM. Part 2: A diurnally coupled CGCM. *Clim. Dyn.*, **31**, 909–925.

Bi, D., et al., 2013a: ACCESS-OM: The Ocean and Sea ice Core of the ACCESS Coupled Model. *Aust. Meteorol. Oceanogr. J.*, **63**, 213–232.

Bi, D., et al., 2013b: The ACCESS Coupled Model: Description, control climate and evaluation. *Aust. Meteorol. Oceanogr. J.*, **63**, 41–64.

Bitz, C. M., and W. H. Lipscomb, 1999: An energy-conserving thermodynamic sea ice model for climate study. *J. Geophys. Res., Oceans*, **104**, 15669–15677.

Blyth, E., J. Gash, A. Lloyd, M. Pryor, G. P. Weedon, and J. Shuttleworth, 2010: Evaluating the JULES Land Surface Model Energy Fluxes Using FLUXNET Data. *J. Hydrometeorol.*, **11**, 509–519.

Boberg, F., and J. H. Christensen, 2012: Overestimation of Mediterranean summer temperature projections due to model deficiencies. *Nature Clim. Change*, **2**, 433–436.

Boccaletti, G., R. Ferrari, and B. Fox-Kemper, 2007: Mixed layer instabilities and restratification. *J. Phys. Oceanogr.*, **37**, 2228–2250.

Bodas-Salcedo, A., K. D. Williams, P. R. Field, and A. P. Lock, 2012: The surface downwelling solar radiation surplus over the Southern Ocean in the Met Office Model: The role of midlatitude cyclone clouds. *J. Clim.*, **25**, 7467–7486.

Bodas-Salcedo, A., M. Webb, M. Brooks, M. Ringer, K. Williams, S. Milton, and D. Wilson, 2008: Evaluating cloud systems in the Met Office global forecast model using simulated CloudSat radar reflectivities. *J. Geophys. Res. Atmos.*, **113**, D00A13.

Bodas-Salcedo, A., et al., 2011: COSP: Satellite simulation software for model assessment. *Bull. Am. Meteorol. Soc.*, **92**, 1023–1043.

Bodeker, G., H. Shiona, and H. Eskes, 2005: Indicators of Antarctic ozone depletion. *Atmos. Chem. Phys.*, **5**, 2603–2615.

Boe, J., A. Hall, and X. Qu, 2009a: Deep ocean heat uptake as a major source of spread in transient climate change simulations. *Geophys. Res. Lett.*, **36**, L22701.

Boe, J., L. Terray, F. Habets, and E. Martin, 2007: Statistical and dynamical downscaling of the Seine basin climate for hydro-meteorological studies. *Int. J. Climatol.*, **27**, 1643–1655.

Boe, J. L., A. Hall, and X. Qu, 2009b: September sea-ice cover in the Arctic Ocean projected to vanish by 2100. *Nature Geosci.*, **2**, 341–343.

Boer, G., and S. Lambert, 2008: The energy cycle in atmospheric models. *Clim. Dyn.*, **30**, 371–390.

Boer, G. J., and B. Yu, 2003: Climate sensitivity and climate state. *Clim. Dyn.*, **21**, 167–176.

Boisier, J.-P., et al., 2012: Attributing the biogeophysical impacts of land-use induced Land-Cover Changes on surface climate to specific causes. Results from the first LUCID set of simulations. *J. Geophys. Res.*, **117**, D12116.

Bollasina, M. A., and Y. Ming, 2013: The general circulation model precipitation bias over the southwestern equatorial Indian Ocean and its implications for simulating the South Asian monsoon. *Clim. Dyn.*, **40**, 823–838.

Bonan, G. B., 2008: Forests and climate change: Forcings, feedbacks, and the climate benefits of forests. *Science*, **320**, 1444–1449.

Bond, T. C., et al., 2007: Historical emissions of black and organic carbon aerosol from energy-related combustion, 1850–2000. *Global Biogeochem. Cycles*, **21**, GB2018.

