**9**

Coon, M., R. Kwok, G. Levy, M. Pruis, H. Schreyer, and D. Sulsky, 2007: Arctic Ice Dynamics Joint Experiment (AIDJEX) assumptions revisited and found inadequate. *J. Geophys. Res.*, **112**, C11S90.

Coppola, E., F. Giorgi, S. Rauscher, and C. Piani, 2010: Model weighting based on mesoscale structures in precipitation and temperature in an ensemble of regional climate models. *Clim. Res.*, **44** 121–134.

Cox, P., 2001: Description of the "TRIFFID" Dynamic Global Vegetation Model Hadley Centre, Met Office Hadley Centre, Berks, United Kingdom, 16 pp.

Cox, P. M., R. A. Betts, C. D. Jones, S. A. Spall, and I. J. Totterdell, 2000: Acceleration of global warming due to carbon-cycle feedbacks in a coupled climate model. *Nature*, **408**, 184–187.

Cox, P. M., R. A. Betts, C. B. Bunton, R. L. H. Essery, P. R. Rowntree, and J. Smith, 1999: The impact of new land surface physics on the GCM simulation of climate and climate sensitivity. *Clim. Dyn.*, **15**, 183–203.

Cox, P. M., D. Pearson, B. B. B. Booth, P. Friedlingstein, C. Huntingford, C. D. Jones, and C. M. Luke, 2013: Sensitivity of tropical carbon to climate change constrained by carbon dioxide variability. *Nature*, **494**, 341–344.

Cramer, W., et al., 2001: Global response of terrestrial ecosystem structure and function to $CO_2$ and climate change: Results from six dynamic global vegetation models. *Global Change Biol.*, **7**, 357–373.

Crétat, J., B. Pohl, Y. Richard, and P. Drobinski, 2012: Uncertainties in simulating regional climate of Southern Africa: Sensitivity to physical parameterizations using WRF. *Clim. Dyn.*, **38**, 613–634.

Croft, B., U. Lohmann, and K. von Salzen, 2005: Black carbon ageing in the Canadian Centre for Climate modelling and analysis atmospheric general circulation model. *Atmos. Chem. Phys.*, **5**, 1931–1949.

Crucifix, M., 2006: Does the Last Glacial Maximum constrain climate sensitivity? *Geophys. Res. Lett.*, **33**, L18701.

Cunningham, S., et al., 2010: The present and future system for measuring the Atlantic meridional overturning circulation and heat transport. In: *Proceedings of OceanObs'09: Sustained Ocean Observations and Information for Society* (Vol. 2), Venice, Italy, 21–25 September 2009, ESA Publication.

Cunningham, S. A., S. G. Alderson, B. A. King, and M. A. Brandon, 2003: Transport and variability of the Antarctic Circumpolar Current in Drake Passage. *J. Geophys. Res.-Oceans*, **108**, 8084.

Cunningham, S. A., et al., 2007: Temporal variability of the Atlantic meridional overturning circulation at 26.5°N. *Science*, **317**, 935–938.

Curry, W. B., and D. W. Oppo, 2005: Glacial water mass geometry and the distribution of delta C-13 of sigma $CO_2$ in the western Atlantic Ocean. *Paleoceanography*, **20**, Pa1017.

Cuxart, J., et al., 2006: Single-column intercomparison for a stably stratified atmospheric boundary layer. *Boundary-Layer Meteorol.*, **118**, 273–303.

Dai, A., 2001: Global precipitation and thunderstorm frequencies. Part II: Diurnal variations. *J. Clim.*, **14**, 1112–1128.

Dai, A., 2006: Precipitation characteristics in eighteen coupled climate models. *J. Clim.*, **19**, 4605–4630.

Dai, A., and C. Deser, 1999: Diurnal and semidiurnal variations in global surface wind and divergence fields. *J. Geophys. Res. Atmos.*, **104**, 31109–31125.

Dai, A., and K. E. Trenberth, 2004: The diurnal cycle and its depiction in the Community Climate System Model. *J. Clim.*, **17**, 930–951.

Dai, Y. J., R. E. Dickinson, and Y. P. Wang, 2004: A two-big-leaf model for canopy temperature, photosynthesis, and stomatal conductance. *J. Clim.*, **17**, 2281–2299.

Dai, Y. J., et al., 2003: The Common Land Model. *Bull. Am. Meteorol. Soc.*, **84**, 1013–1023.

Dallmeyer, A., M. Claussen, and J. Otto, 2010: Contribution of oceanic and vegetation feedbacks to Holocene climate change in monsoonal Asia. *Clim. Past*, **6**, 195–218.

Danabasoglu, G., and P. R. Gent, 2009: Equilibrium climate sensitivity: Is it accurate to use a Slab Ocean Model? *J. Clim.*, **22**, 2494–2499.

Danabasoglu, G., R. Ferrari, and J. C. McWilliams, 2008: Sensitivity of an ocean general circulation model to a parameterization of near-surface eddy fluxes. *J. Clim.*, **21**, 1192–1208.

Danabasoglu, G., W. G. Large, and B. P. Briegleb, 2010: Climate impacts of parameterized Nordic Sea overflows. *J. Geophys. Res. Oceans*, **115**, C11005.

Danabasoglu, G., W. G. Large, J. J. Tribbia, P. R. Gent, B. P. Briegleb, and J. C. McWilliams, 2006: Diurnal coupling in the tropical oceans of CCSM3. *J. Clim.*, **19**, 2347–2365.

Danabasoglu, G., et al., 2012: The CCSM4 Ocean Component. *J. Clim.*, **25**, 1361–1389.

Davies, T., M. J. P. Cullen, A. J. Malcolm, M. H. Mawson, A. Staniforth, A. A. White, and N. Wood, 2005: A new dynamical core for the Met Office's global and regional modelling of the atmosphere. *Q. J. R. Meteorol. Soc.*, **131**, 1759–1782.

Davis, B. A. S., and S. Brewer, 2009: Orbital forcing and role of the latitudinal insolation/temperature gradient. *Clim. Dyn.*, **32**, 143–165.

Dawson, A., T. N. Palmer, and S. Corti, 2012: Simulating regime structures in weather and climate prediction models. *Geophys. Res. Lett.*, **39**, L21805.

Day, J. J., J. C. Hargreaves, J. D. Annan, and A. Abe-Ouchi, 2012: Sources of multi-decadal variability in Arctic sea ice extent. *Environ. Res. Lett.*, **7**, 034011.

de Elia, R., and H. Cote, 2010: Climate and climate change sensitivity to model configuration in the Canadian RCM over North America. *Meteorol. Z.*, **19**, 325–339.

de Elia, R., S. Biner, and A. Frigon, 2013: Interannual variability and expected regional climate change over North America. *Clim. Dyn.*, doi:10.1007/s00382-013-1717-9.

de Jong, M. F., S. S. Drijfhout, W. Hazeleger, H. M. van Aken, and C. A. Severijns, 2009: Simulations of hydrographic properties in the Northwestern North Atlantic Ocean in Coupled Climate Models. *J. Clim.*, **22**, 1767–1786.

de Noblet-Ducoudre, N., et al., 2012: Determining robust impacts of land-use induced land-cover changes on surface climate over North America and Eurasia: Results from the first set of LUCID experiments. *J. Clim.*, **25**, 3261–3281.

De Szoeke, S. P., and S. P. Xie, 2008: The tropical eastern Pacific seasonal cycle: Assessment of errors and mechanisms in IPCC AR4 coupled ocean - atmosphere general circulation models. *J. Clim.*, **21**, 2573–2590.

Dee, D. P., et al., 2011: The ERA-Interim reanalysis: Configuration and performance of the data assimilation system. *Q. J. R. Meteorol. Soc.*, **137**, 553–597.

DelSole, T., and J. Shukla, 2009: Artificial skill due to predictor screening. *J. Clim.*, **22**, 331–345.

Delworth, T. L., et al., 2012: Simulated climate and climate change in the GFDL CM2.5 High-Resolution Coupled Climate Model. *J. Clim.*, **25**, 2755–2781.

Delworth, T. L., et al., 2006: GFDL's CM2 global coupled climate models. Part I: Formulation and simulation characteristics. *J. Clim.*, **19**, 643–674.

Déqué, M., 2007: Frequency of precipitation and temperature extremes over France in an anthropogenic scenario: Model results and statistical correction according to observed values. *Global Planet. Change*, **57**, 16–26.

Déqué, M., 2010: Regional climate simulation with a mosaic of RCMs. *Meteorol. Z.*, **19**, 259–266.

Déqué, M., C. Dreveton, A. Braun, and D. Cariolle, 1994: The ARPEGE/IFS atmosphere model: A contribution to the French community climate modelling. *Clim. Dyn.*, **10**, 249–266.

Déqué, M., S. Somot, E. Sanchez-Gomez, C. Goodess, D. Jacob, G. Lenderink, and O. Christensen, 2012: The spread amongst ENSEMBLES regional scenarios: Regional climate models, driving general circulation models and interannual variability. *Clim. Dyn.*, **38**, 951–964.

Derksen, C., and R. Brown, 2012: Spring snow cover extent reductions in the 2008–2012 period exceeding climate model projections. *Geophys. Res. Lett.*, **39**, L19504.

Deser, C., A. S. Phillips, and J. W. Hurrell, 2004: Pacific interdecadal climate variability: Linkages between the tropics and the North Pacific during boreal winter since 1900. *J. Clim.*, **17**, 3109–3124.

Deser, C., A. S. Phillips, V. Bourdette, and H. Teng, 2011: Uncertainty in climate change projections: The role of internal variability. *Clim. Dyn.*, **38**, 527–546.

Deser, C., et al., 2012: ENSO and Pacific decadal variability in Community Climate System Model Version 4. *J. Clim.*, **25**, 2622–2651.

Deushi, M., and K. Shibata, 2011: Development of a Meteorological Research Institute Chemistry-Climate Model version 2 for the Study of Tropospheric and Stratospheric Chemistry. *Papers Metcorol. Geophys.*, **62**, 1–46.

Di Luca, A., R. Elía, and R. Laprise, 2012: Potential for small scale added value of RCM's downscaled climate change signal. *Clim. Dyn.*, **40**, 601–618.

Diaconescu, E. P., and R. Laprise, 2013: Can added value be expected in RCM-simulated large scales? *Clim. Dyn.*, doi:10.1007/s00382-012-1649-9.

Diffenbaugh, N., M. Ashfaq, and M. Scherer, 2011: Transient regional climate change: Analysis of the summer climate response in a high-resolution, century-scale ensemble experiment over the continental United States. *J. Geophys. Res. Atmos.*, **116**, D24111.

DiNezio, P. N., A. C. Clement, G. A. Vecchi, B. J. Soden, and B. P. Kirtman, 2009: Climate response of the equatorial Pacific to global warming. *J. Clim.*, **22**, 4873–4892.

Dix, M., et al., 2013: The ACCESS Coupled Model: Documentation of core CMIP5 simulations and initial results. *Aust. Meteorol. Oceanogr. J.*, **63**, 83–99.

Doblas-Reyes, F. J., et al., 2013: Initialized near-term regional climate change prediction. *Nature Commun.*, **4**, 1715.

Dokken, T. M., and E. Jansen, 1999: Rapid changes in the mechanism of ocean convection during the last glacial period. *Nature*, **401**, 458–461.

Domingues, C., J. Church, N. White, P. Gleckler, S. Wijffels, P. Barker, and J. Dunn, 2008: Improved estimates of upper-ocean warming and multi-decadal sea-level rise. *Nature*, **453**, 1090–1093.

Donat, M., G. Leckebusch, S. Wild, and U. Ulbrich, 2010: Benefits and limitations of regional multi-model ensembles for storm loss estimations. *Clim. Res.*, **44**, 211–225.

Donat, M. G., et al., 2013: Updated analyses of temperature and precipitation extreme indices since the beginning of the twentieth century: The HadEX2 dataset. *J. Geophys. Res.*, doi:10.1002/2012JD018606.

Donner, L. J., et al., 2011: The dynamical core, physical parameterizations, and basic simulation characteristics of the atmospheric component AM3 of the GFDL Global Coupled Model CM3. *J. Clim.*, **24**, 3484–3519.

Dorn, W., K. Dethloff, and A. Rinke, 2009: Improved simulation of feedbacks between atmosphere and sea ice over the Arctic Ocean in a coupled regional climate model. *Ocean Model.*, **29**, 103–114.

Doscher, R., K. Wyser, H. E. M. Meier, M. W. Qian, and R. Redler, 2010: Quantifying Arctic contributions to climate predictability in a regional coupled ocean-ice-atmosphere model. *Clim. Dyn.*, **34**, 1157–1176.

Douglass, D., J. Christy, B. Pearson, and S. Singer, 2008: A comparison of tropical temperature trends with model predictions. *Int. J. Climatol.*, **28**, 1693–1701.

Dowdy, A. J., G. A. Mills, B. Timbal, and Y. Wang, 2013: Changes in the risk of extratropical cyclones in Eastern Australia. *J. Clim.*, **26**, 1403–1417.

Driesschaert, E., et al., 2007: Modeling the influence of Greenland ice sheet melting on the Atlantic meridional overturning circulation during the next millennia. *Geophys. Res. Lett.*, **34**, L10707.

Driouech, F., M. Deque, and E. Sanchez-Gomez, 2010: Weather regimes-Moroccan precipitation link in a regional climate change simulation. *Global Planet. Change*, **72**, 1–10.

Driscoll, S., A. Bozzo, L. J. Gray, A. Robock, and G. Stenchikov, 2012: Coupled Model Intercomparison Project 5 (CMIP5) simulations of climate following volcanic eruptions. *J. Geophys. Res. Atmos.*, **117**, D17105.

Druyan, L. M., et al., 2010: The WAMME model intercomparison study. *Clim. Dyn.*, **35**, 175–192.

Du, Y., S.-P. Xie, Y.-L. Yang, X.-T. Zheng, L. Liu, and G. Huang, 2013: Indian Ocean variability in the CMIP5 multi-model ensemble: The basin mode. *J. Clim.*, **26**, 7240–7266.

Ducet, N., P. Y. Le Traon, and G. Reverdin, 2000: Global high-resolution mapping of ocean circulation from TOPEX/Poseidon and ERS-1 and-2. *J. Geophys. Res. Oceans*, **105**, 19477–19498.

Dufresne, J.-L., et al., 2012: Climate change projections using the IPSL-CM5 Earth System Model: From CMIP3 to CMIP5. *Clim. Dyn.*, doi:10.1007/s00382-012-1636-1.

Dufresne, J. L., and S. Bony, 2008: An assessment of the primary sources of spread of global warming estimates from coupled atmosphere-ocean models. *J. Clim.*, **21**, 5135–5144.

Dunkerton, T. J., 1991: Nonlinear propagation of zonal winds in an atmosphere with Newtonian cooling and equatorial wavedriving. *J. Atmos. Sci.*, **48**, 236–263.

Dunn-Sigouin, E., and S.-W. Son, 2013: Northern Hemisphere blocking frequency and duration in the CMIP5 models. *J. Geophys. Res.*, **118**, 1179–1188.

Dunne, J. P., et al., 2013: GFDL's ESM2 global coupled climate-carbon Earth System Models Part II: Carbon system formulation and baseline simulation characteristics. *J. Clim.*, doi:10.1175/JCLI-D-12-00150.1.

Dunne, J. P., et al., 2012: GFDL's ESM2 Global coupled climate-carbon Earth System models. Part I: Physical formulation and baseline simulation characteristics. *J. Clim.*, **25**, 6646–6665.

Duplessy, J. C., N. J. Shackleton, R. Fairbanks, L. Labeyrie, D. Oppo, and N. Kallel, 1988: Deep water source variation during the last climatic cycle and their impact on the global deep water circulation. *Paleoceanography*, **3**, 343–360.

Durack, P. J., and S. E. Wijffels, 2010: Fifty-year trends in global ocean salinities and their relationship to broad-scale warming. *J. Clim.*, **23**, 4342-4362.

Durack, P. J., S. E. Wijffels, and R. J. Matear, 2012: Ocean salinities reveal strong global water cycle intensification during 1950 to 2000. *Science*, **336**, 455–458.

Easterling, D. R., and M. F. Wehner, 2009: Is the climate warming or cooling? *Geophys. Res. Lett.*, **36**, L08706.

Eby, M., K. Zickfeld, A. Montenegro, D. Archer, K. J. Meissner, and A. J. Weaver, 2009: Lifetime of anthropogenic climate change: Millennial time scales of potential $CO_2$ and surface temperature perturbations. *J. Clim.*, **22**, 2501–2511.

Eby, M., et al., 2013: Historical and idealized climate model experiments: An EMIC intercomparison. *Clim. Past*, **9**, 1111–1140.

Edwards, N., and R. Marsh, 2005: Uncertainties due to transport-parameter sensitivity in an efficient 3-D ocean-climate model. *Clim. Dyn.*, **24**, 415–433.

Edwards, N. R., D. Cameron, and J. Rougier, 2011: Precalibrating an intermediate complexity climate model. *Clim. Dyn.*, **37**, 1469–1482.

Ek, M. B., et al., 2003: Implementation of Noah land surface model advances in the National Centers for Environmental Prediction operational mesoscale Eta model. *J. Geophys. Res. Atmos.*, **108**, 8851.

Eliseev, A. V., and I. I. Mokhov, 2011: Uncertainty of climate response to natural and anthropogenic forcings due to different land use scenarios. *Adv. Atmos. Sci.*, **28**, 1215–1232.

Emanuel, K., R. Sundararajan, and J. Williams, 2008: Hurricanes and global warming—Results from downscaling IPCC AR4 simulations. *Bull. Am. Meteorol. Soc.*, **89**, 347–367.

Endo, H., A. Kitoh, T. Ose, R. Mizuta, and S. Kusunoki, 2012: Future changes and uncertainties in Asian precipitation simulated by multiphysics and multi-sea surface temperature ensemble experiments with high-resolution Meteorological Research Institute atmospheric general circulation models (MRI-AGCMs). *J. Geophys. Res. Atmos.*, **117**, D16118.

Essery, R. L. H., J. Best, R. A. Betts, P. M. Cox, and C. M. Taylor, 2003: Explicit representation of subgrid heterogeneity in a GCM land surface scheme. *J. Hydrometeorol.*, **4**, 530–543.

Eum, H., P. Gachon, R. Laprise, and T. Ouarda, 2012: Evaluation of regional climate model simulations versus gridded observed and regional reanalysis products using a combined weighting scheme. *Clim. Dyn.*, **38**, 1433–1457.

Evans, J. P., M. Ekstroem, and F. Ji, 2012: Evaluating the performance of a WRF physics ensemble over South-East Australia. *Clim. Dyn.*, **39**, 1241–1258.

Eyring, V., et al., 2010: Transport impacts on atmosphere and climate: Shipping. *Atmos. Environ.*, **44**, 4735–4771.

Eyring, V., et al., 2013: Long-term ozone changes and associated climate impacts in CMIP5 simulations. *J. Geophys. Res.*, doi:10.1002/jgrd.50316.

Eyring, V., et al., 2007: Multimodel projections of stratospheric ozone in the 21st century. *J. Geophys. Res. Atmos.*, **112**, D16303.

Faloona, I., 2009: Sulfur processing in the marine atmospheric boundary layer: A review and critical assessment of modeling uncertainties. *Atmos. Environ.*, **43**, 2841–2854.

Fan, F. X., M. E. Mann, S. Lee, and J. L. Evans, 2010: Observed and modeled changes in the South Asian summer monsoon over the Historical Period. *J. Clim.*, **23**, 5193–5205.

Fanning, A. F., and A. J. Weaver, 1996: An atmospheric energy-moisture balance model: Climatology, interpentadal climate change, and coupling to an ocean general circulation model. *J. Geophys. Res. Atmos.*, **101**, 15111–15128.

Farneti, R., and P. R. Gent, 2011: The effects of the eddy-induced advection coefficient in a coarse-resolution coupled climate model. *Ocean Model.*, **39**, 135–145.

Farneti, R., T. L. Delworth, A. J. Rosati, S. M. Griffies, and F. R. Zeng, 2010: The role of mesoscale eddies in the rectification of the Southern Ocean response to climate change. *J. Phys. Oceanogr.*, **40**, 1539–1557.

Fasullo, J., and K. E. Trenberth, 2012: A less cloudy future: The role of subtropical subsidence in climate sensitivity. *Science*, **338**, 792–794.

Fauchereau, N., S. Trzaska, Y. Richard, P. Roucou, and P. Camberlin, 2003: Sea-surface temperature co-variability in the southern Atlantic and Indian Oceans and its connections with the atmospheric circulation in the Southern Hemisphere. *Int. J. Climatol.*, **23**, 663–677.

Felzer, B., D. Kicklighter, J. Melillo, C. Wang, Q. Zhuang, and R. Prinn, 2004: Effects of ozone on net primary production and carbon sequestration in the conterminous United States using a biogeochemistry model. *Tellus B*, **56**, 230–248.

Feng, J., and C. Fu, 2006: Inter-comparison of 10-year precipitation simulated by several RCMs for Asia. *Adv. Atmos. Sci.*, **23** 531–542.

Feng, J., et al., 2011: Comparison of four ensemble methods combining regional climate simulations over Asia. *Meteorol. Atmos. Phys.*, **111**, 41–53.

Fernandes, R., H. X. Zhao, X. J. Wang, J. Key, X. Qu, and A. Hall, 2009: Controls on Northern Hemisphere snow albedo feedback quantified using satellite Earth observations. *Geophys. Res. Lett.*, **36**, L21702.

**9**

BLM_0151347

Fernandez-Donado, L., et al., 2013: Large-scale temperature response to external forcing in simulations and reconstructions of the last millennium. *Clim. Past*, **9**, 393–421.

Ferrari, A., J. C. McWilliams, V. M. Canuto, and M. Dubovikov, 2008: Parameterization of eddy fluxes near oceanic boundaries. *J. Clim.*, **21**, 2770–2789.

Ferrari, R., S. M. Griffies, A. J. G. Nurser, and G. K. Vallis, 2010: A boundary-value problem for the parameterized mesoscale eddy transport. *Ocean Model.*, **32**, 143–156.

Feser, F., 2006: Enhanced detectability of added value in limited-area model results separated into different spatial scales. *Mon. Weather Rev.*, **134**, 2180–2190.

Feser, F., and M. Barcikowska, 2012: The influence of spectral nudging on typhoon formation in regional climate models. *Environ. Res. Lett.*, **7**, 014024.

Feser, F., B. Rockel, H. von Storch, J. Winterfeldt, and M. Zahn, 2011: Regional climate models add value to global model data: A review and selected examples. *Bull. Am. Meteorol. Soc.*, **92**, 1181–1192.

Fetterer, F., K. Knowles, W. Meier, and M. Savoie, 2002: Sea Ice Index. National Snow and Ice Data Center. Boulder, CO, USA.

Fichefet, T., and M. A. M. Maqueda, 1997: Sensitivity of a global sea ice model to the treatment of ice thermodynamics and dynamics. *J. Geophys. Res.*, **102**, 12609–12646.

Fichefet, T., and M. A. M. Maqueda, 1999: Modelling the influence of snow accumulation and snow-ice formation on the seasonal cycle of the Antarctic sea-ice cover. *Clim. Dyn.*, **15**, 251–268.

Field, P. R., A. Gettelman, R. B. Neale, R. Wood, P. J. Rasch, and H. Morrison, 2008: Midlatitude cyclone compositing to constrain climate model behavior using satellite observations. *J. Clim.*, **21**, 5887–5903.

Fioletov, V., G. Bodeker, A. Miller, R. McPeters, and R. Stolarski, 2002: Global and zonal total ozone variations estimated from ground-based and satellite measurements: 1964–2000. *J. Geophys. Res. Atmos.*, **107**, 4647.

Fischer, E. M., S. I. Seneviratne, D. Lüthi, and C. Schär, 2007: Contribution of land-atmosphere coupling to recent European summer heat waves. *Geophys. Res. Lett.*, **34**, L06707.

Flanner, M. G., K. M. Shell, M. Barlage, D. K. Perovich, and M. A. Tschudi, 2011: Radiative forcing and albedo feedback from the Northern Hemisphere cryosphere between 1979 and 2008. *Nature Geosci.*, **4**, 151–155.

Flato, G., 2011: Earth system models: an overview. *Wiley Interdisciplinary Reviews, Climate Change*, **2**, 783–800.

Flocco, D., D. Schroeder, D. L. Feltham, and E. C. Hunke, 2012: Impact of melt ponds on Arctic sea ice simulations from 1990 to 2007. *J. Geophys. Res.Oceans*, **117**, C09032.

Fogli, P. G., et al., 2009: INGV-CMCC Carbon (ICC): A Carbon Cycle Earth System Model. *CMCC Res. Papers*. Euro-Mediterranean Center on Climate Change, Bologna, Italy, 31 pp.

Fogt, R. L., J. Perlwitz, A. J. Monaghan, D. H. Bromwich, J. M. Jones, and G. J. Marshall, 2009: Historical SAM variability. Part II: Twentieth-century variability and trends from reconstructions, observations, and the IPCC AR4 models. *J. Clim.*, **22**, 5346–5365.

Fontaine, B., and S. Janicot, 1996: Sea surface temperature fields associated with West African rainfall anomaly types. *J. Clim.*, **9**, 2935–2940.

Forest, C. E., P. H. Stone, and A. P. Sokolov, 2006: Estimated PDFs of climate system properties including natural and anthropogenic forcings. *Geophys. Res. Lett.*, **33**, L01705.

Forest, C. E., P. H. Stone, and A. P. Sokolov, 2008: Constraining climate model parameters from observed 20th century changes. *Tellus A*, **60**, 911–920.

Forest, C. E., P. H. Stone, A. P. Sokolov, M. R. Allen, and M. D. Webster, 2002: Quantifying uncertainties in climate system properties with the use of recent climate observations. *Science*, **295**, 113–117.

Forster, P. M., T. Andrews, P. Good, J. M. Gregory, L. S. Jackson, and M. Zelinka, 2013: Evaluating adjusted forcing and model spread for historical and future scenarios in the CMIP5 generation of climate models. *J. Geophys. Res. Atmos.*, **118**, 1139–1150.

Fowler, H., S. Blenkinsop, and C. Tebaldi, 2007: Linking climate change modelling to impacts studies: Recent advances in downscaling techniques for hydrological modelling. *Int. J. Climatol.*, **27**, 1547–1578.

Fox-Kemper, B., R. Ferrari, and R. Hallberg, 2008: Parameterization of mixed layer eddies. Part I: Theory and diagnosis. *J. Phys. Oceanogr.*, **38**, 1145–1165.

Fox-Kemper, B., et al., 2011: Parameterization of mixed layer eddies. III: Implementation and impact in global ocean climate simulations. *Ocean Model.*, **39**, 61–78.

Fox-Rabinovitz, M., J. Cote, B. Dugas, M. Deque, J. McGregor, and A. Belochitski, 2008: Stretched-grid Model Intercomparison Project: Decadal regional climate simulations with enhanced variable and uniform-resolution GCMs. *Meteorol. Atmos. Phys.*, **100**, 159–177.

Frame, D., B. Booth, J. Kettleborough, D. Stainforth, J. Gregory, M. Collins, and M. Allen, 2005: Constraining climate forecasts: The role of prior assumptions. *Geophys. Res. Lett.*, **32**, L09702.

Frankcombe, L. M., A. von der Heydt, and H. A. Dijkstra, 2010: North Atlantic multidecadal climate variability: An investigation of dominant time scales and processes. *J. Clim.*, **23**, 3626–3638.

Frederiksen, C. S., J. S. Frederiksen, J. M. Sisson, and S. L. Osbrough, 2011: Australian winter circulation and rainfall changes and projections. *Int. J. Clim. Change Strat. Manage.*, **3**, 170–188.

Friedlingstein, P., et al., 2001: Positive feedback between future climate change and the carbon cycle. *Geophys. Res. Lett.*, **28**, 1543–1546.

Friedlingstein, P., et al., 2006: Climate-carbon cycle feedback analysis: Results from the (CMIP)-M-4 model intercomparison. *J. Clim.*, **19**, 3337–3353.

Friend, A. D., et al., 2007: FLUXNET and modelling the global carbon cycle. *Global Change Biol.*, **13**, 610–633.

Frierson, D. M. W., J. Lu, and G. Chen, 2007: Width of the Hadley cell in simple and comprehensive general circulation models. *Geophys. Res. Lett.*, **34**, L18804.

Frohlich, C., and J. Lean, 2004: Solar radiative output and its variability: Evidence and mechanisms. *Astron. Astrophys. Rev.*, **12**, 273–320.

Frost, A. J., et al., 2011: A comparison of multi-site daily rainfall downscaling techniques under Australian conditions. *J. Hydrol.*, **408**, 1–18.

Fu, Q., S. Manabe, and C. M. Johanson, 2011: On the warming in the tropical upper troposphere: Models versus observations. *Geophys. Res. Lett.*, **38**, L15704.

Furrer, R., R. Knutti, S. Sain, D. Nychka, and G. Meehl, 2007: Spatial patterns of probabilistic temperature change projections from a multivariate Bayesian analysis. *Geophys. Res. Lett.*, **34**, L06711.

Furtado, J., E. Di Lorenzo, N. Schneider, and N. A. Bond, 2011: North Pacific decadal variability and climate change in the IPCC AR4 models. *J. Clim.*, **24**, 3049–3067.

Fyfe, J. C., N. P. Gillett, and D. W. J. Thompson, 2010: Comparing variability and trends in observed and modelled global-mean surface temperature. *Geophys. Res. Lett.*, **37**, L16802.

Fyke, J. G., A. J. Weaver, D. Pollard, M. Eby, L. Carter, and A. Mackintosh, 2011: A new coupled ice sheet/climate model: Description and sensitivity to model physics under Eemian, Last Glacial Maximum, late Holocene and modern climate conditions. *Geosci. Model Dev.*, **4**, 117–136.

Galbraith, D., P. E. Levy, S. Sitch, C. Huntingford, P. Cox, M. Williams, and P. Meir, 2010: Multiple mechanisms of Amazonian forest biomass losses in three dynamic global vegetation models under climate change. *New Phytologist*, **187**, 647–665.

Ganachaud, A., and C. Wunsch, 2003: Large-scale ocean heat and freshwater transports during the World Ocean Circulation Experiment. *J. Clim.*, **16**, 696–705.

Gangsto, R., F. Joos, and M. Gehlen, 2011: Sensitivity of pelagic calcification to ocean acidification. *Biogeosciences*, **8**, 433–458.

Gao, X., Y. Shi, D. Zhang, J. Wu, F. Giorgi, Z. Ji, and Y. Wang, 2012: Uncertainties in monsoon precipitation projections over China: Results from two high-resolution RCM simulations. *Clim. Res.*, **52**, 213–226.

Gates, W. L., et al., 1999: An overview of the results of the Atmospheric Model Intercomparison Project (AMIP I). *Bull. Am. Meteorol. Soc.*, **80**, 29–55.

Gbobaniyi, E. O., B. J. Abiodun, M. A. Tadross, B. C. Hewitson, and W. J. Gutowski, 2011: The coupling of cloud base height and surface fluxes: A transferability intercomparison. *Theor. Appl. Climatol.*, **106**, 189–210.

Gehlen, M., R. Gangsto, B. Schneider, L. Bopp, O. Aumont, and C. Ethe, 2007: The fate of pelagic $CaCO_3$ production in a high $CO_2$ ocean: A model study. *Biogeosciences*, **4**, 505–519.

Geller, M. A., et al., 2011: New gravity wave treatments for GISS climate models. *J. Clim.*, **24**, 3989–4002.

Gent, P. R., and J. C. McWilliams, 1990: Isopycnal mixing in ocean circulation models. *J. Phys. Oceanogr.*, **20**, 150–155.

Gent, P. R., and G. Danabasoglu, 2011: Response to increasing Southern Hemisphere winds in CCSM4. *J. Clim.*, **24**, 4992–4998.

Gent, P. R., J. Willebrand, T. J. McDougall, and J. C. McWilliams, 1995: Parameterizing eddy-induced tracer transports in ocean circulation models. *J. Phys. Oceanogr.*, **25**, 463–474.

Gent, P. R., et al., 2011: The Community Climate System Model Version 4. *J. Clim.*, **24**, 4973–4991.

BLM_0151348

Gerber, E. P., L. M. Polvani, and D. Ancukiewicz, 2008: Annular mode time scales in the Intergovernmental Panel on Climate Change Fourth Assessment Report models. *Geophys. Res. Lett.*, **35**, L22707.

Gerber, S., L. O. Hedin, M. Oppenheimer, S. W. Pacala, and E. Shevliakova, 2010: Nitrogen cycling and feedbacks in a global dynamic land model. *Global Biogeochem. Cycles*, **24**, Gb1001.

Gettelman, A., et al., 2010: Multimodel assessment of the upper troposphere and lower stratosphere: Tropics and global trends. *J. Geophys. Res. Atmos.*, **115**, D00m08.

Ghan, S., X. Liu, R. Easter, P. Rasch, J. Yoon, and B. Eaton, 2012: Toward a minimal representation of aerosols in climate models: Comparative decomposition of aerosol direct, semi-direct and indirect radiative forcing. *J. Clim.*, doi:10.1175/JCLI-D-11-00650.1.

Gillett, N. P., 2005: Climate modelling —Northern Hemisphere circulation. *Nature*, **437**, 496–496.

Giorgi, F., and E. Coppola, 2010: Does the model regional bias affect the projected regional climate change? An analysis of global model projections. *Clim. Change*, **100**, 787–795.

Girard, L., J. Weiss, J. M. Molines, B. Barnier, and S. Bouillon, 2009: Evaluation of high-resolution sea ice models on the basis of statistical and scaling properties of Arctic sea ice drift and deformation. *J. Geophys. Res.*, **114**, C08015.

Gleckler, P., K. Taylor, and C. Doutriaux, 2008: Performance metrics for climate models. *J. Geophys. Res. Atmos.*, **113**, D06104.

Gleckler, P., K. AchutaRao, J. Gregory, B. Santer, K. Taylor, and T. Wigley, 2006: Krakatoa lives: The effect of volcanic eruptions on ocean heat content and thermal expansion. *Geophys. Res. Lett.*, **33**, L17702.

Gleckler, P. J., et al., 2012: Human-induced global ocean warming on multidecadal timescales, *Nature Climate Change*, **2**, 524–529.

Gnanadesikan, A., S. M. Griffies, and B. L. Samuels, 2007: Effects in a climate model of slope tapering in neutral physics schemes. *Ocean Model.*, **16**, 1–16.

Goddard, L., and S. J. Mason, 2002: Sensitivity of seasonal climate forecasts to persisted SST anomalies. *Clim. Dyn.*, **19**, 619–631.

Golaz, J.-C., M. Salzmann, L. J. Donner, L. W. Horowitz, Y. Ming, and M. Zhao, 2011: Sensitivity of the aerosol indirect effect to subgrid variability in the cloud parameterization of the GFDL Atmosphere General Circulation Model AM3. *J. Clim.*, **24**, 3145–3160.

Goosse, H., and T. Fichefet, 1999: Importance of ice-ocean interactions for the global ocean circulation: A model study. *J. Geophys. Res. Oceans*, **104**, 23337–23355.

Goosse, H., et al., 2010: Description of the Earth system model of intermediate complexity LOVECLIM version 1.2. *Geosci. Model Dev.*, **3**, 603–633.

Gordon, C., et al., 2000: The simulation of SST, sea ice extents and ocean heat transports in a version of the Hadley Centre coupled model without flux adjustments. *Clim. Dyn.*, **16**, 147–168.

Gordon, H., et al., 2010: The CSIRO Mk3.5 Climate Model. *CAWCR Technical Report*, **21**, 1–74.

Gordon, H. B., et al., 2002: The CSIRO Mk3 Climate System Model. Technical Paper No. 60. CSIRO Atmospheric Research, Aspendale, Vic., Australia.

Greeves, C. Z., V. D. Pope, R. A. Stratton, and G. M. Martin, 2007: Representation of Northern Hemisphere winter storm tracks in climate models. *Clim. Dyn.*, **28**, 683–702.

Gregory, J. M., and P. M. Forster, 2008: Transient climate response estimated from radiative forcing and observed temperature change. *J. Geophys. Res. Atmos.*, **113**, D23105.

Gregory, J. M., et al., 2004: A new method for diagnosing radiative forcing and climate sensitivity. *Geophys. Res. Lett.*, **31**, L03205.

Gregory, J. M., et al., 2005: A model intercomparison of changes in the Atlantic thermohaline circulation in response to increasing atmospheric $CO_2$ concentration. *Geophys. Res. Lett.*, **32**, L12703.

Griffies, S., 2009: *Elements of MOM4p1*. GFDL Ocean Group Technical Report No. 6. NOAA/GFDL. Princeton, USA, 371 pp.

Griffies, S. M., and R. J. Greatbatch, 2012: Physical processes that impact the evolution of global mean sea level in ocean climate models. *Ocean Model.*, **51**, 37–72.

Griffies, S. M., M. J. Harrison, R. C. Pacanowski, and A. Rosati, 2004: *A Technical Guide to MOM4*. GFDL Ocean Group Technical Report No. 5, Princeton, USA, 337 pp.

Griffies, S. M., et al., 2005: Formulation of an ocean model for global climate simulations. *Ocean Sci.*, **1**, 45–79.

Griffies, S. M., et al., 2009: Coordinated Ocean-ice Reference Experiments (COREs). *Ocean Model.*, **26**, 1–46.

Grose, M., M. Pook, P. McIntosh, J. Risbey, and N. Bindoff, 2012: The simulation of cutoff lows in a regional climate model: Reliability and future trends. *Clim. Dyn.*, **39**, 445–459.

Guemas, V., F. J. Doblas-Reyes, I. Andreu-Burillo, and M. Asif, 2013: Retrospective prediction of the global warming slowdown in the last decade. *Nature Clim. Change*, doi:10.1038/nclimate1863.

Guilyardi, E., 2006: El Niño - mean state - seasonal cycle interactions in a multi-model ensemble. *Clim. Dyn.*, **26**, 229–348.

Guilyardi, E., P. Braconnot, F. F. Jin, S. T. Kim, M. Kolasinski, T. Li, and I. Musat, 2009a: Atmosphere feedbacks during ENSO in a coupled GCM with a modified atmospheric convection scheme. *J. Clim.*, **22**, 5698–5718.

Guilyardi, E., et al., 2009b: Understanding El Niño in ocean–atmosphere general circulation models: Progress and challenges. *Bull. Am. Meteorol. Soc.*, **90**, 325–340.

Guiot, J., J. J. Boreux, P. Braconnot, F. Torre, and P. Participants, 1999: Data-model comparison using fuzzy logic in paleoclimatology. *Clim. Dyn.*, **15**, 569–581.

Gupta, A. S., A. Santoso, A. S. Taschetto, C. C. Ummenhofer, J. Trevena, and M. H. England, 2009: Projected changes to the Southern Hemisphere ocean and sea ice in the IPCC AR4 climate models. *J. Clim.*, **22**, 3047–3078.

Gurney, K. R., et al., 2003: TransCom 3 $CO_2$ inversion intercomparison: 1. Annual mean control results and sensitivity to transport and prior flux information. *Tellus B*, **55**, 555–579.

Gutowski, W., et al., 2010: Regional extreme monthly precipitation simulated by NARCCAP RCMs. *J. Hydrometeorol.*, **11**, 1373–1379.

Hall, A., and X. Qu, 2006: Using the current seasonal cycle to constrain snow albedo feedback in future climate change. *Geophys. Res. Lett.*, **33**, L03502.

Hallberg, R., and A. Gnanadesikan, 2006: The role of eddies in determining the structure and response of the wind-driven southern hemisphere overturning: Results from the Modeling Eddies in the Southern Ocean (MESO) project. *J. Phys. Oceanogr.*, **36**, 2232–2252.

Hallberg, R., and A. Adcroft, 2009: Reconciling estimates of the free surface height in Lagrangian vertical coordinate ocean models with mode-split time stepping. *Ocean Model.*, **29**, 15–26.

Halloran, P. R., 2012: Does atmospheric $CO_2$ seasonality play an important role in governing the air-sea flux of $CO_2$? *Biogeosciences*, **9**, 2311–2323.

Ham, Y.-G., J. S. Kug, I. S. Kang, F. F. Jin, and A. Timmermann, 2010: Impact of diurnal atmosphere-ocean coupling on tropical climate simulations using a coupled GCM. *Clim. Dyn.*, **34**, 905–917.

Hamilton, K., 1998: Effects of an imposed Quasi-Biennial Oscillation in a comprehensive troposphere-stratosphere-mesosphere general circulation model. *J. Atmos. Sci.*, **55**, 2393– 2418.

Handorf, D., and K. Dethloff, 2012: How well do state-of-the-art atmosphere-ocean general circulation models reproduce atmospheric teleconnection patterns? *Tellus A*, **64**, 19777.

Hannart, A., J. L. Dufresne, and P. Naveau, 2009: Why climate sensitivity may not be so unpredictable. *Geophys. Res. Lett.*, **36**, L16707.

Hannay, C., et al., 2009: Evaluation of Forecasted Southeast Pacific Stratocumulus in the NCAR, GFDL, and ECMWF Models. *J. Clim.*, **22**, 2871–2889.

Hansen, J., R. Ruedy, M. Sato, and K. Lo, 2010: Global surface temperature change. *Rev. Geophys.*, **48**, Rg4004.

Hansen, J., M. Sato, P. Kharecha, and K. von Schuckmann, 2011: Earth's energy imbalance and implications. *Atmos. Chem. Phys.*, **11**, 13421–13449.

Hansen, J., et al., 1983: Efficient Three-Dimensional Global Models for Climate Studies: Models I and II. *Mon. Weath. Rev.*, **111**, 609–662.

Hansen, J., et al., 1984: Climate Sensitivity: Analysis of Feedback Mechanisms. *Clim. Proc. Clim. Sens. Geophys. Monogr.*, **29**, 130–163.

Hansen, J., et al., 2005: Efficacy of climate forcings. *J. Geophys. Res. Atmos.*, **110**, D18104.

Hardiman, S. C., N. Butchart, T. J. Hinton, S. M. Osprey, and L. J. Gray, 2012: The effect of a well-resolved stratosphere on surface climate: Differences between CMIP5 simulations with high and low top versions of the Met Office Climate Model. *J. Clim.*, **25**, 7083–7099.

Hargreaves, J. C., A. Abe-Ouchi, and J. D. Annan, 2007: Linking glacial and future climates through an ensemble of GCM simulations. *Clim. Past*, **3**, 77–87.

Hargreaves, J. C., J. D. Annan, M. Yoshimori, and A. Abe-Ouchi, 2012: Can the Last Glacial Maximum constrain climate sensitivity? *Geophys. Res. Lett.*, **39**, L24702.

Hargreaves, J. C., A. Paul, R. Ohgaito, A. Abe-Ouchi, and J. D. Annan, 2011: Are paleoclimate model ensembles consistent with the MARGO data synthesis? *Clim. Past*, **7**, 917–933.

**9**

BLM_0151349

Hargreaves, J. C., J. D. Annan, R. Ohgaito, A. Paul, and A. Abe-Ouchi, 2013: Skill and reliability of climate model ensembles at the Last Glacial Maximum and mid Holocene. *Clim. Past*, **9**, 811–823.

Hasegawa, A., and S. Emori, 2007: Effect of air-sea coupling in the assessment of $CO_2$-induced intensification of tropical cyclone activity. *Geophys. Res. Lett.*, **34**, L05701.

Hasumi, H., 2006: *CCSR Ocean Component Model (COCO)* Version 4.0. CCSR Report. Centre for Climate System Research, University of Tokyo, Tokyo, Japan, 68 pp.

Hasumi, H., and S. Emori, 2004: K-1 Coupled GCM (MIROC) Description. Center for Climate System Research, University of Tokyo, Tokyo, Japan, 34 pp.

Hawkins, E., and R. Sutton, 2009: The potential to narrow uncertainty in regional climate predictions. *Bull. Am. Meteorol. Soc.*, **90**, 1095–1107.

Haynes, J. M., C. Jakob, W. B. Rossow, G. Tselioudis, and J. Brown, 2011: Major characteristics of Southern Ocean cloud regimes and their effects on the energy budget. *J. Clim.*, **24**, 5061–5080.

Haynes, P. H., 2006: The latitudinal structure of the QBO. *Q. J. R. Meteorol. Soc.*, **124**, 2645–2670.

Haywood, J. M., N. Bellouin, A. Jones, O. Boucher, M. Wild, and K. P. Shine, 2011: The roles of aerosol, water vapor and cloud in future global dimming/brightening. *J. Geophys. Res. Atmos.*, **116**, D20203.

Hazeleger, W., and R. J. Haarsma, 2005: Sensitivity of tropical Atlantic climate to mixing in a coupled ocean-atmosphere model. *Clim. Dyn.*, **25**, 387–399.

Hazeleger, W., et al., 2012: EC-Earth V2.2: Description and validation of a new seamless earth system prediction model. *Clim. Dyn.*, **39**, 2611–2629.

Hegerl, G., and F. Zwiers, 2011: Use of models in detection and attribution of climate change. *Clim. Change*, **2**, 570–591.

Hegerl, G. C., et al., 2007: Understanding and attributing climate change. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)] Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 665–775.

Heinze, C., 2004: Simulating oceanic $CaCO_3$ export production in the greenhouse. *Geophys. Res. Lett.*, **31**, L16308.

Heinze, C., I. Kriest, and E. Maier-Reimer, 2009: Age offsets among different biogenic and lithogenic components of sediment cores revealed by numerical modeling. *Paleoceanography*, **24**, PA4214.

Held, I. M., 2005: The gap between simulation and understanding in climate modeling. *Bull. Am. Meteorol. Soc.*, **86**, 1609–1614.

Held, I. M., and B. J. Soden, 2006: Robust responses of the hydrological cycle to global warming. *J. Clim.*, **19**, 5686–5699.

Held, I. M., and K. M. Shell, 2012: Using Relative Humidity as a State Variable in Climate Feedback Analysis. *J. Clim.*, **25**, 2578–2582.

Held, I. M., M. Winton, K. Takahashi, T. Delworth, F. R. Zeng, and G. K. Vallis, 2010: Probing the fast and slow components of global warming by returning abruptly to preindustrial forcing. *J. Clim.*, **23**, 2418–2427.

Henson, S. A., D. Raitsos, J. P. Dunne, and A. McQuatters-Gollop, 2009: Decadal variability in biogeochemical models: Comparison with a 50-year ocean colour dataset. *Geophys. Res. Lett.*, **36**, L21601.

Hermes, J. C., and C. J. C. Reason, 2005: Ocean model diagnosis of interannual coevolving SST variability in the South Indian and South Atlantic Oceans. *J. Clim.*, **18**, 2864–2882.

Hernández-Díaz, L., R. Laprise, L. Sushama, A. Martynov, K. Winger, and B. Dugas, 2013: Climate simulation over CORDEX Africa domain using the fifth-generation Canadian Regional Climate Model (CRCM5). *Clim. Dyn.*, **40**, 1415–1433.

Heuzé, C., K. J. Heywood, D. P. Stevens, and A. Ridley, 2013: Southern Ocean bottom water characteristics in CMIP5 models. *Geophys. Res. Lett.*, doi:10.1002/grl.50287.

Hewitt, H. T., et al., 2011: Design and implementation of the infrastructure of HadGEM3: The next-generation Met Office climate modelling system. *Geosci. Model Dev.*, **4**, 223–253.

Hibbard, K. A., G. A. Meehl, P. M. Cox, and P. Friedlingstein, 2007: A strategy for climate change stabilization experiments. *Eos Trans. Am. Geophys. Union*, **88**, 217–221.

Hirai, M., T. Sakashita, H. Kitagawa, T. Tsuyuki, M. Hosaka, and M. Oh'Izumi, 2007: Development and validation of a new land surface model for JMA's operational global model using the CEOP observation dataset. *J. Meteorol. Soc. Jpn.*, **85A**, 1–24.

Hirota, N., Y. N. Takayabu, M. Watanabe, and M. Kimoto, 2011: Precipitation reproducibility over tropical oceans and its relationship to the double ITCZ problem in CMIP3 and MIROC5 climate models. *J. Clim.*, **24**, 4859–4873.

Hirschi, M., et al., 2011: Observational evidence for soil-moisture impact on hot extremes in southeastern Europe. *Nature Geosci.*, **4**, 17–21.

Hofmann, M., and M. A. Morales Maqueda, 2011: The response of Southern Ocean eddies to increased midlatitude westerlies: A non-eddy resolving model study. *Geophys. Res. Lett.*, **38**, L03605.

Holden, P. B., N. R. Edwards, D. Gerten, and S. Schaphoff, 2013: A model based constraint of $CO_2$ fertilisation. *Biogeosciences*, **10**, 339–355.

Holian, G. L., A. P. Sokolov, and R. G. Prinn, 2001: Uncertainty in atmospheric $CO_2$ predictions from a parametric uncertainty analysis of a Global Ocean Carbon Cycle Model. *Joint Program Report Series*. MIT Joint Program on the Science and Policy of Global Change, Cambridge, MA, USA, 25 pp.

Holland, M., D. Bailey, B. Briegleb, B. Light, and E. Hunke, 2012: Improved sea ice shortwave radiation physics in CCSM4: The impact of melt ponds and aerosols on arctic aea ice. *J. Clim.*, **25**, 1413–1430.

Holland, M. M., M. C. Serreze, and J. Stroeve, 2010: The sea ice mass budget of the Arctic and its future change as simulated by coupled climate models. *Clim. Dyn.*, doi:10.1007/s00382-008-0493-4.

Holton, J. R., and H. C. Tan, 1980: The influence of the equatorial Quasi-Biennial Oscillation on the global circulation at 50 mb. *J. Atmos. Sci.*, **37**, 2200–2208.

Horowitz, L. W., et al., 2003: A global simulation of tropospheric ozone and related tracers: Description and evaluation of MOZART, version 2. *J. Geophys. Res. Atmos.*, **108**, 4784.

Hourdin, F., et al., 2012: Impact of the LMDZ atmospheric grid configuration on the climate and sensitivity of the IPSL-CM5A coupled model. *Clim. Dyn.*, doi:10.1007/s00382–012–1411–3.

Hourdin, F., et al., 2013: LMDZ5B: The atmospheric component of the IPSL climate model with revisited parameterizations for clouds and convection. *Clim. Dyn.*, **40**, 2193–2222.

Hourdin, F., et al., 2010: AMMA-Model Intercomparison Project. *Bull. Am. Meteorol. Soc.*, **91**, 95–104.

Hu, Z.-Z., B. Huang, Y.-T. Hou, W. Wang, F. Yang, C. Stan, and E. Schneider, 2011: Sensitivity of tropical climate to low-level clouds in the NCEP climate forecast system. *Clim. Dyn.*, **36**, 1795–1811.

Huang, C. J., F. Qiao, Q. Shu, and Z. Song, 2012: Evaluating austral summer mixed-layer response to surface wave-induced mixing in the Southern Ocean. *J. Geophys. Res.-Oceans*, **117**, C00J18.

Huber, M., I. Mahlstein, M. Wild, J. Fasullo, and R. Knutti, 2011: Constraints on climate sensitivity from radiation patterns in climate models. *J. Clim.*, **24**, 1034–1052.

Hung, M., J. Lin, W. Wang, D. Kim, T. Shinoda, and S. Weaver, 2013: MJO and convectively coupled equatorial waves simulated by CMIP5 climate models. *J. Clim.*, doi:10.1175/JCLI-D-12-00541.1.

Hunke, E. C., and J. K. Dukowicz, 1997: An elastic-viscous-plastic model for sea ice dynamics. *J. Phys. Oceanogr.*, **27**, 1849–1867.

Hunke, E. C., and W. H. Lipscomb, 2008: CICE: The Los Alamos Sea Ice Model Documentation and Software User's Manual Version 4.1. Los Alamos National Laboratory, Los Alamos, NM, USA, 76 pp.

Hunke, E. C., W. H. Lipscomb, and A. K. Turner, 2010: Sea ice models for climate study: Retorspective and new directions. *J. Glaciol.*, **56**, 1162–1172.

Hunke, E. C., D. A. Hebert, and O. Lecomte, 2013: Level-ice melt ponds in the Los Alamos sea ice model, CICE. *Ocean Model.*, doi:10.1016/j.ocemod.2012.11.008.

Hunke, E. C., D. Notz, A. K. Turner, and M. Vancoppenolle, 2011: The multiphase physics of sea ice: A review for model developers. *Cryosphere*, **5**, 989–1009.

Hurrell, J., G. A. Meehl, D. Bader, T. L. Delworth, B. Kirtman, and B. Wielicki, 2009: A unified modeling approach to climate system prediction. *Bull. Am. Meteorol. Soc.*, **90**, 1819–1832.

Hurrell, J., et al., 2013: The Community Earth System Model: A framework for collaborative research. *Bull. Am. Meteorol. Soc.*, doi:10.1175/BAMS-D-12–00121.

Hurtt, G. C., et al., 2009: Harmonization of global land-use scenarios for the period 1500–2100 for IPCC-AR5. *iLEAPS Newsl.*, **7**, 6–8.

Hutchings, J. K., A. Roberts, C. A. Geiger, and J. Richter-Menge, 2011: Spatial and temporal characterization of sea-ice deformation. *Ann. Glaciol.*, **52**, 360–368.

Huybrechts, P., 2002: Sea-level changes at the LGM from ice-dynamic reconstructions of the Greenland and Antarctic ice sheets during the glacial cycles. *Quat. Sci. Rev.*, **21**, 203–231.

Huybrechts, P., H. Goelzer, I. Janssens, E. Driesschaert, T. Fichefet, H. Goosse, and M. F. Loutre, 2011: Response of the Greenland and Antarctic ice sheets to multi-millennial greenhouse warming in the Earth System Model of Intermediate Complexity LOVECLIM. *Surv. Geophys.*, **32**, 397–416.

Iacono, M. J., J. S. Delamere, E. J. Mlawer, and S.A. Clough, 2003: Evaluation of upper tropospheric water vapor in the NCAR Community Climate Model (CCM3) using modeled and observed HIRS radiances. *J. Geophys. Res.*, **108**, 4037.

Ichikawa, H., H. Masunaga, Y. Tsushima, and H. Kanzawa, 2012: Reproducibility by climate models of cloud radiative forcing associated with tropical convection. *J. Clim.*, **25**, 1247–1262.

Ilicak, M., A. J. Adcroft, S. M. Griffies, and R. W. Hallberg, 2012: Spurious dianeutral mixing and the role of momentum closure. *Ocean Model.*, **45–46**, 37–58.

Illingworth, A. J., et al., 2007: Cloudnet. *Bull. Am. Meteor. Soc.*, **88**, 883–898.

Ilyina, T., R. E. Zeebe, E. Maier-Reimer, and C. Heinze, 2009: Early detection of ocean acidification effects on marine calcification. *Global Biogeochem. Cycles*, **23**, Gb1008.

Ilyina, T., K. Six, J. Segschneider, J. Maier-Reimer, H. Li, and I. Nunez-Riboni, 2013: The global ocean biogeochemistry model HAMOCC: Model architecture and performance as component of the MPI-Earth System Model in different CMIP5 experimental realizations. *J. Adv. Model. Earth Syst.*, **5**, 287–315.

Inatsu, M., and M. Kimoto, 2009: A scale interaction study on East Asian cyclogenesis using a General Circulation Model coupled with an interactively Nested Regional Model. *Mon. Weather Rev.*, **137**, 2851–2868.

Inatsu, M., Y. Satake, M. Kimoto, and N. Yasutomi, 2012: GCM bias of the western Pacific summer monsoon and its correction by two-way nesting system. *J. Meteorol. Soc. Jpn.*, **90B**, 11–10.

Ingram, W., 2010: A very simple model for the water vapour feedback on climate change. *Q. J. R. Meteorol. Soc.*, **136**, 30–40.

Ingram, W., 2013: Some implications of a new approach to the water vapour feedback. *Clim. Dyn.*, **40**, 925–933.

Inness, P. M., J. M. Slingo, E. Guilyardi, and J. Cole, 2003: Simulation of the Madden-Julian oscillation in a coupled general circulation model. Part II: The role of the basic state. *J. Clim.*, **16**, 365–382.

Inoue, J., J. P. Liu, J. O. Pinto, and J.A. Curry, 2006: Intercomparison of Arctic Regional Climate Models: Modeling clouds and radiation for SHEBA in May 1998. *J. Clim.*, **19**, 4167–4178.

IPCC, 2007: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)] Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 996 pp.

IPCC, 2012: *IPCC WGI/WGII Special Report on Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation (SREX).* [Field, C.B., V. Barros, T.F. Stocker, D. Qin, D.J. Dokken, K.L. Ebi, M.D. Mastrandrea, K.J. Mach, G.-K. Plattner, S.K. Allen, M. Tignor, and P.M. Midgley (Eds.)]. Cambridge University Press, The Edinburgh Building, Shaftesbury Road, Cambridge CB2 8RU ENGLAND, 582 pp.

Ishii, M., and M. Kimoto, 2009: Reevaluation of historical ocean heat content variations with time-varying XBT and MBT depth bias corrections. *J. Oceanogr.*, **65**, 287–299.

Ito, A., and T. Oikawa, 2002: A simulation model of the carbon cycle in land ecosystems (Sim-CYCLE): A description based on dry-matter production theory and plot-scale validation. *Ecol. Model.*, **151**, 143–176.

Iversen, T., et al., 2013: The Norwegian Earth System Model, NorESM1–M. Part 2: Climate response and scenario projections. *Geosci. Model Dev.*, **6**, 1–27.

Izumi, K., P. J. Bartlein, and S. P. Harrison, 2013: Consistent large-scale temperature responses in warm and cold climates. *Geophys. Res. Lett.*, doi:2013GL055097.

Jackson, C. S., M. K. Sen, G. Huerta, Y. Deng, and K. P. Bowman, 2008a: Error reduction and convergence in climate prediction. *J. Clim.*, **21**, 6698–6709.

Jackson, L., R. Hallberg, and S. Legg, 2008b: A parameterization of shear-driven turbulence for ocean climate models. *J. Phys. Oceanogr.*, **38**, 1033–1053.

Jacob, D., et al., 2012: Assessing the transferability of the Regional Climate Model REMO to different COordinated Regional Climate Downscaling EXperiment (CORDEX) regions. *Atmosphere*, **3**, 181–199.

Jakob, C., 2010: Accelerating progress in Global Atmospheric Model development through improved parameterizations: Challenges, opportunities, and strategies. *Bull. Am. Meteorol. Soc.*, **91**, 869–875.

Jang, C. J., J. Park, T. Park, and S. Yoo, 2011: Response of the ocean mixed layer depth to global warming and its impact on primary production: A case for the North Pacific Ocean. *Ices J. Mar. Sci.*, **68**, 996–1007.

Jansen, E., et al., 2007: Paleoclimate. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)] Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 433–498.

Jayne, S. R., 2009: The impact of abyssal mixing parameterizations in an ocean General Circulation Model. *J. Phys. Oceanogr.*, **39**, 1756–1775.

Ji, J. M. Huang, and K. Li, 2008: Prediction of carbon exchanges between China terrestrial ecosystem and atmosphere in 21st century. *Sci. China D*, **51**, 885–898.

Ji, J. J., 1995: A climate-vegetation interaction model: Simulating physical and biological processes at the surface. *J. Biogeogr.*, **22**, 445–451.

Jiang, J. H., et al., 2012a: Evaluation of cloud and water vapor simulations in CMIP5 climate models using NASA "A-Train" satellite observations. *J. Geophys. Res.*, **117**, D14105.

Jiang, X., et al., 2012b: Simulation of the intraseasonal variability over the Eastern Pacific ITCZ in climate models. *Clim. Dyn.*, **39**, 617–636.

Jin, F. F., S.T. Kim, and L. Bejarano, 2006: A coupled-stability index for ENSO. *Geophys. Res. Let.*, **33**, L23708.

Joetzjer, E., H. Douville, C. Delire, and P. Ciais, 2013: Present-day and future Amazonian precipitation in global climate model: CMIP5 versus CMIP3. *Clim. Dyn.*, doi: 10.1007/s00382–012-1644-1.

Johanson, C. M., and Q. Fu, 2009: Hadley Cell Widening: Model Simulations versus Observations. *J. Clim.*, **22**, 2713–2725.

John, V., and B. Soden, 2007: Temperature and humidity biases in global climate models and their impact on climate feedbacks. *Geophys. Res. Lett.*, **34**, L18704.

Johns, T. C., et al., 2003: Anthropogenic climate change for 1860 to 2100 simulated with the HadCM3 model under updated emissions scenarios. *Clim. Dyn.*, **20**, 583–612.

Johns, T. C., et al., 2006: The new Hadley Centre Climate Model (HadGEM1): Evaluation of coupled simulations. *J. Clim.*, **19**, 1327–1353

Johnson, N. C., and S. B. Feldstein, 2010: The continuum of north Pacific sea level pressure patterns: Intraseasonal, interannual, and interdecadal variability. *J. Clim.*, **23**, 851–867.

Jolliffe, I. T., and D. B. Stephenson, 2011: *Forecast Verification: A Practitioner's Guide in Atmospheric Science.* 2nd ed. John Wiley & Sons, Hoboken, NJ, 292 pp.

Joly, M., A. Voldoire, H. Douville, P. Terray, and J. F. Royer, 2007: African monsoon teleconnections with tropical SSTs: Validation and evolution in a set of IPCC4 simulations. *Clim. Dyn.*, **29**, 1–20.

Jones, A., D. L. Roberts, M. J. Woodage, and C. E. Johnson, 2001: Indirect sulphate aerosol forcing in a climate model with an interactive sulphur cycle. *J. Geophys. Res. Atmos.*, **106**, 20293–20310.

Jones, G. S., P. A. Stott, and N. Christidis, 2012: Attribution of observed historical near surface temperature variations to anthropogenic and natural causes using CMIP5 simulations. *J. Geophys. Res.*, doi:10.1002/grd.50239.

Jones, P. D., M. New, D. E. Parker, S. Martin, and I. G. Rigor, 1999: Surface air temperature and its changes over the past 150 years. *Rev. Geophys.*, **37**, 173–199.

Joseph, S. A. K. Sahai, B. N. Goswami, P. Terray, S. Masson, and J. J. Luo, 2012: Possible role of warm SST bias in the simulation of boreal summer monsoon in SINTEX-F2 coupled model. *Clim. Dyn.*, **38**, 1561–1576.

Joussaume, S., and K. E. Taylor, 1995: Status of the Paleoclimate Modeling Intercomparison Project. In: *Proceedings of the first international AMIP scientific conference, WCRP-92, Monterey, USA*, 425–430.

Jun, M., R. Knutti, and D. Nychka, 2008: Spatial analysis to quantify numerical model bias and dependence: How many climate models are there? *J. Am. Stat. Assoc.*, **103**, 934–947.

Jung, T., et al., 2010: The ECMWF model climate: Recent progress through improved physical parameterizations. *Q. J. R. Meteorol. Soc.*, **136**, 1145–1160.

Jung, T., et al., 2012: High-resolution global climate simulations with the ECMWF Model in Drake's Athena: Experimental design, model climate, and seasonal forecast skill. *J. Clim.*, **25**, 3155–3172.

Jungclaus, J. H., et al., 2006: Ocean circulation and tropical variability in the coupled model ECHAM5/MPI-OM. *J. Clim.*, **19**, 3952–3972.

BLM_0151351

Jungclaus, J. H., et al., 2013: Characteristics of the ocean simulations in MPIOM, the ocean component of the MPI-Earth System Model. *J. Adv. Model. Earth Syst.*, doi:10.1002/jame.20023.

Jungclaus, J. H., et al., 2010: Climate and carbon-cycle variability over the last millennium. *Clim. Past*, **6**, 723–737.

Kageyama, M., et al., 2006: Last Glacial Maximum temperatures over the North Atlantic, Europe and western Siberia: A comparison between PMIP models, MARGO sea-surface temperatures and pollen-based reconstructions. *Quat. Sci. Rev.*, **25**, 2082–2102.

Kahn, R.A., B. J. Gaitley, J.V. Martonchik, D. J. Diner, K.A. Crean, and B. Holben, 2005: Multiangle Imaging Spectroradiometer (MISR) global aerosol optical depth validation based on 2 years of coincident Aerosol Robotic Network (AERONET) observations. *J. Geophys. Res. Atmos.*, **110**, D10s04.

Kalnay, E., et al., 1996: The NCEP/NCAR 40-year reanalysis project. *Bull. Am. Meteorol. Soc.*, **77**, 437–471.

Kanada, S., M. Nakano, S. Hayashi, T. Kato, M. Nakamura, K. Kurihara, A. Kitoh, 2008: Reproducibility of Maximum Daily Precipitation Amount over Japan by a High-resolution Non-hydrostatic Model. *Sola*, **4**, 105–108.

Kanamaru, H., and M. Kanamitsu, 2007: Fifty-seven-year California reanalysis downscaling at 10 km (CaRD10). Part II: Comparison with North American regional reanalysis. *J. Clim.*, **20**, 5572–5592.

Kanamitsu, M., K. Yoshimura, Y. B. Yhang, and S. Y. Hong, 2010: Errors of interannual variability and trend in dynamical downscaling of reanalysis. *J. Geophys. Res. Atmos.*, **115**, D17115.

Kanamitsu, M., W. Ebisuzaki, J. Woollen, S. K. Yang, J. J. Hnilo, M. Fiorino, and G. L. Potter, 2002: NCEP-DOE AMIP-II reanalysis (R-2). *Bull. Am. Meteorol. Soc.*, **83**, 1631–1643.

Karlsson, J., and G. Svensson, 2010: The simulation of Arctic clouds and their influence on the winter surface temperature in present-day climate in the CMIP3 multi-model dataset. *Clim. Dyn.*, **36**, 623–635.

Karlsson, J., G. Svensson, and H. Rodhe, 2008: Cloud radiative forcing of subtropical low level clouds in global models. *Clim. Dyn.*, **30**, 779–788.

Karpechko, A. Y., N. Gillett, G. Marshall, and A. Scaife, 2008: Stratospheric influence on circulation changes in the Southern Hemisphere troposphere in coupled climate models. *Geophys. Res. Lett.*, **35**, L20806.

Karpechko, A. Y., and E. Manzini, 2012: Stratospheric influence on tropospheric climate change in the Northern Hemisphere. *J. Geophys. Res. Atmos.*, **117**, D05133.

Karpechko, A. Y., N. P. Gillett, G. J. Marshall, and J. A. Screen, 2009: Climate impacts of the southern annular mode simulated by the CMIP3 models. *J. Clim.*, **22**, 6149–6150.

Kattsov, V. M., et al., 2010: Arctic sea-ice change: A grand challenge of climate science. *J. Glaciol.*, **56**, 1115–1121.

Kavvada, A., A. Ruiz-Barradas, and S. Nigam, 2013: AMO's structure and climate footprint in observations and IPCC AR5 climate simulations. *Clim. Dyn.*, doi:10.1007/s00382–013–1712–1.

Kawazoe, S., and W. Gutowski, 2013: Regional, very heavy daily precipitation in NARCCAP simulations. *J. Hydrometeorol.*, doi:10.1175/JHM-D-12-068.1.

Kay, J. E., M. M. Holland, and A. Jahn, 2011: Inter-annual to multi-decadal Arctic sea ice extent trends in a warming world. *Geophys. Res. Lett.*, **38**, L15708.

Keeley, S. P. E., R. T. Sutton, and L. C. Shaffrey, 2012: The impact of North Atlantic sea surface temperature errors on the simulation of North Atlantic European region climate. *Q. J. R. Meteorol. Soc.*, doi:10.1002/qj.1912.

Kendon, E. J., N. M. Roberts, C. A. Senior, and M. J. Roberts, 2012: Realism of rainfall in a very high resolution regional climate model. *J. Clim.*, **25**, 5791–5806.

Khairoutdinov, M. F., D. A. Randall, and C. DeMott, 2005: Simulations of the Atmospheric general circulation using a cloud-resolving model as a superparameterization of physical processes. *J. Atmos. Sci.*, **62**, 2136–2154.

Kharin, V.V., F.W. Zwiers, X. B. Zhang, and G. C. Hegerl, 2007: Changes in temperature and precipitation extremes in the IPCC ensemble of global coupled model simulations. *J. Clim.*, **20**, 1419–1444.

Kharin, V. V., F.W. Zwiers, X. Zhang, and M. Wehner, 2012: Changes in temperature and precipitation extremes in the CMIP5 ensemble. *Clim. Change*, doi:10.1007/s10584-013-0705-8.

Khvorostyanov, D. V., G. Krinner, P. Ciais, M. Heimann, and S. A. Zimov, 2008a: Vulnerability of permafrost carbon to global warming. Part I: Model description and role of heat generated by organic matter decomposition. *Tellus B*, **60**, 250–264.

Khvorostyanov, D.V., P. Ciais, G. Krinner, S.A. Zimov, C. Corradi, and G. Guggenberger, 2008b: Vulnerability of permafrost carbon to global warming. Part II: Sensitivity of permafrost carbon stock to global warming. *Tellus B*, **60**, 265–275.

Kidston, J., and E. P. Gerber, 2010: Intermodel variability of the poleward shift of the austral jet stream in the CMIP3 integrations linked to biases in 20th century climatology. *Geophys. Res. Lett.*, **37**, L09708.

Kiehl, J. T., 2007: Twentieth century climate model response and climate sensitivity. *Geophys. Res. Lett.*, **34**.

Kim, D., and V. Ramanathan, 2008: Solar radiation budget and radiative forcing due to aerosols and clouds. *J. Geophys. Res. Atmos.*, **113**, D02203.

Kim, D., et al., 2012: The tropical subseasonal variability simulated in the NASA GISS general circulation model. *J. Clim.*, **25**, 4641–4659.

Kim, D., et al., 2009: Application of MJO simulation diagnostics to climate models. *J. Clim.*, **22**, 6413–6436.

Kim, H.-J., K. Takata, B. Wang, M. Watanabe, M. Kimoto, T. Yokohata, and T. Yasunari, 2011: Global monsoon, El Niño, and their interannual linkage simulated by MIROC5 and the CMIP3 CGCMs. *J. Clim.*, **24**, 5604–5618.

Kim, S., and F.-F. Jin, 2011a: An ENSO stability analysis. Part I: Results from a hybrid coupled model. *Clim. Dyn.*, **36**, 1593–1607.

Kim, S., and F.-F. Jin, 2011b: An ENSO stability analysis. Part II: Results from the twentieth and twenty-first century simulations of the CMIP3 models. *Clim. Dyn.*, **36**, 1609–1627.

Kim, S.T., and J.-Y. Yu, 2012: The two types of ENSO in CMIP5 models. *Geophys. Res. Lett.*, **39**, L11704.

Kirkevåg, K., et al., 2013: Aerosol-climate interactions in the Norwegian Earth System Model – NorESM1–M. *Geophys. Model Dev.*, **6**, 207–244.

Kistler, R., et al., 2001: The NCEP-NCAR 50–year reanalysis: Monthly means CD-ROM and documentation. *Bull. Am. Meteorol. Soc.*, **82**, 247–267.

Kjellstrom, E., G. Nikulin, U. Hansson, G. Strandberg, and A. Ullerstig, 2011: 21st century changes in the European climate: Uncertainties derived from an ensemble of regional climate model simulations. *Tellus A*, **63**, 24–40.

Kjellstrom, E., F. Boberg, M. Castro, J. Christensen, G. Nikulin, and E. Sanchez, 2010: Daily and monthly temperature and precipitation statistics as performance indicators for regional climate models. *Clim. Res.*, **44** 135–150.

Klein, P., and G. Lapeyre, 2009: The oceanic vertical pump induced by mesoscale and submesoscale turbulence. *Annu. Rev. Mar. Sci.*, **1**, 351–375.

Klein, S. A., and C. Jakob, 1999: Validation and sensitivities of frontal clouds simulated by the ECMWF model. *Mon. Weather Rev.*, **127**, 2514–2531.

Klein, S. A., B. J. Soden, and N. C. Lau, 1999: Remote sea surface temperature variations during ENSO: Evidence for a tropical atmospheric bridge. *J. Clim.*, **12**, 917–932.

Klein, S. A., X. Jiang, J. Boyle, S. Malyshev, and S. Xie, 2006: Diagnosis of the summertime warm and dry bias over the U.S. Southern Great Plains in the GFDL climate model using a weather forecasting approach. *Geophys. Res. Lett.*, **33**, L18805.

Klein, S. A., Y. Zhang, M. D. Zelinka, R. Pincus, J. S. Boyle, and P. J. Glecker, 2013: Are climate model simulations of clouds improving? An evaluation using the ISCCP simulator. *J. Geophys. Res.*, doi:10.1002/jgrd.50141.

Klocke, D., R. Pincus, and J. Quaas, 2011: On constraining estimates of climate sensitivity with present-day observations through model weighting. *J. Clim.*, **24**, 6092–6099.

Kloster, S., N. M. Mahowald, J. T. Randerson, and P. J. Lawrence, 2010: The impacts of climate, land use, and demography on fires during the 21st century simulated by CLM-CN. *Biogeosciences*, **9**, 509–525.

Knight, J., et al., 2009: Do global temperature trends over the last decade falsify climate predictions? [In: State of the Climate in 2008]. *Bull. Am. Meteorol. Soc.*, **90**, S22–S23.

Knight, J. R., 2009: The Atlantic Multidecadal Oscillation inferred from the forced climate response in Coupled General Circulation Models. *J. Clim.*, **22**, 1610–1625.

Knutti, R., 2008: Why are climate models reproducing the observed global surface warming so well? *Geophys. Res. Lett.*, **35**, L18704

Knutti, R., 2010: The end of model democracy? *Clim. Change*, **102**, 395–404.

Knutti, R., and G. C. Hegerl, 2008: The equilibrium sensitivity of the Earth's temperature to radiation changes. *Nature Geosci.*, **1**, 735–743.

Knutti, R., and L. Tomassini, 2008: Constraints on the transient climate response from observed global temperature and ocean heat uptake. *Geophys. Res. Lett.*, **35**, L09701.

BLM_0151352

9

Knutti, R., and J. Sedláček, 2013: Robustness and uncertainties in the new CMIP5 climate model projections. *Nature Clim. Change*, **3**, 369–373.

Knutti, R., D. Masson, and A. Gettelman, 2013: Climate model genealogy: Generation CMIP5 and how we got there. *Geophys. Res. Lett.*, **40**, 1194–1199.

Knutti, R., G. A. Meehl, M. R. Allen, and D. A. Stainforth, 2006: Constraining climate sensitivity from the seasonal cycle in surface temperature. *J. Clim.*, **19**, 4224–4233.

Knutti, R., F. Joos, S. A. Muller, G. K. Plattner, and T. F. Stocker, 2005: Probabilistic climate change projections for CO₂ stabilization profiles. *Geophys. Res. Lett.*, **32**, L20707.

Knutti, R., R. Furrer, C. Tebaldi, J. Cermak, and G. A. Meehl, 2010a: Challenges in combining projections from multiple climate models. *J. Clim.*, **23**, 2739–2758.

Knutti, R., G. Abramowitz, M. Collins, V. Eyring, P. J. Gleckler, B. Hewitson, and L. Mearns, 2010b: Good practice guidance paper on assessing and combining multi model climate projections. In: *Meeting Report of the Intergovernmental Panel on Climate Change Expert Meeting on Assessing and Combining Multi Model Climate Projections* [T. F. Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, and P.M. Midgley (eds.)]. IPCC Working Group I Technical Support Unit, University of Bern, Bern, Switzerland.

Koch, D., et al., 2011: Coupled Aerosol-Chemistry-Climate Twentieth-Century Transient Model investigation: Trends in short-lived species and climate responses. *J. Clim.*, **24**, 2693–2714.

Koldunov, N. V., D. Stammer, and J. Marotzke, 2010: Present-day Arctic sea ice variability in the coupled ECHAM5/MPI-OM model. *J. Clim.*, **23**, 2520–2543.

Koltzow, M., T. Iversen, and J. Haugen, 2008: Extended Big-Brother experiments: The role of lateral boundary data quality and size of integration domain in regional climate modelling. *Tellus A*, **60**, 398–410.

Koltzow, M. A. O., T. Iversen, and J. E. Haugen, 2011: The importance of lateral boundaries, surface forcing and choice of domain size for dynamical downscaling of global climate simulations. *Atmosphere*, **2**, 67–95.

Komuro, Y., et al., 2012: Sea-ice in twentieth-century simulations by new MIROC Coupled Models: A comparison between models with high resolution and with ice thickness distribution. *J. Meteorol. Soc. Jpn.*, **90A**, 213–232.

Konsta, D., H. Chepfer, and J.-L. Dufresne, 2012: A process oriented characterization of tropical oceanic clouds for climate model evaluation, based on a statistical analysis of daytime A-train observations. *Clim. Dyn.*, **39**, 2091–2108.

Koster, R., et al., 2004: Regions of strong coupling between soil moisture and precipitation. *Science*, **305**, 1138–1140.

Kostopoulou, E., K. Tolika, I. Tegoulias, C. Giannakopoulos, S. Somot, C. Anagnostopoulou, and P. Maheras, 2009: Evaluation of a regional climate model using in situ temperature observations over the Balkan Peninsula. *Tellus A*, **61**, 357–370.

Koven, C. D., W. J. Riley, and A. Stern, 2013: Analysis of permafrost thermal dynamics and response to climate change in the CMIP5 Earth System Models. *J. Clim.*, **26**, 1877–1900.

Koven, C. J., et al., 2011: Permafrost carbon-climate feedbacks accelerate global warming. *Proc. Natl. Acad. Sci. U.S.A.*, **108**, 14769–14774.

Kowalczyk, E. A., Y. P. Wang, R. M. Law, H. L. Davies, J. L. McGregor, and G. Abramowitz 2006: The CSIRO Atmosphere Biosphere Land Exchange (CABLE) model for use in climate models and as an offline model. CSIRO Marine and Atmospheric Research paper 013, Victoria, Australia, 37 pp.

Kowalczyk, E. A., et al., 2013: The land surface model component of ACCESS: Description and impact on the simulated surface climatology. *Aust. Meteorol. Oceanogr. J.*, **63**, 65–82.

Kravtsov, S., and C. Spannagle, 2008: Multidecadal climate variability in observed and modeled surface temperatures. *J. Clim.*, **21**, 1104–1121.

Krinner, G., et al., 2005: A dynamic global vegetation model for studies of the coupled atmosphere-biosphere system. *Global Biogeochem. Cycles*, **19**, GB1015.

Krüger, L., R. da Rocha, M. Reboita, and T. Ambrizzi, 2012: RegCM3 nested in HadAM3 scenarios A2 and B2: Projected changes in extratropical cyclogenesis, temperature and precipitation over the South Atlantic Ocean. *Clim. Change*, **113**, 599–621.

Kuhlbrodt, T., and J. Gregory, 2012: Ocean heat uptake and its consequences for the magnitude of sea level rise and climate change. *Geophys. Res. Lett.*, doi:10.1029/2012GL052952.

Kuhlbrodt, T., R. S. Smith, Z. Wang, and J. M. Gregory, 2012: The influence of eddy parameterizations on the transport of the Antarctic Circumpolar Current in coupled climate models. *Ocean Model.*, **52–53**, 1–8.

Kusaka, H., T. Takata, and Y. Takane, 2010: Reproducibility of regional climate in central Japan using the 4-km Resolution WRF Model. *Sola*, **6**, 113–116.

Kusunoki, S., R. Mizuta, and M. Matsueda, 2011: Future changes in the East Asian rain band projected by global atmospheric models with 20-km and 60-km grid size. *Clim. Dyn.*, **37**, 2481–2493.

L'Ecuyer, T., and G. Stephens, 2007: The tropical atmospheric energy budget from the TRMM perspective. Part II: Evaluating GCM representations of the sensitivity of regional energy and water cycles to the 1998–99 ENSO Cycle. *J. Clim.*, **20**, 4548–4571.

Laine, A., G. Lapeyre, and G. Riviere, 2011: A quasigeostrophic model for moist storm tracks. *J. Atmos. Sci.*, **68**, 1306–1322.

Laine, A., M. Kageyama, P. Braconnot, and R. Alkama, 2009: Impact of greenhouse gas concentration changes on surface energetics in IPSL-CM4: Regional warming patterns, land-sea warming ratios, and glacial-interglacial differences. *J. Clim.*, **22**, 4621–4635.

Lamarque, J. F., et al., 2012: CAM-chem: Description and evaluation of interactive atmospheric chemistry in the Community Earth System Model. *Geosci. Model Dev.*, **5**, 369–411.

Lamarque, J. F., et al., 2010: Historical (1850–2000) gridded anthropogenic and biomass burning emissions of reactive gases and aerosols: Methodology and application. *Atmos. Chem. Phys.*, **10**, 7017–7039.

Lambert, F. H., G. R. Harris, M. Collins, J. M. Murphy, D. M. H. Sexton, and B. B. B. Booth, 2012: Interactions between perturbations to different Earth system components simulated by a fully-coupled climate model. *Clim. Dyn.*, doi:10.1007/s00382-012-1618-3.

Lambert, S., and G. Boer, 2001: CMIP1 evaluation and intercomparison of coupled climate models. *Clim. Dyn.*, **17**, 83–106.

Landrum, L., M. M. Holland, D. P. Schneider, and E. Hunke, 2012: Antarctic sea ice climatology, variability and late 20th century change in CCSM4. *J. Clim.*, **25**, 4817–4838.

Langenbrunner, B., and J. D. Neelin, 2013: Analyzing ENSO teleconnections in CMIP models as a measure of model fidelity in simulating precipitation. *J. Clim.*, doi:10.1175/JCLI-D-12-00542.1.

Laprise, R., 2008: Regional climate modelling. *J. Comput. Phys.*, **227**, 3641–3666.

Laprise, R., et al., 2008: Challenging some tenets of regional climate modelling. *Meteorol. Atmos. Phys.*, **100**, 3–22.

Large, W., and S. Yeager, 2009: The global climatology of an interannually varying air-sea flux data set. *Clim. Dyn.*, **33**, 341–364.

Larow, T. E., Y. K. Lim, D. W. Shin, E. P. Chassignet, and S. Cocke, 2008: Atlantic basin seasonal hurricane simulations. *J. Clim.*, **21**, 3191–3206.

Lau, K. M., and E. Lau, 2008: The Joint Aerosol-Monsoon Experiment —A new challenge for monsoon climate research. *Bull. Am. Meteorol. Soc.*, **89**, 369–383.

Lau, W. K. M., and D. E. Waliser, 2011: *Intraseasonal Variability of the Atmosphere-Ocean Climate System*. Springer Science+Business Media, New York, NY, USA, and Heidelberg, Germany.

Lawrence, D. M., et al., 2012: The CCSM4 Land Simulation, 1850–2005: Assessment of surface climate and new capabilities. *J. Clim.*, **25**, 2240–2260.

Lawrence, D. M., et al., 2011: Parameterization improvements and functional and structural advances in version 4 of the Community Land Model. *J. Adv. Model. Earth Syst.*, **3**, 2011MS000045.

Le Quere, C., et al., 2005: Ecosystem dynamics based on plankton functional types for global ocean biogeochemistry models. *Global Change Biol.*, **11**, 2016–2040.

Le Quere, C., et al., 2009: Trends in the sources and sinks of carbon dioxide. *Nature Geosci.*, **2**, 831–836.

Lecomte, O., T. Fichefet, M. Vancoppenolle, and M. Nicolaus, 2011: A new snow thermodynamic scheme for large-scale sea-ice models. *Ann. Glaciol.*, **52**, 337–346.

Leduc, M., and R. Laprise, 2009: Regional climate model sensitivity to domain size. *Clim. Dyn.*, **32**, 833–854.

Lee, D. S., et al., 2009: Aviation and global climate change in the 21st century. *Atmos. Environ.*, **43**, 3520–3537.

Lee, T., D. E. Waliser, J.-L. F. Li, F. W. Landerer, and M. M. Gierach, 2013: Evaluation of CMIP3 and CMIP5 wind stress climatology using satellite measurements and atmospheric reanalysis products. *J. Clim.*, doi:10.1175/JCLI-D-12-00591.1.

Legg, S., L. Jackson, and R. W. Hallberg, 2008: Eddy-resolving modeling of overflows. In: *Eddy Resolving Ocean Models*, 177 ed. [M. Hecht, and H. Hasumi (eds.)]. American Geophysical Union, Washington, DC, pp. 63–82.

BLM_0151353

Legg, S., et al., 2009: Improving oceanic overflow representation in climate models: The Gravity Current Entrainment Climate Process Team. *Bull. Am. Meteorol. Soc.*, **90**, 657–670.

Leloup, J., M. Lengaigne, and J.-P. Boulanger, 2008: Twentieth century ENSO characteristics in the IPCC database. *Clim. Dyn.*, **30**, 277–291.

Lemoine, D. M., 2010: Climate sensitivity distributions dependence on the possibility that models share biases. *J. Clim.*, **23**, 4395–4415.

Lenaerts, J., M. van den Broeke, S. Dery, E. van Meijgaard, W. van de Berg, S. Palm, and J. Rodrigo, 2012: Modeling drifting snow in Antarctica with a regional climate model: 1. Methods and model evaluation. *J. Geophys. Res. Atmos.*, **117**, D05108.

Lenderink, G., 2010: Exploring metrics of extreme daily precipitation in a large ensemble of regional climate model simulations. *Clim. Res.*, **44** 151–166.

Lenderink, G., and E. Van Meijgaard, 2008: Increase in hourly precipitation extremes beyond expectations from temperature changes. *Nature Geosci.*, **1**, 511–514.

Levine, R. C., and A. G. Turner, 2012: Dependence of Indian monsoon rainfall on moisture fluxes across the Arabian Sea and the impact of coupled model sea surface temperature biases. *Clim. Dyn.*, **38**, 2167–2190.

Levis, S., 2010: Modeling vegetation and land use in models of the Earth System. *Clim. Change*, **1**, 840–856.

Levitus, S., J. I. Antonov, T. P. Boyer, R. A. Locarnini, H. E. Garcia, and A. V. Mishonov, 2009: Global ocean heat content 1955–2008 in light of recently revealed instrumentation problems. *Geophys. Res. Lett.*, **36**, L07608

Levy, H., L. W. Horowitz, M. D. Schwarzkopf, Y. Ming, J.-C. Golaz, V. Naik, and V. Ramaswamy, 2013: The roles of aerosol direct and indirect effects in past and future climate change. *J. Geophys. Res.*, doi:10.1002/jgrd.50192.

Lewis, T., and S. Lamoureux, 2010: Twenty-first century discharge and sediment yield predictions in a small high Arctic watershed. *Global Planet. Change*, **71**, 27–41.

Li, C., J.-S. von Storch, and J. Marotzke, 2013a: Deep-ocean heat uptake and equilibrium climate response. *Clim. Dyn.*, **40**, 1071–1086.

Li, G., and S.-P. Xie, 2012: Origins of tropical-wide SST biases in CMIP multi-model ensembles. *Geophys. Res. Lett.*, **39**, L22703.

Li, H. B., A. Robock, and M. Wild, 2007: Evaluation of Intergovernmental Panel on Climate Change Fourth Assessment soil moisture simulations for the second half of the twentieth century. *J. Geophys. Res. Atmos.*, **112**, D06106

Li, J.-L. F., D. E. Waliser, and J. H. Jiang, 2011a: Correction to "Comparisons of satellites liquid water estimates to ECMWF and GMAO analyses, 20th century IPCC AR4 climate simulations, and GCM simulations". *Geophys. Res. Lett.*, **38**, L24807.

Li, J.-L. F., et al., 2008: Comparisons of satellites liquid water estimates to ECMWF and GMAO analyses, 20th century IPCC AR4 climate simulations, and GCM simulations. *Geophys. Res. Lett.*, **35**, L19710.

Li, J., S.-P. X. and A. Mestas-Nunez, E. R. C. and Gang Huang, R. D'Arrigo, F. Liu, J. Ma, and X. Zheng, 2011b: Interdecadal modulation of ENSO amplitude during the last millennium. *Nature Clim. Change*, **1**, 114–118.

Li, J. L. F., et al., 2012a: An observationally-based evaluation of cloud ice water in CMIP3 and CMIP5 GCMs and contemporary reanalyses using contemporary satellite data. *J. Geophys. Res.*, **117**, D16105.

Li, L., et al., 2013b: Development and Evaluation of Grid-point Atmospheric Model of IAP LASG Version 2.0 (GAMIL 2.0). *Adv. Atmos. Sci.*, **30**, 855–867.

Li, L., et al., 2012b: The Flexible Global Ocean-Atmosphere-Land System Model: Grid-point Version 2: FGOALS-g2. *Adv. Atmos. Sci.*, doi:10.1007/s00376–012–2140–6.

Li, T., and G. H. Philander, 1996: On the annual cycle in the eastern equatorial Pacific. *J. Clim.*, **9**, 2986–2998.

Li, T., C. W. Tham, and C. P. Chang, 2001: A coupled air-sea-monsoon oscillator for the tropospheric biennial oscillation. *J. Clim.*, **14**, 752–764.

Liebmann, B., R. M. Dole, C. Jones, I. Blade, and D. Allured, 2010: Influence of choice of time period on global surface temperature trend wstimates. *Bull. Am. Meteorol. Soc.*, **91**, 1485–1491.

Lienert, f., J. C. Fyfe, and W. J. Merryfield, 2011: Do climate models capture the tropical influences on North Pacific sea surface temperature variability? *J. Clim.*, **24**, 6203–6209.

Lin, A. L., and T. Li, 2008: Energy spectrum characteristics of Boreal Summer Intraseasonal Oscillations: Climatology and variations during the ENSO developing and decaying phases. *J. Clim.*, **21**, 6304–6320.

Lin, J.-L., 2007: The double-ITCZ problem in IPCC AR4 Coupled GCMs: Ocean-atmosphere feedback analysis. *J. Clim.*, **20**, 4497–4525.

Lin, J. L., et al., 2006: Tropical intraseasonal variability in 14 IPCC AR4 climate models. Part I: Convective signals. *J. Clim.*, **19**, 2665–2690.

Lin, P., Y. Yongqiang, and H. Liu, 2013: Long-term stability and oceanic mean state simulated by the coupled model FGOALS-s2. *Adv. Atmos. Sci.*, **30**, 175–192.

Lin, Y., et al., 2012: TWP-ICE global atmospheric model intercomparison: Convection responsiveness and resolution impact. *J. Geophys. Res.*, **117**, D09111.

Lindvall, J., G. Svensson, and C. Hannay, 2012: Evaluation of near-surface parameters in the two versions of the atmospheric model in CESM1 using flux station observations. *J. Clim.*, **26** 26–44.

Linkin, M., and S. Nigam, 2008: The north pacific oscillation-west Pacific teleconnection pattern: Mature-phase structure and winter impacts. *J. Clim.*, **21**, 1979–1997.

Liu, H., C. Wang, S. K. Lee, and D. Enfield, 2013a: Atlantic Warm Pool Variability in the CMIP5 Simulations. *J. Clim.*, doi:10.1175/JCLI-D-12–00556.1.

Liu, H. L., P. F. Lin, Y. Q. Yu, and X. H. Zhang, 2012a: The baseline evaluation of LASG/IAP Climate system Ocean Model (LICOM) version 2.0. *Acta Meteorol. Sin.*, **26**, 318–329.

Liu, J., 2010: Sensitivity of sea ice and ocean simulations to sea ice salinity in a coupled global climate model. *Science China Earth Sci.*, **53**, 911–918.

Liu, L., W. Yu, and T. Li, 2011: Dynamic and thermodynamic air–sea coupling associated with the Indian Ocean dipole diagnosed from 23 WCRP CMIP3 Models. *J. Clim.*, **24**, 4941–4958.

Liu, S. C., C. B. Fu, C. J. Shiu, J. P. Chen, and F. T. Wu, 2009: Temperature dependence of global precipitation extremes. *Geophys. Res. Lett.*, **36**, L17702.

Liu, X., et al., 2012b: Toward a minimal representation of aerosols in climate models: Description and evaluation in the Community Atmosphere Model CAM5. *Geophys. Model Dev.*, **5**, 709–739.

Liu, X. H., et al., 2007: Uncertainties in global aerosol simulations: Assessment using three meteorological data sets. *J. Geophys. Res. Atmos.*, **112**, D11212

Liu, Y., 1996: Modeling the emissions of nitrous oxide and methane from the terrestrial biosphere to the atmosphere. In: *Joint Program Report Series*. MIT Joint Program on the Science and Policy of Global Change, Cambridge, MA, USA, 219 pp.

Liu, Y., J. Hu, B. He, Q. Bao, A. Duan, and G. X. Wu, 2013b: Seasonal evolution of subtropical anticyclones in the Climate System Model FGOALS-s2. *Adv. Atmos. Sci.*, **30**, 593–606.

Lloyd, J., E. Guilyardi, and H. Weller, 2010: The role of atmosphere feedbacks during ENSO in the CMIP3 models. Part II: Using AMIP runs to understand the heat flux feedback mechanisms. *Clim. Dyn.*, **37**, 1271–1292.

Lloyd, J., E. Guilyardi, and H. Weller, 2012: The role of atmosphere feedbacks during ENSO in the CMIP3 Models. Part III: The Shortwave Flux Feedback. *J. Clim.*, **25**, 4275–4293.

Lloyd, J., E. Guilyardi, H. Weller, and J. Slingo, 2009: The role of atmosphere feedbacks during ENSO in the CMIP3 models. *Atmos. Sci. Lett.*, **10**, 170–176.

Loeb, N. G., et al., 2009: Toward optimal closure of the Earth's top-of-atmosphere radiation budget. *J. Clim.*, **22**, 748–766.

Lohmann, U., K. von Salzen, N. McFarlane, H. G. Leighton, and J. Feichter, 1999: Tropospheric sulfur cycle in the Canadian general circulation model. *J. Geophys. Res. Atmos.*, **104**, 26833–26858.

Long, M. C., K. Lindsay, S. Peacock, J. K. Moore, and S. C. Doney, 2012: Twentieth-century oceanic carbon uptake and storage in CESM1(BGC). *J. Clim.*, doi:10.1175/JCLI-D-12-00184.1.

Loptien, U., O. Zolina, S. Gulev, M. Latif, and V. Soloviov, 2008: Cyclone life cycle characteristics over the Northern Hemisphere in coupled GCMs. *Clim. Dyn.*, **31**, 507–532.

Lorenz, P., and D. Jacob, 2005: Influence of regional scale information on the global circulation: A two-way nesting climate simulation. *Geophys. Res. Lett.*, **32**, L18706.

Lorenz, R., E. L. Davin, and S. I. Seneviratne, 2012: Modeling land-climate coupling in Europe: Impact of land surface representation on climate variability and extremes. *J. Geophys. Res.*, **117**, doi:10.1029/2012JD017755.

Losch, M., D. Menemenlis, J.-M. Campin, P. Heimbach, and C. Hill, 2010: On the formulation of sea-ice models. Part 1: Effects of different solver implementations and parameterizations. *Ocean Model.*, **33**, 129–144.

Loschnigg, J., G. A. Meehl, P. J. Webster, J. M. Arblaster, and G. P. Compo, 2003: The Asian monsoon, the tropospheric biennial oscillation, and the Indian Ocean zonal mode in the NCAR CSM. *J. Clim.*, **16**, 1617–1642.

Loutre, M. F., A. Mouchet, T. Fichefet, H. Goosse, H. Goelzer, and P. Huybrechts, 2011: Evaluating climate model performance with various parameter sets using observations over the recent past. *Clim. Past*, **7**, 511–526.

Loyola, D., and M. Coldewey-Egbers, 2012: Multi-sensor data merging with stacked neural networks for the creation of satellite long-term climate data records. *Eurasip J. Adv. Signal Proc.*, doi:10.1186/1687–6180–2012–91.

BLM_0151354

**9**

Loyola, D., et al., 2009: Global long-term monitoring of the ozone layer—a prerequisite for predictions. *Int. J. Remote Sens.*, **30**, 4295–4318.

Lu, J., G. A. Vecchi, and T. Reichler, 2007: Expansion of the Hadley cell under global warming. *Geophys. Res. Lett.*, **34**, L06805.

Lu, J. H., and J. J. Ji, 2006: A simulation and mechanism analysis of long-term variations at land surface over arid/semi-arid area in north China. *J. Geophys. Res. Atmos.*, **111**, D09306.

Lucarini, V., and F. Ragone, 2011: Energetics of climate models: Net energy balance and meridional enthalpy transport. *Rev. Geophys.*, **49**, RG1001.

Lucas-Picher, P., S. Somot, M. Déqué, B. Decharme, and A. Alias, 2012a: Evaluation of the regional climate model ALADIN to simulate the climate over North America in the CORDEX framework. *Clim. Dyn.*, doi:10.1007/s00382-012-1613-8.

Lucas-Picher, P., M. Wulff-Nielsen, J. Christensen, G. Adalgeirsdottir, R. Mottram, and S. Simonsen, 2012b: Very high resolution regional climate model simulations over Greenland: Identifying added value. *J. Geophys. Res. Atmos.*, **117**, D02108.

Lumpkin, R., K. G. Speer, and K. P. Koltermann, 2008: Transport across 48°N in the Atlantic Ocean. *J. Phys. Oceanogr.*, **38**, 733–752.

Luo, J. J., S. Masson, E. Roeckner, G. Madec, and T. Yamagata, 2005: Reducing climatology bias in an ocean-atmosphere CGCM with improved coupling physics. *J. Clim.*, **18**, 2344–2360.

Lynn, B., R. Healy, and L. Druyan, 2009: Quantifying the sensitivity of simulated climate change to model configuration. *Clim. Change*, **92**, 275–298.

MacKinnon, J., et al., 2009: Using observation arrays to investigate internal-waves and mixing. In: *OceanObs09: Sustained Ocean Observations and Information for Society*, Venice, Italy, ESA.

Madden, R. A., and P. R. Julian, 1972: Description of global-scale circulation ells in tropics with a 40–50 day period. *J. Atmos. Sci.*, **29**, 1109–1123.

Madden, R. A., and P. R. Julian, 1994: Observations of the 40–50-Day Tropical Oscillation—a Review. *Mon. Weather Rev.*, **122**, 814–837.

Madec, G., 2008: NEMO ocean engine. Technical Note. Institut Pierre-Simon Laplace (IPSL), France, 300pp.

Madec, G., P. Delecluse, M. Imbard, and C. Levy, 1998: OPA 8.1 ocean general circulation model reference manual. *IPSL Note du Pole de Modelisation*, Institut Pierre-Simon Laplace (IPSL), France, 91 pp.

Mahlstein, I., and R. Knutti, 2010: Regional climate change patterns identified by cluster analysis. *Clim. Dyn.*, **35**, 587–600.

Mahlstein, I., and R. Knutti, 2012: September Arctic sea ice predicted to disappear near 2C global warming above present. *J. Geophys. Res.*, **117**, D06104.

Maier-Reimer, E., I. Kriest, J. Segschneider, and P. Wetze, 2005: The  HAMburg Ocean Carbon Cycle Model HAMOCC 5.1-Technical Description Release 1.1. Tech. Rep. 14, *Rep. Earth Syst. Sci.*, Max Planck Institute for Meteorology, Hamburg, Germany, 50 pp.

Mantua, N. J., S. R. Hare, Y. Zhang, J. M. Wallace, and R. C. Francis, 1997: A Pacific interdecadal climate oscillation with impacts on salmon production. *Bull. Am. Meteorol. Soc.*, **78**, 1069–1079.

Manzini, E., C. Cagnazzo, P. G. Fogli, A. Bellucci, and W. A. Muller, 2012: Stratosphere-troposphere coupling at inter-decadal time scales: Implications for the North Atlantic Ocean. *Geophys. Res. Lett.*, **39**, L05801.

Maraun, D., 2012: Nonstationarities of regional climate model biases in European seasonal mean temperature and precipitation sums. *Geophys. Res. Lett.*, **39**, L06706.

Maraun, D., H. Rust, and T. Osborn, 2010a: Synoptic airflow and UK daily precipitation extremes: Development and validation of a vector generalised linear model. *Extremes*, **13**, 133–153.

Maraun, D., et al., 2010b: Precipitation downscaling under climate change: Recent developments to bridge the gap between dynamical models and the end user. *Rev. Geophys.*, **48**, RG3003.

Marchand, R., N. Beagley, and T. P. Ackerman, 2009: Evaluation of hydrometeor occurrence profiles in the Multiscale Modeling Framework Climate Model using atmospheric classification. *J. Clim.*, **22**, 4557–4573.

Markovic, M., H. Lin, and K. Winger, 2010: Simulating global and North American climate using the Global Environmental Multiscale Model with a Variable-Resolution Modeling Approach. *Mon. Weather Rev.*, **138**, 3967–3987.

Marsh, R., S. A. Mueller, A. Yool, and N. R. Edwards, 2011: Incorporation of the C-GOLDSTEIN efficient climate model into the GENIE framework: "eb_go_gs" configurations of GENIE. *Geophys. Model Dev.*, **4**, 957–992.

Marsh, R., et al., 2009: Recent changes in the North Atlantic circulation simulated with eddy-permitting and eddy-resolving ocean models. *Ocean Model.*, **28**, 226–239.

Marsland, S. J., et al., 2013: Evaluation of ACCESS Climate Model ocean diagnostics in CMIP5 simulations. *Aust. Meteorol. and Oceanogr. J.*, **63**,101–119.

Martin, G. M., and R. C. Levine, 2012: The influence of dynamic vegetation on the present-day simulation and future projections of the South Asian summer monsoon in the HadGEM2 family. *Earth Syst. Dyn.*, **2**, 245–261.

Martin, G. M., et al., 2011: The HadGEM2 family of Met Office Unified Model climate configurations. *Geophys. Model Dev.*, **4**, 723–757.

Masarie, K. A., and P. P. Tans, 1995: Extension and integration of atmospheric carbon dioxide data into a globally consistent measurement record. *J. Geophys. Res. Atmos.*, **100**, 11593–11610.

Masato, G., B. Hoskins, and T. Woollings, 2012: Winter and summer Northern Hemisphere blocking in CMIP5 models. *J. Clim.*, doi:10.1175/JCLI-D-12-00466.1.

Masson-Delmotte, V., et al., 2010: EPICA Dome C record of glacial and interglacial intensities. *Quat. Sci. Rev.*, **29**, 113–128.

Masson-Delmotte, V., et al., 2006: Past and future polar amplification of climate change: Climate model intercomparisons and ice-core constraints. *Clim. Dyn.*, **27**, 437–440.

Masson, D., and R. Knutti, 2011a: Climate model genealogy. *Geophys. Res. Lett.*, **38**, L08703.

Masson, D., and R. Knutti, 2011b: Spatial-scale dependence of climate model performance in the CMIP3 ensemble. *J. Clim.*, **24**, 2680–2692.

Masson, D., and R. Knutti, 2013: Predictor screening, calibration and observational constraints in climate ensembles: An illustration using climate sensitivity. *J. Clim.*, **26**, 887–898.

Massonnet, F., T. Fichefet, H. Goosse, C. M. Bitz, G. Philippon-Berthier, M. M. Holland, and P.-Y. Barriat, 2012: Constraining projections of summer Arctic sea ice. *Cryosphere*, **6**, 1383–1394.

Mastrandrea, M. D., et al., 2011: Guidance Note for Lead Authors of the IPCC Fifth Assessment Report on Consistent Treatment of Uncertainties. Intergovernmental Panel on Climate Change (IPCC). IPCC guidance note, Jasper Ridge, CA, USA, 7 pp.

Materia, S., P. A. Dirmeyer, Z. C. Guo, A. Alessandri, and A. Navarra, 2010: The sensitivity of simulated river discharge to land surface representation and meteorological forcings. *J. Hydrometeorol.*, **11**, 334–351.

Matsueda, M., 2009: Blocking predictability in operational medium-range ensemble forecasts. *Sola*, **5**, 113–116.

Matsueda, M., R. Mizuta, and S. Kusunoki, 2009: Future change in wintertime atmospheric blocking simulated using a 20-km-mesh atmospheric global circulation model. *J. Geophys. Res. Atmos.*, **114**, D12114.

Matsueda, M., H. Endo, and R. Mizuta, 2010: Future change in Southern Hemisphere summertime and wintertime atmospheric blockings simulated using a 20-km-mesh AGCM. *Geophys. Res. Lett.*, **37**, L02803.

Matsumoto, K., K. S. Tokos, A. R. Price, and S. J. Cox, 2008: First description of the Minnesota Earth System Model for Ocean biogeochemistry (MESMO 1.0). *Geophys. Model Dev.*, **1**, 1–15.

Maurer, E., and H. Hidalgo, 2008: Utility of daily vs. monthly large-scale climate data: An intercomparison of two statistical downscaling methods. *Hydrol. Earth Syst. Sci.*, **12**, 551–563.

Mauritsen, T., et al., 2012: Tuning the climate of a global model. *J. Adv. Model. Earth Syst.*, **4**, M00A01.

Maximenko, N., et al., 2009: Mean dynamic topography of the ocean derived from satellite and drifting buoy data using three different techniques. *J. Atmos. Ocean. Technol.*, **26**, 1910–1919.

May, P. T., J. H. Mather, G. Vaughan, K. N. Bower, C. Jakob, G. M. McFarquhar, and G. G. Mace, 2008: The Tropical Warm Pool International Cloud Experiment. *Bull. Am. Meteorol. Soc.*, **89**, 629–645.

May, W., 2007: The simulation of the variability and extremes of daily precipitation over Europe by the HIRHAM regional climate model. *Global Planet. Change*, **57**, 59–82.

McCarthy, G., et al., 2012: Observed interannual variability of the Atlantic meridional overturning circulation at 26.5 degrees N. *Geophys. Res. Lett.*, **39**, L19609.

McClean, J. L., and J. C. Carman, 2011: Investigation of IPCC AR4 coupled climate model North Atlantic modewater formation. *Ocean Model.*, **40**, 14–34.

McClean, J. L., M. E. Maltrud, and F. O. Bryan, 2006: Measures of the fidelity of eddying ocean models. *Oceanography*, **19**, 104–117.

McClean, J. L., et al., 2011: A prototype two-decade fully-coupled fine-resolution CCSM simulation. *Ocean Model.* **39**, 10–30.

9

BLM_0151355

McCormack, J. P., S. D. Eckermann, D. E. Siskind, and T. J. McGee, 2006: CHEM2D-OPP: A new linearized gas-phase ozone photochemistry parameterization for high-altitude NWP and climate models. *Atmos. Chem. Phys.*, **6**, 4943–4972.

McCrary, R. R., and D. A. Randall, 2010: Great plains drought in simulations of the twentieth century. *J. Clim.*, **23**, 2178–2196.

McDonald, R. E., 2011: Understanding the impact of climate change on Northern Hemisphere extra-tropical cyclones. *Clim. Dyn.*, **37**, 1399–1425.

McDougall, T. J., and P. C. McIntosh, 2001: The temporal-residual-mean velocity. Part II: Isopycnal interpretation and the tracer and momentum equations. *J. Phys. Oceanogr.*, **31**, 1222–1246.

McKitrick, R., S. McIntyre, and C. Herman, 2010: Panel and multivariate methods for tests of trend equivalence in climate data series. *Atmos. Sci. Lett.*, **11**, 270–277.

McKitrick, R., S. McIntyre, and C. Herman, 2011: Panel and multivariate methods for tests of trend equivalence in climate data series. *Atmos. Sci. Lett.*, **12**, 386–388.

McLandress, C., T. Shepherd, J. Scinocca, D. Plummer, M. Sigmond, A. Jonsson, and M. Reader, 2011: Separating the dynamical effects of climate change and ozone depletion. Part II Southern Hemisphere troposphere. *J. Clim.*, **24**, 1850–1868.

McLaren, A. J., et al., 2006: Evaluation of the sea ice simulation in a new coupled atmosphere-ocean climate model (HadGEM1). *J. Geophys. Res. Oceans*, **111**, C12014.

McManus, J. F., R. Francois, J. M. Gherardi, L. D. Keigwin, and S. Brown-Leger, 2004: Collapse and rapid resumption of Atlantic meridional circulation linked to deglacial climate changes. *Nature*, **428**, 834–837.

McWilliams, J. C., 2008: The nature and consequences of oceanic eddies. In: *Ocean Modeling in an Eddying Regime* [M. Hecht and H. Hasumi (eds.)]. American Geophysical Union, Washington, DC, pp. 5–15.

Mearns, L. O., et al., 2012: The North American Regional Climate Change Assessment Program: Overview of Phase I Results. *Bull. Am. Meteorol. Soc.*, **93**, 1337–1362.

Mears, C. A., F. J. Wentz, P. Thorne, and D. Bernie, 2011: Assessing uncertainty in estimates of atmospheric temperature changes from MSU and AMSU using a Monte-Carlo estimation technique. *J. Geophys. Res.*, **116**, D08112.

Mears, C. A., B. D. Santer, F. J. Wentz, K. E. Taylor, and M. F. Wehner, 2007: Relationship between temperature and precipitable water changes over tropical oceans. *Geophys. Res. Lett.*, **34**, L24709.

Meehl, G. A., and J. M. Arblaster, 2011: Decadal variability of Asian-Australian Monsoon-ENSO-TBO relationships. *J. Clim.*, **24**, 4925–4940.

Meehl, G. A., and H. Teng, 2012: Case studies for initialized decadal hindcasts and predictions for the Pacific region. *Geophys. Res. Lett.*, **39**, L22705.

Meehl, G. A., J. M. Arblaster, and J. Loschnigg, 2003: Coupled ocean-atmosphere dynamical processes in the tropical Indian and Pacific Oceans and the TBO. *J. Clim.*, **16**, 2138–2158.

Meehl, G. A., J. M. Arblaster, J. T. Fasullo, A. X. Hu, and K. E. Trenberth, 2011: Model-based evidence of deep-ocean heat uptake during surface-temperature hiatus periods. *Nature Clim. Change*, **1**, 360–364.

Meehl, G. A., A. Hu, J. Arblaster, J. Fasullo, and K. E. Trenberth, 2013a: Externally forced and internally generated decadal climate variability associated with the Interdecadal Pacific Oscillation. *J. Clim.*, doi:10.1175/JCLI-D-12-00548.1.

Meehl, G. A., P. R. Gent, J. M. Arblaster, B. L. Otto-Bliesner, E. C. Brady, and A. Craig, 2001: Factors that affect the amplitude of El Niño in global coupled climate models. *Clim. Dyn.*, **17**, 515–526.

Meehl, G. A., J. M. Arblaster, J. M. Caron, H. Annamalai, M. Jochum, A. Chakraborty, and R. Murtugudde, 2012: Monsoon regimes and processes in CCSM4. Part I: The Asian-Australian Monsoon. *J. Clim.*, **25**, 2583–2608.

Meehl, G. A., et al., 2007: The WCRP CMIP3 multimodel dataset —A new era in climate change research. *Bull. Am. Meteorol. Soc.*, **88**, 1383–1394.

Meehl, G. A., et al., 2009: Decadal prediction: Can it be skillful? *Bull. Am. Meteorol. Soc.*, **90**, 1467–1485.

Meehl, G. A., et al., 2013b: Decadal climate prediction: An update from the trenches. *Bull. Am. Meteorol. Soc.*, doi:10.1175/BAMS-D-12-00241.1.

Meijers, A., E. Shuckburgh, N. Bruneau, J.-B. Sallee, T. Bracegirdle, and Z. Wang, 2012: Representation of the Antarctic Circumpolar Current in the CMIP5 climate models and future changes under warming scenarios. *J. Geophys. Res. Oceans*, **117**, C12008.

Meinshausen, M., et al., 2009: Greenhouse-gas emission targets for limiting global warming to 2 degrees C. *Nature*, **458**, 1158–1162.

Meinshausen, M., et al., 2011: The RCP greenhouse gas concentrations and their extensions from 1765 to 2300. *Clim. Change*, **109**, 213–241.

Meissner, K. J., A. J. Weaver, H. D. Matthews, and P. M. Cox, 2003: The role of land surface dynamics in glacial inception: a study with the UVic Earth System Model. *Clim. Dyn.*, **21**, 515–537.

Melillo, J. M., A. D. McGuire, D. W. Kicklighter, B. Moore, C. J. Vorosmarty, and A. L. Schloss, 1993: Global climate-change and terrestrial net primary production. *Nature*, **363**, 234–240.

Melsom, A., V. Lien, and W. P. Budgell, 2009: Using the Regional Ocean Modeling System (ROMS) to improve the ocean circulation from a GCM 20th century simulation. *Ocean Dyn.*, **59**, 969–981.

Menary, M., W. Park, K. Lohmann, M. Vellinga, D. Palmer, M. Latif, and J. H. Jungclaus, 2012: A multimodel comparison of centennial Atlantic meridional overturning circulation variability. *Clim. Dyn.*, **38**, 2377–2388.

Menendez, C. G., M. de Castro, A. Sorensson, J. Boulanger, and C. M. Grp, 2010: CLARIS Project: Towards climate downscaling in South America. *Meteorol. Z.*, **19**, 357–362.

Menon, S., D. Koch, G. Beig, S. Sahu, J. Fasullo, and D. Orlikowski, 2010: Black carbon aerosols and the third polar ice cap. *Atmos. Chem. Phys.*, **10**, 4559–4571.

Mercado, L. M., C. Huntingford, J. H. C. Gash, P. M. Cox, and V. Jogireddy, 2007: Improving the representation of radiation interception and photosynthesis for climate model applications. *Tellus B*, **59**, 553–565.

Merrifield, M.A., and M. E. Maltrud, 2011: Regional sea level trends due to a Pacific trade wind intensification. *Geophys. Res. Lett.*, **38**, L21605.

Merryfield, W. J., et al., 2013: The Canadian Seasonal to Interannual Prediction System. Part I: Models and Initialization. *Mon. Weather Rev.*, doi:10.1175/MWR-D-12-00216.1.

Mieville, A., et al., 2010: Emissions of gases and particles from biomass burning during the 20th century using satellite data and an historical reconstruction. *Atmos. Environ.*, **44**, 1469–1477.

Miller, A., et al., 2002: A cohesive total ozone data set from the SBUV(/2) satellite system. *J. Geophys. Res. Atmos.*, **107**, 4701.

Milliff, R., A. Bonazzi, C. Wikle, N. Pinardi, and L. Berliner, 2011: Ocean ensemble forecasting. Part I: Ensemble Mediterranean winds from a Bayesian hierarchical model. *Q. J. R. Meteorol. Soc.*, **137**, 858–878.

Milly, P. C. D., and A. B. Shmakin, 2002: Global modeling of land water and energy balances. Part I: the land dynamics (LaD) model. *J. Hydrometeorol.*, **3**, 283–299.

Min, S. K., X. B. Zhang, F. W. Zwiers, and G. C. Hegerl, 2011: Human contribution to more-intense precipitation extremes. *Nature*, **470**, 376–379.

Minobe, S., 1997: A 50–70 year climatic oscillation over the North Pacific and North America. *Geophys. Res. Lett.*, **24**, 683–686.

Minobe, S., 1999: Resonance in bidecadal and pentadecadal climate oscillations over the North Pacific: Role in climatic regime shifts. *Geophys. Res. Lett.*, **26**, 855–858.

Misra, V., 2007: Addressing the issue of systematic errors in a regional climate model. *J. Clim.*, **20**, 801–818.

Mitchell, T. D., and P. D. Jones, 2005: An improved method of constructing a database of monthly climate observations and associated high-resolution grids. *Int. J. Climatol.*, **25**, 693–712.

Miyama, T., and M. Kawamiya, 2009: Estimating allowable carbon emission for CO(2) concentration stabilization using a GCM-based Earth system model. *Geophys. Res. Lett.*, **36**, L19709.

Mizuta, R., et al., 2012: Climate simulations using MRI-AGCM3.2 with 20-km grid. *J. Meteorol. Soc. Jpn.*, **90A**, 233–258.

Molteni, F., 2003: Atmospheric simulations using a GCM with simplified physical parameterizations. I: Model climatology and variability in multi-decadal experiments. *Clim. Dyn.*, **20**, 175–191.

Montoya, M., A. Griesel, A. Levermann, J. Mignot, M. Hofmann, A. Ganopolski, and S. Rahmstorf, 2005: The earth system model of intermediate complexity CLIMBER-3 alpha. Part 1: description and performance for present-day conditions. *Clim. Dyn.*, **25**, 237–263.

Morgenstern, O., et al., 2010: Anthropogenic forcing of the Northern Annular Mode in CCMVal-2 models. *J. Geophys. Res.*, **115**, D00M03.

Morice, C. P., J. J. Kennedy, N. A. Rayner, and P. D. Jones, 2012: Quantifying uncertainties in global and regional temperature change using an ensemble of observational estimates: The HadCRUT4 data set. *J. Geophys. Res. Atmos.*, **117**, D08101.

Moss, R. H., et al., 2010: The next generation of scenarios for climate change research and assessment. *Nature*, **463**, 747–756.

BLM_0151356

Mouchet, A., and L. M. François, 1996: Sensitivity of a global oceanic carbon cycle model to the circulation and the fate of organic matter: Preliminary results. *Phys. Chem. Earth*, **21**, 511–516.

Msadek, R., and C. Frankignoul, 2009: Atlantic multidecadal oceanic variability and its influence on the atmosphere in a climate model. *Clim. Dyn.*, **33**, 45–62.

Msadek, R., W. E. Johns, S. G. Yeager, G. Danabasoglu, T. Delworth, and T. Rosati, 2013: The Atlantic meridional heat transport at 26.5°N and its relationship with the MOC in the RAPID-array and GFDL and NCAR coupled models. *J. Clim.*, doi:10.1175/JCLI-D-12–00081.1.

Mueller, B., et al., 2011: Evaluation of global observations-based evapotranspiraion datasets and IPCC AR4 simulations. *Geophys. Res. Lett.*, **38**, L06402.

Muller, S. A., F. Joos, N. R. Edwards, and T. F. Stocker, 2006: Water mass distribution and ventilation time scales in a cost-efficient, three-dimensional ocean model. *J. Clim.*, **19**, 5479–5499.

Murakami, H., and M. Sugi, 2010: Effect of model resolution on tropical cyclone climate projections. *Sola*, **6**, 73–76.

Murakami, H., et al., 2012: Future changes in tropical cyclone activity projected by the new high-resolution MRI-AGCM. *J. Clim.*, **25**, 3237–3260.

Murphy, D. M., 2013: Little net clear-sky radiative forcing from recent regional redistribution of aerosols. *Nature Geosci.*, **6**, 258–262.

Murphy, J., B. Booth, M. Collins, G. Harris, D. Sexton, and M. Webb, 2007: A methodology for probabilistic predictions of regional climate change from perturbed physics ensembles. *Philos. Trans. R. Soc. London A*, **365** 1993–2028.

Murphy, J. M., D. M. H. Sexton, D. N. Barnett, G. S. Jones, M. J. Webb, M. Collins, and D. A. Stainforth, 2004: Quantification of modelling uncertainties in a large ensemble of climate change simulations. *Nature*, **430**, 768–772.

Murtugudde, R., J. Beauchamp, C. R. McClain, M. Lewis, and A. J. Busalacchi, 2002: Effects of penetrative radiation on the upper tropical ocean circulation. *J. Clim.*, **15**, 470–486.

Muryshev, K. E., A. V. Eliseev, I. I. Mokhov, and N. A. Diansky, 2009: Validating and assessing the sensitivity of the climate model with an ocean general circulation model developed at the Institute of Atmospheric Physics, Russian Academy of Sciences. *Izvestiya Atmos. Ocean. Phys.*, **45**, 416–433.

Nagura, M., W. Sasaki, T. Tozuka, J.-J. Luo, S. K. Behera, and T. Yamagata, 2013: Longitudinal biases in the Seychelles Dome simulated by 35 ocean-atmosphere coupled general circulation models. *J. Geophys. Res.*, doi:10.1029/2012JC008352.

Nakano, H., H. Tsujino, M. Hirabara, T. Yasuda, T. Motoi, M. Ishii, and G. Yamanaka, 2011: Uptake mechanism of anthropogenic $CO_2$ in the Kuroshio Extension region in an ocean general circulation model. *J. Oceanogr.*, **67**, 765–783.

Nam, C., S. Bony, J. L. Dufresne, and H. Chepfer, 2012: The 'too few, too bright' tropical low-cloud problem in CMIP5 models. *Geophys. Res. Lett.*, **39**, L21801.

Nanjundiah, R. S., V. Vidyunmala, and J. Srinivasan, 2005: The impact of increase in $CO_2$ on the simulation of tropical biennial oscillations (TBO) in 12 coupled general circulation models. *Atmos. Sci. Lett.*, **6**, 183–191.

Naoe, H., and K. Shibata, 2010: Equatorial quasi-biennial oscillation influence on northern winter extratropical circulation. *J. Geophys. Res. Atmos.*, **115**, D19102.

Neale, R. B., J. H. Richter, and M. Jochum, 2008: The Impact of Convection on ENSO: From a delayed oscillator to a series of events. *J. Clim.*, **21**, 5904–5924.

Neale, R. B., J. Richter, S. Park, P. H. Lauritzen, S. J. Vavrus, P. J. Rasch, and M. Zhang, 2013: The Mean Climate of the Community Atmosphere Model (CAM4) in forced SST and fully coupled experiments. *J. Clim.*, doi:10.1175/JCLI-D-12–00236.1.

Neale, R. B., et al., 2010: Description of the NCAR Community Atmosphere Model (CAM 4.0). NCAR Technical Note NCAR/TN-486+STR, National Center for Atmospheric Research, Boulder, CO, 268 pp.

Neelin, J. D., 2007: Moist dynamics of tropical convection zones in monsoons, teleconnections and global warming. In: *The Global Circulation of the Atmosphere* [T. Schneider and A. Sobel (eds.)]. Princeton University Press, Princeton, NJ. 385 pp.

Neelin, J. D., and N. Zeng, 2000: A quasi-equilibrium tropical circulation model—Formulation. *J. Atmos. Sci.*, **57**, 1741–1766.

Neelin, J. D., C. Chou, and H. Su, 2003: Tropical drought regions in global warming and El Niño teleconnections. *Geophys. Res. Lett.*, **30**, 2275.

Neelin, J. D., A. Bracco, H. Luo, J. C. McWilliams, and J. E. Meyerson, 2010: Considerations for parameter optimization and sensitivity in climate models. *Proc. Nat. Acad. Sci. U.S.A.*, **107**, 21349–21354.

Neggers, R. A. J., 2009: A dual mass flux framework for boundary layer convection. Part II: Clouds. *J. Atmos. Sci.*, **66**, 1489–1506.

Neggers, R. A. J., M. Kohler, and A. C. M. Beljaars, 2009: A dual mass flux framework for boundary layer convection. Part I: Transport. *J. Atmos. Sci.*, **66**, 1465–1487.

Nicolsky, D. J., V. E. Romanovsky, V. A. Alexeev, and D. M. Lawrence, 2007: Improved modeling of permafrost dynamics in a GCM land-surface scheme. *J. Geophys. Res.*, **34**, L08501.

Nikiema, O., and R. Laprise, 2010: Diagnostic budget study of the internal variability in ensemble simulations of the Canadian RCM. *Clim. Dyn.*, **36** 2313–2337.

Nikulin, G., et al., 2012: Precipitation climatology in an ensemble of CORDEX-Africa regional climate simulations. *J. Clim.*, doi:10.1175/jcli-d-11–00375.1.

Ning, L., M. E. Mann, R. Crane, and T. Wagener, 2011: Probabilistic projections of climate change for the Mid-Atlantic region of the United States—Validation of precipitation downscaling during the Historical Era. *J. Clim.*, **25**, 509–526.

Nishii, K., et al., 2012: Relationship of the reproducibility of multiple variables among Global Climate Models. *J. Meteorol. Soc. Jpn.*, **90A**, 87–100.

Notz, D., F. A. Haumann, H. Haak, J. H. Jungclaus, and J. Marotzke, 2013: Sea-ice evolution in the Arctic as modeled by MPI-ESM. *J. Adv. Model. Earth Syst.*, doi:10.1002/jame.20016.

O'Connor, F. M., C. E. Johnson, O. Morgenstern, and W. J. Collins, 2009: Interactions between tropospheric chemistry and climate model temperature and humidity biases. *Geophys. Res. Lett.*, **36**, L16801.

O'Farrell, S. P., 1998: Investigation of the dynamic sea ice component of a coupled atmosphere sea ice general circulation model. *J. Geophys. Res.-Oceans*, **103**, 15751–15782.

O'Gorman, P. A., 2012: Sensitivity of tropical precipitation extremes to climate change. *Nature Geosci.*, **5**, 697–700.

O'Gorman, P. A., and M. S. Singh, 2013: Vertical structure of warming consistent with an upward shift in the middle and upper troposphere. *Geophys. Res. Lett.*, doi:10.1002/grl.50328.

O'ishi, R., and A. Abe-Ouchi, 2011: Polar amplification in the mid-Holocene derived from dynamical vegetation change with a GCM. *Geophys. Res. Lett.*, **38**, L14702.

Ogasawara, N., A. Kitoh, T. Yasunari, and A. Noda, 1999: Tropospheric biennial oscillation of ENSO-monsoon system in the MRI coupled GCM. *J. Meteorol. Soc. Jpn.*, **77**, 1247–1270.

Ohba, M., D. Nohara, and H. Ueda, 2010: Simulation of asymmetric ENSO transition in WCRP CMIP3 Multimodel Experiments. *J. Clim.*, **23**, 6051–6067.

Ohgaito, R., and A. Abe-Ouchi, 2009: The effect of sea surface temperature bias in the PMIP2 AOGCMs on mid-Holocene Asian monsoon enhancement. *Clim. Dyn.*, **33**, 975–983.

Oka, A., E. Tajika, A. Abe-Ouchi, and K. Kubota, 2011: Role of the ocean in controlling atmospheric $CO_2$ concentration in the course of global glaciations. *Clim. Dyn.*, **37**, 1755–1770.

Oleson, K. W., 2004: Technical description of the Community Land Model (CLM). NCAR Technical Note NCAR/TN-461+STR, National Center for Atmospheric Research, Boulder, CO, 174 pp.

Oleson, K. W., G. B. Bonan, J. Feddema, M. Vertenstein, and C. S. B. Grimmond, 2008a: An urban parameterization for a global climate model. Part I: Formulation and evaluation for two cities. *J. Appl. Meteorol. Climatol.*, **47**, 1038–1060.

Oleson, K. W., et al., 2010: Technical Description of version 4.0 of the Community Land Model (CLM) NCAR Technical Note NCAR/TN-478+STR, National Center for Atmospheric Research, Boulder, CO, 257 pp.

Oleson, K. W., et al., 2008b: Improvements to the Community Land Model and their impact on the hydrological cycle. *J. Geophys. Res. Biogeosci.*, **113**, G01021

Onogi, K., et al., 2007: The JRA-25 reanalysis. *J. Meteorol. Soc. Jpn.*, **85**, 369–432.

Opsteegh, J. D., R. J. Haarsma, F. M. Selten, and A. Kattenberg, 1998: ECBILT: A dynamic alternative to mixed boundary conditions in ocean models. *Tellus A*, **50**, 348–367.

Oreopoulos, L., et al., 2012: The continual intercomparison of radiation codes: Results from Phase I. *J. Geophys. Res. Atmos.*, **117**, D06118.

Ostle, N. J., et al., 2009: Integrating plant-soil interactions into global carbon cycle models. *J. Ecol.*, **97**, 851–863.

Otte, T. L., C. G. Nolte, M. J. Otte, and J. H. Bowden, 2012: Does nudging squelch the extremes in Regional Climate Modeling? *J. Clim.*, **25**, 7046–7066.

Ottera, O. H., M. Bentsen, H. Drange, and L. Suo, 2010: External forcing as a metronome for Atlantic multidecadal variability. *Nature Geosci.*, **3**, 688–694.

Otto-Bliesner, B. L., et al., 2007: Last Glacial Maximum ocean thermohaline circulation: PMIP2 model intercomparisons and data constraints. *Geophys. Res. Lett.*, **34**, L12706.

Otto-Bliesner, B. L., et al., 2009: A comparison of PMIP2 model simulations and the MARGO proxy reconstruction for tropical sea surface temperatures at last glacial maximum. *Clim. Dyn.*, **32**, 799–815.

**9**

BLM_0151357

Otto, J., T. Raddatz, M. Claussen, V. Brovkin, and V. Gayler, 2009: Separation of atmosphere-ocean-vegetation feedbacks and synergies for mid-Holocene climate. *Global Biogeochem. Cycles*, **23**, L09701.

Overland, J. E., and M. Wang, 2013: When will the summer Arctic be nearly sea ice free? *Geophys. Res. Lett.*, doi:10.1002/grl.50316, doi:10.1002/grl.50316.

Ozturk, T., H. Altinsoy, M. Turkes, and M. Kurnaz, 2012: Simulation of temperature and precipitation climatology for the central Asia CORDEX domain using RegCM 4.0. *Clim. Res.*, **52**, 63–76.

Paeth, H., 2011: Postprocessing of simulated precipitation for impact research in West Africa. Part I: Model output statistics for monthly data. *Clim. Dyn.*, **36**, 1321–1336.

Paeth, H., et al., 2012: Progress in regional downscaling of west African precipitation. *Atmos. Sci. Lett.*, **12**, 75–82.

Palmer, J. R., and I. J. Totterdell, 2001: Production and export in a global ocean ecosystem model. *Deep-Sea R. Pt. I*, **48**, 1169–1198.

Parekh, P., F. Joos, and S. A. Muller, 2008: A modeling assessment of the interplay between aeolian iron fluxes and iron-binding ligands in controlling carbon dioxide fluctuations during Antarctic warm events. *Paleoceanography*, **23**, Pa4202.

Park, S., and C. S. Bretherton, 2009: The University of Washington Shallow Convection and Moist Turbulence schemes and their impact on climate simulations with the Community Atmosphere Model. *J. Clim.*, **22**, 3449–3469.

Park, W., and M. Latif, 2010: Pacific and Atlantic multidecadal variability in the Kiel Climate Model. *Geophys. Res. Lett.*, **37**, L24702.

Parker, D., C. Folland, A. Scaife, J. Knight, A. Colman, P. Baines, and B.W. Dong, 2007: Decadal to multidecadal variability and the climate change background. *J. Geophys. Res. Atmos.*, **112**, D18115.

Parkinson, C. L., and D. J. Cavalieri, 2012: Antarctic sea ice variability and trends, 1979–2010. *Cryosphere*, **6**, 871–880.

Patricola, C. M., M. Li, Z. Xu, P. Chang, R. Saravanan, and J.-S. Hsieh, 2012: An investigation of tropical Atlantic bias in a high-resolution Coupled Regional Climate Model. *Clim. Dyn.*, doi:10.1007/s00382-012-1320-5.

Pavlova, T. V., V. M. Kattsov, and V. A. Govorkova, 2011: Sea ice in CMIP5 models: Closer to reality? *Trudy GGO (MGO Proc., in Russian)*, **564**, 7–18.

Pavlova, T. V., V. M. Kattsov, Y. D. Nadyozhina, P. V. Sporyshev, and V. A. Govorkova, 2007: Terrestrial cryosphere evolution through the 20th and 21st centuries as simulated with the new generation of global climate models. *Earth Cryosphere (in Russian)*, **11**, 3–13.

Pechony, O., and D. T. Shindell, 2009: Fire parameterization on a global scale. *J. Geophys. Res. Atmos.*, **114**, D16115

Pedersen, C. A., E. Roeckner, M. Lüthje, and J. Winther, 2009: A new sea ice albedo scheme including melt ponds for ECHAM5 general circulation model. *J. Geophys. Res.*, **114**, D08101.

Pennell, C., and T. Reichler, 2011: On the effective number of climate models. *J. Clim.*, **24** 2358–2367

Perlwitz, J., S. Pawson, R. Fogt, J. Nielsen, and W. Neff, 2008: Impact of stratospheric ozone hole recovery on Antarctic climate. *Geophys. Res. Lett.*, **35**, L08714.

Peterson, T. C., et al., 2009: State of the Climate in 2008. *Bull. Am. Meteorol. Soc.*, **90**, S1–S196.

Petoukhov, V., I. I. Mokhov, A. V. Eliseev, and V. A. Semenov, 1998: The IAP RAS global climate model. *Dialogue-MSU*, Moscow, Russia.

Petoukhov, V., A. Ganopolski, V. Brovkin, M. Claussen, A. Eliseev, C. Kubatzki, and S. Rahmstorf, 2000: CLIMBER-2: a climate system model of intermediate complexity. Part I: Model description and performance for present climate. *Clim. Dyn.*, **16**, 1–17.

Petoukhov, V., et al., 2005: EMIC Intercomparison Project (EMIP-CO2): Comparative analysis of EMIC simulations of climate, and of equilibrium and transient responses to atmospheric CO₂ doubling. *Clim. Dyn.*, **25**, 363–385.

Pfahl, S., and H. Wernli, 2012: Quantifying the relevance of atmospheric blocking for co-located temperature extremes in the Northern Hemisphere on (sub-)daily time scales. *Geophys. Res. Lett.*, **39**, L12807.

Pfeiffer, A., and G. Zängl, 2010: Validation of climate-mode MM5–simulations for the European Alpine Region. *Theor. Appl. Climatol.*, **101**, 93–108.

Phillips, T. J., et al., 2004: Evaluating parameterizations in General Circulation Models: Climate simulation meets weather prediction. *Bull. Am. Meteorol. Soc.*, **85**, 1903–1915.

Piani, C., D. J. Frame, D. A. Stainforth, and M. R. Allen, 2005: Constraints on climate change from a multi-thousand member ensemble of simulations. *Geophys. Res. Lett.*, **32**, L23825.

Pierce, D. W., 2001: Distinguishing coupled ocean-atmosphere interactions from background noise in the North Pacific. *Prog. Oceanogr.*, **49**, 331–352.

Pierce, D. W., T. P. Barnett, B. D. Santer, and P. J. Gleckler, 2009: Selecting global climate models for regional climate change studies. *Proc. Natl. Acad. Sci. U.S.A.*, **106**, 8441–8446.

Pincus, R., C. P. Batstone, R. J. P. Hofmann, K. E. Taylor, and P. J. Glecker, 2008: Evaluating the present-day simulation of clouds, precipitation, and radiation in climate models. *J. Geophys. Res. Atmos.*, **113**, D14209

Pincus, R., S. Platnick, S. A. Ackerman, R. S. Hemler, and R. J. P. Hofmann, 2012: Reconciling simulated and observed views of clouds: MODIS, ISCCP, and the limits of instrument simulators. *J. Clim.*, **25**, 4699–4720.

Pinto, J. G., T. Spangehl, U. Ulbrich, and P. Speth, 2006: Assessment of winter cyclone activity in a transient ECHAM4–OPYC3 GHG experiment. *Meteorol. Z.*, **15**, 279–291.

Piot, M., and R. von Glasow, 2008: The potential importance of frost flowers, recycling on snow, and open leads for ozone depletion events. *Atmos. Chem. Phys.*, **8**, 2437–2467.

Pitman, A., A. Arneth, and L. Ganzeveld, 2012a: Regionalizing global climate models. *Int. J. Climatol.*, **32**, 321–337.

Pitman, A. J., 2003: The evolution of, and revolution in, land surface schemes designed for climate models. *Int. J. Climatol.*, **23**, 479–510.

Pitman, A. J., et al., 2012b: Effects of land cover change on temperature and rainfall extremes in multi-model ensemble simulations. *Earth Syst. Dyn.*, **13**, 213–231.

Pitman, A. J., et al., 2009: Uncertainties in climate responses to past land cover change: First results from the LUCID intercomparison study. *Geophys. Res. Lett.*, **36**, L14814.

Plattner, G. K., et al., 2008: Long-term climate commitments projected with climate-carbon cycle models. *J. Clim.*, **21**, 2721–2751.

Ploshay, J. J., and N.-C. Lau, 2010: Simulation of the diurnal cycle in tropical rainfall and circulation during Boreal Summer with a high-resolution GCM. *Mon. Weather Rev.*, **138**, 3434–3453.

Po-Chedley, S., and Q. Fu, 2012: Discrepancies in tropical upper tropospheric warming between atmospheric circulation models and satellites. *Environ. Res. Lett.*, **7**, 044018.

Pokhrel, S., H. Rahaman, A. Parekh, S. K. Saha, A. Dhakate, H. S. Chaudhari, and R. M. Gairola, 2012: Evaporation-precipitation variability over Indian Ocean and its assessment in NCEP Climate Forecast System (CFSv2). *Clim. Dyn.*, **39**, 2585–2608.

Poivani, L., D. Waugh, G. Correa, and S. Son, 2011: Stratospheric ozone depletion: The main driver of twentieth-century atmospheric circulation changes in the Southern Hemisphere. *J. Clim.*, **24**, 795–812.

Pope, V. D., M. L. Gallani, P. R. Rowntree, and R. A. Stratton, 2000: The impact of new physical parametrizations in the Hadley Centre climate model: HadAM3. *Clim. Dyn.*, **16**, 123–146.

Power, S., and R. Colman, 2006: Multi-year predictability in a coupled general circulation model. *Clim. Dyn.*, **26**, 247–272

Power, S., M. Haylock, R. Colman, and X. D. Wang, 2006: The predictability of interdecadal changes in ENSO activity and ENSO teleconnections. *J. Clim.*, **19**, 4755–4771.

Prudhomme, C., and H. Davies, 2009: Assessing uncertainties in climate change impact analyses on the river flow regimes in the UK. Part 1: Baseline climate. *Clim. Change*, **93**, 177–195.

Pryor, S. G. Nikulin, and C. Jones, 2012: Influence of spatial resolution on regional climate model derived wind climates. *J. Geophys. Res. Atmos.*, **117**, D03117.

Ptashnik, I. V., R. A. McPheat, K. P. Shine, K. M. Smith, and R. G. Williams, 2011: Water vapor self-continuum absorption in near-infrared windows derived from laboratory measurements. *J. Geophys. Res. Atmos.*, **116**, D16305.

Qian, T. T., A. Dai, K. E. Trenberth, and K. W. Oleson, 2006: Simulation of global land surface conditions from 1948 to 2004. Part I: Forcing data and evaluations. *J. Hydrometeorol.*, **7**, 953–975.

Qiao, F., Y. Yuan, Y. Yang, Q. Zheng, C. Xia, and J. Ma, 2004: Wave-induced mixing in the upper ocean: Distribution and application to a global ocean circulation model. *Geophys. Res. Lett.*, **31**, L11303.

Quaas, J., 2012: Evaluating the "critical relative humidity" as a measure of subgrid-scale variability of humidity in general circulation model cloud cover parameterizations using satellite data. *J. Geophys. Res. Atmos.*, **117**, D09208.

Raftery, A. E., T. Gneiting, F. Balabdaoui, and M. Polakowski, 2005: Using Bayesian model averaging to calibrate forecast ensembles. *Mon. Weather Rev.*, **133**, 1155–1174.

BLM_0151358

Raible, C. C., M. Yoshimori, T. F. Stocker, and C. Casty, 2007: Extreme midlatitude cyclones and their implications for precipitation and wind speed extremes in simulations of the Maunder Minimum versus present day conditions. *Clim. Dyn.*, **28**, 409–423.

Raisanen, J., 2007: How reliable are climate models? *Tellus A*, **59**, 2–29.

Raisanen, J., and J. S. Ylhaisi, 2011: How much should climate model output be smoothed in space? *J. Clim.*, **24**, 867–880.

Raisanen, J., L. Ruokolainen, and J. Ylhaisi, 2010: Weighting of model results for improving best estimates of climate change. *Clim. Dyn.*, **35**, 407–422.

Rammig, A., et al., 2010: Estimating the risk of Amazonian forest dieback. *New Phytologist*, **187**, 694–706.

Rampal, P., J. Weiss, C. Dubois, and J. M. Campin, 2011: IPCC climate models do not capture Arctic sea ice drift acceleration: Consequences in terms of projected sea ice thinning and decline. *J. Geophys. Res. Oceans*, **116**, C00d07.

Ramstein, G., M. Kageyama, J. Guiot, H. Wu, C. Hely, G. Krinner, and S. Brewer, 2007: How cold was Europe at the Last Glacial Maximum? A synthesis of the progress achieved since the first PMIP model-data comparison. *Clim. Past*, **3**, 331–339.

Randall, D. A., M. F. Khairoutdinov, A. Arakawa, and W. W. Grabowski, 2003: Breaking the cloud parameterization deadlock. *Bull. Am. Meteorol. Soc.*, **84**, 1547–1564.

Randall, D. A., et al., 2007: Climate models and their evaluation. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)] Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 589–662.

Randel, W., and F. Wu, 2007: A stratospheric ozone profile data set for 1979–2005: Variability, trends, and comparisons with column ozone data. *J. Geophys. Res. Atmos.*, **12**, D06313.

Randel, W. J., et al., 2009: An update of observed stratospheric temperature trends. *J. Geophys. Res. Atmos.*, **114**, D02107.

Rapaić, M., M. Leduc, and R. Laprise, 2010: Evaluation of the internal variability and estimation of the downscaling ability of the Canadian Regional Climate Model for different domain sizes over the north Atlantic region using the Big-Brother experimental approach. *Clim. Dyn.*, **36** 1979–2001.

Raphael, M. N., and M. M. Holland, 2006: Twentieth century simulation of the Southern Hemisphere climate in coupled models. Part 1: Large scale circulation variability. *Clim. Dyn.*, **26**, 217–228.

Rashid, H. A., A. C. Hirst, and M. Dix, 2013: Atmospheric circulation features in the ACCESS model simulations for CMIP5: Historical simulation and future projections *Aust. Meteorol. Oceanogr. J.*, **63**, 145–160.

Rauscher, S. A., E. Coppola, C. Piani, and F. Giorgi, 2010: Resolution effects on regional climate model simulations of seasonal precipitation over Europe. *Clim. Dyn.*, **35**, 685–711.

Rayner, N. A., et al., 2003: Global analysis of sea surface temperature, sea ice, and night marine air temperature since the late ninteeth century. *J. Geophys. Res.*, **108**, 4407.

Redelsperger, J.-L., C. D. Thorncroft, A. Diedhiou, T. Lebel, D. J. Parker, and J. Polcher, 2006: African Monsoon Multidisciplinary Analysis: An international research project and field campaign. *Bull. Am. Meteorol. Soc.*, **87**, 1739–1746.

Redi, M. H., 1982: Oceanic isopycnal mixing by coordinate rotation. *J. Phys. Oceanogr.*, **12**, 1154–1158.

Reichler, T., and J. Kim, 2008: How well do coupled models simulate today's climate? *Bull. Am. Meteorol. Soc.*, **89**, 303–311.

Reick, C. H., T. Raddatz, V. Brovkin, and V. Gayler, 2013: The representation of natural and anthropogenic land cover change in MPI-ESM. *J. Adv. Model. Earth Syst.*, doi:10.1002/jame.20022.

Reifen, C., and R. Toumi, 2009: Climate projections: Past performance no guarantee of future skill? *Geophys. Res. Lett.*, **36**, L13704.

Remer, L. A., et al., 2008: Global aerosol climatology from the MODIS satellite sensors. *J. Geophys. Res. Atmos.*, **113**, D14s07.

Richter, I., and S.-P. Xie, 2008: On the origin of equatorial Atlantic biases in coupled general circulation models. *Clim. Dyn.*, **31**, 587–598.

Richter, I., S.-P. Xie, S. K. Behera, T. Doi, and Y. Masumoto, 2013: Equatorial Atlantic variability and its relation to mean state biases in CMIP5. *Clim. Dyn.*, doi:10.1007/s00382-012-1624-5.

Richter, J. H., F. Sassi, and R. R. Garcia, 2010: Toward a physically based gravity wave source parameterization in a General Circulation Model. *J. Atmos. Sci.*, **67**, 136–156.

Ridgwell, A., and J. C. Hargreaves, 2007: Regulation of atmospheric CO(2) by deep-sea sediments in an Earth system model. *Global Biogeochem. Cycles*, **21**, Gb2008.

Ridgwell, A., I. Zondervan, J. C. Hargreaves, J. Bijma, and T. M. Lenton, 2007a: Assessing the potential long-term increase of oceanic fossil CO2 uptake due to CO2–calcification feedback. *Biogeosciences*, **4**, 481–492.

Ridgwell, A., et al., 2007b: Marine geochemical data assimilation in an efficient Earth System Model of global biogeochemical cycling. *Biogeosciences*, **4**, 87–104.

Rienecker, M. M., et al., 2011: MERRA: NASA's modern-era retrospective analysis for research and applications. *J. Clim.*, **24**, 3624–3648.

Ringer, M. A., J. M. Edwards, and A. Slingo, 2003: Simulation of satellite channel radiances in the Met Office Unified Model. *Q. J. R. Meteorol. Soc.*, **129**, 1169–1190.

Rio, C., and F. Hourdin, 2008: A thermal plume model for the convective boundary layer: Representation of cumulus clouds. *J. Atmos. Sci.*, **65**, 407–425.

Rio, C., F. Hourdin, F. Couvreux, and A. Jam, 2010: Resolved versus parametrized boundary-layer plumes. Part II: Continuous formulations of mixing rates for mass-flux schemes. *Boundary-Layer Meteorol.*, **135**, 469–483.

Risi, C., et al., 2012a: Process-evaluation of tropospheric humidity simulated by general circulation models using water vapor isotopic observations: 2. Using isotopic diagnostics to understand the mid and upper tropospheric moist bias in the tropics and subtropics. *J. Geophys. Res. Atmos.*, **117**, D05304.

Risi, C., et al., 2012b: Process-evaluation of tropospheric humidity simulated by general circulation models using water vapor isotopologues: 1. Comparison between models and observations. *J. Geophys. Res. Atmos.*, **117**, D05303.

Risien, C. M., and D. B. Chelton, 2008: A global climatology of surface wind and wind stress fields from eight years of QuikSCAT Scatterometer data. *J. Phys. Oceanogr.*, **38**, 2379–2413.

Ritz, S. P., T. F. Stocker, and F. Joos, 2011: A coupled dynamical ocean-energy balance atmosphere model for paleoclimate studies. *J. Clim.*, **24**, 349–375.

Roberts, M. J., et al., 2004: Impact of an eddy-permitting ocean resolution on control and climate change simulations with a global coupled GCM. *J. Clim.*, **17**, 3–20.

Robinson, A., R. Calov, and A. Ganopolski, 2012: Multistability and critical thresholds of the Greenland ice sheet. *Nature Clim. Change*, **2**, 429–432.

Robinson, D. A., and A. Frei, 2000: Seasonal variability of northern hemisphere snow extent using visible satellite data. *Prof. Geograph.*, **51**, 307–314.

Rockel, B., C. L. Castro, R. A. Pielke, H. von Storch, and G. Leoncini, 2008: Dynamical downscaling: Assessment of model system dependent retained and added variability for two different regional climate models. *J. Geophys. Res. Atmos.*, **113**, D21107.

Rodwell, M., and T. Palmer, 2007: Using numerical weather prediction to assess climate models. *Q. J. R. Meteorol. Soc.*, **133**, 129–146.

Roe, G. H., and M. B. Baker, 2007: Why is climate sensitivity so unpredictable? *Science*, **318**, 629–632.

Roe, G. H., and C. K. Armour, 2011: How sensitive is climate sensitivity? *Geophys. Res. Lett.*, **38**, L14708.

Roe, G. H., and M. B. Baker, 2011: Comment on "Another look at climate sensitivity" by Zaliapin and Ghil (2010). *Nonlin.Proc. Geophys.*, **18**, 125–127.

Roeckner, E., et al., 2006: Sensitivity of simulated climate to horizontal and vertical resolution in the ECHAM5 atmosphere model. *J. Clim.*, **19**, 3771–3791.

Rojas, M., 2006: Multiply nested regional climate simulation for southern South America: Sensitivity to model resolution. *Mon. Weather Rev.*, **134**, 2208–2223.

Rojas, M., and P. I. Moreno, 2011: Atmospheric circulation changes and neoglacial conditions in the Southern Hemisphere mid-latitudes: Insights from PMIP2 simulations at 6 kyr. *Clim. Dyn.*, **37**, 357–375.

Rojas, M., et al., 2009: The Southern Westerlies during the last glacial maximum in PMIP2 simulations. *Clim. Dyn.*, **32**, 525–548.

Romanou, A., et al., 2013: Natural air–sea flux of CO2 in simulations of the NASA-GISS climate model: Sensitivity to the physical ocean model formulation. *Ocean Model.*, doi:10.1016/j.ocemod.2013.01.008.

Rotstayn, L. D., and U. Lohmann, 2002: Simulation of the tropospheric sulfur cycle in a global model with a physically based cloud scheme. *J. Geophys. Res.*, **107**, 4592.

Rotstayn, L. D., M. A. Collier, R. M. Mitchell, Y. Qin, S. K. Campbell, and S. M. Dravitzki, 2011: Simulated enhancement of ENSO-related rainfall variability due to Australian dust. *Atmos. Chem. Phys.*, **11**, 6575–6592.

**9**

BLM_0151359

Rotstayn, L. D., S. J. Jeffrey, M. A. Collier, S. M. Dravitzki, A. C. Hirst, J. I. Syktus, and K. K. Wong, 2012: Aerosol- and greenhouse gas-induced changes in summer rainfall and circulation in the Australasian region: A study using single-forcing climate simulations. *Atmos. Chem. Phys.*, **12**, 6377–6404.

Rotstayn, L. D., et al., 2010: Improved simulation of Australian climate and ENSO-related rainfall variability in a global climate model with an interactive aerosol treatment. *Int. J. Climatol.*, **30**, 1067–1088.

Rougier, J., D. M. H. Sexton, J. M. Murphy, and D. Stainforth, 2009: Analyzing the climate sensitivity of the HadSM3 climate model using ensembles from different but related experiments. *J. Clim.*, **22**, 3540–3557.

Roy, P., P. Gachon, and R. Laprise, 2012: Assessment of summer extremes and climate variability over the north-east of North America as simulated by the Canadian Regional Climate Model. *Int. J. Climatol.*, **32** 1615–1627.

Ruckstuhl, C., and J. R. Norris, 2009: How do aerosol histories affect solar "dimming" and "brightening" over Europe?: IPCC-AR4 models versus observations. *J. Geophys. Res. Atmos.*, **114**, D00d04.

Rummukainen, M., 2010: State-of-the-art with regional climate models. *Clim. Change*, **1**, 82–96.

Russell, J. L., R. J. Stouffer, and K. W. Dixon, 2006: Intercomparison of the Southern Ocean circulations in IPCC coupled model control simulations. *J. Clim.*, **19**, 4560–4575.

Ruti, P. M., et al., 2011: The West African climate system: A review of the AMMA model inter-comparison initiatives. *Atmos. Sci. Lett.*, **12** 116–122

Rutter, N., et al., 2009: Evaluation of forest snow processes models (SnowMIP2). *J. Geophys. Res. Atmos.*, **114**, D06111.

Sabine, C. L., et al., 2004: The oceanic sink for anthropogenic $CO_2$. *Science*, **305**, 367–371.

Saha, S., et al., 2010: The NCEP Climate Forecast System Reanalysis. *Bull. Am. Meteorol. Soc.*, **91**, 1015–105.

Sahany, S., J. D. Neelin, K. Hales, and R. B. Neale, 2012: Temperature–moisture dependence of the Deep Convective Transition as a constraint on entrainment in climate simulations. *J. Atmos. Sci.*, **69**, 1340–1358.

Saji, N. H., S. P. Xie, and T. Yamagata, 2006: Tropical Indian Ocean variability in the IPCC twentieth-century climate simulations. *J. Clim.*, **19**, 4397–4417.

Saji, N. H., B. N. Goswami, P. N. Vinayachandran, and T. Yamagata, 1999: A dipole mode in the tropical Indian Ocean. *Nature*, **401**, 360–363.

Sakaguchi, K., X. B. Zeng, and M. A. Brunke, 2012: The hindcast skill of the CMIP ensembles for the surface air temperature trend. *J. Geophys. Res. Atmos.*, **117**, D16113.

Sakamoto, T. T., et al., 2012: MIROC4h – a new high-resolution atmosphere-ocean coupled general circulation model. *J. Meteorol. Soc. Jpn.*, **90**, 325–359.

Salas-Melia, D., 2002: A global coupled sea ice-ocean model. *Ocean Model.*, **4**, 137–172

Salle, J. B., E. Shuckburgh, N. Bruneau, A. J. S. Meijers, T. J. Bracegirdle, Z. Wang, and T. Roy, 2013: Assessment of Southern Ocean water mass circulation and characteristics in CMIP5 models: Historical bias and forcing response. *J. Geophys. Res. Oceans*, doi:10.1002/jgrc.20135.

Samuelsson, P., C. E. Kourzeneva, and D. Mironov, 2010: The impact of lakes on the European climate as simulated by a regional climate model. *Boreal Environ. Res.*, **15**, 113–129.

Sander, S. P., 2006: *Chemical Kinetics and Photochemical Data for Use in Atmospheric Studies*. Evaluation 15. JPL Publications, Pasadena, CA, USA, 523 pp.

Sanderson, B. M., 2011: A multimodel study of parametric uncertainty in predictions of climate response to rising greenhouse gas concentrations. *J. Clim.*, **25**, 1362–1377.

Sanderson, B. M., 2013: On the estimation of systematic error in regression-based predictions of climate sensitivity. *Clim. Change*, doi:10.1007/s10584-012-0671-6.

Sanderson, B. M., and R. Knutti, 2012: On the interpretation of constrained climate model ensembles. *Geophys. Res. Lett.*, **39**, L16708.

Sanderson, B. M., K. M. Shell, and W. Ingram, 2010: Climate feedbacks determined using radiative kernels in a multi-thousand member ensemble of AOGCMs. *Clim. Dyn.*, **35**, 1219–1236.

Sanderson, B. M., C. Piani, W. J. Ingram, D. A. Stone, and M. R. Allen, 2008a: Towards constraining climate sensitivity by linear analysis of feedback patterns in thousands of perturbed-physics GCM simulations. *Clim. Dyn.*, **30**, 175–190.

Sanderson, B. M., et al., 2008b: Constraints on model response to greenhouse gas forcing and the role of subgrid-scale processes. *J. Clim.*, **21**, 2384–2400.

Sansom, P. G., D. B. Stephenson, C. A. T. Ferro, G. Zappa, and L. Shaffrey, 2013: Simple uncertainty frameworks for testing weighting schemes and interpreting multi-model ensemble climate change experiments doi:10.1175/JCLI-D-12-00462.1.

Santer, B., et al., 2009: Incorporating model quality information in climate change detection and attribution studies. *Proc. Natl. Acad. Sci. U.S.A.*, **106**, 14778–14783.

Santer, B., et al., 2007: Identification of human-induced changes in atmospheric moisture content. *Proc. Natl. Acad. Sci. U.S.A.*, **104**, 15248–15253.

Santer, B., et al., 2008: Consistency of modelled and observed temperature trends in the tropical troposphere. *Int. J. Climatol.*, **28**, 1703–1722.

Santer, B., et al., 2005: Amplification of surface temperature trends and variability in the tropical atmosphere. *Science*, **309**, 1551–1556.

Santer, B. D., et al., 2013: Identifying human influences on atmospheric temperature. *Proc. Natl. Acad. Sci. U.S.A*, **110**, 26–33.

Sato, M., J. E. Hansen, M. P. McCormick, and J. B. Pollack, 1993: Stratospheric aerosol optical depth, 1850– 1990. *J. Geophys. Res. Atmos.*, **98**, 22987–22994

Sato, T., H. Miura, M. Satoh, Y. N. Takayabu, and Y. Q. Wang, 2009: Diurnal cycle of precipitation in the Tropics simulated in a global cloud-resolving model. *J. Clim.*, **22**, 4809–4826.

Scaife, A. A., N. Butchart, C. D. Warner, and R. Swinbank, 2002: Impact of a spectral gravity wave parameterization on the stratosphere in the met office unified model. *J. Atmos. Sci.*, **59**, 1473–1489.

Scaife, A. A., T. Woollings, J. Knight, G. Martin, and T. Hinton, 2010: Atmospheric blocking and mean biases in climate models. *J. Clim.*, **23**, 6143–6152.

Scaife, A. A., et al., 2011: Improved Atlantic winter blocking in a climate model. *Geophys. Res. Lett.*, **38**, L23703.

Scaife, A. A., et al., 2012: Climate change and stratosphere-troposphere interaction. *Clim. Dyn.*, **38**, 2089–2097.

Scaife, A. A., et al., 2009: The CLIVAR C20C project: Selected twentieth century climate events. *Clim. Dyn.*, **33**, 603–614.

Schaller, N., I. Mahlstein, J. Cermak, and R. Knutti, 2011: Analyzing precipitation projections: A comparison of different approaches to climate model evaluation. *J. Geophys. Res. Atmos.*, **116**, D10118.

Scherrer, S., 2011: Present-day interannual variability of surface climate in CMIP3 models and its relation to future warming. *Int. J. Climatol.*, **31**, 1518–1529.

Schlesinger, M. E., and J. F. B. Mitchell, 1987: Climate model simulations of the equilibrium climatic response to increased carbon-dioxide. *Rev. Geophys.*, **25**, 760–798.

Schmidli, J., C. Goodess, C. Frei, M. Haylock, Y. Hundecha, J. Ribalaygua, and T. Schmith, 2007: Statistical and dynamical downscaling of precipitation: An evaluation and comparison of scenarios for the European Alps. *J. Geophys. Res. Atmos.*, **112**, D04105.

Schmidt, G. A., et al., 2012: Climate forcing reconstructions for use in PMIP simulations of the Last Millennium (v1.1). *Geophys. Model Dev.*, **5**, 185–191.

Schmidt, G. A., et al., 2006: Present day atmospheric simulations using GISS ModelE: Comparison to in-situ, satellite and reanalysis data. *J. Clim.*, **19**, 153–192.

Schmith, T., 2008: Stationarity of regression relationships: Application to empirical downscaling. *J. Clim.*, **21**, 4529–4537.

Schmittner, A., A. Oschlies, X. Giraud, M. Eby, and H. L. Simmons, 2005: A global model of the marine ecosystem for long-term simulations: Sensitivity to ocean mixing, buoyancy forcing, particle sinking, and dissolved organic matter cycling. *Global Biogeochem. Cycles*, **19**, Gb3004.

Schott, F. A., S.-P. Xie, and J. P. McCreary, Jr., 2009: Indian Ocean circulation and climate variability. *Rev. Geophys.*, **47**, RG1002.

Schramm, J. L., M. M. Holland, J. A. Curry, and E. E. Ebert, 1997: Modeling the thermodynamics of a sea ice thickness 1. Sensitivity to ice thickness resolution. *J. Geophys. Res.*, **102**, 23079–23091.

Schultz, M. G., et al., 2008: Global wildland fire emissions from 1960 to 2000. *Global Biogeochem. Cycles*, **22**, GB2002.

Schurgers, G., U. Mikolajewicz, M. Groger, E. Maier-Reimer, M. Vizcaino, and A. Winguth, 2008: Long-term effects of biogeophysical and biogeochemical interactions between terrestrial biosphere and climate under anthropogenic climate change. *Global Planet. Change*, **64**, 26–37.

Scoccimarro, E., et al., 2011: Effects of tropical cyclones on ocean heat transport in a high resolution Coupled General Circulation Model. *J. Clim.*, **24**, 4368–4384.

Séférian, R., et al., 2013: Skill assessment of three earth system models with common marine biogeochemistry. *Clim. Dyn.*, **40**, 2549–2573.

BLM_0151360

Segui, P., A. Ribes, E. Martin, F. Habets, and J. Boe, 2010: Comparison of three downscaling methods in simulating the impact of climate change on the hydrology of Mediterranean basins. *J. Hydrol.*, 383, 111–124.

Seidel, D. J., M. Free, and J. S. Wang, 2012: Reexamining the warming in the tropical upper troposphere: Models versus radiosonde observations. *Geophys. Res. Lett.*, 39, L22701.

Seidel, D. J., Q. Fu, W. J. Randel, and T. J. Reichler, 2008: Widening of the tropical belt in a changing climate. *Nature Geosci.*, 1, 21–24.

Seidel, D. J., N. P. Gillett, J. R. Lanzante, K. P. Shine, and P. W. Thorne, 2011: Stratospheric temperature trends: Our evolving understanding. *Clim. Change*, 2, 592–616.

Selten, F. M., G. W. Branstator, H. A. Dijkstra, and M. Kliphuis, 2004: Tropical origins for recent and future Northern Hemisphere climate change. *Geophys. Res. Lett.*, 31, L21205.

Semenov, V. A., M. Latif, J. H. Jungclaus, and W. Park, 2008: Is the observed NAO variability during the instrumental record unusual? *Geophys. Res. Lett.*, 35, L11701.

Seneviratne, S., et al., 2012: Changes in climate extremes and their impacts on the natural physical environment. In: *IPCC WGI/WGII Special Report on Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation (SREX)*, [Field, C.B., V. Barros, T.F. Stocker, D. Qin, D.J. Dokken, K.L. Ebi, M.D. Mastrandrea, K.J. Mach, G.-K. Plattner, S.K. Allen, M. Tignor, and P.M. Midgley (Eds.)]. Cambridge University Press, The Edinburgh Building, Shaftesbury Road, Cambridge CB2 8RU ENGLAND, pp. 109–230.

Seneviratne, S. I., D. Luethi, M. Litschi, and C. Schaer, 2006: Land-atmosphere coupling and climate change in Europe. *Nature*, 443, 205–209.

Seneviratne, S. I., et al., 2010: Investigating soil moisture-climate interactions in a changing climate: A review. *Earth Sci. Rev.*, 99, 125–161.

Separovic, L., R. De Elia, and R. Laprise, 2008: Reproducible and irreproducible components in ensemble simulations with a Regional Climate Model. *Mon. Weather Rev.*, 136, 4942–4961.

Separovic, L., R. Elia, and R. Laprise, 2012: Impact of spectral nudging and domain size in studies of RCM response to parameter modification. *Clim. Dyn.*, 38, 1325–1343.

Severijns, C. A., and W. Hazeleger, 2010: The efficient global primitive equation climate model SPEEDO V2.0. *Geophys. Model Dev.*, 3, 105–122.

Sexton, D. M. H., and J. M. Murphy, 2012: Multivariate probabilistic projections using imperfect climate models. Part II: robustness of methodological choices and consequences for climate sensitivity. *Clim. Dyn.*, 38, 2543–2558.

Sexton, D. M. H., J. M. Murphy, M. Collins, and M. J. Webb, 2012: Multivariate probabilistic projections using imperfect climate models part I: Outline of methodology. *Clim. Dyn.*, 38, 2513–2542.

Shaffer, G., and J. L. Sarmiento, 1995: Biogeochemical cycling in the global ocean. 1. A new, analytical model with continuous vertical resolution and high-latitude dynamics. *J. Geophys. Res. Oceans*, 100, 2659–2672.

Shaffer, G., S. M. Olsen, and J. O. P. Pedersen, 2008: Presentation, calibration and validation of the low-order, DCESS Earth System Model (Version 1). *Geophys. Model Dev.*, 1, 17–51.

Shaffrey, L. C., et al., 2009: UK HiGEM: The new UK High-Resolution Global Environment Model—Model description and basic evaluation. *J. Clim.*, 22, 1861–1896.

Sheffield, J., and E. F. Wood, 2008: Projected changes in drought occurrence under future global warming from multi-model, multi-scenario, IPCC AR4 simulations. *Clim. Dyn.*, 31, 79–105.

Shell, K. M., J. T. Kiehl, and C. A. Shields, 2008: Using the radiative kernel technique to calculate climate feedbacks in NCAR's Community Atmosphere Model. *J. Clim.*, 21, 2269–2282.

Shevliakova, E., et al., 2009: Carbon cycling under 300 years of land use change: Importance of the secondary vegetation sink. *Global Biogeochem. Cycles*, 23, GB2022

Shi, Y., J. Zhang, J. S. Reid, B. Holben, E. J. Hyer, and C. Curtis, 2011: An analysis of the collection 5 MODIS over-ocean aerosol optical depth product for its implication in aerosol assimilation. *Atmos. Chem. Phys.*, 11, 557–565.

Shibata, K., and M. Deushi, 2005: Radiative effect of ozone on the quasi-biennial oscillation in the equatorial stratosphere. *Geophys. Res. Lett.*, 32, L24802.

Shin, D., J. Kim, and H. Park, 2011: Agreement between monthly precipitation estimates from TRMM satellite, NCEP reanalysis, and merged gauge-satellite analysis. *J. Geophys. Res. Atmos.*, 116, D16105.

Shin, S. I., D. Sardeshmukh, and K. Pegion, 2010: Realism of local and remote feedbacks on tropical sea surface temperatures in climate models. *J. Geophys. Res. Atmos.*, 115, D21110.

Shindell, D. T., et al., 2013a: Interactive ozone and methane chemistry in GISS-E2 historical and future climate simulations *Atmos. Chem. Phys.*, 13, 2653–2689.

Shindell, D. T., et al., 2013b: Radiative forcing in the ACCMIP historical and future climate simulations. *Atmos. Chem. Phys.*, 13, 2939–2974.

Shiogama, H., S. Emori, N. Hanasaki, M. Abe, Y. Masutomi, K. Takahashi, and T. Nozawa, 2011: Observational constraints indicate risk of drying in the Amazon basin. *Nature Commun.*, 2, 253.

Shiogama, H., et al., 2012: Perturbed physics ensemble using the MIROC5 coupled atmosphere–ocean GCM without flux corrections: Experimental design and results. *Clim. Dyn.*, 39, 3041–3056.

Shiu, C.-J., S. C. Liu, C. Fu, A. Dai, and Y. Sun, 2012: How much do precipitation extremes change in a warming climate? *Geophys. Res. Lett.*, 39, L17707.

Shkol'nik, I., V. Meleshko, S. Efimov, and E. Stafeeva, 2012: Changes in climate extremes on the territory of Siberia by the middle of the 21st century: An ensemble forecast based on the MGO regional climate model. *Russ. Meteorol. Hydrol.*, 37, 71–84.

Shkolnik, I., V. Meleshko, and V. Kattsov, 2007: The MGO climate model for Siberia. *Russ. Meteorol Hydrol.*, 32, 351–359.

Siebesma, A. P., P. M. M. Soares, and J. Teixeira, 2007: A combined eddy-diffusivity mass-flux approach for the convective boundary layer. *J. Atmos. Sci.*, 64, 1230–1248.

Sigmond, M., and J. F. Scinocca, 2010: The influence of the basic state on the Northern Hemisphere circulation response to climate change. *J. Clim.*, 23, 1434–1446.

Sillmann, J., and M. Croci-Maspoli, 2009: Present and future atmospheric blocking and its impact on European mean and extreme climate. *Geophys. Res. Lett.*, 36, L10702.

Sillmann, J., M. Croci-Maspoli, M. Kallache, and R. W. Katz, 2011: Extreme cold winter temperatures in Europe under the influence of North Atlantic atmospheric blocking. *J. Clim.*, 24, 5899–5913.

Sillmann, J., V. V. Kharin, X. Zhang, and F. W. Zwiers, 2013: Climate extreme indices in the CMIP5 multi-model ensemble. Part 1: Model evaluation in the present climate. *J. Geophys. Res.*, doi:10.1029/2012JD018390.

Simmons, A. J., K. M. Willett, P. D. Jones, P. W. Thorne, and D. P. Dee, 2010: Low-frequency variations in surface atmospheric humidity, temperature, and precipitation: Inferences from reanalyses and monthly gridded observational data sets. *J. Geophys. Res. Atmos.*, 115, D01110.

Simmons, H. L., S. R. Jayne, L. C. St Laurent, and A. J. Weaver, 2004: Tidally driven mixing in a numerical model of the ocean general circulation. *Ocean Model.*, 6, 245–263.

Sitch, S., et al., 2003: Evaluation of ecosystem dynamics, plant geography and terrestrial carbon cycling in the LPJ dynamic global vegetation model. *Global Change Biol.*, 9, 161–185.

Sitch, S., et al., 2008: Evaluation of the terrestrial carbon cycle, future plant geography and climate-carbon cycle feedbacks using five Dynamic Global Vegetation Models (DGVMs). *Global Change Biol.*, 14, 2015–2039.

Six, K. D., and E. Maier-Reimer, 1996: Effects of plankton dynamics on seasonal carbon fluxes in an Ocean General Circulation Model. *Global Biogeochem. Cycles*, 10, 559–583.

Slater, A. G., and D. M. Lawrence, 2013: Diagnosing present and future permafrost from climate models. *J. Clim.*, doi:10.1175/JCLI-D-12-00341.1.

Sloyan, B. M., and I. V. Kamenkovich, 2007: Simulation of Subantarctic Mode and Antarctic Intermediate Waters in climate models. *J. Clim.*, 20, 5061–5080.

Smirnov, D., and D. J. Vimont, 2011: Variability of the Atlantic Meridional Mode during the Atlantic Hurricane Season. *J. Clim.*, 24, 1409–1424.

Smith, B., P. Samuelsson, A. Wramneby, and M. Rummukainen, 2011a: A model of the coupled dynamics of climate, vegetation and terrestrial ecosystem biogeochemistry for regional applications. *Tellus A*, 63, 87–106.

Smith, P. C., N. De Noblet-Ducoudre, P. Ciais, P. Peylin, N. Viovy, Y. Meurdesoif, and A. Bondeau, 2010a: European-wide simulations of croplands using an improved terrestrial biosphere model: Phenology and productivity. *J. Geophys. Res. Biogeosci.*, 115, G01014.

Smith, P. C., P. Ciais, P. Peylin, N. De Noblet-Ducoudre, N. Viovy, Y. Meurdesoif, and A. Bondeau, 2010b: European-wide simulations of croplands using an improved terrestrial biosphere model: 2. Interannual yields and anomalous $CO_2$ fluxes in 2003. *J. Geophys. Res. Biogeosci.*, 115, G04028

9

BLM_0151361

Smith, R. D., M. E. Maltrud, F. O. Bryan, and M. W. Hecht, 2000: Numerical simulation of the North Atlantic Ocean at 1/10 degrees. *J. Phys. Oceanogr.*, **30**, 1532–1561.

Smith, R. S., J. M. Gregory, and A. Osprey, 2008: A description of the FAMOUS (version XDBUA) climate model and control run. *Geophys. Model Dev.*, **1**, 53–68.

Smith, S. J., J. van Aardenne, Z. Klimont, R. J. Andres, A. Volke, and S. D. Arias, 2011b: Anthropogenic sulfur dioxide emissions: 1850–2005. *Atmos. Chem. Phys.*, **11**, 1101–1116.

Sobolowski, S., and T. Pavelsky, 2012: Evaluation of present and future North American Regional Climate Change Assessment Program (NARCCAP) regional climate simulations over the southeast United States. *J. Geophys. Res. Atmos.*, **117**, D01101.

Soden, B. J., and I. M. Held, 2006: An assessment of climate feedbacks in coupled ocean-atmosphere models. *J. Clim.*, **19**, 3354–3360.

Soden, B. J., I. M. Held, R. Colman, K. M. Shell, J. T. Kiehl, and C. A. Shields, 2008: Quantifying climate feedbacks using radiative kernels. *J. Clim.*, **21**, 3504–3520.

Sokolov, A. P., and P. H. Stone, 1998: A flexible climate model for use in integrated assessments. *Clim. Dyn.*, **14**, 291–303.

Sokolov, A. P., C. E. Forest, and P. H. Stone, 2010: Sensitivity of climate change projections to uncertainties in the estimates of observed changes in deep-ocean heat content. *Clim. Dyn.*, **34**, 735–745.

Sokolov, A. P., et al., 2009: Probabilistic forecast for twenty-first-century climate based on uncertainties in emissions (without policy) and climate parameters. *J. Clim.*, **22**, 5175–5204.

Sokolov, A. P., et al., 2005: The MIT Integrated Global System Model (IGSM) Version 2: Model description and baseline evaluation. MIT JP Report 124. MIT, Cambridge, MA.

Solman, S., and N. Pessacg, 2012: Regional climate simulations over South America: Sensitivity to model physics and to the treatment of lateral boundary conditions using the MM5 model. *Clim. Dyn.*, **38**, 281–300.

Solomon, S., P. J. Young, and B. Hassler, 2012: Uncertainties in the evolution of stratospheric ozone and implications for recent temperature changes in the tropical lower stratosphere. *Geophys. Res. Lett.*, **39** L17706.

Solomon, S., K. H. Rosenlof, R. W. Portmann, J. S. Daniel, S. M. Davis, T. J. Sanford, and G. K. Plattner, 2010: Contributions of stratospheric water vapor to decadal changes in the rate of global warming. *Science*, **327**, 1219–1223.

Somot, S., F. Sevault, M. Deque, and M. Crepon, 2008: 21st century climate change scenario for the Mediterranean using a coupled atmosphere-ocean regional climate model. *Global Planet. Change*, **63** 112–126.

Son, S., et al., 2008: The impact of stratospheric ozone recovery on the Southern Hemisphere westerly jet. *Science*, **320**, 1486–1489.

Son, S., et al., 2010: Impact of stratospheric ozone on Southern Hemisphere circulation change: A multimodel assessment. *J. Geophys. Res. Atmos.*, **115**, D00M07.

Song, Z., F. Qiao, and Y. Song, 2012: Response of the equatorial basin-wide SST to non-breakingsurface wave-induced mixing in a climate model: An amendment to tropical bias. *J. Geophys. Res.*, doi:10.1029/2012JC007931.

SPARC-CCMVal, 2010: SPARC Report on the Evaluation of Chemistry-Climate Models [V. Eyring, T.G. Shepherd, D.W. Waugh (eds.)], SPARC Report No. 5, WCRP-132, WMO/TD-No. 1526.

Sperber, K., and D. Kim, 2012: Simplified metrics for the identification of the Madden-Julian oscillation in models. *Atmos. Sci. Let.*, doi:10.1002/asl.378.

Sperber, K., et al., 2012: The Asian summer monsoon: An intercomparison of CMIP-5 vs. CMIP-3 simulations of the late 20th century. *Clim. Dyn.*, doi:10.1007/s00382-012-1607-6.

Sperber, K. R., 2003: Propagation and the vertical structure of the Madden-Julian oscillation. *Mon. Weather Rev.*, **131**, 3018–3037.

Sperber, K. R., and H. Annamalai, 2008: Coupled model simulations of boreal summer intraseasonal (30–50 day) variability, Part 1: Systematic errors and caution on use of metrics. *Clim. Dyn.*, **31**, 345–372.

Sperber, K. R., et al., 2010: Monsoon Fact Sheet: CLIVAR Asian-Australian Monsoon Panel.

Stainforth, D.A., et al., 2005: Uncertainty in predictions of the climate response to rising levels of greenhouse gases. *Nature*, **433**, 403–406.

Stephens, G. L., and C. D. Kummerow, 2007: The remote sensing of clouds and precipitation from space: A review. *J. Atmos. Sci.*, **64**, 3742–3765.

Stephens, G. L., et al., 2010: Dreary state of precipitation in global models. *J. Geophys. Res.*, **115**, D24211.

Stephens, G. L., et al., 2012: An Update on the Earth's energy balance in light of new global observations. *Nature Geosci.*, **5**, 691–696.

Stephenson, D. B., M. Collins, J. C. Rougier, and R. E. Chandler, 2012: Statistical problems in the probabilistic prediction of climate change. *Environmetrics*, **23**, 364–372.

Stephenson, D. B., V. Pavan, M. Collins, M. M. Junge, R. Quadrelli, and C. M. G. Participating, 2006: North Atlantic Oscillation response to transient greenhouse gas forcing and the impact on European winter climate: A CMIP2 multi-model assessment. *Clim. Dyn.*, **27**, 401–420.

Stevens, B., and S. E. Schwartz, 2012: Observing and modeling Earth's energy flows. *Surv. Geophys.*, **33**, 779–816.

Stevens, B., et al., 2012: The atmospheric component of the MPI-M Earth System Model: ECHAM6. *J. Adv. Model. Earth Syst.*, doi:10.1002/jame.20015.

Stevenson, S., 2012: Significant changes to ENSO strength and impacts in the twenty-first century: Results from CMIP5. *Geophys. Res. Lett.*, doi:10.1029/2012GL052759.

Stevenson, S., B. Fox-Kemper, M. Jochum, R. Neale, C. Deser, and G. Meehl, 2012: Will there be a significant change to El Niño in the twenty-first century? *J. Clim.*, **25**, 2129–2145.

Stocker, B. D., K. Strassmann, and F. Joos, 2011: Sensitivity of Holocene atmospheric $CO_2$ and the modern carbon budget to early human land use: Analyses with a process-based model. *Biogeosciences*, **8**, 69–88.

Stocker, B. D., et al., 2012: Multiple greenhouse gas feedbacks from the land biosphere under future climate change scenarios. *Nature Clim. Change*, doi:10.1038/nclimate1864.

Stolarski, R., and S. Frith, 2006: Search for evidence of trend slow-down in the long-term TOMS/SBUV total ozone data record: The importance of instrument drift uncertainty. *Atmos. Chem. Phys.*, **6**, 4057–4065.

Stoner, A. M. K., K. Hayhoe, and D. J. Wuebbles, 2009: Assessing General Circulation Model simulations of atmospheric teleconnection patterns. *J. Clim.*, **22**, 4348–4372.

Stott, P.A., and C. E. Forest, 2007: Ensemble climate predictions using climate models and observational constraints. *Philos. R. Soc. London A*, **365**, 2029–2052.

Strachan, J., P. L. Vidale, K. Hodges, M. Roberts, and M.-E. Demory, 2013: Investigating global tropical cyclone activity with a hierarchy of AGCMs: The role of model resolution. *J. Clim.*, **26**, 133–152.

Strassmann, K. M., F. Joos, and G. Fischer, 2008: Simulating effects of land use changes on carbon fluxes: Past contributions to atmospheric $CO_2$ increases and future commitments due to losses of terrestrial sink capacity. *Tellus B*, **60**, 583–603.

Stratton, R. A., and A. J. Stirling, 2012: Improving the diurnal cycle of convection in GCMs. *Q. J. R. Meteorol. Soc.*, **138**, 1121–1134.

Stroeve, J., M. Holland, W. Meier, T. Scambos, and M. Serreze, 2007: Arctic sea ice decline: Faster than forecast. *Geophys. Res. Lett.*, **34**, L09501.

Stroeve, J. C., V. Kattsov, A. Barrett, M. Serreze, T. Pavlova, M. Holland, and W. N. Meier, 2012: Trends in Arctic sea ice extent from CMIP5, CMIP3 and observations. *Geophys. Res. Lett.*, **39**, L16502.

Su, H., and J. H. Jiang, 2012: Tropical clouds and circulation changes during the 2006–07 and 2009–10 El Niños. *J. Clim.*, doi:10.1175/JCLI-D-1200152.1.

Su, H., D. E. Waliser, J. H. Jiang, J. L. Li, W. G. Read, J. W. Waters, and A. M. Tompkins, 2006: Relationships of upper tropospheric water vapor, clouds and SST: MLS observations, ECMWF analyses and GCM simulations. *Geophys. Res. Lett.*, **33**, L22802

Su, H., et al., 2012: Diagnosis of regime-dependent cloud simulation errors in CMIP5 models using "A-Train" satellite observations and reanalysis data. *J. Geophys. Res.*, doi:10.1029/2012JD018575.

Sudo, K., M. Takahashi, J. Kurokawa, and H. Akimoto, 2002: CHASER: A global chemical model of the troposphere - 1. Model description. *J. Geophys. Res. Atmos.*, **107**, 4339.

Sun, M., S. Oh, D. Lee, D. Cha, S. Choi, C. Jin, and S. Hong, 2012: Development of new ensemble methods based on the performance skills of regional climate models over South Korea. *J. Clim.*, **25**, 7067–7082.

Sun, D.-Z., Y. Yu, and T. Zhang, 2009: Tropical water vapor and cloud feedbacks in climate models: A further assessment using coupled simulations. *J. Clim.*, **22**, 1287–1304.

Sutton, R.T., B.W. Dong, and J. M. Gregory, 2007: Land/sea warming ratio in response to climate change: IPCC AR4 model results and comparison with observations. *Geophys. Res. Lett.*, **34**, L02701

Svensson, G., and A. Holtslag, 2009: Analysis of model results for the turning of the wind and related momentum fluxes in the stable boundary layer. *Boundary-Layer Meteorol.*, **132**, 261–277.

BLM_0151362

Svensson, G., et al., 2011: Evaluation of the diurnal cycle in the atmospheric boundary layer over land as represented by a variety of single-column models: The Second GABLS Experiment. *Boundary-Layer Meteorol.*, **140**, 177–206.

Swart, N. C., and J. C. Fyfe, 2012a: Ocean carbon uptake and storage influenced by wind bias in global climate models. *Nature Clim. Change*, **2**, 47–52.

Swart, N. C., and J. C. Fyfe, 2012b: Observed and simulated changes in the Southern Hemisphere surface westerly wind-stress. *Geophys. Res. Lett.*, doi:10.1029/2012GL052810.

Tachiiri, K., J. C. Hargreaves, J. D. Annan, A. Oka, A. Abe-Ouchi, and M. Kawamiya, 2010: Development of a system emulating the global carbon cycle in Earth system models. *Geophys. Model Dev.*, **3**, 365–376.

Takahashi, T., et al., 2009: Climatological mean and decadal change in surface ocean $pCO_2$, and net sea-air $CO_2$ flux over the global oceans. *Deep-Sea Res. Pt.*, **56**, 554–577.

Takata, K., S. Emori, and T. Watanabe, 2003: Development of the minimal advanced treatments of surface interaction and runoff. *Global Planet. Change*, **38**, 209–222.

Takemura, T., T. Nakajima, O. Dubovik, B. N. Holben, and S. Kinne, 2002: Single-scattering albedo and radiative forcing of various aerosol species with a global three-dimensional model. *J. Clim.*, **15**, 333–352.

Takemura, T., T. Nozawa, S. Emori, T. Y. Nakajima, and T. Nakajima, 2005: Simulation of climate response to aerosol direct and indirect effects with aerosol transport-radiation model. *J. Geophys. Res. Atmos.*, **110**, D02202.

Takemura, T., H. Okamoto, Y. Maruyama, A. Numaguti, A. Higurashi, and T. Nakajima, 2000: Global three-dimensional simulation of aerosol optical thickness distribution of various origins. *J. Geophys. Res. Atmos.*, **105**, 17853–17873.

Takemura, T., M. Egashira, K. Matsuzawa, H. Ichijo, R. O'Ishi, and A. Abe-Ouchi, 2009: A simulation of the global distribution and radiative forcing of soil dust aerosols at the Last Glacial Maximum. *Atmos. Chem. Phys.*, **9**, 3061–3073.

Takle, E. S., et al., 2007: Transferability intercomparison—An opportunity for new insight on the global water cycle and energy budget. *Bull. Am. Meteorol. Soc.*, **88**, 375–384.

Taylor, C. M., R. A. M. de Jeu, F. Guichard, P. P. Harris, and W. A. Dorigo, 2012a: Afternoon rain more likely over drier soils. *Nature*, **489**, 423–426.

Taylor, C. M., A. Gounou, F. Guichard, P. P. Harris, R. J. Ellis, F. Couvreux, and M. De Kauwe, 2011: Frequency of Sahelian storm initiation enhanced over mesoscale soil-moisture patterns. *Nature Geosci.*, **4**, 430–433.

Taylor, K. E., R. J. Stouffer, and G. A. Meehl, 2012b: An overview of CMIP5 and the experiment design. *Bull. Am. Meteorol. Soc.*, **93**, 485–498.

Tebaldi, C., and R. Knutti, 2007: The use of the multi-model ensemble in probabilistic climate projections. *Philos. Trans. R. Soc. London A*, **365** 2053–2075.

Teixeira, J., et al., 2008: Parameterization of the atmospheric boundary layer. *Bull. Am. Meteorol. Soc.*, **89**, 453–458.

Teixeira, J., et al., 2011: Tropical and subtropical cloud transitions in weather and climate prediction models: The GCSS/WGNE Pacific Cross-Section Intercomparison (GPCI). *J. Clim.*, **24**, 5223–5256.

Terray, L., 2012: Evidence for multiple drivers of North Atlantic multi-decadal climate variability. *Geophys. Res. Lett.*, **39**, L19712.

Terray, L., L. Corre, S. Cravatte, T. Delcroix, G. Reverdin, and A. Ribes, 2012: Near-surface salinity as nature's rain gauge to detect human influence on the tropical water cycle. *J. Clim.*, **25**, 958–977.

Teutschbein, C., F. Wetterhall, and J. Seibert, 2011: Evaluation of different downscaling techniques for hydrological climate-change impact studies at the catchment scale. *Clim. Dyn.*, **37**, 2087–2105.

Textor, C., et al., 2007: The effect of harmonized emissions on aerosol properties in global models—an AeroCom experiment. *Atmos. Chem. Phys.*, **7**, 4489–4501.

Thorndike, A. S., D. A. Rothrock, G. A. Maykut, and R. Colony, 1975: Thickness distribution of sea ice. *J. Geophys. Res. Oceans Atmos.*, **80**, 4501–4513.

Thorne, P. W., et al., 2011: A quantification of uncertainties in historical tropical tropospheric temperature trends from radiosondes. *J. Geophys. Res.*, **116**, D12116.

Thornton, P. E., J. F. Lamarque, N. A. Rosenbloom, and N. M. Mahowald, 2007: Influence of carbon-nitrogen cycle coupling on land model response to $CO_2$ fertilization and climate variability. *Global Biogeochem. Cycles*, **21**, GB4018.

Tian, B., E. J. Fetzer, B. H. Kahn, J. Teixeira, E. Manning, and T. Hearty, 2013: Evaluating CMIP5 models using AIRS tropospheric air temperature and specific humidity climatology. *J. Geophys. Res. Atmos.*, **118**, 114–134.

Timbal, B., and D. Jones, 2008: Future projections of winter rainfall in southeast Australia using a statistical downscaling technique. *Clim. Change*, **86**, 165–187.

Timmermann, A., S. Lorenz, S.-I. An, A. Clement, and S.-P. Xie, 2007: The effect of orbital forcing on the mean climate and variability of the tropical Pacific. *J. Clim.*, **20**, 4147–4159.

Timmermann, R., H. Goosse, G. Madec, T. Fichefet, C. Ethe, and V. Duliere, 2005: On the representation of high latitude processes in the ORCA-LIM global coupled sea ice-ocean model. *Ocean Model.*, **8**, 175–201.

Ting, M., Y. Kushnir, R. Seager, and C. Li, 2009: Forced and internal twentieth-century SST trends in the north Atlantic. *J. Clim.*, **22**, 1469–1481.

Tjernstrom, M., J. Sedlar, and M. Shupe, 2008: How well do regional climate models reproduce radiation and clouds in the Arctic? An evaluation of ARCMIP simulations. *J. Appl. Meteorol. Climatol.*, **47**, 2405–2422.

Tjiputra, J. F., K. Assmann, M. Bentsen, I. Bethke, O. H. Ottera, C. Sturm, and C. Heinze, 2010: Bergen Earth system model (BCM-C): Model description and regional climate-carbon cycle feedbacks assessment. *Geophys. Model Dev.*, **3**, 123–141.

Tjiputra, J. F., et al., 2013: Evaluation of the carbon cycle components in the Norwegian Earth System Model (NorESM). *Geophys. Model Dev.*, **6**, 301–325.

Todd-Brown, K. E. O., J. T. Randerson, W. M. Post, F. M. Hoffman, C. Tarnocai, E. A. G. Schuur, and S. D. Allison, 2013: Causes of variation in soil carbon simulations from CMIP5 Earth system models and comparison with observations. *Biogeosciences*, **10**, 1717–1736.

Toniazzo, T., and S. Woolnough, 2013: Development of warm SST errors in the southern tropical Atlantic in CMIP5 decadal hindcasts. *Clim. Dyn.*, doi:10.1007/s00382-013-1691-2.

Tory, K., S. Chand, R. Dare, and J. McBride, 2013: An assessment of a model-, grid- and basin-dependent tropical cyclone detection scheme in selected CMIP3 global climate models. *J. Clim.*, doi:10.1175/JCLI-D-12-00511.1.

Trenberth, K. E., and J. M. Caron, 2001: Estimates of meridional atmosphere and ocean heat transports. *J. Clim.*, **14**, 3433–3443.

Trenberth, K. E., and J. T. Fasullo, 2008: An observational estimate of inferred ocean energy divergence. *J. Phys. Oceanogr.*, **38**, 984–999.

Trenberth, K. E., and J. T. Fasullo, 2009: Global warming due to increasing absorbed solar radiation. *Geophys. Res. Lett.*, **36**, L07706.

Trenberth, K. E., and J. T. Fasullo, 2010a: Climate change: Tracking Earth's energy. *Science*, **328**, 316–317.

Trenberth, K. E., and J. T. Fasullo, 2010b: Simulation of present-day and twenty-first-century energy budgets of the Southern Oceans. *J. Clim.*, **23**, 440–454.

Trenberth, K. E., D. P. Stepaniak, and J. M. Caron, 2000: The global monsoon as seen through the divergent atmospheric circulation. *J. Clim.*, **13**, 3969–3993.

Trenberth, K. E., J. T. Fasullo, and J. Kiehl, 2009: Earth's global energy budget. *Bull. Am. Meteorol. Soc.*, **90**, 311–323.

Tryhorn, L., and A. DeGaetano, 2011: A comparison of techniques for downscaling extreme precipitation over the northeastern United States. *Int. J. Climatol.* , **31**, 1975–1989.

Tschumi, T., F. Joos, and P. Parekh, 2008: How important are Southern Hemisphere wind changes for low glacial carbon dioxide? A model study. *Paleoceanography*, **23**, PA4208.

Tschumi, T., F. Joos, M. Gehlen, and C. Heinze, 2011: Deep ocean ventilation, carbon isotopes, marine sedimentation and the deglacial CO(2) rise. *Clim. Past*, **7**, 771–800.

Tsigaridis, K., and M. Kanakidou, 2007: Secondary organic aerosol importance in the future atmosphere. *Atmos. Environ.*, **41**, 4682–4692.

Tsujino, H., M. Hirabara, H. Nakano, T. Yasuda, T. Motoi, and G. Yamanaka, 2011: Simulating present climate of the global ocean–ice system using the Meteorological Research Institute Community Ocean Model (MRI. COM): Simulation characteristics and variability in the Pacific sector. *J. Oceanogr.*, **67**, 449–479.

Tsushima, Y., M. Ringer, M. Webb, and K. Williams, 2013: Quantitative evaluation of the seasonal variations in climate model cloud regimes. *Clim. Dyn.*, doi:10.1007/s00382-012-1609-4.

Turner, A. G., and H. Annamalai, 2012: Climate change and the south Asian summer monsoon. *Nature Clim. Change*, **2**, 1–9.

Turner, A. G., P. M. Inness, and J. M. Slingo, 2007: The effect of doubled $CO_2$ and model basic state biases on the monsoon-ENSO system. II: Changing ENSO regimes. *Q. J. R. Meteorol. Soc.*, **133**, 1159–1173.

Ulbrich, U., G. C. Leckebusch, and J. G. Pinto, 2009: Extra-tropical cyclones in the present and future climate: a review. *Theor. Appl. Climatol.*, **96**, 117–131.

Ulbrich, U., J. G. Pinto, H. Kupfer, G. C. Leckebusch, T. Spangehl, and M. Reyers, 2008: Changing northern hemisphere storm tracks in an ensemble of IPCC climate change simulations. *J. Clim.*, **21**, 1669–1679.

**9**

BLM_0151363

UNESCO, 1981: Tenth report of the joint panel on oceanographic tables and standards UNESCO.

Uotila, P., S. O'Farrell, S. J. Marsland, and D. Bi, 2012: A sea-ice sensitivity study with a global ocean-ice model. *Ocean Model.*, **51**, 1–18.

Uotila, P., S. O'Farrell, S. J. Marsland, and D. Bi, 2013: The sea-ice performance of the Australian climate models participating in the CMIP5. *Aust. Meteorol. Oceanogr. J.*, **63**, 121–143.

Uppala, S. M., et al., 2005: The ERA-40 re-analysis. *Q. J. R. Meteorol. Soc.*, **131**, 2961–3012.

van den Hurk, B., and E. van Meijgaard, 2010: Diagnosing land-atmosphere interaction from a regional climate model simulation over West Africa. *J. Hydrometeorol.*, **11**, 467–481.

van Oldenborgh, G., et al., 2009: Western Europe is warming much faster than expected. *Clim. Past*, **5**, 1–12.

van Oldenborgh, G. J., S. Y. Philip, and M. Collins, 2005: El Niño in a changing climate: A multi-model study. *Ocean Sci.*, **1**, 81–95.

van Roosmalen, L., J. H. Christensen, M. B. Butts, K. H. Jensen, and J. C. Refsgaard, 2010: An intercomparison of regional climate model data for hydrological impact studies in Denmark. *J. Hydrol.*, **380**, 406–419.

van Vliet, M., S. Blenkinsop, A. Burton, C. Harpham, H. Broers, and H. Fowler, 2011: A multi-model ensemble of downscaled spatial climate change scenarios for the Dommel catchment, Western Europe. *Clim. Change*, **111**, 249–277.

van Vuuren, D., et al., 2011: The representative concentration pathways: An overview. *Clim. Change*, **109**, 5–31.

Vancoppenolle, M., T. Fichefet, H. Goosse, S. Bouillon, G. Madec, and M. A. M. Maqueda, 2009: Simulating the mass balance and salinity of Arctic and Antarctic sea ice. 1. Model description and validation. *Ocean Model.*, **27**, 33–53.

Vancoppenolle, M., H. Goosse, A. de Montety, T. Fichefet, B. Tremblay, and J. L. Tison, 2010: Interactions between brine motion, nutrients and primary production in sea ice. *J. Geophys. Res.*, **115**, C02005.

Vannière, B., E. Guilyardi, G. Madec, F. J. Doblas-Reyes, and S. Woolnough, 2011: Using seasonal hindcasts to understand the origin of the equatorial cold tongue bias in CGCMs and its impact on ENSO. *Clim. Dyn.*, **40**, 963–981.

Vautard, R., et al., 2013: The simulation of European heat waves from an ensemble of regional climate models within the EURO-CORDEX project. *Clim. Dyn.*, doi:10.1007/s00382-013-1714-z.

Vecchi, G. A., and B. J. Soden, 2007: Global warming and the weakening of the tropical circulation. *J. Clim.*, **20**, 4316–4340.

Vecchi, G. A., K. L. Swanson, and B. J. Soden, 2008: Climate Change: Whither hurricane activity? *Science*, **322**, 687–689.

Vecchi, G. A., B. J. Soden, A. T. Wittenberg, I. M. Held, A. Leetmaa, and M. J. Harrison, 2006: Weakening of tropical Pacific atmospheric circulation due to anthropogenic forcing. *Nature*, **327**, 216–219.

Veljovic, K., B. Rajkovic, M. J. Fennessy, E. L. Altshuler, and F. Mesinger, 2010: Regional climate modeling: Should one attempt improving on the large scales? Lateral boundary condition scheme: Any impact? *Meteorol. Z.*, **19**, 237–246.

Verlinde, J., et al., 2007: The Mixed-Phase Arctic Cloud Experiment. *Bull. Am. Meteorol. Soc.*, **88**, 205–221.

Verseghy, D. L., 2000: The Canadian Land Surface Scheme (CLASS): Its history and future. *Atmos. Ocean*, **38**, 1–13.

Vial, J., and T. J. Osborn, 2012: Assessment of atmosphere-ocean general circulation model simulations of winter northern hemisphere atmospheric blocking. *Clim. Dyn.*, **39**, 95–112.

Vial, J., J.-L. Dufresne, and S. Bony, 2013: On the interpretation of inter-model spread in CMIP5 climate sensitivity estimates. *Clim. Dyn.*, doi:10.1007/s00382-013-1725-9.

Vichi, M., S. Masina, and A. Navarra, 2007: A generalized model of pelagic biogeochemistry for the global ocean ecosystem. Part II: Numerical simulations. *J. Mar. Syst.*, **64**, 110–134.

Vichi, M., et al., 2011: Global and regional ocean carbon uptake and climate change: Sensitivity to a substantial mitigation scenario. *Clim. Dyn.*, **37**, 1929–1947.

Vizcaino, M., U. Mikolajewicz, M. Groger, E. Maier-Reimer, G. Schurgers, and A. M. E. Winguth, 2008: Long-term ice sheet-climate interactions under anthropogenic greenhouse forcing simulated with a complex Earth System Model. *Clim. Dyn.*, **31**, 665–690.

Voldoire, A., et al., 2013: The CNRM-CM5.1 global climate model : Description and basic evaluation. *Clim. Dyn.*, **40**, 2091–2121.

Volodin, E. M., 2007: Atmosphere-ocean general circulation model with the carbon cycle. *Izvestiya Atmos. Ocean. Phys.*, **43**, 298–313.

Volodin, E. M., 2008a: Relation between temperature sensitivity to doubled carbon dioxide and the distribution of clouds in current climate models. *Izvestiya Atmos. Ocean. Phys.*, **44**, 288–299.

Volodin, E. M., 2008b: Methane cycle in the INM RAS climate model. *Izvestiya Atmos. Ocean. Phys.*, **44**, 153–159.

Volodin, E. M., and V. N. Lykosov, 1998: Parametrization of heat and moisture transfer in the soil-vegetation system for use in atmospheric general circulation models: 1. Formulation and simulations based on local observational data. *Izvestiya Akad. Nauk Fizik. Atmosf. Okean.*, **34**, 453–465.

Volodin, E. M., N. A. Dianskii, and A. V. Gusev, 2010: Simulating present-day climate with the INMCM4.0 coupled model of the atmospheric and oceanic general circulations. *Izvestiya Atmos. Ocean. Phys.*, **46**, 414–431.

von Salzen, K., et al., 2013: The Canadian Fourth Generation Atmospheric Global Climate Model (CanAM4). Part I: Representation of physical processes. *Atmos. Ocean*, **51**, 104–125.

Vose, R. S., et al., 2012: NOAA'S merged land-ocean surface temperature analysis. *Bull. Am. Meteorol. Soc.*, **93**, 1677–1685.

Vrac, M., and P. Naveau, 2008: Stochastic downscaling of precipitation: From dry events to heavy rainfall *Water Resour. Res.*, **43**, W07402.

Waelbroeck, C., et al., 2009: Constraints on the magnitude and patterns of ocean cooling at the Last Glacial Maximum. *Nature Geosci.*, **2**, 127–132.

Wahl, S., K. W. Seo, S. Schubert, and E. Njoku, 2007: Global water cycle agreement in the climate models assessed in the IPCC AR4. *Geophys. Res. Lett.*, **34**, L16705

Waliser, D., et al., 2009a: MJO simulation diagnostics. *J. Clim.*, **22**, 3006–3030.

Waliser, D. E., J. L. F. Li, T. S. L'Ecuyer, and W. T. Chen, 2011: The impact of precipitating ice and snow on the radiation balance in global climate models. *Geophys. Res. Lett.*, **38**, L06802.

Waliser, D. E., et al., 2003: AGCM simulations of intraseasonal variability associated with the Asian summer monsoon. *Clim. Dyn.*, **21**, 423–446.

Waliser, D. E., et al., 2009b: Cloud ice: A climate model challenge with signs and expectations of progress. *J. Geophys. Res.*, **114**, D00A21.

Walsh, K., S. Lavender, E. Scoccimarro, and H. Murakami, 2013: Resolution dependence of tropical cyclone formation in CMIP3 and finer resolution models. *Clim. Dyn.*, **40**, 585–599.

Walther, A., J.-H. Jeong, G. Nikulin, C. Jones, and D. Chen, 2013: Evaluation of the warm season diurnal cycle of precipitation over Sweden simulated by the Rossby Centre regional climate model RCA3. *Atmos. Res.*, **119**, 131–139.

Wang, B., 2006: *The Asian Monsoon*. Springer Science+Business Media, Praxis, New York, NY, USA, 787 pp.

Wang, B., and Q. H. Ding, 2008: Global monsoon: Dominant mode of annual variation in the tropics. *Dyn. Atmos. Oceans*, **44**, 165–183.

Wang, B., H. J. Kim, K. Kikuchi, and A. Kitoh, 2011a: Diagnostic metrics for evaluation of annual and diurnal cycles. *Clim. Dyn.*, **37**, 941–955.

Wang, B., H. Wan, Z. Z. Ji, X. Zhang, R. C. Yu, Y. Q. Yu, and H. T. Liu, 2004: Design of a new dynamical core for global atmospheric models based on some efficient numerical methods. *Sci. China A*, **47**, 4–21.

Wang, C., and J. Picaut, 2004: Understanding ENSO physics —A review. In: *Earth's Climate: The Ocean-Atmosphere Interaction* [C. Wang, S.-P. Xie and J.A. Carton (eds.)]. American Geophysical Union, Washington, pp. 21–48.

Wang, H., and W. Su, 2013: Evaluating and understanding top of the atmosphere cloud radiative effects. In Intergovernmental Panel on Climate Change (IPCC) Fifth Assessment Report (AR5) Coupled Model Intercomparison Project Phase 5 (CMIP5) models using satellite observations. *J. Geophys. Res. Atmos.*, **118**, 683–699.

Wang, J., Q. Bao, N. Zeng, Y. Liu, G. Wu, and D. Ji, 2013: The Earth System Model FGOALS-s2: Coupling a dynamic global vegetation and terrestrial carbon model with the physical climate. *Adv. Atmos. Sci.*, doi:10.1007/s00376–013-2169-1.

Wang, J. F., and X. B. Zhang, 2008: Downscaling and projection of winter extreme daily precipitation over North America. *J. Clim.*, **21**, 923–937.

Wang, M., and J. E. Overland, 2012: A sea ice free summer Arctic within 30 years: An update from CMIP5 models. *Geophys. Res. Lett.*, **39**, L18501.

Wang, M., J. E. Overland, and N. A. Bond, 2010: Climate projections for selected large marine ecosystems. *J. Mar. Syst.*, **79**, 258–266.

BLM_0151364

Wang, Y., M. Notaro, Z. Liu, R. Gallimore, S. Levis, and J. E. Kutzbach, 2008: Detecting vegetation-precipitation feedbacks in mid-Holocene North Africa from two climate models. *Clim. Past*, **4**, 59–67.

Wang, Y. P., and B. Z. Houlton, 2009: Nitrogen constraints on terrestrial carbon uptake: Implications for the global carbon-climate feedback. *Geophys. Res. Lett.*, **36**, L24403.

Wang, Y. P., et al., 2011b: Diagnosing errors in a land surface model (CABLE) in the time and frequency domains. *J. Geophys. Res. Biogeosci.*, **116**, G01034.

Wania, R., I. Ross, and I. C. Prentice, 2009: Integrating peatlands and permafrost into a dynamic global vegetation model: 1. Evaluation and sensitivity of physical land surface processes. *Global Biogeochem. Cycles*, **23**, Gb3014.

Watanabe, M., 2008: Two regimes of the equatorial warm pool. Part I: A simple tropical climate model. *J. Clim.*, **21**, 3533–3544.

Watanabe, M., M. Chikira, Y. Imada, and M. Kimoto, 2011: Convective control of ENSO simulated in MIROC. *J. Clim.*, **24**, 543–562.

Watanabe, M., J. S. Kug, F. F. Jin, M. Collins, M. Ohba, and A. T. Wittenberg, 2012: Uncertainty in ENSO amplitude change from the past to the future. *Geophys. Res. Lett.*, **39**, L20703.

Watanabe, M., et al., 2010: Improved climate simulation by MIROC5: Mean states, variability, and climate sensitivity. *J. Clim.*, **23**, 6312–6335.

Watanabe, S., Y. Kawatani, Y. Tomikawa, K. Miyazaki, M. Takahashi, and K. Sato, 2008: General aspects of a T213L256 middle atmosphere general circulation model. *J. Geophys. Res. Atmos.*, **113**, D12110.

Watterson, I., and P. Whetton, 2011: Distributions of decadal means of temperature and precipitation change under global warming. *J. Geophys. Res. Atmos.*, **116**, D07101.

Waugh, D., and V. Eyring, 2008: Quantitative performance metrics for stratospheric-resolving chemistry-climate models. *Atmos. Chem. Phys.*, **8**, 5699–5713.

Weaver, A. J., et al., 2001: The UVic Earth System Climate Model: Model description, climatology, and applications to past, present and future climates. *Atmos. Ocean*, **39**, 361–428.

Weaver, A. J., et al., 2012: Stability of the Atlantic meridional overturning circulation: A model intercomparison. *Geophys. Res. Lett.*, **39**, L20709.

Webb, M., C. Senior, S. Bony, and J. J. Morcrette, 2001: Combining ERBE and ISCCP data to assess clouds in the Hadley Centre, ECMWF and LMD atmospheric climate models. *Clim. Dyn.*, **17**, 905–922.

Weber, S. L., et al., 2007: The modern and glacial overturning circulation in the Atlantic Ocean in PMIP coupled model simulations. *Clim. Past*, **3**, 51–64.

Webster, P. J., A. M. Moore, J. P. Loschnigg, and R. R. Leben, 1999: Coupled ocean-atmosphere dynamics in the Indian Ocean during 1997–98. *Nature*, **401**, 356–360.

Wehner, M. F., R. L. Smith, G. Bala, and P. Duffy, 2010: The effect of horizontal resolution on simulation of very extreme US precipitation events in a global atmosphere model. *Clim. Dyn.*, **34**, 241–247.

Weller, E., and W. Cai, 2013a: Realism of the Indian Ocean Dipole in CMIP5 models: The implication for 1 climate projections. *J. Clim.*, doi:10.1175/JCLI-D-12-00807.1.

Weller, E., and W. Cai, 2013b: Asymmetry in the IOD and ENSO teleconnection in a CMIP5 model ensemble and its relevance to regional rainfall. *J. Clim.*, doi:10.1175/JCLI-D-12-00789.1.

Wentz, F. J., L. Ricciardulli, K. Hilburn, and C. Mears, 2007: How much more rain will global warming bring? *Science*, **317**, 233–235.

Westerling, A. L., H. G. Hidalgo, D. R. Cayan, and T. W. Swetnam, 2006: Warming and earlier spring increase western US forest wildfire activity. *Science*, **313**, 940–943.

Wetzel, P., E. Maier-Reimer, M. Botzet, J. H. Jungclaus, N. Keenlyside, and M. Latif, 2006: Effects of ocean biology on the penetrative radiation in a Coupled Climate Model. *J. Clim.*, **19**, 3973–3987.

Whetton, P., I. Macadam, J. Bathols, and J. O'Grady, 2007: Assessment of the use of current climate patterns to evaluate regional enhanced greenhouse response patterns of climate models. *Geophys. Res. Lett.*, **34**, L14701.

White, C. J., et al., 2013: On regional dynamical downscaling for the assessment and projection of temperature and precipitation extremes across Tasmania, Australia. *Clim. Dyn.*, doi:10.1007/s00382-013-1718-8.

Wilcox, L. J., A. J. Charlton-Perez, and L. J. Gray, 2012: Trends in Austral jet position in ensembles of high- and low-top CMIP5 models. *J. Geophys. Res.*, **117**, D13115.

Wild, M., C. N. Long, and A. Ohmura, 2006: Evaluation of clear-sky solar fluxes in GCMs participating in AMIP and IPCC-AR4 from a surface perspective. *J. Geophys. Res. Atmos.*, **111**, D01104

Wilks, D. S., 1995: *Statistical Methods in the Atmospheric Sciences*. Vol. 59, Academic Press, San Diego, CA, USA, 467 pp.

Wilks, D. S., 2006: *Statistical Methods in the Atmospheric Sciences*. Vol. 91, Academic Press, Elsevier, San Diego, CA, USA, 627 pp.

Willett, K. P., J. Jones, P. Thorne, and N. Gillett, 2010: A comparison of large scale changes in surface humidity over land in observations and CMIP3 general circulation models. *Environ. Res. Lett.*, **5**, 025210.

Williams, C. J. R., R. P. Allan, and D. R. Kniveton, 2012: Diagnosing atmosphere-land feedbacks in CMIP5 climate models. *Environ. Res. Lett.*, **7**, 044003.

Williams, K., and M. Webb, 2009: A quantitative performance assessment of cloud regimes in climate models. *Clim. Dyn.*, **33** 141–157.

Williams, K. D., and M. E. Brooks, 2008: Initial tendencies of cloud regimes in the Met Office unified model. *J. Clim.*, **21**, 833–840.

Williams, K. D., W. J. Ingram, and J. M. Gregory, 2008: Time variation of effective climate sensitivity in GCMs. *J. Clim.*, **21**, 5076–5090.

Williamson, D. L., and J. G. Olson, 2007: A comparison of forecast errors in CAM2 and CAM3 at the ARM Southern Great Plains site. *J. Clim.*, **20**, 4572–4585.

Williamson, M. S., T. M. Lenton, J. G. Shepherd, and N. R. Edwards, 2006: An efficient numerical terrestrial scheme (ENTS) for earth system modelling. *Ecol. Model.*, **198**, 362–374.

Willis, J. K., 2010: Can in situ floats and satellite altimeters detect long-term changes in Atlantic Ocean overturning? *Geophys. Res. Lett.*, **37**, L06602.

Winterfeldt, J., and R. Weisse, 2009: Assessment of value added for surface marine wind speed obtained from two regional climate models. *Mon. Weather Rev.*, **137**, 2955–2965.

Winterfeldt, J., B. Geyer, and R. Weisse, 2011: Using QuikSCAT in the added value assessment of dynamically downscaled wind speed. *Int. J. Climatol.*, **31**, 1028–1039.

Winton, M., 2000: A reformulated three-layer sea ice model. *J. Atmos. Ocean. Technol.*, **17**, 525–531.

Winton, M., 2011: Do climate models underestimate the sensitivity of Northern Hemisphere sea ice cover? *J. Clim.*, **24**, 3924–3934.

Wittenberg, A. T., 2009: Are historical records sufficient to constrain ENSO simulations? *Geophys. Res. Lett.*, **36**, L12702.

Wittenberg, A. T., A. Rosati, N. C. Lau, and J. J. Ploshay, 2006: GFDL's CM2 Global Coupled Climate Models. Part III: Tropical Pacific climate and ENSO. *J. Clim.*, **19**, 698–722.

WMO, 2011: *Scientific Assessment of Ozone Depletion: 2010*. Global Ozone Research and Monitoring Project–Report. World Meteorological Organisation, Geneva, Switzerland.

Wohlfahrt, J., et al., 2008: Evaluation of coupled ocean-atmosphere simulations of the mid-Holocene using palaeovegetation data from the northern hemisphere extratropics. *Clim. Dyn.*, **31**, 871–890.

Wood, R., et al., 2011: The VAMOS Ocean-Cloud-Atmosphere-Land Study Regional Experiment (VOCALS-REx): Goals, platforms, and field operations. *Atmos. Chem. Phys.*, **11**, 627–654.

Woollings, T., B. Hoskins, M. Blackburn, D. Hassell, and K. Hodges, 2010a: Storm track sensitivity to sea surface temperature resolution in a regional atmosphere model. *Clim. Dyn.*, **35**, 341–353.

Woollings, T., A. Charlton-Perez, S. Ineson, A. G. Marshall, and G. Masato, 2010b: Associations between stratospheric variability and tropospheric blocking. *J. Geophys. Res. Atmos.*, **115**, D06108.

Woollings, T., J. M. Gregory, J. G. Pinto, M. Reyers, and D. J. Brayshaw, 2012: Response of the North Atlantic storm track to climate change shaped by ocean-atmosphere coupling. *Nature Geosci.*, **5**, 313–317.

Wright, D. G., and T. F. Stocker, 1992: Sensitivities of a zonally averaged Global Ocean Circulation Model.. *J. Geophys. Res. Oceans*, **97**, 12707–12730.

Wu, Q., D. J. Karoly, and G. R. North, 2008a: Role of water vapor feedback on the amplitude of season cycle in the global mean surface air temperature. *Geophys. Res. Lett.*, **35**, L08711.

Wu, T., 2012: A mass-flux cumulus parameterization scheme for large-scale models: Description and test with observations. *Clim. Dyn.*, **38**, 725–744.

Wu, T., R. Yu, and F. Zhang, 2008b: A modified dynamic framework for the atmospheric spectral model and its application. *J. Atmos. Sci.*, **65**, 2235–2253.

Wu, T., et al., 2010a: Erratum—The Beijing Climate Center atmospheric general circulation model: Description and its performance for the present-day climate. *Clim. Dyn.*, **34**, 149–150.

**9**

BLM_0151365

Wu, T., et al., 2010b: The Beijing Climate Center atmospheric general circulation model: Description and its performance for the present-day climate. *Clim. Dyn.*, **34**, 123–147.

Wyant, M. C., C. S. Bretherton, and P. N. Blossey, 2009: Subtropical low cloud response to a warmer climate in a superparameterized climate model. Part I: Cloud sorting and physical mechanisms. *J. Adv. Model. Earth Syst.*, **1**, 7.

Wyser, K., et al., 2008: An evaluation of Arctic cloud and radiation processes during the SHEBA year: Simulation results from eight Arctic regional climate models. *Clim. Dyn.*, **30**, 203–223.

Xavier, P. K., 2012: Intraseasonal convective moistening in CMIP3 models. *J. Clim.*, **25**, 2569–2577.

Xavier, P. K., J. P. Duvel, P. Braconnot, and F. J. Doblas-Reyes, 2010: An evaluation metric for intraseasonal variability and its application to CMIP3 twentieth-century simulations. *J. Clim.*, **23**, 3497–3508.

Xiao, X., et al., 1998: Transient climate change and net ecosystem production of the terrestrial biosphere. *Global Biogeochem. Cycles*, **12**, 345–360.

Xie, L., T. Z. Yan, L. J. Pietrafesa, J. M. Morrison, and T. Karl, 2005: Climatology and interannual variability of North Atlantic hurricane tracks. *J. Clim.*, **18**, 5370–5381.

Xie, P., and P. A. Arkin, 1997: Global Precipitation: A 17-year monthly analysis based on gauge observations, satellite estimates, and numerical model outputs. *Bull. Am. Meteorol. Soc.*, **78**, 2539–2558.

Xie, S., J. Boyle, S. A. Klein, X. Liu, and S. Ghan, 2008: Simulations of Arctic mixed-phase clouds in forecasts with CAM3 and AM2 for M-PACE. *J. Geophys. Res.*, **113**, D04211.

Xie, S., H.-Y. Ma, J. S. Boyle, S. A. Klein, and Y. Zhang, 2012: On the correspondence between short- and long- timescale systematic errors in CAM4/CAM5 for the years of tropical convection. *J. Clim.*, **25**, 7937–7955.

Xie, S., P. H. Annamalai, F. A. Schott, and J. P. McCreary, 2002: Structure and mechanisms of South Indian Ocean climate variability. *J. Clim.*, **15**, 864–878.

Xin, X.-G., T.-J. Zhou, and R.-C. Yu, 2008: The Arctic Oscillation in coupled climate models. *Chin. J. Geophys. Chinese Edition*, **51**, 337–351.

Xin, X., L. Zhang, J. Zhang, T. Wu, and Y. Fang, 2013: Climate change projections over East Asia with BCC_CSM1.1 climate model under RCP scenarios. *J. Meteorol. Soc. Jpn.*, **91**, 413–429.

Xin, X., T. Wu, J. Li, Z. Wang, W. Li, and F. Wu, 2012: How well does BCC_CSM1.1 reproduce the 20th century climate change over China? . *Atmos. Ocean. Sci. Lett.*, **6**, 21–26.

Xu, Y. F., Y. Huang, and Y. C. Li, 2012: Summary of recent climate change studies on the carbon and nitrogen cycles in the terrestrial ecosystem and ocean in China. *Adv. Atmos. Sci.*, **29**, 1027–1047.

Xue, Y. K., R. Vasic, Z. Janjic, F. Mesinger, and K. E. Mitchell, 2007: Assessment of dynamic downscaling of the continental US regional climate using the Eta/SSiB regional climate model. *J. Clim.*, **20**, 4172–4193.

Yakovlev, N. G., 2009: Reproduction of the large-scale state of water and sea ice in the Arctic Ocean in 1948–2002: Part I. Numerical model. *Izvestiya Atmos. Ocean. Phys.*, **45**, 628–641.

Yang, D., and T. Ohata, 2001: A bias-corrected Siberian regional precipitation climatology. *J. Hydrometeorol.*, **2**, 122–139.

Yasutaka, W., N. Masaomi, K. Sachie, and M. Chiashi, 2008: Climatological reproducibility evaluation and future climate projection of extreme precipitation events in the Baiu season using a high-resolution non-hydrostatic RCM in comparison with an AGCM. *J. Meteorol. Soc. Jpn.*, **86**, 951–967.

Yeager, S., and G. Danabasoglu, 2012: Sensitivity of Atlantic Meridional Overturning Circulation variability to parameterized Nordic Sea overflows in CCSM4. *J. Clim.*, **25**, 2077–2103.

Yeh, S. W., Y. G. Ham, and J. Y. Lee, 2012: Changes in the tropical Pacific SST trend from CMIP3 to CMIP5 and its implication of ENSO. *J. Clim.*, **25**, 7764–7771.

Yhang, Y. B., and S. Y. Hong, 2008: Improved physical processes in a regional climate model and their impact on the simulated summer monsoon circulations over East Asia. *J. Clim.*, **21**, 963–979.

Yin, X., A. Gruber, and P. Arkin, 2004: Comparison of the GPCP and CMAP merged gauge-satellite monthly precipitation products for the period 1979–2001. *J. Hydrometeorol.*, **5**, 1207–1222.

Yokohata, T., M. J. Webb, M. Collins, K. D. Williams, M. Yoshimori, J. C. Hargreaves, and J. D. Annan, 2010: Structural similarities and differences in climate responses to $CO_2$ increase between two perturbed physics ensembles. *J. Clim.*, **23**, 1392–1410.

Yokohata, T., J. Annan, M. Collins, C. Jackson, M. Tobis, M. Webb, and J. Hargreaves, 2012: Reliability of multi-model and structurally different single-model ensembles. *Clim. Dyn.*, **39**, 599–616.

Yokohata, T., et al., 2013: Reliability and importance of structural diversity of climate model ensembles. *Clim. Dyn.*, doi:10.1007/s00382-013-1733–9.

Yokohata, T., et al., 2008: Comparison of equilibrium and transient responses to $CO_2$ increase in eight state-of-the-art climate models. *Tellus A*, **60**, 946–961.

Yokoi, S., Y. N. Takayabu, and J. C. L. Chan, 2009a: Tropical cyclone genesis frequency over the western North Pacific simulated in medium-resolution coupled general circulation models. *Clim. Dyn.*, **33**, 665–683.

Yokoi, S., C. Takahashi, K. Yasunaga, and R. Shirooka, 2012: Multi-model projection of tropical cyclone genesis frequency over the western North Pacific: CMIP5 results. *Sola*, **8**, 137–140.

Yokoi, S., et al., 2011: Application of cluster analysis to climate model performance metrics. *J. Appl. Meteorol. Climatol.*, **50**, 1666–1675.

Yooi, T., T. Tozuka, and T. Yamagata, 2009b: Seasonal variations of the Seychelles Dome simulated in the CMIP3 models. *J. Phys. Oceanogr.*, **39**, 449–457.

Yoshimori, T., T. Yokohata, and A. Abe-Ouchi, 2009: A comparison of climate feedback strength between $CO_2$ doubling and LGM experiments. *J. Clim.*, **22**, 3374–3395.

Yoshimori, M., J. C. Hargreaves, J. D. Annan, T. Yokohata, and A. Abe-Ouchi, 2011: Dependency of feedbacks on forcing and climate state in physics parameter ensembles. *J. Clim.*, **24**, 6440–6455.

Young, P. J., et al., 2013: Pre-industrial to end 21st century projections of tropospheric ozone from the Atmospheric Chemistry and Climate Model Intercomparison Project (ACCMIP). *Atmos. Chem. Phys.*, **13**, 2063–2090.

Yu, B., and F. W. Zwiers, 2010: Changes in equatorial atmospheric zonal circulations in recent decades. *Geophys. Res. Lett.*, **37**, L05701.

Yu, J.-Y., and S. T. Kim, 2011: Reversed spatial asymmetries between El Niño and La Niña and their linkage to decadal ENSO modulation in CMIP3 models. *J. Clim.*, **24**, 5423–5434.

Yu, W., M. Doutriaux, G. Seze, H. LeTreut, and M. Desbois, 1996: A methodology study of the validation of clouds in GCMs using ISCCP satellite observations. *Clim. Dyn.*, **12**, 389–401.

Yukimoto, S., et al., 2011: Meteorological Research Institute-Earth System Model v1 (MRI-ESM1)—Model Description. Technical Report of MRI. Ibaraki, Japan, 88 pp.

Yukimoto, S., et al., 2012: A new global climate model of the Meteorological Research Institute: MRI-CGCM3–Model description and basic performance. *J. Meteorol. Soc. Jpn.*, **90A**, 23–64.

Zaehle, S., and D. Dalmonech, 2011: Carbon-nitrogen interactions on land at global scales: Current understanding in modelling climate biosphere feedbacks. *Curr. Opin. Environ. Sustain.*, **3**, 311–320.

Zaehle, S., P. Friedlingstein, and A. D. Friend, 2010: Terrestrial nitrogen feedbacks may accelerate future climate change. *Geophys. Res. Lett.*, **37**, L01401.

Zahn, M., and H. von Storch, 2008: A long-term climatology of North Atlantic polar lows. *Geophys. Res. Lett.*, **35**, L22702.

Zalesny, V. B., et al., 2010: Numerical simulation of large-scale ocean circulation based on the multicomponent splitting method. *Russ. J. Numer. Anal. Math. Model.*, **25**, 581–609.

Zaliapin, I., and M. Ghil, 2010: Another look at climate sensitivity. *Nonlin. Proc. Geophys.*, **17**, 113–122.

Zappa, G., L. C. Shaffrey, and K. I. Hodges, 2013: The ability of CMIP5 models to simulate North Atlantic extratropical cyclones. *J. Clim.*, doi:10.1175/JCLI-D-12-00501.1.

Zeng, N., 2003: Glacial-interglacial atmospheric $CO_2$ change—The glacial burial hypothesis. *Adv. Atmos. Sci.*, **20**, 677–693.

Zeng, N., 2006: Quasi-100ky glacial-interglacial cycles triggered by subglacial burial carbon release. *Clim. Past*, **2**, 371–397.

Zeng, N., J. D. Neelin, and C. Chou, 2000: A quasi-equilibrium tropical circulation model—Implementation and simulation. *J. Atmos. Sci.*, **57**, 1767–1796.

Zeng, N., A. Mariotti, and P. Wetzel, 2005: Terrestrial mechanisms of interannual $CO_2$ variability. *Global Biogeochem. Cycles*, **19**, GB1016.

Zeng, N., H. F. Qian, E. Munoz, and R. Iacono, 2004: How strong is carbon cycle-climate feedback under global warming? *Geophys. Res. Lett.*, **31**, L20203.

Zhang, F., and A. Georgakakos, 2011: Joint variable spatial downscaling. *Clim. Change*, **111**, 945–972.

Zhang, J., and J. S. Reid, 2010: A decadal regional and global trend analysis of the aerosol optical depth using a data-assimilation grade over-water MODIS and Level 2 MISR aerosol products. *Atmos. Chem. Phys.*, **10**, 10949–10963.

BLM_0151366

Zhang, J., J. S. Reid, D. L. Westphal, N. L. Baker, and E. J. Hyer, 2008a: A system for operational aerosol optical depth data assimilation over global oceans. *J. Geophys. Res. Atmos.*, **113**, D10208.

Zhang, Q., H. S. Sundqvist, A. Moberg, H. Kornich, J. Nilsson, and K. Holmgren, 2010a: Climate change between the mid and late Holocene in northern high latitudes—Part 2: Model-data comparisons. *Clim. Past*, **6**, 609–626.

Zhang, R., et al., 2013: Have aerosols caused the observed Atlantic multidecadal variability? *J. Atmos. Sci.*, doi:10.1175/JAS-D-12-0331.1.

Zhang, W., and F.-F. Jin, 2012: Improvements in the CMIP5 simulations of ENSO-SSTA meridional width. *Geophys. Res. Lett.*, **39**, L23704.

Zhang, X., 2007: A comparison of explicit and implicit spatial downscaling of GCM output for soil erosion and crop production assessments. *Clim. Change*, **84**, 337–363.

Zhang, X., 2010: Sensitivity of arctic summer sea ice coverage to global warming forcing: towards reducing uncertainty in arctic climate change projections. *Tellus A*, **62**, 220–227.

Zhang, X., et al., 2007: Detection of human influence on twentieth-century precipitation trends. *Nature*, **448**, 461–465.

Zhang, Y., S. A. Klein, J. Boyle, and G. G. Mace, 2010b: Evaluation of tropical cloud and precipitation statistics of Community Atmosphere Model version 3 using CloudSat and CALIPSO data. *J. Geophys. Res.*, **115**, D12205.

Zhang, Y., et al., 2008b: On the diurnal cycle of deep convection, high-level cloud, and upper troposphere water vapor in the Multiscale Modeling Framework. *J. Geophys. Res.*, **113**, D16105.

Zhao, M., I. M. Held, and S.-J. Lin, 2012: Some counterintuitive dependencies of tropical cyclone frequency on parameters in a GCM. *J. Atmos. Sci.*, **69**, 2272–2283.

Zhao, M., I. M. Held, S. J. Lin, and G. A. Vecchi, 2009: Simulations of global hurricane climatology, interannual variability, and response to global warming using a 50-km resolution GCM. *J. Clim.*, **22**, 6653-6678.

Zhao, T. L., et al., 2008: A three-dimensional model study on the production of BrO and Arctic boundary layer ozone depletion. *J. Geophys. Res.*, **113**, D24304.

Zhao, Y., and S. P. Harrison, 2012: Mid-Holocene monsoons: A multi-model analysis of the inter-hemispheric differences in the responses to orbital forcing and ocean feedbacks. *Clim. Dyn.*, **39**, 1457-1487.

Zheng, W. P., and P. Braconnot, 2013: Characterization of model spread in PMIP2 Mid-Holocene simulations of the African monsoon. *J. Clim.*, **26**, 1192-1210.

Zheng, X.-T., S.-P. Xie, and Q. Liu, 2011: Response of the Indian Ocean basin mode and its capacitor effect to global warming. *J. Clim.*, **24**, 6146-6164.

Zheng, Y., J.-L. Lin, and T. Shinoda, 2012: The equatorial Pacific cold tongue simulated by IPCC AR4 coupled GCMs: Upper ocean heat budget and feedback analysis. *J. Geophys. Res. Oceans*, **117**, C05024.

Zickfeld, K., et al., 2013: Long-term climate change commitment and reversibility: An EMIC intercomparison. *J. Clim.*, doi:10.1175/JCLI-D-12-00584.1.

Zou, L., and T. Zhou, 2013: Can a regional ocean-atmosphere coupled model improve the simulation of the interannual variability of the western North Pacific summer monsoon? *J. Clim.*, **26**, 2353–2367.

Zunz, V., H. Goosse, and F. Massonnet, 2013: How does internal variability influence the ability of CMIP5 models to reproduce the recent trend in Southern Ocean sea ice extent? *Cryosphere*, **7**, 451-468.

Zwiers, F. W., X. Zhang, and Y. Feng, 2011: Anthropogenic influence on long return period daily temperature extremes at regional scales. *J. Clim.*, **24**, 881-892.

9

BLM_0151367

854

## Appendix 9.A: Climate Models Assessed in Chapter 9

**Table 9.A.1 |** Salient features of the Atmosphere–Ocean General Circulation Models (AOGCMs) and Earth System Models (ESMs) participating in CMIP5 (see also Table 9.1). Column 1: Official CMIP5 model name along with the calendar year ('vintage') of the first publication for each model; Column 2: sponsoring institution(s), main reference(s); subsequent columns for each of the model components, with names and main component reference(s). In addition, there are standard entries for the atmosphere component: horizontal grid resolution, number of vertical levels, grid top (low or high top); and for the ocean component: horizontal grid resolution, number of vertical levels, top level, vertical coordinate type, ocean free surface type ('Top BC'). This table information was initially extracted from the CMIP5 online questionnaire (http://q.cmip5.ceda.ac.uk/) as of January 2013. A blank entry indicates that information was not available.

| (1) Model Name (2) Vintage | (1) Institution (2) Main Reference(s) | Atmosphere (1) Component Name (2) Horizontal Grid (3) Number of Vert Levels (4) Grid Top (5) References | Aerosol (1) Component Name or type (2) References | Atmos Chemistry (1) Component Name (2) References | Land Surface (1) Component Name (2) References | Ocean (1) Component Name (2) Horizontal Resolution (3) Number of Vertical Levels (4) Top Level (5) z Co-ord (6) Top BC (7) References | Ocean Biogeochemistry (1) Component Name (2) References | Sea Ice (1) Component Name (2) References |
|---|---|---|---|---|---|---|---|---|
| (1) ACCESS1.0 (2) 2011 | (1) Commonwealth Scientific and Industrial Research Organization (CSIRO) and Bureau of Meteorology (BOM), Australia (2) (Bi et al., 2013b; Dix et al., 2013) | (1) Included (as in HadGEM2 (r1.1)) (2) 192 × 145 N96 (3) 38 (4) 39,255 m (5) (Martin et al., 2011; Bi et al., 2013b; Rashid et al., 2013) | (1) CLASSIC (2) (Bellouin et al., 2011; Dix et al., 2013) | Not implemented | (1) MOSES2.2 (2) (Cox et al., 1999; Essery et al., 2003; Kowaiczyk et al., 2013) | (1) ACCESS-OM (MOM4p1) (2) primarily 1° latitude/longitude tripolar with enhanced resolution near equator and at high latitudes (3) 50 (4) 0–10 m (5) z* (6) nonlinear split-explicit (7) (Bi et al., 2013a; Marsland et al., 2013) | Not implemented | (1) CICE4.1 (2) (Uotila et al., 2012; Bi et al., 2013a; Uotila et al., 2013) |
| (1) ACCESS1.3 (2) 2011 | (1) Commonwealth Scientific and Industrial Research Organization (CSIRO) and Bureau of Meteorology (BOM), Australia (2) (Bi et al., 2013b; Dix et al., 2013) | (1) Included (similar to UK Met Office Global Atmosphere 1.0) (2) 192 × 145 N96 (3) 38 (4) 39,255 m (5) (Hewitt et al., 2011; Bi et al., 2013b; Rashid et al., 2013) | (1) CLASSIC (2) (Bellouin et al., 2011; Dix et al., 2013) | Not implemented | (1) CABLE (2) (Kowaiczyk et al., 2006; Wang et al., 2011b; Kowaiczyk et al., 2013) | (1) ACCESS-OM (MOM4p1) (2) primarily 1° latitude/longitude tripolar with enhanced resolution near equator and at high latitudes (3) 50 (4) 0–10 m (5) z* (6) nonlinear split-explicit (7) (Bi et al., 2013a; Marsland et al., 2013) | Not implemented | (1) CICE4.1 (2) (Uotila et al., 2012; Bi et al., 2013a; Uotila et al., 2013) |
| (1) BCC-CSM1.1 (2) 2011 | (1) Beijing Climate Center, China Meteorological Administration (2) (Wu, 2012; Xin et al., 2012; Xin et al., 2013) | (1) BCC_AGCM2.1 (2) T42 T42L26 (3) 26 (4) 2.917 hPa (5) (Wu et al., 2008b; Wu et al., 2010b, 2010a; Wu, 2012) | Prescribed | Not implemented | (1) BCC-AVIM1.0 (2) (Ji, 1995; Lu and Ji, 2006; Ji et al., 2008; Wu, 2012) | (1) MOM4-L40 (2) 1° with enhanced resolution in the meridional direction in the tropics (1/3° meridional resolution at the equator) tripolar (3) 40 (4) 25 m (5) z (6) linear split-explicit (7) (Griffies et al., 2005) | (1) Included (2) Based on the protocols from the Ocean Carbon Cycle Model Intercomparison Project–Phase 2 (OCMIP2, http://www.ipsl.jussieu.fr/OCMIP/ phase2/) | (1) GFDL Sea Ice Simulator (SIS) (2) (Winton, 2000) |
| (1) BCC-CSM1.1(m) (2) 2011 | (1) Beijing Climate Center, China Meteorological Administration (2) (Wu, 2012; Xin et al., 2012; Xin et al., 2013) | (1) BCC_AGCM2.1 (2) T106 (3) 26 (4) 2.917 hPa (5) (Wu et al., 2008b; Wu et al., 2010b, 2010a; Wu, 2012) | Prescribed | Not implemented | (1) BCC-AVIM1.0 (2) (Ji, 1995; Lu and Ji, 2006; Ji et al., 2008; Wu, 2012) | (1) MOM4-L40 (2) Tri-polar: 1° with enhanced resolution in the meridional direction in the tropics (1/3° meridional resolution at the equator) (3) 40 (4) 25 m (5) z (6) implicit (7) (Griffies et al., 2005) | (1) Included (2) Based on the protocols from the Ocean Carbon Cycle Model Intercomparison Project–Phase 2 (OCMIP2, http://www.ipsl.jussieu.fr/OCMIP/ phase2/) | (1) GFDL Sea Ice Simulator (SIS) (2) (Winton, 2000) |

*(continued on next page)*

Table 9.A.1 (continued)

| (1) Model Name (2) Vintage | (1) Institution (2) Main Reference(s) | Atmosphere (1) Component Name (2) Horizontal Grid (3) Number of Vert Levels (4) Grid Top (5) References | Aerosol (1) Component Name or type (2) References | Atmos Chemistry (1) Component Name (2) References | Land Surface (1) Component Name (2) References | Ocean (1) Component Name (2) Horizontal Resolution (3) Number of Vertical Levels (4) Top Level (5) z Co-ord (6) Top BC (7) References | Ocean Biogeo-chemistry (1) Component Name (2) References | Sea Ice (1) Component Name (2) References |
|---|---|---|---|---|---|---|---|---|
| (1) BNU-ESM (2) 2011 | (1) Beijing Normal University (2) | (1) CAM3.5 (2) T42 (3) 26 (4) 2.194 hPa | Semi-interactive | Not implemented | (1)CoLM+B-NUDGVM(C/N) (2) (Dai et al., 2003; Dai et al., 2004) | (1) MOM4p1 (2) 200(lat) × 360(lon) (3) 50 | IBGC | CICE4.1 |
| (1) CanCM4 (2) 2010 | (1) Canadian Center for Climate Modelling and Analysis (2) (von Salzen et al., 2013) | (1) Included (2) Spectral T63 (3) 35 levels (4) 0.5 hPa (5) (von Salzen et al., 2013) | (1) Interactive (2) (Lohmann et al., 1999; Croft et al., 2005; von Salzen et al., 2013) | (1) Included (2) (von Salzen et al., 2013) | (1) CLASS 2.7 (2) (Verseghy, 2000; von Salzen et al., 2013) | (1) Included (2) 256 × 192 (3) 40 (4) 0 m (5) depth (6) rigid lid (7) (Merryfield et al., 2013) | Not implemented | (1) Included (2) (Merryfield et al., 2013) |
| (1) CanESM2 (2) 2010 | (1) Canadian Center for Climate Modelling and Analysis (2) (Arora et al., 2011; von Salzen et al., 2013) | (1) Included (2) Spectral T63 (3) 35 levels (4) 0.5 hPa (5) (von Salzen et al., 2013) | (1) Interactive (2) (Lohmann et al., 1999; Croft et al., 2005; von Salzen et al., 2013) | (1) Included (2) (von Salzen et al., 2013) | (1) CLASS 2.7; CTEM (2) (Verseghy, 2000) (Arora et al., 2009; von Salzen et al., 2013) | (1) Included (2) 256 × 192 (3) 40 (4) 0 m (5) depth (6) rigid lid (7) (Merryfield et al., 2013) | (1) CMOC (2) (Arora et al., 2009; Christian et al., 2010) | (1) Included (2) (Merryfield et al., 2013) |
| (1) CCSM4 (2) 2010 | (1) US National Centre for Atmospheric Research (2) (Gent et al., 2011) | (1) CAM4 (2) 0.9° ×1.25° (3) 27 (4) 2.194067 hPa (5) (Neale et al., 2010; Neale et al., 2013) | (1) Interactive (2) (Neale et al., 2010; Oleson et al., 2010; Holland et al., 2012) | Not implemented | (1) Community Land Model 4 (CLM4) (2) (Oleson et al., 2010; Lawrence et al., 2011; Lawrence et al., 2012) | (1) POP2 with modifications (2) Nominal 1° (1.125° in longitude, 0.27–0.64° variable in latitude) (3) 60 (4) 10 m thick with surface variables at 5 m (5) depth (level) (6) linearized, implicit free surface with constant-volume ocean (7) (Danabasoglu et al., 2012) | Not implemented | (1) CICE4 with modifications (2) (Hunke and Lipscomb, 2008; Holland et al., 2012) |
| (1) CESM1(BGC) (2) 2010 | (1) NSF-DOE-NCAR (2) (Long et al., 2012; Hurrell et al., 2013) | (1) CAM4 (2) 0.9° ×1.25° (3) 27 (4) 2.194067 hPa (5) (Neale et al., 2010; Neale et al., 2013) | (1) Semi-interactive (2) (Neale et al., 2010; Oleson et al., 2010; Holland et al., 2012) | Not implemented | (1) CLM4 (2) (Oleson et al., 2010; Lawrence et al., 2011; Lawrence et al., 2012) | (1) POP2 with modifications (2) Nominal 1° (1.125° in longitude, 0.27–0.64° variable in latitude) (3) 60 (4) 10 m with surface variables at 5 m (5) depth (level) (6) linearized, implicit free surface with constant-volume ocean (7) (Danabasoglu et al., 2012) | (1) Biogeochemical Elemental Cycling (BEC) | (1) CICE4 with modifications (2) (Hunke and Lipscomb, 2008; Holland et al., 2012) |

(continued on next page)

Table 9.A.1 (continued)

| (1) Model Name (2) Vintage | (1) Institution (2) Main Reference(s) | Atmosphere (1) Component Name (2) Horizontal Grid (3) Number of Vert Levels (4) Grid Top (5) References | Aerosol (1) Component Name or type (2) References | Atmos Chemistry (1) Component Name (2) References | Land Surface (1) Component Name (2) References | Ocean (1) Component Name (2) Horizontal Resolution (3) Number of Vertical Levels (4) Top Level (5) z Co-ord (6) Top BC (7) References | Ocean Biogeo-chemistry (1) Component Name (2) References | Sea Ice (1) Component Name (2) References |
|---|---|---|---|---|---|---|---|---|
| (1) CESM1(CAM5) (2) 2010 | (1) NSF-DOE-NCAR (2) (Hurrell et al., 2013) | (1) Community Atmosphere Model 5 (CAM5) (2) 0.9° × 1.25° (3) 27 (4) 2.194067 hPa (5) (Neale et al., 2010; Neale et al., 2013) | (1) Semi-interactive (2) (Neale et al., 2010; Oleson et al., 2010; Holland et al., 2012) | Not implemented | (1) CLM4 (2) (Oleson et al., 2010) (Lawrence et al., 2011; Lawrence et al., 2012) | Same as CESM1 (BGC) | Not implemented | (1) CICE4 with modifications (2) (Hunke and Lipscomb, 2008; Holland et al., 2012) |
| (1) CESM1(CAM5.1.FV2) (2) 2012 | (1) NSF-DOE-NCAR (2) (Hurrell et al., 2013) | (1) Community Atmosphere Model (CAM5.1) (2) 1.9° × 2.0° (3) 30 (4) 10 hPa (5) (Neale et al., 2013) | (1) Modal Aerosol Module (MAM3) (2) (Ghan et al., 2012; Liu et al., 2012b) | Not implemented | (1) Community Land Model (CLM4) (2) (Oleson et al., 2010; Lawrence et al., 2011) | Same as CESM1 (BGC) | Not implemented | (1) CICE4 with modifications (2) (Hunke and Lipscomb, 2008; Holland et al., 2012) |
| (1) CESM1(WACCM) (2) 2010 | (1) NSF-DOE-NCAR (2) (Hurrell et al., 2013) | (1) WACCM4 (2) 1.9° × 2.5° (3) 66 (4) 5.1 × 10⁻⁶ hPa | Semi-interactive | included | (1) CLM4 (2) (Oleson et al., 2010; Lawrence et al., 2011; Lawrence et al., 2012) | Same as CESM1 (BGC) | Not implemented | (1) CICE4 with modifications (2) (Hunke and Lipscomb, 2008; Holland et al., 2012) |
| (1) CESM1(FASTCHEM) (2) 2010 | (1) NSF-DOE-NCAR (2) (Cameron-Smith et al., 2006; Eyring et al., 2013; Hurrell et al., 2013) | (1) Included, CAM4-CHEM (2) 0.9° × 1.25° (3) 27 (4) 2.194067 hPa (5) (Neale et al., 2010; Lamarque et al., 2012; Neale et al., 2013) | (1) Interactive (2) (Neale et al., 2010; Oleson et al., 2010; Holland et al., 2012; Lamarque et al., 2012) | (1) Included, CAM-CHEM (2) (Lamarque et al., 2012) | (1) Community Land Model 4 (CLM4) (2) (Oleson et al., 2010; Lawrence et al., 2011; Lawrence et al., 2012) | Same as CESM1 (BGC) | Not implemented | (1) CICE4 with modifications (2) (Hunke and Lipscomb, 2008; Holland et al., 2012) |
| (1) CMCC-CESM (2) 2009 | (1) Centro Euro-Mediterraneo per I Cambiamenti Climatici (2) (Fogli et al., 2009; Vichi et al., 2011) | (1) ECHAM5 (2) 3.75° × 3.75° (T31) (3) 39 (4) 0.01 hPa (5) (Roeckner et al., 2006; Manzini et al., 2012) | Semi-interactive | Not implemented | (1) SiLVA (2) (Alessandri et al., 2012) | Same as CMCC-CM | (1) PELAGOS (2) (Vichi et al., 2007) | (1) LIM2 (2) (Timmermann et al., 2005) |
| (1) CMCC-CM (2) 2009 | (1) Centro Euro-Mediterraneo per I Cambiamenti Climatici (2) (Fogli et al., 2009; Scoccimarro et al., 2011) | (1) ECHAM5 (2) 0.75° × 0.75° (T159) (3) 31 (4) 10 hPa (5) (Roeckner et al., 2006) | Semi-interactive | Not implemented | Not implemented | (1) OPA8.2 (2) 2° average, 0.5° at the equator (ORCA2) (3) 31 (4) 5 m (5) depth (z-level) (6) linear implicit (7) (Madec et al., 1998) | Not implemented | (1) LIM2 (2) (Timmermann et al., 2005) |
| (1) CMCC-CMS (2) 2009 | (1) Centro Euro-Mediterraneo per I Cambiamenti Climatici (2) (Fogli et al., 2009) | (1) ECHAM5 (2) 1.875° × 1.875° (T63) (3) 95 (4) 0.01 hPa (5) (Roeckner et al., 2006; Manzini et al., 2012) | Semi-interactive | Not implemented | Not implemented | Same as CMCC-CM | Not implemented | (1) LIM2 (2) (Timmermann et al., 2005) |

(continued on next page)

Table 9.A.1 (continued)

| (1) Model Name<br>(2) Vintage | (1) Institution<br>(2) Main Reference(s) | Atmosphere<br>(1) Component Name<br>(2) Horizontal Grid<br>(3) Number of Vert Levels<br>(4) Grid Top<br>(5) References | Aerosol<br>(1) Component Name or type<br>(2) References | Atmos Chemistry<br>(1) Component Name<br>(2) References | Land Surface<br>(1) Component Name<br>(2) References | Ocean<br>(1) Component Name<br>(2) Horizontal Resolution<br>(3) Number of Vertical Levels<br>(4) Top Level<br>(5) z Co-ord<br>(6) Top BC<br>(7) References | Ocean Biogeo-chemistry<br>(1) Component Name<br>(2) References | Sea Ice<br>(1) Component Name<br>(2) References |
|---|---|---|---|---|---|---|---|---|
| (1) CNRM-CM5[1]<br>(2) 2010 | (1) Centre National de Recherches Meteoro-logiques and Centre Europeen de Recherche et Formation Avancees en Calcul Scientifique.<br>(2) (Voldoire et al., 2013) | (1) ARPEGE-Climat<br>(2) TL127<br>(3) 31<br>(4) 10 hPa<br>(5) (Déqué et al., 1994; Voldoire et al., 2013) | Prescribed | (1) (3-D linear ozone chemistry model)<br>(2) (Cariolle and Teyssedre, 2007) | (1) SURFEX (Land and Ocean Surface)<br>(2) (Voldoire et al., 2013) | (1) NEMO<br>(2) 0.7° on average ORCA1<br>(3) 42<br>(4) 5 m<br>(5) z-coordinate<br>(6) linear filtered<br>(7) (Madec, 2008) | (1) PISCES<br>(2) (Aumont and Bopp, 2006; Séfé-rian et al., 2013) | (1) Gelato5 (Sea Ice)<br>(2) (Salas-Melia, 2002; Voldoire et al., 2013) |
| (1) CSIRO-Mk3.6.0<br>(2) 2009 | (1) Queensland Climate Change Centre of Excellence and Commonwealth Scientific and Industrial Research Organisation<br>(2) (Rotstayn et al., 2012) | (1) Included<br>(2) ~1.875° × 1.875° (spectral T63)<br>(3) 18<br>(4) ~4.5 hPa<br>(5) (Gordon et al., 2002; Gordon et al., 2010; Rotstayn et al., 2012) | (1) Interactive<br>(2) (Rotstayn and Lohmann, 2002; Rotstayn et al., 2011; Rotstayn et al., 2012) | Not implemented | (1) Included<br>(2) (Gordon et al., 2002; Gordon et al., 2010) | (1) Modified MOM2.2<br>(2) ~0.9 × 1.875<br>(3) 31<br>(4) 5 m<br>(5) depth<br>(6) rigid lid<br>(7) (Gordon et al., 2002; Gordon et al., 2010) | Not implemented | (1) Included<br>(2) (O'Farrell, 1998; Gordon et al., 2010) |
| (1) EC-EARTH<br>(2) 2010 | (1) Europe<br>(2) (Hazeleger et al., 2012) | (1) IFS c31r1<br>(2) 1.125° longitudinal spacing, Gaussian grid T159L62<br>(3) 62<br>(4) 1 hPa<br>(5) (Hazeleger et al., 2012) | Prescribed | Not implemented | (1) HTESSEL<br>(2) (Balsamo et al., 2009) | (1) NEMO_ecmwf<br>(2) The grid is a tripolar curvilinear grid with a 1° resolution. ORCA1<br>(3) 31<br>(4) 1 m<br>(5) z<br>(6) free surface linear filtered<br>(7) (Hazeleger et al., 2012) | Not implemented | (1) LIM2<br>(2) (Fichefet and Maqueda, 1999) |
| (1) FGOALS-g2<br>(2) 2011 | (1) LASG (Institute of Atmospheric Physics)-CESS(Tsinghua University)<br>(2) (Li et al., 2012b) | (1) GAMIL2<br>(2) 2.8125° × 2.8125°<br>(3) 26 layers<br>(4) 2.194 hPa<br>(5) (Wang et al., 2004; Li et al., 2013b) | Semi-interactive | Not implemented | (1) CLM3<br>(2) (Oleson et al., 2010) | (1) LICOM2<br>(2) 1 × 1° with 0.5 meridional degree in the tropical region<br>(3) 30<br>(4) 10 m<br>(5) eta co-ordinate<br>(6)<br>(7) (Liu et al., 2012a) | Not implemented | (1) CICE4-LASG<br>(2) (Wang and Houlton, 2009; Liu, 2010) |
| (1) FGOALS-s2<br>(2) 2011 | (1) The State Key Labora-tory of Numerical Modeling for Atmospheric Sciences and Geophysical Fluid Dynamics, The Institute of Atmospheric Physics<br>(2) (Bao et al., 2010; Bao et al., 2013) | (1) SAMIL2.4.7<br>(2)R42 (2.81° × 1.66°)<br>(3) 26<br>(4) 2.19hPa<br>(5) (Bao et al., 2010; Liu et al., 2013b) | Semi-interactive | Not implemented | (1) CLM3.0<br>(2) (Oleson, 2004; Zeng et al., 2005; Wang et al., 2013) | (1) LICOM<br>(2) The zonal resolution is 1°. The meridional resolution is 0.5° between 10°S and 10°N and increases from 0.5° to 1° from 10°<br>(3) 30 layers<br>(4) 10 m (for vertical velocity and pressure) and 5 meter (for Temperature and salinity, zonal and meridional velocity)<br>(5) depth<br>(6) linear split-explicit<br>(7) (Lin et al., 2013) | (1) IAP-OBM<br>(2) (Xu et al., 2012) | (1) CSIM5<br>(2) (Briegleb et al., 2004) |

[1]   A CNRM-CM5-2 version exists that only differs from CNRM-CM5 in the treatment of volcanoes

(continued on next page)

BLM_0151371

9

858

Chapter 9

Table 9.A.1 (continued)

| (1) Model Name (2) Vintage | (1) Institution (2) Main Reference(s) | Atmosphere (1) Component Name (2) Horizontal Grid (3) Number of Vert Levels (4) Grid Top (5) References | Aerosol (1) Component Name or type (2) References | Atmos Chemistry (1) Component Name (2) References | Land Surface (1) Component Name (2) References | Ocean (1) Component Name (2) Horizontal Resolution (3) Number of Vertical Levels (4) Top Level (5) z Co-ord (6) Top BC (7) References | Ocean Biogeo-chemistry (1) Component Name (2) References | Sea Ice (1) Component Name (2) References |
|---|---|---|---|---|---|---|---|---|
| (1) FIO-ESM v1.0 (2) 2011 | (1) The First Institute of Oceanography, State Oceanic Administration, China | (1) CAM3.0 (2) T42 (3) 26 (4) 3.545 hPa (5) (Collins et al., 2006c) | Prescribed | Not implemented | (1) CLM3.5 (2) (Oleson et al., 2008b) | (1) Modified POP2.0 through incorporating the non-breaking surface wave-induced mixing (2) 1.125° in longitude, 0.27–0.64° variable in latitude (3) 40 (4) 10 m with surface variables at 5 m (5) depth (6) linear implicit (7) (Huang et al., 2012) | (1) Improved OCMIP-2 biogeochemical model (2) (Bao et al., 2012) | (1) CICE4.0 (Hunke and Lipscomb, 2008) |
| (1) GFDL-CM2.1 (2) 2006 | (2) (Qiao et al., 2004; Song et al., 2012) | (1) Included (2) 2.5° longitude, 2° latitude M45L24 (3) 24 (4) midpoint of top box is 3.65 hPa (5) (Delworth et al., 2006) | Semi-interactive | Not implemented | Included | (1) Included (2) 1° tripolar360 × 200L50 (3) 50 (4) 0 m (5) depth (6) nonlinear split-explicit (7) | Not implemented | (1) SIS (2) (Winton, 2000; Delworth et al., 2006) |
| (1) GFDL-CM3 (2) 2011 | (1) NOAA Geophysical Fluid Dynamics Laboratory (2) (Delworth et al., 2006; Donner et al., 2011) | (1) Included (2) ~200 km C48L48 (3) 48 (4) 0.01 hPa (5) (Donner et al., 2011) | (1) Interactive (2) (Levy et al., 2013) | (1) Atmospheric Chemistry (2) (Horowitz et al., 2003; Austin and Wilson, 2006; Sander, 2006) | (1) Included (2) (Milly and Shmakin, 2002; Shevliakova et al., 2009) | (1) MOM4.1 (2) 1° tripolar360 × 200L50 (3) 50 (4) 0 m (5) z* (6) non-linear split-explicit (7) (Griffies and Greatbatch, 2012) | Not implemented | (1) SIS (2) (Griffies and Greatbatch, 2012) |
| (1) GFDL-ESM2G (2) 2012 | (1) NOAA Geophysical Fluid Dynamics Laboratory (2) (Dunne et al., 2012; Dunne et al., 2013) | (1) Included (2) 2.5° longitude, 2° latitude M45L24 (3) 24 (4) midpoint of top box is 3.65 hPa (5) (Delworth et al., 2006) | Semi-interactive | Not implemented | (1) Included (2) (Milly and Shmakin, 2002; Shevliakova et al., 2009; Donner et al., 2011) | (1) GOLD (2) 1° tripolar 360 × 2 10L63 (3) 63 (4) 0 m (5) isopycnic (6) nonlinear split-explicit (7) (Hallberg and Adcroft, 2009; Dunne et al., 2012) | (1) TOPAZ (2) (Henson et al., 2009; Dunne et al., 2013) | (1) SIS (2) (Winton, 2000; Delworth et al., 2006) |
| (1) GFDL-ESM2M (2) 2011 | (1) NOAA Geophysical Fluid Dynamics Laboratory (2) (Dunne et al., 2012; Dunne et al., 2013) | (1) Included (2) 2.5° longitude, 2° latitude M45L24 (3) 24 (4) midpoint of top box is 3.65 hPa (5) (Delworth et al., 2006) | Semi-interactive | Not implemented | (1) Included (2) (Milly and Shmakin, 2002; Shevliakova et al., 2009; Donner et al., 2011) | (1) MOM4.1 (2) 1° tripolar 360 × 200L50 (3) 50 (4) 0 m (5) z* (6) nonlinear split-explicit (7) (Griffies, 2009; Dunne et al., 2012) | (1) TOPAZ (2) (Henson et al., 2009; Dunne et al., 2013) | (1) SIS (2) (Winton, 2000; Delworth et al., 2006) |
| (1) GFDL-HIRAM-C180 (2) 2011 | (1) NOAA Geophysical Fluid Dynamics Laboratory (2) (Delworth et al., 2006; Donner et al., 2011) | (1) Included (2) Averaged cell size: approximately 50 × 50 km. C180L32 (3) 32 (4) 2.164 hPa (5) (Donner et al., 2011) | Prescribed | Not implemented | (1) Included (2) (Milly and Shmakin, 2002; Shevliakova et al., 2009) | Not implemented | Not implemented | Not implemented |

Evaluation of Climate Models

BLM_0151372

(continued on next page)

Table 9.A.1 (continued)

| (1) Model Name (2) Vintage | (1) Institution (2) Main Reference(s) | Atmosphere (1) Component Name (2) Horizontal Grid (3) Number of Vert Levels (4) Grid Top (5) References | Aerosol (1) Component Name or type (2) References | Atmos Chemistry (1) Component Name (2) References | Land Surface (1) Component Name (2) References | Ocean (1) Component Name (2) Horizontal Resolution (3) Number of Vertical Levels (4) Top Level (5) z Co-ord (6) Top BC (7) References | Ocean Biogeo-chemistry (1) Component Name (2) References | Sea Ice (1) Component Name (2) References |
|---|---|---|---|---|---|---|---|---|
| (1) GFDL-HIRAM-C360 (2) | (1) NOAA Geophysical Fluid Dynamics Laboratory (2) (Delworth et al., 2006; Donner et al., 2011) | (1) Included (2) Averaged cell size: approximately 25 × 25 km. C360L32 (3) 32 (4) 2.164 hPa (5) (Donner et al, 2011) | Prescribed | Not implemented | (1) Included (2) (Milly and Shmakin, 2002; Shevliakova et al., 2009) | Not implemented | Not implemented | Not implemented |
| (1) GISS-E2-H (2) 2004 | (1) NASA Goddard Institute for Space Studies USA (2) (Schmidt et al., 2006) Note: all GISS models come in three flavours: p1 = non-interactive composition, p2= interactive composi-tion, p3 = interactive com-position + interactive AIE | (1) Included (2) 2° latitude × 2.5°lon-gitude F (3) 40 (4) 0.1 hPa | (1) Interactive (2) (Bauer et al., 2007; Tsigaridis and Kanakidou, 2007; Menon et al., 2010; Koch et al., 2011) Note: Aerosol is "fully interactive" for p2 and p3, "semi interactive" for p1 | (1) G-PUCCINI (2) (Shindell et al., 2013a) Note: Atmos Chem is "fully interactive" for p2 and p3, "semi interactive" for p1 | Included | (1) HYCOM Ocean (2) 0.2 to 1° latitude × 1° longitude HYCOM (3) 26 (4) 0 m (5) hybrid z isopycnic (6) nonlinear split-explicit (7) | Not implemented | Included |
| (1) GISS-E2-H-CC (2) 2011 | (1) NASA Goddard Institute for Space Studies USA (2) (Schmidt et al., 2006) Note: p1 only | (1) Included (2) Nominally 1° (3) 40 (4) 0.1 hPa | (1) Interactive (p1 only) (2) (Bauer et al., 2007; Tsigaridis and Kanakidou, 2007; Menon et al., 2010; Koch et al., 2011) | (1) G-PUCCINI (2) (Shindell et al., 2013a) | Included | (1) HYCOM Ocean (2) 0.2 to 1° latitude × 1° longitude HYCOM (3) 26 (4) 0 m (5) hybrid z isopycnic (6) nonlinear split-explicit (7) | (1) Included (2) (Romanou et al., 2013) | Included |
| (1) GISS-E2-R (2) 2011 | (1) NASA Goddard Institute for Space Studies USA (2) (Schmidt et al., 2006) See note for GISS-E2-H | (1) Included (2) 2° latitude × 2.5° longitude F (3) 40 (4) 0.1 hPa | (1) Interactive (2) (Bauer et al., 2007; Tsigaridis and Kanakidou, 2007; Menon et al., 2010; Koch et al., 2011) Note: Aerosol is "fully interactive" for p2 and p3, "semi interactive" for p1 | (1) G-PUCCINI (2) (Shindell et al., 2013a) Note: Atmos Chem is "fully interactive" for p2 and p3, "semi interactive" for p1 | Included | (1) Russell Ocean (2) 1° latitude × 1.25° longitude Russell 1 × 1Q (3) 32 (4) 0 m (5) z*-coordinate (6) other (7) | Not implemented | Included |
| (1) GISS-E2-R-CC (2) 2011 | (1) NASA Goddard Institute for Space Studies USA (2) (Schmidt et al., 2006) Note: p1 only | (1) Included (2) Nominally 1° (3) 40 (4) 0.1 hPa | (1) Interactive (p1 only) (2) (Bauer et al., 2007; Tsigaridis and Kanakidou, 2007; Menon et al., 2010; Koch et al., 2011) | (1) G-PUCCINI (2) (Shindell et al., 2013a) | Included | (1) Russell Ocean (2) 1° latitude × 1.25° longitude Russell 1×1Q (3) 32 (4) 0 m (5) z*-coordinate (6) other (7) | (1) Included (2) (Romanou et al., 2013) | Included |

(continued on next page)

*Table 9.A.1 (continued)*

| (1) Model Name (2) Vintage | (1) Institution (2) Main Reference(s) | Atmosphere (1) Component Name (2) Horizontal Grid (3) Number of Vert Levels (4) Grid Top (5) References | Aerosol (1) Component Name or type (2) References | Atmos Chemistry (1) Component Name (2) References | Land Surface (1) Component Name (2) References | Ocean (1) Component Name (2) Horizontal Resolution (3) Number of Vertical Levels (4) Top Level (z) z Co-ord (6) Top BC (7) References | Ocean Biogeo-chemistry (1) Component Name (2) References | Sea Ice (1) Component Name (2) References |
|---|---|---|---|---|---|---|---|---|
| (1) HadCM3 (2) 1998 | (1) UK Met Office Hadley Centre (2) (Gordon et al., 2000; Pope et al., 2000; Collins et al., 2001; Johns et al., 2003) | (1) HadAM3 (2) N48L19 3.75 × 2.5° (3) 19 (4) 0.005 hPa (5) (Pope et al., 2000) | (1) Interactive (2) (Jones et al., 2001) | Not implemented | (1) Included (2) (Collatz et al., 1991; Collatz et al., 1992; Cox et al., 1999; Cox, 2001; Mercado et al., 2007) | (1) HadOM (lat: 1.25 lon: 1.25 L20) (2) 1.25° in longitude by 1.25° in latitude N144 (3) 20 (4) 5.0 m (5) depth (6) linear implicit (7) (UNESCO, 1981) | Not implemented | Included |
| (1) HadGEM2-AO (2) 2009 | (1) National Institute of Meteorological Research/Korea Meteorological Administration (2) ( Collins et al., 2011; Martin et al., 2011) | (1) HadGAM2 (2) 1.875° in longitude by 1.25° in latitude N96 (3) 60 (4) 84132.439 m (5) (Davies et al., 2005) | (1) Interactive (2) (Bellouin et al., 2011) | Not implemented | (1) Included (2) (Cox et al., 1999; Essery et al., 2003) | (1) Included (2) 1.875° in longitude by 1.25° in latitude N96 (3) (4) (5) z (6) linear implicit (7) (Bryan and Lewis, 1979; Johns et al., 2006); | Not implemented | (1) Included (2) (Thorndike et al., 1975; McLaren et al., 2006) |
| (1) HadGEM2-CC (2) 2010 | (1) UK Met Office Hadley Centre (2) ( Collins et al., 2011; Martin et al., 2011) | (1) HadGAM2 (2) 1.875° in longitude by 1.25° in latitude N96 (3) 60 (4) 84132.439 m (5) (Davies et al., 2005) | (1) Interactive (2) (Bellouin et al., 2011) | (1) Atmospheric Chemistry (2) (Jones et al., 2001; Martin et al., 2011) | (1) Included (2) (Cox et al., 1999; Essery et al., 2003) | (1) Included (2) 1.875° in longitude by 1.25° in latitude N96 (3) (4) (5) z (6) linear implicit (7) (Bryan and Lewis, 1979; Johns et al., 2006); | (1) Included (2) (Palmer and Totterdell, 2001; Halloran, 2012) | (1) Included (2) (Thorndike et al., 1975; McLaren et al., 2006) |
| (1) HadGEM2-ES (2) 2009 | (1) UK Met Office Hadley Centre (2) ( Collins et al., 2011; Martin et al., 2011) | (1) HadGAM2 (2) 1.875° in longitude by 1.25° in latitude N96 (3) 38 (4) 39254.8 m (5) (Davies et al., 2005) | (1) Interactive (2) (Bellouin et al., 2011) | (1) Atmospheric Chemistry (2) (O'Connor et al., 2009) | (1) Included (2) (Cox et al., 1999; Essery et al., 2003) | (1) Included (2) 1° by 1° between 30 N/S and the poles; meridional resolution increases to 1/3° at the equator N180 (3) 40 (4) 5.0 m (5) z (6) linear implicit (7) (Bryan and Lewis, 1979; Johns et al., 2006) | (1) Included (2) (Palmer and Totterdell, 2001; Halloran, 2012) | (1) Included (2) (Thorndike et al., 1975; McLaren et al., 2006) |
| (1) INM-CM4 (2) 2009 | (1) Russian Institute for Numerical Mathematics (2) (Volodin et al, 2010) | (1) Included (2) 2 ×1.5° in longitude and latitude latitude-longitude (3) 21 (4) sigma = 0.01 | Prescribed | Not implemented | (1) Included (2) (Alekseev et al., 1998; Volodin and Lykosov, 1998) | (1) Included (2) 1 × 0.5° in longitude and latitude generalized spherical coordinates with poles displaced outside ocean (3) 40 (4) sigma = 0.0010426 (5) sigma (6) linear implicit (7) (Volodin et al., 2010; Zalesny et al., 2010) | (1) Included (2) (Volodin, 2007) | (1) Included (2) (Yakovlev, 2009) |

(continued on next page)

Table 9.A.1 *(continued)*

| (1) Model Name (2) Vintage | (1) Institution (2) Main Reference(s) | Atmosphere (1) Component Name (2) Horizontal Grid (3) Number of Vert Levels (4) Grid Top (5) References | Aerosol (1) Component Name or type (2) References | Atmos Chemistry (1) Component Name (2) References | Land Surface (1) Component Name (2) References | Ocean (1) Component Name (2) Horizontal Resolution (3) Number of Vertical Levels (4) Top Level (5) z Co-ord (6) Top BC (7) References | Ocean Biogeo-chemistry (1) Component Name (2) References | Sea Ice (1) Component Name (2) References |
|---|---|---|---|---|---|---|---|---|
| (1) IPSL-CM5A-LR (2) 2010 | (1) Institut Pierre Simon Laplace (2) (Dufresne et al., 2012) | (1) LMDZ5 (2) 96 × 95 equivalent to 1.9° × 3.75° LMDZ96 × 95 (3) 39 (4) 0.04 hPa (5)(Hourdin et al., 2012) | Semi-interactive | Not implemented | (1) Included (2) (Krinner et al., 2005) | (1) Included (2) 2 × 2-0.5° ORCA2 (3) 31 (4) 0m (5) depth (6) linear filtered (7) (Madec, 2008) | (1) PISCES (2) (Aumont et al., 2003; Aumont and Bopp, 2006) | (1) LIM2 (2) (Fichefet and Maqueda, 1999) |
| (1) IPSL-CM5A-MR (2) 2009 | (1) Institut Pierre Simon Laplace (2) (Dufresne et al., 2012) | (1) LMDZ5 (2) 144 × 143 equivalent to 1.25° × 2.5° LMDZ144 × 143 (3) 39 (4) 0.04 hPa (5) (Hourdin et al., 2012) | Semi-interactive | Not implemented | (1) Included (2) (Krinner et al., 2005) | (1) Included (2) 2 × 2-0.5° ORCA2 (3) 31 (4) 0 m (5) depth (6) linear filtered (7) (Madec, 2008) | (1) PISCES (2) (Aumont et al., 2003; Aumont and Bopp, 2006) | (1) Included (2) (Fichefet and Maqueda, 1999) |
| (1) IPSL-CM5B-LR (2) 2010 | (1) Institut Pierre Simon Laplace (2) (Dufresne et al., 2012) | (1) LMDZ5 (2) 96 × 95 equivalent to 1.9° × 3.75° LMDZ96 × 95 (3) 39 (4) 0.04 hPa (5)(Hourdin et al., 2013) | Semi-interactive | Not implemented | (1) Included (2) (Krinner et al., 2005) | (1) Included (2) 2 × 2-0.5° ORCA2 (3) 31 (4) 0 m (5) depth (6) linear filtered (7) (Madec, 2008) | (1) PISCES (2) (Aumont et al., 2003; Aumont and Bopp, 2006) | (1) Included (2) (Fichefet and Maqueda, 1999) |
| (1) MIROC4h (2) 2009 | (1) University of Tokyo, National Institute for Environmental Studies, and Japan Agency for Marine-Earth Science and Technology (2) (Sakamoto et al., 2012) | (1) CCSR / NIES / FRCGC AGCM5.7 (2) 0.5625 × 0.5625° T213 (3) 56 (4) about 0.9 hPa | (1) SPRINTARS (2) (Takemura et al., 2000; Takemura et al., 2002) | Not implemented | (1) MATSIRO (2) (Takata et al., 2003) | (1) COCO3.4 (2) 1/4° by 1/6° (average grid spacing is 0.28° and 0.19° for zonal and meridional directions) (3) 48 (4) 1.25 m (5) hybrid z-s (6) nonlinear split-explicit (7) (Hasumi and Emori, 2004) | Not implemented | Included |
| (1) MIROC5 (2) 2010 | (1) University of Tokyo, National Institute for Environmental Studies, and Japan Agency for Marine-Earth Science and Technology (2) (Watanabe et al., 2010) | (1) CCSR/NIES/ FRCGC AGCM6 (2) 1.40625 × 1.40625° T85 (3) 40 (4) about 2.9 hPa | (1) SPRINTARS (2) (Takemura et al., 2005; Takemura et al., 2009) | Not implemented | (1) MATSIRO (2) (Takata et al., 2003) | (1) COCO4.5 (2) 1.4° (zonally) × 0.5–1.4° (meridionally) (3) 50 (4) 1.25 m (5) hybrid z-s (6) linear split-explicit (7) (Hasumi and Emori, 2004) | Not implemented | (1) Included (2) (Komuro et al., 2012) |
| (1) MIROC-ESM (2) 2010 | (1) University of Tokyo, National Institute for Environmental Studies, and Japan Agency for Marine-Earth Science and Technology (2) (Watanabe et al., 2011) | (1) MIROC-AGCM (2) 2.8125 × 2.8125°T42 (3) 80 (4) 0.003 hPa (5) (Watanabe, 2008) | (1) SPRINTARS (2) (Takemura et al., 2005; Takemura et al., 2009) | Not implemented | (1) MATSIRO (2) (Takata et al., 2003) | (1) COCO3.4 (2) 1.4° (zonally) × 0.5–1.4° (meridionally) (3) 44 (4) 1.25 m (5) hybrid z-s (6) linear split-explicit (7) (Hasumi and Emori, 2004) | (1) NPZD-type (2) (Schmittner et al., 2005) | Included |

(continued on next page)

BLM_0151375

9

Table 9.A.1 (continued)

| (1) Model Name (2) Vintage | (1) Institution (2) Main Reference(s) | Atmosphere (1) Component Name (2) Horizontal Grid (3) Number of Vert Levels (4) Grid Top (5) References | Aerosol (1) Component Name or type (2) References | Atmos Chemistry (1) Component Name (2) References | Land Surface (1) Component Name (2) References | Ocean (1) Component Name (2) Horizontal Resolution (3) Number of Vertical Levels (4) Top Level (5) z Co-ord (6) Top BC (7) References | Ocean Biogeo-chemistry (1) Component Name (2) References | Sea Ice (1) Component Name (2) References |
|---|---|---|---|---|---|---|---|---|
| (1) MIROC-ESM-CHEM (2) 2010 | (1) University of Tokyo, National Institute for Environmental Studies, and Japan Agency for Marine-Earth Science and Technology (2) (Watanabe et al., 2011) | (1) MIROC-AGCM (2) 2.8125 × 2.8125° T42 (3) 80 (4) 0.003 hPa (5) (Watanabe, 2008) | (1) SPRINTARS (2) (Takemura et al., 2005; Takemura et al., 2009) | (1) CHASER (2) (Sudo et al., 2002) | (1) MATSIRO (2) (Takata et al., 2003) | (1) COCO3.4 (2) 1.4° (zonally) × 0.5–1.4° (meridionally) (3) 44 (4) 1.25 m (5) hybrid z-s (6) linear split-explicit (7) (Hasumi and Emori, 2004) | (1) NPZD-type (2) (Schmittner et al., 2005) | Included |
| MPI-ESM-LR (2) 2009 | (1) Max Planck Institute for Meteorology (2) | (1) ECHAM6 (2) approx. 1.8° T63 (3) 47 (4) 0.01 hPa (5) (Stevens et al., 2012) | Prescribed | Not implemented | (1) JSBACH (2) (Reick et al., 2013) | (1) MPIOM (2) average 1.5° GR15 (3) 40 (4) 6 m (5) depth (6) linear implicit (7) (Jungclaus et al., 2013) | (1) HAMOCC (2) (Maier-Reimer et al., 2005; Ilyina et al., 2013) | (1) Included (2) (Notz et al., 2013) |
| (1) MPI-ESM-MR (2) 2009 | (1) Max Planck Institute for Meteorology (2) | (1) ECHAM6 (2) approx. 1.8° T63 (3) 95 (4) 0.01 hPa (5) (Stevens et al., 2012) | Prescribed | Not implemented | (1) JSBACH (2) (Reick et al., 2013) | (1) MPIOM (2) approx. 0.4° TP04 (3) 40 (4) 6 m (5) depth (6) linear implicit (7) (Jungclaus et al., 2013) | (1) HAMOCC (2) (Maier-Reimer et al., 2005; Ilyina et al., 2013) | (1) Included (2) (Notz et al., 2013) |
| (1) MPI-ESM-P (2) 2009 | (1) Max Planck Institute for Meteorology (2) | (1) ECHAM6 (2) approx. 1.8° T63 (3) 47 (4) 0.01 hPa (5) (Stevens et al., 2012) | Prescribed | Not implemented | (1) JSBACH (2) (Reick et al., 2013) | (1) MPIOM (2) average 1.5° GR15 (3) 40 (4) 6 m (5) depth (6) linear implicit (7) (Jungclaus et al., 2013) | (1) HAMOCC (2) (Maier-Reimer et al., 2005; Ilyina et al., 2013) | (1) Included (2) (Notz et al., 2013) |
| (1) MRI-AGCM3.2H (2) 2009 | (1) Meteorological Research Institute (2) (Mizuta et al., 2012) | (1) Included (2) 640 × 320 TL319 (3) 64 (4) 0.01 hPa | Prescribed | Not implemented | (1) SiB0109 (2) (Hirai et al., 2007; Yukimoto et al., 2011; Yukimoto et al., 2012) | Not implemented | Not implemented | Not implemented |
| (1) MRI-AGCM3.2S (2) 2009 | (1) Meteorological Research Institute (2) (Mizuta et al., 2012) | (1) Included (2) 1920 × 960 TL959 (3) 64 (4) 0.01 hPa (5) (Mizuta et al., 2012) | Prescribed | Not implemented | (1) SiB0109 (2) (Hirai et al., 2007; Yukimoto et al., 2011; Yukimoto et al., 2012) | Not implemented | Not implemented | Not implemented |
| (1) MRI-CGCM3 (2) 2011 | (1) Meteorological Research Institute (2) (Yukimoto et al., 2011; Yukimoto et al., 2012) | (1) MRI-AGCM3.3 (2) 320 × 160 TL159 (3) 48 (4) 0.01 hPa (5) (Yukimoto et al., 2011; Yukimoto et al., 2012) | (1) MASINGAR mk-2 (2) (Yukimoto et al., 2011; Yukimoto et al., 2012; Adachi et al., 2013) | Not implemented | (1) HAL (2) (Yukimoto et al., 2011; Yukimoto et al., 2012) | (1) MRI.COM3 (2) 1 × 0.5 (3) 50 + 1 Bottom Boundary Layer (4) 0 m (5) hybrid sigma-z (6) nonlinear split-explicit (7) (Tsujino et al., 2011; Yukimoto et al., 2011; Yukimoto et al., 2012) | Not implemented | (1) Included (MRI.COM3) (2) (Tsujino et al., 2011; Yukimoto et al., 2011; Yukimoto et al., 2012) |

(continued on next page)

Table 9.A.1 (continued)

| (1) Model Name (2) Vintage | (1) Institution (2) Main Reference(s) | Atmosphere (1) Component Name (2) Horizontal Grid (3) Number of Vert Levels (4) Grid Top (5) References | Aerosol (1) Component Name or type (2) References | Atmos Chemistry (1) Component Name (2) References | Land Surface (1) Component Name (2) References | Ocean (1) Component Name (2) Horizontal Resolution (3) Number of Vertical Levels (4) Top Level (5) z Co-ord (6) Top BC (7) References | Ocean Biogeochemistry (1) Component Name (2) References | Sea Ice (1) Component Name (2) References |
|---|---|---|---|---|---|---|---|---|
| (1) MRI-ESM1 (2) 2011 | (1) Meteorological Research Institute (2) (Yukimoto et al., 2011; Yukimoto et al., 2012; Adachi et al., 2013) | (1) MRI-AGCM3.3 (2) TL159(320 × 160) (3) 48 (4) 0.01 hPa (5) (Yukimoto et al., 2011; Yukimoto et al., 2012; Adachi et al., 2013) | (1) MASINGAR mk-2 (2) (Yukimoto et al., 2011; Yukimoto et al., 2012; Adachi et al., 2013) | (1) MRI-CCM2 (2) (Deushi and Shibata, 2011; Yukimoto et al., 2011; Adachi et al., 2013) | (1) HAL (2) (Yukimoto et al., 2011; Yukimoto et al., 2012) | (1) MRI.COM3 (2) 1x0.5 (3) 50 + 1 Bottom Boundary Layer (4) 0m (5) hybrid sigma-z (6) non-linear split-explicit (7)(Tsujino et al., 2011; Yukimoto et al., 2011; Yukimoto et al., 2012) | (1) Included (MRI.COM3) (2) (Nakano et al., 2011; Adachi et al., 2013) | (1) Included (MRI. COM3) (2) (Tsujino et al., 2011; Yukimoto et al., 2011; Yukimoto et al., 2012) |
| (1) NCEP-CFSv2 (2) 2011 | (1) National Centers for Environmental Prediction | (1) Global Forecast Model (2) T126 (3) 64 (4) 0.03 hPa (5) (Saha et al., 2010) | Semi-interactive | (1) Ozone chemistry (2) (McCormack et al., 2006) | (1) Noah Land Surface Model (2) (Ek et al., 2003) | (1) MOM4 (2) 0.5° zonal resolution, meridional resolution varying from 0.25° at the equator to 0.5° north/south of 10N/10S. Tripolar. (3) 40 (4) 5.0 m (5) depth (6) nonlinear split explicit (7) (Griffies et al., 2004) | Not implemented | (1) SIS (2) (Hunke and Dukowicz, 1997; Winton, 2000) |
| (1) NorESM1-M (2) 2011 | (1) Norwegian Climate Centre (2) (Iversen et al., 2013) | (1) CAM4-Oslo latitude, 2.5° longitude (3) 26 (4) 2.194067 hPa (5) (Neale et al., 2010; Kirkevåg et al., 2013) | (1) CAM4-Oslo (2) (Kirkevåg et al., 2013) | (1) CAM4-Oslo (2) (Kirkevåg et al., 2013) | (1) CLM4 (2) (Oleson et al., 2010; Lawrence et al., 2011) | (1) NorESM-Ocean (2) 1.125° along the equator (3) 53 (4) 1 m (5) hybrid z isopycnic (6) nonlinear split-explicit (7) | Not implemented | (1)CICE4 (2)(Hunke and Lipscomb, 2008; Holland et al., 2012) |
| (1) NorESM1-ME (2) 2012 | (1) Norwegian Climate Centre (2) (Tjiputra et al., 2013) | (1) CAM4-Oslo (2) Finite Volume 1.9° latitude, 2.5° longitude (3) 26 (4) 2.194067 hPa (5) (Neale et al., 2010; Kirkevåg et al., 2013) | (1) CAM4-Oslo (2) (Kirkevåg et al., 2013) | (1) CAM4-Oslo (2) (Kirkevåg et al., 2013) | (1) CLM4 (2) (Oleson et al., 2010; Lawrence et al., 2011) | (1) NorESM-Ocean (2) 1.125° along the equator (3) 53 (4) 1 m (5) hybrid z isopycnic (6) nonlinear split-explicit (7) | (1) HAMOCC5 (2) (Maier-Reimer et al., 2005; Assmann et al., 2010; Tjiputra et al., 2013) | (1) CICE4 (2) (Hunke and Lipscomb, 2008; Holland et al., 2012) |

864

**Table 9.A.2 |** Salient features of the Earth system Models of Intermediate Complexity (EMICs) assessed in the AR5 (see also Table 9.2). Column 1: Model name used in WG1 and the official model version along with the first publication for each model; subsequent columns for each of the eight component models with specific information and the related references are provided. This information was initially gathered for the EMIC intercomparison project in Eby et al. (2013).

| (1) Model name (2) Model version (3) Main reference | Atmosphere[a] (1) Model type (2) Dimensions (3) Resolution (4) Radiation and cloudiness (5) References | Ocean[b] (1) Model type (2) Dimensions (3) Resolution (4) Parametrizations (5) References | Sea Ice[c] (1) Schemes (2) References | Coupling[d] (1) Flux adjustment (2) References | Land Surface[e] (1) Soil schemes (2) References | Biosphere[f] (1) Ocean and references (2) Land and references (3) Vegetation and references | Ice Sheets[g] (1) Model type (2) Dimensions (3) Resolution (4) References | Sediment and Weathering[h] (1) Model type (2) References |
|---|---|---|---|---|---|---|---|---|
| (1) Bern3D (2) Bern3D-LPJ (3) (Ritz et al., 2011) | (1) EMBM (2) 2-D(φ, λ) (3) 10° × (3–19)° (4) NCL (5) | (1) FG with parameterized zonal pressure gradient (2) 3-D (3) 10° × (3–19)°, L32 (4) RL, ISO, MESO (5) (Muller et al., 2006) | (1) 0-LT, DOC, 2-LIT | (1) PM, NH, RW | (1) Bern3D: 1-LST, NSM, RIV LPJ: 8-LST, CSM with uncoupled hydrology (2) (Wania et al., 2009) | (1) BO (Parekh et al., 2008; Tschumi et al., 2008; Gangsto et al., 2011) (2) BT (Sitch et al., 2003; Strassmann et al., 2008; Stocker et al., 2011) (3) BV (Sitch et al., 2003) | N/A | (1) CS, SW (2) (Tschumi et al., 2011) |
| (1) CLIMBER2 (2) CLIMBER-2.4 (3) (Petoukhov et al., 2000) | (1) SD (2) 3-D (3) 10° × 51°, L10 (4) CRAD, ICL (5) | (1) FG, (2) 2-D(φ,z) (3) 2.5°, L21 (4) RL (5) (Wright and Stocker, 1992) | (1) 1-LT, PD, 2-LIT | (1) NM, NH, NW (2) (Petoukhov et al., 2000) | (1) 1-LST, CSM, RIV (2) (Petoukhov et al., 2000) | (1,2,3) BO, BT, BV (Brovkin et al., 2002) | (1) TM (2) 3-D (3) 0.75° × 1.5°, L20 (4) (Calov et al., 2002) | N/A |
| (1) CLIMBER3 (2) CLIMBER-3α (3) (Montoya et al., 2005) | (1) SD (2) 3-D (3) 7.5° × 22.5°, L10 (4) CRAD, ICL (5) (Petoukhov et al., 2000) | (1) PE (2) 3-D (3) 3.75° × 3.75°, L24 (4) FS, ISO, MESO, TCS, DC | (1) 2-LIT, R, 2-LIT (2) (Fichefet and Morales Maqueda, 1997) | (1) AM, NH, RW | (1) 1-LST, CSM, RIV (2) (Petoukhov et al., 2000) | (1) BO (Six and Maier-Reimer, 1996) (2,3) BT, BV (Brovkin et al., 2002) | N/A | N/A |
| (1) DCESS (2) DCESS (3) (Shaffer et al., 2008) | (1) EMBM (2) 2-box in φ, (3) (4) LRAD, CHEM (5) (Shaffer et al., 2008) | (1) 2-box in φ (2) (3) L55 (4) parameterized circulation and exchange, MESO (5) (Shaffer and Sarmiento, 1995) | (1) Parameter-ized from surface temperature (2) (Shaffer et al., 2008) | (1) NH, NW (2) (Shaffer et al., 2008) | (1) NST, NSM (2) (Shaffer et al., 2008) | (1,2) BO, BT (Shaffer et al., 2008) | N/A | (1) CS, SW (2) (Shaffer et al., 2008) |
| (1) FAMOUS (2) FAMOUS XDBUA (3) (Smith et al., 2008) | (1) PE (2) 3-D (3) 5° × 7.5°, L11 (4) CRAD, ICL (5) (Pope et al., 2000) | (1) PE (2) 3-D (3) 2.5° × 3.75°, L20 (4) RL, ISO, MESO (5) (Gordon et al., 2000) | (1) 0-LT, DOC, 2-LIT | (1) NM, NH, NW (2) (Cox et al., 1999) | (1) 4-LST, CSM, RIV | (1) BO (Palmer and Totterdell, 2001) | N/A | N/A |
| (1) GENIE (2) GENIE (3) (Holden et al., 2013) | (1) EMBM (2) 2-D(φ, λ) (3) 10° × (3–19)° (4) NCL (5) (Marsh et al., 2011) | (1) FG (2) 3-D (3) 10° × (3–19) °, L16 (4) RL, ISO, MESO (5) (Marsh et al., 2011) | (1) 1-LT, DOC, 2-LIT (2) (Marsh et al., 2011) | (1) PM, NH, RW (2) (Marsh et al., 2011) | (1) 1-LST, BSM, RIV (2) (Williamson et al., 2006) | (1,2) BO, BT (Williamson et al., 2006; Ridgwell et al., 2007b; Holden et al., 2013) | N/A | (1) CS, SW (2) (Ridgwell and Hargreaves, 2007) |
| (1) IAP RAS CM (2) IAP RAS CM (3) (Eliseev and Mokhov, 2011) | (1) SD (2) 3-D (3) 4.5° × 6°, L8 (4) CRAD, ICL (5) (Petoukhov et al., 1998) | (1) PE (2) 3-D (3) 3.5° × 3.5°, L32 (4) RL, ISO, TCS (5) (Muryshev et al., 2009) | (1) 0-LT, 2-LIT (2) (Muryshev et al., 2009) | (1) NM, NH, NW (2) (Muryshev et al., 2009) | (1) 240-LST, CSM (2) (Arzhanov et al., 2008) | (2) BT (Eliseev and Mokhov, 2011) | N/A | N/A |

(continued on next page)

BLM_0151378

*Table 9.A.2 (continued)*

| (1) Model name (2) Model version (3) Main reference | Atmosphere[a] (1) Model type (2) Dimensions (3) Resolution (4) Radiation and cloudiness (5) References | Ocean[b] (1) Model type (2) Dimensions (3) Resolution (4) Parametrizations (5) References | Sea Ice[c] (1) Schemes (2) References | Coupling[d] (1) Flux adjustment (2) References | Land Surface[e] (1) Soil schemes (2) References | Biosphere[f] (1) Ocean and references (2) Land and references (3) Vegetation and references | Ice Sheets[g] (1) Model type (2) Dimensions (3) Resolution (4) References | Sediment and Weathering[h] (1) Model type (2) References |
|---|---|---|---|---|---|---|---|---|
| (1) IGSM2 (2) IGSM 2.2 (3) (Sokolov et al., 2005) | (1) SD (2) 2-D(φ, Z) (3) 4° × 360°, L11 (4) ICL, CHEM (5) (Sokolov and Stone, 1998) | (1) Q-flux mixed-layer, anomaly diffusing, (2) 3-D (3) 4° × 5°, L11 (4) (5) (Hansen et al., 1984) | (1) 2-LT (2) (Hansen et al., 1984) | (1) Q-flux (2) (Sokolov et al., 2005) | (1) CSM (2) (Oleson et al., 2008b) | (1) BO (Holian et al., 2001) (2) BT (Melillo et al., 1993; Liu, 1996; Felzer et al., 2004) | N/A | N/A |
| (1) LOVECLIM1.2 (2) LOVECLIM1.2 (3) (Goosse et al., 2010) | (1) QG (2) 3-D (3) 5.6° × 5.6°, L3 (4) LRAD, NCL (5) (Opsteegh et al., 1998) | (1) PE (2) 3-D (3) 3° × 3°, L30 (4) FS, ISO, MESO, TCS, DC (5) (Goosse and Fichefet, 1999) | (1) 3-LT, R, 2-LIT (2) (Fichefet and Morales Maqueda, 1997) | (1) NM, NH, RW (2) (Goosse et al., 2010) | (1) 1-LST, BSM, RIV (2) (Goosse et al., 2010) | (1) BO (Mouchet and François, 1996) (2,3) BT, BV (Brovkin et al., 2002) | (1) TM (2) 3-D (3) 10 km × 10 km, L30 (4) (Huybrechts, 2002) | N/A |
| (1) MESMO (2) MESMO 1.0 (3) (Matsumoto et al., 2008) | (1) EMBM (2) 2-D(φ, λ) (3) 10° × (3–19)° (4) NCL, (5) (Fanning and Weaver, 1996) | (1) FG (2) 3-D (3) 10° × (3–19)°, L16 (4) RL, ISO, MESO (5) (Edwards and Marsh, 2005) | (1) 0-LT, DOC, 2-LIT (2) (Edwards and Marsh, 2005) | (1) PM, NH, RW | (1) NST, NSM, RIV (2) (Edwards and Marsh, 2005) | (1) BO (Matsumoto et al., 2008) | N/A | N/A |
| (1) MIROC-lite (2) MIROC-lite (3) (Oka et al., 2011) | (1) EMBM (2) 2-D(φ, λ) (3) 4° × 4° (4) NCL (5) (Oka et al., 2011) | (1) PE (2) 3-D (3) 4° × 4° (4) FS, ISO, MESO, TCS (5) (Hasumi, 2006) | (1) 0-LT, R, 2-LIT (2) (Hasumi, 2006) | (1) PM, NH, NW (2) (Oka et al., 2011) | (1) 1-LST, BSM (2) (Oka et al., 2011) | N/A | N/A | N/A |
| (1) MIROC-lite-LCM (2) MIROC-lite-LCM (3) (Tachiiri et al., 2010) | (1) EMBM, tuned for 3 K equilibrium climate sensitivity (2) 2-D(φ, λ) (3) 6° × 6° (4) NCL (5) (Oka et al., 2011) | (1) PE (2) 3-D (3) 6° × 6°, L15 (4) FS, ISO, MESO, TCS (5) (Hasumi, 2006) | (1) 0-LT, R, 2-LIT (2) (Hasumi, 2006) | (1) NM, NH RW (2) (Oka et al., 2011; Tachiiri et al., 2010) | (1) 1-LST, BSM (2) (Oka et al., 2011) | (1) BO (Palmer and Totterdell, 2001) (2) loosely coupled BT (Ito and Oikawa, 2002) | N/A | N/A |
| (1) SPEEDO (2) SPEEDO V2.0 (3) (Severijns and Hazeleger, 2010) | (1) PE (2) 3-D (3) T30, L8 (4) LRAD, IDL, (5) (Molteni, 2003) | (1) PE (2) 3-D (3) 3° × 3°, L20 (4) FS, ISO, MESO, TCS, DC (5) (Goosse and Fichefet, 1999) | (1) 3-LT, 2-LIT (2) (Fichefet and Morales Maqueda, 1997) | (1) NM, NH, NW (2) (Cimatoribus et al., 2012) | (1) 1-LST, BSM, RIV (2) (Opsteegh et al., 1998) | N/A | N/A | N/A |
| (1) UMD (2) UMD 2.0 (3) (Zeng et al., 2004) | (1) QG (2) 3-D (3) 3.75° × 5.625°, L2 (4) LRAD, ICL (5) (Neelin and Zeng, 2000; Zeng et al., 2000) | (1) Q-flux mixed-layer 2-D surface, deep ocean box model (2) 3-D (3) 3.75° × 5.625° (5) (Hansen et al., 1983), | N/A | (1) Energy and water exchange only (2) (Zeng et al., 2004) | (1) 2-LST with 2-layer soil moisture (2) (Zeng et al., 2000) | (1) BO (Archer et al., 2000) (2,3) BT, BV (Zeng, 2003; Zeng et al., 2005; Zeng, 2006) | N/A | N/A |

*(continued on next page)*

BLM_0151380

*Table 9.A.2 (continued)*

| (1) Model name (2) Model version (3) Main reference | Atmosphere[a] (1) Model type (2) Dimensions (3) Resolution (4) Radiation and cloudiness (5) References | Ocean[b] (1) Model type (2) Dimensions (3) Resolution (4) Parametrizations (5) References | Sea Ice[c] (1) Schemes (2) References | Coupling[d] (1) Flux adjustment (2) References | Land Surface[e] (1) Soil schemes (2) References | Biosphere[f] (1) Ocean and references (2) Land and references (3) Vegetation and references | Ice Sheets[g] (1) Model type (2) Dimensions (3) Resolution (4) References | Sediment and Weathering[h] (1) Model type (2) References |
|---|---|---|---|---|---|---|---|---|
| (1) Uvic (2) UVic 2.9 (3) (Weaver et al., 2001) | (1) DEMBM (2) 2-D($\phi$, $\lambda$) (3) 1.8° × 3.6° (4) NCL (5) (Weaver et al., 2001) | (1) PE (2) 3-D (3) 1.8° × 3.6°, L19 (4) RL, ISO, MESO (5) (Weaver et al., 2001) | (1) 0-LT, R, 2-LIT (2) (Weaver et al., 2001) | (1) AM, NH, NW (2) (Weaver et al., 2001) | (1) 1-LST, CSM, RIV (2) (Meissner et al., 2003) | (1) BO (Schmittner et al., 2005) (2,3) BT, BV (Cox, 2001) | (1) TM (2) 3-D (3) 20 km × 20 km, L10 (4) (Fyke et al., 2011) | (1) CS, SW (2) (Eby et al., 2009) |

Notes:

(a) EMBM = energy moisture balance model; DEMBM = energy moisture balance model including some dynamics; SD = statistical-dynamical model; QG = quasi-geostrophic model; 2-D($\phi$, $\lambda$) = vertically averaged; 3-D = three-dimensional; LRAD = linearized radiation scheme; CRAD = comprehensive radiation scheme; NCL = non-interactive cloudiness; ICL = interactive cloudiness; CHEM = chemistry module; $n° \times m°$ = n degrees latitude by m degrees longitude horizontal resolution; Lp = p vertical levels.

(b) FG = frictional geostrophic model; PE = primitive equation model; 2-D($\phi$, z) = zonally averaged; 3-D = three-dimensional; RL = rigid lid; FS = free surface; ISO = isopycnal diffusion; MESO = parameterization of the effect of mesoscale eddies on tracer distribution; TCS = complex turbulence closure scheme; DC = parameterization of density-driven downward-sloping currents; $n° \times m°$ = n degrees latitude by m degrees longitude horizontal resolution; Lp = p vertical levels.

(c) n-LT = n-layer thermodynamic scheme; PD = prescribed drift; DOC = drift with oceanic currents; R = viscous-plastic or elastic-viscous-plastic rheology; 2-LIT = two-level ice thickness distribution (level ice and leads).

(d) PM = prescribed momentum flux; AM = momentum flux anomalies relative to the control run are computed and added to climatological data; NM = no momentum flux adjustment; NH = no heat flux adjustment; RW = regional freshwater flux adjustment; NW = no freshwater flux adjustment.

(e) NST = no explicit computation of soil temperature; n-LST = n-layer soil temperature scheme; NSM = no moisture storage in soil; BSM = bucket model for soil moisture; CSM = complex model for soil moisture; RIV = river routing scheme.

(f) BO = model of oceanic carbon dynamics; BT = model of terrestrial carbon dynamics; BV = dynamical vegetation model.

(g) TM = thermomechanical model; 3-D = three-dimensional; $n° \times m°$ = n degrees latitude by m degrees longitude horizontal resolution; n km × m km = horizontal resolution in kilometres; Lp = p vertical levels.

(h) CS = complex ocean sediment model; SW = simple, specified or diagnostic weathering model.

# 10

# Detection and Attribution of Climate Change: from Global to Regional

**Coordinating Lead Authors:**

Nathaniel L. Bindoff (Australia), Peter A. Stott (UK)

**Lead Authors:**

Krishna Mirle AchutaRao (India), Myles R. Allen (UK), Nathan Gillett (Canada), David Gutzler (USA), Kabumbwe Hansingo (Zambia), Gabriele Hegerl (UK/Germany), Yongyun Hu (China), Suman Jain (Zambia), Igor I. Mokhov (Russian Federation), James Overland (USA), Judith Perlwitz (USA), Rachid Sebbari (Morocco), Xuebin Zhang (Canada)

**Contributing Authors:**

Magne Aldrin (Norway), Beena Balan Sarojini (UK/India), Jürg Beer (Switzerland), Olivier Boucher (France), Pascale Braconnot (France), Oliver Browne (UK), Ping Chang (USA), Nikolaos Christidis (UK), Tim DelSole (USA), Catia M. Domingues (Australia/Brazil), Paul J. Durack (USA/Australia), Alexey Eliseev (Russian Federation), Kerry Emanuel (USA), Graham Feingold (USA), Chris Forest (USA), Jesus Fidel González Rouco (Spain), Hugues Goosse (Belgium), Lesley Gray (UK), Jonathan Gregory (UK), Isaac Held (USA), Greg Holland (USA), Jara Imbers Quintana (UK), William Ingram (UK), Johann Jungclaus (Germany), Georg Kaser (Austria), Veli-Matti Kerminen (Finland), Thomas Knutson (USA), Reto Knutti (Switzerland), James Kossin (USA), Mike Lockwood (UK), Ulrike Lohmann (Switzerland), Fraser Lott (UK), Jian Lu (USA/Canada), Irina Mahlstein (Switzerland), Valérie Masson-Delmotte (France), Damon Matthews (Canada), Gerald Meehl (USA), Blanca Mendoza (Mexico), Viviane Vasconcellos de Menezes (Australia/Brazil), Seung-Ki Min (Republic of Korea), Daniel Mitchell (UK), Thomas Mölg (Germany/Austria), Simone Morak (UK), Timothy Osborn (UK), Alexander Otto (UK), Friederike Otto (UK), David Pierce (USA), Debbie Polson (UK), Aurélien Ribes (France), Joeri Rogelj (Switzerland/Belgium), Andrew Schurer (UK), Vladimir Semenov (Russian Federation), Drew Shindell (USA), Dmitry Smirnov (Russian Federation), Peter W. Thorne (USA/Norway/UK), Muyin Wang (USA), Martin Wild (Switzerland), Rong Zhang (USA)

**Review Editors:**

Judit Bartholy (Hungary), Robert Vautard (France), Tetsuzo Yasunari (Japan)

**This chapter should be cited as:**

Bindoff, N.L., P.A. Stott, K.M. AchutaRao, M.R. Allen, N. Gillett, D. Gutzler, K. Hansingo, G. Hegerl, Y. Hu, S. Jain, I.I. Mokhov, J. Overland, J. Perlwitz, R. Sebbari and X. Zhang, 2013: Detection and Attribution of Climate Change: from Global to Regional. In: Climate Change 2013: *The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

867

# Table of Contents

Executive Summary ................................................ 869

10.1   Introduction ................................................ 872

10.2   Evaluation of Detection and Attribution
       Methodologies ............................................ 872

       10.2.1   The Context of Detection and Attribution ................. 872

       10.2.2   Time Series Methods, Causality and Separating
                Signal from Noise ................................................ 874

       Box 10.1: How Attribution Studies Work ............................... 875

       10.2.3   Methods Based on General Circulation Models
                and Optimal Fingerprinting ......................................... 877

       10.2.4   Single-Step and Multi-Step Attribution and the
                Role of the Null Hypothesis ........................................ 878

10.3   Atmosphere and Surface ............................... 878

       10.3.1   Temperature ....................................................... 878

       Box 10.2: The Sun's Influence on the Earth's Climate ........... 885

       10.3.2   Water Cycle ......................................................... 895

       10.3.3   Atmospheric Circulation and Patterns of
                Variability .............................................................. 899

10.4   Changes in Ocean Properties ........................ 901

       10.4.1   Ocean Temperature and Heat Content ..................... 901

       10.4.2   Ocean Salinity and Freshwater Fluxes ...................... 903

       10.4.3   Sea Level ............................................................ 905

       10.4.4   Oxygen and Ocean Acidity ................................... 905

10.5   Cryosphere ................................................... 906

       10.5.1   Sea Ice .............................................................. 906

       10.5.2   Ice Sheets, Ice Shelves and Glaciers ....................... 909

       10.5.3   Snow Cover ......................................................... 910

10.6   Extremes ...................................................... 910

       10.6.1   Attribution of Changes in Frequency/Occurrence
                and Intensity of Extremes ........................................ 910

       10.6.2   Attribution of Weather and Climate Events .............. 914

10.7   Multi-century to Millennia Perspective ................... 917

       10.7.1   Causes of Change in Large-Scale Temperature over
                the Past Millennium ................................................ 917

       10.7.2   Changes of Past Regional Temperature ..................... 919

       10.7.3   Summary: Lessons from the Past ............................... 919

10.8   Implications for Climate System Properties
       and Projections .............................................. 920

       10.8.1   Transient Climate Response ..................................... 920

       10.8.2   Constraints on Long-Term Climate Change and the
                Equilibrium Climate Sensitivity ............................... 921

       10.8.3   Consequences for Aerosol Forcing and Ocean
                Heat Uptake ......................................................... 926

       10.8.4   Earth System Properties ......................................... 926

10.9   Synthesis ...................................................... 927

       10.9.1   Multi-variable Approaches ...................................... 927

       10.9.2   Whole Climate System ............................................ 927

References ........................................................... 940

Frequently Asked Questions

       FAQ 10.1   Climate Is Always Changing. How Do We
                  Determine the Causes of Observed
                  Changes? .......................................................... 894

       FAQ 10.2   When Will Human Influences on Climate
                  Become Obvious on Local Scales? ....................... 928

Supplementary Material

*Supplementary Material is available in online versions of the report.*

10

## Executive Summary

### Atmospheric Temperatures

**More than half of the observed increase in global mean surface temperature (GMST) from 1951 to 2010 is _very likely_[1] due to the observed anthropogenic increase in greenhouse gas (GHG) concentrations.** The consistency of observed and modeled changes across the climate system, including warming of the atmosphere and ocean, sea level rise, ocean acidification and changes in the water cycle, the cryosphere and climate extremes points to a large-scale warming resulting primarily from anthropogenic increases in GHG concentrations. Solar forcing is the only known natural forcing acting to warm the climate over this period but it has increased much less than GHG forcing, and the observed pattern of long-term tropospheric warming and stratospheric cooling is not consistent with the expected response to solar irradiance variations. The Atlantic Multi-decadal Oscillation (AMO) could be a confounding influence but studies that find a significant role for the AMO show that this does not project strongly onto 1951–2010 temperature trends. {10.3.1, Table 10.1}

**It is _extremely likely_ that human activities caused more than half of the observed increase in GMST from 1951 to 2010.** This assessment is supported by robust evidence from multiple studies using different methods. Observational uncertainty has been explored much more thoroughly than previously and the assessment now considers observations from the first decade of the 21st century and simulations from a new generation of climate models whose ability to simulate historical climate has improved in many respects relative to the previous generation of models considered in AR4. Uncertainties in forcings and in climate models' temperature responses to individual forcings and difficulty in distinguishing the patterns of temperature response due to GHGs and other anthropogenic forcings prevent a more precise quantification of the temperature changes attributable to GHGs. {9.4.1, 9.5.3, 10.3.1, Figure 10.5, Table 10.1}

**GHGs contributed a global mean surface warming _likely_ to be between 0.5°C and 1.3°C over the period 1951–2010, with the contributions from other anthropogenic forcings _likely_ to be between –0.6°C and 0.1°C, from natural forcings _likely_ to be between –0.1°C and 0.1°C, and from internal variability _likely_ to be between –0.1°C and 0.1°C.** Together these assessed contributions are consistent with the observed warming of approximately 0.6°C over this period. {10.3.1, Figure 10.5}

**It is _virtually certain_ that internal variability alone cannot account for the observed global warming since 1951.** The observed global-scale warming since 1951 is large compared to climate model estimates of internal variability on 60-year time scales. The

Northern Hemisphere (NH) warming over the same period is far outside the range of any similar length trends in residuals from reconstructions of the past millennium. The spatial pattern of observed warming differs from those associated with internal variability. The model-based simulations of internal variability are assessed to be adequate to make this assessment. {9.5.3, 10.3.1, 10.7.5, Table 10.1}

**It is _likely_ that anthropogenic forcings, dominated by GHGs, have contributed to the warming of the troposphere since 1961 and _very likely_ that anthropogenic forcings, dominated by the depletion of the ozone layer due to ozone-depleting substances, have contributed to the cooling of the lower stratosphere since 1979.** Observational uncertainties in estimates of tropospheric temperatures have now been assessed more thoroughly than at the time of AR4. The structure of stratospheric temperature trends and multi-year to decadal variations are well represented by models and physical understanding is consistent with the observed and modelled evolution of stratospheric temperatures. Uncertainties in radiosonde and satellite records make assessment of causes of observed trends in the upper troposphere less confident than an assessment of the overall atmospheric temperature changes. {2.4.4, 9.4.1, 10.3.1, Table 10.1}

**Further evidence has accumulated of the detection and attribution of anthropogenic influence on temperature change in different parts of the world.** Over every continental region, except Antarctica, it is _likely_ that anthropogenic influence has made a substantial contribution to surface temperature increases since the mid-20th century. The robust detection of human influence on continental scales is consistent with the global attribution of widespread warming over land to human influence. It is _likely_ that there has been an anthropogenic contribution to the very substantial Arctic warming over the past 50 years. For Antarctica large observational uncertainties result in _low confidence_[2] that anthropogenic influence has contributed to the observed warming averaged over available stations. Anthropogenic influence has _likely_ contributed to temperature change in many sub-continental regions. {2.4.1, 10.3.1, Table 10.1}

**Robustness of detection and attribution of global-scale warming is subject to models correctly simulating internal variability.** Although estimates of multi-decadal internal variability of GMST need to be obtained indirectly from the observational record because the observed record contains the effects of external forcings (meaning the combination of natural and anthropogenic forcings), the standard deviation of internal variability would have to be underestimated in climate models by a factor of at least three to account for the observed warming in the absence of anthropogenic influence. Comparison with observations provides no indication of such a large difference between climate models and observations. {9.5.3, Figures 9.33, 10.2, 10.3.1, Table 10.1}

---

[1] In this Report, the following terms have been used to indicate the assessed likelihood of an outcome or a result: Virtually certain 99–100% probability, Very likely 90–100%, Likely 66–100%, About as likely as not 33–66%, Unlikely 0–33%, Very unlikely 0–10%, Exceptionally unlikely 0–1%. Additional terms (Extremely likely: 95–100%, More likely than not >50–100%, and Extremely unlikely 0–5%) may also be used when appropriate. Assessed likelihood is typeset in italics, e.g., _very likely_ (see Section 1.4 and Box TS.1 for more details).

[2] In this Report, the following summary terms are used to describe the available evidence: limited, medium, or robust; and for the degree of agreement: low, medium, or high. A level of confidence is expressed using five qualifiers: very low, low, medium, high, and very high, and typeset in italics, e.g., _medium confidence_. For a given evidence and agreement statement, different confidence levels can be assigned, but increasing levels of evidence and degrees of agreement are correlated with increasing confidence (see Section 1.4 and Box TS.1 for more details).

BLM_0151383

The observed recent warming hiatus, defined as the reduction in GMST trend during 1998–2012 as compared to the trend during 1951–2012, is attributable in roughly equal measure to a cooling contribution from internal variability and a reduced trend in external forcing (expert judgement, *medium confidence*). The forcing trend reduction is primarily due to a negative forcing trend from both volcanic eruptions and the downward phase of the solar cycle. However, there is *low confidence* in quantifying the role of forcing trend in causing the hiatus because of uncertainty in the magnitude of the volcanic forcing trends and *low confidence* in the aerosol forcing trend. Many factors, in addition to GHGs, including changes in tropospheric and stratospheric aerosols, stratospheric water vapour, and solar output, as well as internal modes of variability, contribute to the year-to-year and decade- to-decade variability of GMST. {Box 9.2, 10.3.1, Figure 10.6}

### Ocean Temperatures and Sea Level Rise

It is *very likely* that anthropogenic forcings have made a substantial contribution to upper ocean warming (above 700 m) observed since the 1970s. This anthropogenic ocean warming has contributed to global sea level rise over this period through thermal expansion. New understanding since AR4 of measurement errors and their correction in the temperature data sets have increased the agreement in estimates of ocean warming. Observations of ocean warming are consistent with climate model simulations that include anthropogenic and volcanic forcings but are inconsistent with simulations that exclude anthropogenic forcings. Simulations that include both anthropogenic and natural forcings have decadal variability that is consistent with observations. These results are a major advance on AR4. {3.2.3, 10.4.1, Table 10.1}

It is *very likely* that there is a substantial contribution from anthropogenic forcings to the global mean sea level rise since the 1970s. It is *likely* that sea level rise has an anthropogenic contribution from Greenland melt since 1990 and from glacier mass loss since 1960s. Observations since 1971 indicate with *high confidence* that thermal expansion and glaciers (excluding the glaciers in Antarctica) explain 75% of the observed rise. {10.4.1, 10.4.3, 10.5.2, Table 10.1, 13.3.6}

### Ocean Acidification and Oxygen Change

It is *very likely* that oceanic uptake of anthropogenic carbon dioxide has resulted in acidification of surface waters which is observed to be between −0.0014 and −0.0024 pH units per year. There is *medium confidence* that the observed global pattern of decrease in oxygen dissolved in the oceans from the 1960s to the 1990s can be attributed in part to human influences. {3.8.2, Box 3.2, 10.4.4, Table 10.1}

### The Water Cycle

New evidence is emerging for an anthropogenic influence on global land precipitation changes, on precipitation increases in high northern latitudes, and on increases in atmospheric humidity. There is *medium confidence* that there is an anthropogenic contribution to observed increases in atmospheric specific humidity since 1973 and to global scale changes in precipitation patterns over land since 1950, including increases in NH mid to high latitudes. Remaining observational and modelling uncertainties, and the large internal variability in precipitation, preclude a more confident assessment at this stage. {2.5.1, 2.5.4, 10.3.2, Table 10.1}

It is *very likely* that anthropogenic forcings have made a discernible contribution to surface and subsurface oceanic salinity changes since the 1960s. More than 40 studies of regional and global surface and subsurface salinity show patterns consistent with understanding of anthropogenic changes in the water cycle and ocean circulation. The expected pattern of anthropogenic amplification of climatological salinity patterns derived from climate models is detected in the observations although there remains incomplete understanding of the observed internal variability of the surface and sub-surface salinity fields. {3.3.2, 10.4.2, Table 10.1}

It is *likely* that human influence has affected the global water cycle since 1960. This assessment is based on the combined evidence from the atmosphere and oceans of observed systematic changes that are attributed to human influence in terrestrial precipitation, atmospheric humidity and oceanic surface salinity through its connection to precipitation and evaporation. This is a major advance since AR4. {3.3.2, 10.3.2, 10.4.2, Table 10.1}

### Cryosphere

Anthropogenic forcings are *very likely* to have contributed to Arctic sea ice loss since 1979. There is a robust set of results from simulations that show the observed decline in sea ice extent is simulated only when models include anthropogenic forcings. There is *low confidence* in the scientific understanding of the observed increase in Antarctic sea ice extent since 1979 owing to the incomplete and competing scientific explanations for the causes of change and *low confidence* in estimates of internal variability. {10.5.1, Table 10.1}

Ice sheets and glaciers are melting, and anthropogenic influences are *likely* to have contributed to the surface melting of Greenland since 1993 and to the retreat of glaciers since the 1960s. Since 2007, internal variability is *likely* to have further enhanced the melt over Greenland. For glaciers there is a high level of scientific understanding from robust estimates of observed mass loss, internal variability and glacier response to climatic drivers. Owing to a low level of scientific understanding there is *low confidence* in attributing the causes of the observed loss of mass from the Antarctic ice sheet since 1993. {4.3.3, 10.5.2, Table 10.1}

It is *likely* that there has been an anthropogenic component to observed reductions in NH snow cover since 1970. There is high agreement across observations studies and attribution studies find a human influence at both continental and regional scales. {10.5.3, Table 10.1}

BLM_0151384

## Climate Extremes

**There has been a strengthening of the evidence for human influence on temperature extremes since the AR4 and IPCC Special Report on Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation (SREX) reports.** It is *very likely* that anthropogenic forcing has contributed to the observed changes in the frequency and intensity of daily temperature extremes on the global scale since the mid-20th century. Attribution of changes in temperature extremes to anthropogenic influence is robustly seen in independent analyses using different methods and different data sets. It is *likely* that human influence has substantially increased the probability of occurrence of heatwaves in some locations. {10.6.1, 10.6.2, Table 10.1}

**In land regions where observational coverage is sufficient for assessment, there is *medium confidence* that anthropogenic forcing has contributed to a global-scale intensification of heavy precipitation over the second half of the 20th century.** There is *low confidence* in attributing changes in drought over global land areas since the mid-20th century to human influence owing to observational uncertainties and difficulties in distinguishing decadal-scale variability in drought from long-term trends. {10.6.1, Table 10.1}

There is *low confidence* in attribution of changes in tropical cyclone activity to human influence owing to insufficient observational evidence, lack of physical understanding of the links between anthropogenic drivers of climate and tropical cyclone activity and the low level of agreement between studies as to the relative importance of internal variability, and anthropogenic and natural forcings. This assessment is consistent with that of SREX. {10.6.1, Table 10.1}

## Atmospheric Circulation

**It is *likely* that human influence has altered sea level pressure patterns globally.** Detectable anthropogenic influence on changes in sea level pressure patterns is found in several studies. Changes in atmospheric circulation are important for local climate change since they could lead to greater or smaller changes in climate in a particular region than elsewhere. There is *medium confidence* that stratospheric ozone depletion has contributed to the observed poleward shift of the southern Hadley Cell border during austral summer. There are large uncertainties in the magnitude of this poleward shift. It is *likely* that stratospheric ozone depletion has contributed to the positive trend in the Southern Annular Mode seen in austral summer since the mid-20th century which corresponds to sea level pressure reductions over the high latitudes and an increase in the subtropics. There is *medium confidence* that GHGs have also played a role in these trends of the southern Hadley Cell border and the Southern Annular Mode in Austral summer. {10.3.3, Table 10.1}

## A Millennia to Multi-Century Perspective

**Taking a longer term perspective shows the substantial role played by anthropogenic and natural forcings in driving climate variability on hemispheric scales prior to the twentieth century.** It is *very unlikely* that NH temperature variations from 1400 to 1850 can be explained by internal variability alone. There is *medium confidence* that external forcing contributed to NH temperature variability from 850 to 1400 and that external forcing contributed to European temperature variations over the last five centuries. {10.7.2, 10.7.5, Table 10.1}

## Climate System Properties

**The extended record of observed climate change has allowed a better characterization of the basic properties of the climate system that have implications for future warming.** New evidence from 21st century observations and stronger evidence from a wider range of studies have strengthened the constraint on the transient climate response (TCR) which is estimated with *high confidence* to be *likely* between 1°C and 2.5°C and *extremely unlikely* to be greater than 3°C. The Transient Climate Response to Cumulative $CO_2$ Emissions (TCRE) is estimated with *high confidence* to be *likely* between 0.8°C and 2.5°C per 1000 PgC for cumulative $CO_2$ emissions less than about 2000 PgC until the time at which temperatures peak. Estimates of the Equilibrium Climate Sensitivity (ECS) based on multiple and partly independent lines of evidence from observed climate change indicate that there is *high confidence* that ECS is *extremely unlikely* to be less than 1°C and *medium confidence* that the ECS is *likely* to be between 1.5°C and 4.5°C and *very unlikely* greater than 6°C. These assessments are consistent with the overall assessment in Chapter 12, where the inclusion of additional lines of evidence increases confidence in the assessed *likely* range for ECS. {10.8.1, 10.8.2, 10.8.4, Box 12.2}

## Combination of Evidence

**Human influence has been detected in the major assessed components of the climate system. Taken together, the combined evidence increases the level of confidence in the attribution of observed climate change, and reduces the uncertainties associated with assessment based on a single climate variable. From this combined evidence it is *virtually certain* that human influence has warmed the global climate system.** Anthropogenic influence has been identified in changes in temperature near the surface of the Earth, in the atmosphere and in the oceans, as well as changes in the cryosphere, the water cycle and some extremes. There is strong evidence that excludes solar forcing, volcanoes and internal variability as the strongest drivers of warming since 1950. {10.9.2, Table 10.1}

10

BLM_0151385

## 10.1   Introduction

This chapter assesses the causes of observed changes assessed in Chapters 2 to 5 and uses understanding of physical processes, climate models and statistical approaches. The chapter adopts the terminology for detection and attribution proposed by the IPCC good practice guidance paper on detection and attribution (Hegerl et al., 2010) and for uncertainty Mastrandrea et al. (2011). Detection and attribution of impacts of climate changes are assessed by Working Group II, where Chapter 18 assesses the extent to which atmospheric and oceanic changes influence ecosystems, infrastructure, human health and activities in economic sectors.

Evidence of a human influence on climate has grown stronger over the period of the four previous assessment reports of the IPCC. There was little observational evidence for a detectable human influence on climate at the time of the First IPCC Assessment Report. By the time of the second report there was sufficient additional evidence for it to conclude that 'the balance of evidence suggests a discernible human influence on global climate'. The Third Assessment Report found that a distinct greenhouse gas (GHG) signal was robustly detected in the observed temperature record and that 'most of the observed warming over the last fifty years is *likely* to have been due to the increase in greenhouse gas concentrations.'

With the additional evidence available by the time of the Fourth Assessment Report, the conclusions were further strengthened. This evidence included a wider range of observational data, a greater variety of more sophisticated climate models including improved representations of forcings and processes and a wider variety of analysis techniques. This enabled the AR4 report to conclude that 'most of the observed increase in global average temperatures since the mid-20th century is *very likely* due to the observed increase in anthropogenic greenhouse gas concentrations'. The AR4 also concluded that 'discernible human influences now extend to other aspects of climate, including ocean warming, continental-average temperatures, temperature extremes and wind patterns.'

A number of uncertainties remained at the time of AR4. For example, the observed variability of ocean temperatures appeared inconsistent with climate models, thereby reducing the confidence with which observed ocean warming could be attributed to human influence. Also, although observed changes in global rainfall patterns and increases in heavy precipitation were assessed to be qualitatively consistent with expectations of the response to anthropogenic forcings, detection and attribution studies had not been carried out. Since the AR4, improvements have been made to observational data sets, taking more complete account of systematic biases and inhomogeneities in observational systems, further developing uncertainty estimates, and correcting detected data problems (Chapters 2 and 3). A new set of simulations from a greater number of AOGCMs have been performed as part of the Coupled Model Intercomparison Project Phase 5 (CMIP5). These new simulations have several advantages over the CMIP3 simulations assessed in the AR4 (Hegerl et al., 2007b). They incorporate some moderate increases in resolution, improved parameterizations, and better representation of aerosols (Chapter 9). Importantly for attri-

bution, in which it is necessary to partition the response of the climate system to different forcings, CMIP5 models include simulations of the response to natural forcings only, and the response to increases in well mixed GHGs only (Taylor et al., 2012).

The advances enabled by this greater wealth of observational and model data are assessed in this chapter. In this assessment, there is increased focus on the extent to which the climate system as a whole is responding in a coherent way across a suite of climate variables such as surface mean temperature, temperature extremes, ocean heat content, ocean salinity and precipitation change. There is also a global to regional perspective, assessing the extent to which not just global mean changes but also spatial patterns of change across the globe can be attributed to anthropogenic and natural forcings.

## 10.2   Evaluation of Detection and Attribution Methodologies

Detection and attribution methods have been discussed in previous assessment reports (Hegerl et al., 2007b) and the IPCC Good Practice Guidance Paper (Hegerl et al., 2010), to which we refer. This section reiterates key points and discusses new developments and challenges.

### 10.2.1   The Context of Detection and Attribution

In IPCC Assessments, detection and attribution involve quantifying the evidence for a causal link between external drivers of climate change and observed changes in climatic variables. It provides the central, although not the only (see Section 1.2.3) line of evidence that has supported statements such as 'the balance of evidence suggests a discernible human influence on global climate' or 'most of the observed increase in global average temperatures since the mid-20th century is *very likely* due to the observed increase in anthropogenic greenhouse gas concentrations.'

The definition of detection and attribution used here follows the terminology in the IPCC guidance paper (Hegerl et al., 2010). '*Detection* of change is defined as the process of demonstrating that climate or a system affected by climate has changed in some defined statistical sense without providing a reason for that change. An identified change is detected in observations if its likelihood of occurrence by chance due to internal variability alone is determined to be small' (Hegerl et al., 2010). *Attribution* is defined as 'the process of evaluating the relative contributions of multiple causal factors to a change or event with an assignment of statistical confidence'. As this wording implies, attribution is more complex than detection, combining statistical analysis with physical understanding (Allen et al., 2006; Hegerl and Zwiers, 2011). In general, a component of an observed change is attributed to a specific causal factor if the observations can be shown to be consistent with results from a process-based model that includes the causal factor in question, and inconsistent with an alternate, otherwise identical, model that excludes this factor. The evaluation of this consistency in both of these cases takes into account internal chaotic variability and known uncertainties in the observations and responses to external causal factors.

BLM_0151386

Attribution does not require, and nor does it imply, that every aspect of the response to the causal factor in question is simulated correctly. Suppose, for example, the global cooling following a large volcano matches the cooling simulated by a model, but the model underestimates the magnitude of this cooling: the observed global cooling can still be attributed to that volcano, although the error in magnitude would suggest that details of the model response may be unreliable. Physical understanding is required to assess what constitutes a plausible discrepancy above that expected from internal variability. Even with complete consistency between models and data, attribution statements can never be made with 100% certainty because of the presence of internal variability.

This definition of attribution can be extended to include antecedent conditions and internal variability among the multiple causal factors contributing to an observed change or event. Understanding the relative importance of internal versus external factors is important in the analysis of individual weather events (Section 10.6.2), but the primary focus of this chapter will be on attribution to factors external to the climate system, like rising GHG levels, solar variability and volcanic activity.

There are four core elements to any detection and attribution study:

1.  Observations of one or more climate variables, such as surface temperature, that are understood, on physical grounds, to be relevant to the process in question

2.  An estimate of how external drivers of climate change have evolved before and during the period under investigation, including both the driver whose influence is being investigated (such as rising GHG levels) and potential confounding influences (such as solar activity)

3.  A quantitative physically based understanding, normally encapsulated in a model, of how these external drivers are thought to have affected these observed climate variables

4.  An estimate, often but not always derived from a physically based model, of the characteristics of variability expected in these observed climate variables due to random, quasi-periodic and chaotic fluctuations generated in the climate system that are not due to externally driven climate change

A climate model driven with external forcing alone is not expected to replicate the observed evolution of internal variability, because of the chaotic nature of the climate system, but it should be able to capture the statistics of this variability (often referred to as 'noise'). The reliability of forecasts of short-term variability is also a useful test of the representation of relevant processes in the models used for attribution, but forecast skill is not necessary for attribution: attribution focuses on changes in the underlying moments of the 'weather attractor', meaning the expected weather and its variability, while prediction focuses on the actual trajectory of the weather around this attractor.

In proposing that 'the process of attribution requires the detection of a change in the observed variable *or closely associated variables*' (Hegerl

et al., 2010), the new guidance recognized that it may be possible, in some instances, to attribute a change in a particular variable to some external factor before that change could actually be detected in the variable itself, provided there is a strong body of knowledge that links a change in that variable to some other variable in which a change can be detected and attributed. For example, it is impossible in principle to detect a trend in the frequency of 1-in-100-year events in a 100-year record, yet if the probability of occurrence of these events is physically related to large-scale temperature changes, and we detect and attribute a large-scale warming, then the new guidance allows attribution of a change in probability of occurrence before such a change can be detected in observations of these events alone. This was introduced to draw on the strength of attribution statements from, for example, time-averaged temperatures, to attribute changes in closely related variables.

Attribution of observed changes is not possible without some kind of model of the relationship between external climate drivers and observable variables. We cannot observe a world in which either anthropogenic or natural forcing is absent, so some kind of model is needed to set up and evaluate quantitative hypotheses: to provide estimates of how we would expect such a world to behave and to respond to anthropogenic and natural forcings (Hegerl and Zwiers, 2011). Models may be very simple, just a set of statistical assumptions, or very complex, complete global climate models: it is not necessary, or possible, for them to be correct in all respects, but they must provide a physically consistent representation of processes and scales relevant to the attribution problem in question.

One of the simplest approaches to detection and attribution is to compare observations with model simulations driven with natural forcings alone, and with simulations driven with all relevant natural and anthropogenic forcings. If observed changes are consistent with simulations that include human influence, and inconsistent with those that do not, this would be sufficient for attribution providing there were no other confounding influences and it is assumed that models are simulating the responses to all external forcings correctly. This is a strong assumption, and most attribution studies avoid relying on it. Instead, they typically assume that models simulate the *shape* of the response to external forcings (meaning the large-scale pattern in space and/or time) correctly, but do not assume that models simulate the *magnitude* of the response correctly. This is justified by our fundamental understanding of the origins of errors in climate modelling. Although there is uncertainty in the size of key forcings and the climate response, the overall shape of the response is better known: it is set in time by the timing of emissions and set in space (in the case of surface temperatures) by the geography of the continents and differential responses of land and ocean (see Section 10.3.1.1.2).

So-called 'fingerprint' detection and attribution studies characterize their results in terms of a best estimate and uncertainty range for 'scaling factors' by which the model-simulated responses to individual forcings can be scaled up or scaled down while still remaining consistent with the observations, accounting for similarities between the patterns of response to different forcings and uncertainty due to internal climate variability. If a scaling factor is significantly larger than zero (at some significance level), then the response to that forcing, as simulated by

**10**

BLM_0151387

that model and given that estimate of internal variability and other potentially confounding responses, is detectable in these observations, whereas if the scaling factor is consistent with unity, then that model-simulated response is consistent with observed changes. Studies do not require scaling factors to be consistent with unity for attribution, but any discrepancy from unity should be understandable in terms of known uncertainties in forcing or response: a scaling factor of 10, for example, might suggest the presence of a confounding factor, calling into question any attribution claim. Scaling factors are estimated by fitting model-simulated responses to observations, so results are unaffected, at least to first order, if the model has a transient climate response, or aerosol forcing, that is too low or high. Conversely, if the spatial or temporal *pattern* of forcing or response is wrong, results can be affected: see Box 10.1 and further discussion in Section 10.3.1.1 and Hegerl and Zwiers (2011) and Hegerl et al. (2011b). Sensitivity of results to the pattern of forcing or response can be assessed by comparing results across multiple models or by representing pattern uncertainty explicitly (Huntingford et al., 2006), but errors that are common to all models (through limited vertical resolution, for example) will not be addressed in this way and are accounted for in this assessment by downgrading overall assessed likelihoods to be generally more conservative than the quantitative likelihoods provided by individual studies.

Attribution studies must compromise between estimating responses to different forcings separately, which allows for the possibility of different errors affecting different responses (errors in aerosol forcing that do not affect the response to GHGs, for example), and estimating responses to combined forcings, which typically gives smaller uncertainties because it avoids the issue of 'degeneracy': if two responses have very similar shapes in space and time, then it may be impossible to estimate the magnitude of both from a single set of observations because amplification of one may be almost exactly compensated for by amplification or diminution of the other (Allen et al., 2006). Many studies find it is possible to estimate the magnitude of the responses to GHG and other anthropogenic forcings separately, particularly when spatial information is included. This is important, because it means the estimated response to GHG increase is not dependent on the uncertain magnitude of forcing and response due to aerosols (Hegerl et al., 2011b).

The simplest way of fitting model-simulated responses to observations is to assume that the responses to different forcings add linearly, so the response to any one forcing can be scaled up or down without affecting any of the others and that internal climate variability is independent of the response to external forcing. Under these conditions, attribution can be expressed as a variant of linear regression (see Box 10.1). The additivity assumption has been tested and found to hold for large-scale temperature changes (Meehl et al., 2003; Gillett et al., 2004) but it might not hold for other variables like precipitation (Hegerl et al., 2007b; Hegerl and Zwiers, 2011; Shiogama et al., 2012), nor for regional temperature changes (Terray, 2012). In principle, additivity is not required for detection and attribution, but to date non-additive approaches have not been widely adopted.

The estimated properties of internal climate variability play a central role in this assessment. These are either estimated empirically from the observations (Section 10.2.2) or from paleoclimate reconstructions

(Section 10.7.1) (Esper et al., 2012) or derived from control simulations of coupled models (Section 10.2.3). The majority of studies use modelled variability and routinely check that the residual variability from observations is consistent with modelled internal variability used over time scales shorter than the length of the instrumental record (Allen and Tett, 1999). Assessing the accuracy of model-simulated variability on longer time scales using paleoclimate reconstructions is complicated by the fact that some reconstructions may not capture the full spectrum of variability because of limitations of proxies and reconstruction methods, and by the unknown role of external forcing in the pre-instrumental record. In general, however, paleoclimate reconstructions provide no clear evidence either way whether models are over- or underestimating internal variability on time scales relevant for attribution (Esper et al., 2012; Schurer et al., 2013).

## 10.2.2   Time Series Methods, Causality and Separating Signal from Noise

Some studies attempt to distinguish between externally driven climate change and changes due to internal variability minimizing the use of climate models, for example, by separating signal and noise by time scale (Schneider and Held, 2001), spatial pattern (Thompson et al., 2009) or both. Other studies use model control simulations to identify patterns of maximum predictability and contrast these with the forced component in climate model simulations (DelSole et al., 2011): see Section 10.3.1. Conclusions of most studies are consistent with those based on fingerprint detection and attribution, while using a different set of assumptions (see review in Hegerl and Zwiers, 2011).

A number of studies have applied methods developed in the econometrics literature (Engle and Granger, 1987) to assess the evidence for a causal link between external drivers of climate and observed climate change, using the observations themselves to estimate the expected properties of internal climate variability (e.g., Kaufmann and Stern, 1997). The advantage of these approaches is that they do not depend on the accuracy of any complex global climate model, but they nevertheless have to assume some kind of model, or restricted class of models, of the properties of the variables under investigation. Attribution is impossible without a model: although this model may be implicit in the statistical framework used, it is important to assess its physical consistency (Kaufmann et al., 2013). Many of these time series methods can be cast in the overall framework of co-integration and error correction (Kaufmann et al., 2011), which is an approach to analysing relationships between stationary and non-stationary time series. If there is a consistent causal relationship between two or more possibly non-stationary time series, then it should be possible to find a linear combination such that the residual is stationary (contains no stochastic trend) over time (Kaufmann and Stern, 2002; Kaufmann et al., 2006; Mills, 2009). Co-integration methods are thus similar in overall principle to regression-based approaches (e.g., Douglass et al., 2004; Stone and Allen, 2005; Lean, 2006) to the extent that regression studies take into account the expected time series properties of the data—the example described in Box 10.1 might be characterized as looking for a linear combination of anthropogenic and natural forcings such that the observed residuals were consistent with internal climate variability as simulated by the CMIP5 models. Co-integration and error correction methods, however, generally make more explicit use of time

BLM_0151388

**Box 10.1 | How Attribution Studies Work**

This box presents an idealized demonstration of the concepts underlying most current approaches to detection and attribution of climate change and how these relate to conventional linear regression. The coloured dots in Box 10.1a, Figure 1 show observed annual GMST from 1861 to 2012, with warmer years coloured red and colder years coloured blue. Observations alone indicate, unequivocally, that the Earth has warmed, but to quantify how different external factors have contributed to this warming, studies must compare such observations with the expected responses to these external factors. The orange line shows an estimate of the GMST response to anthropogenic (GHG and aerosol) forcing obtained from the mean of the CMIP3 and CMIP5 ensembles, while the blue line shows the CMIP3/CMIP5 ensemble mean response to natural (solar and volcanic) forcing.

In statistical terms, attribution involves finding the combination of these anthropogenic and natural responses that best fits these observations: this is shown by the black line in panel (a). To show how this fit is obtained in non-technical terms, the data are plotted against model-simulated anthropogenic warming, instead of time, in panel (b). There is a strong correlation between observed temperatures and model-simulated anthropogenic warming, but because of the presence of natural factors and internal climate variability, correlation alone is not enough for attribution.

To quantify how much of the observed warming is attributable to human influence, panel (c) shows observed temperatures plotted against the model-simulated response to anthropogenic forcings in one direction and natural forcings in the other. Observed temperatures increase with both natural and anthropogenic model-simulated warming: the warmest years are in the far corner of the box. A flat surface through these points (here obtained by an ordinary least-squares fit), indicated by the coloured mesh, slopes up away from the viewer.

The orientation of this surface indicates how model-simulated responses to natural and anthropogenic forcing need to be scaled to reproduce the observations. The best-fit gradient in the direction of anthropogenic warming (visible on the rear left face of the box) is 0.9, indicating the CMIP3/CMIP5 ensemble average overestimates the magnitude of the observed response to anthropogenic forcing by about 10%. The best-fit gradient in the direction of natural changes (visible on the rear right face) is 0.7, indicating that the observed response to natural forcing is 70% of the average model-simulated response. The black line shows the points on this flat surface that are directly above or below the observations: each 'pin' corresponds to a different year. When re-plotted against time, indicated by the years on the rear left face of the box, this black line gives the black line previously seen in panel (a). The length of the pins indicates 'residual' temperature fluctuations due to internal variability.

The timing of these residual temperature fluctuations is unpredictable, representing an inescapable source of uncertainty. We can quantify this uncertainty by asking how the gradients of the best-fit surface might vary if El Niño events, for example, had occurred in different years in the observed temperature record. To do this, we repeat the analysis in panel (c), replacing observed temperatures with samples of simulated internal climate variability from control runs of coupled climate models. Grey diamonds in panel (d) show the results: these gradients cluster around zero, because control runs have no anthropogenic or natural forcing, but there is still some scatter. Assuming that internal variability in global temperature simply adds to the response to external forcing, this scatter provides an estimate of uncertainty in the gradients, or scaling factors, required to reproduce the observations, shown by the red cross and ellipse.

The red cross and ellipse are clearly separated from the origin, which means that the slope of the best-fit surface through the observations cannot be accounted for by internal variability: some climate change is detected in these observations. Moreover, it is also separated from both the vertical and horizontal axes, which means that the responses to both anthropogenic and natural factors are individually detectable.

The magnitude of observed temperature change is consistent with the CMIP3/CMIP5 ensemble average response to anthropogenic forcing (uncertainty in this scaling factor spans unity) but is significantly lower than the model-average response to natural forcing (this 5 to 95% confidence interval excludes unity). There are, however, reasons why these models may be underestimating the response to volcanic forcing (e.g., Driscoll et al, 2012), so this discrepancy does not preclude detection and attribution of both anthropogenic and natural influence, as simulated by the CMIP3/CMIP5 ensemble average, in the observed GMST record.

The top axis in panel (d) indicates the attributable anthropogenic warming over 1951–2010, estimated from the anthropogenic warming in the CMIP3/CMIP5 ensemble average, or the gradient of the orange line in panel (a) over this period. Because the model-simulated responses have been scaled to fit the observations, the attributable anthropogenic warming in this example is 0.6°C to 0.9°C and does not depend on the magnitude of the raw model-simulated changes. Hence an attribution statement based on such an analysis,

*(continued on next page)*

875

*Box 10.1 (continued)*

such as 'most of the warming over the past 50 years is attributable to anthropogenic drivers', depends only on the shape, or time history, not the size, of the model-simulated warming, and hence does not depend on the models' sensitivity to rising GHG levels.

Formal attribution studies like this example provide objective estimates of how much recent warming is attributable to human influence. Attribution is not, however, a purely statistical exercise. It also requires an assessment that there are no confounding factors that could have caused a large part of the 'attributed' change. Statistical tests can be used to check that observed residual temperature fluctuations (the lengths and clustering of the pins in panel (c)) are consistent with internal variability expected from coupled models, but ultimately these tests must complement physical arguments that the combination of responses to anthropogenic and natural forcing is the only available consistent explanation of recent observed temperature change.

This demonstration assumes, for visualization purposes, that there are only two candidate contributors to the observed warming, anthropogenic and natural, and that only GMST is available. More complex attribution problems can be undertaken using the same principles, such as aiming to separate the response to GHGs from other anthropogenic factors by also including spatial information. These require, in effect, an extension of panel (c), with additional dimensions corresponding to additional causal factors, and additional points corresponding to temperatures in different regions.



**Box 10.1, Figure 1** | Example of a simplified detection and attribution study. (a) Observed global annual mean temperatures relative to 1880–1920 (coloured dots) compared with CMIP3/CMIP5 ensemble-mean response to anthropogenic forcing (orange), natural forcing (blue) and best-fit linear combination (black). (b) As (a) but all data plotted against model-simulated anthropogenic warming in place of time. Selected years (increasing nonlinearly) shown on top axis. (c) Observed temperatures versus model-simulated anthropogenic and natural temperature changes, with best-fit plane shown by coloured mesh. (d) Gradient of best-fit plane in (c), or scaling on model-simulated responses required to fit observations (red diamond) with uncertainty estimate (red ellipse and cross) based on CMIP5 control integrations (grey diamonds). Implied attributable anthropogenic warming over the period 1951–2010 is indicated by the top axis. Anthropogenic and natural responses are noise-reduced with 5-point running means, with no smoothing over years with major volcanoes.

BLM_0151390

series properties (notice how date information is effectively discarded in panel (b) of Box 10.1, Figure 1) and require fewer assumptions about the stationarity of the input series.

All of these approaches are subject to the issue of confounding factors identified by Hegerl and Zwiers (2011). For example, Beenstock et al. (2012) fail to find a consistent co-integrating relationship between atmospheric carbon dioxide ($CO_2$) concentrations and GMST using polynomial cointegration tests, but the fact that $CO_2$ concentrations are derived from different sources in different periods (ice cores prior to the mid-20th-century, atmospheric observations thereafter) makes it difficult to assess the physical significance of their result, particularly in the light of evidence for co-integration between temperature and radiative forcing (RF) reported by Kaufmann et al. (2011) using tests of linear cointegration, and also the results of Gay-Garcia et al. (2009), who find evidence for external forcing of climate using time series properties.

The assumptions of the statistical model employed can also influence results. For example, Schlesinger and Ramankutty (1994) and Zhou and Tung (2013a) show that GMST are consistent with a linear anthropogenic trend, enhanced variability due to an approximately 70-year Atlantic Meridional Oscillation (AMO) and shorter-term variability. If, however, there are physical grounds to expect a nonlinear anthropogenic trend (see Box 10.1 Figure 1a), the assumption of a linear trend can itself enhance the variance assigned to a low-frequency oscillation. The fact that the AMO index is estimated from detrended historical temperature observations further increases the risk that its variance may be overestimated, because regressors and regressands are not independent. Folland et al. (2013), using a physically based estimate of the anthropogenic trend, find a smaller role for the AMO in recent warming.

Time series methods ultimately depend on the structural adequacy of the statistical model employed. Many such studies, for example, use models that assume a single exponential decay time for the response to both external forcing and stochastic fluctuations. This can lead to an overemphasis on short-term fluctuations, and is not consistent with the response of more complex models (Knutti et al., 2008). Smirnov and Mokhov (2009) propose an alternative characterization that allows them to distinguish a 'long-term causality' that focuses on low-frequency changes. Trends that appear significant when tested against an AR(1) model may not be significant when tested against a process that supports this 'long-range dependence' (Franzke, 2010). Although the evidence for long-range dependence in global temperature data remains a topic of debate (Mann, 2011; Rea et al., 2011), it is generally desirable to explore sensitivity of results to the specification of the statistical model, and also to other methods of estimating the properties of internal variability, such as more complex climate models, discussed next. For example, Imbers et al. (2013) demonstrate that the detection of the influence of increasing GHGs in the global temperature record is robust to the assumption of a Fractional Differencing (FD) model of internal variability, which supports long-range dependence.

### 10.2.3   Methods Based on General Circulation Models and Optimal Fingerprinting

Fingerprinting methods use climate model simulations to provide more complete information about the expected response to different external drivers, including spatial information, and the properties of internal climate variability. This can help to separate patterns of forced change both from each other and from internal variability. The price, however, is that results depend to some degree on the accuracy of the shape of model-simulated responses to external factors (e.g., North and Stevens, 1998), which is assessed by comparing results obtained with expected responses estimated from different climate models. When the signal-to-noise (S/N) ratio is low, as can be the case for some regional indicators and some variables other than temperature, the accuracy of the specification of variability becomes a central factor in the reliability of any detection and attribution study. Many studies of such variables inflate the variability estimate from models to determine if results are sensitive to, for example, doubling of variance in the control (e.g., Zhang et al., 2007), although Imbers et al. (2013) note that errors in the spectral properties of simulated variability may also be important.

A full description of optimal fingerprinting is provided in Appendix 9.A of Hegerl et al. (2007b) and further discussion is to be found in Hasselmann (1997), Allen and Tett (1999), Allen et al. (2006), and Hegerl and Zwiers (2011). Box 10.1 provides a simple example of 'fingerprinting' based on GMST alone. In a typical fingerprint analysis, model-simulated spatio-temporal patterns of response to different combinations of external forcings, including segments of control integrations with no forcing, are used in a similar manner to the historical record (masking out times and regions where observations are absent). The magnitudes of the model-simulated responses are then estimated in the observations using a variant of linear regression, possibly allowing for signals being contaminated by internal variability (Allen and Stott, 2003) and structural model uncertainty (Huntingford et al., 2006).

In 'optimal' fingerprinting, model-simulated responses and observations are normalized by internal variability to improve the S/N ratio. This requires an estimate of the inverse noise covariance estimated from the sample covariance matrix of a set of unforced (control) simulations (Hasselmann, 1997), or from variations within an initial-condition ensemble. Because these control runs are generally too short to estimate the full covariance matrix, a truncated version is used, retaining only a small number, typically of order 10 to 20, of high-variance principal components. Sensitivity analyses are essential to ensure results are robust to this, relatively arbitrary, choice of truncation (Allen and Tett, 1999; Ribes and Terray, 2013; Jones et al., 2013 ). Ribes et al. (2009) use a regularized estimate of the covariance matrix, meaning a linear combination of the sample covariance matrix and a unit matrix that has been shown (Ledoit and Wolf, 2004) to provide a more accurate estimate of the true covariance, thereby avoiding dependence on truncation. Optimization of S/N ratio is not, however, essential for many attribution results (see, e.g., Box 10.1) and uncertainty analysis in conventional optimal fingerprinting does not require the covariance matrix to be inverted, so although regularization may help in some cases, it is not essential. Ribes et al. (2010) also propose a hybrid of the model-based optimal fingerprinting and time series approaches, referred to as 'temporal optimal detection', under which each signal is assumed to consist of a single spatial pattern modulated by a smoothly varying time series estimated from a climate model (see also Santer et al., 1994).

10

BLM_0151391

The final statistical step in an attribution study is to check that the residual variability, after the responses to external drivers have been estimated and removed, is consistent with the expected properties of internal climate variability, to ensure that the variability used for uncertainty analysis is realistic, and that there is no evidence that a potentially confounding factor has been omitted. Many studies use a standard *F*-test of residual consistency for this purpose (Allen and Tett, 1999). Ribes et al. (2013) raise some issues with this test, but key results are not found to be sensitive to different formulations. A more important issue is that the *F*-test is relatively weak (Berliner et al., 2000; Allen et al., 2006; Terray, 2012), so 'passing' this test is not a safeguard against unrealistic variability, which is why estimates of internal variability are discussed in detail in this chapter and in Chapter 9.

A further consistency check often used in optimal fingerprinting is whether the estimated magnitude of the externally driven responses are consistent between model and observations (scaling factors consistent with unity in Box 10.1): if they are not, attribution is still possible provided the discrepancy is explicable in terms of known uncertainties in the magnitude of either forcing or response. As is emphasized in Section 10.2.1 and Box 10.1, attribution is not a purely statistical assessment: physical judgment is required to assess whether the combination of responses considered allows for all major potential confounding factors and whether any remaining discrepancies are consistent with a physically based understanding of the responses to external forcing and internal climate variability.

### 10.2.4   Single-Step and Multi-Step Attribution and the Role of the Null Hypothesis

Attribution studies have traditionally involved explicit simulation of the response to external forcing of an observable variable, such as surface temperature, and comparison with corresponding observations of that variable. This so-called 'single-step attribution' has the advantage of simplicity, but restricts attention to variables for which long and consistent time series of observations are available and that can be simulated explicitly in current models driven solely with external climate forcing.

To address attribution questions for variables for which these conditions are not satisfied, Hegerl et al. (2010) introduced the notation of 'multi-step attribution', formalizing existing practice (e.g., Stott et al., 2004). In a multi-step attribution study, the attributable change in a variable such as large-scale surface temperature is estimated with a single-step procedure, along with its associated uncertainty, and the implications of this change are then explored in a further (physically or statistically based) modelling step. Overall conclusions can only be as robust as the least certain link in the multi-step procedure. As the focus shifts towards more noisy regional changes, it can be difficult to separate the effect of different external forcings. In such cases, it can be useful to detect the response to all external forcings, and then determine the most important factors underlying the attribution results by reference to a closely related variable for which a full attribution analysis is available (e.g., Morak et al., 2011).

Attribution results are typically expressed in terms of conventional 'frequentist' confidence intervals or results of hypothesis tests: when it is

reported that the response to anthropogenic GHG increase is *very likely* greater than half the total observed warming, it means that the null hypothesis that the GHG-induced warming is less than half the total can be rejected with the data available at the 10% significance level. Expert judgment is required in frequentist attribution assessments, but its role is limited to the assessment of whether internal variability and potential confounding factors have been adequately accounted for, and to downgrade nominal significance levels to account for remaining uncertainties. Uncertainties may, in some cases, be further reduced if prior expectations regarding attribution results themselves are incorporated, using a Bayesian approach, but this not currently the usual practice.

This traditional emphasis on single-step studies and placing lower bounds on the magnitude of signals under investigation means that, very often, the communication of attribution results tends to be conservative, with attention focussing on whether or not human influence in a particular variable might be zero, rather than the upper end of the confidence interval, which might suggest a possible response much bigger than current model-simulated changes. Consistent with previous Assessments and the majority of the literature, this chapter adopts this conservative emphasis. It should, however, be borne in mind that this means that positive attribution results will tend to be biased towards well-observed, well-modelled variables and regions, which should be taken into account in the compilation of global impact assessments (Allen, 2011; Trenberth, 2011a).

## 10.3   Atmosphere and Surface

This section assesses causes of change in the atmosphere and at the surface over land and ocean.

### 10.3.1   Temperature

Temperature is first assessed near the surface of the Earth in Section 10.3.1.1 and then in the free atmosphere in Section 10.3.1.2.

10.3.1.1   Surface (Air Temperature and Sea Surface Temperature)

10.3.1.1.1   Observations of surface temperature change

GMST warmed strongly over the period 1900–1940, followed by a period with little trend, and strong warming since the mid-1970s (Section 2.4.3, Figure 10.1). Almost all observed locations have warmed since 1901 whereas over the satellite period since 1979 most regions have warmed while a few regions have cooled (Section 2.4.3; Figure 10.2). Although this picture is supported by all available global near-surface temperature data sets, there are some differences in detail between them, but these are much smaller than both interannual variability and the long-term trend (Section 2.4.3). Since 1998 the trend in GMST has been small (see Section 2.4.3, Box 9.2). Urbanization is *unlikely* to have caused more than 10% of the measured centennial trend in land mean surface temperature, though it may have contributed substantially more to regional mean surface temperature trends in rapidly developing regions (Section 2.4.1.3).

BLM_0151392

#### 10.3.1.1.2  Simulations of surface temperature change

As discussed in Section 10.1, the CMIP5 simulations have several advantages compared to the CMIP3 simulations assessed by (Hegerl et al., 2007b) for the detection and attribution of climate change. Figure 10.1a shows that when the effects of anthropogenic and natural external forcings are included in the CMIP5 simulations the spread of sim-

ulated GMST anomalies spans the observational estimates of GMST anomaly in almost every year whereas this is not the case for simulations in which only natural forcings are included (Figure 10.1b) (see also Jones et al., 2013; Knutson et al., 2013). Anomalies are shown relative to 1880–1919 rather than absolute temperatures. Showing anomalies is necessary to prevent changes in observational coverage being reflected in the calculated global mean and is reasonable



**Figure 10.1 |** (Left-hand column) Three observational estimates of global mean surface temperature (GMST, black lines) from Hadley Centre/Climatic Research Unit gridded surface temperature data set 4 (HadCRUT4), Goddard Institute of Space Studies Surface Temperature Analysis (GISTEMP), and Merged Land–Ocean Surface Temperature Analysis (MLOST), compared to model simulations [CMIP3 models – thin blue lines and CMIP5 models – thin yellow lines] with anthropogenic and natural forcings (a), natural forcings only (b) and greenhouse gas (GHG) forcing only (c). Thick red and blue lines are averages across all available CMIP5 and CMIP3 simulations respectively. CMIP3 simulations were not available for GHG forcing only (c). All simulated and observed data were masked using the HadCRUT4 coverage (as this data set has the most restricted spatial coverage), and global average anomalies are shown with respect to 1880–1919, where all data are first calculated as anomalies relative to 1961–1990 in each grid box. Inset to (b) shows the three observational data sets distinguished by different colours. (Adapted from Jones et al., 2013.) (Right-hand column) Net adjusted forcing in CMIP5 models due to anthropogenic and natural forcings (d), natural forcings only (e) and GHGs only (f). (From Forster et al., 2013.) Individual ensemble members are shown by thin yellow lines, and CMIP5 multi-model means are shown as thick red lines.

BLM_0151393

because climate sensitivity is not a strong function of the bias in GMST in the CMIP5 models (Section 9.7.1; Figure 9.42). Simulations with GHG changes only, and no changes in aerosols or other forcings, tend to simulate more warming than observed (Figure 10.1c), as expected. Better agreement between models and observations when the models include anthropogenic forcings is also seen in the CMIP3 simulations (Figure 10.1, thin blue lines). RF in the simulations including anthropogenic and natural forcings differs considerably among models (Figure 10.1d), and forcing differences explain much of the differences in temperature response between models over the historical period (Forster et al., 2013 ). Differences between observed GMST based on three observational data sets are small compared to forced changes (Figure 10.1).

As discussed in Section 10.2, detection and attribution assessments are more robust if they consider more than simple consistency arguments. Analyses that allow for the possibility that models might be consistently over- or underestimating the magnitude of the response to climate forcings are assessed in Section 10.3.1.1.3, the conclusions from which are not affected by evidence that model spread in GMST in CMIP3, is smaller than implied by the uncertainty in RF (Schwartz et al., 2007). Although there is evidence that CMIP3 models with a higher climate sensitivity tend to have a smaller increase in RF over the historical period (Kiehl, 2007; Knutti, 2008; Huybers, 2010), no such relationship was found in CMIP5 (Forster et al., 2013 ) which

may explain the wider spread of the CMIP5 ensemble compared to the CMIP3 ensemble (Figure 10.1a). Climate model parameters are typically chosen primarily to reproduce features of the mean climate and variability (Box 9.1), and CMIP5 aerosol emissions are standardized across models and based on historical emissions (Lamarque et al., 2010; Section 8.2.2), rather than being chosen by each modelling group independently (Curry and Webster, 2011; Hegerl et al., 2011c).

Figure 10.2a shows the pattern of annual mean surface temperature trends observed over the period 1901–2010, based on Hadley Centre/Climatic Research Unit gridded surface temperature data set 4 (HadCRUT4). Warming has been observed at almost all locations with sufficient observations available since 1901. Rates of warming are generally higher over land areas compared to oceans, as is also apparent over the 1951–2010 period (Figure 10.2c), which simulations indicate is due mainly to differences in local feedbacks and a net anomalous heat transport from oceans to land under GHG forcing, rather than differences in thermal inertia (e.g., Boer, 2011). Figure 10.2e demonstrates that a similar pattern of warming is simulated in the CMIP5 simulations with natural and anthropogenic forcing over the 1901–2010 period. Over most regions, observed trends fall between the 5th and 95th percentiles of simulated trends, and van Oldenborgh et al. (2013) find that over the 1950–2011 period the pattern of observed grid cell trends agrees with CMIP5 simulated trends to within a combination of



Figure 10.2 | Trends in observed and simulated temperatures (K over the period shown) over the 1901–2010 (a, e, i, m), 1901–1950 (b, f, j, n), 1951–2010 (c, g, k, o) and 1979–2010 (d, h, l, p) periods. Trends in observed temperatures from the Hadley Centre/Climatic Research Unit surface temperature data set 4 (HadCRUT4) (a–d), CMIP3 and CMIP5 model simulations including anthropogenic and natural forcings (e–h), CMIP3 and CMIP5 model simulations including natural forcings only (i–l) and CMIP3 and CMIP5 model simulations including greenhouse gas forcing only (m–p). Trends are shown only where sufficient observational data are available in the HadCRUT4 data set, and grid cells with insufficient observations to derive trends are shown in grey. Boxes in (e–p) show where the observed trend lies outside the 5 to 95th percentile range of simulated trends, and the ratio of the number of such grid cells to the total number of grid cells with sufficient data is shown as a percentage in the lower right of each panel. (Adapted from Jones et al., 2013.)

BLM_0151394

model spread and internal variability. Areas of disagreement over the 1901–2010 period include parts of Asia and the Southern Hemisphere (SH) mid-latitudes, where the simulations warm less than the observations, and parts of the tropical Pacific, where the simulations warm more than the observations (Jones et al., 2013; Knutson et al., 2013). Stronger warming in observations than models over parts of East Asia could in part be explained by uncorrected urbanization influence in the observations (Section 2.4.1.3), or by an overestimate of the response to aerosol increases. Trends simulated in response to natural forcings only are generally close to zero, and inconsistent with observed trends in most locations (Figure 10.2i) (see also Knutson et al., 2013). Trends simulated in response to GHG changes only over the 1901–2010 period are larger than those observed at most locations, and in many cases significantly so (Figure 10.2m). This is expected because these simulations do not include the cooling effects of aerosols. Differences in patterns of simulated and observed seasonal mean temperature trends and possible causes are considered in more detail in Box 11.2.

Over the period 1979–2010 most observed regions exhibited warming (Figure 10.2d), but much of the eastern Pacific and Southern Oceans cooled. These regions of cooling are not seen in the simulated trends over this period in response to anthropogenic and natural forcing (Figure 10.2h), which show significantly more warming in much of these regions (Jones et al., 2013; Knutson et al., 2013). This cooling and reduced warming over the Southern Hemisphere mid-latitudes over the 1979–2010 period can also be seen in the zonal mean trends (Figure 10.3d), which also shows that the models tend to warm too much in this region over this period. However, there is no discrepancy in zonal mean temperature trends over the longer 1901–2010 period in this region (Figure 10.3a), suggesting that the discrepancy over the 1979–2010 period either may be an unusually strong manifestation of internal variability in the observations or relate to regionally important forcings over the past three decades which are not included in most CMIP5 simulations, such as sea salt aerosol increases due to strengthened high latitude winds (Korhonen et al., 2010), or sea ice extent increases driven by freshwater input from ice shelf melting (Bintanja et al., 2013). Except at high latitudes, zonal mean trends over the 1901–2010 period in all three data sets are inconsistent with naturally forced trends, indicating a detectable anthropogenic signal in most zonal means over this period (Figure 10.3a). McKitrick and Tole (2012) find that few CMIP3 models have significant explanatory power when fitting the spatial pattern of 1979–2002 trends in surface temperature over land, by which they mean that these models add little or no skill to a fit including the spatial pattern of tropospheric temperature trends as well as the major atmospheric oscillations. This is to be expected, as temperatures in the troposphere are well correlated in the vertical, and local temperature trends over so short a period are dominated by internal variability.

CMIP5 models generally exhibit realistic variability in GMST on decadal to multi-decadal time scales (Jones et al., 2013; Knutson et al., 2013; Section 9.5.3.1, Figure 9.33), although it is difficult to evaluate internal variability on multi-decadal time scales in observations given the shortness of the observational record and the presence of external forcing. The observed trend in GMST since the 1950s is very large compared to model estimates of internal variability (Stott et al., 2010; Drost et al., 2012; Drost and Karoly, 2012). Knutson et al. (2013) compare observed



**Figure 10.3 |** Zonal mean temperature trends over the 1901–2010 (a), 1901–1950 (b), 1951–2010 (c) and 1979–2010 (d) periods. Solid lines show Hadley Centre/Climatic Research Unit gridded surface temperature data set 4 (HadCRUT4, red), Goddard Institute of Space Studies Surface Temperature Analysis (GISTEMP, brown) and Merged Land–Ocean Surface Temperature Analysis (MLOST, green) observational data sets, orange hatching represents the 90% central range of CMIP3 and CMIP5 simulations with anthropogenic and natural forcings, and blue hatching represents the 90% central range of CMIP3 and CMIP5 simulations with natural forcings only. All model and observations data are masked to have the same coverage as HadCRUT4. (Adapted from Jones et al., 2013.)

trends in GMST with a combination of simulated internal variability and the response to natural forcings and find that the observed trend would still be detected for trends over this period even if the magnitude of the simulated natural variability (i.e., the standard deviation of trends) were tripled.

### 10.3.1.1.3   Attribution of observed global-scale temperature changes

**The evolution of temperature since the start of the global instrumental record**

Since the AR4, detection and attribution studies have been carried out using new model simulations with more realistic forcings, and new observational data sets with improved representation of uncertainty (Christidis et al., 2010; Jones et al., 2011, 2013; Gillett et al., 2012, 2013; Stott and Jones, 2012; Knutson et al., 2013; Ribes and Terray, 2013). Although some inconsistencies between the simulated and observed responses to forcings in individual models were identified ( Gillett et al., 2013; Jones et al., 2013; Ribes and Terray 2013) over-

881

all these results support the AR4 assessment that GHG increases *very likely* caused most (>50%) of the observed GMST increase since the mid-20th century (Hegerl et al., 2007b).

The results of multiple regression analyses of observed temperature changes onto the simulated responses to GHG, other anthropogenic and natural forcings are shown in Figure 10.4 (Gillett et al., 2013; Jones et al., 2013; Ribes and Terray, 2013). The results, based on Had-CRUT4 and a multi-model average, show robustly detected responses to GHG in the observational record whether data from 1861–2010 or only from 1951–2010 are analysed (Figure 10.4b). The advantage of analysing the longer period is that more information on observed and modelled changes is included, while a disadvantage is that it is difficult to validate climate models' estimates of internal variability over such a long period. Individual model results exhibit considerable spread among scaling factors, with estimates of warming attributable to each forcing sensitive to the model used for the analsys (Figure 10.4; Gillett

et al., 2013; Jones et al., 2013; Ribes and Terray, 2013), the period over which the analysis is applied (Figure 10.4; Gillett et al., 2013; Jones et al., 2013), and the Empirical Orthogonal Function (EOF) truncation or degree of spatial filtering (Jones et al., 2013; Ribes and Terray, 2013). In some cases the GHG response is not detectable in regressions using individual models (Figure 10.4; Gillett et al., 2013; Jones et al., 2013; Ribes and Terray, 2013), or a residual test is failed (Gillett et al., 2013; Jones et al., 2013; Ribes and Terray, 2013), indicating a poor fit between the simulated response and observed changes. Such cases are probably due largely to errors in the spatio-temporal pattern of responses to forcings simulated in individual models (Ribes and Terray, 2013), although observational error and internal variability errors could also play a role. Nonetheless, analyses in which responses are averaged across multiple models generally show much less sensitivity to period and EOF trucation (Gillett et al., 2013; Jones et al., 2013), and more consistent residuals (Gillett et al., 2013), which may be because model response errors are smaller in a multi-model mean.



**Figure 10.4 |** (a) Estimated contributions of greenhouse gas (GHG, green), other anthropogenic (yellow) and natural (blue) forcing components to observed global mean surface temperature (GMST) changes over the 1951–2010 period. (b) Corresponding scaling factors by which simulated responses to GHG (green), other anthropogenic (yellow) and natural forcings (blue) must be multiplied to obtain the best fit to Hadley Centre/Climatic Research Unit gridded surface temperature data set 4 (HadCRUT4; Morice et al., 2012) observations based on multiple regressions using response patterns from nine climate models individually and multi-model averages (multi). Results are shown based on an analysis over the 1901–2010 period (squares, Ribes and Terray, 2013), an analysis over the 1861–2010 period (triangles, Gillett et al., 2013) and an analysis over the 1951–2010 period (diamonds, Jones et al., 2013). (c, d) As for (a) and (b) but based on multiple regressions estimating the contributions of total anthropogenic forcings (brown) and natural forcings (blue) based on an analysis over 1901–2010 period (squares, Ribes and Terray, 2013) and an analysis over the 1861–2010 period (triangles, Gillett et al., 2013). Coloured bars show best estimates of the attributable trends (a and c) and 5 to 95% confidence ranges of scaling factors (b and d). Vertical dashed lines in (a) and (c) show the best estimate HadCRUT4 observed trend over the period concerned. Vertical dotted lines in (b) and (d) denote a scaling factor of unity.

BLM_0151396

We derive assessed ranges for the attributable contributions of GHGs, other anthropogenic forcings and natural forcings by taking the smallest ranges with a precision of one decimal place that span the 5 to 95% ranges of attributable trends over the 1951–2010 period from the Jones et al. (2013) weighted multi-model analysis and the Gillett et al. (2013) multi-model analysis considering observational uncertainty (Figure 10.4a). The assessed range for the attributable contribution of combined anthropogenic forcings was derived in the same way from the Gillett et al. (2013) multi-model attributable trend and shown in Figure 10.4c. We moderate our likelihood assessment and report *likely* ranges rather than the *very likely* ranges directly implied by these studies in order to account for residual sources of uncertainty including sensitivity to EOF truncation and analysis period (e.g., Ribes and Terray, 2013). In this context, GHGs means well-mixed greenhouse gases (WMGHGs), other anthropogenic forcings means aerosol changes, and in most models ozone changes and land use changes, and natural forcings means solar irradiance changes and volcanic aerosols. Over the 1951–2010 period, the observed GMST increased by approximately 0.6°C. GHG increases *likely* contributed 0.5°C to 1.3°C, other anthropogenic forcings *likely* contributed –0.6°C to 0.1°C and natural forcings *likely* contributed –0.1°C to 0.1°C to observed GMST trends over this period. Internal variability *likely* contributed –0.1°C to 0.1°C to observed trends over this period (Knutson et al., 2013). This assessment is shown schematically in Figure 10.5. The assessment is supported additionally by a complementary analysis in which the parameters of an Earth System Model of Intermediate Complexity (EMIC) were constrained using observations of near-surface temperature and ocean heat content, as well as prior information on the magnitudes of forcings, and which concluded that GHGs have caused 0.6°C to 1.1°C (5 to 95% uncertainty) warming since the mid-20th century (Huber and Knutti, 2011); an analysis by Wigley and Santer (2013), who used an energy balance model and RF and climate sensitivity estimates from AR4, and they concluded that there was about a 93% chance that GHGs caused a warming greater than observed over the 1950–2005 period; and earlier detection and attribution studies assessed in the AR4 (Hegerl et al., 2007b).

The inclusion of additional data to 2010 (AR4 analyses stopped at 1999; Hegerl et al. (2007b)) helps to better constrain the magnitude of the GHG-attributable warming (Drost et al., 2012; Gillett et al., 2012; Stott and Jones, 2012; Gillett et al., 2013), as does the inclusion of spatial information (Stott et al., 2006; Gillett et al., 2013), though Ribes and Terray (2013) caution that in some cases there are inconsistencies between observed spatial patterns of response and those simulated in individual models. While Hegerl et al. (2007b) assessed that a significant cooling of about 0.2 °C was attributable to natural forcings over the 1950–1999 period, the temperature trend attributable to natural forcings over the 1951–2010 period is very small (<0.1°C). This is because, while Mt Pinatubo cooled global temperatures in the early 1990s, there have been no large volcanic eruptions since, resulting in small simulated trends in response to natural forcings over the 1951–2010 period (Figure 10.1b). Regression coefficients for natural forcings tend to be smaller than one, suggesting that the response to natural forcings may be overestimated by the CMIP5 models on average (Figure 10.4; Gillett et al., 2013; Knutson et al., 2013). Attribution of observed changes is robust to observational uncertainty which is comparably important to internal climate variability as a source of uncertainty in

GHG-attributable warming and aerosol-attributable cooling (Jones and Stott, 2011; Gillett et al., 2013; Knutson et al., 2013). The response to GHGs was detected using Hadley Centre new Global Environmental Model 2-Earth System (HadGEM2-ES; Stott and Jones, 2012), Canadian Earth System Model 2 (CanESM2; Gillett et al., 2012) and other CMIP5 models except for Goddard Institute for Space Studies-E2-H (GISS-E2-H; Gillett et al., 2013; Jones et al., 2013) (Figure 10.4). However, the influence of other anthropogenic forcings was detected only in some CMIP5 models (Figure 10.4). This lack of detection of other anthropogenic forcings compared to detection of an aerosol response using four CMIP3 models over the period 1900–1999 (Hegerl et al., 2007b) does not only relate to the use of data to 2010 rather than 2000 (Stott and Jones, 2012), although this could play a role (Gillett et al., 2013; Ribes and Terray, 2013). Whether it is associated with a cancellation of aerosol cooling by ozone and black carbon (BC) warming in the CMIP5 simulations, making the signal harder to detect, or by some aspect of the response to other anthropogenic forcings that is less realistic in these models is not clear.

Although closely constraining the GHG and other anthropogenic contributions to observed warming remains challenging owing to their degeneracy and sensitivity to methodological choices (Jones et al., 2013; Ribes and Terray, 2013), a total anthropogenic contribution to warming can be much more robustly constrained by a regression of observed temperature changes onto the simulated responses to all anthropogenic forcings and natural forcings (Figure 10.4; Gillett et al., 2013; Ribes and Terray, 2013). Robust detection of anthropogenic influence is also found if a new optimal detection methodology, the Regularised Optimal Fingerprint approach (see Section 10.2; Ribes et al., 2013), is applied (Ribes and Terray, 2013). A better constrained estimate of the total anthropogenic contribution to warming since the mid-20th century than the GHG contribution is also found by Wigley and Santer (2013). Knutson et al. (2013) demonstrate that observed trends in GMST are inconsistent with the simulated response to natural forcings alone, but consistent with the simulated response to natural and anthropogenic forcings for all periods beginning between 1880 and 1990 and ending in 2010, which they interpret as evidence that warming is in part attributable to anthropogenic influence over these periods. Based on the well-constrained attributable anthropogenic trends shown in Figure 10.4 we assess that anthropogenic forcings *likely* contributed 0.6°C to 0.8°C to the observed warming over the 1951–2010 period (Figure 10.5).

There are some inconsistencies in the simulated and observed magnitudes of responses to forcing for some CMIP5 models (Figure 10.4); for example, CanESM2 has a GHG regression coefficient significantly less than 1 and a regression coefficient for other anthropogenic forcings also significantly less than 1 (Gillett et al., 2012; Gillett et al., 2013; Jones et al., 2013; Ribes and Terray, 2013), indicating that this model overestimates the magnitude of the response to GHGs and to other anthropogenic forcings. Averaged over the ensembles of models considered by Gillett et al. (2013) and Jones et al. (2013), the best-estimate GHG and OA scaling factors are less than 1 (Figure 10.4), indicating that the model mean GHG and OA responses should be scaled down to best match observations. The best-estimate GHG scaling factors are larger than the best-estimate OA scaling factors, although the discrepancy from 1 is not significant in either case and the ranges of the GHG

**10**

BLM_0151397



**Figure 10.5 |** Assessed *likely* ranges (whiskers) and their mid-points (bars) for attributable warming trends over the 1951–2010 period due to well-mixed greenhouse gases, other anthropogenic forcings (OA), natural forcings (NAT), combined anthropogenic forcings (ANT) and internal variability. The Hadley Centre/Climatic Research Unit gridded surface temperature data set 4 (HadCRUT4) observations are shown in black with the 5 to 95% uncertainty range due to observational uncertainty in this record (Morice et al., 2012).

**10**

and OA scaling factors are overlapping. Overall there is some evidence that some CMIP5 models have a higher transient response to GHGs and a larger response to other anthropogenic forcings (dominated by the effects of aerosols) than the real world (*medium confidence*). Inconsistencies between simulated and observed trends in GMST were also identified in several CMIP3 models by Fyfe et al. (2010) after removing volcanic, El Niño-Southern Oscillation (ENSO), and Cold Ocean/Warm Land pattern (COWL) signals from GMST, although uncertainties may have been underestimated because residuals were modelled by a first-order autoregressive processes. A longer observational record and a better understanding of the temporal changes in forcing should make it easier to identify discrepancies between the magnitude of the observed response to a forcing, and the magnitude of the response simulated in individual models. To the extent that inconsistencies between simulated and observed changes are independent between models, this issue may be addressed by basing our assessment on attribution analyses using the mean response from multiple models, and by accounting for model uncertainty when making such assessments.

In conclusion, although some inconsistencies in the forced responses of individual models and observations have been identified, the detection of the global temperature response to GHG increases using average responses from multiple models is robust to observational uncertainty and methodological choices. It is supported by basic physical arguments. We conclude, consistent with Hegerl et al. (2007b), that more than half of the observed increase in GMST from 1951 to 2010 is *very likely* due to the observed anthropogenic increase in GHG concentrations.

The influence of BC aerosols (from fossil and biofuel sources) has been detected in the recent global temperature record in one analysis, although the warming attributable to BC by Jones et al. (2011) is small compared to that attributable to GHG increases. This warming is

simulated mainly over the Northern Hemisphere (NH) with a sufficiently distinct spatio-temporal pattern that it could be separated from the response to other forcings in this study.

Several recent studies have used techniques other than regression-based detection and attribution analyses to address the causes of recent global temperature changes. Drost and Karoly (2012) demonstrated that observed GMST, land–ocean temperature contrast, meridional temperature gradient and annual cycle amplitude exhibited trends over the period 1956–2005 that were outside the 5 to 95% range of simulated internal variability in eight CMIP5 models, based on three different observational data sets. They also found that observed trends in GMST and land–ocean temperature contrast were larger than those simulated in any of 36 CMIP5 simulations with natural forcing only. Drost et al. (2012) found that 1961–2010 trends in GMST and land–ocean temperature contrast were significantly larger than simulated internal variability in eight CMIP3 models. By comparing observed GMST with simple statistical models, Zorita et al. (2008) concluded that there is a very low probability that observed clustering of very warm years in the last decade occurred by chance. Smirnov and Mokhov (2009), adopting an approach that allowed them to distinguish between conventional Granger causality and a 'long-term causality' that focuses on low-frequency changes (see Section 10.2), found that increasing $CO_2$ concentrations are the principal determining factor in the rise of GMST over recent decades. Sedlacek and Knutti (2012) found that the spatial patterns of sea surface temperature (SST) trends from simulations forced with increases in GHGs and other anthropogenic forcings agree well with observations but differ from warming patterns associated with internal variability.

Several studies that have aimed to separate forced surface temperature variations from those associated with internal variability have identified the North Atlantic as a dominant centre of multi-decadal

BLM_0151398

internal variability, and in particular modes of variability related to the Atlantic Multi-decadal Oscillation (AMO; Section 14.7.6). The AMO index is defined as an area average of North Atlantic SSTs, and it has an apparent period of around 70 years, which is long compared to the length of observational record making it difficult to deduce robust conclusions about the role of the AMO from only two cycles. Nevertheless, several studies claim a role for internal variability associated with the AMO in driving enhanced warming in the 1980s and 1990s as well as the recent slow down in warming (Box 9.2), while attributing long-term warming to anthropogenically forced variations either by analysing time series of GMST, forcings and indices of the AMO (Rohde et al., 2013; Tung and Zhou, 2013; Zhou and Tung, 2013a) or by analysing both spatial and temporal patterns of temperature (Swanson et al., 2009; DelSole et al., 2011; Wu et al., 2011). Studies based on global mean time series could risk falsely attributing variability to the AMO when variations in external forcings, for example, associated with aerosols, could also cause similar variability. In contrast, studies using space–time patterns seek to distinguish the spatial structure of temperature anomalies associated with the AMO from those associated with forced variability. Unforced climate simulations indicate that internal multi-decadal variability in the Atlantic is characterized by surface anomalies of the same sign from the equator to the high latitudes, with maximum amplitudes in subpolar regions (Delworth and Mann, 2000; Latif et al., 2004; Knight et al., 2005; DelSole et al., 2011) while the net response to anthropogenic and natural forcing over the 20th century, such as observed temperature change, is characterized by warming nearly everywhere on the globe, but with minimum warming or even cooling in the subpolar regions of the North Atlantic (Figure 10.2; Ting et al., 2009; DelSole et al., 2011).

Some studies implicate tropospheric aerosols in driving decadal variations in Atlantic SST (Evan et al., 2011; Booth et al., 2012; Terray, 2012), and temperature variations in eastern North America (Leibensperger et al., 2012). Booth et al. (2012) find that most multi-decadal variability in North Atlantic SSTs is simulated in one model mainly in response to aerosol variations, although its simulated changes in North Atlantic ocean heat content and salinity have been shown to be inconsistent with observations (Zhang et al., 2012). To the extent that climate models simulate realistic internal variability in the AMO (Section 9.5.3.3.2), AMO variability is accounted for in uncertainty estimates from regression-based detection and attribution studies (e.g., Figure 10.4).

To summarize, recent studies using spatial features of observed temperature variations to separate AMO variability from externally forced changes find that detection of external influence on global temperatures is not compromised by accounting for AMO-congruent variability (*high confidence*). There remains some uncertainty about how much decadal variability of GMST that is attributed to AMO in some studies is actually related to forcing, notably from aerosols. There is agreement among studies that the contribution of the AMO to global warming since 1951 is very small (considerably less than 0.1°C; see also Figure 10.6) and given that observed warming since 1951 is very large compared to climate model estimates of internal variability (Section 10.3.1.1.2), which are assessed to be adequate at global scale (Section 9.5.3.1), we conclude that it is *virtually certain* that internal variability alone cannot account for the observed global warming since 1951.

10

---

**Box 10.2 | The Sun's Influence on the Earth's Climate**

A number of studies since AR4 have addressed the possible influences of long-term fluctuations of solar irradiance on past climates, particularly related to the relative warmth of the Medieval Climate Anomaly (MCA) and the relative coolness in the Little Ice Age (LIA). There is *medium confidence* that both external solar and volcanic forcing, and internal variability, contributed substantially to the spatial patterns of surface temperature changes between the MCA and the LIA, but *very low confidence* in quantitative estimates of their relative contributions (Sections 5.3.5.3 and 5.5.1). The combined influence of volcanism, solar forcing and a small drop in greenhouse gases (GHGs) *likely* contributed to Northern Hemisphere cooling during the LIA (Section 10.7.2). Solar radiative forcing (RF) from the Maunder Minimum (1745) to the satellite era (average of 1976–2006) has been estimated to be +0.08 to +0.18 W m$^{-2}$ (*low confidence*, Section 8.4.1.2). This may have contributed to early 20th century warming (*low confidence*, Section 10.3.1).

More recently, it is *extremely unlikely* that the contribution from solar forcing to the observed global warming since 1950 was larger than that from GHGs (Section 10.3.1.1.3). It is *very likely* that there has been a small decrease in solar forcing of –0.04 [–0.08 to 0.00] W m$^{-2}$ over a period with direct satellite measurements of solar output from 1986 to 2008 (Section 8.4.1.1). There is *high confidence* that changes in total solar irradiance have not contributed to global warming during that period.

Since AR4, there has been considerable new research that has connected solar forcing to climate. The effect of solar forcing on GMST trends has been found to be small, with less than 0.1°C warming attributable to combined solar and volcanic forcing over the 1951–2010 period (Section 10.3.1), although the 11-year cycle of solar variability has been found to have some influence on GMST variability over the 20th century. GMST changes between solar maxima and minima are estimated to be of order 0.1°C from some regression studies of GMST and forcing estimates (Figure 10.6), although several studies have suggested these results may be too large owing to issues including degeneracy between forcing and with internal variability, overfitting of forcing indices and underestimated uncertainties in responses (Ingram, 2007; Benestad and Schmidt, 2009; Stott and Jones, 2009). Climate models generally show less than half this variability (Jones et al., 2012). *(continued on next page)*

BLM_0151399

Box 10.2 (continued)

Variability associated with the 11-year solar cycle has also been shown to produce measurable short-term regional and seasonal climate anomalies (Miyazaki and Yasunari, 2008; Gray et al., 2010; Lockwood, 2012; National Research Council, 2012) particularly in the Indo-Pacific, Northern Asia and North Atlantic regions (*medium evidence*). For example, studies have suggested an 11-year solar response in the Indo-Pacific region in which the equatorial eastern Pacific sea surface temperatures (SSTs) tend to be below normal, the sea level pressure (SLP) in the Gulf of Alaska and the South Pacific above normal, and the tropical convergence zones on both hemispheres strengthened and displaced polewards under solar maximum conditions, although it can be difficult to discriminate the solar-forced signal from the El Niño-Southern Oscillation (ENSO) signal (van Loon et al., 2007; van Loon and Meehl, 2008; White and Liu, 2008; Meehl and Arblaster, 2009; Roy and Haigh, 2010, 2012; Tung and Zhou, 2010; Bal et al., 2011; Haam and Tung, 2012; Hood and Soukharev, 2012; Misios and Schmidt, 2012). For northern summer, there is evidence that for peaks in the 11-year solar cycle, the Indian monsoon is intensified (Kodera, 2004; van Loon and Meehl, 2012), with solar variability affecting interannual connections between the Indian and Pacific sectors due to a shift in the location of the descending branch of the Walker Circulation (Kodera et al., 2007). In addition, model sensitivity experiments (Ineson et al., 2011) suggest that the negative phase of the North Atlantic Oscillation (NAO) is more prevalent during solar minima and there is some evidence of this in observations, including an indication of increased frequency of high-pressure 'blocking' events over Europe in winter (Barriopedro et al., 2008; Lockwood et al., 2010; Woollings et al., 2010).

Two mechanisms have been identified in observations and simulated with climate models that could explain these low amplitude regional responses (Gray et al., 2010; *medium evidence*). These mechanisms are additive and may reinforce one another so that the response to an initial small change in solar irradiance is amplified regionally (Meehl et al., 2009). The first mechanism is a top-down mechanism first noted by Haigh (1996) where greater solar ultraviolet radiation (UV) in peak solar years warms the stratosphere directly via increased radiation and indirectly via increased ozone production. This can result in a chain of processes that influences deep tropical convection (Balachandran et al., 1999; Shindell et al., 1999; Kodera and Kuroda, 2002; Haigh et al., 2005; Kodera, 2006; Matthes et al., 2006). In addition, there is less heating than average in the tropical upper stratosphere under solar minimum conditions which weakens the equator-to-pole temperature gradient. This signal can propagate downward to weaken the tropospheric mid-latitude westerlies, thus favoring a negative phase of the Arctic Oscillation (AO) or NAO. This response has been shown in several models (e.g., Shindell et al., 2001; Ineson et al., 2011) though there is no significant AO or NAO response to solar irradiance variations on average in the CMIP5 models (Gillett and Fyfe, 2013).

The second mechanism is a bottom-up mechanism that involves coupled air–sea radiative processes in the tropical and subtropical Pacific that also influence convection in the deep tropics (Meehl et al., 2003, 2008; Rind et al., 2008; Bal et al., 2011; Cai and Tung, 2012; Zhou and Tung, 2013b). Such mechanisms have also been shown to influence regional temperatures over longer time scales (decades to centuries), and can help explain patterns of regional temperature changes seen in paleoclimate data (e.g., Section 10.7.2; Mann et al., 2009; Goosse et al., 2012b) although they have little effect on global or hemispheric mean temperatures at either short or long time scales.

A possible amplifying mechanism linking solar variability and the Earth's climate system via cosmic rays has been postulated. It is proposed that variations in the cosmic ray flux associated with changes in solar magnetic activity affect ion-induced aerosol nucleation and cloud condensation nuclei (CCN) production in the troposphere (Section 7.4.6). A strong solar magnetic field would deflect cosmic rays and lead to fewer CCN and less cloudiness, thereby allowing for more solar energy into the system. Since AR4, there has been further evidence to disprove the importance of this amplifying mechanism. Correlations between cosmic ray flux and observed aerosol or cloud properties are weak and local at best, and do not prove to be robust on the regional or global scale (Section 7.4.6). Although there is some evidence that ionization from cosmic rays may enhance aerosol nucleation in the free troposphere, there is *medium evidence and high agreement* that the cosmic ray–ionization mechanism is too weak to influence global concentrations of CCN or their change over the last century or during a solar cycle in any climatically significant way (Sections 7.4.6 and 8.4.1.5). The lack of trend in cosmic ray intensity over the 1960–2005 period (McCracken and Beer, 2007) provides another argument against the hypothesis of a major contribution of cosmic ray variations to the observed warming over that period given the existence of short time scales in the climate system response.

Thus, although there is *medium confidence* that solar variability has made contributions to past climate fluctuations, since the mid-20th century there has been little trend in solar forcing. There are at least two amplifying mechanisms that have been proposed and simulated in some models that could explain small observed regional and seasonal climate anomalies associated with the 11-year solar cycle, mostly in the Indo-Pacific region and northern mid to high latitudes.

Regarding possible future influences of the sun on the Earth's climate, there is *very low confidence* in our ability to predict future solar output, but there is *high confidence* that the effects from solar irradiance variations will be much smaller than the projected climate changes from increased RF due to GHGs (Sections 8.4.1.3 and 11.3.6.2.2).

BLM_0151400

Based on a range of detection and attribution analyses using multiple solar irradiance reconstructions and models, Hegerl et al. (2007b) concluded that it is *very likely* that GHGs caused more global warming than solar irradiance variations over the 1950–1999 period. Detection and attribution analyses applied to the CMIP5 simulations (Figure 10.4) indicate less than 0.1°C temperature change attributable to combined solar and volcanic forcing over the 1951–2010 period. Based on a regression of paleo temperatures onto the response to solar forcing simulated by an energy balance model, Scafetta and West (2007) find that up to 50% of the warming since 1900 may be solar-induced, but Benestad and Schmidt (2009) show this conclusion is not robust, being based on disregarding forcings other than solar in the preindustrial period, and assuming a high and precisely known value for climate sensitivity. Despite claims that more than half the warming since 1970 can be ascribed to solar variability (Loehle and Scaffetta, 2011) , a conclusion based on an incorrect assumption of no anthropogenic influence before 1950 and a 60-year solar cycle influence on global temperature (see also Mazzarella and Scafetta, 2012), several studies show that solar variations cannot explain global mean surface warming over the past 25 years, because solar irradiance has declined over this period (Lockwood and Fröhlich, 2007, 2008; Lockwood, 2008, 2012 ). Lean and Rind (2008) conclude that solar forcing explains only 10% of the warming over the past 100 years, while contributing a small cooling over the past 25 years. Thus while there is some evidence for solar influences on regional climate variability (Box 10.2) solar forcing has only had a small effect on GMST. Overall, we conclude that it is *extremely unlikely* that the contribution from solar forcing to the warming since 1950 was larger than that from GHGs.

A range of studies have used statistical methods to separate out the influence of known sources of internal variability, including ENSO and, in some cases, the AMO, from the response to external drivers, including volcanoes, solar variability and anthropogenic influence, in the recent GMST record: see, for example, Lockwood (2008), Lean and Rind (2009), Folland et al. (2013 ), Foster and Rahmstorf (2011) and Kaufmann et al. (2011). Representative results, as summarized in Imbers et al. (2013), are shown in Figure 10.6. These consistently attribute most of the warming over the past 50 years to anthropogenic influence, even allowing for potential confounding factors like the AMO. While results of such statistical approaches are sensitive to assumptions regarding the properties of both responses to external drivers and internal variability (Imbers et al., 2013), they provide a complementary approach to attribution studies based on global climate models.

Overall, given that the anthropogenic increase in GHGs *likely* caused 0.5°C to 1.3°C warming over 1951–2010, with other anthropogenic forcings probably contributing counteracting cooling, that the effects of natural forcings and natural internal variability are estimated to be small, and that well-constrained and robust estimates of net anthropogenic warming are substantially more than half the observed warming (Figure 10.4) we conclude that it is *extremely likely* that human activities caused more than half of the observed increase in GMST from 1951 to 2010.

### The early 20th century warming
The instrumental GMST record shows a pronounced warming during the first half of the 20th century (Figure 10.1a). Correction of residual

biases in SST observations leads to a higher estimate of 1950s temperatures, but does not substantially change the warming between 1900 and 1940 (Morice et al., 2012). The AR4 concluded that 'the early 20th century warming is *very likely* in part due to external forcing' (Hegerl et al., 2007b), and that it is *likely* that anthropogenic forcing contributed to this warming. This assessment was based on studies including Shiogama et al. (2006) who find a contribution from solar and volcanic forcing to observed warming to 1949, and Min and Hense (2006), who find strong evidence for a forced (either natural or combined natural and anthropogenic) contribution to global warming from 1900 to 1949. Ring et al. (2012) estimate, based on time series analysis, that part of the early 20th century warming was due to GHG increases (see also Figure 10.6), but find a dominant contribution by internal variability. CMIP5 model simulations of the historical period show forced warming over the early 20th century (Figure 10.1a), consistent with earlier detection and attribution analyses highlighted in the AR4 and TAR. The early 20th century contributes to the detection of external forcings over the 20th century estimated by detection and attribution results (Figure 10.4; Gillett et al., 2013; Ribes and Terray, 2013) and to the detected change over the last millennium to 1950 (see Figure 10.19; Schurer et al., 2013).

The pattern of warming and residual differences between models and observations indicate a role for circulation changes as a contributor to early 20th cenury warming (Figure 10.2), and the contribution of internal variability to the early 20th century warming has been analysed in several publications since the AR4. Crook and Forster (2011) find that the observed 1918–1940 warming was significantly greater than that simulated by most of the CMIP3 models. A distinguishing feature of the early 20th century warming is its pattern (Brönnimann, 2009) which shows the most pronounced warming in the Arctic during the cold season, followed by North America during the warm season, the North Atlantic Ocean and the tropics. In contrast, there was no unusual warming in Australia among other regions (see Figure 10.2b). Such a pronounced pattern points to a role for circulation change as a contributing factor to the regional anomalies contributing to this warming. Some studies have suggested that the warming is a response to the AMO (Schlesinger and Ramankutty, 1994; Polyakov et al., 2005; Knight et al., 2006; Tung and Zhou, 2013), or a large but random expression of internal variability (Bengtsson et al., 2006; Wood and Overland, 2010). Knight et al. (2009) diagnose a shift from the negative to the positive phase of the AMO from 1910 to 1940, a mode of circulation that is estimated to contribute approximately 0.1°C, trough to peak, to GMST (Knight et al., 2005). Nonetheless, these studies do not challenge the AR4 assessment that external forcing *very likely* made a contribution to the warming over this period. In conclusion, the early 20th century warming is *very unlikely* to be due to internal variability alone. It remains difficult to quantify the contribution to this warming from internal variability, natural forcing and anthropogenic forcing, due to forcing and response uncertainties and incomplete observational coverage.

### Year-to-year and decade-to-decade variability of global mean surface temperature
Time series analyses, such as those shown in Figure 10.6, seek to partition the variability of GMST into components attributable to anthropogenic and natural forcings and modes of internal variability such as ENSO and the AMO. Although such time series analyses support

BLM_0151401

the major role of anthropogenic forcings, particularly due to increasing GHG concentrations, in contributing to the overall warming over the last 60 years, many factors, in addition to GHGs, including changes in tropospheric and stratospheric aerosols, stratospheric water vapour and solar output, as well as internal modes of variability, contribute to the year-to-year and decade-to-decade variability of GMST (Figure 10.6). Detailed discussion of the evolution of GMST of the past 15 years since 1998 is contained in Box 9.2.

10.3.1.1.4   Attribution of regional surface temperature change

Anthropogenic influence on climate has been robustly detected on the global scale, but for many applications an estimate of the anthropogenic contribution to recent temperature trends over a particular region is more useful. However, detection and attribution of climate change at continental and smaller scales is more difficult than on the global scale for several reasons (Hegerl et al., 2007b; Stott et al., 2010).

**10**



**Figure 10.6 |** (Top) The variations of the observed global mean surface temperature (GMST) anomaly from Hadley Centre/Climatic Research Unit gridded surface temperature data set version 3 (HadCRUT3, black line) and the best multivariate fits using the method of Lean (red line), Lockwood (pink line), Folland (green line) and Kaufmann (blue line). (Below) The contributions to the fit from (a) El Niño-Southern Oscillation (ENSO), (b) volcanoes, (c) solar forcing, (d) anthropogenic forcing and (e) other factors (Atlantic Multi-decadal Oscillation (AMO) for Folland and a 17.5-year cycle, semi-annual oscillation (SAO), and Arctic Oscillation (AO) from Lean). (From Lockwood (2008), Lean and Rind (2009), Folland et al. (2013 ) and Kaufmann et al. (2011), as summarized in Imbers et al. (2013).)



**Figure 10.7 |** Global, land, ocean and continental annual mean temperatures for CMIP3 and CMIP5 historical (red) and historicalNat (blue) simulations (multi-model means shown as thick lines, and 5 to 95% ranges shown as thin light lines) and for Hadley Centre/Climatic Research Unit gridded surface temperature data set 4 (HadCRUT4, black). Mean temperatures are shown for Antarctica and six continental regions formed by combining the sub-continental scale regions defined by Seneviratne et al. (2012). Temperatures are shown with respect to 1880–1919 for all regions apart from Antarctica where temperatures are shown with respect to 1950–2010. (Adapted from Jones et al., 2013.)

First, the relative contribution of internal variability compared to the forced response to observed changes tends to be larger on smaller scales, as spatial differences in internal variations are averaged out in large-scale means. Second, because the patterns of response to climate forcings tend to be large scale, there is less spatial information to help distinguish between the responses to different forcings when attention is restricted to a sub-global area. Third, forcings omitted in some global climate model simulations may be important on regional scales, such as land use change or BC aerosol. Lastly, simulated internal variability and responses to forcings may be less reliable on smaller scales than on the global scale. Knutson et al. (2013) find a tendency for CMIP5 models to overestimate decadal variability in the NH extratropics in individual grid cells and underestimate it elsewhere, although Karoly and Wu (2005) and Wu and Karoly (2007) find that variability is not generally underestimated in earlier generation models.

Based on several studies, Hegerl et al. (2007b) concluded that 'it is *likely* that there has been a substantial anthropogenic contribution to surface temperature increases in every continent except Antarctica since the middle of the 20th century'. Figure 10.7 shows comparisons of observed continental scale temperatures (Morice et al., 2012) with CMIP5 simulations including both anthropogenic and natural forcings (red lines) and including just natural forcings (blue lines). Observed temperatures are largely within the range of simulations with anthropogenic forcings for all regions and outside the range of simulations with only natural forcings for all regions except Antarctica (Jones et al., 2013 ). Averaging over all observed locations, Antarctica has warmed over the 1950–2008 period (Section 2.4.1.1; Gillett et al., 2008b; Jones et al., 2013 ), even though some individual locations have cooled, particularly in summer and autumn, and over the shorter 1960–1999 period (Thompson and Solomon, 2002; Turner et al., 2005). When temperature changes associated with changes in the Southern Annular Mode are removed by regression, both observations and model simulations indicate warming at all observed locations except the South Pole over the 1950–1999 period (Gillett et al., 2008b). An analysis of Antarctic land temperatures over the period 1950–1999

**10**

BLM_0151403

detected separate natural and anthropogenic responses of consistent magnitude in simulations and observations (Gillett et al., 2008b). Thus anthropogenic influence on climate has now been detected on all seven continents. However the evidence for human influence on Antarctic temperature is much weaker than for the other six continental regions. There is only one attribution study for this region, and there is greater observational uncertainty than the other regions, with very few data before 1950, and sparse coverage that is mainly limited to the coast and the Antarctic Peninsula. As a result of the observational uncertainties, there is *low confidence* in Antarctic region land surface air temperatures changes (Section 2.4.1.1) and we conclude that for Antarctica there is *low confidence* that anthropogenic influence has contributed to the observed warming averaged over available stations.

Since the publication of the AR4 several other studies have applied attribution analyses to continental and sub-continental scale regions. Min and Hense (2007) applied a Bayesian decision analysis technique to continental-scale temperatures using the CMIP3 multi-model ensemble and concluded that forcing combinations including GHG increases provide the best explanation of 20th century observed changes in temperature on every inhabited continent except Europe, where the observational evidence is not decisive in their analysis. Jones et al. (2008) detected anthropogenic influence on summer temperatures over all NH continents and in many subcontinental NH land regions in an optimal detection analysis that considered the temperature responses to anthropogenic and natural forcings. Christidis et al. (2010) used a multi-model ensemble constrained by global-scale observed temperature changes to estimate the changes in probability of occurrence of warming or cooling trends over the 1950–1997 period over various sub-continental scale regions. They concluded that the probability of occurrence of warming trends had been at least doubled by anthropogenic forcing over all such regions except Central North America. The estimated distribution of warming trends over the Central North America region was approximately centred on the observed trend, so no inconsistency between simulated and observed trends was identified there. Knutson et al. (2013) demonstrated that observed temperature trends from the beginning of the observational record to 2010 averaged over Europe, Africa, Northern Asia, Southern Asia, Australia and South America are all inconsistent with the simulated response to natural forcings alone, and consistent with the simulated response to combined natural and anthropogenic forcings in the CMIP5 models. They reached a similar conclusion for the major ocean basins with the exception of the North Atlantic, where variability is high.

Several recent studies have applied attribution analyses to specific sub-continental regions. Anthropogenic influence has been found in winter minimum temperature over the western USA (Bonfils et al., 2008; Pierce et al., 2009), a conclusion that is found to be robust to weighting models according to various aspects of their climatology (Pierce et al., 2009); anthropogenic influence has been found in temperature trends over New Zealand (Dean and Stott, 2009) after circulation-related variability is removed as in Gillett et al. (2000); and anthropogenic influence has been found in temperature trends over France, using a first-order autoregressive model of internal variability (Ribes et al., 2010). Increases in anthropogenic GHGs were found to be the main driver of the 20th-century SST increases in both Atlantic and Pacific tropical cyclogenesis regions (Santer et al., 2006; Gillett et al., 2008a). Over both

regions, the response to anthropogenic forcings is detected when the response to natural forcings is also included in the analysis (Gillett et al., 2008a). Knutson et al. (2013) detect an anthropogenic influence over Canada, but not over the continental USA, Alaska or Mexico.

Gillett et al. (2008b) detect anthropogenic influence on near-surface Arctic temperatures over land, with a consistent magnitude in simulations and observations. Wang et al. (2007) also find that observed Arctic warming is inconsistent with simulated internal variability. Both studies ascribe Arctic warmth in the 1930s and 1940s largely to internal variability. Shindell and Faluvegi (2009) infer a large contribution to both mid-century Arctic cooling and late century warming from aerosol forcing changes, with GHGs the dominant driver of long-term warming, though they infer aerosol forcing changes from temperature changes using an inverse approach which may lead to some changes associated with internal variability being attributed to aerosol forcing. We therefore conclude that despite the uncertainties introduced by limited observational coverage, high internal variability, modelling uncertainties (Crook et al., 2011) and poorly understood local forcings, such as the effect of BC on snow, there is sufficiently strong evidence to conclude that it is *likely* that there has been an anthropogenic contribution to the very substantial warming in Arctic land surface temperatures over the past 50 years.

Some attribution analyses have considered temperature trends at the climate model grid box scale. At these spatial scales robust attribution is difficult to obtain, since climate models often lack the processes needed to simulate regional details realistically, regionally important forcings may be missing in some models and observational uncertainties are very large for some regions of the world at grid box scale (Hegerl et al., 2007b; Stott et al., 2010). Nevertheless an attribution analysis has been carried out on Central England temperature, a record that extends back to 1659 and is sufficiently long to demonstrate that the representation of multi-decadal variability in the single grid box in the model used, Hadley Centre climate prediction model 3 (HadCM3) is adequate for detection (Karoly and Stott, 2006). The observed trend in Central England Temperature is inconsistent with either internal variability or the simulated response to natural forcings, but is consistent with the simulated response when anthropogenic forcings are included (Karoly and Stott, 2006).

Observed 20th century grid cell trends from Hadley Centre/Climatic Research Unit gridded surface temperature data set 2v (HadCRUT2v; Jones et al., 2001) are inconsistent with simulated internal variability at the 10% significance level in around 80% of grid cells even using HadCM2 which was found to overestimate variability in 5-year mean temperatures at most latitudes (Karoly and Wu, 2005). Sixty percent of grid cells were found to exhibit significant warming trends since 1951, a much larger number than expected by chance (Karoly and Wu, 2005; Wu and Karoly, 2007), and similar results apply when circulation-related variability is first regressed out (Wu and Karoly, 2007). However, as discussed in the AR4 (Hegerl et al., 2007b), when a global field significance test is applied, this becomes a global detection study; since not all grid cells exhibit significant warming trends the overall interpretation of the results in terms of attribution at individual locations remains problematic. Mahlstein et al. (2012) find significant changes in summer season temperatures in about 40% of low-latitude and about 20% of

BLM_0151404

extratropical land grid cells with sufficient observations, when testing against the null hypothesis of no change in the distribution of summer temperatures. Observed grid cell trends are compared with CMIP5 simulated trends in Figure 10.2i, which shows that in the great majority (89%) of grid cells with sufficient observational coverage, observed trends over the 1901–2010 period are inconsistent with a combination of simulated internal variability and the response to natural forcings (Jones et al., 2013). Knutson et al. (2013) find some deficiencies in the simulation of multi-decadal variability at the grid cell scale in CMIP5 models, but demonstrate that trends at more than 75% of individual grid cells with sufficient observational coverage in HadCRUT4 are inconsistent with the simulated response to natural forcings alone, and consistent or larger than the simulated response to combined anthropogenic and natural forcings in CMIP5 models.

In summary, it is *likely* that anthropogenic forcing has made a substantial contribution to the warming of each of the inhabited continents since 1950. For Antarctica large observational uncertainties result in *low confidence* that anthropogenic influence has contributed to the observed warming averaged over available stations. Anthropogenic influence has *likely* contributed to temperature change in many sub-continental regions. Detection and attribution of climate change at continental and smaller scales is more difficult than at the global scale due to the greater contribution of internal variability, the greater difficulty of distinguishing between different causal factors, and greater errors in climate models' representation of regional details. Nevertheless, statistically significant warming trends are observed at a majority of grid cells, and the observed warming is inconsistent with estimates of possible warming due to natural causes at the great majority of grid cells with sufficient observational coverage.

### 10.3.1.2   Atmosphere

This section presents an assessment of the causes of global and regional temperature changes in the free atmosphere. In AR4, Hegerl et al. (2007b) concluded that 'the observed pattern of tropospheric warming and stratospheric cooling is *very likely* due to the influence of anthropogenic forcing, particularly greenhouse gases and stratospheric ozone depletion.' Since AR4, insight has been gained into regional aspects of free tropospheric trends and the causes of observed changes in stratospheric temperature.

Atmospheric temperature trends through the depth of the atmosphere offer the possibility of separating the effects of multiple climate forcings, as climate model simulations indicate that each external forcing produces a different characteristic vertical and zonal pattern of temperature response (Hansen et al., 2005b; Hegerl et al., 2007b; Penner et al., 2007; Yoshimori and Broccoli, 2008). GHG forcing is expected to warm the troposphere and cool the stratosphere. Stratospheric ozone depletion cools the stratosphere, with the cooling being most pronounced in the polar regions. Its effect on tropospheric temperatures is small, which is consistent with a small estimated RF of stratospheric ozone changes (SPARC CCMVal, 2010; McLandress et al., 2012). Tropospheric ozone increase, on the other hand, causes tropospheric warming. Reflective aerosols like sulphate cool the troposphere while absorbing aerosols like BC have a warming effect. Free atmosphere temperatures are also affected by natural forcings: solar

irradiance increases cause a general warming of the atmosphere and volcanic aerosol ejected into the stratosphere causes tropospheric cooling and stratospheric warming (Hegerl et al., 2007b).

#### 10.3.1.2.1   Tropospheric temperature change

Chapter 2 concludes that it is *virtually certain* that globally the troposphere has warmed since the mid-twentieth century with only *medium* (NH extratropics) to *low confidence* (tropics and SH extratropics) in the rate and vertical structure of these changes. During the satellite era CMIP3 and CMIP5 models tend to warm faster than observations specifically in the tropics (McKitrick et al., 2010; Fu et al., 2011; Po-Chedley and Fu, 2012; Santer et al., 2013); however, because of the large uncertainties in observed tropical temperature trends (Section 2.4.4; Seidel et al. (2012); Figures 2.26 and Figure 2.27) there is only *low confidence* in this assessment (Section 9.4.1.4.2). Outside the tropics, and over the period of the radiosonde record beginning in 1961, the discrepancy between simulated and observed trends is smaller (Thorne et al., 2011; Lott et al., 2013; Santer et al., 2013). Specifically there is better agreement between observed trends and CMIP5 model trends for the NH extratropics (Lott et al., 2013). Factors other than observational uncertainties that contribute to inconsistencies between observed and simulated free troposphere warming include specific manifestation of natural variability in the observed coupled atmosphere–ocean system, forcing errors incorporated in the historical simulations and model response errors (Santer et al., 2013).

Utilizing a subset of CMIP5 models with single forcing experiments extending until 2010, Lott et al. (2013) detect influences of both human induced GHG increase and other anthropogenic forcings (e.g., ozone and aerosols) in the spatio-temporal changes in tropospheric temperatures from 1961 to 2010 estimated from radiosonde observations. Figure 10.8 illustrates that a subsample of CMIP5 models (see Supplementary Material for model selection) forced with both anthropogenic and natural climate drivers (red profiles) exhibit trends that are consistent with radiosonde records in the troposphere up to about 300 hPa, albeit with a tendency for this subset of models to warm more than the observations. This finding is seen in near-globally averaged data (where there is sufficient observational coverage to make a meaningful comparison: 60°S to 60°N) (right panel), as well as in latitudinal bands of the SH extratropics (Figure 10.8, first panel), tropics (Figure 10.8, second panel) and the NH extratropics (Figure 10.8, third panel). Figure 10.8 also illustrates that it is *very unlikely* that natural forcings alone could have caused the observed warming of tropospheric temperatures (blue profiles). The ensembles with both anthropogenic and natural forcings (red) and with GHG forcings only (green) are not clearly separated. This could be due to cancellation of the effects of increases in reflecting aerosols, which cool the troposphere, and absorbing aerosol (Penner et al., 2007) and tropospheric ozone, which both warm the troposphere. Above 300 hPa the three radiosonde data sets exhibit a larger spread as a result of larger uncertainties in the observational record (Thorne et al., 2011; Section 2.4.4). In this region of the upper troposphere simulated CMIP5 temperature trends tend to be more positive than observed trends (Figure 10.8). Further, an assessment of causes of observed trends in the upper troposphere is less confident than an assessment of overall atmospheric temperature changes because of observational uncertainties and potential remain-

**10**

BLM_0151405



**Figure 10.8 |** Observed and simulated zonal mean temperatures trends from 1961 to 2010 for CMIP5 simulations containing both anthropogenic and natural forcings (red), natural forcings only (blue) and greenhouse gas forcing only (green) where the 5 to 95th percentile ranges of the ensembles are shown. Three radiosonde observations are shown (thick black line: Hadley Centre Atmospheric Temperature data set 2 (HadAT2), thin black line: RAdiosone OBservation COrrection using REanalyses 1.5 (RAOBCORE 1.5), dark grey band: Radiosonde Innovation Composite Homogenization (RICH)-obs 1.5 ensemble and light grey: RICH- τ 1.5 ensemble. (After Lott et al., 2013.)

ing systematic biases in observational data sets in this region (Thorne et al., 2011; Haimberger et al., 2012). An analysis of contributions of natural and anthropogenic forcings to more recent trends from 1979 to 2010 (Supplementary Material, Figure S.A.1) is less robust because of increased uncertainty in observed trends (consistent with Seidel et al. (2012)) as well as decreased capability to separate between individual forcings ensembles.

One approach to identify a climate change signal in a time series is the analysis of the ratio between the amplitude of the observed signal of change divided by the magnitude of internal variability, in other words the S/N ratio of the data record. The S/N ratio represents the result of a non-optimal fingerprint analysis (in contrast to optimal fingerprint analyses where model-simulated responses and observations are normalized by internal variability to improve the S/N ratio (see Section 10.2.3). For changes in the lower stratospheric temperature between 1979 and 2011, S/N ratios vary from 26 to 36, depending on the choice of observational data set. In the lower troposphere, the fingerprint strength in observations is smaller, but S/N ratios are still significant at the 1% level or better, and range from 3 to 8. There is no evidence that these ratios are spuriously inflated by model variability errors. After all global mean signals are removed, model fingerprints remain identifiable in 70% of the tests involving tropospheric temperature changes (Santer et al., 2013).

Hegerl et al. (2007a) concluded that increasing GHGs are the main cause for warming of the troposphere. This result is supported by a

subsample of CMIP5 models that also suggest that the warming effect of well mixed GHGs is partly offset by the combined effects of reflecting aerosols and other forcings. Our understanding has been increased regarding the time scale of detectability of global scale troposphere temperature. Taken together with increased understanding of the uncertainties in observational records of tropospheric temperatures (including residual systematic biases; Section 2.4.4) the assessment remains as it was for AR4 that it is *likely* that anthropogenic forcing has led to a detectable warming of tropospheric temperatures since 1961.

10.3.1.2.2   Stratospheric temperature change

Lower stratospheric temperatures have not evolved uniformly over the period since 1958 when the stratosphere has been observed with sufficient regularity and spatial coverage. A long-term global cooling trend is interrupted by three 2-year warming episodes following large volcanic eruptions (Section 2.4.4). During the satellite period the cooling evolved mainly in two steps occurring in the aftermath of the El Chichón eruption in 1982 and the Mt Pinatubo eruption of 1991, with each cooling transition being followed by a period of relatively steady temperatures (Randel et al., 2009; Seidel et al., 2011). Since the mid-1990s little net change has occurred in lower stratospheric temperatures (Section 2.4.4).

Since AR4, progress has been made in simulating the observed evolution of global mean lower stratospheric temperature. On the one hand, this has been achieved by using models with an improved

BLM_0151406

representation of stratospheric processes (chemistry–climate models and some CMIP5 models). It is found that in these models which have an upper boundary above the stratopause with an altitude of about 50 km (so-called high-top models) and improved stratospheric physics, variability of lower stratosphere climate in general is well simulated (Butchart et al., 2011; Gillett et al., 2011; Charlton-Perez et al., 2013) whereas in so-called low-top models (including models participating in CMIP3) it is generally underestimated (Cordero and Forster, 2006; Charlton-Perez et al., 2013). On the other hand, CMIP5 models all include changes in stratospheric ozone (Eyring et al., 2013) whereas only about half of the models participating in CMIP3 include stratospheric ozone changes (Section 9.4.1.4.5). A comparison of a low-top and high-top version of the HadGEM2 model shows detectable differences in modelled temperature changes, particularly in the lower tropical stratosphere, with the high-top version's simulation of temperature trends in the tropical troposphere in better agreement with radiosondes and reanalyses over 1981–2010 (Mitchell et al., 2013).

CMIP5 models forced with changes in WMGHGs and stratospheric ozone as well as with changes in solar irradiance and volcanic aerosol forcings simulate the evolution of observed global mean lower stratospheric temperatures over the satellite era reasonably well although they tend to underestimate the long-term cooling trend (Charlton-Perez et al., 2013; Santer et al., 2013). Compared with radiosonde data the cooling trend is also underestimated in a subset of CMIP3 simulations over the period 1961–2010 (Figure 10.8) and in CMIP3 models over the 1958–1999 period (Cordero and Forster, 2006). Potential causes for biases in lower stratosphere temperature trends are observational uncertainties (Section 2.4.4) and forcing errors related to prescribed stratospheric aerosol loadings and stratospheric ozone changes affecting the tropical lower stratosphere (Free and Lanzante, 2009; Solomon et al., 2012; Santer et al., 2013).

Since AR4, attribution studies have improved our knowledge of the role of anthropogenic and natural forcings in observed lower stratospheric temperature change. Gillett et al. (2011) use the suite of chemistry climate model simulations carried out as part of the Chemistry Climate Model Validation (CCMVal) activity phase 2 for an attribution study of observed changes in stratospheric zonal mean temperatures. Chemistry–climate models prescribe changes in ozone-depleting substances (ODS) and ozone changes are calculated interactively. Gillett et al. (2011) partition 1979–2005 Microwave Sounding Unit (MSU) lower stratospheric temperature trends into ODS-induced and GHG-induced changes and find that both ODSs and natural forcing contributed to the observed stratospheric cooling in the lower stratosphere with the impact of ODS dominating. The influence of GHGs on stratospheric temperature could not be detected independently of ODSs.

The step-like cooling of the lower stratosphere can only be explained by the combined effects of changes in both anthropogenic and natural factors (Figure 10.9; Eyring et al., 2006; Ramaswamy et al., 2006). Although the anthropogenic factors (ozone depletion and increases in WMGHGs) cause the overall cooling, the natural factors (solar irradiance variations and volcanic aerosols) modulate the evolution of the cooling (Figure 10.9; Ramaswamy et al., 2006; Dall'Amico et al., 2010) with temporal variability of global mean ozone contributing to the step-like temperature evolution (Thompson and Solomon, 2009).



**Figure 10.9** | Time series (1979–2010) of observed (black) and simulated global mean (82.5°S to 82.5°N) Microwave Sounding Unit (MSU) lower stratosphere temperature anomalies in a subset of CMIP5 simulations (simulations with both anthropogenic and natural forcings (red), simulations with well-mixed greenhouse gases (green), simulations with natural forcings (blue)). Anomalies are calculated relative to 1996–2010. (Adapted from Ramaswamy et al., 2006.)

Models disagree with observations for seasonally varying changes in the strength of the Brewer–Dobson circulation in the lower stratosphere (Ray et al., 2010) which has been linked to zonal and seasonal patterns of changes in lower stratospheric temperatures (Thompson and Solomon, 2009; Fu et al., 2010; Lin et al., 2010b; Forster et al., 2011; Free, 2011). One robust feature is the observed cooling in spring over the Antarctic, which is simulated in response to stratospheric ozone depletion in climate models (Young et al., 2012), although this has not been the subject of a formal detection and attribution study.

Since AR4, progress has been made in simulating the response of global mean lower stratosphere temperatures to natural and anthropogenic forcings by improving the representation of climate forcings and utilizing models that include more stratospheric processes. New detection and attribution studies of lower stratospheric temperature changes made since AR4 support an assessment that it is *very likely* that anthropogenic forcing, dominated by stratospheric ozone depletion due to ozone-depleting substances, has led to a detectable cooling of the lower stratosphere since 1979.

#### 10.3.1.2.3   Overall atmospheric temperature change

When temperature trends from the troposphere and stratosphere are analysed together, detection and attribution studies using CMIP5 models show robust detections of the effects of GHGs and other anthropogenic forcings on the distinctive fingerprint of tropospheric warming and stratospheric cooling seen since 1961 in radiosonde data (Lott et al., 2013; Mitchell et al., 2013). Combining the evidence from free atmosphere changes from both troposphere and stratosphere shows an increased confidence in the attribution of free atmosphere temperature changes compared to AR4 owing to improved understanding of stratospheric temperature changes. There is therefore stronger evidence than at the time of AR4 to support the conclusion that it is *very likely* that anthropogenic forcing, particularly GHGs and stratospheric ozone depletion, has led to a detectable observed pattern of tropospheric warming and lower stratospheric cooling since 1961.

10

BLM_0151407

Frequently Asked Questions

**FAQ 10.1 | Climate Is Always Changing. How Do We Determine the Causes of Observed Changes?**

*The causes of observed long-term changes in climate (on time scales longer than a decade) are assessed by determining whether the expected 'fingerprints' of different causes of climate change are present in the historical record. These fingerprints are derived from computer model simulations of the different patterns of climate change caused by individual climate forcings. On multi-decade time scales, these forcings include processes such as greenhouse gas increases or changes in solar brightness. By comparing the simulated fingerprint patterns with observed climate changes, we can determine whether observed changes are best explained by those fingerprint patterns, or by natural variability, which occurs without any forcing.*

*The fingerprint of human-caused greenhouse gas increases is clearly apparent in the pattern of observed 20th century climate change. The observed change cannot be otherwise explained by the fingerprints of natural forcings or natural variability simulated by climate models. Attribution studies therefore support the conclusion that 'it is extremely likely that human activities have caused more than half of the observed increase in global mean surface temperatures from 1951 to 2010.'*

The Earth's climate is always changing, and that can occur for many reasons. To determine the principal causes of observed changes, we must first ascertain whether an observed change in climate is different from other fluctuations that occur without any forcing at all. Climate variability without forcing—called internal variability—is the consequence of processes within the climate system. Large-scale oceanic variability, such as El Niño-Southern Oscillation (ENSO) fluctuations in the Pacific Ocean, is the dominant source of internal climate variability on decadal to centennial time scales.

Climate change can also result from natural forcings external to the climate system, such as volcanic eruptions, or changes in the brightness of the sun. Forcings such as these are responsible for the huge changes in climate that are clearly documented in the geological record. Human-caused forcings include greenhouse gas emissions or atmospheric particulate pollution. Any of these forcings, natural or human caused, could affect internal variability as well as causing a change in average climate. Attribution studies attempt to determine the causes of a detected change in observed climate. Over the past century we know that global average temperature has increased, so if the observed change is forced then the principal forcing must be one that causes warming, not cooling.

Formal climate change attribution studies are carried out using controlled experiments with climate models. The model-simulated responses to specific climate forcings are often called the fingerprints of those forcings. A climate model must reliably simulate the fingerprint patterns associated with individual forcings, as well as the patterns of unforced internal variability, in order to yield a meaningful climate change attribution assessment. No model can perfectly reproduce all features of climate, but many detailed studies indicate that simulations using current models are indeed sufficiently reliable to carry out attribution assessments.

FAQ 10.1, Figure 1 illustrates part of a fingerprint assessment of global temperature change at the surface during the late 20th century. The observed change in the latter half of the 20th century, shown by the black time series in the left panels, is larger than expected from just internal variability. Simulations driven only by natural forcings (yellow and blue lines in the upper left panel) fail to reproduce late 20th century global warming at the surface with a spatial pattern of change (upper right) completely different from the observed pattern of change (middle right). Simulations including both natural and human-caused forcings provide a much better representation of the time rate of change (lower left) and spatial pattern (lower right) of observed surface temperature change.

Both panels on the left show that computer models reproduce the naturally forced surface cooling observed for a year or two after major volcanic eruptions, such as occurred in 1982 and 1991. Natural forcing simulations capture the short-lived temperature changes following eruptions, but only the natural + human caused forcing simulations simulate the longer-lived warming trend.

A more complete attribution assessment would examine temperature above the surface, and possibly other climate variables, in addition to the surface temperature results shown in FAQ 10.1, Figure 1. The fingerprint patterns associated with individual forcings become easier to distinguish when more variables are considered in the assessment.

*(continued on next page)*

*FAQ 10.1 (continued)*

Overall, FAQ 10.1, Figure 1 shows that the pattern of observed temperature change is significantly different than the pattern of response to natural forcings alone. The simulated response to all forcings, including human-caused forcings, provides a good match to the observed changes at the surface. We cannot correctly simulate recent observed climate change without including the response to human-caused forcings, including greenhouse gases, stratospheric ozone, and aerosols. Natural causes of change are still at work in the climate system, but recent trends in temperature are largely attributable to human-caused forcing.



**FAQ 10.1, Figure 1 |** (Left) Time series of global and annual-averaged surface temperature change from 1860 to 2010. The top left panel shows results from two ensemble of climate models driven with just natural forcings, shown as thin blue and yellow lines; ensemble average temperature changes are thick blue and red lines. Three different observed estimates are shown as black lines. The lower left panel shows simulations by the same models, but driven with both natural forcing and human-induced changes in greenhouse gases and aerosols. (Right) Spatial patterns of local surface temperature trends from 1951 to 2010. The upper panel shows the pattern of trends from a large ensemble of Coupled Model Intercomparison Project Phase 5 (CMIP5) simulations driven with just natural forcings. The bottom panel shows trends from a corresponding ensemble of simulations driven with natural + human forcings. The middle panel shows the pattern of observed trends from the Hadley Centre/Climatic Research Unit gridded surface temperature data set 4 (HadCRUT4) during this period.

## 10.3.2    Water Cycle

Detection and attribution studies of anthropogenic change in hydrologic variables are challenged by the length and quality of observed data sets, and by the difficulty in simulating hydrologic variables in dynamical models. AR4 cautiously noted that the observed increase in atmospheric water vapour over oceans was consistent with warming of SSTs attributed to anthropogenic influence, and that observed changes in the latitudinal distribution of precipitation, and increased incidence of drought, were suggestive of a possible human influence. Many of the published studies cited in AR4, and some of the studies

cited in this section, use less formal detection and attribution criteria than are often used for assessments of temperature change, owing to difficulties defining large-scale fingerprint patterns of hydrologic change in models and isolating those fingerprints in data. For example, correlations between observed hydrologic changes and the patterns of change in models forced by increasing GHGs can provide suggestive evidence towards attribution of change.

Since the publication of AR4, *in situ* hydrologic data sets have been reanalysed with more stringent quality control. Satellite-derived data records of worldwide water vapour and precipitation variations have

895

BLM_0151409

lengthened. Formal detection and attribution studies have been carried out with newer model methods that potentially offer better simulations of natural variability. Reviews of detection and attribution of trends in various components of the water cycle have been published by Stott et al. (2010) and Trenberth (2011b).

### 10.3.2.1   Changes in Atmospheric Water Vapour

*In situ* surface humidity measurements have been reprocessed since AR4 to create new gridded analyses for climatic research, as discussed in Chapter 2. The HadCRUH Surface Humidity data set (Willett et al., 2008) indicates significant increases in surface specific humidity between 1973 and 2003 averaged over the globe, the tropics, and the NH, with consistently larger trends in the tropics and in the NH during summer, and negative or non significant trends in relative humidity. These results are consistent with the hypothesis that the distribution of relative humidity should remain roughly constant under climate change (see Section 2.5). Simulations of the response to historical anthropogenic and natural forcings robustly generate an increase in atmospheric humidity consistent with observations (Santer et al., 2007; Willett et al., 2007; Figure 9.9). A recent cessation of the upward trend in specific humidity is observed over multiple continental areas in HadCRUH and is also found in the European Centre for Medium range Weather Forecast (ECMWF) interim reanalysis of the global atmosphere and surface conditions (ERA-Interim; Simmons et al. 2010). This change in the specific humidity trend is temporally correlated with a levelling off of global ocean temperatures following the 1997–1998 El Niño event (Simmons et al., 2010).

The anthropogenic water vapour fingerprint simulated by an ensemble of 22 climate models has been identified in lower tropospheric moisture content estimates derived from Special Sensor Microwave/Imager (SSM/I) data covering the period 1988–2006 (Santer et al., 2007). Santer et al. (2009) find that detection of an anthropogenic response in column water vapour is insensitive to the set of models used. They rank models based on their ability to simulate the observed mean total column water vapour, and its annual cycle and variability associated with ENSO. They report no appreciable differences between the fingerprints or detection results derived from the best or worst performing models, and so conclude that attribution of water vapour changes to anthropogenic forcing is not sensitive to the choice of models used for the assessment.

In summary, an anthropogenic contribution to increases in specific humidity at and near the Earth's surface is found with *medium confidence*. Evidence of a recent levelling off of the long-term surface atmospheric moistening trend over land needs to be better understood and simulated as a prerequisite to increased confidence in attribution studies of water vapour changes. Length and quality of observational humidity data sets, especially above the surface, continue to limit detection and attribution studies of atmospheric water vapour.

### 10.3.2.2   Changes in Precipitation

Analysis of CMIP5 model simulations yields clear global and regional scale changes associated with anthropogenic forcing (e.g., Scheff and Frierson, 2012a, 2012b), with patterns broadly similar to those

identified from CMIP3 models (e.g., Polson et al., 2013). The AR4 concluded that 'the latitudinal pattern of change in land precipitation and observed increases in heavy precipitation over the 20th century appear to be consistent with the anticipated response to anthropogenic forcing'. Detection and attribution of regional precipitation changes generally focuses on continental areas using *in situ* data because observational coverage over oceans is limited to a few island stations (Arkin et al., 2010; Liu et al., 2012; Noake et al., 2012) , although model-data comparisons over continents also illustrate large observational uncertainties (Tapiador, 2010; Noake et al., 2012; Balan Sarojini et al., 2012; Polson et al., 2013). Available satellite data sets that could supplement oceanic studies are short and their long-term homogeneity is still unclear (Chapter 2); hence they have not yet been used for detection and attribution of changes. Continuing uncertainties in climate model simulations of precipitation make quantitative model/data comparisons difficult (e.g., Stephens et al., 2010), which also limits confidence in detection and attribution. Furthermore, sparse observational coverage of precipitation across much of the planet makes the fingerprint of precipitation change challenging to isolate in observational records (Balan Sarojini et al., 2012; Wan et al., 2013).

Considering just land regions with sufficient observations, the largest signal of differences between models with and without anthropogenic forcings is in the high latitudes of the NH, where increases in precipitation are a robust feature of climate model simulations (Scheff and Frierson, 2012a, 2012b). Such increases have been observed (Figure 10.10) in several different observational data sets (Min et al., 2008a; Noake et al., 2012; Polson et al., 2013), although high-latitude trends vary between data sets and with coverage (e.g., Polson et al., 2013).

Attribution of zonally averaged precipitation trends has been attempted using different observational products and ensembles of forced simulations from both the CMIP3 and CMIP5 archives, for annual-averaged (Zhang et al., 2007; Min et al., 2008a) and season-specific (Noake et al., 2012; Polson et al., 2013) results (Figure 10.11). Zhang et al. (2007) identify the fingerprint of anthropogenic changes in observed annual zonal mean precipitation averaged over the periods 1925–1999 and 1950–1999, and separate the anthropogenic fingerprint from the influence of natural forcing. The fingerprint of external forcing is also detected in seasonal means for boreal spring in all data sets assessed by Noake et al. (2012), and in all but one data set assessed by Polson et al. (2013) (Figure 10.11), and in boreal winter in all but one data set (Noake et al., 2012), over the period 1951–1999 and to 2005. The fingerprint features increasing high-latitude precipitation, and decreasing precipitation trends in parts of the tropics that are reasonably robustly observed in all four data sets considered albeit with large observational uncertainties north of 60°N (Figure 10.11). Detection of seasonal-average precipitation change is less convincing for June, July, August (JJA) and September, October, November (SON) and results vary with observation data set (Noake et al., 2012; Polson et al., 2013). Although Zhang et al. (2007) detect anthropogenic changes even if a separate fingerprint for natural forcings is considered, Polson et al. (2013) find that this result is sensitive to the data set used and that the fingerprints can be separated robustly only for the data set most closely constrained by station data. The analysis also finds that model simulated precipitation variability is smaller than observed variability in the tropics (Zhang et al., 2007;

BLM_0151410

Polson et al., 2013) which is addressed by increasing the estimate of variance from models (Figure 10.11).

Another detection and attribution study focussed on precipitation in the NH high latitudes and found an attributable human influence (Min et al., 2008a). Both Min et al. (2008a) and Zhang et al. (2007) find that the observed changes are significantly larger than the model simulated changes. However, Noake et al. (2012) and Polson et al. (2013) find that the difference between models and observations decreases if changes



**Figure 10.10** | Global and zonal average changes in annual mean precipitation (mm day⁻¹) over areas of land where there are observations, expressed relative to the baseline period of 1961–1990, simulated by CMIP5 models forced with both anthropogenic and natural forcings (red lines) and natural forcings only (blue lines) for the global mean and for three latitude bands. Multi-model means are shown in thick solid lines. Observations (gridded values derived from Global Historical Climatology Network station data, updated from Zhang et al. (2007) are shown as a black solid line. An 11-year smoothing is applied to both simulations and observations. Green stars show statistically significant changes at 5% level (p value <0.05) between the ensemble of runs with both anthropogenic and natural forcings (red lines) and the ensemble of runs with just natural forcings (blue lines) using a two-sample two-tailed t-test for the last 30 years of the time series. (From Balan Sarojini et al., 2012.) Results for the Climate Research Unit (CRU) TS3.1 data set are shown in Figure 10.A.2.

are expressed as a percentage of climatological precipitation and that the observed and simulated changes are largely consistent between CMIP5 models and observations given data uncertainty. Use of additional data sets illustrates remaining observational uncertainty in high latitudes of the NH (Figure 10.11). Regional-scale attribution of precipitation change is still problematic although regional climate models have yielded simulations consistent with observed wintertime changes for northern Europe (Bhend and von Storch, 2008; Tapiador, 2010).

Precipitation change over ocean has been attributed to human influence by Fyfe et al. (2012) for the high-latitude SH in austral summer, where zonally averaged precipitation has declined around 45°S and increased around 60°S since 1957, consistent with CMIP5 historical simulations, with the magnitude of the half-century trend outside the range of simulated natural variability. Confidence in this attribution result, despite limitations in precipitation observations, is enhanced by its consistency with trends in large-scale sea level pressure data (see Section 10.3.3).

In summary, there is *medium confidence* that human influence has contributed to large-scale changes in precipitation patterns over land. The expected anthropogenic fingerprints of change in zonal mean precipitation—reductions in low latitudes and increases in NH mid to high latitudes—have been detected in annual and some seasonal data. Observational uncertainties including limited global coverage and large natural variability, in addition to challenges in precipitation modeling, limit confidence in assessment of climatic changes in precipitation.

### 10.3.2.3   Changes in Surface Hydrologic Variables

This subsection assesses recent research on detection and attribution of long-term changes in continental surface hydrologic variables, including soil moisture, evapotranspiration and streamflow. Streamflows are often subject to large non-climatic human influence, such as diversions and land use changes, that must be accounted for in order to attribute detected hydrologic changes to climate change. Cryospheric aspects of surface hydrology are discussed in Section 10.5; extremes in surface hydrology (such as drought) and precipitation are covered in Section 10.6.1. The variables discussed here are subject to large modeling uncertainties (Chapter 9) and observational challenges (Chapter 2), which in combination place severe limits on climate change detection and attribution.

Direct observational records of soil moisture and surface fluxes tend to be sparse and/or short, thus limiting recent assessments of change in these variables (Jung et al., 2010). Assimilated land surface data sets and new satellite observations (Chapter 2) are promising tools, but assessment of past and future climate change of these variables (Hoekema and Sridhar, 2011) is still generally carried out on derived quantities such as the Palmer Drought Severity Index, as discussed more fully in Section 10.6.1. Recent observations (Jung et al., 2010) show regional trends towards drier soils. An optimal detection analysis of reconstructed evapotranspiration identifies the effects of anthropogenic forcing on evapotranspiration, with the Centre National de Recherches Météorologiques (CNRM)-CM5 model simulating changes consistent with those estimated to have occurred (Douville et al., 2013).

BLM_0151411