and more frequent in these regions in a warmer climate. Reductions in return values (or equivalently, increases in return period) are confined to convergent oceanic regions where circulation changes have reduced the available water vapour.

Severe thunderstorms, associated with large hail, high winds, and tornadoes, are another example of extreme weather associated with the water cycle. The large-scale environments in which they occur are characterized by large Convective Available Potential Energy (CAPE) and deep tropospheric wind shear (Brooks et al., 2003; Brooks, 2009). Del Genio et al. (2007), Trapp et al. (2007, 2009), and Van Klooster and Roebber (2009) found a general increase in the energy and decrease in the shear terms from the late 20th century to the late 21st century over the USA using a variety of regional model simulations embedded in global model SRES scenario simulations. The relative change between these two competing factors would tend to favour more environments that would support severe thunderstorms, providing storms are initiated. Trapp et al. (2009), for example, found an increase in favourable thunderstorm conditions for all regions of the USA east of the Rocky Mountains. Large variability in both the energy and shear terms means that statistical significance is not reached until late in the 21st century under high forcing scenarios. One way of assessing the possibility of a change in the frequency of future thunderstorms is to look at historical records of observed tornado, hail and wind occurrence with respect to the environmental conditions (Brooks, 2013). This indicates that an increase in the fraction of severe thunderstorms containing non-tornadic winds would be consistent with the model projections of increased energy and decreased shear, but there has not been enough research to make a firm conclusion regarding future changes in frequency or magnitude.

Less work has been done on projected changes outside of the USA. Marsh et al. (2009) found that mean energy decreased in the warm season in Europe while it increased in the cool season. Even though the energy decreases in the warm season, the number of days with favourable environments for severe thunderstorms increases because of an increasing number of days with relatively large values of available energy. For Europe, with the Mediterranean Sea and Sahara Desert to the south, questions remain about changes in boundary layer moisture, a main driver of the energy term. Niall and Walsh (2005) examined changes in CAPE, which may be associated with hailstorm occurrence in southeastern Australia using a global model, and found little change under warmer conditions. Leslie et al. (2008) reconsidered the southeastern Australia hail question by nesting models with 1 km horizontal grid spacing and using sophisticated microphysical parameterizations and found an increase in the frequency of large hail by 2050 under the SRES A1B scenario, but with extremely large internal variability in the environments and hail size.

Overall, for all parts of the world studied, the results are suggestive of a trend toward environments favouring more severe thunderstorms, but the small number of analyses precludes any likelihood estimate of this change.

### 12.4.6   Changes in Cryosphere

#### 12.4.6.1   Changes in Sea Ice Cover

Based on the analysis of CMIP3 climate change simulations (e.g., Arzel et al., 2006; Zhang and Walsh, 2006), the AR4 concludes that the Arctic and Antarctic sea ice covers are projected to shrink in the 21st century under all SRES scenarios, with a large range of model responses (Meehl et al., 2007b). It also stresses that, in some projections, the Arctic Ocean becomes almost entirely ice-free in late summer during the second half of the 21st century. These conclusions were confirmed by further analyses of the CMIP3 archives (e.g., Stroeve et al., 2007; Bracegirdle et al., 2008; Lefebvre and Goosse, 2008; Boé et al., 2009b; Sen Gupta et al., 2009; Wang and Overland, 2009; Zhang, 2010b; NRC, 2011; Körper et al., 2013). Figures 12.28 and 12.29 and the studies of Maksym et al. (2012), Massonnet et al. (2012), Stroeve et al. (2012) and Wang and Overland (2012) show that the CMIP5 AOGCMs/ESMs as a group also project decreases in sea ice extent through the end of this century in both hemispheres under all RCPs. However, as in the case of CMIP3, the inter-model spread is considerable.

In the NH, in accordance with CMIP3 results, the absolute rate of decrease of the CMIP5 multi-model mean sea ice areal coverage is greatest in September. The reduction in sea ice extent between the time periods 1986–2005 and 2081–2100 for the CMIP5 multi-model average ranges from 8% for RCP2.6 to 34% for RCP8.5 in February and from 43% for RCP2.6 to 94% for RCP8.5 in September. *Medium confidence* is attached to these values as projections of sea ice extent decline in the real world due to errors in the simulation of present-day sea ice extent (mean and trends—see Section 9.4.3) and because of the large spread of model responses. About 90% of the available CMIP5 models reach nearly ice-free conditions (sea ice extent less than $1 \times 10^6$ $km^2$ for at least 5 consecutive years) during September in the Arctic before 2100 under RCP8.5 (about 45% under RCP4.5). By the end of the 21st century, the decrease in multi-model mean sea ice volume ranges from 29% for RCP2.6 to 73% for RCP8.5 in February and from 54% for RCP2.6 to 96% for RCP8.5 in September. *Medium confidence* is attached to these values as projections of the real world sea ice volume. In February, these percentages are much higher than the corresponding ones for sea ice extent, which is indicative of a substantial sea ice thinning.

A frequent criticism of the CMIP3 models is that, as a group, they strongly underestimate the rapid decline in summer Arctic sea ice extent observed during the past few decades (e.g., Stroeve et al., 2007; Winton, 2011), which suggests that the CMIP3 projections of summer Arctic sea ice areal coverage might be too conservative. As shown in Section 9.4.3 and Figure 12.28b, the magnitude of the CMIP5 multi-model mean trend in September Arctic sea ice extent over the satellite era is more consistent with, but still underestimates, the observed one (see also Massonnet et al., 2012; Stroeve et al., 2012; Wang and Overland, 2012; Overland and Wang, 2013). Owing to the shortness of the observational record, it is difficult to ascertain the relative influence of natural variability on this trend. This hinders the comparison between modelled and observed trends, and hence the estimate of the sensitivity of the September Arctic sea ice extent to global surface temperature change (i.e., the decrease in sea ice extent per degree global

**12**

BLM_0151601

warming) (Kay et al., 2011; Winton, 2011; Mahlstein and Knutti, 2012). This sensitivity may be crucial for determining future sea ice losses. Indeed, a clear relationship exists at longer than decadal time scales in climate change simulations between the annual mean or September mean Arctic sea ice extent and the annual mean global surface temperature change for ice extents larger than ~1 × 10⁶ km² (e.g., Ridley et al., 2007; Zhang, 2010b; NRC, 2011; Winton, 2011; Mahlstein and Knutti, 2012). This relationship is illustrated in Figure 12.30 for both CMIP3 and CMIP5 models. From this figure, it can be seen that the sea ice sensitivity varies significantly from model to model and is generally larger and in better agreement among models in CMIP5.

A complete and detailed explanation for what controls the range of Arctic sea ice responses in models over the 21st century remains elusive, but the Arctic sea ice provides an example where process-based constraints can be used to reduce the spread of model projections

(Overland et al., 2011; Collins et al., 2012; Hodson et al., 2012). For CMIP3 models, results indicate that the changes in Arctic sea ice mass budget over the 21st century are related to the late 20th century mean sea ice thickness distribution (Holland et al., 2010), average sea ice thickness (Bitz, 2008; Hodson et al., 2012), fraction of thin ice cover (Boé et al., 2009b) and oceanic heat transport to the Arctic (Mahlstein and Knutti, 2011). For CMIP5 models, Massonnet et al. (2012) showed that the time needed for the September Arctic sea ice areal coverage to drop below a certain threshold is highly correlated with the September sea ice extent and annual mean sea ice volume averaged over the past several decades (Figure 12.31a, b). The timing of a seasonally ice-free Arctic Ocean or the fraction of remaining sea ice in September at any time during the 21st century were also found to correlate with the past trend in September Arctic sea ice extent and the amplitude of the mean seasonal cycle of sea ice extent (Boé et al., 2009b; Collins et al., 2012; Massonnet et al., 2012) (Figure 12.31c, d). All these empirical



**Figure 12.28** | Changes in sea ice extent as simulated by CMIP5 models over the second half of the 20th century and the whole 21st century under RCP2.6, RCP4.5, RCP6.0 and RCP8.5 for (a) Northern Hemisphere February, (b) Northern Hemisphere September, (c) Southern Hemisphere February and (d) Southern Hemisphere September. The solid curves show the multi-model means and the shading denotes the 5 to 95% range of the ensemble means. The vertical line marks the end of CMIP5 historical climate change simulations. One ensemble member per model is taken into account in the analysis. Sea ice extent is defined as the total ocean area where sea ice concentration exceeds 15% and is calculated on the original model grids. Changes are relative to the reference period 1986–2005. The number of models available for each RCP is given in the legend. Also plotted (solid green curves) are the satellite data of Comiso and Nishio (2008, updated 2012) over 1979–2012.

relationships can be understood on simple physical grounds (see the aforementioned references for details).

These results lend support for weighting/recalibrating the models based on their present-day Arctic sea ice simulations. Today, the optimal approach for constraining sea ice projections from climate models is unclear, although one notes that these methods should have a credible underlying physical basis in order to increase confidence in their results (see Section 12.2). In addition, they should account for

the potentially large imprint of natural variability on both observations and model simulations when these two sources of information are to be compared (see Section 9.8.3). This latter point is particularly critical if the past sea ice trend or sensitivity is used in performance metrics given the relatively short observational period (Kay et al., 2011; Overland et al., 2011; Mahlstein and Knutti, 2012; Massonnet et al., 2012; Stroeve et al., 2012). A number of studies have applied such metrics to the CMIP3 and CMIP5 models. Stroeve et al. (2007) and Stroeve et al. (2012) rejected several CMIP3 and CMIP5 models, respectively, on



**Figure 12.29** | February and September CMIP5 multi-model mean sea ice concentrations (%) in the Northern and Southern Hemispheres for the periods (a) 1986–2005, (b) 2081–2100 under RCP4.5 and (c) 2081–2100 under RCP8.5. The model sea ice concentrations are interpolated onto a 1° × 1° regular grid. One ensemble member per model is taken into account in the analysis, and the multi-model mean sea ice concentration is shown where it is larger than 15%. The number of models available for each RCP is given in parentheses. The pink lines indicate the observed 15% sea ice concentration limits averaged over 1986–2005 (Comiso and Nishio, 2008, updated 2012).

BLM_0151603



**Figure 12.30** | September Arctic sea ice extent as a function of the annual mean global surface warming relative to the period 1986–2005 for (a) CMIP3 models (all SRES scenarios) and (b) CMIP5 models (all RCPs). The sea ice extents and global temperatures are computed on a common latitude-longitude grid for CMIP3 and on the original model grids for CMIP5. One ensemble member per model is taken into account in the analysis. A 21-year running mean is applied to the model output. The full black circle and vertical bar on the left-hand side of the y-axis indicate the mean and ±2 standard deviations about the mean of the observed September Arctic sea ice extent over 1986–2005, respectively (Comiso and Nishio, 2008, updated 2012). The horizontal line corresponds to a nearly ice-free Arctic Ocean in September.

the basis of their simulated late 20th century mean September Arctic sea ice extent. Wang and Overland (2009) selected a subset of CMIP3 models (and Wang and Overland (2012) did the same for the CMIP5 models) based on their fidelity to the observed mean seasonal cycle of Arctic sea ice extent in the late 20th century and then scaled the chosen models to the recently observed September sea ice extent. Zhang (2010b) retained a number of CMIP3 models based on the regression between summer sea ice loss and Arctic surface temperature change. Boé et al. (2009b) and Mahlstein and Knutti (2012) did not perform a model selection but rather recalibrated the CMIP3 Arctic sea ice projections on available observations of September Arctic sea ice trend and sensitivity to global surface temperature change, respectively. Finally, Massonnet et al. (2012) selected a subset of CMIP5 models on the basis of the four relationships illustrated in Figure 12.31a–d.

These various methods all suggest a faster rate of summer Arctic sea ice decline than the multi-model mean. Although they individually provide a reduced range for the year of near disappearance of the September Arctic sea ice compared to the original CMIP3/CMIP5 multi-model ensemble, they lead to different timings (Overland and Wang, 2013). Consequently, the time interval obtained when combining all these studies remains wide: 2020–2100+ (2100+ = not before 2100) for the SRES A1B scenario and RCP4.5 (Stroeve et al., 2007, 2012; Boé et al., 2009b; Wang and Overland, 2009, 2012; Zhang, 2010b; Massonnet et al., 2012) and 2020–2060 for RCP8.5 (Massonnet et al., 2012; Wang and Overland, 2012). The method proposed by Massonnet et al. (2012) is applied here to the full set of models that provided the CMIP5 database with sea ice output. The natural variability of each of the four diagnostics shown in Figure 12.31a–d is first estimated by averaging over all available models with more than one ensemble member the diagnostic standard deviations derived from the model

ensemble members. Then, for each model, a ±2 standard deviation interval is constructed around the ensemble mean or single realization of the diagnostic considered. A model is retained if, for each diagnostic, either this interval overlaps a ±20% interval around the observed/reanalysed value of the diagnostic or at least one ensemble member from that model gives a value for the diagnostic that falls within ±20% of the observational/reanalysed data. The outcome is displayed in Figure 12.31e for RCP8.5. Among the five selected models (ACCESS1.0, ACCESS1.3, GFDL-CM3, IPSL-CM5A-MR, MPI-ESM-MR), four project a nearly ice-free Arctic Ocean in September before 2050 (2080) for RCP8.5 (RCP4.5), the earliest and latest years of near disappearance of the sea ice pack being about 2040 and about 2060 (about 2040 and 2100+), respectively. It should be mentioned that Maslowski et al. (2012) projected that it would take only until about 2016 to reach a nearly ice-free Arctic Ocean in summer, based on a linear extrapolation into the future of the recent sea ice volume trend from a hindcast simulation conducted with a regional model of the Arctic sea ice–ocean system. However, such an extrapolation approach is problematic as it ignores the negative feedbacks that can occur when the sea ice cover becomes thin (e.g., Bitz and Roe, 2004; Notz, 2009) and neglects the effect of year-to-year or longer-term variability (Overland and Wang, 2013). Mahlstein and Knutti (2012) encompassed the dependence of sea ice projections on the forcing scenario by determining the annual mean global surface warming threshold for nearly ice-free conditions in September. Their best estimate of ~2°C above the present derived from both CMIP3 models and observations is consistent with the 1.6 to 2.1°C range (mean value: 1.9°C) obtained from the CMIP5 model subset shown in Figure 12.31e (see also Figure 12.30b). The reduction in September Arctic sea ice extent by the end of the 21st century, averaged over this subset of models, ranges from 56% for RCP2.6 to 100% for RCP8.5.

BLM_0151604



**Figure 12.31** | (a–d) First year during which the September Arctic sea ice extent falls below 1 × 10⁶ km² in CMIP5 climate projections (37 models, RCP8.5) as a function of (a) the September Arctic sea ice extent averaged over 1986–2005, (b) the annual mean Arctic sea ice volume averaged over 1986–2005, (c) the amplitude of the 1986–2005 mean seasonal cycle of Arctic sea ice extent and (d) the trend in September Arctic sea ice extent over 1979–2012. The sea ice diagnostics displayed are calculated on the original model grids. The correlations and one-tailed *p*-values are computed from the multi-member means for models with several ensemble members (coloured crosses), but the ensemble members of individual models are also depicted (coloured dots). The vertical solid and dashed lines show the corresponding observations or bias-adjusted PIOMAS (Pan-Arctic Ice-Ocean Modelling and Assimilation System) reanalysis data (a, c and d: Comiso and Nishio, 2008, updated 2012; b: Schweiger et al., 2011) and the ±20% interval around these data, respectively. (e) Time series of September Arctic sea ice extent (5-year running mean) as simulated by all CMIP5 models and their ensemble members under RCP8.5 (thin curves). The thick, coloured curves correspond to a subset of five CMIP5 models selected on the basis of panels a–d following Massonnet et al. (2012) (see text for details). Note that each of these models provides only one ensemble member for RCP8.5.

BLM_0151605

In light of all these results, it is *very likely* that the Arctic sea ice cover will continue to shrink and thin all year round during the 21st century as the annual mean global surface temperature rises. It is also *likely* that the Arctic Ocean will become nearly ice-free in September before the middle of the century for high GHG emissions such as those corresponding to RCP8.5 (*medium confidence*). The potential irreversibility of the Arctic sea ice loss and the possibility of an abrupt transition toward an ice-free Arctic Ocean are discussed in Section 12.5.5.7.

In the SH, the decrease in sea ice extent between 1986–2005 and 2081–2100 projected by the CMIP5 models as a group varies from 16% for RCP2.6 to 67% for RCP8.5 in February and from 8% to 30% in September. In contrast with the NH, the absolute rate of decline is greatest in wintertime. Eisenman et al. (2011) argue that this hemispheric asymmetry in the seasonality of sea ice loss is fundamentally related to the geometry of coastlines. For each forcing scenario, the relative changes in multi-model mean February and September Antarctic sea ice volumes by the end of the century are of the same order as the corresponding ones for sea ice extent. About 75% of the available CMIP5 models reach a nearly ice-free state in February within this century under RCP8.5 (about 60% under RCP4.5). For RCP8.5, only small portions of the Weddell and Ross Seas stay ice-covered in February during 2081–2100 in those models that do not project a seasonally ice-free Southern Ocean (see Figure 12.29c). Nonetheless, there is *low confidence* in these Antarctic sea ice projections because of the wide range of model responses and the inability of almost all of the models to reproduce the mean seasonal cycle, interannual variability and overall increase of the Antarctic sea ice areal coverage observed during the satellite era (see Section 9.4.3; Maksym et al., 2012; Turner et al., 2013; Zunz et al., 2013).

#### 12.4.6.2  Changes in Snow Cover and Frozen Ground

Excluding ice sheets and glaciers, analyses of seasonal snow cover changes generally focus on the NH, where the configuration of the continents on the Earth induces a larger maximum seasonal snow cover extent (SCE) and a larger sensitivity of SCE to climate changes. Seasonal snow cover extent and snow water equivalent (SWE) respond to both temperature and precipitation. At the beginning and the end of the snow season, SCE decreases are closely linked to a shortening of the seasonal snow cover duration, while SWE is more sensitive to snowfall amount (Brown and Mote, 2009). Future widespread reductions of SCE, particularly in spring, are simulated by the CMIP3 models (Roesch, 2006; Brown and Mote, 2009) and confirmed by the CMIP5 ensemble (Brutel-Vuilmet et al., 2013). The NH spring (March-April average) snow cover area changes are coherent in the CMIP5 models although there is considerable scatter. Relative to the 1986–2005 reference period, the CMIP5 models simulate a weak decrease of about 7 ± 4% (one-σ inter-model dispersion) for RCP2.6 during the last two decades of the 21st century, while SCE decreases of about 13 ± 4% are simulated for RCP4.5, 15 ± 5% for RCP6.0, and 25 ± 8% for RCP8.5 (Figure 12.32). There is *medium confidence* in these numbers because of the considerable inter-model scatter mentioned above and because snow processes in global climate models are strongly simplified.

Projections for the change in annual maximum SWE are more mixed. Warming decreases SWE both by reducing the fraction of precipitation



**Figure 12.32 |** Northern Hemisphere spring (March to April average) snow cover extent change (in %) in the CMIP5 ensemble, relative to the simulated extent for the 1986–2005 reference period. Thick lines mark the multi-model average, shading indicates the inter-model spread (one standard deviation). The observed March to April average snow cover extent for the 1986–2005 reference period is 32.6·10⁶ km² (Brown and Robinson, 2011).

that falls as snow and by increasing snowmelt, but projected increases in precipitation over much of the northern high latitudes during winter months act to increase snow amounts. Whether snow covering the ground will become thicker or thinner depends on the balance between these competing factors. Both in the CMIP3 (Räisänen, 2008) and in the CMIP5 models (Brutel-Vuilmet et al., 2013), annual maximum SWE tends to increase or only marginally decrease in the coldest



**Figure 12.33 |** Northern Hemisphere near-surface permafrost area, diagnosed for the available CMIP5 models by Slater and Lawrence (2013) following Nelson and Outcalt (1987) and using 20-year average bias-corrected monthly surface air temperatures and snow depths. Thick lines: multi-model average. Shading and thin lines indicate the inter-model spread (one standard deviation). The black line for the historical period is diagnosed from the average of the European Centre for Medium range Weather Forecast (ECMWF) reanalysis of the global atmosphere and surface conditions (ERA), Japanese ReAnalysis (JRA), Modern Era Retrospective-analysis for Research and Applications (MERRA) and Climate Forecast System Reanalysis and Reforecast (CFSRR) reanalyses (Slater and Lawrence, 2013). Estimated present permafrost extent is between 12 and 17 million km³ (Zhang et al., 2000).

regions, while annual maximum SWE decreases are strong closer to the southern limit of the seasonally snow-covered area.

It is thus *very likely* (*high confidence*) that by the end of the 21st century, NH spring snow cover extent will be substantially lower than today if anthropogenic climate forcing is similar to the stronger scenarios considered here. Conversely, there is only *medium confidence* in the latitudinal pattern of annual maximum SWE changes (increase or little change in the coldest regions, stronger decrease further to the South) because annual maximum SWE is influenced by competing factors (earlier melt onset, higher solid precipitation rates in some regions).

The strong projected warming across the northern high latitudes in climate model simulations has implications for frozen ground. Recent projections of the extent of near-surface permafrost (see Glossary) degradation continue to vary widely depending on the underlying climate forcing scenario and model physics, but virtually all of them indicate substantial near-surface permafrost degradation and thaw depth deepening over much of the permafrost area (Saito et al., 2007; Lawrence et al., 2008a, 2012; Koven et al., 2011, 2013; Eliseev et al., 2013; Slater and Lawrence, 2013). Permafrost at greater depths is less directly relevant to the surface energy and water balance, and its degradation naturally occurs much more slowly (Delisle, 2007). Climate models are beginning to represent permafrost physical processes and properties more accurately (Alexeev et al., 2007; Nicolsky et al., 2007; Lawrence et al., 2008a; Rinke et al., 2008; Koven et al., 2009; Gouttevin et al., 2012), but there are large disagreements in the calculation of current frozen soil extent and active layer depth due to differences in the land model physics in the CMIP5 ensemble (Koven et al., 2013). The projected changes in permafrost are a response not only to warming, but also to changes in snow conditions because snow properties and their seasonal evolution exert significant control on soil thermal state (Zhang, 2005; Lawrence and Slater, 2010; Shkolnik et al., 2010; Koven et al., 2013). Applying the surface frost index method (Nelson and Outcalt, 1987) to coupled climate model anomalies from the CMIP5 models (Slater and Lawrence, 2013) yields a reduction of the diagnosed 2080–2099 near-surface permafrost area (continuous plus discontinuous near-surface permafrost) by 37 ± 11% (RCP2.6), 51 ± 13% (RCP4.5), 58 ± 13% (RCP6.0), and 81±12% (RCP8.5), compared to the 1986–2005 diagnosed near-surface permafrost area, with *medium confidence* in the numbers as such because of the strongly simplified soil physical processes in current-generation global climate models (Figure 12.33). The uncertainty range given here is the 1-σ inter-model dispersion. Applying directly the model output to diagnose permafrost extent and its changes over the 21st century yields similar relative changes (Koven et al., 2013). In summary, based on high agreement across CMIP5 and older model projections, fundamental process understanding, and paleoclimatic evidence (e.g., Vaks et al., 2013), it appears *virtually certain* (*high confidence*) that near-surface permafrost extent will shrink as global climate warms. However, the amplitude of the projected reductions of near-surface permafrost extent not only depends on the emission scenario and the global climate model response, but also very much on the permafrost-related soil processes taken into account in the models.

### 12.4.7   Changes in the Ocean

#### 12.4.7.1   Sea Surface Temperature, Salinity and Ocean Heat Content

Projected increase of SST and heat content over the next two decades is relatively insensitive to the emissions trajectory. However, projected outcomes diverge as the 21st century progresses. When SSTs increase as a result of external forcing, the interior water masses respond to the integrated signal at the surface, which is then propagated down to greater depth (Gleckler et al., 2006; Gregory, 2010). Changes in globally averaged ocean heat content currently account for about 90% of the change in global energy inventory since 1970 (see Box 3.1). Heat is transported within the interior of the ocean by its large-scale general circulation and by smaller-scale mixing processes. Changes in transports lead to redistribution of existing heat content and can cause local cooling even though the global mean heat content is rising (Banks and Gregory, 2006; Lowe and Gregory, 2006; Xie and Vallis, 2012).

Figure 12.12 shows the multi-model mean projections of zonally averaged ocean temperature change under three emission scenarios. The differences in projected ocean temperature changes for different RCPs manifest themselves more markedly as the century progresses. The largest warming is found in the top few hundred metres of the subtropical gyres, similar to the observed pattern of ocean temperature changes (Levitus et al., 2012, see also Section 3.2). Surface warming varies considerably between the emission scenarios ranging from about 1°C (RCP2.6) to more than 3°C in RCP8.5. Mixing and advection processes gradually transfer the additional heat to deeper levels of about 2000 m at the end of the 21st century. Depending on the emission scenario, global ocean warming between 0.5°C (RCP2.6) and 1.5°C (RCP8.5) will reach a depth of about 1 km by the end of the century. The strongest warming signal is found at the surface in subtropical and tropical regions. At depth the warming is most pronounced in the Southern Ocean. From an energy point of view, for RCP4.5 by the end of the 21st century, half of the energy taken up by the ocean is in the uppermost 700 m, and 85% is in the uppermost 2000 m.

In addition to the upper-level warming, the patterns are further characterized by a slight cooling in parts of the northern mid- and high latitudes below 1000 m and a pronounced heat uptake in the deep Southern Ocean at the end of the 21st century. The cooling may be linked to the projected decrease of the strength of the AMOC (see Section 12.4.7.2; 13.4.1; Banks and Gregory, 2006).

The response of ocean temperatures to external forcing comprises mainly two time scales: a relatively fast adjustment of the ocean mixed layer and the slow response of the deep ocean (Hansen et al., 1985; Knutti et al., 2008a; Held et al., 2010). Simulations with coupled ocean–atmosphere GCMs suggest time-scales of several millennia until the deep ocean is in equilibrium with the external forcing (Stouffer, 2004; Hansen et al., 2011; Li et al., 2013a). Thus, the long time-scale of the ocean response to external forcing implies an additional commitment to warming for many centuries when GHG emissions are decreased or concentrations kept constant (see Section 12.5.2). Further assessment of ocean heat uptake and its relationship to projections of sea level rise is presented in Section 13.4.1.

12

BLM_0151607



**Figure 12.34 |** Projected sea surface salinity differences 2081–2100 for RCP8.5 relative to 1986–2005 from CMIP5 models. Hatching indicates regions where the multi-model mean change is less than one standard deviation of internal variability. Stippling indicates regions where the multi-model mean change is greater than two standard deviations of internal variability and where at least 90% of the models agree on the sign of change (see Box 12.1). The number of CMIP5 models used is indicated in the upper right corner.

Durack and Wijffels (2010) and Durack et al. (2012) examined trends in global sea surface salinity (SSS) changes over the period 1950–2008. Their analysis revealed strong, spatially coherent trends in SSS over much of the global ocean, with a pattern that bears striking

resemblance to the climatological SSS field and is associated with an intensification of the global water cycle (see Sections 3.3.2.1, 10.4.2 and 12.4.5). The CMIP5 climate model projections available suggest that high SSS subtropical regions that are dominated by net evaporation are typically getting more saline; lower SSS regions at high latitudes are typically getting fresher. They also suggest a continuation of this trend in the Atlantic where subtropical surface waters become more saline as the century progresses (Figure 12.34) (see also Terray et al., 2012). At the same time, the North Pacific is projected to become less saline.

### 12.4.7.2 Atlantic Meridional Overturning

Almost all climate model projections reveal an increase of high latitude temperature and high latitude precipitation (Meehl et al., 2007b). Both of these effects tend to make the high latitude surface waters lighter and hence increase their stability. As seen in Figure 12.35, all models show a weakening of the AMOC over the course of the 21st century (see Section 12.5.5.2 for further analysis). Projected changes in the strength of the AMOC at high latitudes appear stronger in Geophysical Fluid Dynamics Laboratory (GFDL) CM2.1 when density is used as a vertical coordinate instead of depth (Zhang, 2010a). Once the RF is stabilized, the AMOC recovers, but in some models to less than its pre-industrial level. The recovery may include a significant overshoot (i.e., a weaker circulation may persist) if the anthropogenic RF is eliminated (Wu et al., 2011a). Gregory et al. (2005) found that for all eleven models



**Figure 12.35 |** Multi-model projections of Atlantic Meridional Overturning Circulation (AMOC) strength at 30°N from 1850 through to the end of the RCP extensions. Results are based on a small number of CMIP5 models available. Curves show results from only the first member of the submitted ensemble of experiments.

BLM_0151608

analysed (six from CMIP2/3 and five EMICs), the AMOC reduction was caused more by changes in surface heat flux than changes in surface freshwater flux. They further found that models with a stronger AMOC in their control run exhibited a larger weakening (see also Gregory and Tailleux, 2011).

Based on the assessment of the CMIP5 RCP simulations and on our understanding gleaned from analysis of CMIP3 models, observations and our understanding of physical mechanisms, it is *very likely* that the AMOC will weaken over the 21st century. Best estimates and ranges for the reduction from CMIP5 are 11% (1 to 24%) in RCP2.6 and 34% (12 to 54%) in RCP8.5. There is *low confidence* in assessing the evolution of the AMOC beyond the 21st century.

### 12.4.7.3 Southern Ocean

A dominant and robust feature of the CMIP3 climate projections assessed in AR4 is the weaker surface warming at the end of the 21st century in the Southern Ocean area compared to the global mean. Furthermore, the Antarctic Circumpolar Current (ACC) moves southward in most of the climate projections analysed in response to the simulated southward shift and strengthening of the SH mid-latitude westerlies (Meehl et al., 2007b).

The additional analyses of the CMIP3 model output performed since the release of AR4 confirm and refine the earlier findings. The displacement and intensification of the mid-latitude westerlies contribute to a large warming between 40°S and 60°S from the surface to mid-depths (Fyfe et al., 2007; Sen Gupta et al., 2009). Part of this warming has been attributed to the southward translation of the Southern Ocean current system (Sen Gupta et al., 2009). Moreover, the wind changes influence the surface temperature through modifications of the latent and sensible heat fluxes and force a larger northward Ekman transport of relatively cold polar surface water (Screen et al., 2010). This also leads to a stronger upwelling that brings southward and upward relatively warm and salty deep water, resulting in a subsurface salinity increase at mid-depths south of 50°S (Sen Gupta et al., 2009; Screen et al., 2010).

Overall, CMIP3 climate projections exhibit a decrease in mixed layer depth at southern mid- and high latitudes by the end of the 21st century. This feature is a consequence of the enhanced stratification resulting from surface warming and freshening (Lefebvre and Goosse, 2008; Sen Gupta et al., 2009; Capotondi et al., 2012). Despite large inter-model differences, there is a robust weakening of Antarctic Bottom Water production and its northward outflow, which is consistent with the decrease in surface density and is manifest as a warming signal close to the Antarctic margin that reaches abyssal depths (Sen Gupta et al., 2009).

In the vicinity of the Antarctic ice sheet, CMIP3 models project an average warming of ~0.5C° at depths of 200–500 m in 2091–2100 compared to 1991–2000 for the SRES A1B scenario, which has the potential to impact the mass balance of ice shelves (Yin et al., 2011). More detailed regional modelling using the SRES A1B scenario indicates that a redirection of the coastal current into the cavities underlying the Filchner-Ronne ice shelf during the second half of the 21st century

might enhance the average basal melting rate there from 0.2 m yr⁻¹ to almost 4 m yr⁻¹ (Hellmer et al., 2012; see Section 13.4.4.2).

There are very few published analyses of CMIP5 climate projections focusing on the Southern Ocean. Meijers et al. (2012) found a wide variety of ACC responses to climate warming scenarios across CMIP5 models. Models show a high correlation between the changes in ACC strength and position, with a southward (northward) shift of the ACC core as the ACC gets stronger (weaker). No clear relationship between future changes in wind stress and ACC strength was identified, while the weakening of the ACC transport simulated at the end of the 21st century by many models was found to correlate with the strong decrease in the surface heat and freshwater fluxes in the ACC region (Meijers et al., 2012; Downes and Hogg, 2013). In agreement with the CMIP3 assessment (Sen Gupta et al., 2009), subtropical gyres generally strengthen under RCP4.5 and RCP8.5 and all expand southward, inducing a southward shift of the northern boundary of the ACC at most longitudes in the majority of CMIP5 models (Meijers et al., 2012). As in CMIP3 climate projections, an overall shallowing of the deep mixed layers that develop on the northern edge of the ACC in winter is observed, with larger shallowing simulated by models with deeper mixed layers during 1976–2005 (Sallée et al., 2013a). Sallée et al. (2013b) reported a warming of all mode, intermediate and deep water masses in the Southern Ocean. The largest temperature increase is found in mode and intermediate water layers. Consistently with CMIP3 projections (Downes et al., 2010), these water layers experience a freshening, whereas bottom water becomes slightly saltier. Finally, Sallée et al. (2013b) noted an enhanced upwelling of circumpolar deep water and an increased subduction of intermediate water that are nearly balanced by interior processes (diapycnal fluxes).

A number of studies suggest that oceanic mesoscale eddies might influence the response of the Southern Ocean circulation, meridional heat transport and deep water formation to changes in wind stress and surface buoyancy flux (Böning et al., 2008; Farneti et al., 2010; Downes et al., 2011; Farneti and Gent, 2011; Saenko et al., 2012; Spence et al., 2012). These eddies are not explicitly resolved in climate models and their role in future circulation changes still needs to be precisely quantified. Some of the CMIP5 models have output the meridional overturning due to the Eulerian mean circulation and that induced by parameterized eddies, thus providing a quantitative estimate of the role of the mesoscale circulation in a warming climate. On this basis, Downes and Hogg (2013) found that, under RCP8.5, the strengthening (weakening) of the upper (lower) Eulerian mean meridional overturning cell in the Southern Ocean is significantly correlated with the increased overlying wind stress and surface warming and is partly compensated at best by changes in eddy-induced overturning.

None of the CMIP3 and CMIP5 models include an interactive ice sheet component. When climate–ice sheet interactions are accounted for in an EMIC under a $4 \times CO_2$ scenario, the meltwater flux from the Antarctic ice sheet further reduces the surface density close to Antarctica and the rate of Antarctic Bottom Water formation. This ultimately results in a smaller surface warming at high southern latitudes compared to a simulation in which the freshwater flux from the melting ice sheet is not taken into account (Swingedouw et al., 2008). Nevertheless, in this study, this effect becomes significant only after more than one century.

**12**

BLM_0151609

### 12.4.8   Changes Associated with Carbon Cycle Feedbacks and Vegetation Cover

Climate change may affect the global biogeochemical cycles changing the magnitude of the natural sources and sinks of major GHGs. Numerous studies investigated the interactions between climate change and the carbon cycle (e.g., Friedlingstein et al., 2006), methane cycle (e.g., O'Connor et al., 2010), ozone (Cionni et al., 2011) or aerosols (e.g., Carslaw et al., 2010). Many CMIP5 ESMs now include a representation of the carbon cycle as well as atmospheric chemistry, allowing interactive projections of GHGs (mainly $CO_2$ and $O_3$) and aerosols. With such models, projections account for the imposed changes in anthropogenic emissions, but also for changes in natural sources and sinks as they respond to changes in climate and atmospheric composition. If included in ESMs, the impact on projected concentration, RF and hence on climate can be quantified. Climate-induced changes on the carbon cycle are assessed below, while changes in natural emissions of $CH_4$ are assessed in Chapter 6, changes in atmospheric chemistry in Chapter 11, and climate–aerosol interactions are assessed in Chapter 7.

#### 12.4.8.1   Carbon Dioxide

As presented in Section 12.3, the CMIP5 experimental design includes, for the RCP8.5 scenario, experiments driven either by prescribed anthropogenic $CO_2$ emissions or concentration. The historical and 21st century emission-driven simulations allow evaluating the climate response of the Earth system when atmospheric $CO_2$ and the climate response are interactively being calculated by the ESMs. In such ESMs, the atmospheric $CO_2$ is calculated as the difference between the imposed anthropogenic emissions and the sum of land and ocean carbon uptakes. As most of these ESMs account for land use changes and their $CO_2$ emissions, the only external forcing is fossil fuel $CO_2$ emissions (along with all non-$CO_2$ forcings as in the C-driven RCP8.5 simulations). For a given ESM, the emission driven and concentration driven simulations would show different climate projections if the simulated atmospheric $CO_2$ in the emission driven run is significantly different from the one prescribed for the concentration driven runs. This would happen if the ESMs carbon cycle is different from the one simulated by MAGICC6, the model used to calculate the CMIP5 GHGs concentrations from the emissions for the four RCPs (Meinshausen et al., 2011c). When driven by $CO_2$ concentration, the ESMs can calculate the fossil fuel $CO_2$ emissions that would be compatible with the prescribed atmospheric $CO_2$ trajectory, allowing comparison with the set of $CO_2$ emissions initially estimated by the IAMs (Arora et al., 2011; Jones et al., 2013) (see Section 6.4.3, Box 6.4).

Figure 12.36 shows the simulated atmospheric $CO_2$ and global average surface air temperature warming (relative to the 1986–2005 reference period) for the RCP8.5 emission driven simulations from the CMIP5 ESMs, compared to the concentration driven simulations from the same models. Most (seven out of eleven) of the models estimate a larger $CO_2$ concentration than the prescribed one. By 2100, the multi-model average $CO_2$ concentration is $985 \pm 97$ ppm (full range 794 to 1142 ppm), while the $CO_2$ concentration prescribed for the RCP8.5 is 936 ppm. Figure 12.36 also shows the range of atmospheric $CO_2$ projections when the MAGICC6 model, used to provide the RCP concentrations, is tuned to emulate combinations of climate sensitivity

uncertainty taken from 19 CMIP3 models and carbon cycle feedbacks uncertainty taken from 10 C$^4$MIP models, generating 190 model simulations (Meinshausen et al., 2011c; Meinshausen et al., 2011b). The emulation of the CMIP3/C$^4$MIP models shows for the RCP8.5, a range of simulated $CO_2$ concentrations of 794 to 1149 ppm (90% confidence level), extremely similar to what is obtained with the CMIP5 ESMs, with atmospheric concentration as high as 1150 ppm by 2100, that is, more than 200 ppm above the prescribed $CO_2$ concentration.

Global warming simulated by the E-driven runs show higher upper ends than when atmospheric $CO_2$ concentration is prescribed. For the models assessed here, the global surface temperature change (2081–2100 average relative to 1986–2005 average) ranges between 2.6°C and 4.7°C, with a multi-model average of 3.7°C ± 0.7°C for the concentration driven simulations, while the emission driven simulations give a range of 2.5°C to 5.6°C, with a multi-model average of 3.9°C ± 0.9°C, that is, 5% larger than for the concentration driven runs. The models that simulate the largest $CO_2$ concentration by 2100 have the largest warming amplification in the emission driven simulations, with an additional warming of more than 0.5°C.

The uncertainty on the carbon cycle has been shown to be of comparable magnitude to the uncertainty arising from physical climate processes (Gregory et al., 2009). Huntingford et al. (2009) used a simple model to characterize the relative role of carbon cycle and climate sensitivity uncertainties in contributing to the range of future temperature changes, concluding that the range of carbon cycle processes represent about 40% of the physical feedbacks. Perturbed parameter ensembles systematically explore land carbon cycle parameter uncertainty and illustrate that a wide range of carbon cycle responses are consistent with the same underlying model structures and plausible parameter ranges (Booth et al., 2012; Lambert et al., 2012). Figure 12.37 shows how the comparable range of future climate change (SRES A1B) arises from parametric uncertainty in land carbon cycle and atmospheric feedbacks. The same ensemble shows that the range of atmospheric $CO_2$ in the land carbon cycle ensemble is wider than the full SRES concentration range (B1 to A1FI scenario).

The CMIP5 ESMs described above do not include the positive feedback arising from the carbon release from high latitudes permafrost thawing under a warming scenario, which could further increase the atmospheric $CO_2$ concentration and the warming. Two recent studies investigated the climate–permafrost feedback from simulations with models of intermediate complexity (EMICs) that accounts for a permafrost carbon module (MacDougall et al., 2012; Schneider von Deimling et al., 2012). Burke et al. (2012) also estimated carbon loss from permafrost, from a diagnostic of the present-day permafrost carbon store and future soil warming as simulated by CMIP5 models. However, this last study did not quantify the effect on global temperature. Each of these studies found that the range of additional warming due to the permafrost carbon loss is quite large, because of uncertainties in future high latitude soil warming, amount of carbon stored in permafrost soils, vulnerability of freshly thawed organic material, the proportion of soil carbon that might be emitted as carbon dioxide via aerobic decomposition or as methane via anaerobic decomposition (Schneider von Deimling et al., 2012). For the RCP8.5, the additional warming from permafrost ranges between 0.04°C and 0.69°C by 2100 although

BLM_0151610



**Figure 12.36** | Simulated changes in (a) atmospheric $CO_2$ concentration and (b) global averaged surface temperature (°C) as calculated by the CMIP5 Earth System Models (ESMs) for the RCP8.5 scenario when $CO_2$ emissions are prescribed to the ESMs as external forcing (blue). Also shown (b, in red) is the simulated warming from the same ESMs when directly forced by atmospheric $CO_2$ concentration (a, red white line). Panels (c) and (d) show the range of $CO_2$ concentrations and global average surface temperature change simulated by the Model for the Assessment of Greenhouse Gas-Induced Climate Change 6 (MAGICC6) simple climate model when emulating the CMIP3 models climate sensitivity range and the Coupled Climate Carbon Cycle Model Intercomparison Project ($C^4MIP$) models carbon cycle feedbacks. The default line in (c) is identical to the one in (a).



**Figure 12.37** | Uncertainty in global mean temperature from Met Office Hadley Centre climate prediction model 3 (HadCM3) results exploring atmospheric physics and terrestrial carbon cycle parameter perturbations under the SRES A1B scenario (Murphy et al., 2004; Booth et al., 2012). Relative uncertainties in the Perturbed Carbon Cycle (PCC, green plume) and Perturbed Atmospheric Processes (PAP, blue plume) on global mean anomalies of temperature (relative to the 1986–2005 period). The standard simulations from the two ensembles, HadCM3 (blue solid) and HadCM3C (green solid) are also shown. Three bars are shown on the right illustrating the 2100 temperature anomalies associated with the CMIP3/AR4 ensemble (black) the PAP ensemble (blue) and PCC ensemble (green). The ranges indicate the full range, 10th to 90th, 25th to 75th and 50th percentiles.

there is *medium confidence* in these numbers as are the ones on the amount of carbon released (see Section 12.5.5.4) (MacDougall et al., 2012; Schneider von Deimling et al., 2012).

### 12.4.8.2 Changes in Vegetation Cover

Vegetation cover can also be affected by climate change, with forest cover potentially being decreasing (e.g., in the tropics) or increasing (e.g., in high latitudes). In particular, the Amazon forest has been the subject of several studies, generally agreeing that future climate change would increase the risk tropical Amazon forest being replaced by seasonal forest or even savannah (Huntingford et al., 2008; Jones et al., 2009; Malhi et al., 2009). Increase in atmospheric $CO_2$ would partly reduce such risk, through increase in water efficiency under elevated $CO_2$ (Lapola et al., 2009; Malhi et al., 2009). Recent multi-model estimates based on different CMIP3 climate scenarios and different dynamic global vegetation models predict a moderate risk of tropical forest reduction in South America and even lower risk for African and Asian tropical forests (see also Section 12.5.5.6) (Gumpenberger et al., 2010; Huntingford et al., 2013).

**12**

BLM_0151611



**Figure 12.38 |** Impact of land use change on surface temperature. LUCID-CMIP5 experiments where six ESMs were forced either with or without land use change beyond 2005 under the RCP8.5 scenario. Left maps of changes in total crop and pasture fraction (%) in the RCP8.5 simulations between 2006 and 2100 as implemented in each ESM. Right maps show the differences in surface air temperature (averaged over the 2071–2100 period) between the simulations with and without land use change beyond 2005. Only statistically significant changes ($p < 0.05$) are shown.

BLM_0151612

ESMs simulations with interactive vegetation confirmed known biophysical feedback associated with large-scale changes in vegetation. In the northern high latitudes, warming-induced vegetation expansion reduces surface albedo, enhancing the warming over these regions (Falloon et al., 2012; Port et al., 2012), with potentially larger amplification due to ocean and sea ice response (Swann et al., 2010). Over tropical forest, reduction of forest coverage would reduce evapotranspiration, also leading to a regional warming (Falloon et al., 2012; Port et al., 2012).

CMIP5 ESMs also include human induced land cover changes (deforestation, reforestation) affecting the climate system through changes in land surface physical properties (Hurtt et al., 2011). Future changes in land cover will have an impact on the climate system through biophysical and biogeochemical processes (e.g., Pongratz et al., 2010). Biophysical processes include changes in surface albedo and changes in partitioning between latent and sensible heat, while biogeochemical feedbacks essentially include change in $CO_2$ sources and sinks but could potentially also include changes in $N_2O$ or $CH_4$ emissions. The biophysical response to future land cover changes has been investigated within the SRES scenarios. Using the SRES A2 2100 land cover, Davin et al. (2007) simulated a global cooling of 0.14 K relatively to a simulation with present-day land cover, the cooling being largely driven by change in albedo. Regional analyses have been performed in order to quantify the biophysical impact of biofuels plantation generally finding a local to regional cooling when annual crops are replaced by bioenergy crops, such as sugar cane (Georgescu et al., 2011; Loarie et al., 2011). However, some energy crops require nitrogen inputs for their production, leading inevitably to nitrous oxide ($N_2O$) emissions, potentially reducing the direct cooling effect and the benefit of biofuels as an alternative to fossil fuel emissions. These emission estimates are still uncertain, varying strongly for different crops, management methods, soil types and reference systems (St. Clair et al., 2008; Smeets et al., 2009).

In the context of the Land-Use and Climate, IDentification of robust impacts (LUCID) project (Pitman et al., 2009) ESMs performed additional CMIP5 simulations in order to separate the biophysical from the biogeochemical effects of land use changes in the RCP scenarios. The LUCID–CMIP5 experiments were designed to complement RCP8.5 and RCP2.6 simulations of CMIP5, both of which showing an intensification of land use change over the 21st century. The LUCID–CMIP5 analysis was focussed on a difference in climate and land-atmosphere fluxes between the average of ensemble of simulations with and without land use changes by the end of 21st century (Brovkin et al., 2013). Due to different interpretation of land use classes, areas of crops and pastures were specific for each ESM (Figure 12.38, left). On the global scale, simulated biophysical effects of land use changes projected in the CMIP5 experiments with prescribed $CO_2$ concentrations were not significant. However, these effects were significant for regions with land use changes >10%. Only three out of six participating models, CanESM2, HadGEM2-ES and MIROC-ESM, reveal statistically significant changes in regional mean annual mean surface air temperature for the RCP8.5 scenario (Figure 12.38, right). However, there is *low confidence* on the overall effect as there is no agreement among the models on the sign of the global average temperature change due to the biophysical effects of land use changes (Brovkin et al., 2013). Changes in land surface albedo, available energy, latent and sensible

heat fluxes were relatively small but significant in most of ESMs for regions with substantial land use changes. The scale of climatic effects reflects a small magnitude of land use changes in both the RCP2.6 and 8.5 scenarios and their limitation mainly to the tropical and subtropical regions where differences between biophysical effects of forests and grasslands are less pronounced than in mid- and high latitudes. LUCID-CMIP5 did not perform similar simulations for the RCP4.5 or RCP6.0 scenarios. As these two scenarios show a global decrease of land use area, one might expect their climatic impact to be different from the one seen in the RC2.6 and RCP8.5.

### 12.4.9   Consistency and Main Differences Between Coupled Model Intercomparison Project Phase 3/ Coupled Model Intercomparison Project Phase 5 and Special Report on Emission Scenarios/ Representative Concentration Pathways

In the experiments collected under CMIP5, both models and scenario have changed with respect to CMIP3 making a comparison with earlier results and the scientific literature they generated (on which some of this chapter's content is still based) complex. The set of models used in AR4 (the CMIP3 models) have been superseded by the new CMIP5 models (Table 12.1; Chapter 9) and the SRES scenarios have been replaced by four RCPs (Section 12.3.1). In addition, the baseline period used to compute anomalies has advanced 6 years, from 1980–1999 to 1986–2005.



**Figure 12.39 |** Global mean temperature anomalies at the end of the 21st century from General Circulation Model (GCM) experiments and emulators comparing CMIP3/CMIP5 responses under SRES A1B and RCP6.0. The boxes and whiskers indicate the 5th percentile, mean value − 1 standard deviation, mean, mean value + 1 standard deviation and 95th percentile of the distributions. The first box-and-whiskers on the left is computed directly from the CMIP3 ensemble and corresponds to the numbers quoted in AR4. The emulated SRES A1B projections (second from left) of CMIP5 are obtained by the method of Good et al. (2011a) and are calculated for the period 2080–2099 expressed with respect to the AR4 baseline period of 1980–1999. Because of the method, the subset of CMIP5 that are emulated are restricted to those with pre-industrial control, abrupt 4 × $CO_2$, historical, RCP4.5 and RCP8.5 simulations. The emulated RCP6.0 projections of CMIP3 (third from left, see also Figure 12.8) are from Knutti and Sedláček (2013) obtained using the method of Meinshausen et al. (2011b; 2011c) and are calculated for the slightly different future period 2081–2100 to be consistent with the rest of this chapter, and are expressed with respect to the AR5 baseline period of 1986–2005. The box-and-whiskers fourth from the left is a graphical representation of the numbers shown in Table 12.2. The final box-and-whiskers on the right is a combination of CMIP5 model output and emulation of CMIP5 RCP6.0 numbers for those models that did not run RCP6.0.

BLM_0151613

It would be extremely costly computationally to rerun the full CMIP3 ensemble under the new RCPs and/or the full CMIP5 ensemble under the old SRES scenarios in order to separate model and scenario effects. In the absence of a direct comparison, we rely on simplified modelling frameworks to emulate CMIP3/5 SRES/RCP behaviour and compare them. Figure 12.39 shows an emulation of the global mean temperature response at the end of the 21st century that one would expect from the CMIP5 models if they were run under SRES A1B. In this case, anomalies are computed with respect to 1980–1999 for direct comparison with the values reported in AR4 (Meehl et al., 2007b) which used that baseline. The method used to emulate the SRES A1B response of the CMIP5 is documented by Good et al. (2011a; 2013). Ensemble-mean A1B RF was computed from CMIP3 projections using the Forster and Taylor (2006) method, scaled to ensure consistency with the forcing required by the method. The simple model is only used to predict the temperature difference between A1B and RCP8.5, and between A1B and RCP4.5 separately for each model. These differences are then added to CMIP5 GCM simulations of RCP8.5 and RCP4.5 respectively, and averaged to give a single A1B estimate. The emulated CMIP5 SRES A1B results show a slightly larger mean response than the actual CMIP3 models, with a similar spread (±1 standard deviation is used in this case). The main reason for this is the slightly larger mean transient climate response (TCR) in the subset of CMIP5 models available in comparison with the AR4 CMIP3 models. An alternative emulation is presented by Knutti and Sedláček (2013) who use the simplified

MAGICC models with parameters chosen to emulate the response of the CMIP3 models to RCP6.0 forcing, with anomalies expressed with respect to the 1986–2005 baseline period (Figure 12.39). They too find a larger mean response in the CMIP5 case but also a larger spread (±1 standard deviation) in CMIP5. Uncertainties in the different approaches to emulating climate model simulations, for example estimating the non-GHG RF, and the small sample sizes of CMIP3 and CMIP5 make it difficult to draw conclusions on the statistical significance of the differences displayed in Figure 12.39, but the same uncertainties lead us to conclude that on the basis of these analyses there appears to be no fundamental difference between the behaviour of the CMIP5 ensemble, in comparison with CMIP3.

Meinshausen et al. (2011a; 2011b) tuned MAGICC6 to emulate 19 GCMs from CMIP3. The results are temperature projections and their uncertainties (based on the empirical distribution of the ensemble) under each of the RCPs, extended to year 2500 (under constant emissions for the lowest RCP and constant concentrations for the remaining three). In the same paper, an ensemble produced by combining carbon cycle parameter calibration with nine C⁴MIP models with the 19 CMIP3 model parameter calibrations is also used to estimate the emissions implied by the various concentration pathways, had the CMIP3 models included a carbon cycle component. Rogelj et al. (2012) used the same tool but performed a fully probabilistic analysis of the SRES and RCP scenarios using a parameter space that is consistent with



**Figure 12.40 |** Temperature projections for SRES scenarios and the RCPs. (a) Time-evolving temperature distributions (66% range) for the four RCP scenarios computed with the ECS distribution from Rogelj et al. (2012) and a model setup representing closely the carbon-cycle and climate system uncertainty estimates of the AR4 (grey areas). Median paths are drawn in yellow. Red shaded areas indicate time periods referred to in panel b. (b) Ranges of estimated average temperature increase between 2090 and 2099 for SRES scenarios and the RCPs respectively. Note that results are given both relative to 1980–1999 (left scale) and relative to pre-industrial (right scale). Yellow ranges indicate results obtained by Rogelj et al. (2012). Colour-coding of AR4 ranges is chosen to be consistent with AR4 (Meehl et al., 2007b). RCP2.6 is labelled as RCP3-PD here.

BLM_0151614



**Figure 12.41 |** Patterns of temperature (left column) and percent precipitation change (right column) for the CMIP3 models average (first row) and CMIP5 models average (second row), scaled by the corresponding global average temperature changes. The patterns are computed in both cases by taking the difference between the averages over the last 20 years of the 21st century experiments (2080–2099 for CMIP3 and 2081–2100 for CMIP5) and the last twenty years of the historic experiments (1980–1999 for CMIP3, 1986–2005 for CMIP5) and rescaling each difference by the corresponding change in global average temperature. This is done first for each individual model, and then the results are averaged across models. For the CMIP5 patterns, the RCP2.6 simulation of the FIO-ESM model was excluded because it did not show any warming by the end of the 21st century, thus not complying with the method requirement that the pattern be estimated at a time when the temperature change signal from $CO_2$ increase has emerged. Stippling indicates a measure of significance of the difference between the two corresponding patterns obtained by a bootstrap exercise. Two subsets of the pooled set of CMIP3 and CMIP5 ensemble members of the same size as the original ensembles, but without distinguishing CMIP3 from CMIP5 members, were randomly sampled 500 times. For each random sample we compute the corresponding patterns and their difference, then the true difference is compared, grid-point by grid-point, to the distribution of the bootstrapped differences, and only grid-points at which the value of the difference falls in the tails of the bootstrapped distribution (less than the 2.5 percentiles or the 97.5 percentiles) are stippled.

CMIP3/C⁴MIP but a more general uncertainty characterization for key quantities like equilibrium climate sensitivity, similarly to the approach utilized by Meinshausen et al. (2009). Observational or other historical constraints are also used in this study and the analysis is consistent with the overall assessment of sources and ranges of uncertainties for relevant quantities (equilibrium climate sensitivity above all) from AR4 (Meehl et al., 2007b , Box 10.2). Figure 12.40 summarizes results of this probabilistic comparison for global temperature. The RCPs span a large range of stabilization, mitigation and non-mitigation pathways and the resulting range of temperature changes are larger than those produced under SRES scenarios, which do not consider mitigation options. The SRES results span an interval between just above 1.0°C and 6.5°C when considering the respective *likely* ranges of all scenarios, including B1 as the lowest and A1FI as the highest. Emissions under RCP8.5 are highest and the resulting temperature changes *likely* range from 4.0°C to 6.1°C by 2100. The lowest RCP2.6 assumes significant mitigation and the global temperature change *likely* remains below 2°C.

Similar temperature change projections by the end of the 21st century are obtained under RCP8.5 and SRES A1FI, RCP6 and SRES B2 and RCP4.5 and SRES B1. There remain large differences though in the transient trajectories, with rates of change slower or faster for the different pairs. These differences can be traced back to the interplay of the (negative) short-term effect of sulphate aerosols and the (positive) effect of long-lived GHGs. Impact studies may be sensitive to the differences in these temporal profiles so care should be taken in approximating SRES with RCPs and vice versa.

While simple models can separate the effect of the scenarios and the model response, no studies are currently available that allow an attribution of the CMIP3-CMIP5 differences to changes in the transient climate response, the carbon cycle, and the inclusion of new processes (chemistry, land surface, vegetation). The fact that these sets of CMIP3 and CMIP5 experiments do not include emission-driven runs would suggest that differences in the representation of the carbon cycle are very unlikely to explain differences in the simulations, since the only

BLM_0151615

effect of changes in the carbon cycle representation would affect the land surface, and thus would have only a minor effect on the climate response at the global scale.

Figure 12.41 shows a comparison of the patterns of warming and precipitation change from CMIP3 (using 23 models and three SRES scenarios) and CMIP5 (using 46 models and four RCPs), utilizing the pattern scaling methodology (Section 12.4.2). The geographic patterns of mean change are very similar across the two ensembles of models, with pattern correlations of 0.98 for temperature and 0.90 for precipitation changes. However there exist significant differences in the absolute values of the patterns, if not in their geographic shapes. A simple bootstrapping exercise that pooled together all models and scenarios and resampled 500 times the same numbers of models/scenarios divided into two groups, but without distinguishing CMIP3 from CMIP5 (and thus SRES from RCPs) allows to compute a measure of significance of the actual differences in the patterns. Stippling in Figure 12.41 marks the large regions where the difference is significant for temperature and precipitation patterns. The temperature pattern from CMIP5 shows significantly larger warming per degree Celsius of global mean temperature change in the NH and less warming per degree Celsius in the SH compared to the corresponding pattern from CMIP3. For precipitation patterns, CMIP5 shows significantly larger increases per degree Celsius in the NH and significantly larger decreases per degree Celsius in the SH compared to CMIP3. Even in this case we do not have studies that allow tracing the source of these differences to specific changes in models' configurations, processes represented or scenarios run.

Knutti and Sedláček (2013) attempt to identify or rule out at least some of these sources. Differences in model projections spread or its counterpart, robustness, between CMIP3 and CMIP5 are discussed, and it is shown that by comparing the behaviour of only a subset of 11 models, contributed to the two CMIPs by the same group of institutions, the robustness of CMIP5 versus that of CMIP3 actually decreases slightly. This would suggest that the enhanced robustness of CMIP5 is not clearly attributable to advances in modelling, and may be a result of the fact that the CMIP5 ensemble contains different versions of the same model that are counted as independent in this measure of robustness.

A comparison of CMIP3 and CMIP5 results for extreme indices is provided in Sections 12.4.3.3 and Figure 12.13 for temperature extremes, and Section 12.4.5.5 and Figure 12.26 for extremes in the water cycle.

## 12.5   Climate Change Beyond 2100, Commitment, Stabilization and Irreversibility

This section discusses the long term (century to millennia) climate change based on the RCP scenario extensions and idealized scenarios, the commitment from current atmospheric composition and from past emissions, the concept of cumulative carbon and the resulting constraints on emissions for various temperature targets. The term irreversibility is used in various ways in the literature. This report defines a perturbed state as irreversible on a given time scale if the recovery time scale from this state due to natural processes is significantly

longer than the time it takes for the system to reach this perturbed state (see Glossary), for example, the climate change resulting from the long residence time of a $CO_2$ perturbation in the atmosphere. These results are discussed in Sections 12.5.2 to 12.5.4. Aspects of irreversibility in the context of abrupt change, multiple steady states and hysteresis are discussed in Section 12.5.5 and in Chapter 13 for ice sheets and sea level rise.

### 12.5.1   Representative Concentration Pathway Extensions

The CMIP5 intercomparison project includes simulations extending the four RCP scenarios to the year 2300 (see Section 12.3.1). This allows exploring the longer-term climate response to idealized GHG and aerosols forcings (Meinshausen et al., 2011c). Continuing GHG emissions beyond 2100 as in the RCP8.5 extension induces a total RF above 12 W m$^{-2}$ by 2300, while sustaining negative emissions beyond 2100, as in the RCP2.6 extension, induces a total RF below 2 W m$^{-2}$ by 2300. The projected warming for 2281–2300, relative to 1986–2005, is 0.6°C (range 0.0°C to 1.2°C) for RCP2.6, 2.5°C (range 1.5°C to 3.5°C) for RCP4.5, and 7.8°C (range 3.0°C to 12.6°C) for RCP8.5 (*medium confidence*, based on a limited number of CMIP5 simulations) (Figures 12.3 and 12.5, Table 12.2).

EMICs simulations have been performed following the same CMIP5 protocol for the historical simulation and RCP scenario extended to 2300 (Zickfeld et al., 2013). These scenarios have been prolonged beyond 2300 to investigate longer-term commitment and irreversibility (see below). Up to 2300, projected warming and the reduction of the AMOC as simulated by the EMICs are similar to those simulated by the CMIP5 ESMs (Figures 12.5 and 12.42).

### 12.5.2   Climate Change Commitment

Climate change commitment, the fact that the climate will change further after the forcing or emissions have been eliminated or held constant, has attracted increased attention by scientists and policymakers shortly before the completion of IPCC AR4 (Hansen et al., 2005a; Meehl et al., 2005b, 2006; Wigley, 2005) (see also AR4 Section 10.7.1). However, the argument that the surface response would lag the RF due to the large thermal reservoir of the ocean in fact goes back much longer (Bryan et al., 1982; Hansen et al., 1984, 1985; Siegenthaler and Oeschger, 1984; Schlesinger, 1986; Mitchell et al., 2000; Wetherald et al., 2001). The discussion in this section is framed largely in terms of temperature change, but other changes in the climate system (e.g., precipitation) are closely related to changes in temperature (see Sections 12.4.1.1 and 12.4.2). A summary of how past emissions relate to future warming is also given in FAQ 12.3.

The Earth system has multiple response time scales related to different thermal reservoirs (see also Section 12.5.3). For a step change in forcing (instantaneous increase in the magnitude of the forcing and constant forcing after that), a large fraction of the total of the surface temperature response will be realized within years to a few decades (Brasseur and Roeckner, 2005; Knutti et al., 2008a; Murphy et al., 2009; Hansen et al., 2011). The remaining response, realized over centuries, is controlled by the slow mixing of the energy perturbation into the ocean (Stouffer, 2004). The response time scale depends on the amount of ocean mixing

BLM_0151616



**Figure 12.42** | (a) Atmospheric $CO_2$, (b) projected global mean surface temperature change and (c) projected change in the Atlantic meridional overturning circulation, as simulated by EMICs for the four RCPs up to 2300 (Zickfeld et al., 2013). A 10-year smoothing was applied. Shadings and bars denote the minimum to maximum range. The dashed line on (a) indicates the pre-industrial $CO_2$ concentration.

and the strength of climate feedbacks, and is longer for higher climate sensitivity (Hansen et al., 1985; Knutti et al., 2005). The transient climate response is therefore smaller than the equilibrium response, in particular for high climate sensitivities. This can also be interpreted as the ocean heat uptake being a negative feedback (Dufresne and Bony, 2008; Gregory and Forster, 2008). Delayed responses can also occur due to processes other than ocean warming, for example, vegetation change (Jones et al., 2009) or ice sheet melt that continues long after the forcing has been stabilized (see Section 12.5.3).

Several forms of commitment are often discussed in the literature. The most common is the 'constant composition commitment', the warming that would occur after stabilizing all radiative constituents at a given year (for example year 2000) levels. For year 2000 commitment, AOGCMs estimated a most likely value of about 0.6°C for 2100 (relative to 1980–1999, AR4 Section 10.7.1). A present-day composition commitment simulation is not part of CMIP5, so direct comparison with CMIP3 is not possible. However, the available CMIP5 results based on the RCP4.5 extension with constant RF (see Section 12.5.1) are consistent with those numbers, with an additional warming of about 0.5°C 200 years after stabilization of the forcing (Figures 12.5 and 12.42).

A measure of constant composition commitment is the fraction of realized warming which can be estimated as the ratio of the warming at a given time to the long-term equilibrium warming (e.g., Stouffer, 2004; Meehl et al., 2007b, Section 10.7.2; Eby et al., 2009; Solomon et al., 2009). EMIC simulations have been performed with RCPs forcing up to 2300 prolonged until the end of the millennium with a constant forcing set at the value reached by 2300 (Figure 12.43). When the forcing stabilizes, the fraction of realized warming is significantly below unity. However, the fraction of realized warming depends on the history of the forcing. For the RCP4.5 and RCP6.0 extension scenarios with early stabilization, it is about 75% at the time of forcing stabilization; while for RCP8.5, with stabilization occurring later, it is about 85% (see Figure 12.43); but for a 1% yr⁻¹ $CO_2$ increase to 2 × $CO_2$ or 4 × $CO_2$ and constant forcing thereafter, the fraction of realized warming is much smaller, about 40 to 70% at the time when the forcing is kept constant. The fraction of realized warming rises typically by 10% over the century following the stabilization of forcing. Due to the long time scales in the deep ocean, full equilibrium is reached only after hundreds to thousands of years (Hansen et al., 1985; Gregory et al., 2004; Stouffer, 2004; Meehl et al., 2007b, Section 10.7.2; Knutti et al., 2008a; Danabasoglu and Gent, 2009; Held et al., 2010; Hansen et al., 2011; Li et al., 2013a).



**Figure 12.43** | (a) Atmospheric $CO_2$, (b) projected global mean surface temperature change and (c) fraction of realized warming calculated as the ratio of global temperature change at a given time to the change averaged over the 1980–2999 time period, as simulated by Earth System Models of Intermediate Complexity (EMICs) for the 4 RCPs up to 2300 followed by a constant (year 2300 level) radiative forcing up to the year 3000 (Zickfeld et al., 2013). A 10-year smoothing was applied. Shadings and bars denote the minimum to maximum range. The dashed line on (a) indicates the pre-industrial $CO_2$ concentration.

**12**

BLM_0151617

'Constant emission commitment' is the warming that would result from maintaining annual anthropogenic emissions at the current level. Few studies exist but it is estimated to be about 1°C to 2.5°C by 2100 assuming constant (year 2010) emissions in the future, based on the MAGICC model calibrated to CMIP3 and C⁴MIP models (Meinshausen et al., 2011a; Meinshausen et al., 2011b) (see FAQ 12.3). Such a scenario is different from non-intervention economic scenarios, and it does not stabilize global temperature, as any plausible emission path after 2100 would cause further warming. It is also different from a constant cumulative emission scenario which implies zero emissions in the future.

Another form of commitment involves climate change when anthropogenic emissions are set to zero ('zero emission commitment'). Results from a variety of models ranging from EMICs (Meehl et al., 2007b; Weaver et al., 2007; Matthews and Caldeira, 2008; Plattner et al., 2008; Eby et al., 2009; Solomon et al., 2009; Friedlingstein et al., 2011) to ESMs (Frölicher and Joos, 2010; Gillett et al., 2011; Gillett et al., 2013) show that abruptly setting $CO_2$ emissions to zero (keeping other forcings constant if accounted for) results in approximately constant global temperature for several centuries onward. Those results indicate that past emissions commit us to persistent warming for hundreds of years, continuing at about the level of warming that has been realized. On near equilibrium time scales of a few centuries to about a millennium, the temperature response to $CO_2$ emissions is controlled by climate sensitivity (see Box 12.2) and the cumulative airborne fraction of $CO_2$ over these time scales. After about a thousand years (i.e., near thermal equilibrium) and cumulative $CO_2$ emissions less than about 2000 PgC, approximately 20 to 30% of the cumulative anthropogenic carbon emissions still remain in the atmosphere (Montenegro et al., 2007; Plattner et al., 2008; Archer et al., 2009; Frölicher and Joos, 2010; Joos et al., 2013) (see Box 6.1) and maintain a substantial temperature response long after emissions have ceased (Friedlingstein and Solomon, 2005; Hare and Meinshausen, 2006; Weaver et al., 2007; Matthews and Caldeira, 2008; Plattner et al., 2008; Eby et al., 2009; Lowe et al., 2009; Solomon et al., 2009, 2010; Frölicher and Joos, 2010; Zickfeld et al., 2012). In the transient phase, on a 100- to 1000-year time scale, the approximately constant temperature results from a compensation between delayed commitment warming (Meehl et al., 2005b; Wigley, 2005) and the reduction in atmospheric $CO_2$ resulting from ocean and land carbon uptake as well as from the nonlinear dependence of RF on atmospheric $CO_2$ (Meehl et al., 2007b; Plattner et al., 2008; Solomon et al., 2009; Solomon et al., 2010). The commitment associated with past emissions depends, as mentioned above, on the value of climate sensitivity and cumulative $CO_2$ airborne fraction, but it also depends on the choices made for other RF constituents. In a $CO_2$ only case and for equilibrium climate sensitivities near 3°C, the warming commitment (i.e., the warming relative to the time when emissions are stopped) is near zero or slightly negative. For high climate sensitivities, and in particular if aerosol emissions are eliminated at the same time, the commitment from past emission can be significantly positive, and is a superposition of a fast response to reduced aerosols emissions and a slow response associated with high climate sensitivities (Brasseur and Roeckner, 2005; Hare and Meinshausen, 2006; Armour and Roe, 2011; Knutti and Plattner, 2012; Matthews and Zickfeld, 2012) (see FAQ 12.3). In the real world, the emissions of $CO_2$ and non-$CO_2$ forcing agents are of course coupled. All of the above studies support the conclusion that temperatures would decrease only very slowly (if at all),

even for strong reductions or complete elimination of $CO_2$ emissions, and might even increase temporarily for an abrupt reduction of the short-lived aerosols (FAQ 12.3). The implications of this fact for climate stabilization are discussed in Section 12.5.4.

New EMIC simulations with pre-industrial $CO_2$ emissions and zero non-$CO_2$ forcings after 2300 (Zickfeld et al., 2013) confirm this behaviour (Figure 12.44) seen in many earlier studies (see above). Switching off anthropogenic $CO_2$ emissions in 2300 leads to a continuous slow decline of atmospheric $CO_2$, to a significantly slower decline of global temperature and to a continuous increase in ocean thermal expansion



**Figure 12.44 |** (a) Compatible anthropogenic $CO_2$ emissions up to 2300, followed by zero emissions after 2300, (b) prescribed atmospheric $CO_2$ concentration up to 2300 followed by projected $CO_2$ concentration after 2300, (c) global mean surface temperature change and (d) ocean thermal expansion as simulated by Earth System Models of Intermediate Complexity (EMICs) for the four concentration driven RCPs with all forcings included (Zickfeld et al., 2013). A 10-year smoothing was applied. The drop in temperature in 2300 is a result of eliminating all non-$CO_2$ forcings along with $CO_2$ emissions. Shadings and bars denote the minimum to maximum range. The dashed line on (b) indicates the pre-industrial $CO_2$ concentration.

**12**

BLM_0151618

over the course of the millennium. Larger forcings induce longer delays before the Earth system would reach equilibrium. For RCP8.5, by year 3000 (700 years after emissions have ceased) global temperature has decreased only by 1°C to 2°C (relative to its peak value by 2300) and ocean thermal expansion has almost doubled (relative to 2300) and is still increasing (Zickfeld et al., 2013).

The previous paragraph discussed climate change commitment from GHGs that have already been emitted. Another form of commitment refers to climate change associated with heat and carbon that has gone into the land surface and oceans. This would be relevant to the consequences of a one-time removal of all of the excess $CO_2$ in the atmosphere and is computed by taking a transient simulation and instantaneously setting atmospheric $CO_2$ concentrations to initial (pre-industrial) values (Cao and Caldeira, 2010). In such an extreme case, there would be a net flux of $CO_2$ from the ocean and land surface to the atmosphere, releasing an amount of $CO_2$ representing about 30% of what was removed from the atmosphere, i.e., the airborne fraction applies equally to positive and negative emissions, and it depends on the emissions history. A related form of experiment investigates the consequences of an initial complete removal followed by sustained removal of any $CO_2$ returned to the atmosphere from the land surface and oceans, and is computed by setting atmospheric $CO_2$ concentrations to pre-industrial values and maintaining this concentration (Cao and Caldeira, 2010). In this case, only about one-tenth of the pre-existing temperature perturbation persists for more than half of a century. A similar study performed with a GFDL AOGCM where forcing was instantaneously returned to its pre-industrial value, found larger residual warming, up to 30% of the pre-existing warming (Held et al., 2010).

Several studies on commitment to past emissions have demonstrated that the persistence of warming is substantially longer than the lifetime of anthropogenic GHGs themselves, as a result of nonlinear absorption effects as well as the slow heat transfer into and out of the ocean. In much the same way as the warming to a step increase of forcing is delayed, the cooling after setting RF to zero is also delayed. Loss of excess heat from the ocean will lead to a positive surface air temperature anomaly for decades to centuries (Held et al., 2010; Solomon et al., 2010; Bouttes et al., 2013).

A more general form of commitment is the question of how much warming we are committed to as a result of inertia and hence commitments related to the time scales for energy system transitions and other societal, economic and technological aspects (Grubb, 1997; Washington et al., 2009; Davis et al., 2010). For example, Davis et al. (2010) estimated climate commitment of 1.3°C (range 1.1°C to 1.4°C, relative to pre-industrial) from existing $CO_2$-emitting devices under specific assumptions regarding their lifetimes. These forms of commitment, however, are strongly based on political, economic and social assumptions that are outside the domain of IPCC WGI and are not further considered here.

### 12.5.3   Forcing and Response, Time Scales of Feedbacks

Equilibrium climate sensitivity (ECS), transient climate response (TCR) and climate feedbacks are useful concepts to characterize the

response of a model to an external forcing perturbation. However, there are limitations to the concept of RF (Joshi et al., 2003; Shine et al., 2003; Hansen et al., 2005b; Stuber et al., 2005), and the separation of forcings and fast (or rapid) responses (e.g., clouds changing almost instantaneously as a result of $CO_2$-induced heating rates rather than as a response to the slower surface warming) is sometimes difficult (Andrews and Forster, 2008; Gregory and Webb, 2008). Equilibrium warming also depends on the type of forcing (Stott et al., 2003; Hansen et al., 2005b; Davin et al., 2007). ECS is time or state dependent in some models (Senior and Mitchell, 2000; Gregory et al., 2004; Boer et al., 2005; Williams et al., 2008; Colman and McAvaney, 2009; Colman and Power, 2010), and in some but not all models climate sensitivity from a slab ocean version differs from that of coupled models or the effective climate sensitivity (see Glossary) diagnosed from a transient coupled integration (Gregory et al., 2004; Danabasoglu and Gent, 2009; Li et al., 2013a). The computational cost of coupled AOGCMs is often prohibitively large to run simulations to full equilibrium, and only a few models have performed those (Manabe and Stouffer, 1994; Voss and Mikolajewicz, 2001; Gregory et al., 2004; Danabasoglu and Gent, 2009; Li et al., 2013a). Because of the time dependence of effective climate sensitivity, fitting simple models to AOGCMs over the first few centuries may lead to errors when inferring the response on multi-century time scales. In the HadCM3 case the long-term warming would be underestimated by 30% if extrapolated from the first century (Gregory et al., 2004), in other models the warming of the slab and coupled model is almost identical (Danabasoglu and Gent, 2009). The assumption that the response to different forcings is approximately additive appears to be justified for large-scale temperature changes but limited for other climate variables (Boer and Yu, 2003; Sexton et al., 2003; Gillett et al., 2004; Meehl et al., 2004; Jones et al., 2007). A more complete discussion of the concept of ECS and the limitations is given in Knutti and Hegerl (2008). The CMIP5 model estimates of ECS and TCR are also discussed in Section 9.7. Despite all limitations, the ECS and TCR remain key concepts to characterize the transient and near equilibrium warming as a response to RF on time scales of centuries. Their overall assessment is given in Box 12.2.

A number of recent studies suggest that equilibrium climate sensitivities determined from AOGCMs and recent warming trends may significantly underestimate the true Earth system sensitivity (see Glossary) which is realized when equilibration is reached on millennial time scales (Hansen et al., 2008; Rohling et al., 2009; Lunt et al., 2010; Pagani et al., 2010; Rohling and Members, 2012). The argument is that slow feedbacks associated with vegetation changes and ice sheets have their own intrinsic long time scales and are not represented in most models (Jones et al., 2009). Additional feedbacks are mostly thought to be positive but negative feedbacks of smaller magnitude are also simulated (Swingedouw et al., 2008; Goelzer et al., 2011). The climate sensitivity of a model may therefore not reflect the sensitivity of the full Earth system because those feedback processes are not considered (see also Sections 10.8, 5.3.1 and 5.3.3.2; Box 5.1). Feedbacks determined in very different base state (e.g., the Last Glacial Maximum) differ from those in the current warm period (Rohling and Members, 2012), and relationships between observables and climate sensitivity are model dependent (Crucifix, 2006; Schneider von Deimling et al., 2006; Edwards et al., 2007; Hargreaves et al., 2007, 2012). Estimates of climate sensitivity based on paleoclimate archives (Hansen

BLM_0151619

Frequently Asked Questions

## FAQ 12.3 | What Would Happen to Future Climate if We Stopped Emissions Today?

*Stopping emissions today is a scenario that is not plausible, but it is one of several idealized cases that provide insight into the response of the climate system and carbon cycle. As a result of the multiple time scales in the climate system, the relation between change in emissions and climate response is quite complex, with some changes still occurring long after emissions ceased. Models and process understanding show that as a result of the large ocean inertia and the long lifetime of many greenhouse gases, primarily carbon dioxide, much of the warming would persist for centuries after greenhouse gas emissions have stopped.*

When emitted in the atmosphere, greenhouse gases get removed through chemical reactions with other reactive components or, in the case of carbon dioxide ($CO_2$), get exchanged with the ocean and the land. These processes characterize the lifetime of the gas in the atmosphere, defined as the time it takes for a concentration pulse to decrease by a factor of e (2.71). How long greenhouse gases and aerosols persist in the atmosphere varies over a wide range, from days to thousands of years. For example, aerosols have a lifetime of weeks, methane ($CH_4$) of about 10 years, nitrous oxide ($N_2O$) of about 100 years and hexafluoroethane ($C_2F_6$) of about 10,000 years. $CO_2$ is more complicated as it is removed from the atmosphere through multiple physical and biogeochemical processes in the ocean and the land; all operating at different time scales. For an emission pulse of about 1000 PgC, about half is removed within a few decades, but the remaining fraction stays in the atmosphere for much longer. About 15 to 40% of the $CO_2$ pulse is still in the atmosphere after 1000 years.

As a result of the significant lifetimes of major anthropogenic greenhouse gases, the increased atmospheric concentration due to past emissions will persist long after emissions are ceased. Concentration of greenhouse gases would not return immediately to their pre-industrial levels if emissions were halted. Methane concentration would return to values close to pre-industrial level in about 50 years, $N_2O$ concentrations would need several centuries, while $CO_2$ would essentially never come back to its pre-industrial level on time scales relevant for our society. Changes in emissions of short-lived species like aerosols on the other hand would result in nearly instantaneous changes in their concentrations.

The climate system response to the greenhouse gases and aerosols forcing is characterized by an inertia, driven mainly by the ocean. The ocean has a very large capacity of absorbing heat and a slow mixing between the surface and the deep ocean. This means that it will take several centuries for the whole ocean to warm up and to reach equilibrium with the altered radiative forcing. The surface ocean (and hence the continents) will continue to warm until it reaches a surface temperature in equilibrium with this new radiative forcing. The AR4 showed that if concentration of greenhouse gases were held constant at present day level, the Earth surface would still continue to warm by about 0.6°C over the 21st century relative to the year 2000. This is the climate commitment to current concentrations (or constant composition commitment), shown in grey in FAQ 12.3, Figure 1. Constant emissions at current levels would further increase the atmospheric concentration and result in much more warming than observed so far (FAQ 12.3, Figure 1, red lines).

Even if anthropogenic greenhouses gas emissions were halted now, the radiative forcing due to these long-lived greenhouse gases concentrations would only slowly decrease in the future, at a rate determined by the lifetime of the gas (see above). Moreover, the

*(continued on next page)*



**FAQ 12.3, Figure 1 |** Projections based on the energy balance carbon cycle model Model for the Assessment of Greenhouse Gas-Induced Climate Change (MAGICC) for constant atmospheric composition (constant forcing, grey), constant emissions (red) and zero future emissions (blue) starting in 2010, with estimates of uncertainty. Figure adapted from Hare and Meinshausen (2006) based on the calibration of a simple carbon cycle climate model to all Coupled Model Intercomparison Project Phase 3 (CMIP3) and Coupled Climate Carbon Cycle Model Intercomparison Project (C4MIP) models (Meinshausen et al., 2011a; Meinshausen et al., 2011b). Results are based on a full transient simulation starting from pre-industrial and using all radiative forcing components. The thin black line and shading denote the observed warming and uncertainty.

12

BLM_0151620

FAQ 12.3 (continued)

climate response of the Earth System to that radiative forcing would be even slower. Global temperature would not respond quickly to the greenhouse gas concentration changes. Eliminating $CO_2$ emissions only would lead to near constant temperature for many centuries. Eliminating short-lived negative forcings from sulphate aerosols at the same time (e.g., by air pollution reduction measures) would cause a temporary warming of a few tenths of a degree, as shown in blue in FAQ 12.3, Figure 1. Setting all emissions to zero would therefore, after a short warming, lead to a near stabilization of the climate for multiple centuries. This is called the commitment from past emissions (or zero future emission commitment). The concentration of GHG would decrease and hence the radiative forcing as well, but the inertia of the climate system would delay the temperature response.

As a consequence of the large inertia in the climate and carbon cycle, the long-term global temperature is largely controlled by total $CO_2$ emissions that have accumulated over time, irrespective of the time when they were emitted. Limiting global warming below a given level (e.g., 2°C above pre-industrial) therefore implies a given budget of $CO_2$, that is, higher emissions earlier implies stronger reductions later. A higher climate target allows for a higher $CO_2$ concentration peak, and hence larger cumulative $CO_2$ emissions (e.g., permitting a delay in the necessary emission reduction).

Global temperature is a useful aggregate number to describe the magnitude of climate change, but not all changes will scale linearly global temperature. Changes in the water cycle for example also depend on the type of forcing (e.g., greenhouse gases, aerosols, land use change), slower components of the Earth system such as sea level rise and ice sheet would take much longer to respond, and there may be critical thresholds or abrupt or irreversible changes in the climate system.

et al., 2008; Rohling et al., 2009; Lunt et al., 2010; Pagani et al., 2010; Schmittner et al., 2011; Rohling and Members, 2012), most but not all based on climate states colder than present, are therefore not necessarily representative for an estimate of climate sensitivity today (see also Sections 5.3.1, 5.3.2, Box 5.1). Also it is uncertain on which time scale some of those Earth system feedbacks would become significant.

Equilibrium climate sensitivity undoubtedly remains a key quantity, useful to relate a change in GHGs or other forcings to a global temperature change. But the above caveats imply that estimates based on past climate states very different from today, estimates based on time scales different than those relevant for climate stabilization (e.g., estimates based on climate response to volcanic eruptions), or based on forcings other than GHGs (e.g., spatially non-uniform land cover changes, volcanic eruptions or solar forcing) may differ from the climate sensitivity measuring the climate feedbacks of the Earth system today, and this measure, in turn, may be slightly different from the sensitivity of the Earth in a much warmer state on time scales of millennia. The TCR and the transient climate response to cumulative carbon emissions (TCRE) are often more directly relevant to evaluate short term changes and emission reductions needed for stabilization (see Section 12.5.4).

### 12.5.4 Climate Stabilization and Long-term Climate Targets

This section discusses the relation between emissions and climate targets, in the context of the uncertainties characterizing both the transient and the equilibrium climate responses to emissions. 'Climate targets' considered here are both stabilizing temperature at a specified value and avoiding a warming beyond a predefined threshold.

The latter idea of limiting peak warming is a more general concept than stabilization of temperature or atmospheric $CO_2$, and one that is more realistic than an exact climate stabilization which would require perpetual non-zero positive emissions to counteract the otherwise unavoidable long-term slow decrease in global temperature (Matsuno et al., 2012a) (Figure 12.44).

#### 12.5.4.1 Background

The concept of stabilization is strongly linked to the ultimate objective of the UNFCCC, which is 'to achieve [...] stabilization of greenhouse gas concentrations in the atmosphere at a level that would prevent dangerous anthropogenic interference with the climate system'. Recent policy discussions focussed on a global temperature increase, rather than on GHG concentrations. The most prominent target currently discussed is the 2°C temperature target, that is, to limit global temperature increase relative to pre-industrial times to below 2°C. The 2°C target has been used first by the European Union as a policy target in 1996 but can be traced further back (Jaeger and Jaeger, 2010; Randalls, 2010). Climate impacts however are geographically diverse (Joshi et al., 2011) and sector specific, and no objective threshold defines when dangerous interference is reached. Some changes may be delayed or irreversible, and some impacts are likely to be beneficial. It is thus not possible to define a single critical threshold without value judgments and without assumptions on how to aggregate current and future costs and benefits. Targets other than 2°C have been proposed (e.g., 1.5°C global warming relative to pre-industrial), or targets based on $CO_2$ concentration levels, for example, 350 ppm (Hansen et al., 2008). The rate of change may also be important (e.g., for adaptation). This section does not advocate or defend any threshold, nor does it judge

12

BLM_0151621

the economic or political feasibility of such goals, but simply assesses the implications of different illustrative climate targets on allowed carbon emissions, based on our current understanding of climate and carbon cycle feedbacks.

### 12.5.4.2   Constraints on Cumulative Carbon Emissions

The current RF from GHGs maintained indefinitely (i.e., the commitment from constant greenhouse gas concentrations) would correspond to approximately 2°C warming. That, however, does not imply that the commitment from past emissions has already exceeded 2°C. Part of the positive RF from GHGs is currently compensated by negative aerosol forcing, and stopping GHG emissions would lead to a decrease in the GHG forcing. Actively removing $CO_2$ from the atmosphere, for example by the combined use of biomass energy and carbon capture and storage, would further accelerate the decrease in GHG forcing.

The total amount of anthropogenic $CO_2$ released in the atmosphere (often termed cumulative carbon emission) is a good indicator of the atmospheric $CO_2$ concentration and hence of the global warming response to $CO_2$. The ratio of global temperature change to total cumulative anthropogenic $CO_2$ emissions (TCRE) is relatively constant over time and independent of the scenario, but is model dependent as it depends on the model cumulative airborne fraction of $CO_2$ and ECS/TCR (Matthews and Caldeira, 2008; Allen et al., 2009; Gregory et al., 2009; Matthews et al., 2009; Meinshausen et al., 2009; Zickfeld et al., 2009; Bowerman et al., 2011; Knutti and Plattner, 2012; Zickfeld et al., 2012, 2013). This is consistent with an earlier study indicating that the global warming potential of $CO_2$ is approximately independent of the scenario (Caldeira and Kasting, 1993). The concept of a constant ratio of cumulative emissions of $CO_2$ to temperature holds well only until temperatures peak (see Figure 12.45e) and only for smoothly varying cumulative $CO_2$ emissions (Gillett et al., 2013). It does not hold for stabilization on millennial time scales or for non-$CO_2$ forcings, and there is limited evidence for its applicability for cumulative emissions exceeding 2000 PgC owing to limited simulations available (Plattner et al., 2008; Hajima et al., 2012; Matsuno et al., 2012b; Gillett et al., 2013; Zickfeld et al., 2013). For non-$CO_2$ forcings with shorter atmospheric life times than $CO_2$ the rate of emissions at the time of peak warming is more important than the cumulative emissions over time (Smith et al., 2012).

Assuming constant climate sensitivity and fixed carbon cycle feedbacks, long-term (several centuries to millennium) stabilization of global temperatures requires eventually the stabilization of atmospheric concentrations (or decreasing concentrations if the temperature should be stabilized more quickly). This requires decreasing emissions to near-zero (Jones et al., 2006; Meehl et al., 2007b; Weaver et al., 2007; Matthews and Caldeira, 2008; Plattner et al., 2008; Allen et al., 2009; Matthews et al., 2009; Meinshausen et al., 2009; Zickfeld et al., 2009; Friedlingstein et al., 2011; Gillett et al., 2011; Roeckner et al., 2011; Knutti and Plattner, 2012; Matsuno et al., 2012a).

The relationships between cumulative emissions and temperature for various studies are shown in Figure 12.45. Note that some lines mark the evolution of temperature as a function of emissions over time while other panels show peak temperatures for different simulations.

Also some models prescribe only $CO_2$ emissions while others use multi gas scenarios, and the time horizons differ. The warming is usually larger if non-$CO_2$ forcings are considered, since the net effect of the non-$CO_2$ forcings is positive in most scenarios (Hajima et al., 2012). Not all numbers are therefore directly comparable. Matthews et al. (2009) estimated the TCRE as 1°C to 2.1°C per 1000 PgC (TtC, or $10^{12}$ metric tonnes of carbon) (5 to 95%) based on the C4MIP model range (Figure 12.45a). The ENSEMBLES E1 show a range of 1°C to 4°C per 1000 PgC (scaled from 0.5°C to 2°C for 500 PgC, Figure 12.45d) (Johns et al., 2011). Rogelj et al. (2012) estimate a 5 to 95% range of about 1°C to 2°C per 1000 PgC (Figure 12.45e) based on the MAGICC model calibrated to the C4MIP model range and the *likely* range of 2°C to 4.5°C for climate sensitivity given in AR4. Allen et al. (2009) used a simple model and found 1.3°C to 3.9°C per 1000 PgC (5 to 95%) for peak warming (Figure 12.45g) and 1.4°C to 2.5°C for TCRE. The EMICs TCRE simulations suggest a range of about 1.4°C to 2.5°C per 1000 PgC and a mean of 1.9°C per 1000 PgC (Zickfeld et al., 2013) (Figure 12.45h). The results of Meinshausen et al. (2009) confirm the approximate linearity between temperature and $CO_2$ emissions (Figure 12.45b). Their results are difficult to compare owing to the shorter time period considered, but the model was found to be consistent with that of Allen et al. (2009). Zickfeld et al. (2009), using an EMIC, find a best estimate of about 1.5°C per 1000 PgC. Gillett et al. (2013) find a range of 0.8°C to 2.4°C per 1000 PgC in 15 CMIP5 models and derive an observationally constrained range of 0.7°C to 2.0°C per 1000 PgC. Results from much earlier model studies support the near linear relationship of cumulative emissions and global temperature, even though these studies did not discuss the linear relationship. An example is given in Figure 12.45c based on data shown in IPCC TAR Figure 13.3 (IPCC, 2001) and IPCC AR4 Figure 10.35 (Meehl et al., 2007b). The relationships between cumulative $CO_2$ emissions and temperature in CMIP5 are shown in Figure 12.45f for the 1% $yr^{-1}$ $CO_2$ increase scenarios and in Figure 12.45i for the RCP8.5 emission driven ESM simulations (Gillett et al., 2013). Compatible emissions from concentration driven CMIP5 ESMs are discussed in Section 6.4.3.3.

Expert judgement based on the available evidence therefore suggests that the TCRE is *likely* between 0.8°C to 2.5°C per 1000 PgC, for cumulative $CO_2$ emissions less than about 2000 PgC until the time at which temperature peaks. Under these conditions, and for low to medium estimates of climate sensitivity, the TCRE is nearly identical to the peak climate response to cumulative carbon emissions. For high climate sensitivity, strong carbon cycle feedbacks or large cumulative emissions, the peak warming can be delayed and the peak response may be different from TCRE, but is often poorly constrained by models and observations. The range of TCRE assessed here is consistent with other recent attempts to synthesize the available evidence (NRC, 2011; Matthews et al., 2012). The results by Schwartz et al. (2010, 2012) imply a much larger warming for the carbon emitted over the historical period and have been questioned by Knutti and Plattner (2012) for neglecting the relevant response time scales and combining a transient airborne fraction with an equilibrium climate sensitivity.

The TCRE can be compared to the temperature response to emissions on a time scale of about 1000 years after emissions cease. This can be estimated from the *likely* range of equilibrium climate sensitivity (1.5°C to 4.5°C) and a cumulative $CO_2$ airborne fraction after about

BLM_0151622

1000 years of about $25 \pm 5\%$ (Archer et al., 2009; Joos et al., 2013). Again combining the extreme values would suggest a range of 0.6°C to 2.7°C per 1000 PgC, and 1.5°C per 1000 PgC for an ECS of 3°C and a cumulative airborne fraction of 25%. However, this equilibrium estimate is based on feedbacks estimated for the present day climate. Climate and carbon cycle feedbacks may increase substantially on long time scales and for high cumulative $CO_2$ emissions (see Section 12.5.3), introducing large uncertainties in particular on the upper bound. Based on paleoclimate data and an analytical model, Goodwin et al. (2009) estimate a long term RF of 1.5 W m$^{-2}$ for an emission of 1000 PgC. For an equilibrium climate sensitivity of 3°C this corresponds to a warming of 1.2°C on millennial time scales, consistent with the climate carbon cycle models results discussed above.

The uncertainty in TCRE is caused by the uncertainty in the physical feedbacks and ocean heat uptake (reflected in TCR) and uncertainties in carbon cycle feedbacks (affecting the cumulative airborne fraction of $CO_2$). TCRE only characterizes the warming due to $CO_2$ emissions, and contributions from non-$CO_2$ gases need to be considered separately when estimating likelihoods to stay below a temperature limit. Warming as a function of cumulative $CO_2$ emissions is similar in the four RCP scenarios, and larger than that due to $CO_2$ alone, since non-$CO_2$ forcings contribute warming in these scenarios (compare Figure 12.45 f, i) (Hajima et al., 2012).



**Figure 12.45 |** Global temperature change vs. cumulative carbon emissions for different scenarios and models. (a) Transient global temperature increase vs. cumulative $CO_2$ emissions for Coupled Climate Carbon Cycle Model Intercomparison Project (C⁴MIP) (Matthews et al., 2009). (b) Maximum temperature increase until 2100 vs. cumulative Kyoto-gas emissions ($CO_2$ equivalent; note that all other panels are given in C equivalent) (Meinshausen et al., 2009). (c) Transient temperature increase vs. cumulative $CO_2$ emissions for IPCC TAR models (red, IPCC TAR Figure 13.3) and IPCC AR4 Earth System Models of Intermediate Complexity (EMICs, black: IPCC AR4 Figure 10.35). (d) As in (a) but for the ENSEMBLES E1 scenario (Johns et al., 2011). (e) Transient temperature increase for the RCP scenarios based on the Model for the Assessment of Greenhouse Gas-Induced Climate Change (MAGICC) model constrained to C⁴MIP, observed warming, and the IPCC AR4 climate sensitivity range (Rogelj et al., 2012). (f) Transient temperature change from the CMIP5 1% yr$^{-1}$ concentration driven simulations. (g) Peak $CO_2$ induced warming vs. cumulative $CO_2$ emissions to 2200 (Allen et al., 2009; Bowerman et al., 2011). (h) Transient temperature increase from the new EMIC RCP simulations (Zickfeld et al., 2013). (i) Transient temperature change from the CMIP5 historical and RCP8.5 emission driven simulations (black) and transient temperature change in all concentration-driven CMIP5 RCP simulations with back-calculated emissions (red). Note that black lines in panel (i) do not include land use $CO_2$ and that warming in (i) is higher than in (f) due to additional non-$CO_2$ forcings.

BLM_0151623

## Box 12.2 | Equilibrium Climate Sensitivity and Transient Climate Response

Equilibrium climate sensitivity (ECS) and transient climate response (TCR) are useful metrics summarizing the global climate system's temperature response to an externally imposed radiative forcing (RF). ECS is defined as the equilibrium change in annual mean global surface temperature following a doubling of the atmospheric $CO_2$ concentration (see Glossary), while TCR is defined as the annual mean global surface temperature change at the time of $CO_2$ doubling following a linear increase in $CO_2$ forcing over a period of 70 years (see Glossary). Both metrics have a broader application than these definitions imply: ECS determines the eventual warming in response to stabilization of atmospheric composition on multi-century time scales, while TCR determines the warming expected at a given time following any steady increase in forcing over a 50- to 100-year time scale.

ECS and TCR can be estimated from various lines of evidence. The estimates can be based on the values of ECS and TCR diagnosed from climate models (Section 9.7.1; Table 9.5), or they can be constrained by analysis of feedbacks in climate models (see Section 9.7.2), patterns of mean climate and variability in models compared to observations (Section 9.7.3.3), temperature fluctuations as reconstructed from paleoclimate archives (Sections 5.3.1 and 5.3.3.2; Box 5.1), observed and modelled short-term perturbations of the energy balance like those caused by volcanic eruptions (Section 10.8), and the observed surface and ocean temperature trends since pre-industrial (see Sections 10.8.1 and 10.8.2; Figure 10.20). For many applications, the limitations of the forcing-feedback analysis framework and the dependence of feedbacks on time scales and the climate state (see Section 12.5.3) must be kept in mind. Some studies estimate the TCR as the ratio of global mean temperature change to RF (Section 10.8.2.2) (Gregory and Forster, 2008; Padilla et al., 2011; Schwartz, 2012). Those estimates are scaled by the RF of $2 \times CO_2$ (3.7 W m$^{-2}$; Myhre et al., 1998) to be comparable to TCR in the following discussion.



Newer studies of constraints based on the observed warming since pre-industrial, analysed using simple and intermediate complexity models, improved statistical methods, and several different and newer data sets, are assessed in detail in Section 10.8.2. Together with results from feedback analysis and paleoclimate constraints (Sections 5.3.1 and 5.3.3.2; Box 5.1), but without considering the CMIP based evidence, these studies show ECS is *likely* between 1.5°C to 4.5°C (*medium confidence*) and *extremely unlikely* less than 1.0°C (see Section 10.8.2). A few studies argued for very low values of climate sensitivity, but many of them have received criticism in the literature (see Section 10.8.2). Estimates based on AOGCMs and feedback analysis indicate a range of 2°C to 4.5°C, with the CMIP5 model mean at 3.2°C, similar to CMIP3. A summary of published ranges and PDFs of ECS is given in Box 12.2, Figure 1. Distributions and ranges for the TCR are shown in Box 12.2, Figure 2.

Simultaneously imposing different constraints from the observed warming trends, volcanic eruptions, model climatology, and paleoclimate, for example, by using a distribution obtained from the Last Glacial Maximum as a prior for the 20th century analysis, yields a more narrow range for climate sensitivity (see Figure 10.20; Section 10.8.2.5) (e.g., Annan and Hargreaves, 2006, 2011b; Hegerl et al., 2006; Aldrin et al., 2012). However, such methods are sensitive to assumptions of independence of the various lines of evidence, which might have shared biases (Lemoine, 2010), and the assumption that each individual line of evidence is unbiased and its uncertainties are captured completely. Expert elicitations for PDFs of climate sensitivity exist (Morgan and Keith, 1995; Zickfeld et al., 2010), but have also received some criticism (Millner et al., 2013). They are not used formally here because the experts base their opinion on the same studies as we assess. The peer-reviewed literature provides no consensus on a

*(continued on next page)*

**Box 12.2, Figure 1 |** Probability density functions, distributions and ranges for equilibrium climate sensitivity, based on Figure 10.20b plus climatological constraints shown in IPCC AR4 (Meehl et al., 2007b; Box 10.2, Figure 1), and results from CMIP5 (Table 9.5). The grey shaded range marks the *likely* 1.5°C to 4.5°C range, and the grey solid line the *extremely unlikely* less than 1°C, the grey dashed line the *very unlikely* greater than 6°C. See Figure 10.20b and Chapter 10 Supplementary Material for full caption and details. Labels refer to studies since AR4. Full references are given in Section 10.8.

12

BLM_0151624

Box 12.2 (continued)

formal statistical method to combine different lines of evidence. All methods in general are sensitive to the assumed prior distributions. These limitations are discussed in detail in Section 10.8.2.

Based on the combined evidence from observed climate change including the observed 20th century warming, climate models, feedback analysis and paleoclimate, ECS is *likely* in the range 1.5°C to 4.5°C with *high confidence*. The combined evidence increases the confidence in this final assessment compared to that based on the observed warming and paleoclimate only. ECS is positive, *extremely unlikely* less than 1°C (*high confidence*), and *very unlikely* greater than 6°C (*medium confidence*). The upper limit of the *likely* range is unchanged compared to AR4. The lower limit of the *likely* range of 1.5°C is less than the lower limit of 2°C in AR4. This change reflects the evidence from new studies of observed temperature change, using the extended records in atmosphere and ocean. These studies suggest a best fit to the observed surface and ocean warming for ECS values in the lower part of the *likely* range. Note that these studies are not purely observational, because they require an estimate of the response to RF from models. In addition, the uncertainty in ocean heat uptake remains substantial (see Section 3.2, Box 13.1). Accounting for short term variability in simple models remains challenging, and it is important not to give undue weight to any short time period that might be strongly affected by internal variability (see Box 9.2). On the other hand, AOGCMs show very good agreement with observed climatology with ECS values in the upper part of the 1.5°C to 4.5°C range (Section 9.7.3.3), but the simulation of key feedbacks like clouds remains challenging in those models. The estimates from the observed warming, paleoclimate, and from climate models are consistent within their uncertainties, each is supported by many studies and multiple data sets, and in combination they provide *high confidence* for the assessed *likely* range. Even though this assessed range is similar to previous reports (Charney, 1979; IPCC, 2001), confidence today is much higher as a result of high quality and longer observational records with a clearer anthropogenic signal, better process understanding, more and better understood evidence from paleoclimate reconstructions, and better climate models with higher resolution that capture many more processes more realistically. Box 12.2 Figure 1 illustrates that all these lines of evidence individually support the assessed *likely* range of 1.5°C to 4.5°C.



**Box 12.2, Figure 2** | Probability density functions, distributions and ranges (5 to 95%) for the transient climate response from different studies, based on Figure 10.20a, and results from CMIP5 (black histogram; Table 9.5). The grey shaded range marks the *likely* 1°C to 2.5°C range, and the grey solid line marks the *extremely unlikely* greater than 3°C. See Figure 10.20a and Chapter 10 Supplementary Material for full caption and details. Full references are given in Section 10.8.

The tails of the ECS distribution are now better understood. Multiple lines of evidence provide *high confidence* that an ECS value less than 1°C is *extremely unlikely*. The assessment that ECS is *very unlikely* greater than 6°C is an expert judgment informed by several lines of evidence. First, the comprehensive climate models used in the CMIP5 exercise produce an ECS range of 2.1°C to 4.7°C (Table 9.5), very similar to CMIP3. Second, comparisons of perturbed-physics ensembles against the observed climate find that models with ECS values in the range 3°C to 4°C show the smallest errors for many fields (Section 9.7.3.3). Third, there is increasing evidence that the aerosol RF of the 20th century is not strongly negative, which makes it unlikely that the observed warming was caused by a very large ECS in response to a very small net forcing. Fourth, multiple and at least partly independent observational constraints from the satellite period, instrumental period and palaeoclimate studies continue to yield very low probabilities for ECS larger than 6°C, particularly when including most recent ocean and atmospheric data (see Box 12.2, Figure 1).

Analyses of observations and simulations of the instrumental period are estimating the effective climate sensitivity (a measure of the strengths of the climate feedbacks today, see Glossary), rather than ECS directly. In some climate models ECS tends to be higher than the effective climate sensitivity (see Section 12.5.3), because the feedbacks that are represented in the models (water vapour, lapse

*(continued on next page)*

BLM_0151625

Box 12.2 (continued)

rate, albedo and clouds) vary with the climate state. On time scales of many centuries, additional feedbacks with their own intrinsic time scales (e.g., vegetation, ice sheets; see Sections 5.3.3 and 12.5.3) (Jones et al., 2009; Goelzer et al., 2011) may become important but are not usually modelled. The resulting Earth system sensitivity is less well constrained but likely to be larger than ECS (Hansen et al., 2008; Rohling et al., 2009; Lunt et al., 2010; Pagani et al., 2010; Rohling and Members, 2012), implying that lower atmospheric $CO_2$ concentrations are needed to meet a given temperature target on multi-century time scales. A number of caveats, however, apply to those studies (see Section 12.5.3). Those long-term feedbacks have their own intrinsic time scales, and are less likely to be proportional to global mean temperature change.

For scenarios of increasing RF, TCR is a more informative indicator of future climate than ECS (Frame et al., 2005; Held et al., 2010). This assessment concludes with *high confidence* that the TCR is *likely* in the range 1°C to 2.5°C, close to the estimated 5 to 95% range of CMIP5 (1.2°C to 2.4°C; see Table 9.5), is positive and *extremely unlikely* greater than 3°C. As with the ECS, this is an expert-assessed range, supported by several different and partly independent lines of evidence, each based on multiple studies, models and data sets. TCR is estimated from the observed global changes in surface temperature, ocean heat uptake and RF, the detection/attribution studies identifying the response patterns to increasing GHG concentrations (Section 10.8.1), and the results of CMIP3 and CMIP5 (Section 9.7.1). Estimating TCR suffers from fewer difficulties in terms of state- or time-dependent feedbacks (see Section 12.5.3), and is less affected by uncertainty as to how much energy is taken up by the ocean. Unlike ECS, the ranges of TCR estimated from the observed warming and from AOGCMs agree well, increasing our confidence in the assessment of uncertainties in projections over the 21st century.

Another useful metric relating directly $CO_2$ emissions to temperature is the transient climate response to cumulative carbon emission (TCRE) (see Sections 12.5.4 and 10.8.4). This metric is useful to determine the allowed cumulative carbon emissions for stabilization at a specific global temperature. TCRE is defined as the annual mean global surface temperature change per unit of cumulated $CO_2$ emissions, usually 1000 PgC, in a scenario with continuing emissions (see Glossary). It considers physical and carbon cycle feedbacks and uncertainties, but not additional feedbacks associated for example with the release of methane hydrates or large amounts of carbon from permafrost. The assessment based on climate models as well as the observed warming suggests that the TCRE is *likely* between 0.8°C to 2.5°C per 1000 PgC ($10^{12}$ metric tons of carbon), for cumulative $CO_2$ emissions less than about 2000 PgC until the time at which temperatures peak. Under these conditions, and for low to medium estimates of climate sensitivity, the TCRE gives an accurate estimate of the peak global mean temperature response to cumulated carbon emissions. TCRE has the advantage of directly relating global mean surface temperature change to $CO_2$ emissions, but as a result of combining the uncertainty in both TCR and the carbon cycle response, it is more uncertain. It also ignores non-$CO_2$ forcings and the fact that other components of the climate system (e.g., sea level rise, ice sheets) have their own intrinsic time scales, resulting in climate change not avoided by limiting global temperature change.

**12**

### 12.5.4.3  Conclusions and Limitations

One difficulty with the concepts of climate stabilization and targets is that stabilization of global temperature does not imply stabilization for all aspects of the climate system. For example, some models show significant hysteresis behaviour in the global water cycle, because global precipitation depends on both atmospheric $CO_2$ and temperature (Wu et al., 2010). Processes related to vegetation changes (Jones et al., 2009) or changes in the ice sheets (Charbit et al., 2008; Ridley et al., 2010) as well as ocean acidification, deep ocean warming and associated sea level rise (Meehl et al., 2005b; Wigley, 2005; Zickfeld et al., 2013) (see Figure 12.44d), and potential feedbacks linking, for example, ocean and the ice sheets (Gillett et al., 2011; Goelzer et al., 2011), have their own intrinsic long time scales. Those will result in significant changes hundreds to thousands of years after global temperature is stabilized. Thermal expansion, in contrast to global mean temperature, also depends on the evolution of surface temperature (Stouffer and Manabe, 1999; Bouttes et al., 2013; Zickfeld et al., 2013).

The simplicity of the concept of a cumulative carbon emission budget makes it attractive for policy (WBGU, 2009). The principal driver of long term warming is the total cumulative emission of $CO_2$ over time. To limit warming caused by $CO_2$ emissions to a given temperature target, cumulative $CO_2$ emissions from all anthropogenic sources therefore need to be limited to a certain budget. Higher emissions in earlier decades simply imply lower emissions by the same amount later on. This is illustrated in the RCP2.6 scenario in Figure 12.46a/b. Two idealized emission pathways with initially higher emissions (even sustained at high level for a decade in one case) eventually lead to the same warming if emissions are then reduced much more rapidly. Even a stepwise emission pathway with levels constant at 2010 and zero near mid-century would eventually lead to a similar warming as they all have identical cumulative emissions.

However, several aspects related to the concept of a cumulative carbon emission budget should be kept in mind. The ratio of global temperature and cumulative carbon is only approximately constant. It is the result of an interplay of several compensating carbon cycle and climate

BLM_0151626

feedback processes operating on different time scales (a cancellation of variations in the increase in RF per ppm of $CO_2$, the ocean heat uptake efficiency and the airborne fraction) (Gregory et al., 2009; Matthews et al., 2009; Solomon et al., 2009). It depends on the modelled climate sensitivity and carbon cycle feedbacks. Thus, the allowed emissions for a given temperature target are uncertain (see Figure 12.45) (Matthews et al., 2009; Zickfeld et al., 2009; Knutti and Plattner, 2012). Nevertheless, the relationship is nearly linear in all models. Most models do not consider the possibility that long term feedbacks (Hansen et al., 2007; Knutti and Hegerl, 2008) may be different (see Section 12.5.3). Despite the fact that stabilization refers to equilibrium, the results assessed here are primarily relevant for the next few centuries and may differ for millennial scales. Notably, many of these limitations apply similarly to other policy targets, for example, stabilizing the atmospheric $CO_2$ concentration.

Non-$CO_2$ forcing constituents are important, which requires either assumptions on how $CO_2$ emission reductions are linked to changes in other forcings (Meinshausen et al., 2006; Meinshausen et al., 2009; McCollum et al., 2013), or separate emission budgets and climate modelling for short-lived and long-lived gases. So far, many studies ignored non-$CO_2$ forcings altogether. Those that consider them find significant effects, in particular warming of several tenths of a degree for abrupt reductions in emissions of short-lived species, like aerosols (Brasseur and Roeckner, 2005; Hare and Meinshausen, 2006; Zickfeld et al., 2009; Armour and Roe, 2011; Tanaka and Raddatz, 2011) (see also FAQ 12.3). Other studies, which model reductions that explicitly target warming from short-lived non-$CO_2$ species only, find important short-term cooling benefits shortly after the reduction of these species (Shindell et al., 2012), but do not extend beyond 2030.

The concept of cumulative carbon also implies that higher initial emissions can be compensated by a faster decline in emissions later or by negative emissions. However, in the real world short-term and long-term goals are not independent and mitigation rates are limited by economic constraints and existing infrastructure (Rive et al., 2007; Mignone et al., 2008; Meinshausen et al., 2009; Davis et al., 2010; Friedlingstein et al., 2011; Rogelj et al., 2013). An analysis of 193 published emission pathways with an energy balance model (UNEP, 2010; Rogelj et al., 2011) is shown in Figure 12.46c, d. Those emission pathways that *likely* limit warming below 2°C (above pre-industrial) by 2100 show emissions of about 31 to 46 Pg($CO_2$-eq) yr$^{-1}$ and 17 to 23 Pg($CO_2$-eq) yr$^{-1}$ by 2020 and 2050, respectively. Median 2010 emissions of all models are 48 Pg($CO_2$-eq) yr$^{-1}$. Note that, as opposed to Figure 12.46a, b, many scenarios still have positive emissions in 2100. As these will not be zero immediately after 2100, they imply that the warming may exceed the target after 2100.

The aspects discussed above do not limit the robustness of the overall scientific assessment, but highlight factors that need to be considered when determining cumulative $CO_2$ emissions consistent with a given temperature target. In conclusion, taking into account the available information from multiple lines of evidence (observations, models and process understanding), the near linear relationship between cumulative $CO_2$ emissions and peak global mean temperature is well established in the literature and robust for cumulative total $CO_2$ emissions up to about 2000 PgC. It is consistent with the relationship inferred

from past cumulative $CO_2$ emissions and observed warming, is supported by process understanding of the carbon cycle and global energy balance, and emerges as a robust result from the entire hierarchy of models.

Using a best estimate for the TCRE would provide a most likely value for the cumulative $CO_2$ emissions compatible with stabilization at a given temperature. However, such a budget would imply about 50% probability for staying below the temperature target. Higher probabilities for staying below a temperature or concentration target require significantly lower budgets (Knutti et al., 2005; Meinshausen et al., 2009; Rogelj et al., 2012). Based on the assessment of TCRE (assuming a normal distribution with a ±1 standard deviation range of 0.8-2.5°C per 1000 PgC), limiting the warming caused by anthropogenic $CO_2$ emissions alone (i.e., ignoring other radiative forcings) to less than 2°C since the period 1861–1880 with a probability of >33%, >50% and >66%, total $CO_2$ emissions from all anthropogenic sources would need to be below a cumulative budget of about 1570 PgC, 1210 PgC and 1000 PgC since 1870, respectively. An amount of 515 [445 to 585] PgC was emitted between 1870 and 2011. Accounting for non-$CO_2$ forcings contributing to peak warming, or requiring a higher likelihood of temperatures remaining below 2°C, both imply lower cumulative $CO_2$ emissions. A possible release of GHGs from permafrost or methane hydrates, not accounted for in current models, would also further reduce the anthropogenic $CO_2$ emissions compatible with a given temperature target. When accounting for the non-$CO_2$ forcings as in the RCP scenarios, compatible carbon emissions since 1870 are reduced to about 900 PgC, 820 PgC and 790 PgC to limit warming to less than 2°C since the period 1861–1880 with a probability of >33%, >50%, and >66%, respectively. These estimates were derived by computing the fraction of CMIP5 ESMs and EMICs that stay below 2°C for given cumulative emissions following RCP8.5, as shown in TFE.8 Figure 1c. The non-$CO_2$ forcing in RCP8.5 is higher than in RCP2.6. Because all likelihood statements in calibrated IPCC language are open intervals, the provided estimates are thus both conservative and consistent choices valid for non-$CO_2$ forcings across all RCP scenarios. There is no RCP scenario which limits warming to 2°C with probabilities of >33% or >50%, and which could be used to directly infer compatible cumulative emissions. For a probability of >66% RCP2.6 can be used as a comparison. Combining the average back-calculated fossil fuel carbon emissions for RCP2.6 between 2012 and 2100 (270 PgC) with the average historical estimate of 515 PgC gives a total of 785 PgC, i.e., 790 PgC when rounded to 10 PgC. As the 785 PgC estimate excludes an explicit assessment of future land-use change emissions, the 790 PgC value also remains a conservative estimate consistent with the overall likelihood assessment. The ranges of emissions for these three likelihoods based on the RCP scenarios are rather narrow, as they are based on a single scenario and on the limited sample of models available (TFE.8 Figure 1c). In contrast to TCRE they do not include observational constraints or account for sources of uncertainty not sampled by the models. The concept of a fixed cumulative $CO_2$ budget holds not just for 2°C, but for any temperature level explored with models so far (up to about 5°C; see Figures 12.44 to 12.46), with higher temperature levels implying larger budgets.

BLM_0151627



**Figure 12.46 |** (a) $CO_2$ emissions for the RCP2.6 scenario (black) and three illustrative modified emission pathways leading to the same warming. (b) Global temperature change relative to pre-industrial for the pathways shown in panel (a). (c) Grey shaded bands show Integrated Assessment Model (IAM) emission pathways over the 21st century. The pathways were grouped based on ranges of *likely* avoided temperature increase in the 21st century. Pathways in the darkest three bands *likely* stay below 2°C, 3°C, 4°C by 2100, respectively (see legend), while those in the lightest grey band are higher than that. Emission corridors were defined by, at each year, identifying the 15th to 85th percentile range of emissions and drawing the corresponding bands across the range. Individual scenarios that follow the upper edge of the bands early on tend to follow the lower edge of the band later on. Black-white lines show median paths per range. (d) Global temperature relative to pre-industrial for the pathways in (c). (Data in (c) and (d) based on Rogelj et al. (2011).) Coloured lines in (c) and (d) denote the four RCP scenarios.

## 12.5.5   Potentially Abrupt or Irreversible Changes

### 12.5.5.1   Introduction

This report adopts the definition of abrupt climate change used in Synthesis and Assessment Product 3.4 of the U.S. Climate Change Science Program CCSP (CCSP, 2008b). We define *abrupt climate change* as a large-scale change in the climate system that takes place over a few decades or less, persists (or is anticipated to persist) for at least a few decades, and causes substantial disruptions in human and natural systems (see Glossary). Other definitions of abrupt climate change exist. For example, in the AR4 climate change was defined as abrupt if it occurred faster than the typical time scale of the responsible forcing.

A number of components or phenomena within the Earth system have been proposed as potentially possessing critical thresholds (some-times referred to as tipping points (Lenton et al., 2008)), beyond which abrupt or nonlinear transitions to a different state ensues. The term irreversibility is used in various ways in the literature. The AR5 report defines a perturbed state as *irreversible* on a given time scale if the recovery time scale from this state due to natural processes is significantly longer than the time it takes for the system to reach this perturbed state (see Glossary). In that context, most aspects of the climate change resulting from $CO_2$ emissions are irreversible, due to the long residence time of the $CO_2$ perturbation in the atmosphere and the resulting warming (Solomon et al., 2009). These results are discussed in Sections 12.5.2 to 12.5.4. Here, we also assess aspects of irreversibility in the context of abrupt change, multiple steady states and hysteresis, i.e., the question whether a change (abrupt or not) would be reversible if the forcing was reversed or removed (e.g., Boucher et al., 2012). Irreversibility of ice sheets and sea level rise are also assessed in Chapter 13.

BLM_0151628

**Table 12.4 |** Components in the Earth system that have been proposed in the literature as potentially being susceptible to abrupt or irreversible change. Column 2 defines whether or not a potential change can be considered to be abrupt under the AR5 definition. Column 3 states whether or not the process is irreversible in the context of abrupt change, and also gives the typical recovery time scales. Column 4 provides an assessment, if possible, of the likelihood of occurrence of abrupt change in the 21st century for the respective components or phenomena within the Earth system, for the scenarios considered in this chapter.

| Change in climate system component | Potentially abrupt (AR5 definition) | Irreversibility if forcing reversed | Projected likelihood of 21st century change in scenarios considered |
|---|---|---|---|
| Atlantic MOC collapse | Yes | Unknown | *Very unlikely* that the AMOC will undergo a rapid transition (*high confidence*) |
| Ice sheet collapse | No | Irreversible for millennia | *Exceptionally unlikely* that either Greenland or West Antarctic ice sheets will suffer near-complete disintegration (*high confidence*) |
| Permafrost carbon release | No | Irreversible for millennia | *Possible* that permafrost will become a net source of atmospheric greenhouse gases (*low confidence*) |
| Clathrate methane release | Yes | Irreversible for millennia | *Very unlikely* that methane from clathrates will undergo catastrophic release (*high confidence*) |
| Tropical forests dieback | Yes | Reversible within centuries | *Low confidence* in projections of the collapse of large areas of tropical forest |
| Boreal forests dieback | Yes | Reversible within centuries | *Low confidence* in projections of the collapse of large areas of boreal forest |
| Disappearance of summer Arctic sea ice | Yes | Reversible within years to decades | *Likely* that the Arctic Ocean becomes nearly ice-free in September before mid-century under high forcing scenarios such as RCP8.5 (*medium confidence*) |
| Long-term droughts | Yes | Reversible within years to decades | *Low confidence* in projections of changes in the frequency and duration of megadroughts |
| Monsoonal circulation | Yes | Reversible within years to decades | *Low confidence* in projections of a collapse in monsoon circulations |

In this section we examine the main components or phenomena within the Earth system that have been proposed in the literature as potentially being susceptible to abrupt or irreversible change (see Table 12.4). Abrupt changes that arise from nonlinearities within the climate system are inherently difficult to assess and their timing, if any, of future occurrences is difficult to predict. Nevertheless, progress is being made exploring the potential existence of early warning signs for abrupt climate change (see e.g., Dakos et al., 2008; Scheffer et al., 2009).

### 12.5.5.2 The Atlantic Meridional Overturning

EMICs for which the stability has been systematically assessed by suitably designed hysteresis experiments robustly show a threshold beyond which the Atlantic thermohaline circulation cannot be sustained (Rahmstorf et al., 2005). This is also the case for one low-resolution ESM (Hawkins et al., 2011). However, proximity to this threshold is highly model dependent and influenced by factors that are currently poorly understood. There is some indication that the CMIP3 climate models may generally overestimate the stability of the Atlantic Ocean circulation (Hofmann and Rahmstorf, 2009; Drijfhout et al., 2010). In particular, De Vries and Weber (2005), Dijkstra (2007), Weber et al. (2007), Huisman et al. (2010), Drijfhout et al. (2010) and Hawkins et al. (2011) suggest that the sign of net freshwater flux into the Atlantic transported through its southern boundary via the overturning circulation determines whether or not the AMOC is in a mono-stable or bi-stable state. For the pre-industrial control climate of most of the CMIP3 models, Drijfhout et al. (2010) found that the salt flux was negative (implying a positive freshwater flux), indicating that they were in a mono-stable regime. However, this is not the case in the CMIP5 models where Weaver et al. (2012) found that the majority of the models were in a bi-stable regime during RCP integrations. Observations suggest that the present day ocean is in a bi-stable regime, thereby allowing for multiple equilibria and a stable 'off' state of the AMOC (Bryden et al., 2011; Hawkins et al., 2011).

In addition to the main threshold for a complete breakdown of the circulation, others may exist that involve more limited changes, such as a cessation of Labrador Sea deep water formation (Wood et al., 1999). Rapid melting of the Greenland ice sheet causes increases in freshwater runoff, potentially weakening the AMOC. None of the CMIP5 simulations include an interactive ice sheet component. However, Jungclaus et al. (2006), Mikolajewicz et al. (2007), Driesschaert et al. (2007) and Hu et al. (2009) found only a slight temporary effect of increased melt water fluxes on the AMOC, that was either small compared to the effect of enhanced poleward atmospheric moisture transport or only noticeable in the most extreme scenarios.

Although many more model simulations have been conducted since the AR4 under a wide range of forcing scenarios, projections of the AMOC behaviour have not changed. Based on the available CMIP5 models, EMICs and the literature, it remains *very likely* that the AMOC will weaken over the 21st century relative to pre-industrial. Best estimates and ranges for the reduction from CMIP5 are 11% (1 to 24%) in RCP2.6 and 34% (12 to 54%) in RCP8.5 (Weaver et al., 2012) (see Section 12.4.7.2, Figure 12.35). But there is *low confidence* in the magnitude of the weakening. Drijfhout et al. (2012) show that the AMOC decrease per degree global mean temperature rise varies from 1.5 to 1.9 Sv ($10^6$ m$^3$ s$^{-1}$) for the CMIP5 multi-model ensemble members they considered depending on the scenario, but that the standard deviation in this regression is almost half the signal.

The FIO-ESM model shows cooling over much of the NH that may be related to a strong reduction of the AMOC in all RCP scenarios (even RCP2.6), but the limited output available from the model precludes an assessment of the response and realism of this response. Hence it is not included the overall assessment of the likelihood of abrupt changes.

**12**

BLM_0151629

It is *unlikely* that the AMOC will collapse beyond the end of the 21st century for the scenarios considered but a collapse beyond the 21st century for large sustained warming cannot be excluded. There is *low confidence* in assessing the evolution of the AMOC beyond the 21st century. Two of the CMIP5 models revealed an eventual slowdown of the AMOC to an off state (Figure 12.35). But this did not occur abruptly.

As assessed by Delworth et al. (2008), for an abrupt transition of the AMOC to occur, the sensitivity of the AMOC to forcing would have to be far greater than that seen in current models. Alternatively, significant ablation of the Greenland ice sheet greatly exceeding even the most aggressive of current projections would be required (Swingedouw et al., 2007; Hu et al., 2009). While neither possibility can be excluded entirely, it is *unlikely* that the AMOC will collapse beyond the end of the 21st century because of global warming based on the models and range of scenarios considered.

### 12.5.5.3   Ice Sheets

As detailed in Section 13.4.3, all available modelling studies agree that the Greenland ice sheet will significantly decrease in area and volume in a warmer climate as a consequence of increased melt rates not compensated for by increased snowfall rates and amplified by positive feedbacks. Conversely, the surface mass balance of the Antarctic ice sheet is projected to increase in most projections because increased snowfall rates outweigh melt increase (see Section 13.4.4).

Irreversibility of ice sheet volume and extent changes can arise because of the surface-elevation feedback that operates when a decrease of the elevation of the ice sheet induces a decreased surface mass balance (generally through increased melting), and therefore essentially applies to Greenland. As detailed in Section 13.4.3.3, several stable states of the Greenland ice sheet might exist (Charbit et al., 2008; Ridley et al., 2010; Langen et al., 2012; Robinson et al., 2012; Solgaard and Langen, 2012), and the ice sheet might irreversibly shrink to a stable smaller state once a warming threshold is crossed for a certain amount of time, with the critical duration depending on how far the temperature threshold has been exceeded. Based on the available evidence (see Section 13.4.3.3), an irreversible decrease of the Greenland ice sheet due to surface mass balance changes appears *very unlikely* in the 21st century but *likely* on multi-centennial to millennial time scales in the strongest forcing scenarios.

In theory (Weertman, 1974; Schoof, 2007) ice sheet volume and extent changes can be abrupt because of the grounding line instability that can occur in coastal regions where bedrock is retrograde (i.e., sloping towards the interior of the ice sheet) and below sea level (see Section 4.4.4 and Box 13.2). This essentially applies to West Antarctica, but also to parts of Greenland and East Antarctica. Furthermore, ice shelf decay induced by oceanic or atmospheric warming might lead to abruptly accelerated ice flow further inland (De Angelis and Skvarca, 2003). Because ice sheet growth is usually a slow process, such changes could also be irreversible in the definition adopted here. The available evidence (see Section 13.4) suggests that it is *exceptionally unlikely* that the ice sheets of either Greenland or West Antarctica will suffer a near-complete disintegration during the 21st century. More generally, the potential for abrupt and/or irreversible ice sheet changes (or the

initiation thereof) during the 21st century and beyond is discussed in detail in Sections 13.4.3 and 13.4.4.

### 12.5.5.4   Permafrost Carbon Storage

Since the IPCC AR4, estimates of the amount of carbon stored in permafrost have been significantly revised upwards (Tarnocai et al., 2009), putting the permafrost carbon stock to an equivalent of twice the atmospheric carbon pool (Dolman et al., 2010). Because of low carbon input at high latitudes, permafrost carbon is to a large part of Pleistocene (Zimov et al., 2006) or Holocene (Smith et al., 2004) origin, and its potential vulnerability is dominated by decomposition (Eglin et al., 2010). The conjunction of a long carbon accumulation time scale on one hand and potentially rapid permafrost thawing and carbon decomposition under warmer climatic conditions (Zimov et al., 2006; Schuur et al., 2009; Kuhry et al., 2010) on the other hand suggests potential irreversibility of permafrost carbon decomposition (leading to an increase of atmospheric $CO_2$ and/or $CH_4$ concentrations) on time scales of hundreds to thousands of years in a warming climate. Indeed, recent observations (Dorrepaal et al., 2009; Kuhry et al., 2010) suggest that this process, induced by widespread permafrost warming and thawing (Romanovsky et al., 2010), might be already occurring. However, the existing modelling studies of permafrost carbon balance under future warming that take into account at least some of the essential permafrost-related processes (Khvorostyanov et al., 2008; Wania et al., 2009; Koven et al., 2011; Schaefer et al., 2011; MacDougall et al., 2012; Schneider von Deimling et al., 2012) do not yield coherent results beyond the fact that present-day permafrost might become a net emitter of carbon during the 21st century under plausible future warming scenarios (*low confidence*). This also reflects an insufficient understanding of the relevant soil processes during and after permafrost thaw, including processes leading to stabilization of unfrozen soil carbon (Schmidt et al., 2011), and precludes a firm assessment of the amplitude of irreversible changes in the climate system potentially related to permafrost degassing and associated global feedbacks at this stage (see also Sections 6.4.3.4 and 6.4.7.2 and FAQ 6.1).

### 12.5.5.5   Atmospheric Methane from Terrestrial and Oceanic Clathrates

Model simulations (Fyke and Weaver, 2006; Reagan and Moridis, 2007; Lamarque, 2008; Reagan and Moridis, 2009) suggest that clathrate deposits in shallow regions (in particular at high latitude regions and in the Gulf of Mexico) are susceptible to destabilization via ocean warming. However, concomitant sea level rise due to changes in ocean mass enhances clathrate stability in the ocean (Fyke and Weaver, 2006). A recent assessment of the potential for a future abrupt release of methane was undertaken by the U.S. Climate Change Science Program (Synthesis and Assessment Product 3.4 see Brooke et al., 2008). They concluded that it was *very unlikely* that such a catastrophic release would occur this century. However, they argued that anthropogenic warming will *very likely* lead to enhanced methane emissions from both terrestrial and oceanic clathrates (Brooke et al., 2008). Although difficult to formally assess, initial estimates of the 21st century positive feedback from methane clathrate destabilization are small but not insignificant (Fyke and Weaver, 2006; Archer, 2007; Lamarque, 2008). Nevertheless, on multi-millennial time scales, the positive feedback to anthropogenic

**12**

BLM_0151630

warming of such methane emissions is potentially larger (Archer and Buffett, 2005; Archer, 2007; Brooke et al., 2008). Once more, due to the difference between release and accumulation time scales, such emissions are irreversible. See also FAQ 6.1.

#### 12.5.5.6 Tropical and Boreal Forests

##### 12.5.5.6.1 Tropical forests

In today's climate, the strongest growth in the Amazon rainforest occurs during the dry season when strong insolation is combined with water drawn from underground aquifers that store the previous wet season's rainfall (Huete et al., 2006). AOGCMs do not agree about how the dry season length in the Amazon may change in the future under the SRES A1 scenario (Bombardi and Carvalho, 2009), but simulations with coupled regional climate/potential vegetation models are consistent in simulating an increase in dry season length, a 70% reduction in the areal extent of the rainforest by the end of the 21st century using the SRES A2 scenario, and an eastward expansion of the Caatinga vegetation (Cook and Vizy, 2008; Sorensson et al., 2010). In addition, some models have demonstrated the existence of multiple equilibria of the tropical South American climate–vegetation system (e.g., Oyama and Nobre, 2003). The transition could be abrupt when the dry season becomes too long for the vegetation to survive, although the resilience of the vegetation to a longer dry period may be increased by the $CO_2$ fertilization effect (Zelazowski et al., 2011). Deforestation may also increase dry season length (Costa and Pires, 2010) and drier conditions increase the likelihood of wildfires that, combined with fire ignition associated with human activity, can undermine the forest's resiliency to climate change (see also Section 6.4.8.1). If climate change brings drier conditions closer to those supportive of seasonal forests rather than rainforest, fire can act as a trigger to abruptly and irreversibly change the ecosystem (Malhi et al., 2009). However, the existence of refugia is an important determinant of the potential for the re-emergence of the vegetation (Walker et al., 2009).

Analysis of projected change in the climate–biome space of current vegetation distributions suggest that the risk of Amazonian forest dieback is small (Malhi et al., 2009), a finding supported by modelling when strong carbon dioxide fertilization effects on Amazonian vegetation are assumed (Rammig et al., 2010). However, the strength of $CO_2$ fertilization on tropical vegetation is poorly known (see Box 6.3). Uncertainty concerning the existence of critical thresholds in the Amazonian and other tropical rainforests purely driven by climate change therefore remains high, and so the possibility of a critical threshold being crossed in precipitation volume cannot be ruled out (Nobre and Borma, 2009; Good et al., 2011b, 2011c). Nevertheless, there is still some question as to whether a transition of the Amazonian or other tropical rainforests into a lower biomass state could result from the combined effects of limits to carbon fertilization, climate warming, potential precipitation decline in interaction with the effects of human land use.

##### 12.5.5.6.2 Boreal forest

Evidence from field observations and biogeochemical modelling make it scientifically conceivable that regions of the boreal forest could tip into a different vegetation state under climate warming, but uncertainties

on the likelihood of this occurring are very high (Lenton et al., 2008; Allen et al., 2010). This is mainly due to large gaps in knowledge concerning relevant ecosystemic and plant physiological responses to warming (Niinemets, 2010). The main response is a potential advancement of the boreal forest northward and the potential transition from a forest to a woodland or grassland state on its dry southern edges in the continental interiors, leading to an overall increase in herbaceous vegetation cover in the affected parts of the boreal zone (Lucht et al., 2006). The proposed potential mechanisms for decreased forest growth and/or increased forest mortality are: increased drought stress under warmer summer conditions in regions with low soil moisture (Barber et al., 2000; Dulamsuren et al., 2009, 2010); desiccation of saplings with shallow roots due to summer drought periods in the top soil layers, causing suppression of forest reproduction (Hogg and Schwarz, 1997); leaf tissue damage due to high leaf temperatures during peak summer temperatures under strong climate warming; and increased insect, herbivory and subsequent fire damage in damaged or struggling stands (Dulamsuren et al., 2008). The balance of effects controlling standing biomass, fire type and frequency, permafrost thaw depth, snow volume and soil moisture remains uncertain. Although the existence of, and the thresholds controlling, a potential critical threshold in the boreal forest are extremely uncertain, its existence cannot at present be ruled out.

#### 12.5.5.7 Sea Ice

Several studies based on observational data or model hindcasts suggest that the rapidly declining summer Arctic sea ice cover might reach or might already have passed a tipping point (Lindsay and Zhang, 2005; Wadhams, 2012; Livina and Lenton, 2013). Identifying Arctic sea ice tipping points from the short observational record is difficult due to high interannual and decadal variability. In some climate projections, the decrease in summer Arctic sea ice areal coverage is not gradual but is instead punctuated by 5- to 10-year periods of strong ice loss (Holland et al., 2006; Vavrus et al., 2012; Döscher and Koenigk, 2013). Still, these abrupt reductions do not necessarily require the existence of a tipping point in the system or further imply an irreversible behaviour (Amstrup et al., 2010; Lenton, 2012). The 5- to 10-year events discussed by Holland et al. (2006) arise when large natural climate variability in the Arctic reinforces the anthropogenically-forced change (Holland et al., 2008). Positive trends on the same time scale also occur when internal variability counteracts the forced change until the middle of the 21st century (Holland et al., 2008; Kay et al., 2011; Vavrus et al., 2012).

Further work using single-column energy-balance models (Merryfield et al., 2008; Eisenman and Wettlaufer, 2009; Abbot et al., 2011) yielded mixed results about the possibility of tipping points and bifurcations in the transition from perennial to seasonal sea ice cover. Thin ice and snow covers promote strong longwave radiative loss to space and high ice growth rates (e.g., Bitz and Roe, 2004; Notz, 2009; Eisenman, 2012). These stabilizing negative feedbacks can be large enough to overcome the positive surface–albedo feedback and/or cloud feedback, which act to amplify the forced sea ice response. In such low-order models, the emergence of multiple stable states with increased climate forcing is a parameter-dependent feature (Abbot et al., 2011; Eisenman, 2012). For example, Eisenman (2012) showed with a single-column energy-balance model that certain parameter choices that cause thicker ice or warmer ocean under a given climate forcing make the model more prone to bifurcations and hence irreversible behaviour.

12

BLM_0151631

The reversibility of sea ice loss with respect to global or hemispheric mean surface temperature change has been directly assessed in AOGCMs/ESMs by first raising the $CO_2$ concentration until virtually all sea ice disappears year-round and then lowering the $CO_2$ level at the same rate as during the ramp-up phase until it reaches again the initial value (Armour et al., 2011; Boucher et al., 2012; Ridley et al., 2012; Li et al., 2013b). None of these studies show evidence of a bifurcation leading to irreversible changes in Arctic sea ice. AOGCMs have also been used to test summer Arctic sea ice recovery after either sudden or very rapid artificial removal, and all had sea ice return within a few years (Schröder and Connolley, 2007; Sedláček et al., 2011; Tietsche et al., 2011). In the Antarctic, as a result of the strong coupling between the Southern Ocean's surface and the deep ocean, the sea ice areal coverage in some of the models integrated with ramp-up and ramp-down atmospheric $CO_2$ concentration exhibits a significant lag relative to the global or hemispheric mean surface temperature (Ridley et al., 2012; Li et al., 2013b), so that its changes may be considered irreversible on centennial time scales.

Diagnostic analyses of a few global climate models have shown abrupt sea ice losses in the transition from seasonal to year-round Arctic ice-free conditions after raising $CO_2$ to very high levels (Winton, 2006b; Ridley et al., 2008; Li et al., 2013b), but without evidence for irreversible changes. Winton (2006b, 2008) hypothesized that the small ice cap instability (North, 1984) could cause such an abrupt transition. With a low-order Arctic sea ice model, Eisenman and Wettlaufer (2009) also found an abrupt change behaviour in the transition from seasonal ice to year-round ice-free conditions, accompanied by an irreversible bifurcation to a new stable, annually ice-free state. They concluded that the cause is a loss of the stabilizing effect of sea ice growth when the ice season shrinks in time. The Arctic sea ice may thus experience a sharp transition to annually ice-free conditions, but the irreversible nature of this transition seems to depend on the model complexity and structure.

In conclusion, rapid summer Arctic sea ice losses are *likely* to occur in the transition to seasonally ice-free conditions. These abrupt changes might have consequences throughout the climate system as noted by Vavrus et al. (2011) for cloud cover and Lawrence et al. (2008b) for the high-latitude ground state. Furthermore, the interannual-to-decadal variability in the summer Arctic sea ice extent is projected to increase in response to global warming (Holland et al., 2008; Goosse et al., 2009). These studies suggest that large anomalies in Arctic sea ice areal coverage, like the ones that occurred in 2007 and 2012, might become increasingly frequent. However, there is little evidence in global climate models of a tipping point (or critical threshold) in the transition from a perennially ice-covered to a seasonally ice-free Arctic Ocean beyond which further sea ice loss is unstoppable and irreversible.

### 12.5.5.8 Hydrologic Variability: Long-Term Droughts and Monsoonal Circulation

#### 12.5.5.8.1 Long-term Droughts

As noted in Section 5.5.5, long-term droughts (often called megadroughts, see Glossary) are a recurring feature of Holocene paleoclimate records in North America, East and South Asia, Europe, Africa and India. The transitions into and out of the long-term droughts take many

years. Because the long-term droughts all ended, they are not irreversible. Nonetheless transitions over years to a decade into a state of long-term drought would have impacts on human and natural systems.

AR4 climate model projections (Milly et al., 2008) and CMIP5 ensembles (Figure 12.23) both suggest widespread drying and drought across most of southwestern North America and many other subtropical regions by the mid to late 21st century (see Section 12.4.5), although without abrupt change. Some studies suggest that this subtropical drying may have already begun in southwestern North America (Seager et al., 2007; Seidel and Randel, 2007; Barnett et al., 2008; Pierce et al., 2008). More recent studies (Hoerling et al., 2010; Seager and Vecchi, 2010; Dai, 2011; Seager and Naik, 2012) suggest that regional reductions in precipitation are due primarily to internal variability and that the anthropogenic forced trends are currently weak in comparison.

While previous long-term droughts in southwest North America arose from natural causes, climate models project that this region will undergo progressive aridification as part of a general drying and poleward expansion of the subtropical dry zones driven by rising GHGs (Held and Soden, 2006; Seager et al., 2007; Seager and Vecchi, 2010). The models project the aridification to intensify steadily as RF and global warming progress without abrupt changes. Because of the very long lifetime of the anthropogenic atmospheric $CO_2$ perturbation, such drying induced by global warming would be largely irreversible on millennium time scale (Solomon et al., 2009; Frölicher and Joos, 2010; Gillett et al., 2011) (see Sections 12.5.2 and 12.5.4). For example, Solomon et al. (2009) found in a simulation where atmospheric $CO_2$ increases to 600 ppm followed by zero emissions, that the 15% reduction in precipitation in areas such as southwest North America, southern Europe and western Australia would persist long after emissions ceased. This, however, is largely a consequence of the warming persisting for centuries after emissions cease rather than an irreversible behaviour of the water cycle itself.

#### 12.5.5.8.2 Monsoonal circulation

Climate model simulations and paleo-reconstructions provide evidence of past abrupt changes in Saharan vegetation, with the 'green Sahara' conditions (Hoelzmann et al., 1998) of the African Humid Period (AHP) during the mid-Holocene serving as the most recent example. However, Mitchell (1990) and Claussen et al. (2003) note that the mid-Holocene is not a direct analogue for future GHG-induced climate change since the forcings are different: a increased shortwave forcing in the NH summer versus a globally and seasonally uniform atmospheric $CO_2$ increase, respectively. Paleoclimate examples suggest that a strong radiative or SST forcing is needed to achieve a rapid climate change, and that the rapid changes are reversible when the forcing is withdrawn. Both the abrupt onset and termination of the AHP were triggered when northern African summer insolation was 4.2% higher than present day, representing a local increase of about 19 W m$^{-2}$ (deMenocal et al., 2000). Note that the globally averaged radiative anthropogenic forcing from 1750 to 2011 (Table 8.6) is small compared to this local increase in insolation. A rapid Saharan greening has been simulated in a climate model of intermediate complexity forced by a rapid increase in atmospheric $CO_2$, with the overall extent of greening depending on the equilibrium atmospheric $CO_2$ level reached (Claussen et al., 2003).

BLM_0151632

Abrupt Saharan vegetation changes of the Younger Dryas are linked with a rapid AMOC weakening which is considered *very unlikely* during the 21st century and *unlikely* beyond that as a consequence of global warming.

Studies with conceptual models (Zickfeld et al., 2005; Levermann et al., 2009) have shown that the Indian summer monsoon can operate in two stable regimes: besides the 'wet' summer monsoon, a stable state exists which is characterized by low precipitation over India. These studies suggest that any perturbation of the radiative budget that tends to weaken the driving pressure gradient has the potential to induce abrupt transitions between these two regimes.

Numerous studies with coupled ocean–atmosphere models have explored the potential impact of anthropogenic forcing on the Indian monsoon (see also Section 14.2). When forced with anticipated increases in GHG concentrations, the majority of these studies show an intensification of the rainfall associated with the Indian summer monsoon (Meehl and Washington, 1993; Kitoh et al., 1997; Douville et al., 2000; Hu et al., 2000; May, 2002; Ueda et al., 2006; Kripalani et al., 2007; Stowasser et al., 2009; Cherchi et al., 2010). Despite the intensification of precipitation, several of these modelling studies show a weakening of the summer monsoon circulation (Kitoh et al., 1997; May, 2002; Ueda et al., 2006; Kripalani et al., 2007; Stowasser et al., 2009; Cherchi et al., 2010). The net effect is nevertheless an increase of precipitation due to enhanced moisture transport into the Asian monsoon region (Ueda et al., 2006). In recent years, studies with GCMs have also explored the direct aerosol forcing on the Indian monsoon (Lau et al., 2006; Meehl et al., 2008; Randles and Ramaswamy, 2008; Collier and Zhang, 2009). Considering absorbing aerosols (black carbon) only, Meehl et al. (2008) found an increase in pre-monsoonal precipitation, but a decrease in summer monsoon precipitation over parts of South Asia. In contrast, Lau et al. (2006) found an increase in May–June–July precipitation in that region. If an increase in scattering aerosols only is considered, the monsoon circulation weakens and precipitation is inhibited (Randles and Ramaswamy, 2008). More recently, Bollasina et al. (2011) showed that anthropogenic aerosols played a fundamental role in driving the recent observed weakening of the summer monsoon. Given that the effect of increased atmospheric regional loading of aerosols is opposed by the concomitant increases in GHG concentrations, it is *unlikely* that an abrupt transition to the dry summer monsoon regime will be triggered in the 21st century.

## Acknowledgements

We especially acknowledge the input of Contributing Authors Urs Beyerle for maintaining the database of CMIP5 output, Jan Sedláček for producing a large number of CMIP5 figures, and Joeri Rogelj for preparing synthesis figures. Chapter technical assistants Oliver Stebler, Franziska Gerber and Barbara Aellig, provided great help in assembling the chapter and Sébastien Denvil and Jérôme Raciazek provided technical assistance in downloading the CMIP5 data.

**12**

BLM_0151633

# References

Abbot, D. S., M. Silber, and R. T. Pierrehumbert, 2011: Bifurcations leading to summer Arctic sea ice loss. *J. Geophys. Res.*, **116**, D19120.

Abe, M., H. Shiogama, T. Nozawa, and S. Emori, 2011: Estimation of future surface temperature changes constrained using the future-present correlated modes in inter-model variability of CMIP3 multimodel simulations. *J. Geophys. Res.*, **116**, D18104.

Adachi, Y., et al., 2013: Basic performance of a new earth system model of the Meteorological Research Institute (MRI-ESM1). *Papers Meteorol. Geophys.*, doi:10.2467/mripapers.64.

Adams, P. J., J. H. Seinfeld, D. Koch, L. Mickley, and D. Jacob, 2001: General circulation model assessment of direct radiative forcing by the sulfate-nitrate-ammonium-water inorganic aerosol system. *J. Geophys. Res.*, **106**, 1097–1111.

Adler, R. F., G. J. Gu, J. J. Wang, G. J. Huffman, S. Curtis, and D. Bolvin, 2008: Relationships between global precipitation and surface temperature on interannual and longer timescales (1979–2006). *J. Geophys. Res.*, **113**, D22104.

Aldrin, M., M. Holden, P. Guttorp, R. B. Skeie, G. Myhre, and T. K. Berntsen, 2012: Bayesian estimation of climate sensitivity based on a simple climate model fitted to observations of hemispheric temperatures and global ocean heat content. *Environmetrics*, **23**, 253–271.

Alexander, L. V., and J. M. Arblaster, 2009: Assessing trends in observed and modelled climate extremes over Australia in relation to future projections. *Int. J. Climatol.*, **29**, 417–435.

Alexander, L. V., et al., 2006: Global observed changes in daily climate extremes of temperature and precipitation. *J. Geophys. Res.*, **111**, D05109.

Alexeev, V., and J. Cassano, 2012: Polar amplification: Is atmospheric heat transport important? *Clim. Dyn.*, doi:10.1007/s00382-012-1601-z.

Alexeev, V., D. Nicolsky, V. Romanovsky, and D. Lawrence, 2007: An evaluation of deep soil configurations in the CLM3 for improved representation of permafrost. *Geophys. Res. Lett.*, **34**, L09502.

Alexeev, V. A., P. L. Langen, and J. R. Bates, 2005: Polar amplification of surface warming on an aquaplanet in "ghost forcing" experiments without sea ice feedbacks. *Clim. Dyn.*, **24**, 655–666.

Allan, R., and B. Soden, 2008: Atmospheric warming and the amplification of precipitation extremes. *Science*, **321**, 1481–1484.

Allan, R. P., 2012: Regime dependent changes in global precipitation. *Clim. Dyn.*, doi:10.1007/s00382-011-1134-x.

Allen, C., et al., 2010: A global overview of drought and heat-induced tree mortality reveals emerging climate change risks for forests. *Forest Ecol. Manage.*, **259**, 660–684.

Allen, M. R., and W. J. Ingram, 2002: Constraints on future changes in climate and the hydrologic cycle. *Nature*, **419**, 224–232.

Allen, M. R., D. J. Frame, C. Huntingford, C. D. Jones, J. A. Lowe, M. Meinshausen, and N. Meinshausen, 2009: Warming caused by cumulative carbon emissions towards the trillionth tonne. *Nature*, **458**, 1163–1166.

Allen, R. J., and S. C. Sherwood, 2008: Warming maximum in the tropical upper troposphere deduced from thermal winds. *Nature Geosci.*, **1**, 399–403.

Allen, R. J., and S. C. Sherwood, 2010: Aerosol-cloud semi-direct effect and land-sea temperature contrast in a GCM. *Geophys. Res. Lett.*, **37**, L07702.

Allen, R. J., S. C. Sherwood, J. R. Norris, and C. S. Zender, 2012: Recent Northern Hemisphere tropical expansion primarily driven by black carbon and tropospheric ozone. *Nature*, **485**, 350–354.

Amstrup, S., E. DeWeaver, D. Douglas, B. Marcot, G. Durner, C. Bitz, and D. Bailey, 2010: Greenhouse gas mitigation can reduce sea-ice loss and increase polar bear persistence. *Nature*, **468**, 955–958.

Andrews, T., and P. M. Forster, 2008: $CO_2$ forcing induces semi-direct effects with consequences for climate feedback interpretations. *Geophys. Res. Lett.*, **35**, L04802.

Andrews, T., P. M. Forster, and J. M. Gregory, 2009: A surface energy perspective on climate change. *J. Clim.*, **22**, 2557–2570.

Andrews, T., P. Forster, O. Boucher, N. Bellouin, and A. Jones, 2010: Precipitation, radiative forcing and global temperature change. *Geophys. Res. Lett.*, **37**, L14701.

Annan, J. D., and J. C. Hargreaves, 2006: Using multiple observationally-based constraints to estimate climate sensitivity. *Geophys. Res. Lett.*, **33**, L06704.

Annan, J. D., and J. C. Hargreaves, 2010: Reliability of the CMIP3 ensemble. *Geophys. Res. Lett.*, **37**, L02703.

Annan, J. D., and J. C. Hargreaves, 2011a: Understanding the CMIP3 multi-model ensemble. *J. Clim.*, **24**, 4529–4538.

Annan, J. D., and J. C. Hargreaves, 2011b: On the generation and interpretation of probabilistic estimates of climate sensitivity. *Clim. Change*, **104**, 423–436.

Arblaster, J. M., G. A. Meehl, and D. J. Karoly, 2011: Future climate change in the Southern Hemisphere: Competing effects of ozone and greenhouse gases. *Geophys. Res. Lett.*, **38**, L02701.

Archer, D., 2007: Methane hydrate stability and anthropogenic climate change. *Biogeosciences*, **4**, 521–544.

Archer, D., and B. Buffett, 2005: Time-dependent response of the global ocean clathrate reservoir to climatic and anthropogenic forcing. *Geochem. Geophys. Geosyst.*, **6**, Q03002.

Archer, D., et al., 2009: Atmospheric lifetime of fossil fuel carbon dioxide. *Annu. Rev. Earth Planet. Sci.*, **37**, 117–134.

Armour, K., and G. Roe, 2011: Climate commitment in an uncertain world. *Geophys. Res. Lett.*, **38**, L01707.

Armour, K., I. Eisenman, E. Blanchard-Wrigglesworth, K. McCusker, and C. Bitz, 2011: The reversibility of sea ice loss in a state-of-the-art climate model. *Geophys. Res. Lett.*, **38**, L16705.

Arora, V. K., et al., 2011: Carbon emission limits required to satisfy future representative concentration pathways of greenhouse gases. *Geophys. Res. Lett.*, **38**, L05805.

Arzel, O., T. Fichefet, and H. Goosse, 2006: Sea ice evolution over the 20th and 21st centuries as simulated by current AOGCMs. *Ocean Model.*, **12**, 401–415.

Augustsson, T., and V. Ramanathan, 1977: Radiative-convective model study of $CO_2$ climate problem. *J. Atmos. Sci.*, **34**, 448–451.

Bala, G., K. Caldeira, and R. Nemani, 2010: Fast versus slow response in climate change: Implications for the global hydrological cycle. *Clim. Dyn.*, **35**, 423–434.

Baldwin, M. P., M. Dameris, and T. G. Shepherd, 2007: Atmosphere—How will the stratosphere affect climate change? *Science*, **316**, 1576–1577.

Ballester, J., F. Giorgi, and X. Rodo, 2010a: Changes in European temperature extremes can be predicted from changes in PDF central statistics. *Clim. Change*, **98**, 277–284.

Ballester, J., X. Rodo, and F. Giorgi, 2010b: Future changes in Central Europe heat waves expected to mostly follow summer mean warming. *Clim. Dyn.*, **35**, 1191–1205.

Banks, H. T., and J. M. Gregory, 2006: Mechanisms of ocean heat uptake in a coupled climate model and the implications for tracer based predictions of ocean heat uptake. *Geophys. Res. Lett.*, **33**, L07608.

Bao, Q., et al., 2013: The Flexible Global Ocean-Atmosphere-Land system model, Spectral Version 2: FGOALS-s2. *Adv. Atmos. Sci.*, **30**, 561–576.

Barber, V., G. Juday, and B. Finney, 2000: Reduced growth of Alaskan white spruce in the twentieth century from temperature-induced drought stress. *Nature*, **405**, 668–673.

Barnes, E. A., and L. M. Polvani, 2013: Response of the midlatitude jets and of their variability to increased greenhouse gases in the CMIP5 models. *J. Clim.*, doi:10.1175/JCLI-D-12-00536.1.

Barnett, D. N., S. J. Brown, J. M. Murphy, D. M. H. Sexton, and M. J. Webb, 2006: Quantifying uncertainty in changes in extreme event frequency in response to doubled $CO_2$ using a large ensemble of GCM simulations. *Clim. Dyn.*, **26**, 489–511.

Barnett, T., and D. Pierce, 2008: When will Lake Mead go dry? *Water Resour. Res.*, **44**, W03201.

Barnett, T. P., et al., 2008: Human-induced changes in the hydrology of the western United States. *Science*, **319**, 1080–1083.

Barriopedro, D., E. M. Fischer, J. Luterbacher, R. Trigo, and R. Garcia-Herrera, 2011: The hot summer of 2010: Redrawing the temperature record map of Europe. *Science*, **332**, 220–224.

Bekryaev, R. V., I. V. Polyakov, and V. A. Alexeev, 2010: Role of polar amplification in long-term surface air temperature variations and modern Arctic warming. *J. Clim.*, **23**, 3888–3906.

Bellouin, N., J. Rae, A. Jones, C. Johnson, J. Haywood, and O. Boucher, 2011: Aerosol forcing in the Hadley Centre CMIP5 simulations and the role of ammonium nitrate. *J. Geophys. Res.*, **116**, D20206.

Bengtsson, L., K. I. Hodges, and E. Roeckner, 2006: Storm tracks and climate change. *J. Clim.*, **19**, 3518–3543.

BLM_0151634

Bengtsson, L., K. I. Hodges, and N. Keenlyside, 2009: Will extratropical storms intensify in a warmer climate? *J. Clim.*, **22**, 2276–2301.

Berg, P., J. O. Haerter, P. Thejll, C. Piani, S. Hagemann, and J. H. Christensen, 2009: Seasonal characteristics of the relationship between daily precipitation intensity and surface temperature. *J. Geophys. Res.*, **114**, D18102.

Betts, R., et al., 2007: Projected increase in continental runoff due to plant responses to increasing carbon dioxide. *Nature*, **448**, 1037–1041.

Bitz, C., and G. Roe, 2004: A mechanism for the high rate of sea ice thinning in the Arctic Ocean. *J. Clim.*, **17**, 3623–3632.

Bitz, C., and Q. Fu, 2008: Arctic warming aloft is data set dependent. *Nature*, **455**, E3–E4.

Bitz, C. M., 2008: Some aspects of uncertainty in predicting sea ice thinning. In: *Arctic Sea Ice Decline: Observations, Projections, Mechanisms, and Implications* [E. T. DeWeaver, C. M. Bitz and L. B. Tremblay (eds.)]. American Geophysical Union, Washington, DC, pp. 63–76.

Bitz, C. M., J. K. Ridley, M. M. Holland, and H. Cattle, 2012: Global climate models and 20th and 21st century Arctic climate change. In: *Arctic Climate Change – The ACSYS Decade and Beyond* [P. Lemke (ed.)]. Springer Science+Business Media, Dordrecht, Netherlands, pp. 405–436.

Boberg, F., P. Berg, P. Thejll, W. Gutowski, and J. Christensen, 2010: Improved confidence in climate change projections of precipitation evaluated using daily statistics from the PRUDENCE ensemble. *Clim. Dyn.*, **35**, 1097–1106.

Boé, J., and L. Terray, 2008: Uncertainties in summer evapotranspiration changes over Europe and implications for regional climate change. *Geophys. Res. Lett.*, **35**, L05702.

Boé, J., A. Hall, and X. Qu, 2009a: Current GCMs' unrealistic negative feedback in the Arctic. *J. Clim.*, **22**, 4682–4695.

Boé, J., A. Hall, and X. Qu, 2009b: September sea-ice cover in the Arctic Ocean projected to vanish by 2100. *Nature Geosci.*, **2**, 341–343.

Boer, G. J., 1993: Climate change and the regulation of the surface moisture and energy budgets. *Clim. Dyn.*, **8**, 225–239.

Boer, G. J., 2011: The ratio of land to ocean temperature change under global warming. *Clim. Dyn.*, **37**, 2253–2270.

Boer, G. J., and B. Yu, 2003: Climate sensitivity and response. *Clim. Dyn.*, **20**, 415–429.

Boer, G. J., K. Hamilton, and W. Zhu, 2005: Climate sensitivity and climate change under strong forcing. *Clim. Dyn.*, **24**, 685–700.

Bollasina, M. A., Y. Ming, and V. Ramaswamy, 2011: Anthropogenic aerosols and the weakening of the South Asian summer monsoon. *Science*, **334**, 502–505.

Bombardi, R., and L. Carvalho, 2009b: IPCC global coupled model simulations of the South America monsoon system. *Clim. Dyn.*, **33**, 893–916.

Böning, C., A. Dispert, M. Visbeck, S. Rintoul, and F. Schwarzkopf, 2008: The response of the Antarctic Circumpolar Current to recent climate change. *Nature Geosci.*, **1**, 864–869.

Bony, S., and J. L. Dufresne, 2005: Marine boundary layer clouds at the heart of tropical cloud feedback uncertainties in climate models. *Geophys. Res. Lett.*, **32**, L20806.

Bony, S., G. Bellon, D. Klocke, S. Sherwood, S. Fermepin, and S. Denvil, 2013: Robust direct effect of carbon dioxide on tropical circulation and regional precipitation. *Nature Geosci.*, doi:10.1038/ngeo1799.

Bony, S., et al., 2006: How well do we understand and evaluate climate change feedback processes? *J. Clim.*, **19**, 3445–3482.

Booth, B. B. B., et al., 2012: High sensitivity of future global warming to land carbon cycle processes. *Environ. Res. Lett.*, **7**, 024002.

Boucher, O., et al., 2012: Reversibility in an Earth System model in response to $CO_2$ concentration changes. *Environ. Res. Lett.*, **7**, 024013.

Bouttes, N., J. M. Gregory, and J. A. Lowe, 2013: The reversibility of sea level rise. *J. Clim.*, **26**, 2502–2513.

Bowerman, N., D. Frame, C. Huntingford, J. Lowe, and M. Allen, 2011: Cumulative carbon emissions, emissions floors and short-term rates of warming: Implications for policy. *Philos. Trans. R. Soc. A*, **369**, 45–66.

Bracegirdle, T., and D. Stephenson, 2012: Higher precision estimates of regional polar warming by ensemble regression of climate model projections. *Clim. Dyn.*, **39**, 2805–2821.

Bracegirdle, T., W. Connolley, and J. Turner, 2008: Antarctic climate change over the twenty first century. *J. Geophys. Res.*, **113**, D03103.

Bracegirdle, T. J., et al., 2013: Assessment of surface winds over the Atlantic, Indian, and Pacific Ocean sectors of the Southern Ocean in CMIP5 models: Historical bias, forcing response, and state dependence. *J. Geophys. Res.*, **118**, 547–562.

Brasseur, G., and E. Roeckner, 2005: Impact of improved air quality on the future evolution of climate. *Geophys. Res. Lett.*, **32**, L23704.

Brient, F., and S. Bony, 2013: Interpretation of the positive low-cloud feedback predicted by a climate model under global warming. *Clim. Dyn.*, **40**, 2415–2431.

Brierley, C. M., M. Collins, and A. J. Thorpe, 2010: The impact of perturbations to ocean-model parameters on climate and climate change in a coupled model. *Clim. Dyn.*, **34**, 325–343.

Bromwich, D. H., J. P. Nicolas, A. J. Monaghan, M. A. Lazzara, L. M. Keller, G. A. Weidner, and A. B. Wilson, 2013: Central West Antarctica among the most rapidly warming regions on Earth. *Nature Geosci.*, **6**, 139–145.

Brooke, E., D. Archer, E. Dlugokencky, S. Frolking, and D. Lawrence, 2008: Potential for abrupt changes in atmospheric methane. *Abrupt Climate Change: A Report by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research.* U.S. Geological Survey, Washington, DC, pp. 163–201.

Brooks, H. E., 2009: Proximity soundings for severe convection for Europe and the United States from reanalysis data. *Atmos. Res.*, **93**, 546–553.

Brooks, H. E., 2013: Severe thunderstorms and climate change. *Atmos. Res.*, **123**, 129–138.

Brooks, H. E., J. W. Lee, and J. P. Craven, 2003: The spatial distribution of severe thunderstorm and tornado environments from global reanalysis data. *Atmos. Res.*, **67–68**, 73–94.

Brovkin, V., et al., 2013: Effect of anthropogenic land-use and land cover changes on climate and land carbon storage in CMIP5 projections for the 21st century. *J. Clim.*, doi:10.1175/JCLI-D-12-00623.1.

Brown, R., and P. Mote, 2009: The response of Northern Hemisphere snow cover to a changing climate. *J. Clim.*, **22**, 2124–2145.

Brown, R. D., and D. A. Robinson, 2011: Northern Hemisphere spring snow cover variability and change over 1922–2010 including an assessment of uncertainty. *Cryosphere*, **5**, 219–229.

Brutel-Vuilmet, C., M. Menegoz, and G. Krinner, 2013: An analysis of present and future seasonal Northern Hemisphere land snow cover simulated by CMIP5 coupled climate models. *Cryosphere*, **7**, 67–80.

Bryan, K., F. G. Komro, S. Manabe, and M. J. Spelman, 1982: Transient climate response to increasing atmospheric carbon-dioxide. *Science*, **215**, 56–58.

Bryden, H. L., B. A. King, and G. D. McCarthy, 2011: South Atlantic overturning circulation at 24S. *J. Mar. Res.*, **69**, 38–55.

Burke, E., and S. Brown, 2008: Evaluating uncertainties in the projection of future drought. *J. Hydrometeorol.*, **9**, 292–299.

Burke, E. J., C. D. Jones, and C. D. Koven, 2012: Estimating the permafrost-carbon-climate response in the CMIP5 climate models using a simplified approach. *J. Clim.*, doi:10.1175/JCLI-D-12-00550.1.

Buser, C. M., H. R. Kunsch, D. Luthi, M. Wild, and C. Schär, 2009: Bayesian multi-model projection of climate: Bias assumptions and interannual variability. *Clim. Dyn.*, **33**, 849–868.

Butchart, N., and A. A. Scaife, 2001: Removal of chlorofluorocarbons by increased mass exchange between the stratosphere and troposphere in a changing climate. *Nature*, **410**, 799–802.

Butchart, N., et al., 2006: Simulations of anthropogenic change in the strength of the Brewer-Dobson circulation. *Clim. Dyn.*, **27**, 727–741.

Butchart, N., et al., 2010: Chemistry-climate model simulations of twenty-first century stratospheric climate and circulation changes. *J. Clim.*, **23**, 5349–5374.

Butler, A. H., D. W. J. Thompson, and R. Heikes, 2010: The steady-state atmospheric circulation response to climate change-like thermal forcings in a simple General Circulation Model. *J. Clim.*, **23**, 3474–3496.

Cabre, M. F., S. A. Solman, and M. N. Nunez, 2010: Creating regional climate change scenarios over southern South America for the 2020's and 2050's using the pattern scaling technique: Validity and limitations. *Climate Change*, **98**, 449–469.

Caesar, J., and J. A. Lowe, 2012: Comparing the impacts of mitigation versus non-intervention scenarios on future temperature and precipitation extremes in the HadGEM2 climate model. *J. Geophys. Res.*, **117**, D15109.

Cagnazzo, C., E. Manzini, P. G. Fogli, M. Vichi, and P. Davini, 2013: Role of stratospheric dynamics in the ozone–carbon connection in the Southern Hemisphere. *Clim. Dyn.*, doi:10.1007/s00382-013-1745-5.

Cai, W., 2005: Dynamical amplification of polar warming. *Geophys. Res. Lett.*, **32**, L22710.

Caldeira, K., and J. F. Kasting, 1993: Insensitivity of global warming potentials to carbon-dioxide emission scenarios. *Nature*, **366**, 251–253.

Caldwell, P., and C. S. Bretherton, 2009: Response of a subtropical stratocumulus-capped mixed layer to climate and aerosol changes. *J. Clim.*, **22**, 20–38.

1121

BLM_0151635

Calvo, N., and R. R. Garcia, 2009: Wave forcing of the tropical upwelling in the lower stratosphere under increasing concentrations of greenhouse gases. *J. Atmos. Sci.*, **66**, 3184–3196.

Calvo, N., R. R. Garcia, D. R. Marsh, M. J. Mills, D. E. Kinnison, and P. J. Young, 2012: Reconciling modeled and observed temperature trends over Antarctica. *Geophys. Res. Lett.*, **39**, L16803.

Cao, L., and K. Caldeira, 2010: Atmospheric carbon dioxide removal: Long-term consequences and commitment. *Environ. Res. Lett.*, **5**, 024011.

Cao, L., G. Bala, and K. Caldeira, 2012: Climate response to changes in atmospheric carbon dioxide and solar irradiance on the time scale of days to weeks. *Environ. Res. Lett.*, **7**, 034015.

Capotondi, A., M. Alexander, N. Bond, E. Curchitser, and J. Scott, 2012: Enhanced upper ocean stratification with climate change in the CMIP3 models. *J. Geophys. Res.*, **117**, C04031.

Cariolle, D., and H. Teyssedre, 2007: A revised linear ozone photochemistry parameterization for use in transport and general circulation models: Multi-annual simulations. *Atmos. Chem. Phys.*, **7**, 2183–2196.

Carslaw, K., O. Boucher, D. Spracklen, G. Mann, J. Rae, S. Woodward, and M. Kulmala, 2010: A review of natural aerosol interactions and feedbacks within the Earth system. *Atmos. Chem. Phys.*, **10**, 1701–1737.

Catto, J. L., L. C. Shaffrey, and K. I. Hodges, 2011: Northern Hemisphere extratropical cyclones in a warming climate in the HiGEM high-resolution climate model. *J. Clim.*, **24**, 5336–5352.

CCSP, 2008a: *Weather and Climate Extremes in a Changing Climate: A Report by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research*. Department of Commerce, NOAA's National Climatic Data Center, College Park, MD, 164 pp.

CCSP, 2008b: *Abrupt Climate Change. A Report by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research*. U.S. Geological Survey, Washington, DC, 459 pp.

Cess, R., et al., 1990: Intercomparison and interpretation of climate feedback processes in 19 atmospheric general-circulation models. *J. Geophys. Res.*, **95**, 16601–16615.

Chadwick, R., I. Boutle, and G. Martin, 2012: Spatial patterns of precipitation change in CMIP5: Why the rich don't get richer in the Tropics. *J. Clim.*, doi:10.1175/JCLI-D-12-00543.1.

Chadwick, R., P. Wu, P. Good, and T. Andrews, 2013: Asymmetries in tropical rainfall and circulation patterns in idealised CO₂ removal experiments. *Clim. Dyn.*, **40**, 295–316.

Chang, E. K. M., Y. Guo, and X. Xia, 2012a: CMIP5 multimodel ensemble projection of storm track change under global warming. *J. Geophys. Res.*, **117**, D23118.

Chang, E. K. M., Y. Guo, X. Xia, and M. Zheng, 2012b: Storm track activity in IPCC AR4/CMIP3 model simulations. *J. Clim.*, **26**, 246–260.

Chapin, F., et al., 2005: Role of land-surface changes in Arctic summer warming. *Science*, **310**, 657–660.

Charbit, S., D. Paillard, and G. Ramstein, 2008: Amount of CO₂ emissions irreversibly leading to the total melting of Greenland. *Geophys. Res. Lett.*, **35**, L12503.

Charney, J., 1979: *Carbon Dioxide and Climate: A Scientific Assessment*. National Academies of Science Press, Washington, DC, 22 pp.

Chen, C. T., and T. Knutson, 2008: On the verification and comparison of extreme rainfall indices from climate models. *J. Clim.*, **21**, 1605–1621.

Chen, G., J. Lu, and D. M. W. Frierson, 2008: Phase speed spectra and the latitude of surface westerlies: Interannual variability and global warming trend. *J. Clim.*, **21**, 5942–5959.

Cherchi, A., A. Alessandri, S. Masina, and A. Navarra, 2010: Effect of increasing CO₂ levels on monsoons. *Clim. Dyn.*, **37**, 83–101.

Choi, D. H., J. S. Kug, W. T. Kwon, F. F. Jin, H. J. Baek, and S. K. Min, 2010: Arctic Oscillation responses to greenhouse warming and role of synoptic eddy feedback. *J. Geophys. Res. Atmos.*, **115**, D17103.

Chou, C., and J. D. Neelin, 2004: Mechanisms of global warming impacts on regional tropical precipitation. *J. Clim.*, **17**, 2688–2701.

Chou, C., and C. Chen, 2010: Depth of convection and the weakening of tropical circulation in global warming. *J. Clim.*, **23**, 3019–3030.

Chou, C., and C.-W. Lan, 2012: Changes in the annual range of precipitation under global warming. *J. Clim.*, **25**, 222–235.

Chou, C., J. D. Neelin, J. Y. Tu, and C. T. Chen, 2006: Regional tropical precipitation change mechanisms in ECHAM4/OPYC3 under global warming. *J. Clim.*, **19**, 4207–4223.

Chou, C., J. D. Neelin, C. A. Chen, and J. Y. Tu, 2009: Evaluating the "Rich-Get-Richer" mechanism in tropical precipitation change under global warming. *J. Clim.*, **22**, 1982–2005.

Chou, C., C. Chen, P-H. Tan, and K.-T. Chen, 2012: Mechanisms of global warming impacts on precipitation frequency and intensity. *J. Clim.*, **25**, 3291–3306.

Chou, C., J. C. H. Chiang, C.-W. Lan, C.-H. Chung, Y.-C. Liao, and C.-J. Lee, 2013: Increase in the range between wet and dry season precipitation. *Nature Geosci.*, **6**, 263–267.

Christensen, J. H., F. Boberg, O. B. Christensen, and P. Lucas-Picher, 2008: On the need for bias correction of regional climate change projections of temperature and precipitation. *Geophys. Res. Lett.*, **35**, L20709.

Christensen, J. H., et al., 2007: Regional climate projections. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)] Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 847–940.

Christensen, N., and D. Lettenmaier, 2007: A multimodel ensemble approach to assessment of climate change impacts on the hydrology and water resources of the Colorado River Basin. *Hydrol. Earth Syst. Sci.*, **11**, 1417–1434.

Cionni, I., et al., 2011: Ozone database in support of CMIP5 simulations: Results and corresponding radiative forcing. *Atmos. Chem. Phys.*, **11**, 11267–11292.

Clark, R. T., S. J. Brown, and J. M. Murphy, 2006: Modeling Northern Hemisphere summer heat extremes and their uncertainties using a physics ensemble of climate sensitivity experiments. *J. Clim.*, **19**, 4418–4435.

Clark, R. T., J. M. Murphy, and S. J. Brown, 2010: Do global warming targets limit heatwave risk? *Geophys. Res. Lett.*, **37**, L17703.

Claussen, M., V. Brovkin, A. Ganopolski, C. Kubatzki, and V. Petoukhov, 2003: Climate change in northern Africa: The past is not the future. *Clim. Change*, **57**, 99–118.

Colle, B. A., Z. Zhang, K. A. Lombardo, E. Chang, P. Liu, and M. Zhang, 2013: Historical evaluation and future prediction of eastern North America and western Atlantic extratropical cyclones in CMIP5 models during the cool season. *J. Clim.*, doi:10.1175/JCLI-D-12-00498.1.

Collier, J., and G. Zhang, 2009: Aerosol direct forcing of the summer Indian monsoon as simulated by the NCAR CAM3. *Clim. Dyn.*, **32**, 313–332.

Collins, M., C. M. Brierley, M. MacVean, B. B. B. Booth, and G. R. Harris, 2007: The sensitivity of the rate of transient climate change to ocean physics perturbations. *J. Clim.*, **20**, 2315–2320.

Collins, M., B. B. Booth, G. Harris, J. M. Murphy, D. M. H. Sexton, and M. J. Webb, 2006a: Towards quantifying uncertainty in transient climate change. *Clim. Dyn.*, **27**, 127–147.

Collins, M., R. E. Chandler, P. M. Cox, J. M. Huthnance, J. Rougier, and D. B. Stephenson, 2012: Quantifying future climate change. *Nature Clim. Change*, **2**, 403–409.

Collins, M., B. Booth, B. Bhaskaran, G. Harris, J. Murphy, D. Sexton, and M. Webb, 2011: Climate model errors, feedbacks and forcings: A comparison of perturbed physics and multi-model ensembles. *Clim. Dyn.*, **36**, 1737–1766.

Collins, M., et al., 2010: The impact of global warming on the tropical Pacific ocean and El Nino. *Nature Geosci.*, **3**, 391–397.

Collins, W. D., et al., 2006b: Radiative forcing by well-mixed greenhouse gases: Estimates from climate models in the Intergovernmental Panel on Climate Change (IPCC) Fourth Assessment Report (AR4). *J. Geophys. Res.*, **111**, D14317.

Colman, R., and B. McAvaney, 2009: Climate feedbacks under a very broad range of forcing. *Geophys. Res. Lett.*, **36**, L01702.

Colman, R., and S. Power, 2010: Atmospheric radiative feedbacks associated with transient climate change and climate variability. *Clim. Dyn.*, **34**, 919–933.

Comiso, J. C., and F. Nishio, 2008: Trends in the sea ice cover using enhanced and compatible AMSR-E, SSM/I, and SMMR data. *J. Geophys. Res.*, **113**, C02S07.

Cook, K., and E. Vizy, 2008: Effects of twenty-first-century climate change on the Amazon rain forest. *J. Clim.*, **21**, 542–560.

Costa, M., and G. Pires, 2010: Effects of Amazon and Central Brazil deforestation scenarios on the duration of the dry season in the arc of deforestation. *Int. J. Climatol.*, **30**, 1970–1979.

Crook, J. A., P. M. Forster, and N. Stuber, 2011: Spatial patterns of modeled climate feedback and contributions to temperature response and polar amplification. *J. Clim.*, **24**, 3575–3592.

Crucifix, M., 2006: Does the Last Glacial Maximum constrain climate sensitivity? *Geophys. Res. Lett.*, **33**, L18701.

BLM_0151636

Cruz, F. T., A. J. Pitman, J. L. McGregor, and J. P. Evans, 2010: Contrasting regional responses to increasing leaf-level atmospheric carbon dioxide over Australia. *J. Hydrometeorol.*, **11**, 296–314.

Dai, A., 2011: Drought under global warming: A review. *WIREs Clim. Change*, **2**, 45–65.

Dai, A., 2013: Increasing drought under global warming in observations and models. *Nature Clim. Change*, **3**, 52–58.

Dakos, V., M. Scheffer, E. H. van Nes, V. Brovkin, V. Petoukhov, and H. Held, 2008: Slowing down as an early warning signal for abrupt climate change. *Proc. Natl. Acad. Sci. U.S.A.*, **105**, 14308–14312.

Danabasoglu, G., and P. Gent, 2009: Equilibrium climate sensitivity: Is it accurate to use a slab ocean model? *J. Clim.*, **22**, 2494–2499.

Davin, E. L., N. de Noblet-Ducoudre, and P. Friedlingstein, 2007: Impact of land cover change on surface climate: Relevance of the radiative forcing concept. *Geophys. Res. Lett.*, **34**, L13702.

Davis, S., K. Caldeira, and H. Matthews, 2010: Future $CO_2$ emissions and climate change from existing energy infrastructure. *Science*, **329**, 1330–1333.

Davis, S. M., and K. H. Rosenlof, 2012: A multidiagnostic intercomparison of tropical-width time series using reanalyses and satellite observations. *J. Clim.*, **25**, 1061–1078.

De Angelis, H., and P. Skvarca, 2003: Glacier surge after ice shelf collapse. *Science*, **299**, 1560–1562.

de Vries, H., R. J. Haarsma, and W. Hazeleger, 2012: Western European cold spells in current and future climate. *Geophys. Res. Lett.*, **39**, L04706.

de Vries, P., and S. Weber, 2005: The Atlantic freshwater budget as a diagnostic for the existence of a stable shut down of the meridional overturning circulation. *Geophys. Res. Lett.*, **32**, L09606.

Del Genio, A. D., M.-S. Yao, and J. Jonas, 2007: Will moist convection be stronger in a warmer climate? *Geophys. Res. Lett.*, **34**, L16703.

Delisle, G., 2007: Near-surface permafrost degradation: How severe during the 21st century? *Geophys. Res. Lett.*, **34**, L09503.

Delworth, T. L., et al., 2008: The potential for abrupt change in the Atlantic meridional overturning circulation. In: *Abrupt Climate Change: A Report by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research*, U.S. Geological Survey, Washington, DC, pp. 258–359.

deMenocal, P., J. Ortiz, T. Guilderson, J. Adkins, M. Sarnthein, L. Baker, and M. Yarusinsky, 2000: Abrupt onset and termination of the African Humid Period: Rapid climate responses to gradual insolation forcing. *Quaternary Science Reviews*, **19**, 347–361.

Deser, C., A. Phillips, V. Bourdette, and H. Teng, 2012a: Uncertainty in climate change projections: The role of internal variability. *Clim. Dyn.*, **38**, 527–546.

Deser, C., R. Knutti, S. Solomon, and A. S. Phillips, 2012b: Communication of the role of natural variability in future North American climate. *Nature Clim. Change*, **2**, 775–779.

Dessai, S., X. F. Lu, and M. Hulme, 2005: Limited sensitivity analysis of regional climate change probabilities for the 21st century. *J. Geophys. Res. Atmos.*, **110**, D19108.

Diffenbaugh, N., and M. Ashfaq, 2010: Intensification of hot extremes in the United States. *Geophys. Res. Lett.*, **37**, L15701.

Diffenbaugh, N. S., J. S. Pal, F. Giorgi, and X. J. Gao, 2007: Heat stress intensification in the Mediterranean climate change hotspot. *Geophys. Res. Lett.*, **34**, L11706.

Dijkstra, H., 2007: Characterization of the multiple equilibria regime in a global ocean model. *Tellus A*, **59**, 695–705.

DiNezio, P. N., A. C. Clement, G. A. Vecchi, B. J. Soden, and B. P. Kirtman, 2009: Climate response of the equatorial Pacific to global warming. *J. Clim.*, **22**, 4873–4892.

Dirmeyer, P. A., Y. Jin, B. Singh, and X. Yan, 2013: Evolving land-atmosphere interactions over North America from CMIP5 simulations. *J. Clim.*, doi:10.1175/JCLI-D-12-00454.1.

Dix, M., et al., 2013: The ACCESS Coupled Model: Documentation of core CMIP5 simulations and initial results. *Aust. Meteorol. Oceanogr. J.*, **63**, 83-199.

Dole, R., et al., 2011: Was there a basis for anticipating the 2010 Russian heat wave? *Geophys. Res. Lett.*, **38**, L06702.

Dolman, A., G. van der Werf, M. van der Molen, G. Ganssen, J. Erisman, and B. Strengers, 2010: A carbon cycle science update since IPCC AR-4. *Ambio*, **39**, 402–412.

Donat, M. G., et al., 2013: Updated analyses of temperature and precipitation extreme indices since the beginning of the twentieth century: The HadEX2 dataset. *J. Geophys. Res.*, **118**, 2098–2118.

Dong, B. W., J. M. Gregory, and R. T. Sutton, 2009: Understanding land-sea warming contrast in response to increasing greenhouse gases. Part I: Transient adjustment. *J. Clim.*, **22**, 3079–3097.

Dorrepaal, E., S. Toet, R. van Logtestijn, E. Swart, M. van de Weg, T. Callaghan, and R. Aerts, 2009: Carbon respiration from subsurface peat accelerated by climate warming in the subarctic. *Nature*, **460**, 616–619.

Döscher, R., and T. Koenigk, 2013: Arctic rapid sea ice loss events in regional coupled climate scenario experiments. *Ocean Sci.*, **9**, 217–248.

Doutriaux-Boucher, M., M. J. Webb, J. M. Gregory, and O. Boucher, 2009: Carbon dioxide induced stomatal closure increases radiative forcing via a rapid reduction in low cloud. *Geophys. Res. Lett.*, **36**, L02703.

Douville, H., J. F. Royer, J. Polcher, P. Cox, N. Gedney, D. B. Stephenson, and P. J. Valdes, 2000: Impact of $CO_2$ doubling on the Asian summer monsoon: Robust versus model-dependent responses. *J. Meteorol. Soc. Jpn.*, **78**, 421–439.

Dowdy, A. J., G. A. Mills, B. Timbal, and Y. Wang, 2013: Changes in the risk of extratropical cyclones in Eastern Australia. *J. Clim.*, **26**, 1403–1417.

Downes, S., A. Budnick, J. Sarmiento, and R. Farneti, 2011: Impacts of wind stress on the Antarctic Circumpolar Current fronts and associated subduction. *Geophys. Res. Lett.*, **38**, L11605.

Downes, S. M., and A. M. Hogg, 2013: Southern Ocean circulation and eddy compensation in CMIP5 models. *J. Clim.*, doi:10.1175/JCLI-D-12-00504.1.

Downes, S. M., N. L. Bindoff, and S. R. Rintoul, 2010: Changes in the subduction of Southern Ocean water masses at the end of the twenty-first century in eight IPCC models. *J. Clim.*, **23**, 6526–6541.

Driesschaert, E., et al., 2007: Modeling the influence of Greenland ice sheet melting on the Atlantic meridional overturning circulation during the next millennia. *Geophys. Res. Lett.*, **34**, L10707.

Drijfhout, S., G. J. van Oldenborgh, and A. Cimatoribus, 2012: Is a decline of AMOC causing the warming hole above the North Atlantic in observed and modeled warming patterns? *J. Clim.*, **25**, 8373–8379.

Drijfhout, S. S., S. Weber, and E. van der Swaluw, 2010: The stability of the MOC as diagnosed from model projections for the pre-industrial, present and future climate. *Clim. Dyn.*, **37**, 1575–1586.

Dufresne, J.-L., et al., 2013: Climate change projections using the IPSL-CM5 Earth system model: From CMIP3 to CMIP5. *Clim. Dyn.*, **40**, 2123–2165.

Dufresne, J., J. Quaas, O. Boucher, S. Denvil, and L. Fairhead, 2005: Contrasts in the effects on climate of anthropogenic sulfate aerosols between the 20th and the 21st century. *Geophys. Res. Lett.*, **32**, L21703.

Dufresne, J. L., and S. Bony, 2008: An assessment of the primary sources of spread of global warming estimates from coupled atmosphere-ocean models. *J. Clim.*, **21**, 5135–5144.

Dulamsuren, C., M. Hauck, and M. Muhlenberg, 2008: Insect and small mammal herbivores limit tree establishment in northern Mongolian steppe. *Plant Ecol.*, **195**, 143–156.

Dulamsuren, C., M. Hauck, and C. Leuschner, 2010: Recent drought stress leads to growth reductions in *Larix sibirica* in the western Khentey, Mongolia. *Global Change Biol.*, **16**, 3024–3035.

Dulamsuren, C., et al., 2009: Water relations and photosynthetic performance in *Larix sibirica* growing in the forest-steppe ecotone of northern Mongolia. *Tree Physiol.*, **29**, 99–110.

Dunne, J. P., R. J. Stouffer, and J. G. John, 2013: Reductions in labour capacity from heat stress under climate warming. *Nature Clim. Change*, doi:10.1038/nclimate1827.

Durack, P., and S. Wijffels, 2010: Fifty-year trends in global ocean salinities and their relationship to broad-scale warming. *J. Clim.*, **23**, 4342–4362.

Durack, P. J., S. E. Wijffels, and R. J. Matear, 2012: Ocean salinities reveal strong global water cycle intensification during 1950 to 2000. *Science*, **336**, 455–458.

Eby, M., K. Zickfeld, A. Montenegro, D. Archer, K. Meissner, and A. Weaver, 2009: Lifetime of anthropogenic climate change: Millennial time scales of potential $CO_2$ and surface temperature perturbations. *J. Clim.*, **22**, 2501–2511.

Edwards, T., M. Crucifix, and S. Harrison, 2007: Using the past to constrain the future: How the palaeorecord can improve estimates of global warming. *Prog. Phys. Geogr.*, **31**, 481–500.

Eglin, T., et al., 2010: Historical and future perspectives of global soil carbon response to climate and land-use changes. *Tellus B*, **62**, 700–718.

Eisenman, I., 2012: Factors controlling the bifurcation structure of sea ice retreat. *J. Geophys. Res.*, **117**, D01111.

Eisenman, I., and J. Wettlaufer, 2009: Nonlinear threshold behavior during the loss of Arctic sea ice. *Proc. Natl. Acad. Sci. U.S.A.*, **106**, 28–32.

BLM_0151637

Eisenman, I., T. Schneider, D. S. Battisti, and C. M. Bitz, 2011: Consistent changes in the sea ice seasonal cycle in response to global warming. *J. Clim.*, **24**, 5325–5335.

Eliseev, A., P. Demchenko, M. Arzhanov, and I. Mokhov, 2013: Transient hysteresis of near-surface permafrost response to external forcing. *Clim. Dyn.*, doi:10.1007/s00382–013–1672–5.

Emori, S., and S. Brown, 2005: Dynamic and thermodynamic changes in mean and extreme precipitation under changed climate. *Geophys. Res. Lett.*, **32**, L17706.

Eyring, V., et al., 2005: A strategy for process-oriented validation of coupled chemistry-climate models. *Bull. Am. Meteorol. Soc.*, **86**, 1117–1133.

Eyring, V., et al., 2013: Long-term ozone changes and associated climate impacts in CMIP5 simulations. *J. Geophys. Res.*, doi:10.1002/jgrd.50316.

Falloon, P. D., R. Dankers, R. A. Betts, C. D. Jones, B. B. B. Booth, and F. H. Lambert, 2012: Role of vegetation change in future climate under the A1B scenario and a climate stabilisation scenario, using the HadCM3C Earth system model. *Biogeosciences*, **9**, 4739–4756.

Farneti, R., and P. Gent, 2011: The effects of the eddy-induced advection coefficient in a coarse-resolution coupled climate model. *Ocean Model.*, **39**, 135–145.

Farneti, R., T. Delworth, A. Rosati, S. Griffies, and F. Zeng, 2010: The role of mesoscale eddies in the rectification of the Southern Ocean response to climate change. *J. Phys. Oceanogr.*, **40**, 1539–1557.

Fasullo, J. T., 2010: Robust land-ocean contrasts in energy and water cycle feedbacks. *J. Clim.*, **23**, 4677–4693.

Favre, A., and A. Gershunov, 2009: North Pacific cyclonic and anticyclonic transients in a global warming context: Possible consequences for Western North American daily precipitation and temperature extremes. *Clim. Dyn.*, **32**, 969–987.

Finnis, J., M. M. Holland, M. C. Serreze, and J. J. Cassano, 2007: Response of Northern Hemisphere extratropical cyclone activity and associated precipitation to climate change, as represented by the Community Climate System Model. *J. Geophys. Res.*, **112**, G04S42.

Fischer, E. M., and C. Schär, 2009: Future changes in daily summer temperature variability: Driving processes and role for temperature extremes. *Clim. Dyn.*, **33**, 917–935.

Fischer, E. M., and C. Schär, 2010: Consistent geographical patterns of changes in high-impact European heatwaves. *Nature Geosci.*, **3**, 398–403.

Fischer, E. M., and R. Knutti, 2013: Robust projections of combined humidity and temperature extremes. *Nature Clim. Change*, **3**, 126–130.

Fischer, E. M., D. M. Lawrence, and B. M. Sanderson, 2011: Quantifying uncertainties in projections of extremes—A perturbed land surface parameter experiment. *Clim. Dyn.*, **37**, 1381–1398.

Fischer, E. M., J. Rajczak, and C. Schär, 2012a: Changes in European summer temperature variability revisited. *Geophys. Res. Lett.*, **39**, L19702.

Fischer, E. M., K. W. Oleson, and D. M. Lawrence, 2012b: Contrasting urban and rural heat stress responses to climate change. *Geophys. Res. Lett.*, **39**, L03705.

Flannery, B. P., 1984: Energy-balance models incorporating transport of thermal and latent energy. *J. Atmos. Sci.*, **41**, 414–421.

Forest, C. E., P. H. Stone, and A. P. Sokolov, 2006: Estimated PDFs of climate system properties including natural and anthropogenic forcings. *Geophys. Res. Lett.*, **33**, L01705.

Forest, C. E., P. H. Stone, and A. P. Sokolov, 2008: Constraining climate model parameters from observed 20th century data. *Tellus A*, **60**, 911–920.

Forster, P., and K. Taylor, 2006: Climate forcings and climate sensitivities diagnosed from coupled climate model integrations. *J. Clim.*, **19**, 6181–6194.

Forster, P. M., T. Andrews, P. Good, J. M. Gregory, L. S. Jackson, and M. Zelinka, 2013: Evaluating adjusted forcing and model spread for historical and future scenarios in the CMIP5 generation of climate models. *J. Geophys. Res.*, **118**, 1139–1150.

Fowler, H., M. Ekstrom, S. Blenkinsop, and A. Smith, 2007a: Estimating change in extreme European precipitation using a multimodel ensemble. *J. Geophys. Res.*, **112**, D18104.

Fowler, H. J., S. Blenkinsop, and C. Tebaldi, 2007b: Linking climate change modelling to impacts studies: Recent advances in downscaling techniques for hydrological modelling. *Int. J. Climatol.*, **27**, 1547–1578.

Frame, D., B. Booth, J. Kettleborough, D. Stainforth, J. Gregory, M. Collins, and M. Allen, 2005: Constraining climate forecasts: The role of prior assumptions. *Geophys. Res. Lett.*, **32**, L09702.

Frederiksen, C. S., J. S. Frederiksen, J. M. Sisson, and S. L. Osbrough, 2011: Australian winter circulation and rainfall changes and projections. *Int. J. Clim. Change Strat. Manage.*, **3**, 170–188.

Friedlingstein, P., and S. Solomon, 2005: Contributions of past and present human generations to committed warming caused by carbon dioxide. *Proc. Natl. Acad. Sci. U.S.A.*, **102**, 10832–10836.

Friedlingstein, P., S. Solomon, G. Plattner, R. Knutti, P. Ciais, and M. Raupach, 2011: Long-term climate implications of twenty-first century options for carbon dioxide emission mitigation. *Nature Clim. Change*, **1**, 457–461.

Friedlingstein, P., et al., 2006: Climate-carbon cycle feedback analysis: Results from the C⁴MIP model intercomparison. *J. Clim.*, **19**, 3337–3353.

Frieler, K., M. Meinshausen, M. Mengel, N. Braun, and W. Hare, 2012: A scaling approach to probabilistic assessment of regional climate. *J. Clim.*, **25**, 3117–3144.

Frierson, D., J. Lu, and G. Chen, 2007: Width of the Hadley cell in simple and comprehensive general circulation models. *Geophys. Res. Lett.*, **34**, L18804.

Frölicher, T., and F. Joos, 2010: Reversible and irreversible impacts of greenhouse gas emissions in multi-century projections with the NCAR global coupled carbon cycle-climate model. *Clim. Dyn.*, **35**, 1439–1459.

Fu, Q., C. M. Johanson, J. M. Wallace, and T. Reichler, 2006: Enhanced mid-latitude tropospheric warming in satellite measurements. *Science*, **312**, 1179–1179.

Fyfe, J., O. Saenko, K. Zickfeld, M. Eby, and A. Weaver, 2007: The role of poleward-intensifying winds on Southern Ocean warming. *J. Clim.*, **20**, 5391–5400.

Fyke, J., and A. Weaver, 2006: The effect of potential future climate change on the marine methane hydrate stability zone. *J. Clim.*, **19**, 5903–5917.

Garcia, R. R., and W. J. Randel, 2008: Acceleration of the Brewer-Dobson circulation due to increases in greenhouse gases. *J. Atmos. Sci.*, **65**, 2731–2739.

Gastineau, G., and B. J. Soden, 2009: Model projected changes of extreme wind events in response to global warming. *Geophys. Res. Lett.*, **36**, L10810.

Gastineau, G., H. Le Treut, and L. Li, 2008: Hadley circulation changes under global warming conditions indicated by coupled climate models. *Tellus A*, **60**, 863–884.

Gastineau, G., L. Li, and H. Le Treut, 2009: The Hadley and Walker circulation changes in global warming conditions described by idealized atmospheric simulations. *J. Clim.*, **22**, 3993–4013.

Gent, P. R., et al., 2011: The Community Climate System Model Version 4. *J. Clim.*, **24**, 4973–4991.

Georgescu, M., D. Lobell, and C. Field, 2011: Direct climate effects of perennial bioenergy crops in the United States. *Proc. Natl. Acad. Sci. U.S.A.*, **109**, 4307–4312.

Gerber, E. P., et al., 2012: Assessing and understanding the impact of stratospheric dynamics and variability on the Earth system. *Bull. Am. Meteorol. Soc.*, **93**, 845–859.

Gillett, N., M. Wehner, S. Tett, and A. Weaver, 2004: Testing the linearity of the response to combined greenhouse gas and sulfate aerosol forcing. *Geophys. Res. Lett.*, **31**, L14201.

Gillett, N. P., and P.A. Stott, 2009: Attribution of anthropogenic influence on seasonal sea level pressure. *Geophys. Res. Lett.*, **36**, L23709.

Gillett, N. P., V. K. Arora, D. Matthews, and M. R. Allen, 2013: Constraining the ratio of global warming to cumulative $CO_2$ emissions using CMIP5 simulations. *J. Clim.*, doi:10.1175/JCLI-D-12-00476.1.

Gillett, N. P., V. K. Arora, K. Zickfeld, S. J. Marshall, and A. J. Merryfield, 2011: Ongoing climate change following a complete cessation of carbon dioxide emissions. *Nature Geosci.*, **4**, 83–87.

Giorgi, F., 2008: A simple equation for regional climate change and associated uncertainty. *J. Clim.*, **21**, 1589–1604.

Gleckler, P. J., K. AchutaRao, J. M. Gregory, B. D. Santer, K. E. Taylor, and T. M. L. Wigley, 2006: Krakatoa lives: The effect of volcanic eruptions on ocean heat content and thermal expansion. *Geophys. Res. Lett.*, **33**, L17702.

Goelzer, H., P. Huybrechts, M. Loutre, H. Goosse, T. Fichefet, and A. Mouchet, 2011: Impact of Greenland and Antarctic ice sheet interactions on climate sensitivity. *Clim. Dyn.*, **37**, 1005–1018.

Good, P., J. M. Gregory, and J. A. Lowe, 2011a: A step-response simple climate model to reconstruct and interpret AOGCM projections. *Geophys. Res. Lett.*, **38**, L01703.

Good, P., J. M. Gregory, J. A. Lowe, and T. Andrews, 2013: Abrupt $CO_2$ experiments as tools for predicting and understanding CMIP5 representative concentration pathway projections. *Clim. Dyn.*, **40**, 1041–1053.

Good, P., C. Jones, J. Lowe, R. Betts, B. Booth, and C. Huntingford, 2011b: Quantifying environmental drivers of future tropical forest extent. *J. Clim.*, **24**, 1337–1349.

Good, P., et al., 2012: A step-response approach for predicting and understanding non-linear precipitation changes. *Clim. Dyn.*, **39**, 2789–2803.

BLM_0151638

Good, P., et al., 2011c: A review of recent developments in climate change science. Part I: Understanding of future change in the large-scale climate system. *Prog. Phys. Geogr.*, **35**, 281–296.

Goodwin, P., R. Williams, A. Ridgwell, and M. Follows, 2009: Climate sensitivity to the carbon cycle modulated by past and future changes in ocean chemistry. *Nature Geosci.*, **2**, 145–150.

Goosse, H., O. Arzel, C. Bitz, A. de Montety, and M. Vancoppenolle, 2009: Increased variability of the Arctic summer ice extent in a warmer climate. *Geophys. Res. Lett.*, **36**, L23702.

Goubanova, K., and L. Li, 2007: Extremes in temperature and precipitation around the Mediterranean basin in an ensemble of future climate simulations. *Global Planet. Change*, **57**, 27–42.

Gouttevin, I., G. Krinner, P. Ciais, J. Polcher, and C. Legout, 2012: Multi-scale validation of a new soil freezing scheme for a land-surface model with physically-based hydrology. *Cryosphere*, **6**, 407–430.

Granier, C., et al., 2011: Evolution of anthropogenic and biomass burning emissions at global and regional scales during the 1980–2010 period. *Clim. Change*, **109**, 163–190.

Grant, A., S. Brönnimann, and L. Haimberger, 2008: Recent Arctic warming vertical structure contested. *Nature*, **455**, E2–E3.

Graversen, R., and M. Wang, 2009: Polar amplification in a coupled climate model with locked albedo. *Clim. Dyn.*, **33**, 629–643.

Graversen, R., T. Mauritsen, M. Tjernstrom, E. Kallen, and G. Svensson, 2008: Vertical structure of recent Arctic warming. *Nature*, **541**, 53–56.

Gregory, J., and M. Webb, 2008: Tropospheric adjustment induces a cloud component in CO$_2$ forcing. *J. Clim.*, **21**, 58–71.

Gregory, J., and P. Forster, 2008: Transient climate response estimated from radiative forcing and observed temperature change. *J. Geophys. Res.*, **113**, D23105.

Gregory, J. M., 2010: Long-term effect of volcanic forcing on ocean heat content. *Geophys. Res. Lett.*, **37**, L22701.

Gregory, J. M., and J. F. B. Mitchell, 1995: Simulation of daily variability of surface-temperature and precipitation over Europe in the current and 2xCO$_2$ climates using the UKMO climate model. *Q. J. R. Meteorol. Soc.*, **121**, 1451–1476.

Gregory, J. M., and R. Tailleux, 2011: Kinetic energy analysis of the response of the Atlantic meridional overturning circulation to CO$_2$-forced climate change. *Clim. Dyn.*, **37**, 893–914.

Gregory, J. M., C. D. Jones, P. Cadule, and P. Friedlingstein, 2009: Quantifying carbon cycle feedbacks. *J. Clim.*, **22**, 5232–5250.

Gregory, J. M., et al., 2004: A new method for diagnosing radiative forcing and climate sensitivity. *Geophys. Res. Lett.*, **31**, L03205.

Gregory, J. M., et al., 2005: A model intercomparison of changes in the Atlantic thermohaline circulation in response to increasing atmospheric CO$_2$ concentration. *Geophys. Res. Lett.*, **32**, L12703.

Grubb, M., 1997: Technologies, energy systems and the timing of CO$_2$ emissions abatement—An overview of economic issues. *Energy Policy*, **25**, 159–172.

Gumpenberger, M., et al., 2010: Predicting pan-tropical climate change induced forest stock gains and losses-implications for REDD. *Environ. Res. Lett.*, **5**, 014013.

Gutowski, W., K. Kozak, R. Arritt, J. Christensen, J. Patton, and E. Takle, 2007: A possible constraint on regional precipitation intensity changes under global warming. *J. Hydrometeorol.*, **8**, 1382–1396.

Haarsma, R. J., F. Selten, and G. J. van Oldenborgh, 2013: Anthropogenic changes of the thermal and zonal flow structure over Western Europe and Eastern North Atlantic in CMIP3 and CMIP5 models. *Clim. Dyn.*, doi:10.1007/s00382–013–1734-8.

Haarsma, R. J., F. Selten, B. V. Hurk, W. Hazeleger, and X. L. Wang, 2009: Drier Mediterranean soils due to greenhouse warming bring easterly winds over summertime central Europe. *Geophys. Res. Lett.*, **36**, L04705.

Hajima, T., T. Ise, K. Tachiiri, E. Kato, S. Watanabe, and M. Kawamiya, 2012: Climate change, allowable emission, and Earth system response to representative concentration pathway scenarios. *J. Meteorol. Soc. Jpn.*, **90**, 417–433.

Hall, A., 2004: The role of surface albedo feedback in climate. *J. Clim.*, **17**, 1550–1568.

Hall, A., X. Qu, and J. Neelin, 2008: Improving predictions of summer climate change in the United States. *Geophys. Res. Lett.*, **35**, L01702.

Hansen, J., M. Sato, P. Kharecha, and K. von Schuckmann, 2011: Earth's energy imbalance and implications. *Atmos. Chem. Phys.*, **11**, 13421–13449.

Hansen, J., G. Russell, A. Lacis, I. Fung, D. Rind, and P. Stone, 1985: Climate response-times—Dependence on climate sensitivity and ocean mixing. *Science*, **229**, 857–859.

Hansen, J., M. Sato, P. Kharecha, G. Russell, D. Lea, and M. Siddall, 2007: Climate change and trace gases. *Philos. Trans. R. Soc. A*, **365**, 1925–1954.

Hansen, J., et al., 1984: Climate sensitivity: Analysis of feedback mechanisms. In: *Climate Processes and Climate Sensitivity* [J. Hansen and T. Takahashi (eds.)]. American Geophysical Union, Washington, DC, pp. 130–163.

Hansen, J., et al., 1988: Global climate changes as forecast by Goddard Institute for Space Studies 3-dimensional model. *J. Geophys. Res. Atmos.*, **93**, 9341–9364.

Hansen, J., et al., 2005a: Target atmospheric CO$_2$: Where should humanity aim? *Open Atmos. Sci. J.*, **2**, 217–231.

Hansen, J., et al., 2005a: Earth's energy imbalance: Confirmation and implications. *Science*, **308**, 1431–1435.

Hansen, J., et al., 2005b: Efficacy of climate forcings. *J. Geophys. Res.*, **110**, D18104.

Hardiman, S., N. Butchart, T. Hinton, S. Osprey, and L. Gray, 2012: The effect of a well resolved stratosphere on surface climate: Differences between CMIP5 simulations with high and low top versions of the Met Office climate model. *J. Clim.*, **35**, 7083–7099.

Hare, B., and M. Meinshausen, 2006: How much warming are we committed to and how much can be avoided? *Clim. Change*, **75**, 111–149.

Hargreaves, J. C., A. Abe-Ouchi, and J. D. Annan, 2007: Linking glacial and future climates through an ensemble of GCM simulations. *Clim. Past*, **3**, 77–87.

Hargreaves, J. C., J. D. Annan, M. Yoshimori, and A. Abe-Ouchi, 2012: Can the Last Glacial Maximum constrain climate sensitivity? *Geophys. Res. Lett.*, **39**, L24702.

Harris, G. R., M. Collins, D. M. H. Sexton, J. M. Murphy, and B. B. B. Booth, 2010: Probabilistic projections for 21st century European climate. *Nat. Hazards Earth Syst. Sci.*, **10**, 2009–2020.

Harris, G. R., D. M. H. Sexton, B. B. B. Booth, M. Collins, J. M. Murphy, and M. J. Webb, 2006: Frequency distributions of transient regional climate change from perturbed physics ensembles of general circulation model simulations. *Clim. Dyn.*, **27**, 357–375.

Hartmann, D. L., and K. Larson, 2002: An important constraint on tropical cloud-climate feedback. *Geophys. Res. Lett.*, **29**, 1951.

Harvey, B. J., L. C. Shaffrey, T. J. Woollings, G. Zappa, and K. I. Hodges, 2012: How large are projected 21st century storm track changes? *Geophys. Res. Lett.*, **39**, L18707.

Haugen, J., and T. Iversen, 2008: Response in extremes of daily precipitation and wind from a downscaled multi-model ensemble of anthropogenic global climate change scenarios. *Tellus A*, **60**, 411–426.

Hawkins, E., and R. Sutton, 2009: The potential to narrow uncertainty in regional climate predictions. *Bull. Am. Meteorol. Soc.*, **90**, 1095–1107.

Hawkins, E., and R. Sutton, 2011: The potential to narrow uncertainty in projections of regional precipitation change. *Clim. Dyn.*, **37**, 407–418.

Hawkins, E., R. Smith, L. Allison, J. Gregory, T. Woollings, H. Pohlmann, and B. de Cuevas, 2011: Bistability of the Atlantic overturning circulation in a global climate model and links to ocean freshwater transport. *Geophys. Res. Lett.*, **38**, L16699.

Hazeleger, W., et al., 2013: Multiyear climate predictions using two initialisation strategies. *Geophys. Res. Lett.*, doi:10.1002/grl.50355.

Hegerl, G., T. Crowley, W. Hyde, and D. Frame, 2006: Climate sensitivity constrained by temperature reconstructions over the past seven centuries. *Nature*, **440**, 1029–1032.

Hegerl, G. C., F. W. Zwiers, P. A. Stott, and V. V. Kharin, 2004: Detectability of anthropogenic changes in annual temperature and precipitation extremes. *J. Clim.*, **17**, 3683–3700.

Held, I., and B. Soden, 2006: Robust responses of the hydrological cycle to global warming. *J. Clim.*, **19**, 5686–5699.

Held, I. M., M. Winton, K. Takahashi, T. Delworth, F. R. Zeng, and G. K. Vallis, 2010: Probing the fast and slow components of global warming by returning abruptly to preindustrial forcing. *J. Clim.*, **23**, 2418–2427.

Hellmer, H. H., F. Kauker, R. Timmermann, J. Determann, and J. Rae, 2012: Twenty-first-century warming of a large Antarctic ice-shelf cavity by a redirected coastal current. *Nature*, **484**, 225–228.

Henderson-Sellers, A., P. Irannejad, and K. McGuffie, 2008: Future desertification and climate change: The need for land-surface system evaluation improvement. *Global and Planetary Change*, **64**, 129–138.

Hibbard, K. A., G. A. Meehl, P. A. Cox, and P. Friedlingstein, 2007: A strategy for climate change stabilization experiments. *EOS Transactions AGU*, **88**, 217–221.

Hirschi, M., et al., 2011: Observational evidence for soil-moisture impact on hot extremes in southeastern Europe. *Nature Geosci.*, **4**, 17–21.

12

BLM_0151639

Ho, C. K., D. B. Stephenson, M. Collins, C. A. T. Ferro, and S. J. Brown, 2012: Calibration strategies: A source of additional uncertainty in climate change projections. *Bull. Am. Meteorol. Soc.*, **93**, 21–26.

Hodson, D. L. R., S. P. E. Keeley, A. West, J. Ridley, E. Hawkins, and H. T. Hewitt, 2012: Identifying uncertainties in Arctic climate change projections. *Clim. Dyn.*, doi:10.1007/s00382-012-1512-z.

Hoelzmann, P., D. Jolly, S. Harrison, F. Laarif, R. Bonnefille, and H. Pachur, 1998: Mid-Holocene land-surface processes in northern Africa and the Arabian Peninsula: A data set for the analysis of biogeophysical feedbacks in the climate system. *Global Biogeochem. Cycles*, **12**, 35–51.

Hoerling, M., J. Eischeid, and J. Perlwitz, 2010: Regional precipitation trends: Distinguishing natural variability from anthropogenic forcing. *J. Clim.*, **23**, 2131–2145.

Hoerling, M. P., J. K. Eischeid, X.-W. Quan, H. F. Diaz, R. S. Webb, R. M. Dole, and D. R. Easterling, 2012: Is a transition to semipermanent drought conditions imminent in the US Great Plains? *J. Clim.*, **25**, 8380–8386.

Hofmann, M., and S. Rahmstorf, 2009: On the stability of the Atlantic meridional overturning circulation. *Proc. Natl. Acad. Sci. U.S.A.*, **106**, 20584–20589.

Hogg, E., and A. Schwarz, 1997: Regeneration of planted conifers across climatic moisture gradients on the Canadian prairies: Implications for distribution and climate change. *J. Biogeogr.*, **24**, 527–534.

Holden, P. B., and N. R. Edwards, 2010: Dimensionally reduced emulation of an AOGCM for application to integrated assessment modelling. *Geophys. Res. Lett.*, **37**, L21707.

Holland, M., C. Bitz, and B. Tremblay, 2006: Future abrupt reductions in the summer Arctic sea ice. *Geophys. Res. Lett.*, **33**, L23503.

Holland, M., M. Serreze, and J. Stroeve, 2010: The sea ice mass budget of the Arctic and its future change as simulated by coupled climate models. *Clim. Dyn.*, **34**, 185–200.

Holland, M. M., and C. M. Bitz, 2003: Polar amplification of climate change in coupled models. *Clim. Dyn.*, **21**, 221–232.

Holland, M. M., C. M. Bitz, B. Tremblay, and D. A. Bailey, 2008: The role of natural versus forced change in future rapid summer Arctic ice loss. In: *Arctic Sea Ice Decline: Observations, Projections, Mechanisms, and Implications* [E. T. DeWeaver, C. M. Bitz and L. B. Tremblay (eds.)]. American Geophysical Union, Washington, DC, pp. 133–150.

Hu, A., G. Meehl, W. Han, and J. Yin, 2009: Transient response of the MOC and climate to potential melting of the Greenland ice sheet in the 21st century. *Geophys. Res. Lett.*, **36**, L10707.

Hu, Y., and Q. Fu, 2007: Observed poleward expansion of the Hadley circulation since 1979. *Atmos. Chem. Phys.*, **7**, 5229–5236.

Hu, Z.-Z., M. Latif, E. Roeckner, and L. Bengtsson, 2000: Intensified Asian summer monsoon and its variability in a coupled model forced by increasing greenhouse gas concentrations. *Geophys. Res. Lett.*, **27**, 2681–2684.

Hu, Z. Z., A. Kumar, B. Jha, and B. H. Huang, 2012: An analysis of forced and internal variability in a warmer climate in CCSM3. *J. Clim.*, **25**, 2356–2373.

Huang, P., S.-P. Xie, K. Hu, G. Huang, and R. Huang, 2013: Patterns of the seasonal response of tropical rainfall to global warming. *Nature Geosci.*, **6**, 357–361.

Huete, A. R., et al., 2006: Amazon rainforests green-up with sunlight in dry season. *Geophys. Res. Lett.*, **33**, L06405.

Huisman, S., M. den Toom, H. Dijkstra, and S. Drijfhout, 2010: An indicator of the multiple equilibria regime of the Atlantic meridional overturning circulation. *J. Phys. Oceanogr.*, **40**, 551–567.

Huntingford, C., and P. M. Cox, 2000: An analogue model to derive additional climate change scenarios from existing GCM simulations. *Clim. Dyn.*, **16**, 575–586.

Huntingford, C., J. Lowe, B. Booth, C. Jones, G. Harris, L. Gohar, and P. Meir, 2009: Contributions of carbon cycle uncertainty to future climate projection spread. *Tellus B*, **61**, 355–360.

Huntingford, C., et al., 2008: Towards quantifying uncertainty in predictions of Amazon 'dieback'. *Philos. Trans. R. Soc. B*, **363**, 1857–1864.

Huntingford, C., et al., 2013: Simulated resilience of tropical rainforests to $CO_2$-induced climate change. *Nature Geosci.*, **6**, 268–273.

Hurtt, G., et al., 2011: Harmonization of land-use scenarios for the period 1500–2100: 600 years of global gridded annual land-use transitions, wood harvest, and resulting secondary lands. *Clim. Change*, **109**, 117–161.

Hwang, Y.-T., D. M. W. D.M.W. Frierson, B. J. Soden, and I. M. Held, 2011: Corrigendum for Held and Soden (2006). *J. Clim.*, **24**, 1559–1560.

IPCC, 2000: *IPCC Special Report on Emissions Scenarios. Prepared by Working Group III of the Intergovernmental Panel on Climate Change*. Cambridge University Press, Cambridge, United Kingdom, and New York, NY, USA.

IPCC, 2001: *Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [J. T. Houghton, Y. Ding, D. J. Griggs, M. Noguer, P. J. van der Linden, X. Dai, K. Maskell and C. A. Johnson (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 881 pp.

IPCC, 2007: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 996 pp.

Ishizaki, Y., et al., 2012: Temperature scaling pattern dependence on representative concentration pathway emission scenarios. *Clim. Change*, **112**, 535–546.

Iversen, T., et al., 2013: The Norwegian Earth System Model, NorESM1–M – Part 2: Climate response and scenario projections. *Geosci. Model Dev.*, **6**, 389–415.

Jackson, C. S., M. K. Sen, G. Huerta, Y. Deng, and K. P. Bowman, 2008: Error reduction and convergence in climate prediction. *J. Clim.*, **21**, 6698–6709.

Jaeger, C., and J. Jaeger, 2010: Three views of two degrees. *Clim. Change Econ.*, **3**, 145–166.

Jiang, X., S. J. Eichelberger, D. L. Hartmann, R. Shia, and Y. L. Yung, 2007: Influence of doubled $CO_2$ on ozone via changes in the Brewer-Dobson circulation. *J. Atmos. Sci.*, **64**, 2751–2755.

Johanson, C. M., and Q. Fu, 2009: Hadley Cell widening: Model simulations versus observations. *J. Clim.*, **22**, 2713–2725.

Johns, T. C., et al., 2011: Climate change under aggressive mitigation: The ENSEMBLES multi-model experiment. *Clim. Dyn.*, **37**, 1975–2003.

Johnson, N. C., and S.-P. Xie, 2010: Changes in the sea surface temperature threshold for tropical convection. *Nature Geosci.*, **3**, 842–845.

Jones, A., J. Haywood, and O. Boucher, 2007: Aerosol forcing, climate response and climate sensitivity in the Hadley Centre climate model. *J. Geophys. Res.*, **112**, D20211.

Jones, C., P. Cox, and C. Huntingford, 2006: Climate-carbon cycle feedbacks under stabilization: Uncertainty and observational constraints. *Tellus B*, **58**, 603–613.

Jones, C., J. Lowe, S. Liddicoat, and R. Betts, 2009: Committed terrestrial ecosystem changes due to climate change. *Nature Geosci.*, **2**, 484–487.

Jones, C. D., et al., 2013: 21st Century compatible $CO_2$ emissions and airborne fraction simulated by CMIP5 Earth System models under 4 Representative Concentration Pathways. *J. Clim.*, doi:10.1175/JCLI-D-12-00554.1.

Jones, C. D., et al., 2011: The HadGEM2–ES implementation of CMIP5 centennial simulations. *Geosci. Model Dev.*, **4**, 543–570.

Joos, F., et al., 2013: Carbon dioxide and climate impulse response functions for the computation of greenhouse gas metrics: A multi-model analysis. *Atmos. Chem. Phys.*, **13**, 2793–2825.

Joshi, M., E. Hawkins, R. Sutton, J. Lowe, and D. Frame, 2011: Projections of when temperature change will exceed 2°C above pre-industrial levels. *Nature Clim. Change*, **1**, 407–412.

Joshi, M., K. Shine, M. Ponater, N. Stuber, R. Sausen, and L. Li, 2003: A comparison of climate response to different radiative forcings in three general circulation models: Towards an improved metric of climate change. *Clim. Dyn.*, **20**, 843–854.

Joshi, M. M., F. H. Lambert, and M. J. Webb, 2013: An explanation for the difference between twentieth and twenty-first century land–sea warming ratio in climate models. *Clim. Dyn.*, doi:10.1007/s00382-013-1664-5.

Joshi, M. M., M. J. Webb, A. C. Maycock, and M. Collins, 2010: Stratospheric water vapour and high climate sensitivity in a version of the HadSM3 climate model. *Atmos. Chem. Phys.*, **10**, 7161–7167.

Joshi, M. M., J. M. Gregory, M. J. Webb, D. M. H. Sexton, and T. C. Johns, 2008: Mechanisms for the land/sea warming contrast exhibited by simulations of climate change. *Clim. Dyn.*, **30**, 455–465.

Jun, M., R. Knutti, and D. W. Nychka, 2008: Spatial analysis to quantify numerical model bias and dependence: How many climate models are there? *J. Am. Stat. Assoc. Case Stud.*, **103**, 934–947.

Jungclaus, J., H. Haak, M. Esch, E. Röckner, and J. Marotzke, 2006: Will Greenland melting halt the thermohaline circulation? *Geophys. Res. Lett.*, **33**, L17708.

Kang, S. M., and I. M. Held, 2012: Tropical precipitation, SSTs and the surface energy budget: A zonally symmetric perspective. *Clim. Dyn.*, **38**, 1917–1924.

Kang, S. M., L. M. Polvani, J. C. Fyfe, and M. Sigmond, 2011: Impact of polar ozone depletion on subtropical precipitation. *Science*, **332**, 951–954.

BLM_0151640

Karpechko, A. Y., and E. Manzini, 2012: Stratospheric influence on tropospheric climate change in the Northern Hemisphere. *J. Geophys. Res.*, **117**, D05133.

Kattenberg, A., et al., 1996: Climate models—Projections of future climate. In: *Climate Change 1995: The Science of Climate Change. Contribution of WGI to the Second Assessment Report of the Intergovernmental Panel on Climate Change* [J. T. Houghton, L. G. Meira . A. Callander, N. Harris, A. Kattenberg and K. Maskell (eds.)]. Cambridge University Press, Cambridge, United Kingdom, and New York, NY, USA, pp. 285–357.

Kawase, H., T. Nagashima, K. Sudo, and T. Nozawa, 2011: Future changes in tropospheric ozone under Representative Concentration Pathways (RCPs). *Geophys. Res. Lett.*, **38**, L05801.

Kay, J., M. Holland, and A. Jahn, 2011: Inter-annual to multi-decadal Arctic sea ice extent trends in a warming world. *Geophys. Res. Lett.*, **38**, L15708.

Kay, J. E., M. M. Holland, C. Bitz, E. Blanchard-Wrigglesworth, A. Gettelman, A. Conley, and D. Bailey, 2012: The influence of local feedbacks and northward heat transport on the equilibrium Arctic climate response to increased greenhouse gas forcing in coupled climate models. *J. Clim.*, **25**, 5433–5450.

Kaye, N., A. Hartley, and D. Hemming, 2012: Mapping the climate: Guidance on appropriate techniques to map climate variables and their uncertainty. *Geosci. Model Dev.*, **5**, 245–256.

Kellomaki, S., M. Maajarvi, H. Strandman, A. Kilpelainen, and H. Peltola, 2010: Model computations on the climate change effects on snow cover, soil moisture and soil frost in the boreal conditions over Finland. *Silva Fennica*, **44**, 213–233.

Kendon, E., D. Rowell, and R. Jones, 2010: Mechanisms and reliability of future projected changes in daily precipitation. *Clim. Dyn.*, **35**, 489–509.

Kendon, E., D. Rowell, R. Jones, and E. Buonomo, 2008: Robustness of future changes in local precipitation extremes. *J. Clim.*, **17**, 4280–4297.

Kharin, V. V., F. W. Zwiers, X. B. Zhang, and G. C. Hegerl, 2007: Changes in temperature and precipitation extremes in the IPCC ensemble of global coupled model simulations. *J. Clim.*, **20**, 1419–1444.

Kharin, V. V., F. W. Zwiers, X. Zhang, and M. Wehner, 2013: Changes in temperature and precipitation extremes in the CMIP5 ensemble. *Clim. Change*, doi:10.1007/s10584-013-0705-8.

Khvorostyanov, D., P. Ciais, G. Krinner, and S. Zimov, 2008: Vulnerability of east Siberia's frozen carbon stores to future warming. *Geophys. Res. Lett.*, **35**, L10703.

Kidston, J., and E. P. Gerber, 2010: Intermodel variability of the poleward shift of the austral jet stream in the CMIP3 integrations linked to biases in 20th century climatology. *Geophys. Res. Lett.*, **37**, L09708.

Kienzle, S., M. Nemeth, J. Byrne, and R. MacDonald, 2012: Simulating the hydrological impacts of climate change in the upper North Saskatchewan River basin, Alberta, Canada. *J. Hydrol.*, **412**, 76–89.

Kirkevåg, K., et al., 2013: Aerosol–climate interactions in the Norwegian Earth System Model – NorESM1–M. *Geosci. Model Dev.*, **6**, 207–244.

Kitoh, A., S. Yukimoto, A. Noda, and T. Motoi, 1997: Simulated changes in the Asian summer monsoon at times of increased atmospheric $CO_2$. *J. Meteorol. Soc. Jpn.*, **75**, 1019–1031.

Kjellstrom, E., L. Barring, D. Jacob, R. Jones, G. Lenderink, and C. Schär, 2007: Modelling daily temperature extremes: Recent climate and future changes over Europe. *Clim. Change*, **81**, 249–265.

Knutti, R., 2010: The end of model democracy? *Clim. Change*, **102**, 395–404.

Knutti, R., and G. C. Hegerl, 2008: The equilibrium sensitivity of the Earth's temperature to radiation changes. *Nature Geosci.*, **1**, 735–743.

Knutti, R., and L. Tomassini, 2008: Constraints on the transient climate response from observed global temperature and ocean heat uptake. *Geophys. Res. Lett.*, **35**, L09701.

Knutti, R., and G.-K. Plattner, 2012: Comment on 'Why hasn't Earth warmed as much as expected?' by Schwartz et al. 2010. *J. Clim.*, **25**, 2192–2199.

Knutti, R., and J. Sedláček, 2013: Robustness and uncertainties in the new CMIP5 climate model projections. *Nature Clim. Change*, **3**, 369–373.

Knutti, R., D. Masson, and A. Gettelman, 2013: Climate model genealogy: Generation CMIP5 and how we got there. *Geophys. Res. Lett.*, **40**, 1194–1199.

Knutti, R., S. Krähenmann, D. Frame, and M. Allen, 2008a: Comment on "Heat capacity, time constant, and sensitivity of Earth's climate system" by S. E. Schwartz. *J. Geophys. Res.*, **113**, D15103.

Knutti, R., F. Joos, S. Müller, G. Plattner, and T. Stocker, 2005: Probabilistic climate change projections for $CO_2$ stabilization profiles. *Geophys. Res. Lett.*, **32**, L20707.

Knutti, R., R. Furrer, C. Tebaldi, J. Cermak, and G. A. Meehl, 2010a: Challenges in combining projections from multiple climate models. *J. Clim.*, **23**, 2739–2758.

Knutti, R., G. Abramowitz, M. Collins, V. Eyring, P. J. Gleckler, B. Hewitson, and L. Mearns, 2010b: Good practice guidance paper on assessing and combining multi model climate projections. *Meeting Report of the Intergovernmental Panel on Climate Change Expert Meeting on Assessing and Combining Multi-Model Climate Projections*. IPCC Working Group I Technical Support Unit, University of Bern, Bern, Switzerland.

Knutti, R., et al., 2008b: A review of uncertainties in global temperature projections over the twenty-first century. *J. Clim.*, **21**, 2651–2663.

Kodra, E., K. Steinhaeuser, and A. R. Ganguly, 2011: Persisting cold extremes under 21st-century warming scenarios. *Geophys. Res. Lett.*, **38**, L08705.

Kolomyts, E., and N. Surova, 2010: Predicting the impact of global warming on soil water resources in marginal forests of the middle Volga region. *Water Resour.*, **37**, 89–101.

Komuro, Y., et al., 2012: Sea-ice in twentieth-century simulations by new MIROC coupled models: A comparison between models with high resolution and with ice thickness distribution. *J. Meteorol. Soc. Jpn.*, **90A**, 213–232.

Körper, J., et al., 2013: The effects of aggressive mitigation on steric sea level rise and sea ice changes. *Clim. Dyn.*, **40**, 531–550.

Koster, R., Z. Guo, R. Yang, P. Dirmeyer, K. Mitchell, and M. Puma, 2009a: On the nature of soil moisture in land surface models. *J. Clim.*, **22**, 4322–4335.

Koster, R., et al., 2006: GLACE: The Global Land-Atmosphere Coupling Experiment. Part I: Overview. *J. Hydrometeorol.*, **7**, 590–610.

Koster, R. D., S. D. Schubert, and M. J. Suarez, 2009b: Analyzing the concurrence of meteorological droughts and warm periods, with implications for the determination of evaporative regime. *J. Clim.*, **22**, 3331–3341.

Koster, R. D., H. L. Wang, S. D. Schubert, M. J. Suarez, and S. Mahanama, 2009c: Drought-induced warming in the continental United States under different SST regimes. *J. Clim.*, **22**, 5385–5400.

Koven, C., P. Friedlingstein, P. Ciais, D. Khvorostyanov, G. Krinner, and C. Tarnocai, 2009: On the formation of high-latitude soil carbon stocks: Effects of cryoturbation and insulation by organic matter in a land surface model. *Geophys. Res. Lett.*, **36**, L21501.

Koven, C. D., W. J. Riley, and A. Stern, 2013: Analysis of permafrost thermal dynamics and response to climate change in the CMIP5 Earth system models. *J. Clim.*, **26**, 1877–1900.

Koven, C. D., et al., 2011: Permafrost carbon-climate feedbacks accelerate global warming. *Proc. Natl. Acad. Sci. U.S.A.*, **108**, 14769–14774.

Kripalani, R., J. Oh, A. Kulkarni, S. Sabade, and H. Chaudhari, 2007: South Asian summer monsoon precipitation variability: Coupled climate model simulations and projections under IPCC AR4. *Theor. Appl. Climatol.*, **90**, 133–159.

Kug, J., D. Choi, F. Jin, W. Kwon, and H. Ren, 2010: Role of synoptic eddy feedback on polar climate responses to the anthropogenic forcing. *Geophys. Res. Lett.*, **37**, L14704.

Kuhlbrodt, T., and J. M. Gregory, 2012: Ocean heat uptake and its consequences for the magnitude of sea level rise and climate change. *Geophys. Res. Lett.*, **39**, L18608.

Kuhry, P., E. Dorrepaal, G. Hugelius, E. Schuur, and C. Tarnocai, 2010: Potential remobilization of belowground permafrost carbon under future global warming. *Permafr. Periglac. Process.*, **21**, 208–214.

Kumar, A., et al., 2010: Contribution of sea ice loss to Arctic amplification. *Geophys. Res. Lett.*, **37**, L21701.

Kunkel, K. E., T. R. Karl, D. R. Easterling, K. Redmond, J. Young, X. Yin, and P. Hennon, 2013: Probable Maximum Precipitation (PMP) and climate change. *Geophys. Res. Lett.*, **40**, 1402–1408.

Kysely, J., and R. Beranova, 2009: Climate-change effects on extreme precipitation in central Europe: Uncertainties of scenarios based on regional climate models. *Theor. Appl. Climatol.*, **95**, 361–374.

Lamarque, J.-F., et al., 2011: Global and regional evolution of short-lived radiatively-active gases and aerosols in the Representative Concentration Pathways. *Clim. Change*, **109**, 191–212.

Lamarque, J., 2008: Estimating the potential for methane clathrate instability in the 1%-$CO_2$ IPCC AR-4 simulations. *Geophys. Res. Lett.*, **35**, L19806.

Lamarque, J., et al., 2010: Historical (1850–2000) gridded anthropogenic and biomass burning emissions of reactive gases and aerosols: Methodology and application. *Atmos. Chem. Phys.*, **10**, 7017–7039.

Lamarque, J. F., et al., 2013: The Atmospheric Chemistry and Climate Model Intercomparison Project (ACCMIP): Overview and description of models, simulations and climate diagnostics. *Geosci. Model Dev.*, **6**, 179–206.

**12**

BLM_0151641

Lambert, F., and M. Webb, 2008: Dependency of global mean precipitation on surface temperature. *Geophys. Res. Lett.*, **35**, L16706.

Lambert, F. H., and J. C. H. Chiang, 2007: Control of land-ocean temperature contrast by ocean heat uptake. *Geophys. Res. Lett.*, **34**, L13704.

Lambert, F. H., M. J. Webb, and M. J. Joshi, 2011: The relationship between land-ocean surface temperature contrast and radiative forcing. *J. Clim.*, **24**, 3239–3256.

Lambert, F. H., N. P. Gillett, D. A. Stone, and C. Huntingford, 2005: Attribution studies of observed land precipitation changes with nine coupled models. *Geophys. Res. Lett.*, **32**, L18704.

Lambert, F. H., G. R. Harris, M. Collins, J. M. Murphy, D. M. H. Sexton, and B. B. B. Booth, 2012: Interactions between perturbations to different Earth system components simulated by a fully-coupled climate model. *Clim. Dyn.*, doi:10.1007/s00382-012-1618-3.

Langen, P. L., and V. A. Alexeev, 2007: Polar amplification as a preferred response in an idealized aquaplanet GCM. *Clim. Dyn.*, **29**, 305–317.

Langen, P. L., A. M. Solgaard, and C. S. Hvidberg, 2012: Self-inhibiting growth of the Greenland Ice Sheet. *Geophys. Res. Lett.*, **39**, L12502.

Lapola, D. M., M. D. Oyama, and C. A. Nobre, 2009: Exploring the range of climate biome projections for tropical South America: The role of $CO_2$ fertilization and seasonality. *Global Biogeochem. Cycles*, **23**, GB3003.

Lau, K., M. Kim, and K. Kim, 2006: Asian summer monsoon anomalies induced by aerosol direct forcing: The role of the Tibetan Plateau. *Clim. Dyn.*, **26**, 855–864.

Lawrence, D., and A. Slater, 2010: The contribution of snow condition trends to future ground climate. *Clim. Dyn.*, **34**, 969–981.

Lawrence, D., A. Slater, and S. Swenson, 2012: Simulation of present-day and future permafrost and seasonally frozen ground conditions in CCSM4. *J. Clim.*, **25**, 2207–2225.

Lawrence, D., A. Slater, V. Romanovsky, and D. Nicolsky, 2008a: Sensitivity of a model projection of near-surface permafrost degradation to soil column depth and representation of soil organic matter. *J. Geophys. Res. Earth Surface*, **113**, F02011.

Lawrence, D., A. Slater, R. Tomas, M. Holland, and C. Deser, 2008b: Accelerated Arctic land warming and permafrost degradation during rapid sea ice loss. *Geophys. Res. Lett.*, **35**, L11506.

Lean, J., and D. Rind, 2009: How will Earth's surface temperature change in future decades? *Geophys. Res. Lett.*, **36**, L15708.

Lee, S., T. Gong, N. Johnson, S. B. Feldstein, and D. Pollard, 2011: On the possible link between tropical convection and the Northern Hemisphere Arctic surface air temperature change between 1958 and 2001. *J. Clim.*, **24**, 4350–4367.

Lefebvre, W., and H. Goosse, 2008: Analysis of the projected regional sea-ice changes in the Southern Ocean during the twenty-first century. *Clim. Dyn.*, **30**, 59–76.

Lemoine, D. M., 2010: Climate sensitivity distributions dependence on the possibility that models share biases. *J. Clim.*, **23**, 4395–4415.

Lenderink, G., and E. Van Meijgaard, 2008: Increase in hourly precipitation extremes beyond expectations from temperature changes. *Nature Geosci.*, **1**, 511–514.

Lenderink, G., A. van Ulden, B. van den Hurk, and E. van Meijgaard, 2007: Summertime inter-annual temperature variability in an ensemble of regional model simulations: Analysis of the surface energy budget. *Clim. Change*, **81**, 233–247.

Lenton, T., H. Held, E. Kriegler, J. Hall, W. Lucht, S. Rahmstorf, and H. Schellnhuber, 2008: Tipping elements in the Earth's climate system. *Proc. Natl. Acad. Sci. U.S.A.*, **105**, 1786–1793.

Lenton, T. M., 2012: Arctic climate tipping points. *Ambio*, **41**, 10–22.

Leslie, L. M., M. Leplastrier, and B. W. Buckley, 2008: Estimating future trends in severe hailstorms over the Sydney Basin: A climate modelling study. *Atmos. Res.*, **87**, 37–51.

Levermann, A., J. Schewe, V. Petoukhov, and H. Held, 2009: Basic mechanism for abrupt monsoon transitions. *Proc. Natl. Acad. Sci. U.S.A.*, **106**, 20572–20577.

Levitus, S., J. Antonov, and T. Boyer, 2005: Warming of the world ocean, 1955–2003. *Geophys. Res. Lett.*, **32**, L02604.

Levitus, S., et al., 2012: World ocean heat content and thermosteric sea level change (0–2000 m), 1955–2010. *Geophys. Res. Lett.*, **39**, L10603.

Levy II, H., L. W. Horowitz, M. D. Schwarzkopf, Y. Ming, J.-C. Golaz, V. Naik, and V. Ramaswamy, 2013: The roles of aerosol direct and indirect effects in past and future climate change. *J. Geophys. Res.*, doi:10.1002/jgrd.50192.

Li, C., J. S. von Storch, and J. Marotzke, 2013a: Deep-ocean heat uptake and equilibrium climate response. *Clim. Dyn.*, **40**, 1071–1086.

Li, C., D. Notz, S. Tietsche, and J. Marotzke, 2013b: The transient versus the equilibrium response of sea ice to global warming. *J. Clim.*, doi:10.1175/JCLI-D-12-00492.1.

Li, F., J. Austin, and J. Wilson, 2008: The strength of the Brewer-Dobson circulation in a changing climate: Coupled chemistry-climate model simulations. *J. Clim.*, **21**, 40–57.

Li, F., W. Collins, M. Wehner, D. Williamson, J. Olson, and C. Algieri, 2011a: Impact of horizontal resolution on simulation of precipitation extremes in an aqua-planet version of Community Atmospheric Model (CAM3). *Tellus*, **63**, 884–892.

Li, L., X. Jiang, M. Chahine, E. Olsen, E. Fetzer, L. Chen, and Y. Yung, 2011b: The recycling rate of atmospheric moisture over the past two decades (1988–2009). *Environ. Res. Lett.*, **6**, 034018.

Li, L. J., et al., 2013c: The Flexible Global Ocean-Atmosphere-Land System Model: Grid-point Version 2: FGOALS-g2. *Adv. Atmos. Sci.*, **30**, 543–560.

Liepert, B. G., and M. Previdi, 2009: Do models and observations disagree on the rainfall response to global warming? *J. Clim.*, **22**, 3156–3166.

Liepert, B. G., and M. Previdi, 2012: Inter-model variability and biases of the global water cycle in CMIP3 coupled climate models. *Environ. Res. Lett.*, **7**, 014006.

Lim, E. P., and I. Simmonds, 2009: Effect of tropospheric temperature change on the zonal mean circulation and SH winter extratropical cyclones. *Clim. Dyn.*, **33**, 19–32.

Lindsay, R., and J. Zhang, 2005: The thinning of Arctic sea ice, 1988–2003: Have we passed a tipping point? *J. Clim.*, **18**, 4879–4894.

Liu, Z., S. J. Vavrus, F. He, N. Wen, and Y. Zhong, 2005: Rethinking tropical ocean response to global warming: The enhanced equatorial warming. *J. Clim.*, **18**, 4684–4700.

Livina, V. N., and T. M. Lenton, 2013: A recent tipping point in the Arctic sea-ice cover: Abrupt and persistent increase in the seasonal cycle since 2007. *Cryosphere*, **7**, 275–286.

Loarie, S. R., D. B. Lobell, G. P. Asner, Q. Z. Mu, and C. B. Field, 2011: Direct impacts on local climate of sugar-cane expansion in Brazil. *Nature Clim. Change*, **1**, 105–109.

Loeb, N. G., et al., 2009: Toward optimal closure of the Earth's Top-of-Atmosphere radiation budget. *J. Clim.*, **22**, 748–766.

Long, M. C., K. Lindsay, S. Peacock, J. K. Moore, and S. C. Doney, 2013: Twentieth-century oceanic carbon uptake and storage in CESM1(BGC). *J. Clim.*, doi:10.1175/JCLI-D-12-00184.1.

Lorenz, D. J., and E. T. DeWeaver, 2007: Tropopause height and zonal wind response to global warming in the IPCC scenario integrations. *J. Geophys. Res. Atmos.*, **112**, D10119.

Lowe, J., C. Huntingford, S. Raper, C. Jones, S. Liddicoat, and L. Gohar, 2009: How difficult is it to recover from dangerous levels of global warming? *Environ. Res. Lett.*, **4**, 014012.

Lowe, J. A., and J. M. Gregory, 2006: Understanding projections of sea level rise in a Hadley Centre coupled climate model. *J. Geophys. Res.*, **111**, C11014.

Lu, J., and M. Cai, 2009: Seasonality of polar surface warming amplification in climate simulations. *Geophys. Res. Lett.*, **36**, L16704.

Lu, J., G. Vecchi, and T. Reichler, 2007: Expansion of the Hadley cell under global warming. *Geophys. Res. Lett.*, **34**, L06805.

Lu, J., G. Chen, and D. Frierson, 2008: Response of the zonal mean atmospheric circulation to El Niño versus global warming. *J. Clim.*, **21**, 5835–5851.

Lucht, W., S. Schaphoff, T. Ebrecht, U. Heyder, and W. Cramer, 2006: Terrestrial vegetation redistribution and carbon balance under climate change. *Carbon Balance Manage.*, **1**, 1-6.

Lunt, D., A. Haywood, G. Schmidt, U. Salzmann, P. Valdes, and H. Dowsett, 2010: Earth system sensitivity inferred from Pliocene modelling and data. *Nature Geosci.*, **3**, 60–64.

Luo, J. J., W. Sasaki, and Y. Masumoto, 2012: Indian Ocean warming modulates Pacific climate change. *Proc. Natl. Acad. Sci. U.S.A.*, **109**, 18701–18706.

Lustenberger, A., R. Knutti, and E. M. Fischer, 2013: The potential of pattern scaling for projecting temperature-related extreme indices. *Int. J. Climatol.*, doi:10.1002/joc.3659.

Ma, J., and S.-P. Xie, 2013: Regional patterns of sea surface temperature change: A source of uncertainty in future projections of precipitation and atmospheric circulation. *J. Clim.*, **26**, 2482–2501.

Ma, J., S.-P. Xie, and Y. Kosaka, 2012: Mechanisms for tropical tropospheric circulation change in response to global warming. *J. Clim.*, **25**, 2979–2994.

MacDougall, A. H., C. A. Avis, and A. J. Weaver, 2012: Significant contribution to climate warming from the permafrost carbon feedback. *Nature Geosci.*, **5**, 719–721.

Mahlstein, I., and R. Knutti, 2011: Ocean heat transport as a cause for model uncertainty in projected Arctic warming. *J. Clim.*, **24**, 1451–1460.

BLM_0151642

Mahlstein, I., and R. Knutti, 2012: September Arctic sea ice predicted to disappear near 2°C global warming above present. *J. Geophys. Res.*, **117**, D06104.

Mahlstein, I., R. Knutti, S. Solomon, and R. W. Portmann, 2011: Early onset of significant local warming in low latitude countries. *Environ. Res. Lett.*, **6**, 034009.

Mahlstein, I., R.W. Portmann, J. S. Daniel, S. Solomon, and R. Knutti, 2012: Perceptible changes in regional precipitation in a future climate. *Geophys. Res. Lett.*, **39**, L05701.

Maksym, T., S. E. Stammerjohn, S. Ackley, and R. Massom, 2012: Antarctic sea ice—A polar opposite? *Oceanography*, **25**, 140–151.

Malhi, Y., et al., 2009: Exploring the likelihood and mechanism of a climate-change-induced dieback of the Amazon rainforest. *Proc. Natl. Acad. Sci. U.S.A.*, **106**, 20610–20615.

Manabe, S., and R. Stouffer, 1980: Sensitivity of a global climate model to an increase of $CO_2$ concentration in the atmosphere. *J. Geophys. Res.*, **85**, 5529–5554.

Manabe, S., and R. T. Wetherald, 1980: Distribution of climate change resulting from an increase in $CO_2$ content of the atmosphere. *J. Atmos. Sci.*, **37**, 99–118.

Manabe, S., and R. Stouffer, 1994: Multiple-century response of a coupled ocean-atmosphere model to an increase of atmospheric carbon-dioxide. *J. Clim.*, **7**, 5–23.

Manabe, S., K. Bryan, and M. J. Spelman, 1990: Transient-response of a global ocean atmosphere model to a doubling of atmospheric carbon-dioxide. *J. Phys. Oceanogr.*, **20**, 722–749.

Manabe, S., R. J. Stouffer, M. J. Spelman, and K. Bryan, 1991: Transient responses of a coupled ocean atmosphere model to gradual changes of atmospheric $CO_2$. Part I: Annual mean response. *J. Clim.*, **4**, 785–818.

Marsh, P. T., H. E. Brooks, and D. J. Karoly, 2009: Preliminary investigation into the severe thunderstorm environment of Europe simulated by the Community Climate System Model 3. *Atmos. Res.*, **93**, 607–618.

Maslowski, W., J. C. Kinney, M. Higgins, and A. Roberts, 2012: The future of Arctic sea ice. In: *Annual Review of Earth and Planetary Sciences* [R. Jeanloz (ed.)]. Annual Reviews, Palo Alto, CA, USA, pp. 625–654.

Masson, D., and R. Knutti, 2011: Climate model genealogy. *Geophys. Res. Lett.*, **38**, L08703.

Massonnet, F., T. Fichefet, H. Goosse, C. M. Bitz, G. Philippon-Berthier, M. Holland, and P. Y. Barriat, 2012: Constraining projections of summer Arctic sea ice. *Cryosphere*, **6**, 1383–1394.

Matsuno, T., K. Maruyama, and J. Tsutsui, 2012a: Stabilization of atmospheric carbon dioxide via zero emissions-An alternative way to a stable global environment. Part 1: Examination of the traditional stabilization concept. *Proc. Jpn. Acad. B*, **88**, 368–384.

Matsuno, T., K. Maruyama, and J. Tsutsui, 2012b: Stabilization of atmospheric carbon dioxide via zero emissions-An alternative way to a stable global environment. Part 2: A practical zero-emissions scenario. *Proc. Jpn. Acad. B*, **88**, 385–395.

Matthews, H., and K. Caldeira, 2008: Stabilizing climate requires near-zero emissions. *Geophys. Res. Lett.*, **35**, L04705.

Matthews, H., N. Gillett, P. Stott, and K. Zickfeld, 2009: The proportionality of global warming to cumulative carbon emissions. *Nature*, **459**, 829–832.

Matthews, H. D., and K. Zickfeld, 2012: Cumulative carbon and temperature responses to zeroed emissions of greenhouse gases and aerosols. *Nature Clim. Change*, **2**, 338–341.

Matthews, H. D., S. Solomon, and R. Pierrehumbert, 2012: Cumulative carbon as a policy framework for achieving climate stabilization. *Philos. Trans. R. Soc. A*, **370**, 4365–4379.

May, W., 2002: Simulated changes of the Indian summer monsoon under enhanced greenhouse gas conditions in a global time-slice experiment. *Geophys. Res. Lett.*, **29**, 1118.

May, W., 2008a: Climatic changes associated with a global "2°C-stabilization" scenario simulated by the ECHAM5/MPI-OM coupled climate model. *Clim. Dyn.*, **31**, 283–313.

May, W., 2008b: Potential future changes in the characteristics of daily precipitation in Europe simulated by the HIRHAM regional climate model. *Clim. Dyn.*, **30**, 581–603.

May, W., 2012: Assessing the strength of regional changes in near-surface climate associated with a global warming of 2°C. *Clim. Change*, **110**, 619–644.

McCabe, G., and D. Wolock, 2007: Warming may create substantial water supply shortages in the Colorado River basin. *Geophys. Res. Lett.*, **34**, L22708.

McCollum, D. V. Krey, K. Riahi, P. Kolp, A. Grubler, M. Makowski, and N. Nakicenovic, 2013: Climate policies can help resolve energy security and air pollution challenges. *Clim. Change*, doi:10.1007/s10584-013-0710-y.

McLandress, C., and T. G. Shepherd, 2009: Simulated anthropogenic changes in the Brewer-Dobson circulation, including its extension to high latitudes. *J. Clim.*, **22**, 1516–1540.

McLandress, C., T. G. Shepherd, J. F. Scinocca, D. A. Plummer, M. Sigmond, A. I. Jonsson, and M. C. Reader, 2011: Separating the dynamical effects of climate change and ozone depletion. Part II: Southern Hemisphere troposphere. *J. Clim.*, **24**, 1850–1868.

Meehl, G., and W. Washington, 1993: South Asian summer monsoon variability in a model with doubled atmospheric carbon-dioxide concentration. *Science*, **260**, 1101–1104.

Meehl, G., J. Arblaster, and C. Tebaldi, 2005a: Understanding future patterns of increased precipitation intensity in climate model simulations. *Geophys. Res. Lett.*, **32**, L18719.

Meehl, G., J. Arblaster, and W. Collins, 2008: Effects of black carbon aerosols on the Indian monsoon. *J. Clim.*, **21**, 2869–2882.

Meehl, G., et al., 2012: Climate system response to external forcings and climate change projections in CCSM4. *J. Clim.*, **25**, 3661–3683.

Meehl, G. A., and C. Tebaldi, 2004: More intense, more frequent, and longer lasting heat waves in the 21st century. *Science*, **305**, 994–997.

Meehl, G. A., G. J. Boer, C. Covey, M. Latif, and R. J. Stouffer, 2000: The Coupled Model Intercomparison Project (CMIP). *Bull. Am. Meteorol. Soc.*, **81**, 313–318.

Meehl, G. A., C. Tebaldi, G. Walton, D. Easterling, and L. McDaniel, 2009: Relative increase of record high maximum temperatures compared to record low minimum temperatures in the U. S. *Geophys. Res. Lett.*, **36**, L23701.

Meehl, G. A., W. M. Washington, C. M. Ammann, J. M. Arblaster, T. M. L. Wigley, and C. Tebaldi, 2004: Combinations of natural and anthropogenic forcings in twentieth-century climate. *J. Clim.*, **17**, 3721–3727.

Meehl, G. A., et al., 2005b: How much more global warming and sea level rise? *Science*, **307**, 1769–1772.

Meehl, G. A., et al., 2007a: The WCRP CMIP3 multimodel dataset - A new era in climate change research. *Bull. Am. Meteorol. Soc.*, **88**, 1383–1394.

Meehl, G. A., et al., 2006: Climate change projections for the twenty-first century and climate change commitment in the CCSM3. *J. Clim.*, **19**, 2597–2616.

Meehl, G. A., et al., 2013: Climate change projections in CESM1(CAM5) compared to CCSM4. *J. Clim.*, doi:10.1175/JCLI-D-12–00572.1.

Meehl, G. A., et al., 2007b: Global climate projections. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)] Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 747–846.

Meijers, A. J. S., E. Shuckburgh, N. Bruneau, J.-B. Sallee, T. J. Bracegirdle, and Z. Wang, 2012: Representation of the Antarctic Circumpolar Current in the CMIP5 climate models and future changes under warming scenarios. *J. Geophys. Res.*, **117**, C12008.

Meinshausen, M., S. Raper, and T. Wigley, 2011a: Emulating coupled atmosphere-ocean and carbon cycle models with a simpler model, MAGICC6—Part 1: Model description and calibration. *Atmos. Chem. Phys.*, **11**, 1417–1456.

Meinshausen, M., T. Wigley, and S. Raper, 2011b: Emulating atmosphere-ocean and carbon cycle models with a simpler model, MAGICC6—Part 2: Applications. *Atmos. Chem. Phys.*, **11**, 1457–1471.

Meinshausen, M., B. Hare, T. Wigley, D. Van Vuuren, M. Den Elzen, and R. Swart, 2006: Multi-gas emissions pathways to meet climate targets. *Clim. Change*, **75**, 151–194.

Meinshausen, M., et al., 2009: Greenhouse-gas emission targets for limiting global warming to 2°C. *Nature*, **458**, 1158–1162.

Meinshausen, M., et al., 2011c: The RCP greenhouse gas concentrations and their extensions from 1765 to 2300. *Clim. Change*, **109**, 213–241.

Merrifield, M. A., 2011: A shift in western tropical Pacific sea level trends during the 1990s. *J. Clim.*, **24**, 4126–4138.

Merryfield, W. J., M. M. Holland, and A. H. Monahan, 2008: Multiple equilibria and abrupt transitions in Arctic summer sea ice extent. In: *Arctic Sea Ice Decline: Observations, Projections, Mechanisms, and Implications*. American Geophysical Union, Washington, DC, pp. 151–174.

Mignone, B., R. Socolow, J. Sarmiento, and M. Oppenheimer, 2008: Atmospheric stabilization and the timing of carbon mitigation. *Clim. Change*, **88**, 251–265.

Mikolajewicz, U., M. Vizcaino, J. Jungclaus, and G. Schurgers, 2007: Effect of ice sheet interactions in anthropogenic climate change simulations. *Geophys. Res. Lett.*, **34**, L18706.

**12**

BLM_0151643

Millner, A., R. Calel, D. A. Stainforth, and G. MacKerron, 2013: Do probabilistic expert elicitations capture scientists' uncertainty about climate change? *Clim. Change*, **116**, 427–436.

Milly, P. J., Betancourt, M. Falkenmark, R. Hirsch, Z. Kundzewicz, D. Lettenmaier, and R. Stouffer, 2008: Stationarity is dead: Whither water management? *Science*, **319**, 573–574.

Min, S., X. Zhang, F. Zwiers, and G. Hegerl, 2011: Human contribution to more-intense precipitation extremes. *Nature*, **470**, 378–381.

Ming, Y., V. Ramaswamy, and G. Persad, 2010: Two opposing effects of absorbing aerosols on global-mean precipitation. *Geophys. Res. Lett.*, **37**, L13701.

Mitas, C., and A. Clement, 2006: Recent behavior of the Hadley cell and tropical thermodynamics in climate models and reanalyses. *Geophys. Res. Lett.*, **33**, L01810.

Mitchell, J. F. B., 1990: Is the Holocene a good analogue for greenhouse warming? *J. Clim.*, **3**, 1177–1192.

Mitchell, J. F. B., C. A. Wilson, and W. M. Cunnington, 1987: On $CO_2$ climate sensitivity and model dependence of results. *Q. J. R. Meteorol. Soc.*, **113**, 293–322.

Mitchell, J. F. B., T. C. Johns, W. J. Ingram, and J. A. Lowe, 2000: The effect of stabilising atmospheric carbon dioxide concentrations on global and regional climate change. *Geophys. Res. Lett.*, **27**, 2977–2980.

Mitchell, J. F. B., T. C. Johns, M. Eagles, W. J. Ingram, and R. A. Davis, 1999: Towards the construction of climate change scenarios. *Clim. Change*, **41**, 547–581.

Mitchell, T. D., 2003: Pattern scaling - An examination of the accuracy of the technique for describing future climates. *Clim. Change*, **60**, 217–242.

Mizuta, R., 2012: Intensification of extratropical cyclones associated with the polar jet change in the CMIP5 global warming projections. *Geophys. Res. Lett.*, **39**, L19707.

Monaghan, A., D. Bromwich, and D. Schneider, 2008: Twentieth century Antarctic air temperature and snowfall simulations by IPCC climate models. *Geophys. Res. Lett.*, **35**, L07502.

Montenegro, A., V. Brovkin, M. Eby, D. Archer, and A. Weaver, 2007: Long term fate of anthropogenic carbon. *Geophys. Res. Lett.*, **34**, L19707.

Morgan, M. G., and D. W. Keith, 1995: Climate-change - Subjective judgments by climate experts. *Environ. Sci. Technol.*, **29**, A468–A476.

Moss, R. H., et al., 2010: The next generation of scenarios for climate change research and assessment. *Nature*, **463**, 747–756.

Moss, R. H., et al., 2008: Towards new scenarios for analysis of emissions, climate change, impacts, and response strategies. In: *IPCC Expert Meeting Report: Towards New Scenarios*. Intergovernmental Panel on Climate Change, Geneva, Switzerland, 132 pp.

Muller, C. J., and P. A. O'Gorman, 2011: An energetic perspective on the regional response of precipitation to climate change. *Nature Clim. Change*, **1**, 266–271.

Murphy, D. M., S. Solomon, R. W. Portmann, K. H. Rosenlof, P. M. Forster, and T. Wong, 2009: An observationally based energy balance for the Earth since 1950. *J. Geophys. Res.*, **114**, D17107.

Murphy, J., D. Sexton, D. Barnett, G. Jones, M. Webb, and M. Collins, 2004: Quantification of modelling uncertainties in a large ensemble of climate change simulations. *Nature*, **430**, 768–772.

Murphy, J. M., B. B. B. Booth, M. Collins, G. R. Harris, D. M. H. Sexton, and M. J. Webb, 2007: A methodology for probabilistic predictions of regional climate change from perturbed physics ensembles. *Philos. Trans. R. Soc. A*, **365**, 1993–2028.

Myhre, G., E. Highwood, K. Shine, and F. Stordal, 1998: New estimates of radiative forcing due to well mixed greenhouse gases. *Geophys. Res. Lett.*, **25**, 2715–2718.

Neelin, J. D., C. Chou, and H. Su, 2003: Tropical drought regions in global warming and El Niño teleconnections. *Geophys. Res. Lett.*, **30**, 2275.

Neelin, J. D., M. Munnich, H. Su, J. E. Meyerson, and C. E. Holloway, 2006: Tropical drying trends in global warming models and observations. *Proc. Natl. Acad. Sci. U.S.A.*, **103**, 6110–6115.

Nelson, F., and S. Outcalt, 1987: A computational method for prediction and regionalization of permafrost. *Arct. Alpine Res.*, **19**, 279–288.

Newlands, N. K., G. Espino-Hernández, and R. S. Erickson, 2012: Understanding crop response to climate variability with complex agroecosystem models. *Int. J. Ecol.*, **2012**, 756242.

Niall, S., and K. Walsh, 2005: The impact of climate change on hailstorms in southeastern Australia. *Int. J. Climatol.*, **25**, 1933–1952.

Nicolsky, D., V. Romanovsky, V. Alexeev, and D. Lawrence, 2007: Improved modeling of permafrost dynamics in a GCM land-surface scheme. *Geophys. Res. Lett.*, **34**, L08501.

Niinemets, U., 2010: Responses of forest trees to single and multiple environmental stresses from seedlings to mature plants: Past stress history, stress interactions, tolerance and acclimation. *Forest Ecol. Manage.*, **260**, 1623–1639.

Nikulin, G., E. Kjellstrom, U. Hansson, G. Strandberg, and A. Ullerstig, 2011: Evaluation and future projections of temperature, precipitation and wind extremes over Europe in an ensemble of regional climate simulations. *Tellus A*, **63**, 41–55.

Nobre, C., and L. Borma, 2009: 'Tipping points' for the Amazon forest. *Curr. Opin. Environ. Sustain.*, **1**, 28–36.

North, G., 1984: The small ice cap instability in diffuse climate models. *J. Atmos. Sci.*, **41**, 3390–3395.

Notaro, M., 2008: Statistical identification of global hot spots in soil moisture feedbacks among IPCC AR4 models. *J. Geophys. Res.*, **113**, D09101.

Notz, D., 2009: The future of ice sheets and sea ice: Between reversible retreat and unstoppable loss. *Proc. Natl. Acad. Sci. U.S.A.*, **106**, 20590–20595.

NRC, 2011: *Climate Stabilization Targets: Emissions, Concentrations, and Impacts over Decades to Millennia.* National Academies Press, Washington, DC, 298 pp.

O'Connor, F., et al., 2010: Possible role of wetlands, permafrost, and methane hydrates in the methane cycle under future climate change: A review. *Rev. Geophys.*, **48**, RG4005.

O'Gorman, P., and T. Schneider, 2009a: Scaling of precipitation extremes over a wide range of climates simulated with an idealized GCM. *J. Clim.*, **22**, 5676–5685.

O'Gorman, P., and T. Schneider, 2009b: The physical basis for increases in precipitation extremes in simulations of 21st-century climate change. *Proc. Natl. Acad. Sci. U.S.A.*, **106**, 14773–14777.

O'Gorman, P., R. Allan, M. Byrne, and M. Previdi, 2012: Energetic constraints on precipitation under climate change. *Surv. Geophys.*, **33**, 585–608.

O'Gorman, P. A., 2010: Understanding the varied response of the extratropical storm tracks to climate change. *Proc. Natl. Acad. Sci. U.S.A.*, **107**, 19176–19180.

O'Gorman, P. A., and C. J. Muller, 2010: How closely do changes in surface and column water vapor follow Clausius-Clapeyron scaling in climate change simulations? *Environ. Res. Lett.*, **5**, 025207.

Orlowsky, B., and S. I. Seneviratne, 2012: Global changes in extreme events: Regional and seasonal dimension. *Clim. Change*, **110**, 669–696.

Otto, A., et al., 2013: Energy budget constraints on climate response. *Nature Geosci.*, **6**, 415-416.

Overland, J. E., and M. Wang, 2013: When will the summer Arctic be nearly sea ice free? *Geophys. Res. Lett.*, doi:10.1002/grl.50316.

Overland, J. E., M. Wang, N. A. Bond, J. E. Walsh, V. M. Kattsov, and W. L. Chapman, 2011: Considerations in the selection of global climate models for regional climate projections: The Arctic as a case study. *J. Clim.*, **24**, 1583–1597.

Oyama, M. D., and C. A. Nobre, 2003: A new climate-vegetation equilibrium state for Tropical South America. *Geophys. Res. Lett.*, **30**, 2199.

Padilla, L., G. Vallis, and C. Rowley, 2011: Probabilistic estimates of transient climate sensitivity subject to uncertainty in forcing and natural variability. *J. Clim.*, **24**, 5521–5537.

Paeth, H., and F. Pollinger, 2010: Enhanced evidence in climate models for changes in extratropical atmospheric circulation. *Tellus A*, **62**, 647–660.

Pagani, M., Z. Liu, J. LaRiviere, and A. Ravelo, 2010: High Earth-system climate sensitivity determined from Pliocene carbon dioxide concentrations. *Nature Geosci.*, **3**, 27–30.

Pall, P., M. Allen, and D. Stone, 2007: Testing the Clausius-Clapeyron constraint on changes in extreme precipitation under $CO_2$ warming. *Clim. Dyn.*, **28**, 351–363.

Pennell, C., and T. Reichler, 2011: On the effective number of climate models. *J. Clim.*, **24**, 2358–2367.

Perkins, S. E., L. V. Alexander, and J. R. Nairn, 2012: Increasing frequency, intensity and duration of observed global heatwaves and warm spells. *Geophys. Res. Lett.*, **39**, L20714.

Perrie, W., Y. H. Yao, and W. Q. Zhang, 2010: On the impacts of climate change and the upper ocean on midlatitude northwest Atlantic landfalling cyclones. *J. Geophys. Res.*, **115**, D23110.

Piani, C., D. J. Frame, D. A. Stainforth, and M. R. Allen, 2005: Constraints on climate change from a multi-thousand member ensemble of simulations. *Geophys. Res. Lett.*, **32**, L23825.

Pierce, D., et al., 2008: Attribution of declining Western US snowpack to human effects. *J. Clim.*, **21**, 6425–6444.

Pinto, J. G., U. Ulbrich, G. C. Leckebusch, T. Spangehl, M. Reyers, and S. Zacharias, 2007: Changes in storm track and cyclone activity in three SRES ensemble experiments with the ECHAM5/MPI-OM1 GCM. *Clim. Dyn.*, **29**, 195–210.

BLM_0151644

Pitman, A., et al., 2009: Uncertainties in climate responses to past land cover change: First results from the LUCID intercomparison study. *Geophys. Res. Lett.*, **36**, L14814.

Plattner, G.-K., et al., 2008: Long-term climate commitments projected with climate-carbon cycle models. *J. Clim.*, **21**, 2721– 2751.

Polvani, L. M., M. Previdi, and C. Deser, 2011: Large cancellation, due to ozone recovery, of future Southern Hemisphere atmospheric circulation trends. *Geophys. Res. Lett.*, **38**, L04707.

Pongratz, J., C. Reick, T. Raddatz, and M. Claussen, 2010: Biogeophysical versus biogeochemical climate response to historical anthropogenic land cover change. *Geophys. Res. Lett.*, **37**, L08702.

Port, U., V. Brovkin, and M. Claussen, 2012: The influence of vegetation dynamics on anthropogenic climate change. *Earth Syst. Dyn.*, **3**, 233–243.

Power, S., and G. Kociuba, 2011a: The impact of global warming on the Southern Oscillation Index. *Clim. Dyn.*, **37**, 1745–1754.

Power, S., F. Delage, R. Colman, and A. Moise, 2012: Consensus on twenty-first-century rainfall projections in climate models more widespread than previously thought. *J. Clim.*, **25**, 3792–3809.

Power, S. B., and G. Kociuba, 2011b: What caused the observed twentieth-century weakening of the Walker circulation? *J. Clim.*, **24**, 6501–6514.

Previdi, M., 2010: Radiative feedbacks on global precipitation. *Environ. Res. Lett.*, **5**, 025211.

Rahmstorf, S., et al., 2005: Thermohaline circulation hysteresis: A model intercomparison. *Geophys. Res. Lett.*, **32**, L23605.

Räisänen, J., 2007: How reliable are climate models? *Tellus A*, **59**, 2–29.

Räisänen, J., 2008: Warmer climate: Less or more snow? *Clim. Dyn.*, **30**, 307–319.

Räisänen, J., and L. Ruokolainen, 2006: Probabilistic forecasts of near-term climate change based on a resampling ensemble technique. *Tellus A*, **58**, 461–472.

Räisänen, J., and J. S. Ylhaisi, 2011: Cold months in a warming climate. *Geophys. Res. Lett.*, **38**, L22704.

Ramanathan, V., P. J. Crutzen, J. T. Kiehl, and D. Rosenfeld, 2001: Aerosols, climate, and the hydrologic cycle. *Science*, **294**, 2119–2124.

Ramaswamy, V., et al., 2001: Radiative forcing of climate change. In: *Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [J. T. Houghton, Y. Ding, D. J. Griggs, M. Noguer, P. J. van der Linden, X. Dai, K. Maskell and C. A. Johnson (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA pp. 349-416.

Rammig, A., et al., 2010: Estimating the risk of Amazonian forest dieback. *New Phytologist*, **187**, 694–706.

Randall, D. A., et al., 2007: Climate models and their evaluation. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)] Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 589–662.

Randalls, S., 2010: History of the 2ºC climate target. *WIREs Climate Change*, **1**, 598–605.

Randel, W., and F. Wu, 2007: A stratospheric ozone profile data set for 1979–2005: Variability, trends, and comparisons with column ozone data. *J. Geophys. Res.*, **112**, D06313.

Randel, W. J., M. Park, F. Wu, and N. Livesey, 2007: A large annual cycle in ozone above the tropical tropopause linked to the Brewer-Dobson circulation. *J. Atmos. Sci.*, **64**, 4479–4488.

Randles, C., and V. Ramaswamy, 2008: Absorbing aerosols over Asia: A Geophysical Fluid Dynamics Laboratory general circulation model sensitivity study of model response to aerosol optical depth and aerosol absorption. *J. Geophys. Res.*, **113**, D21203.

Reagan, M., and G. Moridis, 2007: Oceanic gas hydrate instability and dissociation under climate change scenarios. *Geophys. Res. Lett.*, **34**, L22709.

Reagan, M., and G. Moridis, 2009: Large-scale simulation of methane hydrate dissociation along the West Spitsbergen Margin. *Geophys. Res. Lett.*, **36**, L23612.

Ridley, J., J. Lowe, and D. Simonin, 2008: The demise of Arctic sea ice during stabilisation at high greenhouse gas concentrations. *Clim. Dyn.*, **30**, 333–341.

Ridley, J., J. Lowe, C. Brierley, and G. Harris, 2007: Uncertainty in the sensitivity of Arctic sea ice to global warming in a perturbed parameter climate model ensemble. *Geophys. Res. Lett.*, **34**, L19704.

Ridley, J., J. Gregory, P. Huybrechts, and J. Lowe, 2010: Thresholds for irreversible decline of the Greenland ice sheet. *Clim. Dyn.*, **35**, 1049–1057.

Ridley, J. K., J. A. Lowe, and H. T. Hewitt, 2012: How reversible is sea ice loss? *Cryosphere*, **6**, 193–198.

Riley, W. J., et al., 2011: Barriers to predicting changes in global terrestrial methane fluxes: Analyses using CLM4ME, a methane biogeochemistry model integrated in CESM. *Biogeosciences*, **8**, 1925–1953.

Rind, D., 1987: The doubled $CO_2$ climate - Impact of the sea-surface temperature-gradient. *J. Atmos. Sci.*, **44**, 3235–3268.

Rinke, A., P. Kuhry, and K. Dethloff, 2008: Importance of a soil organic layer for Arctic climate: A sensitivity study with an Arctic RCM. *Geophys. Res. Lett.*, **35**, L13709.

Rive, N., A. Torvanger, T. Berntsen, and S. Kallbekken, 2007: To what extent can a long-term temperature target guide near-term climate change commitments? *Clim. Change*, **82**, 373–391.

Robinson, A., R. Calov, and A. Ganopolski, 2012: Multistability and critical thresholds of the Greenland ice sheet. *Nature Clim. Change*, **2**, 429–432.

Roeckner, E., M. A. Giorgetta, T. Crueger, M. Esch, and J. Pongratz, 2011: Historical and future anthropogenic emission pathways derived from coupled climate-carbon cycle simulations. *Clim. Change*, **105**, 91–108.

Roehrig, R., D. Bouniol, F. Guichard, F. Hourdin, and J.-L. Redelsperger, 2013: The present and future of the West African monsoon: A process-oriented assessment of CMIP5 simulations along the AMMA transect. *J. Clim.*, doi:10.1175/JCLI-D-12-00505.1.

Roesch, A., 2006: Evaluation of surface albedo and snow cover in AR4 coupled climate models. *J. Geophys. Res.*, **111**, D15111.

Rogelj, J., M. Meinshausen, and R. Knutti, 2012: Global warming under old and new scenarios using IPCC climate sensitivity range estimates. *Nature Clim. Change*, **2**, 248–253.

Rogelj, J., D. L. McCollum, B. C. O'Neill, and K. Riahi, 2013: 2020 emissions levels required to limit warming to below 2ºC. *Nature Clim. Change*, **3**, 405–412.

Rogelj, J., et al., 2011: Emission pathways consistent with a 2ºC global temperature limit. *Nature Clim. Change*, **1**, 413–418.

Rohling, E., and P. P. Members, 2012: Making sense of palaeoclimate sensitivity. *Nature*, **491**, 683–691.

Rohling, E., K. Grant, M. Bolshaw, A. Roberts, M. Siddall, C. Hemleben, and M. Kucera, 2009: Antarctic temperature and global sea level closely coupled over the past five glacial cycles. *Nature Geosci.*, **2**, 500–504.

Romanovsky, V. E., S. L. Smith, and H. H. Christiansen, 2010: Permafrost thermal state in the polar Northern Hemisphere during the international polar year 2007–2009: A synthesis. *Permafr. Periglac. Process.*, **21**, 106–116.

Rotstayn, L. D., S. J. Jeffrey, M. A. Collier, S. M. Dravitzki, A. C. Hirst, J. I. Syktus, and K. K. Wong, 2012: Aerosol- and greenhouse gas-induced changes in summer rainfall and circulation in the Australasian region: A study using single-forcing climate simulations. *Atmos. Chem. Phys.*, **12**, 6377–6404.

Rougier, J., 2007: Probabilistic inference for future climate using an ensemble of climate model evaluations. *Clim. Change*, **81**, 247–264.

Rougier, J., D. M. H. Sexton, J. M. Murphy, and D. Stainforth, 2009: Analyzing the climate sensitivity of the HadSM3 climate model using ensembles from different but related experiments. *J. Clim.*, **22**, 3540–3557.

Rowell, D. P., 2012: Sources of uncertainty in future changes in local precipitation. *Clim. Dyn.*, doi:10.1007/s00382–011–1210–2.

Rowlands, D. J., et al., 2012: Broad range of 2050 warming from an observationally constrained large climate model ensemble. *Nature Geosci.*, **5**, 256–260.

Ruosteenoja, K., H. Tuomenvirta, and K. Jylha, 2007: GCM-based regional temperature and precipitation change estimates for Europe under four SRES scenarios applying a super-ensemble pattern-scaling method. *Clim. Change*, **81**, 193–208.

Saenko, O. A., A. S. Gupta, and P. Spence, 2012: On challenges in predicting bottom water transport in the Southern Ocean. *J. Clim.*, **25**, 1349–1356.

Saito, K., M. Kimoto, T. Zhang, K. Takata, and S. Emori, 2007: Evaluating a high-resolution climate model: Simulated hydrothermal regimes in frozen ground regions and their change under the global warming scenario. *J. Geophys. Res.*, **112**, F02S11.

Sallée, J.-B., E. Shuckburgh, N. Bruneau, A. J. S. Meijers, T. Bracegirdle, and Z. Wang, 2013a: Assessment of Southern Ocean mixed-layer depths in CMIP5 models: Historical bias and forcing response. *J. Geophys. Res.*, doi:10.1002/jgrc.20157.

Sallée, J.-B., E. Shuckburgh, N. Bruneau, A. J. S. Meijers, T. J. Bracegirdle, Z. Wang, and T. Roy, 2013b: Assessment of Southern Ocean water mass circulation and characteristics in CMIP5 models: Historical bias and forcing response. *J. Geophys. Res.*, doi:10.1002/jgrc.20135.

BLM_0151645

Sanchez-Gomez, E., S. Somot, and A. Mariotti, 2009: Future changes in the Mediterranean water budget projected by an ensemble of regional climate models. *Geophys. Res. Lett.*, **36**, L21401.

Sanderson, B. M., 2011: A multimodel study of parametric uncertainty in predictions of climate response to rising greenhouse gas concentrations. *J. Clim.*, **25**, 1362–1377.

Sanderson, B. M., 2013: On the estimation of systematic error in regression-based predictions of climate sensitivity. *Clim. Change*, doi:10.1007/s10584–012–0671–6.

Sanderson, B. M., and R. Knutti, 2012: On the interpretation of constrained climate model ensembles. *Geophys. Res. Lett.*, **39**, L16708.

Sanderson, B. M., K. M. Shell, and W. Ingram, 2010: Climate feedbacks determined using radiative kernels in a multi-thousand member ensemble of AOGCMs. *Clim. Dyn.*, **35**, 1219–1236.

Sanderson, B. M., et al., 2008: Constraints on model response to greenhouse gas forcing and the role of subgrid-scale processes. *J. Clim.*, **21**, 2384–2400.

Sanderson, M. G., D. L. Hemming, and R. A. Betts, 2011: Regional temperature and precipitation changes under high-end (>= 4°C) global warming. *Philos. Trans. R. Soc. A*, **369**, 85–98.

Sanso, B., and C. Forest, 2009: Statistical calibration of climate system properties. *J. R. Stat. Soc. C*, **58**, 485–503.

Sanso, B., C. E. Forest, and D. Zantedeschi, 2008: Inferring climate system properties using a computer model. *Bayes. Anal.*, **3**, 1–37.

Sansom, P. G., D. B. Stephenson, C. A. T. Ferro, G. Zappa, and L. Shaffrey, 2013: Simple uncertainty frameworks for selecting weighting schemes and interpreting multi-model ensemble climate change experiments. *J. Clim.*, doi:10.1175/JCLI-D-12-00462.1.

Santer, B. D., T. M. L. Wigley, M. E. Schlesinger, and J. F. B. Mitchell, 1990: *Developing Climate Scenarios from Equilibrium GCM Results.* Max-Planck-Institut-für-Meteorologie Report. Max-Planck-Institut-für-Meteorologie, Hamburg, Germany, 29 pp.

Scaife, A. A., et al., 2012: Climate change projections and stratosphere-troposphere interaction. *Clim. Dyn.*, **38**, 2089–2097.

Schaefer, K., T. Zhang, L. Bruhwiler, and A. Barrett, 2011: Amount and timing of permafrost carbon release in response to climate warming. *Tellus B*, **63**, 165–180.

Schär, C., P. L. Vidale, D. Lüthi, C. Frei, C. Häberli, M. A. Liniger, and C. Appenzeller, 2004: The role of increasing temperature variability in European summer heatwaves. *Nature*, **427**, 332–336.

Scheff, J., and D. M. W. Frierson, 2012: Robust future precipitation declines in CMIP5 largely reflect the poleward expansion of model subtropical dry zones. *Geophys. Res. Lett.*, **39**, L18704.

Scheffer, M., et al., 2009: Early-warning signals for critical transitions. *Nature*, **461**, 53–59.

Schlesinger, M., 1986: Equilibrium and transient climatic warming induced by increased atmospheric CO₂. *Clim. Dyn.*, **1**, 35–51.

Schlesinger, M., et al., 2000: Geographical distributions of temperature change for scenarios of greenhouse gas and sulfur dioxide emissions. *Technol. Forecast. Soc. Change*, **65**, 167–193.

Schmidt, M. W. I., et al., 2011: Persistence of soil organic matter as an ecosystem property. *Nature*, **478**, 49–56.

Schmittner, A., et al., 2011: Climate sensitivity estimated from temperature reconstructions of the Last Glacial Maximum. *Science*, **334**, 1385–1388.

Schneider von Deimling, T., H. Held, A. Ganopolski, and S. Rahmstorf, 2006: Climate sensitivity estimated from ensemble simulations of glacial climate. *Clim. Dyn.*, **27**, 149–163.

Schneider von Deimling, T., M. Meinshausen, A. Levermann, V. Huber, K. Frieler, D. Lawrence, and V. Brovkin, 2012: Estimating the near-surface permafrost-carbon feedback on global warming. *Biogeosciences*, **9**, 649–665.

Schoof, C., 2007: Ice sheet grounding line dynamics: Steady states, stability, and hysteresis. *J. Geophys. Res.*, **112**, F03S28.

Schröder, D., and W. M. Connolley, 2007: Impact of instantaneous sea ice removal in a coupled general circulation model. *Geophys. Res. Lett.*, **34**, L14502.

Schuenemann, K. C., and J. J. Cassano, 2010: Changes in synoptic weather patterns and Greenland precipitation in the 20th and 21st centuries: 2. Analysis of 21st century atmospheric changes using self-organizing maps. *J. Geophys. Res.*, **115**, D05108.

Schuur, E., J. Vogel, K. Crummer, H. Lee, J. Sickman, and T. Osterkamp, 2009: The effect of permafrost thaw on old carbon release and net carbon exchange from tundra. *Nature*, **459**, 556–559.

Schwalm, C. R., et al., 2012: Reduction in carbon uptake during turn of the century drought in western North America. *Nature Geosci.*, **5**, 551–556.

Schwartz, S., R. Charlson, R. Kahn, J. Ogren, and H. Rodhe, 2010: Why hasn't Earth warmed as much as expected? *J. Clim.*, **23**, 2453–2464.

Schwartz, S., R. Charlson, R. Kahn, J. Ogren, and H. Rodhe, 2012: Reply to "Comments on 'Why hasn't Earth warmed as much as expected?'". *J. Clim.*, **25**, 2200–2204.

Schwartz, S. E., 2012: Determination of Earth's transient and equilibrium climate sensitivities from observations over the twentieth century: Strong dependence on assumed forcing. *Surv. Geophys.*, **33**, 745–777.

Schweiger, A., R. Lindsay, J. Zhang, M. Steele, H. Stern, and R. Kwok, 2011: Uncertainty in modeled Arctic sea ice volume. *J. Geophys. Res.*, **116**, C00D06.

Screen, J., and I. Simmonds, 2010: The central role of diminishing sea ice in recent Arctic temperature amplification. *Nature*, **464**, 1334–1337.

Screen, J. A., N. P. Gillett, A. Y. Karpechko, and D. P. Stevens, 2010: Mixed layer temperature response to the Southern Annular Mode: Mechanisms and model representation. *J. Clim.*, **23**, 664–678.

Seager, R., and G. A. Vecchi, 2010: Greenhouse warming and the 21st century hydroclimate of the southwestern North America. *Proc. Natl. Acad. Sci. U.S.A.*, **107**, 21277–21282.

Seager, R., and N. Naik, 2012: A mechanisms-based approach to detecting recent anthropogenic hydroclimate change. *J. Clim.*, **25**, 236–261.

Seager, R., N. Naik, and G. A. Vecchi, 2010: Thermodynamic and dynamic mechanisms for large-scale changes in the hydrological cycle in response to global warming. *J. Clim.*, **23**, 4651–4668.

Seager, R., et al., 2007: Model projections of an imminent transition to a more arid climate in southwestern North America. *Science*, **316**, 1181–1184.

Sedláček, J., R. Knutti, O. Martius, and U. Beyerle, 2011: Impact of a reduced Arctic sea ice cover on ocean and atmospheric properties. *J. Clim.*, **25**, 307–319.

Seidel, D., and W. Randel, 2007: Recent widening of the tropical belt: Evidence from tropopause observations. *J. Geophys. Res.*, **112**, D20113.

Seidel, D. J., Q. Fu, W. J. Randel, and T. J. Reichler, 2008: Widening of the tropical belt in a changing climate. *Nature Geosci.*, **1**, 21–24.

Sen Gupta, A., A. Santoso, A. Taschetto, C. Ummenhofer, J. Trevena, and M. England, 2009: Projected changes to the Southern Hemisphere ocean and sea ice in the IPCC AR4 climate models. *J. Clim.*, **22**, 3047–3078.

Seneviratne, S. I., D. Lüthi, M. Litschi, and C. Schär, 2006: Land-atmosphere coupling and climate change in Europe. *Nature*, **443**, 205–209.

Seneviratne, S. I., et al., 2010: Investigating soil moisture-climate interactions in a changing climate: A review. *Earth Sci. Rev.*, **99**, 125–161.

Seneviratne, S. I., et al., 2012: Changes in climate extremes and their impacts on the natural physical environment. In: *Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation. A Special Report of Working Groups I and II of the Intergovernmental Panel on Climate Change (IPCC)* [C. B. Field, et al. (eds.)]. Cambridge University Press, Cambridge, United Kingdom, and New York, NY, USA, pp. 109–230.

Senior, C. A., and J. F. B. Mitchell, 2000: The time-dependence of climate sensitivity. *Geophys. Res. Lett.*, **27**, 2685–2688.

Serreze, M., A. Barrett, J. Stroeve, D. Kindig, and M. Holland, 2009: The emergence of surface-based Arctic amplification. *Cryosphere*, **3**, 11–19.

Serreze, M. C., and J. A. Francis, 2006: The Arctic amplification debate. *Clim. Change*, **76**, 241–264.

Sexton, D., H. Grubb, K. Shine, and C. Folland, 2003: Design and analysis of climate model experiments for the efficient estimation of anthropogenic signals. *J. Clim.*, **16**, 1320–1336.

Sexton, D. M. H., and J. M. Murphy, 2012: Multivariate probabilistic projections using imperfect climate models. Part II: Robustness of methodological choices and consequences for climate sensitivity. *Clim. Dyn.*, 2543–2558.

Sexton, D. M. H., J. M. Murphy, M. Collins, and M. J. Webb, 2012: Multivariate probabilistic projections using imperfect climate models. Part I: Outline of methodology. *Clim. Dyn.*, 2513–2542.

Shepherd, T. G., and C. McLandress, 2011: A robust mechanism for strengthening of the Brewer-Dobson circulation in response to climate change: Critical-layer control of subtropical wave breaking. *J. Atmos. Sci.*, **68**, 784–797.

Sherwood, S. C., 2010: Direct versus indirect effects of tropospheric humidity changes on the hydrologic cycle. *Environ. Res. Lett.*, **5**, 025206.

BLM_0151646

**12**

Sherwood, S. C., and M. Huber, 2010: An adaptability limit to climate change due to heat stress. *Proc. Natl. Acad. Sci. U.S.A.*, **107**, 9552–9555.

Sherwood, S. C., W. Ingram, Y. Tsushima, M. Satoh, M. Roberts, P. L. Vidale, and P. A. O'Gorman, 2010: Relative humidity changes in a warmer climate. *J. Geophys. Res.*, **115**, D09104.

Shindell, D., et al., 2012: Simultaneously mitigating near-term climate change and improving human health and food security. *Science*, **335**, 183–189.

Shindell, D. T., et al., 2006: Simulations of preindustrial, present-day, and 2100 conditions in the NASA GISS composition and climate model G-PUCCINI. *Atmos. Chem. Phys.*, **6**, 4427–4459.

Shindell, D. T., et al., 2013a: Interactive ozone and methane chemistry in GISS-E2 historical and future climate simulations. *Atmos. Chem. Phys.*, **13**, 2653–2689.

Shindell, D. T., et al., 2013b: Radiative forcing in the ACCMIP historical and future climate simulations. *Atmos. Chem. Phys.*, **13**, 2939–2974.

Shine, K. P., J. Cook, E. J. Highwood, and M. M. Joshi, 2003: An alternative to radiative forcing for estimating the relative importance of climate change mechanisms. *Geophys. Res. Lett.*, **30**, 2047.

Shiogama, H., S. Emori, K. Takahashi, T. Nagashima, T. Ogura, T. Nozawa, and T. Takemura, 2010a: Emission scenario dependency of precipitation on global warming in the MIROC3.2 model. *J. Clim.*, **23**, 2404–2417.

Shiogama, H., et al., 2010b: Emission scenario dependencies in climate change assessments of the hydrological cycle. *Clim. Change*, **99**, 321–329.

Shkolnik, I., E. Nadyozhina, T. Pavlova, E. Molkentin, and A. Semioshina, 2010: Snow cover and permafrost evolution in Siberia as simulated by the MGO regional climate model in the 20th and 21st centuries. *Environ. Res. Lett.*, **5**, 015005.

Shongwe, M. E., G. J. van Oldenborgh, B. van den Hurk, and M. van Aalst, 2011: Projected changes in mean and extreme precipitation in Africa under global warming. Part II: East Africa. *J. Clim.*, **24**, 3718–3733.

Siegenthaler, U., and H. Oeschger, 1984: Transient temperature changes due to increasing $CO_2$ using simple models. *Ann. Glaciol.*, **5**, 153–159.

Sigmond, M., P. C. Siegmund, E. Manzini, and H. Kelder, 2004: A simulation of the separate climate effects of middle-atmosphere and tropospheric $CO_2$ doubling. *J. Clim.*, **17**, 2352–2367.

Sillmann, J., and E. Roeckner, 2008: Indices for extreme events in projections of anthropogenic climate change. *Clim. Change*, **86**, 83–104.

Sillmann, J., and M. Croci-Maspoli, 2009: Present and future atmospheric blocking and its impact on European mean and extreme climate. *Geophys. Res. Lett.*, **36**, L10702.

Sillmann, J., V. V. Kharin, F. W. Zwiers, X. Zhang, and D. Bronaugh, 2013: Climate extremes indices in the CMIP5 multimodel ensemble: Part 2. Future climate projections. *J. Geophys. Res.*, **118**, 2473–2493.

Simmons, A. J., K. M. Willett, P. D. Jones, P. W. Thorne, and D. P. Dee, 2010: Low-frequency variations in surface atmospheric humidity, temperature, and precipitation: Inferences from reanalyses and monthly gridded observational data sets. *J. Geophys. Res.*, **115**, D01110.

Simpkins, G. R., and A. Y. Karpechko, 2012: Sensitivity of the southern annular mode to greenhouse gas emission scenarios. *Clim. Dyn.*, **38**, 563–572.

Slater, A. G., and D. M. Lawrence, 2013: Diagnosing present and future permafrost from climate models. *J. Clim.*, doi:10.1175/JCLI-D-12-00341.1.

Smeets, E. M. W., L. F. Bouwmanw, E. Stehfest, D. P. van Vuuren, and A. Posthuma, 2009: Contribution of $N_2O$ to the greenhouse gas balance of first-generation biofuels. *Global Change Biol.*, **15**, 1–23.

Smith, L., Y. Sheng, G. MacDonald, and L. Hinzman, 2005: Disappearing Arctic lakes. *Science*, **308**, 1429–1429.

Smith, L., et al., 2004: Siberian peatlands a net carbon sink and global methane source since the early Holocene. *Science*, **303**, 353–356.

Smith, R. L., C. Tebaldi, D. Nychka, and L. O. Mearns, 2009: Bayesian modeling of uncertainty in ensembles of climate models. *J. Am. Stat. Assoc.*, **104**, 97–116.

Smith, S. J., J. van Aardenne, Z. Klimont, R. J. Andres, A. Volke, and S. Delgado Arias, 2011: Anthropogenic sulfur dioxide emissions: 1850–2005. *Atmos. Chem. Phys.*, **11**, 1101–1116.

Smith, S. M., J. A. Lowe, N. H. A. Bowerman, L. K. Gohar, C. Huntingford, and M. R. Allen, 2012: Equivalence of greenhouse-gas emissions for peak temperature limits. *Nature Clim. Change*, **2**, 535–538.

Sobel, A. H., and S. J. Camargo, 2011: Projected future seasonal changes in tropical summer climate. *J. Clim.*, **24**, 473–487.

Soden, B., I. Held, R. Colman, K. Shell, J. Kiehl, and C. Shields, 2008: Quantifying climate feedbacks using radiative kernels. *J. Clim.*, **21**, 3504–3520.

Soden, B. J., and I. M. Held, 2006: An assessment of climate feedbacks in coupled ocean-atmosphere models. *J. Clim.*, **19**, 3354–3360.

Soden, B. J., and G. A. Vecchi, 2011: The vertical distribution of cloud feedback in coupled ocean-atmosphere models. *Geophys. Res. Lett.*, **38**, L12704.

Sohn, B. J., and S.-C. Park, 2010: Strengthened tropical circulations in past three decades inferred from water vapor transport. *J. Geophys. Res.*, **115**, D15112.

Sokolov, A. P., et al., 2009: Probabilistic forecast for twenty-first-century climate based on uncertainties in emissions (without policy) and climate parameters. *J. Clim.*, **23**, 2230–2231.

Solgaard, A. M., and P. L. Langen, 2012: Multistability of the Greenland ice sheet and the effects of an adaptive mass balance formulation. *Clim. Dyn.*, **39**, 1599–1612.

Solomon, S., G. Plattner, R. Knutti, and P. Friedlingstein, 2009: Irreversible climate change due to carbon dioxide emissions. *Proc. Natl. Acad. Sci. U.S.A.*, **106**, 1704–1709.

Solomon, S., J. Daniel, T. Sanford, D. Murphy, G. Plattner, R. Knutti, and P. Friedlingstein, 2010: Persistence of climate changes due to a range of greenhouse gases. *Proc. Natl. Acad. Sci. U.S.A.*, **107**, 18354–18359.

Solomon, S., et al., 2007: Technical Summary. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 19–92.

Son, S. W., et al., 2010: Impact of stratospheric ozone on Southern Hemisphere circulation change: A multimodel assessment. *J. Geophys. Res.*, **115**, D00M07.

Sorensson, A., C. Menendez, R. Ruscica, P. Alexander, P. Samuelsson, and U. Willen, 2010: Projected precipitation changes in South America: A dynamical downscaling within CLARIS. *Meteorol. Z.*, **19**, 347–355.

Spence, P., O. A. Saenko, C. O. Dufour, J. Le Sommer, and M. H. England, 2012: Mechanisms maintaining Southern Ocean meridional heat transport under projected wind forcing. *J. Phys. Oceanogr.*, **42**, 1923–1931.

St. Clair, S., J. Hillier, and P. Smith, 2008: Estimating the pre-harvest greenhouse gas costs of energy crop production. *Biomass Bioenerg.*, **32**, 442–452.

Stachnik, J. P., and C. Schumacher, 2011: A comparison of the Hadley circulation in modern reanalyses. *J. Geophys. Res.*, **116**, D22102.

Stephenson, D. B., M. Collins, J. C. Rougier, and R. E. Chandler, 2012: Statistical problems in the probabilistic prediction of climate change. *Environmetrics*, **23**, 364–372.

Sterl, A., et al., 2008: When can we expect extremely high surface temperatures? *Geophys. Res. Lett.*, **35**, L14703.

Stott, P., G. Jones, and J. Mitchell, 2003: Do models underestimate the solar contribution to recent climate change? *J. Clim.*, **16**, 4079–4093.

Stott, P., P. Good, G. A. Jones, N. Gillett, and E. Hawkins, 2013: The upper end of climate model temperature projections is inconsistent with past warming. *Environ. Res. Lett.*, **8**, 014024.

Stouffer, R., 2004: Time scales of climate response. *J. Clim.*, **17**, 209–217.

Stouffer, R. J., and S. Manabe, 1999: Response of a coupled ocean-atmosphere model to increasing atmospheric carbon dioxide: Sensitivity to the rate of increase. *J. Clim.*, **12**, 2224–2237.

Stowasser, M., H. Annamalai, and J. Hafner, 2009: Response of the South Asian summer monsoon to global warming: Mean and synoptic systems. *J. Clim.*, **22**, 1014–1036.

Stroeve, J., M. Holland, W. Meier, T. Scambos, and M. Serreze, 2007: Arctic sea ice decline: Faster than forecast. *Geophys. Res. Lett.*, **34**, L09501.

Stroeve, J. C., V. Kattsov, A. Barrett, M. Serreze, T. Pavlova, M. Holland, and W. N. Meier, 2012: Trends in Arctic sea ice extent from CMIP5, CMIP3 and observations. *Geophys. Res. Lett.*, **39**, L16502.

Stuber, N., M. Ponater, and R. Sausen, 2005: Why radiative forcing might fail as a predictor of climate change. *Clim. Dyn.*, **24**, 497–510.

Sudo, K., M. Takahashi, and H. Akimoto, 2003: Future changes in stratosphere-troposphere exchange and their impacts on future tropospheric ozone simulations. *Geophys. Res. Lett.*, **30**, 2256.

Sugiyama, M., H. Shiogama, and S. Emori, 2010: Precipitation extreme changes exceeding moisture content increases in MIROC and IPCC climate models. *Proc. Natl. Acad. Sci. U.S.A.*, **107**, 571–575.

Sun, Y., S. Solomon, A. Dai, and R. W. Portmann, 2007: How often will it rain? *J. Clim.*, **20**, 4801–4818.

**12**

BLM_0151647

Sutton, R. T., B. W. Dong, and J. M. Gregory, 2007: Land/sea warming ratio in response to climate change: IPCC AR4 model results and comparison with observations. *Geophys. Res. Lett.*, **34**, L02701.

Swann, A. L., I. Y. Fung, S. Levis, G. B. Bonan, and S. C. Doney, 2010: Changes in Arctic vegetation amplify high-latitude warming through the greenhouse effect. *Proc. Natl. Acad. Sci. U.S.A.*, **107**, 1295–1300.

Swart, N. C., and J. C. Fyfe, 2012: Observed and simulated changes in the Southern Hemisphere surface westerly wind-stress. *Geophys. Res. Lett.*, **39**, L16711.

Swingedouw, D., P. Braconnot, P. Delecluse, E. Guilyardi, and O. Marti, 2007: Quantifying the AMOC feedbacks during a 2xCO₂ stabilization experiment with land-ice melting. *Clim. Dyn.*, **29**, 521–534.

Swingedouw, D., T. Fichefet, P. Huybrechts, H. Goosse, E. Driesschaert, and M. Loutre, 2008: Antarctic ice-sheet melting provides negative feedbacks on future climate warming. *Geophys. Res. Lett.*, **35**, L17705.

Szopa, S., et al., 2013: Aerosol and ozone changes as forcing for climate evolution between 1850 and 2100. *Clim. Dyn.*, **40**, 2223–2250.

Takahashi, K., 2009a: Radiative constraints on the hydrological cycle in an idealized radiative-convective equilibrium model. *J. Atmos. Sci.*, **66**, 77–91.

Takahashi, K., 2009b: The global hydrological cycle and atmospheric shortwave absorption in climate models under CO₂ forcing. *J. Clim.*, **22**, 5667–5675.

Tanaka, K., and T. Raddatz, 2011: Correlation between climate sensitivity and aerosol forcing and its implication for the "climate trap". *Clim. Change*, **109**, 815–825.

Tarnocai, C., J. Canadell, E. Schuur, P. Kuhry, G. Mazhitova, and S. Zimov, 2009: Soil organic carbon pools in the northern circumpolar permafrost region. *Global Biogeochem. Cycles*, **23**, GB2023.

Taylor, K. E., R. J. Stouffer, and G. A. Meehl, 2012: A summary of the CMIP5 experiment design. *Bull. Am. Meteorol. Soc.*, **93**, 485–498.

Tebaldi, C., and R. Knutti, 2007: The use of the multi-model ensemble in probabilistic climate projections. *Philos. Trans. R. Soc. A*, **365**, 2053–2075.

Tebaldi, C., and D. B. Lobell, 2008: Towards probabilistic projections of climate change impacts on global crop yields. *Geophys. Res. Lett.*, **35**, L08705.

Tebaldi, C., and B. Sanso, 2009: Joint projections of temperature and precipitation change from multiple climate models: A hierarchical Bayesian approach. *J. R. Stat. Soc. A*, **172**, 83–106.

Tebaldi, C., J. M. Arblaster, and R. Knutti, 2011: Mapping model agreement on future climate projections. *Geophys. Res. Lett.*, **38**, L23701.

Tebaldi, C., K. Hayhoe, J. M. Arblaster, and G. A. Meehl, 2006: Going to the extremes. *Clim. Change*, **79**, 185–211.

Terray, L., L. Corre, S. Cravatte, T. Delcroix, G. Reverdin, and A. Ribes, 2012: Near-surface salinity as nature's rain gauge to detect human influence on the tropical water cycle. *J. Clim.*, **25**, 958–977.

Thorne, P., 2008: Arctic tropospheric warming amplification? *Nature*, **455**, E1–E2.

Tietsche, S., D. Notz, J. H. Jungclaus, and J. Marotzke, 2011: Recovery mechanisms of Arctic summer sea ice. *Geophys. Res. Lett.*, **38**, L02707.

Tjiputra, J. F., et al., 2013: Evaluation of the carbon cycle components in the Norwegian Earth System Model (NorESM). *Geosci. Model Dev.*, **6**, 301–325.

Tokinaga, H., S.-P. Xie, C. Deser, Y. Kosaka, and Y. M. Okumura, 2012: Slowdown of the Walker circulation driven by tropical Indo-Pacific warming. *Nature*, **491**, 439–443.

Trapp, R. J., N. S. Diffenbaugh, and A. Gluhovsky, 2009: Transient response of severe thunderstorm forcing to elevated greenhouse gas concentrations. *Geophys. Res. Lett.*, **36**, L01703.

Trapp, R. J., N. S. Diffenbaugh, H. E. Brooks, M. E. Baldwin, E. D. Robinson, and J. S. Pal, 2007: Changes in severe thunderstorm environment frequency during the 21st century caused by anthropogenically enhanced global radiative forcing. *Proc. Natl. Acad. Sci. U.S.A.*, **104**, 19719–19723.

Trenberth, K. E., and D. J. Shea, 2005: Relationships between precipitation and surface temperature. *Geophys. Res. Lett.*, **32**, L14703.

Trenberth, K. E., and J. T. Fasullo, 2009: Global warming due to increasing absorbed solar radiation. *Geophys. Res. Lett.*, **36**, L07706.

Trenberth, K. E., and J. T. Fasullo, 2010: Simulation of present-day and twenty-first-century energy budgets of the Southern Oceans. *J. Clim.*, **23**, 440–454.

Turner, J., T. J. Bracegirdle, T. Phillips, G. J. Marshall, and J. S. Hosking, 2013: An initial assessment of Antarctic sea ice extent in the CMIP5 models. *J. Clim.*, **26**, 1473–1484.

Ueda, H., A. Iwai, K. Kuwako, and M. Hori, 2006: Impact of anthropogenic forcing on the Asian summer monsoon as simulated by eight GCMs. *Geophys. Res. Lett.*, **33**, L06703.

Ulbrich, U., G. C. Leckebusch, and J. G. Pinto, 2009: Extra-tropical cyclones in the present and future climate: A review. *Theor. Appl. Climatol.*, **96**, 117–131.

Ulbrich, U., et al., 2013: Are greenhouse gas signals of Northern Hemisphere winter extra-tropical cyclone activity dependent on the identification and tracking algorithm? *Meteorol. Z.*, **22**, 61–68.

UNEP, 2010: The emissions gap report: Are the Copenhagen Accord pledges sufficient to limit global warming to 2°C or 1.5°C? , 55 pp.

Utsumi, N., S. Seto, S. Kanae, E. E. Maeda, and T. Oki, 2011: Does higher surface temperature intensify extreme precipitation? *Geophys. Res. Lett.*, **38**, L16708.

Vaks, A., et al., 2013: Speleothems reveal 500,000-year history of Siberian permafrost. *Science*, **340**, 183–186.

Van Klooster, S. L., and P. J. Roebber, 2009: Surface-based convective potential in the contiguous United States in a business-as-usual future climate. *J. Clim.*, **22**, 3317–3330.

van Vuuren, D. P., et al., 2011: RCP3–PD: Exploring the possibilities to limit global mean temperature change to less than 2°C. *Clim. Change*, **109**, 95–116.

Vavrus, S., M. Holland, and D. Bailey, 2011: Changes in Arctic clouds during intervals of rapid sea ice loss. *Clim. Dyn.*, **36**, 1475–1489.

Vavrus, S. J., M. M. Holland, A. Jahn, D. A. Bailey, and B. A. Blazey, 2012: Twenty-first-century Arctic climate change in CCSM4. *J. Clim.*, **25**, 2696–2710.

Vecchi, G. A., and B. J. Soden, 2007: Global warming and the weakening of the tropical circulation. *Bull. Am. Meteorol. Soc.*, **88**, 1529–1530.

Vecchi, G. A., B. J. Soden, A. T. Wittenberg, I. M. Held, A. Leetmaa, and M. J. Harrison, 2006: Weakening of tropical Pacific atmospheric circulation due to anthropogenic forcing. *Nature*, **441**, 73–76.

Vial, J., J.-L. Dufresne, and S. Bony, 2013: On the interpretation of inter-model spread in CMIP5 climate sensitivity estimates. *Clim. Dyn.*, doi:10.1007/s00382-013-1725-9.

Vidale, P. L., D. Lüthi, R. Wegmann, and C. Schär, 2007: European summer climate variability in a heterogeneous multi-model ensemble. *Clim. Change*, **81**, 209–232.

Voldoire, A., et al., 2013: The CNRM-CM5.1 global climate model: Description and basic evaluation. *Clim. Dyn.*, **40**, 2091–2121.

Voss, R., and U. Mikolajewicz, 2001: Long-term climate changes due to increased CO₂ concentration in the coupled atmosphere-ocean general circulation model ECHAM3/LSG. *Clim. Dyn.*, **17**, 45–60.

Wadhams, P., 2012: Arctic ice cover, ice thickness and tipping points. *Ambio*, **41**, 23–33.

Walker, R., et al., 2009: Protecting the Amazon with protected areas. *Proc. Natl. Acad. Sci. U.S.A.*, **106**, 10582–10586.

Wang, M., and J. Overland, 2009: A sea ice free summer Arctic within 30 years? *Geophys. Res. Lett.*, **36**, L07502.

Wang, M., and J. E. Overland, 2012: A sea ice free summer Arctic within 30 years: An update from CMIP5 models. *Geophys. Res. Lett.*, **39**, L18501.

Wania, R., I. Ross, and I. Prentice, 2009: Integrating peatlands and permafrost into a dynamic global vegetation model: 2. Evaluation and sensitivity of vegetation and carbon cycle processes. *Global Biogeochem. Cycles*, **23**, GB3015.

Washington, W., et al., 2009: How much climate change can be avoided by mitigation? *Geophys. Res. Lett.*, **36**, L08703.

Watanabe, S., et al., 2011: MIROC-ESM 2010: Model description and basic results of CMIP5-20c3m experiments. *Geosci. Model Dev.*, **4**, 845–872.

Watterson, I. G., 2008: Calculation of probability density functions for temperature and precipitation change under global warming. *J. Geophys. Res.*, **113**, D12106.

Watterson, I. G., 2011: Calculation of joint PDFs for climate change with properties matching recent Australian projections. *Aust. Meteorol. Oceanogr. J.*, **61**, 211–219.

Watterson, I. G., and P. H. Whetton, 2011a: Joint PDFs for Australian climate in future decades and an idealized application to wheat crop yield. *Aust. Meteorol. Oceanogr. J.*, **61**, 221–230.

Watterson, I. G., and P. H. Whetton, 2011b: Distributions of decadal means of temperature and precipitation change under global warming. *J. Geophys. Res.*, **116**, D07101.

Watterson, I. G., J. L. McGregor, and K. C. Nguyen, 2008: Changes in extreme temperatures of Australasian summer simulated by CCAM under global warming, and the roles of winds and land-sea contrasts. *Aust. Meteorol. Mag.*, **57**, 195–212.

WBGU, 2009: *Solving the Climate Dilemma: The Budget Approach.* German Advisory Council on Global Change, Berlin, 59 pp.

**12**

BLM_0151648

Weaver, A., K. Zickfeld, A. Montenegro, and M. Eby, 2007: Long term climate implications of 2050 emission reduction targets. *Geophys. Res. Lett.*, **34**, L19703.

Weaver, A. J., et al., 2012: Stability of the Atlantic meridional overturning circulation: A model intercomparison. *Geophys. Res. Lett.*, **39**, L12009.

Webb, M., et al., 2006: On the contribution of local feedback mechanisms to the range of climate sensitivity in two GCM ensembles. *Clim. Dyn.*, **27**, 17–38.

Webb, M. J., F. H. Lambert, and J. M. Gregory, 2013: Origins of differences in climate sensitivity, forcing and feedback in climate models. *Clim. Dyn.*, **40**, 677–707.

Weber, S., et al., 2007: The modern and glacial overturning circulation in the Atlantic Ocean in PMIP coupled model simulations. *Clim. Past*, **3**, 51–64.

Weertman, J., 1974: Stability of the junction of an ice sheet and an ice shelf. *J. Glaciol.*, **13**, 3–11.

Wehner, M., D. Easterling, J. Lawrimore, R. Heim, R. Vose, and B. Santer, 2011: Projections of future drought in the continental United States and Mexico. *J. Hydrometeorol.*, **12**, 1359–1377.

Weigel, A., R. Knutti, M. Liniger, and C. Appenzeller, 2010: Risks of model weighting in multimodel climate projections. *J. Clim.*, **23**, 4175–4191.

Wentz, F., L. Ricciardulli, K. Hilburn, and C. Mears, 2007: How much more rain will global warming bring? *Science*, **317**, 233–235.

Wetherald, R., and S. Manabe, 1988: Cloud feedback processes in a General-Circulation Model. *J. Atmos. Sci.*, **45**, 1397–1415.

Wetherald, R. T., R. J. Stouffer, and K. W. Dixon, 2001: Committed warming and its implications for climate change. *Geophys. Res. Lett.*, **28**, 1535–1538.

Wigley, T. M. L., 2005: The climate change commitment. *Science*, **307**, 1766–1769.

Wilcox, L. J., A. J. Charlton-Perez, and L. J. Gray, 2012: Trends in Austral jet position in ensembles of high- and low-top CMIP5 models. *J. Geophys. Res.*, **117**, D13115.

Willett, K., and S. Sherwood, 2012: Exceedance of heat index thresholds for 15 regions under a warming climate using the wet-bulb globe temperature. *Int. J. Climatol.*, **32**, 161–177.

Williams, J. W., S. T. Jackson, and J. E. Kutzbach, 2007: Projected distributions of novel and disappearing climates by 2100 AD. *Proc. Natl. Acad. Sci. U.S.A.*, **104**, 5738–5742.

Williams, K. D., W. J. Ingram, and J. M. Gregory, 2008: Time variation of effective climate sensitivity in GCMs. *J. Clim.*, **21**, 5076–5090.

Winton, M., 2006a: Amplified Arctic climate change: What does surface albedo feedback have to do with it? *Geophys. Res. Lett.*, **33**, L03701.

Winton, M., 2006b: Does the Arctic sea ice have a tipping point? *Geophys. Res. Lett.*, **33**, L23504.

Winton, M., 2008: Sea ice-albedo feedback and nonlinear Arctic climate change. In: *Arctic Sea Ice Decline: Observations, Projections, Mechanisms, and Implications* [E. T. DeWeaver, C. M. Bitz and L. B. Tremblay (eds.)]. American Geophysical Union, Washington, DC, pp. 111–131.

Winton, M., 2011: Do climate models underestimate the sensitivity of Northern Hemisphere sea ice cover? *J. Clim.*, **24**, 3924–3934.

WMO, 2007: *Scientific assessment of ozone depletion*. In: *2006, Global Ozone Research and Monitoring Project*. World Meteorological Organization, Geneva, Switzerland, 572 pp.

Wood, R., A. Keen, J. Mitchell, and J. Gregory, 1999: Changing spatial structure of the thermohaline circulation in response to atmospheric CO₂ forcing in a climate model. *Nature*, **399**, 572–575.

Woollings, T., 2008: Vertical structure of anomalous zonal-mean atmospheric circulation change. *Geophys. Res. Lett.*, **35**, L19702.

Woollings, T., and M. Blackburn, 2012: The North Atlantic jet stream under climate change and its relation to the NAO and EA patterns. *J. Clim.*, **25**, 886–902.

Woollings, T., J. M. Gregory, J. G. Pinto, M. Reyers, and D. J. Brayshaw, 2012: Response of the North Atlantic storm track to climate change shaped by ocean-atmosphere coupling. *Nature Geosci.*, **5**, 313–317.

Wu, P., R. Wood, J. Ridley, and J. Lowe, 2010: Temporary acceleration of the hydrological cycle in response to a CO₂ rampdown. *Geophys. Res. Lett.*, **37**, L12705.

Wu, P., L. Jackson, A. Pardaens, and N. Schaller, 2011a: Extended warming of the northern high latitudes due to an overshoot of the Atlantic meridional overturning circulation. *Geophys. Res. Lett.*, **38**, L24704.

Wu, T., et al., 2013: Global carbon budgets simulated by the Beijing Climate Center Climate System Model for the last century. *J. Geophys. Res.*, doi:10.1002/jgrd.50320.

Wu, Y., M. Ting, R. Seager, H.-P. Huang, and M. A. Cane, 2011b: Changes in storm tracks and energy transports in a warmer climate simulated by the GFDL CM2.1 model. *Clim. Dyn.*, **37**, 53–72.

Wyant, M. C., et al., 2006: A comparison of low-latitude cloud properties and their response to climate change in three AGCMs sorted into regimes using mid-tropospheric vertical velocity. *Clim. Dyn.*, **27**, 261–279.

Xie, P., and G. Vallis, 2012: The passive and active nature of ocean heat uptake in idealized climate change experiments. *Clim. Dyn.*, **38**, 667–684.

Xie, S. P., C. Deser, G. A. Vecchi, J. Ma, H. Y. Teng, and A. T. Wittenberg, 2010: Global warming pattern formation: Sea surface temperature and rainfall. *J. Clim.*, **23**, 966–986.

Xin, X., L. Zhang, J. Zhang, T. Wu, and Y. Fang, 2013a: Climate change projections over East Asia with BCC_CSM1.1 climate model under RCP scenarios. *J. Meteorol. Soc. Jpn.*, **4**, 413-429.

Xin, X., T. Wu, J. Li, Z. Wang, W. Li, and F. Wu, 2013b: How well does BCC_CSM1.1 reproduce the 20th century climate change in China? *Atmos. Ocean. Sci. Lett.*, **6**, 21–26.

Yang, F. L., A. Kumar, M. E. Schlesinger, and W. Q. Wang, 2003: Intensity of hydrological cycles in warmer climates. *J. Clim.*, **16**, 2419–2423.

Yin, J., J. Overpeck, S. Griffies, A. Hu, J. Russell, and R. Stouffer, 2011: Different magnitudes of projected subsurface ocean warming around Greenland and Antarctica. *Nature Geosci.*, **4**, 524–528.

Yokohata, T., M. Webb, M. Collins, K. Williams, M. Yoshimori, J. Hargreaves, and J. Annan, 2010: Structural similarities and differences in climate responses to CO₂ increase between two perturbed physics ensembles. *J. Clim.*, **23**, 1392–1410.

Yokohata, T., J. D. Annan, M. Collins, C. S. Jackson, M. Tobis, M. Webb, and J. C. Hargreaves, 2012: Reliability of multi-model and structurally different single-model ensembles. *Clim. Dyn.*, **39**, 599–616.

Young, P. J., K. H. Rosenlof, S. Solomon, S. C. Sherwood, Q. Fu, and J.-F. Lamarque, 2012: Changes in stratospheric temperatures and their implications for changes in the Brewer Dobson circulation, 1979–2005. *J. Clim.*, **25**, 1759–1772.

Yukimoto, S., et al., 2012: A new global climate model of the Meteorological Research Institute: MRI-CGCM3–Model description and basic performance. *J. Meteorol. Soc. Jpn.*, **90A**, 23–64.

Zappa, G., L. C. Shaffrey, K. I. Hodges, P. G. Sansom, and D. B. Stephenson, 2013: A multi-model assessment of future projections of North Atlantic and European extratropical cyclones in the CMIP5 climate models. *J. Clim.*, doi:10.1175/JCLI-D-12-00573.1.

Zelazowski, P., Y. Malhi, C. Huntingford, S. Sitch, and J. Fisher, 2011: Changes in the potential distribution of humid tropical forests on a warmer planet. *Philos. Trans. R. Soc. A*, **369**, 137–160.

Zelinka, M., and D. Hartmann, 2010: Why is longwave cloud feedback positive? *J. Geophys. Res.*, **115**, D16117.

Zelinka, M., S. Klein, and D. Hartmann, 2012: Computing and partitioning cloud feedbacks using Cloud property histograms. Part II: Attribution to changes in cloud amount, altitude, and optical depth. *J. Clim.*, **25**, 3736–3754.

Zhang, M., and H. Song, 2006: Evidence of deceleration of atmospheric vertical overturning circulation over the tropical Pacific. *Geophys. Res. Lett.*, **33**, L12701.

Zhang, M. H., and C. Bretherton, 2008: Mechanisms of low cloud-climate feedback in idealized single-column simulations with the Community Atmospheric Model, version 3 (CAM3). *J. Clim.*, **21**, 4859–4878.

Zhang, R., 2010a: Northward intensification of anthropogenically forced changes in the Atlantic meridional overturning circulation (AMOC). *Geophys. Res. Lett.*, **37**, L24603.

Zhang, T., 2005: Influence of the seasonal snow cover on the ground thermal regime: An overview. *Rev. Geophys.*, **43**, RG4002.

Zhang, T., J. A. Heginbottom, R. G. Barry, and J. Brown, 2000: Further statistics on the distribution of permafrost and ground ice in the Northern Hemisphere 1. *Polar Geogr.*, **24**, 126–131.

Zhang, X., 2010b: Sensitivity of Arctic summer sea ice coverage to global warming forcing: Towards reducing uncertainty in arctic climate change projections. *Tellus A*, **62**, 220–227.

Zhang, X., and J. Walsh, 2006: Toward a seasonally ice-covered Arctic Ocean: Scenarios from the IPCC AR4 model simulations. *J. Clim.*, **19**, 1730–1747.

Zhang, X. B., et al., 2007: Detection of human influence on twentieth-century precipitation trends. *Nature*, **448**, 461–U464.

Zhou, L. M., R. E. Dickinson, P. Dirmeyer, A. Dai, and S. K. Min, 2009: Spatiotemporal patterns of changes in maximum and minimum temperatures in multi-model simulations. *Geophys. Res. Lett.*, **36**, L02702.

BLM_0151649

Zhuang, Q., et al., 2004: Methane fluxes between terrestrial ecosystems and the atmosphere at northern high latitudes during the past century: A retrospective analysis with a process-based biogeochemistry model. *Global Biogeochem. Cycles*, **18**, GB3010.

Zickfeld, K., V. K. Arora, and N. P. Gillett, 2012: Is the climate response to $CO_2$ emissions path dependent? *Geophys. Res. Lett.*, **39**, L05703.

Zickfeld, K., B. Knopf, V. Petoukhov, and H. Schellnhuber, 2005: Is the Indian summer monsoon stable against global change? *Geophys. Res. Lett.*, **32**, L15707.

Zickfeld, K., M. Eby, H. Matthews, and A. Weaver, 2009: Setting cumulative emissions targets to reduce the risk of dangerous climate change. *Proc. Natl. Acad. Sci. U.S.A.*, **106**, 16129–16134.

Zickfeld, K., M. Morgan, D. Frame, and D. Keith, 2010: Expert judgments about transient climate response to alternative future trajectories of radiative forcing. *Proc. Natl. Acad. Sci. U.S.A.*, **107**, 12451–12456.

Zickfeld, K., et al., 2013: Long-term climate change commitment and reversibility: An EMIC intercomparison. *J. Clim.*, doi:10.1175/JCLI-D-12-00584.1.

Zimov, S., S. Davydov, G. Zimova, A. Davydova, E. Schuur, K. Dutta, and F. Chapin, 2006: Permafrost carbon: Stock and decomposability of a globally significant carbon pool. *Geophys. Res. Lett.*, **33**, L20502.

Zunz, V., H. Goosse, and F. Massonnet, 2013: How does internal variability influence the ability of CMIP5 models to reproduce the recent trend in Southern Ocean sea ice extent? *Cryosphere*, **7**, 451–468.

**12**

BLM_0151650

# 13

# Sea Level Change

**Coordinating Lead Authors:**

John A. Church (Australia), Peter U. Clark (USA)

**Lead Authors:**

Anny Cazenave (France), Jonathan M. Gregory (UK), Svetlana Jevrejeva (UK), Anders Levermann (Germany), Mark A. Merrifield (USA), Glenn A. Milne (Canada), R. Steven Nerem (USA), Patrick D. Nunn (Australia), Antony J. Payne (UK), W. Tad Pfeffer (USA), Detlef Stammer (Germany), Alakkat S. Unnikrishnan (India)

**Contributing Authors:**

David Bahr (USA), Jason E. Box (Denmark/USA), David H. Bromwich (USA), Mark Carson (Germany), William Collins (UK), Xavier Fettweis (Belgium), Piers Forster (UK), Alex Gardner (USA), W. Roland Gehrels (UK), Rianne Giesen (Netherlands), Peter J. Gleckler (USA), Peter Good (UK), Rune Grand Graversen (Sweden), Ralf Greve (Japan), Stephen Griffies (USA), Edward Hanna (UK), Mark Hemer (Australia), Regine Hock (USA), Simon J. Holgate (UK), John Hunter (Australia), Philippe Huybrechts (Belgium), Gregory Johnson (USA), Ian Joughin (USA), Georg Kaser (Austria), Caroline Katsman (Netherlands), Leonard Konikow (USA), Gerhard Krinner (France), Anne Le Brocq (UK), Jan Lenaerts (Netherlands), Stefan Ligtenberg (Netherlands), Christopher M. Little (USA), Ben Marzeion (Austria), Kathleen L. McInnes (Australia), Sebastian H. Mernild (USA), Didier Monselesan (Australia), Ruth Mottram (Denmark), Tavi Murray (UK), Gunnar Myhre (Norway), J.P. Nicholas (USA), Faezeh Nick (Norway), Mahé Perrette (Germany), David Pollard (USA), Valentina Radić (Canada), Jamie Rae (UK), Markku Rummukainen (Sweden), Christian Schoof (Canada), Aimée Slangen (Australia/Netherlands), Jan H. van Angelen (Netherlands), Willem Jan van de Berg (Netherlands), Michiel van den Broeke (Netherlands), Miren Vizcaíno (Netherlands), Yoshihide Wada (Netherlands), Neil J. White (Australia), Ricarda Winkelmann (Germany), Jianjun Yin (USA), Masakazu Yoshimori (Japan), Kirsten Zickfeld (Canada)

**Review Editors:**

Jean Jouzel (France), Roderik van de Wal (Netherlands), Philip L. Woodworth (UK), Cunde Xiao (China)

**This chapter should be cited as:**

Church, J.A., P.U. Clark, A. Cazenave, J.M. Gregory, S. Jevrejeva, A. Levermann, M.A. Merrifield, G.A. Milne, R.S. Nerem, P.D. Nunn, A.J. Payne, W.T. Pfeffer, D. Stammer and A.S. Unnikrishnan, 2013: Sea Level Change. In: *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

BLM_0151651

# Table of Contents

Executive Summary .................................................... 1139

**13.1   Components and Models of Sea Level Change** .... 1142

13.1.1    Introduction and Chapter Overview ........................ 1142

13.1.2    Fundamental Definitions and Concepts ................. 1142

13.1.3    Processes Affecting Sea Level............................. 1143

13.1.4    Models Used to Interpret Past and Project Future Changes in Sea Level ........................................ 1144

**13.2   Past Sea Level Change** ................................. 1145

13.2.1    The Geological Record ..................................... 1145

13.2.2    The Instrumental Record (~1700–2012) ................. 1146

**13.3   Contributions to Global Mean Sea Level Rise During the Instrumental Period** ............................ 1150

13.3.1    Thermal Expansion Contribution........................... 1150

13.3.2    Glaciers ...................................................... 1151

13.3.3    Greenland and Antarctic Ice Sheets ...................... 1153

13.3.4    Contributions from Water Storage on Land............ 1155

13.3.5    Ocean Mass Observations from the Gravity Recovery and Climate Experiment ...................... 1156

13.3.6    Budget of Global Mean Sea Level Rise.................... 1156

**Box 13.1: The Global Energy Budget** ........................ 1159

**13.4   Projected Contributions to Global Mean Sea Level** ................................................ 1161

13.4.1    Ocean Heat Uptake and Thermal Expansion............ 1161

13.4.2    Glaciers ...................................................... 1163

13.4.3    Greenland Ice Sheet........................................ 1165

13.4.4    Antarctic Ice Sheet ........................................ 1170

**Box 13.2: History of the Marine Ice-Sheet Instability Hypothesis** ...................................................... 1175

13.4.5    Anthropogenic Intervention in Water Storage on Land ....................................................... 1176

**13.5   Projections of Global Mean Sea Level Rise** ........... 1179

13.5.1    Process-Based Projections for the 21st Century ..... 1179

13.5.2    Semi-Empirical Projections for the 21st Century ..... 1182

13.5.3    Confidence in *Likely* Ranges and Bounds ................. 1184

13.5.4    Long-term Scenarios ...................................... 1186

**13.6   Regional Sea Level Changes** ............................... 1191

13.6.1    Regional Sea Level Changes, Climate Modes and Forced Sea Level Response.................................. 1191

13.6.2    Coupled Model Intercomparison Project Phase 5 General Circulation Model Projections on Decadal to Centennial Time Scales ................................. 1192

13.6.3    Response to Atmospheric Pressure Changes........... 1193

13.6.4    Response to Freshwater Forcing.............................. 1193

13.6.5    Regional Relative Sea Level Changes...................... 1194

13.6.6    Uncertainties and Sensitivity to Ocean/Climate Model Formulations and Parameterizations............ 1197

**13.7   Projections of 21st Century Sea Level Extremes and Waves** ................................. 1200

13.7.1    Observed Changes in Sea Level Extremes.............. 1200

13.7.2    Projections of Sea Level Extremes........................ 1200

13.7.3    Projections of Ocean Waves ................................. 1202

**13.8   Synthesis and Key Uncertainties** ........................ 1204

**References** ........................................................ 1206

**Frequently Asked Questions**

FAQ 13.1    Why Does Local Sea Level Change Differ from the Global Average? ................................. 1148

FAQ 13.2    Will the Greenland and Antarctic Ice Sheets Contribute to Sea Level Change over the Rest of the Century?........................................... 1177

**Supplementary Material**

*Supplementary Material is available in online versions of the report.*

13

BLM_0151652

## Executive Summary

This chapter considers changes in global mean sea level, regional sea level, sea level extremes, and waves. Confidence in projections of global mean sea level rise has increased since the Fourth Assessment Report (AR4) because of the improved physical understanding of the components of sea level, the improved agreement of process-based models with observations, and the inclusion of ice-sheet dynamical changes.

### Past Sea Level Change

**Paleo sea level records from warm periods during the last 3 million years indicate that global mean sea level has exceeded 5 m above present (*very high confidence*)[1] when global mean temperature was up to 2°C warmer than pre-industrial (*medium confidence*).** There is *very high confidence* that maximum global mean sea level during the last interglacial period (~129 to 116 ka) was, for several thousand years, at least 5 m higher than present and *high confidence* that it did not exceed 10 m above present, implying substantial contributions from the Greenland and Antarctic ice sheets. This change in sea level occurred in the context of different orbital forcing and with high latitude surface temperature, averaged over several thousand years, at least 2°C warmer than present (*high confidence*) {5.3.4, 5.6.1, 5.6.2, 13.2.1}

**Proxy and instrumental sea level data indicate a transition in the late 19th century to the early 20th century from relatively low mean rates of rise over the previous two millennia to higher rates of rise (*high confidence*). It is *likely*[2] that the rate of global mean sea level rise has continued to increase since the early 20th century, with estimates that range from 0.000 [−0.002 to 0.002] mm yr⁻² to 0.013 [0.007 to 0.019] mm yr⁻².** It is *very likely* that the global mean rate was 1.7 [1.5 to 1.9] mm yr⁻¹ between 1901 and 2010 for a total sea level rise of 0.19 [0.17 to 0.21] m. Between 1993 and 2010, the rate was *very likely* higher at 3.2 [2.8 to 3.6] mm yr⁻¹; similarly high rates *likely* occurred between 1920 and 1950. {3.7.2, 3.7.4, 5.6.3, 13.2.1, 13.2.2, Figure 13.3}

### Understanding of Sea Level Change

**Ocean thermal expansion and glacier melting have been the dominant contributors to 20th century global mean sea level rise.** Observations since 1971 indicate that thermal expansion and glaciers (excluding Antarctic glaciers peripheral to the ice sheet) explain 75% of the observed rise (*high confidence*). The contribution of the Greenland and Antarctic ice sheets has increased since the early 1990s, partly from increased outflow induced by warming of the immediately adjacent ocean. Natural and human-induced land water storage

changes have made only a small contribution; the rate of groundwater depletion has increased and now exceeds the rate of reservoir impoundment. Since 1993, when observations of all sea level components are available, the sum of contributions equals the observed global mean sea level rise within uncertainties (*high confidence*). {Chapters 3, 4, 13.3.6, Figure 13.4, Table 13.1}

**There is *high confidence* in projections of thermal expansion and Greenland surface mass balance, and *medium confidence* in projections of glacier mass loss and Antarctic surface mass balance.** There has been substantial progress in ice-sheet modelling, particularly for Greenland. Process-based model calculations of contributions to past sea level change from ocean thermal expansion, glacier mass loss and Greenland ice-sheet surface mass balance are consistent with available observational estimates of these contributions over recent decades. Ice-sheet flowline modelling is able to reproduce the observed acceleration of the main outlet glaciers in the Greenland ice sheet, thus allowing estimates of the 21st century dynamical response (*medium confidence*). Significant challenges remain in the process-based projections of the dynamical response of marine-terminating glaciers and marine-based sectors of the Antarctic ice sheet. Alternative means of projection of the Antarctic ice-sheet contribution (extrapolation within a statistical framework and informed judgement) provide *medium confidence* in a *likely* range. There is currently *low confidence* in projecting the onset of large-scale grounding line instability in the marine-based sectors of the Antarctic ice sheet. {13.3.1 to 13.3.3, 13.4.3, 13.4.4}

**The sum of thermal expansion simulated by Coupled Model Intercomparison Project phase 5 (CMIP5) Atmosphere–Ocean General Circulation Models (AOGCMs), glacier mass loss computed by global glacier models using CMIP5 climate change simulations, and estimates of land water storage explain 65% of the observed global mean sea level rise for 1901–1990 and 90% for 1971–2010 and 1993–2010 (*high confidence*).** When observed climate parameters are used, the glacier models indicate a larger Greenland peripheral glacier contribution in the first half of the 20th century such that the sum of thermal expansion, glacier mass loss and changes in land water storage and a small ongoing Antarctic ice-sheet contribution are within 20% of the observations throughout the 20th century. Model-based estimates of ocean thermal expansion and glacier contributions indicate that the greater rate of global mean sea level rise since 1993 is a response to radiative forcing (RF, both anthropogenic and natural) and increased loss of ice-sheet mass and not part of a natural oscillation (*medium confidence*). {13.3.6, Figures 13.4, 13.7, Table 13.1}

---

[1]   In this Report, the following summary terms are used to describe the available evidence: limited, medium, or robust; and for the degree of agreement: low, medium, or high. A level of confidence is expressed using five qualifiers: very low, low, medium, high, and very high, and typeset in italics, e.g., *medium confidence*. For a given evidence and agreement statement, different confidence levels can be assigned, but increasing levels of evidence and degrees of agreement are correlated with increasing confidence (see Section 1.4 and Box TS.1 for more details).

[2]   In this Report, the following terms have been used to indicate the assessed likelihood of an outcome or a result: Virtually certain 99–100% probability, Very likely 90–100%, Likely 66–100%, About as likely as not 33–66%, Unlikely 0–33%, Very unlikely 0–10%, Exceptionally unlikely 0–1%. Additional terms (Extremely likely: 95–100%, More likely than not >50–100%, and Extremely unlikely 0–5%) may also be used when appropriate. Assessed likelihood is typeset in italics, e.g., *very likely* (see Section 1.4 and Box TS.1 for more details).

BLM_0151653

### The Earth's Energy Budget

**Independent estimates of effective RF of the climate system, the observed heat storage, and surface warming combine to give an energy budget for the Earth that is closed within uncertainties (*high confidence*), and is consistent with the *likely* range of climate sensitivity.** The largest increase in the storage of heat in the climate system over recent decades has been in the oceans; this is a powerful observation for the detection and attribution of climate change. {Boxes 3.1, 13.1}

### Global Mean Sea Level Rise Projections

**It is *very likely* that the rate of global mean sea level rise during the 21st century will exceed the rate observed during 1971–2010 for all Representative Concentration Pathway (RCP) scenarios due to increases in ocean warming and loss of mass from glaciers and ice sheets. Projections of sea level rise are larger than in the AR4, primarily because of improved modeling of land-ice contributions. For the period 2081–2100, compared to 1986–2005, global mean sea level rise is *likely* (*medium confidence*) to be in the 5 to 95% range of projections from process-based models, which give 0.26 to 0.55 m for RCP2.6, 0.32 to 0.63 m for RCP4.5, 0.33 to 0.63 m for RCP6.0, and 0.45 to 0.82 m for RCP8.5. For RCP8.5, the rise by 2100 is 0.52 to 0.98 m with a rate during 2081–2100 of 8 to 16 mm $yr^{-1}$.** We have considered the evidence for higher projections and have concluded that there is currently insufficient evidence to evaluate the probability of specific levels above the assessed *likely* range. Based on current understanding, only the collapse of marine-based sectors of the Antarctic ice sheet, if initiated, could cause global mean sea level to rise substantially above the *likely* range during the 21st century. This potential additional contribution cannot be precisely quantified but there is *medium confidence* that it would not exceed several tenths of a meter of sea level rise during the 21st century. {13.5.1, Table 13.5, Figures 13.10, 13.11}

**Some semi-empirical models project a range that overlaps the process-based *likely* range while others project a median and 95th percentile that are about twice as large as the process-based models. In nearly every case, the semi-empirical model 95th percentile is higher than the process-based *likely* range.** Despite the successful calibration and evaluation of semi-empirical models against the observed 20th century sea level record, there is no consensus in the scientific community about their reliability, and consequently *low confidence* in projections based on them. {13.5.2, 13.5.3, Figure 13.12}

**It is *virtually certain* that global mean sea level rise will continue beyond 2100, with sea level rise due to thermal expansion to continue for many centuries. The amount of longer term sea level rise depends on future emissions.** The few available process-based models that go beyond 2100 indicate global mean sea level rise above the pre-industrial level to be less than 1 m by 2300 for greenhouse gas concentrations that peak and decline and remain below 500 ppm $CO_2$-eq, as in scenario RCP2.6. For a radiative forcing that corresponds to above 700 ppm $CO_2$-eq but below 1500 ppm, as in the scenario RCP8.5, the projected rise is 1 m to more than 3 m

(*medium confidence*). This assessment is based on *medium confidence* in the modelled contribution from thermal expansion and *low confidence* in the modelled contribution from ice sheets. The amount of ocean thermal expansion increases with global warming (0.2 to 0.6 m $°C^{-1}$) but the rate of the glacier contribution decreases over time as their volume (currently 0.41 m sea level equivalent) decreases. Sea level rise of several meters could result from long-term mass loss by ice sheets (consistent with paleo data observations of higher sea levels during periods of warmer temperatures), but there is *low confidence* in these projections. Sea level rise of 1 to 3 m per degree of warming is projected if the warming is sustained for several millennia (*low confidence*). {13.5.4, Figures 13.4.3, 13.4.4}

**The available evidence indicates that sustained global warming greater than a certain threshold above pre-industrial would lead to the near-complete loss of the Greenland ice sheet over a millennium or more, causing a global mean sea level rise of about 7 m.** Studies with fixed ice-sheet topography indicate the threshold is greater than 2°C but less than 4°C (*medium confidence*) of global mean surface temperature rise with respect to pre-industrial. The one study with a dynamical ice sheet suggests the threshold is greater than about 1°C (*low confidence*) global mean warming with respect to pre-industrial. We are unable to quantify a *likely* range. Whether or not a decrease in the Greenland ice sheet mass loss is irreversible depends on the duration and degree of exceedance of the threshold. Abrupt and irreversible ice loss from a potential instability of marine-based sectors of the Antarctic ice sheet in response to climate forcing is possible, but current evidence and understanding is insufficient to make a quantitative assessment. {5.8, 13.3, 13.4 }

### Regional Sea Level Change Projections

**It is *very likely* that in the 21st century and beyond, sea level change will have a strong regional pattern, with some places experiencing significant deviations of local and regional sea level change from the global mean change.** Over decadal periods, the rates of regional sea level change as a result of climate variability can differ from the global average rate by more than 100% of the global average rate. By the end of the 21st century, it is *very likely* that over about 95% of the world ocean, regional sea level rise will be positive, and most regions that will experience a sea level fall are located near current and former glaciers and ice sheets. About 70% of the global coastlines are projected to experience a relative sea level change within 20% of the global mean sea level change. {13.6.5, Figures 13.18 to 13.22}

### Projections of 21st Century Sea Level Extremes and Surface Waves

**It is *very likely* that there will be a significant increase in the occurrence of future sea level extremes in some regions by 2100, with a *likely* increase in the early 21st century.** This increase will primarily be the result of an increase in mean sea level (*high confidence*), with the frequency of a particular sea level extreme increasing by an order of magnitude or more in some regions by the end of the 21st century. There is *low confidence* in region-specific projections of storminess and associated storm surges. {13.7.2, Figure 13.25}

13

BLM_0151654

**It is *likely* (*medium confidence*) that annual mean significant wave heights will increase in the Southern Ocean as a result of enhanced wind speeds.** Southern Ocean generated swells are *likely* to affect heights, periods, and directions of waves in adjacent basins. It is *very likely* that wave heights and the duration of the wave season will increase in the Arctic Ocean as a result of reduced sea-ice extent. In general, there is *low confidence* in region-specific projections due to the *low confidence* in tropical and extratropical storm projections, and to the challenge of downscaling future wind fields from coarse-resolution climate models. {13.7.3; Figure 13.26}

13

BLM_0151655

## 13.1 Components and Models of Sea Level Change

### 13.1.1 Introduction and Chapter Overview

Changes in sea level occur over a broad range of temporal and spatial scales, with the many contributing factors making it an integral measure of climate change (Milne et al., 2009; Church et al., 2010). The primary contributors to contemporary sea level change are the expansion of the ocean as it warms and the transfer of water currently stored on land to the ocean, particularly from land ice (glaciers and ice sheets) (Church et al., 2011a). Observations indicate the largest increase in the storage of heat in the climate system over recent decades has been in the oceans (Section 3.2) and thus sea level rise from ocean warming is a central part of the Earth's response to increasing greenhouse gas (GHG) concentrations.

The First IPCC Assessment Report (FAR) laid the groundwork for much of our current understanding of sea level change (Warrick and Oerlemans, 1990). This included the recognition that sea level had risen during the 20th century, that the rate of rise had increased compared to the 19th century, that ocean thermal expansion and the mass loss from glaciers were the main contributors to the 20th century rise, that during the 21st century the rate of rise was projected to be faster than during the 20th century, that sea level will not rise uniformly around the world, and that sea level would continue to rise well after GHG emissions are reduced. They also concluded that no major dynamic response of the ice sheets was expected during the 21st century, leaving ocean thermal expansion and the melting of glaciers as the main contributors to the 21st century rise. The Second Assessment Report (SAR) came to very similar conclusions (Warrick et al., 1996).

By the time of the Third Assessment Report (TAR), coupled Atmosphere–Ocean General Circulation Models (AOGCMs) and ice-sheet models largely replaced energy balance climate models as the primary techniques supporting the interpretation of observations and the projections of sea level (Church et al., 2001). This approach allowed consideration of the regional distribution of sea level change in addition to the global average change. By the time of the Fourth Assessment Report (AR4), there were more robust observations of the variations in the rate of global average sea level rise for the 20th century, some understanding of the variability in the rate of rise, and the satellite altimeter record was long enough to reveal the complexity of the time-variable spatial distribution of sea level (Bindoff et al., 2007). Nevertheless, three central issues remained. First, the observed sea level rise over decades was larger than the sum of the individual contributions estimated from observations or with models (Rahmstorf et al., 2007, 2012a), although in general the uncertainties are large enough that there was no significant contradiction. Second, it was not possible to make confident projections of the regional distribution of sea level rise. Third, there was insufficient understanding of the potential contributions from the ice sheets. In particular, the AR4 recognized that existing ice-sheet models were unable to simulate the recent observations of ice-sheet accelerations and that understanding of ice-sheet dynamics was too limited to assess the likelihood of continued acceleration or to provide a best estimate or an upper bound for their future contributions.

Despite changes in the scenarios between the four Assessments, the sea level projections for 2100 (compared to 1990) for the full range of scenarios were remarkably similar, with the reduction in the upper end in more recent reports reflecting the smaller increase in radiative forcing (RF) in recent scenarios due to smaller GHG emissions and the inclusion of aerosols, and a reduction in uncertainty in projecting the contributions: 31 to 110 cm in the FAR, 13 to 94 cm in the SAR, 9 to 88 cm in the TAR and 18 to 59 cm in AR4 (not including a possible additional allowance for a dynamic ice-sheet response).

Results since the AR4 show that for recent decades, sea level has continued to rise (Section 3.7). Improved and new observations of the ocean (Section 3.7) and the cryosphere (Chapter 4) and their representation in models have resulted in better understanding of 20th century sea level rise and its components (this chapter). Records of past sea level changes constrain long-term land-ice response to warmer climates as well as extend the observational record to provide a longer context for current sea level rise (Section 5.6).

This chapter provides a synthesis of past and contemporary sea level change at global and regional scales. Drawing on the published refereed literature, including as summarized in earlier chapters of this Assessment, we explain the reasons for contemporary change and assess confidence in and provide global and regional projections of *likely* sea level change for the 21st century and beyond. We discuss the primary factors that cause regional sea level to differ from the global average and how these may change in the future. In addition, we address projected changes in surface waves and the consequences of sea level and climate change for extreme sea level events.

### 13.1.2 Fundamental Definitions and Concepts

The height of the ocean surface at any given location, or sea level, is measured either with respect to the surface of the solid Earth (relative sea level (RSL)) or a geocentric reference such as the reference ellipsoid (geocentric sea level). RSL is the more relevant quantity when considering the coastal impacts of sea level change, and it has been measured using tide gauges during the past few centuries (Sections 13.2.2 and 3.7) and estimated for longer time spans from geological records (Sections 13.2.1 and 5.6). Geocentric sea level has been measured over the past two decades using satellite altimetry (Sections 13.2.2 and 3.7).

A temporal average for a given location, known as Mean Sea Level (MSL; see Glossary), is applied to remove shorter period variability. Apart from Section 13.7, which considers high-frequency changes in ocean surface height, the use of 'sea level' elsewhere in this chapter refers to MSL. It is common to average MSL spatially to define global mean sea level (GMSL; see Glossary). In principle, integrating RSL change over the ocean area gives the change in ocean water volume, which is directly related to the processes that dominate sea level change (changes in ocean temperature and land-ice volume). In contrast, a small correction (−0.15 to −0.5 mm yr$^{-1}$) needs to be subtracted from altimetry observations to estimate ocean water volume change (Tamisiea, 2011). Local RSL change can differ significantly from GMSL because of spatial variability in changes of the sea surface and ocean floor height (see FAQ 13.1 and Section 13.6).

13

BLM_0151656

### 13.1.3    Processes Affecting Sea Level

This chapter focusses on processes within the ocean, atmosphere, land ice, and hydrological cycle that are climate sensitive and are expected to contribute to sea level change at regional to global scales in the coming decades to centuries (Figure 13.1). Figure 13.2 is a navigation aid for the different sections of this chapter and sections of other chapters that are relevant to sea level change.

Changes in ocean currents, ocean density and sea level are all tightly coupled such that changes at one location impact local sea level and sea level far from the location of the initial change, including changes in sea level at the coast in response to changes in open-ocean temperature (Landerer et al., 2007; Yin et al., 2010). Although both temperature and salinity changes can contribute significantly to regional sea level change (Church et al., 2010), only temperature change produces a significant contribution to global average ocean volume change due to thermal expansion or contraction (Gregory and Lowe, 2000). Regional atmospheric pressure anomalies also cause sea level to vary through atmospheric loading (Wunsch and Stammer, 1997). All of these climate-sensitive processes cause sea level to vary on a broad range of space and time scales from relatively short-lived events, such as waves and storm surges, to sustained changes over several decades or centuries that are associated with atmospheric and ocean modes of climate variability (White et al., 2005; Miller and Douglas, 2007; Zhang and Church, 2012).

Water and ice mass exchange between the land and the oceans leads to a change in GMSL. A signal of added mass to the ocean propagates rapidly around the globe such that all regions experience a sea level change within days of the mass being added (Lorbacher et al., 2012). In addition, an influx of freshwater changes ocean temperature and salinity and thus changes ocean currents and local sea level (Stammer, 2008; Yin et al., 2009), with signals taking decades to propagate around

the global ocean. The coupled atmosphere–ocean system can also adjust to temperature anomalies associated with surface freshwater anomalies through air–sea feedbacks, resulting in dynamical adjustments of sea level (Okumura et al., 2009; Stammer et al., 2011). Water mass exchange between land and the ocean also results in patterns of sea level change called 'sea level fingerprints' (Clark and Lingle, 1977; Conrad and Hager, 1997; Mitrovica et al., 2001) due to change in the gravity field and vertical movement of the ocean floor associated with visco-elastic Earth deformation (Farrell and Clark, 1976). These changes in mass distribution also affect the Earth's inertia tensor and therefore rotation, which produces an additional sea level response (Milne and Mitrovica, 1998).

There are other processes that affect sea level but are not associated with contemporary climate change. Some of these result in changes that are large enough to influence the interpretation of observational records and sea level projections at regional and global scales. In particular, surface mass transfer from land ice to oceans during the last deglaciation contributes significantly to present-day sea level change due to the ongoing visco-elastic deformation of the Earth and the corresponding changes of the ocean floor height and gravity (referred to as glacial isostatic adjustment (GIA)) (Lambeck and Nakiboglu, 1984; Peltier and Tushingham, 1991). Ice sheets also have long response times and so continue to respond to past climate change (Section 13.1.5).

Anthropogenic processes that influence the amount of water stored in the ground or on its surface in lakes and reservoirs, or cause changes in land surface characteristics that influence runoff or evapotranspiration rates, will perturb the hydrological cycle and cause sea level change (Sahagian, 2000; Wada et al., 2010). Such processes include water impoundment (dams, reservoirs), irrigation schemes, and groundwater depletion (Section 13.4.5).



**Figure 13.1 |** Climate-sensitive processes and components that can influence global and regional sea level and are considered in this chapter. Changes in any one of the components or processes shown will result in a sea level change. The term 'ocean properties' refers to ocean temperature, salinity and density, which influence and are dependent on ocean circulation. Both relative and geocentric sea level vary with position. Note that the geocenter is not shown.

BLM_0151657



**Figure 13.2 |** Schematic representation of key linkages between processes and components that contribute to sea level change and are considered in this report. Colouring of individual boxes indicates the types of models and approaches used in projecting the contribution of each process or component to future sea level change. The diagram also serves as an index to the sections in this Assessment that are relevant to the assessment of sea level projections via the section numbers given at the bottom of each box. Note gravity and solid Earth effects change the shape of the ocean floor and surface and thus are required to infer changes in ocean water volume from both relative and geocentric sea level observations.

Sea level changes due to tectonic and coastal processes are beyond the scope of this chapter. With the exception of earthquakes, which can cause rapid local changes and tsunamis (Broerse et al., 2011) and secular RSL changes due to post-seismic deformation (Watson et al., 2010), tectonic processes cause, on average, relatively low rates of sea level change (order 0.1 mm yr⁻¹ or less; Moucha et al., 2008). Sediment transfer and compaction (including from ground water depletion) in the coastal zone are particularly important in deltaic regions (Blum and Roberts, 2009; Syvitski et al., 2009). Although they can dominate sea level change in these localized areas, they are less important as a source of sea level change at regional and global scales and so are not considered further in this chapter (see discussion in Working Group II, Chapter 5). Estimates of sediment delivery to the oceans (Syvitski and Kettner, 2011) suggest a contribution to GMSL rise of order 0.01 mm yr⁻¹.

### 13.1.4  Models Used to Interpret Past and Project Future Changes in Sea Level

AOGCMs have components representing the ocean, atmosphere, land, and cryosphere, and simulate sea surface height changes relative to the geoid resulting from the natural forcings of volcanic eruptions and changes in solar irradiance, and from anthropogenic increases in GHGs and aerosols (Chapter 9). AOGCMs also exhibit internally generated climate variability, including such modes as the El Niño-Southern Oscillation (ENSO), the Pacific Decadal Oscillation (PDO), the North Atlantic Oscillation (NAO) and others that affect sea level (White et al., 2005; Zhang and Church, 2012). Critical components for global and regional changes in sea level are changes in surface wind stress and air–sea heat and freshwater fluxes (Lowe and Gregory, 2006; Timmermann et al., 2010; Suzuki and Ishii, 2011) and the resultant changes in ocean density and circulation, for instance in the strength of the Atlantic Meridional Overturning Circulation (AMOC; Yin et al., 2009; Lorbacher et al., 2010; Pardaens et al., 2011a). As in the real world, ocean density, circulation and sea level are dynamically connected in AOGCMs and evolve together. Offline models are required for simulating glacier and ice-sheet changes (Section 13.1.4.1).

Geodynamic surface-loading models are used to simulate the RSL response to past and contemporary changes in surface water and land-ice mass redistribution and contemporary atmospheric pressure changes. The sea surface height component of the calculation is based solely on water mass conservation and perturbations to gravity, with no considerations of ocean dynamic effects. Application of these models has focussed on annual and interannual variability driven by contemporary changes in the hydrological cycle and atmospheric loading (Clarke et al., 2005; Tamisiea et al., 2010), and on secular trends associated with past and contemporary changes in land ice and hydrology (Lambeck et al., 1998; Mitrovica et al., 2001; Peltier, 2004; Riva et al., 2010).

Semi-empirical models (SEMs) project sea level based on statistical relationships between observed GMSL and global mean temperature (Rahmstorf, 2007a; Vermeer and Rahmstorf, 2009; Grinsted et al., 2010) or total RF (Jevrejeva et al., 2009, 2010). The form of this relationship is motivated by physical considerations, and the parameters are determined from observational data—hence the term 'semi-empirical' (Rahmstorf et al., 2012b). SEMs do not explicitly simulate the underlying processes, and they use a characteristic response time that could be considerably longer than the time scale of interest (Rahmstorf, 2007a) or one that is explicitly determined by the model (Grinsted et al., 2010).

Storm-surge and wave-projection models are used to assess how changes in storminess and MSL impact sea level extremes and wave climates. The two main approaches involve dynamical (Lowe et al., 2010) and statistical models (Wang et al., 2010). The dynamical models are forced by near-surface wind and mean sea level pressure fields derived from regional or global climate models (Lowe et al., 2010).

In this chapter, we use the term 'process-based models' (see Glossary) to refer to sea level and land-ice models (Section 13.1.4.1) that aim to simulate the underlying processes and interactions, in contrast to

BLM_0151658

'semi-empirical models' which do not. Although these two approaches are distinct, semi-empirical methods are often employed in components of the process-based models (e.g., glacier models in which surface mass balance is determined by a degree-day method (Braithwaite and Olesen, 1989)).

### 13.1.4.1 Models Used to Project Changes in Ice Sheets and Glaciers

The representation of glaciers and ice sheets within AOGCMs is not yet at a stage where projections of their changing mass are routinely available. Additional process-based models use output from AOGCMs to evaluate the consequences of projected climate change on these ice masses.

The overall contribution of an ice mass to sea level involves changes to either its surface mass balance (SMB) or changes in the dynamics of ice flow that affect outflow (i.e., solid ice discharge) to the ocean. SMB is primarily the difference between snow accumulation and the melt and sublimation of snow and ice (ablation). An assessment of observations related to this mass budget can be found in Section 4.4.2. Although some ice-sheet models used in projections incorporate both effects, most studies have focussed on either SMB or flow dynamics. It is assumed that the overall contribution can be found by summing the contributions calculated independently for these two sources, which is valid if they do not interact significantly. Although this can be addressed using a correction term to SMB in ice-sheet projections over the next century, such interactions become more important on longer time scales when, for example, changes in ice-sheet topography may significantly affect SMB or dynamics.

Projecting the sea level contribution of land ice requires comparing the model results with a base state that assumes no significant sea level contribution. This base state is taken to be either the pre-industrial period or, because of our scant knowledge of the ice sheets before the advent of satellites, the late 20th century. In reality, even at these times, the ice sheets may have been contributing to sea level change (Huybrechts et al., 2011; Box and Colgan, 2013) and this contribution, although difficult to quantify, should be included in the observed sea level budget (Gregory et al., 2013b).

Regional Climate Models (RCMs), which incorporate or are coupled to sophisticated representations of the mass and energy budgets associated with snow and ice surfaces, are now the primary source of ice-sheet SMB projections. A major source of uncertainty lies in the ability of these schemes to adequately represent the process of internal refreezing of melt water within the snowpack (Bougamont et al., 2007; Fausto et al., 2009). These models require information on the state of the atmosphere and ocean at their lateral boundaries, which are derived from reanalysis data sets or AOGCMs for past climate, or from AOGCM projections of future climate.

Models of ice dynamics require a fairly complete representation of stresses within an ice mass in order to represent the response of ice flow to changes at the marine boundary and the governing longitudinal stresses (Schoof, 2007a). For Antarctica, there is also a need to employ high spatial resolution (<1 km) to capture the dynamics of grounding

line migration robustly so that results do not depend to an unreasonable extent on model resolution (Durand et al., 2009; Goldberg et al., 2009; Morlighem et al., 2010; Cornford et al., 2013; Pattyn et al., 2013). One-dimensional flowline models have been developed to the stage that modelled iceberg calving is comparable with observations (Nick et al., 2009). The success of this modelling approach relies on the ability of the model's computational grid to evolve to continuously track the migrating calving front. Although this is relatively straightforward in a one-dimensional model, this technique is difficult to incorporate into three-dimensional ice-sheet models that typically use a computational grid that is fixed in space.

The main challenge faced by models attempting to assess sea level change from glaciers is the small number of glaciers for which mass budget observations are available (about 380) (Cogley, 2009a) (see Sections 4.3.1 and 4.3.4) as compared to the total number (the Randolph Glacier Inventory contains more than 170,000) (Arendt et al., 2012). Statistical techniques are used to derive relations between observed SMB and climate variables for the small sample of surveyed glaciers, and then these relations are used to upscale to regions of the world. These techniques often include volume–area scaling to estimate glacier volume from their more readily observable areas. Although tidewater glaciers may also be affected by changes in outflow related to calving, the complexity of the associated processes means that most studies limit themselves to assessing the effects of SMB changes.

## 13.2   Past Sea Level Change

### 13.2.1   The Geological Record

Records of past sea level change provide insight into the sensitivity of sea level to past climate change as well as context for understanding current changes and evaluating projected changes. Since the AR4, important progress has been made in understanding the amplitude and variability of sea level during past intervals when climate was warmer than pre-industrial, largely through better accounting of the effects of proxy uncertainties and GIA on coastal sequences (Kopp et al., 2009, 2013; Raymo et al., 2011; Dutton and Lambeck, 2012; Lambeck et al., 2012; Raymo and Mitrovica, 2012) (Chapter 5). Here we summarize the constraints provided by the record of past sea level variations during times when global temperature was similar to or warmer than today.

#### 13.2.1.1  The Middle Pliocene

There is *medium confidence* that during the warm intervals of the middle Pliocene (3.3 to 3.0 Ma), global mean surface temperatures were 2°C to 3.5°C warmer than for pre-industrial climate (Section 5.3.1). There are multiple lines of evidence that GMSL during these middle Pliocene warm periods was higher than today, but low agreement on how high it reached (Section 5.6.1). The most robust lines of evidence come from proximal sedimentary records that suggest periodic deglaciation of the West Antarctic ice sheet (WAIS) and parts of the East Antarctic ice sheet (EAIS) (Naish et al., 2009; Passchier, 2011) and from ice-sheet models that suggest near-complete deglaciation of the Greenland ice sheet, WAIS and partial deglaciation of the EAIS

**13**

BLM_0151659

(Pollard and DeConto, 2009; Hill et al., 2010; Dolan et al., 2011). The assessment by Chapter 5 suggests that GMSL was above present, but that it did not exceed 20 m above present, during the middle Pliocene warm periods (*high confidence*).

### 13.2.1.2   Marine Isotope Stage 11

During marine isotope stage 11 (MIS 11; 401 to 411 ka), Antarctic ice core and tropical Pacific paleo temperature estimates suggest that global temperature was 1.5°C to 2.0°C warmer than pre-industrial (*low confidence*) (Masson-Delmotte et al., 2010). Studies of the magnitude of sea level highstands from raised shorelines attributed to MIS 11 have generated highly divergent estimates. Since the AR4, studies have accounted for GIA effects (Raymo and Mitrovica, 2012) or reported elevations from sites where the GIA effects are estimated to be small (Muhs et al., 2012; Roberts et al., 2012). From this evidence, our assessment is that MIS 11 GMSL reached 6 to 15 m higher than present (*medium confidence*), requiring a loss of most or all of the present Greenland ice sheet and WAIS plus a reduction in the EAIS of up to 5 m equivalent sea level if sea level rise was at the higher end of the range.

### 13.2.1.3   The Last Interglacial Period

New data syntheses and model simulations since the AR4 indicate that during the Last Interglacial Period (LIG, ~129 to 116 ka), global mean annual temperature was 1°C to 2ºC warmer than pre-industrial (*medium confidence*) with peak global annual sea surface temperatures (SSTs) that were 0.7°C ± 0.6°C warmer (*medium confidence*) (Section 5.3.4). High latitude surface temperature, averaged over several thousand years, was at least 2°C warmer than present (*high confidence*) (Section 5.3.4). There is robust evidence and high agreement that under the different orbital forcing and warmer climate of the LIG, sea level was higher than present. There have been a large number of estimates of the magnitude of LIG GMSL rise from localities around the globe, but they are generally from a small number of RSL reconstructions, and do not consider GIA effects, which can be substantial (Section 5.6.2). Since the AR4, two approaches have addressed GIA effects in order to infer LIG sea level from RSL observations at coastal sites. Kopp et al. (2009, 2013) obtained a probabilistic estimate of GMSL based on a large and geographically broadly distributed database of LIG sea level indicators. Their analysis accounted for GIA effects (and their uncertainties) as well as uncertainties in geochronology, the interpretation of sea level indicators, and regional tectonic uplift and subsidence. Kopp et al. (2013) concluded that GMSL was 6.4 m (95% probability) and 7.7 m (67% probability) higher than present, and with a 33% probability that it exceeded 8.8 m. The other approach, taken by Dutton and Lambeck (2012), used data from far-field sites that are tectonically stable. Their estimate of 5.5 to 9 m LIG GMSL is consistent with the probabilistic estimates made by Kopp et al. (2009, 2013). Chapter 5 thus concluded there is *very high confidence* that the maximum GMSL during the LIG was at least 5 m higher than present and *high confidence* it did not exceed 10 m. The best estimate is 6 m higher than present. Chapter 5 also concluded from ice-sheet model simulations and elevation changes derived from a new Greenland ice core that the Greenland ice sheet *very likely* contributed between 1.4 and 4.3 m sea level equivalent. This implies with *medium confidence* a

contribution from the Antarctic ice sheet to the global mean sea level during the last interglacial period, but this is not yet supported by observational and model evidence.

There is *medium confidence* for a sea level fluctuation of up to 4 m during the LIG, but regional sea level variability and uncertainties in sea level proxies and their ages cause differences in the timing and amplitude of the reported fluctuation (Kopp et al., 2009, 2013; Thompson et al., 2011). For the time interval during the LIG in which GMSL was above present, there is *high confidence* that the maximum 1000-year average rate of GMSL rise associated with the sea level fluctuation exceeded 2 m kyr$^{-1}$ but that it did not exceed 7 m kyr$^{-1}$ (Chapter 5) (Kopp et al., 2013). Faster rates lasting less than a millennium cannot be ruled out by these data. Therefore, there is *high confidence* that there were intervals when rates of GMSL rise during the LIG exceeded the 20th century rate of 1.7 [1.5 to 1.9] mm yr$^{-1}$.

### 13.2.1.4   The Late Holocene

Since the AR4, there has been significant progress in resolving the sea level history of the last 7000 years. RSL records indicate that from ~7 to 3 ka, GMSL *likely* rose 2 to 3 m to near present-day levels (Chapter 5). Based on local sea level records spanning the last 2000 years, there is *medium confidence* that fluctuations in GMSL during this interval have not exceeded ~ ±0.25 m on time scales of a few hundred years (Section 5.6.3, Figure 13.3a). The most robust signal captured in salt marsh records from both Northern and Southern Hemispheres supports the AR4 conclusion for a transition from relatively low rates of change during the late Holocene (order tenths of mm yr$^{-1}$) to modern rates (order mm yr$^{-1}$) (Section 5.6.3, Figure 13.3b). However, there is variability in the magnitude and the timing (1840–1920) of this increase in both paleo and instrumental (tide gauge) records (Section 3.7). By combining paleo sea level records with tide gauge records at the same localities, Gehrels and Woodworth (2013) concluded that sea level began to rise above the late Holocene background rate between 1905 and 1945, consistent with the conclusions by Lambeck et al. (2004).

## 13.2.2   The Instrumental Record (~1700–2012)

The instrumental record of sea level change is mainly comprised of tide gauge measurements over the past two to three centuries (Figures 13.3b and 13.3c) and, since the early 1990s, of satellite-based radar altimeter measurements (Figure 13.3d).

### 13.2.2.1   The Tide Gauge Record (~1700–2012)

The number of tide gauges has increased since the first gauges at some northern European ports were installed in the 18th century; Southern Hemisphere (SH) measurements started only in the late 19th century. Section 3.7 assesses 20th century sea level rise estimates from tide gauges (Douglas, 2001; Church and White, 2006, 2011; Jevrejeva et al., 2006, 2008; Holgate, 2007; Ray and Douglas, 2011), and concludes that even though different strategies were developed to account for inhomogeneous tide gauge data coverage in space and time, and to correct for vertical crustal motions (also sensed by tide gauges, in addition to sea level change and variability), it is *very likely*

13



**Figure 13.3 |** (a) Paleo sea level data for the last 3000 years from Northern and Southern Hemisphere sites. The effects of glacial isostatic adjustment (GIA) have been removed from these records. Light green = Iceland (Gehrels et al., 2006), purple = Nova Scotia (Gehrels et al., 2005), bright blue = Connecticut (Donnelly et al., 2004), blue = Nova Scotia (Gehrels et al., 2005), red = United Kingdom (Gehrels et al., 2011), green = North Carolina (Kemp et al., 2011), brown = New Zealand (Gehrels et al., 2008), grey = mid-Pacific Ocean (Woodroffe et al., 2012). (b) Paleo sea level data from salt marshes since 1700 from Northern and Southern Hemisphere sites compared to sea level reconstruction from tide gauges (blue time series with uncertainty) (Jevrejeva et al., 2008). The effects of GIA have been removed from these records by subtracting the long-term trend (Gehrels and Woodworth, 2013). Ordinate axis on the left corresponds to the paleo sea level data. Ordinate axis on the right corresponds to tide gauge data. Green and light green = North Carolina (Kemp et al., 2011), orange = Iceland (Gehrels et al., 2006), purple = New Zealand (Gehrels et al., 2008), dark green = Tasmania (Gehrels et al., 2012), brown = Nova Scotia (Gehrels et al., 2005). (c) Yearly average global mean sea level (GMSL) reconstructed from tide gauges by three different approaches. Orange from Church and White (2011), blue from Jevrejeva et al. (2008), green from Ray and Douglas (2011) (see Section 3.7). (d) Altimetry data sets from five groups (University of Colorado (CU), National Oceanic and Atmospheric Administration (NOAA), Goddard Space Flight Centre (GSFC), Archiving, Validation and Interpretation of Satellite Oceanographic (AVISO), Commonwealth Scientific and Industrial Research Organisation (CSIRO)) with mean of the five shown as bright blue line (see Section 3.7). (e) Comparison of the paleo data from salt marshes (purple symbols, from (b)), with tide gauge and altimetry data sets (same line colours as in (c) and (d)). All paleo data were shifted by mean of 1700–1850 derived from the Sand Point, North Carolina data. The Jevrejeva et al. (2008) tide gauge data were shifted by their mean for 1700–1850; other two tide gauge data sets were shifted by the same amount. The altimeter time series has been shifted vertically upwards so that their mean value over the 1993–2007 period aligns with the mean value of the average of all three tide gauge time series over the same period.

13

BLM_0151661

Frequently Asked Questions
## FAQ 13.1 | Why Does Local Sea Level Change Differ from the Global Average?

*Shifting surface winds, the expansion of warming ocean water, and the addition of melting ice can alter ocean cur-rents which, in turn, lead to changes in sea level that vary from place to place. Past and present variations in the distribution of land ice affect the shape and gravitational field of the Earth, which also cause regional fluctuations in sea level. Additional variations in sea level are caused by the influence of more localized processes such as sedi-ment compaction and tectonics.*

Along any coast, vertical motion of either the sea or land surface can cause changes in sea level relative to the land (known as relative sea level). For example, a local change can be caused by an increase in sea surface height, or by a decrease in land height. Over relatively short time spans (hours to years), the influence of tides, storms and climatic variability—such as El Niño—dominates sea level variations. Earthquakes and landslides can also have an effect by causing changes in land height and, sometimes, tsunamis. Over longer time spans (decades to centuries), the influ-ence of climate change—with consequent changes in volume of ocean water and land ice—is the main contributor to sea level change in most regions. Over these longer time scales, various processes may also cause vertical motion of the land surface, which can also result in substantial changes in relative sea level.

Since the late 20th century, satellite measurements of the height of the ocean surface relative to the center of the Earth (known as geocentric sea level) show differing rates of geocentric sea level change around the world (see FAQ 13.1, Figure 1). For example, in the western Pacific Ocean, rates were about three times greater than the global mean value of about 3 mm per year from 1993 to 2012. In contrast, those in the eastern Pacific Ocean are lower than the global mean value, with much of the west coast of the Americas experiencing a fall in sea surface height over the same period. *(continued on next page)*



**FAQ13.1, Figure 1 |** Map of rates of change in sea surface height (geocentric sea level) for the period 1993–2012 from satellite altimetry. Also shown are relative sea level changes (grey lines) from selected tide gauge stations for the period 1950–2012. For comparison, an estimate of global mean sea level change is also shown (red lines) with each tide gauge time series. The relatively large, short-term oscillations in local sea level (grey lines) are due to the natural climate variability described in the main text. For example, the large, regular deviations at Pago Pago are associated with the El Niño-Southern Oscillation.

BLM_0151662

*FAQ 13.1 (continued)*

Much of the spatial variation shown in FAQ 13.1, Figure 1 is a result of natural climate variability—such as El Niño and the Pacific Decadal Oscillation—over time scales from about a year to several decades. These climate variations alter surface winds, ocean currents, temperature and salinity, and hence affect sea level. The influence of these processes will continue during the 21st century, and will be superimposed on the spatial pattern of sea level change associated with longer term climate change, which also arises through changes in surface winds, ocean currents, temperature and salinity, as well as ocean volume. However, in contrast to the natural variability, the longer term trends accumulate over time and so are expected to dominate over the 21st century. The resulting rates of geocentric sea level change over this longer period may therefore exhibit a very different pattern from that shown in FAQ 13.1, Figure 1.

Tide gauges measure relative sea level, and so they include changes resulting from vertical motion of both the land and the sea surface. Over many coastal regions, vertical land motion is small, and so the long-term rate of sea level change recorded by coastal and island tide gauges is similar to the global mean value (see records at San Francisco and Pago Pago in FAQ 13.1, Figure 1). In some regions, vertical land motion has had an important influence. For example, the steady fall in sea level recorded at Stockholm (FAQ 13.1, Figure 1) is caused by uplift of this region after the melting of a large (>1 km thick) continental ice sheet at the end of the last Ice Age, between ~20,000 and ~9000 years ago. Such ongoing land deformation as a response to the melting of ancient ice sheets is a significant contributor to regional sea level changes in North America and northwest Eurasia, which were covered by large continental ice sheets during the peak of the last Ice Age.

In other regions, this process can also lead to land subsidence, which elevates relative sea levels, as it has at Charlottetown, where a relatively large increase has been observed, compared to the global mean rate (FAQ 13.1, Figure 1). Vertical land motion due to movement of the Earth's tectonic plates can also cause departures from the global mean sea level trend in some areas—most significantly, those located near active subduction zones, where one tectonic plate slips beneath another. For the case of Antofagasta (FAQ 13.1, Figure 1) this appears to result in steady land uplift and therefore relative sea level fall.

In addition to regional influences of vertical land motion on relative sea level change, some processes lead to land motion that is rapid but highly localized. For example, the greater rate of rise relative to the global mean at Manila (FAQ 13.1, Figure 1) is dominated by land subsidence caused by intensive groundwater pumping. Land subsidence due to natural and anthropogenic processes, such as the extraction of groundwater or hydrocarbons, is common in many coastal regions, particularly in large river deltas.



-3.0   -2.0   -1.0   0.0   0.2   0.4   0.6   0.8   1.0   1.1   1.2   1.3
Sea level change (mm yr⁻¹)

**FAQ13.1, Figure 2** | Model output showing relative sea level change due to melting of the Greenland ice sheet and the West Antarctic ice sheet at rates of 0.5 mm yr⁻¹ each (giving a global mean value for sea level rise of 1 mm yr⁻¹). The modelled sea level changes are less than the global mean value in areas near the melting ice but enhanced further afield. (Adapted from Milne et al., 2009)

It is commonly assumed that melting ice from glaciers or the Greenland and Antarctic ice sheets would cause globally uniform sea level rise, much like filling a bath tub with water. In fact, such melting results in regional variations in sea level due to a variety of processes, including changes in ocean currents, winds, the Earth's gravity field and land height. For example, computer models that simulate these latter two processes predict a regional fall in relative sea level around the melting ice sheets, because the gravitational attraction between ice and ocean water is reduced, and the land tends to rise as the ice melts (FAQ 13.1, Figure 2). However, further away from the ice sheet melting, sea level rise is enhanced, compared to the global average value.

In summary, a variety of processes drive height changes of the ocean surface and ocean floor, resulting in distinct spatial patterns of sea level change at local to regional scales. The combination of these processes produces a complex pattern of total sea level change, which varies through time as the relative contribution of each process changes. The global average change is a useful single value that reflects the contribution of climatic processes (e.g., land-ice melting and ocean warming), and represents a good estimate of sea level change at many coastal locations. At the same time, however, where the various regional processes result in a strong signal, there can be large departures from the global average value.

**13**

BLM_0151663

that the long-term trend estimate in GMSL is 1.7 [1.5 to 1.9] mm yr[-1] between 1901 and 2010 for a total sea level rise of 0.19 [0.17 to 0.21] m (Figure 13.3c). Interannual and decadal-scale variability is superimposed on the long-term MSL trend, and Chapter 3 noted that discrepancies between the various published MSL records are present at these shorter time scales.

Section 3.7 also concludes that it is *likely* that the rate of sea level rise increased from the 19th century to the 20th century. Taking this evidence in conjunction with the proxy evidence for a change of rate (Sections 5.6.3 and 13.2.1; Figure 13.3b), there is *high confidence* that the rate of sea level rise has increased during the last two centuries, and it is *likely* that GMSL has accelerated since the early 1900's. Because of the presence of low-frequency variations (e.g., multi-decadal variations seen in some tide gauge records; Chambers et al. (2012)), sea level acceleration results are sensitive to the choice of the analysis time span. When a 60-year oscillation is modelled along with an acceleration term, the estimated acceleration in GMSL (twice the quadratic term) computed over 1900–2010 ranges from 0.000 [–0.002 to 0.002] mm yr[-2] in the Ray and Douglas (2011) record, to 0.013 [0.007 to 0.019] mm yr[-2] in the Jevrejeva et al. (2008) record, and 0.012 [0.009 to 0.015] mm yr[-2] in the Church and White (2011) record. For comparison, Church and White (2011) estimated the acceleration term to be 0.009 [0.004 to 0.014] mm yr[-2] over the 1880–2009 time span when the 60-year cycle is not considered.

### 13.2.2.2  The Satellite Altimeter Record (1993–2012)

The high-precision satellite altimetry record started in 1992 and provides nearly global (±66°) sea level measurements at 10-day intervals. Ollivier et al. (2012) showed that Envisat, which observes to ±82° latitude, provides comparable GMSL estimates. Although there are slight differences at interannual time scales in the altimetry-based GMSL time series produced by different groups (Masters et al., 2012), there is very good agreement on the 20-year long GMSL trend (Figure 13.3d). After accounting for the ~ –0.3 mm yr[-1] correction related to the increasing size of the global ocean basins due to GIA (Peltier, 2009), a GMSL rate of 3.2 [2.8 to 3.6] mm yr[-1] over 1993–2012 is found by the different altimetry data processing groups. The current level of precision is derived from assessments of all source of errors affecting the altimetric measurements (Ablain et al., 2009) and from tide gauge comparisons (Beckley et al., 2010; Nerem et al., 2010). Chapter 3 concludes that the GMSL trend since 1993 is *very likely* higher compared to the mean rates over the 20th century, and that it is *likely* that GMSL rose between 1920 and 1950 at a rate comparable to that observed since 1993. This recent higher rate is also seen in tide gauge data over the same period, but on the basis of observations alone it does not necessarily reflect a recent acceleration, considering the previously reported multi-decadal variations of mean sea level. The rapid increase in GMSL since 2011 is related to the recovery from the 2011 La Niña event (Section 13.3.5) (Boening et al., 2012).

## 13.3   Contributions to Global Mean Sea Level Rise During the Instrumental Period

In order to assess our understanding of the causes of observed changes and our confidence in projecting future changes we compare observational estimates of contributions with results derived from AOGCM experiments, beginning in the late 19th century, forced with estimated past time-dependent anthropogenic changes in atmospheric composition and natural forcings due to volcanic aerosols and variations in solar irradiance (Section 10.1). This period and these simulations are often referred to as "historical."

### 13.3.1   Thermal Expansion Contribution

#### 13.3.1.1  Observed

Important progress has been realized since AR4 in quantifying the observed thermal expansion component of global mean sea level rise. This progress reflects (1) the detection of systematic time-dependent depth biases affecting historical expendable bathythermograph data (Gouretski and Koltermann, 2007) (Chapter 3), (2) the newly available Argo Project ocean (temperature and salinity) data with almost global coverage (not including ice-covered regions and marginal seas) of the oceans down to 2000 m since 2004–2005, and (3) estimates of the deep-ocean contribution using ship-based data collected during the World Ocean Circulation Experiment and revisit cruises (Johnson and Gruber, 2007; Johnson et al., 2007; Purkey and Johnson, 2010; Kouketsu et al., 2011).

For the period 1971–2010, the rate for the 0 to 700 m depth range is 0.6 [0.4 to 0.8] mm yr[-1] (Section 3.7.2 and Table 3.1). Including the deep-ocean contribution for the same period increases the value to 0.8 [0.5 to 1.1] mm yr[-1] (Table 13.1). Over the altimetry period (1993–2010), the rate for the 0 to 700 m depth range is 0.8 [0.5 to 1.1] mm yr[-1] and 1.1 [0.8 to 1.4] mm yr[-1] when accounting for the deep ocean (Section 3.7.2, Table 3.1, Table 13.1).

#### 13.3.1.2  Modelled

GMSL rise due to thermal expansion is approximately proportional to the increase in ocean heat content (Section 13.4.1). Historical GMSL rise due to thermal expansion simulated by CMIP5 models is shown in Table 13.1 and Figure 13.4a. The model spread is due to uncertainty in RF and modelled climate response (Sections 8.5.2, 9.4.2.2, 9.7.2.5 and 13.4.1).

In the time mean of several decades, there is a negative volcanic forcing if there is more volcanic activity than is typical of the long term, and a positive forcing if there is less. In the decades after major volcanic eruptions, the rate of expansion is temporarily enhanced, as the ocean recovers from the cooling caused by the volcanic forcing (Church et al., 2005; Gregory et al., 2006) (Figure 13.4a). During 1961–1999, a period when there were several large volcanic eruptions, the CMIP3 simulations with both natural and anthropogenic forcing have substantially smaller increasing trends in the upper 700 m than those with anthropogenic forcing only (Domingues et al., 2008) because the natural volcanic forcing tends to cool the climate system, thus reducing ocean

13