**Table 14.2 |** Assessed *confidence* (*high, medium, low*) in climate projections of regional temperature and precipitation change from the multi-model ensemble of CMIP5 models for the RCP4.5 scenario. Column 1 refers to the SREX regions (cf. Seneviratne et al., 2012, page 12). The region's coordinates can be found from their online Appendix 3.A) and six additional regions including the two polar regions, the Caribbean, Indian Ocean and Pacific Island States (see Annex I for further details). Columns 2 to 4 show confidence in models' ability to simulate present-day mean temperature and precipitation as well as the most important phenomena for that region based on Figures 9.39, 9.40, and 9.45. In column 4, the individual phenomena are listed, with associated confidence levels shown below, in the same order as the phenomena. Note that only phenomena assessed in Figure 9.45 are listed. Column 5 is an interpretation of the relevance of the main phenomena for future regional climate change, based on Table 14.3. Note that the SREX regions are smaller than the regions listed in Table 14.3. Columns 6 and 7 express confidence in projected temperature and precipitation changes, based solely on model agreement for 2080–2099 vs. 1985–2005, as listed in Table 14.1 and in the maps shown in Annex I. The confidence is assessed for two periods for temperature (DJF and JJA) and two-half year periods for precipitation (October to March and April to September). When the projections are consistent with no significant change, it is marked by an asterisk (*) and the assigned *confidence* is *medium*. Further details on how confidence levels have been assigned are provided in the Supplementary Material (Section 14.SM.6.1).

| SREX Region | Present | | | Future | | |
|---|---|---|---|---|---|---|
| | Temperature | Precipitation | Main Phenomenon | Relevance of Main Phenomena | Temperature | Precipitation |
| **1. ALA** | M | L | PNA/PDO M/M | H | H/H | H/H |
| **2. CGI** | H | M | NAO H | H | H/H | H/H |
| **3. WNA** | M | L | PNA/ENSO/PDO/Monsoon M/M/M/M | M-H | H/H | M/M* |
| **4. CNA** | L | H | PNA/ENSO M/M | M-H | H/H | M*/M* |
| **5. ENA** | H | H | PNA/ENSO/NAO/Monsoon M/M/H/M | M-H | H/H | H/M |
| **6. CAM** | H | M | ENSO/TC M/H | M-H | H/H | M*/M* |
| **7. AMZ** | H | L | ENSO M | M | H/H | M*/M* |
| **8. NEB** | H | M | ENSO M | M-H | H/H | M*/L |
| **9. WSA** | M | L | ENSO /SAM M/M | M-H | H/H | L/M* |
| **10. SSA** | H | L | ENSO/SAM M/M | M-H | H/H | L/L |
| **11. NEU** | M | H | NAO/blocking H/L | H | H/H | H/L |
| **12. CEU** | H | M | NAO/blocking H/L | H | H/H | M/M* |
| **13. MED** | H | H | NAO/blocking H/L | H | H/H | L/M |
| **14. SAH** | M | L | NAO H | H | H/H | M*/M* |
| **15. WAF** | M | L | Monsoon/AMO M/M | M | H/H | L/M* |
| **16. EAF** | H | L | IOD M | M | H/H | M*/M* |
| **17. SAF** | H | L | SAM/TC M/H | H | H/H | M*/L |
| **18. NAS** | M | L | NAO/Blocking H/L | M | H/H | H/H |
| **19. WAS** | H | L | NAO/IOD/TC H/M/H | M-H | H/H | M*/M* |
| **20. CAS** | M | L | N/A | N/A | H/H | M*/M* |
| **21. TIB** | M | L | Monsoon M | M | H/H | H/H |
| **22. EAS** | M | M | ENSO/Monsoon/TC M/M/H | M-H | H/H | M/H |
| **23. SAS** | M | M | Monsoon/IOD/ENSO/TC/MJO M/M/M/H/L | L-H | H/H | M*/H |
| **24. SEA** | H | M | Monsoon/IOD/ENSO/TC/MJO M/M/M/H/L | L-H | H/H | M/M |

(continued on next page)

**14**

BLM_0151800

*Table 14.2 (continued)*

| SREX Region | Present | | | Future | | |
|---|---|---|---|---|---|---|
| | Temperature | Precipitation | Main Phenomenon | Relevance of Main Phenomena | Temperature | Precipitation |
| **25. NAU** | H | M | ENSO/Monsoon/TC/IOD/MJO M/M/H/M/L | L-H | H/H | M*/M* |
| **26. SAU** | H | L | SAM M | M-H | H/H | M*/M* |
| | | | | | | |
| **1. Arctic (land)** | H | L | NAO H | H | H/H | H/H |
| **2. Arctic (sea)** | H | L | NAO H | H | H/H | H/H |
| **3. Antarctic (land)** | M | M | SAM M | L-H | H/H | H/H |
| **4. Antarctic (sea)** | M | M | SAM M | L-H | H/H | H/H |
| **5. Caribbean** | H | L | TC/ENSO H/M | M-H | H/H | M*/M |
| **6. West Indian Ocean** | H | M | IOD M | N/A | H/H | M*/M* |
| **7. North Indian Ocean** | H | M | Monsoon/MJO M/L | N/A | H/H | L/M |
| **8. SE Asia (sea)** | H | M | Monsoon/IOD/ENSO/TC/MJO M/M/M/H/L | L-H | H/H | L/M |
| **9. Northern Tropical Pacific** | H | L | ENSO/TC M/H | M-H | H/H | M*/M* |
| **10. Equatorial Tropical Pacific** | H | M | ENSO/MJO M/L | M-H | H/H | M/M |
| **11. Southern Tropical Pacific** | H | H | ENSO/MJO M/L | M-H | H/H | M*/M* |

BLM_0151801

14

Chapter 14

**Table 14.3 |** Summary of the relevance of projected changes in major phenomena for mean change in future regional climate. The relevance is classified into high (red), medium (yellow), low (cyan), and 'no obvious relevance' (grey), based on confidence that there will be a change in the phenomena ('HP' for high, 'MP' for medium, 'LP' for low), and confidence in the impact of the phenomena on each region ('HI' for high, 'MI' for medium, 'LI' for low). More information on how these assessments have been constructed is given in the Supplementary Material (Section 14.SM.6.1).

| Phenomena Regions | Section | Monsoon Systems MP—see Section 14.2 | Tropical Phenomena[a] HP/MP/LP/LP—See Section 14.3 | ENSO LP—See Section 14.4 | Annular and Dipolar Modes HP—See Section 14.5 | Tropical Cyclones MP—See Section 14.6.1 | Extratropical Cyclones[b] MP/HP—See Section 14.6.2 |
|---|---|---|---|---|---|---|---|
| Arctic | 14.8.2 | | | | HP/HI The small projected increase in NAO is *likely* to contribute to wintertime changes in temperature and precipitation. | | MP/HI Projected increase in precipitation in extratropical cyclones is *likely* to enhance mean precipitation. |
| North America | 14.8.3 | MP/HI It is *likely* the number of consecutive dry days will increase, and overall water availability will be reduced. | HP/HI Projected ITCZ shifts unrelated to ENSO changes will impact temperature and precipitation, especially in winter. | LP/HI *Likely* changes in N. American precipitation if ENSO changes. | HP/MI The small projected increase in the NAO index is *likely* to contribute to wintertime temperature and precipitation changes in NE America. | MP/HI Projected increases in extreme precipitation near the centres of tropical cyclones making landfall along the western coast of the USA and Mexico, the Gulf Mexico, and the eastern coast of the USA and Canada. | HP/HI Projected increases in precipitation in extratropical cyclones will lead to large increases in wintertime precipitation over the northern third of the continent. |
| Central America and Caribbean | 14.8.4 | MP/HI Projected reduction in mean precipitation . | HP/HI Reduced mean precipitation in southern Central America if there is a southward displacement of the East Pacific ITCZ. | LP/HI Reduced mean precipitation if El Niño events become more frequent and/or intense. | | MP/HI More extreme precipitation near the centres of tropical cyclones making landfall along the eastern and western coasts. | |
| South America | 14.8.5 | MP/HI Projected increase in extreme precipitation and in the extension of monsoon area. | HP/HI Projected increase in the mean precipitation in the southeast due to the projected southward displacement of the SACZ. | LP/HI Reduced mean precipitation in eastern Amazonia and increased precipitation in the La Plata Basin. | HP/HI Poleward shift of storm tracks due to projected positive trend in SAMS phase leads to less precipitation in central Chile and increased precipitation in the southern tip of South America. | | HP/HI Southward displacement of cyclogenesis activity increases the precipitation in the extreme south. |
| Europe and Mediterranean | 14.8.6 | | | | HP/HI Projected increase in the NAO will lead to enhanced winter warming and precipitation over NW Europe. | | MP/HI Enhanced extremes of storm-related precipitation and decreased frequency of storm-related precipitation over the E. Mediterranean. |
| Africa | 14.8.7 | MP/HI Projected enhancement of summer precipitation in West Africa. | HP/LI Enhanced precipitation in parts of East Africa due to projected shifts in ITCZ. Modified precipitation in West or East Africa according to variations in Atlantic or Indian Ocean SSTs. | LP/HI Increased precipitation in East Africa and decreased precipitation and enhanced warming in southern Africa if El Niño events become more frequent and/or intense. | HP/HI Enhanced winter warming over southern Africa due to projected increase in SAM. | MP/HI Projected increase in extreme precipitation near the centres of tropical cyclones making landfall along the eastern coast (including Madagascar). | HP/HI Enhanced extremes of storm-related precipitation and decreased frequency of storm-related precipitation over southwestern Africa. |
| Central and North Asia | 14.8.8 | MP/MI Projected enhancement in summer mean precipitation. | | | HP/LI Projected enhancement in winter warming over North Asia. | | |
| East Asia | 14.8.9 | MP/MI Enhanced summer precipitation due to intensification of East Asian summer monsoon circulation. | | LP/HI Enhanced warming if El Niño events become more frequent and/or intense. | | MP/HI Projected increase in extreme precipitation near the centres of tropical cyclones making landfall in Japan, along coasts of east China Sea and Sea of Japan. | MP/MI Projected reduction in midwinter precipitation. |

(continued on next page)

Climate Phenomena and their Relevance for Future Regional Climate Change

BLM_0151802

*Table 14.3 (continued)*

| Phenomena Regions | Section | Monsoon Systems MP—see Section 14.2 | Tropical Phenomena[a] HP/MP/LP/LP—See Section 14.3 | ENSO LP—See Section 14.4 | Annular and Dipolar Modes HP—See Section 14.5 | Tropical Cyclones MP—See Section 14.6.1 | Extratropical Cyclones[b] MP/HP—See Section 14.6.2 |
|---|---|---|---|---|---|---|---|
| **West Asia** | 14.8.10 | | *HP/LI* Enhanced precipitation in southern parts of West Asia due to projected northward shift in ITCZ. | | | *MP/HI* Projected increase in extreme precipitation near the centres of tropical cyclones making landfall on the Arabian Peninsula. | *MP/LI* Projected decrease in mean precipitation due to northward shift of storm tracks. |
| **South Asia** | 14.8.11 | *MP/MI* Enhanced summer precipitation associated with Indian Monsoon. | *LP/HI* Strengthened break monsoon precipitation anomalies associated with MJO. | *LP/HI* Enhanced warming and increased summer season rainfall variability due to ENSO. | | *MP/HI* Projected increase in extreme precipitation near the centres of tropical cyclones making landfall along coasts of Bay of Bengal and Arabian Sea. | |
| **Southeast Asia** | 14.8.12 | *LP/MI* Decrease in precipitation over Maritime continent. | *HP/MI* Projected changes in IOD-like warming pattern will reduce mean precipitation in Indonesia during Jul-Oct. | *LP/MI* Reduction in mean precipitation and enhanced warming if El Niño events become more frequent and/or intense. | | *MP/HI* Projected increase in extreme precipitation near the centres of tropical cyclones making landfall along coasts of South China Sea, Gulf of Thailand, and Andaman Sea. | |
| **Australia and New Zealand** | 14.8.13 | *MP/LI* Mean monsoon precipitation may increase over northern Australia. | *HP/LI* More frequent zonal SPCZ episodes may reduce precipitation in NE Australia. | *LP/MI* Reduced precipitation in North and East Australia and NZ if El Niño events become more frequent and/or intense. | *HP/MI* Increased warming and reduced precipitation in NZ and South Aust. due to projected positive trend in SAM. | *MP/HI* More extreme precipitation near the centres of tropical cyclones making landfall along the eastern, western, and northern coasts of Australia. | *HP/HI* Projected increase in extremes of storm-related precipitation. |
| **Pacific Islands Region** | 14.8.14 | | *HP/LI* Increased mean precipitation along equator with ITCZ intensification. More frequent zonal SPCZ episodes leading to reduced precipitation in southwest and increases in east. | *HP/LI* Increased mean precipitation in central/east Pacific if El Niño events become more frequent and/or intense. | | *HP/HI* More extreme precipitation near the centres of tropical cyclones passing over or near Pacific islands. | |
| **Antarctica** | 14.8.15 | | | *LP/MI* Increased warming over Antarctic Peninsula and reduced across central Pacific if El Niño events become more frequent and/or intense. | *HP/HI* Increased warming over Antarctic Peninsula and west Antarctic related to positive trend projected in SAM. | | *HP/MI* Increased precipitation in coastal areas due to projected poleward shift of storm track. |

# References

Abram, N. J., M. K. Gagan, J. E. Cole, W. S. Hantoro, and M. Mudelsee, 2008: Recent intensification of tropical climate variability in the Indian Ocean. *Nature Geosci.*, **1**, 849–853.

Ackerley, D., B. B. B. Booth, S. H. E. Knight, E. J. Highwood, D. J. Frame, M. R. Allen, and D. P. Rowell, 2011: Sensitivity of twentieth-century Sahel rainfall to sulfate aerosol and $CO_2$ forcing. *J. Clim.*, **24**, 4999–5014.

Aldrian, E., and Y. S. Djamil, 2008: Spatio-temporal climatic change of rainfall in east Java Indonesia. *Int. J. Climatol.*, **28**, 435–448.

Alexander, L. V., and J. M. Arblaster, 2009: Assessing trends in observed and modelled climate extremes over Australia in relation to future projections. *Int. J. Climatol.*, **29**, 417–435.

Alexander, L. V., et al., 2006: Global observed changes in daily climate extremes of temperature and precipitation. *J. Geophys. Res. Atmos.*, **111**, D05109.

Alexander, M., D. Vimont, P. Chang, and J. Scott, 2010: The impact of extratropical atmospheric variability on ENSO: Testing the seasonal footprinting mechanism using coupled model experiments. *J. Clim.*, **23**, 2885–2901.

Alexander, M., I. Blade, M. Newman, J. Lanzante, N. Lau, and J. Scott, 2002: The atmospheric bridge: The influence of ENSO teleconnections on air-sea interaction over the global oceans. *J. Clim.*, **15**, 2205–2231.

Alexander, M. A., 2010: Extratropical air-sea interaction, SST variability and the Pacific Decadal Oscillation (PDO). In: *Climate Dynamics: Why Does Climate Vary?* [D. S. a. F. Bryan (ed.)]. American Geophysical Union, Washington, DC, pp. 123–148.

Allan, R., and B. Soden, 2008: Atmospheric warming and the amplification of precipitation extremes. *Science*, **321**, 1481–1484.

Alory, G., S. Wijffels, and G. Meyers, 2007: Observed temperature trends in the Indian Ocean over 1960–1999 and associated mechanisms. *Geophys. Res. Lett.*, **34**, L02606.

Alpert, P., S. Krichak, H. Shafir, D. Haim, and I. Osetinsky, 2008: Climatic trends to extremes employing regional modeling and statistical interpretation over the E. Mediterranean. *Global Planet. Change*, **63**, 163–170.

Alpert, P., et al., 2002: The paradoxical increase of Mediterranean extreme daily rainfall in spite of decrease in total values. *Geophys. Res. Lett.*, **29**, 31–34.

AlSarmi, S., and R. Washington, 2011: Recent observed climate change over the Arabian Peninsula. *J. Geophys. Res. Atmos.*, **116**, D11109.

Alves, L. M., and J. A. Marengo, 2010: Assessment of regional seasonal predictability using the PRECIS regional climate modeling system over South America. *Theor. Appl. Climatol.*, **100**, 337–350.

Amador, J. A., E. J. Alfaro, O. G. Lizano, and V. O. Magana, 2006: Atmospheric forcing of the eastern tropical Pacific: A review. *Prog. Oceanogr.*, **69**, 101–142.

AMAP, 2011: *Snow, Water, Ice and Permafrost in the Arctic (SWIPA): Climate Change and the Cryosphere*, Arctic Monitoring and Assessment Programme, Oslo, Norway, 538 pp.

Ambaum, M., B. Hoskins, and D. Stephenson, 2001: Arctic oscillation or North Atlantic oscillation? *J. Clim.*, **14**, 3495–3507.

Ambaum, M. H. P., 2008: Unimodality of wave amplitude in the Northern Hemisphere. *J. Atmos. Sci.*, **65**, 1077–1086.

An, S.-I., J.-W. Kim, S.-H. Im, B.-M. Kim, and J.-H. Park, 2011: Recent and future sea surface temperature trends in the tropical Pacific warm pool and cold tongue regions. *Clim. Dyn.*, doi:10.1007/s00382-011-1129-7.

An, S. I., and B. Wang, 2000: Interdecadal change of the structure of the ENSO mode and its impact on the ENSO frequency. *J. Clim.*, **13**, 2044–2055.

An, S. I., and F. F. Jin, 2000: An Eigen analysis of the interdecadal changes in the structure and frequency of ENSO mode. *Geophys. Res. Lett.*, **27**, 2573–2576.

Anderson, B., J. Wang, G. Salvucci, S. Gopal, and S. Islam, 2010: Observed trends in summertime precipitation over the southwestern United States. *J. Clim.*, **23**, 1937–1944.

Anderson, B. T., 2003: Tropical Pacific sea surface temperatures and preceding sea level pressure anomalies in the subtropical North Pacific. *J. Geophys. Res. Atmos.*, **108**, 4732.

Anderson, B. T., 2011: Near-term increase in frequency of seasonal temperature extremes prior to the 2 degree C global warming target. *Clim. Change*, **108**, 581–589.

Annamalai, H., K. Hamilton, and K. R. Sperber, 2007: The South Asian summer monsoon and its relationship with ENSO in the IPCC AR4 simulations. *J. Clim.*, **20**, 1071–1092.

Annamalai, H., J. Hafner, K. P. Sooraj, and P. Pillai, 2013: Global warming shifts monsoon circulation, drying South Asia. *J. Clim.*, **26**, 2701–2718.

Anstey, J. A., and T. G. Shepherd, 2008: Response of the northern stratospheric polar vortex to the seasonal alignment of QBO phase transitions. *Geophys. Res. Lett.*, **35**, L22810.

Anstey, J. A., et al., 2013: Multi-model analysis of Northern Hemisphere winter blocking, Part I: Model biases and the role of resolution. *J. Geophys. Res. Atmos.*, **118**, doi:10.1002/jgrd.50231.

Arblaster, J. M., G. A. Meehl, and D. J. Karoly, 2011: Future climate change in the Southern Hemisphere: Competing effects of ozone and greenhouse gases. *Geophys. Res. Lett.*, **38**, L02701.

Arriaga-Ramirez, S., and T. Cavazos, 2010: Regional trends of daily precipitation indices in northwest Mexico and southwest United States. *J. Geophys. Res.*, **115**, D144111.

Ashfaq, M., S. Ying, T. Wen-wen, R. J. Trapp, G. Xueijie, J. S. Pal, and N. S. Diffenbaugh, 2009: Suppression of South Asian summer monsoon precipitation in the 21st century. *Geophys. Res. Lett.*, doi:10.1029/2008gl036500.

Ashok, K., S. K. Behera, S. A. Rao, H. Y. Weng, and T. Yamagata, 2007: El Nino Modoki and its possible teleconnection. *J. Geophys. Res. Oceans*, **112**, C11007.

Athanasiadis, P. J., J. M. Wallace, and J. J. Wettstein, 2010: Patterns of wintertime jet stream variability and their relation to the storm tracks. *J. Atmos. Sci.*, **67**, 1361–138.

Bader, J., M. D. S. Mesquita, K. I. Hodges, N. Keenlyside, S. Osterhus, and M. Miles, 2011: A review on Northern Hemisphere sea-ice, storminess and the North Atlantic Oscillation: Observations and projected changes. *Atmos. Res.*, **101**, 809–834.

Baines, P. G., and C. K. Folland, 2007: Evidence for a rapid global climate shift across the late 1960s. *J. Clim.*, **20**, 2721–2744.

Baldwin, M., D. Stephenson, and I. Jolliffe, 2009: Spatial weighting and iterative projection methods for EOFs. *J. Clim.*, **22**, 234–243.

Baldwin, M. P., and D. W. J. Thompson, 2009: A critical comparison of stratosphere-troposphere coupling indices. *Q. J. R. Meteorol. Soc.*, **135**, 1661–1672.

Baldwin, M. P., et al., 2001: The quasi-biennial oscillation. *Rev. Geophys.*, **39**, 179–229.

Barnes, E., J. Slingo, and T. Woollings, 2012: A methodology for the comparison of blocking climatologies across indices, models and climate scenarios. *Clim. Dyn.*, **38**, 2467–2481.

Barnes, E. A., and D. L. Hartmann, 2012: Detection of Rossby wave breaking and its response to shifts of the midlatitude jet with climate change. *J. Geophys. Res. Atmos.*, **117**, D09117.

Barnes, E. A., and L. Polvani, 2013: Response of the midlatitude jets and of their variability to increased greenhouse gases in the CMIP5 models. *J. Clim.*, **26**, 7117–7135.

Barnes, E. A., D. L. Hartmann, D. M. W. Frierson, and J. Kidston, 2010: Effect of latitude on the persistence of eddy-driven jets. *Geophys. Res. Lett.*, **37**, L11804.

Barnett, J., 2011: Dangerous climate change in the Pacific Islands: Food production and food security. *Region. Environ. Change*, **11**, S229–S237.

Barriopedro, D., R. Garcia-Herrera, A. R. Lupo, and E. Hernandez, 2006: A climatology of Northern Hemisphere blocking. *J. Clim.*, **19**, 1042–1063.

Barriopedro, D., R. García-Herrera, J. F. González-Rouco, and R. M. Trigo, 2010: Application of blocking diagnosis methods to General Circulation Models. Part II: Model simulations. *Clim. Dyn.*, **35**, 1393–1409.

Barros, V. R., M. Doyle, and I. Camilloni, 2008: Precipitation trends in southeastern South America: Relationship with ENSO phases and the low-level circulation. *Theor. Appl. Climatol.*, **93**, 19–33.

Bates, B., P. Hope, B. Ryan, I. Smith, and S. Charles, 2008: Key findings from the Indian Ocean Climate Initiative and their impact on policy development in Australia. *Clim. Change*, **89**, 339–354.

Bates, S. C., 2010: Seasonal influences on coupled ocean-atmosphere variability in the tropical Atlantic ocean. *J. Clim.*, **23**, 582–604.

Beck, C., J. Grieser, and B. Rudolf, 2005: A new monthly precipitation climatology for the global land areas for the period 1951 to 2000. In: *Climate Status Report 2004*. German Weather Service, Offenbach, Germany, pp. 181–190.

BLM_0151804

Becker, A., P. Finger, A. Meyer-Christoffer, B. Rudolf, K. Schamm, U. Schneider, and M. Ziese, 2013: A description of the global land-surface precipitation data products of the Global Precipitation Climatology Centre with sample applications including centennial (trend) analysis from 1901–present. *Earth Syst. Sci. Data*, **5**, 71–99.

Bell, C. J., L. J. Gray, A. J. Charlton-Perez, M. M. Joshi, and A. A. Scaife, 2009: Stratospheric communication of El Niño teleconnections to European winter. *J. Clim.*, **22**, 4083–4096.

Bender, M. A., T. R. Knutson, R. E. Tuleya, J. J. Sirutis, G. A. Vecchi, S. T. Garner, and I. M. Held, 2010: Modeled impact of anthropogenic warming on the frequency of intense Atlantic hurricanes. *Science*, **327**, 454–458.

Bengtsson, L., K. I. Hodges, and E. Roeckner, 2006: Storm tracks and climate change. *J. Clim.*, **19**, 3518–3543.

Bengtsson, L., K. I. Hodges, and N. Keenlyside, 2009: Will extratropical storms intensify in a warmer climate? *J. Clim.*, **22**, 2276–2301.

Bengtsson, L., K. I. Hodges, M. Esch, N. Keenlyside, L. Kornblueh, J.-J. Luo, and T. Yamagata, 2007: How may tropical cyclones change in a warmer climate? *Tellus A*, **59**, 539–561.

Berckmans, J., T. Woollings, M.-E. Demory, P.-L. Vidale, and M. Roberts, 2013: Atmospheric blocking in a high resolution climate model: Influences of mean state, orography and eddy forcing. *Atmos. Sci. Lett.*, **14**, 34–40.

Berrisford, P., B. J. Hoskins, and E. Tyrlis, 2007: Blocking and Rossby wave-breaking on the dynamical tropopause in the Southern Hemisphere. *J. Atmos. Sci.*, **64**, 2881–2898.

Bhend, J., and H. von Storch, 2008: Consistency of observed winter precipitation trends in northern Europe with regional climate change projections. *Clim. Dyn.*, **31**, 17–28.

Biasutti, M., and A. Giannini, 2006: Robust Sahel drying in response to late 20th century forcings. *Geophys. Res. Lett.*, **33**, L11706.

Biasutti, M., and A. H. Sobel, 2009: Delayed seasonal cycle and African monsoon in a warmer climate. *Geophys. Res. Lett.*, **36**, L23707.

Biasutti, M., A. H. Sobel, and S. J. Camargo, 2009: The role of the Sahara Low in summertime Sahel rainfall variability and change in the CMIP3 models. *J. Clim.*, **22**, 5755–5771.

Biasutti, M., I. Held, A. Sobel, and A. Giannini, 2008: SST forcings and Sahel rainfall variability in simulations of the twentieth and twenty-first centuries. *J. Clim.*, **21**, 3471–3486.

Bitz, C. M., and L. M. Polvani, 2012: Antarctic climate response to stratospheric ozone depletion in a fine resolution ocean climate model. *Geophys. Res. Lett.*, **39**, L20705.

Bjerknes, J., 1969: Atmospheric teleconnections from the Equatorial Pacific. *Mon. Weather Rev.*, **97**, 163–172.

Black, E., 2009: The impact of climate change on daily precipitation statistics in Jordan and Israel. *Atmos. Sci. Lett.*, **10**, 192–200.

Black, E., J. Slingo, and K. Sperber, 2003: An observational study of the relationship between excessively strong short rains in coastal East Africa and Indian Ocean SST. *Mon. Weather Rev.*, **131**, 74–94.

Blázquez, J., and M. Nuñez, 2012: Analysis of uncertainties in future climate projections for South America: Comparison of WCRP-CMIP3 and WCRP-CMIP5 models. *Clim. Dyn.*, doi:10.1007/s00382-012-1489-7, 1-18.

Blázquez, J., M. N. Nuñez, and S. Kusunoki, 2012: Climate projections and uncertainties over South America from MRI/JMA global model experiments. *Atmos. Clim. Sci.*, **2**, 381–400.

Bluthgen, J., R. Gerdes, and M. Werner, 2012: Atmospheric response to the extreme Arctic sea ice conditions in 2007. *Geophys. Res. Lett.*, **39**, L02707.

Boer, G., 2009: Changes in interannual variability and decadal potential predictability under global warming. *J. Clim.*, **22**, 3098–3109.

Boer, G. J., and K. Hamilton, 2008: QBO influence on extratropical predictive skill. *Clim. Dyn.*, **31**, 987–1000.

Bollasina, M., and Y. Ming, 2013: The general circulation model precipitation bias over the southwestern equatorial Indian Ocean and its implications for simulating the South Asian monsoon. *Clim. Dyn.*, **40**, 823–838.

Bollasina, M. A., Y. Ming, and V. Ramaswamy, 2011: Anthropogenic aerosols and the weakening of the south Asian summer monsoon. *Science*, **334**, 502–505.

Bombardi, R. J., and L. M. V. Carvalho, 2009: IPCC global coupled model simulations of the South America monsoon system. *Clim. Dyn.*, **33**, 893–916.

Boo, K. O., G. Martin, A. Sellar, C. Senior, and Y. H. Byun, 2011: Evaluating the East Asian monsoon simulation in climate models. *J. Geophys. Res.*, **116**, D01109.

Booth, B. B. B., N. J. Dunstone, P. R. Halloran, T. Andrews, and N. Bellouin, 2012: Aerosols implicated as a prime driver of twentieth-century North Atlantic climate variability. *Nature*, **484**, 228–232.

Bracegirdle, T. J., and D. B. Stephenson, 2012: Higher precision estimates of regional polar warming by ensemble regression of climate model projections. *Clim. Dyn.*, **39**, 2805–2821.

Bracegirdle, T. J., W. M. Connolley, and J. Turner, 2008: Antarctic climate change over the twenty first century. *J. Geophys. Res.*, **113**, D03103.

Bracegirdle, T. J., et al., 2013: Assessment of surface winds over the Atlantic, Indian, and Pacific Ocean sectors of the Southern Ocean in CMIP5 models: Historical bias, forcing response, and state dependence. *J. Geophys. Res. Atmos.*, **118**, 547–562.

Braganza, K., J. Gergis, S. Power, J. Risbey, and A. Fowler, 2009: A multiproxy index of the El Niño-Southern Oscillation, AD 1525–1982. *J. Geophys. Res. Atmos.*, **114**, D05106.

Brandefelt, J., 2006: Atmospheric modes of variability in a changing climate. *J. Clim.*, **19**, 5934–5943.

Branstator, G., and F. Selten, 2009: "Modes of Variability" and Climate Change. *J. Clim.*, **22**, 2639–2658.

Breugem, W., W. Hazeleger, and R. Haarsma, 2006: Multimodel study of tropical Atlantic variability and change. *Geophys. Res. Lett.*, doi:10.1029/2006GL027831.

Breugem, W., W. Hazeleger, and R. Haarsma, 2007: Mechanisms of northern tropical Atlantic variability and response to CO2 doubling. *J. Clim.*, doi:DOI 10.1175/JCLI4137.1, 2691–2705.

Bromwich, D. H., A. J. Monaghan, and Z. C. Guo, 2004: Modeling the ENSO modulation of Antarctic climate in the late 1990s with the polar MM5. *J. Clim.*, **17**, 109–132.

Brown, J., A. Moise, and R. Colman, 2012a: The South Pacific Convergence Zone in CMIP5 simulations of historical and future climate. *Clim. Dyn.*, doi:10.1007/s00382-012-1591-x, 1–19.

