there could be some overlap between the two given current definitions (IPCC, 2012, p. 2). See also *Solar Radiation Management (SRM)*.

**CFC**   See *Halocarbons*.

**Chaotic**   A *dynamical system* such as the *climate system*, governed by nonlinear deterministic equations (see *Nonlinearity*), may exhibit erratic or chaotic behaviour in the sense that very small changes in the initial state of the system in time lead to large and apparently unpredictable changes in its temporal evolution. Such chaotic behaviour limits the *predictability* of the state of a nonlinear dynamical system at specific future times, although changes in its statistics may still be predictable given changes in the system parameters or boundary conditions.

**Charcoal**   Material resulting from charring of *biomass*, usually retaining some of the microscopic texture typical of plant tissues; chemically it consists mainly of carbon with a disturbed graphitic structure, with lesser amounts of oxygen and hydrogen.

**Chronology**   Arrangement of events according to dates or times of occurrence.

**Clathrate (methane)**   A partly frozen slushy mix of *methane* gas and ice, usually found in sediments.

**Clausius–Clapeyron equation/relationship**   The thermodynamic relationship between small changes in temperature and vapour pressure in an equilibrium system with condensed phases present. For trace gases such as water vapour, this relation gives the increase in equilibrium (or saturation) water vapour pressure per unit change in air temperature.

**Climate**   Climate in a narrow sense is usually defined as the average weather, or more rigorously, as the statistical description in terms of the mean and variability of relevant quantities over a period of time ranging from months to thousands or millions of years. The classical period for averaging these variables is 30 years, as defined by the World Meteorological Organization. The relevant quantities are most often surface variables such as temperature, precipitation and wind. Climate in a wider sense is the state, including a statistical description, of the *climate system*.

**Climate–carbon cycle feedback**   A *climate feedback* involving changes in the properties of land and ocean *carbon cycle* in response to *climate change*. In the ocean, changes in oceanic temperature and circulation could affect the *atmosphere*–ocean $CO_2$ flux; on the continents, climate change could affect plant *photosynthesis* and soil microbial *respiration* and hence the flux of $CO_2$ between the atmosphere and the land *biosphere*.

**Climate change**   Climate change refers to a change in the state of the *climate* that can be identified (e.g., by using statistical tests) by changes in the mean and/or the variability of its properties, and that persists for an extended period, typically decades or longer. Climate change may be due to natural internal processes or *external forcings* such as modulations of the *solar cycles*, volcanic eruptions and persistent *anthropogenic* changes in the composition of the *atmosphere* or in *land use*. Note that the *Framework Convention on Climate Change (UNFCCC)*, in its Article 1, defines climate change as: 'a change of climate which is attributed directly or indirectly to human activity that alters the composition of the global atmosphere and which is in addition to natural *climate variability* observed over comparable time periods'. The UNFCCC thus makes a distinction between climate change attributable to human activities altering the atmospheric composition, and climate variability attributable to natural causes. See also *Climate change commitment, Detection and Attribution*.

**Climate change commitment**   Due to the thermal inertia of the ocean and slow processes in the *cryosphere* and land surfaces, the *climate* would continue to change even if the atmospheric composition were held fixed at today's values. Past change in atmospheric composition leads to a *committed climate change*, which continues for as long as a radiative imbalance persists and until all components of the *climate system* have adjusted to a new state. The further change in temperature after the composition of the *atmosphere* is held constant is referred to as the *constant composition temperature commitment* or simply *committed warming* or *warming commitment*. Climate change commitment includes other future changes, for example, in the *hydrological cycle*, in *extreme weather events*, in *extreme climate events*, and in *sea level change*. The *constant emission commitment* is the committed climate change that would result from keeping *anthropogenic* emissions constant and the *zero emission commitment* is the climate change commitment when emissions are set to zero. See also *Climate change*.

**Climate feedback**   An interaction in which a perturbation in one climate quantity causes a change in a second, and the change in the second quantity ultimately leads to an additional change in the first. A negative *feedback* is one in which the initial perturbation is weakened by the changes it causes; a positive feedback is one in which the initial perturbation is enhanced. In this Assessment Report, a somewhat narrower definition is often used in which the climate quantity that is perturbed is the *global mean surface temperature*, which in turn causes changes in the global radiation budget. In either case, the initial perturbation can either be externally forced or arise as part of *internal variability*. See also *Climate Feedback Parameter*.

**Climate Feedback Parameter**   A way to quantify the radiative response of the *climate system* to a *global mean surface temperature* change induced by a *radiative forcing*. It varies as the inverse of the *effective climate sensitivity*. Formally, the Climate Feedback Parameter ($\alpha$; units: W m$^{-2}$ °C$^{-1}$) is defined as: $\alpha = (\Delta Q - \Delta F)/\Delta T$, where $Q$ is the global mean radiative forcing, $T$ is the global mean air surface temperature, $F$ is the heat flux into the ocean and $\Delta$ represents a change with respect to an unperturbed *climate*.

**Climate forecast**   See *Climate prediction*.

**Climate index**   A time series constructed from climate variables that provides an aggregate summary of the state of the *climate system*. For example, the difference between sea level pressure in Iceland and the Azores provides a simple yet useful historical *NAO* index. Because of their optimal properties, climate indices are often defined using *principal components*—linear combinations of climate variables at different locations that have maximum variance subject to certain normalisation constraints (e.g., the *NAM* and *SAM* indices which are principal components of Northern Hemisphere and Southern Hemisphere gridded pressure anomalies, respectively). See Box 2.5 for a summary of definitions for established observational indices. See also *Climate pattern*.

**Climate model (spectrum or hierarchy)**   A numerical representation of the *climate system* based on the physical, chemical and biological properties of its components, their interactions and *feedback* processes, and accounting for some of its known properties. The climate system can be represented by models of varying complexity, that is, for any one component or combination of components a *spectrum* or *hierarchy* of models can be identified, differing in such aspects as the number of spatial dimensions, the extent to which physical, chemical or biological processes are explicitly represented or the level at which empirical *parametrizations* are involved. Coupled *Atmosphere–Ocean General Circulation Models (AOGCMs)* provide a representation of the climate system that is near or at the most comprehensive end of the spectrum currently available. There is an evolution towards more complex models with interactive chemistry and biology. Climate models are applied as a research tool to study and simulate the *climate*, and for operational purposes, including monthly, seasonal and interannual *climate predictions*. See also *Earth System Model, Earth-System Model of Intermediate Complexity, Energy Balance Model, Process-based Model, Regional Climate Model* and *Semi-empirical model*.

BLM_0151964

**Climate pattern**   A set of spatially varying coefficients obtained by "projection" (regression) of climate variables onto a *climate index* time series. When the climate index is a principal component, the climate pattern is an eigenvector of the covariance matrix, referred to as an *Empirical Orthogonal Function (EOF)* in climate science.

**Climate prediction**   A climate prediction or *climate forecast* is the result of an attempt to produce (starting from a particular state of the *climate system*) an estimate of the actual evolution of the *climate* in the future, for example, at seasonal, interannual or decadal time scales. Because the future evolution of the climate system may be highly sensitive to initial conditions, such predictions are usually probabilistic in nature. See also *Climate projection*, *Climate scenario*, *Model initialization* and *Predictability*.

**Climate projection**   A climate *projection* is the simulated response of the *climate system* to a *scenario* of future emission or concentration of *greenhouse gases* and *aerosols*, generally derived using *climate models*. Climate projections are distinguished from *climate predictions* by their dependence on the emission/concentration/*radiative forcing* scenario used, which is in turn based on assumptions concerning, for example, future socioeconomic and technological developments that may or may not be realized. See also *Climate scenario*.

**Climate regime**   A state of the *climate system* that occurs more frequently than nearby states due to either more persistence or more frequent recurrence. In other words, a cluster in climate state space associated with a local maximum in the *probability density function*.

**Climate response**   See *Climate sensitivity*.

**Climate scenario**   A plausible and often simplified representation of the future *climate*, based on an internally consistent set of climatological relationships that has been constructed for explicit use in investigating the potential consequences of *anthropogenic climate change*, often serving as input to impact models. *Climate projections* often serve as the raw material for constructing climate scenarios, but climate scenarios usually require additional information such as the observed current climate. A *climate change scenario* is the difference between a climate scenario and the current climate. See also *Emission scenario*, *scenario*.

**Climate sensitivity**   In IPCC reports, *equilibrium climate sensitivity* (units: °C) refers to the equilibrium (steady state) change in the annual *global mean surface temperature* following a doubling of the atmospheric *equivalent carbon dioxide concentration*. Owing to computational constraints, the equilibrium climate sensitivity in a *climate model* is sometimes estimated by running an atmospheric general circulation model coupled to a mixed-layer ocean model, because equilibrium climate sensitivity is largely determined by atmospheric processes. Efficient models can be run to equilibrium with a dynamic ocean. The *climate sensitivity parameter* (units: °C (W m$^{-2}$)$^{-1}$) refers to the equilibrium change in the annual global mean surface temperature following a unit change in *radiative forcing*.

The *effective climate sensitivity* (units: °C) is an estimate of the global mean surface temperature response to doubled *carbon dioxide* concentration that is evaluated from model output or observations for evolving non-equilibrium conditions. It is a measure of the strengths of the *climate feedbacks* at a particular time and may vary with forcing history and *climate* state, and therefore may differ from equilibrium climate sensitivity.

The *transient climate response* (units: °C) is the change in the global mean surface temperature, averaged over a 20-year period, centred at the time of atmospheric carbon dioxide doubling, in a climate model simulation in which $CO_2$ increases at 1% yr$^{-1}$. It is a measure of the strength and rapidity of the surface temperature response to *greenhouse gas* forcing.

**Climate sensitivity parameter**   See *climate sensitivity*.

**Climate system**   The climate system is the highly complex system consisting of five major components: the *atmosphere*, the *hydrosphere*, the *cryosphere*, the *lithosphere* and the *biosphere*, and the interactions between them. The climate system evolves in time under the influence of its own internal dynamics and because of *external forcings* such as volcanic eruptions, solar variations and *anthropogenic* forcings such as the changing composition of the atmosphere and *land use change*.

**Climate variability**   Climate variability refers to variations in the mean state and other statistics (such as standard deviations, the occurrence of extremes, etc.) of the *climate* on all *spatial and temporal scales* beyond that of individual weather events. Variability may be due to natural internal processes within the *climate system* (*internal variability*), or to variations in natural or *anthropogenic external forcing* (*external variability*). See also *Climate change*.

**Cloud condensation nuclei (CCN)**   The subset of *aerosol* particles that serve as an initial site for the condensation of liquid water, which can lead to the formation of cloud droplets, under typical cloud formation conditions. The main factor that determines which aerosol particles are CCN at a given supersaturation is their size.

**Cloud feedback**   A *climate feedback* involving changes in any of the properties of clouds as a response to a change in the local or *global mean surface temperature*. Understanding cloud feedbacks and determining their magnitude and sign require an understanding of how a change in *climate* may affect the spectrum of cloud types, the cloud fraction and height, the radiative properties of clouds, and finally the Earth's radiation budget. At present, cloud feedbacks remain the largest source of *uncertainty* in *climate sensitivity* estimates. See also *Cloud radiative effect*.

**Cloud radiative effect**   The *radiative effect* of clouds relative to the identical situation without clouds. In previous IPCC reports this was called *cloud radiative forcing*, but that terminology is inconsistent with other uses of the forcing term and is not maintained in this report. See also *Cloud feedback*.

**CO$_2$-equivalent**   See *Equivalent carbon dioxide*.

**Cold days/cold nights**   Days where maximum temperature, or nights where minimum temperature, falls below the 10th *percentile*, where the respective temperature distributions are generally defined with respect to the 1961–1990 *reference* period. For the corresponding indices, see Box 2.4.

**Compatible emissions**   *Earth System Models* that simulate the land and ocean *carbon cycle* can calculate $CO_2$ emissions that are compatible with a given atmospheric $CO_2$ concentration trajectory. The compatible emissions over a given period of time are equal to the increase of carbon over that same period of time in the sum of the three active *reservoirs*: the *atmosphere*, the land and the ocean.

**Confidence**   The validity of a finding based on the type, amount, quality, and consistency of evidence (e.g., mechanistic understanding, theory, data, models, expert judgment) and on the degree of agreement. Confidence is expressed qualitatively (Mastrandrea et al., 2010). See Figure 1.11 for the levels of confidence and Table 1.1 for the list of *likelihood* qualifiers. See also *Uncertainty*.

**Convection**   Vertical motion driven by buoyancy forces arising from static instability, usually caused by near-surface cooling or increases in salinity in the case of the ocean and near-surface warming or cloud-top radiative cooling in the case of the *atmosphere*. In the atmosphere convection gives rise to cumulus clouds and precipitation and is effective at both scavenging and vertically transporting chemical species. In the ocean convection can carry surface waters to deep within the ocean.

1451

BLM_0151965

**Cosmogenic radioisotopes**   Rare radioactive *isotopes* that are created by the interaction of a high-energy cosmic ray particles with atoms nuclei. They are often used as indicator of *solar activity* which modulates the cosmic rays intensity or as tracers of atmospheric transport processes, and are also called *cosmogenic radionuclides*.

**Cryosphere**   All regions on and beneath the surface of the Earth and ocean where water is in solid form, including *sea ice*, lake ice, river ice, snow cover, *glaciers* and *ice sheets*, and *frozen ground* (which includes *permafrost*).

**Dansgaard–Oeschger events**   Abrupt events characterized in Greenland *ice cores* and in *palaeoclimate* records from the nearby North Atlantic by a cold glacial state, followed by a rapid transition to a warmer phase, and a slow cooling back to glacial conditions. Counterparts of Dansgaard–Oeschger events are observed in other regions as well.

**Deforestation**   Conversion of *forest* to non-forest. For a discussion of the term *forest* and related terms such as *afforestation*, *reforestation*, and *deforestation* see the IPCC Special Report on Land Use, Land-Use Change and Forestry (IPCC, 2000). See also the report on Definitions and Methodological Options to Inventory Emissions from Direct Human-induced Degradation of Forests and Devegetation of Other Vegetation Types (IPCC, 2003).

**Deglaciation/glacial termination**   Transitions from full glacial conditions (*ice age*) to warm *interglacials* characterized by global warming and sea level rise due to change in continental ice volume.

**Detection and attribution**   *Detection of change* is defined as the process of demonstrating that *climate* or a system affected by climate has changed in some defined statistical sense, without providing a reason for that change. An identified change is detected in observations if its *likelihood* of occurrence by chance due to *internal variability* alone is determined to be small, for example, <10%. *Attribution* is defined as the process of evaluating the relative contributions of multiple causal factors to a change or event with an assignment of statistical confidence (Hegerl et al., 2010).

**Diatoms**   Silt-sized algae that live in surface waters of lakes, rivers and oceans and form shells of opal. Their species distribution in ocean cores is often related to past *sea surface temperatures*.

**Direct (aerosol) effect**   See *Aerosol–radiation interaction*.

**Direct Air Capture**   Chemical process by which a pure $CO_2$ stream is produced by capturing $CO_2$ from the ambient air.

**Diurnal temperature range**   The difference between the maximum and minimum temperature during a 24-hour period.

**Dobson Unit (DU)**   A unit to measure the total amount of *ozone* in a vertical column above the Earth's surface (*total column ozone*). The number of Dobson Units is the thickness in units of $10^{-5}$ m that the ozone column would occupy if compressed into a layer of uniform density at a pressure of 1013 hPa and a temperature of 0°C. One DU corresponds to a column of ozone containing $2.69 \times 10^{20}$ molecules per square metre. A typical value for the amount of ozone in a column of the Earth's *atmosphere*, although very variable, is 300 DU.

**Downscaling**   Downscaling is a method that derives local- to regional-scale (10 to 100 km) information from larger-scale models or data analyses. Two main methods exist: *dynamical downscaling* and *empirical/statistical downscaling*. The dynamical method uses the output of *regional climate models*, global models with variable spatial *resolution* or high-resolution global models. The empirical/statistical methods develop statistical relationships that link the large-scale atmospheric variables with local/regional climate variables. In all cases, the quality of the driving model remains an important limitation on the quality of the downscaled information.

**Drought**   A period of abnormally dry weather long enough to cause a serious hydrological imbalance. Drought is a relative term; therefore any discussion in terms of precipitation deficit must refer to the particular precipitation-related activity that is under discussion. For example, shortage of precipitation during the growing season impinges on crop production or *ecosystem* function in general (due to *soil moisture* drought, also termed *agricultural drought*), and during the *runoff* and percolation season primarily affects water supplies (*hydrological drought*). Storage changes in soil moisture and groundwater are also affected by increases in actual *evapotranspiration* in addition to reductions in precipitation. A period with an abnormal precipitation deficit is defined as a *meteorological drought*. A *megadrought* is a very lengthy and pervasive drought, lasting much longer than normal, usually a decade or more. For the corresponding indices, see Box 2.4.

**Dynamical system**   A process or set of processes whose evolution in time is governed by a set of deterministic physical laws. The *climate system* is a dynamical system. See also *Abrupt climate change*, *Chaotic*, *Nonlinearity* and *Predictability*.

**Earth System Model (ESM)**   A coupled *atmosphere–ocean general circulation model* in which a representation of the *carbon cycle* is included, allowing for interactive calculation of atmospheric $CO_2$ or *compatible emissions*. Additional components (e.g., atmospheric chemistry, *ice sheets*, dynamic vegetation, nitrogen cycle, but also urban or crop models) may be included. See also *Climate model*.

**Earth System Model of Intermediate Complexity (EMIC)**   A *climate model* attempting to include all the most important earth system processes as in ESMs but at a lower *resolution* or in a simpler, more idealized fashion.

**Earth System sensitivity**   The equilibrium temperature response of the coupled *atmosphere*–ocean–*cryosphere*–vegetation–*carbon cycle* system to a doubling of the atmospheric $CO_2$ concentration is referred to as Earth System sensitivity. Because it allows slow components (e.g., *ice sheets*, vegetation) of the *climate system* to adjust to the external perturbation, it may differ substantially from the *climate sensitivity* derived from coupled atmosphere–ocean models.

**Ecosystem**   An ecosystem is a functional unit consisting of living organisms, their non-living environment, and the interactions within and between them. The components included in a given ecosystem and its spatial boundaries depend on the purpose for which the ecosystem is defined: in some cases they are relatively sharp, in others they are diffuse. Ecosystem boundaries can change over time. Ecosystems are nested within other ecosystems, and their scale can range from very small to the entire *biosphere*. In the current era, most ecosystems either contain people as key organisms, or are influenced by the effects of human activities in their environment.

**Effective climate sensitivity**   See *Climate sensitivity*.

**Effective radiative forcing**   See *Radiative forcing*.

**Efficacy**   A measure of how effective a *radiative forcing* from a given *anthropogenic* or natural mechanism is at changing the equilibrium *global mean surface temperature* compared to an equivalent radiative forcing from *carbon dioxide*. A carbon dioxide increase by definition has an efficacy of 1.0. Variations in climate efficacy may result from *rapid adjustments* to the applied forcing, which differ with different forcings.

**Ekman pumping**   Frictional stress at the surface between two fluids (*atmosphere* and ocean) or between a fluid and the adjacent solid surface (the Earth's surface) forces a circulation. When the resulting mass

BLM_0151966

transport is converging, mass conservation requires a vertical flow away from the surface. This is called Ekman pumping. The opposite effect, in case of divergence, is called *Ekman suction*. The effect is important in both the atmosphere and the ocean.

**Ekman transport**   The total transport resulting from a balance between the Coriolis force and the frictional stress due to the action of the wind on the ocean surface. See also *Ekman pumping.*

**Electromagnetic spectrum**   Wavelength or energy range of all electromagnetic radiation. In terms of *solar radiation*, the *spectral irradiance* is the power arriving at the Earth per unit area, per unit wavelength.

**El Niño-Southern Oscillation (ENSO)**   The term *El Niño* was initially used to describe a warm-water current that periodically flows along the coast of Ecuador and Peru, disrupting the local fishery. It has since become identified with a basin-wide warming of the tropical Pacific Ocean east of the dateline. This oceanic event is associated with a fluctuation of a global-scale tropical and subtropical surface pressure pattern called the *Southern Oscillation*. This coupled *atmosphere*–ocean phenomenon, with preferred time scales of two to about seven years, is known as the El Niño-Southern Oscillation (ENSO). It is often measured by the surface pressure anomaly difference between Tahiti and Darwin or the *sea surface temperatures* in the central and eastern equatorial Pacific. During an ENSO event, the prevailing trade winds weaken, reducing upwelling and altering ocean currents such that the sea surface temperatures warm, further weakening the trade winds. This event has a great impact on the wind, sea surface temperature and precipitation patterns in the tropical Pacific. It has climatic effects throughout the Pacific *region* and in many other parts of the world, through global *teleconnections*. The cold phase of ENSO is called *La Niña*. For the corresponding indices, see Box 2.5.

**Emission scenario**   A plausible representation of the future development of emissions of substances that are potentially radiatively active (e.g., *greenhouse gases*, *aerosols*) based on a coherent and internally consistent set of assumptions about driving forces (such as demographic and socioeconomic development, technological change) and their key relationships. *Concentration scenarios*, derived from emission scenarios, are used as input to a *climate model* to compute *climate projections*. In IPCC (1992) a set of emission scenarios was presented which were used as a basis for the climate projections in IPCC (1996). These emission scenarios are referred to as the IS92 scenarios. In the IPCC Special Report on Emission Scenarios (Nakićenović and Swart, 2000) emission scenarios, the so-called *SRES scenarios*, were published, some of which were used, among others, as a basis for the climate projections presented in Chapters 9 to 11 of IPCC (2001) and Chapters 10 and 11 of IPCC (2007). New emission scenarios for *climate change*, the four *Representative Concentration Pathways*, were developed for, but independently of, the present IPCC assessment. See also *Climate scenario* and *Scenario*.

**Energy balance**   The difference between the total incoming and total outgoing energy. If this balance is positive, warming occurs; if it is negative, cooling occurs. Averaged over the globe and over long time periods, this balance must be zero. Because the *climate system* derives virtually all its energy from the Sun, zero balance implies that, globally, the absorbed *solar radiation*, that is, *incoming solar radiation* minus reflected solar radiation at the top of the *atmosphere* and *outgoing longwave radiation* emitted by the climate system are equal. See also *Energy budget.*

**Energy Balance Model (EBM)**   An energy balance model is a simplified model that analyses the *energy budget* of the Earth to compute changes in the *climate*. In its simplest form, there is no explicit spatial dimension and the model then provides an estimate of the changes in globally averaged temperature computed from the changes in radiation. This zero-dimensional energy balance model can be extended to a one-dimensional or two-dimensional model if changes to the energy budget with respect to latitude, or both latitude and longitude, are explicitly considered. See also *Climate model.*

**Energy budget (of the Earth)**   The Earth is a physical system with an energy budget that includes all gains of incoming energy and all losses of outgoing energy. The Earth's energy budget is determined by measuring how much energy comes into the Earth system from the Sun, how much energy is lost to space, and accounting for the remainder on Earth and its *atmosphere*. *Solar radiation* is the dominant source of energy into the Earth system. Incoming solar energy may be scattered and reflected by clouds and *aerosols* or absorbed in the atmosphere. The transmitted radiation is then either absorbed or reflected at the Earth's surface. The average *albedo* of the Earth is about 0.3, which means that 30% of the incident solar energy is reflected into space, while 70% is absorbed by the Earth. Radiant solar or shortwave energy is transformed into sensible heat, latent energy (involving different water states), potential energy, and kinetic energy before being emitted as *infrared radiation*. With the average *surface temperature* of the Earth of about 15°C (288 K), the main outgoing energy flux is in the infrared part of the spectrum. See also *Energy balance*, *Latent heat flux*, *Sensible heat flux*.

**Ensemble**   A collection of model simulations characterizing a *climate prediction* or *projection*. Differences in initial conditions and model formulation result in different evolutions of the modelled system and may give information on *uncertainty* associated with model error and error in initial conditions in the case of *climate forecasts* and on uncertainty associated with model error and with internally generated *climate variability* in the case of climate projections.

**Equilibrium and transient climate experiment**   An *equilibrium climate experiment* is a *climate model* experiment in which the model is allowed to fully adjust to a change in *radiative forcing*. Such experiments provide information on the difference between the initial and final states of the model, but not on the time-dependent response. If the forcing is allowed to evolve gradually according to a prescribed *emission scenario*, the time-dependent response of a climate model may be analysed. Such an experiment is called a *transient climate experiment*. See also *Climate projection*.

**Equilibrium climate sensitivity**   See *Climate sensitivity.*

**Equilibrium line**   The spatially averaged boundary at a given moment, usually chosen as the seasonal *mass budget* minimum at the end of summer, between the region on a *glacier* where there is a net annual loss of ice mass (*ablation* area) and that where there is a net annual gain (*accumulation* area). The altitude of this boundary is referred to as equilibrium line altitude (ELA).

**Equivalent carbon dioxide (CO$_2$) concentration**   The concentration of *carbon dioxide* that would cause the same *radiative forcing* as a given mixture of carbon dioxide and other forcing components. Those values may consider only *greenhouse gases*, or a combination of greenhouse gases and *aerosols*. Equivalent carbon dioxide concentration is a *metric* for comparing radiative forcing of a mix of different greenhouse gases at a particular time but does not imply equivalence of the corresponding *climate change* responses nor future forcing. There is generally no connection between *equivalent carbon dioxide emissions* and resulting equivalent carbon dioxide concentrations.

**Equivalent carbon dioxide (CO$_2$) emission**   The amount of *carbon dioxide* emission that would cause the same integrated *radiative forcing*, over a given time horizon, as an emitted amount of a *greenhouse gas* or a mixture of greenhouse gases. The equivalent carbon dioxide emission is obtained by multiplying the emission of a greenhouse gas by its *Global Warming Potential* for the given time horizon. For a mix of greenhouse

1453

BLM_0151967

gases it is obtained by summing the equivalent carbon dioxide emissions of each gas. Equivalent carbon dioxide emission is a common scale for comparing emissions of different greenhouse gases but does not imply equivalence of the corresponding *climate change* responses. See also *Equivalent carbon dioxide concentration*.

**Evapotranspiration**   The combined process of evaporation from the Earth's surface and transpiration from vegetation.

**Extended Concentration Pathways**   See *Representative Concentration Pathways*.

**External forcing**   External forcing refers to a forcing agent outside the *climate system* causing a change in the climate system. Volcanic eruptions, solar variations and *anthropogenic* changes in the composition of the *atmosphere* and *land use change* are external forcings. Orbital forcing is also an external forcing as the *insolation* changes with orbital parameters eccentricity, tilt and precession of the equinox.

**Extratropical cyclone**   A large-scale (of order 1000 km) storm in the middle or high latitudes having low central pressure and fronts with strong horizontal gradients in temperature and humidity. A major cause of extreme wind speeds and heavy precipitation especially in wintertime.

**Extreme climate event**   See *Extreme weather event*.

**Extreme sea level**   See *Storm surge*.

**Extreme weather event**   An extreme weather event is an event that is rare at a particular place and time of year. Definitions of *rare* vary, but an extreme weather event would normally be as rare as or rarer than the 10th or 90th *percentile* of a *probability density function* estimated from observations. By definition, the characteristics of what is called *extreme weather* may vary from place to place in an absolute sense. When a pattern of extreme weather persists for some time, such as a season, it may be classed as an *extreme climate event*, especially if it yields an average or total that is itself extreme (e.g., *drought* or heavy rainfall over a season).

**Faculae**   Bright patches on the Sun. The area covered by faculae is greater during periods of high *solar activity*.

**Feedback**   See *Climate feedback*.

**Fingerprint**   The *climate* response pattern in space and/or time to a specific forcing is commonly referred to as a fingerprint. The spatial patterns of sea level response to melting of *glaciers* or *ice sheets* (or other changes in surface loading) are also referred to as fingerprints. Fingerprints are used to detect the presence of this response in observations and are typically estimated using forced *climate model* simulations.

**Flux adjustment**   To avoid the problem of coupled *Atmosphere–Ocean General Circulation Models (AOGCMs)* drifting into some unrealistic *climate* state, adjustment terms can be applied to the atmosphere-ocean fluxes of heat and moisture (and sometimes the surface stresses resulting from the effect of the wind on the ocean surface) before these fluxes are imposed on the model ocean and atmosphere. Because these adjustments are pre-computed and therefore independent of the coupled model integration, they are uncorrelated with the anomalies that develop during the integration.

**Forest**   A vegetation type dominated by trees. Many definitions of the term *forest* are in use throughout the world, reflecting wide differences in biogeophysical conditions, social structure and economics. For a discussion of the term *forest* and related terms such as *afforestation*, *reforestation* and *deforestation* see the IPCC Report on Land Use, Land-Use Change and Forestry (IPCC, 2000). See also the Report on Definitions and Methodological Options to Inventory Emissions from Direct Human-induced Degradation of Forests and Devegetation of Other Vegetation Types (IPCC, 2003).

**Fossil fuel emissions**   Emissions of *greenhouse gases* (in particular *carbon dioxide*), other trace gases and *aerosols* resulting from the combustion of fuels from fossil carbon deposits such as oil, gas and coal.

**Framework Convention on Climate Change**   See *United Nations Framework Convention on Climate Change (UNFCCC)*.

**Free atmosphere**   The atmospheric layer that is negligibly affected by friction against the Earth's surface, and which is above the *atmospheric boundary layer*.

**Frozen ground**   Soil or rock in which part or all of the *pore water* is frozen. Frozen ground includes *permafrost*. Ground that freezes and thaws annually is called *seasonally frozen ground*.

**General circulation**   The large-scale motions of the *atmosphere* and the ocean as a consequence of differential heating on a rotating Earth. General circulation contributes to the *energy balance* of the system through transport of heat and momentum.

**General Circulation Model (GCM)**   See *Climate model*.

**Geoengineering**   Geoengineering refers to a broad set of methods and technologies that aim to deliberately alter the *climate system* in order to alleviate the impacts of *climate change*. Most, but not all, methods seek to either (1) reduce the amount of absorbed solar energy in the climate system (*Solar Radiation Management*) or (2) increase net carbon sinks from the *atmosphere* at a scale sufficiently large to alter *climate* (*Carbon Dioxide Removal*). Scale and intent are of central importance. Two key characteristics of geoengineering methods of particular concern are that they use or affect the climate system (e.g., atmosphere, land or ocean) globally or regionally and/or could have substantive unintended effects that cross national boundaries. Geoengineering is different from weather modification and ecological engineering, but the boundary can be fuzzy (IPCC, 2012, p. 2).

**Geoid**   The equipotential surface having the same geopotential at each latitude and longitude around the world (geodesists denoting this potential W0) that best approximates the *mean sea level*. It is the surface of reference for measurement of altitude. In practice, several variations of definitions of the geoid exist depending on the way the permanent tide (the zero-frequency gravitational tide due to the Sun and Moon) is considered in geodetic studies.

**Geostrophic winds or currents**   A wind or current that is in balance with the horizontal pressure gradient and the Coriolis force, and thus is outside the influence of friction. Thus, the wind or current is directly parallel to isobars and its speed is proportional to the horizontal pressure gradient.

**Glacial–interglacial cycles**   Phase of the Earth's history marked by large changes in continental ice volume and global sea level. See also *Ice age* and *Interglacials*.

**Glacial isostatic adjustment (GIA)**   The deformation of the Earth and its gravity field due to the response of the earth–ocean system to changes in ice and associated water loads. It is sometimes referred to as *glacio-hydro isostasy*. It includes vertical and horizontal deformations of the Earth's surface and changes in *geoid* due to the redistribution of mass during the ice–ocean mass exchange.

**Glacier**   A perennial mass of land ice that originates from compressed snow, shows evidence of past or present flow (through internal deformation and/or sliding at the base) and is constrained by internal stress and friction at the base and sides. A glacier is maintained by accumulation of snow at high altitudes, balanced by melting at low altitudes and/or discharge into the sea. An ice mass of the same origin as glaciers, but of continental size, is called an *ice sheet*. For the purpose of simplicity in this Assessment Report, all ice masses other than ice sheets are referred to as

AIII

BLM_0151968

glaciers. See also *Equilibrium line* and *Mass balance/budget (of glaciers or ice sheets)*.

**Global dimming**   Global dimming refers to a widespread reduction of *solar radiation* received at the surface of the Earth from about the year 1961 to around 1990.

**Global mean surface temperature**   An estimate of the global mean surface air temperature. However, for changes over time, only anomalies, as departures from a climatology, are used, most commonly based on the area-weighted global average of the *sea surface temperature* anomaly and *land surface air temperature* anomaly.

**Global Warming Potential (GWP)**   An index, based on radiative properties of *greenhouse gases*, measuring the *radiative forcing* following a pulse emission of a unit mass of a given greenhouse gas in the present-day *atmosphere* integrated over a chosen time horizon, relative to that of *carbon dioxide*. The GWP represents the combined effect of the differing times these gases remain in the atmosphere and their relative effectiveness in causing radiative forcing. The *Kyoto Protocol* is based on GWPs from pulse emissions over a 100-year time frame.

**Greenhouse effect**   The infrared *radiative effect* of all infrared-absorbing constituents in the *atmosphere*. *Greenhouse gases*, clouds, and (to a small extent) *aerosols* absorb *terrestrial radiation* emitted by the Earth's surface and elsewhere in the atmosphere. These substances emit *infrared radiation* in all directions, but, everything else being equal, the net amount emitted to space is normally less than would have been emitted in the absence of these absorbers because of the decline of temperature with altitude in the *troposphere* and the consequent weakening of emission. An increase in the concentration of greenhouse gases increases the magnitude of this effect; the difference is sometimes called the enhanced greenhouse effect. The change in a greenhouse gas concentration because of *anthropogenic* emissions contributes to an *instantaneous radiative forcing*. Surface temperature and troposphere warm in response to this forcing, gradually restoring the radiative balance at the top of the atmosphere.

**Greenhouse gas (GHG)**   Greenhouse gases are those gaseous constituents of the *atmosphere*, both natural and *anthropogenic*, that absorb and emit radiation at specific wavelengths within the spectrum of *terrestrial radiation* emitted by the Earth's surface, the atmosphere itself, and by clouds. This property causes the *greenhouse effect*. Water vapour ($H_2O$), *carbon dioxide ($CO_2$)*, *nitrous oxide ($N_2O$)*, *methane ($CH_4$)* and *ozone ($O_3$)* are the primary greenhouse gases in the Earth's atmosphere. Moreover, there are a number of entirely human-made greenhouse gases in the atmosphere, such as the *halocarbons* and other chlorine- and bromine-containing substances, dealt with under the *Montreal Protocol*. Beside $CO_2$, $N_2O$ and $CH_4$, the *Kyoto Protocol* deals with the greenhouse gases sulphur hexafluoride ($SF_6$), hydrofluorocarbons (*HFCs*) and perfluorocarbons (PFCs). For a list of *well-mixed greenhouse gases*, see Table 2.A.1.

**Gross Primary Production (GPP)**   The amount of carbon fixed by the autotrophs (e.g. plants and algaes).

**Grounding line**   The junction between a *glacier* or *ice sheet* and *ice shelf*; the place where ice starts to float. This junction normally occurs over a finite zone, rather than at a line.

**Gyre**   Basin-scale ocean horizontal circulation pattern with slow flow circulating around the ocean basin, closed by a strong and narrow (100 to 200 km wide) boundary current on the western side. The subtropical gyres in each ocean are associated with high pressure in the centre of the gyres; the subpolar gyres are associated with low pressure.

**Hadley Circulation**   A direct, thermally driven overturning cell in the *atmosphere* consisting of poleward flow in the upper *troposphere*, subsiding air into the subtropical anticyclones, return flow as part of the trade winds near the surface, and with rising air near the equator in the so-called *Inter-Tropical Convergence Zone*.

**Halocarbons**   A collective term for the group of partially halogenated organic species, which includes the chlorofluorocarbons (*CFCs*), hydro-chlorofluorocarbons (*HCFCs*), hydrofluorocarbons (*HFCs*), halons, methyl chloride and methyl bromide. Many of the halocarbons have large *Global Warming Potentials*. The chlorine and bromine-containing halocarbons are also involved in the depletion of the *ozone layer*.

**Halocline**   A layer in the oceanic water column in which salinity changes rapidly with depth. Generally saltier water is denser and lies below less salty water. In some high latitude oceans the surface waters may be colder than the deep waters and the halocline is responsible for maintaining water column stability and isolating the surface waters from the deep waters. See also *Thermocline*.

**Halosteric**   See *Sea level change*.

**HCFC**   See *Halocarbons*.

**Heat wave**   A period of abnormally and uncomfortably hot weather. See also *Warm spell*.

**Heterotrophic respiration**   The conversion of organic matter to *carbon dioxide* by organisms other than autotrophs.

**HFC**   See *Halocarbons*.

**Hindcast or retrospective forecast**   A forecast made for a period in the past using only information available before the beginning of the forecast. A sequence of hindcasts can be used to calibrate the forecast system and/or provide a measure of the average skill that the forecast system has exhibited in the past as a guide to the skill that might be expected in the future.

**Holocene**   The Holocene Epoch is the latter of two epochs in the *Quaternary* System, extending from 11.65 ka (thousand years before 1950) to the present. It is also known as *Marine Isotopic Stage (MIS) 1* or *current interglacial*.

**Hydroclimate**   Part of the *climate* pertaining to the hydrology of a *region*.

**Hydrological cycle**   The cycle in which water evaporates from the oceans and the land surface, is carried over the Earth in atmospheric circulation as water vapour, condenses to form clouds, precipitates over ocean and land as rain or snow, which on land can be intercepted by trees and vegetation, provides *runoff* on the land surface, infiltrates into soils, recharges groundwater, discharges into streams and ultimately flows out into the oceans, from which it will eventually evaporate again. The various systems involved in the hydrological cycle are usually referred to as hydrological systems.

**Hydrosphere**   The component of the *climate system* comprising liquid surface and subterranean water, such as oceans, seas, rivers, fresh water lakes, underground water, etc.

**Hypsometry**   The distribution of land or ice surface as a function of altitude.

**Ice age**   An ice age or *glacial period* is characterized by a long-term reduction in the temperature of the Earth's *climate*, resulting in growth of *ice sheets* and *glaciers*.

**Ice–albedo feedback**   A *climate feedback* involving changes in the Earth's surface *albedo*. Snow and ice have an albedo much higher (up to ~0.8) than the average planetary albedo (~0.3). With increasing temperatures, it is anticipated that snow and ice extent will decrease, the Earth's overall albedo will decrease and more *solar radiation* will be absorbed, warming the Earth further.

AIII

BLM_0151969

**Ice core**   A cylinder of ice drilled out of a *glacier* or *ice sheet.*

**Ice sheet**   A mass of land ice of continental size that is sufficiently thick to cover most of the underlying bed, so that its shape is mainly determined by its dynamics (the flow of the ice as it deforms internally and/or slides at its base). An ice sheet flows outward from a high central ice plateau with a small average surface slope. The margins usually slope more steeply, and most ice is discharged through fast flowing *ice streams* or *outlet glaciers*, in some cases into the sea or into *ice shelves* floating on the sea. There are only two ice sheets in the modern world, one on Greenland and one on Antarctica. During glacial periods there were others.

**Ice shelf**   A floating slab of ice of considerable thickness extending from the coast (usually of great horizontal extent with a very gently sloping surface), often filling embayments in the coastline of an *ice sheet*. Nearly all ice shelves are in Antarctica, where most of the ice discharged into the ocean flows via ice shelves.

**Ice stream**   A stream of ice with strongly enhanced flow that is part of an *ice sheet*. It is often separated from surrounding ice by strongly sheared, crevassed margins. See also *Outlet glacier.*

**Incoming solar radiation**   See *Insolation.*

**Indian Ocean Dipole (IOD)**   Large–scale mode of interannual variability of *sea surface temperature* in the Indian Ocean. This pattern manifests through a zonal gradient of tropical sea surface temperature, which in one extreme phase in boreal autumn shows cooling off Sumatra and warming off Somalia in the west, combined with anomalous easterlies along the equator.

**Indirect aerosol effect**   See *Aerosol-cloud interaction.*

**Industrial Revolution**   A period of rapid industrial growth with far-reaching social and economic consequences, beginning in Britain during the second half of the 18th century and spreading to Europe and later to other countries including the United States. The invention of the steam engine was an important trigger of this development. The industrial revolution marks the beginning of a strong increase in the use of fossil fuels and emission of, in particular, fossil *carbon dioxide*. In this report the terms *pre-industrial* and *industrial* refer, somewhat arbitrarily, to the periods before and after 1750, respectively.

**Infrared radiation**   See *Terrestrial radiation.*

**Insolation**   The amount of *solar radiation* reaching the Earth by latitude and by season measured in W m⁻². Usually *insolation* refers to the radiation arriving at the top of the *atmosphere*. Sometimes it is specified as referring to the radiation arriving at the Earth's surface. See also *Total Solar Irradiance.*

**Interglacials or interglaciations**   The warm periods between *ice age* glaciations. Often defined as the periods at which sea levels were close to present level. For the *Last Interglacial (LIG)* this occurred between about 129 and 116 ka (thousand years) before present (defined as 1950) although the warm period started in some areas a few thousand years earlier. In terms of the oxygen *isotope* record interglaciations are defined as the interval between the midpoint of the preceding termination and the onset of the next glaciation. The present interglaciation, the *Holocene*, started at 11.65 ka before present although globally sea levels did not approach their present position until about 7 ka before present.

**Internal variability**   See *Climate variability.*

**Inter-Tropical Convergence Zone (ITCZ)**   The Inter-Tropical Convergence Zone is an equatorial zonal belt of low pressure, strong *convection* and heavy precipitation near the equator where the northeast trade winds meet the southeast trade winds. This band moves seasonally.

**Iron fertilization**   Deliberate introduction of iron to the upper ocean intended to enhance biological productivity which can sequester additional atmospheric *carbon dioxide* into the oceans.

**Irreversibility**   A perturbed state of a *dynamical system* is defined as irreversible on a given timescale, if the recovery timescale from this state due to natural processes is significantly longer than the time it takes for the system to reach this perturbed state. In the context of WGI, the time scale of interest is centennial to millennial. See also *Tipping point.*

**Isostatic or Isostasy**   Isostasy refers to the response of the earth to changes in surface load. It includes the deformational and gravitational response. This response is elastic on short time scales, as in the earth–ocean response to recent changes in mountain glaciation, or viscoelastic on longer time scales, as in the response to the last *deglaciation* following the *Last Glacial Maximum*. See also *Glacial Isostatic Adjustment (GIA).*

**Isotopes**   Atoms of the same chemical element that have the same number of protons but differ in the number of neutrons. Some proton–neutron configurations are stable (stable isotopes), others are unstable undergoing spontaneous radioactive decay (*radioisotopes*). Most elements have more than one stable isotope. Isotopes can be used to trace transport processes or to study processes that change the isotopic ratio. Radioisotopes provide in addition time information that can be used for radiometric dating.

**Kyoto Protocol**   The Kyoto Protocol to the *United Nations Framework Convention on Climate Change (UNFCCC)* was adopted in 1997 in Kyoto, Japan, at the Third Session of the Conference of the Parties (COP) to the UNFCCC. It contains legally binding commitments, in addition to those included in the UNFCCC. Countries included in Annex B of the Protocol (most Organisation for Economic Cooperation and Development countries and countries with economies in transition) agreed to reduce their *anthropogenic greenhouse gas* emissions (*carbon dioxide*, *methane*, *nitrous oxide*, hydrofluorocarbons, perfluorocarbons, and sulphur hexafluoride) by at least 5% below 1990 levels in the commitment period 2008–2012. The Kyoto Protocol entered into force on 16 February 2005.

**Land surface air temperature**   The surface air temperature as measured in well-ventilated screens over land at 1.5 m above the ground.

**Land use and Land use change**   *Land use* refers to the total of arrangements, activities and inputs undertaken in a certain land cover type (a set of human actions). The term *land use* is also used in the sense of the social and economic purposes for which land is managed (e.g., grazing, timber extraction and conservation). *Land use change* refers to a change in the use or management of land by humans, which may lead to a change in land cover. Land cover and land use change may have an impact on the surface *albedo*, *evapotranspiration*, *sources* and *sinks* of *greenhouse gases*, or other properties of the *climate system* and may thus give rise to *radiative forcing* and/or other impacts on *climate*, locally or globally. See also the IPCC Report on Land Use, Land-Use Change, and Forestry (IPCC, 2000).

**Land water storage**   Water stored on land other than in *glaciers* and *ice sheets* (that is water stored in rivers, lakes, wetlands, the vadose zone, aquifers, reservoirs, snow and *permafrost*). Changes in land water storage driven by *climate* and human activities contribute to *sea level change*.

**La Niña**   See *El Niño-Southern Oscillation.*

**Lapse rate**   The rate of change of an atmospheric variable, usually temperature, with height. The lapse rate is considered positive when the variable decreases with height.

**Last Glacial Maximum (LGM)**   The period during the last *ice age* when the *glaciers* and *ice sheets* reached their maximum extent, approximately

BLM_0151970

21 ka ago. This period has been widely studied because the *radiative forcings* and boundary conditions are relatively well known.

**Last Interglacial (LIG)**    See *Interglacials*.

**Latent heat flux**    The turbulent flux of heat from the Earth's surface to the *atmosphere* that is associated with evaporation or condensation of water vapour at the surface; a component of the surface *energy budget*.

**Lifetime**    Lifetime is a general term used for various time scales characterizing the rate of processes affecting the concentration of trace gases. The following lifetimes may be distinguished:

> **Turnover time (T)**    (also called *global atmospheric lifetime*) is the ratio of the mass $M$ of a *reservoir* (e.g., a gaseous compound in the *atmosphere*) and the total rate of removal $S$ from the reservoir: $T = M/S$. For each removal process, separate turnover times can be defined. In soil carbon biology, this is referred to as *Mean Residence Time*.

> **Adjustment time or response time ($T_a$)**    is the time scale characterizing the decay of an instantaneous pulse input into the reservoir. The term *adjustment time* is also used to characterize the adjustment of the mass of a reservoir following a step change in the *source* strength. *Half-life* or *decay constant* is used to quantify a first-order exponential decay process. See *Response time* for a different definition pertinent to *climate* variations.

> The term *lifetime* is sometimes used, for simplicity, as a surrogate for *adjustment time*.

> In simple cases, where the global removal of the compound is directly proportional to the total mass of the reservoir, the adjustment time equals the turnover time: $T = T_a$. An example is *CFC*-11, which is removed from the atmosphere only by photochemical processes in the *stratosphere*. In more complicated cases, where several reservoirs are involved or where the removal is not proportional to the total mass, the equality $T = T_a$ no longer holds. *Carbon dioxide ($CO_2$)* is an extreme example. Its turnover time is only about 4 years because of the rapid exchange between the atmosphere and the ocean and terrestrial biota. However, a large part of that $CO_2$ is returned to the atmosphere within a few years. Thus, the adjustment time of $CO_2$ in the atmosphere is actually determined by the rate of removal of carbon from the surface layer of the oceans into its deeper layers. Although an approximate value of 100 years may be given for the adjustment time of $CO_2$ in the atmosphere, the actual adjustment is faster initially and slower later on. In the case of *methane ($CH_4$)*, the adjustment time is different from the turnover time because the removal is mainly through a chemical reaction with the hydroxyl radical (OH), the concentration of which itself depends on the $CH_4$ concentration. Therefore, the $CH_4$ removal rate S is not proportional to its total mass $M$.

**Likelihood**    The chance of a specific outcome occurring, where this might be estimated probabilistically. This is expressed in this report using a standard terminology, defined in Table 1.1. See also *Confidence* and *Uncertainty*.

**Lithosphere**    The upper layer of the solid Earth, both continental and oceanic, which comprises all crustal rocks and the cold, mainly elastic part of the uppermost mantle. Volcanic activity, although part of the lithosphere, is not considered as part of the *climate system*, but acts as an *external forcing* factor. See also *Isostatic*.

**Little Ice Age (LIA)**    An interval during the last millennium characterized by a number of extensive expansions of mountain *glaciers* and moderate retreats in between them, both in the Northern and Southern Hemispheres. The timing of glacial advances differs between *regions* and the LIA is, therefore, not clearly defined in time. Most definitions lie in the period 1400 CE and 1900 CE. Currently available *reconstructions* of average Northern Hemisphere temperature indicate that the coolest periods at the hemispheric scale may have occurred from 1450 to 1850 CE.

**Longwave radiation**    See *Terrestrial radiation*.

**Madden–Julian Oscillation (MJO)**    The largest single component of tropical atmospheric intraseasonal variability (periods from 30 to 90 days). The MJO propagates eastwards at around 5 m s$^{-1}$ in the form of a large-scale coupling between atmospheric circulation and deep *convection*. As it progresses, it is associated with large regions of both enhanced and suppressed rainfall, mainly over the Indian and western Pacific Oceans. Each MJO event lasts approximately 30 to 60 days, hence the MJO is also known as the 30- to 60-day wave, or the intraseasonal oscillation.

**Marine-based ice sheet**    An *ice sheet* containing a substantial region that rests on a bed lying below sea level and whose perimeter is in contact with the ocean. The best known example is the West Antarctic ice sheet.

**Mass balance/budget (of glaciers or ice sheets)**    The balance between the mass input to the ice body (*accumulation*) and the mass loss (*ablation* and iceberg *calving*) over a stated period of time, which is often a year or a season. Point mass balance refers to the mass balance at a particular location on the *glacier* or *ice sheet*. Surface mass balance is the difference between surface accumulation and surface ablation. The input and output terms for mass balance are:

> **Accumulation**    All processes that add to the mass of a glacier. The main contribution to accumulation is snowfall. Accumulation also includes deposition of hoar, freezing rain, other types of solid precipitation, gain of wind-blown snow, and avalanching.

> **Ablation Surface**    processes that reduce the mass of a glacier. The main contributor to ablation is melting with *runoff* but on some glaciers sublimation, loss of wind-blown snow and avalanching are also significant processes of ablation.

> **Discharge/outflow**    Mass loss by iceberg calving or ice discharge across the *grounding line* of a floating *ice shelf*. Although often treated as an ablation term, in this report iceberg calving and discharge are considered separately from surface ablation.

**Mean sea level**    The surface level of the ocean at a particular point averaged over an extended period of time such as a month or year. Mean sea level is often used as a national datum to which heights on land are referred.

**Medieval Climate Anomaly (MCA)**    See *Medieval Warm Period*.

**Medieval Warm Period (MWP)**    An interval of relatively warm conditions and other notable *climate* anomalies such as more extensive *drought* in some continental *regions*. The timing of this interval is not clearly defined, with different records showing onset and termination of the warmth at different times, and some showing intermittent warmth. Most definitions lie within the period 900 to 1400 CE. Currently available *reconstructions* of average Northern Hemisphere temperature indicate that the warmest period at the hemispheric scale may have occurred from 950 to 1250 CE. Currently available records and temperature reconstructions indicate that average temperatures during parts of the MWP were indeed warmer in the context of the last 2 kyr, though the warmth may not have been as ubiquitous across seasons and geographical regions as the 20th century warming. It is also called *Medieval Climate Anomaly*.

**Meridional Overturning Circulation (MOC)**    Meridional (north–south) overturning circulation in the ocean quantified by zonal (east–west) sums of mass transports in depth or density layers. In the North Atlantic, away from the subpolar *regions*, the MOC (which is in principle an observable quantity) is often identified with the *thermohaline circulation* (THC),

**AIII**

1457

BLM_0151971

which is a conceptual and incomplete interpretation. It must be borne in mind that the MOC is also driven by wind, and can also include shallower overturning cells such as occur in the upper ocean in the tropics and subtropics, in which warm (light) waters moving poleward are transformed to slightly denser waters and *subducted* equatorward at deeper levels.

**Metadata**    Information about meteorological and climatological data concerning how and when they were measured, their quality, known problems and other characteristics.

**Methane ($CH_4$)**    Methane is one of the six *greenhouse gases* to be mitigated under the *Kyoto Protocol* and is the major component of natural gas and associated with all hydrocarbon fuels, animal husbandry and agriculture.

**Metric**    A consistent measurement of a characteristic of an object or activity that is otherwise difficult to quantify. Within the context of the evaluation of *climate models*, this is a quantitative measure of agreement between a simulated and observed quantity which can be used to assess the performance of individual models.

**Microwave Sounding Unit (MSU)**    A microwave sounder on National Oceanic and Atmospheric Administration (NOAA) polar orbiter satellites, that estimates the temperature of thick layers of the *atmosphere* by measuring the thermal emission of oxygen molecules from a complex of emission lines near 60 GHz. A series of nine MSUs began making this kind of measurement in late 1978. Beginning in mid 1998, a follow-on series of instruments, the Advanced Microwave Sounding Units (AMSUs), began operation.

**Mineralization/Remineralization**    The conversion of an element from its organic form to an inorganic form as a result of microbial decomposition. In nitrogen mineralization, organic nitrogen from decaying plant and animal residues (proteins, nucleic acids, amino sugars and urea) is converted to ammonia ($NH_3$) and ammonium ($NH_4^+$) by biological activity.

**Mitigation**    A human intervention to reduce the *sources* or enhance the *sinks* of *greenhouse gases*.

**Mixing ratio**    See *Mole fraction.*

**Model drift**    Since model *climate* differs to some extent from observed climate, *climate forecasts* will typically 'drift' from the initial observation-based state towards the model's climate. This drift occurs at different time scales for different variables, can obscure the initial-condition forecast information and is usually removed a posteriori by an empirical, usually linear, adjustment.

**Model hierarchy**    See *Climate model  (spectrum or hierarchy).*

**Model initialization**    A *climate forecast* typically proceeds by integrating a *climate model* forward in time from an initial state that is intended to reflect the actual state of the *climate system*. Available observations of the climate system are 'assimilated' into the model. Initialization is a complex process that is limited by available observations, observational errors and, depending on the procedure used, may be affected by *uncertainty* in the history of climate forcing. The initial conditions will contain errors that grow as the forecast progresses, thereby limiting the time for which the forecast will be useful. See also *Climate prediction.*

**Model spread**    The range or spread in results from *climate models*, such as those assembled for Coupled Model Intercomparison Project Phase 5 (CMIP5). Does not necessarily provide an exhaustive and formal estimate of the *uncertainty* in *feedbacks*, forcing or *projections* even when expressed numerically, for example, by computing a standard deviation of the models' responses. In order to quantify uncertainty, information from observations, physical constraints and expert judgement must be combined, using a statistical framework.

**Mode of climate variability**    Underlying space–time structure with preferred spatial pattern and temporal variation that helps account for the gross features in variance and for *teleconnections*. A mode of variability is often considered to be the product of a spatial *climate pattern* and an associated *climate index* time series.

**Mole fraction**    Mole fraction, or *mixing ratio*, is the ratio of the number of moles of a constituent in a given volume to the total number of moles of all constituents in that volume. It is usually reported for dry air. Typical values for *well-mixed greenhouse gases* are in the order of $\mu$mol mol$^{-1}$ (parts per million: *ppm*), nmol mol$^{-1}$ (parts per billion: *ppb*), and fmol mol$^{-1}$ (parts per trillion: *ppt*). Mole fraction differs from *volume mixing ratio*, often expressed in ppmv etc., by the corrections for non-ideality of gases. This correction is significant relative to measurement precision for many greenhouse gases (Schwartz and Warneck, 1995).

**Monsoon**    A monsoon is a tropical and subtropical seasonal reversal in both the surface winds and associated precipitation, caused by differential heating between a continental-scale land mass and the adjacent ocean. Monsoon rains occur mainly over land in summer.

**Montreal Protocol**    The Montreal Protocol on Substances that Deplete the *Ozone Layer* was adopted in Montreal in 1987, and subsequently adjusted and amended in London (1990), Copenhagen (1992), Vienna (1995), Montreal (1997) and Beijing (1999). It controls the consumption and production of chlorine- and bromine-containing chemicals that destroy stratospheric *ozone*, such as chlorofluorocarbons, methyl chloroform, carbon tetrachloride and many others.

**Near-surface permafrost**    A term frequently used in *climate model* applications to refer to *permafrost* at depths close to the ground surface (typically down to 3.5 m). In modelling studies, near-surface permafrost is usually diagnosed from 20 or 30 year climate averages, which is different from the conventional definition of permafrost. Disappearance of near-surface permafrost in a location does not preclude the longer-term persistence of permafrost at greater depth. See also *Active layer*, *Frozen ground* and *Thermokarst*.

**Near-term climate forcers (NTCF)**    Near-term climate forcers (NTCF) refer to those compounds whose impact on *climate* occurs primarily within the first decade after their emission. This set of compounds is primarily composed of those with short *lifetimes* in the atmosphere compared to *well-mixed greenhouse gases*, and has been sometimes referred to as short lived climate forcers or short-lived climate pollutants. However, the common property that is of greatest interest to a climate assessment is the timescale over which their impact on climate is felt. This set of compounds includes *methane*, which is also a well-mixed greenhouse gas, as well as *ozone* and *aerosols*, or their *precursors*, as well as some halogenated species that are not well-mixed greenhouse gases. These compounds do not accumulate in the atmosphere at decadal to centennial timescales, and so their effect on climate is predominantly in the near term following their emission.

**Nitrogen deposition**    Nitrogen deposition is defined as the nitrogen transferred from the *atmosphere* to the Earth's surface by the processes of wet deposition and dry deposition.

**Nitrous oxide ($N_2O$)**    One of the six *greenhouse gases* to be mitigated under the *Kyoto Protocol*. The main *anthropogenic source* of nitrous oxide is agriculture (soil and animal manure management), but important contributions also come from sewage treatment, combustion of fossil fuel, and chemical industrial processes. Nitrous oxide is also produced naturally from a wide variety of biological sources in soil and water, particularly microbial action in wet tropical *forests*.

BLM_0151972

**Nonlinearity**   A process is called *nonlinear* when there is no simple proportional relation between cause and effect. The *climate system* contains many such nonlinear processes, resulting in a system with potentially very complex behaviour. Such complexity may lead to *abrupt climate change*. See also *Chaotic* and *Predictability*.

**North Atlantic Oscillation (NAO)**   The North Atlantic Oscillation consists of opposing variations of surface pressure near Iceland and near the Azores. It therefore corresponds to fluctuations in the strength of the main westerly winds across the Atlantic into Europe, and thus to fluctuations in the embedded *extratropical cyclones* with their associated frontal systems. See NAO Index, Box 2.5.

**Northern Annular Mode (NAM)**   A winter fluctuation in the amplitude of a pattern characterized by low surface pressure in the Arctic and strong mid-latitude westerlies. The NAM has links with the northern polar vortex into the *stratosphere*. Its pattern has a bias to the North Atlantic and its index has a large correlation with the *North Atlantic Oscillation* index. See NAM Index, Box 2.5.

**Ocean acidification**   Ocean acidification refers to a reduction in the *pH* of the ocean over an extended period, typically decades or longer, which is caused primarily by *uptake* of *carbon dioxide* from the *atmosphere*, but can also be caused by other chemical additions or subtractions from the ocean. *Anthropogenic ocean acidification* refers to the component of pH reduction that is caused by human activity (IPCC, 2011, p. 37).

**Ocean heat uptake efficiency**   This is a measure ($W\,m^{-2}\,°C^{-1}$) of the rate at which heat storage by the global ocean increases as *global mean surface temperature* rises. It is a useful parameter for *climate change* experiments in which the *radiative forcing* is changing monotonically, when it can be compared with the *Climate Feedback Parameter* to gauge the relative importance of *climate response* and ocean heat *uptake* in determining the rate of climate change. It can be estimated from such an experiment as the ratio of the rate of increase of ocean heat content to the global mean surface air temperature change.

**Organic aerosol**   Component of the *aerosol* that consists of organic compounds, mainly carbon, hydrogen, oxygen and lesser amounts of other elements. See also *Carbonaceous aerosol*.

**Outgoing longwave radiation**   Net outgoing radiation in the infrared part of the spectrum at the top of the *atmosphere*. See also *Terrestrial radiation*.

**Outlet glacier**   A *glacier*, usually between rock walls, that is part of, and drains an *ice sheet*. See also *Ice stream*.

**Ozone**   Ozone, the triatomic form of oxygen ($O_3$), is a gaseous atmospheric constituent. In the *troposphere*, it is created both naturally and by photochemical reactions involving gases resulting from human activities (*smog*). Tropospheric ozone acts as a *greenhouse gas*. In the *stratosphere*, it is created by the interaction between solar ultraviolet radiation and molecular oxygen ($O_2$). Stratospheric ozone plays a dominant role in the stratospheric radiative balance. Its concentration is highest in the *ozone layer*.

**Ozone hole**   See *Ozone layer*.

**Ozone layer**   The *stratosphere* contains a layer in which the concentration of *ozone* is greatest, the so-called ozone layer. The layer extends from about 12 to 40 km above the Earth's surface. The ozone concentration reaches a maximum between about 20 and 25 km. This layer has been depleted by human emissions of chlorine and bromine compounds. Every year, during the Southern Hemisphere spring, a very strong depletion of the ozone layer takes place over the Antarctic, caused by *anthropogenic* chlorine and bromine compounds in combination with the specific meteorological conditions of that *region*. This phenomenon is called the *Ozone hole*. See also *Montreal Protocol*.

**Pacific Decadal Oscillation (PDO)**   The pattern and time series of the first empirical orthogonal function of *sea surface temperature* over the North Pacific north of 20°N. The PDO broadened to cover the whole Pacific Basin is known as the Inter-decadal Pacific Oscillation. The PDO and IPO exhibit similar temporal evolution. See also *Pacific Decadal Variability*.

**Pacific decadal variability**   Coupled decadal-to-inter-decadal variability of the atmospheric circulation and underlying ocean in the Pacific Basin. It is most prominent in the North Pacific, where fluctuations in the strength of the winter Aleutian Low pressure system co-vary with North Pacific *sea surface temperatures*, and are linked to decadal variations in atmospheric circulation, sea surface temperatures and ocean circulation throughout the whole Pacific Basin. Such fluctuations have the effect of modulating the *El Niño-Southern Oscillation* cycle. Key measures of Pacific decadal variability are the *North Pacific Index (NPI)*, the *Pacific Decadal Oscillation (PDO)* index and the *Inter-decadal Pacific Oscillation (IPO)* index, all defined in Box 2.5.

**Pacific–North American (PNA) pattern**   An atmospheric large-scale wave pattern featuring a sequence of tropospheric high and low pressure anomalies stretching from the subtropical west Pacific to the east coast of North America. See PNA pattern index, Box 2.5.

**Paleoclimate**   *Climate* during periods prior to the development of measuring instruments, including historic and geologic time, for which only *proxy* climate records are available.

**Parameterization**   In *climate models*, this term refers to the technique of representing processes that cannot be explicitly resolved at the spatial or temporal *resolution* of the model (sub-grid scale processes) by relationships between model-resolved larger-scale variables and the area- or time-averaged effect of such subgrid scale processes.

**Percentiles**   The set of partition values which divides the total population of a distribution into 100 equal parts, the 50th percentile corresponding to the *median* of the population.

**Permafrost**   Ground (soil or rock and included ice and organic material) that remains at or below 0°C for at least two consecutive years. See also *Near-surface permafrost*.

**pH**   pH is a dimensionless measure of the acidity of water (or any solution) given by its concentration of hydrogen ions ($H^+$). pH is measured on a logarithmic scale where $pH = -\log_{10}(H^+)$. Thus, a pH decrease of 1 unit corresponds to a 10-fold increase in the concentration of $H^+$, or acidity.

**Photosynthesis**   The process by which plants take *carbon dioxide* from the air (or bicarbonate in water) to build carbohydrates, releasing oxygen in the process. There are several pathways of photosynthesis with different responses to atmospheric carbon dioxide concentrations. See also *Carbon dioxide fertilization*.

**Plankton**   Microorganisms living in the upper layers of aquatic systems. A distinction is made between *phytoplankton*, which depend on *photosynthesis* for their energy supply, and *zooplankton*, which feed on phytoplankton.

**Pleistocene**   The Pleistocene Epoch is the earlier of two epochs in the *Quaternary* System, extending from 2.59 Ma to the beginning of the *Holocene* at 11.65 ka.

**Pliocene**   The Pliocene Epoch is the last epoch of the *Neogene* System and extends from 5.33 Ma to the beginning of the *Pleistocene* at 2.59 Ma.

**Pollen analysis**   A technique of both relative dating and environmental *reconstruction*, consisting of the identification and counting of pollen types preserved in peat, lake sediments and other deposits. See also *Proxy*.

1459

BLM_0151973

**Precipitable water**   The total amount of atmospheric water vapour in a vertical column of unit cross-sectional area. It is commonly expressed in terms of the height of the water if completely condensed and collected in a vessel of the same unit cross section.

**Precursors**   Atmospheric compounds that are not *greenhouse gases* or *aerosols*, but that have an effect on greenhouse gas or aerosol concentrations by taking part in physical or chemical processes regulating their production or destruction rates.

**Predictability**   The extent to which future states of a system may be predicted based on knowledge of current and past states of the system. Because knowledge of the *climate system*'s past and current states is generally imperfect, as are the models that utilize this knowledge to produce a *climate prediction*, and because the climate system is inherently *nonlinear* and *chaotic*, predictability of the climate system is inherently limited. Even with arbitrarily accurate models and observations, there may still be limits to the predictability of such a nonlinear system (AMS, 2000).

**Prediction quality/skill**   Measures of the success of a *prediction* against observationally based information. No single measure can summarize all aspects of forecast quality and a suite of *metrics* is considered. Metrics will differ for forecasts given in deterministic and probabilistic form. See also *Climate prediction*.

**Pre-industrial**   See *Industrial Revolution*.

**Probability Density Function (PDF)**   A probability density function is a function that indicates the relative chances of occurrence of different outcomes of a variable. The function integrates to unity over the domain for which it is defined and has the property that the integral over a sub-domain equals the probability that the outcome of the variable lies within that sub-domain. For example, the probability that a temperature anomaly defined in a particular way is greater than zero is obtained from its PDF by integrating the PDF over all possible temperature anomalies greater than zero. Probability density functions that describe two or more variables simultaneously are similarly defined.

**Process-based Model**   Theoretical concepts and computational methods that represent and simulate the behaviour of real-world systems derived from a set of functional components and their interactions with each other and the system environment, through physical and mechanistic processes occurring over time. See also *Climate model*.

**Projection**   A projection is a potential future evolution of a quantity or set of quantities, often computed with the aid of a model. Unlike predictions, projections are conditional on assumptions concerning, for example, future socioeconomic and technological developments that may or may not be realized. See also *Climate prediction* and *Climate projection*.

**Proxy**   A proxy *climate* indicator is a record that is interpreted, using physical and biophysical principles, to represent some combination of climate-related variations back in time. Climate-related data derived in this way are referred to as proxy data. Examples of proxies include *pollen analysis*, *tree ring* records, speleothems, characteristics of corals and various data derived from marine sediments and *ice cores*. Proxy-data can be calibrated to provide quantitative climate information.

**Quasi-Biennal Oscillation (QBO)**   A near-periodic oscillation of the equatorial zonal wind between easterlies and westerlies in the tropical *stratosphere* with a mean period of around 28 months. The alternating wind maxima descend from the base of the mesosphere down to the *tropopause*, and are driven by wave energy that propagates up from the *troposphere*.

**Quaternary**   The Quaternary System is the latter of three systems that make up the *Cenozoic Era* (65 Ma to present), extending from 2.59 Ma to the present, and includes the *Pleistocene* and *Holocene* epochs.

**Radiative effect**   The impact on a radiation flux or heating rate (most commonly, on the downward flux at the top of *atmosphere*) caused by the interaction of a particular constituent with either the *infrared* or *solar radiation* fields through absorption, scattering and emission, relative to an otherwise identical atmosphere free of that constituent. This quantifies the impact of the constituent on the *climate system*. Examples include the *aerosol–radiation interactions*, *cloud radiative effect*, and *greenhouse effect*. In this report, the portion of any top-of-atmosphere radiative effect that is due to *anthropogenic* or other external influences (e.g., volcanic eruptions or changes in the sun) is termed the *instantaneous radiative forcing*.

**Radiative forcing**   Radiative forcing is the change in the net, downward minus upward, radiative flux (expressed in W m$^{-2}$) at the *tropopause* or top of *atmosphere* due to a change in an external driver of *climate change*, such as, for example, a change in the concentration of *carbon dioxide* or the output of the Sun. Sometimes internal drivers are still treated as forcings even though they result from the alteration in *climate*, for example *aerosol* or *greenhouse gas* changes in *paleoclimates*. The traditional radiative forcing is computed with all tropospheric properties held fixed at their unperturbed values, and after allowing for stratospheric temperatures, if perturbed, to readjust to radiative-dynamical equilibrium. Radiative forcing is called *instantaneous* if no change in stratospheric temperature is accounted for. The radiative forcing once *rapid adjustments* are accounted for is termed the *effective radiative forcing*. For the purposes of this report, radiative forcing is further defined as the change relative to the year 1750 and, unless otherwise noted, refers to a global and annual average value. Radiative forcing is not to be confused with *cloud radiative forcing*, which describes an unrelated measure of the impact of clouds on the radiative flux at the top of the atmosphere.

**Rapid adjustment**   The response to an agent perturbing the *climate system* that is driven directly by the agent, independently of any change in the *global mean surface temperature*. For example, *carbon dioxide* and *aerosols*, by altering internal heating and cooling rates within the *atmosphere*, can each cause changes to cloud cover and other variables thereby producing a *radiative effect* even in the absence of any surface warming or cooling. Adjustments are *rapid* in the sense that they begin to occur right away, before *climate feedbacks* which are driven by warming (although some adjustments may still take place time to proceed to completion, for example those involving vegetation or *ice sheets*). It is also called the *rapid response* or *fast adjustment*. For further explanation on the concept, see Sections 7.1 and 8.1.

**Rapid climate change**   See *Abrupt climate change*.

**Rapid dynamical change (of glaciers or ice sheets)**   Changes in *glacier* or *ice sheet* mass controlled by changes in flow speed and *discharge* rather than by *accumulation* or *ablation*. This can result in a rate of mass change larger than that due to any imbalance between accumulation and ablation. Rapid dynamical change may be initiated by a climatic trigger, such as incursion of warm ocean water beneath an *ice shelf*, or thinning of a grounded tidewater terminus, which may lead to reactions within the glacier system, that may result in rapid ice loss. See also *Mass balance/budget (of glaciers or ice sheets)*.

**Reanalysis**   Reanalyses are estimates of historical atmospheric temperature and wind or oceanographic temperature and current, and other quantities, created by processing past meteorological or oceanographic data using fixed state-of-the-art weather forecasting or ocean circulation models with data assimilation techniques. Using fixed data assimilation avoids effects from the changing analysis system that occur in operational analyses. Although continuity is improved, global reanalyses still suffer from changing coverage and biases in the observing systems.

AIII

**Rebound effect**   When $CO_2$ is removed from the *atmosphere*, the $CO_2$ concentration gradient between atmospheric and land/ocean carbon *reservoirs* is reduced. This leads to a reduction or reversal in subsequent inherent rate of removal of $CO_2$ from the atmosphere by natural *carbon cycle* processes on land and ocean.

**Reconstruction (of climate variable)**   Approach to reconstructing the past temporal and spatial characteristics of a climate variable from predictors. The predictors can be instrumental *data* if the reconstruction is used to infill missing data or *proxy* data if it is used to develop *paleoclimate* reconstructions. Various techniques have been developed for this purpose: linear multivariate regression based methods and nonlinear *Bayesian* and analog methods.

**Reforestation**   Planting of *forests* on lands that have previously contained forests but that have been converted to some other use. For a discussion of the term *forest* and related terms such as *afforestation*, *reforestation* and *deforestation*, see the IPCC Report on Land Use, Land-Use Change and Forestry (IPCC, 2000). See also the Report on Definitions and Methodological Options to Inventory Emissions from Direct Human-induced Degradation of Forests and Devegetation of Other Vegetation Types (IPCC, 2003).

**Region**   A region is a territory characterized by specific geographical and climatological features. The *climate* of a region is affected by regional and local scale features like topography, *land use* characteristics and lakes, as well as remote influences from other regions. See also *Teleconnection*.

**Regional Climate Model (RCM)**   A *climate model* at higher *resolution* over a limited area. Such models are used in *downscaling* global *climate* results over specific regional domains.

**Relative humidity**   The relative humidity specifies the ratio of actual water vapour pressure to that at saturation with respect to liquid water or ice at the same temperature. See also *Specific humidity*.

**Relative sea level**   Sea level measured by a *tide gauge* with respect to the land upon which it is situated. See also *Mean sea level* and *Sea level change*.

**Representative Concentration Pathways (RCPs)**   *Scenarios* that include time series of emissions and concentrations of the full suite of *greenhouse gases* and *aerosols* and chemically active gases, as well as *land use*/land cover (Moss et al., 2008). The word *representative* signifies that each RCP provides only one of many possible scenarios that would lead to the specific *radiative forcing* characteristics. The term *pathway* emphasizes that not only the long-term concentration levels are of interest, but also the trajectory taken over time to reach that outcome. (Moss et al., 2010).

RCPs usually refer to the portion of the concentration pathway extending up to 2100, for which Integrated Assessment Models produced corresponding *emission scenarios*. *Extended Concentration Pathways (ECPs)* describe extensions of the RCPs from 2100 to 2500 that were calculated using simple rules generated by stakeholder consultations, and do not represent fully consistent scenarios.

Four RCPs produced from Integrated Assessment Models were selected from the published literature and are used in the present IPCC Assessment as a basis for the *climate predictions* and *projections* presented in Chapters 11 to 14:

**RCP2.6**   One pathway where radiative forcing peaks at approximately 3 W m$^{-2}$ before 2100 and then declines (the corresponding ECP assuming constant emissions after 2100)

**RCP4.5 and RCP6.0**   Two intermediate *stabilization pathways* in which radiative forcing is stabilized at approximately 4.5 W m$^{-2}$ and 6.0 W m$^{-2}$ after 2100 (the corresponding ECPs assuming constant concentrations after 2150)

**RCP8.5**   One high pathway for which radiative forcing reaches greater than 8.5 W m$^{-2}$ by 2100 and continues to rise for some amount of time (the corresponding ECP assuming constant emissions after 2100 and constant concentrations after 2250)

For further description of future scenarios, see Box 1.1.

**Reservoir**   A component of the *climate system*, other than the *atmosphere*, which has the capacity to store, accumulate or release a substance of concern, for example, carbon, a *greenhouse gas* or a *precursor*. Oceans, soils and *forests* are examples of reservoirs of carbon. *Pool* is an equivalent term (note that the definition of pool often includes the atmosphere). The absolute quantity of the substance of concern held within a reservoir at a specified time is called the *stock*.

**Resolution**   In *climate models*, this term refers to the physical distance (metres or degrees) between each point on the grid used to compute the equations. *Temporal resolution* refers to the time step or time elapsed between each model computation of the equations.

**Respiration**   The process whereby living organisms convert organic matter to *carbon dioxide*, releasing energy and consuming molecular oxygen.

**Response time**   The response time or *adjustment time* is the time needed for the *climate system* or its components to re-equilibrate to a new state, following a forcing resulting from external processes. It is very different for various components of the climate system. The response time of the *troposphere* is relatively short, from days to weeks, whereas the *stratosphere* reaches equilibrium on a time scale of typically a few months. Due to their large heat capacity, the oceans have a much longer response time: typically decades, but up to centuries or millennia. The response time of the strongly coupled surface–troposphere system is, therefore, slow compared to that of the stratosphere, and mainly determined by the oceans. The *biosphere* may respond quickly (e.g., to *droughts*), but also very slowly to imposed changes. See *lifetime* for a different definition of response time pertinent to the rate of processes affecting the concentration of trace gases.

**Return period**   An estimate of the average time interval between occurrences of an event (e.g., flood or extreme rainfall) of (or below/above) a defined size or intensity. See also *Return value*.

**Return value**   The highest (or, alternatively, lowest) value of a given variable, on average occurring once in a given period of time (e.g., in 10 years). See also *Return period*.

**River discharge**   See *Streamflow*.

**Runoff**   That part of precipitation that does not evaporate and is not transpired, but flows through the ground or over the ground surface and returns to bodies of water. See also *Hydrological cycle*.

**Scenario**   A plausible description of how the future may develop based on a coherent and internally consistent set of assumptions about key driving forces (e.g., rate of technological change, prices) and relationships. Note that scenarios are neither predictions nor forecasts, but are useful to provide a view of the implications of developments and actions. See also *Climate scenario*, *Emission scenario*, *Representative Concentration Pathways* and *SRES scenarios*.

**Sea ice**   Ice found at the sea surface that has originated from the freezing of seawater. Sea ice may be discontinuous pieces (ice floes) moved on the ocean surface by wind and currents (pack ice), or a motionless sheet attached to the coast (land-fast ice). *Sea ice concentration* is the fraction of the ocean covered by ice. Sea ice less than one year old is called *first-year ice*. *Perennial ice* is sea ice that survives at least one summer. It may be subdivided into *second-year ice* and *multi-year ice*, where multiyear ice has survived at least two summers.

**AIII**

BLM_0151975

**Sea level change**   Sea level can change, both globally and locally due to (1) changes in the shape of the ocean basins, (2) a change in ocean volume as a result of a change in the mass of water in the ocean, and (3) changes in ocean volume as a result of changes in ocean water density. Global *mean sea level* change resulting from change in the mass of the ocean is called *barystatic*. The amount of barystatic sea level change due to the addition or removal of a mass of water is called its *sea level equivalent (SLE)*. Sea level changes, both globally and locally, resulting from changes in water density are called *steric*. Density changes induced by temperature changes only are called *thermosteric*, while density changes induced by salinity changes are called *halosteric*. Barystatic and steric sea level changes do not include the effect of changes in the shape of ocean basins induced by the change in the ocean mass and its distribution. See also *Relative Sea Level* and *Thermal expansion*.

**Sea level equivalent (SLE)**   The sea level equivalent of a mass of water (ice, liquid or vapour) is that mass, converted to a volume using a density of 1000 kg m$^{-3}$, and divided by the present-day ocean surface area of $3.625 \times 10^{14}$ m$^2$. Thus, 362.5 Gt of water mass added to the ocean will cause 1 mm of global *mean sea level* rise. See also *Sea level change*.

**Seasonally frozen ground**   See *Frozen ground*.

**Sea surface temperature (SST)**   The sea surface temperature is the subsurface bulk temperature in the top few metres of the ocean, measured by ships, buoys and drifters. From ships, measurements of water samples in buckets were mostly switched in the 1940s to samples from engine intake water. Satellite measurements of *skin temperature* (uppermost layer; a fraction of a millimetre thick) in the infrared or the top centimetre or so in the microwave are also used, but must be adjusted to be compatible with the bulk temperature.

**Semi-direct (aerosol) effect**   See *Aerosol–radiation interaction*.

**Semi-empirical model**   Model in which calculations are based on a combination of observed associations between variables and theoretical considerations relating variables through fundamental principles (e.g., conservation of energy). For example, in sea level studies, semi-empirical models refer specifically to transfer functions formulated to project future global *mean sea level change*, or contributions to it, from future *global mean surface temperature change* or *radiative forcing*.

**Sensible heat flux**   The turbulent or conductive flux of heat from the Earth's surface to the *atmosphere* that is not associated with phase changes of water; a component of the surface *energy budget*.

**Sequestration**   See *Uptake*.

**Shortwave radiation**   See *Solar radiation*.

**Significant wave height**   The average trough-to-crest height of the highest one third of the wave heights (sea and swell) occurring in a particular time period.

**Sink**   Any process, activity or mechanism that removes a *greenhouse gas*, an *aerosol* or a *precursor* of a greenhouse gas or aerosol from the *atmosphere*.

**Slab-ocean model**   A simplified representation in a *climate model* of the ocean as a motionless layer of water with a depth of 50 to 100 m. Climate models with a slab ocean can be used only for estimating the equilibrium response of *climate* to a given forcing, not the transient evolution of climate. See also *Equilibrium and transient climate experiment*.

**Snow cover extent**   The areal extent of snow covered ground.

**Snow water equivalent (SWE)**   The depth of liquid water that would result if a mass of snow melted completely.

**Soil moisture**   Water stored in the soil in liquid or frozen form.

**Soil temperature**   The temperature of the soil. This can be measured or modelled at multiple levels within the depth of the soil.

**Solar activity**   General term describing a variety of magnetic phenomena on the Sun such as *sunspots*, *faculae* (bright areas), and flares (emission of high-energy particles). It varies on time scales from minutes to millions of years. See also *Solar cycle*.

**Solar ('11-year') cycle**   A quasi-regular modulation of *solar activity* with varying amplitude and a period of between 8 and 14 years.

**Solar radiation**   Electromagnetic radiation emitted by the Sun with a spectrum close to the one of a black body with a temperature of 5770 K. The radiation peaks in visible wavelengths. When compared to the *terrestrial radiation* it is often referred to as *shortwave radiation*. See also *Insolation* and *Total solar irradiance (TSI)*.

**Solar Radiation Management (SRM)**   Solar Radiation Management refers to the intentional modification of the Earth's shortwave radiative budget with the aim to reduce *climate change* according to a given *metric* (e.g., *surface temperature*, precipitation, regional impacts, etc). Artificial injection of stratospheric *aerosols* and cloud brightening are two examples of SRM techniques. Methods to modify some fast-responding elements of the longwave radiative budget (such as cirrus clouds), although not strictly speaking SRM, can be related to SRM. SRM techniques do not fall within the usual definitions of *mitigation* and adaptation (IPCC, 2012, p. 2). See also *Solar radiation*, *Carbon Dioxide Removal (CDR)* and *Geoengineering*.

**Solubility pump**   Solubility pump is an important physicochemical process that transports dissolved inorganic carbon from the ocean's surface to its interior. This process controls the inventory of carbon in the ocean. The solubility of gaseous *carbon dioxide* can alter carbon dioxide concentrations in the oceans and the overlying *atmosphere*. See also *Biological pump*.

**Source**   Any process, activity or mechanism that releases a *greenhouse gas*, an *aerosol* or a *precursor* of a greenhouse gas or aerosol into the *atmosphere*.

**Southern Annular Mode (SAM)**   The leading mode of variability of Southern Hemisphere geopotential height, which is associated with shifts in the latitude of the midlatitude jet. See SAM Index, Box 2.5.

**Southern Oscillation**   See *El Niño-Southern Oscillation (ENSO)*.

**South Pacific Convergence Zone (SPCZ)**   A band of low-level convergence, cloudiness and precipitation ranging from the west Pacific warm pool south-eastwards towards French Polynesia, which is one of the most significant features of subtropical Southern Hemisphere *climate*. It shares some characteristics with the *ITCZ*, but is more extratropical in nature, especially east of the Dateline.

**Spatial and temporal scales**   *Climate* may vary on a large range of spatial and temporal scales. Spatial scales may range from local (less than 100 000 km$^2$), through regional (100 000 to 10 million km$^2$) to continental (10 to 100 million km$^2$). Temporal scales may range from seasonal to geological (up to hundreds of millions of years).

**Specific humidity**   The specific humidity specifies the ratio of the mass of water vapour to the total mass of moist air. See also *Relative humidity*.

**SRES scenarios**   SRES scenarios are *emission scenarios* developed by Nakićenović and Swart (2000) and used, among others, as a basis for some of the *climate projections* shown in Chapters 9 to 11 of IPCC (2001) and Chapters 10 and 11 of IPCC (2007). The following terms are relevant for a better understanding of the structure and use of the set of SRES scenarios:

  **Scenario family**   Scenarios that have a similar demographic, societal, economic and technical change storyline. Four scenario families comprise the SRES scenario set: A1, A2, B1 and B2.

BLM_0151976

**Illustrative Scenario**   A scenario that is illustrative for each of the six scenario groups reflected in the Summary for Policymakers of Nakićenović and Swart (2000). They include four revised *marker scenarios* for the scenario groups A1B, A2, B1, B2 and two additional scenarios for the A1FI and A1T groups. All scenario groups are equally sound.

**Marker Scenario**   A scenario that was originally posted in draft form on the SRES website to represent a given scenario family. The choice of markers was based on which of the initial quantifications best reflected the storyline, and the features of specific models. Markers are no more likely than other scenarios, but are considered by the SRES writing team as illustrative of a particular storyline. They are included in revised form in Nakićenović and Swart (2000). These scenarios received the closest scrutiny of the entire writing team and via the SRES open process. Scenarios were also selected to illustrate the other two scenario groups.

**Storyline**   A narrative description of a scenario (or family of scenarios), highlighting the main scenario characteristics, relationships between key driving forces and the dynamics of their evolution.

**Steric**   See *Sea level change*.

**Stock**   See *Reservoir*.

**Storm surge**   The temporary increase, at a particular locality, in the height of the sea due to extreme meteorological conditions (low atmospheric pressure and/or strong winds). The storm surge is defined as being the excess above the level expected from the tidal variation alone at that time and place.

**Storm tracks**   Originally, a term referring to the tracks of individual cyclonic weather systems, but now often generalized to refer to the main *regions* where the tracks of extratropical disturbances occur as sequences of low (cyclonic) and high (anticyclonic) pressure systems.

**Stratosphere**   The highly stratified region of the *atmosphere* above the *troposphere* extending from about 10 km (ranging from 9 km at high latitudes to 16 km in the tropics on average) to about 50 km altitude.

**Streamflow**   Water flow within a river channel, for example expressed in m³ s⁻¹. A synonym for *river discharge*.

**Subduction**   Ocean process in which surface waters enter the ocean interior from the surface mixed layer through *Ekman pumping* and lateral *advection*. The latter occurs when surface waters are advected to a region where the local surface layer is less dense and therefore must slide below the surface layer, usually with no change in density.

**Sunspots**   Dark areas on the Sun where strong magnetic fields reduce the convection causing a temperature reduction of about 1500 K compared to the surrounding regions. The number of sunspots is higher during periods of higher *solar activity*, and varies in particular with the *solar cycle*.

**Surface layer**   See *Atmospheric boundary layer*.

**Surface temperature**   See *Global mean surface temperature*, *Land surface air temperature* and *Sea surface temperature*.

**Talik**   A layer of year-round unfrozen ground that lies in *permafrost* areas.

**Teleconnection**   A statistical association between climate variables at widely separated, geographically-fixed spatial locations. Teleconnections are caused by large spatial structures such as basin-wide coupled modes of ocean–*atmosphere* variability, Rossby wave-trains, mid-latitude jets and *storm tracks*, etc. See also *Teleconnection pattern*.

**Teleconnection pattern**   A correlation map obtained by calculating the correlation between variables at different spatial locations and a *climate index*. It is the special case of a *climate pattern* obtained for stan-

dardized variables and a standardized climate index, that is, the variables and index are each centred and scaled to have zero mean and unit variance. One-point teleconnection maps are made by choosing a variable at one of the locations to be the climate index. See also *Teleconnection*.

**Terrestrial radiation**   Radiation emitted by the Earth's surface, the *atmosphere* and the clouds. It is also known as *thermal infrared* or *longwave radiation*, and is to be distinguished from the near-infrared radiation that is part of the solar spectrum. *Infrared radiation*, in general, has a distinctive range of wavelengths (*spectrum*) longer than the wavelength of the red light in the visible part of the spectrum. The spectrum of terrestrial radiation is almost entirely distinct from that of shortwave or *solar radiation* because of the difference in temperature between the Sun and the Earth–atmosphere system. See also *Outgoing longwave radiation*.

**Thermal expansion**   In connection with sea level, this refers to the increase in volume (and decrease in density) that results from warming water. A warming of the ocean leads to an expansion of the ocean volume and hence an increase in sea level. See also *Sea level change*.

**Thermocline**   The layer of maximum vertical temperature gradient in the ocean, lying between the surface ocean and the abyssal ocean. In subtropical regions, its source waters are typically surface waters at higher latitudes that have *subducted* (see *Subduction*) and moved equatorward. At high latitudes, it is sometimes absent, replaced by a *halocline*, which is a layer of maximum vertical salinity gradient.

**Thermohaline circulation (THC)**   Large-scale circulation in the ocean that transforms low-density upper ocean waters to higher-density intermediate and deep waters and returns those waters back to the upper ocean. The circulation is asymmetric, with conversion to dense waters in restricted regions at high latitudes and the return to the surface involving slow upwelling and diffusive processes over much larger geographic regions. The THC is driven by high densities at or near the surface, caused by cold temperatures and/or high salinities, but despite its suggestive though common name, is also driven by mechanical forces such as wind and tides. Frequently, the name THC has been used synonymously with *Meridional Overturning Circulation*.

**Thermokarst**   The process by which characteristic landforms result from the thawing of ice-rich *permafrost* or the melting of massive ground ice.

**Thermosteric**   See *Sea level change*.

**Tide gauge**   A device at a coastal or deep-sea location that continuously measures the level of the sea with respect to the adjacent land. Time averaging of the sea level so recorded gives the observed secular changes of the *relative sea level*.

**Tipping point**   In *climate*, a hypothesized critical threshold when global or regional *climate changes* from one stable state to another stable state. The tipping point event may be irreversible. See also *Irreversibility*.

**Total solar irradiance (TSI)**   The total amount of *solar radiation* in watts per square metre received outside the Earth's *atmosphere* on a surface normal to the incident radiation, and at the Earth's mean distance from the Sun.

Reliable measurements of solar radiation can only be made from space and the precise record extends back only to 1978. The generally accepted value is 1368 W m⁻² with an accuracy of about 0.2%. It has recently been estimated to 1360.8 ± 0.5 W m⁻² for the solar minimum of 2008. Variations of a few tenths of a percent are common, usually associated with the passage of *sunspots* across the solar disk. The *solar cycle* variation of TSI is of the order of 0.1% (AMS, 2000). Changes in the ultraviolet part of the spectrum during a solar cycle are comparatively larger (percent) than in TSI. See also *Insolation*.

AIII

1463

**Transient climate response**   See *Climate sensitivity.*

**Transient climate response to cumulative CO₂ emissions (TCRE)**
The transient global average *surface temperature* change per unit cumulated *CO₂* emissions, usually 1000 PgC. TCRE combines both information on the *airborne fraction* of cumulated $CO_2$ emissions (the fraction of the total $CO_2$ emitted that remains in the *atmosphere*), and on the *transient climate response* (TCR).

**Tree rings**   Concentric rings of secondary wood evident in a cross section of the stem of a woody plant. The difference between the dense, small-celled late wood of one season and the wide-celled early wood of the following spring enables the age of a tree to be estimated, and the ring widths or density can be related to climate parameters such as temperature and precipitation. See also *Proxy.*

**Trend**   In this report, the word *trend* designates a change, generally monotonic in time, in the value of a variable.

**Tropopause**   The boundary between the *troposphere* and the *stratosphere.*

**Troposphere**   The lowest part of the *atmosphere*, from the surface to about 10 km in altitude at mid-latitudes (ranging from 9 km at high latitudes to 16 km in the tropics on average), where clouds and weather phenomena occur. In the troposphere, temperatures generally decrease with height. See also *Stratosphere.*

**Turnover time**   See *Lifetime.*

**Uncertainty**   A state of incomplete knowledge that can result from a lack of information or from disagreement about what is known or even knowable. It may have many types of sources, from imprecision in the data to ambiguously defined concepts or terminology, or uncertain *projections* of human behaviour. Uncertainty can therefore be represented by quantitative measures (e.g., a *probability density function*) or by qualitative statements (e.g., reflecting the judgment of a team of experts) (see Moss and Schneider, 2000; Manning et al., 2004; Mastrandrea et al., 2010). See also *Confidence* and *Likelihood.*

**United Nations Framework Convention on Climate Change (UNFCCC)**   The Convention was adopted on 9 May 1992 in New York and signed at the 1992 Earth Summit in Rio de Janeiro by more than 150 countries and the European Community. Its ultimate objective is the 'stabilisation of *greenhouse gas* concentrations in the *atmosphere* at a level that would prevent dangerous *anthropogenic* interference with the *climate system*'. It contains commitments for all Parties. Under the Convention, Parties included in Annex I (all OECD countries and countries with economies in transition) aim to return greenhouse gas emissions not controlled by the *Montreal Protocol* to 1990 levels by the year 2000. The convention entered in force in March 1994. In 1997, the UNFCCC adopted the *Kyoto Protocol.*

**Uptake**   The addition of a substance of concern to a *reservoir*. The uptake of carbon containing substances, in particular *carbon dioxide*, is often called (carbon) *sequestration.*

**Urban heat island (UHI)**   The relative warmth of a city compared with surrounding rural areas, associated with changes in *runoff*, effects on heat retention, and changes in surface *albedo.*

**Ventilation**   The exchange of ocean properties with the atmospheric *surface layer* such that property concentrations are brought closer to equilibrium values with the *atmosphere* (AMS, 2000), and the processes that propagate these properties into the ocean interior.

**Volatile Organic Compounds (VOC)**   Important class of organic chemical air pollutants that are volatile at ambient air conditions. Other terms used to represent VOCs are *hydrocarbons* (HCs), *reactive organic gases* (ROGs) and *non-methane volatile organic compounds* (NMVOCs). NMVOCs are major contributors (together with NOₓ and CO) to the formation of photochemical oxidants such as *ozone.*

**Walker Circulation**   Direct thermally driven zonal overturning circulation in the *atmosphere* over the tropical Pacific Ocean, with rising air in the western and sinking air in the eastern Pacific.

**Warm days/warm nights**   Days where maximum temperature, or nights where minimum temperature, exceeds the 90th *percentile*, where the respective temperature distributions are generally defined with respect to the 1961–1990 *reference* period. For the corresponding indices, see Box 2.4.

**Warm spell**   A period of abnormally hot weather. For the corresponding indices, see Box 2.4. See also *Heat wave.*

**Water cycle**   See *Hydrological cycle.*

**Water mass**   A body of ocean water with identifiable properties (temperature, salinity, density, chemical tracers) resulting from its unique formation process. Water masses are often identified through a vertical or horizontal extremum of a property such as salinity. North Pacific Intermediate Water (NPIW) and Antarctic Intermediate Water (AAIW) are examples of water masses.

**Weathering**   The gradual removal of atmospheric *CO₂* through dissolution of silicate and carbonate rocks. Weathering may involve physical processes (*mechanical weathering*) or chemical activity (*chemical weathering*).

**Well-mixed greenhouse gas**   See *Greenhouse gas.*

**Younger Dryas**   A period 12.85 to 11.65 ka (thousand years before 1950), during the *deglaciation*, characterized by a temporary return to colder conditions in many locations, especially around the North Atlantic.

BLM_0151978

## References

AMS, 2000: *AMS Glossary of Meteorology*, 2nd ed. American Meteorological Society, Boston, MA, http://amsglossary.allenpress.com/glossary/browse.

Hegerl, G. C., O. Hoegh-Guldberg, G. Casassa, M. P. Hoerling, R. S. Kovats, C. Parmesan, D. W. Pierce, and P. A. Stott, 2010: Good practice guidance paper on detection and attribution related to anthropogenic climate change. In: *Meeting Report of the Intergovernmental Panel on Climate Change Expert Meeting on Detection and Attribution of Anthropogenic Climate Change* [T. F. Stocker, C. B. Field, D. Qin, V. Barros, G.-K. Plattner, M. Tignor, P. M. Midgley and K. L. Ebi (eds.)]. IPCC Working Group I Technical Support Unit, University of Bern, Bern, Switzerland.

IPCC, 1992: *Climate Change 1992: The Supplementary Report to the IPCC Scientific Assessment* [J. T. Houghton, B. A. Callander and S. K. Varney (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 116 pp.

IPCC, 1996: *Climate Change 1995: The Science of Climate Change. Contribution of Working Group I to the Second Assessment Report of the Intergovernmental Panel on Climate Change* [J. T. Houghton., L. G. Meira . A. Callander, N. Harris, A. Kattenberg and K. Maskell (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 572 pp.

IPCC, 2000: *Land Use, Land-Use Change, and Forestry. Special Report of the Intergovernmental Panel on Climate Change* [R. I. Watson, I. R. Noble, B. Bolin, N. H. Ravindranath, D. J. Verardo, and D. J. Dokken (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 377 pp.

IPCC, 2001: *Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [T. Houghton, Y. Ding, D. J. Griggs, M. Noguer, P. J. van der Linden, X. Dai, K. Maskell and C. A. Johnson (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 881 pp.

IPCC, 2003: Definitions and Methodological Options to Inventory Emissions from Direct Human-Induced Degradation of Forests and Devegetation of Other Vegetation Types [Penman, J., M. Gytarsky, T. Hiraishi, T. Krug, D. Kruger, R. Pipatti, L. Buendia, K. Miwa, T. Ngara, K. Tanabe and F. Wagner (eds.)]. The Institute for Global Environmental Strategies (IGES), Japan, 32 pp.

IPCC, 2007: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change.* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 996 pp.

IPCC, 2011: *Workshop Report of the Intergovernmental Panel on Climate Change Workshop on Impacts of Ocean Acidification on Marine Biology and Ecosystems* [C. B. Field, V. Barros, T. F. Stocker, D. Qin, K.J. Mach, G.-K. Plattner, M. D. Mastrandrea, M. Tignor and K. L. Ebi (eds.)]. IPCC Working Group II Technical Support Unit, Carnegie Institution, Stanford, CA, USA, 164 pp.

IPCC, 2012: *Meeting Report of the Intergovernmental Panel on Climate Change Expert Meeting on Geoengineering* [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, C. Field, V. Barros, T. F. Stocker, Q. Dahe, J. Minx, K. Mach, G.-K. Plattner, S. Schlömer, G. Hansen and M. Mastrandrea (eds.)]. IPCC Working Group III Technical Support Unit, Potsdam Institute for Climate Impact Research, Potsdam, Germany, 99 pp.

Manning, M., et al., 2004: *IPCC Workshop on Describing Scientific Uncertainties in Climate Change to Support Analysis of Risk of Options*. Workshop Report. IPCC Working Group I Technical Support Unit, Boulder, CO, USA, 138 pp.

Mastrandrea, M. D., C. B. Field, T. F. Stocker, O. Edenhofer, K. L. Ebi, D. J. Frame, H. Held, E. Kriegler, K. J. Mach, P. R. Matschoss, G.-K. Plattner, G. W. Yohe, and F. W. Zwiers, 2010: *Guidance Note for Lead Authors of the IPCC Fifth Assessment Report on Consistent Treatment of Uncertainties*. Intergovernmental Panel on Climate Change (IPCC). http://www.ipcc.ch.

Moss, R., and S. Schneider, 2000: *Uncertainties in the IPCC TAR: Recommendations to Lead Authors for More Consistent Assessment and Reporting*. In: IPCC Supporting Material: Guidance Papers on Cross Cutting Issues in the Third Assessment Report of the IPCC. [Pachauri, R., T. Taniguchi, and K. Tanaka (eds.)]. Intergovernmental Panel on Climate Change, Geneva, pp. 33–51.

Moss, R., et al., 2008: *Towards new scenarios for analysis of emissions, climate change, impacts and response strategies*. Intergovernmental Panel on Climate Change, Geneva, 132 pp.

Moss, R. et al., 2010: The next generation of scenarios for climate change research and assessment. *Nature*, **463**, 747–756.

Nakićenović, N., and R. Swart (eds.), 2000: *Special Report on Emissions Scenarios. A Special Report of Working Group III of the Intergovernmental Panel on Climate Change*. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 599 pp.

Schwartz, S.E., and P. Warneck, 1995: Units for use in atmospheric chemistry. *Pure Appl. Chem.*, **67**, 1377–1406.

AIII

BLM_0151979

BLM_0151980



# AIV

# Annex IV: Acronyms

**This annex should be cited as:**
IPCC, 2013: Annex IV: Acronyms. In: *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

BLM_0151981

Annex IV                                                                                              Acronyms

| | | | |
|---|---|---|---|
| μmol | Micromole | ARFI | Aerosol Radiative Forcing over India |
| 20C3M | 20th Century Climate in Coupled Models | ari | Aerosol–Radiation Interactions |
| AABW | Antarctic Bottom Water | ARM | Atmospheric Radiation Measurement |
| AAIW | Antarctic Intermediate Water | ARTIST | Arctic Radiation and Turbulence Interaction Study |
| AAO | Antarctic Oscillation | ATL3 | Atlantic 3 |
| AATSR | Advanced Along Track Scanning Radiometer | ATSR | Along Track Scanning Radiometer |
| ABA | AMSR Bootstrap Algorithm | AUSMC | Australian-Maritime Continent |
| ACC | Antarctic Circumpolar Current | AVHRR | Advanced Very High Resolution Radiometer |
| ACCENT | Atmospheric Composition Change: a European Network | AVISO | Archiving, Validation and Interpretation of Satellite Oceanographic Data |
| aci | Aerosol–Cloud Interactions | BATS | Bermuda Atlantic Time Series Study |
| ACRIM | Active Cavity Radiometer Irradiance Monitor | BC | Black Carbon |
| ACW | Antarctic Circumpolar Wave | BCC | Beijing Climate Center |
| AeroCom | Aerosol Model Intercomparison | BCC-CSM | Beijing Climate Center-Climate System Model |
| AERONET | Aerosol Robotic Network | BDC | Brewer–Dobson Circulation |
| A-FORCE | Aerosol Radiative Forcing in East Asia Aircraft Campaign | BECCS | Bio-Energy with Carbon-Capture and Storage |
| AGAGE | Advanced Global Atmospheric Gases Experiment | BMI | Basin Mean Index |
| AGCM | Atmospheric General Circulation Model | BNF | Biological Nitrogen Fixation |
| AGTP | Absolute Global Temperature Change Potential | BOM | Bureau of Meteorology |
| AGWP | Absolute Global Warming Potential | $C_2Cl_4$ | Tetrachloroethene |
| AIC | Aircraft-Induced Cirrus | $C^4MIP$ | Coupled Climate Carbon Cycle Model Intercomparison Project |
| ALOHA | A Long-term Oligotrophic Habitat Assessment | $CaCO_3$ | Calcium Carbonate |
| AMIP | Atmospheric Model Intercomparison Project | CALIOP | Cloud-Aerosol Lidar with Orthogonal Polarization |
| AMM | Atlantic Meridional Mode | CALIPSO | Cloud-Aerosol Lidar and Infrared Pathfinder Satellite Observations |
| AMO | Atlantic Multi-decadal Oscillation | CAM | Community Atmosphere Model |
| AMOC | Atlantic Meridional Overturning Circulation | CAMS | Climate Anomaly Monitoring System |
| AMSR | Advanced Microwave Scanning Radiometer | CanESM | Canadian Earth System Model |
| AMSU | Advanced Microwave Sounding Unit | CASTNET | Clean Air Status and Trends Network |
| AMV | Atlantic Multi-decadal Variability | CCCma | Canadian Centre for Climate Modelling and Analysis |
| AO | Arctic Oscillation | $CCl_4$ | Carbon Tetrachloride |
| AOD | Aerosol Optical Depth | CCM | Chemistry–Climate Model |
| AOGCM | Atmosphere–Ocean General Circulation Model | CCMVal | Chemistry–Climate Model Validation |
| APHRODITE | Asian Precipitation – Highly Resolved Observational Data Integration Towards Evaluation | CCN | Cloud Condensation Nuclei |
| AR4 | IPCC Fourth Assessment Report | CCR | Carbon Climate Response |
| ARCPAC | Aerosol, Radiation, and Cloud Processes affecting Arctic Climate | CCSM | Community Climate System Model |
| ARCTAS | Arctic Research of the Composition of the Troposphere from Aircraft and Satellites | CCSR | Centre for Climate System Research |
| | | CDD | Consecutive Dry Days |

AIV

BLM_0151982

**Acronyms**                                                                    Annex IV

| | | | |
|---|---|---|---|
| CDIAC | Carbon Dioxide Information Analysis Center | COCO | CCSR Ocean Component Model |
| CDR | Carbon Dioxide Removal | COHMAP | Cooperative Holocene Mapping Project |
| CDW | Circumpolar Deep Water | CORE | Coordinated Ocean-ice Reference Experiments |
| CE | Common Era | COWCLIP | Coordinated Ocean Wave Climate Project |
| CERES | Cloud and the Earth's Radiant Energy System | COWL | Cold Ocean/Warm Land |
| CESM | Community Earth System Model | CPC | Climate Prediction Center (NOAA) |
| CESM1–BGC | Community Earth System Model 1–Biogeochemical | CPR | Cloud Profiling Radar |
| $CF_4$ | Perfluoromethane | CRE | Cloud Radiative Effect |
| CFC | Chlorofluorocarbon | CRU | Climatic Research Unit |
| CFC-11 | Trichlorofluoromethane ($CFCl_3$) | CRUTEM4 | Climatic Research Unit Gridded Dataset of Global Historical Near-Surface Air TEMperature Anomalies Over Land Version 4 |
| CFC-113 | Trichlorotrifluoroethane ($CF_2ClCFCl_2$) | | |
| CFC-12 | Dichlorodifluoromethane ($CF_2Cl_2$) | CS | Complex Ocean Sediment Model |
| CFMIP | Cloud Feedback Model Intercomparison Project | CSFR | Climate Forecast System Reanalysis |
| CFSRR | Climate Forecast System Reanalysis and Reforecast | CSIRO | Commonwealth Scientific and Industrial Research Organisation |
| CGCM | Coupled General Circulation Model | CWC | Cumulative Warming Commitment |
| $CH_2Cl_2$ | Dichloromethane | DCESS | Danish Center for Earth System Science |
| $CH_3Br$ | Bromomethane | DIC | Dissolved Inorganic Carbon |
| $CH_3CCl_3$ | Methyl Chloroform | DJF | December, January and February |
| $CH_3Cl$ | Chloromethane | DMI | Directional Movement Index |
| $CH_4$ | Methane | DMS | Dimethyl Sulphide |
| CLIMAP | Climate: Long-range Investigation, Mapping, and Prediction | DO | Dissolved Oxygen; also Dansgaard-Oeschger |
| CLIMBER-2 | Climate and Biosphere Model | DOC | Dissolved Organic Carbon |
| CLIO | Coupled Large-scale Ice-Ocean Model | DOE | Department of Energy |
| CLM4C | Community Land Model for Carbon | DTR | Diurnal Temperature Range |
| CLM4CN | Community Land Model for Carbon–Nitrogen | DU | Dobson Units |
| CMAP | CPC Merged Analysis of Precipitation | EAS | East Asian Summer |
| CMDL | Climate Monitoring and Diagnostics Laboratory (NOAA) | EASM | East Asian Summer Monsoon |
| | | EBC | Equivalent Black Carbon |
| CMIP3 | Coupled Model Intercomparison Project Phase 3 | EBM | Energy Balance Model |
| CMIP5 | Coupled Model Intercomparison Project Phase 5 | ECBILT | Coupled Atmosphere Ocean Model from de Bilt |
| CNRM | Centre National de Recherches Météorologiques | ECHAM | ECMWF and Hamburg |
| CO | Carbon Monoxide | ECHO-G | ECHAM4+HOPE-G |
| $CO_2$ | Carbon Dioxide | ECMWF | European Centre for Medium Range Weather Forecasts |
| $CO_3^{2-}$ | Carbonate | ECS | Equilibrium Climate Sensitivity |
| COADS | Comprehensive Ocean–Atmosphere Data Set | EDGAR | Emission Database for Global Atmospheric Research |
| COBE-SST | Centennial in situ Observation-Based Estimates of Sea Surface Temperature | | |
| | | EMIC | Earth System Model of Intermediate Complexity |

**AIV**

BLM_0151983

| | | | | |
|---|---|---|---|---|
| **ENSO** | El Niño-Southern Oscillation | | **GHCNDEX** | Global Historical Climatology Network-Daily Gridded Data Set of Climate Extremes |
| **EOF** | Empirical Orthogonal Function | | **GHCNv3** | Global Historical Climatology Network Version 3 |
| **ERA-40** | ECMWF 40-year ReAnalysis | | **GHG** | Greenhouse Gas |
| **ERBE** | Earth Radiation Budget Experiment | | **GI** | Greenland Interstadial |
| **ERBS** | Earth Radiation Budget Satellite | | **GIA** | Glacial Isostatic Adjustment |
| **ERF** | Effective Radiative Forcing | | **GIS** | Greenland Ice Sheet |
| **ERFaci** | Effective Radiative Forcing due to Aerosol–Cloud Interactions | | **GISP** | Greenland Ice Sheet Project |
| **ERFari** | Effective Radiative Forcing due to Aerosol–Radiation Interactions | | **GISS** | Goddard Institute of Space Studies |
| | | | **GISTEMP** | Goddard Institute for Space Studies Surface Temperature Analysis |
| **ERS** | European Remote Sensing (Satellite) | | **GL** | Grounding Line |
| **ERSST** | Extended Reconstructed Sea Surface Temperature | | **GLODAP** | Global Ocean Data Analysis Project |
| **ESA** | European Space Agency | | **GLS** | Generalized Least Squares |
| **ESM** | Earth System Model | | **GMA** | Global Monsoon Area |
| **ESMR** | Electrically Scanning Microwave Radiometer | | **GMD** | Global Monitoring Division (NOAA) |
| **ESRL** | Earth System Research Library (NOAA) | | **GMI** | Global Monsoon Precipitation Intensity |
| **ESTOC** | European Station for Time Series in the Ocean | | **GMP** | Global Monsoon Total Precipitation |
| **ETC** | Extratropical Cyclone | | **GMSL** | Global Mean Sea Level |
| **FACE** | Free-Air $CO_2$ Enrichment | | **GMST** | Global Mean Surface Temperature |
| **FAO** | Food and Agriculture Organization (UN) | | **GOCCP** | GCM-Oriented CALIPSO Cloud Product |
| **FAR** | IPCC First Assessment Report | | **GOGA** | Global Ocean Global Atmosphere |
| **FGOALS1** | Flexible Global Ocean Atmosphere Land System Model Version 1 | | **GOME** | Global Ozone Monitoring Experiment |
| | | | **GOMOS** | Global Ozone Monitoring by Occultation of Stars |
| **FIO** | First Institute of Oceanography | | **GOSAT** | Greenhouse Gases Observing Satellite |
| **FLUXNET** | Global Network of Flux Towers | | **GPCC** | Global Precipitation Climatology Centre |
| **FTIR** | Fourier Transform Infrared Spectroscopy | | **GPCP** | Global Precipitation Climatology Project |
| **FTS** | Fourier-Transform Spectrometer | | **GPH** | Geopotential Height |
| **FWCC** | Freshwater Content Changes | | **GPP** | Gross Primary Productivity |
| **GCAM** | Global Change Assessment Model | | **GPS** | Global Positioning System |
| **GCM** | General Circulation Model | | **GRACE** | Gravity Recovery and Climate Experiment |
| **GCP** | Global Cost Potential | | **GRISLI** | Grenoble Ice Shelf and Land Ice Model |
| **GCRM** | Global Cloud-Resolving Models | | **GS** | Greenland Stadial |
| **GEISA** | Gestion et Etude des Informations Spectroscopiques Atmosphériques | | **GSFC** | Goddard Space Flight Centre |
| **GENIE-1** | Grid Enabled Integrated Earth System Model-1 | | **Gt** | Gigatonnes |
| **GeoMIP G1** | Geoengineering Model Intercomparison Project G1 | | **GTP** | Global Temperature Change Potential |
| | | | **GUESS** | General Ecosystem Simulator |
| **GFDL** | Geophysical Fluid Dynamics Laboratory | | **GWD** | Gravity-Wave Drag |
| **GFED** | Global Fire Emissions Database | | **GWP** | Global Warming Potential |
| **GHCN** | Global Historical Climatology Network | | | |

**AIV**

BLM_0151984

| | | | | |
|---|---|---|---|---|
| **HadAT2** | Hadley Centre Atmospheric Temperature Data Set 2 | | **IMBIE** | Ice-sheet Mass Balance Intercomparison Experiment |
| **HadCM** | Hadley Centre Climate Prediction Models | | **IMPROVE** | US Interagency Monitoring of Protected Visual Environments |
| **HadCRUT4** | Hadley Centre Climatic Research Unit Gridded Surface Temperature Data Set 4 | | **INMCM4** | Institute for Numerical Mathematics Coupled Model 4 |
| **HadEX** | Hadley Centre Gridded Data Set Of Temperature And Precipitation Extremes | | **IOB** | Indian Ocean Basin |
| **HadGEM1** | Hadley Centre New Global Environmental Model 1 | | **IOBM** | Indian Ocean Basin Mode |
| | | | **IOD** | Indian Ocean Dipole |
| **HadGEM2-ES** | Hadley Centre New Global Environmental Model 2-Earth System | | **IODM** | Indian Ocean Dipole Mode |
| **HadGHCND** | Hadley Centre Gridded Daily Temperatures Data Set | | **IPA** | International Permafrost Association |
| | | | **IPO** | Inter-decadal Pacific Oscillation |
| **HadISST** | Hadley Centre Interpolated SST | | **IPSL** | Institut Pierre Simon Laplace |
| **HadNMAT2** | Hadley Centre Night Marine Air Temperatures Data Set Version 2 | | **IPY** | International Polar Year |
| | | | **IR** | Infrared |
| **HadSLP2r** | Hadley Centre Sea Level Pressure Data Set 2r | | **IRF** | Impulse Response Function |
| **HadSST3** | Hadley Centre Sea Surface Temperature Data Set Version 3 | | **ISCCP** | International Satellite Cloud Climatology Project |
| | | | **ITCZ** | Inter-Tropical Convergence Zone |
| **HALOE** | Halogen Occultation Experiment | | **ITF** | Indonesian Throughflow |
| **HCFC** | Hydrochlorofluorocarbon | | **IUK** | Iterative Universal Kriging |
| **HCO$_3^-$** | Bicarbonate Ion | | **JIMAR** | Joint Institute for Marine and Atmospheric Research |
| **HF** | Hickey–Frieden (Radiometer) | | | |
| **HFC** | Hydrofluorocarbon | | **JJA** | June, July and August |
| **HIPPO** | HIAPER Pole-to-Pole Observations | | **JMA** | Japan Meteorological Agency |
| **HIRHAM5** | High-Resolution Hamburg Climate Model 5 | | **JPL** | Jet Propulsion Laboratory |
| **HITRAN** | High-Resolution Transmission Molecular Absorption | | **ka** | 1000 Years ago |
| | | | **KCM** | Knowledge Capture and Modeling |
| **HOAPS** | Hamburg Ocean–Atmosphere Parameters and Fluxes from Satellite | | **kyr** | 1000 Years |
| | | | **LAC** | Light-Absorbing Carbon |
| **HOT** | Hawaii Ocean Time Series | | **LBIS** | Larsen B Ice Shelf |
| **HYDE** | History Database of the Environment | | **LBL** | Line-by-line (models) |
| **HY-INT** | Hydroclimatic Intensity | | **LGM** | Last Glacial Maximum |
| **HYLAND** | Hybrid Land Terrestrial Ecosystem Model | | **LIA** | Little Ice Age |
| **IAM** | Integrated Assessment Model | | **LIG** | Last Interglacial |
| **IASI** | Infrared Atmospheric Sounder Interferometer | | **LISAM** | Large–scale Index for South America Monsoon |
| **ICE** | Ice Cloud and Land Elevation | | **LLGHG** | Long-Lived Greenhouse Gas |
| **ICESat** | Ice, Cloud and Land Elevation Satellite | | **LMM** | Late Maunder Minimum |
| **ICOADS** | International Comprehensive Ocean-Atmosphere Data Set | | **LNADW** | Lower North Atlantic Deep Water |
| | | | **LOSU** | Level of Scientific Understanding |
| **IGAC** | International Global Atmospheric Chemistry | | **LOVECLIM** | Loch–Vecode-Ecbilt-Clio-Agism Model |
| **IMAGE** | Integrated Model to Assess the Global Environment | | | |

**AIV**

BLM_0151985

| | | | | |
|---|---|---|---|---|
| LPB | La Plata Basin | | MLOST | Merged Land–Ocean Surface Temperature (Analysis) |
| LPJ | Lund-Potsdam-Jena Dynamic Global Model | | MLS | Microwave Limb Sounder |
| LRF | Long-Range Forecast | | MME | Multi-Model Ensemble |
| LS | Lower Stratosphere | | MMF | Multiscale Modelling Framework |
| LSAT | Land-Surface Air Temperature | | MMM | Multi-Model Mean |
| LSW | Labrador Sea Water | | MMTS | Maximum–Minimum Temperature Systems |
| LUC | Land Use and Climate | | MOC | Meridional Overturning Circulation |
| LUCID | Land Use and Climate, Identification of Robust Impacts | | MOCAGE | Modèle de Chimie Atmosphérique à Grande Echelle |
| LULC | Land Use and Land Cover | | MODIS | Moderate Resolution Imaging Spectrometer |
| LULCC | Land Use and Land Cover Change | | MOHC | Met Office Hadley Centre |
| LWCRE | Longwave Cloud Radiative Effect | | MOPITT | Measurements of Pollutants in the Troposphere |
| LWR | Longwave Radiation | | MPI | Max Planck Institute |
| MAGICC | Model for the Assessment of Greenhouse Gas Induced Climate Change | | MPIOM | Max Planck Institute Ocean Model |
| MAM | March, April and May | | MPWP | Mid-Pliocene Warm Period |
| MAR | Modèle Atmosphérique Régional | | MRI | Meteorological Research Institute of Japan Meteorological Agency |
| MARGO | Multiproxy Approach for the Reconstruction of the Glacial Ocean Surface | | MSL | Mean Sea Level |
| MAT | Marine Air Temperatures | | MSSS | Mean Square Skill Score |
| MBT | Mechanical Bathythermograph | | MSU | Microwave Sounding Unit |
| MCA | Medieval Climate Anomaly | | Mt | Megatonnes |
| MDA | Mineral Dust Aerosol | | MT | Mid-Tropospheric |
| MDT | Mean Dynamic Topography | | MTCO | Mean Temperature of the Coldest Month |
| MEA | Millennium Ecosystem Assessment | | MTWA | Mean Temperature of the Warmest Month |
| MERRA | Modern Era Reanalysis for Research and Applications | | MW | Microwave |
| MESSAGE | Model for Energy Supply Strategy Alternatives and their General Environmental Impact | | MXD | Maximum Latewood Density |
| | | | Ma | Million Years ago |
| MFR | Maximum Feasible Reduction | | Myr | Million Years |
| MHD | Mace Head | | $N_2O$ | Nitrous Oxide |
| MIP | Model Intercomparison Project | | NADW | North Atlantic Deep Water |
| MIPAS | Michelson Interferometer for Passive Atmospheric Sounding | | NAM | Northern Annular Mode |
| | | | NAMP | National Air Quality Monitoring Programme (India) |
| MIROC | Model for Interdisciplinary Research on Climate | | NAMS | North American Monsoon System |
| MISI | Marine Ice Sheet Instability | | NAO | North Atlantic Oscillation |
| MISR | Multi-angle Imaging Spectro-Radiometer | | NASA | National Aeronautics and Space Administration |
| MIT | Massachusetts Institute of Technology | | NCAR | National Center for Atmospheric Research |
| MJO | Madden–Julian Oscillation | | NCEP | National Centers for Environmental Prediction |
| MLD | Mixed Layer Depth | | NEC | North Equatorial Current |

AIV

BLM_0151986

| | | | |
|---|---|---|---|
| **NEEM** | North Greenland Eemian Ice Drilling | **OLS** | Ordinary Least Squares |
| **NEWS** | Global Nutrient Export from WaterSheds | **OMI** | Ozone Monitoring Instrument |
| **NF$_3$** | Nitrogen Trifluoride | **ONDJFM** | October, November, December, January, February and March |
| **NGRIP** | North Greenland Ice Core Project | **ORC** | Oceanic Reservoir Correction |
| **NH** | Northern Hemisphere | **PAGES 2k** | Past Global Changes 2k |
| **NIWA** | National Institute of Water and Atmospheric Research | **PARASOL** | Polarization and Anisotropy of Reflectances for Atmospheric Sciences Coupled with Observations from Lidar |
| **NMAT** | Nighttime Marine Air Temperature | | |
| **NMVOC** | Non-Methane Volatile Organic Compound | **PATMOS-x** | Pathfinder Atmospheres Extended Data Set |
| **NNR** | NCEP–NCAR | **PBAPs** | Primary Biological Aerosol Particles |
| **NOAA** | National Oceanic and Atmospheric Administration | **PCM** | Parallel Climate Model |
| **NODC** | National Oceanic Data Center | **pCO$_2$** | Partial Pressure of Carbon Dioxide |
| **NorESM** | Norwegian Earth System Model | **PDF** | Probability Density Function |
| **NO$_x$** | Reactive Nitrogen Oxides (the Sum of NO and NO$_2$) | **PDO** | Pacific Decadal Oscillation |
| | | **PDSI** | Palmer Drought Severity Index |
| **NPI** | North Pacific Index | **PETM** | Paleocene–Eocene Thermal Maximum |
| **NPIW** | North Pacific Intermediate Water | **PFC** | Perfluorocarbon |
| **NPP** | Net Primary Productivity | **PG** | Peripheral Glacier |
| **NSIDC** | National Snow and Ice Data Center | **Pg** | Petagram |
| **NT1** | National Aeronautics and Space Administration (NASA) Team Algorithm, Version 1 | **PM$_{10}$** | Particulate Matter with Aerodynamic Diameter <10 µm |
| **NT2** | National Aeronautics and Space Administration (NASA) Team Algorithm, Version 2 | **PM$_{2.5}$** | Particulate Matter with Aerodynamic Diameter <2.5 µm |
| **NTCF** | Near-Term Climate Forcer | **PMEL** | Pacific Marine Environmental Laboratory |
| **O($^1$D)** | Oxygen Radical in the 1D Excited State | **PMIP3** | Paleoclimate Modelling Intercomparison Project Phase III |
| **O$_3$** | Ozone | | |
| **OA** | Ocean–Atmosphere; also Other Anthropogenic (Forcings) | **PMOD** | Physikalisch-Meteorologisches Observatorium Davos |
| **OAC** | Ocean–Atmosphere–Carbon Cycle | **PNA** | Pacific–North American (Pattern) |
| **OAFlux** | Objectively Analyzed Air–Sea Heat Fluxes | **POA** | Primary Organic Aerosol |
| **OAGCMs** | Ocean–Atmosphere General Circulation Models | **POC** | Particulate Organic Carbon |
| **OAV** | Ocean–Atmosphere–Vegetation | **POLDER** | Polarization and Directionality of the Earth's Reflectance |
| **OC** | Organic Carbon | | |
| **OCN** | Oceanic Carbon and Nutrient Cycling (Model) | **PPE** | Perturbed-Parameter Ensemble |
| **ODP** | Ocean Drilling Program | **PRCE** | Peak Response to Cumulative Emissions |
| **ODS** | Ozone-Depleting Substance | **PREMOS** | Precision Monitor Sensor |
| **OH** | Hydroxyl Radical | **PSA** | Pacific–South American (Pattern) |
| **OHC** | Ocean Heat Content | **PSMSL** | Permanent Service for Mean Sea Level |
| **OHR** | Ocean Heating Rate | **PSS** | Practical Salinity Scale |
| **OLR** | Outgoing Longwave Radiation | **PSS78** | Practical Salinity Scale 1978 |

**AIV**

BLM_0151987

| | | | |
|---|---|---|---|
| **PUCCINI** | Physical Understanding of Composition-Climate Interactions and Impacts | **SBA** | SSM/I Bootstrap Algorithm |
| **QBO** | Quasi-Biennial Oscillation | **SBUV** | Solar Backscatter Ultraviolet |
| **R95p (R99p)** | Amount of Precipitation from Days >95th (99th) Percentile | **SC** | Solar Cycle |
| | | **SCA** | Snow-Covered Area |
| **RACMO2** | Regional Atmospheric Climate Model 2 | **SCD** | Snow Cover Duration |
| **RAOBCORE** | Radiosone Observation Correction using Reanalyses | **SCE** | Snow Cover Extent |
| | | **SCIA** | Scanning Imaging Absorption Spectrometer for Atmospheric Chartography |
| **RAPID/MOCHA** | Rapid Climate Change-Meridional Overturning Circulation and Heatflux Array | **SCIAMACHY** | Scanning Imaging Absorption Spectrometer for Atmospheric Chartography |
| **RATPAC** | Radiosonde Atmospheric Temperature Products for Assessing Climate | **SD** | Snow Depth; also Statistical Downscaling |
| **RCM** | Regional Climate Model | **SDGVM** | Sheffield Dynamic Global Vegetation Model |
| **RCP** | Representative Concentration Pathway | **SDII** | Simple Daily Precipitation Intensity Index |
| **RE** | Radiative Efficiency | **SeaWiFS** | Sea-viewing Wide Field-of-view Sensor |
| **REMBO** | Regional, Moisture-Balance Orographic Model | **SEM** | Semi-Empirical Model |
| **REML** | Restricted Maximum Likelihood | **SF$_6$** | Sulphur Hexafluoride |
| **RF** | Radiative Forcing | **SH** | Southern Hemisphere |
| **RFaci** | Radiative Forcing from Aerosol–Cloud Interactions | **SICOPOLIS** | Simulation Code for Polythermal Ice Sheets |
| **RGI** | Randolph Glacier Inventory | **SIM** | Spectral Irradiance Monitor |
| **RH** | Relative Humidity | **SIO** | Scripps Institution of Oceanography |
| **RICH** | Radiosonde Innovation Composite Homogenization | **SLE** | Sea Level Equivalent |
| | | **SLP** | Sea Level Pressure |
| **RMIB** | Royal Meteorological Institute of Belgium | **SLR** | Sea Level Rise |
| **RMS** | Root Mean Square | **SMB** | Surface Mass Balance |
| **RMSE** | Root Mean Square Error | **SMMR** | Scanning Multichannel Microwave Radiometer |
| **RO** | Radio Occultation | **SMOS** | Soil Moisture and Ocean Salinity |
| **RSCA** | Relative Snow-Covered Area | **SNO** | Simultaneous Nadir Overpass |
| **RSL** | Relative Sea Level | **SO$_2$** | Sulphur Dioxide |
| **RSS** | Remote Sensing System | **SO$_2$F$_2$** | Sulphuryl Fluoride |
| **RX5day/RX1day** | Annual Maximum 5-Day/1-Day Precipitation | **SO$_4{}^{2-}$** | Sulfate |
| **S/N** | Signal-to-Noise (Ratio) | **SOA** | Secondary Organic Aerosol |
| **SACZ** | South Atlantic Convergence Zone | **SOI** | Southern Oscillation Index |
| **SAGE** | Stratospheric Aerosol and Gas Experiment or Centre for Sustainability and the Global Environment | **SOLSTICE** | Solar Stellar Irradiance Comparison Experiment |
| | | **SON** | September, October and November |
| **SAM** | Southern Annular Mode | **SORCE** | Solar Radiation and Climate Experiment |
| **SAMS** | South American Monsoon System | **SPARC** | Stratospheric Processes and their Role in Climate Chemistry Climate Model Validation |
| **SAMW** | Sub-Antarctic Mode Water | **SPCZ** | South Pacific Convergence Zone |
| **SAR** | IPCC Second Assessment Report | | |
| **SAT** | Surface Air Temperature | | |

**AIV**

BLM_0151988

| | |
|---|---|
| SPEI | Standardised Precipitation Evapotranspiration Index |
| SPI | Standardised Precipitation Index |
| SPRINTARS | Spectral Radiation-Transport Model for Aerosol Species |
| SRALT | Satellite Radar Altimetry |
| SRES | IPCC Special Report on Emission Scenarios |
| SREX | IPCC Special Report on Managing the Risk of Extreme Events and Disasters to Advance Climate Change Adaptation |
| SRM | Solar Radiation Management |
| SSH | Sea Surface Height |
| SSI | Spectral Solar Irradiance |
| SSM/I | Special Sensor Microwave/Imager |
| SSR | Surface Solar Radiation |
| SSS | Sea Surface Salinity |
| SST | Sea Surface Temperature |
| SSU | Stratospheric Sounding Unit |
| STAR | Center for Satellite Applications and Research |
| STMW | Subtropical Mode Water |
| SVS | Standard Verification System (WMO) |
| SWCRE | Shortwave Cloud Radiative Effect |
| SWE | Snow Water Equivalent |
| SWH | Significant Wave Height |
| SWR | Solar Shortwave Radiation |
| TBO | Tropospheric Biennial Oscillation |
| Tg | Teragrams |
| T/P | TOPEX/Poseidon |
| TANSO | Thermal and Near Infrared Sensor for Carbon Observation |
| TAR | IPCC Third Assessment Report |
| TC | Tropical Cyclone; also Total Carbon |
| TCCON | Total Carbon Column Observing Network |
| TCR | Transient Climate Response |
| TCRE | Transient Climate Response to Cumulative $CO_2$ Emissions |
| TES | Tropospheric Emission Spectrometer |
| TIM | Total Irradiance Monitor |
| TNI | Trans-Niño Index |
| TOA | Top of the Atmosphere |
| TOMS | Total Ozone Mapping Spectrometer |

| | |
|---|---|
| TOPEX | Topography Experiment |
| TRANSCOM | Atmospheric Tracer Transport Model Intercomparison Project |
| TRIFFID | Top-down Representation of Interactive Foliage and Flora Including Dynamics |
| TRUTHS | Traceable Radiometry Underpinning Terrestrial and Helio Studies |
| TRW | Tree-Ring Width |
| TSI | Total Solar Irradiance |
| TTD | Transit Time Distribution |
| TW | Tidewater |
| UAH | University of Alabama in Huntsville |
| UARS | Upper Atmosphere Research Satellite |
| UCI | University of California, Irvine |
| UHI | Urban Heat Island |
| UNADW | Upper North Atlantic Deep Water |
| UNEP | United Nations Environment Programme |
| UOHC | Upper (0–700 m) Ocean Heat Content |
| USHCN | US Historical Climatology Network |
| UTLS | Upper Troposphere/Lower Stratosphere |
| UV | Ultraviolet |
| UVic | University of Victoria |
| VasClimO | Variability Analyses of Surface Climate Observations |
| VEGAS | Terrestrial Vegetation and Carbon Model |
| VIIRS | Visible Infrared Imaging Radiometer Suite |
| VLM | Vertical Land Motion |
| VOC | Volatile Organic Compound |
| VOS | Voluntary Observing Ship |
| W | Watts |
| WAIS | West Antarctic Ice Sheet |
| WASWind | Wave- and Anemometer-Based Sea Surface Wind |
| WCRP | World Climate Research Programme |
| WMGHG | Well-Mixed Greenhouse Gas |
| WMO | World Meteorological Organization |
| WOCE | World Ocean Circulation Experiment |
| WSG | Western Subarctic Gyre |
| XBT | Expendable Bathythermograph |

AIV

BLM_0151989

BLM_0151990



# Annex V: Contributors to the IPCC WGI Fifth Assessment Report

**This annex should be cited as:**

IPCC, 2013: Annex V: Contributors to the IPCC WGI Fifth Assessment Report. In: *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

BLM_0151991

*Coordinating Lead Authors, Lead Authors, Review Editors and Contributing Authors are listed alphabetically by surname.*

**AAMAAS, Borgar**
Center for International Climate and Environmental Research Oslo
Norway

**ABE-OUCHI, Ayako**
University of Tokyo
Japan

**ABIODUN, Babatunde**
University of Cape Town
South Africa

**ABRAHAM, Libu**
Qatar Meteorological Department
Qatar

**ACHUTARAO, Krishna Mirle**
Indian Institute of Technology
India

**ADEDOYIN, Akintayo John**
University of Botswana
Botswana

**ADLER, Robert F.**
University of Maryland
USA

**AHLSTRÖM, Anders**
Lund University
Sweden

**ALDRIAN, Edvin**
Agency for Meteorology, Climatology and Geophysics
Indonesia

**ALDRIN, Magne**
Norwegian Computing Center and University of Oslo
Norway

**ALEXANDER, Lisa V.**
University of New South Wales
Australia

**ALLAN, Richard P.**
University of Reading
UK

**ALLAN, Robert**
Met Office Hadley Centre
UK

**ALLEN, Myles R.**
University of Oxford
UK

**ALLEN, Simon K.**
IPCC WGI TSU, University of Bern
Switzerland

**ALLISON, Ian**
Antarctic Climate and Ecosystems Cooperative Research Centre
Australia

**AMBRIZZI, Tércio**
University of Sao Paulo
Brazil

**AN, Soon-Il**
Yonsei University
Republic of Korea

**ANAV, Alessandro**
University of Exeter
UK

**ANCHUKAITIS, Kevin**
Woods Hole Oceanographic Institution
USA

**ANDERSON, Bruce**
Boston University
USA

**ANDREWS, Oliver**
University of East Anglia
UK

**ANDREWS, Timothy**
Met Office Hadley Centre
UK

**AOKI, Shigeru**
Hokkaido University
Japan

**AOYAMA, Michio**
Meteorological Research Institute
Japan

**ARAKAWA, Osamu**
University of Tsukuba
Japan

**ARBLASTER, Julie**
Bureau of Meteorology
Australia

**ARCHER, David**
University of Chicago
USA

**ARENDT, Anthony A.**
University of Alaska Fairbanks
USA

**ARORA, Vivek**
Environment Canada
Canada

**ARRITT, Raymond**
Iowa State University
USA

**ARTAXO, Paulo**
University of Sao Paulo
Brazil

**BAEHR, Johanna**
University of Hamburg
Germany

**BAHR, David B.**
University of Colorado Boulder
USA

**BALA, Govindasamy**
Indian Institute of Science
India

**BALAN SAROJINI, Beena**
University of Reading
UK

**BALDWIN, Mark**
University of Exeter
UK

**BAMBER, Jonathan**
University of Bristol
UK

**BARINGER, Molly**
National Oceanic and Atmospheric Administration, Atlantic Oceanographic and Meteorological Laboratory
USA

**BARLOW, Mathew**
University of Massachusetts
USA

**BARRIOPEDRO, David**
Universidad Complutense de Madrid
Spain

**BARTHOLY, Judit**
Eötvös Loránd University
Hungary

**BARTLEIN, Patrick J.**
University of Oregon
USA

**BATES, Nicholas R.**
Bermuda Biological Station
Bermuda

**BEER, Jürg**
Eawag - Swiss Federal Institute of Aquatic Science and Technology
Switzerland

AV

1478

BLM_0151992

**BELLOUIN, Nicolas**
University of Reading
UK

**BENEDETTI, Angela**
European Centre for Medium-Range Weather Forecasts
UK

**BENITO, Gerardo**
Consejo Superior de Investigaciones Científicas
Spain

**BEYERLE, Urs**
ETH Zurich
Switzerland

**BIASUTTI, Michela**
Columbia University
USA

**BINDOFF, Nathaniel L.**
University of Tasmania
Australia

**BINER, Sébastien**
Ouranos Consortium on Regional Climatology and Adaptation to Climate Change
Canada

**BITZ, Cecilia M.**
University of Washington
USA

**BLAKE, Donald R.**
University of California Irvine
USA

**BODAS-SALCEDO, Alejandro**
Met Office Hadley Centre
UK

**BOER, George J.**
Environment Canada
Canada

**BOJARIU, Roxana**
National Meteorological Administration
Romania

**BONAN, Gordon**
National Center for Atmospheric Research
USA

**BONY, Sandrine**
Laboratoire de Météorologie Dynamique, Institut Pierre Simon Laplace
France

**BOOTH, Ben B.**
Met Office Hadley Centre
UK

**BOPP, Laurent**
Laboratoire des Sciences du Climat et de l'Environnement, Institut Pierre Simon Laplace
France

**BORGES, Alberto Vieira**
Université de Liège
Belgium

**BOUCHER, Olivier**
Laboratoire de Météorologie Dynamique, Institut Pierre Simon Laplace
France

**BOUSQUET, Philippe**
Laboratoire des Sciences du Climat et de l'Environnement, Institut Pierre Simon Laplace
France

**BOUWMAN, Lex**
PBL Netherlands Environmental Assessment Agency
Netherlands

**BOX, Jason E.**
Geological Survey of Denmark and Greenland
Denmark

**BOYER, Timothy**
National Oceanic and Atmospheric Administration, National Oceanographic Data Center
USA

**BRACONNOT, Pascale**
Laboratoire des Sciences du Climat et de l'Environnement, Institut Pierre Simon Laplace
France

**BRAUER, Achim**
GFZ German Research Centre for Geosciences
Germany

**BRÉON, François-Marie**
Laboratoire des Sciences du Climat et de l'Environnement, Institut Pierre Simon Laplace
France

**BRETHERTON, Christopher**
University of Washington
USA

**BROMWICH, David H.**
Ohio State University
USA

**BRÖNNIMANN, Stefan**
University of Bern
Switzerland

**BROOKS, Harold E.**
National Oceanic and Atmospheric Administration, National Severe Storms Laboratory
USA

**BROVKIN, Victor**
Max Planck Institute for Meteorology
Germany

**BROWN, Josephine**
Bureau of Meteorology
Australia

**BROWN, Ross**
Environment Canada
Canada

**BROWNE, Oliver**
University of Edinburgh
UK

**BRUHWILER, Lori M.**
National Oceanic and Atmospheric Administration, Earth System Research Laboratory
USA

**BRUTEL-VUILMET, Claire**
Laboratoire de Glaciologie et Géophysique de l'Environnement, Université Joseph Fourier
France

**BYRNE, Robert H.**
University of South Florida
USA

**CAI, Wenju**
CSIRO Marine and Atmospheric Research
Australia

**CALDEIRA, Kenneth**
Carnegie Institution for Science
USA

**CAMERON-SMITH, Philip**
Lawrence Livermore National Laboratory
USA

**CAMILLONI, Ines**
Universidad de Buenos Aires
Argentina

**CAMPOS, Edmo**
University of Sao Paulo
Brazil

**CANADELL, Josep**
CSIRO Marine and Atmospheric Research
Australia

**CANE, Mark**
Columbia University
USA

**AV**

BLM_0151993

**CAO, Long**
Zhejiang University
China

**CARRASCO, Jorge**
Direccion Meteorologica de Chile
Chile

**CARSON, Mark**
University of Hamburg
Germany

**CARTER, Tim**
Finnish Environment Institute
Finland

**CARVALHO, Leila V.**
University of California Santa Barbara
USA

**CATTO, Jennifer**
Monash University
Australia

**CAVALCANTI, Iracema F.A.**
National Institute for Space Research
Brazil

**CAZENAVE, Anny**
Laboratoire d'Etudes en Géophysique et
Océanographie Spatiales
France

**CHADWICK, Robin**
Met Office Hadley Centre
UK

**CHAMBERS, Don**
University of South Florida
USA

**CHANG, Ping**
Texas A&M University
USA

**CHAPPELLAZ, Jérôme**
Laboratoire de Glaciologie et Géophysique
de l'Environnement, Université Joseph Fourier
France

**CHARABI, Yassine Abdul-Rahman**
Sultan Qaboos University
Oman

**CHEN, Deliang**
University of Gothenburg
Sweden

**CHEN, Xiaolong**
Institute of Atmospheric Physics, Chinese
Academy of Sciences
China

**CHEVALLIER, Frédéric**
Laboratoire des Sciences du Climat et de
l'Environnement, Institut Pierre Simon
Laplace
France

**CHHABRA, Abha**
Indian Space Research Organisation
India

**CHIKAMOTO, Yoshimitsu**
University of Hawaii
USA

**CHOI, Jung**
Seoul National University
Republic of Korea

**CHOU, Sin Chan**
National Institute for Space Research
Brazil

**CHRISTENSEN, Jens Hesselbjerg**
Danish Meteorological Institute
Denmark

**CHRISTENSEN, Ole Bøssing**
Danish Meteorological Institute
Denmark

**CHRISTIDIS, Nikolaos**
Met Office Hadley Centre
UK

**CHURCH, John A.**
CSIRO Marine and Atmospheric Research
Australia

**CIAIS, Philippe**
Laboratoire des Sciences du Climat et de
l'Environnement, Institut Pierre Simon
Laplace
France

**CLARK, Peter U.**
Oregon State University
USA

**CLEVELAND, Cory**
University of Montana
USA

**CLIFTON, Olivia**
Columbia University
USA

**COGLEY, J. Graham**
Trent University
Canada

**COLLINS, Matthew**
University of Exeter
UK

**COLLINS, William**
University of Reading
UK

**COLLINS, William**
Lawrence Berkeley National Laboratory
USA

**COMISO, Josefino C.**
National Aeronautics and Space
Administration, Goddard Space Flight Center
USA

**COOK, Edward**
Columbia University
USA

**COOK, Kerry H.**
University of Texas
USA

**COOLEY, Sarah**
Woods Hole Oceanographic Institution
USA

**COOPER, Owen R.**
Cooperative Institute for Research in
Environmental Sciences
USA

**CORTI, Susanna**
Institute of Atmospheric Sciences and
Climate
Italy

**COX, Peter**
University of Exeter
UK

**CROWLEY, Thomas**
Braeheads Institute
UK

**CUBASCH, Ulrich**
Freie Universität Berlin
Germany

**CUNNINGHAM, Stuart**
Scottish Association of Marine Science
UK

**DAI, Aiguo**
University at Albany
USA

**DALSØREN, Stig B.**
Center for International Climate and
Environmental Research Oslo
Norway

**DANIEL, John S.**
National Oceanic and Atmospheric
Administration, Earth System Research
Laboratory
USA

BLM_0151994

**DAVIS, Robert E.**
University of Virginia
USA

**DAVIS, Sean M.**
National Oceanic and Atmospheric
Administration, Earth System Research
Laboratory
USA

**DE CASTRO, Manuel**
Universidad de Castilla-La Mancha
Spain

**DE DECKKER, Patrick**
Australian National University
Australia

**DE ELÍA, Ramón**
Université du Québec à Montréal and
Ouranos Consortium
Canada

**DE MENEZES, Viviane Vasconcellos**
University of Tasmania
Australia

**DE VERNAL, Anne**
Université du Québec à Montréal
Canada

**DEFRIES, Ruth**
Columbia University
USA

**DEL GENIO, Anthony**
National Aeronautics and Space
Administration, Goddard Institute for Space
Studies
USA

**DELCROIX, Thierry**
Laboratoire d'Etudes en Géophysique et
Océanographie Spatiales
France

**DELECLUSE, Pascale**
Météo-France
France

**DELMONTE, Barbara**
University of Milano-Bicocca
Italy

**DELSOLE, Tim**
George Mason University
USA

**DENTENER, Frank J.**
European Commission, Joint Research Center
EU

**DESER, Clara**
National Center for Atmospheric Research
USA

**DINEZIO, Pedro**
University of Hawaii
USA

**DING, Yihui**
National Climate Center, China
Meteorological Administration
China

**DLUGOKENCKY, Edward J.**
National Oceanic and Atmospheric
Administration, Earth System Research
Laboratory
USA

**DOBLAS-REYES, Francisco**
Institució Catalana de Recerca i Estudis
Avançats and Institut Català de Ciències del
Clima
Spain

**DOKKEN, Trond**
Uni Research Norway
Norway

**DOMINGUES, Catia M.**
Antarctic Climate and Ecosystems
Cooperative Research Centre
Australia

**DONAT, Markus G.**
University of New South Wales
Australia

**DONEY, Scott C.**
Woods Hole Oceanographic Institution
USA

**DONG, Wenjie**
Beijing Normal University
China

**DORE, John**
Montana State University
USA

**DOWSETT, Harry J.**
U.S. Geological Survey
USA

**DRIOUECH, Fatima**
Direction de la Météorologie Nationale
Morocco

**DUFRESNE, Jean-Louis**
Laboratoire de Météorologie Dynamique,
Institut Pierre Simon Laplace
France

**DURACK, Paul J.**
Lawrence Livermore National Laboratory
USA

**EASTERLING, David R.**
National Oceanic and Atmospheric
Administration, Cooperative Institute for
Climate and Satellites
USA

**EBY, Michael**
University of Victoria
Canada

**EDWARDS, R. Lawrence**
University of Minnesota
USA

**ELISEEV, Alexey**
Russian Academy of Sciences
Russian Federation

**EMANUEL, Kerry**
Massachusetts Institute of Technology
USA

**EMORI, Seita**
National Institute for Environmental Studies
Japan

**ENDO, Hirokazu**
Meteorological Research Institute
Japan

**ENFIELD, David B.**
University of Miami
USA

**ERISMAN, Jan Willem**
Louis Bolk Institute
Netherlands

**EUSKIRCHEN, Eugenie S.**
University of Alaska Fairbanks
USA

**EVAN, Amato**
Scripps Institution of Oceanography
USA

**EYRING, Veronika**
DLR German Aerospace Center
Germany

**FACCHINI, Maria Cristina**
Institute of Atmospheric Sciences and
Climate
Italy

**FASULLO, John**
National Center for Atmospheric Research
USA

**FEELY, Richard A.**
National Oceanic and Atmospheric
Administration, Pacific Marine Environmental
Laboratory
USA

**AV**

BLM_0151995

**FEINGOLD, Graham**
National Oceanic and Atmospheric
Administration, Earth System Research
Laboratory
USA

**FETTWEIS, Xavier**
Université de Liège
Belgium

**FICHEFET, Thierry**
Université catholique de Louvain
Belgium

**FINE, Rana**
University of Miami
USA

**FIOLETOV, Vitali**
Environment Canada
Canada

**FIORE, Arlene M.**
Columbia University and Lamont-Doherty
Earth Observatory
USA

**FISCHER, Erich M.**
ETH Zurich
Switzerland

**FISCHER, Hubertus**
University of Bern
Switzerland

**FLANNER, Mark**
University of Michigan
USA

**FLATO, Gregory**
Environment Canada
Canada

**FLEITMANN, Dominik**
University of Reading
UK

**FOREST, Chris E.**
Pennsylvania State University
USA

**FORSTER, Piers**
University of Leeds
UK

**FOSTER, Gavin**
University of Southampton
UK

**FRAME, David**
Victoria University of Wellington
New Zealand

**FREELAND, Howard**
Fisheries and Oceans Canada
Canada

**FRIEDLINGSTEIN, Pierre**
University of Exeter
UK

**FRÖHLICH, Claus**
Physikalisch-Meteorologisches
Observatorium Davos, World Radiation
Center
Switzerland

**FUGLESTVEDT, Jan**
Center for International Climate and
Environmental Research Oslo
Norway

**FUZZI, Sandro**
Institute of Atmospheric Sciences and
Climate
Italy

**FYFE, John**
Environment Canada
Canada

**GALLOWAY, James**
University of Virginia
USA

**GANOPOLSKI, Andrey**
Potsdam Institute for Climate Impact
Research
Germany

**GAO, Xuejie**
National Climate Center, China
Meteorological Administration
China

**GARCÍA-SERRANO, Javier**
Institut Català de Ciències del Clima
Spain

**GARDNER, Alex S.**
Clark University
USA

**GARZOLI, Silvia**
National Oceanic and Atmospheric
Administration, Atlantic Oceanographic and
Meteorological Laboratory
USA

**GATES, Lydia**
Freie Universität Berlin
Germany

**GBOBANIYI, Emiola**
Swedish Meteorological and Hydrological
Institute
Sweden

**GEHRELS, W. Roland**
University of York
UK

**GERLAND, Sebastian**
Norwegian Polar Institute
Norway

**GHAN, Steven**
Pacific Northwest National Laboratory
USA

**GIANNINI, Alessandra**
Columbia University
USA

**GIESEN, Rianne**
Utrecht University
Netherlands

**GILLETT, Nathan**
Environment Canada
Canada

**GINOUX, Paul**
National Oceanic and Atmospheric
Administration, Geophysical Fluid Dynamics
Laboratory
USA

**GLECKLER, Peter J.**
Lawrence Livermore National Laboratory
USA

**GONZÁLEZ ROUCO, Jesús Fidel**
Universidad Complutense de Madrid
Spain

**GONZÁLEZ-DÁVILA, Melchor**
Universidad de Las Palmas de Gran Canaria
Spain

**GOOD, Peter**
Met Office Hadley Centre
UK

**GOOD, Simon**
Met Office Hadley Centre
UK

**GOODESS, Clare**
University of East Anglia
UK

**GOOSSE, Hugues**
Université catholique de Louvain
Belgium

**GOSWAMI, Prashant**
CSIR Centre for Mathematical Modelling and
Computer Simulation
India

AV

BLM_0151996

**GOVIN, Aline**
MARUM Center for Marine Environmental Sciences
Germany

**GRANIER, Claire**
Laboratoire Atmosphères, Milieux, Observations Spatiales, Institut Pierre Simon Laplace
France

**GRAVERSON, Rune Grand**
Stockholm University
Sweden

**GRAY, Lesley**
University of Oxford
UK

**GREGORY, Jonathan M.**
University of Reading and Met Office Hadley Centre
UK

**GREVE, Ralf**
Hokkaido University
Japan

**GRIFFIES, Stephen**
National Oceanic and Atmospheric Administration, Geophysical Fluid Dynamics Laboratory
USA

**GRUBER, Nicolas**
ETH Zurich
Switzerland

**GRUBER, Stephan**
University of Zurich
Switzerland

**GUEMAS, Virginie**
Institut Català de Ciències del Clima
Spain

**GUILYARDI, Eric**
Laboratoire d'Océanographie et du Climat, Institut Pierre Simon Laplace
France

**GULEV, Sergey**
P.P. Shirshov Institute of Oceanology
Russian Federation

**GUPTA, Anil K.**
Wadia Institute of Himalayan Geology
India

**GURNEY, Kevin**
Arizona State University
USA

**GUTOWSKI, William J.**
Iowa State University
USA

**GUTZLER, David**
University of New Mexico
USA

**HAAS, Christian**
York University
Canada

**HAGEN, Jon Ove**
University of Oslo
Norway

**HAIGH, Joanna**
Imperial College London
UK

**HAIMBERGER, Leopold**
University of Vienna
Austria

**HALL, Alex**
University of California Los Angeles
USA

**HANNA, Edward**
University of Sheffield
UK

**HANSINGO, Kabumbwe**
University of Zambia
Zambia

**HARGREAVES, Julia**
Japan Agency for Marine-Earth Science and Technology
Japan

**HARIHARASUBRAMANIAN, Annamalai**
University of Hawaii
USA

**HARRISON, Sandy**
Macquarie University
Australia

**HARTMANN, Dennis L.**
University of Washington
USA

**HAWKINS, Ed**
University of Reading
UK

**HAYWOOD, Alan**
University of Leeds
UK

**HEGERL, Gabriele C.**
University of Edinburgh
UK

**HEIMANN, Martin**
Max Planck Institute for Biogeochemistry
Germany

**HEINZE, Christoph**
University of Bergen
Norway

**HELD, Isaac**
National Oceanic and Atmospheric Administration, Geophysical Fluid Dynamics Laboratory
USA

**HEMER, Mark**
CSIRO Marine and Atmospheric Research
Australia

**HENSE, Andreas**
University of Bonn
Germany

**HEWITSON, Bruce**
University of Cape Town
South Africa

**HEZEL, Paul J.**
Université catholique de Louvain
Belgium

**HO, Shu-Peng (Ben)**
National Center for Atmospheric Research
USA

**HOCK, Regine**
University of Alaska Fairbanks
USA

**HODGES, Kevin I.**
University of Reading
UK

**HODNEBROG, Øivind**
Center for International Climate and Environmental Research Oslo
Norway

**HOLGATE, Simon J.**
Sea Level Research Foundation
UK

**HOLLAND, David**
New York University
USA

**HOLLAND, Elisabeth A.**
University of the South Pacific
Fiji

**HOLLAND, Greg**
National Center for Atmospheric Research
USA

AV

BLM_0151997

**HOLLAND, Marika M.**
National Center for Atmospheric Research
USA

**HOLLIS, Chris**
GNS Science
New Zealand

**HOLMES, Christopher**
University of California Irvine
USA

**HOOSE, Corinna**
Karlsruhe Institute of Technology
Germany

**HOPWOOD, Brett**
Oak Ridge National Laboratory
USA

**HORTON, Ben**
Rutgers University
USA

**HOUGHTON, Richard A.**
Woods Hole Research Center
USA

**HOUSE, Joanna I.**
University of Bristol
UK

**HOUWELING, Sander**
Utrecht University
Netherlands

**HU, Yongyun**
Peking University
China

**HUANG, Jianping**
Lanzhou University
China

**HUANG, Ping**
Institute of Atmospheric Physics, Chinese
Academy of Sciences
China

**HUBER, Markus**
ETH Zurich
Switzerland

**HUNKE, Elizabeth**
Los Alamos National Laboratory
USA

**HUNTER, John R.**
University of Tasmania
Australia

**HUNTER, Stephen**
University of Leeds
UK

**HURRELL, Jim**
National Center for Atmospheric Research
USA

**HURTT, George**
University of Maryland
USA

**HUSS, Matthias**
University of Fribourg
Switzerland

**HUYBRECHTS, Philippe**
Vrije Universiteit Brussel
Belgium

**HYDES, David**
National Oceanography Centre
UK

**ILYINA, Tatiana**
Max Planck Institute for Meteorology
Germany

**IMBERS QUINTANA, Jara**
University of Oxford
UK

**INFANTI, Johnna**
University of Miami
USA

**INGRAM, William**
University of Oxford
UK

**ISHII, Masayoshi**
Meteorological Research Institute
Japan

**IVANOVA, Detelina**
Lawrence Livermore National Laboratory
USA

**JACOB, Daniel**
Harvard University
USA

**JACOBS, Stanley**
Columbia University
USA

**JACOBSON, Andrew D.**
Northwestern University
USA

**JAIN, Atul**
University of Illinois
USA

**JAIN, Suman**
University of Zambia
Zambia

**JAKOB, Christian**
Monash University
Australia

**JANSEN, Eystein**
University of Bergen
Norway

**JANSSEN, Emily**
University of Illinois
USA

**JEVREJEVA, Svetlana**
National Oceanography Centre
UK

**JOHN, Jasmin**
National Oceanic and Atmospheric
Administration, Geophysical Fluid Dynamics
Laboratory
USA

**JOHNS, Tim**
Met Office Hadley Centre
UK

**JOHNSON, Gregory C.**
National Oceanic and Atmospheric
Administration, Pacific Marine Environmental
Laboratory
USA

**JONES, Andy**
Met Office Hadley Centre
UK

**JONES, Christopher**
Met Office Hadley Centre
UK

**JONES, Julie**
University of Sheffield
UK

**JOOS, Fortunat**
University of Bern
Switzerland

**JOSEY, Simon A.**
National Oceanography Centre
UK

**JOSHI, Manoj**
University of East Anglia
UK

**JOUGHIN, Ian**
University of Washington
USA

**JOUSSAUME, Sylvie**
Laboratoire des Sciences du Climat et de
l'Environnement, Institut Pierre Simon
Laplace
France

**AV**

BLM_0151998

**JOUZEL, Jean**
Laboratoire des Sciences du Climat et de l'Environnement, Institut Pierre Simon Laplace
France

**JUNGCLAUS, Johann**
Max Planck Institute for Meteorology
Germany

**KAGEYAMA, Masa**
Laboratoire des Sciences du Climat et de l'Environnement, Institut Pierre Simon Laplace
France

**KANIKICHARLA, Krishna Kumar**
Indian Institute of Tropical Meteorology
India

**KANYANGA, Joseph Katongo**
Zambia Meteorological Department
Zambia

**KANZOW, Torsten**
GEOMAR Helmholtz Centre for Ocean Research
Germany

**KAPLAN, Alexey**
Columbia University
USA

**KAPLAN, Jed O.**
EPFL Lausanne
Switzerland

**KARL, David**
University of Hawaii
USA

**KARUMURI, Ashok**
Indian Institute of Tropical Meteorology
India

**KASER, Georg**
University of Innsbruck
Austria

**KASPAR, Frank**
Deutscher Wetterdienst
Germany

**KATO, Etsushi**
National Institute for Environmental Studies
Japan

**KATSMAN, Caroline**
Royal Netherlands Meteorological Institute
Netherlands

**KATTSOV, Vladimir**
Voeikov Main Geophysical Observatory
Russian Federation

**KATZFEY, Jack**
CSIRO Marine and Atmospheric Research
Australia

**KAZMIN, Alexander**
P.P. Shirshov Institute of Oceanology
Russian Federation

**KEELING, Ralph**
Scripps Institution of Oceanography
USA

**KENNEDY, John J.**
Met Office Hadley Centre
UK

**KENT, Elizabeth C.**
National Oceanography Centre
UK

**KERMINEN, Veli-Matti**
Finnish Meteorological Institute
Finland

**KEY, Robert M.**
Princeton University
USA

**KHARIN, Viatcheslav**
Environment Canada
Canada

**KHATIWALA, Samar**
Columbia University
USA

**KIMOTO, Masahide**
University of Tokyo
Japan

**KINNE, Stefan**
Max Planck Institute for Meteorology
Germany

**KIRSCHKE, Stefanie**
Laboratoire des Sciences du Climat et de l'Environnement, Institut Pierre Simon Laplace
France

**KIRTMAN, Ben**
University of Miami
USA

**KITOH, Akio**
University of Tsukuba
Japan

**KJELLSTRÖM, Erik**
Swedish Meteorological and Hydrological Institute
Sweden

**KLEIN, Stephen A.**
Lawrence Livermore National Laboratory
USA

**KLEIN GOLDEWIJK, Kees**
Utrecht University and PBL Netherlands Environmental Assessment Agency
Netherlands

**KLEIN TANK, Albert M.G.**
Royal Netherlands Meteorological Institute
Netherlands

**KLEYPAS, Joan**
National Center for Atmospheric Research
USA

**KLIMONT, Zbigniew**
International Institute for Applied Systems Analysis
Austria

**KLOSTER, Silvia**
Max Planck Institute for Meteorology
Germany

**KNIGHT, Jeff**
Met Office Hadley Centre
UK

**KNUTSON, Thomas**
National Oceanic and Atmospheric Administration, Geophysical Fluid Dynamics Laboratory
USA

**KNUTTI, Reto**
ETH Zurich
Switzerland

**KOCH, Dorothy**
U.S. Department of Energy
USA

**KOIKE, Makoto**
University of Tokyo
Japan

**KONDO, Yutaka**
University of Tokyo
Japan

**KONIKOW, Leonard**
U.S. Geological Survey
USA

**KOPP, Robert**
Rutgers University
USA

**KÖRPER, Janina**
Freie Universität Berlin
Germany

**AV**

BLM_0151999

**KOSSIN, James P.**
National Oceanic and Atmospheric
Administration, Cooperative Institute for
Meteorological Satellite Studies
USA

**KOSTIANOY, Andrey**
P.P. Shirshov Institute of Oceanology
Russian Federation

**KOVEN, Charles**
Lawrence Berkeley National Laboratory
USA

**KRAVITZ, Ben**
Pacific Northwest National Laboratory
USA

**KRINNER, Gerhard**
Laboratoire de Glaciologie et Géophysique
de l'Environnement, Université Joseph Fourier
France

**KROEZE, Carolien**
Wageningen University and Open Universiteit
Nederland
Netherlands

**KULKARNI, Ashwini**
Indian Institute of Tropical Meteorology
India

**KUNDETI, Koteswara Rao**
Indian Institute of Tropical Meteorology
India

**KUSHNIR, Yochanan**
Columbia University
USA

**KWOK, Ronald**
National Aeronautics and Space
Administration, Jet Propulsion Laboratory
USA

**KWON, Won-Tae**
National Institute of Meteorological Research
Republic of Korea

**LAKEN, Benjamin**
Instituto de Astrofisica de Canarias
Spain

**LAMARQUE, Jean-François**
National Center for Atmospheric Research
USA

**LAMBECK, Kurt**
Australian National University
Australia

**LANDAIS, Amaëlle**
Laboratoire des Sciences du Climat et de
l'Environnement, Institut Pierre Simon
Laplace
France

**LANDERER, Felix**
National Aeronautics and Space
Administration, Jet Propulsion Laboratory
USA

**LASSEY, Keith**
National Institute of Water and Atmospheric
Research
New Zealand

**LAU, Ngar-Cheung**
National Oceanic and Atmospheric
Administration, Geophysical Fluid Dynamics
Laboratory
USA

**LAU, William K.**
National Aeronautics and Space
Administration, Goddard Institute for Space
Studies
USA

**LAW, Rachel M.**
CSIRO Marine and Atmospheric Research
Australia

**LAWRENCE, David M.**
National Center for Atmospheric Research
USA

**LE BROCQ, Anne**
University of Exeter
UK

**LE QUÉRÉ, Corinne**
University of East Anglia
UK

**LEBSOCK, Matthew**
National Aeronautics and Space
Administration, Jet Propulsion Laboratory
USA

**LEE, David**
Manchester Metropolitan University
UK

**LEE, Kitack**
Pohang University of Science and Technology
Republic of Korea

**LEE, Robert W.**
University of Reading
UK

**LEE, Tong**
National Aeronautics and Space
Administration, Jet Propulsion Laboratory
USA

**LEMKE, Peter**
Alfred Wegener Institute for Polar and Marine
Research
Germany

**LENAERTS, Jan**
Utrecht University
Netherlands

**LENDERINK, Geert**
Royal Netherlands Meteorological Institute
Netherlands

**LENNARD, Chris**
University of Cape Town
South Africa

**LENTON, Andrew**
CSIRO Marine and Atmospheric Research
Australia

**LEULIETTE, Eric**
National Oceanic and Atmospheric
Administration, Center for Satellite
Applications and Research
USA

**LEUNG, Lai-yung Ruby**
Pacific Northwest National Laboratory
USA

**LEVERMANN, Anders**
Potsdam Institute for Climate Impact
Research
Germany

**LI, Camille**
University of Bergen
Norway

**LI, Hongmei**
Max Planck Institute for Meteorology
Germany

**LIAO, Hong**
Institute of Atmospheric Physics, Chinese
Academy of Sciences
China

**LIDDICOAT, Spencer**
Met Office Hadley Centre
UK

**LIGTENBERG, Stefan**
Utrecht University
Netherlands

**AV**

BLM_0152000

**LIN, Renping**
Institute of Atmospheric Physics, Chinese Academy of Sciences
China

**LITTLE, Christopher M.**
Princeton University
USA

**LO, Fiona**
Cornell University
USA

**LOCKWOOD, Mike**
University of Reading
UK

**LOEB, Norman G.**
National Aeronautics and Space Administration, Langley Research Center
USA

**LOHMANN, Ulrike**
ETH Zurich
Switzerland

**LOMAS, Mark R.**
University of Sheffield
UK

**LOSADA, Teresa**
Universidad de Castilla-La Mancha
Spain

**LOTT, Fraser**
Met Office Hadley Centre
UK

**LU, Jian**
George Mason University
USA

**LUCAS, Christopher**
Bureau of Meteorology
Australia

**LUCHT, Wolfgang**
Potsdam Institute for Climate Impact Research
Germany

**LUNT, Daniel J.**
University of Bristol
UK

**LUO, Yiqi**
University of Oklahoma
USA

**LUTERBACHER, Jürg**
Justus-Liebig University Giessen
Germany

**MACKELLAR, Neil C.**
University of Cape Town
South Africa

**MAGAÑA, Victor**
Universidad Nacional Autonoma de Mexico
Mexico

**MAHLSTEIN, Irina**
Federal Office of Meteorology and Climatology MeteoSwiss
Switzerland

**MAHOWALD, Natalie**
Cornell University
USA

**MAKI, Takashi**
Meteorological Research Institute
Japan

**MARENGO, José**
National Institute for Space Research
Brazil

**MARKUS, Thorsten**
National Aeronautics and Space Administration, Goddard Space Flight Center
USA

**MARLAND, Gregg**
Appalachian State University
USA

**MAROTZKE, Jochem**
Max Planck Institute for Meteorology
Germany

**MARSHALL, Gareth**
British Antarctic Survey
UK

**MARSTON, George**
University of Reading
UK

**MARZEION, Ben**
University of Innsbruck
Austria

**MASSOM, Rob**
Australian Antarctic Division
Australia

**MASSON-DELMOTTE, Valérie**
Laboratoire des Sciences du Climat et de l'Environnement, Institut Pierre Simon Laplace
France

**MASSONNET, François**
Université catholique de Louvain
Belgium

**MATTHEWS, H. Damon**
Concordia University
Canada

**MAURITZEN, Cecilie**
Center for International Climate and Environmental Research Oslo
Norway

**MAYORGA, Emilio**
University of Washington
USA

**MCGREGOR, Shayne**
University of New South Wales
Australia

**MCINNES, Kathleen L.**
CSIRO Marine and Atmospheric Research
Australia

**MEARNS, Linda**
National Center for Atmospheric Research
USA

**MEARS, Carl A.**
Remote Sensing Systems
USA

**MEEHL, Gerald**
National Center for Atmospheric Research
USA

**MEINSHAUSEN, Malte**
Potsdam Institute for Climate Impact Research
Germany

**MELTON, Joe R.**
Environment Canada
Canada

**MENDOZA, Blanca**
Universidad Nacional Autonoma de Mexico
Mexico

**MENÉNDEZ, Claudio**
Universidad de Buenos Aires
Argentina

**MENÉNDEZ, Melisa**
Universidad de Cantabria
Spain

**MENNE, Matthew**
National Oceanic and Atmospheric Administration, National Climatic Data Center
USA

**MERCHANT, Christopher J.**
University of Edinburgh
UK

**AV**

BLM_0152001

Contributors to the IPCC WGI Fifth Assessment Report

**MERNILD, Sebastian H.**
Los Alamos National Laboratory
USA

**MERRIFIELD, Mark A.**
University of Hawaii
USA

**METZL, Nicolas**
Laboratoire d'Océanographie et du Climat,
Institut Pierre Simon Laplace
France

**MILNE, Glenn A.**
University of Ottawa
Canada

**MIN, Seung-Ki**
Pohang University of Science and Technology
Republic of Korea

**MITCHELL, Daniel**
University of Oxford
UK

**MITROVICA, Jerry X.**
Harvard University
USA

**MOBERG, Anders**
Stockholm University
Sweden

**MOHOLDT, Geir**
Scripps Institution of Oceanography
USA

**MOKHOV, Igor I.**
A.M. Obukhov Institute of Atmospheric
Physics
Russian Federation

**MOKSSIT, Abdalah**
Direction de la Météorologie Nationale
Morocco

**MÖLG, Thomas**
Technical University Berlin
Germany

**MONSELESAN, Didier**
CSIRO Marine and Atmospheric Research
Australia

**MONTZKA, Stephen A.**
National Oceanic and Atmospheric
Administration, Earth System Research
Laboratory
USA

**MORAK, Simone**
University of Reading
UK

**MORDY, Calvin**
National Oceanic and Atmospheric
Administration, Pacific Marine Environmental
Laboratory
USA

**MORICE, Colin P.**
Met Office Hadley Centre
UK

**MOTE, Philip**
Oregon State University
USA

**MOTTRAM, Ruth**
Danish Meteorological Institute
Denmark

**MSADEK, Rym**
National Oceanic and Atmospheric
Administration, Geophysical Fluid Dynamics
Laboratory
USA

**MUDELSEE, Manfred**
Alfred Wegener Institute for Polar and Marine
Research
Germany

**MÜLLER, Stefanie**
Freie Universität Berlin
Germany

**MUHS, Daniel R.**
U.S. Geological Survey
USA

**MULITZA, Stefan**
MARUM Center for Marine Environmental
Sciences
Germany

**MUNHOVEN, Guy**
Université de Liège
Belgium

**MURAKAMI, Hiroyuki**
University of Hawaii
USA

**MURPHY, Daniel**
National Oceanic and Atmospheric
Administration, Earth System Research
Laboratory
USA

**MURRAY, Tavi**
Swansea University
UK

**MYHRE, Cathrine Lund**
Norwegian Institute for Air Research
Norway

**MYHRE, Gunnar**
Center for International Climate and
Environmental Research Oslo
Norway

**MYNENI, Ranga B.**
Boston University
USA

**NAIK, Vaishali**
National Oceanic and Atmospheric
Administration, Geophysical Fluid Dynamics
Laboratory
USA

**NAISH, Tim**
Victoria University of Wellington
New Zealand

**NAKAJIMA, Teruyuki**
University of Tokyo
Japan

**NATH, Mary Jo**
National Oceanic and Atmospheric
Administration, Geophysical Fluid Dynamics
Laboratory
USA

**NEELIN, J. David**
University of California Los Angeles
USA

**NEREM, R. Steven**
Cooperative Institute for Research in
Environmental Sciences
USA

**NICHOLAS, J.P.**
Ohio State University
USA

**NICK, Faezeh**
UNIS - The University Centre in Svalbard
Norway

**NIELSEN, Claus J.**
University of Oslo
Norway

**NIWA, Yosuke**
Meteorological Research Institute
Japan

**NOJIRI, Yukihiro**
National Institute for Environmental Studies
Japan

**NORBY, Richard J.**
Oak Ridge National Laboratory
USA

**NORRIS, Joel R.**
Scripps Institution of Oceanography
USA

AV

BLM_0152002

**NUNN, Patrick D.**
University of New England
Australia

**O'CONNOR, Fiona**
Met Office Hadley Centre
UK

**O'DOWD, Colin**
National University of Ireland, Galway
Ireland

**O'NEILL, Brian C.**
National Center for Atmospheric Research
USA

**OLAFSSON, Jon**
University of Iceland
Iceland

**OLESEN, Martin**
Danish Meteorological Institute
Denmark

**ORR, James**
Laboratoire des Sciences du Climat et de
l'Environnement, Institut Pierre Simon
Laplace
France

**ORSI, Alejandro**
Texas A&M University
USA

**OSBORN, Timothy**
University of East Anglia
UK

**OTTO, Alexander**
University of Oxford
UK

**OTTO, Friederike**
University of Oxford
UK

**OTTO-BLIESNER, Bette**
National Center for Atmospheric Research
USA

**OVERDUIN, Pier Paul**
Alfred Wegener Institute for Polar and Marine
Research
Germany

**OVERLAND, James**
National Oceanic and Atmospheric
Administration, Pacific Marine Environmental
Laboratory
USA

**PAINTER, Jeff**
Lawrence Livermore National Laboratory
USA

**PALMER, Tim**
University of Oxford
UK

**PARK, Geun-Ha**
Korea Institute of Ocean Science and
Technology
Republic of Korea

**PARK, Geun-Ha**
National Oceanic and Atmospheric
Administration, Atlantic Oceanographic and
Meteorological Laboratory
USA

**PARKER, David E.**
Met Office Hadley Centre
UK

**PARRENIN, Frédéric**
Laboratoire de Glaciologie et Géophysique
de l'Environnement, Université Joseph Fourier
France

**PATRA, Prabir**
Japan Agency for Marine-Earth Science and
Technology
Japan

**PATRICOLA, Christina M.**
Texas A&M University
USA

**PAUL, Frank**
University of Zurich
Switzerland

**PAVLOVA, Tatiana**
Voeikov Main Geophysical Observatory
Russian Federation

**PAYNE, Antony J.**
University of Bristol
UK

**PEARSON, Paul N.**
Cardiff University
UK

**PENNER, Joyce**
University of Michigan
USA

**PEREGON, Anna**
Laboratoire des Sciences du Climat et de
l'Environnement, Institut Pierre Simon
Laplace
France

**PERLWITZ, Judith**
Cooperative Institute for Research in
Environmental Sciences
USA

**PERRETTE, Mahé**
Potsdam Institute for Climate Impact
Research
Germany

**PETERS, Glen P.**
Center for International Climate and
Environmental Research Oslo
Norway

**PETERS, Wouter**
Wageningen University
Netherlands

**PETERSCHMITT, Jean-Yves**
Laboratoire des Sciences du Climat et de
l'Environnement, Institut Pierre Simon
Laplace
France

**PEYLIN, Philippe**
Laboratoire des Sciences du Climat et de
l'Environnement, Institut Pierre Simon
Laplace
France

**PFEFFER, W. Tad**
University of Colorado Boulder
USA

**PHILIPPON-BERTHIER, Gwenaëlle**
Laboratoire des Sciences du Climat et de
l'Environnement, Institut Pierre Simon
Laplace
France

**PIAO, Shilong**
Peking University
China

**PIERCE, David**
Scripps Institution of Oceanography
USA

**PIPER, Stephen**
Scripps Institution of Oceanography
USA

**PITMAN, Andy**
University of New South Wales
Australia

**PLANTON, Serge**
Météo-France
France

**PLATTNER, Gian-Kasper**
IPCC WGI TSU, University of Bern
Switzerland

**POLCHER, Jan**
Laboratoire de Météorologie Dynamique,
Institut Pierre Simon Laplace
France

**AV**

BLM_0152003

**POLLARD, David**
Pennsylvania State University
USA

**POLSON, Debbie**
University of Edinburgh
UK

**POLYAKOV, Igor**
University of Alaska Fairbanks
USA

**PONGRATZ, Julia**
Max Planck Institute for Meteorology
Germany

**POULTER, Benjamin**
Laboratoire des Sciences du Climat et de
l'Environnement, Institut Pierre Simon
Laplace
France

**POWER, Scott B.**
Bureau of Meteorology
Australia

**PRABHAT**
Lawrence Berkeley National Laboratory
USA

**PRATHER, Michael**
University of California Irvine
USA

**PROWSE, Terry**
Environment Canada
Canada

**PURKEY, Sarah G.**
University of Washington
USA

**QIAN, Yun**
Pacific Northwest National Laboratory
USA

**QIN, Dahe**
Co-Chair IPCC WGI, China Meteorological
Administration
China

**QIU, Bo**
University of Hawaii
USA

**QUINN, Terrence**
University of Texas
USA

**RADIĆ, Valentina**
University of British Columbia
Canada

**RAE, Jamie**
Met Office Hadley Centre
UK

**RAHIMZADEH, Fatemeh**
Islamic Republic of Iran Meteorological
Organization
Iran

**RAHMSTORF, Stefan**
Potsdam Institute for Climate Impact
Research
Germany

**RÄISÄNEN, Jouni**
University of Helsinki
Finland

**RAMASWAMY, Venkatachalam**
National Oceanic and Atmospheric
Administration, Geophysical Fluid Dynamics
Laboratory
USA

**RAMESH, Rengaswamy**
Physical Research Laboratory
India

**RANDALL, David**
Colorado State University
USA

**RANDEL, William J.**
National Center for Atmospheric Research
USA

**RASCH, Philip**
Pacific Northwest National Laboratory
USA

**RAUSER, Florian**
Max Planck Institute for Meteorology
Germany

**RAVISHANKARA, A.R.**
National Oceanic and Atmospheric
Administration, Earth System Research
Laboratory
USA

**RAY, Suchanda**
CSIR Centre for Mathematical Modelling and
Computer Simulation
India

**RAYMOND, Peter A.**
Yale University
USA

**RAYNAUD, Dominique**
Laboratoire de Glaciologie et Géophysique
de l'Environnement, Université Joseph Fourier
France

**RAYNER, Peter**
University of Melbourne
Australia

**REASON, Chris**
University of Cape Town
South Africa

**REICH, Katharine Davis**
University of California Los Angeles
USA

**REID, Jeffrey**
U.S. Naval Research Laboratory
USA

**REN, Jiawen**
Cold and Arid Regions Environmental and
Engineering Research Institute, Chinese
Academy of Sciences
China

**RENWICK, James**
Victoria University of Wellington
New Zealand

**REVERDIN, Gilles**
Laboratoire d'Océanographie et du Climat,
Institut Pierre Simon Laplace
France

**RHEIN, Monika**
University of Bremen
Germany

**RIBES, Aurélien**
Météo-France
France

**RICHTER, Andreas**
University of Bremen
Germany

**RICHTER, Carolin**
World Meteorological Organization
Switzerland

**RIDGWELL, Andy**
University of Bristol
UK

**RIGBY, Matthew**
University of Bristol
UK

**RIGNOT, Eric**
National Aeronautics and Space
Administration, Jet Propulsion Laboratory
USA

**RILEY, William J.**
Lawrence Berkeley National Laboratory
USA

AV

BLM_0152004

**RINGEVAL, Bruno**
Utrecht University
Netherlands

**RINTOUL, Stephen R.**
CSIRO Marine and Atmospheric Research
Australia

**ROBINSON, David**
Rutgers University
USA

**ROBOCK, Alan**
Rutgers University
USA

**RÖDENBECK, Christian**
Max Planck Institute for Biogeochemistry
Germany

**RODRIGUES, Luis R.L.**
Institut Català de Ciències del Clima
Spain

**RODRÍGUEZ DE FONSECA, Belén**
Universidad Complutense de Madrid
Spain

**RODWELL, Mark**
European Centre for Medium-Range Weather
Forecasts
UK

**ROEMMICH, Dean**
Scripps Institution of Oceanography
USA

**ROGELJ, Joeri**
ETH Zurich
Switzerland

**ROHLING, Eelco**
Australian National University
Australia

**ROJAS, Maisa**
Universidad de Chile
Chile

**ROMANOU, Anastasia**
Columbia University
USA

**ROTH, Raphael**
University of Bern
Switzerland

**ROTSTAYN, Leon**
CSIRO Marine and Atmospheric Research
Australia

**RUMMUKAINEN, Markku**
Swedish Meteorological and Hydrological
Institute
Sweden

**RUSTICUCCI, Matilde**
Universidad de Buenos Aires
Argentina

**RUTI, Paolo**
Italian National Agency for New
Technologies, Energy and Sustainable
Economic Development
Italy

**SABINE, Christopher**
National Oceanic and Atmospheric
Administration, Pacific Marine Environmental
Laboratory
USA

**SAENKO, Oleg**
Environment Canada
Canada

**SALZMANN, Ulrich**
Northumbria University
UK

**SAMSET, Bjørn**
Center for International Climate and
Environmental Research Oslo
Norway

**SANTER, Benjamin D.**
Lawrence Livermore National Laboratory
USA

**SARR, Abdoulaye**
National Meteorological Agency of Senegal
Senegal

**SATHEESH, S.K.**
Indian Institute of Science
India

**SAUNOIS, Marielle**
Laboratoire des Sciences du Climat et de
l'Environnement, Institut Pierre Simon
Laplace
France

**SAVARINO, Joël**
Laboratoire de Glaciologie et Géophysique
de l'Environnement, Université Joseph Fourier
France

**SCAIFE, Adam A.**
Met Office Hadley Centre
UK

**SCHÄR, Christoph**
ETH Zurich
Switzerland

**SCHMIDT, Hauke**
Max Planck Institute for Meteorology
Germany

**SCHMIDTKO, Sunke**
University of East Anglia
UK

**SCHMITT, Raymond**
Woods Hole Oceanographic Institution
USA

**SCHMITTNER, Andreas**
Oregon State University
USA

**SCHOOF, Christian**
University of British Columbia
Canada

**SCHULZ, Jörg**
EUMETSAT
Germany

**SCHULZ, Michael**
MARUM Center for Marine Environmental
Sciences
Germany

**SCHULZ, Michael**
Norwegian Meteorological Institute
Norway

**SCHULZWEIDA, Uwe**
Max Planck Institute for Meteorology
Germany

**SCHURER, Andrew**
University of Edinburgh
UK

**SCHUUR, Edward**
University of Florida
USA

**SCINOCCA, John**
Environment Canada
Canada

**SCREEN, James**
University of Exeter
UK

**SEAGER, Richard**
Columbia University
USA

**SEBBARI, Rachid**
Direction de la Météorologie Nationale
Morocco

**SEDLÁČEK, Jan**
ETH Zurich
Switzerland

**SEIDEL, Dian J.**
National Oceanic and Atmospheric
Administration, Air Resources Laboratory
USA

**AV**

BLM_0152005

**SEMENOV, Vladimir**
Russian Academy of Sciences
Russian Federation

**SEXTON, David**
Met Office Hadley Centre
UK

**SHAFFREY, Len C.**
University of Reading
UK

**SHAKUN, Jeremy**
Boston College
USA

**SHAO, XueMei**
Institute of Geographic Sciences and Natural
Resources Research, Chinese Academy of
Sciences
China

**SHARP, Martin**
University of Alberta
Canada

**SHEPHERD, Theodore**
University of Reading
UK

**SHERWOOD, Steven**
University of New South Wales
Australia

**SHIKLOMANOV, Nikolay**
George Washington University
USA

**SHIMADA, Koji**
Tokyo University of Marine Science and
Technology
Japan

**SHINDELL, Drew**
National Aeronautics and Space
Administration, Goddard Institute for Space
Studies
USA

**SHINE, Keith**
University of Reading
UK

**SHIOGAMA, Hideo**
National Institute for Environmental Studies
Japan

**SHONGWE, Mxolisi**
South African Weather Service
South Africa

**SILLMANN, Jana**
Environment Canada
Canada

**SIMMONS, Adrian**
European Centre for Medium-Range Weather
Forecasts
UK

**SITCH, Stephen**
University of Exeter
UK

**SLANGEN, Aimée**
CSIRO Marine and Atmospheric Research
Australia

**SLATER, Andrew**
National Snow and Ice Data Center
USA

**SMERDON, Jason**
Columbia University
USA

**SMIRNOV, Dmitry**
Russian Academy of Sciences
Russian Federation

**SMITH, Doug**
Met Office Hadley Centre
UK

**SMITH, Sharon**
Natural Resources Canada
Canada

**SMITH, Steven J.**
Pacific Northwest National Laboratory
USA

**SMITH, Thomas M.**
National Oceanic and Atmospheric
Administration, Center for Satellite
Applications and Research
USA

**SODEN, Brian J.**
University of Miami
USA

**SOLMAN, Silvina**
Universidad de Buenos Aires
Argentina

**SOLOMINA, Olga**
Russian Academy of Sciences
Russian Federation

**SPAHNI, Renato**
University of Bern
Switzerland

**SPERBER, Kenneth**
Lawrence Livermore National Laboratory
USA

**STAMMER, Detlef**
University of Hamburg
Germany

**STAMMERJOHN, Sharon**
University of Colorado Boulder
USA

**STEFFEN, Konrad**
Swiss Federal Institute for Forest, Snow and
Landscape Research WSL
Switzerland

**STENDEL, Martin**
Danish Meteorological Institute
Denmark

**STEPHENS, Graeme**
National Aeronautics and Space
Administration, Jet Propulsion Laboratory
USA

**STEPHENSON, David B.**
University of Exeter
UK

**STEVENS, Bjorn**
Max Planck Institute for Meteorology
Germany

**STEVENSON, David S.**
University of Edinburgh
UK

**STEVENSON, Samantha**
University of Hawaii
USA

**STIER, Philip**
University of Oxford
UK

**STÖBER, Uwe**
University of Bremen
Germany

**STOCKER, Benjamin D.**
University of Bern
Switzerland

**STOCKER, Thomas F.**
Co-Chair IPCC WGI, University of Bern
Switzerland

**STORELVMO, Trude**
Yale University
USA

**STOTT, Peter A.**
Met Office Hadley Centre
UK

AV

1492

BLM_0152006

**STRAMMA, Lothar**
GEOMAR Helmholtz Centre for Ocean
Research
Germany

**STUBENRAUCH, Claudia**
Laboratoire de Météorologie Dynamique,
Institut Pierre Simon Laplace
France

**SUGA, Toshio**
Tohoku University
Japan

**SUTTON, Rowan**
University of Reading
UK

**SWART, Neil**
University of Victoria
Canada

**TAKAHASHI, Taro**
Columbia University
USA

**TAKAYABU, Izuru**
Meteorological Research Institute
Japan

**TAKEMURA, Toshihiko**
Kyushu University
Japan

**TALLEY, Lynne D.**
Scripps Institution of Oceanography
USA

**TANGANG, Fredolin**
National University of Malaysia
Malaysia

**TANHUA, Toste**
GEOMAR Helmholtz Centre for Ocean
Research
Germany

**TANS, Pieter**
National Oceanic and Atmospheric
Administration, Earth System Research
Laboratory
USA

**TARASOV, Pavel**
Freie Universität Berlin
Germany

**TAYLOR, Karl**
Lawrence Livermore National Laboratory
USA

**TEBALDI, Claudia**
Climate Central, Inc.
USA

**TETT, Simon**
University of Edinburgh
UK

**TEULING, Adriaan J. (Ryan)**
Wageningen University
Netherlands

**THOMPSON, Rona L.**
Norwegian Institute for Air Research
Norway

**THORNE, Peter W.**
Nansen Environmental and Remote Sensing
Center
Norway

**THORNTON, Peter**
Oak Ridge National Laboratory
USA

**TIMMERMANN, Axel**
University of Hawaii
USA

**TJIPUTRA, Jerry**
Uni Research Norway
Norway

**TRENBERTH, Kevin**
National Center for Atmospheric Research
USA

**TÜRKEŞ, Murat**
Çanakkale Onsekiz Mart University
Turkey

**TURNER, John**
British Antarctic Survey
UK

**UMMENHOFER, Caroline**
Woods Hole Oceanographic Institution
USA

**UNNIKRISHNAN, Alakkat S.**
National Institute of Oceanography
India

**VAN ANGELEN, Jan H.**
Utrecht University
Netherlands

**VAN DE BERG, Willem Jan**
Utrecht University
Netherlands

**VAN DE WAL, Roderik**
Utrecht University
Netherlands

**VAN DEN BROEKE, Michiel**
Utrecht University
Netherlands

**VAN DEN HURK, Bart**
Royal Netherlands Meteorological Institute
Netherlands

**VAN DER WERF, Guido**
VU University Amsterdam
Netherlands

**VAN NOIJE, Twan**
Royal Netherlands Meteorological Institute
Netherlands

**VAN OLDENBORGH, Geert Jan**
Royal Netherlands Meteorological Institute
Netherlands

**VAN VUUREN, Detlef**
PBL Netherlands Environmental Assessment
Agency
Netherlands

**VAUGHAN, David G.**
British Antarctic Survey
UK

**VAUTARD, Robert**
Laboratoire des Sciences du Climat et de
l'Environnement, Institut Pierre Simon
Laplace
France

**VAVRUS, Steve**
University of Wisconsin
USA

**VECCHI, Gabriel**
National Oceanic and Atmospheric
Administration, Geophysical Fluid Dynamics
Laboratory
USA

**VELICOGNA, Isabella**
University of California Irvine
USA

**VERNIER, Jean-Paul**
National Aeronautics and Space
Administration, Langley Research Center
USA

**VESALA, Timo**
University of Helsinki
Finland

**VINTHER, Bo M.**
University of Copenhagen
Denmark

**VITERBO, Pedro**
Instituto de Meteorologia
Portugal

**VIZCAÍNO, Miren**
Delft University of Technology
Netherlands

**AV**

1493

**VON SCHUCKMANN, Karina**
Institut Français de Recherche pour
l'Exploitation de la Mer
France

**VON STORCH, Hans**
University of Hamburg
Germany

**VOULGARAKIS, Apostolos**
Imperial College London
UK

**WADA, Yoshihide**
Utrecht University
Netherlands

**WADHAMS, Peter**
University of Cambridge
UK

**WAELBROECK, Claire**
Laboratoire des Sciences du Climat et de
l'Environnement, Institut Pierre Simon
Laplace
France

**WALSH, Kevin**
University of Melbourne
Australia

**WANG, Bin**
University of Hawaii
USA

**WANG, Chunzai**
National Oceanic and Atmospheric
Administration, Atlantic Oceanographic and
Meteorological Laboratory
USA

**WANG, Fan**
Institute of Oceanology, Chinese Academy of
Sciences
China

**WANG, Hui-Jun**
Institute of Atmospheric Physics, Chinese
Academy of Sciences
China

**WANG, Junhong**
National Center for Atmospheric Research
USA

**WANG, Muyin**
National Oceanic and Atmospheric
Administration, Joint Institute for the Study
of the Atmosphere and Ocean
USA

**WANG, Xiaolan L.**
Environment Canada
Canada

**WANIA, Rita**
Austria

**WANNER, Heinz**
University of Bern
Switzerland

**WANNINKHOF, Rik**
National Oceanic and Atmospheric
Administration, Atlantic Oceanographic and
Meteorological Laboratory
USA

**WARD, Daniel S.**
Cornell University
USA

**WATTERSON, Ian**
CSIRO Marine and Atmospheric Research
Australia

**WEAVER, Andrew J.**
University of Victoria
Canada

**WEBB, Mark**
Met Office Hadley Centre
UK

**WEBB, Robert**
National Oceanic and Atmospheric
Administration, Earth System Research
Laboratory
USA

**WEHNER, Michael**
Lawrence Berkeley National Laboratory
USA

**WEISHEIMER, Antje**
University of Oxford
UK

**WEISS, Ray F.**
Scripps Institution of Oceanography
USA

**WHITE, Neil J.**
CSIRO Marine and Atmospheric Research
Australia

**WIDLANSKY, Matthew**
University of Hawaii
USA

**WIJFFELS, Susan**
CSIRO Marine and Atmospheric Research
Australia

**WILD, Martin**
ETH Zurich
Switzerland

**WILD, Oliver**
Lancaster University
UK

**WILLETT, Kate M.**
Met Office Hadley Centre
UK

**WILLIAMS, Keith**
Met Office Hadley Centre
UK

**WINKELMANN, Ricarda**
Potsdam Institute for Climate Impact
Research
Germany

**WINKER, David**
National Aeronautics and Space
Administration, Langley Research Center
USA

**WINTHER, Jan-Gunnar**
Norwegian Polar Institute
Norway

**WITTENBERG, Andrew**
National Oceanic and Atmospheric
Administration, Geophysical Fluid Dynamics
Laboratory
USA

**WOLF-GLADROW, Dieter**
Alfred Wegener Institute for Polar and Marine
Research
Germany

**WOOD, Simon N.**
University of Bath
UK

**WOODWORTH, Philip L.**
National Oceanography Centre
UK

**WOOLLINGS, Tim**
University of Reading
UK

**WORBY, Anthony**
CSIRO Marine and Atmospheric Research
Australia

**WRATT, David**
National Institute of Water and Atmospheric
Research
New Zealand

**WUEBBLES, Donald**
University of Illinois
USA

**WYANT, Matthew**
University of Washington
USA

AV

BLM_0152008

**XIAO, Cunde**
Chinese Academy of Meteorological Sciences,
China Meteorological Administration
China

**XIE, Shang-Ping**
Scripps Institution of Oceanography
USA

**YASHAYAEV, Igor**
Bedford Institute of Oceanography
Canada

**YASUNARI, Tetsuzo**
Nagoya University
Japan

**YEH, Sang-Wook**
Hanyang University
Republic of Korea

**YIN, Jianjun**
University of Arizona
USA

**YOKOYAMA, Yusuke**
University of Tokyo
Japan

**YOSHIMORI, Masakazu**
University of Tokyo
Japan

**YOUNG, Paul**
Lancaster University
UK

**YU, Lisan**
Woods Hole Oceanographic Institution
USA

**ZACHOS, James**
University of California Santa Cruz
USA

**ZAEHLE, Sönke**
Max Planck Institute for Biogeochemistry
Germany

**ZAPPA, Giuseppe**
University of Reading
UK

**ZENG, Ning**
University of Maryland
USA

**ZHAI, Panmao**
National Climate Center, China
Meteorological Administration
China

**ZHANG, Chidong**
University of Miami
USA

**ZHANG, Hua**
National Climate Center, China
Meteorological Administration
China

**ZHANG, Jianglong**
University of North Dakota
USA

**ZHANG, Lixia**
Institute of Atmospheric Physics, Chinese
Academy of Sciences
China

**ZHANG, Rong**
National Oceanic and Atmospheric
Administration, Geophysical Fluid Dynamics
Laboratory
USA

**ZHANG, Tingjun**
Cooperative Institute for Research in
Environmental Sciences
USA

**ZHANG, Xiao-Ye**
Chinese Academy of Meteorological Sciences,
China Meteorological Administration
China

**ZHANG, Xuebin**
Environment Canada
Canada

**ZHAO, Lin**
Cold and Arid Regions Environmental and
Engineering Research Institute, Chinese
Academy of Sciences
China

**ZHAO, Zong-Ci**
National Climate Center, China
Meteorological Administration
China

**ZHENG, Xiaotong**
Ocean University of China
China

**ZHOU, Tianjun**
Institute of Atmospheric Physics, Chinese
Academy of Sciences
China

**ZICKFELD, Kirsten**
Simon Fraser University
Canada

**ZOU, Liwei**
Institute of Atmospheric Physics, Chinese
Academy of Sciences
China

**ZWARTZ, Dan**
Victoria University of Wellington
New Zealand

**ZWIERS, Francis**
University of Victoria
Canada

AV

BLM_0152009

BLM_0152010



# Annex VI: Expert Reviewers of the IPCC WGI Fifth Assessment Report

**This annex should be cited as:**

IPCC, 2013: Annex VI: Expert Reviewers of the IPCC WGI Fifth Assessment Report. In: *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

BLM_0152011

**AAMAAS, Borgar**
Center for International Climate and
Environmental Research Oslo
Norway

**ABRAHAM, JOHN**
University of St. Thomas
USA

**ADAM, Hussein**
Wad Medani Ahlia College
Sudan

**ÅGREN, Göran**
Swedish University of Agricultural Sciences
Sweden

**ALEXANDER, Lisa**
University of New South Wales
Australia

**ALEYNIK, Dmitry**
Scottish Association for Marine Science
UK

**ALLAN, Richard**
University of Reading
UK

**ALLEN, Simon K.**
IPCC WGI TSU, University of Bern
Switzerland

**ALLEY, Richard B.**
Pennsylvania State University
USA

**ALLISON, Ian**
Antarctic Climate and Ecosystems
Cooperative Research Centre
Australia

**ALORY, Gaël**
Laboratoire d'Etudes en Géophysique
et Océanographie Spatiales
France

**ALPERT, Alice**
Massachusetts Institute of Technology
USA

**AMJAD, Muhammad**
Global Change Impact Studies Centre
Pakistan

**ANDEREGG, William**
Stanford University
USA

**ANDERSEN, Bo**
Norwegian Space Centre
Norway

**ANDREAE, Meinrat O.**
Max Planck Institute for Chemistry
Germany

**ANDREU-BURILLO, Isabel**
Institut Català de Ciències del Clima
Spain

**ANDREWS, Oliver David**
University of East Anglia
UK

**AÑEL CABANELAS, Juan Antonio**
University of Oxford
UK

**ANENBERG, Susan**
U.S. Environmental Protection Agency
USA

**ANNAMALAI, H.**
University of Hawaii
USA

**ANNAN, James**
Japan Agency for Marine-Earth
Science and Technology
Japan

**APITULEY, Arnoud**
Royal Netherlands Meteorological Institute
Netherlands

**APPENZELLER, Christof**
Federal Office of Meteorology and
Climatology MeteoSwiss
Switzerland

**ARBLASTER, Julie**
Bureau of Meteorology
Australia

**ARNETH, Almut**
Karlsruhe Institute of Technology
Germany

**ARORA, Vivek**
Environment Canada
Canada

**ARTALE, Vincenzo**
Italian National Agency for New
Technologies, Energy and Sustainable
Economic Development
Italy

**ARTINANO, Begona**
Centro de Investigaciones Energéticas,
Medioambientales y Tecnológicas
Spain

**ARTUSO, Florinda**
Italian National Agency for New
Technologies, Energy and Sustainable
Economic Development
Italy

**ASMI, Ari**
University of Helsinki
Finland

**AUAD, Guillermo**
Bureau of Ocean Energy Management
USA

**AUCAMP, Pieter**
Ptersa Environmental
Management Consultants
South Africa

**AZAR, Christian**
Chalmers University of Technology
Sweden

**BADER, David**
Lawrence Livermore National Laboratory
USA

**BADIOU, Pascal**
Ducks Unlimited Canada
Canada

**BAHN, Michael**
University of Innsbruck
Austria

**BAKAN, Stephan**
Max Planck Institute for Meteorology
Germany

**BALTENSPERGER, Urs**
Paul Scherrer Institute
Switzerland

**BAMBER, Jonathan**
University of Bristol
UK

**BAN-WEISS, George**
Lawrence Berkeley National Laboratory
and University of Southern California
USA

**BARKER, Stephen**
Cardiff University
UK

**BARNETT, Tim**
Scripps Institution of Oceanography
USA

**BARRETT, Jack**
Imperial College London (retired)
UK

AVI

BLM_0152012

**BARRETT, Peter**
Victoria University of Wellington
New Zealand

**BARRY, Roger**
National Snow and Ice Data Center
USA

**BATES, J. Ray**
University College Dublin
Ireland

**BATES, Timothy**
National Oceanic and Atmospheric
Administration, Pacific Marine
Environmental Laboratory
USA

**BEKKI, Slimane**
Laboratoire Atmosphères, Milieux,
Observations Spatiales, Institut
Pierre Simon Laplace
France

**BELLOUIN, Nicolas**
Met Office Hadley Centre
UK

**BELTRAN, Catherine**
Université Pierre et Marie Curie
France

**BENNARTZ, Ralf**
University of Wisconsin
USA

**BERNHARD, Luzi**
Swiss Federal Institute for Forest, Snow
and Landscape Research WSL
Switzerland

**BERNHARDT, Karl-Heinz**
Leibniz Society of Sciences at Berlin
Germany

**BERNIER, Pierre**
Natural Resources Canada
Canada

**BERNTSEN, Terje**
University of Oslo
Norway

**BERTHIER, Etienne**
Laboratoire d'Etudes en Géophysique
et Océanographie Spatiales
France

**BETTS, Richard**
Met Office Hadley Centre
UK

**BETZ, Gregor**
Karlsruhe Institute of Technology
Germany

**BHANDARI, Medani**
Syracuse University
USA

**BINDOFF, Nathaniel L.**
University of Tasmania
Australia

**BINTANJA, Richard**
Royal Netherlands Meteorological Institute
Netherlands

**BLADÉ, Ileana**
Universitat de Barcelona
Spain

**BLANCO, Juan A.**
Universidad Pública de Navarra
Spain

**BLATTER, Heinz**
ETH Zurich
Switzerland

**BLOMQVIST, Sven**
Stockholm University
Sweden

**BODAS-SALCEDO, Alejandro**
Met Office Hadley Centre
UK

**BODE, Antonio**
Instituto Español de Oceanografia
Spain

**BOEHM, Christian Reiner**
Imperial College London
UK

**BOENING, Carmen**
National Aeronautics and Space
Administration, Jet Propulsion Laboratory
USA

**BOERSMA, Klaas Folkert**
Royal Netherlands Meteorological Institute
and Eindhoven University of Technology
Netherlands

**BOGNER, Jean E.**
University of Illinois
USA

**BOKO, Michel**
Université d'Abomey Calavi
Benin

**BOLLASINA, Massimo**
National Oceanic and Atmospheric
Administration, Geophysical
Fluid Dynamics Laboratory
USA

**BONNET, Sophie**
Université du Québec
Canada

**BONY, Sandrine**
Laboratoire de Météorologie Dynamique,
Institut Pierre Simon Laplace
France

**BOOTH, Ben**
Met Office Hadley Centre
UK

**BOSILOVICH, Michael**
National Aeronautics and Space
Administration, Goddard Space Flight Center
USA

**BOUCHER, Olivier**
Laboratoire de Météorologie Dynamique,
Institut Pierre Simon Laplace
France

**BOULDIN, Jim**
University of California Davis
USA

**BOURBONNIERE, Richard**
Environment Canada
Canada

**BOURLES, Bernard**
Institut de Recherche pour le Développement
France

**BOUSQUET, Philippe**
Laboratoire des Sciences du
Climat et de l'Environnement,
Institut Pierre Simon Laplace
France

**BOWEN, Melissa**
University of Auckland
New Zealand

**BOYER, Timothy**
National Oceanic and Atmospheric
Administration, National
Oceanographic Data Center
USA

**BRACEGIRDLE, Thomas**
British Antarctic Survey
UK

**BRACONNOT, Pascale**
Laboratoire des Sciences du
Climat et de l'Environnement,
Institut Pierre Simon Laplace
France

**BRAESICKE, Peter**
University of Cambridge
UK

AVI

BLM_0152013

**BREGMAN, Abraham**
Royal Netherlands Meteorological Institute
Netherlands

**BRENDER, Pierre**
Laboratoire des Sciences du Climat
et de l'Environnement, Institut Pierre
Simon Laplace and AgroParisTech
France

**BREWER, Michael**
National Oceanic and Atmospheric
Administration, National
Climatic Data Center
USA

**BRIERLEY, Christopher**
University College London
UK

**BRIFFA, Keith**
University of East Anglia
UK

**BROMWICH, David**
Ohio State University
USA

**BROOKS, Harold**
National Oceanic and Atmospheric
Administration, National Severe
Storms Laboratory
USA

**BROVKIN, Victor**
Max Planck Institute for Meteorology
Germany

**BROWN, Jaclyn**
CSIRO Marine and Atmospheric Research
Australia

**BROWN, Josephine**
Bureau of Meteorology
Australia

**BROWN, Simon**
Met Office Hadley Centre
UK

**BURKETT, Virginia**
U.S. Geological Survey
USA

**BURT, Peter**
University of Greenwich
UK

**BURTON, David**
Burton Systems Software
USA

**BUTENHOFF, Christopher**
Portland State University
USA

1500

**BUTLER, James**
National Oceanic and Atmospheric
Administration, Earth System
Research Laboratory
USA

**CAESAR, John**
Met Office Hadley Centre
UK

**CAGNAZZO, Chiara**
Institute of Atmospheric Sciences and Climate
Italy

**CAI, Rongshuo**
Third Institute of Oceanography,
State Oceanic Administration
China

**CAI, Zucong**
Nanjing Normal University
China

**CAINEY, Jill**
UK

**CALVO, Natalia**
Universidad Complutense de Madrid
Spain

**CAMERON-SMITH, Philip**
Lawrence Livermore National Laboratory
USA

**CANDELA, Lucila**
Universitat Politècnica de Catalunya
Spain

**CAO, Jianting**
General Institute of Water Resources
and Hydropower Planning and Design,
Ministry of Water Resources
China

**CARDIA SIMÕES, Jefferson**
Universidade Federal do Rio Grande do Sul
Brazil

**CARDINAL, Damien**
Université Pierre et Marie Curie
France

**CARTER, Timothy**
Finnish Environment Institute
Finland

**CASELDINE, Chris**
University of Exeter
UK

**CASSARDO, Claudio**
University of Torino
Italy

**CASSOU, Christophe**
Centre Européen de Recherche et de
Formation Avancée en Calcul Scientifique
France

**CEARRETA, Alejandro**
Universidad del Pais Vasco
Spain

**CERMAK, Jan**
Ruhr-Universität Bochum
Germany

**CERVARICH, Matthew**
University of Illinois
USA

**CHADWICK, Robin**
Met Office Hadley Centre
UK

**CHARLESWORTH, Mark**
Keele University
UK

**CHARLSON, Robert**
University of Washington
USA

**CHARPENTIER LJUNGQVIST, Fredrik**
Stockholm University
Sweden

**CHAUVIN, Fabrice**
Météo-France
France

**CHAZETTE, Patrick**
Laboratoire des Sciences du
Climat et de l'Environnement,
Institut Pierre Simon Laplace
France

**CHE, Tao**
Cold and Arid Regions Environmental
and Engineering Research Institute,
Chinese Academy of Sciences
China

**CHEN, Xianyao**
First Institute of Oceanography,
State Oceanic Administration
China

**CHERCHI, Annalisa**
Centro Euromediterraneo per i
Cambiamenti Climatici and Istituto
Nazionale di Geofisica e Vulcanologia
Italy

**CHHABRA, Abha**
Indian Space Research Organisation
India

AVI

**CHIKAMOTO, Megumi**
University of Hawaii
USA

**CHIKAMOTO, Yoshimitsu**
University of Hawaii
USA

**CHOU, Chia**
Academia Sinica
Taiwan, China

**CHRISTIAN, James**
Fisheries and Oceans Canada
Canada

**CHRISTOPHERSEN, Øyvind**
Climate and Pollution Agency
Norway

**CHRISTY, John**
University of Alabama
USA

**CHURCH, John**
CSIRO Marine and Atmospheric Research
Australia

**CHYLEK, Petr**
Los Alamos National Laboratory
USA

**CIRANO, Mauro**
Federal University of Bahia
Brazil

**CIURO, Darienne**
University of Illinois
USA

**CLARK, Robin**
Met Office Hadley Centre
UK

**CLAUSSEN, Martin**
Max Planck Institute for Meteorology
Germany

**CLERBAUX, Cathy**
Laboratoire Atmosphères, Milieux,
Observations Spatiales, Institut
Pierre Simon Laplace
France

**CLIFT, Peter**
Louisiana State University
USA

**COAKLEY, James**
Oregon State University
USA

**COFFEY, Michael**
National Center for Atmospheric Research
USA

**COGLEY, J. Graham**
Trent University
Canada

**COLE, Julia**
University of Arizona
USA

**COLLIER, Mark**
CSIRO Marine and Atmospheric Research
Australia

**COLLINS, Matthew**
University of Exeter
UK

**COLLINS, William**
University of Reading
UK

**COLMAN, Robert**
Bureau of Meteorology
Australia

**COLOSE, Chris**
University at Albany
USA

**COOPER, Owen**
Cooperative Institute for Research
in Environmental Sciences
USA

**COPSTEIN WALDEMAR, Celso**
Porto Alegre Municipality,
Environmental Department
Brazil

**CORTESE, Giuseppe**
GNS Science
New Zealand

**CORTI, Susanna**
European Centre for Medium-Range
Weather Forecasts and Institute of
Atmospheric Sciences and Climate
Italy

**COTRIM DA CUNHA, Leticia**
Rio de Janeiro State University
Brazil

**COUMOU, Dim**
Potsdam Institute for Climate
Impact Research
Germany

**COVEY, Curt**
Lawrence Livermore National Laboratory
USA

**CRAWFORD, James**
USA

**CRIMMINS, Allison**
U.S. Environmental Protection Agency
USA

**CRISTINI, Luisa**
University of Hawaii
USA

**CROK, Marcel**
Netherlands

**CURRY, Charles**
University of Victoria
Canada

**CURTIS, Jeffrey**
University of Illinois
USA

**DAI, Aiguo**
University at Albany and National
Center for Atmospheric Research
USA

**DAIRAKU, Koji**
National Research Institute for Earth
Science and Disaster Prevention
Japan

**DAMERIS, Martin**
DLR German Aerospace Center
Germany

**DANIEL, John**
National Oceanic and Atmospheric
Administration, Earth System
Research Laboratory
USA

**DANIELS, Emma**
Wageningen University
Netherlands

**DANIS, François**
Laboratoire de Météorologie Dynamique,
Institut Pierre Simon Laplace
France

**DAUTRAY, Robert**
Académie des Sciences
France

**DAVIDSON, Eric**
Woods Hole Research Center
USA

**DAVIES, Michael**
Coldwater Consulting Ltd
Canada

**DAY, Jonathan**
University of Reading
UK

AVI

BLM_0152015

**DE ELIA, Ramon**
Ouranos Consortium on Regional Climatology
and Adaptation to Climate Change
Canada

**DE SAEDELEER, Bernard**
Université catholique de Louvain
Belgium

**DE VRIES, Hylke**
Royal Netherlands Meteorological Institute
Netherlands

**DEAN, Robert**
University of Florida
USA

**DEL GENIO, Anthony**
National Aeronautics and
Space Administration, Goddard
Institute for Space Studies
USA

**DELPLA, Ianis**
Laboratoire d'Etude et de Recherche
en Environnement et Santé
France

**DELSOLE, Timothy**
George Mason University
USA

**DELWORTH, Thomas**
National Oceanic and Atmospheric
Administration, Geophysical
Fluid Dynamics Laboratory
USA

**DEMORY, Marie-Estelle**
University of Reading
UK

**DÉQUÉ, Michel**
Météo-France
France

**DERKSEN, Chris**
Environment Canada
Canada

**DESIATO, Franco**
Institute for Environmental
Protection and Research
Italy

**DEVARA, Panuganti C.S.**
Indian Institute of Tropical Meteorology
India

**DEWALS, Benjamin**
Université de Liège
Belgium

**DEWITT, David G.**
Columbia University
USA

**DIAZ MOREJON, Cristobal Felix**
Ministry of Science, Technology
and the Environment
Cuba

**DICKENS, Gerald**
Rice University
USA

**DIEDHIOU, Arona**
Institut de Recherche pour le Développement
France

**DIMA, Mihai**
University of Bucharest
Romania

**DING, Yihui**
National Climate Center, China
Meteorological Administration
China

**DING, Yongjian**
Cold and Arid Regions Environmental
and Engineering Research Institute,
Chinese Academy of Sciences
China

**DITLEVSEN, Peter**
University of Copenhagen
Denmark

**DOHERTY, Ruth**
University of Edinburgh
UK

**DOLE, Randall**
National Oceanic and Atmospheric
Administration, Earth System
Research Laboratory
USA

**DOLMAN, Han**
VU University Amsterdam
Netherlands

**DOMINGUES, Catia M.**
Antarctic Climate and Ecosystems
Cooperative Research Centre
Australia

**DONAHUE, Neil**
Carnegie Mellon University
USA

**DONNER, Leo**
National Oceanic and Atmospheric
Administration, Geophysical
Fluid Dynamics Laboratory
USA

**DOSTAL, Paul**
DLR German Aerospace Center
Germany

**DOWNES, Stephanie**
Australian National University
Australia

**DOYLE, Moira Evelina**
Universidad de Buenos Aires
Argentina

**DRAGONI, Walter**
University of Perugia
Italy

**DRIJFHOUT, Sybren**
Royal Netherlands Meteorological Institute
Netherlands

**DU, Enzai**
Peking University
China

**DUAN, Anmin**
Institute of Atmospheric Physics,
Chinese Academy of Sciences
China

**DUCE, Robert**
Texas A&M University
USA

**DUDOK DE WIT, Thierry**
Université d'Orléans
France

**DUNNE, Eimear**
Finnish Meteorological Institute
Finland

**DUNSTONE, Nick**
Met Office Hadley Centre
UK

**DURACK, Paul**
Lawrence Livermore National Laboratory
USA

**DWYER, Ned**
University College Cork
Ireland

**EASTERBROOK, Don**
Western Washington University
USA

**EBI, Kristie**
Stanford University
USA

**EISEN, Olaf**
Alfred Wegener Institute for
Polar and Marine Research
Germany

AVI

**EISENMAN, Ian**
University of California San Diego
USA

**EKHOLM, Tommi**
VTT Technical Research Centre of Finland
Finland

**ELDEVIK, Tor**
University of Bergen
Norway

**ELJADID, Ali Geath**
Al-Fath University
Libya

**EMANUEL, Kerry**
Massachusetts Institute of Technology
USA

**ENOMOTO, Hiroyuki**
National Institute of Polar Research
Japan

**ERICKSON, David**
Oak Ridge National Laboratory
USA

**ESPINOZA, Jhan Carlo**
Instituto Geofísico del Perú
Peru

**ESSERY, Richard**
University of Edinburgh
UK

**EVANS, Michael Neil**
University of Maryland
USA

**EVANS, Wayne**
York University
Canada

**EXBRAYAT, Jean-François**
University of New South Wales
Australia

**EYNAUD, Frédérique**
Université Bordeaux 1
France

**FAHEY, David**
National Oceanic and Atmospheric
Administration, Earth System
Research Laboratory
USA

**FAN, Jiwen**
Pacific Northwest National Laboratory
USA

**FARAGO, Tibor**
St. Istvan University
Hungary

**FEINGOLD, Graham**
National Oceanic and Atmospheric
Administration, Earth System
Research Laboratory
USA

**FEIST, Dietrich**
Max Planck Institute for Biogeochemistry
Germany

**FERRONE, Andrew**
Karlsruhe Institute of Technology
Germany

**FESER, Frauke**
Helmholtz-Zentrum Geesthacht
Germany

**FEULNER, Georg**
Potsdam Institute for Climate
Impact Research
Germany

**FICHEFET, Thierry**
Université catholique de Louvain
Belgium

**FIELD, Christopher**
Carnegie Institution for Science
USA

**FISCHER, Andreas**
Federal Office of Meteorology and
Climatology MeteoSwiss
Switzerland

**FISCHER, Hubertus**
University of Bern
Switzerland

**FISCHLIN, Andreas**
ETH Zurich
Switzerland

**FISHER, Joshua**
National Aeronautics and Space
Administration, Jet Propulsion Laboratory
USA

**FLORES, José-Abel**
Universidad de Salamanca
Spain

**FLOSSMANN, Andrea**
Université Blaise Pascal
France

**FOLBERTH, Gerd**
Met Office Hadley Centre
UK

**FOLLAND, Christopher**
Met Office Hadley Centre
UK

**FORBES, Donald**
Bedford Institute of Oceanography
Canada

**FOREST, Chris**
Pennsylvania State University
USA

**FORSTER, Piers**
University of Leeds
UK

**FOSTER, James**
National Aeronautics and Space
Administration, Goddard Space Flight Center
USA

**FOUNTAIN, Andrew**
Portland State University
USA

**FRANKLIN, James**
CLF-Chem Consulting SPRL
Belgium

**FRANKS, Stewart**
University of Newcastle Australia
Australia

**FREDERIKSEN, Carsten**
Bureau of Meteorology
Australia

**FREDERIKSEN, Jorgen**
CSIRO Marine and Atmospheric Research
Australia

**FREE, Melissa**
National Oceanic and Atmospheric
Administration, Air Resources Laboratory
USA

**FREELAND, Howard**
Fisheries and Oceans Canada
Canada

**FREPPAZ, Michele**
University of Torino
Italy

**FRIEDLINGSTEIN, Pierre**
University of Exeter
UK

**FROELICHER, Thomas**
Princeton University
USA

**FRONZEK, Stefan**
Finnish Environment Institute
Finland

**FRÜH, Barbara**
Deutscher Wetterdienst
Germany

AVI

1503

BLM_0152017

**FU, Joshua Xiouhua**
University of Hawaii
USA

**FU, Weiwei**
Danish Meteorological Institute
Denmark

**FUGLESTVEDT, Jan**
Center for International Climate and
Environmental Research Oslo
Norway

**FUKASAWA, Masao**
Japan Agency for Marine-Earth
Science and Technology
Japan

**FUNG, Inez**
University of California Berkeley
USA

**FUNK, Martin**
ETH Zurich
Switzerland

**FYFE, John**
Environment Canada
Canada

**GAALEMA, Stephen**
Black Forest Engineering, LLC
USA

**GAGLIARDINI, Olivier**
Laboratoire de Glaciologie et Géophysique
de l'Environnement, Université Joseph Fourier
France

**GAJEWSKI, Konrad**
University of Ottawa
Canada

**GALDOS, Marcelo**
Brazilian Bioethanol Science and
Technology Laboratory
Brazil

**GALLEGO, David**
Universidad Pablo de Olavide
Spain

**GANOPOLSKI, Andrey**
Potsdam Institute for Climate
Impact Research
Germany

**GAO, Xuejie**
National Climate Center, China
Meteorological Administration
China

**GARCIA-HERRERA, Ricardo**
Universidad Complutense de Madrid
Spain

**GARIMELLA, Sarvesh**
Massachusetts Institute of Technology
USA

**GARREAUD, René**
Universidad de Chile
Chile

**GATTUSO, Jean-Pierre**
Observatoire Océanologique de Villefranche
sur Mer, Université Pierre et Marie Curie
France

**GAUCI, Vincent**
The Open University
UK

**GAYO, Eugenia M.**
Centro de Investigaciones del
Hombre en el Desierto
Chile

**GEDNEY, Nicola**
Met Office Hadley Centre
UK

**GEHRELS, Roland**
Plymouth University
UK

**GERBER, Stefan**
University of Florida
USA

**GERLAND, Sebastian**
Norwegian Polar Institute
Norway

**GERVAIS, François**
Université François-Rabelais de Tours
France

**GETTELMAN, Andrew**
National Center for Atmospheric Research
USA

**GHAN, Steven**
Pacific Northwest National Laboratory
USA

**GHOSH, Sucharita**
Swiss Federal Institute for Forest, Snow
and Landscape Research WSL
Switzerland

**GIFFORD, Roger**
CSIRO Plant Industry
Australia

**GILBERT, Denis**
Fisheries and Oceans Canada
Canada

**GILLETT, Nathan**
Environment Canada
Canada

**GINOUX, Paul**
National Oceanic and Atmospheric
Administration, Geophysical
Fluid Dynamics Laboratory
USA

**GIORGETTA, Marco**
Max Planck Institute for Meteorology
Germany

**GLIKSON, Andrew**
Australian National University
Australia

**GODIN-BEEKMANN, Sophie**
Laboratoire Atmosphères, Milieux,
Observations Spatiales, Institut
Pierre Simon Laplace
France

**GOLAZ, Jean-Christophe**
National Oceanic and Atmospheric
Administration, Geophysical
Fluid Dynamics Laboratory
USA

**GONG, Daoyi**
Beijing Normal University
China

**GONZALEZ, Patrick**
U.S. National Park Service
USA

**GOOD, Peter**
Met Office Hadley Centre
UK

**GOOD, Simon**
Met Office Hadley Centre
UK

**GOODESS, Clare**
University of East Anglia
UK

**GOOSSE, Hugues**
Université catholique de Louvain
Belgium

**GORIS, Nadine**
University of Bergen and Bjerknes
Centre for Climate Research
Norway

**GOSWAMI, Santonu**
Oak Ridge National Laboratory
USA

AVI

1504

**Annex VI**

**GOWER, James**
Fisheries and Oceans Canada
Canada

**GRAY, Vincent**
New Zealand

**GREGORY, Jonathan**
University of Reading and Met
Office Hadley Centre
UK

**GREWE, Volker**
DLR German Aerospace Center
Germany

**GRIFFIES, Stephen**
National Oceanic and Atmospheric
Administration, Geophysical
Fluid Dynamics Laboratory
USA

**GRIGGS, David**
Monash University
Australia

**GRIMM, Alice**
Federal University of Parana
Brazil

**GRINSTED, Aslak**
University of Copenhagen
Denmark

**GRUBER, Nicolas**
ETH Zurich
Switzerland

**GRUBER, Stephan**
University of Zurich
Switzerland

**GUGLIELMIN, Mauro**
University of Insubria
Italy

**GUILYARDI, Eric**
Laboratoire d'Océanographie et du
Climat, Institut Pierre Simon Laplace
France

**GUTTORP, Peter**
University of Washington and
Norwegian Computing Center
USA

**GUTZLER, David**
University of New Mexico
USA

**HAARSMA, Reindert**
Royal Netherlands Meteorological Institute
Netherlands

**HAEBERLI, Wilfried**
University of Zurich
Switzerland

**HAFEZ, Yehia**
King Abdulaziz University
Saudi Arabia

**HAGEN, David L.**
AcrossTech
USA

**HAGOS, Samson**
Pacific Northwest National Laboratory
USA

**HAIGH, Joanna**
Imperial College London
UK

**HAJIMA, Tomohiro**
Japan Agency for Marine-Earth
Science and Technology
Japan

**HALL, Dorothy**
National Aeronautics and Space
Administration, Goddard Space Flight Center
USA

**HALLBERG, Robert**
National Oceanic and Atmospheric
Administration, Geophysical
Fluid Dynamics Laboratory
USA

**HALLORAN, Paul**
Met Office Hadley Centre
UK

**HAN, Dawei**
University of Bristol
UK

**HANSEN, Bogi**
Faroe Marine Research Institute
Faroe Islands

**HAO, Aibing**
Ministry of Land and Resources
China

**HARGREAVES, Julia**
Japan Agency for Marine-Earth
Science and Technology
Japan

**HARNISCH, Jochen**
KfW
Germany

**HARPER, Joel**
University of Montana
USA

**HARTMANN, Jens**
University of Hamburg
Germany

**HASANEAN, Hosny**
King Abdulaziz University
Saudi Arabia

**HASSLER, Birgit**
Cooperative Institute for Research
in Environmental Sciences
USA

**HAWKINS, Ed**
University of Reading
UK

**HAYASAKA, Tadahiro**
Tohoku University
Japan

**HAYWOOD, Jim**
Met Office Hadley Centre and
University of Exeter
UK

**HEGERL, Gabriele**
University of Edinburgh
UK

**HEIM, Richard**
National Oceanic and Atmospheric
Administration, National
Climatic Data Center
USA

**HEINTZENBERG, Jost**
Leibniz Institute for Tropospheric Research
Germany

**HEINZE, Christoph**
University of Bergen and Bjerknes
Centre for Climate Research
Norway

**HERTWICH, Edgar**
Norwegian University of
Science and Technology
Norway

**HEWITSON, Bruce**
University of Cape Town
South Africa

**HIGGINS, Paul**
American Meteorological Society
USA

**HIRST, Anthony**
CSIRO Marine and Atmospheric Research
Australia

AVI

BLM_0152019

**HISDAL, Hege**
Norwegian Water Resources
and Energy Directorate
Norway

**HOCK, Regine**
University of Alaska Fairbanks
USA

**HODSON, Dan**
University of Reading
UK

**HOERLING, Martin**
National Oceanic and Atmospheric
Administration, Earth System
Research Laboratory
USA

**HÖGBERG, Peter**
Swedish University of Agricultural Sciences
Sweden

**HOLGATE, Simon**
National Oceanography Centre
UK

**HOLLIS, Christopher**
GNS Science
New Zealand

**HOLTSLAG, Albert A.M.**
Wageningen University
Netherlands

**HÖNISCH, Bärbel**
Columbia University
USA

**HOPE, Pandora**
Bureau of Meteorology
Australia

**HOROWITZ, Larry**
National Oceanic and Atmospheric
Administration, Geophysical
Fluid Dynamics Laboratory
USA

**HOURDIN, Frédéric**
Laboratoire de Météorologie Dynamique,
Institut Pierre Simon Laplace
France

**HOUSE, Joanna**
University of Bristol
UK

**HOUWELING, Sander**
Utrecht University
Netherlands

**HOVLAND, Martin**
University of Bergen
Norway

**HOWARD, William**
Australian National University
Australia

**HREN, Michael**
University of Connecticut
USA

**HU, Aixue**
National Center for Atmospheric Research
USA

**HU, Zeng-Zhen**
National Oceanic and Atmospheric
Administration, National Weather Service
USA

**HUANG, Jianping**
Lanzhou University
China

**HUANG, Lei**
National Climate Center, China
Meteorological Administration
China

**HUANG, Lin**
Environment Canada
Canada

**HUDSON, James**
Desert Research Institute
USA

**HUGGEL, Christian**
University of Zurich
Switzerland

**HUGHES, Malcolm**
University of Arizona
USA

**HUNTER, John**
Antarctic Climate and Ecosystems
Cooperative Research Centre
Australia

**HURST, Dale**
Cooperative Institute for Research
in Environmental Sciences
USA

**HUYBRECHTS, Philippe**
Vrije Universiteit Brussel
Belgium

**INCECIK, Selahattin**
Istanbul Technical University
Turkey

**INGRAM, William**
Met Office Hadley Centre and
University of Oxford
UK

**INOUE, Toshiro**
University of Tokyo
Japan

**IRVINE, Peter**
Institute for Advanced Sustainability Studies
Germany

**ISE, Takeshi**
University of Hyogo
Japan

**ISHII, Masao**
Meteorological Research Institute
Japan

**ISHIZUKA, Shigehiro**
Forestry and Forest Products Institute
Japan

**ITO, Akihiko**
National Institute for Environmental Studies
Japan

**ITO, Takamitsu**
Georgia Institute of Technology
USA

**ITOH, Kiminori**
Yokohama National University
Japan

**IVERSEN, Trond**
European Centre for Medium-Range
Weather Forecasts, UK and
Norwegian Meteorological Institute
Norway

**JACKSON, Laura**
Met Office Hadley Centre
UK

**JACOBEIT, Jucundus**
University of Augsburg
Germany

**JACOBSON, Mark Z.**
Stanford University
USA

**JAENICKE, Ruprecht**
Johannes Gutenberg University Mainz
Germany

**JAIN, Sharad K.**
Indian Institute of Technology Roorkee
India

**JEONG, Myeong-Jae**
Gangneung-Wonju National University
Republic of Korea

BLM_0152020

**JIANG, Dabang**
Institute of Atmospheric Physics,
Chinese Academy of Sciences
China

**JIANG, Jonathan**
National Aeronautics and Space
Administration, Jet Propulsion Laboratory
USA

**JOHANSSON, Daniel**
Chalmers University of Technology
Sweden

**JOHN, Jasmin**
National Oceanic and Atmospheric
Administration, Geophysical
Fluid Dynamics Laboratory
USA

**JOHNS, Tim**
Met Office Hadley Centre
UK

**JOHNSON, Jennifer**
Stanford University
USA

**JOHNSON, Nathaniel**
University of Hawaii
USA

**JONES, Christopher**
Met Office Hadley Centre
UK

**JONES, Gareth S.**
Met Office Hadley Centre
UK

**JONES, Philip**
University of East Anglia
UK

**JOOS, Fortunat**
University of Bern
Switzerland

**JOSEY, Simon**
National Oceanography Centre
UK

**JOSHI, Manoj**
University of East Anglia
UK

**JOUGHIN, Ian**
University of Washington
USA

**JOUSSAUME, Sylvie**
Laboratoire des Sciences du Climat et de
l'Environnement, Institut Pierre Simon Laplace
France

**JOYCE, Terrence**
Woods Hole Oceanographic Institution
USA

**JUCKES, Martin**
Science and Technologies Facility Council
UK

**JYLHÄ, Kirsti**
Finnish Meteorological Institute
Finland

**KÄÄB, Andreas**
University of Oslo
Norway

**KAGEYAMA, Masa**
Laboratoire des Sciences du
Climat et de l'Environnement,
Institut Pierre Simon Laplace
France

**KAHN, Brian**
National Aeronautics and Space
Administration, Jet Propulsion Laboratory
USA

**KAHN, Ralph**
National Aeronautics and Space
Administration, Goddard Space Flight Center
USA

**KALESCHKE, Lars**
University of Hamburg
Germany

**KANAKIDOU, Maria**
University of Crete
Greece

**KANAYA, Yugo**
Japan Agency for Marine-Earth
Science and Technology
Japan

**KANDEL, Robert**
Laboratoire de Météorologie Dynamique,
Institut Pierre Simon Laplace
France

**KANG, Shichang**
Institute of Tibetan Plateau Research,
Chinese Academy of Sciences
China

**KANG, Sok Kuh**
Korea Ocean Research and
Development Institute
Republic of Korea

**KARLSSON, Per Erik**
Swedish Environmental Research Institute
Sweden

**KAROLY, David**
University of Melbourne
Australia

**KARPECHKO, Alexey**
Finnish Meteorological Institute
Finland

**KATBEH-BADER, Nedal**
Ministry of Environment Affairs
Palestine

**KATO, Etsushi**
National Institute for Environmental Studies
Japan

**KAUFMANN, Robert**
Boston University
USA

**KAUPPINEN, Jyrki**
University of Turku
Finland

**KAVANAGH, Christopher**
International Atomic Energy Agency
Monaco

**KAWAI, Hiroyasu**
Port and Airport Research Institute
Japan

**KAWAMIYA, Michio**
Japan Agency for Marine-Earth Science
and Technology
Japan

**KAWAMURA, Kenji**
National Institute of Polar Research
Japan

**KAYE, Neil**
Met Office Hadley Centre
UK

**KEELING, Ralph**
Scripps Institution of Oceanography
USA

**KEEN, Richard**
University of Colorado Boulder (retired)
USA

**KEENLYSIDE, Noel**
University of Bergen and Bjerknes
Centre for Climate Research
Norway

**KELLER, Charles**
Los Alamos National Laboratory (retired)
USA

**KENDON, Elizabeth**
Met Office Hadley Centre
UK

**AVI**

BLM_0152021

**KENNEDY, John**
Met Office Hadley Centre
UK

**KENT, Elizabeth**
National Oceanography Centre
UK

**KESKIN, Siddik Sinan**
Marmara University
Turkey

**KHALIL, Mohammad Aslam Khan**
Portland State University
USA

**KHESHGI, Haroon**
ExxonMobil Research and Engineering
USA

**KHMELINSKII, Igor**
Universidade do Algarve
Portugal

**KHOSRAWI, Farahnaz**
Stockholm University
Sweden

**KILADIS, George**
National Oceanic and Atmospheric
Administration, Earth System
Research Laboratory
USA

**KIM, Daehyun**
Columbia University
USA

**KIM, Seong-Joong**
Korea Polar Research Institute
Republic of Korea

**KINDLER, Pascal**
University of Geneva
Switzerland

**KING, Andrew**
University of New South Wales
Australia

**KING, Matt**
University of Tasmania and
Newcastle University
Australia

**KINTER, James**
Institute of Global Environment
and Society, Inc.
USA

**KIRCHENGAST, Gottfried**
University of Graz
Austria

**KIRKEVÅG, Alf**
Norwegian Meteorological Institute
Norway

**KITOH, Akio**
Meteorological Research Institute
Japan

**KJELLSTRÖM, Erik**
Swedish Meteorological and
Hydrological Institute
Sweden

**KLEIN TANK, Albert**
Royal Netherlands Meteorological Institute
Netherlands

**KLINGER, Lee**
USA

**KLOTZBACH, Philip**
Colorado State University
USA

**KNUTSON, Thomas**
National Oceanic and Atmospheric
Administration, Geophysical
Fluid Dynamics Laboratory
USA

**KNUTTI, Reto**
ETH Zurich
Switzerland

**KOBASHI, Takuro**
National Institute of Polar Research
Japan

**KOBAYASHI, Shigeki**
Toyota Central R&D Labs., Inc.
Japan

**KOBAYASHI, Taiyo**
Japan Agency for Marine-Earth
Science and Technology
Japan

**KOH, Tieh-Yong**
Nanyang Technological University
Singapore

**KÖHLER, Peter**
Alfred Wegener Institute for
Polar and Marine Research
Germany

**KOMEN, Gerbrand**
Royal Netherlands Meteorological
Institute and Utrecht University (retired)
Netherlands

**KONDO, Yutaka**
University of Tokyo
Japan

**KONFIRST, Matthew**
American Association for the Advancement
of Science and National Science Foundation
USA

**KONOVALOV, Vladimir**
Russian Academy of Sciences
Russian Federation

**KOPP, Robert**
Rutgers University
USA

**KORTELAINEN, Pirkko**
Finnish Environment Institute
Finland

**KREASUWUN, Jiemjai**
Chiang Mai University
Thailand

**KREIENKAMP, Frank**
Climate & Environment
Consulting Potsdam GmbH
Germany

**KRINNER, Gerhard**
Laboratoire de Glaciologie et Géophysique
de l'Environnement, Université Joseph Fourier
France

**KRIPALANI, Ramesh**
Indian Institute of Tropical Meteorology
India

**KRISTJÁNSSON, Jón Egill**
University of Oslo
Norway

**KRIVOVA, Natalie**
Max Planck Institute for Solar
System Research
Germany

**KUHN, Nikolaus J.**
University of Basel
Switzerland

**KULSHRESTHA, Umesh**
Jawaharlal Nehru University
India

**KUSANO, Kanya**
Nagoya University
Japan

**KUSUNOKI, Shoji**
Meteorological Research Institute
Japan

**LAGERLOEF, Gary**
Earth & Space Research
USA

AVI

BLM_0152022

**LAKEN, Benjamin**
Instituto de Astrofísica de Canarias
Spain

**LAMBERT, Fabrice**
Korea Institute of Ocean
Science and Technology
Republic of Korea

**LAMBERT, Francis Hugo**
University of Exeter
UK

**LANDUYT, William**
ExxonMobil Research and Engineering
USA

**LANE, Tracy**
International Hydropower Association
UK

**LANG, Herbert**
ETH Zurich
Switzerland

**LARTER, Robert**
British Antarctic Survey
UK

**LAW, Beverly**
Oregon State University
USA

**LAW, Katharine**
Laboratoire Atmosphères, Milieux,
Observations Spatiales, Institut
Pierre Simon Laplace
France

**LAWRENCE, Judy**
Victoria University of Wellington
New Zealand

**LAWRENCE, Mark**
Institute for Advanced Sustainability Studies
Germany

**LAXON, Seymour**
University College London
UK

**LE QUÉRÉ, Corinne**
University of East Anglia
UK

**LEAITCH, Warren Richard**
Environment Canada
Canada

**LECK, Caroline**
Stockholm University
Sweden

**LECLERCQ, Paul**
Utrecht University
Netherlands

**LEE, Arthur**
Chevron Corporation
USA

**LEE, Jae Hak**
Korea Institute of Ocean
Science and Technology
Republic of Korea

**LEE, Sai Ming**
Hong Kong Observatory
China

**LEE, Seoung Soo**
National Oceanic and Atmospheric
Administration, Earth System
Research Laboratory
USA

**LEE, Tsz-Cheung**
Hong Kong Observatory
China

**LEGG, Sonya**
Princeton University
USA

**LEMKE, Peter**
Alfred Wegener Institute for
Polar and Marine Research
Germany

**LENAERTS, Jan**
Utrecht University
Netherlands

**LENDERINK, Geert**
Royal Netherlands Meteorological Institute
Netherlands

**LEROY, Suzanne**
Brunel University
UK

**LEVIN, Ingeborg**
University of Heidelberg
Germany

**LEVITUS, Sydney**
National Oceanic and Atmospheric
Administration, National
Oceanographic Data Center
USA

**LEVY, Julian**
Levy Environmental Consulting, Ltd.
USA

**LEVY II, Hiram**
National Oceanic and Atmospheric
Administration, Geophysical Fluid
Dynamics Laboratory (retired)
USA

**LEWIS, Nicholas**
UK

**LEWITT, Martin**
American Geophysical Union
USA

**LI, Can**
University of Maryland and National
Aeronautics and Space Administration,
Goddard Space Flight Center
USA

**LI, Jui-Lin (Frank)**
National Aeronautics and Space
Administration, Jet Propulsion Laboratory
USA

**LI, Qingxiang**
National Meteorological Information Center,
China Meteorological Administration
China

**LI, Shenggong**
Institute of Geographic Sciences
and Natural Resources Research,
Chinese Academy of Sciences
China

**LI, Shuanglin**
Institute of Atmospheric Physics,
Chinese Academy of Sciences
China

**LI, Weiping**
National Climate Center, China
Meteorological Administration
China

**LI, Weiwei**
University of Illinois
USA

**LI, Yueqing**
Institute of Plateau Meteorology, China
Meteorological Administration
China

**LI, Zhanqing**
University of Maryland
USA

**LIAO, Hong**
Institute of Atmospheric Physics,
Chinese Academy of Sciences
China

AVI

BLM_0152023

**LIN, Hai**
Environment Canada
Canada

**LIN, Jialin**
Ohio State University
USA

**LINDERHOLM, Hans W.**
University of Gothenburg
Sweden

**LINDSAY, Ron**
University of Washington
USA

**LIOU, Kuo-Nan**
University of California Los Angeles
USA

**LITTLE, Christopher**
Princeton University
USA

**LIU, Hongyan**
Peking University
China

**LIU, Ke Xiu**
National Marine Data and
Information Service
China

**LIU, Qiyong**
China CDC
China

**LIU, Shaw**
Academia Sinica
Taiwan, China

**LIU, Xiaohong**
Pacific Northwest National Laboratory
USA

**LJUNGQVIST, Fredrik**
Stockholm University
Sweden

**LLOYD, Philip**
Cape Peninsula University of Technology
South Africa

**LO, Yueh-Hsin**
National Taiwan University
Taiwan, China

**LOBELL, David**
Stanford University
USA

**LOEB, Norman**
National Aeronautics and Space
Administration, Langley Research Center
USA

**LOEW, Alexander**
Max Planck Institute for Meteorology
Germany

**LOFGREN, Brent**
National Oceanic and Atmospheric
Administration, Great Lakes
Environmental Research Laboratory
USA

**LOHMANN, Gerrit**
Alfred Wegener Institute for
Polar and Marine Research
Germany

**LOHMANN, Ulrike**
ETH Zurich
Switzerland

**LOOKYAT TAYLOR, Helen**
World Science Data Base
USA

**LÓPEZ MORENO, Juan Ignacio**
Instituto Pirenaico de Ecología
Spain

**LOUGH, Janice**
Australian Institute of Marine Science
Australia

**LUCE, Charles**
U.S. Forest Service
USA

**LÜTHI, Martin**
ETH Zurich
Switzerland

**LUNT, Daniel**
University of Bristol
UK

**LUO, Jing-Jia**
Bureau of Meteorology
Australia

**LUPO, Anthony**
University of Missouri
USA

**MA, Zhuguo**
Institute of Atmospheric Physics,
Chinese Academy of Sciences
China

**MACCRACKEN, Michael**
Climate Institute
USA

**MACGREGOR, Joseph**
University of Texas
USA

**MÄDER, Claudia**
Federal Environment Agency
Germany

**MAGGI, Valter**
University of Milano-Bicocca
Italy

**MAHLSTEIN, Irina**
Federal Office of Meteorology and
Climatology MeteoSwiss
Switzerland

**MAHOWALD, Natalie**
Cornell University
USA

**MAKI, Takashi**
Meteorological Research Institute
Japan

**MANN, Michael**
Pennsylvania State University
USA

**MANNING, Martin**
Victoria University of Wellington
New Zealand

**MANZINI, Elisa**
Max Planck Institute for Meteorology
Germany

**MARAUN, Douglas**
GEOMAR Helmholtz Centre
for Ocean Research
Germany

**MARBAIX, Philippe**
Université catholique de Louvain
Belgium

**MARENGO, José**
National Institute for Space Research
Brazil

**MARINOVA, Dora**
Curtin University
Australia

**MARIOTTI, Annarita**
National Oceanic and Atmospheric
Administration, Climate Program Office
USA

**MAROTZKE, Jochem**
Max Planck Institute for Meteorology
Germany

**MARSH, Robert**
University of Southampton
UK

AVI

BLM_0152024

**MARTIN, Eric**
Météo-France
France

**MARTIN, Gill**
Met Office Hadley Centre
UK

**MARTÍN MÍGUEZ, Belén**
Centro Tecnológico del Mar
Spain

**MARTIN-VIDE, Javier**
Universitat de Barcelona
Spain

**MARTY, Christoph**
WSL Institute for Snow and
Avalanche Research SLF
Switzerland

**MASSONNET, François**
Université catholique de Louvain
Belgium

**MATEI, Daniela**
Max Planck Institute for Meteorology
Germany

**MATSUNO, Taroh**
Japan Agency for Marine-Earth
Science and Technology
Japan

**MATSUOKA, Kenichi**
Norwegian Polar Institute
Norway

**MATTHEWS, Paul**
University of Nottingham
UK

**MAURITSEN, Thorsten**
Max Planck Institute for Meteorology
Germany

**MAY, Wilhelm**
Danish Meteorological Institute
Denmark

**MCELROY, Charles Thomas**
York University
Canada

**MCINNES, Kathleen**
CSIRO Marine and Atmospheric Research
Australia

**MCKAY, Nicholas**
University of Arizona
USA

**MCKITRICK, Ross**
University of Guelph
Canada

**MCLEAN, John**
James Cook University
Australia

**MEEHL, Gerald**
National Center for Atmospheric Research
USA

**MEIER, Walter**
National Snow and Ice Data Center
USA

**MEIYAPPAN, Prasanth**
University of Illinois
USA

**MELSOM, Arne**
Norwegian Meteorological Institute
Norway

**MÉNDEZ, Carlos**
Instituto Venezolano de
Investigaciones Científicas
Venezuela

**MENGE, Duncan**
Princeton University
USA

**MENZEL, W. Paul**
University of Wisconsin
USA

**MERCHANT, Christopher**
University of Edinburgh
UK

**MEREDITH, Michael**
British Antarctic Survey
UK

**MERLIS, Timothy**
Princeton University and National
Oceanic and Atmospheric Administration,
Geophysical Fluid Dynamics Laboratory
USA

**MERRYFIELD, William**
Environment Canada
Canada

**MESINGER, Fedor**
University of Maryland
USA

**METCALFE, Daniel**
Swedish University of Agricultural Sciences
Sweden

**METELKA, Ladislav**
Czech Hydrometeorological Institute
Czech Republic

**MEYSSIGNAC, Benoit**
Laboratoire d'Etudes en Géophysique
et Océanographie Spatiales
France

**MICKLEY, Loretta**
Harvard University
USA

**MIELIKÄINEN, Kari**
Finnish Forest Research Institute
Finland

**MILLER, Benjamin R.**
Cooperative Institute for Research
in Environmental Sciences
USA

**MIMS, Forrest**
Geronimo Creek Observatory
USA

**MIN, Seung-Ki**
CSIRO Marine and Atmospheric Research
Australia

**MING, Jing**
National Climate Center, China
Meteorological Administration
China

**MING, Yi**
National Oceanic and Atmospheric
Administration, Geophysical
Fluid Dynamics Laboratory
USA

**MINSCHWANER, Kenneth**
New Mexico Institute of
Mining and Technology
USA

**MITCHELL, John**
Met Office Hadley Centre
UK

**MOBERG, Anders**
Stockholm University
Sweden

**MÖHLER, Ottmar**
Karlsruhe Institute of Technology
Germany

**MOLINIÉ, Gilles**
Laboratoire de Glaciologie et Géophysique
de l'Environnement, Université Joseph Fourier
France

**MONAHAN, Adam**
University of Victoria
Canada

AVI

BLM_0152025

**MONCKTON OF BRENCHLEY, Christopher**
Science and Public Policy Institute
UK

**MONTZKA, Stephen**
National Oceanic and Atmospheric
Administration, Earth System
Research Laboratory
USA

**MOORTHY, K. Krishna**
Indian Space Research Organisation
India

**MOOSDORF, Nils**
University of Hamburg
Germany

**MORGENSTERN, Olaf**
National Institute of Water and
Atmospheric Research
New Zealand

**MORI, Nobuhito**
Kyoto University
Japan

**MORICE, Colin**
Met Office Hadley Centre
UK

**MORRISON, Hugh**
National Center for Atmospheric Research
USA

**MOTE, Philip**
Oregon State University
USA

**MSADEK, Rym**
National Oceanic and Atmospheric
Administration, Geophysical
Fluid Dynamics Laboratory
USA

**MUDELSEE, Manfred**
Alfred Wegener Institute for
Polar and Marine Research
Germany

**MUELLER, Christoph**
Justus Leibig University Giessen
Germany

**MÜLLER, Rolf**
Forschungszentrum Jülich
Germany

**MÜLLER, Wolfgang**
Max Planck Institute for Meteorology
Germany

**MULLER, Christian**
Belgian Institute for Space Aeronomy
Belgium

1512

**MURATA, Akihiko**
Japan Agency for Marine-Earth
Science and Technology
Japan

**MURPHY, Brad**
Bureau of Meteorology
Australia

**MURPHY, Daniel**
National Oceanic and Atmospheric
Administration, Earth System
Research Laboratory
USA

**MUSCHELER, Raimund**
Lund University
Sweden

**MUTHALAGU, Ravichandran**
Indian National Centre for Ocean
Information Services
India

**MYHRE, Gunnar**
Center for International Climate and
Environmental Research Oslo
Norway

**NABBEFELD, Birgit**
DLR German Aerospace Center
Germany

**NAIK, Vaishali**
National Oceanic and Atmospheric
Administration, Geophysical
Fluid Dynamics Laboratory
USA

**NAKAEGAWA, Tosiyuki**
Meteorological Research Institute
Japan

**NAKAJIMA, Teruyuki**
University of Tokyo
Japan

**NASSAR, Ray**
Environment Canada
Canada

**NAUELS, Alexander**
IPCC WGI TSU, University of Bern
Switzerland

**NEELIN, J. David**
University of California Los Angeles
USA

**NESJE, Atle**
University of Bergen and Bjerknes
Centre for Climate Research
Norway

**NEU, Urs**
Swiss Academy of Sciences
Switzerland

**NEVISON, Cynthia**
University of Colorado Boulder
USA

**NEWBERY, David**
University of Bern
Switzerland

**NEWBURY, Thomas Dunning**
Amercian Association for the
Advancement of Science and U.S.
Department of the Interior (retired)
USA

**NICHOLLS, Robert**
University of Southampton
UK

**NITSCHE, Helga**
Deutscher Wetterdienst
Germany

**NODA, Akira**
Japan Agency for Marine-Earth
Science and Technology
Japan

**OBBARD, Jeffrey**
National University of Singapore
Singapore

**OBROCHTA, Stephen**
University of Tokyo
Japan

**O'CONNOR, Fiona**
Met Office Hadley Centre
UK

**OGREN, John**
National Oceanic and Atmospheric
Administration, Earth System
Research Laboratory
USA

**OGURA, Tomoo**
National Institute for Environmental Studies
Japan

**OHBA, Masamichi**
Central Research Institute of
Electric Power Industry
Japan

**OHMURA, Atsumu**
ETH Zurich
Switzerland

**OHNEISER, Christian**
Shell International B.V.
Netherlands

AVI

O'ISHI, Ryouta
University of Tokyo
Japan

OLIVIÉ, Dirk
University of Oslo
Norway

OLIVIER, Jos
Netherlands Environmental
Assessment Agency
Netherlands

OOUCHI, Kazuyoshi
Japan Agency for Marine-Earth
Science and Technology
Japan

OPPENHEIMER, Michael
Princeton University
USA

OREOPOULOS, Lazaros
National Aeronautics and Space
Administration, Goddard Space Flight Center
USA

ORLIC, Mirko
University of Zagreb
Croatia

ORLOWSKY, Boris
ETH Zurich
Switzerland

OSBORN, Timothy
University of East Anglia
UK

OSTROM, Nathaniel
Michigan State University
USA

OVERPECK, Jonathan
University of Arizona
USA

OWENS, John
3M Company
USA

PABÓN-CAICEDO, José Daniel
Universidad Nacional de Colombia
Colombia

PADMAN, Laurence
Earth & Space Research
USA

PALMER, Matthew
Met Office Hadley Centre
UK

PAN, Genxing
Nanjing Agricultural University
China

PANDEY, Dhananjai Kumar
National Centre for Antarctic
and Ocean Research
India

PARKER, Albert
University of Ballarat
Australia

PARKER, David
Met Office Hadley Centre
UK

PARRISH, David
National Oceanic and Atmospheric
Administration, Earth System
Research Laboratory
USA

PASSCHIER, Sandra
Montclair State University
USA

PATTYN, Frank
Université libre de Bruxelles
Belgium

PAUL, Frank
University of Zurich
Switzerland

PAVAN, Valentina
Environmental Agency of Emilia-Romagna
Italy

PAVELSKY, Tamlin
University of North Carolina
USA

PAYNE, Antony
University of Bristol
UK

PAYNTER, David
National Oceanic and Atmospheric
Administration, Geophysical
Fluid Dynamics Laboratory
USA

PEARSON, David
Met Office Hadley Centre
UK

PEDERSEN, Jens Olaf Pepke
Technical University of Denmark
Denmark

PELEJERO, Carles
Institució Catalana de Recerca i Estudis
Avançats and Institut de Ciències del Mar
Spain

PELLIKKA, Hilkka
Finnish Meteorological Institute
Finland

PERLWITZ, Judith
Cooperative Institute for Research
in Environmental Sciences
USA

PEROVICH, Donald
Cold Regions Research and
Engineering Laboratory
USA

PETERS, Glen
Center for International Climate and
Environmental Research Oslo
Norway

PETERS, Karsten
Monash University
Australia

PETIT, Michel
Conseil général de l'Economie, de l'Industrie,
de l'Energie et des Technologies
France

PFEFFER, W. Tad
University of Colorado Boulder
USA

PHILIPONA, Rolf
Federal Office of Meteorology and
Climatology MeteoSwiss
Switzerland

PIACENTINI, Rubén D.
Universidad Nacional de Rosario
Argentina

PINCUS, Robert
University of Colorado Boulder
USA

PLANTON, Serge
Météo-France
France

PLATTNER, Gian-Kasper
IPCC WGI TSU, University of Bern
Switzerland

PLUMMER, David
Environment Canada
Canada

POERTNER, Hans
Alfred Wegener Institute for
Polar and Marine Research
Germany

POHLMANN, Holger
Max Planck Institute for Meteorology
Germany

AVI

1513

**POITOU, Jean**
Laboratoire des Sciences du Climat et de
l'Environnement, Institut Pierre Simon
Laplace and Société Française de Physique
France

**POKHREL, Samir**
Indian Institute of Tropical Meteorology
India

**POLLACK, Henry**
University of Michigan
USA

**POLONSKY, Alexander**
Marine Hydrophysical Institute
Ukraine

**PONGRATZ, Julia**
Max Planck Institute for Meteorology
Germany

**PORTMANN, Robert**
National Oceanic and Atmospheric
Administration, Earth System
Research Laboratory
USA

**POULTER, Benjamin**
Laboratoire des Sciences du
Climat et de l'Environnement,
Institut Pierre Simon Laplace
France

**POWER, Scott**
Bureau of Meteorology
Australia

**PRATHER, Michael**
University of California Irvine
USA

**PRENTICE, Iain Colin**
Macquarie University and Imperial College
Australia

**PRINN, Ronald**
Massachusetts Institute of Technology
USA

**PUEYO, Salvador**
Institut Català de Ciències del Clima
Spain

**QIAO, Bing**
China Waterborne Transport
Research Institute
China

**QUAAS, Johannes**
University of Leipzig
Germany

**QUINN, Patricia**
National Oceanic and Atmospheric
Administration, Pacific Marine
Environmental Laboratory
USA

**RABATEL, Antoine**
Laboratoire de Glaciologie et Géophysique
de l'Environnement, Université Joseph Fourier
France

**RADIĆ, Valentina**
University of British Columbia
Canada

**RADUNSKY, Klaus**
Umweltbundesamt
Austria

**RAHAMAN, Hasibur**
Indian National Centre for Ocean
Information Services
India

**RAHIMZADEH, Fatemeh**
Islamic Republic of Iran
Meteorological Organization
Iran

**RAHMSTORF, Stefan**
Potsdam Institute for Climate
Impact Research
Germany

**RAIBLE, Christoph**
University of Bern
Switzerland

**RÄISÄNEN, Jouni**
University of Helsinki
Finland

**RÄISÄNEN, Petri**
Finnish Meteorological Institute
Finland

**RAJEEVAN, Madhavan Nair**
Government of India, Ministry
of Earth Sciences
India

**RAMASWAMY, Venkatachalam**
National Oceanic and Atmospheric
Administration, Geophysical
Fluid Dynamics Laboratory
USA

**RAMSTEIN, Gilles**
Laboratoire des Sciences du
Climat et de l'Environnement,
Institut Pierre Simon Laplace
France

**RANDALL, David**
Colorado State University
USA

**RAPER, Sarah**
Manchester Metropolitan University
UK

**RASCH, Philip**
Pacific Northwest National Laboratory
USA

**RAUPACH, Michael**
CSIRO Marine and Atmospheric Research
Australia

**RAVISHANKARA, A.R.**
National Oceanic and Atmospheric
Administration, Earth System
Research Laboratory
USA

**RAWLS, Alec**
USA

**RAYNER, Nick**
Met Office Hadley Centre
UK

**RAYNER, Peter**
University of Melbourne
Australia

**REAY, David**
University of Edinburgh
UK

**REIS, Stefan**
Centre for Ecology & Hydrology
UK

**REISINGER, Andy**
New Zealand Agricultural
GHG Research Centre
New Zealand

**REISMAN, John P.**
OSS Foundation
USA

**REMEDIOS, John**
University of Leicester
UK

**REMER, Lorraine**
National Aeronautics and Space
Administration, Goddard Space Flight Center
USA

**REN, Guoyu**
National Climate Center, China
Meteorological Administration
China

AVI

BLM_0152028

**RENWICK, James**
Victoria University of Wellington
New Zealand

**REUTEN, Christian**
RWDI AIR Inc.
Canada

**RIAHI, Keywan**
International Institute for
Applied Systems Analysis
Austria

**RIBES, Aurélien**
Météo-France
France

**RIDDICK, Stuart**
Cornell University
USA

**RIDLEY, Jeff**
Met Office Hadley Centre
UK

**RIGNOT, Eric**
University of California Irvine
USA

**RIGOR, Ignatius**
University of Washington
USA

**RINGEVAL, Bruno**
Utrecht University
Netherlands

**RITZ, Christoph**
Swiss Academy of Sciences
Switzerland

**RIVERA, Andrés**
Centro de Estudios Científicos
Chile

**ROBAA, S.M.**
Cairo University
Egypt

**ROBERTS, Chris**
Met Office Hadley Centre
UK

**ROBERTSON, Iain**
Swansea University
UK

**ROBOCK, Alan**
Rutgers University
USA

**ROBSON, Jonathan**
University of Reading
UK

**RODHE, Henning**
Stockholm University
Sweden

**ROGELJ, Joeri**
ETH Zurich
Switzerland

**ROHLING, Eelco Johan**
National Oceanography Centre
UK

**ROJAS, Maisa**
Universidad de Chile
Chile

**ROMANOVSKY, Vladimir**
University of Alaska Fairbanks
USA

**RONCHAIL, Josyane**
Laboratoire d'Océanographie et du Climat,
Institut Pierre Simon Laplace
France

**ROSEN, Sergiu Dov**
Israel Oceanographic and
Limnological Research
Israel

**ROSENFELD, Daniel**
Hebrew University of Jerusalem
Israel

**ROSENLOF, Karen**
National Oceanic and Atmospheric
Administration, Earth System
Research Laboratory
USA

**ROTSTAYN, Leon**
CSIRO Marine and Atmospheric Research
Australia

**ROTT, Helmut**
University of Innsbruck
Austria

**ROWELL, David**
Met Office Hadley Centre
UK

**ROY, Indrani**
University of Exeter
UK

**ROY, Shouraseni**
University of Miami
USA

**RUMMUKAINEN, Markku**
Swedish Meteorological and Hydrological
Institute and Lund University
Sweden

**RUPP, David**
Oregon State University
USA

**RUSSELL, Andrew**
Brunel University
UK

**RUTI, Paolo Michele**
Italian National Agency for New
Technologies, Energy and Sustainable
Economic Development
Italy

**SAHU, Lokesh Kumar**
Physical Research Laboratory
India

**SAKAGUCHI, Koichi**
University of Arizona
USA

**SALAS Y MELIA, David**
Météo-France
France

**SALZMANN, Nadine**
University of Zurich and University of Fribourg
Switzerland

**SAMANTA, Arindam**
Atmospheric and Environmental Research
USA

**SANCHEZ GOÑI, Maria Fernanda**
Université Bordeaux 1
France

**SANDERSON, Benjamin**
National Center for Atmospheric Research
USA

**SANYAL, Swarnali**
University of Illinois
USA

**SAROFIM, Marcus**
U.S. Environmental Protection Agency
USA

**SATHEESH, S.K.**
Indian Institute of Science
India

**SATOH, Masaki**
University of Tokyo
Japan

**SAUCHYN, David**
University of Regina
Canada

**SAULO, Celeste**
Universidad de Buenos Aires
Argentina

AVI

BLM_0152029

**SAUNDERS, Roger**
Met Office Hadley Centre
UK

**SAUSEN, Robert**
DLR German Aerospace Center
Germany

**SAVOLAINEN, Ilkka**
VTT Technical Research Centre of Finland
Finland

**SCAIFE, Adam**
Met Office Hadley Centre
UK

**SCHMID, Beat**
Pacific Northwest National Laboratory
USA

**SCHMIDT, Gavin**
National Aeronautics and
Space Administration, Goddard
Institute for Space Studies
USA

**SCHNEEBELI, Martin**
WSL Institute for Snow and
Avalanche Research SLF
Switzerland

**SCHNEIDER, Johannes**
Max Planck Institute for Chemistry
Germany

**SCHOENWIESE, Christian-D.**
Goethe University
Germany

**SCHOLES, Robert**
Council for Scientific and Industrial Research
South Africa

**SCHRAMA, Ernst**
Delft University of Technology
Netherlands

**SCHULZ, Michael**
Norwegian Meteorological Institute
Norway

**SCHUMANN, Ulrich**
DLR German Aerospace Center
Germany

**SCHUSTER, Gregory**
National Aeronautics and Space
Administration, Langley Research Center
USA

**SCHUUR, Edward**
University of Florida
USA

**SCHWARTZ, Stephen E.**
Brookhaven National Laboratory
USA

**SCHWARZKOPF, M. Daniel**
National Oceanic and Atmospheric
Administration, Geophysical
Fluid Dynamics Laboratory
USA

**SCHWEIGER, Axel**
University of Washington
USA

**SEDLÁČEK, Jan**
ETH Zurich
Switzerland

**SEHAT KASHANI, Saviz**
Islamic Azad University
Iran

**SEIBERT, Petra**
University of Vienna
Austria

**SEIDEL, Dian**
National Oceanic and Atmospheric
Administration, Air Resources Laboratory
USA

**SELVARAJ, Kandasamy**
Xiamen University
China

**SEN, Omer L.**
Istanbul Technical University
Turkey

**SENEVIRATNE, Sonia**
ETH Zurich
Switzerland

**SENSOY, Serhat**
Turkish State Meteorological Service
Turkey

**SENTMAN, Lori**
National Oceanic and Atmospheric
Administration, Geophysical
Fluid Dynamics Laboratory
USA

**SERPIL, Yaäzan**
Turkish State Meteorological Service
Turkey

**SETH, Anji**
University of Connecticut
USA

**SEXTON, David**
Met Office Hadley Centre
UK

**SHAO, Andrew**
University of Washington
USA

**SHAO, XueMei**
Institute of Geographic Sciences
and Natural Resources Research,
Chinese Academy of Sciences
China

**SHELL, Karen**
Oregon State University
USA

**SHERWIN, Toby**
Scottish Association for Marine Science
UK

**SHERWOOD, Steven**
University of New South Wales
Australia

**SHEVLIAKOVA, Elena**
Princeton University
USA

**SHI, Zongbo**
University of Birmingham
UK

**SHIBATA, Kiyotaka**
Meteorological Research Institute
Japan

**SHINDELL, Drew**
National Aeronautics and
Space Administration, Goddard
Institute for Space Studies
USA

**SHINE, Keith**
University of Reading
UK

**SHIOGAMA, Hideo**
National Institute for Environmental Studies
Japan

**SHKOLNIK, Igor**
Voeikov Main Geophysical Observatory
Russian Federation

**SHMAKIN, Andrey**
Russian Academy of Sciences
Russian Federation

**SHUMAN, Bryan**
University of Wyoming
USA

**SICRE, Marie-Alexandrine**
Laboratoire des Sciences du Climat et de
l'Environnement, Institut Pierre Simon Laplace
France

AVI

BLM_0152030

**SIDDALL, Mark**
University of Bristol
UK

**SIEGLE, Eduardo**
Universidade de São Paulo
Brazil

**SIEVERING, Herman**
National Oceanic and Atmospheric
Administration, Earth System
Research Laboratory and University
of Colorado Boulder
USA

**SILLMANN, Jana**
Environment Canada
Canada

**SIMMONDS, Ian**
University of Melbourne
Australia

**SIMMONS, Adrian**
European Centre for Medium-Range
Weather Forecasts
UK

**SINGER, S. Fred**
University of Virginia
USA

**SLANGEN, Aimée**
Utrecht University
Netherlands

**SMEDSRUD, Lars Henrik**
Bjerknes Centre for Climate Research
Norway

**SMITH, Doug**
Met Office Hadley Centre
UK

**SMITH, Ian**
CSIRO Marine and Atmospheric Research
Australia

**SMITH, Leonard**
London School of Economics
and Political Science
UK

**SMITH, Sharon**
Natural Resources Canada
Canada

**SMITH, Stephen**
Committee on Climate Change
UK

**SMITH, Stephen G.G.**
UK

**SMITH, Steven**
Pacific Northwest National Laboratory
USA

**SNIDERMAN, Kale**
University of Melbourne
Australia

**SOLOMINA, Olga**
Russian Academy of Sciences
Russian Federation

**SOLOMON, Susan**
Massachusetts Institute of Technology
USA

**SOMERVILLE, Richard**
Scripps Institution of Oceanography
USA

**SONG, Shaojie**
Massachusetts Institute of Technology
USA

**SPAHNI, Renato**
University of Bern
Switzerland

**SPARRENBOM, Charlotte**
Lund University
Sweden

**SPARROW, Michael**
Scientific Committee on Antarctic Research
UK

**SPORYSHEV, Petr**
Voeikov Main Geophysical Observatory
Russian Federation

**SRIKANTHAN, Ramachandran**
Physical Research Laboratory
India

**SRIVER, Ryan**
University of Illinois
USA

**SROKOSZ, Meric**
National Oceanography Centre
UK

**STAGER, Jay Curt**
Paul Smith's College
USA

**STAHLE, David**
University of Arkansas
USA

**STAINFORTH, David**
London School of Economics
and Political Science
UK

**STEBLER, Oliver**
ETH Zurich
Switzerland

**STEIG, Eric**
University of Washington
USA

**STEINFELDT, Reiner**
University of Bremen
Germany

**STENDEL, Martin**
Danish Meteorological Institute
Denmark

**STEPEK, Andrew**
Royal Netherlands Meteorological Institute
Netherlands

**STEPHENS, Graeme**
National Aeronautics and Space
Administration, Jet Propulsion Laboratory
USA

**STEPHENSON, David**
University of Exeter
UK

**STERL, Andreas**
Royal Netherlands Meteorological Institute
Netherlands

**STERN, Harry**
University of Washington
USA

**STEVENSON, David**
University of Edinburgh
UK

**STEWART, Ronald**
University of Manitoba
Canada

**STIER, Philip**
University of Oxford
UK

**STÖBER, Uwe**
University of Bremen
Germany

**STOCKDALE, Timothy**
European Centre for Medium-
Range Weather Forecasts
UK

**STOCKER, Benjamin**
University of Bern
Switzerland

**STOCKER, Thomas F.**
Co-Chair IPCC WGI, University of Bern
Switzerland

AVI

BLM_0152031

**STONE, Dáithí**
Lawrence Berkeley National Laboratory
USA

**STONE, Reynold**
University of the West Indies
Trinidad and Tobago

**STOTT, Peter**
Met Office Hadley Centre
UK

**STOUFFER, Ronald**
National Oceanic and Atmospheric
Administration, Geophysical
Fluid Dynamics Laboratory
USA

**STOY, Paul**
Montana State University
USA

**STRAUSS, Benjamin**
Climate Central
USA

**STUBENRAUCH, Claudia**
Laboratoire de Météorologie Dynamique,
Institut Pierre Simon Laplace
France

**STUMM, Dorothea**
International Centre for Integrated
Mountain Development
Nepal

**SU, Hui**
National Aeronautics and Space
Administration, Jet Propulsion Laboratory
USA

**SUBRAMANIAN, Aneesh**
Scripps Institution of Oceanography
USA

**SUGI, Masato**
Japan Agency for Marine-Earth
Science and Technology
Japan

**SUGIYAMA, Masahiro**
Central Research Institute of
Electric Power Industry
Japan

**SUN, Jianqi**
Institute of Atmospheric Physics,
Chinese Academy of Sciences
China

**SUN, Junying**
Chinese Academy of Meteorological Sciences,
China Meteorological Administration
China

**SUNDQUIST, Eric**
U.S. Geological Survey
USA

**SUTTON, Rowan**
University of Reading
UK

**SVENSSON, Gunilla**
Stockholm University
Sweden

**SWEENEY, Conor**
University College Dublin
Ireland

**SWIETLICKI, Erik**
Lund University
Sweden

**SWINGEDOUW, Didier**
Laboratoire des Sciences du
Climat et de l'Environnement,
Institut Pierre Simon Laplace
France

**TACHIIRI, Kaoru**
Japan Agency for Marine-Earth
Science and Technology
Japan

**TAKAHASHI, Ken**
Instituto Geofísico del Perú
Peru

**TAKAHASHI, Kiyoshi**
National Institute for Environmental Studies
Japan

**TAKAYABU, Izuru**
Meteorological Research Institute
Japan

**TAKAYABU, Yukari**
University of Tokyo
Japan

**TAKEMURA, Toshihiko**
Kyushu University
Japan

**TALARICO, Franco**
University of Siena
Italy

**TALLAKSEN, Lena M.**
University of Oslo
Norway

**TAMISIEA, Mark**
National Oceanography Centre
UK

**TANAKA, Hiroshi**
University of Tsukuba
Japan

**TANAKA, Katsumasa**
ETH Zurich
Switzerland

**TANG, Qi**
Cornell University
USA

**TAPIADOR, Francisco J.**
Universidad de Castilla-La Mancha
Spain

**TARASOV, Lev**
Memorial University of Newfoundland
Canada

**TAYLOR, Jeffrey**
National Ecological Observatory Network
USA

**TELFORD, Richard**
University of Bergen
Norway

**TERRAY, Laurent**
Centre Européen de Recherche et de
Formation Avancée en Calcul Scientifique
France

**TETT, Simon**
University of Edinburgh
UK

**THIELEN, Dirk**
Instituto Venezolano de
Investigaciones Científicas
Venezuela

**THOMAS, Robert**
SIGMA Space
USA

**THOMASON, Larry**
National Aeronautics and Space
Administration, Langley Research Center
USA

**THOMPSON, Erica**
London School of Economics
and Political Science
UK

**THOMPSON, Rona**
Norwegian Institute for Air Research
Norway

**THORNE, Peter**
National Oceanic and Atmospheric
Administration, National
Climatic Data Center
USA

AVI

BLM_0152032

**TIAN, Jian**
University of Illinois
USA

**TIGNOR, Melinda**
IPCC WGI TSU, University of Bern
Switzerland

**TILYA, Faustine Fidelis**
Tanzania Meteorological Agency
United Republic Of Tanzania

**TITUS, James G.**
U.S. Environmental Protection Agency
USA

**TKALICH, Pavel**
National University of Singapore
Singapore

**TOKINAGA, Hiroki**
University of Hawaii
USA

**TOMASEK, Bradley**
University of Illinois
USA

**TOMOZEIU, Rodica**
Environmental Agency of Emilia-Romagna
Italy

**TONITTO, Christina**
Cornell University
USA

**TOTTERDELL, Ian**
Met Office Hadley Centre
UK

**TRAINER, Michael**
National Oceanic and Atmospheric
Administration, Earth System
Research Laboratory
USA

**TRANVIK, Lars**
Uppsala University
Sweden

**TRENBERTH, Kevin**
National Center for Atmospheric Research
USA

**TROUET, Valerie**
University of Arizona
USA

**TSUSHIMA, Yoko**
Met Office Hadley Centre
UK

**TSUTSUI, Junichi**
Central Research Institute of
Electric Power Industry
Japan

**TURCQ, Bruno**
Institut de Recherche pour le Développement
France

**TURNER, Andrew**
University of Reading
UK

**TZEDAKIS, Chronis**
University College London
UK

**UNNINAYAR, Sushel**
National Aeronautics and Space
Administration, Goddard Space Flight Center
USA

**URREGO, Dunia H.**
Université Bordeaux 1
France

**VAN DEN HURK, Bart**
Royal Netherlands Meteorological Institute
Netherlands

**VAN DER LINDEN, Paul**
Met Office Hadley Centre
UK

**VAN DER WERF, Guido**
VU University Amsterdam
Netherlands

**VAN HUISSTEDEN, Ko**
VU University Amsterdam
Netherlands

**VAN KESTEREN, Line**
IPCC Synthesis Report TSU
Netherlands

**VAN NOIJE, Twan**
Royal Netherlands Meteorological Institute
Netherlands

**VAN OLDENBORGH, Geert Jan**
Royal Netherlands Meteorological Institute
Netherlands

**VAN OMMEN, Tasman**
Australian Antarctic Division
Australia

**VAN VELTHOVEN, Peter**
Royal Netherlands Meteorological Institute
Netherlands

**VAN WEELE, Michiel**
Royal Netherlands Meteorological Institute
Netherlands

**VAN YPERSELE, Jean-Pascal**
Université catholique de Louvain
Belgium

**VANAGS, Andrejs**
The Space Exploration Society
USA

**VAQUERO, José Manuel**
Universidad de Extremadura
Spain

**VAUGHAN, David**
British Antarctic Survey
UK

**VAUGHAN, Naomi**
University of East Anglia
UK

**VELDERS, Guus**
National Institute for Public
Health and the Environment
Netherlands

**VERHEGGEN, Bart**
ECN Energy Research Institute
of the Netherlands
Netherlands

**VERHOEF, Anne**
University of Reading
UK

**VERLEYEN, Elie**
Ghent University
Belgium

**VIDAL, Jean-Philippe**
Institut National de Recherche
en Sciences et Technologies pour
l'Environnement et l'Agriculture
France

**VIGNATI, Elisabetta**
European Commission Joint Research Centre
Italy

**VINITNANTHARAT, Soydoa**
King Mongkut's University of
Technology Thonburi
Thailand

**VISSER, Hans**
PBL Netherlands Environmental
Assessment Agency
Netherlands

**VOIGT, Thomas**
Federal Environment Agency
Germany

**AVI**

BLM_0152033

**VOLLMER, Martin**
Swiss Federal Laboratories for Materials
Science and Technology EMPA
Switzerland

**VON SCHUCKMANN, Karina**
Institut Français de Recherche
pour l'Exploitation de la Mer
France

**WAGNON, Patrick**
Laboratoire de Glaciologie et Géophysique
de l'Environnement, Université Joseph Fourier
France

**WAHL, Eugene**
National Oceanic and Atmospheric
Administration, National
Climatic Data Center
USA

**WAHL, Terje**
Norwegian Space Centre
Norway

**WAHL, Thomas**
University of Siegen
Germany

**WALISER, Duane**
National Aeronautics and Space
Administration, Jet Propulsion Laboratory
USA

**WALLINGTON, Timothy**
Ford Motor Company
USA

**WALTER, Andreas**
Deutscher Wetterdienst
Germany

**WANG, Bin**
Institute of Atmospheric Physics, Chinese
Academy of Sciences and Tsinghua University
China

**WANG, Chien**
Massachusetts Institute of Technology
USA

**WANG, Dongxiao**
South China Sea Institute of Oceanology,
Chinese Academy of Sciences
China

**WANG, Hailong**
Pacific Northwest National Laboratory
USA

**WANG, Junye**
Rothamsted Research
UK

**WANG, Kaicun**
Beijing Normal University
China

**WANG, Minghuai**
Pacific Northwest National Laboratory
USA

**WANG, Pinxian**
Tongji University
China

**WANG, Shaowu**
Peking University
China

**WANG, Tijian**
Nanjing University
China

**WANG, Ting**
Lehigh University
USA

**WANG, Xiaolan**
Environment Canada
Canada

**WANG, Xuemei**
Sun Yat-sen University
China

**WANG, Yingping**
CSIRO Marine and Atmospheric Research
Australia

**WANG, Yongguang**
National Climate Center, China
Meteorological Administration
China

**WANG, Zhaomin**
Nanjing University of Information
Science and Technology
China

**WANLISS, James**
Presbyterian College
USA

**WANNER, Heinz**
University of Bern
Switzerland

**WATERLAND, Robert**
E. I. du Pont de Nemours & Co. Inc.
USA

**WATSON, Phil**
NSW Government Office of
Environment and Heritage
Australia

**WATSON, Thomas**
Australia

**WATTERSON, Ian**
CSIRO Marine and Atmospheric Research
Australia

**WEBB, David**
National Oceanography Centre
UK

**WEBB, Mark**
Met Office Hadley Centre
UK

**WEBB, Robert**
National Oceanic and Atmospheric
Administration, Earth System
Research Laboratory
USA

**WEEDON, Graham**
Met Office Hadley Centre
UK

**WEISHEIMER, Antje**
European Centre for Medium-
Range Weather Forecasts
UK

**WEISS, Jérôme**
Laboratoire de Glaciologie et Géophysique
de l'Environnement, Université Joseph Fourier
France

**WEISSE, Ralf**
Helmholtz-Zentrum Geesthacht
Germany

**WENDISCH, Manfred**
University of Leipzig
Germany

**WESTRA, Seth**
University of Adelaide
Australia

**WEYHENMEYER, Gesa**
Uppsala University
Sweden

**WHETTON, Penny**
CSIRO Marine and Atmospheric Research
Australia

**WHITE, Neil**
CSIRO Marine and Atmospheric Research
Australia

**WIELICKI, Bruce**
National Aeronautics and Space
Administration, Langley Research Center
USA

**WILD, Oliver**
Lancaster University
UK

AVI

BLM_0152034

**WILLETT, Kate**
Met Office Hadley Centre
UK

**WILLIAMS, Keith**
Met Office Hadley Centre
UK

**WILLIAMS, Paul**
University of Reading
UK

**WILLIAMS, Richard G.**
Liverpool University
UK

**WILLIAMS, S. Jeffress**
U.S. Geological Survey
USA

**WILSON, Rob**
University of St Andrews
UK

**WITTENBERG, Andrew**
National Oceanic and Atmospheric
Administration, Geophysical
Fluid Dynamics Laboratory
USA

**WOLFF, Eric**
British Antarctic Survey
UK

**WOOD, Richard**
Met Office Hadley Centre
UK

**WOOD, Robert**
University of Washington
USA

**WOODS, Thomas**
University of Colorado Boulder
USA

**WOODWORTH, Philip**
National Oceanography Centre
UK

**WORDEN, Helen**
National Center for Atmospheric Research
USA

**WRATT, David**
National Institute of Water and
Atmospheric Research
New Zealand

**WU, Tonghua**
Cold and Arid Regions Environmental
and Engineering Research Institute,
Chinese Academy of Sciences
China

**WURZLER, Sabine**
Landesamt für Natur, Umwelt und
Verbraucherschutz NRW
Germany

**XIA, Chaozong**
State Forestry Administration
China

**XIA, Yu**
IPCC WGI TSU, University of Bern
Switzerland

**XIE, Shang-Ping**
Scripps Institution of Oceanography
USA

**XU, Chong-Yu**
University of Oslo
Norway

**XU, Kuan-Man**
National Aeronautics and Space
Administration, Langley Research Center
USA

**XU, Xiaobin**
Chinese Academy of Meteorological Sciences,
China Meteorological Administration
China

**XU, Ying**
National Climate Center, China
Meteorological Administration
China

**XU, Yongfu**
Institute of Atmospheric Physics,
Chinese Academy of Sciences
China

**YABI, Ibouraïma**
Université d'Abomey Calavi
Benin

**YASUNARI, Tetsuzo**
Nagoya University
Japan

**YDE, Jacob Clement**
Sogn og Fjordane University College
Norway

**YOKOUCHI, Yoko**
National Institute for Environmental Studies
Japan

**YOSHIMORI, Masakazu**
University of Tokyo
Japan

**YU, Rucong**
China Meteorological Administration
China

**YU, Zicheng**
Lehigh University
USA

**YUKIMOTO, Seiji**
Meteorological Research Institute
Japan

**ZAEHLE, Sönke**
Max Planck Institute for Biogeochemistry
Germany

**ZAHN, Matthias**
University of Reading
UK

**ZAPPA, Giuseppe**
University of Reading
UK

**ZEMP, Michael**
University of Zurich
Switzerland

**ZENG, Xubin**
University of Arizona
USA

**ZHANG, Chengyi**
National Climate Center, China
Meteorological Administration
China

**ZHANG, De-er**
National Climate Center, China
Meteorological Administration
China

**ZHANG, Gan**
University of Illinois
USA

**ZHANG, Guang**
Scripps Institution of Oceanography
USA

**ZHANG, Hua**
National Climate Center, China
Meteorological Administration
China

**ZHANG, Rong**
National Oceanic and Atmospheric
Administration, Geophysical
Fluid Dynamics Laboratory
USA

**ZHANG, Tianyu**
National Marine Environmental
Forecasting Center
China

**ZHANG, Xiangdong**
University of Alaska Fairbanks
USA

AVI

BLM_0152035

Expert Reviewers of the IPCC WGI Fifth Assessment Report

**ZHANG, Xuebin**
CSIRO Marine and Atmospheric Research
Australia

**ZHANG, Xuebin**
Environment Canada
Canada

**ZHAO, Xuepeng (Tom)**
National Oceanic and Atmospheric
Administration, National
Climatic Data Center
USA

**ZHAO, Zong-Ci**
National Climate Center, China
Meteorological Administration
China

**ZHENG, Jingyun**
Institute of Geographic Sciences
and Natural Resources Research,
Chinese Academy of Sciences
China

**ZHOU, Guangsheng**
Chinese Academy of Meteorological Sciences,
China Meteorological Administration
China

**ZHOU, Limin**
East China Normal University
China

**ZHOU, Tianjun**
Institute of Atmospheric Physics,
Chinese Academy of Sciences
China

**ZHU, Bin**
Nanjing University of Information
Science and Technology
China

**ZICKFELD, Kirsten**
Simon Fraser University
Canada

**ZORITA, Eduardo**
Helmholtz-Zentrum Geesthacht
Germany

**ZUIDEMA, Paquita**
University of Miami
USA

**ZUO, Juncheng**
HoHai University
China

**ZWEIFEL, Roman**
Swiss Federal Institute for Forest, Snow
and Landscape Research WSL
Switzerland

**ZWIERS, Francis**
University of Victoria
Canada

AVI

BLM_0152036

# Index

This index should be cited as:

IPCC, 2013: Index. In: *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

BLM_0152037

## Index

Note:  * indicates the term also appears in the Glossary (Annex III). Bold page numbers indicate page spans for entire chapters. Italicized page numbers denote tables, figures and boxed material.

## A

**Abrupt climate change\***, *70-72*, *151*, 386-387, 432-435, 1114-1119
  abrupt glacial events, 483
  paleoclimate\*, 386-387, 432-435, *434*
  permafrost thawing and, *530-531*
  projections, 88, 1005, 1033, 1114-1119
  summary, 1005, *1115*
**Aerosols\***, *151*, 174-180, **571-657**
  absorption on snow and ice, 574, 617-618, 685, *685*
  aerosol-climate feedbacks, 574, 605-606
  aerosol-cloud interactions\*, 127, 573, *578*, 606-614, *607*, 618-621, *623*, 625-626, 683-685
  aerosol optical depth (AOD), 161, 174-176, *176*, *179*, 596-599, *599*, 692, *757*, 794-795, *794-795*, *1429-1430*
  aerosol-radiation interactions\*, 574, 576, *578*, 604-605, 614-618, *615*, *617*, *622*, 682-683, *683*
  aviation contrails, 574, 592-594, 686
  carbonaceous\*, 606
  climate relevant properties, 573, 602-604, *622-623*
  cloud condensation nuclei (CCN)\*, 603-604, 609, *886*
  composition and mixing state, 602-603
  effective radiative forcing (ERF), 574, 576-578, *577-578*, 614-624, *619-621*, *1404-1409*
  feedbacks, 574, 576-578, 577, 605-606
  formation and types, 595
  general concepts, 595-606, *595*, *597*, *622-623*
  glaciation effect, *578*
  *in situ* surface measurements, 176-180, *177*
  lifetime effects, *578*, 609-610
  mineral dust (MDA), 394, 600, 605, 617
  models, 16, 608-609, 744, 752, *757*, 794-795
  new terminology, 578, *578*
  observations, 161, 175, 595-599, *596*, *598*
  organic\*, *1048-1050*, 1052, *1419*, *1428*
  paleoclimate\*, 394
  precipitation effects, 624-627
  projections, 1000-1001, *1002-1003*, 1007-1008, *1048-1050*, 1052
  radiative forcing\*, 13-14, *14*, 127, 186, 574, 576-578, *577*, 614-621, 662, 675, 682-686, 1007, *1048-1050*, 1052, *1404-1409*
  sea spray, 599-601, 605
  size and optical properties, 603
  sources, 599-601
  thermodynamic effect, *578*
  volcanic aerosols, 14, 662, 691-693
  *See also specific aerosols*
**Africa**, 1266-1268, *1267*
  African monsoon, 1234, *1235*

climate indices, changes in, *211-212*
  projections, *106*, *1281-1282*, *1288*, *1358-1365*
**Air quality**, *684-685*, 955, 1001-1002
  climate-driven changes, 999-1000, 1005-1006
  extreme weather and, 1005
  projections, 24, 88-89, 957, 996-1004
**Aircraft**. *See Aviation*
**Albedo\***, *126*
  cloud albedo effect, 578, 610, *1048-1050*
  snow, 321, 358, 359, *757*
  surface, 628, 662, 686-687, *687*, 819
  urban, 687
**Altimetry\***, *286*, 287, 348-349
**Ammonia**, *1418*
**Ammonium**, 605-606
**Annular modes\***, *233-235*, 900-901, *900*, 1243-1246
  projections, 108, 1220, *1268*
**Antarctic ice sheet**, 9, 25, 29, 137, 320, 351-353, 909
  dynamical change, 1172-1174
  ice loss, 351-353, *352-353*, *367*, *381-382*
  irreversible changes, *71-72*, 356, 1174
  mass balance\*, *348*, 1139, 1170-1171
  models, 753, 1171
  observed changes, 351-353, *352-353*
  paleoclimate\*, 387, 428-431, 1174
  polar amplification, *397*
  sea level equivalent, 320, *321*, *352-354*
  sea level rise and, 1139, 1154-1155, 1170-1176, *1177-1179*, *1182*
  West Antarctic (WAIS), 320, 332, 349, 352-354, 357, 1174, *1175*
**Antarctic region**, *151*, *939*, 1276-1277
  bottom water, 279-280
  circulation, 284
  ice shelves, 320, 353, *367*
  oceans, 279-280
  paleoclimate\*, 387, 420, *459-460*
  polar amplification, 385, *396-398*
  projections, *106*, 1277, *1285*, *1289*, *1390-1393*
  Weddell Sea, 280
**Antarctic sea ice**, 9, 25, 69, 319, 330-335
  changes in, *333-334*, 368, 906-909, *908*, 931
  drift, 332
  extent and concentration, 330, *331*, **332**
  models, 787-790, *787-789*
  projections, *1089*, 1092
  seasonality and trends, 332-335
**Anthropogenic climate change\***. *See Detection and attribution of climate change*
**Aragonite**, 94-95, *533*
**Arctic region**
  anthropogenic influence, 19, 956
  climate projections, 956, 1031, 1062-1064
  ocean salinity, 271-273
  polar amplification, 385, *396-398*, 1031, 1062-1064
  projections, *106*, 1257-1258, *1278*, *1288*, *1322-1324*
  temperature, 9, *10*, 20, 931, 956, 1062-1064, 1257-1258, *1278*
**Arctic sea ice**, 9, *10*, 69, 136-137, 319, 323-330
  attribution of changes, 19, ,870, 906-909, *908*, 931, *938*

changes in, *333-334*, *367*, 368
  decadal trends, 329-330
  drift, 328-329
  extent and concentration, 324-326, *325*, *326*
  irreversible changes, *1115*, 1117-1118
  models, 16, *18*, 744, 787-790, *787-789*
  projections, 24-25, 956, 1032, 1087-1092, *1089-1091*
  salinity effects on, 271-273
  seasonality, 329
  summary, 9, *10*, 319, *367*
  thickness and volume, 319, 327-328, *328*
**Asia**
  climate indices, changes in, *211-212*
  precipitation extremes, *211-212*
  projections, *106*, 1268-1273, *1278*, *1282-1284*, *1288-1289*, *1366-1381*
**Asian-Australian monsoon**, 1227-1232, *1230-1231*
**Atlantic Meridional Mode (AMM)**, 802, *1224*
**Atlantic Meridional Overturning Circulation (AMOC)**, 8, 282-284, 782-783
  irreversibility and, *70*, 433-435, 1115-1116, *1115*
  paleoclimate\*, 386-387, 433-435, *456*
  projections, 24, 956, 973-974, 995, 1033, 1094-1095
  variability, 801, *802*, 806
**Atlantic Multi-decadal Oscillation/Variability (AMO/AMV)\***, 230, *233-235*, 801, *802*, 806, 869, 1254-1255
  impacts, *1224*
  projections, 108, 971-973, *972*, 1220
**Atlantic Niño**, *233*, 803, *806*, *1224*, 1239-1240
**Atlantic Ocean**
  carbon storage, *495*
  hurricanes, 809
  modes, 1239-1240
  salinity, 271, *280*
  temperature, *280*
  tropical, models, 787
  variability, *233-235*
  water mass properties, 279
**Atlantic Ocean Multidecadal Variability**, *233-234*
**Atmosphere\***, 5, 159-254
  free\*, 197-198, *197-200*
  global reanalyses\*, *185-186*
  models, *144*, 746, *747*, 748-750, *756-757*, 760-777
  observations, 5, *6*, **159-254**
  projections, 19-24, *28*, 980-993
  radiation budget, 161, 180-186
  summary of observations, 5, *130*, 161-163
  temperature, 4-5, *6*, 66-68, 161-162, 187-201, 984
  *See also* Hydrological cycle; Temperature
**Atmospheric chemistry**, 669-675
**Atmospheric circulation**, 163, 223-232, 899-901, *899-900*
  attribution of changes, 871, 899-901, *899-900*, *937-938*
  geopotential height, *223*, *223*, 226
  jets, storm tracks and weather types, 229-230
  projections, 88, 90, 956, 972-975, 988-990, *989-990*, 1032, 1071-1074, *1071-1072*
  sea level pressure (SLP), 223-224, *223-224*, 1071-1072, *1071*

Index

stratospheric circulation, 230
surface wind speed, 224-226, *225*
teleconnections\*, *233*, 805, *1224*, 1243, *1243*
tropical circulation, 226-230, 899-900, 989-990, *989*, *1073*
upper-air winds, 226
variability in, 163, 230-232, *231-235*
**Atmospheric composition**, *126*, 161, 165-180
aerosols\*, 161, 174-180, 576
clouds, 576
gases, 161, 165-170, *166*
models, 17-18
observed changes, 165-180
projections, 996-1004
*See also specific constituents*
**Attribution of climate change.** *See* Detection and attribution
**Australia and New Zealand**, *106*, 1273-1275, *1274*, *1284*, *1289*, *1382-1385*
monsoon, *1230-1231*, 1232
**Aviation contrails/cloud effect**, 574, 592-594, 686

## B

**Baseline/reference\***, 1034
**Bayesian method/approach\***, *83*, 755
**Biogeochemical cycles**, 11-12, *465-570*
before fossil fuel era, 480-486
carbon removal/storage techniques, 546-552
connections of carbon, nitrogen, and oxygen cycles, 475-480, *477-479*
ocean, 259, 291-301, 312
overview, 11-12, 470-480
projections, 93-95, *96-97*, 468-469, 514-539
since industrial revolution, 474-475, 486-514
*See also* Carbon cycle
**Biological pump\***, 472
**Biomass\* burning**, *507*, 509, 600-601, 616, 663, *671*, 714
**Black carbon\***, *600*, 616, 685, *1432*
global warming potential, *740*
metrics, 718
projections, 955, *1048-1050*, *1419*
radiative forcing\*, *1048-1050*, 1052, *1404-1409*
**Blocking\***, 229-230, 796, 1220, *1224*, *1246-1248*
**Brewer-Dobson circulation\***, 90, 163, 230, 1073-1074, 1248
**Bromocarbons**, *733*
**Budgets.** *See* Energy budget; Radiation budget

## C

**Carbon**
cumulative emissions, 1108-1109, *1109*, 1112-1113, *1114*
dissolved inorganic carbon (DIC), 95, 472, *497*, 546-552
land storage, 26, 93
models, 502-504
oceanic, 259, 291-293, *294*, 300, *301*, 472
organic, *1048-1050*, 1052, *1419*, *1431*

permafrost\*, 480, 526-528
sinks\*, 93, 468, 470-472, *471*, 480, 495-503, *503*, 519-523, 538-539, *543*, 551-552
total, 178
transient climate response to emissions (TCRE), 16-17, 1108-1109
*See also* Black carbon
**Carbon cycle\***, 11-12, *96-97*, 470-480, 502-504
before fossil fuel era, 480-486
carbon removal/storage techniques, 469, 546-552, *547*
climate-carbon cycle feedback\*, 514-523, *515*, *516-518*, 551-552
in climate models, 16, 468, *516-518*, 751-752, 792-794
commitments, 543-546
feedbacks, 26, 475-480, *477-478*, 514-523, *515-518*, *520*
geoengineering and, 469, 546-552
global, 470-473, *471*
long-term, 543-546, *543*
models, 502-504, 514-528, *516-518*, *520-522*, *524-529*, *744*, 751-752, *757*, 792-794, *793-794*
nitrogen cycle and, 475-480, *476-479*, 537-539, *538*
observations, 11-12, *12*, 50-53
ocean carbon balance, 498-499
paleoclimate\*, 468
perturbations and uncertainties, *96-97*
projections, 26-27, 93-95, *96-97*, 468-469, 523-528, 542-546, 1033, 1096-1099, *1097-1098*
regional fluxes, 499-502, *500-501*
sensitivity of, 503-504, *504-505*
since industrial revolution, 474-475, 486-504
sinks\*, 468, 470-472, *471*, 480, 495-503, *503*, 519-523
summary, 11-12, 467-469
terrestrial processes and feedbacks, 502-504, *503-505*
**Carbon dioxide (CO$_2$)\***, 166-167
air-sea fluxes, 497, 498, 499-501, *500-501*
airborne fraction\*, 495
atmosphere-to-land fluxes, 501-502
atmospheric concentration, 11-12, *12*, *28*, 161, 166-167, *166-167*, 467, *476*, *1401-1402*
atmospheric, growth rate, 491-494, *493-494*
atmospheric, residence times, *472-473*
$^{13}C/^{12}C$ ratio, *476*
carbon cycle and, 470-473
climate change commitment and, 27-28, *28*, 1033
compatible emissions\*, 523-528, *526-529*
current rate of rise as unprecedented, 385
emissions, 486-488, *487*, *544-545*, 1108-1109, *1109*, *1410*
emissions metrics, 716-717, *731*
emissions, natural, *1421*
feedbacks, 26
fertilization\*, 475, 501, *502*
glacial-interglacial changes, 385, 480-483, *482*, *483*
global budget, 488-494
industrial era, 474-475
lifetime and radiative forcing, *731*

observations, 50-52
observed changes, 11-12, *12*, 132-134, *132*, 161, 165-167, *166*, 467
observed changes, last millennium, 485-486, *486*
ocean absorption of, 11, *12*, 26-27, 291-293, *295-300*, 300, 472, *472-473*, 495-499
ocean sink for, 495-499, *496*, 519-520
paleoclimate\*, 385, 391-394, 399-400, *400*, *457*, *459-460*, 468, 483-484, *483*
permafrost\*, 27, *530-531*
projections, 19, 26-27, *27-28*, *28*, *148*, 156, 468, 514-528, *524*, 662, *1048-1050*, 1096-1097, *1097*, *1422*
proxy methods and data, 394, *457*
radiative forcing\*, *13*, *14*, 126, 165, 661, 676-678, *678*, *1048-1050*, *1404-1409*, *1433*
rapid adjustments\* to, 590
regional budgets, *503*
summary, 11-12, *12*
temperature and, 398-399
timescale of persistence in atmosphere, 469
**Carbon Dioxide Removal (CDR)\***, 29, 469, 546-551, *547*
methods, 547-550, *548-549*, *632-633*
side effects, *633*
summary, 552
**Carbon monoxide (CO)**, 13, *14*, 174, *1416*
lifetime and global warming potential, 718, *740*
radiative forcing\*, 662
**Carbon tetrachloride (CCl$_4$)**, 169-170, *678*, *733*
**Caribbean region.** *See* Central America and Caribbean
**Cement production**, 489
**Central America and Caribbean**, *106*, 1260-1261, *1260*, *1280*, *1288*, *1338-1341*
**Central and North Asia**, *106*, 1268-1269, *1269*
**Chaotic system\***, 955, *959*, 1033
**Chlorocarbons**, *733*
**Chlorofluorocarbons (CFCs)**, 161, 169-170, 672, *1403*, *1427*
lifetime and radiative efficiency, *731*
radiative forcing\*, 127, 661, *678*, 679, *1048-1050*
**Chloroform**, *733*
**Circulation**
atmospheric, 163, 223-232, 899-901, *899-900*, *937-938*, 956, 1032
models, 773-774, 782-784, 810-813
oceanic, 258, 281-285, *283*, 433-435, 481, 995, 1094-1095
planetary-scale overturning circulations, 1072-1074
projections, 90, 956, 972-975, 989-991, *989-990*, 995, 1071-1074, *1071-1074*, 1094-1095
**Clathrates\***, *70-71*, *1115*, 1116-1117
**Clausius-Clapeyron equation/relationship\***, 208, 1083
**Climate\***
key concepts, 123-129
weather and, 123-126, 914-917
**Climate change\***
baseline period\*, 1034
direct observations of, *124*, 130
drivers of, 13-14, *14*, *124*, *126*, 170-174, 1033

BLM_0152039

Index

general concepts, **119-158**, *124-125*
historical overview of assessments, *124-125*
indicators of, 130-137, *130*, 164
irreversible aspects of, 28, *70-72*, 129, 386-387, 433-435, 469, 1033
long-term, 19-20, 89-93, **1029-1136**
multiple lines of evidence for, 121, 129-130
near-term, 85-89, **953-1029**
observations, summarized, 4-12, *130*
sun and, *394-395*, *885-886*
timescales, 28, *125*, 128-129, *128*, 1033, 1105-1107
21st century projections, 1054-1102
weather vs., 123-126
**Climate change commitment***, 27-29, *28*, *105*, 128-129, *129*, 1033, 1102-1105, *1103*
constant composition, 1103
stabilization scenarios, *102-105*, 1107-1113
zero emission commitment, 1104, *1104*, *1106-1107*
**Climate change projections**. *See* Climate projections
**Climate feedbacks***. *See* Feedbacks
**Climate forcing**. *See* Radiative forcing
**Climate forecast**. *See* Climate predictions
**Climate indices***, *1223*
extreme events, *221-222*
indices of climate variability, 230-232, *231-235*
regional changes in, 209-213, *211-212*
**Climate models***, 15-16, *75-76*, **741-866**
advances in, 121-122, 142-150, 748-753, *749-750*, *824-825*
aerosols, *744*, *752*, 794-795
assumptions, 146, 754, 755
atmosphere models, 748-750, 760-777
Atmosphere-Ocean General Circulation Models (AOGCMs)*, *83*, 405, *516*, *746*, *747*, 810-813, 822-823, *822-823*, 919, 1144
Atmospheric Chemistry and Climate Model Intercomparison Project (ACCMIP), 958, 1052-1054
Atmospheric General Circulation Models (AGCMs), 813
capabilities of, *143-145*, 144-150
carbon cycle, *516-518*, 751-752, 792-794
chemistry-climate interactions, 752, 1052
climate sensitivity and feedbacks, 745, 817-821, *817-819*
climate simulations, 122, *147-150*, 743, 767-809, *959-961*, *1013-1014*
climate variability and, *61-62*, 129, 142-143, 230-232, 743, *769-770*, 795-806
comparison of, *16*, *27*, 29, 523-526, 1099-1102, *1099-1101*
comparison with observations, *74*, 146, *822-823*, *1013-1014*
confidence in, 743-745, 762, 768, *769-772*, *793*, 806, 813, *822*, *824-825*
Coupled Model Intercomparison Project Phase 5 (CMIP5), 19-20, *21*, *79-81*, 146, 514-523, *516-518*, *521-522*, 670, 745, *747-748*, *756-759*, 759-760, *766*, *818-819*, *822-823*, 968-969, 971-978, 1031, *1035*, 1047-1052, *1048-1050*, 1099-1102
development and tuning, *144*, *749-750*

downscaling*, *744*, 810-817
drift*, 967-970, 978
dynamic global vegetation, 752, 791
Earth System Models*, 16, 19, 26-27, 146, 468, *516*, *518*, *520*, 523-526, *524-529*, 743-745, 746, *747*, 751-753, 822-823, *822-823*
Earth System Models of Intermediate Complexity (EMICs)*, 744-745, 746-748, *748*
emergent constraints, 826-827
ensemble*, 146, 754-755, *793*, 966, *1041-1043*
evaluation, 15-16, *75-76*, **741-866**
evaluation, limitations of, 755-756
evaluation, observations used in, *756-758*
experimental strategies and intercomparisons, 128, 759-760, *759*
extremes, 806-809
flux adjustments*, *825*
global, 810-814, *811-813*
initialization*, *754*, 760, 770, 796, 958
land, 750-751, 752, 790-791
long-term simulations, 15
model errors, *62-63*, *771-772*, *809-810*, 815, 1039
multi-model ensembles (MMEs), 755, 817-819, 967, *970*, 1039
new components of, 751-753
ocean, 750, 751-752, 777-787
overview, 746-753, *1036-1037*
parameterizations*, 748, 750
performance, assessment of, 753-758, *809-810*, 821-827, *822-825*
performance, climate sensitivity and, 820-821
performance metrics, *765-766*, 766-767
perturbed-parameter, 755, 1040
process-based*, 98-99, 806, 1144-1145
projections from, 19-29, *79-81*, 127-128, 523-528, 825-827, 958, 978, 990-998, *1014-1015*, 1035-1044, 1047-1052
proxy methods*, 388, 394, 404, *457*
reanalyses*, 143-144, *185-186*, *756-758*, 760
recent and longer-term records in, 760-795
regional-scale, 15, 748, 810-817, *816*, *1013-1014*
resolution*, *57*, 753, *809*
sea ice, *744*, 751, 787-790
semi-empirical*, 99-100, 1140, 1144-1145
summary, 15-16, *18*, 743-746, *822-823*
temperature, 743, 760-761, 767-773, 777-778
top-down vs. bottom up, *886*
trend models, *179-180*
uncertainties*, 139-142, *140-141*, *809-810*, 815, 1035-1040, *1038*, 1197-1198
vegetation, 752, 791
*See also specific topics and models*
**Climate patterns***, *232-235*, *1224*
**Climate penalty**, *685*
**Climate phenomena**, 105-108, *106*, **1217-1308**
*See also* Regional climate change
**Climate predictions***, **953-1028**
concepts and terms, *959-961*
decadal prediction, 955, 958, 966-978
hindcasts*, *965*, *967*, 970, 973-974, *975*
initialization, 85, *961-962*, *968-969*, 975, *975*
near-term, 963-978
predictability studies, 962-965, *963*

probability and, *961-962*, 974-975
quality/skill*, 85-86, *86*, 958, *960-961*, *964-965*, 966-978, *976-977*, *1008-1009*
retrospective, 85
scientific basis for, 958
summary, 955, 1011-1012, *1011*
temperature, 973, 975, 977-978, *977*
*See also* Climate projections
**Climate projections***, 19-29, 79-108, *125*, **953-1136**
abrupt change*, 1033, 1114-1119
air quality, 957, 996-1004
atlas of, *1311-1393*
atmosphere and land surface, 980-994, 996-1004
atmospheric circulation, 90, 956, 972-975, 988-990, *989-990*, 1032, 1033, 1071-1074, *1071-1072*
carbon cycle, 93-95, *96-97*, 514-534, 1033, 1096-1099, *1097-1098*
climate models and, *79-81*, 958, 978, 997-998, *1013-1014*, 1035-1044, *1036-1037*, 1047-1052
climate models, consistency and differences, 1099-1102, *1099-1101*
climate stabilization and targets, 27-29, *102-105*, 1033, 1107-1113
clouds, 1070-1071, *1070*
commitment and irreversibility, 1033, 1102-1119, *1106-1107*, 1114-1119
comparison with observations, *64-65*
cryosphere*, 92, *92-93*, 956, 995-996, 1087-1093, *1088-1092*
data sources and, 155-158, *155-157*
energy budget*, 1069-1071, *1069-1070*
ensemble*, *1041-1043*
equilibrium climate sensitivity, 1033, 1105-1107, *1110-1114*
extremes, 956, 990-993, *990-991*, 1003-1004, 1064-1068, *1067-1068*
global, 19-29, 1054-1058
global projections, *1318-1321*
greenhouse gases, 955, 998-1000, 1006-1007, *1048-1050*
hydrological cycle, *44-45*, 88, 91-92, 91, 956, 984-988, *985*, *987*, 1032, 1074-1087
initialization, 85, *960-961*, *968-969*
joint multivariate projections, 1044
key concepts, *959-962*, *1036-1037*, *1084-1085*, *1106-1107*, *1256-1257*
long-term, **1029-1136**
long-term, 21st century, 1054-1102
long-term, beyond 2100, 1102-1119
long-term projections, 89-93
model agreement, *1041-1043*
near-term, 978-1012
near-term projections, 85-89
oceans, 93, 956, 993-995, *993-994*, 1033, 1093-1095
pattern scaling, 1058-1062, *1061*
precipitation, *7*, 956, 984-986, *985*, 992-993, *992*, *1014-1015*, 1032, *1278-1287*
precipitation, long-term, 91-92, *91*, 1032, 1055-1057, *1057*, 1076-1079, *1078*
probability in, *961-962*
quality/skill*, 85-86, *86*, 958, *960-961*, *976-977*
radiative forcing*, 79-80, 700-701, *701*, 955,

1005-1010, *1006-1007*, 1046-1052, *1048-1050*
reference period, 958, 1034, 1313
regional projections, 956, 957, 1001-1002, *1001-1003*, *1014-1015*, **1217-1308**, *1288-1289*, *1322-1393*
scenarios, 955, 956, 997, 1031, 1034, 1045-1047
sea level change\*, *7*, 25-26, *26*, 98-101, *125*, 1140, 1150-1191
sensitivity of, 979, 1007
summary, 19-29, 955-957, 1009-1012, *1011-1012*, 1031-1033
temperature, *7*, 955-956, *973-974*, 980-984, *981-983*, 1006, *1006*, 1010-1012, *1012-1014*, *1278-1287*
temperature, long-term, 89-90, 1031-1032, 1054-1057, *1054-1056*, 1062-1068, *1063*
transient climate response, 1033, *1110-1112*
tropical cyclones, 993-994, *993*
uncertainties\*, 115, 955, 978-1039, *979*, 1004-1012, 1034, 1035-1040, *1038*, 1057-1058, *1058*
vs. predictions, 978
See also Regional climate change; *specific topics*
**Climate regime\***, *1225*
**Climate scenarios\***, *29*, 131-132, *147-150*, 1031, 1034, *1036-1037*, 1045-1047
comparison of, 1047
tables, 1395-1445
uncertainty\*, 1038-1039, *1038*
See also Emissions scenarios
**Climate sensitivity\***, *82-85*, 164, 745, 817-821
equilibrium climate sensitivity (ECS), 16, 81, *82-85*, 385, 405-407, *405-406*, 817-819, *817*, *821*, 920-926, *925*, *1110-1112*
probability density functions (PDFs)\*, 134-135, *134*
transient climate response (TCR), 16-17, *84-85*, 128, 817-818, *821*, 920-921, *925*, *1110-1112*
**Climate simulations**, 122, *147-150*, 743, 767-795, *959-961*, *1013-1014*
**Climate stabilization**, 27-29, *102-105*, 1033, 1107-1113
**Climate system\***, 15, 15-19, 60-78, 871, 920-931
climate models, 15-16
environmental data, *1437-1445*
historical data, *1401-1409*
nonlinear, chaotic nature of, 955, *960*, 1033
observed changes, 4-12, 37-52
quantification of responses, 16-17
responses of, 16-17, 81, 1004
scenario tables, 1395-1445
transient climate response, 16-17, 920-921, *925*
warming of, 4-5, 5, *6-7*, *198-199*
**Climate targets**, *102-105*, 1033, 1107-1113
**Climate variability\***, 121, 138, 142-143, 164, *232-235*, 795-806, *959*
indices of, 230-232, *231-235*
interannual-to-centennial, 799-806, *806*
internal, *61-62*, *769-770*, 919, 923, *959*
modes of\*, 415-416, 744, 801-803, 1220, 1222-1223, *1223-1225*, *1288-1289*
patterns of\*, *232-235*, 900-901, *900*, 1243-1246
**Clouds**, 208, **571-657**
aerosol-cloud interactions\*, 164, 573, *578*, 606-

614, *607*, 618-623, *623*, 625-626, 683-685
anthropogenic sources of moisture, 592-595
aviation-induced cloudiness, 574, 592-594, 686
cloud albedo effect, 578, 610, *1048-1050*
cloud condensation nuclei (CCN)\*, 603-604, 608, *886*
cloud convection effects, 573, 585
cloud feedbacks\*, 587-592, 819-820
cloud lifetime effect, *1048-1050*
cloud radiative effect (CRE)\*, 580-582, *582*, 585-586, *764*, 765
cold clouds, 611-612
cosmic ray effects on, 613-614, 691
effects on Earth's radiation budget, 580-582, *582*
feedbacks, 573-574, 576-578, *577*, 587-592
formation and types, 576, 578-580, *579-581*
general concepts, 578-595, *593-594*
geoengineering methods, 628
ice clouds, 585
lifetime effects, *578*, 609-610
liquid clouds, 585, 609-611
mixed-phase clouds, 585
models, 16, 573, 582-587, 591-592, *592*, 608-611, 743, 762-766, *764*
observations, 578-595
opacity, 590
precipitation effects, 624-627
in present-day climate system, 578-582
processes, 587-592, *592*
projections, 1070-1071, *1070*
radiative forcing (CRF)\*, 126, *126*, 576-578, *577*, 618-621, 682-684
sea-ice interactions, 590
water vapour feedbacks, 574
**Cold days/cold nights\***, 162, *210-212*, 221
projections, 86, 956, *990*, 1065-1066, *1067*
**Commitment.** *See* Climate change commitment
**Compatible emissions\***, 523-528, *526-529*, *1104*
**Confidence\***, *4*, *36*, 139-142, *142*
**Contrails**, 574, 592-594, 686
**Cosmic rays**, 573, 613-614, 691
**Cryosphere\***, 9, 69, **317-382**
area, volume, and sea level equivalents, *321-322*
attribution of changes, 870, 906-910, 931, *936-937*
components, 321, *321*, *322*
feedbacks, 27, 321, 358, 359, *757*
frozen ground\*, 320, 362-366, *367*
glaciers\*, 319, 335-344, *367*
ice sheets\*, 320, 344-357, *367*
impact of changes in, 321-323
irreversible changes, *71-72*
lake and river ice, 320, 361-362, *367*
observation methods, 323, 335-338, *338*, 368
observations, *9*, *10*, 136-137, **317-382**
projections, 24-25, 88, 323, 956, 995-996
projections, long-term, 92, *92-93*, 1032-1033, 1087-1093, *1088-1092*
sea ice\*, 319, 323-335, 367, 870
seasonal snow, 320, 358-361, *358-360*
summary, 319-320, 367-368, 867
**Cyclones**, *110*, 162, 1220, 1248-1253
attribution of changes, 871, 913-914, *938*
extratropical\*, *113*, 217-220, 743, 913, 1220,

1251-1253, *1288-1289*
models, 743, 807
observations, *7*
projections, *7*, 107-108, *108*, *110*, *113*, 956, 992-993, *993*, 1219, 1249-1253, *1250*, *1288-1289*
tropical, *7*, 107-108, *108*, *113*, 162, 216-217, *216*, 807, 871, 913-914, *938*, 956, 992-993, *993*, 1220, 1248-1251, *1288-1289*

## D

**Dansgaard-Oeschger (DO) events\***, 432-433
**Deforestation\***, 50, 55, 1008
**Detection and attribution of climate change\***, *7*, 17-19, *125*, **867-952**
anthropogenic radiative forcings, 13-14, *14*, 17, *146*, 617, 661-662, 675-688, *932-934*, 1005-1008
atmosphere and surface, 878-901
atmospheric circulation, 871, 899-901, *899-900*, 931, *937-938*
atmospheric temperatures, 869-870, 878-893
climate models and 825, 869, 872, *875-876*
climate system properties, 871, 920-927
combination of evidence, 871, 924-926, 931
context, 151, 872-874
cryosphere\*, 870, 906-910, 931, *936-937*
definition, 872-873
Earth system properties, 926-927
extremes, *110*, 871, 910-917, *911*
fingerprinting, 873-874, 877-878, *894-895*
greenhouse gases, 127, *150*, 869, 887, *932*
human attribution, *7*, 17-19, 121, *125*, 127, 869-871, 927-931, *932-939*
hydrological cycle, 72, 870, 895-899, 931, *935-936*
irreversibility and, 28
lessons from the past, 919-920
methods, 872-878, *875-876*, *894-895*
models, 825, 869, 872, *875-876*
multi-century to millennia, 917-920, *938*
multi-variable approaches, 878, 927
null hypothesis, 878
ocean properties, 293-294, 870, 901-906, 926, *934-935*
precipitation, 72, 870, 871, 896-897, *897-898*
regional changes, 888-891, *889*, 919, *938-939*
scaling factors, 873-874
sea level change, 870, 905, 1156, 1176-1179
single-step and multi-step attribution, 878
solar irradiance and forcing, *885-886*
summary, 869-871, 893, 927-931, *932-939*
temperature, 17-19, 60, 869-870, 871, 878-893, 918-920, *930*, *932-934*
time series methods, 874-877, 887-888, *895*, *1223*
weather and climate events, 914-917
whole climate system, 927-931, *930*
**Dimethyl sulphide (DMS)**, 601
**Direct air capture\***, 550
**Diurnal temperature range (DTR).** *See* Temperature
**Doha Amendment**, 169
**Downscaling\*.** *See* Climate models
**Drivers of climate change**, 13-14, 53-59, *392-393*
long-term, 1033

BLM_0152041

**Index**

near-term, 170-174, *668*
summary, 13-14, *14*, *124*, *126*
uncertainties, 114
Droughts*, *110*, *112*, 212, 214-215, 1118
attribution of changes, 912-913
megadroughts, *110*, *112*, 422, *423-424*
models, 807-809
observations, *7*, 162, *211-212*, 212
paleoclimate*, *386*, 422-425, *423-424*
projections, *7*, 91-92, *110*, 986, 1086, 1118
Dust, 394, 600, 605, *1048-1050*

**E**

**Earth system**
energy budget, 1069-1071, *1069-1070*, 1140, *1159-1161*
properties, 926-927
responses and feedbacks, 388, *395*, 398-415
**El Niño-Southern Oscillation (ENSO)*,** 106-107, 232, *233-235*, 1240-1243
Atlantic Niño, *233*, 803, *806*, *1224*, 1239-1240
changes 1240-1242, *1242*
impacts, *1224*
indices, *231*, 232, *233-234*
models, 15, 744, 803-805, *804*, *806*, 1220
paleoclimate*, *386*, 415-416, *416*
projections, 23, 106-107, 1240-1243, *1242*, 1259, *1288-1289*
tropical Pacific mean state, 1240, *1241*
variability, 129, 744, *806*
**Electromagnetic spectrum*,** 126
**Emission metrics**, 17, 58-59, *59*, 662-663, 710-720, *731-738*
application of, 716-720
concepts, 710-716, *710-712*
by sector, 719-720, *720*
**Emissions scenarios*,** *516-517*, 523-528, 662-663, 997, *1106-1107*, *1410-1421*
compatible emissions*, 523-528, *526-529*, 1104
Representative Concentration Pathways (RCPs)*, *79-81*, *147-150*, 468, 523-526, *524-529*, 1045-1047, *1100*
SRES scenarios*, 131-132, *146-147*, *149-150*, 955, 997, 1045, *1100*
zero emission commitment, 1104, *1104*, *1106-1107*
**Energy budget of the Earth*,** *67-68*, 1140, *1159-1161*
glaciers and, *344*
projections, 1069-1071, *1069-1070*
**Energy inventory (global)**, 257, *264-265*
**Equilibrium climate experiment*,** 128
**Equilibrium climate sensitivity (ECS)**, 16, 81, *82-85*, 385, 405-407, *405-406*, 817-819, *817*, 821, 920-926, *925*, *1110-1112*
projections, 81, 1033, 1105-1107
summary, *1110-1112*
**Europe and Mediterranean**, 1264-1266, *1265*
climate indices, changes in, *211-212*
flood frequency, *424*, 915-916, *915*
precipitation extremes, *211-212*, 213, *991*

projections, *106*, *991*, 1264-1266, *1265*, *1281*, *1288*, *1350-1357*
severe storms, 217
temperature, *939*, *991*
wind speeds, 217, *220*
**Evaporation**, 205, *269-270*
projections, 91-92, 573, 986-988, 1032, 1081-1082, *1082*
**Extratropical circulation**, 415-416, 773
**Extratropical cyclones*,** *113*, 217-220, 743, 913, 1220, 1251-1253, *1288-1289*
**Extremes**, 72-73, *109-113*, 121, 134-136, 162-163, 209-222
air pollution and, 1005
attribution of changes, *110*, 871, 910-917, *911*, 931
changes in, 209-222, *218-219*
confidence levels, 134-136, *135*
cyclones, *113*, 217
extratropical storms, 217-220, 1074, *1075*
fraction of attributable risk, *47*
hydrological cycle, *110-112*, 213-216, 912-913, 1082-1087
indices of, *221-222*
models, 15, 744, *758*, 806-809, *808*
observations, 46-50, *110*, 162-163, 164, 209-222
precipitation, 23, *110-112*, *211-212*, 626-627, 807, *808*, 871, 912, 956, *991*, 992
probability density functions (PDFs)*, 134-135, *134*
projections, 956, 990-993, *990-991*, 1003-1004, 1031-1032, 1064-1068, *1067-1068*, 1082-1087
regional, *211-212*
sea level, *7*, 101, *110*, 258, 290-291, *290*, 1140, 1200-1204
severe local weather, 216
small-scale, 163
SREX, *7*, *110*, 209, 212-214, 217
temperature, *109-112*, 209-212, *209-212*, *211-212*, *218-219*, 871, 910-912, 931, 990-992, *990-991*, 1031-1032, 1064-1068, *1067-1068*
tropical storms, 216-217, *216*
waves, 1141

**F**

**Feedbacks*,** 16, 57-58, *82-85*, 127, *128*
carbon cycle*, 26, 475-480, *477-478*, 514-523, *515-518*, *520*
climate*, 57-58, 817-821, *817-819*
climate-carbon cycle, 514-523, *515*, *516-518*, 551-552
climate-vegetation, 752, 791
cloud and aerosol, 573-574, 576-578, *577*, 587-592, *593-594*, 605-606
cryosphere*, 27, 321, 358, 359, *757*
distinguished from forcing and rapid adjustments, 576-578
Earth System (global and hemispheric scales), 388, *395*, 398-415
models, 16, 19, 26, 514-521, *516-518*, 817-821, *818*

permafrost-climate, 27
projections, 24
snow-albedo, 321, 358, 359, *757*
timescales of, 128-129, *128*, 1105-1107
water vapour, 586-587, *587*, *667*, 819
**Fingerprints*,** 873-874, 877-878, *894-895*
**Fires**, 542, 693, 752
**Floods**, *112*, 214, 290, 915-916, *915*
paleoclimate, 386, 422-425, *424*
**Forests*,** *543*, *1115*, 1117
deforestation*, 50, 55, 1008
potential irreversible changes, *70-71*
**Fossil fuel emissions*,** 467, *477*, 489, 616
compatible emissions, 93, *94*, 523-528, *526-529*
**Frequently Asked Questions (FAQs)**
Are climate models getting better, and how would we know?, *824-825*
Are glaciers in mountain regions disappearing?, *345-346*
Climate is always changing. How do we determine the causes of observed changes?, *894-895*
Could geoengineering counteract climate change and what side effects might occur?, *632-634*
Could rapid release of methane and carbon dioxide from thawing permafrost or ocean warming substantially increase warming?, *530-531*
Do improvements in air quality have an effect on climate change?, *684-685*
Have there been any changes in climate extremes?, *218-219*
How are future projections in regional climate related to projections of global means?, *1256-1257*
How do aerosols affect climate and climate change?, *622-623*
How do clouds affect climate and climate change?, *593-594*
How do volcanic eruptions affect climate and our ability to predict climate?, *1008-1009*
How do we know the world has warmed?, *198-199*
How does anthropogenic ocean acidification relate to climate change, *297-298*
How important is water vapour to climate change?, *666-667*
How is climate change affecting monsoons?, *1228-1229*
How is sea ice changing in the Arctic and Antarctic?, *333-334*
How unusual is current sea level rate of change?, *430-431*
How will the Earth's water cycle change?, *1084-1085*
If understanding of the climate system has increased, why hasn't the range of temperature projections been reduced?, *140-141*
If you cannot predict the weather next month, how can you predict climate for the coming decade?, *964-965*
Is the ocean warming?, *266-267*
Is the Sun a major driver of recent changes in climate?, *392-393*
Is there evidence for changes in the Earth's water cycle?, *269-270*

1528

What happens to carbon dioxide after it is emitted to the atmosphere?, 544-545

What would happen to future climate if we stopped emissions today?, 1106-1107

When will human influence on climate become obvious on local scales?, 928-929

Why are so many models and scenarios used to project climate change?, 1036-1037

Why does local sea level change differ from the global average?, 1148-1149

Will the Greenland and Antarctic ice sheets contribute to sea level change over the rest of the century?, 1177-1179

Freshwater ice, 320, 361-362

Frozen ground*, 320, 362-366, 367
permafrost*, 320, 362-364, 362-363
seasonally frozen, 320, 364-366, 365-366

G

Geoengineering*, 29, 98, 546-552, 632, 632-634
Carbon Dioxide Removal (CDR)*, 469, 547-551, 548-549, 632-633
carbon sequestration in ocean, 549-550
climate response and, 629-635, 629-631
side effects and risks, 29, 575, 627-628, 632-634
Solar Radiation Management (SRM)*, 29, 469, 574-575, 627-635, 629-631, 633-634, 693
volcanic eruptions as analogues for, 693
Geopotential height, 223, 223, 226
Glaciation
future, 387, 435
glacial-interglacial cycles*, 385, 399-402, 480-483, 482-483
last glacial termination, 389, 400-401, 428-432
Glaciers*, 319, 335-344, 345-346, 367
abrupt glacial events, 483
anthropogenic influence, 19
attribution of changes, 870, 909-910, 931
calving*, 335, 336, 337, 342, 343
current area and volume, 335, 336-337
deglaciation*, 385, 400
dynamic change potential, 1164-1165
equilibrium line*, 338, 345-346
greenhouse gases and, 480-483
mass balance/budget*, 319, 341-344, 343, 1151, 1153
measurement methods, 335-338, 338
models, 1145, 1163-1164
observed changes, 9, 319, 338-344, 339-340
paleoclimate, 385, 421
projections, 24, 25, 1145, 1164-1165
sea level change and, 367, 1139, 1151-1153, 1151, 1163-1165, 1164-1165, 1182
sea level equivalent, 319, 321
summary, 9, 24, 137, 319, 367
volume and mass changes, 338-344, 339-344
Global Damage Potential (GDP), 715
Global dimming*, 161, 183-184, 794
Global Positioning System (GPS), 143, 196, 207
Global Temperature change Potential (GTP), 17, 663, 712-714, 714-715, 720

Global Warming Potential (GWP)*, 17, 663, 710-714, 711-712
GRACE satellite mission, 349, 351-353, 380, 1156, 1157
Gravity field. See GRACE satellite mission
Greenhouse effect*, 124, 127, 666-667
Greenhouse gases (GHGs)*, 126, 127, 161, 165-170, 385
anthropogenic*, 17, 27-28, 391, 869, 887, 932, 1410-1420
commitment and irreversibility, 1033
emissions scenarios, 516-517, 523-528, 662-663, 997-1001, 1410-1421
feedbacks, 17, 128, 667
glacial-interglacial changes, 385, 480-483, 482, 483
global trends, 164
lifetimes, 128-129, 128
observed changes, 4, 11-12, 132-134, 132-133, 164, 165-170
observed changes, last millennium, 485-486, 486
paleoclimate*, 385, 391-398, 483-484, 483
projections, 19, 27-28, 148, 955, 997-1001, 1006-1007, 1410-1420, 1422-1427
radiative forcing*, 13-14, 14, 126, 164, 165, 391-398, 470, 661, 675-676, 1404-1409
since industrial revolution, 486-514
spectral properties, 675-676
well-mixed, 165-170, 166, 661, 668, 676-679, 677-678, 1006-1007
See also Emissions; specific gases
Greenland ice sheet, 9, 137, 320, 349-351, 397, 909
attribution of changes, 870, 909, 931
dynamical change, 1168-1169
loss of (possibility), 71-72, 353, 363, 1140, 1169-1170
mass balance*, 347, 380-381, 1139, 1153-1155, 1154-1155, 1165-1168, 1166
models, 353, 1166-1168
observed changes, 349-351, 350, 357, 367, 368
paleoclimate*, 387, 1170
projected loss of, 29
projections, 25, 1140, 1165-1170
sea level equivalent, 320, 321, 350, 353-354
sea level rise and, 1139, 1140, 1153-1154, 1154-1155, 1165-1170, 1177-1179, 1182
thresholds and irreversibility, 71-72, 1169-1170

H

Hadley Circulation*, 226-229, 227, 871, 899-900, 899
projections, 90, 956, 989-990, 989, 1032, 1073
Halocarbons*, 13, 14, 675, 717
radiative forcing*, 678-679, 678
Halogenated alcohols and ethers, 734-737
Halons, 733
Heat flux*, 182, 274-275, 786
Heat waves*, 5, 7, 110, 211-212, 212
attribution of changes, 915, 916, 939
projections, 110, 1066
Russia (2010), 212, 915, 916

Texas (2011), 212, 916
Hindcasts*, 965, 970, 973-974, 975
precipitation, 976
sea surface temperature*, 967
Holocene* . See Paleoclimate
Human effects on climate, 7, 17-19, 121, 127, 928-929
carbon cycle, 467-468
detection and attribution studies, 867-952
irreversible aspects of, 28, 469
ocean acidification, 293-294, 295-298
oceanic carbon dioxide, 292-293, 293
radiative forcing*, 13, 14, 17, 146, 617, 661-662, 675-688
See also Detection and attribution
Humidity, 162, 201, 205-208, 206, 870
in climate models, 819
projections, 956, 987, 988, 1032, 1076, 1076
relative*, 987, 988, 1076
specific*, 206, 206, 956, 987, 988, 1032
surface, 205-206, 205
tropospheric, 206-208
Hurricanes, 809, 994
See also Cyclones
Hydrochlorofluorocarbons (HCFCs), 161, 170, 1403, 1427
lifetime and radiative efficiency, 661, 731
Hydrofluorocarbons (HFCs), 168-169, 998, 1402
atmospheric concentration, 161, 168-169, 168
lifetime and radiative efficiency, 732-733
projections, 1414-1416, 1424-1427
radiative forcing*, 678, 679, 1434
Hydrological cycle*, 17, 72, 162, 201-208
abrupt/irreversible changes, 1115, 1118-1119
attribution of changes, 17, 72, 870, 895-899, 931, 935-936
changes in, 42-45, 269-270, 273
extremes, 110-112, 213-216, 912-913, 1082-1087, 1083, 1086
greenhouse effect and, 666
land water storage, 1151, 1155-1156, 1176-1179, 1182
observations, 40-46, 42-45, 162, 164, 201-208
oceans and, 265, 273
paleoclimate, 386, 421-422
projections, 20-23, 88, 956, 984-988, 985, 987, 1084-1085
projections, long-term, 44-45, 91-92, 91, 1032, 1074-1087, 1082-1087, 1083, 1086
proxy data, 421-422
radiative forcing*, 624-625
surface hydrology, 790-791, 897-899
See also Precipitation; Water vapour

I

Ice, 136-137, 319-320
aerosol absorption on, 574
annual melt rates, 264
freshwater ice, 320, 361-362, 367
river and lake ice, 320, 361-362, 367
sea ice*, 319, 323-335, 367, 870

BLM_0152043

Index

*See also* Glaciers

Ice age*, 386, *389*, *413*

Ice clouds, 585

Ice cores*, 391-394, 432, *485*

Ice nuclei, 604

Ice sheets*, 320, 344-357, *367*, *1177-1179*
- Antarctic, 9, 25, 29, 137, 320, *321*, 351-353, *352-353*, 356-357, 368, 909, 1170-1176
- attribution of changes, 870, 909-910, 931
- basal lubrication*, 354-355
- calving*, 355
- causes of changes, 353-355
- climate-ice sheet interactions, *402-403*
- dynamics and stability, 25, 1159, 1168-1169, 1172-1174, *1175-1176*, 1179
- Greenland, 9, 25, 29, 137, 320, *321*, 349-351, *350*, 357, 870, 909, 1165-1170
- grounding line*, 347, 351, 353, 357
- ice loss, 320, 349-353, *353-354*, *380-382*
- irreversible changes, 29, *71-72*, 355-356, 433, *1115*, 1116, 1169-1170, 1174
- marine ice-sheet instability hypothesis (MISI), *1175-1176*
- mass balance/budget*, 344-353, *347-348*, *380-382*, 1139
- measurement techniques, 347-349, *347-348*
- models, 25-26, 753, 1145
- observed changes, 9, *10*, 320, 346-353, *347-348*
- ocean interactions, 354, 355, 356-357
- paleoclimate*, 387, 426-431, 1170, 1174
- polar amplification, *397*, 907
- processes, 354-355
- projections, 25, 29, 1145, 1165-1176
- rapid changes, 355-357
- sea level change and, 29, 355, *367*, 1139, 1145, *1151*, 1153-1155, *1154-1155*, 1165-1176, *1177-1179*, *1182*
- sea level equivalents, *321*, *352-354*, 353
- subsurface melting, 356-357
- summary, 320, *353-354*, *367*

Ice shelves*, 320, 353, *367*

Indian Ocean, *233-235*, *280*, *495*
- models, 787
- projections, 1219

Indian Ocean Dipole (IOD)*, *233-235*, 1220, 1237-1239
- impacts, *1224*
- models, 744, 805, *806*
- projections, 1237-1239, *1238-1239*

Indonesian Throughflow, 284-285

Industrial Revolution*, 474-475, 486-514, 697-698

Insolation*, 794-795

Inter-Tropical Convergence Zone (ITCZ)*, 387, 786, 1077, 1219, 1236

Iron fertilization*, 481, 543

Irreversibility*, 27-29, *70-72*, 129, 386-387, 433-435, 469
- ice sheets*, 29, *71-72*, 355-356, 433, *1115*, 1116, 1154, 1169-1170
- long-term projections, 1033, 1114-1119
- paleoclimate perspective, 386-387, 433-435
- sea level and, 29

Islands. *See* Pacific islands

**K**

Kyoto Protocol*, 715

Kyoto Protocol gases, 161, 166-170, 997, 1005, *1401-1402*

**L**

Lake ice, 320, 361-362, *367*

Land carbon storage, 26, 93

Land surface, 790-791

Land surface air temperature*, 162, 164, 187-189, *187*

Land use and land use change*, *127*, 162, 188-189, 686-688
- carbon dioxide emissions, 467, 474-475, 489-491, *490-492*
- future scenarios, 523
- land cover, 686-687
- land water storage, *1151*, 1155-1156, 1176-1179, *1182*
- models, 752, 791
- projections, 1006-1007, 1038, *1048-1050*, 1052, 1099
- radiative forcing*, 662, 686-688, *687*, *1048-1050*, 1052, 1404-1409
- urban effects, 162, 188-189

Land water storage, *1151*, 1155-1156, 1176-1179, *1182*

Lapse rate*, 586-587, *587*, 819

Likelihood*, 36, 139-142
- *See also* Confidence; Uncertainty

Long-term climate change, 19-20, 89-93, *1029-1136*

*See also* Climate projections

**M**

Madden-Julian Oscillation (MJO)*, 796-798, *798*, 1220, *1224*, 1237

Mediterranean region. *See* Europe and Mediterranean

Meridional Overturning Circulation (MOC). *See* Atlantic Meridional Overturning Circulation

Methane (CH$_4$)*, 11, 165, 167, 385, 486, 508-510
- anthropogenic, 509, 663, 955, *1411*
- atmospheric changes, 505-508
- atmospheric concentration, 156, 161, *166-167*, 167, *1401-1402*
- clathrates*, *70-71*, *1115*, 1116-1117
- couplings and feedbacks, 674-675
- glacial, 482-483, *483*
- global budget, 509, *507-508*
- growth rate, 385, 506, *506*
- industrial era, 475
- lifetime and radiative efficiency, *731*, *1432*
- methane cycle, 473-474, *474*, 752
- models, 509-510, 752
- natural sources, 508-509
- observed changes, 11, *133*, 134, 161, 165-166, *166*, 167, 467, 505-508

paleoclimate, 385, 485

permafrost*, 508, *530-531*, 541-542

projections, 74, *27*, *148*, 156, 468-469, 539-542, *540*, 997-998, *999*, *1048-1050*, *1411*, *1422*

radiative forcing*, 13, *14*, 126, 661, 662, 674-675, 677, *678*, *1048-1050*, *1433*

Methane hydrate, 542

Methyl chloroform (CH$_3$CCl$_3$), *678*, *733*

Methylene chloride (CH$_2$CH$_2$), *733*

Metrics*
- emission metrics, 17, 58-59, *59*, 662-663, 710-720, *731-738*
- model performance metrics, *765-766*, 766-767

Microwave Sounding Unit (MSU), 194-196, *195*

Mineral dust aerosol (MDA), 394, 600, 605, 617

Mitigation*, 27-29

Models. *See* Climate models

Modes of climate variability*, 415-416, 744, 801-803, 1222-1223
- definitions and impacts, *1223-1225*
- projections, 1220, *1288-1289*
- regional impacts, *1224*
- responses to climate change, 1222-1223

Monsoons*, 105, 1222, 1225-1235, *1228-1229*, *1288-1289*
- abrupt/irreversible changes, *1115*, 1118-1119
- African, 1234, *1235*
- American, 1232-1234, *1233*
- Asian-Australian, 1227-1232, *1230-1231*
- East Asian, *1230-1231*, 1231-1232
- Indian, 1229-1231
- models, 15, 798-799, *799*, 1219
- observations, 163, 227
- overview, 1225-1227, *1226-1227*
- paleoclimate*, 387, 401-402, 407, 421-422
- projections, 23, 105, *107*, 1118-1119, 1219, 1225-1235, *1288-1289*

Montreal Protocol*, 661, 672, 678

Montreal Protocol gases, 161, 170, *678*, *1403*, *1427*, 1435

**N**

Natural forcings, 13-14, *14*

Near-term climate change, 85-89, *953-1029*
- *See also* Climate projections

Near-term climate forcers (NTCFs)*, *668*, 717-718

New Zealand. *See* Australia and New Zealand

Nitrate aerosols, 605-606, 616-617, *1048-1050*

Nitrogen, 93, 127, 468, 535-539, *538*
- global budgets, 510-514, *511-512*

Nitrogen cycle, 475-480, *477-479*
- projections, 535-539, *536-540*

Nitrogen dioxide (NO$_2$), 174, *174*

Nitrogen fertilizers, 469, 510, 512, 535-536, *536*

Nitrogen fixation, 475, *477*, 511, 514, *1419-1420*

Nitrogen oxides, 717-718, *739*

Nitrogen trifluoride (NF$_3$), 169, *678*, 679, *733*

Nitrous oxide (N$_2$O)*, 11, 167-168, 475
- atmosphere burden and growth rate, 385, 510-512, *511-513*

Index

BLM_0152044

atmospheric concentration, 161, 167-168, *168*, *476*, *1401-1402*
feedbacks and sensitivity, 512-514, *513*
glacial, 482-483, *483*
global budget, 510-514, *511-512*
global warming potential, 717
lifetime and radiative efficiency, *731*, *1433*
observed changes, 11, *133*, 134, 161, *166*, 167-168, 467-468, 486
paleoclimate*, 385, 485
projections, *148*, 157, 469, 535-537, *537*, 998, *1048-1050*, *1412*, *1423*
radiative forcing*, 13, *14*, 126, 127, 661, 675, 677-678, *678*, *1048-1050*
**Non-methane volatile organic compounds (NMVOCs)\***, 13, *14*, 174, 996, 1000, *1417*
**Nonlinearity\***, 955, *960*, 1033
**North America**
climate indices, changes in, *211-212*, 212
cyclones, 217
monsoon, 1233, *1233*
precipitation extremes, *211-212*, 213
projections, *106*, 1258-1260, *1259*, *1279*, *1288*, *1334-1337*
**North Atlantic Oscillation (NAO)\***, 230, *231*, *233-235*, 354, 1244-1245
impacts, *1224*
models, 744, 801, *806*
paleoclimate*, 386, 415-416
projections, 989, 1220, 1244-1245, *1245*
summary, *806*
**North Pacific Oscillation (NPO)**, 801, *1224*
**Northern Annular Mode (NAM)\***, *233-234*, 900, *900*, 1244
impacts, *1224*
models, 415, *806*
paleoclimate*, 415-416
projections, 108, 989, 1245, *1245*
summary, *806*

## O

**Observations.** See specific topics
**Oceans**, 8, *255-315*
acidification*, 11, 12, *12*, 52, 69, 136, 259, *295-296*, 300, 751, 870, 905-906
acidification, anthropogenic influence, 293-294, *295-298*
acidification projections, *22*, 27, 94, *105*, 469, 528-532, *532*
attribution of changes, 870, 901-906, 926, *934-935*
biogeochemical changes, 259, 291-301
carbon balance, 300, *301*, 498-499
carbon dioxide absorption, 11, *12*, 26, 51-52, 93, 259, 291-293, *293*, *295-300*, 300, 472, 495-499, 751, 870
CDR methods and, 549-550, 551
circulation, 258, 281-285, *283*, 481, 956
circulation, projections, 994-995, 1094-1095
deep and bottom waters, 263, 279-280
evaporation, 274-275, *275*, 276
fluxes, 258, 273-278

freshwater content, 257, *272*, 273
freshwater fluxes, 275-276, *276*, 994
heat content, 17, *18*, 257, 260-263, *262*, *264*, *266*, 301, 779-781, *782*, 901-903, *902*
heat content, modeling, *743*
heat content, projections, 1162
heat fluxes, 274-275, *786*
heat uptake*, 93, *267*, *821*, 1161-1163, *1162*
human influences, 17, 292-294, *293*
inertia and, 958
iron deposition/fertilization*, 481, 543
irreversible changes, 433-435
mass observations, 1156, *1157*
models, 750, 751-752, 753, 758, 777-787
nitrogen concentration, 475
nutrients, 298-300
observations, 8, *10*, *22*, *255-315*, *302*
observations, capabilities and methods, 144, 302, 311-316
ocean-atmosphere coupling, 753, 1118-1119
ocean heating rate (OHR), 182, *183*
oxygen concentrations, 259, 294-298, 300-301, *300*, 469, *535*, 870, 905-906
oxygen projections, 532-534, *534-535*
paleoclimate*, 433-435, *456*, 484, 783-784
precipitation and, 275-276, *276*
projections, *24*, 88, 468, 469, 519-520, 528-532, 956, 993-995, *993-994*
projections, long-term, 93, 1033, 1093-1095
salinity, 8, 257, 265-273, *280*, 301, 870, 903-905, *904*, 994, *994*, 1094, *1094*
solubility/biological pumps*, 472
summary, 257-259, 301-302, *302*
surface temperature, 5, 6, 777-779, *778-780*
temperature, 5, *6*, 68-69, 257, 260-265, *266-267*, 901-903, *902*, 993-995, *993-994*
temperature projections, 24
thermal expansion*, 99, *99*, 1139, 1143, 1150-1151, *1159*, 1161-1163, 1180, *1182*
thermal forcing, 354
upper ocean salinity, 268-273
upper ocean temperature, 257, 258, 261-262, *261*, 263, 265, 301, 870, 901
warming (observed), 8, *10*, 17, 24, 257, 260-265, *280*
warming rates, 263, *263*
water exchange between ocean basins, 284-285
water mass properties*, 258, 278-281
wave heights, 258, 277-278
wind stress, 276-278, 784-785, *784-785*
See also Sea level; Sea level change
**Optimal fingerprinting**, 877-878
**Orbital forcing**, 385-388, 399, *400*
**Oxygen ($O_2$)**, 1000
atmospheric concentration, *476*, 480, *1437*
dissolved in oceans, 95, 259, 294-298, 300-301, *300*, 469, 905-906
feedbacks, 480
oceanic, projections, 532-534, *534-535*
**Ozone\***, 1000
depletion, *739*, 869, *937*, 998-999, 1000, 1078
long-term trends, 172-173
models, *744*, 752, *757*, 774-775, *775*

monitoring sites, *173*
ozone hole*, 171, 752
projections, 24, 542, 957, 997, 1000, *1001-1002*, *1048-1050*, *1428*, *1438-1442*
radiative forcing*, 13, *17*, *127*, 661-662, 670-672, *672*, 679-681, *1048-1050*, *1404-1409*, *1434*
stratospheric, 161, 171-172, *172*, 672-674, 681-682, *681*, 774-775, 999, *1048-1050*, 1078, *1428*
tropospheric, 161, 172-173, 670-672, *672-673*, 679-681, *680-681*, *684*, 775, 998-999, *1048-1050*, *1428-1429*
**Ozone-depleting substances**, 161, 169-170

## P

**Pacific Decadal Oscillation (PDO)\***, 230, *231*, *233-235*, 1253
impacts, *1224*
models, 806, *806*, 1253
predictions, 971, 972
**Pacific Decadal Variability\***, *233-235*, 972
**Pacific Islands region**, *106*, 1275-1276, *1285*, *1289*, *1386-1389*
**Pacific/North American (PNA) pattern\***, *231*, *233-235*, *806*, *1224*, 1253
**Pacific Ocean**, 271, *280*, *495*
circulation systems, 281-282
tropical, mean state, 743, 786-787
**Pacific/South American (PSA) index**, *231*, *233-235*
**Pacific/South American (PSA) pattern**, 1221, *1224*, 1253
**Paleoclimate\***, *124*, *383-464*
8.2 ka event, *389*, *434*
abrupt change and irreversibility, 386-387, 432-435, *434*
carbon dioxide, 385, 391-394, 399-400, *400*, *457*, *459-460*, 468, 483-484, *483*
droughts*, 386, 422, *423-424*
Earth system responses and feedbacks, 388, *395*, 398-415
equilibrium climate sensitivity, 923-924
floods, 386, 422-425, *424*
glacial-interglacial cycles, 385, 399-402, 480-483, *482-483*
greenhouse gases, 385, 391-398, 483-484, *483*
Holocene*, *389*, 417-425, 428-435, *434*, 776-777, *776-777*, 1146
ice sheets*, 387, 426-428, 1170, 1174
interglacials*, 386, 407-409, 425-428, 1146
last 2,000 years, *389*, 409-415, *409-410*
Last Glacial Maximum (LGM)*, 385, *389*, 394, 403-407, *404*, 776-777, *776-777*
last glacial termination, *389*, 400-401, 428-432
Last Interglacial (LIG), 385, *389*, 407-409, *408*, 425-428, *427*, 1146
last millennium, 917-920, *918*
Little Ice Age*, 386, *389*, *413*
Medieval Warm Period*, 5, 386, *389*
methods, 385, 388
models, 388, 403-405, 411-415, *413-414*, *456-464*, 776-777, 820-821
modes of climate variability*, 386, 415-416

BLM_0152045

## Index

next glacial inception, 387, 435
ocean circulation, 433-435, *456*, 783-784
orbital forcing, 385, 386, 388, 399
periods assessed, *389*
Pliocene*, 1145-1146
polar amplification, 385, *396-398*
pre-industrial perspectives, 388-398, *389*
proxy methods*, 388, 394, 403-404, *457-458*
radiative forcing*, 385, 388-398
reconstructions*, *77-78*, 411-415, *414-415*
sea level, *47*, 385, 425-432, *427-429*, 1139, 1145-1150, *1147*
temperature, 385-386, *395*, 409-415, 417-420, *461-464*
uncertainties*, 404, 411-412
volcanic forcing, *390*, 391
Particulate matter. *See* Aerosols
Pattern scaling, 1058-1062, *1061*
Perfluorocarbons (PFCs), 161, 168-169, 679, *733-734*, 1000
Permafrost*, 320, 362-364
active layer*, 364-366, *365*
carbon storage in, 480, 526-528
irreversible changes, *70-71*, *1115*, 1116
methane from, 508, *530-531*, 541-542
models, 752
near-surface*, 996
observed changes, 9
permafrost-climate feedback, 27
projections, 25, 27, 468, 541-542, 997
projections, long-term, 1032-1033, *1092*, 1093
subsea, 364
temperature, 9, 25, 362-364, *362-363*
Perturbed physics experiments (PPEs), 1040
Phosphorus, 542
Photosynthesis, 470, *471-472*, 475, *478*, 480, *502*, 545
Polar amplification, 385, *396-398*, 907, 1031, 1062-1064
Polynyas, 329, 332-334
Precipitation, 201-204
aerosol effects, 624-627
attribution of changes, 72, 870, 871, 896-897, *897-898*
extremes, 5, 7, 23, *110-112*, 162, *211-212*, 213-214, 573, 626-627, 807, *808*, 871, 912, 956, *991*, 992, 1082-1087
extremes, indices of, *221*
extremes, physical basis for changes in, 626-627
global changes and projections, *1320-1321*
global distribution of, *1225*
global warming effects on, 624, *625*
large-scale changes, 201-204, *202-203*, 624
models, 743, 761-762, *763*, 811-813, *811-813*, *1013-1014*
observations, 5, 7, *8*, *22*, 162, 201-204
ocean precipitation, 275-276, *276*
projections, *7*, 20-23, *22*, 573, 956, 984-986, *985*, *991*, *1014-1015*, *1278-1287*
projections, global, *1320-1321*
projections, long-term, 91-92, *91*, 1032, 1055-1057, *1057*, 1076-1079, *1078*
regional, 573, 1219-1220

runoff*, *91-92*, 204-205, 956, 1081, *1081*
summary, 5, *7-8*
trends, *202-203*, *215*, 624, *898*
warmer-get-wetter, 1219, 1240
wet-get-wetter, 624
*See also* Monsoons
Predictability*, 131, *953-1029*
near-term predictions, 963-978
prediction quality/skill*, 85-86, *86*, 958, *960-961*, 966-978
terminology, *960*
*See also* Climate predictions
Principal component, *1223*
Probability density functions (PDFs)*, 134-135, *134*, *697*
Probability in climate predictions/projections, *961-962*
Projections. *See* Climate projections
Proxy methods*, 388, 394, 404, *457-458*

## Q

Quasi-Biennial Oscillation (QBO)*, 230, 744, 806, *806*, *1224*, 1254

## R

Radiation
radiative imbalance, *264*
surface (SSR), 183-184, *184*, 185-186
surface thermal and net, 184-185
top of the atmosphere (TOA), 180-181, 580-582, 618, 620, *765*, 1069, *1069*
Radiation budget, 161, 180-186, 576
cloud effects on, 580-582, *582*
global mean, 127, *181*, 182-183, *183*
rapid adjustments and, 573, 576
surface, changes in, 183-186, *184*
Radiative effect*, 573, 576, 578, *1161*
cloud radiative effect (CRE)*, 580-582, *582*, 585-586, *764*, 765
Radiative efficiency, *717*, *731-738*
Radiative forcing (RF)*, 13-14, *14*, 53-57, *54*, 127, *659-740*, *1404-1409*, *1433-1436*
aerosols*, 13-14, *14*, 576-578, *577*, 614-623, 682-684, *1404-1409*
aircraft and contrails, 574, 592-594, 686
anthropogenic, 13, 13-14, *14*, 17, *146*, 617, 661-662, 675-688, *932-934*, 1005-1008
atmospheric carbon dioxide, 13
atmospheric chemistry, 669-675
calculation methodologies, 668-669, *669*
climate response, *395*
clouds, 576-578, *577*, 580-582, *582*, 585-586, 620-622
common properties of forcing compounds, *668*
comparison of previous reports, *696*
concentration/emission changes, 668-669
concept, *53*, 661, 664-668
confidence levels, 694-695, *694-695*
definitions, 664-665, *665*

distinguished from feedbacks, 573
drivers of, *124*
effective (ERF)*, *53*, 574, 576-578, *578*, 614-621, *619-621*, 661, *770*, 1052-1053, *1160-1161*, *1404-1409*, *1433-1436*
effective (ERF)*, defined, 664-665, *665*
effective (ERF)*, probability density function*, *697*
effective (ERF)*, total anthropogenic, 661
emission metrics, 710-720, *711*, *731-738*
external*, 388-398, 917-919
geographic distribution, 702-709, *703-705*
global mean, *89*, 693-701, *696-697*
Global Warming Potential and Temperature change Potential, 663, 710-714
industrial-era, 661-662, 697-698, *697-698*, 705-708, *705*
land surface changes, 686-688, *1404-1409*
limitations of, 667-668
models, 146, 700-701, *701*, *818*
natural forcings, 13-14, *14*, 55-56, *126*, 662, 688-693, 760, 1008
orbital forcing, 385, 386, 387, 388, 399, *400*
paleoclimate*, 130, 385, 388-398
polar amplification, *396-398*
pre-industrial, 388-398
projections, 79-81, 662-663, 700-701, *701*, 955, 1005-1010, *1006-1007*, 1044-1054, *1048-1050*, *1053*
radiative transfer codes, 675-676
scenarios, *79-81*, 1046-1047, *1046*
solar forcing, 388-391, *885-886*, 1007, *1404-1409*
solar irradiance, 14, *14*, 126-127, *126*, 662, 688-691, *885-886*
spatial and temporal patterns, 662, 702-709, *703-705*, *709*
summary, 13-14, 56-57, *57*, *126*, 129, 661-663, 693-701, 1052-1054, *1159-1161*
surface albedo and energy budget, *360-361*, 662, 686-687, *687*
time evolution of, 698-700, *698*
timescales and, 128-129, *128*
uncertainties*, 667, 694-698, *694*, 955, 1004-1008, *1005-1006*
volcanic, *390*, 391, 662, 691-693, *692-693*, 923, 1007, *1404-1409*
well-mixed greenhouse gases, 164, 661, *668*, 676-679, *677-678*
*See also* specific gases and components
Radiosonde records, 194-196, *195*, *200-201*, 206-207
Rapid adjustments*, 355-357, 573, 576, 590, 605, 661, 664-665, *665*, 1005
*See also* Abrupt climate change
Rebound effect*, 546
Region(s)*, 1222
atlas (map), *1317*
carbon cycle feedbacks, *522*
radiative forcing*, 705-708, *705*
Regional climate change, 73-74, 105-108, *106*, *1217-1308*
annular and dipolar modes, 108, 1220, 1243-1246, *1288-1289*
Atlantic Multi-decadal Oscillation (AMO), 1220

Atlantic Ocean modes, 1239-1240
blocking, 1220, *1224*, *1246-1248*
changes and projections, *1322-1393*
climate indices, 209-213, *211-212*
climate system, *930*
CO₂ budgets, *501*
CO₂ fluxes, 499, *500*
confidence in projections, *1286-1287*
cyclones, 1220, 1248-1251, *1288-1289*
El Niño-Southern Oscillation (ENSO)*, 106-107, 1240-1243, *1241-1243*, *1288-1289*
extreme events, *211-212*
global means and, *1256-1257*
in Holocene (paleoclimate), 417-425
large-scale storm systems, 1248-1253, *1250*
models, 748, 810-817, *816*, *1013-1014*, 1219
modes of climate variability*, 1222-1223, *1223-1225*
monsoon systems*, 105, 1219, 1222, 1225-1235, *1288-1289*
Pacific South American pattern, 1221, 1253
precipitation, 1032, 1078-1079
projections, 956, 1001-1002, *1001-1003*, *1014-1015*, 1031, 1032, 1078-1079, 1255-1277, *1256*, *1278-1289*
projections, summary, *1288-1289*
sea level, 100-101, *101*, 288-289, 1140, 1191-1199, 1194-1197, *1195-1199*
temperature, 89-90, 869, 888-891, *889*, 919, *930*, *938-939*, *1278-1285*
tropical cyclones, 1248-1251, *1288-1289*
tropical phenomena, 105-106, 1219-1220, 1222, 1235-1240, *1288-1289*
*See also specific regions*
**Regional Climate Models (RCMs)***, 748, 810-817, *816*, *1013-1014*, 1145, 1222
**Representative Concentration Pathways (RCPs)***, 19-20, *22*, 25, 79-81, *147-150*, 468, 523-526, *524-529*, 1045-1047, *1100*
compared with SRES, *149-150*, 997
described, *29*
extensions, 1102, *1103*
projections and, 955-956, 1031, 1034, 1045-1047, *1100*
uncertainties*, 1004-1005, *1005-1006*, 1038-1039, *1038*
**Respiration***, 470, *471-472*, *477-478*, 545
**River and lake ice**, 320, 361-362, *367*
**River discharge.** *See* Streamflow
**Runoff***, 91-92, 204-205, 956, 1081, *1081*

## S

**Salinity (of oceans)**, 257, 265-273, *269-270*, *280*, *301*, 904-905, *904*
attribution of changes, 870, 904-905
before fossil fuel era, 481
defined, 265
measurement, 312
models, 778-779, *778*, *783*
projections, 994, *994*
sea ice and, 271-273

sea surface, 267-268, *268*, *270*, 1094, *1094*
trends in, 257, 273
upper ocean, regional changes, 271-273, 301
upper ocean, subsurface, 268-271
**Satellite-based methods**, 164, 175, 182, 191, 207, 208
altimetry*, 286, 287, 348-349
GRACE, 349, 351-353, 380, 1156, *1157*
Microwave Sounding Unit (MSU), 194-196, *195*
sea level measurement, 1150
**Scenarios*.** *See* Climate scenarios; Emissions scenarios
**Scientific method**, 123
**Sea ice***, 69, 136-137, 323-335, *333-334*, *367*, 481
aerosol absorption on, 617-618
Antarctic, 9, *18*, 69, 319, 330-335, *333-334*, 368, 906-909, *908*, 1092
Arctic, 9, *10*, *18*, 24-25, 69, 271-273, 319, 323-330, *333-334*, *367*, 368, 906-908, *908*, 1087-1092, *1089-1091*
attribution of changes, 870, 906-909, *908*, 931, *936-937*
as climate change indicator, 136-137
cloud interactions, 590
drift, 328-329, 332
extent and concentration, 324-326, *325-326*, 330, *331-332*
irreversible changes, *1115*, 1117-1118
land-fast ice, 329, 334-335
models, *18*, 20, 744, 751, 787-790, *787-789*
observations, 40
observed changes, 136-137, 319, *367*, 368, 386
paleoclimate*, 420-421
projections, 20, *21-22*, 24-25, 956, 995-996
projections, long-term, 92, *92*, 1032, 1087-1092, *1088-1091*
rate of decrease, 319, 386
salinity effects on, 271-273
sea level equivalent, *321*
summary, 9, 319, *367*
thickness and volume, 319, 327-328, *328*, 330-332
trends, 329-330, *331*, *333-334*, 335
**Sea level**, 11, 127, *1137-1216*
anomalies, *286*, *287*
geocentric, 1142, *1143*
irreversible aspects of, 29
mean*, 1142, *1151*, 1156-1159
measurement, 285-286, 312, 1142, 1146-1150
models, 779-781, *781*, 1139-1140, 1192-1193
processes affecting, 1143-1144, *1143-1144*
projections, 20, *23*, *26*
relative (RSL)*, 1142, *1143*, 1194-1197, *1195-1199*
storm-surge models, 1200-1202
trends in, 286-288, *287*, *289*, 291
**Sea level change***, 12, *47-49*, 98-101, 258, 285-289, *1137-1216*
atmospheric pressure change and, 1193, *1193*
attribution of changes, 19, *110*, 870, 905, 1156, 1176-1179
budget, 1156-1159, *1157-1158*
commitment, 28, 1140
confidence in projections, 1184-1186

contributions to, 11, 25-26, 288, *291*, 1139, 1142-1145, 1150-1179, *1177-1179*, *1182*
extremes, *7*, 101, *110*, *112*, 258, 290-291, *290*, 1140, 1200-1204
freshwater forcing and, 1193-1194
glaciers and, *367*, 1139, 1151-1153, *1151*, 1163-1165, *1164-1165*, *1182*, 1184
global average, *10*, 11, *1148-1149*
global mean sea level rise, *90*, 1140, *1152*, 1156-1159, *1157-1158*, 1179-1191
ice sheets* and, 367, 1139, 1140, *1151*, 1153-1155, *1154-1155*, 1159, 1165-1176, *1177-1179*, *1182*
instrumental record (1700-2012), 1146-1161
land water storage and, *1151*, 1155-1156, 1176-1179, *1182*
long-term scenarios, 98-101, 1186-1191, *1188*, *1190-1191*
measurements, 1146-1150
models, 1139-1140, 1142, 1144-1145, 1179-1183, *1180-1184*, 1192-1193, *1192-1193*
models, compared with observations, *1152*, *1158*
nonuniformity of, 26
observed changes, *4*, *10*, 11, 46, *110*, *124*, 136, *137*, 157-158, 258, 291, *301*, *1151*, *1198*
ocean heat content/uptake*, 905, 1161-1163, *1162*, 1183-1184
ocean mass observations, 1156, *1157*
ocean waves, 1202-1204, *1203*
paleoclimate*, 46, *47*, 385, 425-432, *427-429*, 1139, 1145-1150, *1147*
past sea level change, 1139, 1145-1150, *1147*
process-based projections, 99-100, 1179-1180, *1180-1182*
processes and linkages, 1143-1144, *1143-1144*
projected extremes, 1200-1204, *1201*, *1203*
projections, *7*, 20, *23*, 25-26, *26*, 97-101, *125*, *137*, *157*, 1140, 1150-1191, *1445*
projections with loss of Greenland ice sheet, 1140, 1169-1170
rate of, 258, 289-290, 291, *430-431*
regional changes, 288-289, 1191-1199
regional projections, 100-101, *101*, 1140, 1194-1197, *1195-1199*
satellite altimeter record (1993-2012), 1150
semi-empirical projections, 99-100, 1182-1184, *1184*
summary, 1139-1141, 1204-1205, *1204*
thermal expansion* and, 99, *99*, 1139, 1143, 1150-1151, *1151*, *1159*, 1161-1163, 1180, *1182*
timescales, 1142
uncertainties*, *47-49*, 1197-1198, 1204-1205
**Sea level equivalent (SLE)***, 319, 320, *321*, *344*, 349-350, *350*, *352-354*, 353, 1153
**Sea level pressure (SLP)**, 223-224, *223-224*, 871, 901
projections, 1071-1072, *1071*
**Sea salt**, *1048-1050*
**Sea spray aerosols**, 599-601
**Sea surface temperature (SST)***, 164, 190-194, *190-193*, 480-481
models, 777-779, *778-780*
observations, 5, *6*

BLM_0152047

**Index**

paleoclimate*, *416*, 420, 422, *458*
projections, *994-995*, 1093
proxy methods, *458*
tropical phenomena and, 1235, *1236*
variability, *107*

**Sectors**
emission metrics and impacts, 719-720, *720*
radiative forcing and temperature, 663

**Snow, ice and frozen ground,** 320, 358-360, *367*
aerosol absorption on, 574, 617-618, 685
attribution of changes, 870, 906-910, 931, *936-937*
frozen ground, 320, 362-366, *367*
glaciers*, 9, 24, 319, 335-344
ice sheets and shelves*, 9, 320, 344-357, *367*
models, 790, *790*
observed changes, 4, 320
projections, 24-25, 92, *92-93*, 996, 1032-1033, 1092-1093, *1092*
river and lake ice, 320, 361-362, *367*
seasonal snow, 320, 358-361, *358-360*
snow albedo, 321, 358, 359
snow cover (Northern Hemisphere), 9, *10*, 24, 25, 92, *93*, 320, 358, *358-359*, *367*, 870, 910, 931, *937*, 996, 1092-1093, *1092*
snow-cryosphere interactions, *360-361*
snowfall, 204, 358-361

**Soil moisture*,** 790-791, 897
projections, 91-92, 956, 988, 1079-1080, *1080*

**Solar activity*,** *393*

**Solar forcing,** 388-391, *885-886*, 1007, *1048-1050*

**Solar irradiance,** 14, *14*, 19, 126-127, *126*, *392-393*, 688-691, *885-886*
global dimming*, 161, 183-184, 794
measurement, 689-690, *689*
paleoclimate*, 388-391
projections, 86, 690, 955-956
radiative forcing*, 662, 688-691, *1404-1409*
surface solar radiation (SSR), 183-184, *184*, 185-186
total (TSI)*, 19, 388-391, *394-395*, 662, 689-690, *689*
variations, 689-690, *689*

**Solar radiation*,** 126-127, *126*, 662
projections, 543, 662
*See also* Orbital forcing

**Solar Radiation Management (SRM)*,** 29, 469, 574-575, 627-635, *633-634*
cirrus thinning, 628
climate response and, 629-635, *629-631*
cloud brightening, 628
impacts on carbon cycle, 551-552
side effects and risks, 575, 627-628, *634*
stratospheric aerosols, 627-628, *693*
summary, 635
surface albedo, 628

**Solubility pump*,** 472

**South America**
climate indices, changes in, *211-212*
monsoon, 1233-1234, *1233*
precipitation extremes, *211-212*, 213
projections, *106*, 1261-1264, *1262-1263*, *1280-1281*, *1288*, *1338-1349*

**South American Convergence Zone,** 1221

**South Atlantic Convergence Zone (SACZ),** 1237

**South-east Asia,** *106*, *211-212*, 1273, *1274*, *1378-1381*

**South Pacific Convergence Zone (SPCZ)*,** 1219, 1236-1237

**Southern Annular Mode (SAM)*,** *231*, *233-235*, 354, 871, 900-901, *900*, *937*, 1245-1246
impacts, *1224*
models, 415-416, 801, *806*
paleoclimate*, 386, 415-416
projections, 108, 1220, *1245*, 1246
summary, *806*

**Southern Ocean,** 273, 783, 1141
polar amplification, *396-398*
projections, 24, 1095
temperature, 354, 780, *780*

**SRES scenarios*,** 131-132, *146-147*, *149-150*, 955, 997, 1034, 1045, *1100*

**Stabilization.** *See* Climate stabilization

**Storm surge*,** 1200-1202

**Storm tracks*,** 229, 743, 773, 956
projections 1074, *1075*, 1220

**Stratosphere*,** *130*
aerosols*, 627-628, *693*
Brewer-Dobson circulation*, 163, 230, 1073-1074, 1248
ozone, 161, 171-172, *172*, 672-674, 681-682, *681*, 774-775, 1000, *1048-1050*, 1078, 1428
stratospheric-tropospheric relations, 753
temperature, 162, *197*, 892-893, *893*
water vapour, 161, 170-171, *171*, 661-662, 681-682

**Streamflow*,** 204-205

**Sulphate aerosols,** 81, 605-606, 616

**Sulphur cycle,** 537, *539*

**Sulphur dioxide (SO₂),** 127, *538*, *684*, 794, *1402*
geoengineering with, 627
models, 744, 794, 795

**Sulphur hexafluoride (SF₆),** 161, 168, 169, *733*
projections, *1412*, *1423*
radiative forcing*, *678*, 679, *1434*

**Surface**
climate projections*, 980-993
land surface changes, 684-688
models, 131-132, *132*, 750-751
observations, 5, *6-7*, *130*, **159-254**
wind speed, 224-226
*See also* Atmosphere; Hydrological cycle

**Surface air temperature,** 760-761, *761*, *974-975*, 980-984, *981-982*

**Surface fluxes,** 784-786, *784-785*, 897

**Surface solar radiation (SSR),** 183-184, *184*, 185-186

**Surface temperature*,** 5, *6-7*, 60-66, *60*, 187-194, *461-462*, 577, 760-761, *761-762*, 878-881, *879-881*
interannual variability, *6*, 207-208
projections, 980-984, *981-982*

**T**

**Teleconnections*,** *233*, *1224*, 1243, *1243*
models, 805, *806*

**Temperature,** 5, 187-201, 926
anomalies, *197*, *461-462*, *768*, *1059*
atmosphere and surface, 4-5, *6*, 60-68, 161-162, 187-201, 869-870, 984
attribution of changes, 17-19, 60, 869-870, 871, 878-893, 918-920, *930*, *932-934*
cold days/cold nights*, *86*, 162, *210-212*, *221*, 956, *990*, 1065-1066, *1067*
commitment, 20
diurnal temperature range (DTR)*, 188
evidence for warming, *198-199*
extremes, 19, *109-112*, 209-212, *209-212*, *218-219*, 807, *808*, 871, 910-912, 931, 1064-1068
free atmosphere, 196-201, *197-201*, 984
geoengineering and, 29, 574-575
global changes and projections, *1318-1319*
global diurnal temperature range (DTR), 162
global instrumental record, 881-885, *882*
global mean surface air surface temperature, 131-132, *132*, 955-956, *1409*
global mean surface air temperature, *23*
global mean surface temperature (GMST)*, 20, *21*, *23*, 90, 121, 161-162, 164, 192-194, *192-194*, 385, 878-880, *879*, *1011*
global mean surface temperature, models, 743, *769-772*
global mean surface temperature, variability, 887-888, *888-889*
global temperature change potential, 17, 663, 712-714, *714-715*, *720*
global warming potential*, 17, 663, 710-714, *711-712*
heat waves*, *110*, 162, *211-212*, 212, *915*, 916, *939*
interannual variability, 5, *6*, 207-208
land-surface air temperature (LSAT)*, 162, 164, 187-189, *187*
last 2,000 years, 409-415, *409-410*
marine air temperature (MAT), 191
mitigation*, 27-28
models, 15-16, 20, 743-745, 760-761, *761-762*, 767-771, *768*, *769-772*, 777-779, *778-780*, 807, 810, *811-813*, 1013-1014
observed changes, 4, *6-7*, *22*, 121, *124*, 131-132, *132*, 187-201, 878-881, *879-881*
observed variability, *393*, 744, 869
oceans, 5, *6*, 8, *10*, *68-69*, 257, 260-265, *266-267*, 274-275, *280*, 311, *311-312*, 901-902, *902*
paleoclimate*, 385-386, *395*, 398-399, 409-420, *418-419*, *461-464*
radiative forcing overview, *62*
sea surface temperature (SST)*, *6*, *107*, 164, 190-194, *190-193*, 777-779, *778-780*, 806, *994-995*, 1093
summary, 5, *6-7*, 161-162
surface*, 5, *6-7*, 60-66, *60*, 161-162, 187-194, *461-462*, 577, 743, 878-881, *879-881*
surface air temperature, 760-761, *761*, *974-975*, 980-984, *981-982*

BLM_0152048