trends, 194, *194*, *197-201*, *222*, *880*, *895*
upper air, 162, 194-201, *197*, 772-773, *774*
upper ocean, 257, 258, 261-262, *261*, 263, 265, 301, *301*
warm days/warm nights*, 86, 162, *210-212*, 221-222, 956, *990*, 1065-1066, *1067*
warming hiatus, *61-63*, *769-772*, 798, 909
warming hole in N. America, 212

**Temperature projections**, *7*, 20, *21-23*, *125*, 155, *929*, *1278-1287*, *1444-1445*
extremes, 991-992, *991*, 1031-1032, 1064-1068, *1067-1068*
free atmospheric temperature, 984
global mean surface temperature, *972*, 980-984, *981*, 1010-1012, *1012-1013*, *1444-1445*
global projections, *1318-1319*
long-term, 89-90, 1031-1032, 1054-1057, *1054-1056*, 1062-1068, *1063*, 1065, *1067-1068*
near-term, 85-86, *87*, 955-956, 980-984, 993-995, *993-994*, 1009-1012, *1011-1012*
ocean temperature, 956, 993-995, *993-994*
regional projections, *1014*, 1031
skill in, *974*, 977-978, *977*
summary, 955-956, 1009-1012, *1011-1012*
surface air temperature, *974-975*, 980-984, *981-982*
timescale, 28
uncertainties*, *140-141*, 1006, *1006*
zonal average, 1064, *1065*
*See also* Regional climate change

**Thematic Focus Elements (TFEs)**
Carbon cycle perturbations and uncertainties, *96-97*
Climate extremes, *109-113*
Climate sensitivity and feedbacks, *82-85*
Climate targets and stabilization, *102-105*
Comparing projections from previous IPCC assessments with observations, *64-65*
Irreversibility and abrupt change, *70-72*
Sea level change: scientific understanding and uncertainties*, *47-49*
The changing energy budget of the global climate system, *67-68*
Water cycle change, *42-45*

**Thermal expansion***, 1139, 1143, 1150-1151, *1159*
projections, 99, *99*, 1161-1163, 1180, *1182*
**Thermal radiation**, 184-185
**Tide gauge* records**, 285-286, 1146-1150, *1201*
**Timescales**, 28, *125*, 128-129, *128*, 1033, 1105-1107
**Tipping points***. *See* Irreversibility
**Top of the atmosphere (TOA) radiation**, 180-181, 580-582, 618, 620, *765*, 1069, *1069*
**Transient climate response (TCR)**, 128, 817-818, *821*, 871, 920-921, *925*
projections, 81, *84-85*, 1033
summary, 16-17, *1110-1112*
**Transient climate response to cumulative CO$_2$ emissions (TCRE)***, 16-17, 871, 926-927
projections, *102-104*, 1033, 1108-1109, 1113
**Trend models**, *179-180*
**Tropical Atlantic Ocean Variability**, 233-235
**Tropical cyclones**, *7*, 107-108, *108*, 110, 162, 216-217, *216*, 807, 871, 913-914, *938*, 956, 992-993,

*993*, 1220, 1248-1251, *1288-1289*
**Tropical Indian Ocean Variability**, *233-235*
**Tropics**, 1217, 1219-1220, 1235-1240
atmospheric circulation, 226-230, 989-990, *989*, 1073
convergence zones, 421-422, 1219, 1221, 1222, 1235-1237, *1236-1237*
extratropical modes, 415-416
paleoclimate*, 415, 420
precipitation, 1219
projections, 1235-1240, *1288-1289*
tropical modes, 415
tropical Pacific mean state, 1240, *1241*
tropical phenomena, 105-106, 1219-1220, 1222, 1235-1240, *1288-1289*
tropical storms, 216-217
warmer-get-wetter pattern, 1219, 1240
**Tropopause***, 226, *228*
**Troposphere***, *130*
humidity, 206-208
ozone, 161, 172-173, 670-672, *672-673*, 679-681, *680-681*, *684*, 775, 998-999, *1048-1050*, *1428-1429*
stratosphere-troposphere relations, 753
temperature, 5, 162, 195, *197*, 772-773, *774*, 891-892
water vapour, 207, *207*
**Tropospheric Biennial Oscillation (TBO)**, 805, *1224*, 1253-1254

## U

**Uncertainty***, *36*, 114-115, 121, 139-142, *140-141*
carbon cycle*, *96-97*
climate models*, 139-142, *140-141*, *809-810*, 815, 1035-1040, *1038*, 1197-1198
climate projections, 115, 955, 978-980, *979*, 1004-1012, 1035-1040, *1038*, 1057-1058, *1058*, 1197-1198
in observations, *36*, 114, *165*, *810*
quantification, 1040-1044
scenario uncertainty, 1038-1039, *1038*
sea level change*, *47-49*
temperature projections, *140-141*
*See also* Variability
**Urban albedo**, 687
**Urban heat islands***, 162, 188-189

## V

**Variability**, 121, 129-130, 138, 163, 164, *232-235*
internal*, *61-62*, 138, *769-770*, 869, 919, 923
models, 795-806
natural, 121, 129-132, 138, *140*
paleoclimate*, 386
*See also* Climate variability
**Vegetation**
models, 752, 791
projections, 1097-1099, *1098*
**Volatile organic compounds (VOCs)***, 127, 718, *740*
**Volcanic aerosols**, 14, 662, 691-693

**Volcanic eruptions**, 15, 86, *140*, *393-394*, 691-693
as analogues, *693*
climate prediction and, *1008-1009*
models, 391
projections, 693, 1007
volcanic forcing, *390*, 391, 662, 691-693, *692-693*, 923, 1007, *1048-1050*, *1404-1409*

## W

**Walker Circulation***, 163, 226-229, *227*
projections, 90, 991, 1032, 1073
**Warm days/warm nights***, 162, *210-212*, *221-222*
projections, 86, 956, *990*, 1065-1066, *1067*
**Warmer-get-wetter pattern**, 1219, 1240
**Water cycle**. *See* Hydrological cycle
**Water vapour**, *207*, 624, *666-667*, 896
feedbacks, 586-587, *587*, *667*, 819
projections, 1076, *1076*
radiative forcing*, 126, 661-662, *666-667*
stratospheric, 161, 170-171, *171*, 661-662, 681-682
tropospheric, 207, *207*, 265
water vapour-lapse rate, 586-587, *587*, 819
*See also* Humidity
**Wave height**, 258, 277-278, 1141
projections, 101, 1202-1204, *1203*
**Weather**, 230
climate and, 123-126, 914-917
**Wetlands**, 539-541
**Winds**
mid-latitude westerlies, 956
models, 784-785, *784-785*
projections, 1072, *1072*
upper-air, 226
wave height and, 258, 277-278, 1141
wind speeds, 217, *220*, 224-226, *225*
wind stress (oceanic), 276-278, 784-785, *784-785*

Index

BLM_0152049

BLM_0152050

# POLICYFORUM

ENERGY AND ENVIRONMENT

# Methane Leaks from North American Natural Gas Systems

Methane emissions from U.S. and Canadian natural gas systems appear larger than official estimates.

A. R. Brandt,[1]*‡ G. A. Heath,[2] E. A. Kort,[3] F. O'Sullivan,[4] G. Pétron,[5,6] S. M. Jordaan,[7] P. Tans,[5] J. Wilcox,[1] A. M. Gopstein,[8]† D. Arent,[2,9] S. Wofsy,[10] N. J. Brown,[11] R. Bradley,[12] G. D. Stucky,[13] D. Eardley,[13] R. Harriss[14]

**N**atural gas (NG) is a potential "bridge fuel" during transition to a decarbonized energy system: It emits less carbon dioxide during combustion than other fossil fuels and can be used in many industries. However, because of the high global warming potential of methane ($CH_4$, the major component of NG), climate benefits from NG use depend on system leakage rates. Some recent estimates of leakage have challenged the benefits of switching from coal to NG, a large near-term greenhouse gas (GHG) reduction opportunity (*1*–*3*). Also, global atmospheric $CH_4$ concentrations are on the rise, with the causes still poorly understood (*4*).

To improve understanding of leakage rates for policy-makers, investors, and other decision-makers, we review 20 years of technical literature on NG emissions in the United States and Canada [see supplementary materials (SM) for details]. We find (i) measurements at all scales that official inventories consistently underestimate actual $CH_4$ emissions, with the NG and oil sectors as important contributors; (ii) many independent experiments suggest that a small number of "supermitters" could be responsible for a large fraction of leakage; (iii) recent regional atmospheric studies with very high emissions rates are unlikely to be representative of typical NG system leakage rates; and (iv) assessments using 100-year impact indicators show system-wide leakage unlikely to be large enough to negate climate benefits of coal-to-NG substitution.

## Underestimation—Device to Continent

This study presents a first effort to systematically compare published $CH_4$ emissions estimates at scales ranging from device-level (>$10^3$ g/year) to continental-scale atmospheric studies (>$10^{13}$ g/year). Studies known to us that (i) report measurement-based emissions estimates and (ii) compare those estimates with inventories or established emission factors (EFs) are shown in the first chart.

Studies that measure emissions directly from devices or facilities ("bottom-up" studies) typically compare results to emissions factors (EFs; e.g., emissions per device). Large-scale inventories are created by multiplying EFs by activity factors (e.g., number of devices).

Studies that estimate emissions after atmospheric mixing occurs ("atmospheric" studies) typically compare measurements to emissions inventories, such as the U.S. Envi-



**Inventories and emissions factors consistently underestimate actual measured $CH_4$ emissions across scales.** Ratios >1 indicate measured emissions are larger than expected from EFs or inventory. Main graph compares results to the EF or inventory estimate chosen by each study author. Inset compares results to regionally scaled common denominator (*17*), scaled to region of study and (in some cases) the sector under examination. Multiple points for each study correspond to different device classes or different cases measured in a single study. Definitions of error bar bounds vary between studies. (US, United States; Can, Canada; SC, South Central; Petrol. and Pet., petroleum; SoCAB, South Coast Air Basin; LA, Los Angeles; DJ, Denver-Julesberg; UT, Utah; HF, hydraulic fracturing). See SM for figure construction details.

[1]Stanford University, Stanford, CA. [2]National Renewable Energy Laboratory, Golden, CO. [3]University of Michigan, Ann Arbor, MI. [4]Massachusetts Institute of Technology, Cambridge, MA. [5]National Oceanic and Atmospheric Administration, Boulder, CO. [6]University of Colorado, Boulder, CO. [7]University of Calgary, Calgary, Canada. [8]U.S. Department of State, Washington, DC. [9]Joint Institute for Strategic Energy Analysis, Golden, CO. [10]Harvard University, Cambridge, MA. [11]Lawrence Berkeley National Laboratory, Berkeley, CA. [12]Independent consultant, Gaithersburg, MD. [13]University of California, Santa Barbara, Santa Barbara, CA. [14]Environmental Defense Fund, Boulder, CO.

*Full affiliations for all authors are included in the supplementary materials. †Views expressed in this article are those of the author and do not necessarily reflect those of the U.S. Department of State or the U.S. Government. ‡Corresponding author. abrandt@stanford.edu

Downloaded from www.sciencemag.org on February 13, 2014

BLM_0152051



**POLICY**FORUM

ronmental Protection Agency (EPA) national GHG inventory (GHGI). Atmospheric studies use aircraft (1, 5–8), tower (3, 6), and ground (3, 7–10) sampling, as well as remote sensing (7, 11, 12). All such studies observe atmospheric concentrations and must infer fluxes by accounting for atmospheric transport. The various inference methods have strengths and weaknesses (see SM). The greatest challenge for atmospheric studies is attributing observed $CH_4$ concentrations to multiple potential sources (both anthropogenic and natural).

Results from bottom-up studies (generally <$10^9$ g $CH_4$/year) and atmospheric $CH_4$ studies at regional scale and larger (above $10^{10}$ g $CH_4$/year) are shown in the first chart. We also include studies that do not focus on NG systems, in order to place NG emissions in context with other $CH_4$ sources. Across years, scales, and methods, atmospheric studies systematically find larger $CH_4$ emissions than predicted by inventories. EFs are also found to underestimate bottom-up measured emissions, yet emissions ratios for bottom-up studies are more scattered than those observed in atmospheric studies (13–16).

Regional and multistate studies focusing on NG-producing (1–3, 9) and NG-consuming regions (2, 7, 10–12) find larger excess $CH_4$ emissions than national-scale studies. This may be due to averaging effects of continental-scale atmospheric processes, to regional atmospheric studies focusing on areas with other air quality problems (1, 3), or simply to methodological variation. Atmospheric measurements are constrained in spatial and temporal density: Regional studies cover 0.5 to 5% of NG production or consumption with dense measurements, although often limited to short-duration sampling "campaigns" (3, 7); national studies cover wide areas with limited sample density (6) (table S5).

To facilitate comparison, the inset in the first chart normalizes atmospheric studies (>$10^{10}$ g $CH_4$/year) to baselines computed from the most recent (2011) EPA GHGI estimates for the year and region in which study measurements were made (17). After normalization, the largest (e.g., national-scale) atmospheric studies (>$10^{12}$ g $CH_4$/year) suggest typical measured emissions ~1.5 times those in the GHGI (5, 6, 8, 9).

Why might emissions inventories be underpredicting what is observed in the atmosphere? Current inventory methods rely on key assumptions that are not generally satisfied. First, devices sampled are not likely to be representative of current technologies and practices (18). Production techniques



**Potential contributions to total U.S. $CH_4$ emissions above EPA estimates.** EPA estimate in blue, based on central estimate and uncertainty range from large-scale studies from the inset in the first chart. Both NG sources and possible confounding sectors are included. NG production, petroleum production, and NG distribution emissions are based on regional empirical studies (1, 2, 6), which estimate emissions rates from high-emitting sources but do not estimate prevalence. Scenarios (a) to (c) correspond to 1, 10, and 25% of gas production or consumption from high-emitting sources. Ranges (d) to (g) correspond to estimates for flowback emissions rates during hydraulic fracturing (HF) of all gas wells and shale gas wells, relative to EPA estimates. Ranges (h) to (m) reflect sources not included in EPA $CH_4$ inventories but which could be mistaken for NG emissions by chemical or isotopic composition. See SM for details.

are being applied at scale (e.g., hydraulic fracturing and horizontal drilling) that were not widely used during sampling in the early 1990s, which underlies EPA EFs (18).

Second, measurements for generating EFs are expensive, which limits sample sizes and representativeness. Many EPA EFs have wide confidence intervals (19, 20). And there are reasons to suspect sampling bias in EFs, as sampling has occurred at self-selected cooperating facilities.

Third, if emissions distributions have "heavy tails" (e.g., more high-emissions sources than would be expected in a normal distribution), small sample sizes are likely to underrepresent high-consequence emissions sources. Studies suggest that emissions are dominated by a small fraction of "superemitter" sources at well sites, gas-processing plants, coproduced liquids storage tanks, transmission compressor stations, and distribution systems (see table S6 and fig. S2). For example, one study measured ~75,000 components and found that 58% of emissions came from 0.06% of possible sources (21).

Last, activity and device counts used in inventories are contradictory, incomplete, and of unknown representativeness (17, 22). Data should improve with increased reporting requirements enacted by EPA (23, 24).

**Source Attribution in Atmospheric Studies**
Does evidence suggest possible sources of excess $CH_4$ emissions relative to official estimates within the NG sector? A key challenge is attribution of atmospheric observations to sources. Isotopic ratios (7, 11) and prevalence signatures of non-$CH_4$ hydrocarbons (3, 6–8) can be used to attribute emissions to fossil sources rather than biogenic sources. Evidence from regional studies suggests that $CH_4$ emissions with fossil signatures are larger than expected (3, 6, 7, 9, 11), whereas national-scale evidence suggests a mix of biogenic and fossil sources (6). Atmospheric studies that control for biogenic $CH_4$ sources (1, 2, 7) are dependent on biogenic source estimation methods that also have high uncertainties (6). Natural geologic seeps could confound attribution (see the second chart and SM).

Studies can attribute emissions to liquid petroleum and NG sources rather than coal by sampling in places with little coal-sector activity (2, 3, 6, 7, 9). Attributing leakage to the NG system, as defined by EPA industry sector classifications, is more challenging. Alkane fingerprints may allow attribution to oil-associated NG (9), although NG processing changes gas composition, which may complicate efforts to pinpoint leakage sources. Geographic colocation of facilities and sampling, along with geographically isolating wind directions (2, 3, 7), can allow attribution of emissions to NG subsectors. Without spatial isolation, sector attribution can require assumptions about gas composition that introduce significant uncertainty (2, 3, 25).

We plotted results of a thought experiment (see the second chart) in which we estimated emissions ranges of selected possible sources within the NG sector, as well as sources that could be mistaken for NG emissions owing to chemical and isotopic signatures. Although such an analysis is speculative given current knowledge, it illustrates ranges of possible source magnitudes.

*Published by AAAS*

BLM_0152052

POLICYFORUM

We include in the second chart a range of excess $CH_4$ from all sources (7 to 21 × $10^{12}$ g or Tg/year) based on normalized national-scale atmospheric studies from the inset in the first chart. This excess is conservatively defined as 1.25 to 1.75 times EPA GHGI estimates. This estimate is derived from national-scale atmospheric studies and includes all sources of $CH_4$ emissions: It should not be expected that NG sources are responsible for all excess $CH_4$.

The scenarios in the second chart for NG production and/or processing, distribution, and petroleum system emissions apply observed leakage rates from the literature that are higher than EPA GHGI estimates [1, 2, 7]. The frequency of such high-emitting practices is unknown, so illustrative prevalence scenarios are plotted: 1, 10, or 25% of activity is represented by high-emitters; the remaining facilities emit at EPA GHGI rates. This evidence suggests that high leakage rates found in recent studies [1, 2, 7] are unlikely to be representative of the entire NG industry; if this were the case, associated emissions would exceed observed total excess atmospheric $CH_4$ from all sources.

In general, the wide ranges in the second chart suggest a poor understanding of sources of excess $CH_4$ and point to areas where improved science would reduce uncertainty. However, hydraulic fracturing for NG is unlikely to be a dominant contributor to total emissions [26]. Also, some sources not included in the GHGI may contribute to measured excess $CH_4$, e.g., abandoned oil and gas wells and geologic seeps (see SM).

**Policy Challenges and Opportunities**

Leakage scenarios in the second chart have implications for decision-making and policy. A key tool for environmental decision-making is life-cycle assessment (LCA), which compares impacts associated with varying methods of supplying a useful product (e.g., kWh of electricity). A key challenge in LCA studies is attribution of emissions from systems that produce two products, such as "gas" wells that also produce hydrocarbon liquids, or "oil" wells that also produce NG. This challenge is complicated by incongruence between LCA methodology and EPA sector definitions (see SM).

Recent LCAs have estimated GHG emissions from NG use in power generation and transport (see SM). LCA studies generally agree that replacing coal with NG has climate benefits [27]. However, LCAs have relied heavily on EPA GHGI results. Updating these assessments with uncertainty

ranges from the second chart (see SM) still supports robust climate benefits from NG substitution for coal in the power sector over the typical 100-year assessment period. However, climate benefits from vehicle fuel substitution are uncertain (gasoline, light-duty) or improbable (diesel, heavy-duty) [28]. These conclusions may undercount benefits of NG, as both EPA GHGI methods and many regionally based top-down studies attribute $CH_4$ emissions from coproducing NG systems to the NG sector, rather than to a mixture of oil and NG sources.

How can management and policy help address the leakage problem? Opportunities abound: Many solutions are economically profitable at moderate NG prices, with some technologies already being adopted or to be required in regulation [23, 26] (e.g., reduced emissions completions). Facility studies using existing technology have found leak-age detection and repair programs to be profitable [21].

The heavy-tailed distribution of observed emissions rates presents an opportunity for large mitigation benefits if scientists and engineers can develop reliable (possibly remote) methods to rapidly identify and fix the small fraction of high-emitting sources.

However, this heterogeneity also creates challenges in formulating statistical distributions for use in inventories. Approaches that assume "typical" emissions rates for this industry are inherently challenged. Inventories can be improved through efforts to better characterize distributions and by incorporating flexibility to adapt to new knowledge.

Improved science would aid in generating cost-effective policy responses. Given the cost of direct measurements, emissions inventories will remain useful for tracking trends, highlighting sources with large potential for reductions, and making policy decisions. However, improved inventory validation is crucial to ensure that supplied information is timely and accurate. Device-level measurements can be performed at facilities of a variety of designs, vintages, and management practices to find low-cost mitigation options. These studies must be paired with additional atmospheric science to close the gap between top-down and bottom-up studies. One such large study is under way [29], but more work is required.

If natural gas is to be a "bridge" to a more sustainable energy future, it is a bridge that must be traversed carefully: Diligence will be required to ensure that leakage rates are low enough to achieve sustainability goals.

**References and Notes**
1. A. Karion et al., Geophys. Res. Lett. **40**, 4393 (2013).
2. J. Peischl et al., J. Geophys. Res. **118**, 4974 (2013).
3. G. Pétron et al., J. Geophys. Res. **117**, (D4), D04304 (2012).
4. E. G. Nisbet et al., Science **343**, 493 (2014).
5. E. A. Kort et al., Geophys. Res. Lett. **35**, L18808 (2008).
6. S. M. Miller et al., Proc. Natl. Acad. Sci. U.S.A. **110**, 20018 (2013).
7. P. O. Wennberg et al., Environ. Sci. Technol. **46**, 9282 (2012).
8. Y. Xiao et al., J. Geophys. Res. **113**, (D21), D21306 (2008).
9. A. S. Katzenstein et al., Proc. Natl. Acad. Sci. U.S.A. **100**, 11975 (2003).
10. Y.-K. Hsu et al., Atmos. Environ. **44**, 1 (2010).
11. A. Townsend-Small et al., J. Geophys. Res. **117**, (D7), D07308 (2012).
12. D. Wunch et al., Geophys. Res. Lett. **36**, 10.1029/2009 GL039825 (2009).
13. J. S. Wang et al., Global Biogeochem. Cycles **18**, 10.129/2003GB0021680 (2004).
14. A. Chambers, Optical Measurement Technology for Fugitive Emissions from Upstream Oil and Gas Facilities (Alberta Research Council, Edmonton, AB, 2004).
15. Clearstone Engineering, Identification and Evaluation of Opportunities to Reduce Methane Losses at Four Gas Processing Plants (Gas Technology Institute, Des Plaines, IL, 2002).
16. Innovative Environmental Solutions, Field Measurement Program to Improve Uncertainties for Key Greenhouse Gas Emissions Factors for Distribution Sources (Gas Technology Institute, Des Plaines, IL, 2009).
17. EPA, "Inventory of U.S. greenhouse gas emissions and sinks: 1990-2011" (EPA, 2013).
18. M. R. Harrison et al., Natural Gas Industry Methane Emissions Factor Improvement Study (EPA, 2011).
19. K. E. Hummel et al., Methane Emissions from the Natural Gas Industry, vol. 8, Equipment Leaks (EPA, 1996).
20. H. J. Williamson et al., Methane Emissions from the Natural Gas Industry, vol. 4, Statistical Methodology (EPA, 1996).
21. National Gas Machinery Laboratory, Clearstone Engineering, Innovative Environmental Solutions, Cost-Effective Directed Inspection and Maintenance Control Opportunities at Five Gas Processing Plants and Upstream Gathering Compressor Stations and Well Sites (EPA, 2006).
22. Office of Inspector General, EPA, EPA Needs to Improve Air Emissions Data for the Oil and Natural Gas Production Sector (EPA, 2013).
23. EPA, Fed. Regist. 77(159), 49490 (16 August 2012); 40 Code of Federal Regulations, Parts 60 and 63.
24. EPA, Greenhouse Gas Reporting Program, subpart W, Petroleum and Natural Gas Systems (EPA, 2013).
25. M. A. Levi, J. Geophys. Res. **117**, (D21), 16 (2012).
26. D. T. Allen et al., Proc. Natl. Acad. Sci. U.S.A. **110**, 17768 (2013).
27. C. L. Weber, C. Clavin, Environ. Sci. Technol. **46**, 5688 (2012).
28. R. A. Alvarez et al., Proc. Natl. Acad. Sci. U.S.A. **109**, 6435 (2012).
29. Environmental Defense Fund, Natural gas: EDF is fighting for tough rules and enforcement (EDF, 2013); www.edf.org/climate/natural-gas.

**Acknowledgments:** This study was funded by Novim through a grant from the Cynthia and George Mitchell Foundation. G. Mitchell pioneered hydraulic fracturing and believed that this technology should be pursued in ecologically sound ways. We acknowledge the support of the Joint Institute for Strategic Energy Analysis. C. Brown and D. Heppe of the Environmental Capital Group provided assistance. See the SM for full listing of authors' recent or ongoing consulting, honoraria, and other financial and management or advisory disclosures. We thank D. McCabe for comments.

**Supplementary Materials**
www.sciencemag.org/content/343/6172/733/suppl/DC1

10.1126/science.1247045

BLM_0152053

# Corrections

PNAS

**PERSPECTIVE**

Correction for "Theory of mass-independent fractionation of isotopes, phase space accessibility, and a role of isotopic symmetry," by Rudolph A. Marcus, which appeared in issue 44, October 29, 2013, of *Proc Natl Acad Sci USA* (110:17703–17707; first published June 28, 2013; 10.1073/pnas.1213080110).

The author notes that, on page 1, middle column, lines 11–16 "Fewer accidental resonances mean less energy sharing and so less statistical behavior with a consequence that they are in equilibrium with the population of accessible states of $O_3^*$ at low pressures, as discussed later." should instead appear as "Fewer accidental resonances mean less energy sharing and so less statistical behavior with a consequence of a shorter lifetime of $O_3^*$ at low pressures, as discussed later."

On page 2, middle column, first full paragraph, lines 11–14 "This major difference in the pressure effect indicates a difference in the role of the collisions in these two distant phenomena." should instead appear as "This major difference in the pressure effect indicates a difference in the role of the collisions in these two distinct phenomena."

On page 3, middle column, first paragraph, lines 4–7 "The overall deviation from statistical theory for the recombination rate constant was (N. Ghaderi) perhaps a factor of 2." should instead appear as "The overall deviation from statistical theory for the recombination rate constant was (N. Ghaderi) less than a factor of 2."

On page 3, middle column, first full paragraph, lines 22–26 "Any chaos in the form of higher-order resonances within a volume element $h^N$ would be coarse gained and so presumably contribute to quantum chaos." should instead appear as "Any chaos in the form of higher-order resonances within a volume element $h^N$ would be coarse gained and so presumably not contribute to quantum chaos."

Both the online article and the print article have been corrected.

www.pnas.org/cgi/doi/10.1073/pnas.1315099110

**ENVIRONMENTAL SCIENCES**

Correction for "Measurements of methane emissions at natural gas production sites in the United States," by David T. Allen, Vincent M. Torres, James Thomas, David W. Sullivan, Matthew Harrison, Al Hendler, Scott C. Herndon, Charles E. Kolb, Matthew P. Fraser, A. Daniel Hill, Brian K. Lamb, Jennifer Miskimins, Robert F. Sawyer, and John H. Seinfeld, which appeared in issue 44, October 29, 2013, of *Proc Natl Acad Sci USA* (110:17768–17773; first published September 16, 2013; 10.1073/pnas.1304880110).

The authors note that upon publication their conflict of interest statement was not complete. The updated disclosure statement is as follows, "Jennifer Miskimins holds a joint appointment with Barree & Associates and the Colorado School of Mines. She has also served as an advisor to Nexen in 2012. David T. Allen served as a consultant for the Eastern Research Group and ExxonMobil in 2012, and is the current chair of the Science Advisory Board for the EPA. John H. Seinfeld has served as a consultant for Shell in 2012. David T. Allen, Matthew Harrison, Charles E. Kolb, and Robert F. Sawyer variously serve as members of scientific advisory panels for projects supported by Environmental Defense Fund and companies involved in the natural gas supply chain. These projects are led at Colorado State University (on natural gas gathering and processing), Washington State University (on local distribution of natural gas), and the University of West Virginia (on CNG fueling and use in heavy duty vehicles)."

Both the online article and print article have been corrected.

www.pnas.org/cgi/doi/10.1073/pnas.1318658110

CORRECTIONS

BLM_0152054

PNAS

## PHYSIOLOGY

Correction for "mitoBK$_{Ca}$ is encoded by the *Kcnma1* gene, and a splicing sequence defines its mitochondrial location," by Harpreet Singh, Rong Lu, Jean C. Bopassa, Andrea L. Meredith, Enrico Stefani, and Ligia Toro, which appeared in issue 26, June 25, 2013, of *Proc Natl Acad Sci USA* (110:10836–10841; first published June 10, 2013; 10.1073/pnas.1302028110).

PNAS notes that a conflict of interest statement was omitted during publication. PNAS declares that "The editor, Ramon Latorre, is a recent coauthor with the authors of this publication, having published a paper with them in 2012."

Additionally, the authors note:

"Although Figs. 1 and S1 display the same sequence template, the analyses of LC/MS/MS data were performed against the respective databases, rat for Fig. 1, and mouse for Fig. S1. Sequence alignment of rat (NCBI:Q62976.3; UniProtKB: Q62976-1 V.3, which differs by 3 amino acids near the N terminus with that of Figs. 1 and S1) and mouse (NCBI: NP_001240298.1) isoforms show 98.9% amino acid identity with differences circumscribed to the extreme N and C termini. Peptides identified by LC/MS/MS have the exact sequence in rat and mouse as shown in Figs.1 and S1."

"In published Fig. 7, panels *E* and *F* show slices of the same heart in each condition; to better display the infarcted vs. healthy portions, these images were scaled to approximately the same size. We noticed that some data points in panel *G* were slightly moved during figure preparation. The revised Fig. 7 now shows heart slices at their original magnification (*E* and *F*) and the correct panel *G*. The corrected figure and its legend appear below."



**Fig. 7.** BK$_{Ca}$ protects the heart from ischemic injury. (*A*) Ischemia/reperfusion protocol. (*B* and *C*) Function traces of hearts preconditioned with vehicle (DMSO, control) or with NS1619 (10 μM) in WT and *Kcnma1*$^{-/-}$ mice. (*D*) NS1619 significantly improved mean RPP in WT but not in *Kcnma1*$^{-/-}$ mice. (*E* and *G*) WT hearts preconditioned with NS1619 exhibited less infarct size (white) compared with the control. (*F* and *G*) In *Kcnma1*$^{-/-}$, infarct size was not reduced with NS1619. (*H–J*) Mitochondrial Ca$^{2+}$ uptake. NS1619 preconditioning increased the amount of Ca$^{2+}$ needed to induce a large Ca$^{2+}$ release in WT but not in *Kcnma1*$^{-/-}$samples. Black arrows, addition of mitochondria. Blue arrows, 40 nmol Ca$^{2+}$ pulses. Arrowheads, massive release of Ca$^{2+}$. *$P < 0.05$ vs. control (Ctrl); CRC, Ca$^{2+}$ retention capacity.

www.pnas.org/cgi/doi/10.1073/pnas.1316210110

BLM_0152055

PNAS

# Measurements of methane emissions at natural gas production sites in the United States

David T. Allen[a,1], Vincent M. Torres[a], James Thomas[a], David W. Sullivan[a], Matthew Harrison[b], Al Hendler[b], Scott C. Herndon[c], Charles E. Kolb[c], Matthew P. Fraser[d], A. Daniel Hill[e], Brian K. Lamb[f], Jennifer Miskimins[g], Robert F. Sawyer[h], and John H. Seinfeld[i]

[a]Center for Energy and Environmental Resources, University of Texas, Austin, TX 78758; [b]URS Corporation, Austin, TX 78729; [c]Aerodyne Research, Inc., Billerica, MA 01821; [d]School of Sustainable Engineering and the Built Environment, Arizona State University, Tempe, AZ 85287; [e]Department of Petroleum Engineering, Texas A&M University, College Station, TX, 77843-3116; [f]Department of Civil and Environmental Engineering, Washington State University, Pullman, WA 99164; [g]Department of Petroleum Engineering, Colorado School of Mines, Golden, CO 80401; [h]Department of Mechanical Engineering, University of California, Berkeley, CA 94720-1740; and [i]Department of Chemical Engineering, California Institute of Technology, Pasadena, CA 91125

Edited by Susan L. Brantley, Pennsylvania State University, University Park, PA, and approved August 19, 2013 (received for review March 20, 2013)

Engineering estimates of methane emissions from natural gas production have led to varied projections of national emissions. This work reports direct measurements of methane emissions at 190 onshore natural gas sites in the United States (150 production sites, 27 well completion flowbacks, 9 well unloadings, and 4 workovers). For well completion flowbacks, which clear fractured wells of liquid to allow gas production, methane emissions ranged from 0.01 Mg to 17 Mg (mean = 1.7 Mg; 95% confidence bounds of 0.67–3.3 Mg), compared with an average of 81 Mg per event in the 2011 EPA national emission inventory from April 2013. Emission factors for pneumatic pumps and controllers as well as equipment leaks were both comparable to and higher than estimates in the national inventory. Overall, if emission factors from this work for completion flowbacks, equipment leaks, and pneumatic pumps and controllers are assumed to be representative of national populations and are used to estimate national emissions, total annual emissions from these source categories are calculated to be 957 Gg of methane (with sampling and measurement uncertainties estimated at ±200 Gg). The estimate for comparable source categories in the EPA national inventory is ~1,200 Gg. Additional measurements of unloadings and workovers are needed to produce national emission estimates for these source categories. The 957 Gg in emissions for completion flowbacks, pneumatics, and equipment leaks, coupled with EPA national inventory estimates for other categories, leads to an estimated 2,300 Gg of methane emissions from natural gas production (0.42% of gross gas production).

greenhouse gas emissions | hydraulic fracturing

Methane is the primary component of natural gas and is also a greenhouse gas (GHG). In the US national inventories of GHG emissions for 2011, released by the Environmental Protection Agency (EPA) in April 2013 (1), 2,545 Gg of $CH_4$ emissions have been attributed to natural gas production activities. These published estimates of $CH_4$ emissions from the US natural gas industry are primarily based on engineering estimates along with average emission factors developed in the early 1990s (2, 3). During the past two decades, however, natural gas production processes have changed significantly, so the emission factors from the 1990s may not reflect current practices. This work presents direct measurements of methane emissions from multiple sources at onshore natural gas production sites incorporating operational practices that have been adopted or become more prevalent since the 1990s.

Horizontal drilling and hydraulic fracturing are among the practices that have become more widely used over the past two decades. During hydraulic fracturing, materials that typically consist of water, sand and, additives, are injected at high pressure into low-permeability formations. The injection of the hydraulic fracturing fluids creates channels for flow in the formations (often shale formations), allowing methane and other hydrocarbon gases

and liquids in the formation to migrate to the production well. The well and formation is partially cleared of liquids in a process referred to as a completion flowback, after which the well is placed into production. Production of natural gas from shale formations (shale gas) accounts for 30% of US natural gas production, and this percentage is projected to grow to more than 50% by 2040 (4).

Multiple analyses of the environmental implications of gas production using hydraulic fracturing have been performed, including assessments of water contamination (5–8), criteria air pollutant and air toxics releases (9–11), and greenhouse gas emissions (11–18). Greenhouse gas emission analyses have generally been based on either engineering estimates of emissions or measurements made 100 m to a kilometer downwind of the well site. This work reports direct on-site measurements of methane emissions from natural gas production in shale gas production regions.

## Significance

This work reports direct measurements of methane emissions at 190 onshore natural gas sites in the United States. The measurements indicate that well completion emissions are lower than previously estimated; the data also show emissions from pneumatic controllers and equipment leaks are higher than Environmental Protection Agency (EPA) national emission projections. Estimates of total emissions are similar to the most recent EPA national inventory of methane emissions from natural gas production. These measurements will help inform policymakers, researchers, and industry, providing information about some of the sources of methane emissions from the production of natural gas, and will better inform and advance national and international scientific and policy discussions with respect to natural gas development and use.

Author contributions: D.T.A. and M.H. designed research; D.T.A., V.M.T., J.T., D.W.S., M.H., A.H., and S.C.H. performed research; C.E.K., M.P.F., A.D.H., B.K.L., J.M., R.F.S., and J.H.S. analyzed data; and D.T.A. wrote the paper.

Conflict of interest statement: J.M. holds a joint appointment with Barree & Associates and the Colorado School of Mines. She has also served as an advisor to Nexen in 2012. D.T.A. served as a consultant for the Eastern Research Group and ExxonMobil in 2012, and is the current chair of the Science Advisory Board for the EPA. J.H.S. has served as a consultant for Shell in 2012. D.T.A., M.H., C.E.K., and R.F.S. variously serve as members of scientific advisory panels for projects supported by Environmental Defense Fund and companies involved in the natural gas supply chain. These projects are led at Colorado State University (on natural gas gathering and processing), Washington State University (on local distribution of natural gas), and the University of West Virginia (on CNG fueling and use in heavy duty vehicles).

This article is a PNAS Direct Submission.

Freely available online through the PNAS open access option.

[1]To whom correspondence should be addressed. E-mail: allen@che.utexas.edu.

This article contains supporting information online at www.pnas.org/lookup/suppl/doi:10.1073/pnas.1304880110/-/DCSupplemental.

BLM_0152056

PNAS

Methane emissions were measured directly at 190 natural gas production sites in the Gulf Coast, Midcontinent, Rocky Mountain, and Appalachian production regions of the United States. The sites included 150 production sites with 489 wells, all of which were hydraulically fractured. In addition to the 150 production sites, 27 well completion flowbacks, 9 well unloadings, and 4 well workovers were sampled; the sites were sponsored by nine different companies. The types of sources that were targeted for measurement account for approximately two-thirds of methane emissions from all onshore and offshore natural gas production, as estimated in the 2011 national greenhouse gas emission inventory (1). A summary of the scope of the study, along with a rationale for the inclusion or exclusion of sources for direct measurement efforts, is provided in *SI Appendix*. Sampling was conducted from May 2012 through December 2012 at sites throughout the United States (see *SI Appendix* for a map and for the number of sampling sites in each region). All nine companies that participated in the study provided sites for sampling, and at least three companies provided sites in each of the regions (*SI Appendix*).

The data presented in this report represent hundreds of measurements of methane emissions from several types of onshore natural gas production activities; however, the sites sampled still represent a small fraction of the total number of sites nationwide (Table 1). This dataset is designed to be representative of the participating companies' activities and practices, but not necessarily all activities and practices. Multiple methods were used to minimize the potential for bias in the sample set, as described in *SI Appendix*.

## Results

Emission measurements were performed for 27 well completion flowbacks, 9 liquids unloadings, 4 well workovers, and 150 production sites with 489 hydraulically fractured wells (Table 1 and *SI Appendix*). Data are summarized here for the well completion flowbacks, liquids unloading, and production site emissions. *SI Appendix* provides additional details. The data on well workovers, collected for workovers without hydraulic fracturing, are not presented because the data set was small and emission estimates for workovers without fracturing represent less than 0.1% of national emission estimates.

**Well Completion Flowbacks.** After a well is drilled, the well is "completed." Completion is the process of making a well ready for continuous production. Specifically, after drilling and fracturing, before natural gas production can begin, the well must be cleaned of sand and liquid of various types that had been injected into the well. The recovery of these liquids is referred to as a flowback, and gas, including methane, can be dissolved or entrained in the flowback liquids. Some of the methane in the liquids can be sent to sales or emission control devices, but some can be emitted.

Measurements were made of methane emissions during 27 completion flowback events. Emissions data for each of the 27 events is provided in *SI Appendix*. Five of the flowbacks were in the Appalachian region, seven in the Gulf Coast region, five in the Midcontinent region, and 10 in the Rocky Mountain region. The durations of the completions ranged from 5 to 339 h (2 wk). Measured methane emissions over an entire completion flowback event ranged from less than 0.01 Mg to more than 17 Mg, with an average value of 1.7 Mg and a 95% confidence interval of 0.67–3.3 Mg. Measurement and sampling uncertainty are included in the confidence interval; uncertainties due to a limited sample size dominate the overall uncertainty estimate. Methods for determining the confidence intervals are described in *SI Appendix*.

The completions with the lowest emissions were those in which the flowback from the well was sent immediately, at the start of the completion, to a separator, and all of the gases from the separator were sent to sales. The only emissions from these completions were from methane dissolved in liquids (mostly water) sent from the separator to a vented tank. The completion flowback with the highest total emissions, 17 Mg, was the longest in duration (339 h) and had initial flowback into a vented tank with very high methane concentrations. Some of the other relatively high emission completion flowbacks (~3 Mg to 6 Mg of methane) involved large amounts of flared gas (up to 130 Mg of methane to the flare, which was assumed to combust the methane at 98% efficiency, *SI Appendix*). Another completion with emissions of 4 Mg of methane was one in which all gases, for the entire event, were vented to the atmosphere. This type of venting for the entire duration of the completion was observed in 9 of the 27 completions. However, the nine completions of this type showed a wide range of emissions (4 Mg of methane for one completion and 0.5 Mg of methane for another completion of this type for an adjacent well).

These data provide extensive measurements on methane emissions from well completions that can be used in national emission estimates. Current national inventories of methane emissions have been assembled, based on simple engineering models of the completion process. In the most recent EPA national greenhouse gas emission inventory (2011 inventory, released April 2013) (1), 8,077 well completions with hydraulic fracturing are estimated to result in 654 Gg per year of emissions, for an average of 81 Mg of methane per completion flowback (compared with 1.7 Mg per flowback for the events reported here). To understand the reasons for the much lower emissions per event reported in this work, it is useful to define a potential emission for each flowback. The potential of a flowback to emit is defined here, and in the EPA national inventory (1), as the methane that would be emitted if all of the methane leaving the wellhead during the flowback were vented to the atmosphere. Potential emissions for the wells in this work ranged from 0.2 Mg to more than 1 Gg methane, with an average of 124 Mg. The average from the EPA national inventory is slightly higher at 151 Mg. Net emissions are calculated, in the EPA national inventory, by reducing potential emissions by estimates of methane captured or controlled

**Table 1.  Comparison of sample set size to emission source populations**

| Source | No. of events/locations sampled | Total no. of events/locations |
|---|---|---|
| Well completions | 27 | 8,077* |
| Gas well unloading | 9 | 35,828[†] |
| Well workovers | 4 | 1782 (11,663)[‡] |
| Wells | 489 | 446,745[§] |

*Completions, with hydraulic fracturing reported in the 2011 National GHG Emission Inventory (1).
[†]Wells without plunger lift that have unloading events (the type of event sampled in this work) reported in the 2011 National GHG Emission Inventory (1).
[‡]Workover events with (and without) hydraulic fracturing reported in the 2011 National GHG Emission Inventory (1).
[§]Gas wells with and without hydraulic fracturing reported in the 2011 National GHG Emission Inventory (1); 513,000 on-shore natural gas wells are reported by the Energy Information Administration (20); see *SI Appendix*.

Allen et al.                                                                 PNAS | October 29, 2013 | vol. 110 | no. 44 | 17769

ENVIRONMENTAL SCIENCES

BLM_0152057

PNAS

because of regulatory or voluntary emission reductions. In the current national inventory, emission reductions are roughly one-half of potential emissions (*SI Appendix*). In this work, net or measured emissions for the total of all 27 completions are 98% less than potential emissions. This large difference between the net emissions measured in this work and the net emissions estimated in the national inventory is due to several factors. First, consistent with emerging regulatory requirements (21) and improved operating practices, 67% of the wells sent methane to sales or control devices. Second, for those wells with methane capture or control, 99% of the potential emissions were captured or controlled. Finally, the wells with uncontrolled releases had much lower than average potential to emit. Of the nine wells in this work that had uncontrolled venting of methane, the average potential to emit was 0.83 Mg, which is 0.55% of the average potential to emit in the national inventory. The relative importance of these factors is discussed in *SI Appendix*.

**Unloadings.** Gas wells often produce liquid hydrocarbons and water along with natural gas. In most new wells, the velocity of natural gas up the production tubing of the well is sufficient to lift any produced water out of the well with the gas. As gas production declines, the velocity may no longer be sufficient to lift the liquids, which begin to accumulate in the wellbore and eventually restrict gas flow from the producing formation. Liquids accumulation therefore needs to be removed to allow the well to continue to produce gas at optimal rates.

There are multiple methods of unloading a gas well, some of which do not result in emissions. In this work, sampling was performed for unloadings in which an operator manually bypasses the well's separator. Unlike automated plunger lift methods, these manual unloading events could be scheduled, allowing the study team adequate time to install measurement equipment. As the flow to the separator, which typically operates at pressures of multiple atmospheres, is bypassed, flow is diverted to an atmospheric pressure tank. This diversion allows the well to flow to a lower pressure destination (the atmospheric pressure tank, rather than the pressurized separator). This lower pressure end point allows more gas to flow, increasing velocity in the production tubing and lifting the liquids out of the well. Gas is discharged from the tanks through the tank vent, unless the tanks have an emissions control system such as a combustor.

The nine unloading events reported in this work were varied in their characteristics. Methane emissions ranged from less than 0.02 Mg to 3.7 Mg. Some unloadings lasted 2 h (or more) and had relatively uninterrupted flow. Other unloadings were as short as 10–15 min with uninterrupted flow, and still others had intermittent flow for short periods and periods of no flow for much of the unloading period. Some of the wells sampled only unloaded once over the current life of the well, whereas others were unloaded monthly. The average emission per unloading event was 1.1 Mg of methane (95% confidence limits of 0.32–2.0 Mg). If the emissions per event for each well are multiplied by the event frequency (events per year) reported by the well operators, the average emission per well per year was 5.8 Mg (an average of 5.9 events per unloaded well per year). The sampled population reflected a wide range of emission rates, with a population of high emitting wells and a population of low emitting wells. When emissions are averaged per event, emissions from four of the nine events contribute more than 95% of the total emissions. *SI Appendix* provides more information about individual unloading events.

Because the characteristics of the unloading events sampled in this work are highly variable, and because the number of events sampled is small, extrapolating the results to larger populations should be done with caution. One source of data on larger populations of wells with unloadings, to which the population sampled in this work can be compared, is a survey reported by

the American Petroleum Institute and America's Natural Gas Alliance (API/ANGA) (22). In this survey, more than 20 companies provided data and well characteristics for 40,000–60,000 wells (with the number in the sample depending on the type of emission event). These API/ANGA data were used by the EPA to arrive at 2011 national inventory emission estimates for 35,828 wells without plunger lift and 22,866 with plunger lift, which vent for unloading. Unloading emissions for the wells in the API/ANGA survey were estimated based on well characteristics such as well bore volume, well pressure, venting time, and gas production rate (3). For the unloading events without plunger lift, 100 of the 2,901 wells (3%) in the survey account for 50% of the estimated emissions. Ninety percent of the estimated emissions in the API/ANGA survey are due to one-half of the wells. Because a small population of wells (3%) accounts for one-half of the emissions, if this relatively small population of high emitting wells is not adequately sampled, it is not possible to accurately estimate national emissions. The wells sampled in this work unloaded relatively infrequently. In contrast, some wells in the API/ANGA survey, including some of the highest emitting wells, unload with a daily or weekly frequency. An average frequency of unloading for the wells in the API/ANGA survey is 32.57 events per year, compared with an average observed in this work of 5.9.

Because a small number of unloading events accounts for a large fraction of emissions in the API/ANGA survey (22), and because some of these wells had frequencies of unloading higher than any of the events observed in this work, the sample set of nine events reported in this work is not sufficient for accurately estimating emissions from unloading at a national scale. Nevertheless, the data reported here provide valuable insights for the design of future sampling campaigns.

One important result from the measurements reported here is that current EPA estimation methods overpredict measured emissions. If the emission estimation method (3) used in the API/ANGA survey is applied to the events sampled in this work, estimates are 5 times higher than measured emissions. Estimates of the emissions for the nine events are 5.2 Mg per event versus measured emissions of 1.1 Mg per event. Emissions were overestimated for every event. The percentage by which emissions are overestimated increases as emissions per event decrease (*SI Appendix*). Possible causes of the overestimate include the assumptions in the estimation method that the entire well bore volume is released in an unloading and that the gas flow during an unloading is continuous.

Overall, the implication of all of these issues is a large uncertainty bound in the national emissions from gas well unloading. If the per well annual emissions from this work are used, a national emission estimate based on counts of wells that undergo unloading is in reasonable agreement with emissions in the EPA national inventory (1). In contrast, another estimate of unloading emissions, based on the per event emissions observed in this work and an estimate of national unloading events (22), would lead to a national estimate five times the estimate based on well counts. This estimate is not supported by the available data, given that the national event count is dominated by high frequency unloading events and the wells observed here unloaded far less frequently with much higher emission estimates per event. A lower estimate of unloading emissions could be suggested based on national well counts, emission estimates, and the finding that emission estimation methods, used in many EPA inventory estimates, overestimate observations made in this work by a factor of 5. All of these methods, however, assume a single scalar value represents a wide range of unloadings; the data presented in this work and in the API/ANGA survey (22) suggest that refined emission estimation methods, taking into account well and unloading characteristics, will be required. Additional measurements of unloading emissions are needed, both to resolve the

BLM_0152058

PNAS

**Table 2.   National emission estimates for the natural gas production sector, based on this work and the 2011 national inventory**

| Category | 2011 EPA GHG inventory net emissions,* Gg of methane/yr | Emission estimates from this report,[†] Gg of methane/yr | Comments |
|---|---|---|---|
| Sources with emissions measurements from this work used to generate national emission estimates | | | |
| Completion flowbacks from wells with hydraulic fracturing | 654* | 18[‡] (5–27)[§] | Decrease in national emission estimate |
| Chemical pumps | 34* | 68 (35–100)[§] | Increase in national emission estimate |
| Pneumatic controllers | 355* | 580[‡] (518–826)[§] | Increase in national emission estimate; if national emission factors derived from this work are used, this estimate becomes 790 Gg (SI Appendix) |
| Equipment leaks | 172–211*,[¶] | 291[‡] (186–396)[§] | Increase in national emission estimate; this comparison is based on equivalent categories of equipment, not all equipment leaks[¶] (SI Appendix) |
| Subtotal, national emissions, estimated based on this work | 1215–1254[†¶] | 957 ± 200 [#] | Decrease of ~250 Gg for national emission estimate |
| Sources with limited measurements; national emissions not estimated | | | |
| Unloadings (nonplunger lift) | 149* (EPA inventory) | | Highly diverse events; small data set collected in this work; preliminary national emission estimates have a broad range of values (25–206 Gg; see text) |
| Workovers (without hydraulic fracturing) | 0.3* (EPA inventory) | | Measurements in this work included only one recompletion and three swabbing events (see text) |
| Other sources, not measured in this work | | | |
| Unloadings (plunger lift) | 108* (EPA inventory) | | No measurements made in this work |
| Workovers (with hydraulic fracturing) | 143* (EPA inventory) | | No measurements made in this work; equipment configurations are similar to completion flowbacks for wells with hydraulic fracturing; if emissions per event are comparable to completion flowbacks, current inventories may overestimate emissions |
| Other sources, not measured in this work | 891–930*,[¶] (EPA inventory) | | Includes potential emissions of sources not measured less prorated regulatory and voluntary emission reductions* |
| Total methane, Gg | 2,545 | 2,300 | Decrease of ~250 Gg for estimate |
| Methane emissions,*,* % [percent of gross gas production] | 0.47% [0.59%] | 0.42% [0.53%] | Brackets: gross gas emitted/gross gas produced (assuming produced gas is 78.8% methane) |

*Emissions from EPA national inventory are based on reported potential emissions less reductions; when reductions are reported for combined source categories, identical percentage reductions of potential emissions are assumed to apply across source categories (SI Appendix, section S5).
[†]Emission factors used to estimate national inventories are designed to be representative of the participating companies' activities and practices, but not necessarily all activities and practices.
[‡]National emissions based on a regionally weighted average (SI Appendix, section S5).
[§]Ranges are based on 95% confidence bounds of emission factors; activity factors are identical to those used in EPA inventory. Uncertainties in activity factors (e.g., device counts) are not included. Uncertainties associated with whether regional or national averaging is performed are included in the uncertainty estimate (SI Appendix, section S5.4).
[¶]Sampling in this work included compressors on well sites, but not all gathering compressors. Well site and gathering compressors are combined in the national inventory. Range reported for national inventory for equipment leaks and "other" sources reflect uncertainty in attributing compressor emissions from national inventory to a specific source category.
[#]Uncertainty bound assumes uncertainties for completion flowbacks, pneumatic pumps and controllers and leaks are independent, and consequently, the combined uncertainty is the square root of the sum of the squares of the individual uncertainties.
**US total gross gas production (oil and coal bed, gas, and shale, onshore and offshore): 547,000 Gg.

differences between estimates and measurements and to better characterize the population of wells with unloading emissions.

Finally, it is also clear from the data that properly accounting for unloading emissions will be important in reconciling emission inventories with regional ambient measurements. Average methane emission rates for a single unloading ranged from roughly 100 g/min to in excess of 30,000 g/min. These rates are much larger than emission rates for production sites (typically tens of grams of methane per minute per well) or from completions (typically a few hundred grams per event per minute). At these emission rates, a single unloading event could, during the short period that it is occurring, result in emissions that are the equivalent of just a few wells in routine production to the equivalent of up to several thousand wells in routine production. Therefore, reconciliation between instantaneous ambient measurements and emission inventories will need to carefully represent the emissions from unloadings.

**Well Sites in Routine Production.** A well site contains one or more wellheads, various separators, pneumatic controllers, water tanks, hydrocarbon tanks (oil or condensate), and possibly other devices such as dehydrators, compressors, and flares. In this work, measurements were made from pneumatic controllers and pumps, because these devices release methane as part of their routine operation, and from equipment leaks detected by using an infrared camera (SI Appendix) at well sites.

Emissions for equipment on well sites, in routine production, that were targeted for measurements had much narrower uncertainty bounds than well completion flowbacks or well unloadings. Emissions from pneumatic chemical injection pumps measured in this work averaged $3.7 \pm 1.6$ g of methane per minute per pump, 9% lower than the EPA emission factor (SI Appendix, section S2). Intermittent and low bleed pneumatic devices measured in this work averaged $5.9 \pm 2.4$ and $1.7 \pm 1.0$ g

ENVIRONMENTAL SCIENCES

BLM_0152059

**Table 3. Measurement methods used in the study**

| Source | Direct measurement methods | Mobile downwind sampling |
|---|---|---|
| Well completions | Measurements from flowback tanks made by using enclosures and temporary stacks with measurements of flow rate and composition | Downwind tracer ratio methods: Metered release of $C_2H_2$ and $N_2O$ on site and downwind measurements of methane to $C_2H_2$ and methane to $N_2O$ concentration ratios |
| Gas well unloading | Temporary stack with measurements of flow rate and composition | |
| Well workovers | Measurements from flowback tanks made by using enclosures and temporary stacks with measurements of flow rate and composition | |
| Production sites | Infrared (FLIR) camera surveys of sites and flow rate measurements using a HiFlow device | Metered release of $C_2H_2$ and $N_2O$ on site and downwind measurements of methane to $C_2H_2$ and methane to $N_2O$ concentration ratios |

of natural gas per device per minute, 29% and 270% higher than EPA emission factors, respectively (*SI Appendix, section S2*). No high bleed pneumatic devices were identified at the sampling sites, and the average emission rate for the population of pneumatic controllers sampled in this work was $3.36 \pm 0.65$ g of methane per min ($3.8 \pm 0.69$ g of natural gas per min). Equipment leaks measured in this work averaged $1.23 \pm 0.44$ g of methane per minute per well, which can be compared with an EPA estimate of potential emissions (no regulatory or voluntary emission reductions) of 1.37–1.67, derived from EPA's inventory for similar equipment types (wellheads, separators, heaters, meters/piping, and dehydrator fugitives), with the range reflecting whether small compressors are added to the comparison (*SI Appendix, section S5*). Comparing to net emissions is challenging because EPA does not assign emission reductions to specific equipment categories. Additional information is provided in *SI Appendix*.

There was significant geographical variability in the emissions rates from pneumatic pumps and controllers, but these regional differences were not as pronounced for equipment leaks. Emissions per pump from the Gulf Coast are statistically significantly different and roughly an order of magnitude higher than from pumps in the Midcontinent. Emissions per controller from the Gulf Coast are highest and are statistically significantly different from controller emissions in the Rocky Mountain and Appalachian regions. Emissions per controller in the Rocky Mountain region are lowest and an order of magnitude less than the national average (*SI Appendix*).

**Implications for National Emission Estimates.** If the average emissions reported in this work for well completion flowbacks, pneumatic devices, and equipment leaks are assumed to be representative of national populations and are applied to national counts of completions, pneumatic devices, and wells in EPA's national inventory, emissions from these three source categories would be calculated as 957 Gg (with sampling and measurement uncertainties estimated at ±200 Gg), compared with 1,211–1,250 Gg methane per year in the 2011 EPA national inventory (1) for the same source categories. A large emissions decrease associated with completion flowbacks is partially offset by emission increases from pneumatic controllers and equipment leaks. Reasons for these differences are described in *SI Appendix*.

The estimated uncertainty in the national emission estimates based on this work is ~20% (200 Gg). The sources of uncertainty include measurement uncertainty, uncertainty introduced by the selection of sites, and uncertainty due to choices in performing regional or national averaging of equipment counts and emission factors. These components of the quantified uncertainty are described in *SI Appendix*. The uncertainty estimate does not

include factors such as uncertainty in national counts of wells or equipment and the issue of whether the companies that provided sampling sites are representative of the national population.

The $957 \pm 200$ Gg in emissions for completion flowbacks, pneumatics, and equipment leaks, coupled with national inventory estimates for other categories, leads to an estimated 2,300 Gg of methane emissions from natural gas production (0.42% of gross gas production). A summary is provided in Table 2, and details of the calculations are available in *SI Appendix*.

Total emissions estimated based on measurements in this work (2,300 Gg) are comparable with the most recent EPA national GHG inventory (2,545 Gg in the 2011 inventory, released in April 2013) (1). Table 2 also compares emissions in specific source categories, estimated based on the measurements made in this work, to EPA estimates of the same categories in the national inventory (1). For some emission categories, such as completion flowbacks and pneumatic controllers, conclusions can be drawn from the comparisons. Specifically, measured emissions from completion flowbacks are roughly 600 Gg lower than the completion flowback emissions in the current inventory; measured emissions from pneumatic controllers are 150–500 Gg higher than in the current inventory. For other emission categories, such as equipment leaks and pneumatic pumps, however, drawing conclusions is more difficult. For these source categories, the national inventory reports potential emissions for each category, but aggregates emission reductions, creating uncertainty in the net emissions in these categories (see *SI Appendix, section S5.5* for more details).

It should also be noted that the national inventory has changed in recent years based on evolving regulations (21) and understanding of emission sources. In this work, comparisons are made to the most recent release of the inventory (2011 final version, released in April 2013) and back casts to previous years by using consistent calculation methodologies. Emissions were estimated at 2,545 Gg in 2011, compared with 2,948 Gg in 2009 and 2,724 Gg in 2010. The work presented here suggests practices such as combusting or capturing emissions from completion flowbacks, as required by New Source Performance Standards subpart OOOO and the revised National Emission Standards for Hazardous Air Pollutants subpart HH (21), are resulting in reduced methane emissions. Other source categories require more data to produce national emission estimates, and adjustments in the inventory may emerge as more emission measurements are performed. Emission estimates may be adjusted downward if workovers with hydraulic fracturing are found to have emissions per event that are similar to completion flowbacks and may be adjusted either upward or downward as more emissions data are collected for liquids unloading or pneumatic devices.

BLM_0152060

Finally, an emissions intensity of 0.42% is reported in Table 2. The intensity expresses a methane emission per unit of gross gas production. This intensity should be interpreted with caution, because it includes only production operations and implicitly attributes all methane emissions from natural gas wells to natural gas production, although natural gas wells produce substantial amounts of natural gas liquids and oil. The intensity is reported here because it facilitates comparisons with other analyses that have appeared in the literature (23).

## Methods

Multiple independent and complementary techniques were used to measure methane emissions. The primary procedures involved direct measurements of $CH_4$ emissions at their source. A variety of different procedures were used for direct source measurements, depending on the type of source being sampled and the type of natural gas production equipment being sampled. Table 3 summarizes the direct source methods used in the study; detailed descriptions of the methods are provided in *SI Appendix*.

In addition to direct source measurements, tracer ratio measurements, designed to estimate the total methane emissions from a site, were made at 20% of the well completion flowbacks and 13% of the production sites. The tracer release method was developed in the 1990s to quantify methane emissions from a wide range of natural gas system components (24, 25). Sites for tracer releases were selected for their steady, moderate winds and downwind access. Measurements for sites without downwind access could not be made. Table 3 also summarizes these measurement methods, which are described in detail in *SI Appendix*. In brief, tracer compounds were released at a known rate on-site; downwind measurements of methane (minus

background) and the tracer (minus background) were assumed to be equal to the ratio of emission rates, allowing methane emissions to be estimated. These measurements were performed for a subset of the sampling locations that had relatively open terrain and steady winds, producing well-defined emission plumes downwind of the sites. The tracer studies allowed for an independent measurement of emissions that were also measured by using direct source methods. For completion flowbacks, emission estimates based on the downwind measurements were generally within a factor of 2 of the direct source measurements, supporting the conclusion that emissions from completion flowbacks are roughly 97% below the most recent national estimates and that emissions from completion flowbacks without methane control or recovery equipment, observed in this work, are well below the average potential emissions in current national inventories (1). For the production sites, emissions estimated based on the downwind measurements were also comparable to total on-site measurements; however, because the total on-site emissions were determined by using a combination of measurements and estimation methods, it is difficult to use downwind measurements to confirm the direct source measurements. Tracer study results are summarized in *SI Appendix*.

**ACKNOWLEDGMENTS.** We thank the sponsors of this work for financial support, technical advice, and access to sites for sampling. The sponsors were Environmental Defense Fund (EDF), Anadarko Petroleum Corporation, BG Group plc, Chevron, Encana Oil & Gas (USA) Inc., Pioneer Natural Resources Company, SWEPI LP (Shell), Southwestern Energy, Talisman Energy USA, and XTO Energy, an ExxonMobil subsidiary. Funding for EDF's methane research series, including the University of Texas study, is provided for by Fiona and Stan Druckenmiller, Heising-Simons Foundation, Bill and Susan Oberndorf, Betsy and Sam Reeves, Robertson Foundation, Tom Steyer, Kat Taylor, and the Walton Family Foundation.

1. US Environmental Protection Agency (EPA) (2013) *Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990-2011* (Environ Protect Agency, Washington, DC). EPA 430-R-13-001.
2. Harrison MR, Shires, TM, Wessels JK, Cowgill RM (1996) *Methane Emissions from the Natural Gas Industry, Volumes 1–15*, Final Report. (Gas Res Inst and Environ Protec Agency, Washington, DC) GRI-94/0257 and EPA-600/R-96-080, Appendix B-1.
3. Code of Federal Regulations, Title 40 Section 98.233, Calculating GHG Emissions, 75 FR 74488, November 30, 2010, as amended at 76 FR 80575, December 23, 2011.
4. Energy Information Administration (2013) Annual energy outlook, early release. Available at www.eia.gov/forecasts/aeo/er/index.cfm. Accessed January 31, 2013.
5. U.S. Environmental Protection Agency (2011) Plan to study the potential impacts of hydraulic fracturing on drinking water resources (Environ Protect Agency, Washington, DC). Available at www2.epa.gov/hfstudy/plan-study-potential-impacts-hydraulic-fracturing-drinking-water-resources-epa600r-11112. Accessed August 27, 2013.
6. Osborn SG, Vengosh A, Warner NR, Jackson RB (2011) Methane contamination of drinking water accompanying gas-well drilling and hydraulic fracturing. *Proc Natl Acad Sci USA* 108(20):8172–8176.
7. Vidic RD, Brantley SL, Vandenbossche JM, Yoxtheimer D, Abad JD (2013) Impact of shale gas development on regional water quality. *Science* 340(6134):1235009.
8. Rahm B, Riha S (2012) Toward strategic management of shale gas development: Regional, collective impacts on water resources. *Environ Sci Policy* 17:12–23.
9. McKenzie LM, Witter RZ, Newman LS, Adgate JL (2012) Human health risk assessment of air emissions from development of unconventional natural gas resources. *Sci Total Environ* 424:79–87.
10. Litovitz A, Curtright A, Abramzon S, Burger N, Samaras C (2013) Estimation of regional air quality damages from Marcellus Shale natural gas extraction in Pennsylvania. *Environ Res Lett* 8:014017.
11. Pacsi AP, Alhajeri NS, Zavala-Araiza D, Webster MD, Allen DT (2013) Regional air quality impacts of increased natural gas production and use in Texas. *Environ Sci Technol* 47(7):3521–3527.
12. Hayhoe K, Kheshgi HS, Jain AK, Wuebbles DJ (2002) Substitution of natural gas for coal: Climatic effects of utility sector emissions. *Clim Change* 54:107–139.
13. Lelieveld J, et al. (2005) Greenhouse gases: Low methane leakage from gas pipelines. *Nature* 434(7035):841–842.
14. Wigley TML (2011) Coal to gas: The influence of methane leakage. *Clim Change* 108: 601–608.
15. Howarth RW, Santoro R, Ingraffea A (2011) Methane and the greenhouse-gas footprint of natural gas from shale formations. *Clim Change* 106:679–690.
16. Kargbo DM, Wilhelm RG, Campbell DJ (2010) Natural gas plays in the Marcellus Shale: Challenges and potential opportunities. *Environ Sci Technol* 44(15):5679–5684.
17. Kerr RA (2010) Energy. Natural gas from shale bursts onto the scene. *Science* 328(5986):1624–1626.
18. Laurenzi IJ, Jersey GR (2013) Life cycle greenhouse gas emissions and freshwater consumption of Marcellus shale gas. *Environ Sci Technol* 47(9):4896–4903.
19. International Energy Agency (2012) Golden rules for a golden age of gas. Available at www.worldenergyoutlook.org/media/weowebsite/2012/goldenrules/WEO2012_GoldenRulesReport.pdf. Accessed August 15, 2012.
20. Energy Information Administration (2012) Summary statistics for natural gas in the United States, 2007-2011. Available at www.eia.gov/naturalgas/data.cfm#production. Accessed January 31, 2013.
21. Code of Federal Regulations 40, Part 60 Subpart OOOO and NESHAP 40, CFR 63 Subpart HH, 77 FR 49490, August 16, 2012.
22. American Petroleum Institute and America's Natural Gas Alliance (API/ANGA) (2012) Characterizing pivotal sources of methane emissions from natural gas production summary and analyses of API and ANGA survey responses, final report, updated September 2012. Available at www.api.org/news-and-media/news/newsitems/2012/oct-2012/~/media/Files/News/2012/12-October/API-ANGA-Survey-Report.pdf. Accessed February 28, 2013.
23. Alvarez RA, Pacala SW, Winebrake JJ, Chameides WL, Hamburg SP (2012) Greater focus needed on methane leakage from natural gas infrastructure. *Proc Natl Acad Sci USA* 109(17):6435–6440.
24. Lamb BK, et al. (1995) Development of atmospheric tracer methods to measure methane emissions from natural gas facilities and urban areas. *Environ Sci Technol* 29(6):1468–1479.
25. Shorter JH, et al. (1997) Collection of leakage statistics in the natural gas system by tracer methods. *Environ Sci Technol* 31:2012–2015.

ENVIRONMENTAL SCIENCES

BLM_0152061

# Measurements of Methane Emissions at Natural Gas Production Sites in the United States

## Supporting Information

David T. Allen[1*], Vincent M. Torres[1], James Thomas[1], David Sullivan[1], Matthew Harrison[2], Al Hendler[2], Scott C. Herndon[3], Charles E. Kolb[3], Matthew Fraser[4], A. Daniel Hill[5], Brian K. Lamb[6], Jennifer Miskimins[7], Robert F. Sawyer[8], and John H. Seinfeld[9]

[1]Center for Energy and Environmental Resources, University of Texas at Austin, 10100 Burnet Road, Building 133, M.S. R7100, Austin, TX 78758

[2]URS Corporation, 9400 Amberglen Boulevard, Austin, TX 78729

[3]Aerodyne Research, Inc., 45 Manning Road, Billerica, MA 01821

[4]School of Sustainable Engineering and the Built Environment, Arizona State University PO Box 875306, Tempe, AZ 85287

[5]Department of Petroleum Engineering, Texas A&M University, 3116 TAMU, College Station, TX, 77843-3116

[6]Department of Civil & Environmental Engineering, Washington State University, PO Box 642910, Washington State University, Pullman WA 99164

[7]Department of Petroleum Engineering, Colorado School of Mines, 1600 Arapahoe Street, Golden, CO 80401

[8]Department of Mechanical Engineering, Mail Code 1740, University of California, Berkeley, CA 94720-1740

[9]Department of Chemical Engineering, California Institute of Technology, M/C 210-41, Pasadena, CA 91125

*Corresponding author: email: allen@che.utexas.edu ; tel.: 512-475-7842

Keywords: Natural gas, greenhouse gas emissions, methane

BLM_0152062

## Table of Contents

S1      Direct Source Measurements: Well Completion Flowbacks..............page S-3

S2      Direct Source Measurements: Wells in Routine Production..............page S-24

S3      Direct Source Measurements: Gas Well Liquids Unloading..............page S-34

S4      Downwind Mobile Sampling of Natural Gas Production Sites..........page S-43

S5      Nationally Scaled Emissions Estimates....................................page S-59

S6      Site Selection and Representativeness....................................page S-67

         References...................................................................page S-74

*This Supporting Information uses industry standard units of standard cubic feet (scf).*
*One scf of methane contains 19.2 g methane.*

BLM_0152063

**S1       Direct Source Measurements:  Well Completion Flowbacks**

**S1.1      Methods**

Methane emissions were measured directly, at the point of release.  Data for 27 well completion events are reported.   Section S4 describes measurements of methane concentrations that were made downwind of 6 of the completion events; these downwind measurements were used to confirm that all of the major emission sources were being measured.

The sources of well-site methane emissions during a completion depend on the equipment used in the completion.  In this work, the surface configurations will be classified into five categories, each with different types of surface configurations.  Figure S1-1 shows a simplified flow diagram for one type of surface equipment configuration used during completion flowback (labeled as Configuration 1 in this work).  There are several stages in the flowback process that utilize the equipment shown in Figure S1-1.  In the first stage (Step 1 in Figure S1-1), reservoir gases mixed with water, sand and fracturing liquid flow from the high pressure well head, through a choke, to either an open top tank or an enclosed tank with open vents.  In either case, the tank gases are vented to the atmosphere.  Figure S1-2 shows examples of open-top tanks, used in Step 1.  To measure emissions from open-top tanks, a temporary plastic cover was placed over the open-top tank, secured by clamping to the edge of the tank.  A hand-held infrared camera, designed with filters and banded wavelengths to visualize hydrocarbon plumes, was used to check for leakage around the seal.  The gases were vented through a plenum that had exit stacks of two diameters.  The smaller diameter stack was used during periods of low flow and the larger stack was used during periods of high flow.  Switching between the stacks was done with pneumatic controllers operated remotely.  Gas velocity in the stack was measured using a pitot tube in the center of the stack.  Total volumetric flow was calculated by multiplying the stack cross-sectional area by 80% of the gas velocity at the stack centerline.  The factor of 0.8 was used to convert the centerline velocity in the stack to an estimated average velocity in the stack.[1] Gas samples for composition analysis were drawn from the temporary stack, through tubing to a sampling port 10-20 meters from the tank.  Gas samples were drawn into evacuated tedlar bags for subsequent analysis using gas chromatography.  If an enclosed (vented) tank was used, then no plastic cover was used and a temporary stack was placed over the tank hatch.  Gas velocities and compositions were measured using the same methods as used for the open top tanks.

BLM_0152064

**Figure S1-1.** Flowback surface equipment configuration including an open top tank and oil and water flowback tanks, venting to atmosphere; in this configuration, emissions occur from the open top tank, the water and hydrocarbon flowback tank hatches, and the flare



**Note:** *Sand Filter may be installed upstream of Separator. Also, there may be 2-stage (HP, LP) Separation.*

BLM_0152065

**Figure S1-2.** Open top tank used in Step 1 of flowback using the equipment configuration shown in Figure S1-1. Upper Left: line leading from well to tank; upper right: temporary plastic cover installed and clamped to edge of tank, with exhaust stacks on ground adjacent to tank; lower: Conceptual diagram of sampling system.



S-5

BLM_0152066

The initial step of the completion flowback to the open-top or vented tank lasted until sufficient volumes and concentrations of natural gas were present, allowing the completion to proceed to the next step.  This initial period ranged from an hour to multiple days.  In some completions, Step 2 of the completion consisted of flow to a separator (sometimes with a sand trap between well and separator).  Separator pressures ranged, over the completion events sampled in this work, from less than 100 to more than 1000 psi.  Gas and liquid streams (sometimes separate water and hydrocarbon liquid streams) flow from the separator.  The water and hydrocarbon streams were fed to water and hydrocarbon flowback tanks, shown in Figure S1-3.  The flowback tanks were generally enclosed, with hatches allowing venting to the atmosphere.  As shown in Figure S1-3, temporary stacks, similar to those used in Step 1, recorded the volumes of gas exiting the flowback tanks.  Tubing was used to draw gas samples to a remote sampling port, where again the samples were drawn into evacuated tedlar bags for subsequent gas analysis.  The gas stream from the separator was routed, through a flow meter, to a flare, or sometimes to sales.  If the gas was sent to a flare, the flow rate and gas composition analysis, reported by the operator of the site, were used to determine the flow of flared methane. A combustion efficiency of 98% was assumed, based on standard EPA emission factors[2,3].

The period of flowback to the separator and enclosed flowback tank lasted from a few hours to more than a week, depending on the characteristics of the well.  After this phase of the completion, gas was routed to sales lines and the well entered production.

BLM_0152067



**Figure S1-3.** Oil and water flowback tanks. Upper and middle: Hatches in the tanks allowed gases to vent to the atmosphere; temporary stacks were installed on the hatches to measure gas flow. Samples for gas composition analyses were drawn from the stack, through tubing, to a remote sampling port.

Lower: Conceptual diagram of sampling system.



S-7

BLM_0152068

The completion flowback configuration shown in Figure S1-1 was one of multiple surface equipment configurations encountered by the Study Team over the course of the study. The flowback configurations, and the frequency with which they were observed, are summarized in Table S1-1. Not all of the surface configurations in each of the 5 categories were exactly identical. For example, in some configurations, gas from a separator was routed to a flare; in other cases the gas was routed to sales and the flare, and in still other cases the gas from the separator was routed exclusively to sales. The categorizations shown in Table S1-1 are distinguished by the type of surface equipment used, rather than the fate of the streams from particular pieces of surface equipment. Thus, Table S1-1 is a summary, rather than a complete inventory of surface configurations.

**Table S1-1.** Surface equipment configurations for completions

| Configuration Number | Description of surface equipment and completion process | Frequency of configuration in completions sampled in this work (%) |
|---|---|---|
| 1 | Initial flow from the well to an **open or vented tank**, with gases vented to the atmosphere; after this initial phase flow is routed to a **separator** or multiple (high and low pressure) separators. Water and hydrocarbon liquids are sent to **water and oil flowback tanks that vent** to the atmosphere; gas from the separator is metered and sent to a flare or sales. (See Figure S1-1) | 9 (33%) |
| 2 | Initial flow from the well to an **open or vented tank**, with gases vented to the atmosphere; after this initial phase flow is routed to a **separator** or multiple (high and low pressure) separators. Water is sent from the separator to a vented flowback tank. The vented gases may be released or metered and sent to a flare. **Hydrocarbon liquids are sent from the separator to a sealed flowback tank, and the vented gases are sent to a combustor.** | 4 (15%) |
| 3 | **Flow directly from the well to a separator** or multiple separators, with no initial flowback to an open tank; gases from the separator either to sales or flare; **liquids from the separator to a flowback tank** | 5 (18%) |
| 4 | **Flow from the well to an open or vented tank**, with gases vented to the atmosphere, **for the entire duration of the completion** | 9 (33%) |
| 5 | **Other\*** | 0 (0%) |

\*The other category is included to facilitate comparisons with national data on equipment configurations used in completion flowbacks

These multiple equipment configurations reflect the wide range of production characteristics of wells and can be expected to lead to different emissions. However, there are common

BLM_0152069

elements in the completions which are similar across multiple configurations.  These elements include:

1. Flow of a mixture of sand, water, gas and fracturing liquid from the well to an open tank, where the gas is vented.
2. Flow of pressurized hydrocarbon liquid, with dissolved methane, from a separator to a tank where gas flashes from the liquid and is either vented or sent to a combustion device
3. Flow of pressurized water, with dissolved methane, from a separator to a tank where gas flashes from the liquid and is either vented or sent to a combustion device
4. Flow of gas, including methane, from a separator to a sales line or to a flare which is designed to destroy 98+% of the combustible gases

In addition, during some of the completions there were other small venting events.  In completions that used sand filter vessels, the sand filter was occasionally blown down to a vented or open top tank to discharge the collected sand.  These small emission events were not possible to directly measure.  In cases where it was anticipated that emissions from these sources could be significant, estimates of these quantities were added to the completion emissions.

The focus in the completion flowback emissions reported here is on actual emissions, however, in order to understand the differences in emissions between the different surface equipment categories, it will be necessary to distinguish between potential and actual emissions.  The concept of potential emissions, as opposed to actual emissions, is used by the US EPA in its national emission inventory.[4]  In this work, the potential emissions from a completion flowback will include the emissions that would occur if all of the methane flowing from the well during the completion flowback was emitted to the atmosphere.  Configurations 1, 2 and 3 all involve some level of emission control, so actual emissions will be lower than potential emissions.  In contrast, for Configuration 4, a configuration that will not be permissible under recent EPA New Source Performance Standards (NSPS) (Subpart OOOO regulations), there are no emission controls, so potential emissions and actual emissions are equal.

Section S1.2 reports total methane emission data for each completion sampled in this work, and methane emissions for each of the elements that was in place for the sampled completions.

BLM_0152070

## S1.2    Results and Discussion

A total of 27 completion flowback events were sampled.  Completion flowback events were defined as beginning with the initiation of the flow of liquids and gases from the well and ending at the point at which the completion contractor's report stated that it ended.  Often this end point was when gases were routed to sales or to a centralized gas processing facility, however, the end point was not uniformly defined.  For example, some completion flowbacks were routed from the well to a temporary separator, and the operator defined the end of the completion as the point at which flow was routed to a permanent, rather than temporary separator, even though the gases from the temporary separator went to sales.  In other cases, the end of completion flowback was the point at which flow ended to temporary flowback equipment.  In all cases for this study, the end of the completion flowback was at the termination time stated in the completion contractor's report.

Of the 27 completions sampled in this work, five were in the Appalachian region, seven in the Gulf Coast region, five in the Mid-Continent region, and ten in the Rocky Mountain region.  Summaries of the methane emission estimates are provided in Tables S1-2 through S1-5.

Methane emissions over an entire completion flowback event, summed over all emission sources for each event (e.g., tank vents, uncombusted methane from flares), ranged from a few thousand scf to more than 800,000 scf, with an average value of 90,000 scf.   The durations of the completions ranged from 5 to 339 hours (2 weeks).  The completions with the lowest emissions were those where the flowback from the well was sent immediately, at the start of the completion, to a separator, and all of the gases from the separator were sent to sales.  The only emissions were from methane dissolved in liquids (mostly water) sent from the separator to a vented flowback tank.  The completion with the highest total emissions, 880,000 scf, was the longest completion (339 hours) and also was a completion in which the initial flowback from the well went directly into a vented tank, and where that initial flow was very high in methane.  Some of the other relatively high emission events (~200,000 to 300,000 scf methane) were completions with large amounts of flared gas (up to 7 million scf of methane sent to the flare).  Another completion with emissions in excess of 200,000 scf of methane was one in which all gases, for the entire event, were vented to the atmosphere.  This type of venting for the entire duration of the completion was observed in 9 completions.  However, the 9 completions of this type showed a wide range of emissions (200,000 scf methane for one completion (Midcontinent Completion 1) and 27,000 scf methane for another completion of this type for an adjacent well completed during the same time period (Midcontinent Completion 2 – see Table S1-4)).

Many of the completions sampled in this study either sent gases directly to sales and/or used a flare on-site to combust gases vented from separators.  In some cases where a flare was present, the assumed volume of uncombusted methane from the flare dominated the total methane emissions from the completion event (Gulf Coast Completions 1-4– see Table S1-3).  For flowbacks using flares, it was assumed that 98% of the methane fed to the flare was

BLM_0152071

combusted and 2% of the methane fed to the flare remains un-combusted and escaped into the atmosphere[2,3]. Figure S1-4 shows an example of the methane flow to the flare at a completion, which had the surface equipment configuration shown in Figure S1-1. In this completion (Gulf Coast Completion 1), a total of 5,000,000 scf of methane (6.4 million scf of total gas) was fed to the flare during the multi-day completion. Flow to the flare begins, after hour 4, when the transition is made from flow to the open top tank (Step 1) to flow to the separator. Flow to the flare ends when the completion ends and gases are routed to sales. If the 5,000,000 scf of methane (6,400,000 scf of gas) fed to the flare (counted as a potential emission in this completion) is combusted at 98% efficiency, methane emissions from the flare will be 100,000 scf. In this completion, all other methane emissions during the completion event totaled 5,000 scf methane. The assumed methane emissions from the flare (estimated at 100,000 scf) dominate total methane emissions during this completion event.

**Figure S1-4**. Flow of gas from well completion separators to a flare (Gulf Coast Completion 1)



Another source of methane emissions in many completions was methane that flowed from a separator, dissolved in hydrocarbon phase or aqueous phase liquids, which subsequently flashed in an oil or water flowback tank. The flow from the separator to the flowback tank is not constant. The flow varies as the separator periodically builds hydrocarbon liquid level to a set point, then discharges the liquid to the flowback tank. This results in the type of periodic flow shown in Figures S1-5 and S1-6.

BLM_0152072

**Figure S1-5.** Methane venting through temporary stack in an oil flowback tank in Gulf Coast Completion 1. Two hours of data are shown. Approximately 40 separator discharge events occurred during this period (20 per hour).



minutes

**Figure S1-6.** Methane venting through temporary stack in a water flowback tank for Gulf Coast Completion 1. Six hours of data are shown; 24 discharge events occurred during this period (4 per hour).



minutes

The percentage of methane in the gases vented from flowback tanks in separator discharge events such as those shown in Figures S1-5 and S1-6 varied over the course of the flowback. There are a number of factors that can cause the concentration of methane in the vent gas to vary. For example, methane concentration in the stack of the flowback tank will vary based on the oil and water level in the flowback tank, since the methane flashing from the separator discharge is diluted by the existing air in the vapor space of the flowback tank and dilution changes as vapor space changes. These liquid levels change, depending on the schedule

S-12

BLM_0152073

for emptying tanks of their liquids.  In addition, oil and water composition can vary over the course of a flowback, changing the methane solubility.  Because of these and other factors, detailed temporal analysis of the methane emissions from the flowbacks was not performed; instead, time integrated analyses were done.

Volumetric flow of vent gas was recorded each minute.  For each one-minute record of volumetric flow, a percentage of methane was determined using linear interpolation between the most recent composition measurement before and the most recent composition measurement after the flow measurement.  Compositions were measured approximately hourly during initial phases of completion flowbacks; as completions extended into multiple days and flows became steady, composition measurements were made every 4-8 hours.   To assess the magnitude of the uncertainty associated with using linearly interpolated methane concentrations, two sensitivity analyses were performed.  In one sensitivity analysis, the methane concentration for each minute of flow data was assumed to be the lower of the most recent composition measurement before and the most recent composition measurement after the flow measurement.  In a second sensitivity analysis, the methane concentration for each minute of flow data was assumed to be the higher of the most recent composition measurement before and the most recent composition measurement after the flow measurement.  For the estimate of the lower bound on emissions, it was assumed that the methane percentage in the gas at the start of the completion was equal to half of the detection limit (0.18%, equal to half of the smallest concentration recorded in the chromatographic analyses (0.36%) during the entire study) and it was assumed that the final gas composition persisted from the time of the measurement until the end of the completion. For the estimate on the higher bound on concentration, the methane concentration at the start of the completion was assumed to be equal to the initial concentration measurement and it was assumed that the final gas composition persisted from the time of the measurement until the end of the completion.  These two sensitivity analyses provide a quantification of the uncertainty associated with using discrete, rather than continuous methane analyses.  Methane concentrations are not expected to change rapidly based on physical arguments.  The size of the vapor space in a half full flowback tank is more than 1000 scf, so each separator discharge event only displaces a few percent of available vapor space.

The uncertainty ranges reported in Tables S1-2 to S1-5 are a combination of the uncertainty bounds based on using intermittent, rather than continuous composition analyses, and an estimated 10% uncertainty bound for the flow through the temporary stacks.[5]  In arriving at an overall uncertainty estimate, it is assumed that the uncertainties in composition measurements and flow are independent.  Not included in the uncertainty estimates for the measurements are uncertainties in combustion efficiencies in flares and combustors (assumed to be 98%[2]) and uncertainties in the flow measurements of gas flows to sales or flares.  The total quantified measurement uncertainties are approximately 20% of the total emission estimates.

BLM_0152074

**Table S1-2.** Methane emissions (scf) from Appalachian well completions: results from 5 sampling events
(Dark shading indicates that data were not used in determining average emission factors[a])

| Emission Source (duration of completion flowback event, hr) | 1 Company AP-A Configuration 1* (62.5 hr) | 2 Company AP-B Configuration 3*** (37.8 hr) | 3 Company AP-B Configuration 3*** (12.5 hr) | 4 Company AP-C Configuration 1** (339.2 hr) | 5[a] Company AP-C Configuration 1** (228 hr) |
|---|---|---|---|---|---|
| Flowback to open top tank; gases vented | 12,700 ± 10,000 scf | 6,700 ± 800 scf | Not applicable | 1,105,000 ± 320,000 scf | 240,000 ± 122,000 scf |
| <u>Atmospheric</u> Vent from Tank handling liquid HC stream from Completion Separator | Not applicable | Not applicable | Not applicable | Not applicable | Not applicable |
| <u>Controlled</u> (combusted) Vent from Tank handling liquid HC stream from Completion Separator | Not applicable | Not applicable | Not applicable | Not applicable | Not applicable |
| <u>Atmospheric</u> Vent from Tank handling liquid water stream from Completion Separator | Included in the flowback to open tank | Included in the flowback to open tank | 63,500 ± 6,000 scf | Included in the flowback to open tank | Included in the flowback to open tank |
| <u>Controlled</u> (combusted) Vent from Tank handling liquid water stream from Completion Separator | Not applicable | Not applicable | Not applicable | Not applicable | Not applicable |
| Gas from overhead of completion separator, sent to flare (assumed 2.0% of methane is uncombusted in flare) | 16,000 scf | 1,000 scf | 44,000 scf[b] | Not applicable | Not applicable |
| Total (based on temporary stack cross sectional area x centerline velocity) | 29,000 scf | 7,700 scf | 108,000 | 1,105,000 scf | 240,000 scf |
| Total (based on temporary stack cross sectional area x centerline velocity x 0.8 ) | 26,000 ± 8,000 scf | 6,400 ± 700 scf | 95,000± 5,000 scf | 880,000 ± 300,000 scf | 190,000 ± 100,000 scf |

[a]Because of partial data loss, there is significant uncertainty, difficult to quantify, in the results from this completion; the data from this completion were not used in calculating averages or in regional and national extrapolations
[b]Includes 4,000 scf from flare and 40,000 scf from venting of separator;
*Configuration 1 (from Table S1-1): Initial flowback went to an open-top tank. After the initial period, the flow was sent to a separator. Gas from the separator was sent to a flare. Liquids from the separator were sent to flowback tanks that were vented
** Configuration 1 (from Table S1-1): Initial flowback went to an open-top tank. After the initial period, the flow was sent to a separator. Gas from the separator was sent to sales. Liquids from the separator were sent to flowback tanks that were vented
***Configuration 3 (from Table S1-1): Flowback to a separator; gas from the separator to sales; liquid from the separator to a vented flowback tank

BLM_0152075

**Table S1-3.** Methane emissions (scf) from Gulf Coast well completions: results from 7 sampling events

| Emission Source (duration of completion flowback event, hr) | 1 Company GC-A Configuration 1* (74.9 hr) | 2 Company GC-A Configuration 1* (74.9 hr) | 3 Company GC-B Configuration 2** (28.0 hr) | 4 Company GC-B Configuration 2** (27.9 hr) | 5 Company GC-C Configuration 4**** (13.8 hr) |
|---|---|---|---|---|---|
| Flowback to open top tank; gases vented | 1300 ± 180 scf | 500 ± 400 scf | 40,000 ± 30,000 scf | 13,000 ± 10,000 scf | 21,600 ± 12,000 scf |
| <u>Atmospheric</u> Vent from Tank handling liquid HC stream from Completion Separator | 3700 ± 550 scf | 4800 ± 900 scf | Not applicable | Not applicable | Not applicable |
| <u>Controlled</u> (combusted) Vent from Tank handling liquid HC stream from Completion Separator | Not applicable | Not applicable | 14,000 scf | 20,000 scf | Not applicable |
| <u>Atmospheric</u> Vent from Tank handling liquid water stream from Completion Separator | 600 ± 120 scf | 200 ± 100 scf | 60,000 scf | 60,000 scf | Not applicable |
| <u>Controlled</u> (combusted) Vent from Tank handling liquid water stream from Completion Separator | Not applicable | Not applicable | Not applicable | Not applicable | Not applicable |
| Gas from overhead of completion separator, sent to flare (assumed 2.0% of methane is uncombusted in flare) | 100,000 scf | 85,000 scf | 150,000 scf | 90,000 scf | Not applicable |
| Total  (based on temporary stack cross sectional area x centerline velocity) | 106,000 scf | 91,000 scf | 264,000 scf | 180,000 scf | 21,600 scf |
| Total (based on temporary stack cross sectional area x centerline velocity x 0.8 ) | 105,000 ± 600 scf | 90,000 ± 800 scf | 260,000 ± 30,000 scf | 180,000 ± 8,000 scf | 17,300 ± 10,000 scf |

*Configuration 1(from Table S1-1): Initial flowback went to an open-top tank.  After the initial period, flow was sent to a high pressure separator.  Gas from the high pressure separator was sent to a flare; water from the high pressure separator was sent to a vented flowback tank.  Hydrocarbon liquids from the high pressure separator were sent to a low pressure separator.  Gas from the low pressure separator was sent to a flare; hydrocarbon liquids from the low pressure separator were sent to a vented flowback tank
**Configuration 2 (from Table S1-1): Initial flowback went to an open-top tank.  After the initial period, the flow was sent to a separator.  Gas from the separator was sent to a flare or to sales.  Hydrocarbon liquids from the separator were sent to a flowback tanks that was vented to a combustion device.
****Configuration 4 (from Table S1-1):  Flowback went to a vented tank.

BLM_0152076

**Table S1-3 (continued).**  Methane emissions (scf) from Gulf Coast well completions: results from 7 sampling events
(Dark shading indicates that data were not used in determining average emission factors[a])

| Emission Source (duration of completion flowback event, hr) | 6[a] Company GC-A Configuration 2** ( 164 hr) | 7[a] Company GC-A Configuration 2** (108 hr) |
|---|---|---|
| Flowback to open top tank; gases vented | 1,000 scf | 1,000 scf |
| <u>Atmospheric</u> Vent from Tank handling liquid HC stream from Completion Separator | Not applicable | Not applicable |
| <u>Controlled</u> (combusted) Vent from Tank handling liquid HC stream from Completion Separator | Not applicable | Not applicable |
| <u>Atmospheric</u> Vent from Tank handling liquid water stream from Completion Separator | 3,000 | 3,000 |
| <u>Controlled</u> (combusted) Vent from Tank handling liquid water stream from Completion Separator | Not applicable | Not applicable |
| Gas from overhead of completion separator, sent to flare (assumed 2.0% of methane is uncombusted in flare) | 243,000 scf | 86,000 scf |
| Total  (based on temporary stack cross sectional area x centerline velocity) | 247,000 scf | 90,000 scf |
| Total (based on temporary stack cross sectional area x centerline velocity x 0.8 ) | 247,000 scf | 90,000 scf |

[a]Because of partial data loss, there is significant uncertainty, difficult to quantify, in the results from this completion; the data from this completion were not used in calculating averages or in regional and national extrapolations
**Configuration 2 (from Table S1-1): Initial flowback went to an open-top tank.  After the initial period, the flow was sent to a separator.  Gas from the separator was sent to a flare.  Hydrocarbon liquids from the separator were sent to a flowback tanks that was vented to a combustion device.

BLM_0152077

**Table S1-4.** Methane emissions (scf) from Mid-Continent well completions: results from 5 sampling events

| Emission Source (duration of completion flowback event, hr) | 1 Company MC-A Configuration 4**** (144.7 hr) | 2 Company MC-A Configuration 4**** (147.2 hr) | 3 Company MC-B Configuration 3*** (138.0 hr) | 4 Company MC-B Configuration 3*** (138.0 hr) | 5 Company MC-B Configuration 3*** (138.0 hr) |
|---|---|---|---|---|---|
| Flowback to open top tank; gases vented | 250,000 ± 32,000 scf | 34,000 ± 5,000 scf | Not applicable | Not applicable | Not applicable |
| <u>Atmospheric</u> Vent from Tank handling liquid HC stream from Completion Separator | Not applicable | Not applicable | Not applicable | Not applicable | Not applicable |
| <u>Controlled</u> (combusted) Vent from Tank handling liquid HC stream from Completion Separator | Not applicable | Not applicable | Not applicable | Not applicable | Not applicable |
| <u>Atmospheric</u> Vent from Tank handling liquid water stream from Completion Separator | Not applicable | Not applicable | 3,400 scf | 3,000 scf | 3,400 scf |
| <u>Controlled</u> (combusted) Vent from Tank handling liquid water stream from Completion Separator | Not applicable | Not applicable | Not applicable | Not applicable | Not applicable |
| Gas from overhead of completion separator, sent to flare (assumed 2.0% of methane is uncombusted in flare) | Not applicable | Not applicable | Not applicable | Not applicable | Not applicable |
| Total (based on temporary stack cross sectional area x centerline velocity) | 250,000 scf | 34,000 scf | 3,400 scf | 3,000 scf | 2,600 scf |
| Total (based on temporary stack cross sectional area x centerline velocity x 0.8 ) | 200,000 ± 30,000 scf | 27,000 ± 4,000 scf | 2,700 scf | 2,400 scf | 2,100 scf |

***Configuration 3 (from Table S1-1): Flowback to a separator; gas from the separator to sales; liquid from the separator to a vented flowback tank
****Configuration 4 (from Table S1-1): Flowback went to a vented tank.

BLM_0152078

**Table S1-5.** Methane emissions (scf) from Rocky Mountain well completions: results from 10 sampling events

| Emission Source (duration of completion flowback event, hr) | 1 Company RM-A Configuration 4**** (30.2 hr) | 2 Company RM-A Configuration 4**** (30.1 hr) | 3 Company RM-B Configuration 4**** (44.5 hr) | 4 Company RM-B Configuration 4**** (34.3 hr) | 5 Company RM-B Configuration 4**** (68.4 hr) |
|---|---|---|---|---|---|
| Flowback to open top tank; gases vented | 30,000 ± 10,000 scf | 16,400 ± 3,000 scf | 13,000 ± 7,000 scf | 37,000 ± 10,000 scf | 49,000 ± 30,000 scf |
| <u>Atmospheric</u> Vent from Tank handling liquid HC stream from Completion Separator | Not applicable | Not applicable | Not applicable | Not applicable | Not applicable |
| <u>Controlled</u> (combusted) Vent from Tank handling liquid HC stream from Completion Separator | Not applicable | Not applicable | Not applicable | Not applicable | Not applicable |
| <u>Atmospheric</u> Vent from Tank handling liquid water stream from Completion Separator | Not applicable | Not applicable | Not applicable | Not applicable | Not applicable |
| <u>Controlled</u> (combusted) Vent from Tank handling liquid water stream from Completion Separator | Not applicable | Not applicable | Not applicable | Not applicable | Not applicable |
| Gas from overhead of completion separator, sent to flare (assumed 2.0% of methane is uncombusted in flare) | Not applicable | Not applicable | Not applicable | Not applicable | Not applicable |
| Total  (based on temporary stack cross sectional area x centerline velocity) | 30,000 scf | 16,400 scf | 13,000 scf | 37,000 scf | 49,000 scf |
| Total (based on temporary stack cross sectional area x centerline velocity x 0.8 ) | 24,000 ± 8,000 scf | 13,000 ± 2,000 scf | 10,400 ± 6,000 scf | 30,000 ± 8,000 scf | 39,000 ± 30,000 scf |

****Configuration 4 (from Table S1-1):  Flowback went to a vented tank.

BLM_0152079

**Table S1-5 (continued).** Rocky Mountain methane emissions (scf) from well completions: results from 10 sampling events

| Emission Source (duration of completion flowback event, hr) | 6 Company RM-B Configuration 4**** (23.7 hr) | 7 Company RM-C Configuration 1* (4.8 hr) | 8 Company RM-C Configuration 1* (15.1 hr) | 9 Company RM-C Configuration 1* (20.5 hr) | 10 Company RM-C Configuration 1* (34.1 hr) |
|---|---|---|---|---|---|
| Flowback to open top tank; gases vented | 42,000 ± 4,000 scf | 40 scf | 6,000 ± 2,000 scf | 50,000 ± 5,000 scf | 39,000 ± 11,000 scf |
| <u>Atmospheric</u> Vent from Tank handling liquid HC stream from Completion Separator | Not applicable | Not applicable | Not applicable | Not applicable | Not applicable |
| <u>Controlled</u> (combusted) Vent from Tank handling liquid HC stream from Completion Separator | Not applicable | Not applicable | Not applicable | Not applicable | Not applicable |
| <u>Atmospheric</u> Vent from Tank handling liquid water stream from Completion Separator | Not applicable | Included in the flowback to open tank | Included in the flowback to open tank | Included in the flowback to open tank | Included in the flowback to open tank |
| <u>Controlled</u> (combusted) Vent from Tank handling liquid water stream from Completion Separator | Not applicable | Not applicable | Not applicable | Not applicable | Not applicable |
| Gas from overhead of completion separator, sent to flare (assumed 2.0% of methane is uncombusted in flare) | Not applicable | 440 scf | 9,000 scf | 4,300 scf | 6,500 scf |
| Total  (based on temporary stack cross sectional area x centerline velocity) | 42,000 scf | 500 scf | 15,000 scf | 54,000 scf | 45,500 scf |
| Total (based on temporary stack cross sectional area x centerline velocity x 0.8 ) | 34,000 ± 3,000 scf | 500 scf | 12,000 ± 2,000 scf | 44,000 ± 4,000 scf | 37,700 ± 9,000 scf |

*Configuration 1 (from Table S1-1):  Initial flowback went to an open-top tank.  After the initial period, the flow was sent to a separator.  Gas from the separator was sent to a flare or to sales.  Water and hydrocarbon liquids from the separator were sent to flowback tanks that were vented
****Configuration 4 (from Table S1-1):  Flowback went to a vented tank.

S-19

BLM_0152080

Tables S1-2 to S1-5 provide data on 27 completion flowback events. Of these, 24 will be used to establish emission averages. The three completion flowbacks that were not considered in establishing averages (AP-5, GC-6 and GC-7) all had initial flowbacks into open top tanks, with gases vented to the atmosphere. In these completion flowbacks, the study team was unable to collect complete emission data for the initial flow to the open tank. Existing methods for estimating emissions during these initial flows do not provide reliable estimates, therefore, these completion flowbacks are not included in averages. Completion flowbacks MC-3, MC-4 and MC-5 also had some missing data, but in this case the completion flowbacks were included in the averaging. These completions involved no initial flow to an open top tank. Flowback went directly to a temporary separator; gas from the separator went to sales, and liquids from the separator went to a vented flowback tank (Configuration 3). The study team made several days of measurements, but the arrival of a hurricane necessitated removing the temporary stacks. The flowbacks continued throughout the hurricane. The study team used the completion reports to extrapolate data that had already been collected on the vent from the flowback tank. Because the study team was able to develop an extrapolation based on emission behavior that had already been directly measured for several days, the data were included.

Additional data for each of the 27 completions are provided in Table S1-6. Table S1-6 includes potential emissions for each of the completions, and compares net to potential emissions. The concept of potential, as opposed to net emissions is used by the US EPA in its national emission inventory.[4] In this work, the potential emissions from a completion flowback include the emissions that would occur if all of the methane flowing from the well during the completion flowback was emitted to the atmosphere. Configurations 1, 2 and 3 all involve some level of emission control, so measured emissions will be lower than potential emissions. In contrast, for Configuration 4, there are no emission controls so potential emissions and measured emissions are equal. The average fraction of emissions controlled was 98.6%, where:

Fraction of emissions controlled = 1- ($\Sigma$ measured emissions / $\Sigma$ potential emissions)
with the summation taken over 24 of the 27 emission events

BLM_0152081

**Table S1-6.** Potential and actual methane emissions for completion flowbacks

| Completion flowback | Configuration (see Table S1-1) | Potential emissions (scf methane) | Measured emissions (scf methane) | Measured/ potential | Initial production ($10^6$ scf/day)[a] |
|---|---|---|---|---|---|
| AP-1 | 1 | 788,000 | 26,000 | 0.03 | <0.01 |
| AP-2 | 3 | 57,000 | 6,400 | 0.11 | 6.0 |
| AP-3 | 3 | 390,000 | 95,000 | 0.24 | 6.8 |
| AP-4 | 1 | 54,000,000 | 880,000 | 0.02 | 2.2 |
| AP-5 | 1 | 48,000,000 | 190,000 | 0.004 | 7.5 |
| GC-1 | 1 | 5,000,000 | 105,000 | 0.02 | 3.0 |
| GC-2 | 1 | 4,250,000 | 90,000 | 0.02 | 2.7 |
| GC-3 | 2 | 21,500,000 | 260,000 | 0.01 | 1.3 |
| GC-4 | 2 | 13,000,000 | 180,000 | 0.01 | 0.8 |
| GC-5 | 4 | 17,300 | 17,300 | 1 | 5.4 |
| GC-6 | 2 | 12,200,000 | 247,000 | 0.02 | 6.1 |
| GC-7 | 2 | 4,320,000 | 90,000 | 0.02 | 1.5 |
| MC-1 | 4 | 200,000 | 200,000 | 1 | 1.3 |
| MC-2 | 4 | 27,000 | 27,000 | 1 | 1.3 |
| MC-3 | 3 | 20,500,000 | 2,700 | 0.0001 | 3.2 |
| MC-4 | 3 | 17,500,000 | 2,400 | 0.0001 | 3.9 |
| MC-5 | 3 | 18,700,000 | 2,100 | 0.0001 | 3.8 |
| RM-1 | 4 | 24,000 | 24,000 | 1 | Not avail. |
| RM-2 | 4 | 13,000 | 13,000 | 1 | Not avail. |
| RM-3 | 4 | 10,400 | 10,400 | 1 | 0.3 |
| RM-4 | 4 | 30,000 | 30,000 | 1 | 0.3 |
| RM-5 | 4 | 39,000 | 39,000 | 1 | 0.4 |
| RM-6 | 4 | 34,000 | 34,000 | 1 | 0.1 |
| RM-7 | 1 | 22,000 | 500 | 0.02 | 3.2 |
| RM-8 | 1 | 440,000 | 12,000 | 0.03 | 3.2 |
| RM-9 | 1 | 254,000 | 44,000 | 0.17 | 1.7 |
| RM-10 | 1 | 358,000 | 37,700 | 0.11 | 3.2 |
| Average | | 6,500,000** | 90,000** | 0.014* | |

[a]Average daily gas production for first 30 days after completion

*1- Σ measured emissions/ Σ potential emissions, with the summation taken over 24 of the 27 emission events, excluding AP-5, GC-6 and GC-7

**Average taken over 24 of the 27 emission events, excluding AP-5, GC-6 and GC-7

BLM_0152082

The data reported in Tables S1-2 to S1-6 are the first extensive measurements reported to date on methane emissions from well completion flowbacks. However, national inventories of methane emissions have been performed.[4] In the most recent EPA national greenhouse gas emission inventory,[4] a total of 8077 well completions with hydraulic fracturing are estimated to result in 63.6 billion scf of methane emissions for an average of 7.87 million scf of potential methane emissions per event. EPA then reduced their potential emission estimates due to assumed reductions from regulatory and voluntary controls. In the national inventory, EPA combines reductions associated with well completion flowbacks and workovers with hydraulic fracturing. In order to allow a comparison between the emissions reported in this work and an average emission per completion flowback in the national inventory, the same percentage reduction to potential emissions was applied to workovers and completion flowbacks. Specifically, since potential emissions for completion flowbacks (63.6 billion scf) and workovers with hydraulic fracturing (13.8 billion scf) totaled 77.4 billion scf, and since total reductions were 36 billion scf, the percentage reduction applied to potential emissions for both completion flowbacks and workovers with hydraulic fracturing was 46.4%. This leads to an estimate of 34 billion scf of net methane emissions for completion flowbacks and 7.4 billion scf of net emissions for workovers with hydraulic fracturing. The average net completion flowback emissions, per event is 4.2 million scf of methane. In this work, the average emission per completion flowback is 0.09 million scf per event, a reduction of 98% relative to the 4.2 million scf average for actual emissions in the EPA national inventory.

This large difference between the net emissions measured in this work and the net emissions estimated in the national inventory is due to several factors. First, the average potential emissions for completion flowbacks, measured in this work, are 20% lower than estimated by EPA. Second, 67% of the wells sent methane to sales or control devices. Third, for those wells with methane capture or control, 99% of the potential emissions were captured or controlled. Combined, these three factors account for approximately 80% of the reduction in emissions relative to the EPA inventory. Finally, the wells with uncontrolled releases had much lower than average potential to emit. Of the 9 wells in this work that had uncontrolled venting of methane, the average potential to emit was 43,000 scf (0.83 Mg), which is 0.55% of the average potential to emit in the national inventory. This accounts for the remainder of the emissions difference.

**S1.3   Uncertainty Estimates**

Confidence limits for the completion flowback emissions were estimated using two complementary approaches. As noted earlier in this section, uncertainties associated with composition and flow measurements were estimated and combined into an overall measurement uncertainty. For the completion flowbacks, this resulted in uncertainty bounds that were in the range of 20% of emissions. A complementary bootstrapping method[6] was employed to develop

S-22

an estimate of the combined sampling and measurement uncertainties.  In the bootstrapping procedure, the original data set of 24 flowbacks was recreated by making 24 random event selections, with replacement, from the data set.  A total of 1000 of these re-sampled data sets were created and the mean value of the emissions for each re-sampled data set was determined. The 95% confidence interval for the emission estimate of 90,000 scf is 35,000-173,000 scf, where the bounds represent the 2.5% and 97.5% percentiles of the means in the 1000 re-sampled datasets.  The combined measurement and sampling uncertainty estimate from the bootstrapping procedure leads to a much larger uncertainty range than would be estimated from the uncertainty associated with the measurement alone.  Therefore the overall uncertainty in the completion flowback emission estimate is reported as the uncertainty determined from the bootstrapping method.

BLM_0152084

## S2      Direct Source Measurements: Wells in Routine Production

### S2.1  Methods
*Source types*

Emission sources on production sites include pneumatically powered equipment, such as pumps and controllers, leaks from piping and equipment and flashing of methane from storage tanks.  In addition, some sites may have equipment such as compressors that may have methane in their exhaust.  The focus in this work was on measuring emissions from pneumatic pumps and controllers and measuring leaks from equipment, pipes, flanges and fittings.  These sources were chosen for measurement because they are currently estimated to contribute over 20 bcf of the EPA national inventory from natural gas production.[4]  Figure S2-1 shows a representative well site configuration with potential emission sources identified.

**Figure S2-1.**  Gas Well Production Site



The equipment present on individual well sites can be highly variable.  Sites could contain one or multiple wells.  Some sites isolate wells from separators and their controllers and in these cases, a site may have no wells.   At sites with multiple wells, the wells might each have their own separator and tank system, or separator and tank systems servicing multiple wells might be in place.  Additional equipment such as dehydrators and compressors were present on

BLM_0152085

some sites but not others. Some sites had solar powered devices (e.g., chemical injection pumps) or combustion control devices that reduced or eliminated emissions even if the equipment associated with production was the same.

This heterogeneity in the configuration of well sites has been documented in other studies. For example, in a study by the City of Fort Worth,[7] which reports on emissions from 375 well sites in the Barnett Shale production region (sites were randomly selected from the well sites that were within the City of Fort Worth), 30% of the sites had one well, 63% had between 2 and 6 wells, and one site had 13 wells. Similarly, while 78% of the sites had between 1 and 4 tanks, 16% had more than 4 tanks, and one site had 20 tanks. The potential sources of fugitive emissions, such as valves and flanges, varied by an order of magnitude or more between sites. Ten percent of the sites had less than 62 valves, but 10% had more than 446 valves. Ten percent of the sites had 390 or less connectors (such as flanges), but 10% had more than 3571.

Because of the heterogeneity of individual well sites, this study will not focus on average emissions per site. Instead, the data analysis reported here will be on individual equipment types and emissions per well. Specifically, emissions for chemical injection pumps and pneumatic controllers will be reported per device. The equipment leak measurements included leaks from wellhead equipment, piping, flanges, fittings, valves, separators, dehydrators, and non-exhaust emissions from compressors. Since the equipment count is expected to scale with the number of wells, emissions from equipment leaks are reported per well. Emissions for tanks were not examined because access to the multiple potential leak sites on tanks would have required a lift at each site, severely limiting the number of sites that could have been visited.   Measurements from exhaust gases (e.g., from compressor exhaust) were also not included.

For the pneumatic pumps and pneumatic controllers, emissions are reported as regional and national averages per device. Equipment leak emissions at a site are divided by the number of wells at a site to arrive at emissions per well. Emissions per well at each site were averaged on both a regional and national basis. These per device and per well emission factors are used in the extrapolation of the data reported here to regional and national estimates, as described in Section S5.

Table S2-1 summarizes the measurements made for each source type.

BLM_0152086

**Table S2-1.** Summary of equipment and sites sampled

| Equipment type | Numbers of devices sampled in each production region | | | | Total |
|---|---|---|---|---|---|
| | Appalachian | Gulf Coast | Midcontinent | Rocky Mtn. | |
| Chemical Injection Pump | 0 | 21 | 41 | 0 | 62 |
| Pneumatic Devices | 133 | 106 | 51 | 15 | 305 |
| Equipment leaks* | 100 | 69 | 50 | 59 | 278 |
| Number of distinct sites | 47 | 58 | 26 | 19 | 150 |
| Number of wells | 168 | 157 | 85 | 79 | 489 |

*Includes leaks from wellhead equipment, piping, flanges, fittings, valves and separators; does not include flashing from tanks or engine exhaust gases

*Measurement methods*

The initial step in the measurements was to scan the site using an infrared camera[8] to identify potential leak sources.  Scanning with an infrared camera is an approved alternative work practice (40CFR60.18) used in identifying leaking equipment.  In the alternative work practice, the threshold for detecting a leak, consistent with the practices used by the study team, is 30 g/hr (0.026 scf/m).   The threshold for detection of a leak with an infrared camera can depend, however, on operator interpretation of visual images and site specific parameters such as the background in the image of the potentially leaking component.

Once the site was scanned with the infrared camera, all identified leaks were measured with a Hi-Flow Sampler.[9]  The Hi-Flow Sampler is a portable, intrinsically safe, battery-powered instrument designed to determine the rate of gas leakage around various pipe fittings, valve packings, and compressor seals found in natural gas production, transmission, storage, and processing facilities.  The Hi-Flow instrument has been used for several decades in measuring emissions of methane in natural gas production.[5,10,11]  The instrument is packaged inside a backpack, thus leaving the operator's hands free for climbing ladders or otherwise accessing locations. The instrument comes with attachments for enclosing leaking devices and is controlled by a handheld unit consisting of an LCD and a 4-key control pad, which is attached to the main unit via a 6 foot coiled cord.

A component's leak rate is measured by sampling at a high flow rate so as to capture all the gas leaking from the component along with a certain amount of surrounding air. By accurately measuring the flow rate of the sampling stream and the natural gas concentration within that stream, the gas leak rate can be calculated (see Equation below). The instrument

BLM_0152087

automatically compensates for the different specific gravity values of air and natural gas, thus assuring accurate flow rate calculations.

$$\text{Leak} = \text{Flow} * (\text{Gas sample} - \text{Gas background}) * 10^{-2}$$

Where:      Leak = Rate of gas leakage from source (cfm)
            Flow = Sample flow rate (cfm)
            Gas sample = Concentration of gas from leak source (volume %)
            Gas Background = Background gas concentration (volume %)

The gas sample is drawn into the main unit through a flexible 1.5 inch I.D. hose. Various attachments connected to the end of the sampling hose provide the means of capturing all the gas that is leaking from the component under test.

The main unit consists of an intrinsically safe, high-flow blower that pulls air, at up to 10 scf/m, from around the component being tested through a flexible hose and into a gas manifold located inside the unit. The sample is first passed through a restrictor where the measured pressure differential is used to calculate the sample's actual flow rate. Next, a portion of the sample is drawn from the manifold and directed to a combustibles sensor that measures the sample's methane concentration in the range of 0.05 to 100% gas by volume.  The combustibles sensor consists of a catalytic oxidizer, designed to convert all sampled hydrocarbons to $CO_2$ and water.  A thermal conductivity sensor is then used to determine $CO_2$ concentration.  A second identical combustibles sensor channel measures the background methane level within the vicinity of the leaking component.

The instrument was calibrated using samples consisting of pure methane in ambient air. However, when natural gas emissions are measured, the instrument will encounter additional hydrocarbons (typically ethane, propane, butane and higher alkanes).  To account for the effect of these species on the measurements, gas composition data were collected for each natural gas production site that was visited.  Typically this gas analysis was provided by the site owner. Based on the gas composition, provided for each site in the study data set, the percentage of carbon accounted for by methane, in the sample stream, was determined.  This percentage, multiplied by the total gas flow rate reported by the instrument, was the methane flow.

The final element in the sampling system is a blower that exhausts the gas sample back into the atmosphere away from the sampling area. The measured flow rate and the measured methane levels (both leak and background levels) are used to calculate the leak rate of the component being tested, with all measured and calculated values being displayed on the handheld control unit.

Once the equipment leak emissions, detected by the infrared camera were quantified, emissions from pneumatic chemical injection pumps and pneumatic controllers were measured with the Hi-Flow Sampler.  All operating pneumatic Chemical Injection Pumps were sampled.

S-27

Some sites had solar powered electrical pumps, which did not emit methane in normal operation as pneumatic pumps do. Other sites had pneumatic pumps installed but not in operation. Still other sites did not have pumps. Both solar powered and non-operating pneumatic pumps were only sampled if leaks were detected using the infrared camera.

Because many of the devices sampled had intermittent flows (e.g., pneumatic pumps and controllers), a variety of methane concentrations were encountered by the Hi-Flow measurement system as the operation cycle for a pump or controller was sampled. Because of this intermittency in flow, determining the detection limit for the measurement system is not simple. It can be quantified based on the smallest non-zero emission rate measured. In this work, the smallest non-zero emission rate measured by the Hi-Flow system was 0.00048 scf/m and therefore the detection limit will be assumed to be less than or equal to that value.

Measurements were made on a total of 305 pneumatic controllers, representing an estimated 41% of the controllers, randomly sampled from the controllers associated with the wells that were sampled. This approach of random sampling was adopted after the first sites had already been visited. For the first sites, only pneumatic controllers that were observed to be actively emitting methane were sampled. Statistical analysis of the data collected using the two approaches showed no systematic difference so the data for the controllers were treated as one dataset.

*Data analysis methods and uncertainty reporting*

Average methane emission rates, by equipment type, will be the primary method of data reporting in this section. The uncertainty in these average emission estimates is dominated by the uncertainty in the representativeness in the sample set. There are hundreds of thousands of natural gas production wells in the United States, and the number of sites sampled in this work, while large in comparison to other emission data sets, is small relative to the total number of sites available. Therefore, the uncertainties reported in this section will characterize the expected uncertainty in the emission means, using a method referred to as bootstrapping.[6]

In the bootstrapping procedure, a data set was re-sampled at random (with replacement). For example, for Chemical Injection Pumps, the original data set of 62 pumps was recreated by making 62 random pump selections, with replacement, from the data set. A total of 1000 of these re-sampled data sets were created and the mean value of the emissions for each re-sampled data set was determined. The bounds reported here represent the 2.5% and 97.5% percentiles of the means in the 1000 re-sampled datasets. This bootstrapping procedure was used to establish uncertainty estimates for chemical injection pumps, pneumatic controllers and equipment leaks.

BLM_0152089

## S2.2    Results and Discussion

*Pneumatic Chemical Injection Pumps*

Pneumatic Chemical Injection Pumps use the pressure from on-site natural gas to drive pumps that inject anti-corrosion and other liquids into the produced gas stream.  Table S2-2 reports emission rates, by region, and a national average, for Chemical Injection Pumps.

Not all wells had active Chemical Injection Pumps.  For example, no operating Chemical Injection Pumps were encountered at active production sites in the Appalachian or Rocky Mountain regions.  When Chemical Injection Pumps were present, some were solar powered (no routine methane emissions), and some wells had pneumatic injection pumps that had been installed but were not in operation (e.g., because the liquids, such as anti-corrosion additives, were not required by the well at that point in the well life).

Table S2-2 reports both "whole gas" emission rates, and methane emission rates.  The methane emissions rate is based on the Hi-Flow Sampler measurement.    Whole gas (natural gas) emissions are reported here since emission factors are expressed in US EPA emission factors as whole gas emissions per device.

**Table S2-2.**  Emissions from Chemical Injection Pumps

|  | Emissions per Pneumatic Chemical Injection Pump* | | | | |
|---|---|---|---|---|---|
|  | Appalachian | Gulf Coast | Midcontinent | Rocky Mtn. | Total |
| Number sampled |  | 21 | 41 |  | 62 |
| Emissions rate (scf methane/min/device)** |  | 0.476 ± 0.200 | 0.047 ± 0.013 |  | 0.192 ± 0.085 |
| Emissions rate (scf whole gas/min/device, based on site specific gas composition)** |  | 0.506 ± 0.209 | 0.050 ± 0.014 |  | 0.204 ± 0.089 |

*Solar powered pumps, and pneumatic pumps that were present but not in operation are not included in the total
**Uncertainty characterizes the variability in the mean of the data set (as described in Section S2.1), rather than an instrumental uncertainty in a single measurement

BLM_0152090

The average values of emissions per pump for Chemical Injection Pumps reported here are similar to the emission factor suggested by EPA[3] for use in estimating methane emissions (13.3 scf whole gas per pump per hour vs. 12.2 (9% lower) reported here).  As described in Section S5, however, if estimated emission reductions are applied to potential emissions, the net EPA estimate will be less per pump than the values reported here.

There is significant geographical variability in the emissions rate from Chemical Injection Pumps between production regions.  Emissions per pump from the Gulf Coast are statistically different (higher) than emissions from pumps in the Midcontinent region.  The difference in average values is roughly an order of magnitude.

A number of hypotheses were examined to attempt to explain the differences in emissions.  Volume of liquid pumped was not a good predictor of emissions.  Well head and separator pressure were considered since the pumps must overcome these pressures to drive liquid flow. These variables also were not good predictors of emissions. Company specific practices were also considered.  While roughly 90% of the samples came from two companies, one from each region (see Section S6), a total of 6 companies provided data, 3 in the Gulf Coast and 3 in the Midcontinent, and for all of these companies the same regional differences (Gulf Coast emissions > Midcontinent) were observed.  Mean values of emissions, by company, were similar in each of the regions.   Other possibilities, that have not yet been investigated, but that may be pursued in follow-up work, include pump design or local regulatory requirements.

*Pneumatic Controllers*

Pneumatic Controllers use the pressure from on-site natural gas to drive devices that actuate valves controlling flow from units such as separators to units such as tanks. Table S2-3 reports emission rates, by region and a national average, for Pneumatic Controllers.

**Table S2-3.**  Emissions from Pneumatic Controllers

|  | Emissions per Pneumatic Controller* | | | | |
|---|---|---|---|---|---|
|  | Appalachian | Gulf Coast | Midcontinent | Rocky Mtn. | Total |
| Number sampled | 133 | 106 | 51 | 15 | 305 |
| Emissions rate (scf methane/min/device)** | 0.126 ± 0.043 | 0.268 ± 0.068 | 0.157 ± 0.083 | 0.015 ± 0.016 | 0.175 ± 0.034 |
| Emissions rate (scf whole gas/min/device, based on site specific gas composition)** | 0.130 ± 0.044 | 0.289 ± 0.071 | 0.172 ± 0.086 | 0.021 ± 0.022 | 0.187 ± 0.036 |

*Intermittent and low bleed controllers are included in the total; no high bleed controllers were reported by companies providing controller type information
**Uncertainty characterizes the variability in the mean of the data set (as described in Section S2.1), rather than an instrumental uncertainty in a single measurement

BLM_0152091

The average values of emissions per device for Pneumatic Controllers reported here are comparable to the values suggested by EPA[3] for use in estimating methane emissions (1.39, 37.3 and 13.5 scf whole gas per device per hour for low bleed, high bleed and intermittent bleed controllers vs. 11.2 reported here for a mix of intermittent and low bleed controllers). No high bleed controllers were reported by the companies that provided controller type information. At a total of 55 sites, site operators reported only intermittent controllers and at 24 sites, site operators reported only low bleed controllers. These sites, where potential mis-identification of controller type is less likely to be a confounding factor, can be used to establish separate emission factors for intermittent and low-bleed devices. These emission factors are 0.290±0.120 scf natural gas per device per minute (17.4 scf/h, 5.9±2.4 g scf/m assuming a natural gas density of 20.3 g/scf, as measured in this work) for intermittent controllers and 0.085±0.049 scf/m (5.1 scf/h, 1.7±1.0 g scf/m assuming a natural gas density of 20.3 g/scf, as measured in this work) for low bleed controllers. For intermittent and low bleed controllers, the measured emission factors are 29% and 270% higher than the EPA emission factors (expressed in units of scf whole gas per hour), respectively.

There is significant geographical variability in the emissions rate from pneumatic controllers between production regions. Emissions per controller from the Gulf Coast are highest and are statistically different than emissions from controllers in Rocky Mountain and Appalachian regions. The Rocky Mountains have the lowest emissions. The difference in average values is more than a factor of ten between Rocky Mountain and Gulf Coast regions.

Some of the regional differences in emissions may be explained by differences in practices for utilizing low bleed and intermittent controllers. For example, new controllers installed after February 1, 2009 in regions in Colorado that do not meet ozone standards, where most of the Rocky Mountain controllers were sampled, are required to be low bleed (or equivalent) where technically feasible (Colorado Air Regulation XVIII.C.1; XVIII.C.2; technical feasibility criterion under review as this is being written). However, observed differences in emission rates between intermittent and low bleed devices (roughly a factor of 3) are not sufficient to explain all of the regional differences. A number of additional hypotheses were examined to attempt to explain the differences in emissions. For datasets consisting entirely of intermittent or entirely of low-bleed devices, the volume of oil produced was not a good predictor of emissions. Well head and separator pressure were also not good predictors of emissions. The definition of low-bleed controllers may be issue, however. All low bleed devices are required to have emissions below 6 scf/hr (0.1 scf/m), but there is not currently a clear definition of which specific controller designs should be classified as low bleed and reporting practices among companies can vary. Other possibilities for explaining the low-bleed emission rates observed in this work, that have not yet been investigated, but that may be pursued in follow-up work, include operating practices for the use of the controllers.

BLM_0152092

*Emissions from equipment leaks*

Emissions from leaks in piping, valves, separators, wellheads, and connectors located on site are reported in Table S2-4.  The data are reported as emissions normalized by the number of wells on each site.  Out of the 150 sites visited, 146 had wells on the sites.  The remaining 4 sites, all in the Gulf Coast region, had separators and other equipment on site, but no wells.  Some companies operating in the Gulf Coast region isolate wells from separators and aggregate separators for multiple wells on a single site.  Because these sites did not include all of the equipment associated with natural gas production, and because the wells associated with the separators were not sampled, these four sites were excluded in the data averaging.  The equipment at the four sites with no wells was estimated to be associated with 11 off-site wells, making a well count of 478 for 146 sites.  The average emissions per well for these four sites (assuming one well per separator located at the site) were all less than the average per well emissions reported for the Gulf Coast.

Emissions are reported per well because the variability in the number of wells and the type of equipment located on well sites makes averaging emissions per site a less useful way to represent equipment leak data than average emissions from leaks per well (leaks at a site divided by the number of wells at the site).  Further, the number and type of equipment that could be potential leak sources generally scales with the number of wells.

**Table S2-4.**  Emissions from equipment leaks

| | Emissions per Well* | | | | |
|---|---|---|---|---|---|
| | Appalachian | Gulf Coast | Midcontinent | Rocky Mtn. | Total |
| Number of sites with wells visited (number of sites with leaks detected) | 47 (30) | 54 (31) | 26 (19) | 19 (17) | 146 (97) |
| Emissions rate (scf methane/min/well)** | 0.098 ± 0.059 scf/m/well | 0.052 ± 0.030 scf/m/well | 0.046 ± 0.024 scf/m/well | 0.035 ± 0.026 scf/m/well | 0.064 ± 0.023 scf/m/well |
| Emissions rate (scf whole gas/min/well, based on site specific gas composition)** | 0.100 ± 0.060 scf/m/well | 0.058 ± 0.033 scf/m/well | 0.055 ± 0.034 scf/m/well | 0.047 ± 0.034 scf/m/well | 0.070 ± 0.024 scf/m/well |

*All leaks detected with the FLIR camera, not including pneumatic pumps and controllers are included in the total
**Uncertainty characterizes the variability in the mean of the data set (using a bootstrapping method as described in Section 2.3), rather than an instrumental uncertainty in a single measurement

BLM_0152093

The average values of equipment leak emissions per well reported here are similar to the average values of potential emissions per well for gas wells, separators, heaters, piping and dehydrator leaks (0.072 scf methane/min/well), calculated by dividing the potential emissions in these categories in the EPA national inventory by the number of wells.[4]  Two issues confound this comparison, however.  First, measurements made in this work included non-exhaust emissions from compressors that were located on well sites.  These compressors can perform a variety of functions, including lift and compression for delivery into sales lines.  The national inventory groups fugitive emissions from all of these types of compressors into a category for gathering compressors (3.5 billion scf/year; 0.015 scf/m per well).  It would be appropriate to include some of these emissions in the comparisons to the measurements made in this work, but not all of the emissions, since this work did not collect data on all gathering compressors for the wells that were sampled.  A second factor confounding comparisons with the national inventory is that the EPA calculates net emissions in the national inventory by subtracting reductions from potential emissions.  The equipment leak reductions are reported as an aggregate reduction that also includes reductions associated with blowdowns, pressure relief valves, some coal-bed methane categories and other source categories (see Section S5).  If these reductions are assumed to be the same percentage of potential emissions for these categories, the emissions in the national inventory (not including compressors) are 9 billion scf (172 Gg, 0.04 scf/m per well).  These estimated net emissions from equipment leaks are roughly half to two-thirds (depending on how compressors are included) of the emissions measured in this work.

## S2.3   Uncertainty Estimates

Confidence limits for the emissions were estimated using two complementary approaches.  Uncertainties associated with composition and flow measurements were estimated as approximately 10% of emissions.  A complementary bootstrapping method[6] was employed to develop an estimate of the combined sampling and measurement uncertainties.  In the bootstrapping procedure, the original data set of was recreated by making random event selections, with replacement, from the data set.  A total of 1000 of these re-sampled data sets were created and the mean value of the emissions for each re-sampled data set was determined.  The 95% confidence interval for the emission estimate represents the 2.5% and 97.5% percentiles of the means in the 1000 re-sampled datasets.  The combined measurement and sampling uncertainty estimate from the bootstrapping procedure leads to a much larger uncertainty range than would be estimated from the uncertainty associated with the measurement alone.  Therefore the overall uncertainty in the emission estimate is reported as the uncertainty determined from the bootstrapping method.

BLM_0152094

## S3   Direct Source Measurements: Gas Well Liquids Unloading

### S3.1   Methods

The method used to measure emissions from manual liquid unloading of a gas well, by well blowdown, is similar to the method used to measure emissions from flowback tanks, described in Section S1.  Flow is directed through a portable stack installed on top of the tank vent on the blowdown site tanks.  Figure S3-1 shows a temporary stack in use.  Grounded metal or metal lined tubing was used to prevent static discharge.  Flow rate through the temporary stack was measured continuously, near the centerline of the temporary stack, using a pitot tube.

**Figure S3-1.**  Temporary Stack on Blowdown Site Tank Hatches



Where there were multiple tanks manifolded together, either all of the blowdown was routed to a single tank with a temporary stack, or temporary stacks were placed on all of the tanks that were vented.    Total volumetric flow was calculated by multiplying the cross-sectional area of each stack by 80% of the gas velocity at the stack centerline.  The factor of 0.8 was used to convert the centerline velocity in the stack to an estimated average velocity in the stack, accounting for the change in velocity profile from friction near the stack walls.[1]

Since the gas vented is the produced natural gas, the methane fraction of the vented gas will be assumed to be equal to the methane fraction in the normally produced gas.  This was presumed to be a more accurate indicator of total emissions than measurements of the gas composition made through the temporary stack.  The gas exiting through the temporary stack during the blowdown period is a combination of the blowdown gas and the gas initially in the tank (typically much lower in methane than the site's produced gas).  At the end of the

BLM_0152095

blowdown, the tank will contain more methane, from the blowdown, than was in the tank at the start of the blowdown. This methane, which is associated with the blowdown event, will eventually be released as part of normal tank operations. Multiplying vented gas volume by production gas methane fraction captures these emissions that occur because of the blowdown but that are not released during the period when the tank is actively venting through the thief hatch.

Uncertainty in these measurement methods is estimated at 10% of the measured emissions and this estimate is dominated by the assumed uncertainty in the flow (10%). Variability in the gas composition from the well is expected to be much less than 10%. As described later in this section, these measurement uncertainties are small compared to the combined sampling and measurement uncertainty.

## S3.2    Results and Discussion

Emissions were measured for a total of 9 gas well liquid unloading events for non-plunger lift wells. Measurements were made in the Appalachian, Gulf Coast, and Rocky Mountain production regions. No data were taken in the Midcontinent region because there were no unloadings at the visited fields during the measurement campaign. Data are presented in Tables S3-1 and S3-2. Unloading events 1a-1c were performed on three different wells at a single well site and unloading events 2a-c were also performed at three different wells at a single well site, in a different production region than Events 1a-c.

The unloadings were heterogeneous in their characteristics. Methane emissions ranged from less than 1,000 scf to 191,000 scf. Some unloadings lasted two hours (or more) and had relatively uninterrupted flow (Events 1a-b). Other unloadings were as short as 10-15 minutes (e.g, Events 2b and 3) with uninterrupted flow and still others had intermittent flow for short periods and periods of no flow for much of the unloading period (e.g., Events 2a, 2c).

The data from the unloading events can be averaged in multiple ways. One method for averaging the emissions is to consider emissions per event. Total emissions for the nine events are summed and divided by the number of events (9 events). This leads to an average of 57,000 scf of methane per event and a median value of 5,000 to 11,000 scf. Bootstrapping methods (see Section S1) established 95% confidence bounds of 17,000-105,000 scf. The emissions from four of the 9 events contribute over 95% of the total emissions, so if this sample is representative, there is a population of high emitting events and a population of low emitting events.

A second method for analyzing the data recognizes that average emissions are often used to establish an annual emission estimate for unloading for individual wells. An annual emission estimate will multiply the emissions per event by a frequency (events per year) of the events. These calculations are reported in Table S3-2. For the nine wells for which data were available, this average was 300,000 scf per well per year (95% confidence limit of 100,000-620,000 scf). This per well average of unloading emissions is comparable to the 215,000 scf average emissions

BLM_0152096

per well per year for unloading without plunger lifts in EPA's national inventory (7,734 million scf for unloadings without plunger lifts for 35,828 wells with this type of unloading[4]) and an estimate of 240,000 scf methane based on a survey conducted by the American Petroleum Institute and America's Natural Gas Alliance.[12]   Again, however, the data are skewed with three very low emitting wells in the Rocky Mountain region, and much higher emissions per well in the Gulf Coast and Appalacian regions.

BLM_0152097

**Table S3-1.** Emissions and well data for measurements of manual well unloading

| Event (Region) | Volume vented, scf Raw and (corrected) | Methane in produced gas (vol %) | Methane emitted per event (scf)[b] | Duration of blowdown[c] (hr) | Volume of well bore (ft³) | Well shut-in pressure (psia) | Normal production rate for well (scf/hr) | Events per year for well[g] |
|---|---|---|---|---|---|---|---|---|
| 1a (GC) | 248,500[a] (199,000)[b] | 96% | 191,000 | 2.77[d] | 10,906 | 300 | 374,000 | 7 |
| 1b (GC) | 208,100[a] (166,000)[b] | 96% | 159,000 | 1.904[d] | 10,906 | 300 | 374,000 | 1 |
| 1c (GC) | 85,800[a] (68,600)[b] | 96% | 65,900 | 0.63[d] | 10,906 | 300 | 374,000 | 1 |
| 2a (RM) | 1,810[a] (1,450)[b] | 92.9% | 1,350 | 0.75[e] | 1,875 | 527 | 295,000 | 2 |
| 2b (RM) | 1,770[a] (1,420)[b] | 92.9% | 1,320 | 0.2[d] | 1,876 | 642 | 169,000 | 4 |
| 2c (RM) | 1,270[a] (1,020)[b] | 92.9% | 950 | 1.25[e] | 1,900 | 1116 | 304,000 | 2 |
| 3 (AP) | 14,550[a] (11,600)[b] | 97.4% | 11,300 | 0.25[d] | 1,404 | 890 | 208,000 | 12 |
| 4 (GC) | 5670[a] (4540)[b] | 84.4% | 3,800 | 1.1[f] | 1,977 | 1500 | 25,000 | 12 |
| 5 (GC) | 121,200[a] (97,000)[b] | 81.4% | 79,000 | 1.25[d] | 1,977 | 1450 | 16,700 | 12 |
| Avg. | 76,500 (61,200) | 93% | 57,000 | 1.0 | 4,900 | 780 | 240,000 | 5.9 |

[a]based on temporary stack cross sectional area * centerline velocity
[b]based on temporary stack cross sectional area * centerline velocity * 0.8
[c]measured based on the time of first appearance of gas flow in temporary stack to end of gas flow in temporary stack
[d]Once gas flow began, flow was continuous until the end of the unloading
[e]An initial burst of flow for ~5 minutes, flowed by a period of no flow, followed by a burst of flow for ~5-15 minutes
[f]Flow for 1 hour 5 minutes with 4 bursts of flow of up to 15 minutes, periods of no flow of up to 35 minutes.
[g]Reported by companies that provided the wells for sampling

BLM_0152098

**Table S3-2.** Emissions estimates per well per year for manual well unloading

| Event | Region[a] | Methane emitted per event (scf)[b] | Events per year for well | Emissions per year for well (scf) |
|-------|-----------|-----------------------------------|--------------------------|-----------------------------------|
| 1a | GC | 191,000 | 7 | 1,337,000 |
| 1b | GC | 159,000 | 1 | 159,000 |
| 1c | GC | 65,900 | 1 | 65,900 |
| 2a | RM | 1,350 | 2 | 2,700 |
| 2b | RM | 1,320 | 4 | 5,280 |
| 2c | RM | 950 | 2 | 1,900 |
| 3 | AP | 11,300 | 12 | 136,000 |
| 4 | GC | 3,800 | 12 | 45,600 |
| 5 | GC | 79,000 | 12 | 948,000 |
| Avg. | | 57,000 | 5.9 | 300,000 |

[a]GC: Gulf Coast; RM: Rocky Mountain; NE: Northeast
[b]based on temporary stack cross sectional area * centerline velocity * 0.8

Since the number of events sampled is very small relative to the total number of wells and unloading events (35,828 wells with unloading events without plunger lifts in the 2013 EPA national inventory), the characteristics of the wells sampled in this work should be compared to wider populations. One source of data is a survey reported by the American Petroleum Institute and America's Natural Gas Alliance.[12] In this survey, over 20 companies provided unloading data on 40,000-60,000 wells (with the number in the sample depending on the type of emission event). Based on these survey data, API/ANGA estimate national totals of 28,863 wells without plunger lift that vent for unloading and 36,806 wells with plunger lift that vent for unloading. For the non-plunger lift wells, API/ANGA report an average of 32.57 events per well per year, higher than the average of 5.9 in this work. The average duration is 1.90 hours, which is roughly double the average time of 1.0 hr for the unloadings sampled in this work. The average release for wells without plunger lift (based on data in Appendix C of API/ANGA[12]) is 304,000 scf of gas or 240,000 scf methane per well per year, assuming that gas is 78.8% methane. This is consistent with the data reported in this work (300,000 scf methane per well per year), however, while the per well annual emission rates for the 9 wells sampled in this work are consistent with the per well annual emissions in the API/ANGA data, there are significant differences between the two populations. One major difference is the frequency of unloading. The wells in the API/ANGA survey have an average of 32.57 unloadings per year, while in this work the average is 5.9. This means that the average per event, accounting for the different frequency of unloading of individual wells, is 9300 scf gas (7350 scf methane) in the API/ANGA survey and 57,000 scf methane in the observations reported here. The API/ANGA dataset contains more wells that unload with high frequency, but lower emissions per event, than the data reported here.

BLM_0152099

Another difference between the API/ANGA survey reports and the data reported here is that the API/ANGA dataset relies on estimated, rather than measured emissions. The emissions were estimated using the method suggested for unloading events in EPA's Greenhouse Gas Reporting Program (GHGRP).[3] Methodology 2 for unloading without plunger lifts in the GHGRP[3] assumes that the volume in the entire length of the pressurized well is vented to the atmosphere. This is assumed to occur during the first hour of the blowdown, if the blowdown lasts more than one hour, and any gas flow beyond 1 hour is assumed to occur at the normal well gas flow rate production rate. If the blowdown lasts for less than one hour, the emissions are assumed to be equal to the volume in the pressurized well. The equation (W-8) provided by EPA is:

$$E_{s,n} = \sum_{p=1}^{W}\left[ V_p \times \left( (0.37\times10^{-3})\times CD_p^2 \times WD_p \times SP_p \right) + \sum_{q=1}^{V_p}\left( SFR_p \times (HR_{p,q}-1.0)\times Z_{p,q} \right) \right]$$

Where:

$E_{s,n}$ = Annual natural gas emissions at standard conditions, in cubic feet/year; this work assumes one event and reports the results per event

W = Total number of wells with well venting for liquids unloading for each sub-basin = 1 in this work.

$0.37\times10^{-3}$ = {3.14 (π)/4}/{14.7*144} (psia converted to pounds per square feet).
$CD_p$ = Casing internal diameter for each well, p, in inches.
$WD_p$ = Well depth from either the top of the well or the lowest packer to the bottom of the well, for each well, p, in feet.
$SP_p$ = For each well, p, shut-in pressure or surface pressure for wells with tubing production or casing pressure for each well with no packers in pounds per square inch absolute (psia); or casing-to-tubing pressure ratio of one well with no packer from the same sub-basin multiplied by the tubing pressure of each well, p, in the sub-basin, in pounds per square inch absolute (psia); in this work the product of $0.37\times10^{-3}* CD_p* WD_p* SP_p$ is obtained by multiplying the well volume (in ft³, from Table S3-1), by the shut-in pressure (in psia, from Table S3-1) and dividing by 14.7

$V_p$ = Number of unloading events per year per well, p; assumed equal to 1 in this work
.
$SFR_p$ = Average flow-line rate of gas for well, p, at standard conditions in cubic feet per hour; for this work these data are reported in Table S3-1.

$HR_{p,q}$ = Hours that each well, p, was left open to the atmosphere during each unloading event, q; for this work these data are reported in Table S3-1.

1.0 = Hours for average well to blowdown casing volume at shut-in pressure.

S-39

BLM_0152100

$Z_{p,q}$ = If $HR_{p,q}$ is less than 1.0 then $Z_{p,q}$ is equal to 0. If $HR_{p,q}$ is greater than or equal to 1.0 then $Z_{p,q}$ is equal to 1.

Data for all of the input variables for EPA equation W-8 (above) were collected from each study participant on the wells where direct measurements were made and are reported in Tables S3-2 and S3-3. Table S3-3 reports the results of applying this estimation method to the 9 well unloadings (without plunger lift) sampled in this work.

**Table S3-3.** Comparison of measured and estimated gas volumes emitted during well blowdown

| Event number | Measured Volume vented (scf) | Total Emission Estimate per event based on Equation W-8 (scf) | Total Emission Estimate per well per year based on Equation W-8 and events/yr (Table 4-2) (scf) | Emissions based on well bore volume from Equation W-8 (scf) | Emissions, after hour 1, based on production rate (scf) |
|---|---|---|---|---|---|
| 1a | 248,500[a] (199,000)[b] | 884,600 | 6,192,600 | 222,600 | 662,000 |
| 1b | 208,100[a] (166,000)[b] | 559,200 | 559,200 | 222,600 | 336,600 |
| 1c | 85,800[a] (68,600)[b] | 222,600 | 222,600 | 222,600 | 0 |
| 2a | 1,810[a] (1,450)[b] | 67,200 | 134,400 | 67,200 | 0 |
| 2b | 1,770[a] (1,420)[b] | 81,900 | 327,600 | 81,900 | 0 |
| 2c | 1,270[a] (1,020)[b] | 144,200 | 288,400 | 144,200 | 0 |
| 3 | 14,550[a] (11,600)[b] | 85,000 | 1,020,000 | 85,000 | 0 |
| 4 | 5670[a] (4540)[b] | 204,200 | 2,450,200 | 201,700 | 2,500 |
| 5 | 121,200[a] (97,000)[b] | 199,200 | 2,390,000 | 195,000 | 4,200 |
| Avg. | 76,500[a] (61,200)[b] | 270,000 | 1,500,000 | 159,000 | 111,000 |

[a]based on temporary stack cross sectional area * centerline velocity
[b]based on temporary stack cross sectional area * centerline velocity * 0.8

In general, a simplified model assuming that the entire volume of the pressurized well is emitted during an unloading appears to work in some cases (e.g., Events 1a and 1b), but not in others (e.g., Events 2a-c). Further, the detailed temporal patterns of gas flow observed in this

BLM_0152101

work do not support the concept of a transition in the mechanism of flow after a one hour time period.

Overall, the average emission estimate, employing EPA emission estimation methods, for the 9 unloadings reported here (270,000 scf methane), is roughly five times the measured average per event of 57,000 scf. If the estimated emissions are calculated by well (multiplying the emissions per event by the events per year for the well), the average is 1,500,000 scf methane, six times the average in the API/ANGA survey.

All of these averaging methods assume a single scalar value represents a wide range of unloadings; the data presented in this work and in the API/ANGA survey suggest that refined emission estimation methods, taking into account well and unloading characteristics, will be required. Additional measurements of unloading emissions are needed, both to resolve the differences between estimates and measurements, and to better characterize the population of wells with unloading emissions.

Finally, it is also clear from the data that properly accounting for unloading emissions will be important in reconciling emission inventories with regional ambient measurements. Average methane emission rates for a single unloading ranged from roughly a hundred grams per minute (5 scf/m) to in excess of 30,000 grams per minute (1500 scf/m), with a mean value of approximately 10,000 g/min (500 scf/m). Values for specific unloadings can be calculated from the data in Table S3-1. The unloading emission rates are much larger than emission rates for production sites (typically approximately 1 scf/m per well) or from completions (typically tens of scf/m per event). At these emission rates, a single unloading event could, during the very short period that it is occurring, result in emissions that are the equivalent of just a few wells in routine production to the equivalent of up to several thousand wells in routine production. This indicates that reconciliation between instantaneous ambient measurements and emission inventories will need to very carefully represent the emissions from unloadings.

## S3.3   Uncertainty Estimates

Confidence limits for the unloading emissions were estimated using two complementary approaches. As noted earlier in this section, uncertainties associated with composition and flow measurements were estimated as approximately 10% of emissions. A complementary bootstrapping method[6] was employed to develop an estimate of the combined sampling and measurement uncertainties. In the bootstrapping procedure, the original data set of 9 unloadings was recreated by making 9 random event selections, with replacement, from the data set. A total of 1000 of these re-sampled data sets were created and the mean value of the emissions for each re-sampled data set was determined. The 95% confidence interval for the emission estimate of 57,000 scf is 17,000-100,000 scf, where the bounds represent the 2.5% and 97.5% percentiles of the means in the 1000 re-sampled datasets. The combined measurement and sampling uncertainty estimate from the bootstrapping procedure leads to a much larger uncertainty range than would be estimated from the uncertainty associated with the measurement alone. Therefore

BLM_0152102

the overall uncertainty in the unloading emission estimate is reported as the uncertainty determined from the bootstrapping method.

BLM_0152103

**S4      Downwind Tracer Ratio Measurements at Natural Gas Production Sites**

**S4.1     Measurement Description and Objective**

The overall goal of the sampling downwind of natural gas production sites was to perform instantaneous and time integrated measurements of the total methane emissions from natural gas production sites. The resulting emissions measurements represent a site aggregated emission estimate and complement on-site measurements of emissions from multiple emission sources. The objective of these downwind measurements is to determine whether the direct source measurements are capturing all significant sources of emissions, and to assess the magnitude of emissions of methane that were not directly measured using the methods employed in this study, such as emissions that are part of the exhaust gas of devices such as flares.

The measurements employed tracer release methodologies to quantify the total methane emission rate coming from a site. Tracer species were emitted at a controlled rate, on site, at locations as close as possible to methane releases. The tracer species and methane were measured at downwind locations (100 m to more than 1 km). Upwind concentrations were measured, as required, if downwind mobile sampling indicated that concentrations did not return to baseline values outside of detected plumes. If it is assumed that the tracer disperses in a manner equivalent to the methane, the ratio of the far field concentrations of the tracer gas and the sample gas will be the same as the ratios of their emission rates. Thus, the unknown methane emission rate is obtained from the well-known tracer release rate and the ratio of the methane concentration to the tracer concentration detected sufficiently far downwind, as shown in Equation S4-1.

Methane emission rate = Tracer emission rate * (downwind – upwind concentration of methane) / (downwind – upwind concentration of tracer)  (Eqn. S4-1)

Prior work has demonstrated that the "tracer flux ratio" quantification approach can accurately quantify the total emissions from emissions from industrial sites[13] and landfills.[14,15] Prior research has also shown the tracer flux ratio method to be useful at quantifying the sum of small emission rates stemming from a large area where individual measurements would be challenging.[16-19]   The primary assumption underlying the use of the tracer flux ratio approach is the assumption of equivalent dispersion of the tracer and methane. Therefore, in addition to reporting methane emissions estimated using this technique, a series of experiments were conducted to assess the accuracy of the equivalent dispersion assumptions.

Application of this method depends on winds that will form a well-developed plume, detectable at ground level, downwind of the site. The method also requires accessibility of downwind locations for sampling. For this work, since measurements were done using a mobile van, a downwind road network was required. Because of these constraints, downwind sampling was only performed at a subset of the sites. The exact fraction of sites that are amenable to this

S-43

BLM_0152104

type of sampling will depend on meteorological conditions, which may vary by season, as well as topographic conditions.

## S4.2    Methods

### S4.2.1 Mobile Laboratory

The mobile laboratory is a 25' long truck equipped with commercial and research grade instrumentation designed to operate while in motion.  The majority of the instruments on board are in-situ sampling instruments used to characterize the composition of the sampled air.  Other instruments include wind speed and direction, vehicle position and orientation using the global positioning system (GPS), atmospheric pressure and temperature.  Examples of the application of this type of mobile laboratory to atmospheric measurements are described by Kolb et al. [20] and Herndon et al. [21,22].

*Inlet description*

Through an inlet system at the front of the vehicle, ~ 15 standard liters per minute (slpm) of ambient sample are continuously drawn from a common inlet to various instruments that subsample in parallel and series (depending on the needs of the specific instrument).  Generally, each of the instruments has a response time of less than 1 s.  The lag time from sample passage into the inlet and measurement by the instrument varied for each instrument.  For compounds of interest in this work, the lag time was only ~ 1 s because of an 18 fold pressure drop induced just after the sample line had been brought into the truck.  The additional measurements that were not associated with the primary or auxiliary tracer or methane had longer lag times, 5-9 seconds, but retained the rapid time response in the instrument itself.  Reported time series data from the instruments with a longer lag time were consequently time shifted to a common inferred inlet time without averaging.  The timescale of the plume encounters in the atmosphere were 15 seconds to a minute or longer.  Since the time spent in the instrument was typically less than 1 second, the nominal timeshift to common inlet time does not introduce bias when interpreting the concomitant increases in various species.

The inlet system also had an "overblow" line attached where gas from the truck interior could be added within 6 cm of the inlet tip (or the atmosphere).  The line was used to trigger periodic zero gas, used to time the respective inlet lag as well as define instrument zero.  The flow rate of the zero of calibration gas was set to induce less than a 0.2% pressure change at the first instrument in the manifold and still "overflow" the inlet.  Thus, the instrumentation was operated in the same mode between calibration and sample.  The overblow line was also drawn with a minor flow (90 sccm) at its interior terminus in order to prevent the contents of the line from slowly diffusing or turbulently burping into the sample.

BLM_0152105

*Instrument overview*

The mobile lab heading and position were determined using a Hemisphere V110 GPS Compass operated at 1 Hz.  Wind speed and direction were measured several ways.  Fixed portable rotary vane anemometers were deployed at the release site.  On the mobile lab, the apparent wind was measured using a Vaisala WM30 rotary vane anemometer and an AirMar LB150 sonic anemometer.  The LB150 device also employs an internal GPS to correct for the motion of the vehicle to report a true wind.  Atmospheric pressure was logged using a calibrated 1000 Torr MKS pressure transducer and temperature was measured.  A Vacuubrand MD4 diaphragm pump was used to draw sample through the $CO_2$ Licor instrument and to other diagnostic equipment.  It was also used to induce small draws on the lines used for periodic zero and calibration.  A Varian Triscroll 600 was used to draw 9 slpm through the tunable infrared differential absorption spectrometers in series.

The primary analytical composition measurements in this work were performed using tunable infrared laser differential absorption spectroscopy (TILDAS).  The primary external tracer in this work was nitrous oxide ($N_2O$) and was measured using absorption lines at 2199.737 $cm^{-1}$.  The auxiliary external tracer in this work was acetylene ($C_2H_2$) and was measured using an absorption line at 1342.349 $cm^{-1}$.  Methane ($CH_4$) was measured using the minor ($^{13}C$) and major carbon isotope absorption lines at 1294.196 and 1294.379 $cm^{-1}$.  In the same continuous wave quantum cascade laser modulation cycle as $N_2O$, an absorption line of carbon monoxide (CO) was also included.  A summary of the analytical instrumentation is provided in Table S4-1.

**Table S4-1.**  Measurements deployed during the tracer release campaign

| Measurement | Rate | Instrument |
|---|---|---|
| Methane ($CH_4$) | 1 s | Quantum Cascade Laser Sys. (1294 $cm^{-1}$) |
| Carbon Monoxide (CO) | 1 s | Quantum Cascade Laser System (2230 $cm^{-1}$) |
| Acetylene/Ethyne ($C_2H_2$) | 1 s | Quantum Cascade Laser System (1342 $cm^{-1}$) |
| Nitrous Oxide ($N_2O$) | 1 s | Quantum Cascade Laser System (2200 $cm^{-1}$) |
| Carbon Dioxide ($CO_2$) | 1 s | Licor or QCL |

S4.2.2 Tracer Release Stand Description

The flow of tracer gas is regulated and monitored using an MKS 247 4-Channel Controller (SN 01000079) coupled with MKS 1179 A Mass Flow Controllers (SN's 001347521, 001773651, 020003843). The MKS 1179 A Mass Flow Controller operates on the principle that by monitoring the temperature flux of a gas and using a known specific heat constant for that gas one can monitor the mass flow rate. The MKS 247 unit acts as a processor for the MFCs; its data output is logged on to the release stand computer. The mass flow controllers are calibrated and checked throughout each campaign to ensure accuracy. Once the release gas has been regulated by the mass flow controller it passes through a series of emergency shut off valves then to release.

BLM_0152106

The tracer release base unit was deployed with two Porta-Met Meteorological stations to collect information about the release environment. The Porta-Met is a relatively compact, tripod mounted unit that is able to measure wind speed, wind direction, temperature, pressure, GPS location, solar intensity, and relative humidity. Units were placed at positions appropriate to the site scale wind transport. Wireless RS 232 radios fed data to the on-site tracer release stand. After periodic archiving of the data, the tracer release stand distilled and bundled the results for a radio transmission to the Mobile Laboratory. The transmission was done using a pair of Freewave RS 232 wireless transmitters.

Two tracers were employed in this work. The primary use of the dual tracers in this work was to assess the accuracy of the fundamental assumption in the tracer flux ratio method, that the tracer compound and the species of interest for quantification (in this work, methane) undergo equivalent atmospheric dispersion prior to downwind sampling. The observed downwind concentration ratio of the two tracers can be compared to the known ratios of mass emission rates to provide a characterization of measurement uncertainty.

S4.2.3 Data analysis

Typical data generated in tracer flux measurements are shown in Figure S4-1. An aerial image of a natural gas production site is shown; winds out of the southeast are shown as blue lines on the image. The tracer release points for $N_2O$ and acetylene are shown. The $N_2O$ release point was located adjacent to an on-site compressor. The acetylene release point was located adjacent to a tank battery. The mobile van made measurements of methane, acetylene and $N_2O$ along a road north of the production sites. The path of the van is shown as a series of dots, with the size and color of the dots indicating the magnitude of the methane concentration. Measured concentration distributions are shown for $N_2O$, acetylene and methane.

BLM_0152107



**Figure S4-1.** Summary of data collected during downwind sampling at a natural gas production site. Shown are a satellite image of the site, wind direction at multiple points in time (from the southeast, shown in blue as two lines, indicating variations in wind direction), downwind methane measurements along the measurement van path (shown as dots), and concentration distributions of tracers and methane along the transect path (upper right).

The analysis of the concentration distributions is summarized in Figure S4-2 and S4-3. A first observation from the concentration distributions is that the acetylene and $N_2O$ concentration profiles are different, based on locations of the tracer release sites. Also shown in Figure S4-2 is a hypothetical distribution of acetylene that would be anticipated, if the releases were co-located. The differences in the acetylene and $N_2O$ concentration distributions can, in principle, be used to estimate separately emissions from the compressor and tank battery. In this work, however, only total site measurements are reported and the dual tracers were used to estimate plume capture (as described below).

BLM_0152108



**Figure S4-2.** Acetylene, $N_2O$ and methane concentration profiles (background corrected) along the path traversed by the measurement van (horizontal axis is local measurement time). Also shown is a hypothetical distribution of acetylene (dashed blue line) that would be anticipated, if the releases were co-located.

The total methane release rate for the site is based on the $N_2O$ tracer.

Methane emission rate = $N_2O$ tracer emission rate * (downwind – upwind concentration of methane) / (downwind – upwind concentration of $N_2O$ tracer)  (Eqn. S4-2)

Figure S4-3 shows multiple instances of the instantaneous methane concentration and the $N_2O$ tracer concentration at the same time.   The average ratio of the instantaneous concentrations (4.4:1, derived from the slope of the line) and the known $N_2O$ release rate gives an estimated methane release rate of 1.26 g $CH_4$ per second.

BLM_0152109



**Figure S4-3.** Comparison of the instantaneous methane concentration (measurement – background) associated with the $N_2O$ tracer shown in Figure S4-1, and the $N_2O$ tracer concentration (measurement – background) at the same time. The slope of the line shown in the Figure equals the ratio of the emission rate of methane to emission rate of tracer.

The degree of plume capture is assessed by comparing the concentration ratios of acetylene to $N_2O$, observed second by second, in the plume, to the known ratio of the emission rates of the two tracers. Figure S4-4 shows this comparison for a typical production site where the tracer releases were co-located. For this site, the concentration for the two tracers and methane were very highly correlated in second by second observations in the plume. The average of the methane to $N_2O$ concentration ratios, observed second by second in the plume, indicated by the slope of the line in Figure S4-4b, was consistent throughout the plume, and was used in Equation S4-2, along with the known $N_2O$ tracer emission rate, to calculate methane emissions. The average of the acetylene to $N_2O$ concentration ratios, observed second by second in the plume, indicated by the slope of the line in Figure S4-4c, was compared to the known ratio of emission rates for the two tracers. This calculation tested the assumption of equivalent dispersion of the two plumes. The 0.8% error reported in Figure S4-4c indicates the difference between the ratio of the observed tracer concentrations in the plume (determined from the slope of the line shown in Figure S4-4c) and the ratios of the tracer release rates for this site, divided by the ratio of the tracer releases.

BLM_0152110

When the observed ratios of tracer concentrations in the plumes at all sites are compared to the known ratios of tracer releases at all sites, the distribution is normally distributed with a standard deviation of 15%.   The ratio shows a positive bias of 4%.  Overall, this leads to an empirical uncertainty estimate of 20% for the dual tracer measurements performed in this work. This uncertainty would be expected to be sensitive to the meteorological conditions, topography and downwind access, and so is likely not generalizable beyond the work reported here.

BLM_0152111



**Figure S4-4**  a.) Methane, acetylene and $N_2O$ plumes observed downwind of a production site; tracers were co-located; b.) the average ratio of methane to $N_2O$ in the plume, determined using second by second observations of methane and $N_2O$ is indicated by the slope of the line; this ratio was used in Equation S4-2, with the known release rate for $N_2O$,  to estimate methane emissions; c.) the average ratio of acetylene to $N_2O$ in the plume determined using second by second observations of acetylene and $N_2O$ in the plume is  indicated by the slope of the line; the 0.8% error indicates the difference between the ratios of the observed concentrations in the plume and the ratios of the tracer release rates for this site.

BLM_0152112

### S4.3   Results and Discussion

The results from the downwind sampling are presented in two sections: (i) emissions fluxes from well completion activities, and (ii) emission fluxes from natural gas production sites.

*Emission fluxes from well completion flowback activities*

Measurements were made downwind of 6 well completion flowbacks. Five of the six flowbacks were of the type reported as Configuration 4 in Table S1-1 – flowbacks in which the entire flow was sent to a vented tank. There are several reasons for a focus on these types of completions. First, these types of completions have the greatest uncertainty in their emissions. Other types of completions, involving separators, have well completion reports that typically include gas volumes, oil volumes and water volumes released by the separators. Reasonably accurate engineering methods can be used to estimate the emissions arising from these separator flows when they reach the tanks. In contrast, engineering estimates of emissions associated with flow directly from a well head have a high degree of uncertainty and the direct source measurements made in this work provide data that cannot be routinely estimated. An additional reason for focusing on this category of completions is that the completion involves a single emission point. This reduces the uncertainty in the emission estimates based on the tracer release method.

Comparisons of the direct source measurements and the emission estimates based on the dual tracer method, for the 5 flowbacks that utilized Configuration 4, are provided in Table S4-2 and Table S4-3. Table S4-2 reports comparisons for Rocky Mountain completions 3, 4 and 5, which occurred sequentially. Table S4-3 reports comparisons for Midcontinent completions 1 and 2, which occurred concurrently. Since the downwind van is only able to sample when meteorological conditions set up a plume measurable downwind, the results are presented in time windows when the downwind measurements were made. In general, downwind measurements are reported for periods when the van was consistently (but not necessarily continuously) in the plume. During these periods, the ratio of methane to tracer concentration in the plume was plotted, and the average of the slope of was determined. The slope is multiplied by the known release rate for the tracer to yield an emission rate for methane. No attempt was made to estimate transport times since typically the measurement interval was long compared to the transport times.

Tables S4-2 and S4-3 compare dual tracer emission estimates to direct source measurements in two ways. In one calculation method, non-zero direct source emission estimates were calculated by summing all emissions for the measurement period, then dividing by the time period during the van measurements when emissions were non-zero. In addition, Tables S4-2 and S4-3 report the average total direct source emissions over the measurement period divided by the total measurement time. The downwind measurement is expected to be between these two values, since plume capture was not complete for the sampling period. In addition, a low bias in the downwind measurements, when compared to direct source, non-zero

BLM_0152113

emissions might be expected, since plume spreading downwind would cause the van to record shorter zero emission periods than the direct source measurements.

**Table S4-2.** Direct source methane emission measurements for Rocky Mountain Completions 3, 4 and 5 and methane emission estimates based on downwind measurements.

| Completion | Measurement van start and stop times, expressed as time from start of completion | | Tracer emission estimate (scf/m) | Direct source emission measurement (scf/m) | | Direct source to trace emission estimate ratio (1.0=match) |
|---|---|---|---|---|---|---|
| | Start | End | | Averaged over Entire period | Averaged over non-zero emissions | |
| RM-3 | 33 hr 42 min | 34 hr 35 min | 9.8±1.5 | 1.4 | 12.6 | 0.14-1.3 |
| RM-3 | 34 hr 44 min | 45 hr 26 min* | 19.7±3 | 4.6 | 24 | 0.23-1.2 |
| RM-4 | 27 hr 18 min | 29 hr 25 min | 37.1±5.6 | 30.4 | 32.5 | 0.82-0.87 |
| RM-4 | 30 hr 37 min | 33 hr 59 min | 7.4±1.1 | 10.2 | 20.0 | 1.3-2.7 |
| RM-5 | 40 hr 18 min | 44 hr 44 min | 4.4±0.7 | 19.3 | 42.6 | 4.3-9.6 |

*time period extends a few minutes past the end of the completion

**Table S4-3.** Direct source methane emission measurements for combined Midcontinent Completions 1 and 2 (emissions occurred concurrently on the same site) and methane emission estimates based on downwind measurements.

| Completion | Measurement van start and stop times, expressed as time from start of completion (both started at same time) | | Tracer emission estimate (scf/m) | Direct source emission measurement (scf/m) | | Direct source to trace emission estimate ratio |
|---|---|---|---|---|---|---|
| | Start | End | | Averaged over Entire period | Averaged over non-zero emissions | |
| MC-1 + MC-2 | 3 hr 58 min | 7 hr 34 min | 10.7±1.6 | 2.4 | 10.9 | 0.22-1.0 |
| MC-1 + MC-2 | 90 hr 51 min | 93 hr 31 min | 12.1±1.8 | 13.6 | 28.8 | 1.1-2.3 |

The sixth completion flowback for which downwind measurement were made (AP-3 in Table S1-2) was selected because of the presence of a flare. Flow from the well was routed to a separator; liquids from the separator went to a vented tank, where methane would flash. This flow was measured and is reported in Table S4-4 in the column labeled vented flowback tank emissions. Gas from the separator initially went to sales, then was vented for a period reported as 75 minutes in the completion report; after the venting period ended, the gas was sent from the

BLM_0152114

separator to a flare where the gas was combusted.  Flow rates to the flare were reported hourly in the completion report, so hourly emission estimates were made for the flare, based on methane flow to the flare and an assumed combustion efficiency of 98%.  Each of the three flows (flowback tank vent, separator vent and flare emissions) are reported in Table S4-4.  The temporal resolution of the direct source measurements is set by the separator vent and flare flow information in the completion report, which is in hourly blocks.  The 75 minute vent from the separator began 30 minutes into the 9-10AM block on the day of the flowback and ended at 10:45 in the 10-11AM block.  Flaring began at 10:45.  Table S4-4 compares emissions estimated based on the dual tracer downwind measurement method to the sum of the direct source measurements.

**Table S4-4.**  Direct source methane emission measurements for Appalachian Completion Flowback 3 (emissions from multiple sources) and methane emission estimates based on downwind measurements.

| Time | Direct emission measurements (scf) | | | | Dual tracer measurement (scf per min) | Direct/Dual tracer |
|---|---|---|---|---|---|---|
| | Vented flowback tank | Separator vent | Flare | Total Direct measurements (scf per min) | | |
| 8:30-9:00 | 717 | 0 | 0 | 24 | 128 | 0.19 |
| 9:00-9:30 | 2800 | 0 | 0 | 92 | 290 | 0.32 |
| 9:30-10:00 | 2800 | 15,600 | 0 | 612 | 421 | 1.45 |
| 10:00-10:30 | 4400 | 10,200 | 0 | 558 | 390 | 1.07 |
| 10:30-11:00 | 5700 | 7,400 | 150* | 390 | 366 | 1.07 |
| Total emitted | | | | 50,300 scf | 47,900 scf | 1.05 |

* Flow rates to the flare were reported hourly; emission estimates were made for the flare emissions, based on methane flow to the flare and an assumed combustion efficiency of 98%

Agreement between direct source emission measurements and emission estimates based on downwind tracer measurements is generally within a factor of 2.  Because of the challenges associated with comparing intermittent direct source measurements with plume measurements taken up to a kilometer or more downwind, more precise comparisons are not justified using the methods employed in this work.   Nevertheless, the comparison of direct source measurements of completions, with an independent downwind measurement, provides strong support for the conclusion that methane emissions from completion flowbacks are roughly 97% below the most recent national estimates and that emissions from completion flowbacks without methane control or recovery equipment, observed in this work, are well below the average potential emissions in current national inventories[4].  Even if emissions based on the direct source measurements were

BLM_0152115

doubled, projected national emissions from completion flowbacks would still be 95% less than current estimates.[4]

One exception to the general agreement, within a factor of two, between the downwind measurements and the direct source measurements is Rocky Mountain Completion 5. For this completion, the downwind dual tracer measurements indicate a much lower emission rate than the direct source measurements, but this is likely due to the temporal resolution of the composition measurements in the direct source method. In this completion, during this time period, methane concentrations were dropping rapidly. The direct source emission estimate is based on gas composition measurements at the beginning and end of the sampling period and the direct source emissions are based on a linear extrapolation of the concentration. The van records high emission rates initially, then a rapid drop to lower emissions for most of the measurement period. If the direct source measurements are based on the gas composition at the end of the period, rather than a linear interpolation, the ratio of the direct source measurements to the tracer measurements would be similar to other ratios in Table S4-2.

It should also be noted that the downwind dual tracer measurements for completion flowback AP-3 provide some evidence of flare combustion efficiencies. At approximately 10:45, methane that had been vented from the separator was routed to the flare. The downwind emission estimate dropped in less than a few minutes from 325 scf/m to 9.1 scf/m. If it is assumed that the emissions from the flowback tank vent that had mixed downwind with the flare emissions were typical of the flowback tank emissions during the 30 minute period from 10:30-11:00 (5700 scf/30 minutes) the total emissions measured downwind are less than the emissions directly measured from the flowback tank vent, suggesting the flare emissions are near zero (100% combustion efficiency). Even if it is assumed that the downwind measurements are only detecting methane emissions from the flare, combustion efficiencies would be estimated as at least 97.2% ((1-(9.1/325))*100). These are preliminary observations, and given the uncertainties in the direct source and dual tracer measurements, do not support the use of a new emission factor for flares. Nevertheless, the data are supportive of the assumption of 98% combustion efficiency used throughout this work.

S-55

*Emission fluxes from natural gas production sites*

Measurements were made downwind of a total of 20 production sites.  Results are summarized in Table S4-5.  Table S4-5 lists the number of wells per site, the emissions from various pieces of equipment on each site, the total emissions from the site based on direct source measurements and emission estimation methods, and the total site emissions based on downwind measurements.

Note that emissions from the exhaust of compressors and emissions from tanks are estimated using standard emission estimation methods, rather than measurements.   The emissions from compressors are small, relative to total emissions, however, the emissions from tanks are relatively large for many sites.  These tank emissions are due to methane dissolved in hydrocarbon liquid and water at separator conditions, which subsequently flashes when the liquids are sent to atmospheric pressure tanks.  The amount of methane dissolved in the liquids is calculated based on a solubility estimate, which depends on the composition of the gas, the API gravity of the oil, and the separator pressure.  In some regions (e.g., the Rocky Mountains), gases vented from hydrocarbon liquid (condensate) tanks are not vented directly to the atmosphere, but instead are sent to a combustor.  The combustor was assumed to have a 98% combustion efficiency.

BLM_0152117

**Table S4-5.** Comparison of direct source and downwind emission estimates for production sites.

| Site (# of wells on site) | Emissions from on site measurements or estimation (scf/m) | | | | | Tracer emission estimate (scf/m) | Direct source to tracer emission estimate |
|---|---|---|---|---|---|---|---|
| | Pneumatic Controls and pumps[a] | Fugitives[a] | Compressors[b] | Tanks[b] | Total | | |
| MC-1 (2) | 1.41 | 0.23 | 2.23E-04 | 0.25 | 1.89 | 2.32 | 0.815 |
| MC-2 (1) | 0.97 | 0.01 | 5.91E-05 | 0.01 | 0.99 | 2.00 | 0.495 |
| MC-3 (3) | 1.09 | 0.29 | 5.25E-04 | 0.25 | 1.63 | 2.95 | 0.552 |
| MC-4 (2) | 0.61 | 0.33 | 7.60E-06 | 1.38 | 2.31 | 3.36 | 0.687 |
| MC-5 (2) | 1.41 | 0.34 | 2.31E-04 | 0.11 | 1.85 | 4.16 | 0.445 |
| RM-1 (8) | 0.19 | 0.02 | 0 | 0.01 | 0.22 | 0.584 | 0.368 |
| RM-2 (8) | 0.05 | 0.10 | 0 | 4.28 | 4.43 | 1.70 | 2.60 |
| RM-3 (1) | 0.05 | 0.09 | 0 | 0.00 | 0.13 | 0.442 | 0.303 |
| RM-4 (7) | 0.11 | 0.00 | 0 | 0.00 | 0.11 | 0.839 | 0.137 |
| RM-5 (2) | 0.06 | 0.03 | 0 | 0.01 | 0.09 | 0.240 | 0.392 |
| RM-6 (6) | 0.42 | 0.31 | 0 | 0.01 | 0.74 | 0.421 | 1.75 |
| RM-7 (1) | 0.19 | 0.07 | 0 | 0.02 | 0.27 | 0.368 | 0.736 |
| RM-8 (1) | 0.04 | 0.23 | 0 | 0.02 | 0.29 | 1.08 | 0.266 |
| RM-9 (4) | 0.00 | 0.02 | 0 | 0.36 | 0.38 | 0.864 | 0.436 |
| RM-10 (6) | 0.03 | 0.01 | 0 | 2.82 | 2.86 | 0.080 | 35.7 |
| AP-1 (6) | 0.13 | 0.01 | 0 | 0.29 | 0.43 | * | * |
| AP-2 (6) | 0.61 | 0.45 | 0 | 0.22 | 1.28 | 0.270 | 4.74 |
| AP-3 (6) | 0.14 | 2.82 | 0 | 1.80 | 4.75 | 4.12 | 1.15 |
| AP-4 (5) | 0.03 | 0.57 | 0 | 0.76 | 1.36 | 0.709 | 1.92 |
| AP-5 (6) | 0.02 | 0.27 | 0 | 0.10 | 0.39 | 0.288 | 1.37 |

[a]Based on direct source measurements or averages of direct source measurements
[b]Based on emission estimation methods
*No plume captured downwind

If site RM-10 is excluded, the average of the ratio of direct source measurements to tracer measurements is 1.1, suggesting reasonable agreement between the dual tracer emission estimates and the direct source measurements and emission estimates (for those sources not measured). It is important to note, however, that for some sites, the total on site measurements are dominated by tanks and these are estimated, rather than calculated emissions. Most of the Rocky Mountain sites had combustors on the vents to the hydrocarbon tanks, resulting in much lower tanks emissions, but the extent of agreement between on-site emission measurements and estimates and emissions estimated based on downwind measurements is still dependent on calculations rather than measurements, in this case the control efficiency assumed for the combustor. For example, for RM-10, the site owner reports that tank vents are not sent to a combustor. If a combustor were in place, or if the separator did not send liquid to the tank while

BLM_0152118

the measurements were being made, the ratio of on-site to tracer based measurements would be similar to the other Rocky Mountain sites.

Another factor that is likely small, but difficult to account for, is that the on-site direct source measurements altered the methane emitted from the sites, since the HiFlow analyzer combusted methane as it was making measurements. This bias is believed to be small because the Hi-Flow instrument only analyzed one source at a time and because the instrument was not operated continuously for the entire downwind sampling period.

Overall, the downwind measurements do not suggest any reason to expect that there are large systemic biases or errors in the direct source measurements.

BLM_0152119

## S5    Nationally Scaled Emissions Estimates

### S5.1    Methods

The method used to scale up an emission measurement from a limited set of samples to a larger regional or national total is to multiply the average result of the emission measurement times the number of times that emission occurs in the larger scale. Often the emission measurement is thought of as an "emission factor" or EF, and is applied to a particular source in some discreet increment (such as an emission per event, an emission per device, and emission per component, or emission per location). The term used to scale up the emissions is called the activity factor (AF), and is the count or population of the source or event at the scale of interest, such as regionally or nationally. This can be shown as:

$$EF_i * AF_i = ER_i \hspace{3cm} \text{(Equation S5-1)}$$

Where:

$EF_i$ = Emission Factor for region i

$AF_i$ = Activity Factor for region i

$ER_I$ = resulting Emission Rate total for region i

This can be done at any scale. It may be done regionally, if that is the primary differentiator, then the regions can be summed to produce a national total. Alternately, it may be done nationally in a single calculation.

BLM_0152120

## S5.2    Activity data

Activity factors used in this work are drawn from EPA's 2011 national emission inventory[4] and are shown in Table S5-1.

**Table S5-1.** National Activity Factors from EPA Inventory

| Year 2011 AF's | National Count for 2011 |
|---|---|
| Count of new gas well completion events | 8077 with hydraulic fracturing |
| Count of gas well unloading events performed | Not reported as events, EPA does report 35,828 non-plunger wells that unload |
| Count of applicable gas well workovers | 11,663  workovers without hydraulic fracturing 13,445  total workovers |
| Count of gas powered pneumatic controllers | 447,379 |
| Count of injection pumps | 35,013 |
| Count of gas wells (not including associated gas wells) | 446,745[a] |

[a]Estimate from U.S. Department of Energy, Energy Information Administration is 513,000 on-shore gas wells[23]

No uncertainty bounds are reported for activity factors in the EPA national inventory, and therefore no uncertainty bounds are reported in Table S5-1.  It is beyond the scope of this work to perform a detailed analysis of the uncertainty in the activity factor counts reported in Table S5-1, however, a variety of calculation scenarios can provide a rough characterization of the uncertainties associated with applying these counts to estimating national emissions. Specifically, for well completions and equipment leaks, regional activity counts can be multiplied by regionally averaged emission factors or national activity counts can be multiplied by nationally averaged emission factors.  For pneumatic devices, emissions averaged by device type (e.g., low bleed and intermittent pneumatic controllers) can be multiplied by activity counts by device type, or total equipment counts can be multiplied emission factors averaged over all device types.  Regional or national averaging can also be performed. These calculation scenarios are reported in Section S5.3.

BLM_0152121

**S5.3     Emission Factors and National Emission Estimates**

Table S5-2 provides central estimates of national emission rates, by source category, based on the activity factors reported in Table S5-1.

**Table S5-2.**  Central estimates of National Emission Rates by Source Categories

| Central estimates of National Emission Rates by Source Categories | | | | | | |
|---|---|---|---|---|---|---|
| Source Category | Emission Factor (based on measure-ments in this work) | EF Units | Activity Factor | AF Units | AF Source | National Emissions Billion scf/yr $CH_4$ (Gg) |
| New Gas Well Completion Flowbacks | 115,000[a] | scf $CH_4$/ event | 8077 | events/yr | EPA 2011 Inventory | 0.93 bcf/yr (18 Gg) |
| Gas Well Liquids Unloadings (non-plunger) | 48,000-300,000[b] | scf $CH_4$/ well/yr | 35,828 | Wells that unload | EPA 2011 Inventory | 1.3-10.7 bcf/yr (25- 205 Gg) |
| Pneumatic Devices | 67,400[c] | scfy $CH_4$ /device | 447,379 | devices | EPA 2011 Inventory | 30.2 bcf/yr[d] (580 Gg) |
| Chemical Injection Pumps | 101,000 | scfy $CH_4$ /device | 35,013 | devices | EPA 2011 Inventory | 3.5 bcf/yr (68 Gg) |
| Equipment Leaks | 33,900 | scfy $CH_4$ /well | 446,745 | gas wells | EPA 2011 Inventory | 15.1[e] bcf/yr (291 Gg) |

[a]Regional averages for the completion flowbacks were calculated (252,000 Appalachia; 130,000 Gulf Coast; 47,000 Midcontinent, 24,000 Rocky Mountain) and multiplied by the fraction of completion events per region (U.S. EPA[4], 0.19 Appalachia; 0.36 Gulf Coast; 0.20 Midcontinent, 0.17 Rocky Mountain; 0.08 West Coast and Southwest) to arrive at a regionally weighted emission; for West Coast and Southwest regions, the national average emission factor (90,000) was used.

[b]An emission factor based on the limited measurements reported in this work is 300,000 scf per well per year; an emission factor based on the emissions reported by API/ANGA[12] and multiplied by a ratio of measured to estimated emissions found in this work is 48,000 scf per well per year

[c]U.S. EPA[4] reports 447,379 pneumatic devices but does not report an activity factor by device type; the emission factor used here is based on an average value of the samples taken in this work.

[d]Using regional emission factors of 0.126 (Appalachia), 0.268 (Gulf Coast), 0.157 (Midcontinent) and 0.015 (Rocky Mountain) scf methane/min/device, multiplied by the number of devices per region (74,136 Appalachia; 53,049 Gulf Coast; 140,041 Midcontinent; 122,878 Rocky Mountain; 57,275 West Coast and Southwest) results in a regionally weighted emission factor of 67,400 scf methane/device/yr and a national estimate of 30.2 billion scf/yr;  for West Coast and Southwest regions, the national average emission factor (92,000) was used.

[e]Regional averages for the equipment leaks per well were calculated (0.098 Appalachia; 0.058 Gulf Coast; 0.046 Midcontinent, 0.035 Rocky Mountain) and multiplied by the fraction of wells per region (U.S. EPA[4], 0.34 Appalachia; 0.17 Gulf Coast; 0.20 Midcontinent, 0.19 Rocky Mountain; 0.10 West Coast and Southwest) to arrive at a regionally weighted emission; for West Coast and Southwest regions, the national average emission factor was used.

BLM_0152122

Alternative scenarios for estimating national emissions were considered for each source category.

*Completion flowbacks*  Estimates of national emissions for completion flowbacks can be based on either regional average activity counts, as reported in Table S5-2, or on national activity counts and a national average emission factor.  The national averaging leads to an emission estimate that is 23% lower than the regional estimates (0.73 bcf; 90,000 scf/event, 8077 events).  Regionally averaged emission estimates were used as the central estimate in this work because there were differences in the emission factors observed by region and because the frequency of U.S. well completion activity (highest number of completions in the Gulf Coast) did not match the distribution well completions sampled in establishing emission factors (highest number of events sampled in the Rocky Mountains).

*Pneumatic devices*  Estimates of national emissions for pneumatic controllers can be based on either regional average activity counts, as reported in Table S5-2, or on national activity counts and a national average emission factor.  The national averaging leads to an emission estimate that is 36% higher than the regional estimates (41.1 bcf; 92,000 scf/device, 447,379 devices).  Regionally averaged emission estimates were used as the central estimate in this work because there were differences in the emission factors observed by region.  Pneumatic controllers could also be aggregated by device type, with national emissions estimated by multiplying the numbers of devices by the emission factor per device.  This approach was not used in this work because the EPA national inventory[4] does not report device counts by type, and because when device counts by type are reported, some high bleed devices are typically part of the count; no high bleed devices were reported by the companies that provided controller type information in this work.

*Pneumatic pumps*   Estimates of national emissions for pneumatic pumps can be based on either regional average activity counts, or on national activity counts and a national average emission factor, as reported in Table S5-2.  Nationally averaged emission estimated were used as the central estimate in this work, even though there were differences in the emission factors observed by region, because of the limited number of regions in which pneumatic pumps were sampled in this work.  An estimate of the uncertainty introduced by using a national averaging will be assumed to be comparable to the difference between regional and national averaging for pneumatic controllers (36%).

*Equipment leaks*  Estimates of national emissions for equipment leaks can be based on either regional average activity counts, as reported in Table S5-2, or on national activity counts and a national average emission factor.  The national averaging leads to an emission estimate that

BLM_0152123

is identical (to two significant figures) to the regional estimates (15.1 bcf; 33,900 scf/well, 446,745 wells).

Measurements made on liquids unloading and workovers, collected as part of this work, were not used to develop national emission estimates.

*Workovers*  For workovers, four events, all done without hydraulic fracturing, were sampled. Since the data set was very small and since workovers without hydraulic fracturing represent less than 0.1% of total emissions in the EPA national inventory, these data were not used to estimate emissions for workovers (without hydraulic fracturing) at a national scale. Workovers with hydraulic fracturing are a more significant source of estimated emissions, accounting for approximately 10% of emissions in the EPA national inventory.[4]  The emissions associated with flowback from workovers with hydraulic fracturing may be expected to have emissions comparable to completion flowbacks, and in the EPA national inventory, completion flowbacks and workovers with hydraulic fracturing are sometimes grouped together.[4]  Therefore, an emission factor for workovers with hydraulic fracturing comparable to the emission factor for completion flowbacks may be appropriate.  If the emission factor for workovers with hydraulic fracturing were assumed to be the same as the emissions factor for completion flowbacks that is based on the measurements presented in this work, total workover emissions would be reduced by 97%, compared to the current estimate in the national emission inventory.  This assumption is not made in this work since no direct measurements of workovers with hydraulic fracturing were made.

*Liquid unloadings*  Only well unloadings without plunger lifts were measured in this work. If the per well annual emissions from unloadings without plunger lifts, determined in this work (300,000 scf/well), are multiplied by the national counts of wells with unloadings without plunger lift, the national emission estimate is in reasonable agreement with the EPA inventory[4] and the API/ANGA estimate.[12]  In contrast, another estimate of unloading emissions, based on the per event emissions observed in this work and a count of unloading events from the API/ANGA survey,[12]  would lead to a national estimate 5 times the estimate based on unloading emissions per well.  A lower estimate of unloading emissions could be suggested based on national event counts, emission estimates, and the finding that emission estimation methods over-estimate observations made in this work by a factor of 5.   All of these methods, however, assume a single scalar value represents a wide range of unloadings; the data presented in this work and in the API/ANGA survey suggest that refined emission estimation methods, taking into account well and unloading characteristics, will be required. Additional measurements of unloading emissions are needed, both to resolve the differences

BLM_0152124

between estimates and measurements, and to better characterize the population of wells with unloading emissions.

## S5.4 Central estimates and overall assessment of uncertainties in national emission estimates

Uncertainties in national emission estimates calculated in this section are a combination of the uncertainties associated with emission factors, activity factors and the methods used to combine activity and emission factors. For each source category for which national emissions were estimated, combined uncertainty ranges were estimated.

*Well completions:* The 95% confidence bound on national average emission factor measurement was 35,000-173,000 scf/event (±66% around the midpoint). Assuming that the uncertainty due to activity data can be roughly characterized as the range of values derived from national and regional estimates (±12% around the midpoint) and that the emission factor measurements are independent of the activity data, leads to a net uncertainty of ±67% around the midpoint. The overall range for the estimate is 0.28-1.4 bcf with a regionally weighted central estimate of 0.93 bcf.

*Pneumatic controllers* The 95% confidence bound on national average emission factor measurement was ±19% around the midpoint. Assuming that the uncertainty due to activity data can be roughly characterized as the range of values derived from national and regional estimates (±14% around the midpoint) and that the emission factor measurements are independent of the activity data, leads to a net uncertainty of ±23% around the midpoint. The overall range for the estimate is 27-43 bcf with a regionally weighted central estimate of 30.2 bcf.

*Pneumatic pumps* The 95% confidence bound on national average emission factor measurement was ±44% around the midpoint. Assuming that the uncertainty due to activity data can be roughly characterized as the same as for pneumatic controllers (±14% around the midpoint) and that the emission factor measurements are independent of the activity data, leads to a net uncertainty of ±46% around the midpoint. The overall range for the estimate is 1.8-5.2 bcf with a nationally weighted central estimate of 3.5 bcf.

*Equipment leaks* The 95% confidence bound on national average emission factor measurement was ±36% around the midpoint. Assuming that the uncertainty due to activity data can be roughly characterized as the range of values derived from national and regional estimates (±1% around the midpoint) and that the emission factor measurements are independent of the activity

BLM_0152125

data, leads to a net uncertainty of ±36% around the midpoint. The overall range for the estimate is 9.7-20.7 bcf with a regionally weighted central estimate of 15.1bcf.

## S5.5  Comparisons with National Emission Inventory

The national emission estimates, based on the measurements made in this work, can be compared to emissions reported in the EPA's national emission inventory.[4]  In assembling the national emission inventory, EPA first estimates potential emissions for source categories, then reduces the potential emissions by estimated voluntary reductions and reductions required by regulations. All regulatory reductions and some voluntary reductions are assigned to specific sources, however, some voluntary reductions are aggregated by source category. For example, the EPA estimates a total of 36 billion scf (691 Gg) of emission reductions for well completion flowbacks and workovers with hydraulic fracturing, combined. In cases such as this, allocation of combined reductions was assumed to be proportional to the potential emissions. Specifically, since the potential emissions for completion flowbacks and workovers with hydraulic fracturing were 63.6 and 13.8 billion scf, respectively (1221 and 266 Gg), the reductions were 46% of the combined potential emissions (77.4 billion scf). This percentage reduction was applied uniformly for all of the aggregated source categories. In situations where a source had both regulatory and voluntary reductions (e.g., dehydrator vents and condensate tanks), potential emissions were first reduced by reductions required by regulations, then the voluntary reductions were apportioned based on the remaining emissions. Table S5-3 reports potential emissions and the reductions applied for each source category. This Table uses units of Gg methane, the units in which the national inventory is reported, to facilitate comparison with the national inventory.

BLM_0152126

**Table S5-3**  National emission inventory emission estimates by source category (potential emissions, reductions and net emissions in Gg methane per year); source categories labeled in gray had aggregated voluntary emission reductions (see text)

| EPA GHG Inventory Activity | Potential Emissions (Gg)[a] | Emission Reductions (Gg)[a] | Net Emissions (Gg) |
|---|---|---|---|
| Completions with Hydraulic Fracturing | 1221[b] | 567[b] | 654 |
| Refractures (Workovers with hydraulic fracturing) | 266[b] | 124[b] | 143 |
| Pneumatic Device Vents | 1,134 | 779 | 355 |
| Chemical Injection Pumps | 64 | 30[c] | 34 |
| Equipment leaks: Gas Wells without HF | 24 | 11[c] | |
| Equipment leaks: Gas Wells with HF | 28 | 13[c] | |
| Equipment leaks: Separators | 107 | 50[c] | 172[d] |
| Equipment leaks: Meters/Piping | 102 | 48[c] | |
| Equipment leaks: Heaters | 33 | 15[c] | |
| Equipment leaks: Dehydrators | 31 | 15[c] | |
| Workovers without HF | 0.6 | 0.3[c] | 0.3 |
| Liquids Unloading (without plunger lifts) | 149 | 0 | 149 |
| Liquids Unloading (with plunger lifts) | 108 | 0 | 108 |
| Kimray Pumps | 365 | 180 | |
| Condensate Tanks without Controls | 261 | 167[c] | |
| Condensate Tanks with Controls | 52 | 0 | |
| Gas Engines | 276 | 49 | |
| Dehydrators Vents | 114 | 73[c] | |
| Small Reciprocating Compressors | 68 | | |
| Large Reciprocating Compressors | 15 | 35 | |
| Large Reciprocating Stations | 1 | | |
| Pipeline Leaks | 170 | 80[c] | |
| Completions without Hydraulic Fracturing | 0 | 0 | |
| Well Drilling | 0.8 | 0.4[c] | 930[e] |
| Vessel Blowdowns | 0.7 | 0.3[c] | |
| Pipeline Blowdowns | 3 | 1[c] | |
| Compressor Blowdowns | 3 | 1[c] | |
| Compressor Starts | 6 | 3[c] | |
| Pressure Relief Valves | 0.7 | 0.3[c] | |
| Mishaps | 2 | 1[c] | |
| **Emissions from Coalbed Methane and Offshore Production** | | | |
| Powder River Coal Bed Methane Produced Water | 46 | 21[c] | |
| Black Warrior Coal Bed Methane Produced Water | 13 | 6[c] | |
| Offshore Platforms | 266 | 125[c] | |
| Deepwater Platforms | 23 | 11[c] | |
| **TOTAL** | **4,949** | **2,405** | **2,545** |

[a]Potential emissions data are from U.S. GHG Inventory 13 Annex 3, Table A-134. Emission reductions data are from Tables A-132 and A-133.[4]

[b]EPA reports aggregated emission reductions for completions and workovers with hydraulic fracturing. This work divides these emission reductions between completions and workovers proportional to their potential emissions.

[c]EPA reports 551 Gg of aggregated emission reductions for the 23 activities shaded in the table. This work divides these emission reductions among the activities proportional to their potential emissions.

[d]Table 2 in the main text reports 172-211 Gg; the 211 Gg includes an additional 39 Gg due to small compressors (68 Gg of potential emissions minus 29 Gg of reductions assigned to small compressors out of 35 Gg of reductions assigned to all compressors

[e]Table 2 in the main text reports 891-930 Gg; the 891 Gg does not include 39 Gg due to small compressors (68 Gg of potential emissions minus 29 Gg of reductions assigned to small compressors out of 35 Gg of reductions assigned to all compressors

BLM_0152127

**S6      Site Selection and Representativeness**

Methane emissions were measured directly at 190 natural gas production sites in the Gulf Coast, Midcontinent, Rocky Mountain and Appalachian production regions of the United States.  The sites included 150 production sites associated with 489 wells (146 sites had wells directly on the site that were examined in this work; 4 sites were fed by 11 off-site wells, the equipment on these 4 sites was examined but not the off-site wells; see p. S-32). In addition to the 150 production sites, 27 well completion flowbacks, 9 well unloadings, and 4 well workovers were sampled; the sites were operated by 9 different companies.  The types of sources that were targeted for measurement account for approximately two-thirds of methane emissions from all onshore and offshore natural gas production, as estimated in the 2011 national greenhouse gas emission inventory.[4]  A summary of the scope of the study, along with a rationale for the inclusion or exclusion of sources for direct measurement efforts, is provided in Table S6-1. Sampling was conducted at sites throughout the United States (see Figure S6-1). Table S6-2 lists the number of sampling sites in each region.  Of the nine companies that provided sites for sampling, at least three companies provided sites in each of the regions.

While the data presented in this report represents one of the most extensive datasets available on methane emissions from current natural gas production activities, the sites sampled still represent a small fraction of the total number of sites nationwide.    Representative sampling was believed to be achieved by:

- Selecting a large number of participant companies
- Selecting a range of geographic areas to sample
- Setting minimum number of sampling targets in each area

BLM_0152128

**Table S6-1.** Sources of $CH_4$ Emissions from Natural Gas Well Sites[*,†,§]
(measurements were made for sources shaded light gray; dark gray shading indicates limited measurements)

| | Activity or Source | Included in Current Work? | Rationale for Inclusion/Exclusion |
|---|---|---|---|
| **Pre-production** | Construction of Well site | N | No emissions from the natural gas formation occur during this process. Surface construction equipment combustion emissions were not part of the measurement target. |
| | Well Drilling | N | While emissions from the gas formation are possible during drilling fluid circulation, they are considered to be small and not included (except for combustion) by the EPA in the GHG Reporting Program |
| | Hydraulic Fracturing | N | Liquids are going into the formation during this process, and at extremely high pressures. No gas releases are expected. Surface trucking and pumping equipment combustion emissions were not part of the measurement target. |
| | Well Completion (Flowback) | Y | 34 bcf in the 2011 EPA national emission inventory of methane emissions from natural gas production |
| | Well Testing | N | Considered to be a minor source, and rarely involving venting. |
| **Routine Production** | Pneumatic Devices | Y | 18.5 bcf in the 2011 EPA national emission inventory of methane emissions from natural gas production |
| | Pneumatic Pumps | Y | 1.8 bcf in the 2011 EPA national emission inventory of methane emissions from natural gas production |
| | Condensate Tanks | Partial | Emissions from these tanks, while a potentially large source, are considered well defined and known, with working models and equations of state. Therefore these were not a primary study target, but were measured in some opportunistic cases. |
| | Produced Water Tanks | Partial | |
| | Dehydrator Vents | N | These complex sources were considered relatively well defined and modeled. |
| | Surface Equipment (Leaks) | Y | ~ 10 bcf in the 2011 EPA national emission inventory of methane emissions from equipment sampled in this work |
| | Surface Equipment (Leaks from Compressors) | Partial | The scope of the study excluded central facilities (mimicking the GHG Reporting Program), compressor facilities were not targeted. Some on well sites were measured. |
| | Amine Units (Gas sweetening) | N | These complex sources were considered a small national contributor and also well defined and modeled. |
| **Maintenance** | Well liquids unloading | Y | 13.4 bcf in the 2011 EPA national emission inventory of methane emissions from natural gas production |
| | Well workovers | Y | 7.5 bcf in the 2011 EPA national emission inventory of methane emissions from natural gas production |
| | Blowdowns | N | This intermittent source of equipment depressuring for maintenance is manually calculated and not a measurable event. It was not a target of this study. |

[*] Study scope is limited to $CH_4$ emissions from well sites and any off-site equipment up to the point of comingling of multiple well streams (in which case the centralized separation facility is included). Emissions from gas processing plants, transmission pipelines, gas storage, and local distribution systems are beyond the scope of the study.

[†]Other sources excluded from direct measurements include all combustion sources and other miscellaneous sources: flaring, compressor engine exhaust, drill rig engines, trucks, well abandonment, upsets and others.
Upwind/Downwind measurements inform an assessment of total emissions from excluded sources.

[§] Covered sources account for 85 bcf of 133 bcf $CH_4$ (65%) from the natural gas production stage (onshore and offshore).[4]

BLM_0152129

**Figure S6-1.**  Methane emissions were measured at well-sites in the Appalachian, Midcontinent, Gulf Coast, and Rocky Mountains Regions.  Regions shaded in blue indicate American Association of Petroleum Geologists (AAPG)[24] basins where sampling was done.



**Table S6-2.**  Distribution of sampling locations, by region

| Region | Production Sites | Unloadings | Workovers | Completion Flowbacks |
|---|---|---|---|---|
| Gulf Coast | 58 (157 wells) | 5 | 0 | 7 |
| Midcontinent | 26 (85 wells) | 0 | 1 | 5 |
| Rocky Mountain | 19 (79 wells) | 3 | 3 | 10 |
| Appalachian | 47 (168 wells) | 1 | 0 | 5 |
| Total | 150 (489 wells) | 9 | 4 | 27 |

BLM_0152130

The nine companies that participated in this study included mid-size and large companies. While there are thousands of oil and gas companies in the U.S., and small companies were not part of the participants, the participants do represent a sizable sample of overall U.S. production and well count, as shown in Tables S6-3 and S6-4. Participants account for almost 12% of all U.S. gas wells, account for 16% of gross gas production, and almost half of the new well completions. Representativeness cannot be completely assured, however, since companies volunteered, and were not randomly selected.

**Table S6-3.** Participant Portion of National Gas Wells

| Region (from Fig 2-3) | Participant Company Total Gas Wells, 2011 | DOE EIA Gas Wells, Onshore, L48, 2011 | Percentage of Gas Wells operated by our participants |
|---|---|---|---|
| Appalachian | 8,739 | 202,788 | 4.30% |
| Midcontinent | 18,117 | 125,295 | 14.5% |
| Gulf Coast | 9,941 | 81,247 | 12.2% |
| Rocky Mountain | 23,805 | 103,643 | 23.0% |
| Total | 60,602 | 513,000 | 11.8% |

**Table S6-4.** Participant Portion of National Gross Gas Production

| Region (from Fig 2-3) | Participant Co. Total Gas Production (million scf), 2011 | DOE EIA Gas Production, Gross (million scf) 2011* | Percentage of Production operated by our participants |
|---|---|---|---|
| Appalachian | 282,798 | 2,357,792 | 12.0% |
| Midcontinent | 893,010 | 7,125,555 | 12.5% |
| Gulf Coast | 1,271,450 | 7,498,590 | 17.0% |
| Rocky Mountain | 1,379,408 | 6,262,666 | 22.0% |
| Total | 3,826,667 | 23,264,162 (15,577,188) (gas well prod + shale gas prod) | 16.4% |

*Excludes U.S. offshore and Alaska

BLM_0152131

Regional sampling was done to account for differences in practices that may occur due to field or state differences, or practices that may vary even within a company across the U.S. The Study Team sampled in four geographical regions (Appalachian, Gulf Coast, Midcontinent and Rocky Mountain), and with multiple companies in each region. All nine of the sponsoring companies provided sampling sites during the Study. The details of the distribution of samples in the data set, for production sites, by company, region and equipment type is provided in Table S6-5.

**Table S6-5** – Distribution of samples in study dataset: Counts, per company, of Chemical Injection Pumps, Pneumatic Devices (Controllers), fugitive leaks, number of geographically distinct sites, and number of wells, and production sites and wells. Each of the 9 companies providing sites and is assigned a randomly chosen letter identifier. Data are reported for the aggregated study data set and by region.

| | Host Company | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Number count | D | F | H | L | N | Q | R | S | W | total |
| Chemical Injection Pump | 0 | 1 | 0 | 1 | 1 | 0 | 17 | 39 | 3 | 62 |
| Pneumatic Devices | 12 | 33 | 32 | 15 | 33 | 32 | 60 | 26 | 62 | 305 |
| Other Fugitives | 3 | 27 | 16 | 32 | 9 | 45 | 88 | 19 | 39 | 278 |
| Number of distinct sites | 6 | 11 | 10 | 14 | 16 | 13 | 45 | 12 | 23 | 150 |
| Number of wells | 10 | 27 | 33 | 88 | 54 | 49 | 106 | 49 | 73 | 489 |

| | Appalachian Region Host Company | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Number count | D | F | H | L | N | Q | R | S | W | total |
| Chemical Injection Pump | | | | | | | | | | |
| Pneumatic Devices | 12 | | 32 | | 28 | 32 | | | 29 | 133 |
| Other Fugitives | 3 | | 16 | | 4 | 45 | | | 32 | 100 |
| Number of distinct sites | 6 | | 10 | | 10 | 13 | | | 8 | 47 |
| Number of wells | 10 | | 33 | | 36 | 49 | | | 40 | 168 |

| | Rocky Mountain Host Company | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Number count | D | F | H | L | N | Q | R | S | W | total |
| Chemical Injection Pump | | | | | | | | | | |
| Pneumatic Devices | | | | 4 | | | 11 | | | 15 |
| Other Fugitives | | | | 10 | | | 49 | | | 59 |
| Number of distinct sites | | | | 4 | | | 15 | | | 19 |
| Number of wells | | | | 25 | | | 54 | | | 79 |

BLM_0152132

| | Gulf Coast Host Company | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Number count | D | F | H | L | N | Q | R | S | W | total |
| Chemical Injection Pump | | | | 1 | | | 17 | | 3 | 21 |
| Pneumatic Devices | | 13 | | 11 | | | 49 | | 33 | 106 |
| Other Fugitives | | 1 | | 22 | | | 39 | | 7 | 69 |
| Number of distinct sites | | 3 | | 10 | | | 30 | | 15 | 58 |
| Number of wells | | 9 | | 63 | | | 52 | | 33 | 157 |

| | Midcontinent Host Company | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Number count | D | F | H | L | N | Q | R | S | W | total |
| Chemical Injection Pump | | 1 | | | 1 | | | 39 | | 41 |
| Pneumatic Devices | | 20 | | | 5 | | | 26 | | 51 |
| Other Fugitives | | 26 | | | 5 | | | 19 | | 50 |
| Number of distinct sites | | 8 | | | 6 | | | 12 | | 26 |
| Number of wells | | 18 | | | 18 | | | 49 | | 85 |

For completions, seven of the nine companies provided sampling sites.  For the remaining two companies, attempts were made to schedule completion sampling, however, it was not possible to identify completions that the study team could sample, due to scheduling of the completions and the study team's other sampling commitments.  In each of the Appalachian, Gulf Coast and Rocky Mountain regions, three different companies provided completion events.  These companies are identified as AP-A to AP-C, GC-A to GC-C and RM-A to RM-C in this report.  In the Midcontinent region, two different companies provided completion events.  These companies are identified as MC-A and MC-B in this report. Note that company A in one region is not necessarily the same as company A in another region.

For liquid unloadings, 5 events were sampled in the Gulf Coast, 3 in the Rocky Mountains and 1 in the Appalachian region.  These events were provided by 4 different companies.

The selection of specific sites was randomized to the extent possible.  For completions, the study team provided time windows when the measurement team would be available in certain regions and host companies identified completions that would begin as soon as possible after the study team arrived.  In most cases this scheduling completely determined which sites would be sampled.  To illustrate this, consider that the total number of well completions, nationwide in 2011, for all the participating companies combined, averaged roughly 10 per day.  That meant that in any given production region, on any particular day, just one or two new completions, for all of the companies combined, was likely to be starting.

The time commitment associated with sampling completions was extensive.  Completions lasted up to two weeks; sampling equipment set up and tear down by the study team required a day

S-72

BLM_0152133

before and a day after the completion.  Unloading, workover and production site sampling was much shorter in duration, typically a few hours to a half day.  Consequently, sites selected for unloading, workover and production site sampling were selected based on proximity to completion sampling.  Typically, a list of candidate sites was provided by the host company.  If the list was too long to be entirely sampled in the allotted time, the study team selected sites based on an ability to sample as many sites as possible in the time available.

One exception to this pattern was for Gulf Coast sites, where the study team, based in Austin, Texas, could make day trips to production sites.  For these sites, the study team randomly selected from hundreds of potential sites provided by host companies.  A second exception was for unloadings.  These events were difficult to schedule since they were often done, by site operators, immediately as needed.  This often did not allow the study team to travel to the site and set up equipment prior to the unloading occurring.  Therefore, special efforts were made to identify and sample unloadings that could be scheduled.  Unloadings numbered 1a-1c and 2a-2c were selected in this manner.

The downwind sampling described in S4 was performed only at a subset of sites.  This subset was selected based on the expectation of stable, moderate winds at the sites and the availability of a dense road network that would allow the van access to downwind sampling points.  Based on these criteria, the downwind sampling team was tasked to mirror the sampling efforts of the direct source measurement team to the extent possible given road networks downwind of sampling sites and the prevailing meteorology on the day sampling was done.  Sampling was done in the Appalachian, Midcontinent and the Rocky Mountain regions.

A final potential bias is changes to the U.S. gas production system during the measurement effort.  The system of wells and oil and gas operations continued to grow during the test period, but the technology was considered fairly constant during the test period.  The study participants were aware that the EPA's new Volatile Organic Compound (VOC) controls, in the forms of new regulations for National Emission Standards for Hazardous Air Pollutants (NESHAP) and New Source Performance Standards (NSPS Part OOOO) that went into effect in 2012 and would potentially affect new sources in 2012.  The regulations require controls on certain VOC sources that also result in control of methane.  Since most of these controls will affect tank vents and dehydrators, which were not sampled by this study, the effect was considered minimal.  The regulations do require minimization of high-bleed rate pneumatics on new facilities, and this may have had an effect on the study pneumatic measurements.

S-73

BLM_0152134

**References**

(1) Bird, R.B.; Stewart, W.E.; Lightfoot, E.N.; "Transport Phenomena", Wiley, New York, 1960 pg 175

(2) U.S. Environmental Protection Agency (EPA) AP-42 Emission Factors, Section 13.5, Industrial Flares, Dated 9/91, available at http://www.epa.gov/ttnchie1/ap42/ch13/final/c13s05.pdf , accessed February, 2013.

(3) Code of Federal Regulations (CFR), Title 40 Section 98.233, Calculating GHG Emissions, July 1, 2012.

(4) U.S. Environmental Protection Agency (EPA). *Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990-2011.* EPA 430-R-13-001, April 2013. http://www.epa.gov/climatechange/ghgemissions/usinventoryreport.html and (accessed April, 2013)

(5) Harrison, M.R.; Shires, T.M.; Wessels, J.K.; Cowgill, R. M; Methane Emissions from the Natural Gas Industry, Volumes 1 – 15, Final Report, GRI-94/0257 and EPA-600/R-96-080, Gas Research Institute and US Environmental Protection Agency, June 1996.

(6) Efron B.; Tibshirani, R. An Introduction to the Bootstrap, Chapman & Hall, CRC Press, (1993).

(7) Eastern Research Group; Sage Environmental, City of Fort Worth Natural Gas Air Quality Study, Final Report, July 13, 2011, available at http://fortworthtexas.gov/uploadedFiles/Gas_Wells/AirQualityStudy_final.pdf , accessed January 2013.

(8) FLIR, Forward Looking Infrared Cameras. http://www.flir.com/thermography/americas/us/content/?id=18358  (accessed January, 2013).

(9) Bacharach, HiFlow Sampler, http://www.bacharach-inc.com/hi-flow-sampler.htm  (accessed January, 2013)

(10) Harrison, M.R.; Shires, T.M.; Wessels, J.K.; Cowgill, R.M.; Methane Emissions from the Natural Gas Industry, EPA/600/SR-96/080 June 1997.

(11) Kirchgessner, D.A.; Lott, R.A. Cowgill, R.M.; Harrison, M.R.; Shires, T.M. Estimate of Methane Emissions from the U.S. Natural Gas Industry, Chemosphere, 35, 1365-1390, 1997.

(12) American Petroleum Institute and America's Natural Gas Alliance (API/ANGA) Characterizing Pivotal Sources of Methane Emissions from Natural Gas Production,: Summary and Analyses of API and ANGA Survey Responses, Final Report, updated September, 2012, available at: http://www.api.org/news-and-media/news/newsitems/2012/oct-

BLM_0152135

2012/~/media/Files/News/2012/12-October/API-ANGA-Survey-Report.pdf (accessed, February 2013)

(13) Lamb, B.; Shorter, J.H.; McManus, J.B.; Kolb, C.E.; Mosher, B.W.; Harriss, R.C.; Allwine, E.J.; Blaha, D.; Siverson, R.; Howard, T.; Lott, R.A.; Siverson, R.; Westberg, H.; Zimmerman, P.; Development of Atmospheric Tracer Methods to Measure Methane Emissions from Natural Gas Facilities and Urban Areas, Environ. Sci. Technol., 29, 1468-1479, 1995.

(14) Czepiel, P. M.; Mosher, B.; Shorter, J. H.; McManus, J. B.; Kolb, C. E.; Allwine, E.; Lamb, B. K.; Harriss, R.C.; Landfill Methane Emissions Measured by Static Enclosures and Atmospheric Tracer Methods, J. Geophys. Res. 101, 16,711-16,719, 1996.

(15) Czepiel, P. M.; Shorter, J. H.; Mosher, B.; Allwine, E.; McManus, J. B.; Harriss, R. C.; Kolb, C. E.; Lamb, B. K.; The Influence of Atmospheric Pressure on Landfill Methane Emissions, Waste Manage. 23, 593-598, 2003.

(16) Shorter, J. H.; McManus, J.B.; Kolb, C.E.; Allwine, E.J.; Siverson, R.; Lamb, B.K.; Mosher, B.W.; Harriss, R.C.; Howard, T.; Lott, R. A.; Collection of Leakage Statistics in the Natural Gas System by Tracer Methods, Environ. Sci. Technol., 31, 2012-2019, 1997.

(17) Mosher, B.W.; Czepiel, P. M.; Shorter, J. H.; Allwine, E.; Harriss, R.C.; Kolb, C.E.; Lamb, B.; Mitigation of Methane Emissions at Landfill Sites in New England, USA, Energy Conversion Manage. 37, 1.093-1098, 1996.

(18) Mosher, B.W.; Czepiel, P.M.; Harriss, R.C.; Shorter, J.H.; Kolb, C.E.; McManus, J.B.; Allwine, E.; Lamb. B. K.;  Methane Emissions at Nine Landfill Sites in the Northeastern United States, Environ. Sci. Technol. 33, 2088-2094, 1999.

(19) Blaha, D.; Mosher, B.; Harriss, R.C.; Kolb, C.E.; McManus, J.B.; Shorter, J.H.; Lamb, B.; Mapping Urban Sources of Atmospheric Methane, Geo. Info. Systems, 4, 34-38, 1994.

(20) Kolb, C.E.; Herndon, S.C.; McManus, J.B.; Shorter, J.H.; Zahniser, M.S.; Nelson, D.D.; Jayne, J.T.; Canagaratna, M.R.; Worsnop, D.R.; Mobile Laboratory with Rapid Response Instruments for Real-Time Measurements of Urban and Regional Trace Gas and Particulate Distributions and Emission Source Characteristics, Environ. Sci. Technol., 38, 5694–5703, 2004.

(21) Herndon, S. C.; Jayne, J. T.; Zahniser, M. S.; Worsnop, D. R.; Knighton, B.; Allwine, E.; Lamb, B. K.; Zavala, M.; Nelson, D. D.; McManus, J. B.; Shorter, J. H.; Canagaratna, M. R.; Onasch, T. B.; Kolb, C. E.; Characterization of urban pollutant emission fluxes and ambient concentration distributions using a mobile laboratory with rapid response instrumentation, Faraday Discuss., 130, 327–339, 2005a.

(22) Herndon, S. C.; Shorter, J.H; Zahniser, M.S.; Wormhoudt, J.; Nelson, D.D.; Demerjian, K.L; Kolb, C.E.; Real-time Measurements of $SO_2$, $H_2CO$ and $CH_4$ Emissions from in-use

BLM_0152136

Curbside Passenger Buses in New York City using a Chase Vehicle, Environ. Sci. Technol. 39, 7984-7990, 2005b.

(23) Energy Information Administration, Summary Statistics for Natural Gas in the United States, 2007-2011, available at: http://www.eia.gov/naturalgas/data.cfm#production (accessed January, 2013).

(24) American Association of Petroleum Geologists, Contiguous United States: AAPG-CSD Geologic Provinces Codes Map, 1991

BLM_0152137

This is an open access article published under an ACS AuthorChoice License, which permits copying and redistribution of the article or any adaptations for non-commercial purposes.



Article

pubs.acs.org/est

# Aerial Surveys of Elevated Hydrocarbon Emissions from Oil and Gas Production Sites

David R. Lyon,*,[†,‡] Ramón A. Alvarez,[†] Daniel Zavala-Araiza,[†] Adam R. Brandt,[§] Robert B. Jackson,[‖] and Steven P. Hamburg[†]

[†]Environmental Defense Fund, 301 Congress Avenue, Suite 1300, Austin, Texas 78701, United States
[‡]Environmental Dynamics Program, University of Arkansas, Fayetteville, Arkansas 72701, United States
[§]Department of Energy Resources Engineering, Stanford University, Stanford, California 94305, United States
[‖]Department of Earth System Science, Woods Institute for the Environment, and Precourt Institute for Energy, Stanford University, Stanford, California 94305, United States

Ⓢ *Supporting Information*

**ABSTRACT:** Oil and gas (O&G) well pads with high hydrocarbon emission rates may disproportionally contribute to total methane and volatile organic compound (VOC) emissions from the production sector. In turn, these emissions may be missing from most bottom-up emission inventories. We performed helicopter-based infrared camera surveys of more than 8000 O&G well pads in seven U.S. basins to assess the prevalence and distribution of high-emitting hydrocarbon sources (detection threshold ∼ 1−3 g s$^{-1}$). The proportion of sites with such high-emitting sources was 4% nationally but ranged from 1% in the Powder River (Wyoming) to 14% in the Bakken (North Dakota). Emissions were observed three times more frequently at sites in the oil-producing Bakken and oil-producing regions of mixed basins ($p < 0.0001$, $\chi^2$ test).



Hydrocarbon emissions from a storage tank observed with an infrared camera

However, statistical models using basin and well pad characteristics explained 14% or less of the variance in observed emission patterns, indicating that stochastic processes dominate the occurrence of high emissions at individual sites. Over 90% of almost 500 detected sources were from tank vents and hatches. Although tank emissions may be partially attributable to flash gas, observed frequencies in most basins exceed those expected if emissions were effectively captured and controlled, demonstrating that tank emission control systems commonly underperform. Tanks represent a key mitigation opportunity for reducing methane and VOC emissions.

## ■ INTRODUCTION

Hydrocarbon emissions from oil and gas (O&G) facilities pose multiple risks to the environment and human health. Methane, the primary constituent of natural gas, is a short-lived greenhouse gas with 28−34 and 84−86 times the cumulative radiative forcing of carbon dioxide on a mass basis over 100 and 20 years, respectively.[1] Burning natural gas instead of other fossil fuels may increase net radiative forcing for some time, even if carbon dioxide emissions decline, depending on the loss rate of methane across the O&G supply chain.[2] O&G hydrocarbon emissions also include volatile organic compounds (VOCs), which are defined by the United States Environmental Protection Agency (U.S. EPA) as photochemically reactive organic compounds excluding methane and ethane. VOCs contribute to regional ozone formation and have been linked to elevated ozone levels in several O&G producing regions.[3,4] Certain VOCs such as benzene are toxic and may be connected to increased risk of cancer and respiratory disease in some areas with O&G development.[5,6]

Hydrocarbons (HC) can be emitted from vented, fugitive, or combustion sources. Vented HC emissions are intentional releases of natural gas from blowdowns (releasing gas to depressurize equipment for maintenance or safety) or sources that emit as part of routine operations such as pneumatic controllers. Fugitive HC emissions are unplanned releases from equipment leaks or malfunctioning equipment. Combustion HC emissions include uncombusted hydrocarbons in the exhaust of combustion sources such as compressor engines and flares. HC emissions can also occur from storage tanks for oil, natural gas condensate, and produced water. Tanks can be the source of both vented emissions, such as flashing losses when liquids are dumped from high-pressure separators to atmospheric pressure tanks, and fugitive emissions caused by

Received: February 9, 2016
Revised: April 4, 2016
Accepted: April 5, 2016
Published: April 5, 2016



DOI: 10.1021/acs.est.6b00705
Environ. Sci. Technol. 2016, 50, 4877−4886

malfunctioning separators or control devices. Unlike emissions of raw natural gas, which are primarily composed of methane, oil and condensate tank flashing emissions tend to be dominated by heavier alkanes such as propane and butane.[7]

Recent studies have used two broad approaches to estimate methane or VOC emissions: top-down methods that quantify emissions at the regional or larger scale at one or more points in time, and bottom-up methods that use activity data and emission factors to scale up component- or facility-level measurements to generate emission inventories. Generally, top-down estimates of methane emissions have been greater than bottom-up estimates.[8,9] In the Barnett Shale, a coordinated campaign with simultaneous top-down and bottom-up methods was able to reconcile aircraft mass balance estimates of regional O&G methane emissions with a custom emission inventory based on local and national facility-level measurements.[10,11] Compared to traditional bottom-up inventories, the coordinated campaign inventories estimated higher emissions due to more comprehensive activity data and the inclusion of high emission "superemitter" sites in the development of emission factors.[11,12]

Many types of O&G facilities have highly skewed emission distributions with a small fraction of sites contributing the majority of emissions.[13–17] These high emission facilities, often referred to as superemitters, may include some sites with persistent emissions and others with intermittent episodes of large releases.[18] High emission rates are likely due to both fugitive emissions caused by malfunctions and vented emissions such as tank flashing or blowdowns. The identification and mitigation of high emission sites is critical to reducing regional emissions since these facilities contribute a large portion of total O&G emissions.[18,19] If the identity of these sites can be predicted, then it would be effective to focus mitigation efforts on sites with characteristics most often associated with high emissions. However, if the occurrence of high emissions is stochastic, then the only viable mitigation solution would be frequent or continuous monitoring of all sites in order to quickly identify and mitigate those with excess emissions.

A common method to detect HC leaks at O&G facilities is optical gas imaging, which has been proposed by U.S. EPA as a regulatory requirement for new and modified sources.[20] Since methane and other HC emissions are invisible to the naked eye, infrared (IR) cameras are used to visualize HC plumes.[21] IR cameras can not differentiate individual HC species nor quantify emissions under field conditions, but their ability to identify the exact location of an emission source is highly valuable for mitigation. A skilled technician on the ground can use an IR camera to quickly survey thousands of components at an O&G facility for leaks.[22] Helicopter-based IR camera surveys have been used by operators and regulatory agencies to inspect large numbers of sites for high emission rate sources that may indicate equipment issues or noncompliance with environmental regulations.[23]

In this study, we use data collected during helicopter-based IR camera optical gas imaging surveys of more than 8000 O&G well pads to assess the prevalence and distribution of high-emitting HC sources in seven U.S. O&G basins. Survey data were analyzed to determine patterns and statistical relationships of observed emissions with well pad and operator parameters. In turn, observed frequencies of high emission sources were compared to predicted frequencies of observable tank flashing emissions with and without controls to assess if detected

emission sources indicate the presence of malfunctioning emission control systems.

## ■ METHODS

Survey areas were selected by stratified random sampling in seven U.S. O&G basins accounting for 33% and 39% of U.S. oil and gas production, respectively: Bakken (North Dakota/Montana), Barnett (north central Texas), Eagle Ford (south Texas), Fayetteville (Arkansas), Marcellus (Appalachian Basin), Powder River (Wyoming/Montana), and Uintah (Utah). Subregions in each basin were selected on the basis of their suitability for helicopter surveys (<1500 m above sea level, unrestricted airspace) and subdivided into 10 × 10 km grid cells. Due to their large size, subregions in the Bakken, Marcellus, and Powder River were centered on areas with active drilling in northwest North Dakota, southwest Pennsylvania, and eastern Wyoming, respectively. Data on well pad characteristics for each of these subregions were obtained for wells with an active status from the production database Drillinginfo, which contains data compiled and cleaned from state databases.[24]

One or two defining characteristics were identified for each region that best characterized the heterogeneity of the basin's O&G production and could be the basis for stratified sampling. The selected strata were gas-oil ratio (GOR) in produced fluids (Barnett and Uintah), well age (Bakken), a combination of well age and GOR (Marcellus), and well type of oil, gas, or coal-bed gas (Powder River). These strata were chosen to reflect the distinguishing characteristics in each region (e.g., GOR does not vary greatly in the Bakken, so no meaningful stratification is possible along that dimension). Parameter thresholds separating strata were selected independently for each basin to divide grid cells into two or three quantiles of average parameter values. After assigning grids to strata based on their average parameters, a list of grids in each stratum was randomly selected for survey. In two basins, this design was not followed. In the Fayetteville, a single 20 × 20 km area was selected due to limited survey time and homogeneous production across the basin (dry gas without oil). In the Eagle Ford, two unstratified 40 × 15 km survey areas that each covered the basin's broad range in GOR were selected to facilitate efficient measurements by additional research aircraft. A map of surveyed basins is shown in Figure S1.

Survey area boundaries were provided to a professional firm with extensive experience performing leak detection surveys of O&G sites from a helicopter using optical gas imaging (Leak Surveys, Inc.).[25] Flights occurred from June to October 2014 using an R44 helicopter. The survey team identified O&G well pads, compressor stations, and small gas processing plants in the survey areas; for this paper, only data from active well pads are included in the analysis. Camera operators used a FLIR GasFindIR infrared camera to visually survey sites for detectable hydrocarbon plumes at an elevation of approximately 50 m above ground level. At each site with detected emissions, the survey team reported the site's latitude/longitude and the number and equipment type of each observed emission source. Additionally, an IR video was recorded at each site with detected emissions, typically by circling the site and focusing on observed emission sources for 20 to 80 s. Videos were reviewed by the lead author to verify the number and type of detected sources.

Two independent methods were used to estimate the minimum detection limit of optical gas imaging with an IR

DOI: 10.1021/acs.est.6b00705
Environ. Sci. Technol. 2016, 50, 4877–4886

Environmental Science & Technology Article

camera deployed from the survey helicopter. First, an operator in the Fayetteville performed a controlled release of dry natural gas (97% $CH_4$) from a pipeline pig receiver at a midstream facility while being observed by the helicopter survey team from a typical survey position during cloudy conditions. A variable orifice was used to release natural gas at three rates. These rates were quantified by the bagging method at ~3, 8, and 27 g s$^{-1}$, respectively. The helicopter survey team recorded observable plumes from all three controlled release tests with the lowest release rate producing only faint images that appeared to represent the detection threshold under test conditions. Second, an aircraft with a methane analyzer used the atmospheric budget method to quantify methane emissions at 19 well pads and compressor stations within 1 h of detection by the helicopter survey team (See the Supporting Information for methodological details). Measured site emission rates ranged from 1 to 24 g $CH_4$ s$^{-1}$ with 84% of central estimates above 3 g $CH_4$ s$^{-1}$ (Table S1). Additionally, the helicopter survey team qualitatively ranked the size of emission sources based on the apparent size and density of plumes, but there was no correlation between the qualitative magnitude of emission sources estimated from experienced camera operators and the quantified methane emission rates; potential reasons are discussed in the Supporting Information. Variability in the IR camera's sensitivity to different hydrocarbons (HC) is expected to impact the detection limit. The GasFindIR camera can detect at least 20 different HCs with differing functionality and has the highest sensitivity to alkanes; the reported minimum detectable emission rate under controlled conditions is 2−4 times lower for propane than methane under controlled conditions.[21] While there may be differences in the ratio of minimum detectable emissions rates in the field compared to controlled conditions, a ratio of 3 was chosen as representative of the increased sensitivity of the camera to higher molecular weight HCs. Therefore, the helicopter survey detection limit was assumed to be ~3 g HC s$^{-1}$ for dry gas sources with emissions composed primarily of methane and ~1 g HC s$^{-1}$ for sources such as tanks with emissions composed primarily of higher HCs such as propane. The detection limit of the IR camera is also affected by wind speed. We assessed the average wind speed during surveys based on hourly data during daytime hours from local weather stations. Average wind speed ranged from 2.7 m s$^{-1}$ in the Uintah to 6.4 m s$^{-1}$ in the Powder River (Table S2). On the basis of the power law relationship between wind speed and detection limit reported in Benson et al., the difference in wind speed would cause the average detection limit to be 3−4 times higher in the Powder River compared to the Uintah.[21] Therefore, variability in wind speed contributes uncertainty to the detection limit of a similar magnitude as variable gas composition.

Because survey results were reported for unique well pads rather than by individual well (i.e., many sites have multiple wells), the latitude/longitude of individual wells in surveyed areas were used to aggregate wells into pads by spatially joining all active wells within a 50 m buffer distance.[18] For each pad, well-level data were used to determine the operator, well production type (oil, gas, oil and gas, coal bed methane), well drill type (vertical, horizontal, directional), number of wells, pad age (months since initial production of newest well), gas production, hydrocarbon liquid production, and water production.[24] Hydrocarbon liquid production includes both crude oil and natural gas condensate; for this analysis, the term "oil" is used to refer to all hydrocarbon liquids. Water

production data were not available for individual wells in the Fayetteville or Marcellus basins. Parameters were specific to the same survey month for all basins except the Marcellus, for which only annual and semiannual data were available for conventional and unconventional wells, respectively. In addition to pad-specific parameters, operator-specific parameters were calculated for each basin based on operators' full population of wells in each basin. Surveyed sites with detected emissions were matched to individual pads in the survey area using the reported latitude/longitude as well as Google Earth imagery.

The helicopter-based team surveyed 8220 well pads located throughout an area of 6750 km$^2$. Average well pad characteristics by basin and strata are summarized in Table S3. The average number of wells per pad ranged from 1.1 in the Uintah to 2.7 in the Fayetteville. Well pads were newest in the Fayetteville (average age of newest well on each pad of 4.1 years) and oldest in the Barnett (13.4 years). Average gas production ranged from 65 Mcf pad$^{-1}$ day$^{-1}$ in the Uintah to 1438 Mcf pad$^{-1}$ day$^{-1}$ in the Fayetteville. Average oil production ranged from 0 bbl pad$^{-1}$ day$^{-1}$ in the Fayetteville to 312 bbl pad$^{-1}$ day$^{-1}$ in the Eagle Ford. For the basins with oil production, GOR was lowest in the Bakken (1.2 Mcf bbl$^{-1}$) and highest in the Marcellus (153 Mcf bbl$^{-1}$). To assess the representativeness of surveyed sites, we compared these parameters between surveyed sites and the total population of active wells in each basin in 2014 (Table S4). For almost all parameters, surveyed sites had statistically different distributions than the entire basin (Kolmogorov−Smirnov $p > 0.05$) but the percent difference for most values was <25% from the basin mean and almost always within 50%. In all basins, surveyed wells were younger than the full population; in the Bakken, Barnett, Eagle Ford, Marcellus, and Powder River, surveyed wells had higher gas production and/or oil production than the basin average. These slight biases likely resulted from selecting subregions with active drilling to include young sites in our survey areas. Overall, our sampled strata account for the full range of diversity within and across basins and are appropriate for assessing patterns in high emissions.

Pearson's correlation coefficients ($r$) were used to assess correlation between the presence (nondetect = 0, detect = 1) or number of detected emissions by source type and pad or operator parameters. Binomial generalized linear models (GLM), also known as logistic regression models, were used to predict the probability of detected emissions at a well pad ($P_{detect}$) from site and operator parameters. Analysis of variance models and Tukey's Honest Significance Difference test were used to assess significant differences in $P_{detect}$ among basins, strata, well type, and drill type. Poisson GLMs were used to predict the number of detected sources by emission type at each pad. For the full data set and individual basins, several single parameter and multiparameter GLMs were evaluated on the basis of their simplicity, Akaike Information Criteria, Pearson's $r$, and Hosmer-Lemeshow goodness of fit between observed and predicted values to select models meaningful for explaining the effects of parameters on emissions. An alpha level of 0.05 was used to determine statistical significance in all tests. For statistical analyses, percent energy from oil was used as a surrogate for GOR since it has a discrete range and is more normally distributed; this metric was calculated from oil and gas production using an assumed energy content of 5.8 MMBtu bbl$^{-1}$ for oil and 1.05 MMBtu Mcf$^{-1}$ for natural gas.[26]

DOI: 10.1021/acs.est.6b00705
Environ. Sci. Technol. 2016, 50, 4877−4886

BLM_0152140

**Environmental Science & Technology**  Article

**Table 1. Infrared Camera Survey Results by Basin and Strata[a]**

| basin | strata | detected sources | | | | well pads with detected sources | |
|---|---|---|---|---|---|---|---|
| | | number | % tank vents | % tank hatches | % other sources | number | % of pads |
| Bakken | young | 109 | 9% | 83% | 7% | 57 | 14.9%[a] |
| | old | 61 | 10% | 85% | 5% | 37 | 12.4%[a] |
| | *all surveyed* | *170* | *9%* | *84%* | *6%* | *94* | *13.8%[w]* |
| Barnett | high GOR | 10 | 60% | 50% | 0% | 7 | 0.7%[a] |
| | medium GOR | 9 | 22% | 67% | 11% | 6 | 1.4%[a] |
| | low GOR | 60 | 55% | 40% | 3% | 46 | 20.6%[b] |
| | *all surveyed* | *79* | *52%* | *44%* | *4%* | *59* | *3.5%[y]* |
| Eagle Ford | east | 70 | 61% | 34% | 3% | 29 | 11.0%[a] |
| | west | 1 | 0% | 100% | 0% | 1 | 0.3%[b] |
| | *all surveyed* | *71* | *61%* | *35%* | *3%* | *30* | *5.4%[xy]* |
| Fayetteville | *all surveyed* | *24* | *17%* | *83%* | *0%* | *13* | *4.4%[xya]* |
| Marcellus | high GOR, younger age | 17 | 76% | 12% | 12% | 13 | 1.4%[a] |
| | high GOR, older age | 0 | | | | 0 | 0.0%[b] |
| | low GOR | 15 | 13% | 87% | 0% | 11 | 10.7%[c] |
| | *all surveyed* | *32* | *47%* | *47%* | *6%* | *24* | *1.2%[z]* |
| Powder River | coal bed methane | 0 | | | | 0 | 0.0%[a] |
| | oil/CBM mix | 0 | | | | 0 | 0.0%[a] |
| | oil | 18 | 44% | 39% | 22% | 15 | 11.2%[b] |
| | *all surveyed* | *18* | *44%* | *39%* | *22%* | *15* | *1.0%[z]* |
| Uintah | high GOR | 3 | 67% | 0% | 33% | 3 | 2.2%[a] |
| | medium GOR | 59 | 75% | 5% | 20% | 52 | 6.3%[ab] |
| | low GOR | 38 | 63% | 21% | 16% | 37 | 8.8%[b] |
| | *all surveyed* | *100* | *70%* | *11%* | *19%* | *92* | *6.6%[z]* |
| all basins | | 494 | 40% | 52% | 8% | 327 | 4.0% |

[a]For the percentage of pads with detected emissions ($P_{detect}$), letters indicate statistically significant differences among strata within each basin (a−c) and among basins (w−z) as determined by Analysis of Variance models and Tukey's HSD ($p < 0.05$). For example, within the Barnett, $P_{detect}$ in the low GOR strata is statistically different than the high GOR and medium GOR strata; the overall Barnett $P_{detect}$ is statistically different than overall $P_{detect}$ of the Bakken, Marcellus, Powder River, and Uintah.

**Table 2. Correlation of Well Pad and Operator Parameters with $P_{detect}$ (the Detection of Emissions at a Site; Nondetect = 0, Detect = 1) or the Number of Detected Sources by Type[a]**

| parameters | | $P_{detect}$ | total sources | tank vents | tank hatches | nontank sources |
|---|---|---|---|---|---|---|
| well pad parameters | well count | 0.15 | 0.16 | 0.15 | 0.10 | |
| | well age | −0.12 | −0.10 | −0.08 | −0.07 | −0.03 |
| | gas production | 0.12 | 0.11 | 0.15 | 0.04 | |
| | oil production | 0.20 | 0.28 | 0.24 | 0.19 | |
| | water production | 0.06 | 0.06 | 0.04 | 0.06 | |
| | % energy from oil | 0.19 | 0.16 | 0.10 | 0.12 | 0.06 |
| operator regional parameters | well count | −0.11 | −0.09 | −0.06 | −0.06 | −0.05 |
| | gas production | −0.05 | −0.03 | −0.03 | | −0.04 |
| | oil production | 0.09 | 0.10 | 0.06 | 0.08 | |
| | water production | −0.06 | −0.06 | −0.04 | −0.03 | −0.06 |
| | % energy from oil | 0.17 | 0.14 | 0.08 | 0.12 | 0.06 |

[a]Well pad parameters represent the individual site. Operator parameters represent all regional well pads operated by the same company as each surveyed site. Reported values are Pearson correlation coefficients ($r$) that are significantly different than zero ($p < 0.05$).

## ■ RESULTS AND DISCUSSION

A total of 494 unique high emissions sources at 327 well pads were detected by the helicopter survey team out of 8220 surveyed well pads in seven basins. The percentage of total well pads with detected HC emissions ($P_{detect}$) was 4% but ranged from 1% in the Powder River to 14% in the Bakken (Table 1). There were statistically significant differences in $P_{detect}$ by basin with the Bakken higher than all other basins (see Table 1 for full pairwise comparisons). Emissions were more often observed in oil-producing areas with an average $P_{detect}$ of 13% in the Bakken and low gas-to-oil ratio strata of mixed production basins ($p < 0.0001$, $\chi^2$ test). For example, in the Barnett, 21% of well pads in the low GOR strata showed detectable emissions compared to <1% of sites in the high GOR strata (Table 1). There were also significant differences in $P_{detect}$ by well production type (oil and gas > oil > gas > coal bed methane) and well drill type (horizontal > directional and vertical).

DOI: 10.1021/acs.est.6b00705
Environ. Sci. Technol. 2016, 50, 4877–4886

BLM_0152141

Environmental Science & Technology — Article



**Figure 1.** Percentage of well pads with detected emissions by deciles of well pad parameters: (a) well count (wells per pad), (b) well age (months since initial production of newest well), (c) gas production (Mcf/day), (d) oil production (bbl/day), (e) water production (bbl/day), and (f) % energy from oil. The median values of each decile are displayed on the x-axes.

Tank hatches and tank vents were the most common source type of detected emissions, comprising 92% of observed sources (Table 1). The remaining 8% of detected emission sources were dehydrators, separators, trucks unloading oil from tanks, and unlit or malfunctioning flares. Detected emission sources represent individual release points with HC emission rates exceeding the survey's estimated detection limit of approximately 3 g s$^{-1}$ for CH$_4$ or 1 g s$^{-1}$ for heavier HC. Given this detection limit, no emissions were observed from equipment leaks, pneumatic controllers, or chemical injection pumps, consistent with two recent studies that observed a maximum emission rate of 1.5 CH$_4$ g s$^{-1}$ at over 1000 such measured sources.[27,28]

There are several factors that may account for differences among basins in $P_{detect}$ including operational practices, emission control regulations, and the mix of produced hydrocarbons. The effect of weather conditions on the detection limit may also have impacted the frequency of observed emissions. In particular, the higher average wind speed in the Powder River may have contributed to the low frequency of observations.

**Statistical Analyses.** There were statistically significant but relatively weak positive correlations between detection and numerous well pad parameters: well count, gas production, oil production, water production, and percent energy from oil (Table 2; $r = 0.06$ to 0.20). Detection was negatively correlated with well age ($r = -0.12$), meaning that newer wells were more likely to have detected emissions. The average $P_{detect}$ by decile of analyzed pad parameters is shown in Figure 1. One binomial generalized linear model, GLM A4, predicted detection that was not significantly different than that observed (Hosmer-Lemeshow >0.05); this multiparameter model used basin, the numerical pad parameters well count, well age, gas production, oil production, and percent energy from oil, and the interactions of basin with each numerical parameter, to explain 14% of the variance in $P_{detect}$ ($r^2 = 0.14$). Three other multiparameter GLMs had observed and predicted detections that were statistically different and explained 3–8% of the variance: A1, using basin only; A2, using numerical parameters only; and A3, using basin and the numerical parameters but not their interactions (Table S5, $r^2 = 0.03$, 0.07, and 0.08, respectively). The increase in predictive power indicates that

DOI: 10.1021/acs.est.6b00705
Environ. Sci. Technol. 2016, 50, 4877–4886

BLM_0152142

the effect of well pad numerical parameters on $P_{detect}$ varies by basin. For example, in the Marcellus, Powder River, Barnett, and Uintah basins, which have a mix of produced hydrocarbons with a wide range of GOR, there was a significant positive effect of percent energy from oil on predicted $P_{detect}$, while there was no significant effect of this parameter in the basins with more homogeneous production.

The most predictive GLM, A4, only explained 14% of the variance, which indicates that the presence of high emissions was primarily stochastic or driven by operational characteristics not included in this analysis. Therefore, statistical models have limited utility for predicting the occurrence of individual high emission sources. However, the relatively weak, statistically significant correlation of several parameters with $P_{detect}$ does provide some insights into factors affecting the likelihood of high emissions. To assess the effects of well pad characteristics on detection, we evaluated single parameter GLMs for the full data set and individual basins (Table S6). For the full data set, the GLMs with the best fit between observed and predicted detection were based on well age ($r^2 = 0.04$), oil production ($r^2 = 0.03$), and percent energy from oil ($r^2 = 0.03$). The relative strength of the effects of parameters on the likelihood of detection can be assessed by the ratio of GLM predicted $P_{detect}$ at the 97.5th and 2.5th percentile of parameter distributions. For example, predicted probability of detection for a pad at the 97.5th percentile of well count ($P_{detect} = 0.11$; 5 wells per pad) is 3.2 times higher than for a pad at the 2.5th percentile ($P_{detect} = 0.03$; 1 well per pad). For individual basins, single parameter GLMs with statistically significant fits had the same directional effects as the full data set but varied in their relative strength. The best fit GLMs were based on well count in the Bakken and Marcellus, well age in the Powder River and Uintah, and oil production in the Barnett and Eagle Ford. In the Fayetteville, no single parameter GLM had a statistically significant fit. Detailed parameters for GLM A4 and single parameter GLMs are reported in Tables S16 and S17.

Other studies have reported a weak positive correlation between gas production and methane emissions.[13,28,29] In a prior study of the Barnett Shale, the top 7% of well pads by gas production were estimated to contribute 29% of total methane emissions; this was attributed to higher absolute emissions yet lower proportional loss rates of produced gas at high production sites.[18] The positive correlation between oil production and emission detection may be related to a higher frequency of tank flashing with increased oil production. Brantley et al. reported that oil production was negatively correlated with methane emissions as part of a multivariate linear regression model, which the authors attributed to lower methane content relative to heavier HCs in gas from oil producing wells.[13] In this study, the opposite effect would be expected since the IR camera detects all HCs with higher sensitivity to heavier HCs. The positive relationship between the number of wells per pad and $P_{detect}$ may be due to greater complexity and potential emission sources at multiwell pads. The negative effect of well pad age, the parameter with the strongest predictive power, is likely related to the inverse relationship between well age and oil and gas production, although all parameters remain significant in multiparameter GLMs. Pads with a well in its first two months of production had over five times the frequency of detected emissions than older pads ($p < 0.001$). Due to the steep decline in production rates of unconventional wells with age, equipment and control devices may be undersized for handling this period of maximum

production. Although older sites would be expected to have a greater likelihood of malfunctions caused by equipment wear, young sites may have initial issues caused by poor setup that have yet to be detected and repaired.

Similar statistical analyses were performed for basin-specific operator characteristics; there were several statistically significant but weak correlations between $P_{detect}$ and these parameters (Table 2) with the strongest positive and negative correlations for an operator's regional percent energy from oil ($r = 0.17$) and regional well count ($r = -0.11$). Binomial GLMs predicting $P_{detect}$ from operator parameters are described in the Supporting Information. Relationships between the number of detected emissions by source type and well pad or operator characteristics were also evaluated (Table 2). For tank vents and hatches, the number of detected sources at a pad was most strongly correlated with oil production ($r = 0.24$ and 0.19). For nontank sources, correlations were weaker ($r = -0.06$ to 0.06). Poisson GLMs predicting the number of detected sources by type from pad parameters are described in the Supporting Information.

**Potential Causes of Observed Emissions.** High-emitting sources detected by the survey team may have been caused by both malfunctions and normal operations. For nontank sources, IR videos provide evidence that most sources were the result of malfunctions or intentional releases. There were 14 observations of malfunctioning flares that were unlit or operating with poor combustion efficiency. Emissions were detected from the pressure relief valves of four separators; although these pressure relief valves may have been functioning properly for safety purposes, the overpressurization that triggered their release indicates abnormal operations. Eight emission sources were observed from vents associated with trucks unloading oil from tanks, which may be intentional to relieve pressure of gas that is released as oil is pumped into trucks. Fifteen dehydrators were observed to have HC emissions, primarily from still vents that remove water vapor from the water-saturated glycol solution. On the basis of pad gas production and HC emission factors, no more than three of these dehydrators would be expected to have still vent emissions close to the 1 g s$^{-1}$ detection limit.[30] Therefore, most observed emissions from dehydrators were likely the result of abnormal operations that allowed excess HC to slip through the vent. In addition to the IR videos of individual sources, the very weak fit between observed and predicted emissions suggests that nontank emission sources are strongly driven by stochastic processes such as malfunctions.

Attributing tank vent and hatch emissions to malfunctions or normal operations is more difficult due to the many potential causes of tank emissions. As part of normal operations, uncontrolled tanks emit HCs from working, breathing, and flashing losses. Tank working and breathing losses generally are expected to be less than 1 g HC s$^{-1}$, but emissions in excess of this rate can occur from tank flashing after a separator dumps liquids into a tank.[13,31] As discussed below, the emission rate and frequency of tank flashing emissions can be predicted on the basis of parameters including oil production.

Another routine cause of tank emissions is when wells are vented to unload liquids accumulated in the wellbore, which also releases gas. Emissions from well unloadings can be very large; the average emission rate of over 100 measured unloading events was 111 g CH$_4$ s$^{-1}$.[32] U.S. EPA Greenhouse Gas Reporting Program (GHGRP) data were used to estimate the percentage of wells expected to be venting at any one time in surveyed basins.[33] Assuming the duration of unloading events was 1 h, 0.24% and 0.15% of wells in the Fayetteville

DOI: 10.1021/acs.est.6b00705
Environ. Sci. Technol. 2016, 50, 4877−4886

BLM_0152143





**Figure 2.** Comparison of the observed and predicted frequencies of well pads with detected tank hydrocarbon emissions assuming an observation threshold of 1 g s$^{-1}$ and basin-level data from the EPA O&G Estimation Tool. Two sets of predicted estimates are provided: red bars reflect predicted frequencies based on potential emissions without controls; green bars reflect the application of controls to the highest emitting tanks (see text for details). Predicted frequencies are shown as a range reflecting different temporal profiles of tank flashing emissions. For several basins and strata, observed frequencies are lower than frequencies predicted without controls but higher than predicted with controls. For example, the combined Uintah observation of 5.8% is within the range predicted for potential emissions but greater than the maximum of 1.5% predicted if all tank control systems were functioning effectively.

(Arkoma) and Uintah basins would have been venting due to liquids unloading at any one time, respectively; all other surveyed basins are predicted to have had less than 0.1% of wells venting from unloading. Therefore, liquids unloading events likely could be detected by the helicopter survey but only can explain a small fraction of observed tank sources.

Finally, abnormal emissions can occur if a separator dump valve fails to properly close and allows produced gas to flow through the tank instead of the sales line. These sources can have very large emission rates, theoretically up to a well's entire gas production if the valve is stuck fully open. In 2014, operators reported over 7000 malfunctioning dump valves to the U.S. EPA GHGRP.[33] On the basis of the reported number of hydrocarbon tanks, approximately 5% of GHGRP tanks was associated with stuck dump valves. Operators do not report the duration of stuck dump valves, but a median duration of 7 days can be back calculated from other GHGRP data. Consequently, less than 0.1% of tanks are expected to have emissions from stuck dump valves at any one time.

**Influence of Flashing Emissions by Basin.** To determine if flashing could account for the observed $P_{detect}$ of tank emission sources, potential HC emissions from tank flashing were estimated for surveyed well pads. Flash emission rates per unit of liquids production vary by parameters such as separator pressure and API gravity (a measure of HC liquid density). Since these values were not known for individual sites, basin-

level data were obtained from the U.S. EPA O&G Emission Estimation Tool 2014 version 1, which includes a compilation of best available data from several sources including state regulatory agencies.[34] The tool provides separate emission factors for produced water, condensate, and crude oil (Table S11). For hydrocarbon liquids, a weighted average emission factor was derived from basin-level oil and condensate production. If tanks at a well pad are manifolded together with a common vent, then flash emissions will occur when any well's separator dumps to the tank battery. Therefore, site-level production was used as a conservatively high estimate of flashing emissions. The temporal variability of flash emissions depends on the frequency and duration of separator dumps and duration of subsequent flash gas venting. Brantley et al. reported that a tank at a Denver-Julesburg well pad producing 29 bbl d$^{-1}$ condensate flashed ten times in 20 min; the duration of flash events in the study ranged from 30 to 120 s.[31] This indicates that, although individual flash events are short-lived, some sites may have near continuous tank flashing emissions due to frequent venting from separator dumps. To estimate the percentage of sites expected to have flash emissions ≥1 g HC s$^{-1}$ detection limit at any one time, the frequency and emission rate of flash emissions were calculated using two sets of assumptions: continuous emissions at a constant rate or intermittent emissions at the detection limit. Both these estimates use the same daily average emission rate but serve

DOI: 10.1021/acs.est.6b00705
Environ. Sci. Technol. 2016, 50, 4877−4886

BLM_0152144

as lower and upper bounds for the fraction of sites with concurrent emissions at or above the detection limit. The effects of these assumptions were tested with a sensitivity analysis including alternative emission factors and a 3 g HC s$^{-1}$ detection limit (Tables S12−S15). In all basins, the range of predicted frequencies of sites with uncontrolled tank flashing emissions ≥1 g HC s$^{-1}$ included or exceeded observed frequencies (Figure 2; Fayetteville was excluded due to lack of reported liquids production). This indicates that tank flashing could explain observed emissions in the absence of tank emission control devices.

There are several state and federal regulations that require some oil and condensate storage tanks to control VOC emissions, including in North Dakota, Pennsylvania, Utah, and Wyoming.[35,36] For example, during the time of the survey, U.S. EPA New Source Performance Standard Subpart OOOO required all tanks that began construction after April 12, 2013 and had a potential to emit ≥6 tons per year VOC to install control devices with at least 95% control effectiveness within 60 days of initial production.[37] Tank emission control devices include flares, combustors (enclosed flares), and vapor recovery units. The improper design, construction, or maintenance of tank control devices can reduce the capture or control efficiency of tank control devices.[38] Combustion devices can fail to ignite or have poor combustion efficiency, which causes HC emissions from the combustor stack. Emissions may not be fully captured if control systems are undersized or if condensed liquids in vent lines restrict the flow of gas, which can lead to tank overpressurization that triggers the release of gas from a pressure relief valve or tank hatch. Additionally, tank hatches that are left open accidentally or improperly sealed can allow some portion of vented flash gas to circumvent control devices. To determine if the frequency of observed tank emissions indicates failure of tank control systems, we estimated the percentage of sites expected to be equipped with tank controls by applying basin-level control data from the U.S. EPA O&G Emission Estimation Tool (Table S11).[34] For every surveyed well pad, potential emissions from oil, condensate, and water flashing were estimated using basin-level emission factors. Well pads were ranked by potential emissions, and then, controls were assumed to be equipped at a fraction of sites equal to the percentage of tanks with flares reported in the tool (28−86%). Emissions were assumed to be controlled at the reported basin-level capture efficiency (100%) and control efficiency (91−98%).[34] If these assumptions were true, then no emissions should be observed from hatches or vents of controlled tanks since all emissions are captured by the control device, but emissions could be observed exiting control devices if uncombusted HC in flare exhaust exceeds the detection limit.

In the Barnett, Powder River, Marcellus, and Uintah Basins, the observed frequency of well pads with detected tank emissions exceeded the maximum predicted frequency based on controlled tank flashing emissions, while in the Bakken the observed frequency was lower than expected (Figure 2). U.S. EPA recently issued a compliance alert that reports inspectors frequently observe emissions from tank hatches and pressure relief valves.[38] After an inspection of almost a hundred tanks in Colorado found numerous instances of ineffective control systems caused by design issues such as undersized control devices, an O&G operator entered a consent decree with U.S. EPA and the State of Colorado to evaluate and improve their control systems.[39] In the Bakken and Barnett, we inspected Google Earth imagery to assess the presence of tank control

devices at well pads with observed tank emissions; 86% and 56% of well pads with extant imagery, respectively, had apparent control devices. This study's observation that tank hatches and vents were the origin of the majority of detected large emission sources, even at controlled sites, suggests that the U.S. EPA O&G Emission Estimation Tool's assumption of 100% capture efficiency is inaccurate and incomplete capture of emissions by tank control systems is a widespread issue.

**Policy Implications.** There are several strategies for reducing emissions from tanks, such as installing vapor recovery towers or stabilizers to reduce the vapor pressure of liquids entering tanks, properly sizing control equipment, and maintaining pressure relief valves and tank hatches to prevent leaks. Since this study found a higher frequency of detected emissions at sites within the first few months of production, controlling tank emissions as soon as a site enters production could reduce overall emissions. U.S. EPA New Source Performance Standard Subpart OOOO allows the installation of control devices to be delayed up to 60 days after startup, despite this being a period of maximum production, especially for unconventional wells characterized by rapid production decline.[37] The use of properly sized control devices as soon as production is initiated would address a substantial source of emissions. For example, the average Bakken site produces oil about twice the rate in the first two months as it does during the rest of the first year of production.[24] Given the evidence reported in this study that the frequency of observed tank emissions is greater than what would be expected if control systems were functioning effectively, it is clear that identifying anomalous emissions through regular or continuous monitoring of hydrocarbon emissions and/or equipment status, such as leak detection and repair programs, would be an effective strategy to reduce emissions.

Currently, U.S. EPA estimates total annual emissions from all oil and gas production sources of 3.1 Tg VOC and 2.9 Tg $CH_4$ with 0.6 Tg $CH_4$ yr$^{-1}$ attributed to oil and condensate tanks.[40,41] The qualitative nature of the IR survey data precludes an accurate estimate of hydrocarbon or methane emissions, but with knowledge of the detection limit of the technology deployed, our observations can be used to estimate a lower bound for tank emissions. Our observation of more than 450 detected tank sources with emission rates ≥1 g HC s$^{-1}$ represent at least 450 g HC s$^{-1}$ (a more likely estimate is ∼1575 g HC s$^{-1}$ based on the median aircraft quantified well pad emission rate of 3.5 g $CH_4$ s$^{-1}$). While these emissions likely include both intermittent and continuous sources, the assumption of a relatively constant emission rate across a large number of sites is robust and yields an emission rate of at least 14.2 Gg HC yr$^{-1}$. Since our observations were limited to summer/fall and daylight hours, we were not able to assess how annual average prevalence may be affected by seasonal or diurnal trends such as higher tank breathing losses during warmer conditions. The 8220 surveyed well pads include 1.1%, 3.7%, and 4.5% of U.S. active wells, gas production, and oil production, respectively. There is uncertainty in scaling up emissions from our sample given that the representativeness of surveyed wells to the U.S. national population of O&G wells has not been assessed and there are only weak correlations between the prevalence of high emissions and these parameters. However, scaling up by the best fit parameter, oil production, yields a minimum national HC emission rate of 0.32 Tg yr$^{-1}$ from high emission tank sources. This national emission estimate of tank emissions represents a lower bound for high-

DOI: 10.1021/acs.est.6b00705
Environ. Sci. Technol. 2016, 50, 4877−4886

BLM_0152145

**Environmental Science & Technology**                                                    Article

emitting tanks and excludes common, lower emission rate sources such as tank working and breathing losses. This study provides evidence that the cause of some observed emissions is anomalous conditions rather than routine, intermittent tank flashing. U.S. EPA may be underestimating emissions from O&G tanks by overestimating control effectiveness and failing to comprehensively include abnormal, high emission sources. It is reasonable to assume that tanks are a major contributor to the gap between top-down and bottom-up estimates of O&G $CH_4$ emissions reported by several studies, as well as to the fat-tail emissions observed in a previous study of the Barnett that closed the gap.[11]

Even though this study found statistically significant correlations between the presence of detected emissions and several well pad and operator parameters, these relationships were weak and GLM models were able to explain less than 15% of the variance. This low degree of predictability indicates that these large emission sources are primarily stochastic and the frequent and widespread inspection of sites to identify and repair high emission sources is critical to reducing emissions. In addition to helicopter-based IR surveys, continuous site-based and mobile leak detection systems may be valuable for quickly identifying these large sources.[13,14,42−44] Tank vents and hatches account for the vast majority of high emission sources detected at well pads across the U.S. Although routine tank flashing may be responsible for some of these emission sources, there is evidence that substantial emissions are caused by abnormal conditions such as ineffective tank control systems. Installing tank control devices on existing sources combined with maintenance and monitoring to ensure control systems are operating effectively would be an important step for reducing emissions of methane and VOCs. Tanks and other high emission sources are an important contributor to total hydrocarbon emissions from oil and gas well pads and offer a promising opportunity to reduce emissions, but further reductions targeting the numerous emission sources that are individually smaller but collectively large will also be necessary to minimize the health and climate impacts of oil and gas production.

## ■ ASSOCIATED CONTENT

### Ⓢ Supporting Information

The Supporting Information is available free of charge on the ACS Publications website at DOI: 10.1021/acs.est.6b00705.

> 8 infrared videos and description of observed sources (ZIP)
> Supporting text, 17 tables, and 2 figures (PDF)
> Calculations used in tank flashing analysis (XLSX)
> Site-level parameter data for well pads in the surveyed areas and basins (XLSX)
> List of surveyed sites by latitude/longitude (XLSX)

## ■ AUTHOR INFORMATION

**Corresponding Author**
*E-mail: dlyon@edf.org; phone: 512-691-3414; fax: 512-478-8140.

**Notes**
The authors declare no competing financial interest.

## ■ ACKNOWLEDGMENTS

Funding for the Environmental Defense Fund's methane research series, including this work, was provided by Alfred P. Sloan Foundation, Fiona and Stan Druckenmiller, Heising-Simons Foundation, Bill and Susan Oberndorf, Betsy and Sam Reeves, Robertson Foundation, TomKat Charitable Trust, and the Walton Family Foundation. We thank Leak Surveys, Inc., Bud McCorkle, Lisa Cantrell, Michael Mayfield, Korey Morris, C.R. Thompson, Steve Conley, and Ian Faloona for collecting data. We appreciate Tegan Lavoie, Hillary Hull, and Bob Harriss for providing comments. Elizabeth Paranhos, Jennifer Snyder, Cindy Beeler, and Jacob Englander provided helpful information on tank regulations and emissions. We thank Kelsey Robinson for editing the TOC graphic based on an infrared video taken by David Lyon.

## ■ REFERENCES

(1) Intergovernmental Panel on Climate Change, Stocker, T. F., Eds. *Climate change 2013: the physical science basis*; Working Group I contribution to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change; Cambridge Univ. Press: New York, NY, 2014; 1535 p.

(2) Alvarez, R. A.; Pacala, S. W.; Winebrake, J. J.; Chameides, W. L.; Hamburg, S. P. Greater focus needed on methane leakage from natural gas infrastructure. *Proc. Natl. Acad. Sci. U. S. A.* **2012**, *109* (17), 6435−6440.

(3) Kemball-Cook, S.; Bar-Ilan, A.; Grant, J.; Parker, L.; Jung, J.; Santamaria, W.; Mathews, J.; Yarwood, G. Ozone Impacts of Natural Gas Development in the Haynesville Shale. *Environ. Sci. Technol.* **2010**, *44* (24), 9357−9363.

(4) Carter, W. P. L.; Seinfeld, J. H. Winter ozone formation and VOC incremental reactivities in the Upper Green River Basin of Wyoming. *Atmos. Environ.* **2012**, *50*, 255−266.

(5) Colborn, T.; Kwiatkowski, C.; Schultz, K.; Bachran, M. Natural Gas Operations from a Public Health Perspective. *Hum. Ecol. Risk Assess.* **2011**, *17* (5), 1039−1056.

(6) McKenzie, L. M.; Witter, R. Z.; Newman, L. S.; Adgate, J. L. Human health risk assessment of air emissions from development of unconventional natural gas resources. *Sci. Total Environ.* **2012**, *424*, 79−87.

(7) Hendler, A.; Nunn, J.; Lundeen, J.; McKaskle, R. VOC emissions from oil and condensate storage tanks; Prepared for Texas Environmental Research Consortium; 2009. Available from: http://files.harc.edu/Projects/AirQuality/Projects/H051C/H051CFinalReport.pdf.

(8) Brandt, A. R.; Heath, G. A.; Kort, E. A.; O'Sullivan, F.; Petron, G.; Jordaan, S. M.; Tans, P.; Wilcox, J.; Gopstein, A. M.; Arent, D.; et al. Methane Leaks from North American Natural Gas Systems. *Science* **2014**, *343* (6172), 733−735.

(9) Miller, S. M.; Wofsy, S. C.; Michalak, A. M.; Kort, E. A.; Andrews, A. E.; Biraud, S. C.; Dlugokencky, E. J.; Eluszkiewicz, J.; Fischer, M. L.; Janssens-Maenhout, G.; et al. Anthropogenic emissions of methane in the United States. *Proc. Natl. Acad. Sci. U. S. A.* **2013**, *110* (50), 20018−20022.

(10) Harriss, R.; Alvarez, R. A.; Lyon, D.; Zavala-Araiza, D.; Nelson, D.; Hamburg, S. P. Using Multi-Scale Measurements to Improve Methane Emission Estimates from Oil and Gas Operations in the Barnett Shale Region, Texas. *Environ. Sci. Technol.* **2015**, *49* (13), 7524−7526.

(11) Zavala-Araiza, D.; Lyon, D. R.; Alvarez, R. A.; Davis, K. J.; Harriss, R.; Herndon, S. C.; Karion, A.; Kort, E. A.; Lamb, B. K.; Lan, X.; et al. Reconciling divergent estimates of oil and gas methane emissions. *Proc. Natl. Acad. Sci. U. S. A.* **2015**, *112* (51), 15597−15602.

(12) Lyon, D. R.; Zavala-Araiza, D.; Alvarez, R. A.; Harriss, R.; Palacios, V.; Lan, X.; Talbot, R.; Lavoie, T.; Shepson, P.; Yacovitch, T. I.; et al. Constructing a Spatially Resolved Methane Emission Inventory for the Barnett Shale Region. *Environ. Sci. Technol.* **2015**, *49* (13), 8147−8157.

(13) Brantley, H. L.; Thoma, E. D.; Squier, W. C.; Guven, B. B.; Lyon, D. Assessment of Methane Emissions from Oil and Gas

                                                   DOI: 10.1021/acs.est.6b00705
*Environ. Sci. Technol.* 2016, 50, 4877−4886

BLM_0152146

**Environmental Science & Technology**                                              Article

Production Pads using Mobile Measurements. *Environ. Sci. Technol.* 2014, 48 (24), 14508−14515.

(14) Rella, C. W.; Tsai, T. R.; Botkin, C. G.; Crosson, E. R.; Steele, D. Measuring Emissions from Oil and Natural Gas Well Pads Using the Mobile Flux Plane Technique. *Environ. Sci. Technol.* 2015, 49 (7), 4742−4748.

(15) Mitchell, A. L.; Tkacik, D. S.; Roscioli, J. R.; Herndon, S. C.; Yacovitch, T. I.; Martinez, D. M.; Vaughn, T. L.; Williams, L. L.; Sullivan, M. R.; Floerchinger, C.; et al. Measurements of Methane Emissions from Natural Gas Gathering Facilities and Processing Plants: Measurement Results. *Environ. Sci. Technol.* 2015, 49 (5), 3219−3227.

(16) Subramanian, R.; Williams, L. L.; Vaughn, T. L.; Zimmerle, D.; Roscioli, J. R.; Herndon, S. C.; Yacovitch, T. I.; Floerchinger, C.; Tkacik, D. S.; Mitchell, A. L.; et al. Methane Emissions from Natural Gas Compressor Stations in the Transmission and Storage Sector: Measurements and Comparisons with the EPA Greenhouse Gas Reporting Program Protocol. *Environ. Sci. Technol.* 2015, 49 (5), 3252−3261.

(17) Lamb, B. K.; Edburg, S. L.; Ferrara, T. W.; Howard, T.; Harrison, M. R.; Kolb, C. E.; Townsend-Small, A.; Dyck, W.; Possolo, A.; Whetstone, J. R. Direct Measurements Show Decreasing Methane Emissions from Natural Gas Local Distribution Systems in the United States. *Environ. Sci. Technol.* 2015, 49 (8), 5161−5169.

(18) Zavala-Araiza, D.; Lyon, D.; Alvarez, R. A.; Palacios, V.; Harriss, R.; Lan, X.; Talbot, R.; Hamburg, S. P. Toward a Functional Definition of Methane Super-Emitters: Application to Natural Gas Production Sites. *Environ. Sci. Technol.* 2015, 49 (13), 8167−8174.

(19) Jackson, R. B.; Vengosh, A.; Carey, J. W.; Davies, R. J.; Darrah, T. H.; O'Sullivan, F.; Pétron, G. The Environmental Costs and Benefits of Fracking. *Annu. Rev. Environ. Resour.* 2014, 39 (1), 327−362.

(20) *Proposed Rule: Oil and Natural Gas Sector: Emission Standards for New and Modified Sources*; Sept 18, 2015. Available from: https://www.gpo.gov/fdsys/pkg/FR-2015-09-18/pdf/2015-21023.pdf.

(21) Benson, R.; Madding, R.; Lucier, R.; Lyons, J.; Czerepuszko, P. Standoff passive optical leak detection of volatile organic compounds using a cooled InSb based infrared imager. *AWMA 99th Annual Meeting Papers*, 2006; Vol. 131.

(22) Robinson, D. R.; Luke-Boone, R.; Aggarwal, V.; Harris, B.; Anderson, E.; Ranum, D.; Kulp, T. J.; Armstrong, K.; Sommers, R.; McRae, T. G.; et al. Refinery evaluation of optical imaging to locate fugitive emissions. *J. Air Waste Manage. Assoc.* 2007, 57 (7), 803−810.

(23) *Biennial Report to the 84th Legislature, Chapter 1: Agency Highlights, FY2013−2014*; Texas Commission on Environmental Quality: Austin, TX, 2015. Available from: http://www.tceq.state.tx.us/publications/sfr/index84/chapter1.

(24) Drillinginfo. *DI Desktop*; Drillinginfo: Austin, TX; 2015. Available from: http://www.didesktop.com/.

(25) Leak Surveys, Inc. Available from: http://www.leaksurveysinc.com/.

(26) *Monthly Energy Review*; United States Energy Information Administration: Washington, DC; 2015 Sep. Available from: http://www.eia.gov/totalenergy/data/monthly/archive/00351509.pdf.

(27) Allen, D. T.; Pacsi, A. P.; Sullivan, D. W.; Zavala-Araiza, D.; Harrison, M.; Keen, K.; Fraser, M. P.; Daniel Hill, A.; Sawyer, R. F.; Seinfeld, J. H. Methane Emissions from Process Equipment at Natural Gas Production Sites in the United States: Pneumatic Controllers. *Environ. Sci. Technol.* 2015, 49 (1), 633−640.

(28) Allen, D. T.; Torres, V. M.; Thomas, J.; Sullivan, D. W.; Harrison, M.; Hendler, A.; Herndon, S. C.; Kolb, C. E.; Fraser, M. P.; Hill, A. D.; et al. Measurements of methane emissions at natural gas production sites in the United States. *Proc. Natl. Acad. Sci. U. S. A.* 2013, 110 (44), 17768−73.

(29) Omara, M.; Sullivan, M. R.; Li, X.; Subramanian, R.; Robinson, A. L.; Presto, A. A. Methane Emissions from Conventional and Unconventional Natural Gas Production Sites in the Marcellus Shale Basin. *Environ. Sci. Technol.* 2016, 50 (4), 2099−2107.

(30) *Methane Emissions from the Natural Gas Industry. Volume 14: Glycol Dehydrators*; Gas Research Institute/United States Environmental Protection Agency: Washington, DC, 1996 Jun. Available from: http://www3.epa.gov/gasstar/documents/emissions_report/14_glycol.pdf.

(31) Brantley, H. L.; Thoma, E. D.; Eisele, A. P. Assessment of volatile organic compound and hazardous air pollutant emissions from oil and natural gas well pads using mobile remote and on-site direct measurements. *J. Air Waste Manage. Assoc.* 2015, 65 (9), 1072−1082.

(32) Allen, D. T.; Sullivan, D. W.; Zavala-Araiza, D.; Pacsi, A. P.; Harrison, M.; Keen, K.; Fraser, M. P.; Daniel Hill, A.; Lamb, B. K.; Sawyer, R. F.; et al. Methane Emissions from Process Equipment at Natural Gas Production Sites in the United States: Liquid Unloadings. *Environ. Sci. Technol.* 2015, 49 (1), 641−648.

(33) *Greenhouse Gas Reporting Program*. United States Environmental Protection Agency: Washington, DC, 2015. Available from: http://www.epa.gov/ghgreporting.

(34) *Oil and Gas Emission Estimation Tool 2014 Version 1*; United States Environmental Protection Agency: Washington, DC, 2015. Available from: ftp://ftp.epa.gov/EmisInventory/2011nei/doc/Tool_and_Report112614.zip.

(35) Utah Department of Environmental Quality. *Utah General Approval Order for Crude Oil and Natural Gas Well Site and/or Tank Battery, Section II.B.2*. Jun 5, 2014. Available from: http://www.deq.utah.gov/Permits/GAOs/docs/2014/6June/DAQE-AN149250001-14.pdf.

(36) North Dakota Department of Health. *Bakken Pool, Oil and Gas Production Facilities, Air Pollution Control, Permitting and Compliance Guidance*. May 2, 2011. Available from: https://www.ndhealth.gov/AQ/Policy/20110502Oil%20%20Gas%20Permitting%20Guidance.pdf.

(37) *Standards of Performance for Crude Oil and Natural Gas Production, Transmission and Distribution*. Available from: http://www.ecfr.gov/cgi-bin/text-idx?node=sp40.7.60.oooo.

(38) *EPA Observes Air Emissions from Controlled Storage Vessels at Onshore Oil and Natural Gas Production Facilities*; United States Environmental Protection Agency: Washington, DC, 2015. Available from: http://www.epa.gov/sites/production/files/2015-09/documents/oilgascompliancealert.pdf.

(39) *Consent Decree: United States of America, and the State of Colorado v. Noble Energy, Inc.*; United States District Court for the District of Colorado, Denver, CO, 2015. Available from: http://www.epa.gov/sites/production/files/2015-04/documents/noble-cd.pdf.

(40) *2011 National Emissions Inventory*; United States Environmental Protection Agency: Washington, DC, 2013. Available from: http://www3.epa.gov/ttnchie1/net/2011inventory.html.

(41) *Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990−2013*; United States Environmental Protection Agency: Washington, DC, 2015. Available from: http://www.epa.gov/climatechange/ghgemissions/usinventoryreport.html.

(42) Albertson, J. D.; Harvey, T.; Foderaro, G.; Zhu, P.; Zhou, X.; Ferrari, S.; Amin, M. S.; Modrak, M.; Brantley, H.; Thoma, E. D. A Mobile Sensing Approach for Regional Surveillance of Fugitive Methane Emissions in Oil and Gas Production. *Environ. Sci. Technol.* 2016, 50 (5), 2487−2497.

(43) Advanced Research Projects Agency − Energy, United States Department of Energy. *Methane Observation Networks with Innovative Technology to Obtain Reductions − MONITOR*; 2014; http://arpa-e.energy.gov/sites/default/files/documents/files/MONITOR_ProgramOverview.pdf.

(44) Environmental Defense Fund. *Methane Detectors Challenge*; 2015; https://www.edf.org/energy/natural-gas-policy/methane-detectors-challenge.

DOI: 10.1021/acs.est.6b00705
*Environ. Sci. Technol.* 2016, 50, 4877−4886

BLM_0152147

**United States Government Accountability Office**

# GAO

Report to Congressional Requesters

October 2010

# FEDERAL OIL AND GAS LEASES

## Opportunities Exist to Capture Vented and Flared Natural Gas, Which Would Increase Royalty Payments and Reduce Greenhouse Gases



GAO-11-34

BLM_0152148



Accountability • Integrity • Reliability

# Highlights

Highlights of GAO-11-34, a report to congressional requesters

**October 2010**

# FEDERAL OIL AND GAS LEASES

## Opportunities Exist to Capture Vented and Flared Natural Gas, Which Would Increase Royalty Payments and Reduce Greenhouse Gases

## Why GAO Did This Study

The Department of the Interior (Interior) leases public lands for oil and natural gas development, which generated about $9 billion in royalties in 2009. Some gas produced on these leases cannot be easily captured and is released (vented) directly to the atmosphere or is burned (flared). This vented and flared gas represents potential lost royalties for Interior and contributes to greenhouse gas emissions.

GAO was asked to (1) examine available estimates of the vented and flared natural gas on federal leases, (2) estimate the potential to capture additional gas with available technologies and associated potential increases in royalty payments and decreases in greenhouse gas emissions, and (3) assess the federal role in reducing venting and flaring. In addressing these objectives, GAO analyzed data from Interior, the Environmental Protection Agency (EPA), and others and interviewed agency and industry officials.

## What GAO Recommends

To reduce lost gas, increase royalties, and reduce greenhouse gas emissions, GAO recommends that Interior improve its venting and flaring data and address limitations in its regulations and guidance. Interior generally concurred with these recommendations.

View GAO-11-34 or key components. For more information, contact Frank Rusco at (202) 512-3841 or ruscof@gao.gov.

## What GAO Found

Estimates of vented and flared natural gas for federal leases vary considerably, and GAO found that data collected by Interior to track venting and flaring on federal leases likely underestimate venting and flaring because they do not account for all sources of lost gas. For onshore federal leases, operators reported to Interior that about 0.13 percent of produced gas was vented or flared. Estimates from EPA and the Western Regional Air Partnership (WRAP) showed volumes as high as 30 times higher. Similarly, for offshore federal leases, operators reported that 0.5 percent of the natural gas produced was vented and flared, while data from an Interior offshore air quality study showed that volume to be about 1.4 percent, and estimates from EPA showed it to be about 2.3 percent. GAO found that the volumes operators reported to Interior do not fully account for some ongoing losses such as the emissions from gas dehydration equipment or from thousands of valves—key sources in the EPA, WRAP, and Interior offshore air quality studies.

**Vented Gas from Oil Storage Tank Visible through Infrared Camera**



Source: EPA.

Data from EPA, supported by information obtained from technology vendors and GAO analysis, suggest that around 40 percent of natural gas estimated to be vented and flared on onshore federal leases could be economically captured with currently available control technologies. According to GAO analysis, such reductions could increase federal royalty payments by about $23 million annually and reduce greenhouse gas emissions by an amount equivalent to about 16.5 million metric tons of $CO_2$—the annual emissions equivalent of 3.1 million cars. Venting and flaring reductions are also possible offshore, but data were not available for GAO to develop a complete estimate.

As part of its oversight responsibilities, Interior is charged with minimizing vented and flared gas on federal leases. To minimize lost gas, Interior has issued regulations and guidance that limit venting and flaring during routine procedures. However, Interior's oversight efforts to minimize these losses have several limitations, including that its regulations and guidance do not address some significant sources of lost gas, despite available control technologies to potentially reduce them. Although EPA does not have a role in managing federal leases, it has voluntarily collaborated with the oil and gas industry through its Natural Gas STAR program, which encourages oil and gas producers to use gas saving technology, and through which operators reported venting reductions totaling about 0.4 percent of natural gas production in 2008.

**United States Government Accountability Office**

# Contents

**Letter**                                                                                          1

    Background                                                                  4
    Available Estimates of Vented and Flared Natural Gas Vary, but
        Volumes Reported to OGOR Are Likely Underestimated because
        They Do Not Include Some Sources                                10
    Available Technologies Could Reduce About 40 Percent of Natural
        Gas Estimated to Be Lost to Venting and Flaring on Onshore
        Federal Leases, Potentially Increasing Federal Royalty Payments
        and Reducing Greenhouse Gas Emissions                           19
    Interior's Oversight Does Not Ensure That Operators Minimize
        Venting and Flaring on Federal Leases, While a Voluntary EPA
        Program Has Reduced Vented Gas According to EPA and
        Industry Participants                                           26
    Conclusions                                                               32
    Recommendations for Executive Action                                      33
    Agency Comments and Our Evaluation                                        34

**Appendix I**        **Objectives, Scope, and Methodology**                     37

**Appendix II**        **Comments from the Department of the Interior**          43

**Appendix III**        **Volumes and Sources of Vented and Flared Gas
        Based on Analysis of 2006 WRAP Data**                       49

**Appendix IV**        **GAO Contact and Staff Acknowledgments**                  51

**Tables**

    Table 1: EPA's Estimates of Vented and Flared Natural Gas and
        Sources for Onshore Federal Leases                         12
    Table 2: Estimates of Vented and Flared Natural Gas based on 2006
        WRAP Data for Federal Leases in the Piceance Basin
        (Colo.)                                                     14
    Table 3: GOADS's Reported Vented and Flared Natural Gas and
        Sources for Offshore Federal Leases                         16

BLM_0152150

Table 4: Potential Nationwide Reductions on Onshore Federal Leases from Increased Use of Venting and Flaring Reduction Technologies, 2008    20

Table 5: Volumes and Sources of Vented and Flared Gas from the Uinta Basin    49

Table 6: Volumes and Sources of Vented and Flared Gas from the North San Juan Basin    49

Table 7: Volumes and Sources of Vented and Flared Gas from the South San Juan Basin    49

Table 8: Volumes and Sources of Vented and Flared Gas from the Denver-Julesburg Basin    50

**Figures**

Figure 1: Illustrative Example of Onshore Production and Associated Sources of Vented and Flared Gas    9

Figure 2: Comparison of OGOR Reported Volumes to EPA's Estimates of Vented and Flared Natural Gas for Onshore Federal Leases    13

Figure 3: Comparison of 2006 OGOR-Reported Volumes to Estimates Based on 2006 WRAP Data of Vented and Flared Natural Gas for Onshore Federal Leases in Five Basins    15

Figure 4: Locations of Production Basins Included in WRAP Study    40

GAO-11-34  Federal Oil and Gas Leases

BLM_0152151

## Abbreviations

| | |
|---|---|
| Bcf | billion cubic feet |
| BLM | Bureau of Land Management |
| BOEMRE | Bureau of Ocean Energy Management, Regulation and Enforcement |
| EIA | Energy Information Administration |
| EPA | Environmental Protection Agency |
| GOADS | Gulfwide Offshore Activities Data System |
| Interior | Department of the Interior |
| MRM | Minerals Revenue Management |
| NTL | Notice to Lessees and Operators |
| OGOR | Oil and Gas Operations Report |
| WRAP | Western Regional Air Partnership |
| VOC | volatile organic compound |

View GAO-11-34 key components
- Video showing vented gas

This is a work of the U.S. government and is not subject to copyright protection in the United States. The published product may be reproduced and distributed in its entirety without further permission from GAO. However, because this work may contain copyrighted images or other material, permission from the copyright holder may be necessary if you wish to reproduce this material separately.

BLM_0152152



**United States Government Accountability Office**
Washington, DC 20548

October 29, 2010

The Honorable Darrell Issa
Ranking Member
Committee on Oversight
    and Government Reform
House of Representatives

The Honorable Nick J. Rahall, II
Chairman
Committee on Natural Resources
House of Representatives

Production of oil and natural gas on federal lands and waters is an important part of the nation's energy portfolio and a significant source of revenue for the federal government. The Department of the Interior (Interior) manages lands that account for nearly a quarter of domestic oil and gas production. In fiscal year 2009, companies that leased these lands paid about $6 billion in royalties to the federal government on the sale of oil and gas produced offshore in federal waters, and about $3 billion for production on federal lands, making revenues from federal oil and gas one of the largest nontax sources of federal government funds. Interior's Bureau of Land Management (BLM) is responsible for managing leases onshore, and its Bureau of Ocean Energy Management, Regulation and Enforcement (BOEMRE) is responsible for leases offshore.[1]

While most of the natural gas produced on leased federal lands and waters is sold, some is lost during production for various reasons, including leaks and releases for ongoing operational or safety procedures. This natural gas is either released directly into the atmosphere (vented) or burned (flared).[2] The venting and flaring of natural gas is the potential loss of a valuable resource and, on leased federal lands or waters, the loss of federal royalty payments. In addition, venting releases methane, and

---

[1] In June 2010, the Secretary of the Interior changed the name of the Minerals Management Service to BOEMRE.

[2] For the purposes of this report, we use the term "natural gas" to mean the mixture of gas resulting from oil and gas production activities. This natural gas will vary in content but, on average, is approximately 80 percent methane, with the remaining 20 percent a mix of other hydrocarbons and nonhydrocarbons, such as carbon dioxide and nitrogen.

GAO-11-34  Federal Oil and Gas Leases

BLM_0152153

flaring emits carbon dioxide ($CO_2$), both greenhouse gases that contribute to global climate change. Methane is a particular concern since it is a more potent greenhouse gas than is $CO_2$.[3]

In 2004, we reported that Interior, the department charged with managing federal oil and gas leases and regulating venting and flaring, collected and reported information on the extent of venting and flaring on leased federal lands and waters.[4] We made two recommendations to Interior to improve the measurement of vented and flared gas and to reduce its impact, which the department implemented. Since that time, the Environmental Protection Agency (EPA) and the oil and gas industry identified sources of vented and flared gas that were releasing substantially more gas than previously thought possible, suggesting that the expanded use of available technologies could help capture additional gas. This report responds to your request that we review the extent of venting and flaring of natural gas on federal leases. Our objectives were to (1) examine available estimates of vented and flared natural gas on federal leases; (2) estimate the potential to capture additional vented and flared natural gas with available technologies and the associated potential increases in royalty payments and reductions in greenhouse gas emissions and; (3) assess the federal role in reducing venting and flaring of natural gas.

To examine estimates of the volumes of vented and flared natural gas on federal leases, we analyzed data on venting and flaring that oil and gas producers submit to Interior's Minerals Revenue Management (MRM) program, which is responsible for collecting revenue from federal leases. MRM uses these data from its Oil and Gas Operations Report (OGOR) data system to account for monthly oil and gas production onshore and offshore. Separate regulations and guidance from BLM and BOEMRE guide operators in reporting to OGOR, and these data are the primary information source these agencies use to monitor overall venting and flaring. We also analyzed data from BOEMRE's Gulfwide Offshore Activity Data System (GOADS), which BOEMRE collects and publishes in a study every 3 years.[5] BOEMRE uses its GOADS studies to estimate the impacts

---

[3]Major greenhouse gases include carbon dioxide ($CO_2$); methane ($CH_4$); nitrous oxide ($N_2O$); and synthetic gases such as hydrofluorocarbons (HFC), perfluorocarbons (PFC), and sulfur hexafluoride ($SF_6$).

[4]GAO, *Natural Gas Flaring and Venting: Opportunities to Improve Data and Reduce Emissions*, GAO-04-809 (Washington D.C.: July 14, 2004).

[5]Much of our information and data about offshore leases from BOEMRE came from its Offshore Energy and Minerals Management program.

BLM_0152154

of offshore oil and gas exploration, development, and production on onshore air quality in the Gulf of Mexico region, which made up about 98 percent of federal offshore gas production in 2008. BOEMRE also uses GOADS as part of an impact analysis required by the National Environmental Policy Act. In addition, we analyzed EPA estimates of vented and flared gas onshore and offshore.[6] We also analyzed data on vented and flared natural gas that the Western Regional Air Partnership (WRAP),[7] in conjunction with the Independent Petroleum Association of Mountain States,[8] collected from the oil and gas industry to measure air quality in a number of large production basins in the mountain west.[9] We had consultants from the Environ International Corporation, the firm that collected and analyzed the air quality data for WRAP, reconfigure these data to provide information on venting and flaring volumes on federal leases for a number of these onshore basins. Our sources of venting and flaring data were from 2006 to 2008, and we examined only the portions of these data related to federal leases in order to ensure comparability between them. We assessed the reliability of the data we used by analyzing the methods used to construct them and found them sufficiently reliable for the purposes of this report.

To estimate the potential federal royalty increases and greenhouse gas reductions resulting from capturing additional vented and flared gas with available technologies, we met and spoke with officials from the oil and gas industry and to vendors of products designed to reduce vented and flared gas about how and under what conditions these technologies could reduce venting and flaring. We used analyses and data from EPA and WRAP to estimate potential reductions in volumes of vented and flared natural gas on federal leases, then converted these volumes into potential federal royalty increases and greenhouse gas reductions using methane to carbon dioxide equivalent conversion factors, average natural gas prices,

---

[6]EPA developed these estimates to support a proposed rule in 2010 to require the reporting of greenhouse gas emissions from the oil and gas industry. These estimates were for 2006 to 2008.

[7]WRAP is a collaborative effort of tribal governments, state governments, and various federal agencies to address western air quality concerns. It is administered by the Western Governors' Association and the National Tribal Environmental Council.

[8]Independent Petroleum Association of Mountain States is an industry association representing oil and gas producers in the western United States.

[9]Production basins are land formations with subsurface oil and natural gas reservoirs, often covering hundreds of square miles.

BLM_0152155

and royalty rates from Interior. To assess the federal role in reducing vented and flared gas, we interviewed officials from BLM and BOEMRE, including officials from field offices that manage oil and gas leases in large onshore and offshore production basins; EPA; the Department of Energy; state agencies; and the oil and gas industry. We also reviewed BLM and BOEMRE regulations and other documentation, other studies related to federal management and oversight of the oil and gas industry, as well as a prior GAO report that described limitations in the systems Interior has in place to track oil and gas production on federal leases.[10] See appendix I for more detailed information on our scope and methodology.

We conducted this performance audit from July 2009 to October 2010 in accordance with generally accepted government auditing standards. Those standards require that we plan and perform the audit to obtain sufficient, appropriate evidence to provide a reasonable basis for our findings and conclusions based on our audit objectives. We believe that the evidence obtained provides a reasonable basis for our findings and conclusions based on our audit objectives.

## Background

The Mineral Leasing Act of 1920 charges Interior with overseeing oil and gas leasing on federal lands and private lands where the federal government has retained mineral rights covering about 700 million onshore acres.[11] Offshore, the Outer Continental Shelf Lands Act,[12] as amended, gives Interior the responsibility for leasing and managing approximately 1.76 billion acres. BLM and BOEMRE are responsible for issuing permits for oil and gas drilling; establishing guidelines for measuring oil and gas production; conducting production inspections; and generally providing oversight for ensuring that oil and gas companies comply with applicable laws, regulations, and department policies. This oversight includes the authority to ensure that firms produce oil and gas in a manner that minimizes any waste of these resources. Together, BLM and BOEMRE are responsible for oversight of oil and gas operations on more than 28,000 producible leases.

---

[10]GAO, *Oil and Gas Management: Interior's Oil and Gas Production Verification Efforts Do Not Provide Reasonable Assurance of Accurate Measurement of Production Volumes,* GAO-10-313 (Washington D.C.: Mar. 15, 2010).

[11]Pub. L. No. 66-146, 41 Stat. 437 (1920).

[12]67 Stat. 462 (1953) codified at 43 U.S.C. § 1331 *et seq.*

BLM_0152156

Interior's MRM program, which is managed under BOEMRE, is charged with ensuring that the federal government receives royalties from the operators that produce oil and gas from both onshore and offshore federal leases. MRM is responsible for collecting royalties on all of the oil and gas produced, with some allowances for gas lost during production. Companies pay royalties to MRM based on a percentage of the cash value of the oil and gas produced and sold. Currently, royalty rates for onshore leases are generally 12.5 percent, while rates for offshore leases range from 12.5 percent to 18.75 percent.

The production of oil and gas on these federal leases involves several stages, including the initial drilling of the well; clearing out liquid and mud from the wellbore; production of oil and gas from the well; separation of oil, gas, and other liquids; transfer of oil and gas to storage tanks; and distribution to central processing facilities. Throughout this process, operators typically vent or flare some natural gas, often intermittently in response to maintenance needs or equipment failures. This intermittent venting may take place when operators purge water or hydrocarbon liquids that collect in well bores (liquid unloading) to maintain proper well function or when they expel liquids and mud with pressurized natural gas after drilling during the well completion process. BLM and BOEMRE permit operators of wells to release routine amounts of gas during the course of production without notifying them or incurring royalties on this gas.[13] In addition, production equipment often emits gas to maintain proper internal pressure, or in some cases, the release of pressurized gas itself is the power source for the equipment, particularly in remote areas that are not linked to an electrical grid. This "operational" venting may include the continuous releases of gas from pneumatic devices—valves that control gas flows, levels, temperatures, and pressures in the equipment and rely on pressurized gas for operation—as well as leaks, or "fugitive" emissions.[14] It also includes natural gas that vaporizes from oil or condensate storage tanks or during the normal operation of natural gas

---

[13] These routine amounts are laid out in BLM and BOEMRE regulations and guidance and allow certain volumes from a number of operations, such as well completions. Operators are required to notify these agencies if they plan to intentionally vent and flare beyond routine amounts. BLM and BOEMRE then classify the gas as either unavoidably or avoidably lost based on their judgment of the technical or economic feasibility of capturing the gas, and royalties are due on losses deemed avoidably lost.

[14] While not considered "vented" gas by Interior, we include fugitive emissions in this report as a relevant source of lost gas.

BLM_0152157

dehydration equipment.[15] Until recently, the industry considered these operational losses to be small, but recent infrared camera technology has shed new light on these sources of vented gas, particularly from condensate storage tanks.[16] According to oil and gas industry representatives, the cameras helped reveal that losses from storage tanks and fugitive emissions were much higher than they originally thought (link to video).[17] In addition, recent calculations from EPA suggest that emissions from completions and liquid unloading make larger contributions to lost gas than previously thought possible. Operators can use a number of techniques to estimate emissions based on gas and oil characteristics and well operating conditions, such as temperature and pressure, without taking direct measurements of escaping gas.

While venting and flaring of natural gas is often a necessary part of production, the lost gas has both economic and environmental implications. On federal oil and gas leases, natural gas that is vented or flared during production, instead of captured for sale, represents a loss of royalty revenue for the federal government.[18] Venting and flaring natural gas also adds to greenhouse gases in the atmosphere. In general, flaring emits $CO_2$, while venting releases methane, both of which the scientific community agrees are contributing to global warming. Methane is considered particularly harmful in this respect, as it is roughly 25 times more potent by weight than $CO_2$ in its ability to warm the atmosphere over a 100-year period and almost 72 times more potent over a 20-year period, according to the Intergovernmental Panel on Climate Change.[19] Other hydrocarbons and compounds in vented and flared gas can also harm air

---

[15]Condensates are hydrocarbon liquids that are byproducts of natural gas production. Unprocessed natural gas normally contains a small amount of water vapor, and dehydration equipment is used to remove this moisture prior to pipeline transportation.

[16]Older detection technology consisted of using manual probes, which need to be very close to the venting source.

[17]This video shows vented gas, which appears to be smoke, billowing from the top of cylindrical metal oil storage tanks and from a pneumatic valve. Video clips courtesy of EPA and a private emission detection firm.

[18]The meters used by BOEMRE and BLM to establish production volumes, upon which royalty payments are based, are generally located downstream of the production site, at the point where the oil and gas enter the sales pipeline or other distribution network.

[19]The Intergovernmental Panel on Climate Change is the body for the assessment of climate change, established by the United Nations Environment Programme and the World Meteorological Organization to provide a scientific view on the current state of climate change and its potential environmental and socio-economic consequences.

BLM_0152158

quality by increasing ground-level ozone levels and contributing to regional haze. Volatile organic compounds, present in vented gas, are contributors to elevated ozone and haze, and ozone is a known carcinogen, according to EPA analysis.[20] In some areas in the western United States, the oil and gas industry is a major source of volatile organic compounds. According to EPA, in many western states, including in many rural areas where there is substantial oil and gas production and limited population, there have been increases in ozone levels, often exceeding federal air quality limits.[21] Interior is required to conduct environmental impact assessments in advance of oil and gas leasing and generally works with state environmental and air quality agencies to ensure that oil and gas producers will comply with environmental laws such as the Clean Air Act or Clean Water Act and the related implementing regulations. However, the state agencies may be charged with maintaining the standards established by the federal government in law and regulation, and often have primary responsibility in this regard.[22]

While much of the natural gas that is vented and flared is considered to be unavoidably lost, certain technologies and practices can be applied throughout the production process to capture some of this gas according to the oil and gas industry and EPA. The technologies' technical and economic feasibility varies and sometimes depends on the characteristics of the production site. For example, some technologies require a substantial amount of electricity, which may be less feasible for remote production sites that are not on the electrical grid. However, certain technologies are generally considered technically and economically feasible at particular production stages, including the following:[23]

- *Drilling:* Using "reduced emission" completion equipment when cleaning out a well before production, which separates mud and debris to capture gas or condensate that might otherwise be vented or flared.

---

[20]EPA defines volatile organic compounds as certain carbon compounds that participate in atmospheric chemical reactions.

[21]EPA is responsible for the regulation of such air pollutants and has been recently charged with regulating greenhouse gas emissions under the Clean Air Act.

[22]BOEMRE has primary regulatory responsibility over air emissions from offshore sources in the central and western Gulf of Mexico.

[23]See EPA's Natural Gas STAR Web site for more information on these technologies (www.epa.gov/gasstar/).

BLM_0152159

- *Production:* Installing a plunger lift system to facilitate liquid unloading. Plunger-lift systems drop a plunger to the bottom of the well, and when the built-up gas pressure pushes the plunger to the surface, liquids come with it. Most of the accompanying gas goes into the gas line rather than being vented. Computerized timers adjust when the plunger is dropped according to the rate at which liquid collects in the well, further decreasing venting.

- *Storage:* Installing vapor recovery units that capture gas vapor from oil or condensate storage tanks and send it into the pipeline.

- *Dehydration:* Optimizing the circulation rate of the glycol and adding a flash tank separator that reduces the amount of gas that is vented into the atmosphere.[24]

- *Pneumatic devices:* Replacing pneumatic devices at all stages of production that release, or "bleed," gas at a high rate (high-bleed pneumatics) with devices that bleed gas at a lower rate (low-bleed pneumatics).

---

[24]Triethylene glycol is the active chemical in the operation of this equipment. A flash tank separator is a device that captures additional gas from glycol dehydrators.

BLM_0152160

**Figure 1: Illustrative Example of Onshore Production and Associated Sources of Vented and Flared Gas**



Source: GAO; photos from Bureau of Land Management; Storage photo from Wyoming Department of Environment Quality.

BLM_0152161

In 2004, we reported that information on the extent to which venting and flaring occurs was limited.[25] Although BLM and BOEMRE require operators to report data on venting and flaring on a monthly basis, our 2004 report found that these data did not distinguish between gas that is vented and gas that is flared, making it difficult to accurately identify the extent to which each occurs. In implementing our recommendations for offshore operators, BOEMRE now requires operators to report venting and flaring separately and to install meters to measure this gas on larger platforms.[26] The Energy Information Administration (EIA)[27] also collects data from oil and gas producing states on venting and flaring, but our 2004 work found that EIA did not consider these state-reported data to be consistent and, according to discussions with EIA officials, these data have not improved.

## Available Estimates of Vented and Flared Natural Gas Vary, but Volumes Reported to OGOR Are Likely Underestimated because They Do Not Include Some Sources

Available estimates of vented and flared natural gas on federal leases vary considerably, and we found that estimates based on data from MRM's OGOR data system likely underestimate these volumes because they include fewer sources of emissions than other estimates, including EPA's and WRAP's. For onshore federal leases, operators reported to OGOR that about 0.13 percent of the natural gas produced was vented and flared, while EPA estimates showed the volume to be about 4.2 percent, and estimates based on WRAP data showed it to be as high as 5 percent. Similarly, for offshore federal leases, operators reported to OGOR that 0.5 percent of the natural gas produced was vented and flared, while data in BOEMRE's GOADS system—a database that focuses on the impacts of offshore oil and gas exploration, development, and production on air quality in the Gulf of Mexico region—showed that volume to be about 1.4 percent, and estimates from EPA showed it to be about 2.3 percent.[28]

---

[25]GAO-04-809.

[26]BLM determined that requiring thousands of onshore operators to install meters would be prohibitively expensive.

[27]The Department of Energy's EIA is responsible for producing independent, unbiased research that helps the public, the federal government, industry, and the Congress better understand energy markets and promote sound policy making. EIA collects and analyzes data on the supply, consumption, and prices of oil and gas.

[28]EPA's estimates were based on publicly available oil and gas production data and information collected from industry participants in the Natural Gas STAR program, a nationwide, voluntary effort spearheaded by EPA aimed at reducing methane emissions from the oil and gas industry.

BLM_0152162

*Onshore leases.* Onshore leases showed the largest variation between OGOR data and others' estimates of natural gas venting and flaring. Operators reported to MRM's OGOR system that about 0.13 percent of the natural gas produced on onshore federal leases was vented or flared each year between 2006 and 2008.[29] BLM uses guidance from 1980, which sets limits on the amount of natural gas that may be vented and flared on onshore leases, requires operators to report vented and flared gas to OGOR, and in some cases to seek permission before releasing gas.[30] Although the guidance states that onshore operators must report all volumes of lost gas to OGOR, it does not enumerate the sources that should be reported or specify how they should be estimated.[31] Staff from BLM told us that the reported volumes were from intermittent events like completions, liquid unloading, or necessary releases after equipment failures; however, operators did not report operational sources such as venting from oil storage tanks, pneumatic valves, or glycol dehydrators. In general, BLM staff said that they thought that vented and flared gas did not represent a significant loss of gas on federal leases. In addition, we found a lack of consistency across BLM field offices regarding their understanding of which intermittent volumes of lost gas should to be reported to OGOR. For example, staff from some of the offices said that they thought that intermittent vented and flared gas was not to be reported if operators had advance permission or where volumes were under BLM's permissible limits, while others said that they thought that operators still needed to report this gas. Our discussions with operators reflected this lack of consistency from BLM field office staff. Operators we spoke with said that they generally did not report operational sources, and in some cases did not report intermittent sources as long as they were under BLM's permissible limits for venting and flaring.[32]

---

[29]Operators are required to report the sum of their vented gas and flared gas; they are not required to identify individual sources of lost gas.

[30]BLM's guidance was included in Notice to Lessees and Operators (NTL) 4A. Interior issues NTLs to clarify existing regulations. Operators need permission to vent or flare above routine amounts. In dealing with vented and flared gas, BLM's key guidance is in the form of an NTL. Offshore, BOEMRE uses regulations to guide operators in addressing vented and flared gas.

[31]Additional guidance from MRM explains how operators should submit data to the OGOR system, but does not provide detail on which sources to report, or on how they should be estimated.

[32]These limits generally allow operators to vent and flare gas required for routine well operations.

BLM_0152163

In contrast, EPA's estimate of venting and flaring was approximately 4.2 percent of gas production on onshore federal leases for the same period and consistently included both intermittent and operational sources. EPA estimated these emissions using data on average nationwide oil and gas production equipment and their associated emissions (see table 1).[33] As noted earlier, venting from operational sources had not previously been seen as a significant contributor to lost gas. With these additional sources, EPA's estimates are around 30 times higher than the volumes operators reported to OGOR. According to EPA's estimates, the amount of natural gas vented and flared on onshore leases totaled around 126 billion cubic feet (Bcf) of gas in 2008. This amount is roughly equivalent to the natural gas needed to heat about 1.7 million homes during a year, according to our calculations. See figure 2 for a comparison between EPA's estimated gas emissions and the volumes reported to OGOR as a percentage of gas production on federal onshore leases.

**Table 1: EPA's Estimates of Vented and Flared Natural Gas and Sources for Onshore Federal Leases**

| Sources (2008) | Volume (Bcf) |
|---|---:|
| Flared (variety of sources) | 28 |
| Pneumatic devices | 16 |
| Gas well liquid unloading | 17 |
| Well completions | 30 |
| Oil and condensate storage tanks | 18 |
| Glycol dehydrators | 7 |
| Other | 10 |
| **Total** | **126** |

Source: GAO analysis of EPA data.

Note: Volatile organic compounds accounted for 26 Bcf of these emissions and were mostly from storage tanks and dehydrators according to EPA.

---

[33] See appendix I for more detail on how EPA developed its estimates.

BLM_0152164

**Figure 2: Comparison of OGOR Reported Volumes to EPA's Estimates of Vented and Flared Natural Gas for Onshore Federal Leases**



Percentage of production

Source: GAO analysis of EPA and OGOR data for federal leases.

Similarly, analysis of WRAP data for five production basins in the mountain west in 2006 indicated as much as 5 percent of the total natural gas produced on federal leases was vented and flared. WRAP based its estimates, in part, on a survey of the types of equipment operators were using,[34] and provided a detailed list of sources to be reported. WRAP's data included similar sources as EPA's data, as well as estimates of emissions from fugitive sources like leaking seals and valves. Although estimates based on WRAP data varied from basin to basin—between 0.3 and 5 percent—they were consistently much higher than the volumes operators reported to OGOR. The average vented and flared gas as a percentage of

---

[34]It is possible to estimate venting and flaring based on known emission rates of equipment type or production method. For example, if a pneumatic device is known to vent 10 cubic feet per hour, an operator would multiply that rate by the number of hours the piece of equipment operates each day.

BLM_0152165

production was 2.2 percent across the five basins.[35] See table 2 for a list of the key sources in one of the five basins.

Table 2: Estimates of Vented and Flared Natural Gas based on 2006 WRAP Data for Federal Leases in the Piceance Basin (Colo.)

| Sources from Piceance Basin | Volume (Bcf) |
|---|---|
| Well completions | 2.4 |
| Pneumatic devices | 0.5 |
| Gas well liquid unloading | 0.4 |
| Fugitive emissions | 0.1 |
| Condensate storage tanks | 0.1 |
| Other sources | 0.4 |
| **Total** | **3.8** |

Source: Environ Corp. analysis of 2006 WRAP data for federal leases.

Note: Flared gas is included throughout several source categories, including completions and storage tanks. We chose to present data from the Piceance basin because it was representative of the key sources common to the other basins. Volume figures in table do not sum to 3.8 Bcf due to rounding.

In figure 3, which compares estimates based on WRAP data with the volumes operators reported to OGOR for 2006, for the Uinta basin, the WRAP estimate was about 20 times higher than the volumes reported to OGOR, and for two other basins (i.e., Denver-Julesburg and N. San Juan) no volumes of vented and flared gas were reported to OGOR.[36]

---

[35] See appendix III for more details on the volumes and sources from the other four basins.

[36] See appendix I for more detail on the development of the estimates based on WRAP data.

BLM_0152166

**Figure 3: Comparison of 2006 OGOR-Reported Volumes to Estimates Based on 2006 WRAP Data of Vented and Flared Natural Gas for Onshore Federal Leases in Five Basins**



Source: GAO analysis of 2006 WRAP and OGOR data for federal leases.

Note: The Denver-Julesburg, North San Juan, and Piceance basins are in Colorado, the Uinta basin is in Utah, and the South San Juan is in New Mexico. See appendix I for a map of the basins.

*Offshore leases.* Offshore leases showed less variation between OGOR data and others' estimates of natural gas venting and flaring than onshore leases, but the volumes that operators reported to MRM's OGOR were still much lower than the volumes they reported to BOEMRE's GOADS system and estimates from EPA. Operators reported to OGOR that between 0.3 and 0.5 percent of the natural gas produced on offshore leases was vented and flared each year from 2006 to 2008; however, they reported to GOADS that they vented and flared about 1.4 percent—about 32 Bcf—of the natural gas produced on federal leases in the Gulf of Mexico in 2008.[37] Although regulations require offshore operators to report all sources of lost gas to OGOR, BOEMRE officials said that that this did not include fugitive emissions. Furthermore, these officials also said that operators

---

[37]Offshore gas production in the Gulf of Mexico made up about 98 percent of total federal offshore natural gas production in 2008.

BLM_0152167

likely reported volumes from some operational sources as "lease-use" gas instead of including it in the venting and flaring data, thus contributing to the differences between OGOR and GOADS.[38] GOADS data included sources similar to those included in EPA's and WRAP's data for onshore production, including the same operational sources. Further, guidance to operators for reporting to GOADS explicitly outlines the sources to be reported and how they should be estimated, while guidance for OGOR does not. Table 3 outlines the emission sources for volumes operators reported to the GOADS system for 2008. In addition, EPA's offshore estimates showed that around 2.3 percent of gas produced on offshore federal leases—as much as 50 Bcf—was vented and flared every year from 2006 to 2008. According to our analysis of EPA's work, additional venting from natural gas compressors, used to maintain proper pressure in production equipment, accounted for the majority of the difference between the offshore EPA and GOADS volumes.[39]

**Table 3: GOADS's Reported Vented and Flared Natural Gas and Sources for Offshore Federal Leases**

| Sources from 2008 GOADS Study | Volume (Bcf) |
| --- | ---: |
| Venting | 12 |
| Flaring | 7 |
| Fugitive emissions | 6 |
| Pneumatic devices | 3 |
| Glycol dehydrators | 1 |
| Other sources | 2 |
| Total | 32 |

Source: GAO analysis of GOADS data.

Note: Volume figures in table do not sum to 32 Bcf due to rounding. See appendix I for more information on these figures.

---

[38]Lease-use, or beneficial use, gas refers to natural gas that BLM and BOEMRE allow operators to use to power oil and gas production equipment on the lease. Emissions from pneumatic devices and glycol dehydrators would have been reported as lease-use gas, according to BOEMRE officials, and we determined it was not possible to extract these volumes from OGOR because they were combined with a number of other nonvented sources.

[39]The GOADS study included estimates of losses from natural gas compressors, although EPA's estimates were greater because of higher assumed losses from the compressor seals.

BLM_0152168

On several occasions BOEMRE has made comparisons between data on vented and flared volumes in the OGOR and GOADS systems, according to BOEMRE officials. In 2004, BOEMRE compared data from the 2000 GOADS study with data from OGOR for a subset of offshore leases and found reported vented and flared volumes were not always in agreement—attributing this difference to different operator interpretations of GOADS and OGOR reporting requirements. BOEMRE officials said they revised reporting procedures for the 2005 GOADS study. More recently, BOEMRE made similar comparisons between data from the 2008 GOADS study and OGOR data for a subset of leases and found they were in closer agreement.[40] BOEMRE officials told us they will continue to make such comparisons to try to ensure the accuracy of the data in each system. In reporting volumes of vented and flared gas to both systems, operators can choose from a broad array of software packages, models, and equations to estimate emissions, and these techniques can yield widely varied results. For example, one study found that various estimation techniques to determine emissions from oil storage tanks either consistently underestimated or overestimated vented volumes.[41] OGOR reporting instructions for both onshore and offshore operators, as noted, do not specify how operators should estimate these volumes.

As part of our review, we analyzed 2008 OGOR and GOADS data for the Gulf of Mexico and found that the OGOR data likely underestimated the volumes of vented and flared natural gas on federal offshore leases. To do this analysis, we compared 2008 data from GOADS's vent and flare source categories with OGOR data for the same categories—looking at these source categories allowed us to directly compare the two data systems. In doing this analysis, we accounted for OGOR's exclusion of fugitive emissions and the reporting of sources, like pneumatic valves, as lease-use gas. Our analysis found that the volumes operators reported to OGOR—about 12 Bcf—were much lower than the volumes operators reported to GOADS—about 18 Bcf. Neither we nor MRM and BOEMRE officials could account for or explain these differences in the two data systems. BOEMRE officials said that they are still working to improve reporting to OGOR and GOADS and expect these two data systems to converge in the future.

---

[40]BOEMRE officials told us that they did not draw conclusions from comparisons between 2005 GOADS and OGOR data because of the effect Hurricane Katrina and Rita had on offshore production in that year.

[41]Texas Commission for Environmental Quality (TCEQ), *Upstream Oil and Gas Storage Tank Project Flash Emissions Model Evaluation* (July 16, 2009).

BLM_0152169

To improve reported data, BOEMRE recently released a final rule, in response to the recommendations in our 2004 report, that requires operators on larger offshore platforms to route vented and flared gas from a variety of sources through a meter to allow for more accurate measurement, among other things.[42] BOEMRE officials said that these meters would help to improve the accuracy of data reported to both OGOR and GOADS.[43] However, BOEMRE officials said they have had to address questions from some operators who were not sure which sources of vented gas should be routed through the newly required meters. In this regard, these officials said it may be useful to enumerate the required emission sources for reporting to OGOR in future guidance to offshore operators. They also noted that BOEMRE is planning a workshop in October 2011 to stress to operators the need for accurate reporting on their submissions to both GOADS and OGOR systems. In a similar way, EPA has taken action to improve the reporting of emissions from the oil and natural gas industry. EPA recently proposed a greenhouse gas reporting rule that would require oil and gas producers emitting over 25,000 metric tons of carbon dioxide equivalent to submit detailed data on vented and flared gas volumes to allow EPA to better understand the contribution of venting and flaring to national greenhouse gas emissions. For onshore leases, the proposed EPA rule provides details on the specific sources of vented and flared gas to be measured and proposes standardized methods for estimating volumes of greenhouse gas emissions where direct measurements are not possible. For offshore leases, operators would use the GOADS system to report venting and flaring. Data collection would begin in 2011 if the rule becomes finalized in 2010.

---

[42]GAO-04-809.

[43]75 Fed. Reg. 20291-20293 (April 19, 2010). The rule also requires vented gas and flared gas to be reported separately.

BLM_0152170

## Available Technologies Could Reduce About 40 Percent of Natural Gas Estimated to Be Lost to Venting and Flaring on Onshore Federal Leases, Potentially Increasing Federal Royalty Payments and Reducing Greenhouse Gas Emissions

Data from EPA, supported by information obtained from technology vendors and our analysis of WRAP data, suggest that about 40 percent of natural gas estimated to be vented and flared on federal onshore leases could be economically captured with currently available control technologies, although some barriers to their increased use exist. Such captures could increase federal royalty payments and reduce greenhouse gas emissions.

### Available Technologies Could Reduce Venting and Flaring on Onshore Federal Leases, but According to EPA Officials and Technology Vendors, Some Barriers Exist

Available technologies could reduce venting and flaring at many stages of the production process. However, there are some barriers to implementing these technologies.

### Available Technologies Could Reduce Venting and Flaring on Onshore Federal Leases

EPA analysis and our analysis of WRAP data identified opportunities for expanded use of technologies to reduce venting and flaring. Specifically:

- EPA's 2008 analysis, the most recent data available, indicates that the increased use of available technologies, including technologies that capture emissions from sources such as well completions, liquid

BLM_0152171

unloading, or venting from pneumatic devices,[44] could have captured about 40 percent—around 50 Bcf—of the natural gas EPA estimated was lost from onshore federal leases nationwide.[45] For instance, EPA found significant opportunities to add "smart" automation to existing plunger lifts, which tune plunger lifts to maximum efficiency and, in turn, minimize the amount of gas lost to venting. EPA estimated that using this technology where economically feasible could have resulted in the capture of more than 7 Bcf of vented and flared natural gas on federal leases in 2008—around 6 percent of the total volume estimated by EPA to be vented and flared on onshore federal leases. Similarly, EPA estimated that additional wells on onshore federal leases could have incorporated reduced emission completion technologies in 2008, which could have captured an additional 14.7 Bcf of vented and flared natural gas. Table 4 outlines EPA's estimates of potential reductions in venting and flaring on onshore federal leases.

**Table 4: Potential Nationwide Reductions on Onshore Federal Leases from Increased Use of Venting and Flaring Reduction Technologies, 2008**

| Emission source | Potential reduction (Bcf) | Percent of total volume EPA estimated vented and flared |
|---|---|---|
| Gas well liquid unloading | 7.2—expand use of smart automated plungers | 5.7 |
| Well completions | 14.7—expand use of reduced emission completions | 11.7 |
| Glycol dehydrators | 5.7—install vapor recovery devices | 4.5 |
| Pneumatic devices | 9.7—use low-bleed devices | 7.7 |
| Oil and condensate storage tanks | 12.9—install vapor recovery units | 10.2 |
| **Total** | **50.2** | **39.8** |

Source: GAO analysis of EPA data.

---

[44]For simplicity, EPA developed this estimate by focusing on the expansion potential of a subset of technologies considered to provide the largest emission reductions. The estimates may be conservative, however, because they did not incorporate reductions from a number of other potential venting and flaring opportunities catalogued by EPA's Natural Gas STAR program.

[45]Although there is likely some chance for similar reductions offshore, EPA did not estimate this amount.

BLM_0152172

- Our analysis of WRAP's 2006 data from certain onshore production basins also highlighted the possibility for additional venting and flaring reductions. We found significant regional differences in use of control technologies in oil and gas production basins in the mountain west and, subsequently, differences in vented and flared volumes, as a percentage of total basin production. For example, according to the WRAP data, most pneumatic devices in the Piceance basin in northwest Colorado were low-bleed in 2006, while high-bleed pneumatic devices were still predominant in the neighboring Uinta basin in northeast Utah. Although the Piceance and Uinta basins are part of the same geological formation and share many characteristics, including type of gas development and extraction methods, the WRAP data show that the venting and flaring volumes on federal leases in the Uinta basin are nearly double those in the Piceance basin as a percentage of total gas production. See appendix I for a map of these basins.

Differing rates of use of venting and flaring reduction technologies—among states, oil and gas production basins, and individual operators—can be attributed to two key factors based on our analysis. Variations in state air quality regulations are one factor, according to EPA and state agency officials and industry representatives. For example, Colorado has stricter requirements than Utah for emissions controls, according to officials, which partly explains the variation in levels of control technologies in use in these production basins. Similarly, over the last 5 years Wyoming has instituted many regulatory changes to address increases in ground-level ozone, including stricter emission-reduction requirements for storage tanks and reduced emission completions.

The net economic benefit of installing equipment to capture vented and flared gas is the second key factor. The cost of implementing a given technology can be substantial—and may be especially burdensome for smaller operators. Nonetheless, in many cases, the costs are recovered quickly as the captured gas is sold, according to industry and EPA officials. According to documents from EPA's Natural Gas STAR program, a voluntary partnership with industry to encourage reductions in gas venting, in many cases, the cost of implementing these control technologies can be recovered in less than 1 year. According to EPA and industry representatives, for operators with sufficient resources—including engineering and cost-estimation teams, as well as capital for infrastructure—decisions to potentially install capture equipment are easy to make based on simple economic considerations. For example, the cost of switching from high-bleed to low-bleed pneumatic devices ranges from $700 to $3,000 per device, which can be recovered in 2 to 8 months, on

BLM_0152173

average, according to EPA documents. Similarly, retrofitting an oil production storage tank with a vapor recovery unit can cost tens of thousands of dollars, but the gas saved can pay for the technology generally within 2 years. According to EPA and BLM officials, some operators have already implemented plunger-lift systems, vapor recovery units, reduced emission completions, and other technologies due to the economic benefit of doing so. However, these officials cautioned that the return-on-investment calculation can be complicated by a number of factors, including the geology and location of the production basin and the differences in the composition of extracted oil or gas. For instance, while some high-bleed pneumatic devices vent more gas than low-bleed devices, the higher bleed rates keep the equipment from freezing in cold conditions, according to industry officials. Similarly, reduced emission completions are not economically viable for conventional gas wells with low wellhead pressures, as the costs of reduced emission completion equipment can easily outweigh the benefits of capturing the gas, according to industry representatives. In addition, EPA and industry officials told us that installing these technologies may require other significant infrastructure investments, such as a new pipeline from an oil well where natural gas is currently being vented or flared to a gas sales line, which could make the investment in these technologies cost-prohibitive.

A number of industry representatives and EPA officials noted the potential for currently-developing carbon markets to influence the economics of venting and flaring control technologies. Carbon markets generally refer to real financial markets where carbon emission reductions, known as carbon offset credits, are bought and sold; companies that are emitting more than the amount of carbon allocated, or allowed by the government regulators, can buy credits to offset their excess emissions and companies that reduce emissions can sell those reductions as credits. Operators are increasingly able to document the carbon reductions achieved through installations of the technologies and, in turn, sell these offset credits on open carbon markets according to industry officials. Potential opportunities to claim and sell these carbon offset credits may add to the economic incentives for using these control technologies, according to some industry officials.[46] Although there is some risk involved with claiming these offsets, as the markets are developing, pending federal

---

[46]For more detail on carbon offsets see GAO, *Carbon Offsets: The U.S. Voluntary Market Is Growing, but Quality Assurance Poses Challenges for Market Participants*, GAO-08-1048 (Washington, D.C.: Aug. 29, 2008).

BLM_0152174

legislation could make it more likely that a market for carbon will become increasingly relevant, according to industry officials.

The experiences of some operators in implementing technologies to reduce venting and flaring show the economic advantages that can result. For example, BP installed smart-automated plunger lifts on its onshore wells throughout the San Juan Basin and reported achieving a 99 percent reduction in vented volumes as a result, increasing production and profits, according to company representatives. In addition, according to company officials, the company has replaced all of its high-bleed pneumatic devices with low-bleed devices, saving approximately 3.4 Bcf of natural gas emissions annually. BP also reported investing $1.2 million in reduced emission completions since 2000, which it credits with saving 1.5 Bcf of gas and almost 29,000 barrels of condensate. These emissions savings prevented over 100,000 metric tons of $CO_2$ and 2,000 metric tons of methane from entering the atmosphere and increased revenues by almost $5.8 million, according to company documents. The results of BP's actions were likely a factor in the estimates of venting and flaring based on WRAP data for the North San Juan basin that we reported earlier; BP was the major operator in that basin, and it had the lowest estimates of venting and flaring. Similarly, Devon Energy recently took steps to expand its use of venting and flaring reduction technologies for some of its onshore wells that have resulted in significant successes, according to company representatives. In 2008, Devon representatives reported 10.4 Bcf of methane emission reductions that they attribute to the replacement of high-bleed pneumatic devices, installation of vapor recovery units on storage tanks, use of automated plunger lift systems, and use of reduced emission completions, among other technologies. Overall, the company saved more than $125 million since 1990 by implementing these technologies, according to Devon representatives.

Vendors of these technologies also cited success stories. For example, one vendor cited an example where installation of two vapor recovery units onshore requiring capital investments of more than $20,000 yielded a full return on investment in less than a month through the capture of otherwise vented gas. In addition, one operator replaced and retrofitted 400 high-bleed pneumatics on wells onshore, at a cost of more than $118,000, but found an annual savings in captured gas of nearly $149,000, for a payback on investment in less than 1 year. Each of these cases demonstrates that the venting and flaring reduction technologies can, under the right circumstances, add to an operator's bottom line. These results illustrate the potential multiple benefits of venting and flaring reduction technologies—benefits to industry in the form of additional

BLM_0152175

revenues; benefits to the government in the form of increased royalty payments; and benefits to the environment in the form of reductions in vented and flared greenhouse gases.

**EPA Officials and Technology Vendors Identified Barriers to Implementing Available Technologies**

Despite the potential economic benefits of using these technologies, there are barriers to their implementation for some operators, according to an EPA official and technology vendors. One key barrier is that many operators are unaware of the economic advantages. In part, this is because smaller operators often do not have the time or expertise to undertake the engineering analysis to understand whether and how they can benefit, according to EPA and technology vendors. Also, these officials said that smaller operators often do not have the capital to purchase equipment, regardless of whether they can recover the costs. According to officials, the voluntary nature of the EPA Natural Gas STAR program is not enough to spur industry to change, and one industry official stated that the sometimes contentious relationship between the federal government and private industry contributes to this lack of awareness. Private industry does not always take federal efforts to encourage industry to alter business practices at face value, according to officials. One industry representative cited reluctance to participate in EPA's Natural Gas STAR program as an example of this skepticism.

A number of other factors can also contribute to operators not adopting venting and flaring reduction technologies. Officials that we spoke with said that overcoming "institutional inertia"—a company's tendency to do business and carry out operations as it always has—is key to adopting these technologies. In a similar vein, industry and EPA officials told us that upper management support is critical for these types of efforts to go forward, and many companies' management is focused on other efforts that are deemed more important than what are seen as incremental improvements in operations. For example, the operator may choose to invest its limited available capital in drilling a new well, which may have a larger return than investments in capturing vented or flared gas from an existing well, according to industry representatives.

**Reductions in Natural Gas Lost to Venting and Flaring Could Increase Federal Royalty Payments and Reduce Greenhouse Gas Emissions**

Reductions in natural gas lost to venting and flaring from federal leases would increase the volume of natural gas produced and sold, thereby potentially increasing federal royalty payments. If, for instance, a total of 126 Bcf of natural gas was lost to venting and flaring on onshore federal leases in 2008, as EPA has estimated, that loss would equal approximately $58 million in federal royalty payments. If, as EPA estimates, 40 percent of this lost gas could have been economically captured and sold, federal

BLM_0152176

royalty payments could increase by approximately $23 million annually, which represents about 1.8 percent of annual federal royalty payments on natural gas.[47]

Reducing natural gas lost to venting and flaring from federal leases could also reduce greenhouse gases to the atmosphere according to our calculations. Because methane is about 25 times more potent as a greenhouse gas over a 100-year period, and almost 72 times more potent over a 20-year period according to the Intergovernmental Panel on Climate Change,[48] reducing direct venting of natural gas to the atmosphere has a significantly greater positive effect, in terms of global warming potential, than does reducing flaring. Again using EPA's estimates, if a total of 98 Bcf of natural gas was vented and 28 Bcf was flared annually, those releases would account for about 41 million metric tons of carbon dioxide equivalent released to the atmosphere, which would be roughly equivalent to the emissions of almost 8 million passenger vehicles or about 10 average-sized coal-fired power plants. Capturing 40 percent of this volume would result in emissions reductions of about 50 Bcf, which is equivalent to the emissions of 3.1 million passenger vehicles or about 4 average-sized coal-fired power plants, according to our analysis.[49]

Some EPA officials also told us that they believed that federal efforts to reduce venting and flaring could also have a spillover effect—that is, it could lead operators to use these technologies on state and private leases as well. Data from EPA and WRAP included vented and flared gas from nonfederal leases, and the data showed that there were similar percentages of gas being lost, suggesting that the potential greenhouse gas reductions from the expanded use of these technologies could go well beyond those from federal oil and gas production.[50]

We did not find complete quantitative data on reduction opportunities offshore from Interior, EPA, or others that could be used to fully identify

---

[47]For these calculations, we assumed average onshore royalty payments of 11.45 percent, the average onshore royalty rate in 2009. See appendix I for more details.

[48]Methane breaks down in the atmosphere more quickly than $CO_2$ and lasts an average of 12 years in the atmosphere. This accounts for its greater impact over the shorter time frame.

[49]This statement assumes that venting and flaring are reduced in proportional volumes.

[50]Overall, according to EPA's analysis, in addition to the total potential federal reductions of 50 Bcf, nonfederal wells could have added an additional 252 Bcf in reductions with more widespread use of venting and flaring reduction technologies.

BLM_0152177

the potential to reduce emissions offshore. However, EPA officials told us that opportunities for reducing emissions from venting and flaring from offshore production platforms likely exist. For instance, EPA found that various production components, including valves and compressor seals, contribute significant volumes of fugitive emissions, but that these emissions could be mitigated through equipment repair or retrofitting. One estimate based on EPA analysis of 15 offshore platforms in 2008, suggests that most of the gas lost through compressor seals could be recovered economically—saving about 70 percent of the overall gas they estimated to be lost on those platforms. However, EPA's analysis warns that some mitigation strategies may be less cost-effective in the offshore environment because capital costs and installation costs tend to be higher.

## Interior's Oversight Does Not Ensure That Operators Minimize Venting and Flaring on Federal Leases, While a Voluntary EPA Program Has Reduced Vented Gas According to EPA and Industry Participants

Interior is responsible for ensuring that operators minimize natural gas venting and flaring on federal onshore and offshore leases; however, while both BLM and BOEMRE have taken steps to minimize venting and flaring on federal leases, their oversight of such leases has several limitations. Although EPA does not have a direct regulatory role with respect to managing federal oil and gas leases, its Natural Gas STAR program has helped to reduce vented gas on federal leases according to EPA and industry participants.

## BLM and BOEMRE Have Taken Steps to Minimize Venting and Flaring on Federal Leases, but Their Oversight Has Several Limitations

As part of their oversight responsibilities, Interior's BLM and BOEMRE are charged with minimizing the waste of federal resources, and, to that end, both agencies have issued regulations and guidance that limit venting and flaring of gas during routine procedures such as liquid unloading and well completions.[51] However, their oversight has several limitations, namely (1) the regulations and guidance do not address new capture technologies or all sources of lost gas; (2) the agencies do not assess options for reducing venting and flaring in advance of oil and gas production for purposes other

---

[51]For onshore leases, *see* 43 C.F.R. § 3161.2. For offshore leases, *see* 30 C.F.R. § 250.106.

BLM_0152178

than addressing air quality; and (3) the agencies have not developed or do not use information regarding available technologies that could reduce venting and flaring.

**Regulations and Guidance Limit Venting and Flaring, but Do Not Address Newer Technologies or All Sources of Lost Gas**

*Onshore leases.* BLM's guidance limits venting and flaring from routine procedures and requires operators to request permission to vent and flare gas above these limits.[52] If operators request permission to exceed these limits, BLM is to assess the economic and technical viability of capturing additional gas and require its capture when warranted.[53] Although BLM guidance sets limits on venting and flaring of natural gas and allows flexibility to exceed them in certain cases, it does not address newer technologies or all sources of lost gas. Specifically, BLM guidance is 30 years old and therefore does not address venting and flaring reduction technologies that have advanced since it was issued. For example, since the guidance was written, technologies have been developed to economically reduce emissions from well completions and liquid unloading—namely the use of reduced emission completion and automated plunger lift technologies respectively. These two sources of emissions were important contributors to vented and flared volumes that we discussed earlier. Despite this fact, the use of such technologies where it is economic to do so is not covered in BLM's current guidance. In general, BLM officials said that they thought the industry would use venting and flaring reduction technologies if they made economic sense. Similarly, new lower-emission devices could also reduce venting and flaring from other sources of emissions that are not covered by BLM's guidance, such as pneumatic valves or gas dehydrators—two sources that contribute to significant lost gas. In discussions with BLM staff about their guidance, staff acknowledged that existing guidance was outdated given current technologies and said that they were planning to update it by the second quarter of 2012.

---

[52]BLM guidance is in the form of a Notice to Lessees and Operators (NTL). According to the NTL, the operator can vent or flare gas during operations such as clearing the drilling waste or removing liquid from the well for 24 hours without obtaining permission from BLM to vent gas. The operator may also flare or vent any gas vapors released from storage tanks or low pressure production vessels unless BLM determines that the recovery of the gas would be warranted. The vented or flared gas is considered to be "unavoidably lost."

[53]If an operator does not exceed these limits—which is almost always the case according to BLM staff—BLM does not consider the economic and technical viability of further reducing venting and flaring. BLM inspectors also note obvious signs of vented and flared gas during their inspections, which occur at least every 3 years, and try to verify that operators have permission for the release.

BLM_0152179

*Offshore leases.* Like BLM, BOEMRE has regulations that limit the allowable volumes of vented and flared gas from offshore leases to minimize losses of gas from routine operations. Operators can also apply for permission to exceed these limits and, like BLM, BOEMRE would evaluate the economic and technical viability of capturing additional gas. Further, BOEMRE inspects offshore platform facilities each year and, as part of these inspections, reviews on-site daily natural gas venting records.[54] BOEMRE officials told us that the agency requires operators to keep these venting records and that it uses them to, among other things, identify any economically viable opportunities for an operator to install control equipment. Overall BOEMRE officials said that operators were required to install venting and flaring reduction equipment where economic, even if they would make as little as $1 in net profit from the captured gas. According to agency officials, due to the type of production and operations offshore, reduction opportunities mostly consist of installing vapor recovery units, and these officials said that they generally believe that companies have installed such equipment where it is economic to do so. Although BOEMRE conducts regular inspections, the daily venting records do not include all sources of vented gas. For example, emission estimates from sources of gas such as pneumatic valves and glycol dehydrators are not included, and therefore inspectors are not able to make assessments of the potential to reduce emissions from these sources. Both of these sources were contributors to lost gas offshore from the 2008 GOADS study, suggesting potential reduction opportunities. BOEMRE officials said that the agency considers these sources lease-use gas, and as a result, believed that they could not legally consider the economic and technical viability of this gas and require its capture when warranted. However, based on our review of BOEMRE regulations and authorizing legislation, it appears that BOEMRE has the authority to require operators to minimize the loss of this gas, including requiring its capture where appropriate. BOEMRE officials agreed with our assessment.

---

[54]In a previous report, we found that BOEMRE had not met these annual inspection goals. See GAO, *Oil and Gas Management: Interior's Oil and Gas Production Verification Efforts Do Not Provide Reasonable Assurance of Accurate Measurement of Production Volumes,* GAO-10-313 (Washington D.C.: Mar. 15, 2010).

BLM_0152180

**The Agencies Do Not Assess Options for Reducing Venting and Flaring in Advance of Oil And Gas Production**

*Onshore leases.* While BLM regulations authorize and direct BLM officials to offer technical advice and issue orders for specific lease operations to minimize waste,[55] BLM does not explicitly assess options to minimize waste from vented and flared gas before production. For example, we identified two phases in advance of production where BLM could assess venting and flaring reduction options—during the environmental review phase and when the operator applies to drill a new well. However, the agency does not explicitly assess these options, or discuss them with operators, during either phase. For example, during the environmental review phase, BLM works with states to assess emissions from oil and gas production, and that air quality assessment may include venting and flaring reduction requirements. According to BLM officials, since states generally have primary responsibility to implement and enforce air quality standards, the standards drive these requirements, and states focus only on the role venting and flaring plays in air pollution, rather than the minimization of waste. Therefore in production basins where air quality standards are being met, or where only minimal use of technology is required to meet them, BLM would not assess venting and flaring reduction technologies to the full extent that they could economically reduce vented and flared gas.[56] One official noted that some BLM officials felt constrained in their ability to consider the use of venting and flaring reduction technologies because of this. Similarly, during the phase when operators apply to drill new wells, BLM assesses detailed technical and environmental aspects of the project, but BLM officials told us their assessment does not include a review of options to reduce venting and flaring.[57]

*Offshore leases.* Similar to BLM, BOEMRE assesses venting and flaring reduction options in advance of production to determine whether vented and flared gas from offshore platforms would harm coastal air quality, but again, the focus is on meeting air quality standards rather than assessing whether gas can be economically captured. Therefore, when BOEMRE

---

[55] 43 C.F.R. § 3161.2.

[56] So far there has been only one rural oil and gas production basin, the Jonah-Pinedale basin in Wyoming, that is not meeting EPA standards for ground-level ozone.

[57] Applications include detailed information on plans for drilling and completing wells, such as the amounts and types of cement used, the construction materials, the methods for handling waste, the plans for surface reclamation, and multiple other subjects for BLM to consider. In addition, the operator submits a diagram of existing or proposed production facilities.

does not anticipate harm to coastal air quality, as is often the case according to officials, the agency does not further consider venting and flaring reduction options at this phase. Further, while the application operators submit in advance of drilling must include a description of the technologies and recovery practices that the operator will use during production,[58] venting and flaring reduction options are not included in that submission.

**Agencies Have Not Developed or Do Not Use Information Regarding Available Technologies That Could Reduce Venting and Flaring**

*Onshore leases.* We found that BLM does not maintain a database regarding the extent to which available venting and flaring reduction technologies are used on federal oil and gas leases.[59] As such, it could be difficult for BLM to identify opportunities to reduce venting and flaring or estimate the potential to increase the capture of gas that is currently vented or flared. For example, while BLM guidance provides that the natural gas vaporizing from storage tanks must be captured if BLM determines recovery is warranted, BLM does not collect data on the use of control technologies and available OGOR data do not contain the volumes of lost gas from storage tanks. Thus BLM may be overlooking circumstances where recovery could be warranted. In addition, according to BLM officials we spoke with, although infrared cameras can be used to identify sources of lost gas, BLM has not used them during inspections of production facilities. Although relatively expensive, infrared cameras allow users to rapidly scan and detect vented gas or leaks across wide production areas. BLM officials cited budgetary constraints and challenges in developing a policy and protocols for why the cameras have not been used regularly by the agency.

*Offshore leases.* Although the GOADS data system contains some information on the types of equipment operators use, BOEMRE has not analyzed this information to identify emission-reduction opportunities according to officials. GOADS contains information about the use of equipment such as vapor recovery systems. These data have not been used by BOEMRE to identify venting and flaring reduction opportunities because the agency has not considered using these data for purposes other than addressing air quality, according to a BOEMRE official. Nonetheless, based on our review of the GOADS data system, by not analyzing such

---

[58]30 C.F.R. § 250.246.

[59]According to one BLM official we spoke with, an inspector may note whether or not operators use particular types of venting and flaring equipment, but the field office does not keep specific records about equipment use.

BLM_0152182

data, BOEMRE is not able to identify emission-reduction opportunities. As a case in point, we found that emissions from pneumatic valves in the 2008 GOADS study made noticeable contributions to overall lost gas, which might suggest the potential to expand the use of low-bleed pneumatics in some cases. BOEMRE officials also noted that, unlike BLM, its inspectors had used infrared cameras to look for obvious sources of vented and flared gas in a few sample locations close to shore. In this regard, they said expanded use of infrared cameras could be useful to help enforce their new rule that requires the use of meters for vented and flared gas. Specifically, they said that the cameras could identify sources of gas that operators may have not routed through the meter as required. They also noted that expanded use of the cameras could help to identify and potentially reduce fugitive gas emissions that currently go undetected.[60]

## EPA's Voluntary Natural Gas STAR Program Has Helped Reduce Vented Gas, According to EPA and Industry Participants

Although Interior has the primary role in federal oil and gas leasing, EPA's Natural Gas STAR program has encouraged some operators to adopt technologies and practices that have helped to reduce methane emissions from the venting of natural gas, according to EPA and industry participants. Through this program, industry partners evaluate their emissions and consider ways to reduce them, although the reductions are voluntary. The program also maintains an online library of technologies and practices to reduce emissions that quantify the costs and benefits of each emission-reduction option. Natural Gas STAR also sponsors conferences to facilitate information exchange between operators regarding emissions reductions technologies. Partner companies report annually about their efforts to reduce emissions along with the volumes of the emission reductions.[61]

According to the Natural Gas STAR Web site, domestic oil and gas industry partners reported more than 114 Bcf of methane emission reductions in 2008, which amounts to about 0.4 percent of the total natural gas produced that year. However, one industry representative said that, while large and midsize operators were aware of the Natural Gas STAR

---

[60]One consulting firm we spoke with used infrared cameras to detect leaks on clients' offshore oil platforms and found, on average, 21 gas leaks per facility, totaling an estimated 127,000 cubic feet of gas per day.

[61]In addition to the Natural Gas STAR program, EPA's Office of Research and Development is developing specialized measurement approaches to remotely detect and quantify air emissions, including methane, from the oil and gas industry and other sources.

BLM_0152183

program, smaller operators were not aware and, even if some smaller operators were aware of the program, they may not have the environmental staff to implement the technologies and practices. Despite the potential usefulness of information from the Natural Gas STAR program to oil and gas producers on federal leases, some of the BLM officials that we spoke with were unfamiliar with Natural Gas STAR.

# Conclusions

Fulfilling its responsibility to ensure that the country's oil and natural gas assets are developed reasonably and result in fair compensation for the American people requires Interior to have accurate and complete information on all aspects of oil and natural gas leases. Interior has collected some information on vented and flared gas through MRM's OGOR system, but without a full understanding of these losses Interior cannot fully account for the disposition of taxpayer resources or identify opportunities to prevent undue waste. MRM's OGOR data system does not provide information on all sources of lost gas, which is the primary source of data that BLM uses to measure overall vented and flared gas onshore. Therefore, OGOR data present an incomplete picture of venting and flaring onshore, leading BLM officials to believe that vented and flared gas volumes do not represent a significant loss of gas on federal leases. Similarly, data in BOEMRE's GOADS data system differ considerably from data in OGOR, and have not been reconciled—raising questions about the accuracy of offshore data sources.

Regarding Interior's oversight of operators venting and flaring gas, because current guidance and regulations from BLM and BOEMRE do not require the minimization of all sources of vented and flared gas—although legislation exists authorizing them to require that waste on federal leases be minimized—operators may be venting and flaring more gas than should otherwise be allowed. In fact, we found that operators are not using available technologies in all cases to economically reduce vented and flared gas. BLM guidance has not kept pace with the development of economically viable capture technologies for a number of sources of lost gas, and BOEMRE has been reluctant to consider the economic and technical viability of minimizing the waste of "lease-use" gas because officials had believed they were legally constrained from doing so.

In addition to the limitations of these regulations, BLM and BOEMRE have not used their authority in two situations where they could potentially further reduce venting and flaring. First, neither agency has used its authority to minimize waste beyond relevant air quality standards by assessing the use of venting and flaring reduction technologies before

BLM_0152184

production. Second, because BLM lacks data about the use of venting and flaring technologies for onshore leases and BOEMRE does not analyze its existing information for offshore leases in its GOADS data system, these agencies are not fully aware of potential opportunities to use available technologies. Further, neither agency takes full advantage of newer infrared camera technology that can help to identify sources of lost gas—as BOEMRE officials have acknowledged, this technology could help reveal additional sources of lost gas.

Ultimately, a sharper focus by BOEMRE and BLM on the nature and extent of venting and flaring on federal leases could have multiple benefits. Specifically, increased implementation of available venting and flaring reduction technologies, to the extent possible, could increase sales volumes and revenues for operators, increase royalty payments to the federal government, and decrease emissions of greenhouse gases. In addition, our analysis of WRAP and EPA data showed as much or more vented and flared gas on nonfederal leases, and we share the observation with EPA officials that a spillover effect may occur, whereby oil and gas producers, seeing successes on their federal leases, take similar steps on state and private leases.

# Recommendations for Executive Action

To ensure that Interior has a complete picture of venting and flaring on federal leases and takes steps to reduce this lost gas where economic to do so, we are making five recommendations to the Secretary of the Interior.

To ensure that Interior's data are complete and accurate, we recommend that the Secretary of the Interior direct BLM and BOEMRE to take the following action:

- Take additional steps to ensure that each agency has a complete and accurate picture of vented and flared gas, for both onshore and offshore leases, by (1) BLM developing more complete data on lost gas by taking into consideration additional large onshore sources and ways to estimate them not currently addressed in regulations—sources that EPA's newly proposed greenhouse gas reporting rule addresses—and (2) BOEMRE reconciling differences in reported offshore venting and flaring volumes in OGOR and GOADS data systems and making adjustments to ensure the accuracy of these systems.

BLM_0152185

To help reduce venting and flaring of gas by addressing limitations in their regulations, we recommend that the Secretary of the Interior direct BLM and BOEMRE to take the following four actions:

- BLM should revise its guidance to operators to make it clear that technologies should be used where they can economically capture sources of vented and flared gas, including gas from liquid unloading, well completions, pneumatic valves, and glycol dehydrators. BOEMRE should consider extending its requirement that gas be captured where economical to "lease-use" sources of gas;

- BLM and BOEMRE should assess the potential use of venting and flaring reduction technologies to minimize the waste of natural gas in advance of production where applicable, and not solely for purposes of air quality;

- BLM and BOEMRE should consider the expanded use of infrared cameras, where economical, to improve reporting of emission sources and to identify opportunities to minimize lost gas; and

- BLM should collect information on the extent that larger operators use venting and flaring reduction technology and periodically review this information to identify potential opportunities for oil and gas operators to reduce their emissions, and BOEMRE should use existing information in its GOADS data system for this same purpose, to the extent possible.

## Agency Comments and Our Evaluation

We provided a copy of our draft report to Interior and EPA for review and comment. Interior provided written comments that concurred with four of the five recommendations and partly concurred with the remaining recommendation. Its comments are reproduced in appendix II and key areas are discussed below. EPA did not provide formal comments on the report, but the agency's Office of Air and Radiation provided written comments to GAO staff, which we summarize and discuss below. Interior and EPA also provided other clarifying or technical comments, which we incorporated as appropriate.

Interior's comments reflected the views of BLM and BOEMRE. BLM concurred with all five recommendations and noted that it plans to incorporate recommended actions into its new Onshore Order in order to improve the completeness and accuracy of its data and help address limitations in its current regulations.

BLM_0152186

BOEMRE concurred with four of the recommendations and partly concurred with our second recommendation that they consider enforcing the economical capture of "lease-use" gas. It stated that we misapprehended the scope of the regulations governing "lease-use" sources of gas in that BOEMRE does not have current regulations to require the capture of "lease-use" gas. In response to this comment, we reworded our recommendation to clarify that BOEMRE should consider extending its existing requirements for the economical capture of gas to "lease-use" gas. In a related point, BOEMRE also noted that we were unable to quantify the potential volumes of additional gas that could be captured by holding operators to this same economic standard for "lease-use" gas. While current GOADS data have limitations, BOEMRE's GOADS data suggest potential opportunities to capture additional gas from lease-use sources, namely glycol dehydrators and pneumatic devices. As such, we support BOEMRE's efforts to further evaluate this issue and take action through new guidance or regulations, as it believes appropriate.

EPA's Office of Air and Radiation commented on three areas of the report:

- First, EPA emphasized the significant air quality impacts from the volatile organic compounds (VOC) associated with vented gas and provided us with estimates of the potential volumes of these emissions. While we recognize that the impacts of VOC emissions on air quality are important, these impacts were largely beyond the scope of our work. Nonetheless, we incorporated an estimate of these VOC emissions into supporting notes to table 1 that reflected EPA's estimates of vented and flared gas. We also added additional information to the background regarding VOC emissions.

- Second, EPA suggested that we recommend to BLM and BOEMRE that they require the use of the best available venting and flaring control measures during leasing or drilling permitting. We continue to believe that BLM and BOEMRE should require the use of these technologies where economical, and recognize that requiring the use of such controls when the economics of capturing gas are unfavorable is not required by current EPA greenhouse gas regulations.

- Third, EPA provided us with its revised emission estimates for vented and flared gas based on updated analysis for its proposed rule on the reporting of greenhouse gases by industry. It also provided us with revised estimates for the use of additional control technologies to reduce the emissions of vented and flared gas. In both cases, we incorporated these revised estimates in our report where applicable.

GAO-11-34  Federal Oil and Gas Leases

BLM_0152187

As agreed with your offices, unless you publicly announce the contents of this report earlier, we plan no further distribution until 30 days from the report date. At that time, we will send copies of this report to the appropriate congressional committees, Secretary of the Interior, Administrator of the Environmental Protection Agency, and other interested parties. In addition, the report will be available at no charge on the GAO Web site at http://www.gao.gov.

If you or your staffs have any questions about this report, please contact me at (202) 512-3841 or ruscof@gao.gov. Contact points for our Offices of Congressional Relations and Public Affairs may be found on the last page of this report. GAO staff who made major contributions to this report are listed in appendix IV.

Frank Rusco
Director, Natural Resources and Environment

BLM_0152188

# Appendix I: Objectives, Scope, and Methodology

Our objectives were to (1) examine available estimates of vented and flared natural gas on federal leases; (2) estimate the potential to capture additional vented and flared natural gas with available technologies and the associated potential increases in royalty payments and reductions in greenhouse gas emissions and; (3) assess the federal role in reducing venting and flaring of natural gas.

To examine available estimates of vented and flared natural gas on federal leases, we collected data from the Department of the Interior's (Interior) Bureau of Land Management (BLM), Bureau of Ocean Energy Management, Regulation and Enforcement (BOEMRE), including BOEMRE's Minerals Revenue Management (MRM) program; the Environmental Protection Agency (EPA); and the Western Regional Air Partnership (WRAP). We also interviewed staff from these agencies and oil and gas producers operating on federal leases regarding venting and flaring data collection, analysis, and reporting. We obtained data from four key sources: MRM's Oil and Gas Operations Report (OGOR) database, BOEMRE's Gulfwide Offshore Activity Data System (GOADS), EPA's Natural Gas STAR Program, and WRAP's analysis of air emissions for a number of western states. We assessed the quality of the data from each of these sources and determined that these data were sufficiently reliable for the purposes of our report.

MRM provided OGOR data on vented and flared volumes and production for both onshore and offshore federal leases for calendar years 2006 to 2008. MRM uses the OGOR data, in part, to ensure accurate federal royalty payments.[1] The OGOR data are operator-reported, and reported venting and flaring volumes are a mix of empirical measurements and estimates from operators. MRM was unable to provide complete estimates of vented and flared gas on all federal leases because a portion of federal leases are managed as part of lease agreements—collections of leases that draw from the same oil or gas reservoir, which may include federal and nonfederal leases. MRM was unable to determine the share of reported vented and flared gas from the federal portion of those lease agreements; it reported venting and flaring from (1) lease agreements that included only federal leases and (2) all lease agreements, which included some nonfederal leases. In this report, we discuss the vented and flared volumes from the agreements that contain only federal leases. As a result, we report vented

---

[1]Operators report royalties using a separate data collection form that operators are required to report to BOEMRE monthly.

BLM_0152189

and flared gas volumes from the OGOR data as a percentage of total production on these leases, rather than as absolute volumes, in order to compare the OGOR estimates to estimates from other data sources.

A second source of venting and flaring data was BOEMRE's 2008 GOADS data, which contained estimates of gas lost to venting and flaring on federal leases in the Gulf of Mexico—which accounted for 98 percent of federal offshore gas production in 2008. BOEMRE collects GOADS data every 3 years and uses these data to estimate the impacts of offshore oil and gas exploration, development, and production on onshore air quality in the Gulf of Mexico region. BOEMRE also uses GOADS as part of an impact analysis required by the National Environmental Policy Act. GOADS data capture specific information on a variety of sources of air pollutants and greenhouse gases resulting from offshore oil production. BOEMRE provided us with actual volumes of natural gas released from the vented and flared source categories. For the other sources, we used the emissions that were reported in GOADS in tons of methane per year, and we converted these to volumes of methane and then to natural gas, assuming a 78.8 percent methane content for natural gas.[2] In the GOADS study, fugitive emissions are estimated by looking at the number of valves and other components on a given production platform and then assuming an average leak rate. BOEMRE's data contractor performs a series of quality checks on the data after collection.

A third source of data on vented and flared volumes was a nationwide analysis performed by officials from EPA's Natural Gas STAR program, a national, voluntary program that encourages oil and gas companies, through outreach and education, to adopt cost-effective technologies and practices that improve operational efficiencies and reduce methane emissions. EPA's nationwide venting and flaring volumes were based on publicly available empirical data on national oil and gas production for 2006, 2007, and 2008, combined with knowledge of current industry practices, including usage rates and effectiveness of venting and flaring reduction technologies. For example, EPA used data on the number of well completions per year and data on the average venting per completion to estimate a yearly nationwide total from that source, with similar approaches used for estimating total venting and flaring from other key

---

[2]We combined the pneumatic pump and pressure/level controller categories into our "pneumatic devices" category. We combined all the other source categories from GOADS into our "other sources" category.

BLM_0152190

sources.[3] EPA adjusted its estimates to account for the industry's efforts to control some venting and flaring emissions. EPA's analysis was limited in some ways, however. For instance, lacking empirical data on actual nationwide rates of use of certain control technologies, EPA based its analysis on anecdotal information in some cases. In order to be able to compare these data with the OGOR data, we scaled EPA's national estimates to federal leases based on the proportion of natural gas production on federal leases over total U.S. natural gas production using data from MRM and the Department of Energy's Energy Information Administration (EIA).[4] EPA also made estimates of offshore venting and flaring based on BOEMRE's 2005 GOADS data. EPA officials adjusted volumes reported to GOADS based on publicly available information on current industry practices, including usage rates and effectiveness of venting and flaring reduction technologies.

A fourth source of venting and flaring data was based on analysis conducted by WRAP, a collaborative arrangement between tribal and state governments and various federal agencies set up to develop the technical and policy tools needed by western states and tribes to comply with the EPA's regional air quality regulations. As part of its efforts to better understand the oil and gas industry's impact on regional air quality, WRAP, through its contractor, the Environ International Corporation, collected data for 2006 on the volumes and sources of key air pollutants such as volatile organics and nitrogen oxides, which are associated with vented and flared gas. WRAP collected these data with backing from the Independent Petroleum Association of Mountain States, an industry group representing oil and gas producers in the western United States. We used Environ to reconfigure the data from the WRAP air quality analysis in order to estimate the overall volumes of vented and flared gas. The WRAP analysis focused on five specific production basins in the mountain west: the Piceance, Denver-Julesburg, and North San Juan Basins in Colorado; the Uinta Basin in eastern Utah; and the South San Juan Basin in northern New Mexico (see fig. 4). The WRAP analysis was based primarily on

---

[3]Due to incomplete data on oil storage tank emissions and reductions for 2008, the tank emissions from 2007 serves as an approximation for the emissions in 2008. EPA also included workovers with its estimates of venting and flaring from well completions. Workovers are remedial procedures designed to increase production on existing oil and gas wells.

[4]EPA's initial estimates of venting and flaring were for the methane component of natural gas. These volumes were converted to reflect overall natural gas emissions by assuming, for most sources, an average 78.8 percent methane content for the gas.

BLM_0152191

Appendix I: Objectives, Scope, and
Methodology

empirical data from operators in these basins, including drilling and
production volume data, as well as data from a survey of operators. This
survey asked operators to report actual vented and flared volumes, as well
as to provide information on other aspects of their operations, including
the emission control technologies they had in place. Similar to the EPA
venting and flaring analysis, however, Environ did not have complete data
from all operators in each basin and thus estimated some information
based on survey data from a subset of operators.[5] In addition, the original
WRAP data did not distinguish between federal and nonfederal oil and gas
operations, so we provided federal well numbers to Environ so that they
could identify the federal lease component of vented and flared gas.

**Figure 4: Locations of Production Basins Included in WRAP Study**



Source: WRAP/Environ.

To estimate the magnitude of potential increases in royalty payments and
reductions in greenhouse gas emissions resulting from capturing
additional vented and flared gas with available technologies, we had EPA
provide us with estimates of the onshore expansion potential of a number
of key technologies and associated venting and flaring volume reductions.
For simplicity, EPA developed these estimates by focusing on the
expansion potential of a subset of technologies considered to provide the

---

[5]BP provided most of the data for the North San Juan basin, and Environ was not able to
verify its accuracy to the extent that it did for data reported in the other basins.

BLM_0152192

largest emission reductions. These estimates may be conservative, however, because they did not incorporate reductions from a number of other potential venting and flaring opportunities catalogued by the Natural Gas STAR program.[6] These estimates were not based entirely on comprehensive usage data collected from the oil and gas industry, but were based, in part, on publicly available evidence collected through years of experience with the oil and gas industry. In addition, circumstances are constantly changing, and more technological innovations are potentially being used as time goes on, so there is some uncertainty in how much lost gas can be captured. We also compared venting and flaring volumes and the types of emission-reduction technologies used in each of the basins from the WRAP data, allowing us to draw conclusions about the impact of different levels of technology on venting and flaring volumes. We did not identify similar data on reduction opportunities offshore. We also interviewed officials from BLM, BOEMRE, EPA, and state agencies, as well as representatives from private industry, including technology vendors and an environmental consultant regarding the expanded use of available technologies to capture additional vented and flared gas. We conducted background research on venting and flaring reduction technologies, including from publicly available EPA Natural Gas STAR case studies. Finally, we obtained royalty information from MRM to calculate the royalty implications of the onshore venting and flaring reductions, and used conversion factors from EPA to calculate the greenhouse gas impacts of the vented and flared natural gas.[7]

To assess the federal role in reducing vented and flared gas, we conducted interviews with officials from Interior, EPA, the Department of Energy, state agencies, and members of the oil and gas industry. We also reviewed agency guidance and documentation, other studies related to federal management and oversight of the oil and gas industry, as well as prior GAO work that described limitations in the systems Interior has in place to

---

[6] It is difficult to estimate the extent to which the use of each control technology can be increased. Reductions may not always be feasible and depend on site-specific conditions. EPA's estimates of potential reductions from oil and condensate storage tanks also involved valve inspection and repair in addition to installing vapor recovery units.

[7] The conversion factor we used was .4045 million metric tons of carbon dioxide equivalent per billion cubic feet of vented natural gas, and 0.06 million metric tons of carbon dioxide per billion cubic feet of flared natural gas. We used a royalty rate of 11.45 percent and an average natural gas price of $4.01 per thousand cubic feet.

BLM_0152193

**Appendix I: Objectives, Scope, and Methodology**

track oil and gas production on federal leases.[8] We conducted interviews with officials in six BLM field offices (Farmington and Carlsbad in New Mexico; Vernal, Utah; Glenwood Springs, Colorado; Pinedale, Wyoming; and Bakersfield, California) and staff from BLM headquarters. We also interviewed BOEMRE staff in Denver, Colorado, and New Orleans, Louisiana.

We conducted this performance audit from July 2009 to October 2010 in accordance with generally accepted government auditing standards. Those standards require that we plan and perform the audit to obtain sufficient, appropriate evidence to provide a reasonable basis for our findings and conclusions based on our audit objectives. We believe that the evidence obtained provides a reasonable basis for our findings and conclusions based on our audit objectives.

---

[8]GAO, *Oil and Gas Management: Interior's Oil and Gas Production Verification Efforts Do Not Provide Reasonable Assurance of Accurate Measurement of Production Volumes,* GAO-10-313 (Washington D.C.: Mar. 15, 2010).

GAO-11-34  Federal Oil and Gas Leases

BLM_0152194

# Appendix II: Comments from the Department of the Interior

 

### United States Department of the Interior

OFFICE OF THE SECRETARY
WASHINGTON, D.C. 20240

OCT 1 2 2010

TAKE PRIDE IN AMERICA

Mr. Frank Rusco
Director, Natural Resources and Environment
Government Accountability Office
441 G Street, N.W.
Washington, D.C. 20548

Dear Mr. Rusco:

Thank you for the opportunity to review and comment on the Government Accountability Office (GAO) draft report entitled, *Federal Oil and Gas Leases: Opportunities Exist to Capture Vented and Flared Gas, Which Would Increase Royalty Payments and Reduce Greenhouse Gases* (GAO-11-34). The draft GAO report includes five recommendations for the Secretary of the Interior that are intended to augment the present capability to capture vented and flared gas, potentially increase royalty payments, and reduce greenhouse gas emissions. More specifically, the GAO's recommendations address emissions data collection; the reconciliation of conflicting data; providing new emission reporting guidance to operators; and the need to explore using new technologies to identify and reduce volumes of flared and vented natural gas.

The Department of the Interior (DOI) concurs or partially concurs with all five recommendations. Within DOI, the Bureau of Land Management (BLM) and Bureau of Ocean Energy Management, Regulation and Enforcement (BOEMRE) have the major responsibilities for leasing Federal oil and gas and accounting for fluid mineral revenues. Responses to each recommendation are provided in the attached Enclosure. In addition, for your consideration, technical comments are being provided in a separate electronic transmission.

The DOI acknowledges GAO's concerns about the potential impacts from uncaptured vented and flared gas. As noted in your draft report, both BLM and BOEMRE took steps to minimize venting and flaring on Federal oil and gas leases following the 2004 GAO report on BLM and BOEMRE venting and flaring processes (GAO-04-809). Since the 2004 GAO report, both BLM and BOEMRE have issued guidance and regulations to limit venting and flaring of gas during routine operations. Current initiatives demonstrate the Department's continued efforts to improve its monitoring and reduction of vented and flared gas. For example, BLM is revising Onshore Orders, which will address use of new technology to reduce gas emissions. The BOEMRE published a final rule in the *Federal Register* on April 19, 2010, requiring operators on larger offshore platforms to route vented and flared gas from a variety of sources through a meter. This will enable operators to report flared gas separately from vented gas and allow better tracking of greenhouse gas emissions. Additionally, both BOEMRE and BLM will

BLM_0152195

track the Environmental Protection Agency's greenhouse gas rulemaking and use venting and flaring reduction technology where it is economic.

As GAO reported in 2004, the Federal lands and waters already have among the best venting and flaring records in the world. The DOI is committed to managing venting and flaring from onshore and offshore Federal oil and gas leases to the extent of our authority and will continue to improve our programs to remain a world leader in oversight of venting and flaring.

We appreciate your suggestions for improving the regulatory oversight of Federal oil and gas. If you have any questions, please contact Andrea Nygren, BOEMRE Audit Liaison Officer, at 202-208-4343, or LaVanna Stevenson-Harris, BLM Audit Liaison Officer, at 202-912-7077.

Sincerely,

Wilma A. Lewis
Assistant Secretary
Land and Minerals Management

Enclosure

BLM_0152196

Appendix II: Comments from the Department of the Interior

Enclosure

**DOI Response to Government Accountability Office (GAO) Draft Report**
*Federal Oil and Gas Leases: Opportunities Exist to Capture Vented and Flared Gas, Which Would Increase Royalty Payments and Reduce Greenhouse Gases (GAO-11-34)*

To help ensure that Interior's data is complete and accurate, the GAO recommends that the Secretary of the Interior direct the Bureau of Land Management (BLM) and the Bureau of Ocean Energy Management, Regulation and Enforcement (BOEMRE) to:

**Recommendation 1:** *Take additional steps to ensure that each agency has a complete and accurate picture of vented and flared gas, for both onshore and offshore leases, by (1) BLM developing more complete data on lost gas by taking into consideration additional large onshore sources and ways to estimate them not currently addressed in regulations – sources that EPA's newly proposed greenhouse gas reporting rule addresses and (2) BOEMRE reconciling differences in reported offshore venting and flaring volumes in OGOR and GOADS data systems and making adjustments to ensure accuracy of these systems.*

BLM:  Concurs
BOEMRE:  Concurs

The BLM will track the content and timing of the Environmental Protection Agency's (EPA) greenhouse gas rulemaking.  The BLM will analyze options for new standards to track additional sources of natural gas released during drilling, testing, and production.  The new standards will be incorporated in the new Onshore Order on waste prevention and beneficial use.

In the current BOEMRE environment, it is difficult to compare the volumes of gas vented and flared in Oil and Gas Operations Reports (OGOR) to the Gulfwide Offshore Activity Data System (GOADS), but reconciling the database differences may be feasible in the future.  The functions and structure of the BOEMRE OGOR and the GOADS differ.  The OGOR is a lease-based report that historically did not require vented and flared gas volumes to be separately reported.  The GOADS is facility-based, and data collected and reported to GOADS separates venting and flaring volumes.  In May 2010, the agency published new regulations requiring companies to install flare/vent meters on facilities that process more than 2,000 barrels of oil per day (BOPD), on average.  The regulations also require all venting and flaring to be reported separately on the OGOR (even facilities processing less than 2,000 BOPD).  As recommended in the 2004 GAO report (GAO-04-809), the Minerals Management Service (now BOEMRE) performed a cost-benefit analysis to determine the proper threshold at which companies should be required to use venting and flaring meters based on economic feasibility.  The agency determined that it would be economically feasible for facilities that meet the 2,000 BOPD threshold.  We expect that the new regulations requiring meters on these facilities will allow us to compare facility volumes reported on the OGOR and GOADS system, reconcile data on larger facilities, and improve the accuracy of data in both systems.

BLM_0152197

2

An important component for improving data accuracy will be educating the operators and reporters collecting and entering data into each system. The BOEMRE recently issued a Notice to Lessees (NTL) and Operators in the Gulf of Mexico announcing the GOADS 2011 effort. The NTL provided a GOADS users' guide and answers Frequently Asked Questions. It also announced a GOADS workshop, scheduled for October 2010, to discuss and explain the information collection and reporting procedures. In addition, the BOEMRE's Minerals Revenue Management program—now the Office of Natural Resources Revenue (ONRR)—issued a Dear Reporter letter in May 2010 to all operators, instructing them on how to report flaring and venting separately on the OGOR. The ONRR also conducts an average of four reporter training sessions a year. The ONRR will continue to educate operators on the flaring and venting reporting requirements, and in particular the new regulations, disposition codes, and meters needed to report correctly. This training will emphasize the need to accurately report flaring and venting on the OGOR and in the GOADS systems. The next reporter training will be held in February 2011. This will be a joint effort between the BOEMRE offshore and revenue management programs.

Once sufficient data are available and analyzed, BOEMRE can determine if additional reconciliation efforts are needed.

**To help reduce venting and flaring of gas addressing limitations in its regulations [GAO] recommend[s] that the Secretary of the Interior direct BLM and BOEMRE to take the following four actions:**

**Recommendation 2:** *BLM should revise its guidance to operators to make it clear that technologies should be used where they can economically capture sources of vented and flared gas, including gas from liquid unloading, well completions, pneumatic valves, and glycol dehydrators. BOEMRE should consider enforcing its requirement that gas be captured where economical for "lease-use" sources of gas.*

BLM: Concurs
BOEMRE: Partially concurs

The BLM will develop new standards to require use of new technologies that can economically capture vented and flared natural gas used in lease operations. The new standards will be incorporated in the new proposed Onshore Order on waste prevention and beneficial use.

With respect to BOEMRE, the GAO's recommendation 2 misapprehends the scope of the regulations governing "lease-use" sources of gas. Because BOEMRE has no present requirement to capture "lease-use" sources of gas where economic, new regulations would have to be implemented before such a requirement could be imposed and enforced. As mentioned in your report, GAO was unable to quantify the volume of natural gas that would be saved by such a regulatory change. It is highly uncertain at this time if the volume of gas saved would be large enough to make a capture requirement economic. Thus, BOEMRE will evaluate the issue further and determine if new regulations are warranted.

BLM_0152198

3

**Recommendation 3:** *BLM and BOEMRE should assess the potential use of venting and flaring reduction technologies to minimize the waste of natural gas in advance of production where applicable, and not solely for purposes of air quality.*

BLM: Concurs
BOEMRE: Concurs

The BLM will analyze options for new standards to require use of venting and flaring reduction technologies, where applicable. The new standards will be incorporated in the new Onshore Order on waste prevention and beneficial use.

The BOEMRE diligently addresses air quality in advance of production. The meter requirement stemming from new regulations will provide data on the extent of venting and flaring. Once sufficient data exist, BOEMRE will use the data collected from the new meters to analyze the need and feasibility of requiring venting and flaring reduction technologies on facilities in advance of production, for purposes other than air quality.

**Recommendation 4:** *BLM and BOEMRE should consider the expanded use of infrared cameras where economic to improve reporting of emission sources and to identify opportunities to minimize lost gas.*

BLM: Concurs
BOEMRE: Concurs

The BLM agrees that infrared cameras can be a useful tool for detecting natural gas emissions as part of a directed inspection program. The BLM will implement the use of infrared cameras during inspections to spot check emission sources and minimize lost gas.

The BOEMRE will expand its use of infrared cameras where economic.

**Recommendation 5:** *BLM should collect information on the extent that larger operators use venting and flaring reduction technology and periodically review this information to identify potential opportunities for oil and gas operators to reduce their emissions, and BOEMRE should use existing information in its GOADS data system for this same purpose, to the extent possible.*

BLM: Concurs
BOEMRE: Concurs

The BLM will analyze options to collect information on how larger operators use venting and flaring reduction technology on Federal onshore leases, and periodically review this information to identify potential opportunities for oil and gas operators to reduce their emissions. The options adopted will be incorporated in the new Onshore Oil and Gas Order on waste prevention and beneficial use.

The BOEMRE will use the meters required by the new regulations to gather data on offshore venting and flaring volume, and periodically review and identify potential opportunities for oil

BLM_0152199

4

and gas operators to reduce their emissions. The BOEMRE will also evaluate the 2008 data in GOADS to identify potential opportunities where reduction technology could be economically applied under the Outer Continental Shelf Lands Act conservation mandate. The BOEMRE will track EPA's greenhouse gas rulemaking and use venting and flaring reduction technology where it is economic.

BLM_0152200

# Appendix III: Volumes and Sources of Vented and Flared Gas Based on Analysis of 2006 WRAP Data

**Table 5: Volumes and Sources of Vented and Flared Gas from the Uinta Basin**

| Sources from Uinta Basin | Volume (Bcf) |
|---|---|
| Pneumatic devices | 4.3 |
| Glycol dehydrators | 4.3 |
| Fugitive emissions | 0.4 |
| Oil and condensate storage tanks | 0.2 |
| Other sources | 0.1 |
| **Total** | **9.2** |

Source: Environ Corp. analysis of 2006 WRAP data.

Note: Volume figures in table may not sum to totals due to rounding.

**Table 6: Volumes and Sources of Vented and Flared Gas from the North San Juan Basin**

| Sources from North San Juan Basin | Volume (Bcf) |
|---|---|
| Glycol dehydrators | 0.053 |
| Gas well liquid unloading | 0.004 |
| Flaring | 0.003 |
| Pneumatic devices | 0.001 |
| Fugitive emissions | 0.001 |
| **Total** | **0.062** |

Source: Environ Corp. analysis of WRAP data.

Note: Volume figures in table may not sum to totals due to rounding.

**Table 7: Volumes and Sources of Vented and Flared Gas from the South San Juan Basin**

| Sources from South San Juan Basin | Volume (Bcf) |
|---|---|
| Well completions | 5.3 |
| Glycol dehydrators | 3.2 |
| Gas well liquid unloading | 1.9 |
| Fugitive emissions | 0.6 |
| Pneumatic devices | 0.4 |
| Other sources | 0.1 |
| **Total** | **11.6** |

Source: Environ Corp. analysis of WRAP data.

Note: Volume figures in table may not sum to totals due to rounding.

GAO-11-34  Federal Oil and Gas Leases

BLM_0152201

Appendix III: Volumes and Sources of Vented
and Flared Gas Based on Analysis of 2006
WRAP Data

**Table 8: Volumes and Sources of Vented and Flared Gas from the Denver-Julesburg Basin**

| Sources from Denver-Julesburg Basin | Volume (Bcf) |
| --- | --- |
| Oil and condensate storage tanks | 0.035 |
| Pneumatic devices | 0.030 |
| Fugitive emissions | 0.019 |
| Gas well liquid unloading | 0.006 |
| Well completions | 0.002 |
| Other sources | 0.004 |
| **Total** | **0.095** |

Source: Environ Corp. analysis of WRAP data.

Note: Volume figures in table may not sum to totals due to rounding.

BLM_0152202

# Appendix IV: GAO Contact and Staff Acknowledgments

| | |
|---|---|
| **GAO Contact** | Frank Rusco, (202) 512-3841 or rucsof@gao.gov |
| **Staff Acknowledgments** | In addition to the individuals named above, Daniel Haas (Assistant Director), Michael Kendix, Michael Krafve, Robert Marek, Alison O'Neill, David Reed, Rebecca Sandulli, and Barbara Timmerman made important contributions to this report. |

BLM_0152203

| **GAO's Mission** | The Government Accountability Office, the audit, evaluation, and investigative arm of Congress, exists to support Congress in meeting its constitutional responsibilities and to help improve the performance and accountability of the federal government for the American people. GAO examines the use of public funds; evaluates federal programs and policies; and provides analyses, recommendations, and other assistance to help Congress make informed oversight, policy, and funding decisions. GAO's commitment to good government is reflected in its core values of accountability, integrity, and reliability. |
|---|---|
| **Obtaining Copies of GAO Reports and Testimony** | The fastest and easiest way to obtain copies of GAO documents at no cost is through GAO's Web site (www.gao.gov). Each weekday afternoon, GAO posts on its Web site newly released reports, testimony, and correspondence. To have GAO e-mail you a list of newly posted products, go to www.gao.gov and select "E-mail Updates." |
| Order by Phone | The price of each GAO publication reflects GAO's actual cost of production and distribution and depends on the number of pages in the publication and whether the publication is printed in color or black and white. Pricing and ordering information is posted on GAO's Web site, http://www.gao.gov/ordering.htm. <br><br> Place orders by calling (202) 512-6000, toll free (866) 801-7077, or TDD (202) 512-2537. <br><br> Orders may be paid for using American Express, Discover Card, MasterCard, Visa, check, or money order. Call for additional information. |
| **To Report Fraud, Waste, and Abuse in Federal Programs** | Contact: <br><br> Web site: www.gao.gov/fraudnet/fraudnet.htm <br> E-mail: fraudnet@gao.gov <br> Automated answering system: (800) 424-5454 or (202) 512-7470 |
| Congressional Relations | Ralph Dawn, Managing Director, dawnr@gao.gov, (202) 512-4400 <br> U.S. Government Accountability Office, 441 G Street NW, Room 7125 <br> Washington, DC 20548 |
| Public Affairs | Chuck Young, Managing Director, youngc1@gao.gov, (202) 512-4800 <br> U.S. Government Accountability Office, 441 G Street NW, Room 7149 <br> Washington, DC 20548 |



Please Print on Recycled Paper

BLM_0152204

# Fact Sheet



**Greenhouse Gases Reporting Program Implementation**

## Rule Overview

- On October 30, 2009, the U.S. Environmental Protection Agency (EPA) published a rule for the mandatory reporting of greenhouse gases (GHG) from sources that in general emit 25,000 metric tons or more of carbon dioxide equivalent per year in the United States. Smaller sources and certain sectors such as the agricultural sector and land use changes are not included in the Greenhouse Gas Reporting Program. Implementation of 40 CFR Part 98 is referred to as the Greenhouse Gas Reporting Program (GHGRP).

- This collection of comprehensive, nationwide emissions data is intended to provide a better understanding of the sources of GHGs and to guide development of policies and programs to reduce emissions.

- 40 CFR part 98 applies to direct greenhouse gas emitters, fossil fuel suppliers, industrial gas suppliers, and facilities that inject $CO_2$ underground for sequestration or other reasons.. Reporting is at the facility level except for certain suppliers of fossil fuels and industrial greenhouse gases Because suppliers are facilities or entities that supply certain products (e.g., fossil fuels or certain industrial gases) into the economy that, when combusted, released, or oxidized, result in GHG emissions, the emissions do not take place at the suppliers' reporting location but instead are distributed throughout the country and used. The emissions reporting requirements for direct emitting facilities are specified in 98.3(c)(4) and the GHG reporting requirements for suppliers are specified in 98.3(c)(5).

- An estimated 85-90 percent of the total U.S. GHG emissions from over 8,000 facilities are covered by the Greenhouse Gas Reporting Program.

- Most small businesses fall below the 25,000 metric ton threshold and are not required to report GHG emissions to EPA.

- 40 CFR part 98 requires reporting by 41 industrial categories. For calendar year 2010, facilities in 29 categories reported. For calendar year 2011, an additional 12 categories reported data.

- Reports are submitted annually and provide data collected during the previous calendar year (i.e., reporting year). Reports are due on March 31 for emissions in the previous calendar year.

- The annual reports are submitted to EPA electronically using an electronic greenhouse gas reporting tool (e-GGRT), which is accessed through the EPA web page noted below.

- EPA verifies the data submitted and does not require third party verification. Prior to EPA verification, reporters are required to self-certify the data they submit to EPA.

- A number of rulemakings for Part 98 have been promulgated. These rulemakings include changes for technical corrections, confidentiality determinations, collection of additional information such as Parent Company and NAICS code, use of Best Available Monitoring Methods (BAMM), and other details. For a complete list and description of these actions see http://www.epa.gov/ghgreporting/reporters/notices/index.html.

40 CFR Part 98
November 2013

BLM_0152205

## Implementation of the GHG Reporting Program

To assist reporters in complying with this regulation, EPA developed a suite of information and training resources including:

- An on-line applicability tool that assists potential reporters to assess if they are required to report. See: http://www.epa.gov/ghgreporting/help/tool/index.html
- A series of webinars, training slides, and other training opportunities on the reporting requirements of the rule, including the electronic GHG reporting tool (e-GGRT). See: http://www.epa.gov/ghgreporting/reporters/training/index.html
- A help desk to answer technical questions on rule implementation and e-GGRT. See: http://www.epa.gov/ghgreporting/help/index.html
- Detailed technical and implementation information on each subpart of the rule. See http://www.epa.gov/ghgreporting/reporters/subpart/index.html
- A searchable database of frequently asked questions. See: http://www.ccdsupport.com/confluence/display/faq/FAQs
- A copy of the current rules. See: http://www.ecfr.gov/cgi-bin/text-idx?c=ecfr&tpl=/ecfrbrowse/Title40/40cfr98_main_02.tpl

## Data Collection

- The Electronic Greenhouse Gas Reporting Tool (e-GGRT) is the on-line tool used to report GHG data directly to EPA. e-GGRT is web-based and structured to be interactive and user-friendly.

## Data Verification

- The GHGRP provides electronic verification of annual reports. Prior to submission, there are multiple checks built into e-GGRT that provide data validation for reporters. After submission, EPA electronically verifies the data through the use of statistical, algorithm, range, and other verification checks. When needed, EPA conducts direct follow-up with facilities concerning potential data quality issues.
- Any violation of the requirements of 40 CFR Part 98 ("Greenhouse Gas Reporting Program") is a violation of the Clean Air Act, including section 114 (42 U.S.C. 7414).

## Confidential Business Information

- Data collected under the GHGRP must be available to the public unless the data qualify for confidential treatment under the Clean Air Act. EPA typically makes confidentiality determinations under the Clean Air Act on a case-by-case basis. Due to the large numbers of entities reporting under the GHGRP and the large number of data reporting elements, EPA concluded that case-by-case determinations would not result in a timely release of non-confidential data. EPA is determining through a series of rulemaking actions the confidentiality status of part 98 data elements, including those added through subsequent amendments to part 98. Any data submitted under the Reporting Program that EPA has determined to be confidential business information (CBI) will be protected under the provisions of 40 CFR part 2, Subpart B.

40 CFR Part 98
November 2013

BLM_0152206

## Data Publication

- EPA publishes the publicly available data from the GHGRP. The publication tool called FLIGHT (Facility Level Information on GreenHouse gas Tool) was developed anticipating use by the public. It features an easy to use/easy to understand format. Examples of simple searches include searches by state, by facility, by gas, by industry grouping, by range of emissions. See: http://ghgdata.epa.gov

- In addition, EPA's ENVIROFACTS (www.epa.gov/enviro) data base includes GHG data which will allow users to conduct more analysis and to search for and download specific data elements of interest and to cross-reference GHG data with data collected from facilities regulated by other EPA programs.

- Summaries of recent GHG data can be found at: http://www.epa.gov/ghgreporting/ghgdata/reported/index.html

This information is provided solely for informational purposes. It does not provide legal advice, have legally binding effect, or expressly or implicitly create, expand, or limit any legal rights, obligations, responsibilities, expectations, or benefits in regard to any person. The series of information sheets is intended to assist reporting facilities/owners in understanding key provisions of 40 CFR Part 98.

BLM_0152207

# Venting and Leaking of Methane from Shale Gas Development: Response to Cathles et al.

Robert W. Howarth[1*], Renee Santoro[1], and Anthony Ingraffea[2]

1. Department of Ecology & Evolutionary Biology, Cornell University, Ithaca, NY 14853  USA.
2. School of Civil and Environmental Engineering, Cornell University, Ithaca, NY 14853  USA.
* corresponding author's e.mail:  howarth@cornell.edu

**In Press:  *Climatic Change***

Article can be cited as:  Howarth RW, Santoro R, and Ingraffea A (2012). Venting and leaking of methane from shale gas development:  Response to Cathles et al. *Climatic Change,* in press.

BLM_0152208

**Keywords**:  methane; shale gas;  unconventional gas; greenhouse gas;  fracking; hydraulic fracturing

**Abstract:**

In April 2011, we published the first comprehensive analysis of greenhouse gas (GHG) emissions from shale gas obtained by hydraulic fracturing, with a focus on methane emissions.  Our analysis was challenged by Cathles et al. (2012).  Here, we respond to those criticisms.  We stand by our approach and findings.  The latest EPA estimate for methane emissions from shale gas falls within the range of our estimates but not those of Cathles et al, which are substantially lower.  Cathles et al. believe the focus should be just on electricity generation, and the global warming potential of methane should be considered only on a 100-year time scale.  Our analysis covered both electricity (30% of US usage) and heat generation (the largest usage), and we evaluated both 20- and 100-year integrated time frames for methane. Both time frames are important, but the decadal scale is critical, given the urgent need to avoid climate-system tipping points.

Using all available information and the latest climate science, we conclude that for most uses, the GHG footprint of shale gas is greater than that of other fossil fuels on time scales of up to 100 years.  When used to generate electricity, the shale-gas footprint is still significantly greater than that of coal at decadal time scales but is less at the century scale.  We reiterate our conclusion from our April 2011 paper that shale gas is not a suitable bridge fuel for the 21st Century.

BLM_0152209

**Introduction:**

Promoters view shale gas as a bridge fuel that allows continued reliance on fossil fuels while reducing greenhouse gas (GHG) emissions. Our April 2011 paper in *Climatic Change* challenged this view (Howarth et al. 2011). In the first comprehensive analysis of the GHG emissions from shale gas, we concluded that methane emissions lead to a large GHG footprint, particularly at decadal time scales. Cathles et al. (2012) challenged our work. Here, we respond to the criticisms of Cathles et al. (2012), and show that most have little merit. Further, we compare and contrast our assumptions and approach with other studies and with new information made available since our paper was published. After carefully considering all of these, we stand by the analysis and conclusions we published in Howarth et al. (2011).

**Methane emissions during entire life cycle for shale gas and conventional gas:**

Cathles et al. (2012) state our methane emissions are too high and are "at odds with previous studies." We strongly disagree. Table 1 compares our estimates for both conventional gas and shale gas (Howarth et al. 2011) with 9 other studies, including 7 that have only become available since our paper was published in April 2011, listed chronologically by time of publication. See Electronic Supplementary Materials for details on conversions and calculations. Prior to our study, published estimates existed only for conventional gas. As we discussed in Howarth et al. (2011), the estimate of Hayhoe et al. (2002) is very close to our mean value for conventional gas, while the estimate from Jamarillo et al. (2007) is lower and should probably be considered too low because of their reliance on emission factors from a 1996 EPA report (Harrison et al. 1996). Increasing evidence over the past 15 years has suggested the 1996 factors were low (Howarth et al. 2011). In November 2010, EPA (2010) released parts of their first re-assessment of the 1996 methane emission factors, increasing some emissions factors by orders of magnitude. EPA (2011a), released just after our paper was published in April, used these new factors to re-assess and update the U.S. national GHG inventory, leading to a 2-fold increase in total methane emissions from the natural gas industry.

The new estimate for methane emissions from conventional gas in the EPA (2011a) inventory, 0.38 g C MJ$^{-1}$, is within the range of our estimates: 0.26 to 0.96 g C MJ$^{-1}$ (Table 1). As discussed below, we believe the new EPA estimate may still be too low, due to a low estimate for emissions during gas transmission, storage, and distribution. Several of the other recent estimates for conventional gas are very close to the new EPA estimate (Fulton et al. 2011; Hultman et al. 2011; Burnham et al. 2011). The Skone et al. (2011) value is 29% lower than the EPA estimate and is very similar to our lower-end number. Cathles et al. (2012) present a range of values, with their high end estimate of 0.36 g C MJ$^{-1}$ being similar to the EPA estimate but their low end estimate (0.14 g C MJ$^{-1}$) far lower than any other estimate, except for the Jamarillo et al. (2007) estimate based on the old 1996 EPA emission factors.

BLM_0152210

For shale gas, the estimate derived from EPA (2011a) of 0.60 g C MJ$^{-1}$ is within our estimated range of 0.55 to 1.2 g C MJ$^{-1}$ (Table 1); as with conventional gas, we feel the EPA estimate may not adequately reflect methane emissions from transmission, storage, and distribution. Hultman et al. (2011) provide an estimate only slightly less than the EPA number. In contrast, several other studies present shale gas emission estimates that are 38% (Skone et al. 2011) to 50% lower (Jiang et al. 2011; Burnham et al. 2011) than the EPA estimate. The Cathles et al. (2012) emission estimates are 40% to 77% lower than the EPA values, and represent the lowest estimates given in any study.

In an analysis of a PowerPoint presentation by Skone that provided the basis for Skone et al. (2011), Hughes (2011a) concludes that a major difference between our work and that of Skone and colleagues was the estimated lifetime gas production from a well, an important factor since emissions are normalized to production. Hughes (2011a) suggests that Skone significantly overestimated this lifetime production, and thereby underestimated the emissions per unit of energy available from gas production (see Electronic Supplemental Materials). We agree, and believe this criticism also applies to Jiang et al. (2011). The lifetime production of shale-gas wells remains uncertain, since the shale-gas technology is so new (Howarth & Ingraffea 2011). Some industry sources estimate a 30-year lifetime, but the oldest shale-gas wells from high-volume hydraulic fracturing are only a decade old, and production of shale-gas wells falls off much more rapidly than for conventional gas wells. Further, increasing evidence suggests that shale-gas production often has been exaggerated (Berman 2010; Hughes 2011a, 2011b; Urbina 2011a, 2011b).

Our high-end methane estimates for both conventional gas and shale gas are substantially higher than EPA (2011a) (Table 1), due to higher emission estimates for gas storage, transmission, and distribution ("downstream" emissions). Note that our estimated range for emissions at the shale-gas wells ("upstream" emissions of 0.34 to 0.58 g C MJ$^{-1}$) agree very well with the EPA estimate (0.43 g C MJ$^{-1}$; see Electronic Supplementary Materials). While EPA has updated many emission factors for natural gas systems since 2010 (EPA 2010, 2011a, 2011b), they continue to rely on the 1996 EPA study for downstream emissions. Updates to this assumption currently are under consideration (EPA 2011a). In the meanwhile, we believe the EPA estimates are too low (Howarth et al. 2011). Note that the downstream emission estimates of Hultman et al. (2011) are similar to EPA (2011a), while those of Jiang et al. (2011) are 43% less, Skone et al. (2011) 38% less, and Burnham et al. (2011) 31% less (Electronic Supplemental Materials). One problem with the 1996 emission factors is that they were not based on random sampling or a comprehensive assessment of actual industry practices, but rather only analyzed emissions from model facilities run by companies that voluntarily participated (Kirchgessner et al. 1997). The average long-distance gas transmission pipeline in the U.S. is more than 50 years old, and many cities rely on gas distribution systems that are 80 to 100 years old, but these older systems were not part of the 1996 EPA assessment. Our range of estimates for methane emissions during gas storage, transmission, and distribution falls well within the range given by Hayhoe et al. (2002), and our mean estimate is virtually identical to their "best estimate" (Howarth et al. 2011). Nonetheless, we readily admit that these estimates are highly uncertain. There is an

4

BLM_0152211

urgent need for better measurement of methane fluxes from all parts of the natural gas industry, but particularly during completion of unconventional wells and from storage, transmission, and distribution sectors (Howarth et al. 2011).

EPA proposed new regulations in October 2009 that would require regular reporting on GHG emissions, including methane, from natural gas systems (EPA 2011c). Chesapeake Energy Corporation, the American Gas Association, and others filed legal challenges to these regulations (Nelson 2011). Nonetheless, final implementation of the regulations seems likely. As of November 2011, EPA has extended the deadline for the first reporting to September 2012 (EPA 2011c). These regulations should help evaluate methane pollution, although actual measurements of venting and leakage rates will not be required, and the reporting requirement as proposed could be met using EPA emission factors. Field measurements across a range of well types, pipeline and storage systems, and geographic locations are important for better characterizing methane emissions.

### How much methane is vented during completion of shale-gas wells?

During the weeks following hydraulic fracturing, frac-return liquids flow back to the surface, accompanied by large volumes of natural gas. We estimated substantial methane venting to the atmosphere at this time, leading to a higher GHG footprint for shale gas than for conventional gas (Howarth et al. 2011). Cathles et al. (2012) claim we are wrong and assert that methane emissions from shale-gas and conventional gas wells should be equivalent. They provide four arguments: 1) a physical argument that large flows of gas are not possible while frac fluids fill the well; 2) an assertion that venting of methane to the atmosphere would be unsafe; 3) a statement that we incorrectly used data on methane capture during flowback to estimate venting; and 4) an assertion that venting of methane is not in the economic interests of industry. We disagree with each point, and note our methane emission estimates during well completion and flowback are quite consistent with both those of EPA (2010, 2011a, 2011b) and Hultman et al. (2011).

Cathles et al. state that gas venting during flowback is low, since the liquids in the well interfere with the free flow of gas, and imply that this condition continues until the well goes into production. While it is true that liquids can restrict gas flow early in the flow-back period, gas is freely vented in the latter stages. According to EPA (2011d), during well cleanup following hydraulic fracturing "backflow emissions are a result of free gas being produced by the well during well cleanup event, when the well also happens to be producing liquids (mostly water) and sand. The high rate backflow, with intermittent slugs of water and sand along with free gas, is typically directed to an impoundment or vessels until the well is fully cleaned up, where the free gas vents to the atmosphere while the water and sand remain in the impoundment or vessels." The methane emissions are "vented as the backflow enters the impoundment or vessels" (EPA 2011d). Initial flowback is 100% liquid, but this quickly becomes a two-phase flow of liquid and gas as backpressure within the fractures declines (Soliman & Hunt 1985; Willburg et al, 1998; Yang et al, 2009; EPA 2011a; EPA 2011d). The gas produced is not in solution, but rather is free-flowing with the liquid in this frothy mix. The gas

BLM_0152212

cannot be put into production and sent to sales until flowback rates are sufficiently decreased to impose pipeline pressure.

Is it unsafe for industry to vent gas during flowback, as Cathles et al. assert? Perhaps, but venting appears to be common industry practice, and the latest estimates from EPA (2011b, page 3-12) are that 85% of flowback gas from unconventional wells is vented and less than 15% flared or captured. While visiting Cornell, a Shell engineer stated Shell never flares gas during well completion in its Pennsylvania Marcellus operations (Bill Langin, pers. comm.). Venting of flow-back methane is clearly not as unsafe as Cathles et al. (2012) believe, since methane has a density that is only 58% that of air and so would be expected to be extremely buoyant when vented. Under sufficiently high wind conditions, vented gas may be mixed and advected laterally rather than rising buoyantly, but we can envision no atmospheric conditions under which methane would sink into a layer over the ground. Buoyantly rising methane is clearly seen in Forward Looking Infra Red (FLIR) video of a Pennsylvania well during flowback (Fig. 1). Note that we are not using this video information to infer any information on the rate of venting, but simply to illustrate that venting occurred in the summer of 2011 in Pennsylvania and that the gas rose rapidly into the atmosphere. Despite the assertion by Cathles et al. that venting is illegal in Pennyslvania, the only legal restriction is that "excess gas encountered during drilling, completion or stimulation shall be flared, captured, or diverted away from the drilling rig in a manner than does not create a hazard to the public health or safety" (PA § 78.73. *General provision for well construction and operation*).

Cathles et al. state with regard to our paper: "The data they cite to support their contention that fugitive methane emissions from unconventional gas production is [sic] significantly greater than that from conventional gas production are actually estimates of gas emissions that were captured for sale. The authors implicitly assume that capture (or even flaring) is rare, and that the gas captured in the references they cite is normally vented directly into the atmosphere." We did indeed use data on captured gas as a surrogate for vented emissions, similar to such interpretation by EPA (2010). Although most flowback gas appears to be vented and not captured (EPA 2011b), we are aware of no data on the rate of venting, and industry apparently does not usually measure or estimate the gas that is vented during flowback. Our assumption (and that of EPA 2010) is that the rate of gas flow is the same during flowback, whether vented or captured. Most of the data we used were reported to the EPA as part of their "green completions" program, and they provide some of the very few publicly available quantitative estimates of methane flows at the time of flowback. Note that the estimates we published in Howarth et al. (2011) for emissions at the time of well completion for shale gas could be reduced by 15%, to account for the estimated average percentage of gas that is not vented but rather is flared or captured and sold (EPA 2011b). Given the other uncertainty in these estimates, though, our conclusions would remain the same.

Cathles et al. also assert that we used initial production rates for gas wells, and that in doing so over-estimated flowback venting. Our estimates of flowback emissions for the Barnett, Piceance, Uinta, and Denver-Jules basins were not based on initial

BLM_0152213

production rates, but rather solely on industry-reported volumes of gas captured, assuming. We estimated emissions for the Haynesville basin as the median of data given in Eckhardt et al. (2009), who reported daily rates ranging from 400,000 m³ (14 MMcf ) to 960,000 m³ (38 MMcf). We assumed a 10-day period for the latter part of the flowback in which gases freely flow, the mean for the other basin studies we used. The use of initial production rates applied to the latter portion of flowback duration as an estimate of venting is commonly accepted (Jiang et al. 2011; NYS DEC 2011).

Finally, Cathles et al. state that economic self-interest would make venting of gas unlikely. Rather, they assert industry would capture the gas and sell it to market. According to EPA (2011b), the break-even price at which the cost of capturing flowback gas equals the market value of the captured gas is slightly under $4 per thousand cubic feet. This is roughly the well-head price of gas over the past two years, suggesting that indeed industry would turn a profit by capturing the gas, albeit a small one. Nonetheless, EPA (2011b) states that industry is not commonly capturing the gas, probably because the rate of economic return on investment for doing so is much lower than the normal expectation for the industry. That is, industry is more likely to use their funds for more profitable ventures than capturing and selling vented gas (EPA 2011b). There also is substantial uncertainty in the cost of capturing the gas. At least for low-energy wells, a BP presentation put the cost of "green" cleanouts as 30% higher than for normal well completions (Smith 2008). The value of the captured gas would roughly pay for the process, according to BP, at the price of gas as of 2008, or approximately $6.50 per thousand cubic feet (EIA 2011b). At this cost, industry would lose money by capturing and selling gas not only at the current price of gas but also at the price forecast for the next 2 decades (EPA 2011b).

In July 2011, EPA (2011b, 2011e) proposed new regulations to reduce emissions during flowback. The proposed regulation is aimed at reducing ozone and other local air pollution, but would also reduce methane emissions. EPA (2011b, 2011e) estimates the regulation would reduce flowback methane emissions from shale gas wells by up to 95%, although gas capture would only be required for wells where collector pipelines are already in place, which is often not the case when new sites are developed. Nonetheless, this is a very important step, and if the regulation is adopted and can be adequately enforced, will reduce greatly the difference in emissions between shale gas and conventional gas in the U.S. We urge universal adoption of gas-capture policies.

To summarize, most studies conclude that methane emissions from shale gas are far higher than from conventional gas:  approximately 40% higher, according to Skone et al. (2011) and using the mean values from Howarth et al. (2011), and approximately 60% higher using the estimates from EPA (2011a) and Hultman et al. (2011). Cathles et al. assertion that shale gas emissions are no higher seems implausible to us. The suggestion by Burnham et al. (2011) that shale gas methane emissions are less than for conventional gas seems even less plausible (see Electronic Supplementary Materials).

BLM_0152214

**Time frame and global warming potential of methane:**

      Methane is a far more powerful GHG than carbon dioxide, although the residence time for methane in the atmosphere is much shorter.  Consequently, the time frame for comparing methane and carbon dioxide is critical. In Howarth et al. (2011), we equally presented two time frames, the 20 and 100 years integrated time after emission, using the global warming potential (GWP) approach.  Note that GWPs for methane have only been estimated at time scales of 20, 100, and 500 years, and so GHG analyses that compare methane and carbon dioxide on other time scales require a more complicated atmospheric modeling approach, such as that used by Hayhoe et al. (2002) and Wigley (2011).  The GWP approach we follow is quite commonly used in GHG lifecycle analyses, sometimes considering both 20-year and 100-year time frames as we did (Lelieveld et al. 2005; Hultman et al. 2011), but quite commonly using only the 100-year time frame (Jamarillo et al. 2007; Jiang et al. 2011; Fulton et al. 2011; Skone et al. 2011; Burnham et al. 2011).  Cathles et al. state that a comparison based on the 20-year GWP is inappropriate, and criticize us for having done so.  We very strongly disagree.

      Considering methane's global-warming effects at the decadal time scale is critical (Fig. 2).  Hansen et al. (2007) stressed the need for immediate control of methane to avoid critical tipping points in the Earth's climate system, particularly since methane release from permafrost becomes increasingly likely as global temperature exceeds $1.8^\circ$ C above the baseline average temperature between 1890 and 1910 (Hansen & Soto 2004; Hansen et al. 2007).  This could lead to a rapidly accelerating positive feedback of further global warming (Zimov 2006; Walter et al. 2007).  Shindell et al. (2011) and a recent United Nations study both conclude that this $1.8^\circ$ C threshold may be reached within 30 years unless societies take urgent action to reduce the emissions of methane and other short-lived greenhouse gases now (UNEP/WMO 2011).  The reports predict that the lower bound for the danger zone for a temperature increase leading to climate tipping points – a $1.5^\circ$ C increase – will occur within the next 18 years or even less if emissions of methane and other short-lived radiatively active substances such as black carbon are not better controlled, beginning immediately (Fig. 2) (Shindell et al. 2011; UNEP/WMO 2011).

      In addition to different time frames, studies have used a variety of GWP values. We used values of 105 and 33 for the 20- and 100-year integrated time frames, respectively (Howarth et al. 2011), based on the latest information on methane interactions with other radiatively active materials in the atmosphere (Shindell et al. 2009).  Surprisingly, EPA (2011a) uses a value of 21 based on IPCC (1995) rather than higher values from more recent science (IPCC 2007; Shindell et al. 2009).  Jiang et al. (2011), Fulton et al. (2011), Skone et al. (2011), Burnham et al. (2011), and Cathles et al. (2012) all used the 100-year GWP value of 25 from IPCC (2007), which underestimates methane's warming at the century time scale by 33% compared to the more recent GWP value of 33 from Shindell et al. (2009).  We stand by our use of the higher GWP values published by Shindell et al.(2009), believing it appropriate to use the best and most recent science.  While there are considerable uncertainties in GWP estimates, inclusion of the

8

BLM_0152215

suppression of photosynthetic carbon uptake due to methane-induced ozone (Sitch et al. 2007) would further increase methane's GWP over all the values discussed here.

In Figure 3, we present the importance of methane to the total GHG inventory for the US, considered at both the 20- and 100-year time periods, and using the Shindell et al. (2009) GWP values. Figure 3 uses the most recently available information on methane fluxes for the 2009 base year, reflecting the new methane emission factors and updates through July 2011 (EPA 2010; EPA 2011a; EPA2011b); see Electronic Supplemental Materials. Natural gas systems dominate the methane flux for the US, according to these EPA estimates, contributing 39% of the nation's total. And methane contributes 19% of the entire GHG inventory of the US at the century time scale and 44% at the 20-year scale, including all gases and all human activities. The methane emissions from natural gas systems make up 17% of the entire anthropogenic GHG inventory of the US, when viewed through the lens of the 20-year integrated time frame. If our high-end estimate for downstream methane emissions during gas storage, transmission, and distribution is correct (Howarth et al. 2011), the importance of methane from natural gas systems would be even greater.

## Electricity vs. other uses

Howarth et al. (2011) focused on the GHG footprint of shale gas and other fuels normalized to heat from the fuels, following Lelieveld et al. (2005) for conventional gas. We noted that for electricity generation -- as opposed to other uses of natural gas – the greater efficiency for gas shifts the comparison somewhat, towards the footprint of gas being less unfavorable. Nonetheless, we concluded shale gas has a larger GHG footprint than coal even when used to generate electricity, at the 20-year time horizon (Howarth et al. 2011). Hughes (2011b) further explored the use of shale gas for electricity generation, and supported our conclusion. Cathles et al. criticize us for not focusing exclusively on electricity.

We stand by our focus on GHG emissions normalized to heat content. Only 30% of natural gas in the U.S. is used to generate electricity, while most is used for heat for domestic, commercial, and industrial needs, and this pattern is predicted to hold over coming decades (EIA 2011c; Hughes 2011b). Globally, demand for heat is the largest use of energy, at 47% of use (International Energy Agency 2011). And natural gas is the largest source of heat globally, providing over half of all heat needs in developed countries (International Energy Agency 2011). While generating electricity from natural gas has some efficiency gains over using coal, we are aware of no such advantage for natural gas over other fossil fuels for providing heat.

Many view use of natural gas for transportation as an important part of an energy future. The "Natural Gas Act" (H.R.1380) introduced in Congress in 2011 with bipartisan support and the support of President Obama would provide tax subsidies to encourage long-distance trucks to switch from diesel to natural gas (Weiss & Boss 2011). And in Quebec, industry claims converting trucks from diesel to shale gas could reduce

9

GHG emissions by 25 to 30% (Beaudine 2010). Our study suggests this claim is wrong and indicates shale gas has a larger GHG footprint than diesel oil, particularly over the 20-year time frame (Howarth et al. 2011). In fact, using natural gas for long-distance trucks may be worse than our analysis suggested, since it would likely depend on liquefied natural gas, LNG. GHG emissions from LNG are far higher than for non-liquified gas (Jamarillo et al. 2007). See Electronic Supplemental Materials for more information on future use of natural gas in the U.S.

## Conclusions:

We stand by our conclusions in Howarth et al. (2011) and see nothing in Cathles et al. and other reports since April 2011 that would fundamentally change our analyses. Our methane emission estimates compare well with EPA (2011a), although our high-end estimates for emissions from downstream sources (storage, transmission, distribution) are higher. Our estimates also agree well with earlier papers for conventional gas (Hayhoe et al. 2002; Lelieveld et al. 2005), including downstream emissions. Several other analyses published since April of 2011 have presented significantly lower emissions than EPA estimates for shale gas, including Cathles et al. but also Jiang et al. (2011), Skone et al. (2011), and Burnham et al. (2011). We believe these other estimates are too low, in part due to over-estimation of the lifetime production of shale-gas wells.

We reiterate that all methane emission estimates, including ours, are highly uncertain. As we concluded in Howarth et al. (2011), "the uncertainty in the magnitude of fugitive emissions is large. Given the importance of methane in global warming, these emissions deserve far greater study than has occurred in the past. We urge both more direct measurements and refined accounting to better quantify lost and unaccounted for gas." The new GHG reporting requirements by EPA will provide better information, but much more is needed. Governments should encourage and fund independent measurements of methane venting and leakage. The paucity of such independent information is shocking, given the global significance of methane emissions and the potential scale of shale gas development.

We stress the importance of methane emissions on decadal time scales, and not focusing exclusively on the century scale. The need for controlling methane is simply too urgent, if society is to avoid tipping points in the planetary climate system (Hansen et al. 2007; UNEP/WMO 2011; Shindell et al. 2011). Our analysis shows shale gas to have a much larger GHG footprint than conventional natural gas, oil, or coal when used to generate heat and viewed over the time scale of 20 years (Howarth et al. 2011). This is true even using our low-end methane emission estimates, which are somewhat lower than the new EPA (2011a) values and comparable to those of Hultman et al. (2011). At this 20-year time scale, the emissions data from EPA (2011a, 2011b) show methane makes up 44% of the entire GHG inventory for the U.S., and methane from natural gas systems make up 17% of the entire GHG inventory (39% of the methane component of the inventory).

10

We also stress the need to analyze the shale-gas GHG footprint for all major uses of natural gas, and not focus on the generation of electricity alone. Of the reports published since our study, only Hughes (2011b) seriously considered heat as well as electricity. Cathles et al. (2012), Jiang et al. (2011), Fulton et al. (2011), Hultman et al. (2011), Skone et al. (2011), Burnham et al. (2011), and Wigley (2011) all focus just on the generation of electricity. We find this surprising, since only 30% of natural gas in the U.S. is used to generate electricity. Other uses such as transportation should not be undertaken without fully understanding the consequences on GHG emissions, and none of the electricity-based studies provide an adequate basis for such evaluation.

Can shale-gas methane emissions be reduced? Clearly yes, and proposed EPA regulations to require capture of gas at the time of well completions are an important step. Regulations are necessary to accomplish emission reductions, as economic considerations alone have not driven such reductions (EPA 2011b). And it may be extremely expensive to reduce leakage associated with aging infrastructure, particularly distribution pipelines in cities but also long-distance transmission pipelines, which are on average more than 50 years old in the U.S. Should society invest massive capital in such improvements for a bridge fuel that is to be used for only 20 to 30 years, or would the capital be better spent on constructing a smart electric grid and other technologies that move towards a truly green energy future?

We believe the preponderance of evidence indicates shale gas has a larger GHG footprint than conventional gas, considered over any time scale. The GHG footprint of shale gas also exceeds that of oil or coal when considered at decadal time scales, no matter how the gas is used (Howarth et al. 2011; Hughes 2011a, 2011b; Wigley et al. 2011). Considered over the century scale, and when used to generate electricity, many studies conclude that shale gas has a smaller GHG footprint than coal (Wigley 2011; Hughes 2011b; Hultman et al. 2011), although some of these studies biased their result by using a low estimate for GWP and/or low estimates for methane emission (Jiang et al. 2011; Skone et al. 2011; Burnham et al. 2011). However, the GHG footprint of shale gas is similar to that of oil or coal at the century time scale, when used for other than electricity generation. We stand by the conclusion of Howarth et al. (2011): "The large GHG footprint of shale gas undercuts the logic of its use as a bridging fuel over coming decades, if the goal is to reduce global warming."

11

**Acknowledgements:**

We thank Terry Chapin, Chris Costello, Jon Foley, David Hughes, Amy Mall, Roxanne Marino, Nathan Phillips, and Drew Shindell for comments and advice. Funding was provided by the Park Foundation and endowments given by David. R. Atkinson and Dwight C. Baum to Cornell University. The authors have no financial conflict of interests.

BLM_0152219

**References:**

Beaudine M (2010).  In depth:  shale gas exploration in Quebec.  The Gazette, November 15, 2010.

Berman A (2010).  Shale gas—Abundance or mirage? Why the Marcellus shale will disappoint expectations.  The Oil Drum, Drumbeat, October 29, 2010. http://www.theoildrum.com/node/7079

Cathles LM, Brown L, Taam M, and Hunter A (2012).  this volume.

EIA (2011a) Natural Gas, Data. Natural Gas Gross Withdrawals and Production. U.S. Department of Energy, Energy Information Agency http://205.254.135.24/dnav/ng/ng_prod_sum_dcu_NUS_a.htm

EIA (2011b).  U.S. Natural Gas Wellhead Price (Dollars per Thousand Cubic Feet).  U.S. Department of Energy, Energy Information Agency http://www.eia.gov/dnav/ng/hist/n9190us3m.htm

EIA (2011c).  Annual Energy Outlook 2011.  U.S. Department of Energy, Energy Information Agency (released April 2011).

EPA (2010). Greenhouse Gas Emissions Reporting from the Petroleum and Natural Gas Industry. Background Technical Support Document.  U.S. Environmental Protection Agency, Washington DC. http://www.epa.gov/climatechange/emissions/downloads10/Subpart-W_TSD.pdf

EPA (2011a).  Inventory of U.S. Greenhouse Gas Emissions and Sinks:  1990-2009.  April 14, 2011.  U.S. Environmental Protection Agency, Washington DC. http://epa.gov/climatechange/emissions/usinventoryreport.html

EPA (2011b).  Regulatory Impact Analysis:  Proposed New Source Performance Standards and Amendments to the National Emissions Standards for Hazardous Air Pollutants for the Oil and Gas Industry.  July 2011.  U.S. Environmental Protection Agency, Office of Air and Radiation.  Washington DC.

EPA (2011c).  Climate Change – Regulatory Initiatives. U.S. Environmental Protection Agency, Washington DC. http://www.epa.gov/climatechange/emissions/ghgrulemaking.html (downloaded Nov. 22, 2011)

EPA (2011d).  Oil and natural gas sector: standards of performance for crude oil and natural gas production, transmission, and distribution. EPA-453/R-11-002. Prepared for U.S. EPA Office of Air Quality Planning and Standards by EC/R Incorporated.  U.S. Environmental Protection Agency, Washington DC.

BLM_0152220