Bondeau, A., P. C. Smith, S. Zaehle, S. Schaphoff, W. Lucht, W. Cramer, and D. Gerten, 2007: Modelling the role of agriculture for the 20th century global terrestrial carbon balance. *Global Change Biol.*, **13**, 679–706.

Boning, C. W., A. Dispert, M. Visbeck, S. R. Rintoul, and F. U. Schwarzkopf, 2008: The response of the Antarctic Circumpolar Current to recent climate change. *Nature Geosci.*, **1**, 864–869.

Boone, A., et al., 2009: THE AMMA Land Surface Model Intercomparison Project (ALMIP). *Bull. Am. Meteorol. Soc.*, **90**, 1865–1880.

Boone, A. A., I. Poccard-Leclercq, Y. K. Xue, J. M. Feng, and P. de Rosnay, 2010: Evaluation of the WAMME model surface fluxes using results from the AMMA land-surface model intercomparison project. *Clim. Dyn.*, **35**, 127–142.

Booth, B. B. B., N. J. Dunstone, P. R. Halloran, T. Andrews, and N. Bellouin, 2012a: Aerosols implicated as a prime driver of twentieth-century North Atlantic climate variability. *Nature*, **484**, 228–232.

Booth, B. B. B., et al., 2012b: High sensitivity of future global warming to land carbon cycle processes. *Environ. Res. Lett.*, **7**, 024002.

Boschat, G., P. Terray, and S. Masson, 2012: Robustness of SST teleconnections and precursory patterns associated with the Indian summer monsoon. *Clim. Dyn.*, **38**, 2143–2165.

**9**

BLM_0151343

Boyle, J., and S. A. Klein, 2010: Impact of horizontal resolution on climate model forecasts of tropical precipitation and diabatic heating for the TWP-ICE period. *J. Geophys. Res.*, **115**, D23113.

Boyle, J., S. Klein, G. Zhang, S. Xie, and X. Wei, 2008: Climate Model Forecast Experiments for TOGA COARE. *Mon. Weather Rev.*, **136**, 808–832.

Bracegirdle, T., et al., 2013: Assessment of surface winds over the Atlantic, Indian and Pacific Ocean sectors of the Southern Hemisphere in CMIP5 models: Historical bias, forcing response, and state dependence. *J. Geophys. Res. Atmos.*, doi:10.1002/grd.50153.

Bracegirdle, T. J., and D. B. Stephenson, 2012: Higher precision estimates of regional polar warming by ensemble regression of climate model projections. *Clim. Dyn.*, **39**, 2805–2821.

Bracegirdle, T. J., and D. B. Stephenson, 2013: On the robustness of emergent constraints used in multi-model climate change projections of Arctic warming. *J. Clim.*, **26**, 669–678.

Braconnot, P., F. Hourdin, S. Bony, J. Dufresne, J. Grandpeix, and O. Marti, 2007a: Impact of different convective cloud schemes on the simulation of the tropical seasonal cycle in a coupled ocean-atmosphere model. *Clim. Dyn.*, **29**, 501–520.

Braconnot, P., et al., 2012: Evaluation of climate models using palaeoclimatic data. *Nature Clim. Change*, **2**, 417–424.

Braconnot, P., et al., 2007b: Results of PMIP2 coupled simulations of the Mid-Holocene and Last Glacial Maximum - Part 2: Feedbacks with emphasis on the location of the ITCZ and mid- and high latitudes heat budget. *Clim. Past*, **3**, 279–296.

Braconnot, P., et al., 2007c: Results of PMIP2 coupled simulations of the Mid-Holocene and Last Glacial Maximum - Part 1: Experiments and large-scale features. *Clim. Past*, **3**, 261–277.

Brands, S., J. Taboada, A. Cofino, T. Sauter, and C. Schneider, 2011: Statistical downscaling of daily temperatures in the NW Iberian Peninsula from global climate models: Validation and future scenarios. *Clim. Res.*, **48**, 163–176.

Bresson, R., and R. Laprise, 2011: Scale-decomposed atmospheric water budget over North America as simulated by the Canadian Regional Climate Model for current and future climates. *Clim. Dyn.*, **36**, 365–384.