Brown, J., A. Moise, and F. Delage, 2012b: Changes in the South Pacific Convergence Zone in IPCC AR4 future climate projections. *Clim. Dyn.*, **39**, 1–19.

Brown, J., S. Power, F. Delage, R. Colman, A. Moise, and B. Murphy, 2011: Evaluation of the South Pacific Convergence Zone in IPCC AR4 climate model simulations of the twentieth century. *J. Clim.*, **24**, 1565–1582.

Brown, J., et al., 2012c: Implications of CMIP3 model biases and uncertainties for climate projections in the western tropical Pacific. *Clim. Change*, doi:10.1007/s10584-012-0603-5, 1–15.

Brown, R., and P. Mote, 2009: The response of Northern Hemisphere snow cover to a changing climate. *J. Clim.*, doi:10.1175/2008JCLI2665.1, 2124–2145.

Budikova, D., 2009: Role of Arctic sea ice in global atmospheric circulation: A review. *Global Planet. Change*, **68**, 149–163.

Buehler, T., C. C. Raible, and T. F. Stocker, 2011: The relationship of winter season North Atlantic blocking frequencies to extreme cold and dry spells in the ERA-40. *Tellus A*, **63**, 212–222.

Bulic, I., and F. Kucharski, 2012: Delayed ENSO impact on spring precipitation over the North/Atlantic European region. *Clim. Dyn.*, **38**, 2593–2612.

Bulic, I., C. Brankovic, and F. Kucharski, 2012: Winter ENSO teleconnections in a warmer climate. *Clim. Dyn.*, **38**, 1593–1613.

Bunge, L., and A. J. Clarke, 2009: A verified estimation of the El Nino index Nino-3.4 since 1877. *J. Clim.*, **22**, 3979–3992.

Butchart, N., et al., 2006: Simulations of anthropogenic change in the strength of the Brewer-Dobson circulation. *Clim. Dyn.*, **27**, 727–741.

Butler, A. H., D. W. J. Thompson, and R. Heikes, 2010: The steady-state atmospheric circulation response to climate change-like thermal forcings in a simple General Circulation Model. *J. Clim.*, **23**, 3474–3496.

Caesar, J., et al., 2011: Changes in temperature and precipitation extremes over the Indo-Pacific region from 1971 to 2005. *Int. J. Climatol.*, **31**, 791–801.

Cai, W., and T. Cowan, 2008: Dynamics of late autumn rainfall reduction over southeastern Australia. *Geophys. Res. Lett.*, **35**, L09708.

Cai, W., and T. Cowan, 2013: Southeast Australia autumn rainfall reduction: A climate-change induced poleward shift of ocean-atmosphere circulation. *J. Clim.*, **26**, 189–205.

Cai, W., T. Cowan, and A. Sullivan, 2009: Recent unprecedented skewness towards positive Indian Ocean Dipole occurrences and its impact on Australian rainfall. *Geophys. Res. Lett.*, **36**, L11705.

Cai, W., P. van Rensch, and T. Cowan, 2011a: Influence of global-scale variability on the subtropical ridge over southeast Australia. *J. Clim.*, **24**, 6035–6053.

BLM_0151805

Cai, W., T. Cowan, and M. Thatcher, 2012a: Rainfall reductions over Southern Hemisphere semi-arid regions: The role of subtropical dry zone expansion. *Sci. Rep.*, **2**, doi: 10.1038/srep00702.

Cai, W., P. van Rensch, T. Cowan, and H. H. Hendon, 2011b: Teleconnection pathways of ENSO and the IOD and the mechanisms for impacts on Australian rainfall. *J. Clim.*, **24**, 3910–3923.

Cai, W., P. van Rensch, S. Borlace, and T. Cowan, 2011c: Does the Southern Annular Mode contribute to the persistence of the multidecade-long drought over southwest Western Australia? *Geophys. Res. Lett.*, **38**, L14712.

Cai, W., T. Cowan, A. Sullivan, J. Ribbe, and G. Shi, 2011d: Are anthropogenic aerosols responsible for the northwest Australia summer rainfall increase? A CMIP3 perspective and implications. *J. Clim.*, **24**, 2556–2564.

Cai, W., et al., 2012b: More extreme swings of the South Pacific convergence zone due to greenhouse warming. *Nature*, **488**, 365–369.

Cai, W. J., and T. Cowan, 2006: SAM and regional rainfall in IPCC AR4 models: Can anthropogenic forcing account for southwest Western Australian winter rainfall reduction? *Geophys. Res. Lett.*, **33**, doi: 10.1029/2006gl028037.

Cai, W. J., A. Sullivan, and T. Cowan, 2011e: Interactions of ENSO, the IOD, and the SAM in CMIP3 Models. *J. Clim.*, **24**, 1688–1704.

Camargo, S., M. Ting, and Y. Kushnir, 2012: Influence of local and remote SST on North Atlantic tropical cyclone potential intensity *Clim. Dyn.*, **40**, 1515–1529.

Campbell, J. D., M. A. Taylor, T. S. Stephenson, R. A. Watson, and F. S. Whyte, 2010: Future climate of the Caribbean from a regional climate model. *Int. J. Climatol.*, **31**, 1866–1878.

Cane, M. A., et al., 1997: Twentieth-century sea surface temperature trends. *Science*, **275**, 957–960.

Carrera, M. L., R. W. Higgins, and V. E. Kousky, 2004: Downstream weather impacts associated with atmospheric blocking over the northeast Pacific. *J. Clim.*, **17**, 4823–4839.

Carril, A. F., et al., 2012: Performance of a multi-RCM ensemble for South Eastern South America. *Clim. Dyn.*, **39**, 2747–2768.

Carton, J., and B. Huang, 1994: Warm events in the tropical Atlantic. *J. Phys. Oceanogr.*, **24**, 888–903.

Carvalho, L. M. V., C. Jones, and T. Ambrizzi, 2005: Opposite phases of the antarctic oscillation and relationships with intraseasonal to interannual activity in the tropics during the austral summer. *J. Clim.*, **18**, 702–718.

Carvalho, L. M. V., A. E. Silva, C. Jones, B. Liebmann, P. L. Silva Dias, and H. R. Rocha, 2011: Moisture transport and intraseasonal variability in the South America Monsoon System. *Clim. Dyn.*, **36**, 1865–1880.

Cassou, C., and L. Terray, 2001: Dual influence of Atlantic and Pacific SST anomalies on the North Atlantic/Europe winter climate. *Geophys. Res. Lett.*, **28**, 3195–3198.

Cassou, C., C. Deser, and M. A. Alexander, 2007: Investigating the impact of reemerging sea surface temperature anomalies on the winter atmospheric circulation over the North Atlantic. *J. Clim.*, **20**, 3510–3526.

Castro, C. L., R. A. Pielke Sr., and J. O. Adegoke, 2007: Investigation of the summer climate of the contiguous United States and Mexico using the Regional Atmospheric Modeling System (RAMS). Part I: Model climatology (1950–2002). *J. Clim.*, **20**, 3844–3865.

Casty, C., C. C. Raible, T. F. Stocker, H. Wanner, and J. Luterbacher, 2007: A European pattern climatology 1766–2000. *Clim. Dyn.*, **29**, 791–805.

Cattiaux, J., H. Douville, and Y. Peings, 2013: European temperatures in CMIP5: Origins of present-day biases and future uncertainties. *Clim. Dyn.*, doi:10.1007/s00382-013-1731-y, 1–19.

Catto, J. L., L. C. Shaffrey, and K. I. Hodges, 2011: Northern Hemisphere extratropical cyclones in a warming climate in the HiGEM High-Resolution Climate Model. *J. Clim.*, **24**, 5336–5352.

Cavalcanti, I. F. A., and M. H. Shimizu, 2012: Climate fields over South America and variability of SACZ and PSA in HadGEM-ES. *Am. J. Clim. Change*, **1**, 132–144.

Cavazos, T., C. Turrent, and D. P. Lettenmaier, 2008: Extreme precipitation trends associated with tropical cyclones in the core of the North American monsoon. *Geophys. Res. Lett.*, **35**, doi: 10.1029/2008GL035832.

Cerezo-Mota, R., M. Allen, and R. Jones, 2011: Mechanisms controlling precipitation in the northern portion of the North American monsoon. *J. Clim.*, **24**, 2771–2783.

Chadwick, R., I. Boutle, and G. Martin, 2013: Spatial patterns of precipitation change in CMIP5: Why the rich don't get richer in the tropics. *J. Clim.*, **26**, 3803–3822.

Chang, C.-H., 2011: Preparedness and storm hazards in a global warming world: Lessons from Southeast Asia. *Nat. Hazards*, **56**, 667–679.

Chang, C., J. Chiang, M. Wehner, A. Friedman, and R. Ruedy, 2011: Sulfate aerosol control of tropical Atlantic climate over the twentieth century. *J. Clim.*, **24**, 2540–2555.

Chang, E. K. M., Y. Guo, and X. Xia, 2012: CMIP5 multimodel ensemble projection of storm track change under global warming. *J. Geophys. Res. Atmos.*, **117**, doi: 10.1029/2012jd018578.

Chang, P., et al., 2006: Climate fluctuations of tropical coupled systems - The role of ocean dynamics. *J. Clim.*, **19**, 5122–5174.

Chaturvedi, R. K., J. Joshi, M. Jayaraman, G. Bala, and N. H. Ravindranath, 2012: Multi-model climate change projections for India under Representative Concentration Pathways (RCPs): A preliminary analysis. *Curr. Sci.*, **103**, 791–802.

Chauvin, F., and J.-F. Royer, 2010: Role of the SST Anomaly structures in response of cyclogenesis to global warming. In: *Hurricanes and Climate Change* [J. B. Elsner, R. E. Hodges, J. C. Malmstadt and K. N. Scheitlin (eds.)]. Springer Science+Business Media, Dordrecht, Netherlands, pp. 39–56.

Chen, D., 2003: A comparison of wind products in the context of ENSO prediction. *Geophys. Res. Lett.*, **30**, doi: 10.1029/2002GL016121.

Chen, G., I. M. Held, and W. A. Robinson, 2007: Sensitivity of the latitude of the surface westerlies to surface friction. *J. Atmos. Sci.*, **64**, 2899–2915.

Chen, G., J. Lu, and D. M. W. Frierson, 2008: Phase speed spectra and the latitude of surface westerlies: Interannual variability and global warming trend. *J. Clim.*, **21**, 5942–5959.

Chen, T.-C., and J.-h. Yoon, 2002: Interdecadal variation of the North Pacific wintertime blocking. *Mon. Weather. Rev.*, **130**, 3136–3143.

Chen, W., Z. Jiang, L. Li, and P. Yiou, 2011: Simulation of regional climate change under the IPCC A2 scenario in southeast China. *Clim. Dyn.*, **36**, 491–507.

Cherchi, A., and A. Navarra, 2007: Sensitivity of the Asian summer monsoon to the horizontal resolution: Differences between AMIP-type and coupled model experiments. *Clim. Dyn.*, **28**, 273–290.

Cheung, H. N., W. Zhou, H. Y. Mok, and M. C. Wu, 2012: Relationship between Ural–Siberian blocking and the East Asian winter monsoon in relation to the Arctic Oscillation and the El Niño–Southern Oscillation. *J. Clim.*, **25**, 4242–4257.

Chiang, J., and D. Vimont, 2004: Analogous Pacific and Atlantic meridional modes of tropical atmosphere-ocean variability. *J. Clim.*, 4143–4158.

Choi, D. H., J. S. Kug, W. T. Kwon, F. F. Jin, H. J. Baek, and S. K. Min, 2010: Arctic Oscillation responses to greenhouse warming and role of synoptic eddy feedback. *J. Geophys. Res. Atmos.*, **115**, doi: 10.1029/2010jd014160.

Choi, J., S. An, and S. Yeh, 2012: Decadal amplitude modulation of two types of ENSO and its relationship with the mean state. *Clim. Dyn.*, **38**, 2631–2644.

Choi, J., S. I. An, B. Dewitte, and W. W. Hsieh, 2009: Interactive feedback between the Tropical Pacific Decadal Oscillation and ENSO in a Coupled General Circulation Model. *J. Clim.*, **22**, 6597–6611.

Choi, J., S.-I. An, J.-S. Kug, and S.-W. Yeh, 2011: The role of mean state on changes in El Niño's flavor. *Clim. Dyn.*, **37**, 1205–1215.

Chotamonsak, C., E. P. Salathe, Jr., J. Kreasuwan, S. Chantara, and K. Siriwitayakorn, 2011: Projected climate change over Southeast Asia simulated using a WRF regional climate model. *Atmos. Sci. Lett.*, **12**, 213–219.

Chou, C., J. D. Neelin, U. Lohmann, and J. Feichter, 2005: Local and remote impacts of aerosol climate forcing on tropical precipitation. *J. Clim.*, **18**, 4621–4636.

Chou, C., J. C. H. Chiang, C.-W. Lan, C.-H. Chung, Y.-C. Liao, and C.-J. Lee, 2013: Increase in the range between wet and dry season precipitation. *Nature Geosci.*, **6**, 263–267.

Chou, S., et al., 2012: Downscaling of South America present climate driven by 4-member HadCM3 runs. *Clim. Dyn.*, **38**, 635–653.

Christensen, J. H., et al., 2007: Regional climate projections. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)] Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 847–940.

Christiansen, B., 2005: The shortcomings of nonlinear principal component analysis in identifying circulation regimes. *J. Clim.*, **18**, 4814–4823.

Chung, C. E., and V. Ramanathan, 2006: Weakening of North Indian SST gradients and the monsoon rainfall in India and the Sahel. *J. Clim.*, **19**, 2036–2045.

Chung, C. E., and V. Ramanathan, 2007: Relationship between trends in land precipitation and tropical SST gradient. *Geophys. Res. Lett.*, **34**, doi: 10.1029/2007gl030491.

Chylek, P., and G. Lesins, 2008: Multidecadal variability of Atlantic hurricane activity: 1851–2007. *J. Geophys. Res.*, **113**, D22106.

BLM_0151806

Chylek, P., C. K. Folland, G. Lesins, and M. Dubey, 2010: The 20th Century bipolar seesaw of the Arctic and Antarctic surface air temperatures. *Geophys. Res. Lett.*, **37**, doi: 10.1029/2010GL042793.

Chylek, P., C. K. Folland, G. Lesins, M. Dubey, and M. Wang, 2009: Arctic air temperature change amplification and the Atlantic Multidecadal Oscillation. *Geophys. Res. Lett.*, **36**, doi: 10.1029/2009GL038777.

Chylek, P., C. Folland, L. Frankcombe, H. Dijkstra, G. Lesins, and M. Dubey, 2012: Greenland ice core evidence for spatial and temporal variability of the Atlantic Multidecadal Oscillation. *Geophys. Res. Lett.*, **39**, L09705.

Cobb, K. M., C. D. Charles, H. Cheng, and R. L. Edwards, 2003: El Nino/Southern Oscillation and tropical Pacific climate during the last millennium. *Nature*, **424**, 271–276.

Coelho, C. A. S., and L. Goddard, 2009: El Niño-induced tropical droughts in climate change projections. *J. Clim.*, **22**, 6456–6476.

Colle, B. A., Z. Zhang, K. A. Lombardo, E. Chang, P. Liu, and M. Zhang, 2013: Historical evaluation and future prediction of eastern North America and western Atlantic extratropical cyclones in the CMIP5 models during the cool season. *J. Clim.*, **26**, 6882–6903.

Collins, M., et al., 2010: The impact of global warming on the tropical Pacific ocean and El Niño. *Nature Geosci.*, **3**, 391–397.

Colman, R. A., A. F. Moise, and L. I. Hanson, 2011: Tropical Australian climate and the Australian monsoon as simulated by 23 CMIP3 models. *J. Geophys. Res. Atmos.*, **116**, doi: 10.1029/2010jd015149.

Comarazamy, D. E., and J. E. Gonzalez, 2011: Regional long-term climate change (1950–2000) in the midtropical Atlantic and its impacts on the hydrological cycle of Puerto Rico. *J. Geophys. Res.*, **116**, doi: 10.1029/2010jd015414.

Compo, G. P., and P. D. Sardeshmukh, 2010: Removing ENSO-related variations from the climate record. *J. Clim.*, **23**, 1957–1978.

Conway, D., C. Hanson, R. Doherty, and A. Persechino, 2007: GCM simulations of the Indian Ocean dipole influence on East African rainfall: Present and future. *Geophys. Res. Lett.*, **34**, doi: 10.1029/2006GL027597.

Cook, B., N. Zeng, and J. H. Yoon, 2011: Will Amazonia dry out? Magnitude and causes of change from IPCC Climate Model Projections. *Earth Interact.*, **16**, 1–27.

Cook, B. I., and R. Seager, 2013: The response of the North American Monsoon to increased greenhouse gas forcing. *J. Geophys. Res.*, **118**.

Cook, K., 2008: Climate science: The mysteries of Sahel droughts. *Nature Geosci.*, **1**, 647–648.

Cook, K. H., and E. K. Vizy, 2006: Coupled model simulations of the west African monsoon system: Twentieth- and twenty-first-century simulations. *J. Clim.*, **19**, 3681–3703.

Cook, K. H., and E. K. Vizy, 2010: Hydrodynamics of the Caribbean Low-Level Jet and its relationship to precipitation. *J. Clim.*, **23**, 1477–1494.

Coppola, E., F. Kucharski, F. Giorgi, and F. Molteni, 2005: Bimodality of the North Atlantic Oscillation in simulations with greenhouse gas forcing. *Geophys. Res. Lett.*, **32**, doi: 10.1029/2005gl024080.

Cravatte, S., T. Delcroix, D. Zhang, M. McPhaden, and J. Leloup, 2009: Observed freshening and warming of the western Pacific Warm Pool. *Clim. Dyn.*, **33**, 565–589.

Croci-Maspoli, M., C. Schwierz, and H. Davies, 2007a: Atmospheric blocking: Space-time links to the NAO and PNA. *Clim. Dyn.*, **29**, 713–725.

Croci-Maspoli, M., C. Schwierz, and H. C. Davies, 2007b: A multifaceted climatology of atmospheric blocking and its recent linear trend. *J. Clim.*, **20**, 633–649.

Cunningham, C. A. C., and I. F. D. Cavalcanti, 2006: Intraseasonal modes of variability affecting the South Atlantic Convergence Zone. *Int. J. Climatol.*, **26**, 1165–1180.

d'Orgeval, T., J. Polcher, and L. Li, 2006: Uncertainties in modelling future hydrological change over West Africa. *Clim. Dyn.*, **26**, 93–108.

Dacre, H. F., and S. L. Gray, 2009: The spatial distribution and evolution characteristics of North Atlantic cyclones. *Mon. Weather Rev.*, **137**, 99–115.

Dai, A., 2011: Drought under global warming: A review. *WIREs Clim. Change*, **2**, 45–65.

Dai, A., 2013: Increasing drought under global warming in observations and models. *Nature Clim. Change*, **3**, 52–58.

Dai, A., T. Qian, K. E. Trenberth, and J. D. Milliman, 2009: Changes in continental freshwater discharge from 1948 to 2004. *J. Clim.*, **22**, 2773–2792.

Dairaku, K., S. Emori, and T. Nozawa, 2008: Impacts of global warming on hydrological cycles in the Asian monsoon region. *Adv. Atmos. Sci.*, **25**, 960–973.

Dash, S. K., M. A. Kulkarni, U. C. Mohanty, and K. Prasad, 2009: Changes in the characteristics of rain events in India. *J. Geophys. Res. Atmos.*, **114**, D10109.

Davini, P., C. Cagnazzo, S. Gualdi, and A. Navarra, 2012: Bidimensional diagnostics, variability, and trends of Northern Hemisphere blocking. *J. Clim.*, **25**, 6496–6509.

Dawson, A., T. N. Palmer, and S. Corti, 2012: Simulating regime structures in weather and climate prediction models. *Geophys. Res. Lett.*, **39**, L21805.

de Oliveira Vieira, S., P. Satyamurty, and R. V. Andreoli, 2013: On the South Atlantic Convergence Zone affecting southern Amazonia in austral summer. *Atmos. Sci. Lett.*, **14**, 1–6.

de Vries, H., T. Woollings, J. Anstey, R. J. Haarsma, and W. Hazeleger, 2013: Atmospheric blocking and its relation to jet changes in a future climate. *Clim. Dyn.*, doi:10.1007/s00382-013-1699-7, 1–12.

Dean, S., and P. Stott, 2009: The effect of local circulation variability on the detection and attribution of New Zealand temperature trends. *J. Clim.*, **22**, 6217–6229.

DeFries, R., L. Bounoua, and G. Collatz, 2002: Human modification of the landscape and surface climate in the next fifty years. *Global Change Biol.*, **8**, 438–458.

Della-Marta, P. M., and J. G. Pinto, 2009: Statistical uncertainty of changes in winter storms over the North Atlantic and Europe in an ensemble of transient climate simulations. *Geophys. Res. Lett.*, **36**, doi: 10.1029/2009gl038557.

Deni, S. M., J. Suhaila, W. Z. W. Zin, and A. A. Jemain, 2010: Spatial trends of dry spells over Peninsular Malaysia during monsoon seasons. *Theor. Appl. Climatol.*, **99**, 357–371.

Déqué, M., S. Somot, E. Sanchez-Gomez, C. M. Goodess, D. Jacob, G. Lenderink, and O. B. Christensen, 2012: The spread amongst ENSEMBLES regional scenarios: Regional climate models, driving general circulation models and interannual variability. *Clim. Dyn.*, **38**, 951–964.

Deser, C., A. S. Phillips, and M. A. Alexander, 2010a: Twentieth century tropical sea surface temperature trends revisited. *Geophys. Res. Lett.*, **37**, doi: 10.1029/2010gl043321.

Deser, C., M. A. Alexander, S.-P. Xie, and A. S. Phillips, 2010b: Sea surface temperature variability: Patterns and mechanisms. *Annu. Rev. Mar. Sci.*, **2**, 115–143.

Deser, C., R. Tomas, M. Alexander, and D. Lawrence, 2010c: The seasonal atmospheric response to projected Arctic sea ice loss in the late twenty-first century. *J. Clim.*, **23**, 333–351.

Deser, C., A. Phillips, V. Burdette, and H. Teng, 2012: Uncertainty in climate change projections: The role of internal variability. *Clim. Dyn.*, **38**, 527–546.

Di Lorenzo, E., et al., 2009: Nutrient and salinity decadal variations in the central and eastern North Pacific. *Geophys. Res. Lett.*, **36**, doi: 10.1029/2009GL038261.

Diamond, H. J., A. M. Lorrey, and J. A. Renwick, 2012: A southwest Pacific tropical cyclone climatology and linkages to the El Niño–Southern Oscillation. *J. Clim.*, **26**, 3–25.

Diffenbaugh, N. S., and M. Ashfaq, 2010: Intensification of hot extremes in the United States. *Geophys. Res. Lett.*, **37**, L15701.

Diffenbaugh, N. S., M. Scherer, and M. Ashfaq, 2013: Response of snow-dependent hydrologic extremes to continued global warming. *Nature Clim. Change*, **3**, 379–384.

DiNezio, P. N., A. C. Clement, G. A. Vecchi, B. J. Soden, and B. P. Kirtman, 2009: Climate response of the equatorial Pacific to global warming. *J. Clim.*, **22**, 4873–4892.

Ding, Q., E. Steig, D. Battisti, and M. Kuttel, 2011: Winter warming in West Antarctica caused by central tropical Pacific warming. *Nature Geosci.*, **4**, 398–403.

Ding, Y., and J. C. L. Chan, 2005: The East Asian summer monsoon: An overview. *Meteorol. Atmos. Phys.*, **89**, 117–142.

Ding, Y., G. Ren, Z. Zhao, Y. Xu, Y. Luo, Q. Li, and J. Zhang, 2007: Detection, causes and projection of climate change over China: An overview of recent progress. *Adv. Atmos. Sci.*, doi:DOI 10.1007/s00376-007-0954-4, 954–971.

Dole, R., M. Hoerling, J. Perlwitz, J. Eischeid, and P. Pegion, 2011: Was there a basis for anticipating the 2010 Russian heat wave? *Geophys. Res. Lett.*, L06702, doi 10.1029/2010GL046582.

Dominguez, F., E. Rivera, D. P. Lettenmaier, and C. L. Castro, 2012: Changes in winter precipitation extremes for the western United States under a warmer climate as simulated by regional climate models. *Geophys. Res. Lett.*, **39**, L05803.

Donat, M. G., G. C. Leckebusch, S. Wild, and U. Ulbrich, 2011: Future changes in European winter storm losses and extreme wind speeds inferred from GCM and RCM multi-model simulations. *Nat. Hazards Earth Syst. Sci.*, **11**, 1351–1370.

Dong, B., R. T. Sutton, and T. Woollings, 2011: Changes of interannual NAO variability in response to greenhouse gases forcing. *Clim. Dyn.*, **37**, 1621–1641.

Dong, L., T. J. Vogelsang, and S. J. Colucci, 2008: Interdecadal trend and ENSO-related interannual variability in Southern Hemisphere blocking. *J. Clim.*, **21**, 3068–3077.

Döscher, R., and T. Koenigk, 2012: Arctic rapid sea ice loss events in regional coupled climate scenario experiments. *Ocean Sci. Discuss.*, **9**, 2327–2373.

BLM_0151807

Dowdy, A. J., G. A. Mills, B. Timbal, and Y. Wang, 2012: Changes in the risk of extratropical cyclones in eastern Australia. *J. Clim.*, **26**, 1403–1417.

Drumond, A. R. M., and T. Ambrizzi, 2005: The role of SST on the South American atmospheric circulation during January, February and March 2001. *Clim. Dyn.*, **24**, 781–291.

Du, Y., and S.-P. Xie, 2008: Role of atmospheric adjustments in the tropical Indian Ocean warming during the 20th century in climate models. *Geophys. Res. Lett.*, **35**, doi: 10.1029/2008GL033631.

Du, Y., L. Yang, and S. Xie, 2011: Tropical Indian Ocean influence on Northwest Pacific tropical cyclones in summer following strong El Niño. *J. Clim.*, **24**, 315–322.

Du, Y., S. P. Xie, G. Huang, and K. M. Hu, 2009: Role of air-sea interaction in the long persistence of El Niño-induced north Indian Ocean warming. *J. Clim.*, **22**, 2023–2038.

Dufek, A. S., T. Ambrizzi, and R. P. Rocha, 2008: Are reanalysis data useful for calculating climate indices over South America? *Ann. NY Acad. Sci.*, **1146**, 87–104.

Duffy, P. B., and C. Tebaldi, 2012: Increasing prevalence of extreme summer temperatures in the U.S. *Clim. Change*, **111**, 487–495.

Dunion, J., and C. Velden, 2004: The impact of the Saharan air layer on Atlantic tropical cyclone activity. *Bull. Am. Meteorol. Soc.*, **85**, 353–365.

Dunion, J., and C. Marron, 2008: A reexamination of the Jordan mean tropical sounding based on awareness of the Saharan air layer: Results from 2002. *J. Clim.*, **21**, 5242–5253.

Dunion, J. P., 2011: Rewriting the climatology of the tropical North Atlantic and Caribbean Sea atmosphere. *J. Clim.*, **24**, 893–908.

Dunn-Sigouin, E., and S.-W. Son, 2013: Northern Hemisphere blocking frequency and duration in the CMIP5 models. *J. Geophys. Res. Atmos.*, **118**, 1179–1188.

Elsner, J. B., J. P. Kossin, and T. H. Jagger, 2008: The increasing intensity of the strongest tropical cyclones. *Nature*, **455**, 92–95.

Emanuel, K., 2007: Environmental factors affecting tropical cyclone power dissipation. *J. Clim.*, **20**, 5497–5509.

Emanuel, K., 2010: Tropical cyclone activity downscaled from NOAA-CIRES reanalysis, 1908–1958. *J. Adv. Model. Earth Syst.*, **2**, 12.

Emanuel, K., R. Sundararajan, and J. Williams, 2008: Hurricanes and global warming: Results from downscaling IPCC AR4 simulations. *Bull. Am. Meteorol. Soc.*, **89**, 347–367.

Emanuel, K., S. Solomon, D. Folini, S. Davis, and C. Cagnazzo, 2012: Influence of tropical tropopause layer cooling on Atlantic hurricane activity. *J. Clim.*, **26**, 2288–2301.

Endo, H., 2010: Long-term changes of seasonal progress in Baiu rainfall using 109 years (1901–2009) daily station data. *Sola*, **7**, 5–8.

Endo, H., 2012: Future changes of Yamase bringing unusually cold summers over northeastern Japan in CMIP3 multi-models. *J. Meteorol. Soc. Jpn.*, **90A**, 123-136.

Endo, H., A. Kitoh, T. Ose, R. Mizuta, and S. Kusunoki, 2012: Future changes and uncertainties in Asian precipitation simulated by multiphysics and multi–sea surface temperature ensemble experiments with high-resolution Meteorological Research Institute atmospheric general circulation models (MRI-AGCMs). *J. Geophys. Res.*, **117**, D16118.

Enfield, D., S. K. Lee, and C. Wang, 2006: How are large Western Hemisphere warm pools formed? *Prog. Oceanogr.*, **70**, 346–365.

Engelbrecht, C. J., F. A. Engelbrecht, and L. L. Dyson, 2011: High-resolution model-projected changes in mid-tropospheric closed-lows and extreme rainfall events over southern Africa. *Int. J. Climatol.*, **33**, 173–187.

England, M. H., C. C. Ummenhofer, and A. Santoso, 2006: Interannual rainfall extremes over southwest Western Australia linked to Indian ocean climate variability. *J. Clim.*, **19**, 1948–1969.

Englehart, P. J., and A. V. Douglas, 2006: Defining intraseasonal rainfall variability within the North American monsoon. *J. Clim.*, **19**, 4243–4253.

Evan, A., 2012: Atlantic hurricane activity following two major volcanic eruptions. *J. Geophys. Res. Atmos.*, **117**, doi: 10.1029/2011JD016716.

Evan, A., G. Foltz, D. Zhang, and D. Vimont, 2011a: Influence of African dust on ocean-atmosphere variability in the tropical Atlantic. *Nature Geosci.*, **4**, 762–765.

Evan, A. T., J. P. Kossin, C. E. Chung, and V. Ramanathan, 2011b: Arabian Sea tropical cyclones intensified by emissions of black carbon and other aerosols. *Nature*, **479**, 94–97.

Evan, A. T., J. P. Kossin, C. Chung, and V. Ramanathan, 2012: Evan et al. reply to Wang et al. (2012), "Intensified Arabian Sea tropical storms". *Nature*, **489**, E2–E3.