Breugem, W. P., W. Hazeleger, and R. J. Haarsma, 2006: Multimodel study of tropical Atlantic variability and change. *Geophys. Res. Lett.*, **33**, L23706.

Brewer, S., J. Guiot, and F. Torre, 2007: Mid-Holocene climate change in Europe: A data-model comparison. *Clim. Past*, **3**, 499–512.

Briegleb, B. P., and B. Light, 2007: A Delta-Eddington multiple scattering parameterization for solar radiation in the sea ice component of the Community Climate System Model. *NCAR Technical Note*, National Center for Atmospheric Research, 100 pp.

Briegleb, B. P., C. M. Blitz, E. C. Hunke, W. H. Lipscomb, M. M. Holland, J. L. Schramm, and R. E. Moritz, 2004: Scientific description of the sea ice component in the Community Climate System Model, Version 3. *NCAR Technical Note*, National Center for Atmospheric Research, 70 pp.

Brient, F., and S. Bony, 2012: Interpretation of the positive low-cloud feedback predicted by a climate model under global warming. *Clim. Dyn.*, doi:10.1007/s00382–011–1279–7.

Brierley, C. M., M. Collins, and A. J. Thorpe, 2010: The impact of perturbations to ocean-model parameters on climate and climate change in a coupled model. *Clim. Dyn.*, **34**, 325–343.

Brogniez, H., and R. T. Pierrehumbert, 2007: Intercomparison of tropical tropospheric humidity in GCMs with AMSU-B water vapor data. *Geophys. Res. Lett.*, **34**, L17812

Brogniez, H., R. Roca, and L. Picon, 2005: Evaluation of the distribution of subtropical free tropospheric humidity in AMIP-2 simulations using METEOSAT water vapor channel data. *Geophys. Res. Lett.*, **32**, L19708.

Brovkin, V., J. Bendtsen, M. Claussen, A. Ganopolski, C. Kubatzki, V. Petoukhov, and A. Andreev, 2002: Carbon cycle, vegetation, and climate dynamics in the Holocene: Experiments with the CLIMBER-2 model. *Global Biogeochem. Cycles*, **16**, 1139.

Brown, A., S. Milton, M. Cullen, B. Golding, J. Mitchell, and A. Shelly, 2012: Unified modeling and prediction of weather and climate: A 25-year journey. *Bull. Am. Meteorol. Soc.*, **93**, 1865–1877.

Brown, J., A. Fedorov, and E. Guilyardi, 2010a: How well do coupled models replicate ocean energetics relevant to ENSO? *Clim. Dyn.*, **36**, 2147–2158.

Brown, J., O. J. Ferrians, J. A. Heginbottom, and E. S. E. S. Melnikov, 1997: *International Permafrost Association Circum-Arctic Map of Permafrost and Ground Ice Conditions*. Geological Survey (U.S.), Denver, CO, USA.

Brown, J., O. J. Ferrians, J. A. Heginbottom, and E. S. E. S. Melnikov, 1998: Digital circum-arctic map of permafrost and ground ice conditions. In: *Circumpolar Active-Layer Permafrost System (CAPS)*. CD-ROM. 1.0 ed., University of Colorado at Boulder National Snow and Ice Data Center. Boulder, CO, USA.

Brown, J. R., C. Jakob, and J. M. Haynes, 2010b: An evaluation of rainfall frequency and intensity over the Australian region in a Global Climate Model. *J. Clim.*, **23**, 6504–6525.

Brown, J. R., A. F. Moise, and R. A. Colman, 2013: The South Pacific Convergence Zone in CMIP5 simulations of historical and future climate. *Clim. Dyn.*, doi:10.1007/s00382-012-1591–x.

Brutel-Vuilmet, C., M. Menegoz, and G. Krinner, 2013: An analysis of present and future seasonal Northern Hemisphere land snow cover simulated by CMIP5 coupled climate models. *Cryosphere*, **7**, 67–80.