Evan, A. T., D. J. Vimont, A. K. Heidinger, J. P. Kossin, and R. Bennartz, 2009: The role of aerosols in the evolution of tropical North Atlantic Ocean temperature anomalies. *Science*, **324**, 778–781.

Evans, J. P., 2008: Changes in water vapor transport and the production of precipitation in the eastern Fertile Crescent as a result of global warming. *J. Hydrometeorol.*, **9**, 1390–1401.

Evans, J. P., 2009: 21st century climate change in the Middle East. *Clim. Change*, **92**, 417–432.

Eyring, V., et al., 2013: Long-term ozone changes and associated climate impacts in CMIP5 simulations. *J. Geophys. Res. Atmos*, doi:10.1002/jgrd.50316.

Falvey, M., and R. D. Garreaud, 2009: Regional cooling in a warming world: Recent temperature trends in the southeast Pacific and along the west coast of subtropical South America (1979–2006). *J. Geophys. Res. Atmos.*, **114**, D04102.

Fauchereau, N., B. Pohl, C. Reason, M. Rouault, and Y. Richard, 2009: Recurrent daily OLR patterns in the Southern Africa/Southwest Indian Ocean region, implications for South African rainfall and teleconnections. *Clim. Dyn.*, **32**, 575–591.

Fedorov, A. V., and S. G. Philander, 2000: Is El Nino changing? *Science*, **288**, 1997–2002.

Feldstein, S. B., and C. Franzke, 2006: Are the North Atlantic Oscillation and the Northern Annular Mode distinguishable? *J. Atmos. Sci.*, **63**, 2915–2930.

Feliks, Y., M. Ghil, and A. W. Robertson, 2010: Oscillatory climate modes in the eastern Mediterranean and their synchronization with the North Atlantic Oscillation. *J. Clim.*, **23**, 4060–4079.

Feng, S., Q. Hu, and R. Oglesby, 2011: Influence of Atlantic sea surface temperatures on persistent drought in North America. *Clim. Dyn.*, **37**, 569–586.

Fereday, D. R., J. R. Knight, A. A. Scaife, C. K. Folland, and A. Philipp, 2008: Cluster analysis of North Atlantic-European circulation types and links with tropical Pacific sea surface temperatures. *J. Clim.*, **21**, 3687–3703.

Fink, A., S. Pohle, J. Pinto, and P. Knippertz, 2012: Diagnosing the influence of diabatic processes on the explosive deepening of extratropical cyclones. *Geophys. Res. Lett.*, **39**, doi: 10.1029/2012GL051025.

Fink, A. H., T. Bruecher, V. Ermert, A. Krueger, and J. G. Pinto, 2009: The European storm Kyrill in January 2007: Synoptic evolution, meteorological impacts and some considerations with respect to climate change. *Nat. Hazards Earth Syst. Sci.*, **9**, 405–423.

Fischer-Bruns, I., D. F. Banse, and J. Feichter, 2009: Future impact of anthropogenic sulfate aerosol on North Atlantic climate. *Clim. Dyn.*, **32**, 511–524.

Fogt, R., D. Bromwich, and K. Hines, 2011: Understanding the SAM influence on the South Pacific ENSO teleconnection. *Clim. Dyn.*, **36**, 1555–1576.

Fogt, R. L., J. Perlwitz, A. J. Monaghan, D. H. Bromwich, J. M. Jones, and G. J. Marshall, 2009: Historical SAM variability. Part II: Twentieth-century variability and Ttrends from reconstructions, observations, and the IPCC AR4 models. *J. Clim.*, **22**, 5346–5365.

Folland, C., M. Salinger, N. Jiang, and N. Rayner, 2003: Trends and variations in South Pacific island and ocean surface temperatures. *J. Clim.*, **16**, 2859–2874.

Folland, C. K., J. A. Renwick, M. J. Salinger, and A. B. Mullan, 2002: Relative influences of the Interdecadal Pacific Oscillation and ENSO on the South Pacific Convergence Zone. *Geophys. Res. Lett.*, **29**, doi: 10.1029/2001GL014201.

Folland, C. K., J. Knight, H. W. Linderholm, D. Fereday, S. Ineson, and J. W. Hurrell, 2009: The summer North Atlantic Oscillation: Past, present, and future. *J. Clim.*, **22**, 1082–1103.

Forster, P., et al., 2007: Changes in atmospheric constituents and in radiative forcing. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)] Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 129–234.

Frank, W., and P. Roundy, 2006: The role of tropical waves in tropical cyclogenesis. *Mon. Weather Rev.*, **134**, 2397–2417.

Frederiksen, C. S., J. S. Frederiksen, J. M. Sisson, and S. L. Osbrough, 2011a: Changes and projections in the annual cycle of the Southern Hemisphere circulation, storm tracks and Australian rainfall. *Int. J. Clim. Change Impacts Respons.*, **2**, 143–162.

Frederiksen, C. S., J. S. Frederiksen, J. M. Sisson, and S. L. Osbrough, 2011b: Australian winter circulation and rainfall changes and projections. *Int. J. Clim. Change Strat. Manage.*, **3**, 170–188.

Frederiksen, J. S., and C. S. Frederiksen, 2007: Interdecadal changes in southern hemisphere winter storm track modes. *Tellus A*, **59**, 599–617.

BLM_0151808

Frederiksen, J. S., C. S. Frederiksen, S. L. Osbrough, and J. M. Sisson, 2010: Causes of changing Southern Hemisphere weather systems. In *Managing Climate Change* [I. Jupp, P. Holper and W. Cai (eds.)]. CSIRO Publishing, Collingwood, Victoria, Australia, pp. 85–98.

Friedman, A. R., Y. T. Hwang, J. C. H. Chiang, and D. M. W. Frierson, 2013: Interhemispheric temperature asymmetry over the 20th century and in future projections. *J. Clim.*, doi:10.1175/JCLI-D-12-00525.1.

Frierson, D. M. W., I. M. Held, and P. Zurita-Gotor, 2007: A gray-radiation aquaplanet moist GCM. Part II: Energy transports in altered climates. *J. Atmos. Sci.*, 64, 1680–1693.

Fučkar, N. S., S.-P. Xie, R. Farneti, E. A. Maroon, and D. M. W. Frierson, 2013: Influence of the extratropical ocean circulation on the intertropical convergence zone in an idealized coupled general circulation model. *J. Clim.*, 26, 4612–4629.

Furtado, J., E. Di Lorenzo, N. Schneider, and N. A. Bond, 2011: North Pacific decadal variability and climate change in the IPCC AR4 models. *J. Clim.*, 24, 3049–3066.

Gamble, D. W., and S. Curtis, 2008: Caribbean precipitation: Review, model and prospect. *Prog. Phys. Geogr.*, 32, 265–276.

Gan, M. A., V. B. Rao, and M. C. L. Moscati, 2006: South American monsoon indices. *Atmos. Sci. Lett.*, 6, 219–223.

Gao, X., Y. Shi, and F. Giorgi, 2012a: A high resolution simulation of climate change over China. *Sci. China Earth Sci.*, 54, 462–472.

Gao, X., Y. Shi, R. Song, F. Giorgi, Y. Wang, and D. Zhang, 2008: Reduction of future monsoon precipitation over China: Comparison between a high resolution RCM simulation and the driving GCM. *Meteorol. Atmos. Phys.*, 100, 73–86.

Gao, X., Y. Shi, D. Zhang, J. Wu, F. Giorgi, Z. Ji, and Y. Wang, 2012b: Uncertainties in monsoon precipitation projections over China: Results from two high-resolution RCM simulations. *Clim. Res.*, 2, 213.

Gao, Y., L. R. Leung, E. P. Salathé, F. Dominguez, B. Nijssen, and D. P. Lettenmaier, 2012c: Moisture flux convergence in regional and global climate models: Implications for droughts in the southwestern United States under climate change. *Geophys. Res. Lett.*, 39, L09711.

Garcia, R., and W. J. Randel, 2008: Acceleration of the Brewer–Dobson circulation due to increases in greenhouse gases. *J. Atmos. Sci.*, 65, 2731–2739.

Garfinkel, C. I., and D. L. Hartmann, 2011: The influence of the Quasi-Biennial Oscillation on the troposphere in wintertime in a hierarchy of models, Part 1: Simplified dry GCMs. *J. Atmos. Sci.*, 68, 1273–1289.

Gastineau, G., and B. J. Soden, 2009: Model projected changes of extreme wind events in response to global warming. *Geophys. Res. Lett.*, 36, doi: 10.1029/2009gl037500.

Geng, Q. Z., and M. Sugi, 2003: Possible change of extratropical cyclone activity due to enhanced greenhouse gases and sulfate aerosols - Study with a high-resolution AGCM. *J. Clim.*, 16, 2262–2274.

Gerber, E. P., and G. K. Vallis, 2007: Eddy-zonal flow interactions and the persistence of the zonal index. *J. Atmos. Sci.*, 64, 3296–3311.

Gerber, E. P., L. M. Polvani, and D. Ancukiewicz, 2008: Annular mode time scales in the Intergovernmental Panel on Climate Change Fourth Assessment Report models. *Geophys. Res. Lett.*, 35, doi: 10.1029/2008gl035712.

Gerber, E. P., et al., 2010: Stratosphere-troposphere coupling and annular mode variability in chemistry-climate models. *J. Geophys. Res.*, 115, doi: 10.1029/2009jd013770.

Giannini, A., R. Saravanan, and P. Chang, 2003: Oceanic forcing of Sahel rainfall on interannual to interdecadal time scales. *Science*, 302, 1027–1030.

Giannini, A., M. Biasutti, I. Held, and A. Sobel, 2008: A global perspective on African climate. *Clim. Change*, 90, 359–383.

Giese, B., and S. Ray, 2011: El Niño variability in simple ocean data assimilation (SODA), 1871–2008. *J. Geophys. Res. Oceans*, 116, 10.1029/2010JC006695.

Gillett, N. P., and J. C. Fyfe, 2013: Annular mode changes in the CMIP5 simulations. *Geophys. Res. Lett.*, 40,                    .

Giorgi, F., and X. Bi, 2009: Time of emergence (TOE) of GHG-forced precipitation change hot-spots. *Geophys. Res. Lett.*, 36, doi:10.1029/2009GL037593.

Gochis, D. J., L. Castillo-Brito, and J. Shuttleworth, 2007: Correlations between sea-surface temperatures and warm season streamflow in northwest Mexico. *Int. J. Climatol.*, 27, 883–901.

Goldenberg, S. B., C. Landsea, A. M. Mestas-Nunez, and W. M. Gray, 2001: The recent increase in Atlantic hurricane activity: Causes and implications. *Science*, 293, 474–479.

Gong, D. Y., and S. W. Wang, 1999: Definition of Antarctic Oscillation Index. *Geophys. Res. Lett.*, 26, 459–462.

Gong, D. Y., and C. H. Ho, 2002: The Siberian High and climate change over middle to high latitude Asia. *Theor. Appl. Climatol.*, 72, 1–9.

Good, P., J. A. Lowe, M. Collins, and W. Moufouma-Okia, 2008: An objective tropical Atlantic sea surface temperature gradient index for studies of south Amazon dry-season climate variability and change. *Philos. Trans. R. Soc. London B*, 363, 1761–1766.

Goswami, B. N., V. Venugopal, D. Sengupta, M. S. Madhusoodanan, and P. K. Xavier, 2006: Increasing trend of extreme rain events over India in a warming environment. *Science*, 314, 1442–1445.

Graff, L., and J. LaCasce, 2012: Changes in the extratropical storm tracks in response to changes in SST in an AGCM. *J. Clim.*, 25, 1854–1870.

Grantz, K., B. Rajagopalan, M. Clark, and E. Zagona, 2007: Seasonal shifts in the North American monsoon. *J. Clim.*, 20, 1923–1935.

Griffiths, G., M. Salinger, and I. Leleu, 2003: Trends in extreme daily rainfall across the South Pacific and relationship to the South Pacific Convergence Zone. *Int. J. Climatol.*, 23, 847–869.

Griffiths, G., et al., 2005: Change in mean temperature as a predictor of extreme temperature change in the Asia-Pacific region. *Int. J. Climatol.*, 25, 1301–1330.

Griffiths, G. M., 2007: Changes in New Zealand daily rainfall extremes 1930 - 2004. *Weather Clim.*, 27, 3–44.

Gu, D. F., and S. G. H. Philander, 1995: Secular changes of annual and interannual variability in the tropics during the past century. *J. Clim.*, 8, 864–876.

Guilyardi, E., H. Bellenger, M. Collins, S. Ferrett, W. Cai, and A. Wittenberg, 2012: A first look at ENSO in CMIP5. *CLIVAR Exchanges*, 58, 29-32.

Guo, Z. C., D. H. Bromwich, and A. M. Hines, 2004: Modeled antarctic precipitation. Part II: ENSO modulation over West Antarctica. *J. Clim.*, 17, 448–465.

Gutiérrez, D., et al., 2011: Coastal cooling and increased productivity in the main upwelling zone off Peru since the mid-twentieth century. *Geophys. Res. Lett.*, 38, L07603.

Gutowski, W. J. et al., 2010: Regional, extreme monthly precipitation simulated by NARCCAP RCMs. *J. Hydrometeorol.*, 11, 1373–1379.

Gutzler, D. S., 2004: An index of interannual precipitation variability in the core of the North American monsoon region. *J. Clim.*, 17, 4473–4480.

Gutzler, D. S., and T. O. Robbins, 2011: Climate variability and projected change in the western United States: Regional downscaling and drought statistics. *Clim. Dyn.*, 37, 835–849.

Gutzler, D. S., L. N. Long, J. Schemm, S. B. Roy, M. Bosilovich, J. C. Collier, M. Kanamitsu, P. Kelly, D. Lawrence, M. I. Lee, R. L. Sánchez, B. Mapes, K. Mo, A. Nunes, E. A. Ritchie, J. Roads, S. Schubert, H. Wei, and G. J. Zhang, 2009: Simulations of the 2004 North American Monsoon: NAMAP2. *J. Climate*, 22, 6716-6740.

Haarsma, R. J., et al., 2013: More hurricanes to hit Western Europe due to global warming. *Geophys. Res. Lett.*, doi:10.1002/grl.50360.

Haensler, A., S. Hagemann, and D. Jacob, 2011: The role of the simulation setup in a long-term high-resolution climate change projection for the southern African region. *Theor. Appl. Climatol.*, 106, 153–169.

Haerter, J., E. Roeckner, L. Tomassini, and J. von Storch, 2009: Parametric uncertainty effects on aerosol radiative forcing. *Geophys. Res. Lett.*, 36, doi: 10.1029/2009GL039050.

Haigh, J. D., and H. K. Roscoe, 2006: Solar influences on polar modes of variability. *Meteorol. Z.*, 15, 371–378.

Häkkinen, S., P. B. Rhines, and D. L. Worthen, 2011: Atmospheric blocking and atlantic multidecadal ocean variability. *Science*, 334, 655–659.

Hall, T., A. Sealy, T. Stephenson, S. Kusunoki, M. Taylor, A. A. Chen, and A. Kitoh, 2012: Future climate of the Caribbean from a super-high-resolution atmospheric general circulation model. *Theor. Appl. Climatol.*, doi:10.1007/s00704-012-0779-7, 1–17.

Han, W., et al., 2010: Patterns of Indian Ocean sea-level change in a warming climate. *Nature Geosci.*, 3, 546–550.

Handorf, K., and Dethloff, 2009: Atmospheric teleconnections and flow regimes under future climate projections. 237–255.

Hansen, J., M. Sato, R. Ruedy, K. Lo, D. W. Lea, and M. Medina-Elizade, 2006: Global temperature change. *Proc. Natl. Acad. Sci. U.S.A.*, 103, 14288–14293.

Hansingo, K., and C. Reason, 2008: Modelling the atmospheric response to SST dipole patterns in the South Indian Ocean with a regional climate model. *Meteorol. Atmos. Phys.*, 100, 37–52.

Hansingo, K., and C. Reason 2009: Modelling the atmospheric response over southern Africa to SST forcing in the southeast tropical Atlantic and southwest subtropical Indian Oceans. *Int. J. Climatol.*, 29, 1001–1012.

BLM_0151809

Harrison, S. P., et al., 2003: Mid-Holocene climates of the Americas: A dynamical response to changed seasonality. *Clim. Dyn.*, **20**, 663–688.

Hartmann, B., and G. Wendler, 2005: The Significance of the 1976 Pacific climate shift in the climatology of Alaska. *J. Clim.*, **18**, 4824–4839.

Harvey, B. J., L. C. Shaffrey, T. J. Woollings, G. Zappa, and K. I. Hodges, 2012: How large are projected 21st century storm track changes? *Geophys. Res. Lett.*, **39**, L18707.

Haylock, M. R., et al., 2006: Trends in total and extreme South American rainfall in 1960–2000 and links with sea surface temperature. *J. Clim.*, **19**, 1490–1512.

Held, I., and M. Zhao, 2011: The response of tropical cyclone statistics to an increase in $CO_2$ with fixed sea surface temperatures. *J. Clim.*, **24**, 5353–5364.

Held, I., T. Delworth, J. Lu, K. Findell, and T. Knutson, 2005: Simulation of Sahel drought in the 20th and 21st centuries. *Proc. Natl. Acad. Sci. U.S.A.*, **102**, 17891–17896.

Held, I. M., 1993: Large-scale dynamics and global warming. *Bull. Am. Meteorol. Soc.*, **74**, 228–241.

Held, I. M., and B. J. Soden, 2006: Robust responses of the hydrological cycle to global warming. *J. Clim.*, **19**, 5686–5699.

Hendon, H. H., D. W. J. Thompson, and M. C. Wheeler, 2007: Australian rainfall and surface temperature variations associated with the Southern Hemisphere annular mode. *J. Clim.*, **20**, 2452–2467.

Hennessy, K., S. Power, and G. Cambers, Eds., 2011: *Climate change in the Pacific: Scientific Assessment and New Research. Regional Overview (Volume 1) and Country Reports (Volume 2)*. Australian Bureau of Meteorology (BoM) and Commonwealth Scientific and Industrial Organisation (CSIRO), Melbourne, Australia.

Hermes, J., and C. Reason, 2009: Variability in sea-surface temperature and winds in the tropical south-east Atlantic Ocean and regional rainfall relationships. *Int. J. Climatol.*, **29**, 11–21.

Hernandez-Deckers, D., and J.-S. von Storch, 2010: Energetics responses to increases in greenhouse gas concentration. *J. Clim.*, **23**, 3874–3887.

Hidayat, R., and S. Kizu, 2010: Influence of the Madden-Julian Oscillation on Indonesian rainfall variability in austral summer. *Int. J. Climatol.*, **30**, 1816–1825.

Hill, K. J., A. S. Taschetto, and M. H. England, 2011: Sensitivity of South American summer rainfall to tropical Pacific Ocean SST anomalies. *Geophys. Res. Lett.*, **38**, L01701.

Hinton, T. J., B. J. Hoskins, and G. M. Martin, 2009: The influence of tropical sea surface temperatures and precipitation on North Pacific atmospheric blocking. *Climate Dynamics*, **33**, 549-563.

Hirschi, M., et al., 2011: Observational evidence for soil-moisture impact on hot extremes in southeastern Europe. *Nature Geosci.*, **4**, 17–21.

Ho, C. K., D. B. Stephenson, M. Collins, C. A. T. Ferro, and S. J. Brown, 2012: Calibration strategies: A source of additional uncertainty in climate change projections. *Bull. Am. Meteorol. Soc.*, **93**, 21–26.

Hoerling, M., J. Hurrell, J. Eischeid, and A. Phillips, 2006: Detection and attribution of twentieth-century northern and southern African rainfall change. *J. Clim.*, **3989–4008**.

Holland, G. J., and P. J. Webster, 2007: Heightened tropical cyclone activity in the North Atlantic: Natural variability or climate trend? *Philos. Trans. R. Soc. London A*, **365**, 2695–2716.

Hope, P. K., W. Drosdowsky, and N. Nicholls, 2006: Shifts in the synoptic systems influencing southwest Western Australia. *Clim. Dyn.*, **26**, 751–764.

Horel, J. D., and J. M. Wallace, 1981: Planetary-scale atmospheric phenomena associated with the Southern Oscillation. *Mon. Weather Rev.*, **109**, 813–829.

Hori, M. E., D. Nohara, and H. L. Tanaka, 2007: Influence of Arctic Oscillation towards the Northern Hemisphere surface temperature variability under the global warming scenario. *J. Meteorol. Soc. Jpn.*, **85**, 847–859.

Hsieh, W. W., A. Wu, and A. Shabbar, 2006: Nonlinear atmospheric teleconnections. *Geophys. Res. Lett.*, **33**, doi: 10.1029/2005gl025471.

Hsu, P.-C., T. Li, and B. Wang, 2011: Trends in global monsoon area and precipitation in the past 30 years. *Geophys. Res. Lett.*, **38**, doi: 10.1029/2011GL046893.

Hsu, P.-C., T. Li, H. Murakami, and A. Kitoh, 2013: Future change of the global monsoon revealed from 19 CMIP5 models. *J. Geophys. Res. Atmos.*, **118**, doi: 10.1002/jgrd.50145.

Hu, Z., A. Kumar, B. Jha, and B. Huang, 2012a: An Analysis of Forced and internal variability in a warmer climate in CCSM3. *J. Clim.*, **25**, 2356–2373.

Hu, Z., A. Kumar, B. Jha, W. Wang, B. Huang, and B. Huang, 2012b: An analysis of warm pool and cold tongue El Niños: Air-sea coupling processes, global influences, and recent trends. *Clim. Dyn.*, **38**, 2017–2035.

Hu, Z. Z., 1997: Interdecadal variability of summer climate over East Asia and its association with 500 hPa height and global sea surface temperature. *J. Geophys. Res. Atmos.*, **102**, 19403–19412.

Hu, Z. Z., and Z. H. Wu, 2004: The intensification and shift of the annual North Atlantic Oscillation in a global warming scenario simulation. *Tellus A*, **56**, 112–124.

Huang, B., and Z. Liu, 2001: Temperature trend of the last 40 yr in the upper Pacific Ocean. *J. Clim.*, **14**, 3738–3750.

Huang, G., K. M. Hu, and S. P. Xie, 2010: Strengthening of tropical Indian Ocean teleconnection to the northwest Pacific since the mid-1970s: An atmospheric GCM study. *J. Clim.*, **23**, 5294–5304.

Huang, J., X. Guan, and F. Ji, 2012: Enhanced cold-season warming in semi-arid regions. *Atmos. Chem. Phys. Discuss.*, **12**, 4627–4653.

Huang, P., S.-P. Xie, K. Hu, G. Huang, and R. Huang, 2013: Patterns of the seasonal response of tropical rainfall to global warming. *Nature Geosci.*, **6**, 357–361.

Huang, R., W. Chen, B. Yang, and R. Zhang, 2004: Recent advances in studies of the interaction between the east Asian winter and summer monsoons and ENSO cycle. *Adv. Atmos. Sci.*, **21**, 407–424.

Huffman, G. J., R. F. Adler, D. T. Bolvin, and G. Gu, 2009: Improving the global precipitation record: GPCP Version 2.1. *Geophys. Res. Lett.*, **36**, L17808.

Hurrell, J. W., and C. Deser, 2009: North Atlantic climate variability: The role of the North Atlantic Oscillation. *J. Mar. Syst.*, **78**, 28–41.

Hurrell, J. W., Y. Kushnir, G. Ottersen, and M. Visbeck, 2003: An overview of the North Atlantic Oscillation. In: *The North Atlantic Oscillation: Climate Significance and Environmental Impact* [J. W. Hurrell, Y. Kushnir, M. Visbeck and G. Ottersen (eds.)]. American Geophysical Union, Washington, DC, pp. 1–35.

Huss, M., R. Hock, A. Bauder, and M. Funk, 2010: 100-year mass changes in the Swiss Alps linked to the Atlantic Multidecadal Oscillation. *Geophys. Res. Lett.*, **37**, doi: 10.1029/2010GL042616.

Hwang, Y.-T., and D. M. W. Frierson, 2010: Increasing atmospheric poleward energy transport with global warming. *Geophys. Res. Lett.*, **37**, doi: 10.1029/2010GL045440.

Ihara, C., Y. Kushnir, M. Cane, and V. de la Pena, 2009: Climate Change over the Equatorial Indo-Pacific in Global Warming. *J. Clim.*, **22**, 2678–2693.

Iizumi, T., F. Uno, and M. Nishimori, 2012: Climate downscaling as a source of uncertainty in projecting local climate change impacts. *J. Meteorol. Soc. Jpn.*, **90B**, 83–90.

Im, E. S., J. B. Ahn, W. T. Kwon, and F. Giorgi, 2008: Multi-decadal scenario simulation over Korea using a one-way double-nested regional climate model system. Part 2: Future climate projection (2021–2050). *Clim. Dyn.*, **30**, 239–254.

Ineson, S., A. A. Scaife, J. R. Knight, J. C. Manners, N. J. Dunstone, L. J. Gray, and J. D. Haigh, 2011: Solar forcing of winter climate variability in the Northern Hemisphere. *Nature Geosci.*, **4**, 753–757.

Inoue, J., J. Liu, and J. A. Curry, 2006: Intercomparison of arctic regional climate models: Modeling clouds and radiation for SHEBA in May 1998. *J. Clim.*, **19**, 4167–4178.

Ionita, M., G. Lohmann, N. Rimbu, S. Chelcea, and M. Dima, 2012: Interannual to decadal summer drought variability over Europe and its relationship to global sea surface temperature. *Clim. Dyn.*, **38**, 363–377.

IPCC, 2007a: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)] Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 996 pp.

IPCC, 2007b: *Climate Change 2007: Impacts, Adaptation and Vulnerability. Contribution of Working Group II to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change (IPCC)* [M. L. Parry, O. F. Canziani, J. P. Palutikof, P. J. van der Linden and C. E. Hanson (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 976 pp.

IPCC, 2012: *Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation. A Special Report of Working Groups I and II of the Intergovernmental Panel on Climate Change* [C. B. Field, V. Barros, T. F. Stocker, D. Qin, D. J. Dokken, K. L. Ebi, M. D. Mastrandrea, K. J. Mach, G.-K. Plattner, S. K. Allen, M. Tignor and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 582 pp.

Irving, D., P. Whetton, and A. Moise, 2012: Climate projections for Australia: A first glance at CMIP5. *Aust. Mereorol. Oceanogr. J.*, **62**, 211–225.

Irving, D., et al., 2011: Evaluating global climate models for the Pacific island region. *Clim. Res.*, **49**, 169–187.

BLM_0151810

Izumo, T., C. D. Montegut, J. J. Luo, S. K. Behera, S. Masson, and T. Yamagata, 2008: The role of the western Arabian Sea upwelling in Indian monsoon rainfall variability. *J. Clim.*, **21**, 5603–5623.

Jaeger, E. B., and S. I. Seneviratne, 2010: Impact of soil moisture–atmosphere coupling on European climate extremes and trends in a regional climate model. *Clim. Dyn.*, **36**, 1919–1939.

Janicot, S., et al., 2011: Intraseasonal variability of the West African monsoon. *Atmos. Sci. Lett.*, **12**, 58–66.

Jiang, H., and E. Zipser, 2010: Contribution of tropical cyclones to the global precipitation from eight seasons of TRMM data: Regional, seasonal, and interannual variations. *J. Clim.*, **23**, 1526–1543.

Jiang, Y. L., and Z. Zhao, 2013: Maximum wind speed changes over China. *Acta Meteorol. Sin.*, **27**, 63–74.

Jiang, Z., J. Song, L. Li, W. Chen, Z. Wang, and J. Wang, 2011: Extreme climate events in China: IPCC-AR4 model evaluation and projection. *Clim. Change*, **110**, 385–401.

Jin, F., A. Kitoh, and P. Alpert, 2010: Water cycle changes over the Mediterranean: A comparison study of a super-high-resolution global model with CMIP3. *Philos. Trans. R. Soc. London A*, **68**, 5137–5149.

Johanson, C. M., and Q. Fu, 2009: Hadley cell widening: Model simulations versus observations. *J. Clim.*, **22**, 2713–2725.

Joly, M., A. Voldoire, H. Douville, P. Terray, and J.-F. Royer, 2007: African monsoon teleconnections with tropical SSTs: Validation and evolution in a set of IPCC4 simulations. *Clim. Dyn.*, **29**, 1–20.

Jones, C., and L. M. V. Carvalho, 2013: Climate change in the South American Monsoon System: Present climate and CMIP5 projections. *J. Clim.*, doi:10.1175/JCLI-D-12-00412.1.

Jones, D. A., W. Wang, and R. Fawcett, 2009a: High-quality spatial climate data-sets for Australia. *Aust. Meteorol. Oceanogr. J.*, **58**, 233–248.

Jones, J. M., R. L. Fogt, M. Widmann, G. J. Marshall, P. D. Jones, and M. Visbeck, 2009b: Historical SAM variability. Part I: Century-ength seasonal reconstructions. *J. Clim.*, **22**, 5319–5345.

Joshi, M. M., A. J. Charlton, and A. A. Scaife, 2006: On the influence of stratospheric water vapor changes on the tropospheric circulation. *Geophys. Res. Lett.*, **33**, doi: 10.1029/2006gl025983.

Jourdain, N., A. Gupta, A. Taschetto, C. Ummenhofer, A. Moise, and K. Ashok, 2013: The Indo-Australian monsoon and its relationship to ENSO and IOD in reanalysis data and the CMIP3/CMIP5 simulations. *Clim. Dyn.*, doi:10.1007/s00382-013-1676-1, 1–30.

Jung, T., et al., 2011: High-resolution global climate simulations with the ECMWF model in project Athena: Experimental design, model climate, and seasonal forecast skill. *J. Clim.*, **25**, 3155–3172.

Junquas, C., C. Vera, L. Li, and H. Treut, 2012: Summer precipitation variability over Southeastern South America in a global warming scenario. *Climate Dynamics*, **38**, 1867-1883.

Junquas, C., C. S. Vera, L. Li, and H. Treut, 2013: Impact of projected SST changes on summer rainfall in southeastern South America. *Clim. Dyn.*, **40**, 1569–1589.

Kajikawa, Y., B. Wang, and J. Yang, 2010: A multi-time scale Australian monsoon index. *Int. J. Climatol.*, **30**, 1114–1120.

Kanada, S., M. Nakano, and T. Kato, 2010: Changes in mean atmospheric structures around Japan during July due to global warming in regional climate experiments using a cloud resolving model. *Hydrol. Res. Lett.*, **4**, 11–14.

Kanada, S., M. Nakano, and T. Kato, 2012: Projections of future changes in precipitation and the vertical structure of the frontal zone during the Baiu season in the vicinity of Japan using a 5-km-mesh regional climate model. *J. Meteorol. Soc. Jpn.*, **90A**, 65–86.