Bryan, F. O., M. W. Hecht, and R. D. Smith, 2007: Resolution convergence and sensitivity studies with North Atlantic circulation models. Part I: The western boundary current system. *Ocean Model.*, **16**, 141–159.

Bryan, F. O., R. Tomas, J. M. Dennis, D. B. Chelton, N. G. Loeb, and J. L. McClean, 2010: Frontal scale air-sea interaction in high-resolution coupled climate models. *J. Clim.*, **23**, 6277–6291.

Bryan, K., and L. J. Lewis, 1979: Water mass model of the world ocean. *J. Geophys. Res. Oceans Atmos.*, **84**, 2503–2517.

Bryden, H. L., H. R. Longworth, and S. A. Cunningham, 2005: Slowing of the Atlantic meridional overturning circulation at 25° N. *Nature*, **438**, 655–657.

Buehler, T., C. C. Raible, and T. F. Stocker, 2011: The relationship of winter season North Atlantic blocking frequencies to extreme cold or dry spells in the ERA-40. *Tellus A*, **63**, 212–222.

Butchart, N., A. A. Scaife, J. Austin, S. H. E. Hare, and J. R. Knight, 2003: Quasi-biennial oscillation in ozone in a coupled chemistry-climate model. *J. Geophys. Res.*, **108**, 4486.

Cadule, P., et al., 2010: Benchmarking coupled climate-carbon models against long-term atmospheric $CO_2$ measurements. *Global Biogeochem. Cycles*, **24**, Gb2016.

Cai, W., and T. Cowan, 2013: Why is the amplitude of the Indian Ocean Dipole overly large in CMIP3 and CMIP5 climate models? . *Geophys. Res. Lett.*, doi:10.1002/grl.50208.

Cai, W., A. Sullivan, and T. Cowan, 2011: Interactions of ENSO, the IOD, and the SAM in CMIP3 Models. *J. Clim.*, **24**, 1688–1704.

Cai, W. J., A. Sullivan, and T. Cowan, 2009: Rainfall teleconnections with Indo-Pacific variability in the WCRP CMIP3 models. *J. Clim.*, **22**, 5046–5071.

Calov, R., A. Ganopolski, V. Petoukhov, M. Claussen, and R. Greve, 2002: Large-scale instabilities of the Laurentide ice sheet simulated in a fully coupled climate-system model. *Geophys. Res. Lett.*, **29**, 2216.

Cameron-Smith, P., J. F. Lamarque, P. Connell, C. Chuang, and F. Vitt, 2006: Toward an Earth system model: Atmospheric chemistry, coupling, and petascale computing. *Scidac 2006: Scientific Discovery through Advanced Computing* [W. M. Tang (ed.)]. Journal of Physics: Conference Series, Vol. 46, Denver, Colorado, USA.

Capotondi, A., A. Wittenberg, and S. Masina, 2006: Spatial and temporal structure of Tropical Pacific interannual variability in 20th century coupled simulations. *Ocean Model.*, **15**, 274–298.

Capotondi, A., M. A. Alexander, N. A. Bond, E. N. Curchitser, and J. D. Scott, 2012: Enhanced upper ocean stratification with climate change in the CMIP3 models. *J. Geophys. Res. Oceans* **117**, C04031.

Cariolle, D., and H. Teyssedre, 2007: A revised linear ozone photochemistry parameterization for use in transport and general circulation models: Multi-annual simulations. *Atmos. Chem. Phys.*, **7**, 2183–2196.

Carslaw, K. S., O. Boucher, D. V. Spracklen, G. W. Mann, J. G. L. Rae, S. Woodward, and M. Kulmala, 2010: A review of natural aerosol interactions and feedbacks within the Earth system. *Atmos. Chem. Phys.*, **10**, 1701–1737.

Casado, M. J., and M. A. Pastor, 2012: Use of variability modes to evaluate AR4 climate models over the Euro-Atlantic region. *Clim. Dyn.*, **38**, 225–237.