Kang, S., I. Held, D. Frierson, and M. Zhao, 2008: The response of the ITCZ to extratropical thermal forcing: Idealized slab-ocean experiments with a GCM. *J. Clim.*, **21**, 3521–3532.

Kao, H. Y., and J. Y. Yu, 2009: Contrasting Eastern-Pacific and Central-Pacific types of ENSO. *J. Clim.*, **22**, 615–632.

Kapnick, S., and A. Hall, 2012: Causes of recent changes in western North American snowpack. *Clim. Dyn.*, **38**, 1885–1899.

Karmalkar, A. V., R. S. Bradley, and H. F. Diaz, 2011: Climate change in Central America and Mexico: Regional climate model validation and climate change projections. *Clim. Dyn.*, **37**, 605–629.

Karnauskas, K. B., R. Seager, A. Kaplan, Y. Kushnir, and M. A. Cane, 2009: Observed strengthening of the zonal sea surface temperature gradient across the equatorial Pacific Ocean. *J. Clim.*, **22**, 4316–4321.

Karpechko, A. Y., 2010: Uncertainties in future climate attributable to uncertainties in future Northern Annular Mode change. *Geophys. Res. Lett.*, **37**, doi: 10.1029/2010gl044717.

Karpechko, A. Y., and E. Manzini, 2012: Stratospheric influence on tropospheric climate change in the Northern Hemisphere. *J. Geophys. Res.*, **117**, doi: 10.1029/2011JD017036.

Karpechko, A. Y., N. P. Gillett, L. J. Gray, and M. Dall'Amico, 2010: Influence of ozone recovery and greenhouse gas increases on Southern Hemisphere circulation. *J. Geophys. Res.*, **115**, D22117.

Kaspari, S., P. A. Mayewski, D. A. Dixon, V. B. Spikes, S. B. Sneed, M. J. Handley, and G. S. Hamilton, 2004: Climate variability in West Antarctica derived from annual accumulation-rate records from ITASE firn/ice cores. *Annals of Glaciology*, **39**, 585–594.

Kattsov, V. M., J. E. Walsh, W. L. Chapman, V. A. Govorkova, T. V. Pavlova, and X. D. Zhang, 2007: Simulation and projection of arctic freshwater budget components by the IPCC AR4 global climate models. *J. Hydrometeorol.*, **8**, 571–589.

Kaufman, D. S., et al., 2009: Recent warming reverses long-term Arctic cooling. *Science*, **325**, 1236–1239.

Kawatani, Y., K. Hamilton, and S. Watanabe, 2011: The Quasi-Biennial Oscillation in a double $CO_2$ climate. *J. Atmos. Sci.*, **68**, 265–283.

Kawatani, Y., K. Hamilton, and A. Noda, 2012: The effects of changes in sea surface temperature and $CO_2$ concentration on the Quasi-Biennial Oscillation. *J. Atmos. Sci.*, **69**, 1734–1749.

Kawazoe, S., and W. Gutowski, 2013: Regional, very heavy daily precipitation in NARCCAP simulations. *J. Hydrometeorol.*, doi:10.1175/jhm-d-12-068.1.

Keenlyside, N., and M. Latif, 2007: Understanding equatorial Atlantic interannual variability. *J. Clim.*, **20**, 131–142.

Keenlyside, N., M. Latif, J. Jungclaus, L. Kornblueh, and E. Roeckner, 2008: Advancing decadal-scale climate prediction in the North Atlantic sector. *Nature*, **453**, 84–88.

Khain, A., B. Lynn, and J. Dudhia, 2010: Aerosol effects on intensity of landfalling hurricanes as seen from simulations with the WRF model with spectral bin microphysics. *J. Atmos. Sci.*, **67**, 365–384.

Khain, A., N. Cohen, B. Lynn, and A. Pokrovsky, 2008: Possible aerosol effects on lightning activity and structure of hurricanes. *J. Atmos. Sci.*, **65**, 3652–3677.

Kharin, V. V., F. W. Zwiers, X. Zhang, and G. C. Hegerl, 2007: Changes in temperature and precipitation extremes in the IPCC ensemble of global coupled model simulations. *J. Clim.*, **20**, 1419–1444.

Kidson, J. W., and J. A. Renwick, 2002: Patterns of convection in the tropical Pacific and their influence on New Zealand weather. *Int. J. Climatol.*, **22**, 151–174.

Kidston, J., and E. P. Gerber, 2010: Intermodel variability of the poleward shift of the austral jet stream in the CMIP3 integrations linked to biases in 20th century climatology. *Geophys. Res. Lett.*, **37**.

Kidston, J., J. A. Renwick, and J. McGregor, 2009: Hemispheric-scale seasonality of the Southern Annular Mode and impacts on the climate of New Zealand. *J. Clim.*, **22**, 4759–4770.

Kidston, J., G. K. Vallis, S. M. Dean, and J. A. Renwick, 2011: Can the increase in the eddy length scale under global warming cause the poleward shift of the jet streams? *J. Clim.*, **24**, 3764–3780.

Kim, B. M., and S. I. An, 2011: Understanding ENSO regime behavior upon an increase in the warm-pool temperature using a simple ENSO model. *J. Clim.*, **24**, 1438–1450.

Kim, D., and H. Byun, 2009: Future pattern of Asian drought under global warming scenario. *Theor. Appl. Climatol.*, **98**, 137–150.

Kim, S. T., and J.-Y. Yu, 2012: The two types of ENSO. *Geophys. Res. Lett.*, doi:10.1029/2012GL052006.

Kitoh, A., and T. Uchiyama, 2006: Changes in onset and withdrawal of the East Asian summer rainy season by multi-model global warming experiments. *J. Meteorol. Soc. Jpn.*, **84**, 247–258.

Kitoh, A., and S. Kusunoki, 2008: East Asian summer monsoon simulation by a 20-km mesh AGCM. *Clim. Dyn.*, **31**, 389–401.

Kitoh, A., S. Kusunoki, and T. Nakaegawa, 2011: Climate change projections over South America in the late 21st century with the 20 and 60 km mesh Meteorological Research Institute atmospheric general circulation model (MRI-AGCM). *J. Geophys. Res. Atmos.*, **116**, D06105.

Kitoh, A., T. Ose, K. Kurihara, S. Kusunoki, M. Sugi, and KAKUSHIN Team-3 Modeling Group, 2009: Projection of changes in future weather extremes using super-high-resolution global and regional atmospheric models in the KAKUSHIN Program: Results of preliminary experiments. *Hydrol. Res. Lett.*, **3**, 49–53.

BLM_0151811

Kitoh, A., H. Endo, K. Krishna Kumar, I. F. A. Cavalcanti, P. Goswami, and T. Zhou, 2013: Monsoons in a changing world regional perspective in a global context. J. Geophys. Res. Atmos., 118, doi: 10.1002/jgrd.50258.

Kjellström, E., G. Nikulin, U. Hansson, G. Strandberg, and A. Ullerstig, 2011: 21st century changes in the European climate: Uncertainties derived from an ensemble of regional climate model simulations. Tellus A, 63, 24–40.

Kjellström, E., P. Thejll, M. Rummukainen, J. H. Christensen, F. Boberg, C. O. B, and C. Fox Maule, 2013: Emerging regional climate change signals for Europe under varying large-scale circulation conditions. Clim. Res., 56, 103–119.

Klein, S. A., B. J. Soden, and N.-C. Lau, 1999: Remote sea surface temperature variations during ENSO: Evidence for a tropical atmospheric bridge. J. Clim., 12, 917–932.

Klingaman, N. P., S. J. Woolncugh, H. Weller, and J. M. Slingo, 2011: The impact of finer-resolution air-sea coupling on the Intraseasonal Oscillation of the Indian monsoon. J. Clim., 24, 2451–2468.

Knight, J., 2009: The Atlantic Multidecadal Oscillation inferred from the forced climate response in coupled general circulation models. J. Clim., 22, 1610–1625.

Knight, J. R., R. J. Allan, C. K. Folland, M. Vellinga, and M. E. Mann, 2005: A signature of persistent natural thermohaline circulation cycles in observed climate. Geophys. Res. Lett., 32, L20708.

Knutson, T. R., and R. E. Tuleya, 2004: Impact of $CO_2$-induced warming on simulated hurricane intensity and precipitation: Sensitivity to the choice of climate model and convective parameterization. J. Clim., 17, 3477–3495.

Knutson, T. R., et al., 2006: Assessment of twentieth-century regional surface temperature trends using the GFDL CM2 coupled models. J. Clim., 19, 1624–1651.

Knutson, T. R., et al., 2010: Tropical cyclones and climate change. Nature Geosci., 3, 157–163.

Knutson, T. R., et al., 2013: Dynamical downscaling projections of 21st century Atlantic hurricane activity: CMIP3 and CMIP5 model-based scenarios. J. Clim., 26, 6591–6617.

Kodama, C., and T. Iwasaki, 2009: Influence of the SST rise on baroclinic instability wave activity under an aquaplanet condition. J. Atmos. Sci., 66, 2272–2287.

Kodera, K., M. E. Hori, S. Yukimoto, and M. Sigmond, 2008: Solar modulation of the Northern Hemisphere winter trends and its implications with increasing CO2. Geophys. Res. Lett., 35, doi: 10.1029/2007gl031958.

Koenigk, T., R. Döscher, and G. Nikulin, 2011: Arctic future scenario experiments with a coupled regional climate model. Tellus A, 63, 69–86.

Kohler, M., N. Kalthoff, and C. Kottmeier, 2010: The impact of soil moisture modifications on CBL characteristics in West Africa: A case-study from the AMMA campaign. Q. J. R. Meteorol. Soc., 136, 442–455.

Koldunov, N. V., D. Stammer, and J. Marotzke, 2010: Present-day Arctic sea ice variability in the Coupled ECHAM5/MPI-OM Model. J. Clim., 23, 2520–2543.

Kripalani, R., J. Oh, and H. Chaudhari, 2007a: Response of the East Asian summer monsoon to doubled atmospheric CO2: Coupled climate model simulations and projections under IPCC AR4. Theor. Appl. Climatol., 87, 1–28.

Kripalani, R. H., J. H. Oh, A. Kulkarni, S. S. Sabade, and H. S. Chaudhari, 2007b: South Asian summer monsoon precipitation variability: Coupled climate model simulations and projections under IPCC AR4. Theor. Appl. Climatol., 90, 133–159.

Krishnamurthy, C. K. B., U. Lall, and H. H. Kwon, 2009: Changing frequency and intensity of rainfall extremes over India from 1951 to 2003. J. Clim., 22, 4737–4746.

Krishnamurthy, V., and R. S. Ajayamohan, 2010: Composite structure of monsoon low pressure systems and its relation to Indian rainfall. J. Clim., 23, 4285–4305.

Kruger, L. F., R. P. da Rocha, M. S. Reboita, and T. Ambrizzi, 2011: RegCM3 nested in the HadAM3 scenarios A2 and B2: projected changes in cyclogeneses, temperature and precipitation over South Atlantic Ocean. Clim. Change, 113, 599–621.

Kucharski, F., A. Bracco, J. Yoo, A. Tompkins, L. Feudale, P. Ruti, and A. Dell'Aquila, 2009a: A Gill-Matsuno-type mechanism explains the tropical Atlantic influence on African and Indian monsoon rainfall. Q. J. R. Meteorol. Soc., 135, 569–579.

Kucharski, F., et al., 2009b: The CLIVAR C20C project: Skill of simulating Indian monsoon rainfall on interannual to decadal timescales. Does GHG forcing play a role? Clim. Dyn., 33, 615–627.

Kug, J.-S., and I.-S. Kang, 2006: Interactive Feedback between ENSO and the Indian Ocean. J. Clim., 19, 1784–1801.

Kug, J.-S., F.-F. Jin, and S.-I. An, 2009: Two types of El Nino events: Cold tongue El Niño and warm pool El Niño. J. Clim., 22, 1499–1515.

Kug, J. S., S. I. An, Y. G. Ham, and I. S. Kang, 2010: Changes in El Niño and La Niña teleconnections over North Pacific-America in the global warming simulations. Theor. Appl. Climatol., 100, 275–282.

Kulkarni, A., 2012: Weakening of Indian summer monsoon rainfall in warming environment. Theor. Appl. Climatol., doi:10.1007/s00704-012-0591-4.

Kumar, K., S. Patwardhan, A. Kulkarni, K. Kamala, K. Rao, and R. Jones, 2011a: Simulated projections for summer monsoon climate over India by a high-resolution regional climate model (PRECIS). Curr. Sci., 101, 312–326.

Kumar, K., et al., 2011b: The once and future pulse of Indian monsoonal climate. Clim. Dyn., 36, 2159–2170.

Kumar, K. K., B. Rajagopalan, M. Hoerling, G. Bates, and M. Cane, 2006a: Unraveling the mystery of Indian Monsoon failure during El Niño. Science, 314, 115–119.

Kumar, P., et al., 2013: Downscaled climate change projections with uncertainty assessment over India using a high resolution multi-model approach. Sci. Total Environ., doi:10.1016/j.scitotenv.2013.01.051.

Kumar, V., R. Deo, and V. Ramachandran, 2006b: Total rain accumulation and rain-rate analysis for small tropical Pacific islands: A case study of Suva, Fiji. Atmos. Sci. Lett., 7, 53–58.

Kusunoki, S., and R. Mizuta, 2008: Future changes in the Baiu rain band projected by a 20-km mesh global atmospheric model: Sea surface temperature dependence. Sola, 4, 85–88.

Kusunoki, S., and O. Arakawa, 2012: Change in the precipitation intensity of the East Asian summer monsoon projected by CMIP3 models. Clim. Dyn., 38, 2055–2072.

Kuzmina, S. I., L. Bengtsson, O. M. Johannessen, H. Drange, L. P. Bobylev, and M. W. Miles, 2005: The North Atlantic Oscillation and greenhouse-gas forcing. Geophys. Res. Lett., 32, doi: 10.1029/2004gl021064.

Kvamsto, N., P. Skeie, and D. Stephenson, 2004: Impact of labrador sea-ice extent on the North Atlantic oscillation. Int. J. Climatol., 24, 603–612.

Kwok, R., and J. C. Comiso, 2002: Southern ocean climate and sea ice anomalies associated with the Southern Oscillation. J. Clim., 15, 487–501.

L'Heureux, M. L., and D. W. J. Thompson, 2006: Observed relationships between the El Niño–Southern Oscillation and the extratropical zonal-mean circulation. J. Clim., 19, 276–287.

L'Heureux, M. L., and R. W. Higgins, 2008: Boreal winter links between the Madden-Julian oscillation and the Arctic oscillation. J. Clim., 21, 3040–3050.

Laine, A., M. Kageyama, D. Salas-Melia, G. Ramstein, S. Planton, S. Denvil, and S. Tyteca, 2009: An energetics study of wintertime Northern Hemisphere storm tracks under 4 × CO(2) conditions in two ocean-atmosphere coupled models. J. Clim., 22, 819–839.

Lam, H., M. H. Kok, and K. K. Y. Shum, 2012: Benefits from typhoons—the Hong Kong perspective. Weather, 67, 16–21.

Lambert, S. J., and J. C. Fyfe, 2006: Changes in winter cyclone frequencies and strengths simulated in enhanced greenhouse warming experiments: Results from the models participating in the IPCC diagnostic exercise. Clim. Dyn., 26, 713–728.

Landsea, C. W., R. A. Pielke, A. Mestas-Nunez, and J. A. Knaff, 1999: Atlantic basin hurricanes: Indices of climatic changes. Clim. Change, 42, 89–129.

Lang, C., and D. W. Waugh, 2011: Impact of climate change on the frequency of Northern Hemisphere summer cyclones. J. Geophys. Res. Atmos., 116, D04103.

Langenbrunner, B., and J. D. Neelin, 2013: Analyzing ENSO teleconnections in CMIP models as a measure of model fidelity in simulating precipitation. J. Clim., doi:10.1175/jcli-d-12-00542.1.

Lapp, S. L., J. M. St. Jacques, E. M. Barrow, and D. J. Sauchyn, 2012: GCM projections for the Pacifi Decadal Oscillation under greenhouse forcing for the early 21st century. International Journal of Climatology, 32, 1423–1442.

Lau, K. S., Shen, K. Kim, and H. Wang, 2006: A multimodel study of the twentieth-century simulations of Sahel drought from the 1970s to 1990s. J. Geophys. Res. Atmos., 111.

Lau, K., et al., 2008: The Joint Aerosol-Monsoon Experiment—A new challenge for monsoon climate research. Bull. Am. Meteorol. Soc., doi 10.1175/BAMS-89-3-369, 369–383.

Lau, K. M., and H. T. Wu, 2007: Detecting trends in tropical rainfall characteristics, 1979–2003. Int. J. Climatol., 27, 979–988.

Lau, N.-C., and M. J. Nath, 2012: A model study of heat waves over North America: Meteorological aspects and projections for the 21st Century. J. Clim., 25, 4761–4784.

Lavender, S., and K. Walsh, 2011: Dynamically downscaled simulations of Australian region tropical cyclones in current and future climates. Geophys. Res. Lett., 38, doi: 10.1029/2011GL047499.

BLM_0151812

Leckebusch, G. C., U. Ulbrich, L. Froehlich, and J. G. Pinto, 2007: Property loss potentials for European midlatitude storms in a changing climate. *Geophys. Res. Lett.*, **34**, doi: 10.1029/2006gl027663.

Leckebusch, G. C., B. Koffi, U. Ulbrich, J. G. Pinto, T. Spangehl, and S. Zacharias, 2006: Analysis of frequency and intensity of European winter storm events from a multi-model perspective, at synoptic and regional scales. *Clim. Res.*, **31**, 59–74.

Lee, J. N., S. Hameed, and D. T. Shindell, 2008: The northern annular mode in summer and its relation to solar activity variations in the GISS ModelE. *J. Atmos. Sol. Terres. Phys.*, **70**, 730–741.

Lee, T.-C., K.-Y. Chan, H.-S. Chan, and M.-H. Kok, 2011: Projections of extreme rainfall in Hong Kong in the 21st century. *Acta Meteorol. Sin.*, **25**, 691–709.

Lee, T.-C., T. R. Knutson, H. Kamahori, and M. Ying, 2012: Impacts of climate change on tropical cyclones in the western North Pacific basin. Part I: Past observations. *Trop. Cyclone Res. Rev.*, **1**, 213–230.

Lelieveld, J., et al., 2012: Climate change and impacts in the Eastern Mediterranean and the Middle East. *Clim. Change*, **114**, 667–687.

Leslie, L., D. Karoly, M. Leplastrier, and B. Buckley, 2007: Variability of tropical cyclones over the southwest Pacific Ocean using a high-resolution climate model. *Meteorol. Atmos. Phys.*, **97**, 171–180.

Leung, L. R., and Y. Qian, 2009: Atmospheric rivers induced heavy precipitation and flooding in the western U.S. simulated by the WRF regional climate model. *Geophys. Res. Lett.*, **36**, L03820.

Levine, R. C., and A. G. Turner, 2012: Dependence of Indian monsoon rainfall on moisture fluxes across the Arabian Sea and the impact of coupled model sea surface temperature biases. *Clim. Dyn.*, **38**, 2167-2190.

Levitus, S., G. Matishov, D. Seidov, and I. Smolyar, 2009: Barents Sea multidecadal variability. *Geophys. Res. Lett.*, **36**, L19604.

Li, B., and T. J. Zhou, 2011: El Nino-Southern Oscillation-related principal interannual variability modes of early and late summer rainfall over East Asia in sea surface temperature-driven atmospheric general circulation model simulations. *J. Geophys. Res. Atmos.*, **116**, 15.

Li, G., and B. Ren, 2012: Evidence for strengthening of the tropical Pacific ocean surface wind speed during 1979–2001. *Theor. Appl. Climatol.*, doi:10.1007/s00704-0110-463-3.

Li, H., A. Dai, T. Zhou, and J. Lu, 2010a: Responses of East Asian summer monsoon to historical SST and atmospheric forcing during 1950–2000. *Clim. Dyn.*, **34**, 501–514.

Li, H. M., L. Feng, and T. J. Zhou, 2011a: Multi-model projection of July-August climate extreme changes over China under CO$_2$ doubling. Part II: Temperature. *Adv. Atmos. Sci.*, **28**, 448–463.

Li, H. M., L. Feng, and T. J. Zhou, 2011b: Multi-model projection of July-August climate extreme changes over China under CO$_2$ doubling. Part I: precipitation. *Adv. Atmos. Sci.*, **28**, 433–447.

Li, J., and J. Wang, 2003: A modified zonal index and its physical sense. *Geophys. Res. Lett.*, **30**, doi: 10.1029/2003GL017441.

Li, J., J. Feng, and Y. Li, 2012a: A possible cause of decreasing summer rainfall in northeast Australia. *Int. J. Climatol.*, **32**, 995–1005.

Li, J. B., et al., 2011c: Interdecadal modulation of El Nino amplitude during the past millennium. *Nature Clim. Change*, **1**, 114–118.

Li, T., P. Liu, X. Fu, B. Wang, and G. Meehl, 2006: Spatiotemporal structures and mechanisms of the tropospheric biennial oscillation in the Indo-Pacific warm ocean regions. *J. Clim.*, **19**, 3070–3087.

Li, T., M. Kwon, M. Zhao, J. Kug, J. Luo, and W. Yu, 2010b: Global warming shifts Pacific tropical cyclone location. *Geophys. Res. Lett.*, **37**, doi: 10.1029/2010GL045124.

Li, Y., and N. Lau, 2012: Impact of ENSO on the atmospheric variability over the north Atlantic in late winter—Role of transient eddies. *J. Clim.*, **25**, 320–342.

Li, Y., N. C. Jourdain, A. S. Taschetto, C. C. Ummenhofer, K. Ashok, and A. Sen Gupta, 2012b: Evaluation of monsoon seasonality and the tropospheric biennial oscillation transitions in the CMIP models. *Geophys. Res. Lett.*, **39**, L20713.

Liang, X.-Z., K. E. Kunkel, G. A. Meehl, R. G. Jones, and J. X. L. Wang, 2008a: Regional climate models downscaling analysis of general circulation models present climate biases propagation into future change projections. *Geophys. Res. Lett.*, **35**, L08709.

Liang, X.-Z., J. Zhu, K. E. Kunkel, M. Ting, and J. X. L. Wang, 2008b: Do GCMs simulate the North American monsoon precipitation seasonal-interannual variability? *J. Clim.*, **21**, 4424–4448.

Lienert, F., J. C. Fyfe, and W. J. Marryfield, 2011: Do climate models capture the tropical influences on North Pacific sea surface temperature variability? *J. Clim.*, **24**, 6203–6209.

Lim, E.-P., and I. Simmonds, 2009: Effect of tropospheric temperature change on the zonal mean circulation and SH winter extratropical cyclones. *Clim. Dyn.*, **33**, 19–32.

Lim, Y.-K., L. B. Stefanova, S. C. Chan, S. D. Schubert, and J. J. O'Brien, 2011: High-resolution subtropical summer precipitation derived from dynamical downscaling of the NCEP/DOE reanalysis: how much small-scale information is added by a regional model? *Clim. Dyn.*, **37**, 1061–1080.

Lima, K., P. Satyamurty, and J. Fernández, 2010: Large-scale atmospheric conditions associated with heavy rainfall episodes in Southeast Brazil. *Theor. Appl. Climatol.*, **101**, 121–135.

Lin, H., G. Brunet, and J. Derome, 2009: An observed connection between the North Atlantic Oscillation and the Madden-Julian Oscillation. *J. Clim.*, **22**, 364–380.

Lin, J. L., et al., 2008a: Subseasonal variability associated with Asian summer monsoon simulated by 14 IPCC AR4 coupled GCMs. *J. Clim.*, **21**, 4541–4567.

Lin, J. L., et al., 2008b: North American monsoon and convectively coupled equatorial waves simulated by IPCC AR4 coupled GCMs. *J. Clim.*, **21**, 2919–2937.

Linkin, M., and S. Nigam, 2008: The North Pacific Oscillation-West Pacific teleconnection pattern: Mature-phase structure and winter impacts. *J. Clim.*, **21**, 1979–1997.

Lintner, B., and J. Neelin, 2008: Eastern margin variability of the South Pacific Convergence Zone. *Geophys. Res. Lett.*, **35**, doi: 10.1029/2008gl034298.

Lionello, P., S. Planton, and X. Rodo, 2008: Preface: Trends and climate change in the Mediterranean region. *Global Planet. Change*, **63**, 87–89.

Liu, H. W., T. J. Zhou, Y. X. Zhu, and Y. H. Lin, 2012a: The strengthening East Asia summer monsoon since the early 1990s. *Chinese Science Bulletin*, **57**, 1553–1558.

Liu, J., J. A. Curry, H. Wang, M. Song, and R. M. Horton, 2012b: Impact of declining Arctic sea ice on winter snowfall. *Proc. Natl. Acad. Sci. U.S.A.*, **109**, 4074–4079.

Liu, J. P., and J. A. Curry, 2006: Variability of the tropical and subtropical ocean surface latent heat flux during 1989–2000. *Geophys. Res. Lett.*, **33**, doi: 10.1029/2005gl024809.

Liu, Y., S.-K. Lee, B. A. Muhling, J. T. Lamkin, and D. B. Enfield, 2012c: Significant reduction of the Loop Current in the 21st century and its impact on the Gulf of Mexico. *J. Geophys. Res.*, **117**, C05039.

Liu, Z., and B. Huang, 2000: Cause of tropical Pacific warming trend. *Geophys. Res. Lett.*, **27**, 1935–1938.

Liu, Z., S. Vavrus, F. He, N. Wen, and Y. Zhong, 2005: Rethinking tropical ocean response to global warming: The enhanced equatorial warming. *J. Clim.*, **18**, 4684–4700.

Lockwood, M., R. G. Harrison, T. Woollings, and S. K. Solanki, 2010: Are cold winters in Europe associated with low solar activity? *Environ. Res. Lett.*, **5**, doi: 10.1088/1748-9326/5/2/024001.

Loeptien, U., O. Zolina, S. Gulev, M. Latif, and V. Soloviov, 2008: Cyclone life cycle characteristics over the Northern Hemisphere in coupled GCMs. *Clim. Dyn.*, **31**, 507–532.

Long, Z., W. Perrie, J. Gyakum, R. Laprise, and D. Caya, 2009: Scenario changes in the climatology of winter midlatitude cyclone activity over eastern North America and the Northwest Atlantic. *J. Geophys. Res. Atmos.*, **114**, doi: 10.1029/2008jd010869.

Lorenz, D. J., and D. L. Hartmann, 2003: Eddy-zonal flow feedback in the Northern Hemisphere winter. *J. Clim.*, **16**, 1212–1227.

Lorenz, D. J., and E. T. DeWeaver, 2007: Tropopause height and zonal wind response to global warming in the IPCC scenario integrations. *J. Geophys. Res. Atmos.*, **112**, doi: 10.1029/2006jd008087.

Lu, J., G. A. Vecchi, and T. Reichler, 2007: Expansion of the Hadley cell under global warming. *Geophys. Res. Lett.*, **34**, doi: 10.1029/2006gl028443.

Lu, J., G. Chen, and D. M. W. Frierson, 2008: Response of the zonal mean atmospheric circulation to El Nino versus global warming. *J. Clim.*, **21**, 5835–5851.

Lu, J., G. Chen, and D. M. W. Frierson, 2010: The position of the mid latitude storm track and eddy-driven westerlies in Aquaplanet AGCMs. *J. Atmos. Sci.*, **67**, 3984–4000.

Lu, R., and Y. Fu, 2010: Intensification of East Asian summer rainfall interannual variability in the twenty-first century simulated by 12 CMIP3 coupled models. *J. Clim.*, doi:10.1175/2009JCLI3130.1, 3316–3331.

Lucarini, V., and F. Ragone, 2011: Energetics of climate models: Net energy balance and meridional enthalpy transport. *Rev. Geophys.*, **49**, doi: 10.1029/2009RG000323.

Lucas, C., H. Nguyen, and B. Timbal, 2012: An observational analysis of southern hemisphere tropical expansion. *J. Geophys. Res.*, **117**, doi: 10.1029/2011JD017033.

BLM_0151813

Luo, D., W. Zhou, and K. Wei, 2010: Dynamics of eddy-driven North Atlantic Oscillations in a localized shifting jet: Zonal structure and downstream blocking. *Clim. Dyn.*, **34**, 73–100.

Luo, Y., and L. M. Rothstein, 2011: Response of the Pacific ocean circulation to climate change. *Atmosphere-ocean*, **49**, 235–244.

Lupo, A. R., I. I. Mokhov, M. G. Akperov, A. V. Chernokulsky, and H. Athar, 2012: A dynamic analysis of the role of the planetary- and synoptic-scale in the summer of 2010 blocking episodes over the European part of Russia. *Adv. Meteorol.*, **2012**, 11.

Ma, J., and S.-P. Xie, 2013: Regional patterns of sea surface temperature change: A source of uncertainty in future projections of precipitation and atmospheric circulation. *J. Clim.*, **26**, 2482–2501.

Magnusdottir, G., C. Deser, and R. Saravanan, 2004: The effects of North Atlantic SST and sea ice anomalies on the winter circulation in CCM3. Part I: Main features and storm track characteristics of the response. *J. Clim.*, **17**, 857–876.

Mahajan, S., R. Zhang, and T. L. Delworth, 2011: Impact of the Atlantic meridional overturning circulation (AMOC) on Arctic surface air temperature and sea ice variability. *J. Clim.*, **24**, 6573–6581.

Mahowald, N., 2007: Anthropocene changes in desert area: Sensitivity to climate model predictions. *Geophys. Res. Lett.*, **34**, doi:10.1029/2007GL030472.

Malhi, Y., J. T. Roberts, R. A. Betts, T. J. Killeen, W. Li, and C. A. Nobre, 2008: Climate change, deforestation, and the fate of the Amazon. *Science*, **319**, 169–172.

Maloney, E. D., and J. Shaman, 2008: Intraseasonal variability of the West African monsoon and Atlantic ITCZ. *J. Clim.*, **21**, 2898–2918.

Maloney, E. D., and S.-P. Xie, 2013: Sensitivity of MJO activity to the pattern of climate warming. *J. Adv. Model. Earth Syst.*, **5**, 32–47.

Manatsa, D., W. Chingombe, H. Matsikwa, and C. H. Matarira, 2008: The superior influence of Darwin Sea level pressure anomalies over ENSO as a simple drought predictor for Southern Africa. *Theor. Appl. Climatol.*, **92**, 1–14.

Mandke, S. K., A. K. Sahai, M. A. Shinde, S. Joseph, and R. Chattopadhyay, 2007: Simulated changes in active/break spells during the Indian summer monsoon due to enhanced CO$_2$ concentrations: Assessment from selected coupled atmosphere-ocean global climate models. *Int. J. Climatol.*, **27**, 837–859.