Cattiaux, J., H. Douville, and Y. Peings, 2013: European temperatures in CMIP5: Origins of present-day biases and future climate change. *Clim. Dyn.*, doi:10.1007/s00382-013-1731-y.

Catto, J., N. Nicholls, and C. Jakob, 2012a: North Australian sea surface temperatures and the El Niño Southern Oscillation in observations and models. *J. Clim.*, **25**, 5011–5029.

Catto, J., N. Nicholls, and C. Jakob, 2012b: North Australian sea surface temperatures and the El Niño Southern Oscillation in the CMIP5 models. *J. Clim.*, **25**, 6375–6382.

BLM_0151344

Catto, J. L., L. C. Shaffrey, and K. I. Hodges, 2010: Can climate models capture the structure of extratropical cyclones? *J. Clim.*, **23**, 1621–1635.

Catto, J. L., L. C. Shaffrey, and K. I. Hodges, 2011: Northern Hemisphere Extratropical cyclones in a warming climate in the HiGEM high-resolution climate Model. *J. Clim.*, **24**, 5336–5352.

Catto, J. L., L. C. Jakob, and N. Nicholls, 2013: A global evaluation of fronts and precipitation in the ACCESS model. *Aust. Meteorol. Oceanogr. J.*, **63**,191-203.

Cavalieri, D. J., and C. L. Parkinson, 2012: Arctic sea ice variability and trends, 1979–2010. *Cryosphere*, **6**, 881–889.

Cavicchia, L., and H. von Storch, 2011: The simulation of medicanes in a high-resolution regional climate model. *Clim. Dyn.*, **39** 2273–2290.

Cesana, G., and H. Chepfer, 2012: How well do climate models simulate cloud vertical structure? A comparison between CALIPSO-GOCCP satellite observations and CMIP5 models. *Geophys. Res. Lett.*, **39**, L20803.

Cha, D., D. Lee, and S. Hong, 2008: Impact of boundary layer processes on seasonal simulation of the East Asian summer monsoon using a Regional Climate Model. *Meteorol. Atmos. Phys.*, **100**, 53–72.

Champion, A. J., K. I. Hodges, L. O. Bengtsson, N. S. Keenlyside, and M. Esch, 2011: Impact of increasing resolution and a warmer climate on extreme weather from Northern Hemisphere extratropical cyclones. *Tellus A*, **63**, 893–890.

Chan, S. C., E. J. Kendon, H. J. Fowler, S. Blenkinsop, C. A. T. Ferro, and D. B. Stephenson, 2012: Does increasing resolution improve the simulation of United Kingdom daily precipitation in a regional climate model? *Clim. Dyn.*, doi:10.1007/s00382-012-1568-9.

Chang, C. P., and T. Li, 2000: A theory for the tropical tropospheric biennial oscillation. *J. Atmos. Sci.*, **57**, 2209–2224.

Chang, C. Y., S. Nigam, and J. A. Carton, 2008: Origin of the springtime westerly bias in equatorial Atlantic surface winds in the Community Atmosphere Model version 3 (CAM3) simulation. *J. Clim.*, **21**, 4766–4778.

Chang, C. Y., J. A. Carton, S. A. Grodsky, and S. Nigam, 2007: Seasonal climate of the tropical Atlantic sector in the NCAR community climate system model 3: Error structure and probable causes of errors. *J. Clim.*, **20**, 1053–1070.

Chang, E. K. M., Y. Guo, and X. Xia, 2012: CMIP5 multi-model ensemble projection of storm track change under global warming. *J. Geophys. Res.*, **117**, D23118.

Charbit, S., D. Paillard, and G. Ramstein, 2008: Amount of $CO_2$ emissions irreversibly leading to the total melting of Greenland. *Geophys. Res. Lett.*, **35**, L12503.

Charlton-Perez, A. J., et al., 2012: Mean climate and variability of the stratosphere in CMIP5 models. *J. Geophys. Res.*, doi:10.1002/jgrd.50125.

Chen, C. T., and T. Knutson, 2008: On the verification and comparison of extreme rainfall indices from climate models. *J. Clim.*, **21**, 1605–1621.