Mann, M. E., and K. A. Emanuel, 2006: Atlantic hurricane trends linked to climate change. *Eos Trans.*, **87**, 233–241.

Manton, M. J., et al., 2001: Trends in extreme daily rainfall and temperature in Southeast Asia and the South Pacific: 1961–1998. *Int. J. Climatol.*, **21**, 269–284.

Mantua, N. J., S. R. Hare, Y. Zhang, J. M. Wallace, and R. C. Francis, 1997: A Pacific interdecadal climate oscillation with impacts on salmon production. *Bull. Am. Meteorol. Soc.*, **78**, 1069–1079.

Marcella, M. P., and E. A. B. Eltahir, 2011: Modeling the summertime climate of Southwest Asia: The role of land surface processes in shaping the climate of semiarid regions. *J. Clim.*, **25**, 704–719.

Marchant, R., C. Mumbi, S. Behera, and T. Yamagata, 2007: The Indian Ocean dipole—the unsung driver of climatic variability in East Africa. *Afr. J. Ecol.*, **45**, 4–16.

Marengo, J., et al., 2010a: Recent developments on the South American Monsoon system. *Int. J. Climatol.*, **32**, 1–21.

Marengo, J., et al., 2012: Development of regional future climate change scenarios in South America using the Eta CPTEC/HadCM3 climate change projections: Climatology and regional analyses for the Amazon, São Francisco and the Paraná River basins. *Clim. Dyn.*, **38**, 1829–1848.

Marengo, J.A., and C. C. Camargo, 2008: Surface air temperature trends in Southern Brazil for 1960–2002. *Int. J. Climatol.*, **28**, 893–904.

Marengo, J. A., R. Jones, L. M. Alves, and M. C. Valverde, 2009: Future change of temperature and precipitation extremes in South America as derived from the PRECIS regional climate modeling system. *Int. J. Climatol.*, **29**, 2241–2255.

Marengo, J.A., M. Rusticucci, O. Penalba, and M. Renom, 2010b: An intercomparison of observed and simulated extreme rainfall and temperature events during the last half of the twentieth century: Part 2: Historical trends. *Clim. Change*, **98**, 509–529.

Mariotti, A., and A. Dell'Aquila, 2012: Decadal climate variability in the Mediterranean region: Roles of large-scale forcings and regional processes. *Clim. Dyn.*, **38**, 1129–1145.

Marshall, A. G., and A.A. Scaife, 2009: Impact of the QBO on surface winter climate. *J. Geophys. Res.*, **114**, doi: 10.1029/ 2009jd011737.

Marshall, A. G., and A. A. Scaife, 2010: Improved predictability of stratospheric sudden warming events in an atmospheric general circulation model with enhanced stratospheric resolution. *J. Geophys. Res. Atmos.*, **115**, doi: 10.1029/2009jd012643.

Marshall, G. J., 2007: Half-century seasonal relationships between the Southern Annular Mode and Antarctic temperatures. *Int. J. Climatol.*, **27**, 373–383.

Martius, O., L. M. Polvani, and H. C. Davies, 2009: Blocking precursors to stratospheric sudden warming events. *Geophys. Res. Lett.*, **36**, L14806.

Marullo, S., V. Artale, and R. Santoleri, 2011: The SST multidecadal variability in the Atlantic–Mediterranean region and its relation to AMO. *J. Clim.*, **24**, 4385–4401.

Masato, G., B. J. Hoskins, and T. J. Woollings, 2012: Wave-breaking characteristics of midlatitude blocking. *Q. J. R. Meteorol. Soc.*, **138**, 1285–1296.

Masato, G., B. J. Hoskins, and T. Woollings, 2013: Winter and summer Northern Hemisphere blocking in CMIP5 models. *J. Clim.*, doi:10.1175/jcli-d-12-00466.1.

Mason, S., 2001: El Nino, climate change, and Southern African climate. *Environmetrics*, **12**, 327–345.

Massom, R. A., M. J. Pook, J. C. Comiso, N. Adams, J. Turner, T. Lachlan-Cope, and T. T. Gibson, 2004: Precipitation over the interior East Antarctic ice sheet related to midlatitude blocking-high activity. *J. Clim.*, **17**, 1914–1928.

Matsueda, M., 2011: Predictability of Euro-Russian blocking in summer of 2010. *Geophys. Res. Lett.*, **38**, L06801.

Matsueda, M., H. Endo, and R. Mizuta, 2010: Future change in Southern Hemisphere summertime and wintertime atmospheric blockings simulated using a 20-km-mesh AGCM. *Geophys. Res. Lett.*, **37**, L02803.

May, W., 2011: The sensitivity of the Indian summer monsoon to a global warming of 2 degrees C with respect to pre-industrial times. *Clim. Dyn.*, **37**, 1843–1868.

McCabe, G., and D. Wolock, 2010: Long-term variability in Northern Hemisphere snow cover and associations with warmer winters. *Clim. Change*, doi:10.1007/s10584-009-9675-2, 141–153.

McDonald, R. E., 2011: Understanding the impact of climate change on Northern Hemisphere extra-tropical cyclones. *Clim. Dyn.*, **37**, 1399–1425.

McLandress, C., and T. G. Shepherd, 2009: Simulated anthropogenic changes in the Brewer–Dobson circulation, including its extension to high latitudes. *J. Clim.*, **22**, 1516–1540.

Mearns, L. O., R. Arritt, S. Biner, M. Bukovsky, S. Stain, and et al., 2012: The North American regional climate change assessment program: Overview of phase I results. *Bull. Am. Meteorol. Soc.*, **93**, 1337–1362.

Meehl, G., and H. Teng, 2007: Multi-model changes in El Nino teleconnections over North America in a future warmer climate. *Clim. Dyn.*, **29**, 779–790.

Meehl, G., J. Arblaster, and W. Collins, 2008: Effects of Black Carbon Aerosols on the Indian Monsoon. *J. Clim.*, **21**, 2869–2882.

Meehl, G., A. Hu, and C. Tebaldi, 2010: Decadal Prediction in the Pacific Region. *J. Clim.*, **23**, 2959–2973.

Meehl, G. A., 1997: The south Asian monsoon and the tropospheric biennial oscillation. *J. Clim.*, **10**, 1921–1943.

Meehl, G. A., and A. Hu, 2006: Megadroughts in the Indian monsoon region and southwest North America and a mechanism for associated multidecadal Pacific sea surface temperature anomalies. *J. Clim.*, **19**, 1605–1623.

Meehl, G. A., and J. M. Arblaster, 2012: Relating the strength of the tropospheric biennial oscillation (TBO) to the phase of the Interdecadal Pacific Oscillation (IPO). *Geophys. Res. Lett.*, **39**, L20716.

Meehl, G. A., et al., 2007: Global climate projections. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)] Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 747–846.

Menary, M. W. Park, K. Lohmann, M. Vellinga, M. Palmer, M. Latif, and J. Jungclaus, 2012: A multimodel comparison of centennial Atlantic meridional overturning circulation variability. *Clim. Dyn.*, **38**, 2377–2388.

Mendes, M. C. D., R. M. Trigo, I. F. A. Cavalcanti, and C. C. Da Camara, 2008: Blocking episodes in the Southern Hemisphere: Impact on the climate of adjacent continental areas. *Pure Appl. Geophys.*, **165**, 1941–1962.

Mendez, M., and V. Magana, 2010: Regional aspects of prolonged meteorological droughts over Mexico and Central America. *J. Clim.*, **23**, 1175–1188.

Mendoza, B., V. Garcia-Acosta, V. Velasco, E. Jauregui, and R. Diaz-Sandoval, 2007: Frequency and duration of historical droughts from the 16th to the 19th centuries in the Mexican Maya lands, Yucatan Peninsula. *Clim. Change*, **83**, 151–168.

BLM_0151814

Meneghini, B., I. Simmonds, and I. N. Smith, 2007: Association between Australian rainfall and the Southern Annular Mode. *Int. J. Climatol.*, **27**, 109–121.

Menendez, C. G., and A. Carril, 2010: Potential changes in extremes and links with the Southern Annular Mode as simulated by a multi-model ensemble. *Clim. Change*, **98**, 359–377.

Metcalfe, S. E., M. D. Jones, S. J. Davies, A. Noren, and A. MacKenzie, 2010: Climate variability over the last two millennia in the North American Monsoon, recorded in laminated lake sediments from Laguna de Juanacatlan, Mexico. *Holocene*, **20**, 1195–1206.

Miller, G. H., et al., 2010: Temperature and precipitation history of the Arctic. *Q. Sci. Rev.*, **29**, 1679–1715.

Miller, R. L., G. A. Schmidt, and D. T. Shindell, 2006: Forced annular variations in the 20th century intergovernmental panel on climate change fourth assessment report models. *J. Geophys. Res. Atmos.*, **111**, doi: 10.1029/2005jd006323.

Minvielle, M., and R. D. Garreaud, 2011: Projecting rainfall changes over the South American altiplano. *J. Clim.*, **24**, 4577–4583.

Mitas, C. M., and A. Clement, 2005: Has the Hadley cell been strengthening in recent decades? *Geophys. Res. Lett.*, **32**, doi: 10.1029/2004gl021765.

Mitas, C. M., and A. Clement, 2006: Recent behavior of the Hadley cell and tropical thermodynamics in climate models and reanalyses. *Geophys. Res. Lett.*, **33**, doi: 10.1029/2005gl024406.

Mitchell, T. D., and P. D. Jones, 2005: An improved method of constructing a database of monthly climate observations and associated high-resolution grids. *Int. J. Climatol.*, **25**, 693–712.

Mitchell, T. P., and J. M. Wallace, 1996: ENSO seasonality: 1950–78 versus 1979–92. *J. Clim.*, **9**, 3149–3161.

Mizuta, R., 2012: Intensification of extratropical cyclones associated with the polar jet change in the CMIP5 global warming projections. *Geophys. Res. Lett.*, **39**, doi: 10.1029/2012GL053032.

Mizuta, R., M. Matsueda, H. Endo, and S. Yukimoto, 2011: Future change in extratropical cyclones associated with change in the upper troposphere. *J. Clim.*, **24**, 6456–6470.

Mizuta, R., et al., 2012: Climate simulations using MRI-AGCM3.2 with 20-km grid. *J. Meteorol. Soc. Jpn.*, **90A**, 233–258.

Mock, C. J., and A. R. Brunelle-Daines, 1999: A modern analogue of western United States summer palaeoclimate at 6000 years before present. *Holocene*, **9**, 541–545.

Mohino, E., S. Janicot, and J. Bader, 2011: Sahel rainfall and decadal to multi-decadal sea surface temperature variability. *Clim. Dyn.*, **37**, 419–440.

Moise, A., and F. Delage, 2011: New climate model metrics based on object-orientated pattern matching of rainfall. *J. Geophys. Res. Atmos.*, **116**, doi: 10.1029/2010JD015318.

Moise, A. F., R. A. Colman, and J. R. Brown, 2012: Behind uncertainties in projections of Australian tropical climate: Analysis of 19 CMIP3 models. *J. Geophys. Res. Atmos.*, **117**, doi: 10.1029/2011jd017365.

Moise, A. F., R. A. Colman, and H. Zhang, 2005: Coupled model simulations of current Australian surface climate and its changes under greenhouse warming: An analysis of 18 CMIP2 models. *Aust. Meteorol. Mag.*, **54**, 291–307.

Monaghan, A. J., and D. H. Bromwich, 2008: Advances in describing recent Antarctic climate variablity. *Bull. Am. Meteorol. Soc.*, **89**, 1295–1306.

Monahan, A. H., L. Pandolfo, and J. C. Fyfe, 2001: The preferred structure of variability of the Northern Hemisphere atmospheric circulation. *Geophys. Res. Lett.*, **28**, 1019–1022.

Monahan, A. H., J. C. Fyfe, M. H. P. Ambaum, D. B. Stephenson, and G. R. North, 2009: Empirical Orthogonal Functions: The medium is the message. *J. Clim.*, **22**, 6501–6514.

Moron, V., A. W. Robertson, and J.-H. Qian, 2010: Local versus regional-scale characteristics of monsoon onset and post-onset rainfall over Indonesia. *Clim. Dyn.*, **34**, 281–299.

Moss, R. H., et al., 2010: The next generation of scenarios for climate change research and assessment. *Nature*, **463**, 747–756.

Muller, W. A., and E. Roeckner, 2006: ENSO impact on midlatitude circulation patterns in future climate change projections. *Geophys. Res. Lett.*, **33**, doi: 10.1029/2005gl025032.

Müller, W. A., and E. Roeckner, 2008: ENSO teleconnections in projections of future climate in ECHAM5/MPI-OM. *Clim. Dyn.*, **31**, 533–549.

Murakami, H., and B. Wang, 2010: Future change of North Atlantic tropical cyclone tracks: Projection by a 20-km-mesh global atmospheric model. *J. Clim.*, **23**, 2699–2721.

Murakami, H., and M. Sugi, 2010: Effect of model resolution on tropical cyclone climate projections. *Sola*, **6**, 73–76.

Murakami, H., B. Wang, and A. Kitoh, 2011a: Future change of Western North Pacific typhoons: Projections by a 20-km-mesh global atmospheric model. *J. Clim.*, **24**, 1154–1169.

Murakami, H., R. Mizuta, and E. Shindo, 2011b: Future changes in tropical cyclone activity projected by multi-physics and multi-SST ensemble experiments using the 60-km-mesh MRI-AGCM. *Clim. Dyn.*, doi:10.1007/s00382-011-1223-x.

Murakami, H., M. Sugi, and A. Kitoh, 2013: Future changes in tropical cyclone activity in the North Indian Ocean projected by high-resolution MRI-AGCMs. *Clim. Dyn.*, **40**, 1949–1968.

Murakami, H., et al., 2012: Future changes in tropical cyclone activity projected by the new high-resolution MRI-AGCM. *J. Clim.*, **25**, 3237–3260.

Murphy, B. F., and B. Timbal, 2008: A review of recent climate variability and climate change in southeastern Australia. *Int. J. Climatol.*, **28**, 859–879.

Muza, M. N., L. M. V. Carvalho, C. Jones, and B. Liebmann, 2009: Intraseasonal and interannual variability of extreme dry and wet events over southeastern South America and the subtropical Atlantic during austral summer. *J. Clim.*, **22**, 1682–1699.

Nanjundiah, R., V. Vidyunmala, and J. Srinivasan, 2005: The impact of increase in CO$_2$ on the simulation of tropical biennial oscillations (TBO) in 12 coupled general circulation models. *Atmos. Sci. Lett.*, **6**, 183–191.

Neelin, J., C. Chou, and H. Su, 2003: Tropical drought regions in global warming and El Nino teleconnections. *Geophys. Res. Lett.*, **30**, doi: 10.1029/2003GL018625.

Neelin, J. D., M. Munnich, H. Su, J. E. Meyerson, and C. E. Holloway, 2006: Tropical drying trends in global warming models and observations. *Proc. Natl. Acad. Sci.*, **103**, 6110–6115.

Neelin, J. D., B. Langenbrunner, J. E. Meyerson, A. Hall, and N. Berg, 2013: California winter precipitation change under global warming in CMIP5 models. *J. Clim.*, **26**, 6238–6256.

Nguyen, H., J. Katzfey, and J. McGregor, 2012: Global 60 km simulations with CCAM: Evaluation over the tropics. *Clim. Dyn.*, **39**, 637–654.

Nicholls, N., C. Landsea, and J. Gill, 1998: Recent trends in Australian region tropical cyclone activity. *Meteorol. Atmos. Phys.*, **65**, 197–205.

Nieto-Ferreira, R., and T. Rickenbach, 2010: Regionality of monsoon onset in South America: A three-stage conceptual model. *Int. J. Climatol.*, **31**, 1309–1321.

Nigam, S., 2003: Teleconnections. In: *Encyclopedia of Atmospheric Sciences* [J. A. P. J. R. Holton and J. A. Curry (eds.)]. Academic Press, San Diego, CA, USA, pp. 2243–2269.

Ninomiya, K., 2012: Characteristics of intense rainfalls over southwestern Japan in the Baiu season in the CMIP3 20th century simulation and 21st century projection. *J. Meteorol. Soc. Jpn.*, **90A**, 327–338.

Niyogi, D., C. Kishtawal, S. Tripathi, and R. S. Govindaraju, 2010: Observational evidence that agricultural intensification and land use change may be reducing the Indian summer monsoon rainfall. *Water Resources Research*, **46**, W03533, doi: 03510.01029/02008wr007082.

Nuñez, M. N., S. A. Solman, and M. F. Cabre, 2009: Regional climate change experiments over southern South America. II: Climate change scenarios in the late twenty-first century. *Clim. Dyn.*, **32**, 1081–1095.

O'Gorman, P. A., 2010: Understanding the varied response of the extratropical storm tracks to climate change. *Proc. Natl. Acad. Sci. U.S.A.*, **107**, 19176–19180.

O'Gorman, P. A., and T. Schneider, 2008: Energy of midlatitude transient eddies in idealized simulations of changed climates. *J. Clim.*, **21**, 5797–5806.

Okamoto, K., K. Sato, and H. Akiyoshi, 2011: A study on the formation and trend of the Brewer-Dobson circulation. *J. Geophys. Res.*, **116**, doi: 10.1029/2010JD014953.

Okumura, Y. M., D. Schneider, C. Deser, and R. Wilson, 2012: Decadal-interdecadal climate variability over Antarctica and linkages to the tropics: Analysis of ice core, instrumental, and tropical proxy data. *J. Clim.*, **25**, 7421–7441.

Onol, B., and F. Semazzi, 2009: Regionalization of climate change simulations over the Eastern Mediterranean. *J. Clim.*, **22**, 1944–1961.

Orlowsky, B., and S. Seneviratne, 2012: Global changes in extreme events: Regional and seasonal dimension. *Clim. Change*, **110**, 669–696.

Ose, T., and O. Arakawa, 2011: Uncertainty of future precipitation change due to global warming associated with sea surface temperature change in the tropical Pacific. *J. Meteorol. Soc. Jpn.*, **89**, 539–552.

Oshima, K., Y. Tanimoto, and S. P. Xie, 2012: Regional patterns of wintertime SLP change over the North Pacific and their uncertainty in CMIP3 multi-model projections. *J. Meteorol. Soc. Jpn.*, **90**, 385–396.

BLM_0151815

Ouzeau, G., J. Cattiaux, H. Douville, A. Ribes, and D. Saint-Martin, 2011: European cold winter 2009–2010: How unusual in the instrumental record and how reproducible in the ARPEGE-Climat model? *Geophys. Res. Lett.*, **38**, 6.

Palmer, T. N., 1999: A nonlinear dynamical perspective on climate prediction. *J. Clim.*, **12**, 575–591.

Parker, D., C. Folland, A. Scaife, J. Knight, A. Colman, P. Baines, and B. Dong, 2007: Decadal to multidecadal variability and the climate change background. *J. Geophys. Res.*, **112**, D18115.

Patricola, C., and K. Cook, 2010: Northern African climate at the end of the twenty-first century: An integrated application of regional and global climate models. *Clim. Dyn.*, **35**, 193–212.

Pattanaik, D. R., and M. Rajeevan, 2010: Variability of extreme rainfall events over India during southwest monsoon season. *Meteorol. Appl.*, **17**, 88–104.

Pavelsky, T., S. Kapnick, and A. Hall, 2011: Accumulation and melt dynamics of snowpack from a multiresolution regional climate model in the central Sierra Nevada, California. *J. Geophys. Res. Atmos.*, **116**, D16115.

Pavelsky, T. M., and L. C. Smith, 2006: Intercomparison of four global precipitation data sets and their correlation with increased Eurasian river discharge to the Arctic Ocean. *J. Geophys. Res. Atmos.*, **111**, D21112.

Peduzzi, P., et al., 2012: Global trends in tropical cyclone risk. *Nature Clim. Change*, **2**, 289–294.

Perkins, S., 2011: Biases and model agreement in projections of climate extremes over the tropical Pacific. *Earth Interactions*, **15**, 1-36.

Perkins, S., D. Irving, J. Brown, S. Power, A. Moise, R. Colman, and I. Smith, 2012: CMIP3 ensemble climate projections over the western tropical Pacific based on model skill. *Clim. Res.*, **51**, 35–58.

Perlwitz, J., S. Pawson, R. L. Fogt, J. E. Nielsen, and W. D. Neff, 2008: Impact of stratospheric ozone hole recovery on Antarctic climate. *Geophys. Res. Lett.*, **35**, doi: 10.1029/2008gl033317.

Petersen, K. L., 1994: A warm and wet Little Climatic Optimum and a cold and dry Little Ice Age in the southern Rocky Mountains, U.S.A. *Clim. Change*, **26**, 243–269.

Petoukhov, V., and V. A. Semenov, 2010: A link between reduced Barents-Kara sea ice and cold winter extremes over northern continents. *J. Geophys. Res. Atmos.*, **115**, D21111.

Pezza, A. B., T. Durrant, I. Simmonds, and I. Smith, 2008: Southern Hemisphere synoptic behavior in extreme phases of SAM, ENSO, sea ice extent, and southern Australia rainfall. *J. Clim.*, **21**, 5566–5584.

Pezzulli, S., D. Stephenson, and A. Hannachi, 2005: The variability of seasonality. *J. Clim.*, **18**, 71–88.

Pfahl, S., and H. Wernli, 2012: Quantifying the relevance of atmospheric blocking for co-located temperature extremes in the Northern Hemisphere on (sub-)daily time scales. *Geophys. Res. Lett.*, doi:10.1029/2012GL052261.

Philip, S., and G. Van Oldenborgh, 2006: Shifts in ENSO coupling processes under global warming. *Geophys. Res. Lett.*, **33**, doi: 10.1029/2006GL026196.

Picard, G., F. Domine, G. Krinner, L. Arnaud, and E. Lefebvre, 2012: Inhibition of the positive snow-albedo feedback by precipitation in interior Antarctica *Nature Clim. Change*, doi:10.1038/NCLIMATE1590.

Pinto, J. G., M. K. Karreman, K. Born, P. M. Della-Marta, and M. Klawa, 2012: Loss potentials associated with European windstorms under future climate conditions. *Clim. Res.*, **54**, 1–20.

Pinto, J. G., U. Ulbrich, G. C. Leckebusch, T. Spangehl, M. Reyers, and S. Zacharias, 2007: Changes in storm track and cyclone activity in three SRES ensemble experiments with the ECHAM5/MPI-OM1 GCM. *Clim. Dyn.*, **29**, 195–210.

Pitman, A. J., and S. E. Perkins, 2008: Regional projections of future seasonal and annual changes in rainfall and temperature over Australia based on skill-selected AR4 models. *Earth Interact.*, **12**, 1–50.

Plumb, R. A., 1977: The interaction of two internal waves with the mean flow: Implications for the theory of the quasi-biennial oscillation. *J. Atmos. Sci.*, **34**, 1847–1858.

Pohl, B., N. Fauchereau, C. Reason, and M. Rouault, 2010: Relationships between the Antarctic Oscillation, the Madden - Julian Oscillation, and ENSO, and Consequences for Rainfall Analysis. *J. Clim.*, **23**, 238–254.

Polcher, J., et al., 2011: AMMA's contribution to the evolution of prediction and decision-making systems for West Africa. *Atmos. Sci. Lett.*, **12**, 2–6.

Polvani, L. M., M. Previdi, and C. Deser, 2011: Large cancellation, due to ozone recovery, of future Southern Hemisphere atmospheric circulation trends. *Geophys. Res. Lett.*, **38**, doi:10.1029/2011gl046712.

Polyakov, I., V. Alexeev, U. Bhatt, E. Polyakova, and X. Zhang, 2010: North Atlantic warming: Patterns of long-term trend and multidecadal variability. *Clim. Dyn.*, **34**, 439–457.

Polyakov, I. V., et al., 2003: Variability and trends of air temperature and pressure in the maritime Arctic, 1875–2000. *J. Clim.*, **16**, 2067–2077.

Poore, R. Z., M. J. Pavich, and H. D. Grissino-Mayer, 2005: Record of the North American southwest monsoon from Gulf of Mexico sediment cores. *Geology*, **33**, 209–212.

Popova, V. V., and A. B. Shmakin, 2010: Regional structure of surface-air temperature fluctuatoons in Northern Eurasia in the latter half of the 20th and early 21st centuries. *Izvestiya Atmos. Ocean. Phys.*, **46**, 144–158.

Power, S., and R. Colman, 2006: Multi-year predictability in a coupled general circulation model. *Clim. Dyn.*, **26**, 247–272.

Power, S., M. Haylock, R. Colman, and X. Wang, 2006: The predictability of interdecadal changes in ENSO activity and ENSO teleconnections. *J. Clim.*, **19**, 4755–4771.

Power, S., T. Casey, C. Folland, A. Colman, and V. Mehta, 1999: Inter-decadal modulation of the impact of ENSO on Australia. *Clim. Dyn.*, **15**, 319–324.

Power, S. B., and I. N. Smith, 2007: Weakening of the Walker Circulation and apparent dominance of El Nino both reach record levels, but has ENSO really changed? *Geophys. Res. Lett.*, **34**, L18702.

Prat, O. P., and B. R. Nelson, 2012: Precipitation contribution of tropical cyclones in the Southeastern United States from 1998 to 2009 using TRMM satellite data. *J. Clim.*, **26**, 1047–1062.

Qian, J.-H., 2008: Why precipitation is mostly concentrated over islands in the Maritime Continent. *J. Atmos. Sci.*, **65**, 1428–1441.

Qian, J.-H., A. W. Robertson, and V. Moron, 2010a: Interactions among ENSO, the Monsoon, and Diurnal Cycle in rainfall variability over Java, Indonesia. *J. Atmos. Sci.*, **67**, 3509–3524.

Qian, Y., S. J. Ghan, and L. R. Leung, 2010b: Downscaling hydroclimate changes over the Western US based on CAM subgrid scheme and WRF regional climate simulations. *Int. J. Climatol.*, **30**, 675–693.

Quadrelli, R., and J. M. Wallace, 2004: A simplified linear framework for interpreting patterns of Northern Hemisphere wintertime climate variability. *J. Clim.*, **17**, 3728–3744.

Quintana, J. M., and P. Aceituno, 2012: Changes in the rainfall regime along the extratropical west coast of South America (Chile): 30–43°S. *Atmosfera*, **25**, 1–22.

Rabatel, A., et al., 2013: Current state of glaciers in the tropical Andes: A multi-century perspective on glacier evolution and climate change. *Cryosphere*, **7**, 81–102.

Raia, A., and I. F. A. Cavalcanti, 2008: The life cycle of the South American Monsoon System. *J. Clim.*, **21**, 6227–6246.

Raible, C., 2007: On the relation between extremes of midlatitude cyclones and the atmospheric circulation using ERA40. *Geophys. Res. Lett.*, **34**, doi: 10.1029/2006GL029084.

Raible, C. C., B. Zu, H. Saaroni, and M. Wild, 2010: Winter synoptic-scale variability over the Mediterranean Basin under future climate conditions as simulated by the ECHAM5. *Clim. Dyn.*, **35**, 473–488.

Raible, C. C., P. M. Della-Marta, C. Schwierz, H. Wernli, and R. Blender, 2008: Northern Hemisphere extratropical cyclones: A comparison of detection and tracking methods and different reanalyses. *Mon. Weather Rev.*, **136**, 880–897.

Rajeevan, M., J. Bhate, and A. K. Jaswal, 2008: Analysis of variability and trends of extreme rainfall events over India using 104 years of gridded daily rainfall data. *Geophys. Res. Lett.*, **35**, doi: 10.1029/2008gl035143.

Rajendran, K., and A. Kitoh, 2008: Indian summer monsoon in future climate projection by a super high-resolution global model. *Curr. Sci.*, **95**, 1560–1569.

Ramanathan, V., et al., 2005: Atmospheric brown clouds: Impacts on South Asian climate and hydrological cycle. *Proc. Natl. Acad. Sci. U.S.A.*, doi: 10.1073/pnas.0500656102, 5326–5333.

Raphael, M. N., and M. M. Holland, 2006: Twentieth century simulation of the southern hemisphere climate in coupled models. Part 1: Large scale circulation variability. *Clim. Dyn.*, **26**, 217–228.

Rasmussen, R., et al., 2011: High-resolution coupled climate runoff simulations of seasonal snowfall over Colorado; A process study of current and warmer climate. *J. Clim.*, **24**, 3015–3048.

Rauscher, S. A., F. Giorgi, N. S. Diffenbaugh, and A. Seth, 2008: Extension and Intensification of the Meso-American mid-summer drought in the twenty-first century. *Clim. Dyn.*, **31**, 551–571.

BLM_0151816

Rawlins, M. A., et al., 2010: Analysis of the Arctic system for freshwater cycle intensification: Observations and expectations. *J. Clim.*, 23, 5715–5737.

Re, M., and V. Barros, 2009: Extreme rainfalls in SE South America. *Clim. Change*, 96, 119–136.

Reboita, M. S., T. Ambrizzi, and R. P. da Rocha, 2009: Relationship between the southern annular mode and southern hemisphere atmospheric systems. *Rev. Brasil. Meteorol.*, 24, doi: 10.1590/S0102-77862009000100005.

Reisinger, A., A. B. Mullan, M. Manning, D. Wratt, and R. Nottage, 2010: Global and local climate change scenarios to support adaptation in New Zealand. In: *Climate Change Adaptation in New Zealand: Future Scenarios and Some Sectoral Perspectives* [R. A. C. Nottage, D. S. Wratt, J. F. Bornman, and K. Jones (eds.)] VUW Press, Wellington, New Zealand, pp. 26–43.

Rind, D., 2008: The consequences of not knowing low-and high-latitude climate sensitivity. *Bull. Am. Meteorol. Soc.*, 89, 855–864.

Rinke, A., et al., 2006: Evaluation of an ensemble of Arctic regional climate models: Spatiotemporal fields during the SHEBA year. *Clim. Dyn.*, 26, 459–472.

Risbey, J. S., M. J. Pook, P. C. McIntosh, M. C. Wheeler, and H. H. Hendon, 2009: On the remote drivers of rainfall variability in Australia. *Mon. Weather Rev.*, 137, 3233–3253.

Riviere, G., 2011: A dynamical interpretation of the poleward shift of the jet streams in global warming scenarios. *J. Atmos. Sci.*, 68, 1253–1272.

Robertson, A. W., et al., 2011: The Maritime Continent monsoon. In: *The Global Monsoon System: Research and Forecast*, 2nd ed. [C. P. Chang, Y. Ding, N. C. Lau, R. H. Johnson, B. Wang and T. Yasunari (eds.)] World Scientific Singapore, pp. 85–98.