Chen, H. M., T. J. Zhou, R. B. Neale, X. Q. Wu, and G. J. Zhang, 2010: Performance of the New NCAR CAM3.5 in East Asian summer monsoon simulations: Sensitivity to modifications of the Convection Scheme. *J. Clim.*, **23**, 3657–3675.

Chen, L., Y. Yu, and D. Sun, 2013: Cloud and water vapor feedbacks to the El Niño warming: Are they still biased in CMIP5 models? *J. Clim.*, doi:10.1175/JCLI-D-12-00575.1.

Chen, Y. H., and A. D. Del Genio, 2009: Evaluation of tropical cloud regimes in observations and a general circulation model. *Clim. Dyn.*, **32**, 355–369.

Chiang, J. C. H., and A. H. Sobel, 2002: Tropical tropospheric temperature variations caused by ENSO and their influence on the remote tropical climate. *J. Clim.*, **15**, 2616–2631.

Chiang, J. C. H., and D. J. Vimont, 2004: Analogous Pacific and Atlantic meridional modes of tropical atmosphere-ocean variability. *J. Clim.*, **17**, 4143–4158.

Chou, C., and J. Y. Tu, 2008: Hemispherical asymmetry of tropical precipitation in ECHAM5/MPI-OM during El Niño and under global warming. *J. Clim.*, **21**, 1309–1332.

Chou, C., J. D. Neelin, J. Y. Tu, and C. T. Chen, 2006: Regional tropical precipitation change mechanisms in ECHAM4/OPYC3 under global warming. *J. Clim.*, **19**, 4207–4223.

Chou, S., et al., 2012: Downscaling of South America present climate driven by 4-member HadCM3 runs. *Clim. Dyn.*, **38**, 635–653.

Christensen, J., F. Boberg, O. Christensen, and P. Lucas-Picher, 2008: On the need for bias correction of regional climate change projections of temperature and precipitation. *Geophys. Res. Lett.*, **35**, L20709.

Christensen, J., E. Kjellstrom, F. Giorgi, G. Lenderink, and M. Rummukainen, 2010: Weight assignment in regional climate models. *Clim. Res.*, **44**, 179–194.

Christensen, J. H., and F. Boberg, 2013: Temperature dependent climate projection deficiencies in CMIP5 models. *Geophys. Res. Lett.*, **39**, L24705.

Christian, J. R., et al., 2010: The global carbon cycle in the Canadian Earth system model (CanESM1): Preindustrial control simulation. *J. Geophys. Res. Biogeosci.*, **115**, G03014

Christidis, N., P. A. Stott, and S. J. Brown, 2011: The role of human activity in the recent warming of extremely warm daytime temperatures. *J. Clim.*, **24**, 1922–1930.

Christy, J. R., W. B. Norris, R. W. Spencer, and J. J. Hnilo, 2007: Tropospheric temperature change since 1979 from tropical radiosonde and satellite measurements. *J. Geophys. Res. Atmos.*, **112**, D06102.

Christy, J. R., et al., 2010: What do observational datasets say about modeled tropospheric temperature trends since 1979? *Remote Sens.*, **2**, 2148–2169.

Cimatoribus, A. A., S. S. Drijfhout, and H. A. Dijkstra, 2012: A global hybrid coupled model based on atmosphere-SST feedbacks. *Clim. Dyn.*, **38**, 745–760.

Cionni, I., et al., 2011: Ozone database in support of CMIP5 simulations: Results and corresponding radiative forcing. *Atmos. Chem. Phys.*, **11**, 11267–11292.

Clark, D. B., et al., 2011: The Joint UK Land Environment Simulator (JULES), model description - Part 2: Carbon fluxes and vegetation dynamics. *Geosci. Model Dev.*, **4**, 701–722.

Claussen, M., et al., 2002: Earth system models of intermediate complexity: Closing the gap in the spectrum of climate system models. *Clim. Dyn.*, **18**, 579–586.