Robinson, W. A., 2006: On the self-maintenance of midlatitude jets. *J. Atmos. Sci.*, 63, 2109–2122.

Rodrigues, R. R., R. J. Haarsma, E. J. D. Campos, and T. Ambrizzi, 2011: The impacts of inter–El Niño variability on the tropical Atlantic and northeast Brazil climate. *J. Clim.*, 24, 3402–3422.

Rodriguez-Fonseca, B., et al., 2011: Interannual and decadal SST-forced responses of the West African monsoon. *Atmos. Sci. Lett.*, 12, 67–74.

Rosenfeld, D., M. Clavner, and R. Nirel, 2011: Pollution and dust aerosols modulating tropical cyclones intensities. *Atmos. Res.*, 102, 66–76.

Rotstayn, L., and U. Lohmann, 2002: Tropical rainfall trends and the indirect aerosol effect. *J. Clim.*, 15, 2103–2116.

Rotstayn, L. D., et al., 2007: Have Australian rainfall and cloudiness increased due to the remote effects of Asian anthropogenic aerosols? *J. Geophys. Res. Atmos.*, 112, D09202.

Rotstayn, L. D., et al., 2009: Improved simulation of Australian climate and ENSO-related climate variability in a GCM with an interactive aerosol treatment. *Int. J. Climatol.*, doi:10.1002/joc.1952.

Rouault, M., P. Florenchie, N. Fauchereau, and C. Reason, 2003: South East tropical Atlantic warm events and southern African rainfall. *Geophys. Res. Lett.*, 30, doi: 10.1029/2002GL014840.

Rowell, D. P., 2011: Sources of uncertainty in future changes in local precipitation. *Clim. Dyn.*, 39, 1929–1950.

Rowell, D. P., 2013: Simulating SST teleconnections to Africa: What is the state of the art? *J. Clim.*, doi:10.1175/jcli-d-12–00761.1.

Roxy, M., N. Patil, K. Ashok, and K. Apama, 2013: Revisiting the Indian summer monsoon-ENSO links in the IPCC AR4 projections: A cautionary outlook. *Global Planet. Change*, doi:10.1016/j.gloplacha.2013.02.003, early on-line release.

Rupa Kumar, K., et al., 2006: High-resolution climate change scenarios for India for the 21st century. *Curr. Sci.*, 90, 334–345.

Rusticucci, M., and M. Renom, 2008: Variability and trends in indices of quality-controlled daily temperature extremes in Uruguay. *Int. J. Climatol.*, 28, 1083–1095.

Rusticucci, M., J. Marengo, O. Penalba, and M. Renom, 2010: An intercomparison of model-simulated in extreme rainfall and temperature events during the last half of the twentieth century. Part 1: Mean values and variability. *Clim. Change*, 98, 493–508.

Ruti, P., and A. Dell'Aquila, 2010: The twentieth century African easterly waves in reanalysis systems and IPCC simulations, from intra-seasonal to inter-annual variability. *Clim. Dyn.*, 35, 1099–1117.

Sabade, S., A. Kulkarni, and R. Kripalani, 2011: Projected changes in South Asian summer monsoon by multi-model global warming experiments. *Theor. Appl. Climatol.*, 103, 543–565.

Saenger, C., A. Cohen, D. Oppo, R. Halley, and J. Carilli, 2009: Surface-temperature trends and variability in the low-latitude North Atlantic since 1552. *Nature Geosci.*, 2, 492–495.

Sajj, N. H., B. N. Goswami, P. N. Vinayachandran, and T. Yamagata, 1999: A dipole mode in the tropical Indian Ocean. *Nature*, 401, 360–363.

Salahuddin, A., and S. Curtis, 2011: Climate extremes in Malaysia and the equatorial South China Sea. *Global Planet. Change*, 78, 83–91.

Salathe Jr, E. P., L. R. Leung, Y. Qian, and Y. Zhang, 2010: Regional climate model projections for the State of Washington. *Clim. Change*, 102, 51–75.

Salinger, M. J., J. A. Renwick, and A. B. Mullan, 2001: Interdecadal Pacific Oscillation and South Pacific climate. *Int. J. Climatol.*, 21, 1705–1722.

Sampe, T., and S.-P. Xie, 2010: Large-scale dynamics of the Meiyu-Baiu rainband: Environmental forcing by the westerly jet. *J. Climate*, 23, 113–134.

Sansom, P. G., D. B. Stephenson, C. A. T. Ferro, G. Zappa, and L. Shaffrey, 2013: Simple uncertainty frameworks for selecting weighting schemes and interpreting multi-model ensemble climate change experiments. *J. Clim.*, doi:10.1175/JCLI-D-12–00462.1.

Santer, B. D., et al., 2007: Identification of human-induced changes in atmospheric moisture content. *Proc. Natl. Acad. Sci. U.S.A.*, 104, 15248–15253.

Sato, T., F. Kimura, and A. Kitoh, 2007: Projection of global warming onto regional precipitation over Mongolia using a regional climate model. *J. Hydrol.*, 333, 144–154.

Scaife, A., et al., 2011a: Climate change projections and stratosphere–troposphere interaction. *Clim. Dyn.*, 38, 2089–2097.

Scaife, A., et al., 2009: The CLIVAR C20C project: Selected twentieth century climate events. *Clim. Dyn.*, 33, 603–614.

Scaife, A. A., J. R. Knight, G. K. Vallis, and C. K. Folland, 2005: A stratospheric influence on the winter NAO and North Atlantic surface climate. *Geophys. Res. Lett.*, 32, doi: 10.1029/2005gl023226.

Scaife, A. A., C. K. Folland, L. V. Alexander, A. Moberg, and J. R. Knight, 2008: European climate extremes and the North Atlantic Oscillation. *J. Clim.*, 21, 72–83.

Scaife, A. A., T. Wollings, J. Knight, G. Martin, and T. Hinton, 2010: Atmospheric blocking and mean biases in 18 climate models. *Journal of Climate*, 23, 6143-6152.

Scaife, A. A., et al., 2011b: Improved Atlantic winter blocking in a climate model. *Geophys. Res. Lett.*, 38, L23703.

Scarchilli, C., M. Frezzotti, and P. Ruti, 2011: Snow precipitation at four ice core sites in East Antarctica: Provenance, seasonality and blocking factors. *Clim. Dyn.*, 37, 2107–2125.

Schimanke, S., J. Koerper, T. Spangehl, and U. Cubasch, 2011: Multi-decadal variability of sudden stratospheric warmings in an AOGCM. *Geophys. Res. Lett.*, 38, L01801.

Schneider, D., C. Deser, and Y. Okumura, 2012: An assessment and interpretation of the observed warming of West Antarctica in the austral spring. *Clim. Dyn.*, 38, 323–347.

Schneider, N., and B. Cornuelle, 2005: The forcing of the Pacific decadal oscillation. *J. Clim.*, 18, 4355–4373.

Schneider, T., P. A. O'Gorman, and X. J. Levine, 2010: Water vapor and the dynamics of climate changes. *Rev. Geophys.*, 48, RG3001.

Schott, F. A., S.-P. Xie, and J. P. McCreary, 2009: Indian Ocean circulation and climate variability. *Rev. Geophys.*, 47, RG1002.

Schubert, J. J., B. Stevens, and T. Crueger, 2013: The Madden-Julian Oscillation as simulated by the MPI Earth System Model: Over the last and into the next millennium. *J. Adv. Model. Earth Syst.*, 5, 71–84.

Schulz, N., J. P. Boisier, and P. Aceituno, 2012: Climate change along the arid coast of northern Chile. *Int. J. Climatol.*, 32, 1803–1814.

Screen, J. A., I. Simmonds, C. Deser, and R. Tomas, 2012: The atmospheric response to three decades of observed Arctic sea ice loss. *J. Clim.*, 26, 1230–1248.

Seager, R., and G. Vecchi, 2010: Greenhouse warming and the 21st century hydroclimate of southwestern North America. *Proc. Natl. Acad. Sci. U.S.A.*, 107, 21277–21282.

Seager, R., Y. Kushnir, M. Ting, M. Cane, N. Naik, and J. Miller, 2008: Would advance knowledge of 1930s SSTs have allowed prediction of the dust bowl drought? *J. Clim.*, 21, 3261–3281.

Seager, R., N. Naik, and L. Vogel, 2012: Does Global Warming Cause Intensified Interannual Hydroclimate Variability? *J. Clim.*, 25, 3355-3372

Seager, R., et al., 2007: Model projections of an imminent transition to a more arid climate in southwestern North America. *Science*, 316, 1181–1184.

Seager, R., et al., 2009: Mexican drought: An observational modeling and tree ring study of variability and climate change. *Atmosfera*, 22, 1–31.

BLM_0151817

Seidel, D. J., Q. Fu, W. J. Randel, and T. J. Reichler, 2008: Widening of the tropical belt in a changing climate. *Nature Geosci.*, **1**, 21–24.

Seierstad, I. A., and J. Bader, 2009: Impact of a projected future Arctic Sea Ice reduction on extratropical storminess and the NAO. *Clim. Dyn.*, **33**, 937–943.

Semenov, V. A., 2007: Structure of temperature variability in the high latitudes of the Northern Hemisphere. *Izvestiya Atmos. Ocean. Phys.*, **43**, 687–695.

Sen Gupta, A., A. Ganachaud, S. McGregor, J. N. Brown, and L. Muir, 2012: Drivers of the projected changes to the Pacific Ocean equatorial circulation. *Geophys. Res. Lett.*, **39**, L09605.

Sen Roy, S., 2009: A spatial analysis of extreme hourly precipitation patterns in India. *Int. J. Climatol.*, **29**, 345–355.

Seneviratne, S., et al., 2010: Investigating soil moisture-climate interactions in a changing climate: A review. *Earth Sci. Rev.*, **99**, 125–161.

Seneviratne, S., I., et al., 2012: Changes in climate extremes and their impacts on the natural physical environment. In: *Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation. A Special Report of Working Groups I and II of the Intergovernmental Panel on Climate Change (IPCC)* [C. B. Field, V. Barros, T. F. Stocker, D. Qin, D. J. Dokken, K. L. Ebi, M. D. Mastrandrea, K. J. Mach, G. -K. Plattner, S. K. Allen, M. Tignor and P. M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom, and New York, NY, USA, pp. 109–230.

Servain, J., I. Wainer, J. McCreary, and A. Dessier, 1999: Relationship between the equatorial and meridional modes of climatic variability in the tropical Atlantic. *Geophys. Res. Lett.*, **26**, 485–488.

Seth, A., M. Rojas, and S. A. Rauscher, 2010: CMIP3 projected changes in the annual cycle of the South American Monsoon. *Clim. Change*, **98**, 331–357.

Seth, A., S. A. Rauscher, M. Rojas, A. Giannini, and S. J. Camargo, 2011: Enhanced spring convective barrier for monsoons in a warmer world? *Clim. Change*, **104**, 403–414.

Sheffield, J., and E. F. Wood, 2008: Projected changes in drought occurrence under future global warming from multi-model, multi-scenario, IPCC AR4 simulations. *Clim. Dyn.*, **31**, 79–105.

Shi, G., J. Ribbe, W. Cai, and T. Cowan, 2008a: An interpretation of Australian rainfall projections. *Geophys. Res. Lett.*, **35**, L02702.

Shi, G., W. Cai, T. Cowan, J. Ribbe, L. Rotstayn, and M. Dix, 2008b: Variability and trend of North West Australia rainfall: Observations and coupled model modeling. *J. Clim.*, **21**, 2938–2959.

Shongwe, M., G. van Oldenborgh, B. van den Hurk, and M. van Aalst, 2011: Projected changes in mean and extreme precipitation in Africa under global warming. Part II: East Africa. *J. Clim.*, **24**, 3718–3733.

Shongwe, M. E., G. J. van Oldenborgh, B. van den Hurk, B. de Boer, C. A. S. Coelho, and M. K. van Aalst, 2009: Projected changes in mean and extreme precipitation in Africa under global warming. Part I: Southern Africa. *J. Clim.*, **22**, 3819–3837.

Sigmond, M., and J. F. Scinocca, 2010: The influence of the basic state on the Northern Hemisphere circulation response to climate change. *J. Clim.*, **23**, 1434–1446.

Sillmann, J., M. Croci-Maspoli, M. Kallache, and R. W. Katz, 2011: Extreme cold winter temperatures in Europe under the influence of North Atlantic atmospheric blocking. *J. Clim.*, **24**, 5899–5913.

Sillmann, J., V. V. Kharin, X. Zhang, F. W. Zwiers, and D. Bronaugh, 2013: Climate extremes indices in the CMIP5 multimodel ensemble: Part 1. Model evaluation in the present climate. *J. Geophys. Res. Atmos.*, **118**, 1716–1733.

Silva, A. E., and L. M. V. Carvalho, 2007: Large-scale index for South America Monsoon (LISAM). *Atmos. Sci. Lett.*, **8**, 51–57.

Silva, V. B. S., and V. E. Kousky, 2012: The South American Monsoon System: Climatology and variability. Chapter 5 in: *Modern Climatology* [S.-Y. Wang (ed.)], pp 123-152.

Sinha, A., et al., 2011: A global context for megadroughts in monsoon Asia during the past millennium. *Quat. Sci. Rev.*, **30**, 47–62.

Skansi, M. d. l. M., et al., 2013: Warming and wetting signals emerging from analysis of changes in climate extreme indices over South America. *Global Planet. Change*, **100**, 295–307.

Smirnov, D., and D. Vimont, 2011: Variability of the Atlantic Meridional Mode during the Atlantic hurricane season. *J. Clim.*, **24**, 1409–1424.

Smith, D. M., R. Eade, N. J. Dunstone, D. Fereday, J. M. Murphy, H. Pohlmann, and A. A. Scaife, 2010: Skilful multi-year predictions of Atlantic hurricane frequency. *Nature Geosci*, **3**, 846–849.

Smith, I., and E. Chandler, 2010: Refining rainfall projections for the Murray Darling Basin of south-east Australia—the effect of sampling model results based on performance. *Clim. Change*, **102**, 377–393.

Smith, I. N., and B. Timbal, 2012: Links between tropical indices and southern Australian rainfall. *Int. J. Climatol.*, **32**, 33–40.

Smith, I. N., L. Wilson, and R. Suppiah, 2008: Characteristics of the northern Australian rainy season. *J. Clim.*, **21**, 4298–4311.

Smith, I. N., A. F. Moise, and R. Colman, 2012a: Large scale circulation features in the tropical Western Pacific and their representation in climate models. *J. Geophys. Res.*, **117**, doi: 10.1029/2011JD016667.

Smith, K. L., L. M. Polvani, and D. R. Marsh, 2012b: Mitigation of 21st century Antarctic sea ice loss by stratospheric ozone recovery. *Geophys. Res. Lett.*, **39**, doi: 10.1029/2012GL053325.

Soares, W. R., and J. A. Marengo, 2009: Assessments of moisture fluxes east of the Andes in South America in a global warming scenario. *Int. J. Climatol.*, **29**, 1395–1414.

Sobel, A., and S. Camargo, 2011: Projected future seasonal changes in tropical summer climate. *J. Clim.*, **24**, 473–487.

Sohn, B., and S. Park, 2010: Strengthened tropical circulations in past three decades inferred from water vapor transport. *J. Geophys. Res. Atmos.*, **115**, doi: 10.1029/2009JD013713.

Solman, S., M. Nuñez, and M. Cabré, 2008: Regional climate change experiments over southern South America. I: Present climate. *Clim. Dyn.*, **30**, 533–552.

Solman, S., et al., 2013: Evaluation of an ensemble of regional climate model simulations over South America driven by the ERA-Interim reanalysis: Model performance and uncertainties. *Clim. Dyn.*, doi:10.1007/s00382-013-1667-2, 1–19.

Solman, S. A., and H. Le Treut, 2006: Climate change in terms of modes of atmospheric variability and circulation regimes over southern South America. *Clim. Dyn.*, **26**, 835–854.

Solomon, A., and M. Newman, 2011: Decadal predictability of tropical Indo-Pacific Ocean temperature trends due to anthropogenic forcing in a coupled climate model. *Geophys. Res. Lett.*, **38**, doi: 10.1029/2010GL045978.

Son, S. W., and S. Y. Lee, 2005: The response of westerly jets to thermal driving in a primitive equation model. *J. Atmos. Sci.*, **62**, 3741–3757.

Son, S. W., et al., 2010: Impact of stratospheric ozone on Southern Hemisphere circulation change: A multimodel assessment. *J. Geophys. Res.*, **115**, D00M07.

Sörensson, A. A., C. Menéndez, R. Ruscica, P. Alexander, P. Samuelsson, and U. Willén, 2010: Projected precipitation changes in South America: A dynamical downscaling within CLARIS. *Meteorol. Z.*, **19**, 347–355.

Sperber, K., and H. Annamalai, 2008: Coupled model simulations of boreal summer intraseasonal (30–50 day) variability, Part 1: Systematic errors and caution on use of metrics. *Clim. Dyn.*, **31**, 345–372.

Sperber, K. R., et al., 2012: The Asian summer monsoon: An intercomparison of CMIP5 vs. CMIP3 simulations of the late 20th century. *Clim. Dyn.*, doi:10.1007/s00382-012-1607-6, 1–34.

Stammerjohn, S. E., D. G. Martinson, R. C. Smith, X. Yuan, and D. Rind, 2008: Trends in Antarctic annual sea ice retreat and advance and their relation to El Niño-Southern Oscillation and Southern Annular Mode variability. *J. Geophys. Res.*, **113**, C03S90.

Stephenson, D., A. Hannachi, and A. O'Neill, 2004: On the existence of multiple climate regimes. *Q. J. R. Meteorol. Soc.*, **130**, 583–605.

Stephenson, D., V. Pavan, M. Collins, M. Junge, and R. Quadrelli, 2006: North Atlantic Oscillation response to transient greenhouse gas forcing and the impact on European winter climate: A CMIP2 multi-model assessment. *Clim. Dyn.*, **27**, 401–420.

Stevenson, S., B. Fox-Kemper, M. Jochum, R. Neale, C. Deser, and G. Meehl, 2012: Will there be a significant change to El Nino in the twenty-first century? *J. Clim.*, **25**, 2129–2145.

Stevenson, S. L., 2012: Significant changes to ENSO strength and impacts in the twenty-first century: Results from CMIP5. *Geophys. Res. Lett.*, doi:10.1029/2012GL052759.

Stoner, A. M. K., K. Hayhoe, and D. J. Wuebbles, 2009: Assessing General Circulation Model simulations of atmospheric teleconnection patterns. *J. Clim.*, **22**, 4348–4372.

Stowasser, M., H. Annamalai, and J. Hafner, 2009: Response of the South Asian summer monsoon to global warming: Mean and synoptic systems. *J. Clim.*, **22**, 1014–1036.

Strong, C., G. Magnusdottir, and H. Stern, 2009: Observed feedback between winter sea ice and the North Atlantic Oscillation. *J. Clim.*, **22**, 6021–6032.

Sugi, M., and J. Yoshimura, 2012: Decreasing trend of tropical cyclone frequency in 228-year high-resolution AGCM simulations. *Geophys. Res. Lett.*, **39**, L19805.

BLM_0151818

Sugi, M., H. Murakami, and J. Yoshimura, 2009: A reduction in global tropical cyclone frequency due to global warming. *Sola*, **5**, 164–167.

Sugi, M., H. Murakami, and J. Yoshimura, 2012: On the mechanism of tropical cyclone frequency change due to global warming. *J. Meteorol. Soc. Jpn.*, **90A**, 397–408.

Suhaila, J., S. M. Deni, W. Z. W. Zin, and A. A. Jemain, 2010: Spatial patterns and trends of daily rainfall regime in Peninsular Malaysia during the southwest and northeast monsoons: 1975–2004. *Meteorol. Atmos. Phys.*, **110**, 1–18.

Sun, J., H. Wang, and W. Yuan, 2008: Decadal variations of the relationship between the summer North Atlantic Oscillation and middle East Asian air temperature. *J. Geophys. Res. Atmos.*, **113**, D15107.

Sun, Y., and Y. H. Ding, 2010: A projection of future changes in summer precipitation and monsoon in East Asia. *Science China Earth Sciences*, **53**, 284–300.

Sung, M.-K., G.-H. Lim, and J.-S. Kug, 2010: Phase asymmetric downstream development of the North Atlantic Oscillation and its impact on the East Asian winter monsoon. *J. Geophys. Res.*, **115**, doi: 10.1029/2009JD013153.

Sutton, R. T., and B. Dong, 2012: Atlantic Ocean influence on a shift in European climate in the 1990s. *Nature Geosci.*, **5**, 788–792.

Swart, N. C., and J. C. Fyfe, 2012: Observed and simulated changes in the Southern Hemisphere surface westerly wind-stress. *Geophys. Res. Lett.*, **39**, L16711.

Takahashi, K., and D. S. Battisti, 2007: Processes controlling the mean tropical Pacific precipitation pattern. Part II: The SPCZ and the southeast Pacific dry zone. *J. Clim.*, **20**, 5696–5706.

Takahashi, K., A. Montecinos, K. Goubanova, and B. Dewitte, 2011: ENSO regimes: Reinterpreting the canonical and Modoki El Nino. *Geophys. Res. Lett.*, **38**, doi: 10.1029/2011gl047364.

Takaya, K., and H. Nakamura, 2005: Mechanisms of intraseasonal amplification of the cold Siberian high. *J. Atmos. Sci.*, **62**, 4423–4440.

Tanarhte, M., P. Hadjinicolaou, and J. Lelieveld, 2012: Intercomparison of temperature and precipitation data sets based on observations in the Mediterranean and the Middle East. *J. Geophys. Res. Atmos.*, **117**, doi: 10.1029/2011JD017293.

Tangang, F. T., L. Juneng, and S. Ahmad, 2007: Trend and interannual variability of temperature in Malaysia: 1961–2002. *Theor. Appl. Climatol.*, **89**, 127–141.

Tangang, F. T., et al., 2008: On the roles of the northeast cold surge, the Borneo vortex, the Madden-Julian Oscillation, and the Indian Ocean Dipole during the extreme 2006/2007 flood in southern Peninsular Malaysia. *Geophys. Res. Lett.*, **35**, L14S07.

Taylor, C., A. Gounou, F. Guichard, P. Harris, R. Ellis, F. Couvreux, and M. De Kauwe, 2011a: Frequency of Sahelian storm initiation enhanced over mesoscale soil-moisture patterns. *Nature Geosci.*, **4**, 430–433.

Taylor, C., et al., 2011b: New perspectives on land-atmosphere feedbacks from the African Monsoon Multidisciplinary Analysis. *Atmos. Sci. Lett.*, **12**, 38–44.

Taylor, K. E., R. J. Stouffer, and G. A. Meehl, 2011c: An overview of CMIP5 and the experiment design. *Bull. Am. Meteorol. Soc.*, **93**, 485–498.

Taylor, C. M., F. S. Whyte, T. S. Stephenson, and C. J. D, 2013: Why dry? Investigating the future evolution of the Caribbean Low Level Jet to explore projected Caribbean drying. *Int. J. Climatol.*, **33**, 784–792.

Taylor, M. A., T. S. Stephenson, A. Owino, A. A. Chen, and J. D. Campbell, 2011d: Tropical gradient influences on Caribbean rainfall. *J. Geophys. Res.*, **116**, D00Q08.

Tedeschi, R. G., I. F. A. Cavalcanti, and A. M. Grimm, 2013: Influences of two types of ENSO on South American precipitation. *Int. J. Climatol.*, **33**, 1382–1400.

Thomas, E. R., G. J. Marshall, and J. R. McConnell, 2008: A doubling in snow accumulation in the western Antarctic Peninsula since 1850. *Geophys. Res. Lett.*, **35**, L01706.

Thompson, D., and S. Solomon, 2009: Understanding recent stratospheric climate change. *J. Clim.*, **22**, 1934–1943.

Thompson, D. W. J., and J. M. Wallace, 1998: The Arctic Oscillation signature in the wintertime geopotential height and temperature fields. *Geophys. Res. Lett.*, **25**, 1297–1300.

Thompson, D. W. J., and J. M. Wallace, 2000: Annular modes in the extratropical circulation. Part I: Month-to-month variability. *J. Clim.*, **13**, 1000–1016.

Thompson, D. W. J., and S. Solomon, 2002: Interpretation of recent Southern Hemisphere climate change. *Science*, **296**, 895–899.

Thompson, D. W. J., J. M. Wallace, J. J. Kennedy, and P. D. Jones, 2010: An abrupt drop in Northern Hemisphere sea surface temperature around 1970. *Nature*, **467**, 444–447.

Thompson, D. W. J., S. Solomon, P. J. Kushner, M. H. England, K. M. Grise, and D. J. Karoly, 2011: Signatures of the Antarctic ozone hole in Southern Hemisphere surface climate change. *Nature Geosci.*, **4**, 741–749.

Timbal, B., and J. M. Arblaster, 2006: Land cover change as an additional forcing to explain the rainfall decline in the south west of Australia. *Geophys. Res. Lett.*, **33**, L07717.

Timbal, B., and W. Drosdowsky, 2012: The relationship between the decline of Southeastern Australian rainfall and the strengthening of the subtropical ridge. *Int. J. Climatol.*, doi:10.1002/joc.3492.

Timbal, B., J. M. Arblaster, and S. Power, 2006: Attribution of the late-twentieth-century rainfall decline in southwest Australia. *J. Clim.*, **19**, 2046–2062.

Timmermann, A., F. F. Jin, and J. Abshagen, 2003: A nonlinear theory for El Nino bursting. *J. Atmos. Sci.*, **60**, 152–165.

Ting, M., Y. Kushnir, R. Seager, and C. Li, 2009: Forced and internal twentieth-century SST trends in the north Atlantic. *J. Clim.*, **22**, 1469–1481.

Ting, M., Y. Kushnir, R. Seager, and C. Li, 2011: Robust features of Atlantic multi-decadal variability and its climate impacts. *Geophys. Res. Lett.*, **38**, L17705.

Tjernstrom, M., et al., 2004: Modeling the Arctic boundary layer: An evaluation of six ARCMIP regional-scale models with data from the SHEBA project. *Bound. Layer Meteorol.*, **117**, 337–381.

Tokinaga, H., and S. P. Xie, 2011: Weakening of the equatorial Atlantic cold tongue over the past six decades. *Nature Geosci.*, **4**, 222–226.

Tokinaga, H., S. Xie, A. Timmermann, S. McGregor, T. Ogata, H. Kubota, and Y. Okumura, 2012: Regional patterns of tropical Indo-Pacific climate change: Evidence of the Walker Circulation weakening. *J. Clim.*, **25**, 1689–1710.

Trenberth, K.E., 2011: Changes in precipitation with climate change. *Climate Res.*, **47**, 123-138.

Trenberth, K., and J. Fasullo, 2010: Simulation of present-day and twenty-first-century energy budgets of the southern oceans. *J. Clim.*, **23**, 440–454.

Trenberth, K., J. Fasullo, and L. Smith, 2005: Trends and variability in column-integrated atmospheric water vapor. *Clim. Dyn.*, **24**, 741–758.

Trenberth, K., C. Davis, and J. Fasullo, 2007a: Water and energy budgets of hurricanes: Cases studies of Ivan and Katrina. *J. Geophys. Res. Atmos.*, **112**, doi: 10.1029/2006JD008303.

Trenberth, K. E., and D. P. Stepaniak, and J. M. Caron, 2000: The global monsoon as seen through the divergent atmospheric circulation. *J. Clim.*, **13**, 3969–3993.

Trenberth, K. E., et al., 2007b: Observations: Surface and atmospheric climate change. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)] Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 235–336.

Trigo, R. M., I. F. Trigo, C. C. DaCamara, and T. J. Osborn, 2004: Climate impact of the European winter blocking episodes from the NCEP/NCAR Reanalyses. *Clim. Dyn.*, **23**, 17–28.

Turner, A., K. Sperber, J. Slingo, G. A. Meehl, C. R. Mechoso, M. Kimoto, and A. Giannini, 2011: Modelling monsoons: Understanding and predicting current and future behaviour. World Scientific Series on Asia-Pacific Weather and Climate, Vol. 5. *The Global Monsoon System: Research and Forecast*, 2nd ed. [C. P. Chang, Y. Ding, N.-C. Lau, R. H. Johnson, B. Wang and T. Yasunari (eds.)]. World Scientific Publication Company, Singapore, 608 pp.

Turner, A. G., and H. Annamalai, 2012: Climate change and the South Asian summer monsoon. *Nature Clim. Change*, **2**, 587–595.

Turner, A. G., P. M. Inness, and J. M. Slingo, 2007a: The effect of doubled $CO_2$ and model basic state biases on the monsoon-ENSO system. I: Mean response and interannual variability. *Q. J. R. Meteorol. Soc.*, **133**, 1143–1157.

Turner, J., 2004: The El Niño–southern oscillation and Antarctica. *Int. J. Climatol.*, **24**, 1–31.

Turner, J., J. E. Overland, and J. E. Walsh, 2007b: An Arctic and Antarctic perspective on recent climate change. *Int. J. Climatol.*, **27**, 277–293.

Turner, J., et al., 2005: Antarctic climate change during the last 50 years. *Int. J. Climatol.*, **25**, 279–294.

Tyrlis, E., and B. J. Hoskins, 2008: Aspects of a Northern Hemisphere atmospheric blocking climatology. *J. Atmos. Sci.*, **65**, 1638–1652.

Ueda, H., A. Iwai, K. Kuwako, and M. E. Horj, 2006: Impact of anthropogenic forcing on the Asian summer monsoon as simulated by eight GCMs. *Geophys. Res. Lett.*, **33**, doi: 10.1029/2005gl025336.

Ulbrich, U., and M. Christoph, 1999: A shift of the NAO and increasing storm track activity over Europe due to anthropogenic greenhouse gas forcing. *Clim. Dyn.*, **15**, 551–559.

Ulbrich, U., G. C. Leckebusch, and J. G. Pinto, 2009: Extra-tropical cyclones in the present and future climate: A review. *Theor. Appl. Climatol.*, **96**, 117–131.

BLM_0151819

Ulbrich, U., J. G. Pinto, H. Kupfer, G. C. Leckebusch, T. Spangehl, and M. Reyers, 2008: Changing northern hemisphere storm tracks in an ensemble of IPCC climate change simulations. *J. Clim.*, **21**, 1669–1679.

Ulbrich, U., et al., 2013: Are Greenhouse Gas Signals of Northern Hemisphere winter extra-tropical cyclone activity dependent on the identification and tracking methodology? *Meteorol. Z.*, **22**, 61-68.

Ummenhofer, C. C., and M. H. England, 2007: Interannual extremes in New Zealand precipitation linked to modes of Southern Hemisphere climate variability. *J. Clim.*, **20**, 5418–5440.