Coelho, C. A. S., and L. Goddard, 2009: El Niño-induced tropical droughts in climate change projections. *J. Clim.*, **22**, 6456–6476.

Cohen, J. L., J. C. Furtado, M. Barlow, V. A. Alexeev, and J. E. Cherry, 2012: Asymmetric seasonal temperature trends. *Geophys. Res. Lett.*, **39**, L04705.

Collatz, G. J., M. Ribas-Carbo, and J. A. Berry, 1992: Coupled photosynthesis-stomatal conductance model for leaves of C4 Plants. *Aust. J. Plant Physiol.*, **19**, 519–538.

Collatz, G. J., J. T. Ball, C. Grivet, and J. A. Berry, 1991: Physiological and environmental regulation of stomatal conductance, photosynthesis and transpiration: A model that includes a laminar boundary layer. *Agr. Forest Meteorol.*, **54**, 107–136.

Colle, B. A., Z. Zhang, K. A. Lombardo, E. Chang, P. Liu, and M. Zhang, 2013: Historical evaluation and future prediction of eastern North America and western Atlantic extratropical cyclones in the CMIP5 models during the cool season. *J. Clim.*, doi:10.1175/JCLI-D-12-00498.1.

Collins, M., S. Tett, and C. Cooper, 2001: The internal climate variability of HadCM3, a version of the Hadley Centre coupled model without flux adjustments. *Clim. Dyn.*, **17**, 61–81.

Collins, M., C. M. Brierley, M. MacVean, B. B. B. Booth, and G. R. Harris, 2007: The sensitivity of the rate of transient climate change to ocean physics perturbations. *J. Clim.*, **20**, 2315–2320.

Collins, M., B. B. B. Booth, G. R. Harris, J. M. Murphy, D. M. H. Sexton, and M. J. Webb, 2006a: Towards quantifying uncertainty in transient climate change. *Clim. Dyn.*, **27**, 127–147.

Collins, M., R. Chandler, P. Cox, J. Huthnance, J. Rougier, and D. Stephenson, 2012: Quantifying future climate change. *Nature Clim. Change*, **2**, 403–409.

Collins, M., B. B. Booth, B. Bhaskaran, G. Harris, J. Murphy, D. Sexton, and M. Webb, 2010: Climate model errors, feedbacks and forcings: A comparison of perturbed physics and multi-model ensembles. *Clim. Dyn.*, **36**, 1737–1766.

Collins, W. D., J. M. Lee-Taylor, D. P. Edwards, and G. L. Francis, 2006b: Effects of increased near-infrared absorption by water vapor on the climate system. *J. Geophys. Res. Atmos.*, **111**, D18109.

Collins, W. D., et al., 2006c: The formulation and atmospheric simulation of the Community Atmosphere Model version 3 (CAM3). *J. Clim.*, **19**, 2144–2161.

Collins, W. D., et al., 2006d: The Community Climate System Model version 3 (CCSM3). *J. Clim.*, **19**, 2122–2143.

Collins, W. J., et al., 2011: Development and evaluation of an Earth-System model-HadGEM2. *Geosci. Model Dev.*, **4**, 1051–1075.

Colman, R., and B. McAvaney, 2009: Climate feedbacks under a very broad range of forcing. *Geophys. Res. Lett.*, **36**, L01702.

Colman, R. A., A. F. Moise, and L. I. Hanson, 2011: Tropical Australian climate and the Australian monsoon as simulated by 23 CMIP3 models. *J. Geophys. Res. Atmos.*, **116**, D10116.

Comiso, J. C., and F. Nishio, 2008: Trends in the sea ice cover using enhanced and compatible AMSR-E, SSM/I, and SMMR data. *J. Geophys. Res. Oceans*, **113**, C02s07.

Compo, G. P., and P. D. Sardeshmukh, 2009: Oceanic influences on recent continental warming. *Clim. Dyn.*, **32**, 333–342.

Connolley, W., and T. Bracegirdle, 2007: An Antarctic assessment of IPCC AR4 coupled models. *Geophys. Res. Lett.*, **34** L22505.

**9**

BLM_0151345