Ummenhofer, C. C., A. Sen Gupta, and M. H. England, 2009a: Causes of late twentieth-century trends in New Zealand precipitation. *J. Clim.*, **22**, 3–19.

Ummenhofer, C. C., M. H. England, P. C. McIntosh, G. A. Meyers, M. J. Pook, J. S. Risbey, A. S. Gupta, and A. S. Taschetto, 2009b: What causes southeast Australia's worst droughts? *Geophys. Res. Lett.*, **36**, doi: 10.1029/2008gl036801.

van den Broeke, M. R., and N. P. M. van Lipzig, 2004: Changes in Antarctic temperature, wind and precipitation in response to the Antarctic Oscillation. *Ann. Glaciol.*, **39**, 119–126.

van Ommen, T. D., and V. Morgan, 2010: Snowfall increase in coastal East Antarctica linked with southwest Western Australian drought. *Nature Geosci*, **3**, 267–272.

Vance, T. R., T. D. van Ommen, M. A. J. Curran, C. T. Plummer, and A. D. Moy, 2012: A millennial proxy record of ENSO and eastern Australian rainfall from the Law Dome ice core, East Antarctica. *J. Clim.*, **26**, 710–725.

Vancoppenolle, M., T. Fichefet, H. Goosse, S. Bouillon, G. Madec, and M. A. M. Maqueda, 2009: Simulating the mass balance and salinity of arctic and antarctic sea ice. 1. Model description and validation. *Ocean Model.*, **27**, 33–53.

Vasconcellos, F. C., and I. F. A. Cavalcanti, 2010: Extreme precipitation over Southeastern Brazil in the austral summer and relations with the Southern Hemisphere annular mode. *Atmos. Sci. Lett.*, **11**, 21–26.

Vautard, R., et al., 2007: Summertime European heat and drought waves induced by wintertime Mediterranean rainfall deficit. *Geophys. Res. Lett.*, **34**, doi: 10.1029/2006GL028001.

Vecchi, G., and A. Wittenberg, 2010: El Nino and our future climate: Where do we stand? *WIREs Clim Change*, **1**, 260–270.

Vecchi, G. A., and B. J. Soden, 2007a: Global warming and the weakening of the tropical circulation. *J. Clim.*, **20**, 4316–4340.

Vecchi, G. A., and B. J. Soden, 2007b: Increased tropical Atlantic wind shear in model projections of global warming. *Geophys. Res. Lett.*, **34**, L08702.

Vecchi, G. A., B. J. Soden, A. T. Wittenberg, I. M. Held, A. Leetmaa, and M. J. Harrison, 2006: Weakening of tropical Pacific atmospheric circulation due to anthropogenic forcing. *Nature*, **441**, 73–76.

Vera, C., and G. Silvestri, 2009: Precipitation interannual variability in South America from the WCRP-CMIP3 multi-model dataset. *Clim. Dyn.*, **32**, 1003–1014.

Vera, C., et al., 2006: Toward a unified view of the American Monsoon Systems. *J. Clim.*, **19**, 4977–5000.

Vergara, W., et al., 2007: Visualizing future climate in Latin America: Results from the application of the Earth Simulator. In: *Latin America and Caribbean Region Sustainable Development Working Paper No. 30*. The World Bank, Washington, DC, 82 pp.

Vial, J., and T. Osborn, 2012: Assessment of atmosphere-ocean general circulation model simulations of winter northern hemisphere atmospheric blocking. *Clim. Dyn.*, **39**, 95–112.

Vigaud, N., B. Pohl, and J. Crétat, 2012: Tropical-temperate interactions over southern Africa simulated by a regional climate model. *Clim. Dyn.*, doi:10.1007/s00382-012-1314-3, 1–22.

Vigaud, n., Y. Richard, M. Rouault, and N. Fauchereau, 2009: Moisture transport between the South Atlantic Ocean and southern Africa: Relationships with summer rainfall and associated dynamics. *Clim. Dyn.*, **32**, 113–123.

Villarini, G., and G. A. Vecchi, 2012: Twenty-first-century projections of North Atlantic tropical storms from CMIP5 models. *Nature Clim. Change*, **2**, 604–607.

Vimont, D., M. Alexander, and A. Fontaine, 2009: Midlatitude excitation of tropical variability in the Pacific: The role of thermodynamic coupling and seasonality. *J. Clim.*, **22**, 518–534.

Vimont, D. J., and J. P. Kossin, 2007: The Atlantic Meridional Mode and hurricane activity. *Geophys. Res. Lett.*, **34**, L07709.

Vincent, E., M. Lengaigne, C. Menkes, N. Jourdain, P. Marchesiello, and G. Madec, 2011: Interannual variability of the South Pacific Convergence Zone and implications for tropical cyclone genesis. *Clim. Dyn.*, **36**, 1881–1896.

Vincent, L. A., W. A. van Wijngaarden, and R. Hopkinson, 2007: Surface temperature and humidity trends in Canda for 1953–2005. *J. Clim.*, **20**, 5100–5113.

Vizy, E., and K. Cook, 2002: Development and application of a mesoscale climate model for the tropics: Influence of sea surface temperature anomalies on the West African monsoon. *J. Geophys. Res. Atmos.*, **107**, ACL 2-1-ACL 2–22.

Vuille, M., B. Francou, P. Wagnon, I. Juen, G. Kaser, B. G. Mark, and R. S. Bradley, 2008: Climate change and tropical Andean glaciers: Past, present and future. *Earth Sci. Rev.*, **89**, 79–96.

Walsh, K., K. McInnes, and J. McBride, 2012: Climate change impacts on tropical cyclones and extreme sea levels in the South Pacific - A regional assessment. *Global Planet. Change*, **80–81**, 149–164.

Wang, B., 1995: Interdecadal changes in El-Nino onset in the last four decades. *J. Clim.*, **8**, 267–285.

Wang, B., and Y. Wang, 1996: Temporal structure of the Southern Oscillation as revealed by waveform and wavelet analysis. *J. Clim.*, **9**, 1586–1598.

Wang, B., and S. I. An, 2001: Why the properties of El Nino changed during the late 1970s. *Geophys. Res. Lett.*, **28**, 3709–3712.

Wang, B., and S. I. An, 2002: A mechanism for decadal changes of ENSO behavior: Roles of background wind changes. *Clim. Dyn.*, **18**, 475–486.

Wang, B., and LinHo, 2002: Rainy season of the Asian-Pacific summer monsoon. *J. Clim.*, **15**, 386–398.

Wang, B., and Q. Ding, 2006: Changes in global monsoon precipitation over the past 56 years. *Geophys. Res. Lett.*, **33**, L06711.

Wang, B., R. G. Wu, and T. Li, 2003: Atmosphere-warm ocean interaction and its impacts on Asian-Australian monsoon variation. *J. Clim.*, **16**, 1195–1211.

Wang, B., I. S. Kang, and J. Y. Lee, 2004: Ensemble simulations of Asian-Australian monsoon variability by 11 AGCMs. *J. Clim.*, **17**, 803–818.

Wang, B., Q. Ding, and J. Jhun, 2006: Trends in Seoul (1778–2004) summer precipitation. *Geophys. Res. Lett.*, **33**, L15803.

Wang, B., J. Yang, and T. J. Zhou, 2008a: Interdecadal changes in the major modes of Asian-Australian monsoon variability: Strengthening relationship with ENSO since the late 1970s. *J. Clim.*, **21**, 1771–1789.

Wang, B., H.-J. Kim, K. Kikuchi, and A. Kitoh, 2011: Diagnostic metrics for evaluation of annual and diurnal cycles. *Clim. Dyn.*, **37**, 941–955.

Wang, B., S. Xu, and L. Wu, 2012a: Intensified Arabian Sea tropical storms. *Nature*, **489**, E1–E2.

Wang, B., J. Liu, H.-J. Kim, P. J. Webster, and S.-Y. Yim, 2012b: Recent change of the global monsoon precipitation (1979–2008). *Clim. Dyn.*, **39**, 1123–1135.

Wang, C., S. K. Lee, and D. B. Enfield, 2007: Impact of the Atlantic warm pool on the summer climate of the Western Hemisphere. *J. Clim.*, **20**, 5021–5040.

Wang, C., S. K. Lee, and D. B. Enfield, 2008b: Climate response to anomalously large and small Atlantic warm pools during the summer. *J. Clim.*, **21**, 2437–2450.

Wang, H., 2001: The weakening of the Asian monsoon circulation after the end of 1970's. *Adv. Atmos. Sci.*, 376–386.

Wang, L., and W. Chen, 2010: How well do existing indices measure the strength of the East Asian winter monsoon? *Adv. Atmos. Sci.*, **27**, 855–870.

Wang, L., R. Huang, L. Gu, W. Chen, and L. Kang, 2009a: Interdecadal variations of the east Asian winter monsoon and their association with quasi-stationary planetary wave activity. *J. Clim.*, **22**, 4860–4872.

Wang, L., W. Chen, W. Zhou, J. C. L. Chan, D. Barriopedro, and R. Huang, 2010: Effect of the climate shift around mid 1970s on the relationship between wintertime Ural blocking circulation and East Asian climate. *Int. J. Climatol.*, **30**, 153–158.

Wang, S. Y., R. R. Gillies, E. S. Takle, and W. J. Gutowski, 2009b: Evaluation of precipitation in the Intermountain Region as simulated by the NARCCAP regional climate models. *Geophys. Res. Lett.*, **36**, L11704.

Wang, X., C. Z. Wang, W. Zhou, D. X. Wang, and J. Song, 2011: Teleconnected influence of North Atlantic sea surface temperature on the El Niño onset. *Clim. Dyn.*, **37**, 663–676.

Wanner, H., et al., 2001: North Atlantic Oscillation—Concepts and studies. *Surveys in Geophysics*, **22**, 321–382.

Ward, P., M. Marfai, Poerbandono, and E. Aldrian, 2011: Climate adaptation in the city of Jakarta. Chapter 13 in: *Climate Adaptation and Flood Risk in Coastal Cities* [J. Aerts, W. Botzen, M. Bowman, P. Ward and P. Dircke (eds.)]. Routledge Earthscan, Amsterdam, Netherlands, 330 pp.

Watanabe, S., and Y. Kawatani, 2012: Sensitivity of the QBO to mean tropical upwelling under a changing climate simulated with an Earth System Model. *J. Meteorol. Soc. Jpn. II*, **90A**, 351–360.

Watterson, I., A. C. Hirst, and L. D. Rotstayn, 2013: A skill-score based evaluation of simulated Australian climate. *Australian Meteorol. Oceanogr. J.*, **63**, 181-190.

BLM_0151820

Watterson, I. G., 2009: Components of precipitation and temperature anomalies and change associated with modes of the Southern Hemisphere. *Int. J. Climatol.*, **29**, 809–826.

Webster, P. J., A. M. Moore, J. P. Loschnigg, and R. R. Leben, 1999: Coupled ocean-atmosphere dynamics in the Indian Ocean during 1997–98. *Nature*, **401**, 356–360.

Weller, E., and W. Cai, 2013: Realism of the Indian Ocean Dipole in CMIP5 models: The implication for climate projections. *J. Clim.*, **26**, 6649–6659.

Widlansky, M., P. Webster, and C. Hoyos, 2011: On the location and orientation of the South Pacific Convergence Zone. *Clim. Dyn.*, **36**, 561–578.

Widlansky, M. J., et al., 2013: Changes in South Pacific rainfall bands in a warming climate. *Nature Clim. Change*, **3**, 417–423.

Wiedenmann, J. M., A. R. Lupo, I. I. Mokhov, and E. A. Tikhonova, 2002: The climatology of blocking anticyclones for the Northern and Southern Hemispheres: Block intensity as a diagnostic. *J. Clim.*, **15**, 3459–3473.

Wilcox, L. J., A. J. Charlton-Perez, and L. J. Gray 2012: Trends in Austral jet position in ensembles of high- and low-top CMIP5 models. *J. Geophys. Res.*, doi:10.1029/2012JD017597.

Williams, A., and C. Funk, 2011: A westward extension of the warm pool leads to a westward extension of the Walker circulation, drying eastern Africa. *Clim. Dyn.*, **37**, 2417–2435.

Wilson, A. B., D. H. Bromwich, and K. M. Hines, 2012: Evaluation of Polar WRF forecasts on the Arctic System Reanalysis domain:2. Atmospheric hydrologic cycle. *J. Geophys. Res.*, **17**, D04107.

Wittenberg, A., 2004: Extended wind stress analyses for ENSO. *J. Clim.*, **17**, 2526–2540.

Wittenberg, A. T., 2009: Are historical records sufficient to constrain ENSO simulations? *Geophys. Res. Lett.*, **36**, L12702.

Woollings, T., 2008: Vertical structure of anthropogenic zonal-mean atmospheric circulation change. *Geophys. Res. Lett.*, **35**, L19702.

Woollings, T., 2010: Dynamical influences on European climate: An uncertain future. *Philos. Trans. R. Soc. London A*, **368**, 3733–3756.

Woollings, T., A. Charlton-Perez, S. Ineson, A. G. Marshall, and G. Masato, 2010: Associations between stratospheric variability and tropospheric blocking. *J. Geophys. Res. Atmos.*, **115**, D06108.

Woollings, T., J. Gregory, J. Pinto, M. Reyers, and D. Brayshaw, 2012: Response of the North Atlantic storm track to climate change shaped by ocean-atmosphere coupling. *Nature Geosci.*, **5**, 313–317.

Wu, J., and X. J. Gao, 2013: A gridded daily observation dataset over China region and comparison with the other datasets. *Chin. J. Geophys (in Chinese)*, **56**, 1102–1111.

Wu, L. G., 2007: Impact of Saharan air layer on hurricane peak intensity. *Geophys. Res. Lett.*, **34**, doi: 10.1029/2007GL029564.

Wu, Q., and X. Zhang, 2010: Observed forcing-feedback processes between Northern Hemisphere atmospheric circulation and Arctic sea ice coverage. *J. Geophys. Res. Atmos.*, **115**., doi: 10.1029/2009jd013574.

Wu, Q. G., and D. J. Karoly, 2007: Implications of changes in the atmospheric circulation on the detection of regional surface air temperature trends. *Geophys. Res. Lett.*, **34**, L08703.

Wu, R., B. P. Kirtman, and V. Krishnamurthy, 2008: An asymmetric mode of tropical Indian Ocean rainfall variability in boreal spring. *J. Geophys. Res. Atmos.*, **113**, D05104.

Wu, Y., M. Ting, R. Seager, H.-P. Huang, and M. A. Cane, 2011: Changes in storm tracks and energy transports in a warmer climate simulated by the GFDL CM2.1 model. *Clim. Dyn.*, **37**, 53–72.

Xie, P., and P. A. Arkin, 1997: Global precipitation: A 17-year monthly analysis based on gauge observations, satellite estimates, and numerical model outputs. *Bull. Am. Meteorol. Soc.*, **78**, 2539–2558.

Xie, S.-P., et al., 2007: A regional ocean–atmosphere model for Eastern Pacific climate: Toward reducing tropical biases. *J. Clim.*, **20**, 1504–1522.

Xie, S. P., and S. G. H. Philander, 1994: A coupled ocean-atmosphere model of relevance to the ITCZ in the eastern Pacific. *Tellus A*, **46**, 340–350.

Xie, S. P., and J. A. Carton, 2004: Tropical Atlantic variability: Patterns, mechanisms, and impacts. *Earth Clim. Ocean-Atmos. Interact.*, American Geophysical Union, 121–142.

Xie, S. P., K. Hu, J. Hafner, H. Tokinaga, Y. Du, G. Huang, and T. Sampe, 2009: Indian Ocean capacitor effect on Indo-western Pacific climate during the summer following El Niño. *J. Clim.*, **22**, 730–747.

Xie, S. P., Y. Du, G. Huang, X. T. Zheng, H. Tokinaga, K. M. Hu, and Q. Y. Liu, 2010a: Decadal shift in El Niño influences on Indo-western Pacific and east Asian climate in the 1970s. *J. Clim.*, **23**, 3352–3368.

Xie, S. P. D., C. Deser, G. A. Vecchi, J. Ma, H. Teng, and A. T. Wittenberg, 2010b: Global warming pattern formation: Sea surface temperature and rainfall. *J. Clim.*, **23**, 966–986.

Xu, Y., X.-J. Gao, and F. Giorgi, 2009: Regional variability of climate change hot-spots in East Asia. *Adv. Atmos. Sci.*, **26**, 783–792.

Xue, Y., et al., 2010: Intercomparison and analyses of the climatology of the West African Monsoon in the West African Monsoon Modeling and Evaluation project (WAMME) first model intercomparison experiment. *Clim. Dyn.*, **35**, 3–27.

Yamada, Y., K. Oouchi, M. Satoh, H. Tomita, and W. Yanase, 2010: Projection of changes in tropical cyclone activity and cloud height due to greenhouse warming: Global cloud-system-resolving approach. *Geophys. Res. Lett.*, **37**, L07709.

Yamagata, T., S. K. Behera, J.-J. Luo, S. Masson, M. Jury, and S. A. Rao, 2004: Coupled ocean-atmosphere variability in the tropical Indian Ocean. *Earth Clim. Ocean-Atmos. Interact.*, American Geophysical Union, 189–212.

Yamazaki, A., and H. Itoh, 2009: Selective absorption mechanism for the maintenance of blocking. *Geophys. Res. Lett.*, **36**, L05803.

Yan, H., L. G. Sun, Y. H. Wang, W. Huang, S. C. Qiu, and C. Y. Yang, 2011: A record of the Southern Oscillation Index for the past 2,000 years from precipitation proxies. *Nature Geosci.*, **4**, 611–614.

Yang, S., and J. H. Christensen, 2012: Arctic sea ice reduction and European cold winters in CMIP5 climate change experiments. *Geophys. Res. Lett.*, **39**, L20707.

Yatagai, A., K. Kamiguchi, O. Arakawa, A. Hamada, N. Yasutomi, and A. Kitoh, 2012: APHRODITE: Constructing a long-term daily gridded precipitation dataset for Asia based on a dense network of rain gauges. *Bull. Am. Meteorol. Soc.*, **93**, 1401–1415.

Ye, Z. Q., and W. W. Hsieh, 2008: Changes in ENSO and associated overturning circulations from enhanced greenhouse gases by the end of the twentieth century. *J. Clim.*, **21**, 5745–5763.

Yeh, S.-W., Y.-G. Ham, and J.-Y. Lee, 2012: Changes in the tropical Pacific SST Trend from CMIP3 to CMIP5 and its implication of ENSO. *J. Clim.*, **25**, 7764–7771.

Yeh, S.-W., B. P. Kirtman, J.-S. Kug, W. Park, and M. Latif, 2011: Natural variability of the central Pacific El Nino event on multi-centennial timescales. *Geophys. Res. Lett.*, **38**, L02704.

Yeh, S. W., and B. P. Kirtman, 2005: Pacific decadal variability and decadal ENSO amplitude modulation. *Geophys. Res. Lett.*, **32**, L05703.

Yeh, S. W., J. S. Kug, B. Dewitte, M. H. Kwon, B. P. Kirtman, and F. F. Jin, 2009: El Nino in a changing climate. *Nature*, **461**, 511–515.

Yeung, J. K., J. A. Smith, G. Villarini, A. A. N., M. L. Baeck, and W. F. Krajewski, 2011: Analyses of the warm season rainfall climatology of the northeastern US using regional climate model simulations and radar rainfall fields. *Adv. Water Resour.*, **34**, 184–204.

Yin, J. H., 2005: A consistent poleward shift of the storm tracks in simulations of 21st century climate. *Geophys. Res. Lett.*, **32**, 4.

Yin, L., R. Fu, E. Shevliakova, and R. Dickinson, 2012: How well can CMIP5 simulate precipitation and its controlling processes over tropical South America? *Clim. Dyn.*, doi:10.1007/s00382-012-1582–y.

Ying, M., T. R. Knutson, H. Kamahori, and T.-C. Lee, 2012: Impacts of climate change on tropical cyclones in the Western North Pacific Basin. Part II: Late twenty-first century projections. *Trop. Cyclone Res. Rev.*, **1**, 231–241.

Yokoi, S., and Y. Takayabu, 2009: Multi-model projection of global warming impact on tropical cyclone genesis frequency over the western north Pacific. *J. Meteorol. Soc. Jpn.*, **87**, 525–538.

Yosef, Y., H. Saaroni, and P. Alpert, 2009: Trends in daily rainfall intensity over Israel 1950/1–2003/4. *Open Atmos. Sci. J.*, **3**, 196–203.

Yu, B., and F. W. Zwiers, 2010: Changes in equatorial atmospheric zonal circulations in recent decades. *Geophys. Res. Lett.*, **37**, L05701.

Yu, R. C., B. Wang, and T. J. Zhou, 2004: Tropospheric cooling and summer monsoon weakening trend over East Asia. *Geophys. Res. Lett.*, **31**, L22212.

Zahn, M., and H. von Storch, 2010: Decreased frequency of North Atlantic polar lows associated with future climate warming. *Nature*, **467**, 309–312.

Zahn, M., and R. Allan, 2011: Changes in water vapor transports of the ascending branch of the tropical circulation. *J. Geophys. Res. Atmos.*, **116**, doi: 10.1029/2011JD016206.

Zanchettin, D., A. Rubino, and J. Jungclaus, 2010: Intermittent multidecadal-to-centennial fluctuations dominate global temperature evolution over the last millennium. *Geophys. Res. Lett.*, **37**, L14702.

BLM_0151821

Zappa, G., L. C. Shaffrey, and K. I. Hodges, 2013a: The ability of CMIP5 models to simulate North Atlantic extratropical cyclones. *J. Clim.*, doi:10.1175/jcli-d-12-00501.1.

Zappa, G., L. C. Shaffrey, K. I. Hodges, P. G. Sansom, and D. B. Stephenson, 2013b: A multi-model assessment of future projections of North Atlantic and European extratropical cyclones in the CMIP5 climate models. *J. Clim.*, doi:10.1175/jcli-d-12-00573.1.

Zebiak, S. E., 1993: Air–sea interaction in the equatorial Atlantic region. *J. Clim.*, **6**, 1567–1586.

Zhang, C., 2005: Madden-Julian Oscillation. *Rev. Geophys.*, **43**, RG2003.

Zhang, H., P. Liang, A. Moise, and L. Hanson, 2013a: The response of summer monsoon onset/retreat in Sumatra-Java and tropical Australia region to global warming in CMIP3 models. *Clim. Dyn.*, **40**, 377–399.

Zhang, J., U. S. Bhatt, W. V. Tangborn, and C. S. Lingle, 2007: Climate downscaling for estimating glacier mass balances in northwestern North America: Validation with a USGS benchmark glacier. *Geophys. Res. Lett.*, **34**, L21505.

Zhang, L., L. Wu, and L. Yu, 2011a: Oceanic origin of a recent La Nia-like trend in the tropical Pacific. *Adv. Atmos. Sci.*, **28**, 1109–1117.

Zhang, L. X., and T. J. Zhou, 2011: An assessment of monsoon precipitation changes during 1901–2001. *Clim. Dyn.*, **37**, 279–296.

Zhang, M. H., and H. Song, 2006: Evidence of deceleration of atmospheric vertical overturning circulation over the tropical Pacific. *Geophys. Res. Lett.*, **33**, L12701.

Zhang, Q., Y. Guan, and H. Yang, 2008: ENSO amplitude change in observation and coupled models. *Adv. Atmos. Sci.*, **25**, 361–366.

Zhang, R., and T. L. Delworth, 2006: Impact of Atlantic multidecadal oscillations on India/Sahel rainfall and Atlantic hurricanes. *Geophys. Res. Lett.*, **33**, L17712.

Zhang, R., and T. L. Delworth, 2009: A new method for attributing climate variations over the Atlantic Hurricane Basin's main development region. *Geophys. Res. Lett.*, **36**, L06701.

Zhang, R., et al., 2013b: Have aerosols caused the observed Atlantic multidecadal variability? *J. Atmos. Sci.*, **70**, 1135–1144.

Zhang, S., and B. Wang, 2008: Global summer monsoon rainy seasons. *Int. J. Climatol.*, **28**, 1563–1578.

Zhang, X., R. Brown, L. Vincent, W. Skinner, Y. Feng, and E. Mekis, 2011b: Canadian climate trends, 1950–2007. Canadian Biodiversity: Ecosystem Status and Trends 2012, Technical Thematic Report No. 5. Canadian Councils of Resource Ministers, Ottawa, iv + 21p.

Zhang, X., et al., 2005: Trends in Middle East climate extreme indices from 1950 to 2003. *J. Geophys. Res. Atmos.*, **110**, doi: 10.1029/2005JD006181.

Zhang, X. B., F. W. Zwiers, and P. A. Stott, 2006: Multimodel multisignal climate change detection at regional scale. *J. Clim.*, **19**, 4294–4307.

Zhao, M., and I. Held, 2012: TC-permitting GCM simulations of hurricane frequency response to sea surface temperature anomalies projected for the late twenty-first century. *J. Clim.*, **25**, 2995–3009.

Zhao, M., I. M. Held, S. J. Lin, and G. A. Vecchi, 2009: Simulations of global hurricane climatology, interannual variability, and response to global warming using a 50-km resolution GCM. *J. Clim.*, **22**, 6653–6678.

Zheng, X.-T., S.-P. Xie, and Q. Liu, 2011: Response of the Indian Ocean basin mode and its capacitor effect to global warming. *J. Clim.*, **24**, 6146–6164.

Zheng, X.-T., Y. Du, L. Liu, G. Huang, and Q. Liu, 2013: Indian Ocean Dipole response to global warming in the CMIP5 multi-model ensemble. *J. Clim.*, **26**, 6067–6080.

Zheng, X. T., S. P. Xie, G. A. Vecchi, Q. Y. Liu, and J. Hafner, 2010: Indian Ocean Dipole response to global warming: Analysis of ocean-atmospheric feedbacks in a coupled model. *J. Clim.*, **23**, 1240–1253.

Zhou, T., B. Wu, and B. Wang, 2009a: How well do atmospheric general circulation models capture the leading modes of the interannual variability of the Asian-Australian monsoon? *J. Clim.*, **22**, 1159–1173.

Zhou, T., R. Yu, H. Li, and B. Wang, 2008a: Ocean forcing to changes in global monsoon precipitation over the recent half-century. *J. Clim.*, **21**, 3833–3852.

Zhou, T. J., and R. C. Yu, 2005: Atmospheric water vapor transport associated with typical anomalous summer rainfall patterns in China. *J. Geophys. Res. Atmos.*, **110**, D08104.

Zhou, T. J., and L. W. Zou, 2010: Understanding the predictability of East Asian summer monsoon from the reproduction of land-sea thermal contrast change in AMIP-type simulation. *J. Clim.*, **23**, 6009–6026.

Zhou, T. J., L. X. Zhang, and H. M. Li, 2008b: Changes in global land monsoon area and total rainfall accumulation over the last half century. *Geophys. Res. Lett.*, **35**, L16707.

Zhou, T. J., D. Y. Gong, J. Li, and B. Li, 2009b: Detecting and understanding the multi-decadal variability of the East Asian Summer Monsoon—Recent progress and state of affairs. *Meteorol. Z.*, **18**, 455–467.

Zhou, T. J., et al., 2009c: The CLIVAR C20C project: Which components of the Asian-Australian monsoon circulation variations are forced and reproducible? *Clim. Dyn.*, **33**, 1051–1068.

Zhou, W., J. C. L. Chan, W. Chen, J. Ling, J. G. Pinto, and Y. Shao, 2009d: Synoptic-scale controls of persistent low temperature and icy weather over southern China in January 2008. *Mon. Weather Rev.*, **137**, 3978–3991.

Zhu, C., B. Wang, W. Qian, and B. Zhang, 2012: Recent weakening of northern East Asian summer monsoon: A possible response to global warming. *Geophys. Res. Lett.*, **39**, doi: 10.1029/2012GL051155.

Zhu, Y. L., and H. J. Wang, 2010: The Arctic and Antarctic Oscillations in the IPCC AR4 Coupled Models. *Acta Meteorol. Sin.*, **24**, 176–188.

BLM_0151822



# Annexes

BLM_0151823

BLM_0151824



**AI**

# Annex I: Atlas of Global and Regional Climate Projections

**Editorial Team:**
Geert Jan van Oldenborgh (Netherlands), Matthew Collins (UK), Julie Arblaster (Australia), Jens Hesselbjerg Christensen (Denmark), Jochem Marotzke (Germany), Scott B. Power (Australia), Markku Rummukainen (Sweden), Tianjun Zhou (China)

**Advisory Board:**
David Wratt (New Zealand), Francis Zwiers (Canada), Bruce Hewitson (South Africa)

**Review Editor Team:**
Pascale Delecluse (France), John Fyfe (Canada), Karl Taylor (USA)

**This annex should be cited as:**
IPCC, 2013: Annex I: Atlas of Global and Regional Climate Projections [van Oldenborgh, G.J., M. Collins, J. Arblaster, J.H. Christensen, J. Marotzke, S.B. Power, M. Rummukainen and T. Zhou (eds.)]. In: *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

BLM_0151825

# Table of Contents

AI

**Introduction and Scope** ........................................... 1313

**Technical Notes** ........................................ 1313

**References** ........................................... 1314

**Atlas** ........................................... 1317

Figures AI.4 to AI.7: World ........................................ 1318

Figures AI.8 to AI.11: Arctic........................................ 1322

Figures AI.12 to AI.15: High latitudes ........................................ 1326

Figures AI.16 to AI.19: North America (West) ........................... 1330

Figures AI.20 to AI.23: North America (East)................................ 1334

Figures AI.24 to AI.27: Central America and Caribbean .............. 1338

Figures AI.28 to AI.31: Northern South America ........................ 1342

Figures AI.32 to AI.35: Southern South America ........................ 1346

Figures AI.36 to AI.39: North and Central Europe...................... 1350

Figures AI.40 to AI.43: Mediterranean and Sahara .................... 1354

Figures AI.44 to AI.47: West and East Africa ............................... 1358

Figures AI.48 to AI.51: Southern Africa and West
Indian Ocean........................................ 1362

Figures AI.52 to AI.55: West and Central Asia............................ 1366

Figures AI.56 to AI.59: Eastern Asia and Tibetan Plateau............ 1370

Figures AI.60 to AI.63: South Asia................................ 1374

Figures AI.64 to AI.67: Southeast Asia ........................................ 1378

Figures AI.68 to AI.71: Australia and New Zealand.................... 1382

Figures AI.72 to AI.75: Pacific Islands region .............................. 1386

Figures AI.76 to AI.79: Antarctica ................................ 1390

**Supplementary Material**

*Supplementary Material is available in online versions of the report.*

BLM_0151826

## Introduction and Scope

This Annex presents a series of figures showing global and regional patterns of climate change computed from global climate model output gathered as part of the Coupled Model Intercomparison Project Phase 5 (CMIP5; Taylor et al., 2012). Maps of surface air temperature change and relative precipitation change (i.e., change expressed as a percentage of mean precipitation) in different seasons are presented for the globe and for a number of different sub-continental-scale regions. Twenty-year average changes for the near term (2016–2035), for the mid term (2046–2065) and for the long term (2081–2100) are given, relative to a reference period of 1986–2005. Time series for temperature and relative precipitation changes are shown for global land and sea averages, the 26 sub-continental SREX (IPCC Special Report on Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation) regions (IPCC, 2012) augmented with polar regions and the Caribbean, two Indian Ocean and three Pacific Ocean regions. In total this Annex gives projections for 35 regions, 2 variables and 2 seasons. The projections are made under the Representative Concentration Pathway (RCP) scenarios, which are introduced in Chapter 1 with more technical detail given in Section 12.3 (also note the discussion of near-term biases in Sections 11.3.5.1 and 11.3.6.1). Maps are shown only for the RCP4.5 scenario; however, the time series presented show how the area-average response varies among the RCP2.6, RCP4.5, RCP6.0 and RCP8.5 scenarios. Spatial maps for the other RCP scenarios and additional seasons are presented in the Annex I Supplementary Material. Figures AI.1 and AI.2 give a graphical explanation of aspects of both the time series plots and the spatial maps. While some of the background to the information presented is given here, discussion of the maps and time series, as well as important additional background, is provided in Chapters 9, 11, 12 and 14. Figure captions on each page of the Atlas reference the specific sub-sections in the report relevant to the regions considered on that page.

The projection of future climate change involves the careful evaluation of models, taking into account uncertainties in observations and consideration of the physical basis of the findings, in order to characterize the credibility of the projections and assess their sensitivity to uncertainties. As discussed in Chapter 9, different climate models have varying degrees of success in simulating past climate variability and mean state when compared to observations. Verification of regional trends is discussed in Box 11.2 and provides further information on the credibility of model projections. The information presented in this Annex is based entirely on all available CMIP5 model output with equal weight given to each model or version with different parameterizations.

Complementary methods for making quantitative projections, in which model output is combined with information about model performance using statistical techniques, exist and should be considered in impacts studies (see Sections 9.8.3, 11.3.1 and 12.2.2 to 12.2.3). Although results from the application of such methods can be assessed alongside the projections from CMIP5 presented here, it is beyond the scope of this Annex. Nor do the simple maps provided represent a robust estimate of the uncertainty associated with the projections. Here the range of model spread is provided as a simple, albeit imperfect, guide to the range of possible futures (including the effect of natural variability). Alternative approaches used to estimate projection uncertainty

are discussed in Sections 11.3.1 and 12.2.2 to 12.2.3. The reliability of past trends is assessed in Box 11.2, which concludes that the time series and maps cannot be interpreted literally as probability density functions. They should not be interpreted as 'forecasts'.

Projections of future climate change are conditional on assumptions of climate forcing, affected by shortcomings of climate models and inevitably also subject to internal variability when considering specific periods. Projected patterns of climate change may differ from one climate model generation to the next due to improvements in models. Some model-inadequacies are common to all models, but so are many patterns of change across successive generations of models, which gives some confidence in projections. The information presented is intended to be only a starting point for anyone interested in more detailed information on projections of future climate change and complements the assessment in Chapters 11, 12 and 14.

## Technical Notes

**Data and Processing:** The figures have been constructed using the CMIP5 model output available at the time of the AR5 cut-off for accepted papers (15 March 2013). This data set comprises 32/42/25/39 scenario experiments for RCP2.6/4.5/6.0/8.5 from 42 climate models (Table AI.1). Only concentration-driven experiments are used (i.e., those in which concentrations rather than emissions of greenhouse gases are prescribed) and only one ensemble member from each model is selected, even if multiple realizations exist with different initial conditions and different realizations of natural variability. Hence each model is given equal weight. Maps from only one scenario (RCP4.5) are shown but time series are included from all four RCPs. Maps from other RCPs are presented in the Annex I Supplementary Material.

**Reference Period:** Projections are expressed as anomalies with respect to the reference period of 1986–2005 for both time series and spatial maps (i.e., differences between the future period and the reference period). Thus the changes are relative to the climate change that has already occurred since the pre-industrial period and which is discussed in Chapters 2 and 10. For quantities where the trend is larger than the natural variability such as large-area temperature changes, a more recent reference period would give better estimates (see Section 11.3.6.1); for quantities where the natural variability is much larger than the trend a longer reference period would be preferable.

**Equal Model Weighting:** Model evaluation uses a multitude of techniques (see Chapter 9) and there is no consensus in the community about how to use this information to assign likelihood to different model projections. Consequently, the different CMIP5 models used for the projections in the Atlas are all considered to give equally likely projections in the sense of 'one model, one vote'. Models with variations in physical parameterization schemes are treated as distinct models.

**Variables:** Two variables have been plotted: surface air temperature change and relative precipitation change. The relative precipitation change is defined as the percentage change from the 1986–2005 reference period in each ensemble member. For the time series, the variables are first averaged over the domain and then the changes from the reference period are computed. This implies that in regions with

BLM_0151827

**AI**

large climatological precipitation gradients, the change is generally dominated by the areas with the most precipitation.

**Seasons:** For temperature, the standard meteorological seasons June to August and December to February are shown, as these often correspond roughly with the warmest and coldest seasons. The annual mean and remaining seasons, March to May and September to October can be found in the Annex I Supplementary Material. For precipitation, the half-years April to September and October to March are shown so that in most monsoon areas the local rain seasons are entirely contained within the seasonal range plotted. Because the seasonal average is computed first, followed by the percentile change, these numbers are dominated by the rainy months within the half-year. The annual means are included in the Supplementary Material.

**Regions:** In addition to the global maps, the areas defined in the SREX (IPCC, 2012) are plotted with the addition of six regions containing the Caribbean, Indian Ocean and Pacific Island States and land and sea areas of the two polar regions. For regions containing large land-areas, averages are computed only over land grid points only. For ocean regions, averages are computed over both land and ocean grid points (see figure captions). A grid box is considered land if the land fraction is larger than 50% and sea if it is smaller than this. SREX regions with long coastlines (west coast of South America, North Europe, Southeast Asia) therefore include some influence of the ocean. Note that temperature and precipitation over islands may be very different from those over the surrounding sea.

**Time Series:** For each of the resulting areas the areal mean is computed on the original model grid using land, sea or all points, depending on the definition of the region (see above). As an indication of the model uncertainty and natural variability, the time series of each model and scenario over the common period 1900–2100 are shown on the top of the page as anomalies relative to 1986–2005 (the seasons December to February and October to March are counted towards the second year in the interval). The multi-model ensemble means are also shown. Finally, for the period 2081–2100, the 20-year means are computed and the box-and-whisker plots show the 5th, 25th, 50th (median), 75th and 95th percentiles sampled over the distribution of the 20-year means of the model time series indicated in Table AI.1, including both natural variability and model spread. In the 20-year means the natural variability is suppressed relative to the annual values in the time series whereas the model uncertainty is the same. Note that owing to a smaller number of models, the box-and-whisker plots for the RCP2.6 scenario and especially the RCP6.0 scenario are less certain than those for RCP4.5 and RCP8.5.

**Spatial Maps:** The maps in the Atlas show, for an area encompassing two or three regions, the difference between the periods 2016–2035, 2046–2065 and 2081–2100 and the reference period 1986–2005. As local projections of climate change are uncertain, a measure of the range of model projections is shown in addition to the median response of the model ensemble interpolated to a common 2.5° grid (the interpolation was done bilinearly for surface air temperature and first order conservatively for precipitation). It should again be emphasized (see above) that this range does not represent the full uncertainty in the projection. On the left, the 25th percentile of the distribution

of ensemble members is shown, on the right the 75th percentile. The median is shown in the middle (different from similar plots in Chapters 11 and 12 and the time series which show the multi-model mean). The distribution combines the effects of natural variability and model spread. The colour scale is kept constant over all maps.

**Hatching:** Hatching indicates regions where the magnitude of the change of the 20-year mean is less than 1 standard deviation of model-estimated present-day natural variability of 20-year mean differences. The natural variability is estimated using all pre-industrial control runs which are at least 500 years long. The first 100 years of the pre-industrial are ignored. The natural variability is then calculated for every grid point as the standard deviation of non-overlapping 20-year means after a quadratic fit is subtracted at every grid point to eliminate model drift. This is multiplied by the square root of 2, a factor that arises as the comparison is between two distributions of numbers. The median across all models of that quantity is used. This characterizes the typical difference between two 20-year averages that would be expected due to unforced internal variability. The hatching is applied to all maps so, for example, if the 25th percentile of the distribution of model projections is less than 1 standard deviation of natural variability, it is hatched.

The hatching can be interpreted as some indication of the strength of the future anomalies from present-day climate, when compared to the strength of present day internal 20-year variability. It either means that the change is relatively small or that there is little agreement between models on the sign of the change. It is presented only as a guide to assessing the strength of change as the difference between two 20-year intervals. Using other measures of natural variability would give smaller or larger hatched areas, but the colours underneath the hatching would not be very different. Other methods of hatching and stippling are possible (see Box 12.1) and, in cases where such information is critical, it is recommended that thorough attention is paid to assessing significance using a statistical test appropriate to the problem being considered.

**Scenarios:** Spatial patterns of changes for scenarios other than RCP4.5 can be found in the Annex I Supplementary Material.

# References

IPCC, 2012: *Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation.* A Special Report of Working Groups I and II of the Intergovernmental Panel on Climate Change [C. B. Field, V. Baros, T. F. Stocker, D. Qin, D. J. Dokken, K. L. Ebi, M. D. Mastrandrea, K. J. Mach, G.-K. Plattner, S. K. Allen, M. Tignor and P. M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom, and New York, NY, USA, 582 pp.

Taylor, K. E., R. J. Stouffer, and G. A. Meehl, 2012: A summary of the CMIP5 experiment design. *Bull. Am. Meteorol. Soc.*, **93**, 485–498.

BLM_0151828

**Table AI.1 |** The CMIP5 models used in this Annex for each of the historical and RCP scenario experiments. A number in each column is the identifier of the single ensemble member from that model that is used. A blank indicates no run was used, usually because that scenario run was not available. For the pre-industrial control column (piControl), a 'tas' indicates that those control simulations are used in the estimate of internal variability of surface air temperature and a 'pr' indicates that those control simulations are used in the estimate of precipitation internal variability.

| CMIP5 Model Name | piControl | Historical | RCP2.6 | RCP4.5 | RCP6.0 | RCP8.5 |
|---|---|---|---|---|---|---|
| ACCESS1-0 | tas/pr | 1 | | 1 | | 1 |
| ACCESS1-3 | tas/pr | 1 | | 1 | | 1 |
| bcc-csm1-1 | tas/pr | 1 | 1 | 1 | 1 | 1 |
| bcc-csm1-1-m | | 1 | 1 | 1 | 1 | |
| BNU-ESM | tas/pr | 1 | 1 | 1 | | 1 |
| CanESM2 | tas/pr | 1 | 1 | 1 | | 1 |
| CCSM4 | tas/pr | 1 | 1 | 1 | 1 | 1 |
| CESM1-BGC | tas/pr | 1 | | 1 | | 1 |
| CESM1-CAM5 | | 1 | 1 | 1 | 1 | 1 |
| CMCC-CM | | 1 | | 1 | | 1 |
| CMCC-CMS | tas/pr | 1 | | 1 | | 1 |
| CNRM-CM5 | tas/pr | 1 | 1 | 1 | | 1 |
| CSIRO-Mk3-6-0 | tas/pr | 1 | 1 | 1 | 1 | 1 |
| EC-EARTH | | 8 | 8 | 8 | | 8 |
| FGOALS-g2 | tas/pr | 1 | 1 | 1 | | 1 |
| FIO-ESM | tas/pr | 1 | 1 | 1 | 1 | 1 |
| GFDL-CM3 | tas/pr | 1 | 1 | 1 | 1 | 1 |
| GFDL-ESM2G | tas/pr | 1 | 1 | 1 | 1 | 1 |
| GFDL-ESM2M | tas/pr | 1 | 1 | 1 | 1 | 1 |
| GISS-E2-H p1 | | 1 | 1 | 1 | 1 | 1 |
| GISS-E2-H p2 | tas/pr | 1 | 1 | 1 | 1 | 1 |
| GISS-E2-H p3 | tas/pr | 1 | 1 | 1 | 1 | 1 |
| GISS-E2-H-CC | | 1 | | 1 | | |
| GISS-E2-R p1 | | 1 | 1 | 1 | 1 | 1 |
| GISS-E2-R p2 | pr | 1 | 1 | 1 | 1 | 1 |
| GISS-E2-R p3 | pr | 1 | 1 | 1 | 1 | 1 |
| GISS-E2-R-CC | | 1 | | 1 | | |
| HadGEM2-AO | | 1 | 1 | 1 | 1 | 1 |
| HadGEM2-CC | | 1 | | 1 | | 1 |
| HadGEM2-ES | | 2 | 2 | 2 | 2 | 2 |
| inmcm4 | tas/pr | 1 | | 1 | | 1 |
| IPSL-CM5A-LR | tas/pr | 1 | 1 | 1 | 1 | 1 |
| IPSL-CM5A-MR | | 1 | 1 | 1 | | 1 |
| IPSL-CM5B-LR | | 1 | | 1 | | 1 |
| MIROC5 | tas/pr | 1 | 1 | 1 | 1 | 1 |
| MIROC-ESM | tas/pr | 1 | 1 | 1 | 1 | 1 |
| MIROC-ESM-CHEM | | 1 | 1 | 1 | 1 | 1 |
| MPI-ESM-LR | tas/pr | 1 | 1 | 1 | | 1 |
| MPI-ESM-MR | tas/pr | 1 | 1 | 1 | | 1 |
| MPI-ESM-P | tas/pr | 1 | | | | |
| MRI-CGCM3 | tas/pr | 1 | 1 | 1 | 1 | 1 |
| NorESM1-M | tas/pr | 1 | 1 | 1 | 1 | 1 |
| NorESM1-ME | | 1 | 1 | 1 | 1 | 1 |
| | | | | | | |
| Number of models | | 42 | 32 | 42 | 25 | 39 |

BLM_0151829

AI



**Figure AI.1** | Explanation of the features of a typical time series figure presented in Annex I.



**Figure AI.2** | Explanation of the features of a typical spatial map presented in Annex I. Hatching indicates regions where the magnitude of the 25th, median or 75th percentile of the 20-year mean change is less than 1 standard deviation of model-estimated natural variability of 20-year mean differences.

BLM_0151830

**Atlas of Global and Regional Climate Projections**                                    **Annex I**

## Atlas



AI

**Figure AI.3 |** Overview of the SREX, ocean and polar regions used.

Figures AI.4 to AI.7: World
Figures AI.8 to AI.11: Arctic
Figures AI.12 to AI.15: High latitudes
Figures AI.16 to AI.19: North America (West)
Figures AI.20 to AI.23: North America (East)
Figures AI.24 to AI.27: Central America and Caribbean
Figures AI.28 to AI.31: Northern South America
Figures AI.32 to AI.35: Southern South America
Figures AI.36 to AI.39: North and Central Europe
Figures AI.40 to AI.43: Mediterranean and Sahara

Figures AI.44 to AI.47: West and East Africa
Figures AI.48 to AI.51: Southern Africa and West Indian Ocean
Figures AI.52 to AI.55: West and Central Asia
Figures AI.56 to AI.59: Eastern Asia and Tibetan Plateau
Figures AI.60 to AI.63: South Asia
Figures AI.64 to AI.67: Southeast Asia
Figures AI.68 to AI.71: Australia and New Zealand
Figures AI.72 to AI.75: Pacific Islands region
Figures AI.76 to AI.79: Antarctica

BLM_0151831

AI

**Figure AI.4 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points over the globe in December to February. (Top right) Same for sea grid points. Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, 11.3.2.1.2, 11.3.3.1, Box 11.2, 12.4.3.1 and 12.4.7 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

1318



**Figure AI.5 |**  (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points over the globe in June to August. (Top right) Same for sea grid points. Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, 11.3.2.1.2, 11.3.3.1, Box 11.2, 12.4.3.1 and 12.4.7 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0151833

**AI**

**Figure AI.6 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points over the globe in October to March. (Top right) Same for sea grid points. Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.2.2, 11.3.2.3.1, Box 11.2, 12.4.5.2, 14.2 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0151834

**AI**



**Figure AI.7 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points over the globe in April to September. (Top right) Same for sea grid points. Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.2.2, 11.3.2.3.1, Box 11.2, 12.4.5.2, 14.2 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0151835

**AI**



**Figure AI.8 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in the Arctic (67.5°N to 90°N) in December to February. (Top right) Same for sea grid points. Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, 11.3.2.1.2, Box 11.2, 12.4.3.1, 14.8.2 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0151836

AI



**Figure AI.9 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in the Arctic (67.5°N to 90°N) in June to August. (Top right) Same for sea grid points. Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, 11.3.2.1.2, Box 11.2, 12.4.3.1, 14.8.2 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0151837

AI



**Figure AI.10 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in the Arctic (67.5°N to 90°N) in October to March. (Top right) Same for sea grid points. Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 11.3.2.3.1, Box 11.2, 12.4.5.2, 14.8.2 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0151838



**Figure AI.11 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in the Arctic (67.5°N to 90°N) in April to September. (Top right) Same for sea grid points. Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 11.3.2.3.1, Box 11.2, 12.4.5.2, 14.8.2 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0151839

**AI**



**Figure AI.12 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in Canada/Greenland/Iceland (50°N to 85°N, 105°W to 10°W) in December to February. (Top right) Same for land grid points in North Asia (50°N to 70°N, 40°E to 180°E). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, 11.3.2.1.2, Box 11.2, 14.8.2, 14.8.8 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0151840



**Figure AI.13 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in Canada/Greenland/Iceland (50°N to 85°N, 105°W to 10°W) in June to August. (Top right) Same for land grid points in North Asia (50°N to 70°N, 40°E to 180°E). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081−2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, 11.3.2.1.2, Box 11.2, 14.8.2, 14.8.8 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0151841

**Atlas of Global and Regional Climate Projections**



**Figure AI.14 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in Canada/Greenland/Iceland (50°N to 85°N, 105°W to 10°W) in October to March. (Top right) Same for land grid points in North Asia (50°N to 70°N, 40°E to 180°E). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.2.2, 11.3.2.3.1, Box 11.2, 12.4.5.2, 14.8.2, 14.8.8 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0151842

Atlas of Global and Regional Climate Projections                                                                  Annex I



**Figure AI.15 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in Canada/Greenland/Iceland (50°N to 85°N, 105°W to 10°W) in April to September. (Top right) Same for land grid points in North Asia (50°N to 70°N, 40°E to 180°E). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.2.2, 11.3.2.3.1, Box 11.2, 12.4.5.2, 14.8.2, 14.8.8 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0151843

AI



**Figure AI.16 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in Alaska/NW Canada (60°N to 72.6°N, 168°W to 105°W) in December to February. (Top right) Same for land grid points in West North America (28.6°N to 60°N, 130°W to 105°W). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, Box 11.2, 14.8.3 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0151844



**Figure AI.17 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in Alaska/NW Canada (60°N to 72.6°N, 168°W to 105°W) in June to August. (Top right) Same for land grid points in West North America (28.6°N to 60°N, 130°W to 105°W). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, Box 11.2, 14.8.3 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0151845

**Atlas of Global and Regional Climate Projections**



**Figure AI.18 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in Alaska/NW Canada (60°N to 72.6°N, 168°W to 105°W) in October to March. (Top right) Same for land grid points in West North America (28.6°N to 60°N, 130°W to 105°W). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, Box 11.2, 12.4.5.2, 14.2.3.1, 14.8.3 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0151846

AI



**Figure AI.19 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in Alaska/NW Canada (60°N to 72.6°N, 168°W to 105°W) in April to September. (Top right) Same for land grid points in West North America (28.6°N to 60°N, 130°W to 105°W). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, Box 11.2, 12.4.5.2, 14.2.3.1, 14.8.3 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0151847

**AI**



**Figure AI.20 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in Central North America (28.6°N to 50°N, 105°W to 85°W) in December to February. (Top right) Same for land grid points in Eastern North America (25°N to 50°N, 85°W to 60°W). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, Box 11.2, 14.8.3 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0151848



**Figure AI.21 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in Central North America (28.6°N to 50°N, 105°W to 85°W) in June to August. (Top right) Same for land grid points in Eastern North America (25°N to 50°N, 85°W to 60°W). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005

in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, Box 11.2, 14.8.3 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0151849

**AI**



**Figure AI.22 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in Central North America (28.6°N to 50°N, 105°W to 85°W) in October to March. (Top right) Same for land grid points in Eastern North America (25°N to 50°N, 85°W to 60°W). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, Box 11.2, 14.8.3 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0151850

**Atlas of Global and Regional Climate Projections**                                    **Annex I**



**Figure AI.23 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in Central North America (28.6°N to 50°N, 105°W to 85°W) in April to September. (Top right) Same for land grid points in Eastern North America (25°N to 50°N, 85°W to 60°W). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, Box 11.2, 14.8.3 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0151851

**Atlas of Global and Regional Climate Projections**

**AI**



**Figure AI.24 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in Central America (68.8°W, 11.4°N; 79.7°W, 1.2°S; 116.3°W, 28.6°N; 90.3°W, 28.6°N) in December to February. (Top right) Same for all grid points in Caribbean (land and sea) (68.8°W, 11.4°N; 85.8°W, 25°N, 60°W, 25°N, 60°W, 11.44°N). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, Box 11.2, 14.8.4 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0151852



**Figure AI.25 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in Central America (68.8°W, 11.4°N; 79.7°W, 1.2°S; 116.3°W, 28.6°N; 90.3°W, 28.6°N) in June to August. (Top right) Same for all grid points in Caribbean (land and sea) (68.8°W, 11.4°N; 85.8°W, 25°N, 60°W, 25°N, 60°W, 11.44°N). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, Box 11.2, 14.8.4 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0151853



**Figure AI.26 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in Central America (68.8°W,11.4°N; 79.7°W, 1.2°S; 116.3°W,28.6°N; 90.3°W,28.6°N) in October to March. (Top right) Same for all grid points in Caribbean (land and sea) (68.8°W, 11.4°N; 85.8°W, 25°N 60°W, 25°N, 60°W, 11.44°N). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th. 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, Box 11.2, 12.4.5.2, 14.2.3.1, 14.8.4 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0151854



**Figure AI.27 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in Central America (68.8°W, 11.4°N; 79.7°W, 1.2°S; 116.3°W, 28.6°N; 90.3°W, 28.6°N) in April to September. (Top right) Same for all grid points in Caribbean (land and sea) (68.8°W, 11.4°N; 85.8°W, 25°N, 60°W, 25°N, 60°W, 11.44°N). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, Box 11.2, 12.4.5.2, 14.2.3.1, 14.8.4 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0151855



**Figure AI.28 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in the Amazon (20°S, 66.4°W; 1.24°S, 79.7°W; 11.44°N, 68.8°W; 11.44°N, 50°W; 20°S, 50°W) in December-February. (Top right) Same for land grid points in northeast Brazil (20°S to EQ, 50°W to 34°W). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, Box 11.2, 14.8.5 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0151856



**Figure AI.29 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in the Amazon (20°S, 66.4°W; 1.24°S, 79.7°W; 11.44°N, 68.8°W; 11.44°N, 50°W; 20°S, 50°W) in June to August.. (Top right) Same for land grid points in northeast Brazil (20°S to EQ, 50°W to 34°W). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, Box 11.2, 14.8.5 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0151857

AI



**Figure AI.30 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in the Amazon (20°S, 66.4°W; 1.24°S, 79.7°W; 11.44°N, 68.8°W; 11.44°N, 50°W; 20°S, 50°W) in October to March. (Top right) Same for land grid points in northeast Brazil (20°S to EQ, 50°W to 34°W). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 11.3.2.1.2, Box 11.2, 14.2.3.2, 14.8.5 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0151858



**Figure AI.31 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in the Amazon (20°S, 66.4°W; 1.24°S, 79.7°W; 11.44°N, 68.8°W; 11.44°N, 50°W; 20°S, 50°W) in April to September. (Top right) Same for land grid points in northeast Brazil (20°S to EQ, 50°W to 34°W). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 11.3.2.1.2, Box 11.2, 14.2.3.2, 14.8.5 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0151859



**Figure AI.32 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in the west coast of South America (79.7°W, 1.2°S; 66.4°W, 20°S; 72.1°W, 50°S; 67.3°W, 56.7°S; 82.0°W, 56.7°S; 82.2°W, 0.5°N) in December to February. (Top right) Same for land grid points in southeastern South America (39.4°W, 20°S; 39.4°W, 56.6°S; 67.3°W, 56.7°S; 72.1°W, 50°S; 66°W, 20°S). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, Box 11.2, 14.8.5 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0151860



**Figure AI.33 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in the west coast of South America (79.7°W, 1.2°S; 66.4°W, 20°S; 72.1°W, 50°S; 67.3°W, 56.7°S; 82.0°W, 56.7°S; 82.2°W, 0.5°N) in June to August. (Top right) Same for land grid points in southeastern South America (39.4°W, 20°S; 39.4°W, 56.6°S; 67.3°W, 56.7°S; 72.1°W, 50°S; 66°W, 20°S). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, Box 11.2, 14.8.5 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0151861

**AI**

**Figure AI.34 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in the west coast of South America (79.7°W, 1.2°S; 66.4°W, 20°S; 72.1°W, 50°S; 67.3°W, 56.7°S; 82.0°W, 56.7°S; 82.2°W, 0.5°N) in October to March. (Top right) Same for land grid points in southeastern South America (39.4°W, 20°S; 39.4°W, 56.6°S; 67.3°W, 56.7°S; 72.1°W, 50°S; 66°W, 20°S). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, Box 11.2, 12.4.5.2, 14.8.5 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0151862

**Atlas of Global and Regional Climate Projections**                                                     **Annex I**



**AI**

**Figure AI.35 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in the west coast of South America (79.7°W, 1.2°S; 66.4°W, 20°S; 72.1°W, 50°S; 67.3°W, 56.7°S; 82.0°W, 56.7°S; 82.2°W, 0.5°N) in April to September. (Top right) Same for land grid points in southeastern South America (39.4°W, 20°S; 39.4°W, 56.6°S; 67.3°W, 56.7°S; 72.1°W, 50°S; 66°W, 20°S). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, Box 11.2, 12.4.5.2, 14.8.5 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0151863



**Figure AI.36 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in North Europe (10°W, 48°N; 10°W, 75°N; 40°E, 75°N; 40°E, 61.3°N) in December to February. (Top right) Same for land grid points in Central Europe (10°W, 45°N; 10°W, 48°N; 40°E, 61.3°N; 40°E, 45°N). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, 10.3, Box 11.2, 14.8.6 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0151864

AI



**Figure AI.37 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in North Europe (10°W, 48°N; 10°W, 75°N; 40°E, 75°N; 40°E, 61.3°N) in June to August. (Top right) Same for land grid points in Central Europe (10°W, 45°N; 10°W, 48°N; 40°E, 61.3°N; 40°E, 45°N). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, 10.3, Box 11.2, 14.8.6 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0151865

Atlas of Global and Regional Climate Projections

AI



**Figure AI.38 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in North Europe (10°W, 48°N; 10°W, 75°N; 40°E, 75°N; 40°E, 61.3°N) in October to March. (Top right) Same for land grid points in Central Europe (10°W, 45°N; 10°W, 48°N; 40°E, 61.3°N; 40°E, 45°N). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, Box 11.2, 12.4.5.2, 14.8.6 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0151866

**AI**



**Figure AI.39 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in North Europe (10°W, 48°N; 10°W, 75°N; 40°E, 75°N; 40°E, 61.3°N) in April to September. (Top right) Same for land grid points in Central Europe (10°W, 45°N; 10°W, 48°N; 40°E, 61.3°N; 40°E, 45°N). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, Box 11.2, 12.4.5.2, 14.8.6 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0151867

AI



**Figure AI.40 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in the region South Europe/Mediterranean (30°N to 45°N, 10°W to 40°E) in December to February. (Top right) Same for land grid points in the Sahara (15°N to 30°N, 20°W to 40°E). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, Box 11.2, 14.8.6, 14.8.7 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0151868



**Figure AI.41 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in the region South Europe/Mediterranean (30°N to 45°N, 10°W to 40°E) in June to August. (Top right) Same for land grid points in the Sahara (15°N to 30°N, 20°W to 40°E). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, Box 11.2, 14.8.6, 14.8.7 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0151869

**AI**



**Figure AI.42** | (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in the region South Europe/Mediterranean (30°N to 45°N, 10°W to 40°E) in October to March. (Top right) Same for land grid points in the Sahara (15°N to 30°N, 20°W to 40°E). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios. Note different scales.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, Box 11.2, 12.4.5.2, 14.8.6, 14.8.7 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0151870

**Atlas of Global and Regional Climate Projections**                                                                    **Annex I**



**AI**

**Figure AI.43 |** (Top left) Time series of relative change relative to 1986–2005 in precipitation averaged over land grid points in the region South Europe/Mediterranean (30°N to 45°N, 10°W to 40°E) in April to September. (Top right) Same for land grid points in the Sahara (15°N to 30°N, 20°W to 40°E). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios. Note different scales.

(Below) Maps of precipitation changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, Box 11.2, 12.4.5.2, 14.8.6, 14.8.7 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0151871

**AI**



**Figure AI.44 |** (Top left) Time series of temperature change relative to 1986–2005 averaged over land grid points in West Africa (11.4°S to 15°N, 20°W to 25°E) in December to February. (Top right) Same for land grid points in East Africa (11.3°S to 15°N, 25°E to 52°E). Thin lines denote one ensemble member per model, thick lines the CMIP5 multi-model mean. On the right-hand side the 5th, 25th, 50th (median), 75th and 95th percentiles of the distribution of 20-year mean changes are given for 2081–2100 in the four RCP scenarios.

(Below) Maps of temperature changes in 2016–2035, 2046–2065 and 2081–2100 with respect to 1986–2005 in the RCP4.5 scenario. For each point, the 25th, 50th and 75th percentiles of the distribution of the CMIP5 ensemble are shown; this includes both natural variability and inter-model spread. Hatching denotes areas where the 20-year mean differences of the percentiles are less than the standard deviation of model-estimated present-day natural variability of 20-year mean differences.

Sections 9.4.1.1, 9.6.1.1, 10.3.1.1.4, Box 11.2, 14.8.7 contain relevant information regarding the evaluation of models in this region, the model spread in the context of other methods of projecting changes and the role of modes of variability and other climate phenomena.

BLM_0151872