EPA (2011e). Proposed Amendments to Air Regulations for the Oil and Gas Industry Fact Sheet. U.S. Environmental Protection Agency, Washington DC. http://www.epa.gov/airquality/oilandgas/pdfs/20110728factsheet.pdf

Fulton M, Mellquist N, Kitasei S, and Bluestein J (2011). Comparing greenhouse gas emissions from natural gas and coal. 25 Aug 2011. Worldwatch Institute/Deutsche Bank.

Hansen J, and Sato M (2004). Greenhouse gas growth rates. Proc. Natl Acad. Sci. USA 101: 16 109 –16 114.

Hansen J, Sato M, Kharecha P, Russell G, Lea DW, and Siddall M. (2007). Climate change and trace gases. Phil. Trans. R. Soc. A 365: 1925–1954.

Harrison MR, Shires TM, Wessels JK, and R.M. Cowgill RM (1996). Methane emissions from the natural gas industry. Volume 1: executive summary. EPA-600/R-96-080a. U.S. Environmental Protection Agency, Office of Research and Development, Washington, DC.

Hayhoe K, Kheshgi HS, Jain AK, Wuebbles DJ (2002). Substitution of natural gas for coal: Climatic effects of utility sector emissions. Climatic Change 54: 107-139.

Howarth RW, and Ingraffea A (2011). Should fracking stop? Yes, it is too high risk. Nature 477: 271-273.

Howarth RW, Santoro R, and Ingraffea A (2011). Methane and the greenhouse gas footprint of natural gas from shale formations. Climatic Change Letters, doi: 10.1007/s10584-011-0061-5

Hughes D (2011a). Lifecycle Greenhouse Gas Emissions from Shale Gas Compared to Coal: An Analysis of Two Conflicting Studies. Post Carbon Institute, Santa Rosa, CA. http://www.postcarbon.org/reports/PCI-Hughes-NETL-Cornell-Comparison.pdf

Hughes D (2011b) Will Natural Gas Fuel America in the 21st Century? Post Carbon Institute, Santa Rosa, CA. http://www.postcarbon.org/report/331901-will-natural-gas-fuel-america-in

Hultman N, Rebois D, Scholten M, and Ramig C (2011). The greenhouse impact of unconventional gas for electricity generation. Environ. Res. Lett. 6: 044008, doi:10.1088/1748-9326/6/4/044008

IPCC (1995). IPCC Second Assessment, Climate Change, 1995. http://www.ipcc.ch/pdf/climate-changes-1995/ipcc-2nd-assessment/2nd-assessment-en.pdf

BLM_0152221

IPCC (2007).  IPCC Fourth Assessment Report (AR4), Working Group 1, The Physical
    Science Basis.
    http://www.ipcc.ch/publications_and_data/ar4/wg1/en/contents.html

International Energy Agency (2011).  Cogeneration and Renewables:  Solutions for a
    Low-Carbon Energy Future.  International Energy Agency, Paris, France.

Jamarillo P, Griffin WM, and Mathews HS (2007).  Comparative life-cycle air emissions
    of coal, domestic natural gas, LNG, and SNG for electricity generation.  Environ.
    Sci. Technol.  41:  6290-6296.

Jiang M., Griffin WM, Hendrickson C, Jaramillo P, vanBriesen, J and Benkatesh A
    (2011).  Life cycle greenhouse gas emissions of Marcellus shale gas.  Environ.
    Res. Lett.  6: 034014,  doi:10.1088/1748-9326/6/3/034014

Kirchgessner, DA, Lott RA, Cowgill RM, Harrison MR, and Shires TM (1997).  Estimate
    of methane emissions from the US natural gas industry.  Chemosphere  35:  1365-
    1390.

Lelieveld J, Lechtenbohmer S, Assonov SS, Brenninkmeijer CAM, Dinest C, Fischedick
    M, and Hanke T (2005).  Low methane leakage from gas pipelines.  Nature  434:
    841-842.

Nelson G (2011).  Natural gas, electronics groups sue EPA.  Energy Tribune.  Feb. 2,
    2011.  http://www.energytribune.com/articles.cfm/6480/Natural-Gas-Electronics-
    Groups-Sue-EPA

NYS DEC (2011). SGEIS on the Oil, Gas and Solution Mining Regulatory Program:
    Well Permit Issuance for Horizontal Drilling and High-Volume Hydraulic
    Fracturing to Develop the Marcellus Shale and Other Low-Permeability Gas
    Reservoirs. Revised draft, Sept 2011.  New York State Dept. of Environmental
    Conservation, Albany, NY.

Shindell DT, Faluvegi G, Koch DM, Schmidt GA, Unger N, and Bauer SE  (2009).
    Improved attribution of climate forcing to emissions.  Science 326:  716-718.

Shindell D, and others  (2011).  Simultaneously mitigating near-term climate change and
    improving human health and food security.  Science, in press.

Skone TJ, Littlefield J, and Marriott J  (2011). Life cycle greenhouse gas inventory of
    natural gas extraction, delivery and electricity production. Final report 24 Oct
    2011 (DOE/NETL-2011/1522). U.S. Department of Energy, National Energy
    Technology Laboratory, Pittsburgh, PA.

Smith GR (2008).  Reduced Emission (Green) Completion in Low Energy Reserves.  BP
    America Production Company.  15th Annual Natural Gas STAR Implementation

BLM_0152222

Workshop, San Antonio TX, Nov. 11-13, 2008.
http://www.epa.gov/gasstar/workshops/annualimplementation/2008.html

Soliman MY and Hunt JL (1985). Effect of fracturing fluid and its cleanup on well performance. SPE 14514. Presented paper. SPE Regional Meeting, Morgantown WV, 6-8 Nov 1985.

Sitch S, Cox. PM, Collins WJ, and Huntingford C (2007). Indirect radiative forcing of climate change through ozone effects on the land-carbon sink. Nature, 448: 791-794.

UNEP/WMO (2011). Integrated Assessment of Black Carbon and Tropospheric Ozone: Summary for Decision Makers. United Nations Environment Programme and the World Meteorological Organization. Nairobi, Kenya.

Unger N, Bond TC, Wang JS, Koch DM, Menon S, Shindell DT and Bauer SE (2010). Attribution of climate forcing to economic sectors Proc. Natl Acad. Sci. 107 3382–7

Urbina I (2011a). Insiders sound an alarm amid a natural gas rush. New York Times, June 26, 2011.
http://www.nytimes.com/2011/06/26/us/26gas.html?_r=1&ref=ianurbina

Urbina I (2011b). Behind veneer, doubts on natural gas. New York Times, June 26, 2011. http://www.nytimes.com/2011/06/27/us/27gas.html?ref=ianurbina

Walter KM, Smith LC, and Chapin FS (2007). Methane bubbling from northern lakes: present and future contributions to the methane budget. Phil. Trans. R. Soc. A 365, 1657–1676.

Weis DJ, and Boss S (2011). Conservatives Power Big Oil, Stall Cleaner Natural Gas Vehicles. Center for American Progress, June 6, 2011.
http://www.americanprogress.org/issues/2011/06/nat_gas_statements.html

Wigley TML (2011). Coal to gas: The influence of methane leakage. Climatic Change Letters DOI 10.1007/s10584-011-0217-3

Willberg DM, Steinsberger N, Hoover R, Card RJ, and Queen J (1998). Optimization of fracture cleanup using flowback analysis. SPE 39920. Presented paper. SPE Rocky Mountain Regional/ Low-permeability Reservoirs Symposium and Exhibition, Denver CO, 5-8 April 1998.

Yang JY, Holditch SA, and McVay DA (2010). Modeling fracture-fluid cleanup in tight-gas wells. Paper SPE 119624, SPE Journal, Vol. 15 (3).

Zimov SA, Schuur EAG, and Chapin FS (2006). Permafrost and the global carbon budget. Science 312: 1612–1613.

16

Table 1.  Comparison of published estimates for full life-cycle methane emissions from conventional gas and shale gas, expressed per unit of Lower Heating Value  (gC MJ $^{-1}$).  Studies are listed by chronology of publication date.

|  | Conventional gas | Shale gas |
|---|---|---|
| Hayhoe et al. (2002) | 0.57 | * |
| Jamarillo et al. (2007) | 0.15 | * |
| Howarth et al. (2011) | 0.26 - 0.96 | 0.55 - 1.2 |
| EPA (2011a) | 0.38 | 0.60 [+] |
| Jiang et al. (2011) | * | 0.30 |
| Fulton et al. (2011) | 0.38 [++] | * |
| Hultman et al. (2011) | 0.35 | 0.57 |
| Skone et al. (2011) | 0.27 | 0.37 |
| Burnham et al. (2011) | 0.39 | 0.29 |
| Cathles et al. (2012) | 0.14 - 0.36 | 0.14 - 0.36 |

See Electronic Supplemental Materials for details on conversions.
* Estimates not provided in these reports.
[+] Includes emissions from coal-bed methane, and therefore may under-estimate shale gas emissions.
[++] Based on average for all gas production in the US, not just conventional gas, and so somewhat over-estimates conventional gas emissions.

BLM_0152224



Figure 1.  Venting of natural gas into the atmosphere at the time of well completion and flowback following hydraulic fracturing of a well in Susquehanna County, PA, on June 22, 2011.  Note that this gas is being vented, not flared or burned, and the color of the image is to enhance the IR image of this methane-tuned FLIR imagery.  The full video of this event is available at http://www.psehealthyenergy.org/resources/view/198782.  Video provided courtesy of Frank Finan.

18

BLM_0152225



Figure 2.  Observed global mean temperature from 1900 to 2009 and projected future temperature under four scenarios, relative to the mean temperature from 1890-1910. The scenarios include the IPCC (2007) reference, reducing carbon dioxide emissions but not other greenhouse gases ("$CO_2$ measures"), controlling methane and black carbon emissions but not carbon dioxide ("$CH_4$ + BC measures"), and reducing emissions of carbon dioxide, methane, and black carbon ("$CO_2$ + $CH_4$ + BC measures").  An increase in the temperature to 1.5° to 2.0° C above the 1890-1910 baseline (illustrated by the yellow bar) poses high risk of passing a tipping point and moving the Earth into an alternate state for the climate system.  The lower bound of this danger zone, 1.5° warming, is predicted to occur by 2030 unless stringent controls on methane and black carbon emissions are initiated immediately.  Controlling methane and black carbon shows more immediate results than controlling carbon dioxide emissions, although controlling all greenhouse gas emissions is essential to keeping the planet in a safe operating space for humanity.  Reprinted from UNEP/WMO (2011).

19

BLM_0152226



Figure 3.  Environmental Protection Agency estimates for human-controlled sources of methane emission from the U.S. in 2009 (bar graph) and percent contribution of methane to the entire greenhouse gas inventory for the U.S. (shown in red on the pie charts) for the 100-year and 20-year integrated time scales.  The sizes of the pie charts are proportional to the total greenhouse gas emission for the U.S. in 2009.  The methane emissions represent a greater portion of the warming potential when converted to equivalents of mass of carbon dioxide at the shorter time scale, which increases both the magnitude of the total warming potential and the percentage attributed to methane.  Data are from EPA (2011a, 2011b), as discussed in Electronic Supplemental Material, and reflect an increase over the April 2011 national inventory estimates due to new information on methane emissions from Marcellus shale gas and tight-sand gas production for 2009 (EPA 2011b).  Animal agriculture estimate combines enteric fermentation with manure management.  Coal mining combines active mines and abandoned mines.  The time-frame comparisons are made using the most recent data on global warming potentials from Shindell et al. (2009).

BLM_0152227



# Natural Gas
# & Climate Change

Eric D. Larson, PhD



BLM_0152228



# Natural Gas
# & Climate Change

Eric D. Larson, PhD

Climate Central surveys and conducts scientific research on climate change and informs the public of key findings. Our scientists publish and our journalists report on climate science, energy, sea level rise, wildfires, drought, and related topics. Climate Central is not an advocacy organization. We do not lobby, and we do not support any specific legislation, policy or bill. Climate Central is a qualified 501(c)3 tax-exempt organization.

Climate Central scientists publish peer-reviewed research on climate science; energy; impacts such as sea level rise; climate attribution and more. Our work is not confined to scientific journals. We investigate and synthesize weather and climate data and science to equip local communities and media with the tools they need.

**Princeton**

One Palmer Square, Suite 330
Princeton, NJ 08542

**Phone: +1 609 924-3800**

**Call Toll Free**

+1 877 4-CLI-SCI (877 425-4724)

**www.climatecentral.org**

May 2013

BLM_0152229

# Report Author

## Eric D. Larson, PhD
### *Senior Scientist*

Dr. Larson leads energy-related research at Climate Central while also being part of the research faculty at Princeton University in the Energy Systems Analysis Group of the Princeton Environmental Institute. His research interests include engineering, economic, and policy-related assessments of advanced clean-energy technologies and systems. He has published over 80 peer-reviewed articles and more than 200 papers in total. He has a Ph.D. in Mechanical Engineering from the University of Minnesota.

BLM_0152230

# Contents

Key Findings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . I

Report in Brief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

1. Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

2. EPA Estimates of GHG Emissions from the Natural Gas Supply System . . . . 21

    2.1   Gas Production . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

    2.2   Gas Processing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

    2.3   Gas Transmission and Storage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

    2.4   Gas Distribution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

3. Other Estimates of GHG Emissions from the Natural Gas Supply System . . 28

    3.1   Leakage During Gas Production, Processing, and Transmission . . . . . . . . . . . 29

    3.2   Leakage from Gas Distribution Systems . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32

4. Natural Gas vs. Coal in Electricity Generation . . . . . . . . . . . . . . . . . . . . . . . . . . . 32

5. References. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41

BLM_0152231

# Key Findings

Knowing how much methane is leaking from the natural gas system is essential to determining the potential climate benefits of natural gas use. Climate Central's extensive review of the publicly available studies finds that a pervasive lack of measurements makes it nearly impossible to know with confidence what the average methane leak rate is for the U.S. as a whole. More measurements, more reliable data, and better understanding of industry practices are needed.

It has been widely reported that shifting from coal to gas in electricity generation will provide a 50 percent reduction in greenhouse gas emissions. In reality, the extent of reduced global warming impact depends largely on three factors:

1. The methane leak rate from the natural gas system;

2. How much time has passed after switching from coal to gas, because the potency of methane as a greenhouse gas is 102 times that of carbon dioxide (on a pound-for-pound basis) when first released into the atmosphere and decays to 72 times $CO_2$ over 20 years and to 25 times $CO_2$ over 100 years, and;

3. The rate at which coal electricity is replaced by gas electricity.

Climate Central has developed an interactive graphic incorporating all three factors. This makes it easy to visualize the greenhouse benefits of converting power generation from coal to natural gas for different assumptions of methane leak rates and coal-to-gas conversion rates while also considering methane's greenhouse potency over time.

The EPA recently estimated methane leaks in the natural gas system at 1.5 percent. A 1.5 percent leak rate would achieve an immediate 50 percent reduction in greenhouse gas (GHG) emissions, at the individual power plant level. However, EPA's estimate contains significant uncertainty, and like all estimates available in the peer-reviewed literature, lacks sufficient real-world measurements to guide decision-making at the national level. Climate Central found that the ongoing shift from coal to gas in power generation in the U.S. is unlikely to provide the 50 percent reduction in GHG emissions typically attributed to it over the next three to four decades, unless gas leakage is maintained at the lowest estimated rates (1 to 1.5 percent) and the coal replacement rate is maintained at recent high levels (greater than 5 percent per year).

The climate benefits of natural gas are sensitive to small increases in leak rates. Assuming that natural gas replaces 2.5 percent of coal-fired power each year (the average over the past decade) even a relatively low overall leak rate of 2 percent would not achieve a 50 percent reduction in GHG emissions compared to the current fleet of coal-fired power plants, for over 100 years. If the leak rate were as high as 8 percent, there would be no climate benefit at all from switching to natural gas for more than 60 years.

To compute these estimates, we analyzed first the potential GHG benefits from replacing the electricity generated by a single coal power plant with electricity from natural gas instead.  For an individual power plant, if the leak rate were 2 percent it would take 55 years to reach a 50 percent reduction in greenhouse impacts compared to continued coal use. If the leak rate is more than 6 percent of methane production, switching to natural gas provides zero global warming benefit for the first 5 years compared to continuing with coal. The switch achieves a modest 17 percent reduction in GHG emissions after 37 years (or by 2050, if the switch occurs in 2013). An 8 percent leak rate increases GHG emissions until 2050 compared with continued coal use, and produces only about 20 percent less climate pollution than continued coal use after 100 years of operation.

But unlike converting a single power plant from coal to natural gas, the U.S. cannot switch its entire fleet of coal-fired power plants to natural gas all at once. When substitution is analyzed across the entire fleet of coal-fired plants, the rate of adoption of natural gas is a critical factor in achieving greenhouse benefits. The rate of adoption is analyzed together with the powerful but declining potency of methane emissions over time. Each year, as a certain percentage

BLM_0152232



of coal plants are converted to natural gas, a new wave of highly potent methane leaks into the atmosphere and then decreases in potency over time.

When the rate of adoption is included, the GHG benefits of switching to natural gas can be even more elusive. With a 2 percent methane leak rate, and an average annual conversion rate of electricity from coal to gas of 2.5 percent (a rate that would be supportable with new gas production projected by the U.S. Department of Energy) the reductions would be 29 percent by 2050 and 16 percent by 2030. If methane leakage is 5 percent of production, by 2050 the U.S. would reduce the global warming impact of its fleet of coal fired power plants by 12 percent. By 2030, the reductions would be just 5 percent. With an 8 percent leak rate, GHG emissions would be greater than with coal for more than 50 years before a benefit begins to be realized.

What is the natural gas leak rate in the U.S.? There are large differences among published estimates of leakage from the natural gas supply system, from less than 1 percent of methane production to as much as 8 percent. At the basin level, studies have reported methane leak rates as high as 17 percent. The EPA's 2012 annual greenhouse gas emissions inventory estimate was 2.2 percent. Its 2013 inventory estimate made a large adjustment that reduced the estimate to 1.5 percent. The degree of methane leakage is uncertain, but it is likely to be reduced in the future since it also represents lost profits for gas companies. Nevertheless, our analysis indicates that the ongoing shift from coal to gas in power generation in the U.S. over the next three to four decades is unlikely to provide the 50 percent benefit that is typically attributed to such a shift.

Determining methane leakage is complicated by various uncertainties:

- Large variability and uncertainty in industry practices at wellheads, including:

  - Whether methane that accompanies flowback of hydraulic fracking fluid during completion of shale gas wells is captured for sale, flared, or vented at the wellhead. Industry practices appear to vary widely.

BLM_0152233

- Liquids unloading, which must be done multiple times per year at most conventional gas wells and at some shale gas wells. Gas entrained with the liquids may be vented to the atmosphere. There have been relatively few measurements of vented gas volumes, and estimating an average amount of methane emitted per unloading is difficult due to intrinsic variations from well to well.

- Lack of sufficient production experience with shale gas wells:

  - There are orders of magnitude in variability of estimates of how much gas will ultimately be recovered from any given shale well. This makes it difficult to define an average lifetime production volume per well, which introduces uncertainty in estimating the percentage of gas leaked over the life of an average well.

  - The frequency with which a shale gas well must be re-fractured to maintain gas flow. This process, known as a well workover, can result in methane emissions. The quantity of emissions per workover is an additional uncertainty, as it depends on how workover gas flow is handled.

- The leak integrity of the large and diverse gas distribution infrastructure:

  - Leakage measurements are challenging due to the large extent of the distribution system, including more than a million miles of distribution mains, more than 60 million service line connections, and thousands of metering and regulating stations operating under varying gas pressures and other conditions.

  - Recent measurements of elevated methane concentrations in the air above streets in Boston, San Francisco and Los Angeles strongly suggest distribution system leakages. Additional measurements are needed to estimate leak rates based on such measurements.

BLM_0152234

# Report in Brief

Natural gas use in the U.S. grew by 25 percent from 2007 to 2012. Within the power sector natural gas use grew from 30 percent to 36 percent of all gas use. Shale gas produced by hydraulic fracturing has grown especially rapidly, from close to zero a decade ago to about one-third of all gas today. Continued growth is projected, and shale gas could account for half of all gas in another two decades.

As gas production has grown, electricity generated using gas has grown, from less than 19 percent of all electricity in 2005 to more than 30 percent in 2012. During the same period coal electricity fell from 50 percent to 37 percent. Many associate the shift from coal to gas with significant reductions in U.S. greenhouse gas emissions from electricity because of the lower carbon content of natural gas compared to coal and the higher efficiency with which gas can be converted to electricity.

However, the main component of natural gas, methane, is a much stronger global warming gas than $CO_2$, and any methane leakage to the atmosphere from the natural gas supply system offsets some of the carbon benefit of a coal-to-gas shift. Here we review a wide set of studies that have been published and provide analysis to put the question of methane leakage in perspective: Depending on the rate of methane leakage, how much more climate friendly is natural gas than coal for electricity generation, and how does the rate at which gas is substituted for coal change that answer?

The two most recent official estimates of U.S. methane emissions from the natural gas supply system (published by the EPA) are that from 1.5 percent to 2.2 percent of methane extracted from the ground in 2010 leaked to the atmosphere, from well drilling and production, through gas processing, transmission, and final distribution to end users.

The range in the EPA's leakage estimates and our review of a large number of others' methane leakage estimates indicate significant uncertainty in the leakage rate. The largest uncertainties are for the production and distribution stages. Peer-reviewed studies, which have focused almost exclusively on assessing leakage rates in the first three stages (excluding distribution), have estimated average leakage for these three stages from less than 1 percent up to 4.5

| Production | Processing | Transmission | Distribution |
|---|---|---|---|



*Figure 1*. *The four stages of the U.S. natural gas supply system.*

BLM_0152235

percent of gas produced, with uncertainty bands extending this range on the high end up to as much as 7 percent. The production stage in most studies accounts for 60 to 85 percent or more of the total estimated leakage across the three stages.

The large uncertainties in leakage estimates arise from the sheer size and diversity of the gas supply system and a lack of sufficient measurements and other data for calculating leak rates.

## Gas Production

There are more than half a million gas wells in the U.S., and an average of about 20,000 new wells have been drilled each year over the past several years.

During the production of gas from conventional wells (not hydraulically fractured wells), a significant leakage source is the periodic unloading of liquids that seep into and accumulate in a well over time. A typical gas well undergoes liquids unloading multiple times each year, and the gas that accompanies liquids to the surface when they are unloaded is vented, burned, or diverted to a pipeline. Burning converts methane to $CO_2$, a less potent greenhouse gas. Estimating the methane vented during liquids unloading requires estimating the number of liquid unloadings that occur each year and the amount of methane vented at each unloading. The EPA made significant revisions in its most recent inventory in estimates of both the number of wells using liquids unloading and the annual emissions from unloadings at such wells. The revisions resulted in a greater than 90 percent reduction in estimated liquids unloading emissions between EPA's 2012 and 2013 estimates. Such a large adjustment raises questions as to the uncertainties in such estimates. Having confidence in emissions estimates at the national level is challenging because of the large variations in liquids unloading requirements across wells, the differing industry practices for handling the gas streams that accompany liquids unloading, and the lack of measurements.

Average methane leakage rates for conventional gas production based on different studies in the literature range from 0.3 to 2.2 percent of gas produced. The large range reflects a lack of agreement among authors due in part to the poor quality and limited amount of publicly available data.

With shale gas, the largest emissions during production occur during well completion, the process of preparing the well for the start of marketed production. This includes drilling, hydraulic fracturing, and flow back of the fracturing fluid to the surface. In some cases, maintaining gas production requires periodic well re-fracturing, called a workover. Whether the gas that accompanies the flowback fluid to the surface is vented, burned, or captured for sale significantly affects the overall leakage rate. How flowback gas is handled at different wells is not well known, which further contributes to uncertainties in average estimates of well completion emissions.

An additional significant source of uncertainty in methane leakage during production is the amount of gas that a well will produce over its lifetime. This estimated ultimate recovery (EUR) is important because the one-time methane emissions that occur during well completion are allocated across the total expected production from the well to estimate the percentage of gas production that leaks. An appropriate average EUR to use in leakage estimates is difficult to know with confidence because few shale wells have yet operated for their full lifetime. Moreover, it is likely that EUR values for wells in different shale basins will vary by an order of magnitude or more, and wells within the same basin are expected to have variations in EUR of 2 or 3 orders-of-magnitude.

Beginning in 2013, all natural gas producers are required to report data to the EPA on their production practices, and these data are expected to help reduce some of the uncertainties around estimated leakage rates during gas production. In addition, beginning in August 2011, EPA regulations required that methane be either burned or captured during completion of hydraulically fractured wells. Starting in 2015, all hydraulically fractured wells will be required to use "green completion" technologies to capture the methane. The EPA estimates that methane leakage is reduced by 95 percent with a green completion compared with venting of the methane.

The average methane leakage rate for gas production from hydraulically fractured shale wells estimated in different studies ranges from 0.6 to 3.0 percent.

BLM_0152236

## Gas Processing

An estimated 60 percent of gas coming out of wells in the U.S. contain $CO_2$ and other contaminants at unacceptably high levels for market sale, so this gas must first undergo processing. A gas processing plant is a collection of chemical reactors that strip contaminants, along with a series of electric and engine-driven compressors that move gas through the plants. Most of the methane leakage during gas processing is believed to come from compressor seals and from incomplete gas combustion in the engines. A major EPA-sponsored study published in 1996 reported measured leak rates from more than 100 different emission sources in the natural gas supply system. Measurements included compressors and engines at gas processing plants, on the basis of which representative daily leakage rates were determined. These are the basis for most of the EPA's gas processing emission estimates today. Additionally, when required, $CO_2$ that originated in the natural gas is separated from the gas during processing and vented to the atmosphere. This is not a methane emission, but contributes to the overall upstream greenhouse gas emissions footprint of natural gas.

Average methane leakage from gas processing is 0.1 to 0.3 percent of the methane produced, based on different studies. Because there is a well-documented number of gas processing facilities – one facility will handle gas from many wells – and because emission factors are based on measurements of compressor and engine leak rates (albeit measurements made nearly two decades ago), the level of confidence in estimates of gas processing methane leakage rates is relatively high. Moreover, based on EPA's estimates, gas processing accounts for the least methane leakage among the four stages in the natural gas supply system, so uncertainties in gas processing estimates are of less significance overall than uncertainties around leakage in other stages.

## Gas Transmission

There are more than 300,000 miles of natural gas transmission pipelines in the U.S., some 400 storage reservoirs of varying types, more than 1400 pipeline-gas compressor stations, and thousands of inter-connections to bulk gas users (such as power plants) and distribution networks. Essentially all gas passes through the transmission system, and about half is delivered directly from a transmission line to large customers like power plants. Transmission pipelines are relatively well maintained, given the risks that poor maintenance entails. The EPA estimates that most methane emissions associated with transmission are due to leakage at compressors and from engines that drive compressors.

Most studies estimate that average methane leakage in gas transmission ranges from 0.2 to 0.5 percent of production. Because the number of compressors and engines in the transmission system are relatively well documented and because emission factors are based on leakage measurements (albeit made in the mid-1990s), the level of confidence in estimates of gas transmission leakage is relatively high. However, variations in leakage associated with the large seasonal movements of gas in and out of storage reservoirs was not considered when measurements were made, and this introduces some uncertainties.

## Gas Distribution

About half of all gas leaving the transmission system passes through a distribution network before it reaches a residential, commercial, or small industrial user. Next to gas production, the uncertainties in methane leakage estimates are most significant for gas distribution. Aside from EPA estimates, there are few systematic studies of leakage in gas distribution. The uncertainties in estimating distribution leakage arise in part because of the large number and varying vintages of distribution mains (an estimated 1.2 million miles of pipes in the U.S.), the large number of service lines connecting distribution lines to users (more than 60 million), and the large number and variety of metering and pressure-regulating stations found at the interface of transmission and distribution systems and elsewhere within the distribution network.

The EPA's leakage estimates are based on measurements made in the 1996 study mentioned earlier, and nearly half of distribution system leakage is estimated to occur at metering/regulating stations. Leakage from distribution and service pipelines accounts for most of the rest. The EPA assumes there is no leakage on the customer side of gas meters, though at least one recent study has suggested this may not be the case.

BLM_0152237

More recent measurement-based studies help highlight some of the uncertainties with estimating distribution emissions. One study in Sao Paulo, Brazil, measured leakage rates from distribution mains made of cast iron, pipe material that leaks the most. Cast iron was the standard material for U.S. distribution mains in the 1950s, and there are an estimated 35,000 miles of cast-iron pipe still in everyday use in the U.S. The EPA assumes the annual leakage rate for a mile of cast-iron pipe is 78 times that for an equivalent pipe made of steel, a principal replacement pipe for cast iron. The Brazilian study, based on measurements at more than 900 pipe sections, estimated an annual leakage rate per mile at least three times that assumed by the EPA.

There have not been many assessments of total leakage in distribution systems other than that of the EPA, which estimates leakage of 0.3 percent of production. However, several recent studies have measured elevated methane concentrations above the streets of Boston, San Francisco, and Los Angeles. These concentration measurements cannot be converted into estimates of leak rates without additional companion measurements. Follow-up measurements are in progress. Given the poor quality of available data on methane leaks from the distribution system, such measurements will be essential in reducing the uncertainties in distribution leakage estimates.

## Natural Gas System Leakage in Total and Implications for Electricity Generation

Electric power generation is the largest gas-consuming activity in the U.S. When considering natural gas electricity generation, leakage from the production, processing, and transmission stages are important to consider, since nearly all power plants receive gas directly from the transmission system. The EPA has estimated methane leakage across the production, processing, and transmission stages of the U.S. natural gas supply system to be 1.2 percent to 2 percent of production, but our review of other assessments finds leakage estimates ranging from less than 1 percent to 2.6 percent for conventional gas and from 1 percent to 4.5 percent for shale gas. When uncertainties in the individual estimates are included, the range extends to 3.8 percent for conventional gas and 7 percent for shale gas. Our review finds that additional leakage measurements are needed to better understand actual leakage rates.

Absent more certainty about methane leak rates, we can assess global warming impacts of different leak rates to identify important threshold leakage levels. For illustration, we consider gas-fired electricity generation, which has been increasing rapidly in recent years primarily at the expense of coal-fired generation. In 2012, 30 percent of all electricity was generated from gas. Many authors have suggested that displacing existing coal-fired generation with natural gas electricity provides a 50 percent reduction in global warming impact because of the lower carbon content of gas and the higher efficiency with which it can be used to generate electricity. But the claim of a 50 percent reduction ignores the global warming impact of methane leaks and the related fact that the potency of methane as a greenhouse gas is far higher than that of $CO_2$. On a pound-for-pound basis methane has a global warming potential about 100 times that of $CO_2$ initially, although over 20- or 100-year timeframes, this reduces to 72 or 25 times.

Taking into consideration the time-dependent global warming potential of methane relative to $CO_2$, we estimated the potential greenhouse benefits from replacing the electricity generated by a single coal power plant with electricity from natural gas instead. Our analysis indicates that if total methane leakage from the gas supply system were 4 percent of production, this substitution of gas-fired electricity for coal-fired electricity would result in only about a 25 percent climate benefit over the next decade, a 35 percent benefit over a 50-year horizon, and a 41 percent benefit over a century (i.e., less than the often cited 50 percent reduction). At higher methane leak rates, the benefits would be lower over the same time horizons. For a switch from coal to gas to provide any positive climate benefit over any time horizon, methane leakage needs to be 6 percent per year or less, and to achieve a 50 percent or better climate benefit over any time horizon leakage needs to be 1.5 percent or less. This analysis applies to a situation in which a coal plant retires and its electricity output is provided instead by a natural gas plant.

At the national level, one must also consider the rate at which coal plants are substituted by gas plants. Here we consider a scenario in which there is a steady substitution of coal electricity by gas-generated power at some average annual rate over time, assuming the total electricity supplied by gas plus coal remains constant. This has roughly been the situation in the U.S. over the past decade, when coal electricity generation decreased at an average rate of 2.4 percent per year, with generation from natural gas making up most of the reduction. (The rate of reduction in coal generation has been accelerating. It averaged 5.5 percent per year over the last 5 years, and 9.4 percent per year over the past 3 years.)

BLM_0152238

With a coal-to-gas shift, every year there is more gas-fired electricity produced than the previous year, and the methane leakage associated with each new increment of gas electricity has a warming potency that is initially very high and falls with time. When the global warming potential of each new annual pulse of methane is considered, the impact of shifting from coal to gas is less than for the one-time coal-to-gas conversion considered above.

For example, if existing coal electricity were substituted by gas at 5 percent per year, requiring 59 years to reach 95 percent coal replacement, then in 2050 – 37 years from today – the global warming impact (compared to continued coal use) would be lower by 17 or 41 percent, assuming methane leakage of 5 or 2 percent, respectively (Figure 2). If leakage were 8 percent there would be no global warming benefit from switching to gas for at least 50 years.

The 5 percent per year coal substitution rate assumed in the previous paragraph may be difficult to sustain with the gas supply levels the U.S. Department of Energy currently projects will be available over the next three decades. A more realistic coal substitution rate may be 2.5 percent per year, which will require 118 years to reach 95 percent coal replacement. At this rate, the reduction in global warming potential over the next 37 years relative to continued coal use would be only 12 or 29 percent for methane leakage of 5 or 2 percent, respectively (Figure 2). To achieve better than these levels would require other lower-carbon options, such as reduced electricity consumption and/or increased electricity supply from nuclear, wind, solar, or fossil fuel systems with $CO_2$ capture and storage to provide some of the substitution in lieu of gas.

This analysis considers no change in leakage rate or in the efficiencies of power generation over time. The benefit of a switch from coal to gas would obviously increase if leakage were reduced and/or natural gas power-generating efficiency increased over time.

In summary, the coal-to-gas transition rate, the changing potency of methane over time, and the methane leakage fraction all significantly affect future global warming. Knowing with greater certainty the level of methane leakage from the natural gas supply system would provide a better understanding of the actual global warming benefits being achieved by shifting from coal to gas.



*Figure 2. Impact on global warming of shifting existing coal generated electricity to natural gas over time relative to maintaining existing coal generation at current level. The impacts are calculated for two different annual coal-to-gas substitution rates and for three assumed methane leakage rates.*

BLM_0152239

# 1. Introduction

Natural gas is the second most abundant fossil fuel behind coal, in both the U.S. and the world. At the rate it was used in 2011, the U.S. has an estimated (recoverable) 91-year supply of natural gas. Coal would last 140 years (Table 1). Oil, the most-used fossil fuel in the U.S., would last 36 years.

The estimates of the total amount of natural gas stored under the U.S. increased dramatically in the past decade with the discovery of new forms of unconventional gas, which refers broadly to gas residing in underground formations requiring more than a simple vertical well drilling to extract. Shale, sandstone, carbonate, and coal formations can all trap natural gas, but this gas doesn't flow easily to wells without additional "stimulation".[4] The production of shale gas, the most recently discovered unconventional gas, is growing rapidly as a consequence of new technology and know-how for horizontal drilling and hydraulic fracturing, or fracking.[a] (See Box 1.) An average of more than 2000 new wells per month were drilled from 2005 through 2010 (Figure 3), the majority of which were shale gas wells.

Shale gas accounted for 30 percent of all gas produced in the U.S. in 2011, a share that the U.S.

Department of Energy expects will grow significantly in the decades ahead, along with total gas production (Figure 4). Gas prices in the U.S. fell significantly with the growth in shale gas and this has dramatically increased the use of gas for electric-power generation (Figure 5) at the expense of coal-fired power generation. Coal and natural gas provided 37 percent and 30 percent of U.S. electricity in 2012.[6] Only five years earlier, these shares were 49 percent for coal and 22 percent for gas.

Using natural gas in place of coal in electricity generation is widely thought to be an important way to reduce the amount of globe-warming $CO_2$ emitted into the atmosphere, because combustion of natural gas by itself produces much less $CO_2$ than the combustion of an energy-equivalent amount of coal (Figure 6, left), and natural gas can be converted much more efficiently into electricity than coal, resulting in an even larger difference between combustion-related emissions per kilowatt-hour of electricity generated (Figure 6, right).

When comparing only combustion emissions, natural gas has a clear greenhouse gas emissions advantage over coal. But emissions are also released during fossil fuel extraction and transportation (these are known as the upstream emissions) and these must also be considered to get an accurate picture of the full greenhouse emissions impact of natural gas compared to coal. The upstream plus combustion emissions when considered together are often called the lifecycle emissions.

*Table 1. Number of years that estimated recoverable resources of natural gas, petroleum, and coal would last if each are used at the rate that they were consumed in 2011.\**

| | Years left at 2011 rate of use | |
|---|---|---|
| | WORLD* | U.S.** |
| Conventional Natural Gas | 116 | 42 |
| Unconventional Natural Gas | 1021 | 49 |
| Petroleum | 171 | 36 |
| Coal | 2475 | 140 |

*\* Calculated as the average of estimated reserves plus resources from Rogner, et al[1], divided by total global use of gas, petroleum, or coal in 2011 from BP.[2] The consumption rates in 2011 were 122 exajoules for gas, 170 exajoules for oil, and 156 exajoules for coal. One exajoule is $10^{18}$ joules, or approximately 1 quadrillion BTU (one quad).*
*\*\* Including Alaska. Calculated from resource estimates and consumption data of EIA.[3]*

---

[a] Horizontal drilling and hydraulic fracturing are also applied to produce gas from some tight sandstone and tight carbonate formations. A key distinction between the term tight gas and shale gas is that the latter is gas that formed and is stored in the shale formation, whereas the former formed external to the formation and migrated into it over time (millions of years).[4]

BLM_0152240



*Figure 3. Number of gas wells drilled per month in the U.S.*[5]



*Figure 4. Past and projected U.S. natural gas production (in trillion cubic feet per year). A trillion cubic feet of natural gas contains about one quadrillion BTU (quad), or equivalently about 1 exajoule (EJ) of energy. Source: EIA.*[7]

BLM_0152241



*Figure 5. Unlike other sectors, natural gas for electricity generation has been growing since around 1990 and is now the single largest user of natural gas. This graph shows gas use (in million cubic feet per year) by different sectors. Lease, plant, and pipeline fuel refers to natural gas consumed by equipment used to produce and deliver gas to users, such as natural gas engines that drive pipeline compressors. Source: EIA.*



*Figure 6. Average emissions by fuel type from combustion of fossil fuels in the U.S. in 2011:[7] average emissions per million BTU (higher heating value) of fuel consumed (left) and average emissions per kWh of electricity generated (right).*

BLM_0152242

The recent and dramatic appearance of shale gas on the energy scene has raised questions about whether or not lifecycle greenhouse gas emissions for natural gas are as favorable as suggested by the simple comparison of combustion emissions alone. The main constituent of natural gas, methane ($CH_4$), is a much more powerful greenhouse gas than $CO_2$, so small leaks from the natural gas system can have outsized impacts on the overall lifecycle carbon footprint of natural gas. (See Box 2.)

In this report, we review what is known about methane leakage and other greenhouse gas emissions in the full lifecycle of natural gas, including shale gas. The natural gas supply system includes production of raw gas, processing of the raw gas to make it suitable for pipeline transport, transmission of gas in bulk by pipeline (often over long distances), and finally local distribution of the gas to users (Figure 7). The infrastructure is vast, with literally thousands of places where leaks of methane could occur. As of 2011, the U.S. natural gas system included more than half a million producing wells, several hundred gas processing facilities (Figure 8), hundreds of thousands of miles of gas transmission pipelines (Figure 9) and integrated storage reservoirs (Figure 10), more than a million miles of local distribution mains, and more than 60 million service pipe connections from distribution mains to users. The system delivered on average about 70 billion cubic feet of gas each day to users nationwide in 2012.

We discuss GHG emission estimates of the natural gas system made by the U.S. Environmental Production Agency (EPA), which annually produces official and detailed estimates of all U.S. greenhouse gas emissions. We then review other, non-EPA estimates, compare these with EPA's numbers, and highlight where the most significant uncertainties lie. We finish with an analysis that puts in perspective the significance of different methane leak rates for the global warming impact of natural gas substituting coal in electricity generation.

## Each Stage in the Natural Gas Supply System is a Vast Infrastructure



**Figure 7.** The U.S. natural gas supply system.[8]

BLM_0152243

## There are Hundreds of Natural Gas Processing Plants in the Country



*Figure 8. U.S. natural gas processing plants. [9]*

## Hundreds of Thousands of Miles of Gas Transmission Pipelines Cover the U.S.



*Figure 9. The U.S. natural gas transmission system (as of 2009). [10]*

Natural Gas and Climate Change   |   13

## Natural Gas Storage Facilities Exist Across the Country



Note: Locations of storage facilities presented in the map are approximate. Some symbols representing storage facilities may overlap.
Source: U.S. Energy Information Administration, Form EIA-191A, "Annual Underground Gas Storage Report"

*Figure 10. U.S. natural gas storage facilities.* [11]

BLM_0152245

# Box 1: Shale Gas

There are numerous gas-containing shale formations across the lower-48 states (Figure 11) and Alaska, with the largest shale gas reserves estimated to be in the Texas/Gulf Coast and Appalachian regions (Table 2). Alaska's resources are also large, but there are limited means in place today to transport this gas to users elsewhere. Shale gas production in the U.S. quadrupled between 2007 and 2011, with average annual growth of 44 percent. Seven states – Texas, Louisiana, Pennsylvania, Oklahoma, Arkansas, West Virginia and Colorado – accounted for about 90 percent of all shale gas production in 2011 (Figure 12).

Shale gas is formed by decomposition over millennia of organic (carbon-containing) plant and animal matter trapped in geologic sediment layers. Most shale formations are relatively thin and occur thousands of feet below the surface. Marcellus shales are typical, with thicknesses of 50 to 200 feet and occurring at depths of 4,000 to 8,500 feet.[4] The Antrium and New Albany formations (see Figure 11) are unusual in being thinner and shallower than most other U.S. shale deposits. Antrium and New Albany are also differentiated by the presence of water. This leads to the co-production of some water with shale gas from these formations, a complication not present for most wells in other shale formations (but a common occurrence for conventional (non-shale) gas wells – see discussion in Section 2.1 of liquids unloading).



*Figure 11. Shale gas formations in the lower-48 states.* [12]

BLM_0152246

**Table 2.** *Mean estimate by the U.S. Geological Survey of undiscovered technically recoverable shale gas resources by basin.* [13]

| | Trillion cubic feet* |
|---|---|
| **Gulf Coast** | **124.896** |
| Haynesville Sabine | 60.734 |
| Eagle Ford | 50.219 |
| Maverick Basin Pearsall | 8.817 |
| Mid-Bossier Sabine | 5.126 |
| **Appalachian Basin** | **88.146** |
| Interior Marcelllus | 81.374 |
| Northwestern Ohio | 2.654 |
| Western Margin Marcellus | 2.059 |
| Devonian | 1.294 |
| Foldbelt Marcellus | 0.765 |
| **Alaska North Slope** | **40.589** |
| Shublick | 38.405 |
| Brookian | 2.184 |
| **Permian Basin** | **35.130** |
| Delaware-Pecos Basins Barnett | 17.203 |
| Delaware-Pecos Basins Woodford | 15.105 |
| Midland Basin Woodword-Barnett | 2.822 |
| **Arkoma Basin** | **26.670** |
| Woodford | 10.678 |
| Fayetteville-High Gamma Ray Depocenter | 9.070 |
| Fayetteville Western Arkansas | 4.170 |
| Chattanooga | 1.617 |
| Caney | 1.135 |
| **Bend Arch-Forth Worth Basin** | **26.229** |
| Greater Newark East Frac-Barrier | 14.659 |
| Extended Continuous Barnett | 11.570 |
| **Andarko Basin** | **22.823** |
| Woodford | 15.973 |
| Thirteen Finger Limestone-Atoka | 6.850 |
| **Paradox Basin** | **11.020** |
| Gothic, Chimney Rock, Hovenweep | 6.490 |
| Cane Creek | 4.530 |
| **Michigan Basin (Devonian Antrim)** | **7.475** |
| **Illinois Basin (Devonian-Mississippian New Albany)** | **3.792** |
| **Denver Basin (Niobrara Chalk)** | **0.984** |
| | |
| Total | 376.734 |

\* *One trillion cubic feet of gas contains about one quadrillion BTU (one quad).*

BLM_0152247

## Seven States Accounted for 90 Percent of Shale Gas Production in 2011



*Figure 12. Shale gas production in the U.S. has grown rapidly.* [14]



*Figure 13. Hydraulic fracturing combined with horizontal drilling allows accessing more of a thin shale formation.*

The existence of shale gas has been known for decades, but only with the development of hydraulic fracturing and horizontal drilling techniques in the mid-1990s did it become economically viable to produce. Hydraulic fracturing involves injecting a "fracking fluid" (water plus a "proppant" – typically sand – and small amounts of chemicals) at sufficiently high pressure into a well bore to crack the surrounding rock, creating fissures that can extend several hundred feet from the well bore. As the fluid flows back to the surface before the start of gas production, the proppant stays behind and keeps the fissures propped open allowing gas to escape to travel to the well bore.

"Fracking" was originally developed for use in vertically drilled wells, but shale gas production only began in earnest with the development of horizontal drilling, which when combined with fracking, enables access to much more of the volume of the thin, but laterally expansive shale formations (Figure 13). State-of-the art shale gas wells have horizontal holes extending 3000 feet or more from the vertical hole. Additionally, multiple horizontal holes are typically drilled from a single well pad, reducing overall drilling costs and enabling access to much more of a shale formation from a small area on the surface.

BLM_0152248

# Box 2: The Global Warming Potential of Methane

Some molecules in the atmosphere allow solar energy to pass through to the earth's surface, but absorb energy radiated back from the earth and re-radiate that energy back to the surface, thereby making the earth's surface warmer than it would be without these "greenhouse gases" in the atmosphere. Two of the most important global warming molecules are carbon dioxide ($CO_2$) and methane ($CH_4$). Each has different global warming behavior and the term "Global Warming Potential" (GWP) is used to characterize their warming power. For convenience, the GWP of one pound (or kilogram) of $CO_2$ is defined to be equal to one, and GWP's of other gases are defined relative to the warming effect of $CO_2$.

The GWP of methane is determined by three factors: the warming properties of the methane molecule itself ("direct radiative forcing"), the warming resulting from interactions between methane and other molecules in the atmosphere ("indirect forcing"), and the effective lifetime of methane in the atmosphere. Considering the first two factors, the warming impact of one kilogram of methane is 102 times that of one kilogram of $CO_2$, according to the Intergovernmental Panel on Climate Change (IPCC). The third factor is relevant because the carbon in a molecule of methane emitted into the atmosphere will eventually react with oxygen and be converted to $CO_2$. The characteristic lifetime for methane molecules in the atmosphere is 12 years.[15] The lifetime for a $CO_2$ molecule in the atmosphere is far longer than this.

Because of the different lifetimes of $CH_4$ and $CO_2$, the GWP of $CH_4$ depends on the time period over which the impact is assessed. The longer the time after being emitted, the lower the GWP (Figure 14).

Thus, the timeframe used for any particular analysis is important. A shorter timeframe may be appropriate for evaluating GWP if the focus is on short-term warming effects or if the speed of potential climate change is of more interest than the eventual magnitude of change in the longer term. A longer horizon would be more appropriate when the interest is in changes that will be expressed more in the longer term, such as significant increase in sea level.

GWP values for methane that are considered the consensus of the climate science community are those published in the Assessment Reports of the Intergovernmental Panel on Climate Change (IPCC), Table 3. As understanding of the science of global warming has improved, the estimate of methane's GWP has increased. For example, the IPCC's Second Assessment Report and Third Assessment Report gave a 100-year GWP of 21 for methane, compared with 25 in the Fourth Assessment Report. More recent analysis has suggested that the GWP may be higher still,[16] but pending publication of the IPCC's Fifth Assessment Report (expected in 2013/2014), the scientific consensus GWP values are those in Table 3. Most analysts use the 100-year GWP to convert methane emissions into equivalent $CO_2$ emissions, since this is the time frame within which significant climate changes are expected to materialize, given current trends in emissions. Some analyses use a 20-year GWP, arguing that short-term effects are significant and demand significant near-term action to reduce emissions.[17] Alvarez et al.[18] suggest that varying time frames for assessing GWP may be useful. The utility of this approach is illustrated in Section 4 of this report.

BLM_0152249



**Figure 14**. *The global warming potential (GWP) of methane relative to $CO_2$ for a pulse emission at time zero. This assumes a characteristic lifetime in the atmosphere of 12 years for methane and a lifetime for $CO_2$ as predicted by the Bern carbon cycle model.[15] (See Alvarez et al.[18])*

**Table 3**. *The global warming potential for methane falls as the time horizon for its evaluation grows.[15] A 20-year GWP of 72 for methane means that 1 kilogram of methane gas in the atmosphere will cause the equivalent warming of 72 kilograms of $CO_2$ over a 20 year period. The GWP values here are consistent with those shown in Figure 14.*

|  | 20-year GWP | 100-year GWP | 500-year GWP |
| --- | --- | --- | --- |
| GWP of $CH_4$ (methane) | 72 | 25 | 7.6 |

BLM_0152250

# 2. EPA Estimates of GHG Emissions from the Natural Gas Supply System

Official estimates of U.S. greenhouse gas emissions since 1990 are published each year by the Environmental Protection Agency in its so-called Emissions Inventory[19]. The EPA recently released its 2013 inventory[20], reflecting estimates through 2011. Our discussion here also includes detail drawn from the 2012 inventory[21], reflecting estimates through 2010. We note key changes in methodology and results between the 2012 and 2013 inventories.

The EPA's estimate of total U.S. greenhouse gas (GHG) emissions in the 2012 inventory are shown in Figure 15 in terra-grams (Tg, or millions of metric tons) of $CO_2$ equivalent per year.[b] Nearly 80 percent of emissions are as $CO_2$ released from burning fossil fuels.

Methane leakage from the natural gas supply system also contributes[c]. In the 2012 inventory, EPA estimated that 10 percent of all GHG emissions in 2010 (in $CO_2$-equivalent terms) was methane, with leaks in the natural gas supply system accounting for one third of this, or 215 million metric tons of $CO_2$-equivalent (Figure 16). These methane emissions from the natural gas supply system correspond to 2.2 percent of methane extracted from the ground (as natural gas) in the U.S. in 2010[d]. The EPA adjusted this estimate significantly downward (to 144 million metric tons of $CO_2$-equivalent in 2010) in its 2013 inventory, corresponding to an estimated methane leakage rate in 2010 of 1.5 percent. This large adjustment from one EPA inventory to the next hints at the uncertainties involved in estimating the national methane leakage rate.

The EPA develops its emission estimates using a wide variety of data sources and by applying a multitude of assumptions. (See Box 3). EPA's estimated methane emissions in 2010 from the natural gas system are summarized in Table 4, as reported in the 2012 and 2013 inventories.

## Methane was an Estimated 10 Percent of U.S. Greenhouse Gas Emissions in 2010



*Figure 15.* U.S. greenhouse gas emissions as estimated by the Environmental Protection Agency.[21]

[b] The EPA inventories use 100-year global warming potentials (GWPs) for non-$CO_2$ gases taken from the *Third Assessment Report* (1996) of the Intergovernmental Panel on Climate Change (IPCC), not from the most recent (2007) IPCC Assessment. The methane GWP value used by EPA in this inventory is 21. See Box 2 for discussion of GWP.

[c] Some naturally-occurring underground $CO_2$ is also vented to the atmosphere in the course of producing, processing, and transporting natural gas. EPA estimates these are much less one-tenth of one percent of the $CO_2$-equivalent emissions of methane.[23]

[d] U.S. natural gas consumption in 2010 was 24.1 trillion standard cubic feet according to the U.S. Energy Information Administration. Assuming the methane fraction in this gas was 93.4 percent, the value assumed by EPA in its emissions inventory,[23] and taking into account the fact that one standard cubic foot (scf) of methane contains 20.23 grams (or 20.23 metric tons per million scf), the total methane consumed (as natural gas) was 455 million metric tons. Considering a GWP of 21 (as the EPA does), this is 9,556 million metric tons of $CO_2$-equivalent. The ratio of 215 (Table 4) to 9,556 gives a leakage estimate of 2.25 percent of methane consumed. The leakage as a fraction of methane extracted from the ground is $L = 1 - \frac{1}{(1 + x)}$ where $x$ is the leakage expressed as a fraction of methane consumption. For $x = 0.0225$, or $L = 0.0220$, or 2.2%.

BLM_0152251

# Leaks in the Natural Gas System are Estimated to be One Third of Methane Emissions



*Figure 16. U.S. methane emissions in 2010 (in million metric tons of $CO_2$ equivalents) as estimated by the Environmental Protection Agency.[21]*

*Table 4. EPA estimates of methane emissions in 2010 from the natural gas system in units of million metric tons of $CO_2$-equivalent (for a methane GWP of 21). Figures are from the 2012[22] inventory and the 2013 inventory.[20]*

|  | 2012 Inventory | 2013 Inventory |
|---|---|---|
|  | million metric tons of $CO_2$-equivalent | |
| **Natural Gas Production** | 126.0 | 57.2 |
| Liquids unloading | 85.7 | 5.4 |
| Pneumatic device vents | 12.8 | |
| Gas engines | 5.6 | |
| Shallow water gas platforms | 5.6 | |
| Completions and workovers with hydraulic fracturing | 3.8 | 16.7 |
| Other production sources | 12.5 | |
| **Natural Gas Processing** | 17.1 | 16.5 |
| Reciprocating compressors | 8.3 | |
| Centrifugal compressors (wet seals) | 4.9 | |
| Gas engines | 3.5 | |
| Other processing sources | 0.3 | |
| **Natural Gas Transmission and Storage** | 43.8 | 41.6 |
| Centrifugal compressors (wet seals) (transmission) | 15.7 | |
| Reciprocating compressors (transmission) | 12.8 | |
| Engines (transmission) | 4.7 | |
| Reciprocating compressors (storage) | 3.7 | |
| Liquefied natural gas (LNG) systems | 1.9 | |
| Other transmission and storage sources | 5.0 | |
| **Natural Gas Distribution** | 28.5 | 28.3 |
| Meter/regulator (at city gates) | 12.5 | |
| Leaks from main distribution pipelines | 9.3 | |
| Leaks from service pipelines connected mains and users' meters | 4.3 | |
| Other distribution sources | 2.4 | |
| **Total Natural Gas System (excluding end-use combustion)** | 215.4 | 143.6 |

BLM_0152252

# Box 3: EPA's Methodologies for Estimating Methane Leakage from the Natural Gas Supply System

EPA arrives at most of the numbers in Table 4 using a "bottom-up" approach, which refers to estimating the emissions for a piece of equipment or process in the natural gas system as the product of an "emissions factor" and the estimated number of times this activity is repeated across the country each year. This is done for many different activities and the results are added up.[23]  As an example, for reciprocating compressors used at gas processing plants (see Table 4), EPA estimated (for the 2012 inventory) that the total number of compressors was 5,028 in 2010 and that on average each compressor had an emission factor (leakage of natural gas to the atmosphere) of 15,205 cubic feet per day.  Actual emissions per day will vary from one compressor to another[24],  but the objective of the EPA inventory is to estimate emissions at a national level so an average emission factor is adopted. Multiplying the activity level (e.g., number of compressors) by the emission factor, by 365 days per year, and by the assumed methane fraction in the natural gas (which varies by region in the production and processing steps) gives the total annual estimated cubic feet of methane leaked from reciprocating compressors at gas processing plants in 2010. The EPA converts cubic feet per year to grams per year for purposes of reporting in the inventory. (A standard cubic foot of methane contains 20.2 grams.)

Many of EPA's emission factors were developed from a large measurement-based study of the natural gas system done in the mid-1990s.[25]  Some of the factors have been updated since then.

For some activities, EPA adjusts its emissions estimates to account for various factors that lead to lower estimated emissions than when using default emission factors. For example, industry partners in EPA's Natural Gas STAR Program[26] use various technologies to lower emissions. In its 2012 inventory, EPA adjusted its national estimate of emissions to account for reductions by the STAR Program partners. As another example, some state regulations require the use of certain technologies to avoid venting of methane in parts of the natural gas system. The EPA adjusts



*Figure 17.* Methane emissions from the natural gas supply system for 2007, as estimated in five different EPA Emission Inventories. Differences in data sources and methodologies account for the differences in estimated emissions. [27]

BLM_0152253

its national estimates to account for the reduced emissions that are assumed to have been achieved in such states. For example, some states require gas wells created by hydraulic fracturing to use technology that eliminates venting of methane during well drilling and fracturing. In its 2012 inventory the EPA cites the example of Wyoming as having such regulations.[23] For its 2012 inventory, EPA estimated that in 2010 approximately 51 percent of all gas wells that were hydraulically fractured in the U.S. were in Wyoming. Accordingly, the 2012 inventory assumes that 51 percent of the estimated total number of hydraulically fractured gas wells in the U.S. had essentially no emissions associated with hydraulic fracturing. The 2013 inventory includes major changes in these assumptions, contributing to a significant increase in estimated emissions associated with hydraulically fractured wells (Table 4).

Completing the emissions inventory involves a massive effort on EPA's part, but is not without uncertainties. To help address these, EPA is continually evaluating and modifying its sources and assumptions in an effort to improve the accuracy of its estimates. When modifications are introduced into the estimation methodology, emissions estimates for all prior years (back to 1990) are revised to maintain a consistent set of estimates over time. These modifications sometimes result in large revisions in prior estimates. This is illustrated in Figure 17, which shows estimates of emissions from the natural gas system for a single year (2007) as made in five successive inventories. In its 2011 inventory, EPA made major adjustments in its data and methodologies from the prior year, resulting in a doubling in the estimate of methane emissions. No changes were made in the methodology for the inventory published in 2012, but changes in the 2013 inventory then resulted in a drop in emissions of nearly 20 percent.

## 2.1 Gas Production

Among the four stages that constitute the natural gas supply system (Figure 7), the production phase contributes the largest fraction of emissions in EPA's inventory (Table 4). It is also the stage for which the largest changes were made from the 2012 inventory to the 2013 inventory. Within the production phase, "liquids unloading" was the largest contributor in the 2012 inventory, but shrank by more than 90 percent in the 2013 inventory (Table 4). The category "completions and workovers with hydraulic fracturing" was the smallest contributor to production emissions in the 2012 inventory, but was more than quadrupled into the largest contributor in the 2013 inventory.

Liquids unloading refers to the removal of fluids (largely water) that accumulate in the well bore over time at a gas producing well. The fluids must be removed to maintain gas flow, and during this process, methane entrained with the fluids can be released to the atmosphere. Conventional gas wells tend to require more liquids unloading than shale gas wells due to differences in underground geology. From the 2012 to 2013 inventory EPA adjusted many of the assumptions used to estimate liquids unloading, including both the number of wells that use liquids unloading and the amount of methane emitted per unloading. Important considerations in the latter include the number of times each year that the average well is unloaded,

the average volume of gas that is entrained with the liquids upon unloading (which varies by region), and the extent to which the entrained gas is captured for flaring (burning)[e] or for sale.[28]



*A shale gas operation in Greene County, PA. (Nov 2010). Credit: Mark Schmerling via FracTracker.org.*

---

[e] One pound of methane vented to the atmosphere has a GWP of 25, considering a 100-yr time horizon (see Box 2). If instead the 1 lb of methane were burned, 2.75 lbs of $CO_2$ would be produced. This amount of $CO_2$ has a GWP of 2.75. In this comparison, flaring methane instead of venting it reduces the global warming impact of the emission by a factor of 9.

BLM_0152254

Well completion refers to the process of finishing the creating of a shale gas well (including hydraulic fracturing) such that it can begin producing saleable gas. A workover is the re-fracturing of a shale gas well to maintain its productivity at an acceptable level. Different wells require different numbers of workovers during their producing life, with some wells not requiring any workovers. With hydraulic fracturing, before gas can flow freely to the surface, there is a fracking fluid flowback period (typically lasting several days) during which a substantial portion of the injected fluid returns to the surface, bringing some amount of gas with it. During the flowback period, if gas that surfaces with the returning fluid is not captured (for flaring or for sale) methane is released to the atmosphere. In the 2013 inventory, well completion and workover emissions more than quadrupled from the 2012 inventory primarily because of an increase in the estimate of the number of wells that were hydraulically fractured and a decrease in the assumed percentage of wells using "green completions" – technology that is employed at some wells to eliminate most well-completion emissions.

## 2.2 Gas Processing

About 60 percent of all natural gas withdrawn from the ground in the U.S. each year undergoes processing[f] to make it suitable for entry into the gas transmission system.[29] Processing is estimated to account for the smallest contribution to methane emissions among the four stages of the natural gas system (Table 4).



*Natural gas processing plant*

Some 97 percent of methane emissions estimated to occur during gas processing are the result of leaks from compressors and gas-fired engines. (Gas-fired engines are used to drive reciprocating compressors. Incomplete combustion of gas in engines results in methane emissions.) The EPA estimates emissions based on the number of compressors and engines in use and an emissions factor (scf methane per day) for each. The 1990s EPA-sponsored study mentioned earlier[25] determined the emission factors and the number of compressors and engines operating in 1992. EPA's inventories for subsequent years use the same emission factors, and the number of compressors and engines is estimated by scaling the 1992 counts of these by the ratio of gas produced in the inventory year to the gas produced in 1992.

## 2.3 Gas Transmission and Storage

The natural gas pipeline transmission system in the U.S. includes more than 305,000 miles of pipe, some 400 storage reservoirs, over 1400 compressor stations (Figure 18) each usually with multiple compressors, and thousands of inter-connections to bulk gas users (such as power plants) and to distribution pipeline



*Natural gas transmisison lines*

---

[f] Processing typically removes "condensates" (water and hydrocarbon liquids), "acid gases" ($H_2S$, $CO_2$, and others), and sometimes nitrogen. On average the volume of gas after processing is 7 percent or 8 percent less than before processing.

BLM_0152255

## Compression Stations Exist Throughout the Natural Gas Transmission System



*Figure 18. There are more than 1400 compressor stations in the U.S. natural gas transmission pipeline system.* [30]

systems. The EPA estimates that most emissions from the transmission and storage stage come from compressors and engines, with only a small contribution from pipeline leakage (Table 4). Emissions are estimated using emission factors (e.g., scf/mile/yr for pipeline leaks or scf/day for compressor leaks), pipeline mileage, and equipment counts based largely on measurements made in the 1990s.[25] Variations in leakage associated with the large seasonal movements of gas in and out of storage reservoirs were not considered when measurements were made, and this may introduce some uncertainty.

## 2.4 Gas Distribution

More than 1,500 companies manage the distribution of natural gas to about 70 million customers.[31] The EPA's estimate of methane emissions from gas distribution are for local pipeline distribution systems (an estimated 1.2 million miles of pipe) that are fed by the main transmission pipelines and through which the majority of customers receive their gas. (This excludes most electric power plants and about half of large industrial customers, which are connected directly to a main transmission pipeline and account for perhaps half of all gas used.[8]) A gas-distribution system includes stations where gas is metered and pressure-regulated



*Natural gas meters in the distribution system.*

---

[8] In 2012, 36 percent of all gas used for energy was used in electric power generation and 33 percent was used in industry. Assuming all of the gas used for electric power and half of the gas used by industry was delivered via transmission pipelines, then approximately half of all gas used in the U.S. was delivered to users via transmission pipeline.

BLM_0152256

as it is transferred from a transmission line into a distribution network. It also includes the distribution pipelines, "services" (the pipe connecting a customer to a distribution main), and customer meters. The EPA estimates there are more than 63 million service connections in total, and it assumes no leakage occurs after the customer meter.

In the EPA 2012 inventory, the most significant leakage of methane is at the metering/regulating stations (Table 4). The EPA differentiates ten different station types according to function (metering and/or regulating) and the pressure of gas they each handle, and assigns a different emissions factor to each (ranging from 0.09 to 179.8 scf per station per year, based on measurements made in the 1990s[25]). The emissions factor for each type of station is multiplied by the estimated number of that type of station in operation in that year.

Leakage from distribution and service pipelines account for most of the rest of the estimated methane emissions from the distribution system. This leakage is calculated according to pipe type – cast iron, unprotected steel, protected steel, plastic, and copper – using a different emission factor for each type (in scf per mile per year) and service line (in scf per service per year). In the EPA inventory, cast-iron and unprotected

steel pipes are assumed to have high leak rates, based on measurements made in the 1990s (Table 5)[h]. The inventory also estimates the number of miles of each type of pipe in the distribution system and the number of each type of service connection to customers based on data from the Pipeline and Hazardous Materials Safety Association (PHMSA)[32].

**Table** 5.  *Pipeline methane emission factors and pipeline mileage in EPA's 2013 inventory.*[20]

| | Annual Leak Rate (scf/mile) | Miles of Pipe |
|---|---|---|
| **Distribution mains** | | |
| Cast iron | 239,000 | 33,586 |
| Unprotected Steel | 110,000 | 64,092 |
| Plastic | 9,910 | 645,102 |
| Protected steel | 3,070 | 488,265 |
| **Transmission pipelines** | **566** | **304,606** |

---

[h]  Protected steel refers to carbon steel pipes equipped with a special material coating or with cathodic protection to limit corrosion that can lead to leakage. (Cathodic protection involves the use of electrochemistry principles.) The use of cast iron and unprotected steel pipes, which are susceptible to corrosion, is declining. Nevertheless, there are still an estimated 100,000 miles of distribution pipe made of cast iron or unprotected steel and more than 4.2 million unprotected steel service lines still in use.[23]

BLM_0152257

# 3. Other Estimates of GHG Emissions from the Natural Gas Supply System

When the EPA made relatively large methodology adjustments in its 2011 inventory (Figure 17), they included a provision to separately calculate emissions from the production of shale gas and conventional gas. This adjustment, together with the growing importance of shale gas in the U.S. supply (Box 1), led others to develop greenhouse gas emission estimates for natural gas. Many technical reports[33-42] and peer-reviewed journal papers[17,43-51] have appeared, with emissions estimates varying from one to the next.

All of the published analyses have been made using methodologies similar to the bottom-up approach used in the EPA inventory calculations, but each study varies in its input assumptions. Because of the diversity of natural gas basin geologies, the many steps involved in the natural gas system, the variety of technologies and industry practices used, and, perhaps most importantly, the lack of measured emissions data, a large number of assumptions must be made to estimate overall emissions. As a consequence, different authors come to different conclusions about the magnitude of upstream GHG emissions. For example, some conclude that upstream emissions per unit energy for shale gas are higher than for conventional gas[17,46] and others conclude the opposite.[33,43,49] Many of the authors rely on the same two information sources for many of their input assumptions,[52,53] leaving just a few key assumptions mainly responsible for differences among results.

Table 6. Estimates of upstream methane and $CO_2$ emissions for conventional gas and shale gas, with comparison to EPA estimates for the natural gas supply system as a whole.* (Emissions from gas distribution are not included here.)

| UPSTREAM EMISSIONS | Jiang[47] | | NETL[33] | | Hultman[46] | Stephenson[48] | | Burnham[43] | | Howarth[17] | | Best[49] | | EPA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Methane, kgCO2e/GJ(LHV) | Conv | Shale | Conv | Shale | Shale | Conv | Shale | Conv | Shale | Conv | Shale | Conv | Shale | All |
| Well pad construction | | 0.1 | | | | | | | | | | 0.16 | 0.16 | |
| Well drilling | | 0.2 | 0.2 | 0.1 | | 0.3 | 0.3 | 1.6 | 1.0 | | 1.5 | 0.23 | 0.2 | |
| Hydraulic fracturing water | | 0.3 | | | | | 0.3 | | | | | | 0.26 | |
| Chemicals for hydraulic fracturing | | 0.1 | | | | | | | | | | | 0.07 | |
| Well completion | | 1.0 | | 1.3 | 4.7 | 0.4 | 1.6 | | 0.8 | | 8.6 | 0.18 | 1.2 | |
| Fugitive well emissions | 3.4 | 3.4 | 1.8 | 1.8 | 2.1 | 0.9 | 0.9 | 3.6 | 3.6 | 5.0 | 5.0 | 2.70 | 2.70 | |
| Workovers | | | | 4.6 | 4.7 | | | | 1.5 | | | | 1.20 | |
| Liquids unloading | 2.5 | | 6.6 | | | | | 5.9 | | 0.6 | | 3.80 | | |
| Production emissions | 5.9 | 5.1 | 8.6 | 7.8 | 11.5 | 1.6 | 3.1 | 11.1 | 6.9 | 5.6 | 15.1 | 7.1 | 5.8 | 6.8 |
| Processing emissions | 1.5 | 1.5 | 1.2 | 1.2 | 0.6 | 0.5 | 0.5 | 0.8 | 0.8 | 0.4 | 0.4 | 1.8 | 1.8 | 0.9 |
| Transmission emissions | 1.9 | 1.9 | 2.3 | 2.3 | 1.8 | 1.7 | 1.7 | 0.9 | 0.9 | 6.8 | 6.8 | 1.9 | 1.9 | 2.4 |
| Total upstream methane emissions | 9.3 | 8.5 | 12.1 | 11.3 | 13.9 | 3.8 | 5.3 | 12.8 | 8.6 | 12.8 | 22.3 | 10.8 | 9.5 | 10.0 |
| Carbon dioxide, kgCO2/GJ(LHV) | | | | | | | | | | | | | | |
| Flaring | 0.4 | 0.4 | | | | | | 0.4 | 0.4 | | | 0.6 | 0.6 | |
| Lease/plant energy | 3.7 | 3.7 | 1.8 | 2.0 | | 2.8 | 2.8 | 4.3 | 4.1 | 4.1 | 4.1 | 3.2 | 3.2 | |
| Vented at processing plant | 1.0 | 1.0 | 0.2 | 0.2 | | | | 0.8 | 0.8 | | | 1.2 | 1.2 | |
| Transmission compressor fuel | 0.4 | 0.4 | 0.4 | 0.4 | | 0.2 | 0.2 | 0.3 | 0.3 | 0.6 | 0.6 | 0.4 | 0.4 | |
| Total upstream CO2 emissions | 5.5 | 5.5 | 2.4 | 2.6 | | 3.0 | 3.0 | 5.8 | 5.6 | 4.7 | 4.7 | 5.4 | 5.4 | 4.6 |
| TOTAL UPSTREAM, kgCO2e/GJ(LHV) | 14.8 | 14.0 | 14.5 | 13.9 | 13.9 | 6.8 | 8.3 | 18.6 | 14.2 | 17.5 | 27.0 | 16.2 | 14.9 | 14.6 |

* Methane leakage has been converted to kgCO₂e using a GWP of 25. Numbers in all but the EPA column are taken from Table SI-5 in the supplemental information for the paper by Weber and Clavin.[47] Numbers in the EPA column are my estimates based on the 2012 inventory (Table 4, but adjusted to GWP of 25) and total 2010 U.S. natural gas end-use consumption for energy.[54] $CO_2$ emissions in the EPA column include estimates from the EPA 2012 inventory[23] plus emissions from complete combustion of lease and plant fuel in 2010 that I have estimated based on EIA data.[35]

BLM_0152258

## 3.1 Leakage During Gas Production, Processing, and Transmission

A careful analysis by Weber and Clavin[49] encapsulates well the diversity of estimates of upstream emissions that have been published relating to the gas production, processing, and transmission stages. They analyzed in detail the assumptions made in six different studies and took care to normalize estimates from each study to eliminate differences arising from inconsistent assumptions between studies, such as different values for methane GWP, methane fraction in natural gas, and other variables. Weber and Clavin excluded distribution emissions estimates from their comparisons.

Table 6 shows their normalized estimates in units of grams of $CO_2$-equivalent per megajoule of lower heating value ($MJ_{LHV}$) natural gas energy,[i] assuming a methane GWP of 25. "Best" refers to what Weber and Clavin consider their best estimate based on their analysis, including a Monte Carlo uncertainty analysis, of all of

the studies. For comparison, I have added estimates of emissions based on the EPA 2012 inventory (year 2010 values, adjusted for a methane GWP of 25).

Figure 19, taken from Weber and Clavin, graphs numbers from Table 6, and shows estimated uncertainty ranges.[i] For shale gas five of the seven estimates are similar (13.9 to 14.9 $gCO_2e/MJ_{LHV}$), with estimates based on Howarth[17] and Stephenson[48] being markedly higher and lower, respectively. Uncertainty ranges in most cases overlap each other. For conventional gas, the estimates based on Burnham and Stephenson represent the highest and lowest estimates, with the others falling in the range 14.5 to 17.5 $gCO_2e/MJ_{LHV}$

As seen from Table 6, the largest upstream $CO_2$ emissions are due to combustion of natural gas used for energy in processing and transmission stages (lease and plant fuel plus transmission compressor fuel). The numbers in Table 6 suggest that the global warming impact of upstream $CO_2$ emissions accounts for about one third of the combined impact of $CO_2$ plus methane,

## Estimates of Upstream Emissions in the Natural Gas System Vary Widely



**Figure 19.** A diversity of estimates exist in the literature for GHG emissions associated with natural gas production, processing, and delivery. This graph, from Weber and Clavin[49] (and consistent with numbers in Table 6, but using different sub-groupings) shows upstream emissions in units of grams of $CO_2e/MJ_{LHV}$ of natural gas, excluding emissions associated with natural gas distribution. Ranges of uncertainty are also indicated. "Best" refers to Weber and Clavin's own estimates.

---

[i] The energy content of a fuel can be expressed on the basis of its lower heating value (LHV) or its higher heating value (HHV). The difference between the LHV and HHV of a fuel depends on the amount of hydrogen it contains. The heating value of a fuel is determined by burning it completely under standardized conditions and measuring the amount of heat released. Complete combustion means that all carbon in the fuel is converted to $CO_2$ and all hydrogen is converted to water vapor ($H_2O$). The heat released as a result of these oxidation processes represents the LHV of the fuel. If the water vapor in the combustion products is condensed, additional heat is released and the sum of this and the LHV represents the HHV of the fuel. For fuels with low hydrogen content, like coal, relatively little water vapor forms during combustion, so the difference between LHV and HHV is not especially large. The high hydrogen content of methane, $CH_4$, means the difference between LHV and HHV is more significant. Delivered natural gas, which is mostly methane, has an HHV that is about 11 percent higher than its LHV.

[i] Category groupings in Figure 19 are different from those in Table 6, but overall totals are the same.

BLM_0152259

a not insignificant fraction. However, this is based on assuming a methane GWP of 25 (100-year time frame). Were a higher GWP value (shorter time frame) to be considered, methane would have a higher impact, and the impact of $CO_2$ would be correspondingly reduced.[k]

Leaving aside the upstream $CO_2$ emissions for the moment, it is possible to remove the complication introduced by the choice of GWP value by expressing the methane emissions in physical terms as a percent of total methane extracted from the ground. This total methane leakage during production, processing, and transmission, as estimated in the various studies, ranges from an average of under 1 percent to 2.6 percent for conventional gas and from 1 percent to 4.5 percent for shale gas (Table 7). The EPA 2012 inventory estimate corresponds to a leakage of 2 percent (which increases to 2.2 percent if leakage from the distribution system is included). The methane leak rates corresponding to the lower and upper ends of the uncertainty ranges for the "Best" case in Figure 19 are 0.9 percent to 3.4 percent for conventional gas and 0.7 percent to 3.8 percent for shale gas. The uncertainty range for shale gas in the highest emissions case (Howarth) corresponds to leakage of 3.3 percent to 7.0 percent[l] (not shown in Table 7). Notably, the lower bound of this range is nearly as high as the upper end of the uncertainty ranges for any of the other shale gas results shown in Figure 19. (Howarth's range for conventional gas is 1.6 percent to 3.8 percent.)

Some perspective on the estimates in Table 7 is provided by O'Sullivan and Paltsev,[50] who estimate leakage during completion (including hydraulic fracturing) of shale gas wells in the same shale basins (Barnett and Haynesville) as considered by Howarth.[m] O'Sullivan and Paltsev drew on gas production data for 1785 shale gas wells that were completed in 2010 in the Barnett formation and 509 in the Haynesville formation. They estimated well completion emissions by assuming that for each well the "flowback" of hydraulic fracking fluid (see Section 2.1) occurs over a 9 day period and that the amount of gas brought to the surface with the fluid during this period rises linearly from zero at start to a maximum at the end of the period equal to the peak gas production rate reported for the well. They further assume that current field practice for gas handling is represented by an assumption that, on average, 70 percent of the flowback gas is captured for sale, 15 percent is flared at the wellhead (converted to $CO_2$), and 15 percent is vented without flaring. They acknowledge the uncertainties in this latter assumption, stating that "significant opaqueness surrounds real world gas handling practices in the field, and what proportion of gas produced during well completions is subject to which handling techniques." Their estimate of average per-well emissions in the Barnett formation is 7 times less than the estimate of Howarth et al.,[17] who assume that all flowback gas is vented. For the Haynesville formation, the difference between the estimates in the two studies is a factor of 30.

*Table 7. Upstream methane leakage (excluding leakage in distribution systems) as a percentage of methane production for the studies shown in Table 6 and Figure 19.**

| | Jiang | | NETL | | Hultman | Stephenson | | Burnham | | Howarth | | Best | | EPA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Conv | Shale | Conv | Shale | Shale | Conv | Shale | Conv | Shale | Conv | Shale | Conv | Shale | All |
| | Methane leakage (percentage of methane production) | | | | | | | | | | | | | |
| Production | 1.2 | 1.0 | 1.7 | 1.5 | 2.2 | 0.3 | 0.6 | 2.2 | 1.3 | 1.1 | 3.0 | 1.4 | 1.1 | 1.37 |
| Processing | 0.3 | 0.3 | 0.2 | 0.2 | 0.1 | 0.1 | 0.1 | 0.2 | 0.2 | 0.1 | 0.1 | 0.4 | 0.4 | 0.19 |
| Transmission | 0.4 | 0.4 | 0.4 | 0.4 | 0.3 | 0.3 | 0.3 | 0.2 | 0.2 | 1.4 | 1.4 | 0.4 | 0.4 | 0.48 |
| **TOTAL** | **1.9** | **1.7** | **2.4** | **2.2** | **2.7** | **0.7** | **1.0** | **2.5** | **1.7** | **2.6** | **4.5** | **2.1** | **1.9** | **2.02** |

* Based on Table 6 and (for all but the EPA numbers) energy contents of produced gas per kg of contained methane reported by Weber and Clavin:[49] Jiang (50 $MJ_{LHV}$/kg$CH_4$), NETL (48.8), Hultman (48.2), Stephenson (47.3), Burnham (48.6), Howarth (50.0), and Best (48.8). The EPA estimate assumes a gas energy content of 51.5 $MJ_{LHV}$/kg$CH_4$ for consistency with EPA numbers in Table 6.

[k] For example, with GWP = 72 (20-year time frame), $CO_2$ emissions would be less than 15 percent of total $CO_2$-equivalent emissions in most cases.
[l] The paper by Howarth, et al.[17] gives total estimated system leakage fractions (including leakage in distribution), of 3.6 percent to 7.9 percent. I have estimated the range for distribution leakage, based on discussion in that paper, to be 0.35 percent to 0.9 percent and removed this from the original Howarth et al. estimates to provide a consistent figure for comparison with the others' results.
[m] O'Sullivan and Paltsev also made estimates for wells in the Fayetteville, Marcellus, and Woodford formations.

BLM_0152260

**Table 8.** *Comparison of estimates for methane leakage during completion of shale gas wells in two different formations.*

| | O'Sullivan[50]<br>kgCH$_4$ per well completion | Howarth[17](as quoted by O'Sullivan[50])<br>kgCH$_4$ per well completion |
|---|---|---|
| Barnett formation | 35.1 | 252 |
| Haynesville formation | 151.3 | 4638 |

O'Sullivan and Paltsev report an estimate of total methane emissions from all U.S. shale well completions in 2010 of 216,000 metric tons of methane. EPA's estimate for 2010 using its 2012 inventory methodology was close to this value (181,000 tons), but using the methodology reported in its 2013 inventory, the emissions are more than triple this value (795,000 tons). (See Table 4.) Thus, there continues to be significant uncertainty about what average well completion emissions are.

Uncertainties may be reduced in the future when a new EPA rule takes effect starting in 2015. The rule requires all new hydraulically fractured shale gas wells to use commercially-established "green completion" technologies to capture, rather than vent or flare, methane. The EPA estimates that 95 percent or more of the methane that might otherwise be vented or flared during well completion will be captured for sale. Wyoming and Colorado already require green completions on all shale wells.

The new EPA rule is significant because there is general agreement that methane leakage in the gas production phase is among the most significant leakages in the entire natural gas system, a conclusion supported by some recent measurements of the concentrations of methane in the air above gas wells,[56,57,58] including a reported leakage rate of 9 percent from oil and gas production and processing operations in the Uinta Basin of Utah,[59] and 17 percent of production in the Los Angeles Basin.[60] Such estimates, based on "top-down" measurements, involve large uncertainties, but draw attention to the need for more and better measurements that can help reduce the uncertainty of estimated leakage from natural gas production. Some such measurements are underway.[61]

Well completion emissions are only one of several important leakage components in gas production. In Weber and Clavin's review, they identified six assumptions that contribute most significantly to variations in overall estimates from one study to another: *i)* the number of workovers per shale-gas well, *ii)* the well completion and workover emissions factor, *iii)* the liquids unloading emissions factor (for conventional gas wells), *iv)* the rate of fugitive emissions at the wellhead, *v)* the fugitive emissions during gas processing, *vi)* and the EUR.

The last of these requires some explanation. Emissions that occur only once over the lifetime of a well (e.g., well completion emissions) or only a limited number of times (e.g, liquids unloading) are converted into an estimate of emissions per unit of gas produced by dividing the estimated emission by the total gas production from the well over its full lifetime – the well's estimated ultimate recovery (EUR). Because the shale gas industry is still young, there is a limited production history with wells on which to base EUR estimates. O'Sullivan and Paltsev[50] have noted that there is "appreciable uncertainty regarding the level of ultimate recovery that can be expected from shale wells." The challenge of determining what EUR to use to accurately represent leakage per unit of gas production is compounded by the large and inherent variability in EUR across different wells. Mean EUR values estimated by the U.S. Geological Survey[62] for wells in different shale formations (based on decline-curve analysis using a limited amount of monthly production data), vary by a factor of 60 from largest to smallest. Within a given formation, the maximum estimated EUR can be up to 1,000 times larger than the estimated minimum EUR. In Weber and Clavin's "Best" estimate in Figure 19, the uncertainty range in emissions results in part

BLM_0152261

from assumed average EUR values from a low of 0.5 to a high of 5.3 billion cubic feet per well. (The authors state that an EUR of 2 bcf is the "most likely" value.) This order-of-magnitude range in EUR highlights the (significant) uncertainty introduced in using EUR to estimate leakage fractions.

## 3.2 Leakage from Gas Distribution Systems

Studies reviewed in the previous section were concerned primarily with gas leakage in connection with power generation. Leakage from gas distribution systems was excluded in those studies because most gas-fired power plants receive gas directly from the gas transmission system.  But gas used in residential and commercial buildings and smaller industrial facilities – about half of all gas used – passes through the distribution system before reaching a user. The EPA 2012 inventory estimates that leaks in the distribution system account for 13 percent of all upstream methane leakage (Table 4), or less than 0.3 percent of methane produced. But the sheer size and diversity of the gas distribution infrastructure – over a million miles of varying-vintage distribution mains, more than 60 million service pipelines connecting the mains to users, the large number of metering and pressure-regulating stations found at the interface of transmission and distribution systems and elsewhere – and the limited number of leakage measurements that have been made suggest that there could be large uncertainties in the EPA estimate.

One study[63] in Sao Paulo, Brazil, which measured leakage from cast-iron distribution mains, highlights the uncertainties. In the 1950s, cast-iron was the standard material used for distribution mains in the U.S.  Sao Paulo has a cast-iron distribution network comparable to or younger than the U.S. cast-iron network. Much of the cast iron in the U.S. has been replaced with less-leaky steel or plastic in recent decades, but there are still an estimated 35,000 miles of cast-iron pipe still in everyday use in the U.S. When cast-iron pipes leak it is typically at the joints where 12-foot long pipe sections

are fitted together in "bell and spigot" arrangements. The jute fiber that was routinely used as the sealant dries out over time, leading to leakage. There are about 15 million such joints in the U.S. distribution system today. Comgas, the natural gas utility in Sao Paulo, measured leak rates in over 900 pipe sections in their network. Based on these measurements, they conservatively estimated an average annual leak rate of 803,548 scf per mile of pipe, more than triple the emission factor used in the 2012 EPA inventory (Table 5).[n] In some 15 percent of the Comgas measurements, emissions were two million scf per mile or higher.

New "top-down" measurement approaches are being pursued to try to improve estimates of leakage from the distribution system. These involve measuring methane concentrations in the air above a defined region and analyzing these in conjunction with wind patterns and other variables to try to estimate what leakage originated from the natural gas system. Recent measurements have identified elevated methane concentrations above urban streets in Boston,[64] San Francisco,[65] and Los Angeles.[66] Work is ongoing in acquiring more measurements to help estimate associated leak rates.[61,65]

## 4. Natural Gas vs. Coal in Electricity Generation

The growing use of natural gas for power generation in place of coal makes it particularly important to understand methane leakage and its global warming implications. This issue has been discussed by others[17,33,43,46,47,49] with varying conclusions due in large part to different methane leakage rate assumptions (as discussed in Section 3.1).  In the absence of greater certainty about actual methane leakage rates, it is especially informative to understand the prospective global warming impact of different overall leakage rates when natural gas electricity displaces coal electricity.

Figure 20 shows total lifecycle greenhouse gas emissions associated with natural gas (independent of end use) per unit of energy for different assumed total system leakage rates. The red portion of each bar

n  Comgas subsequently implemented an effort to place plastic inserts in their cast-iron distribution mains to reduce leakage. The extent to which such leak mitigation measures have been applied in the U.S. is difficult to determine. Some U.S. gas utilities utilize pipe-crawling CISBOTs (cast-iron joint sealing robot) that add sealant to jute-packed joints by self-navigating through distribution mains, thereby reducing the need for more costly excavation to repair or replace pipes.[65,63]

# Even Small Methane Leaks Can Have a Large Global Warming Impact in the Short Term



*Figure 20. Estimates of greenhouse gas emissions from natural gas production, processing, delivery, and end-use for different assumed rates of upstream methane leakage.*

represents end-use combustion emissions.[o] Purple is the contribution from methane leakage corresponding to leakage fractions on the x-axis.[p] Green represents the comparatively small direct "upstream" $CO_2$ emissions. (The latter result from combustion of natural gas used as fuel at gas processing plants and in the gas transmission system and from $CO_2$ that originated underground and was removed from the natural gas during gas processing.[q])

The left and right graphs include the same physical emissions, but represent these using 100-year and 20-year GWPs for methane, respectively. When there is leakage the choice of time horizon affects the global warming impact estimate tremendously, since the GWP for a 20-year time horizon is nearly triple the GWP for a 100 year horizon (Table 3).

As a point of reference, the EPA's 2012 inventory estimate of GHG emissions from the natural gas system is approximated by the 2 percent leakage case in the left panel (100-yr GWP). Also, as a reminder, other leakage estimates discussed in Section 3.1 ranged from 1 percent to 7 percent (excluding any gas distribution leakage).

With 2 percent leakage and a 100-yr GWP (left-panel), emissions of $CO_2$ from end-use combustion dominate total emissions. Methane leakage contributes only about 15 percent to the total global warming impact. Only if methane leakage is at the high end in this graph (10 percent leakage) does the global warming impact of leakage approach the level of combustion emissions. When a 20-year GWP is considered instead (right panel), leakage of only 4 percent is sufficient to cause a global warming impact equal to that from gas combustion alone. With 10 percent leakage, the impact of methane leakage is triple the impact from combustion alone.

Going a step further, we can calculate emissions per kilowatt-hour of electricity from natural gas and compare this with those for coal electricity. As noted earlier, natural gas contains much less carbon per unit of energy than coal and can be converted more efficiently into electricity. Power plant efficiencies for both coal and gas are well known. A representative efficiency for a modern natural gas combined cycle power plant is 50 percent (higher heating value basis).[67] Representative efficiencies for plants using pulverized bituminous coal are 31 percent for a "sub-critical" plant[68] and 36

BLM_0152263

## With Methane Leakage Natural Gas Power Generation Can Have a Similar or Higher Global Warming Impact as Coal Power Generation



**Figure 21.** *Estimates of greenhouse gas emissions from electricity production from natural gas for different assumed rates of upstream methane leakage and from bituminous coal for typical existing coal plants and for a more efficient variant.[r]*

[r] Based on emissions shown in Figure 20 and power plant fuel consumption of 7172 $GJ_{HHV}$/kWh a natural gas combined cycle (corresponding to 50.2 percent efficiency),[67] 11736 $GJ_{HHV}$/kWh (30.7 percent efficiency) for an existing subcritical coal-fired power plant[67] and 10019 $GJ_{HHV}$/kWh for a supercritical coal plant (35.9 percent efficiency)[68] Upstream $CO_2$ emissions for the subcritical and supercritical coal plants are 8.34 kg/MWh and 7.48 kg/MWh, respectively, and upstream methane emissions are 3.20 $kgCH_4$/MWh and 2.76 $kgCH_4$/MWh, respectively.[68,69]

BLM_0152264

percent for a "super-critical" plant.[69] (Most existing coal power plants use sub-critical steam pressures. Newer plants use super-critical pressures.)

With these efficiencies, Figure 21 shows our estimates of GHG emissions per kWh of electricity generated from natural gas (with different methane leakage rates) and from bituminous coal, assuming methane GWP time horizons of 100 years (top panel) and 20 years (bottom panel). These calculations include estimates of the "upstream" emissions associated with coal electricity, including estimated methane emissions that accompany mining of bituminous coal.[68,69]

With the 100-yr time horizon (top panel), the GHG emissions for a kwh of electricity from a natural gas plant are half the emissions from a kwh from an existing coal plant if methane leakage is under about 5 percent. Even with leakage as high as 10 percent, the natural gas kwh still has a lower global warming impact than the coal kwh – about one-third less.

In contrast, when the 20-yr time horizon is considered (bottom panel), leakage must be limited to

about 2 percent for the natural gas kwh to have half the global warming impact of an existing coal plant's kwh. If leakage is about 8 percent, the natural gas kwh is no better for the climate than the kwh from an existing coal plant.

The comparisons in Figure 21 do not address the question of what is the "correct" GWP value to use in comparing the global warming impact of electricity from gas and coal. Alvarez *et al.*[18] have proposed a method for assessing the climate impact of a switch from one technology to another (such as coal to gas electricity generation) that involves more than one type of greenhouse gas emission, for example methane and $CO_2$. They define a technology warming potential (TWP) that represents the ratio of the time-dependent global warming potential of technology "A" divided by the time-dependent global warming potential of technology "B" that it replaces. By explicitly including the different atmospheric lifetimes of methane and $CO_2$, this method yields a ratio, for any time horizon of interest, that represents the relative global warming potential of switching from technology



Figure 22. *Global warming impact of shifting electricity generation from a coal power plant to a natural gas power plant in year zero and continuing that generation from gas each year thereafter, assuming different methane leakage rates in the natural gas system. Natural gas is friendlier for the climate for values less than 1.0.* [s]

---

[s] Assumed heat rates for electricity generation are 7172 kJ$_{HHV}$/kWh (6798 BTU/kWh) for NGCC and 10550 kJ$_{HHV}$/kWh (10000 BTU/kWh) for existing coal plants. Upstream emissions for coal are as described for subcritical coal in footnote r.

BLM_0152265

"A" to technology "B". The ratio varies with the time horizon due to the different atmospheric lifetimes of methane and $CO_2$. A ratio less than one at a particular point in time after a switch is made from "A" to "B" means that technology "A" has a lower global warming potential than technology "B" over that time frame.

Combining the TWP methodology of Alvarez *et al.* with our leakage assumptions, Figure 22 shows the global warming impact of replacing the electricity from a coal-fired power plant with natural gas electricity and then maintaining that natural gas generation for every subsequent year thereafter. Results are shown for different assumed total methane leakage rates expressed as a fraction of gas produced. For a time-frame of interest (x-axis), if the corresponding value on the y-axis is less than one, then the switch from coal to gas produces some level of climate benefit relative to maintaining electricity generation using coal. For example, if the y-axis value is 0.5 at some point in time, NGCC electricity has half as much global warming potential as coal over that time period.

Many authors have suggested that switching from coal to gas electricity halves the global warming impact of electricity generation. Figure 22 indicates that this is true if methane leakage is about 1.5 percent of production. If leakage were as high as 6 percent, the switch to gas would still be better for the climate than coal over any time period considered, although barely so in the earlier years after the switch. If leakage were 8 percent, switching from coal to gas would require 37 years before any climate benefit is achieved. With 10 percent leakage it takes 67 years. At these higher leak rates, a 50 percent climate benefit would not be realized for well over a century.

Figure 22 represents the impact of shifting one power plant worth of electricity generation from coal to gas. An important follow-on question is what woud be the global warming impact of shifting over time the whole fleet of coal power plants to gas. To provide some context in answering the question, it is helpful to know that the average rate at which coal electricity

generation decreased over the decade from 2002 to 2012 in the U.S. was 2.4 percent per year. The annual percentage rate of reduction has been rising in recent years (Table 9). The decreased generation from coal has been predominantly replaced by increased generation from natural gas. (The combined electricity generation from gas plus coal grew an average of less than half of one percent per year during the past decade, Table 9.)

We extend the method presented by Alvarez *et al.* to analyze shifting of the whole coal fleet to gas over time. We assume an average annual percentage reduction in electricity generated from coal and a corresponding increase in electricity generated from gas,[t] with total electricity production from coal plus gas remaining the same each year.[u] If we assume a methane leakage rate of 2 percent of production, then Figure 23 shows the prospective global warming impact of switching from coal to natural gas electricity at different annual rates (compared to not replacing any coal electricity). With a 10 percent per year switching rate, it would take 29 years to replace 95 percent of coal generation. For the other cases, 95 percent coal replacement would be reached in 39 years (7.5 percent per year), 59 years (5 percent per year), 118 years (2.5 percent per year), or more than 200 years (1 percent per year).

As full replacement of coal is approached, the impact on global warming reaches a limiting value. Over a long enough time horizon, all of the cases will approach the same relative impact level of around 0.5 (for an assumed 2 percent leakage) but, importantly, this impact level is reached more slowly when coal replacement occurs more slowly. The slower the approach to the 0.5 level, the more rapid the rate of warming. Considering an often-used target year of 2050, 37 years from today, we see that the higher replacement rates (5, 7.5, and 10 percent per year) each achieves 40 percent or more reduction in global warming potential – approaching the maximum level reachable in the longer term. At the 2.5 percent per year replacement rate (roughly the average actual rate over the past decade), only a 29 percent reduction in warming potential is achieved by 2050.

---

[t]   For a constant annual percentage conversion of coal electricity to gas electricity, the fraction of original coal electricity converted to gas each year is $[r * (1 - r)^{(t-1)}]$ where $r$ is the annual percentage reduction in coal electricity and $t$ is the number of years from the start of the conversion process. (Conversion begins in year $t = 1$.)

[u]   The Technology Warming Potential (TWP) defined by Alvarez *et al.*[18] (Equation 2 in their paper, with $L/L_{ref} = 1$) is used here to calculate the reduction in Global Warming Potential from substituting a unit amount of coal-generated electricity with gas-generated electricity in a given year and continuing to produce that unit amount of electricity from gas in subsequent years. (Figure 22 shows the result of this calculation.) When the amount of electricity made from natural gas is not constant every year but increases year to year (as coal electricity generation decrseaes year to year) the climate impact of each new annual increment of gas electricity is assessed using the TWP. Then, the climate impact of the electricity generated from coal and gas in total in any year is the sum of climate impacts caused that year by each new increment of gas-generated electricity added from the start of the counting period up to that year plus the impact of the reduced amount of coal-generated electricity being produced in that year. Mathematically, the climate impact in total from the start of a shift from coal to gas over some number of years, N, is calculated as: $\int_{t-1}^{N}[r(1-r)^{(t-1)} * TWP(N+1-t)]dt + \{1 - \int_{t=1}^{N} [r(1-r)^{(t-1)}]ct\}$ where $r$ is the annual percentage reduction in coal electricity and $TWP(N+1-t)$ is given by Equation 2 in Alvarez *et al.*

BLM_0152266

*Table 9. U.S. coal and natural gas electricity generation 2002-2012 (left)[6] and annual percentage reduction in coal electricity generation when averaged over different time periods (right).*

| | Electricity Generated (1000 MWh per year) | | | | Time Period | Average Annual Reduction in Coal Electricity |
|---|---|---|---|---|---|---|
| | Coal | Natural Gas | Coal + Gas | | | |
| 2002 | 1,933,130 | 691,006 | 2,624,136 | | 2002 - 2012 | 2.4 percent |
| 2003 | 1,973,737 | 649,908 | 2,623,645 | | 2003 - 2012 | 2.9 percent |
| 2004 | 1,978,301 | 710,100 | 2,688,401 | | 2004 - 2012 | 3.3 percent |
| 2005 | 2,012,873 | 760,960 | 2,773,833 | | 2005 - 2012 | 4.0 percent |
| 2006 | 1,990,511 | 816,441 | 2,806,952 | | 2006 - 2012 | 4.4 percent |
| 2007 | 2,016,456 | 896,590 | 2,913,046 | | 2007 - 2012 | 5.5 percent |
| 2008 | 1,985,801 | 882,981 | 2,868,782 | | 2008 - 2012 | 6.5 percent |
| 2009 | 1,755,904 | 920,979 | 2,676,883 | | 2009 - 2012 | 4.8 percent |
| 2010 | 1,847,290 | 987,697 | 2,834,987 | | 2010 - 2012 | 9.4 percent |
| 2011 | 1,733,430 | 1,013,689 | 2,747,119 | | 2011 -2012 | 12.5 percent |
| 2012 | 1,517,203 | 1,230,708 | 2,747,911 | | - | - |



At 2 Percent Methane Leakage Rate, Replacing Coal Plants with Natural Gas Plants can Achieve Significant Climate Benefits this Century

*Figure 23. Relative global warming impact of natural gas combined cycle power replacing existing coal-fired power generation at different annual rates. In all cases the assumed methane leakage is 2 percent of production.*

BLM_0152267





*Figure 24. Relative global warming impact of natural gas combined cycle power replacing existing coal-fired power generation at different annual rates. In all cases the assumed methane leakage is 5 percent of production.*





*Figure 25. Relative global warming impact of natural gas combined cycle power replacing existing coal-fired power generation at different annual rates. In all cases the assumed methane leakage is 8 percent of production.*

BLM_0152268

The same analysis can be carried out for a different assumed methane leakage rate. Figure 24 shows results for 5 percent leakage. Because of the higher methane leakage, the impact of switching from coal to gas is not as substantial as with lower leakage. In fact, by 2050, even the highest coal replacement rate of 10 percent/year achieves only about a 20 percent reduction in warming potential. The 2.5 percent replacement rate achieves only a 12 percent reduction compared with no coal-to-gas conversion.

As expected based on Figure 22, if leakage exceeds 6 percent, there would initially be negative impacts of switching from coal to gas nationally. With 8 percent

leakage, a global warming benefit of switching from coal to gas is reached only after 45 years or more (Figure 25).

Finally, the different coal-to-gas substitution rates in Figure 23 and Figure 24 would have different gas supply requirements. If we consider 2013 as year 1 in these graphs, then the amount of additional gas supplies required in the U.S. to sustain the different rates of coal-to-gas substitution are as shown in Figure 26. Shown for comparison are the Energy Information Administration (EIA) projections of new gas supplies (for all end-uses of gas). New gas supplies could be higher than EIA projects, but the higher coal substitution rates (5 to 10



**Figure 26.** *Additional gas required each year (compared to preceding year) under different scenarios. The solid lines represent the new gas required for electricity generation to replace coal-fired generation in the U.S. at the annual percentage rates indicated. (Coal-fired generation in 2012 was 1517 TWh. Gas generation that replaces coal is assumed to require 7,172 kJ of gas per kWh generated, corresponding to a heat rate of 6,798 BTU/kWh.) The black line is the new gas supply (for all gas uses) projected by the Energy Information Administration in its 2013 Annual Energy Outlook (Early Release) Reference Scenario[7] (There are approximately 1.1 EJ per trillion cubic feet (TCF) of gas.)*

BLM_0152269

percent/year) would be difficult to achieve in the early years with the gas supply levels currently projected by the EIA, considering demands for gas from users other than electric power plants are also projected by EIA to grow during the projection period. In this context, the 2.5 percent per year rate may be an achievable average coal-to-gas shifting rate over the next several decades. In that case, the achievable reduction in global warming impact from substituting gas for coal out to 2050 would be 12 percent to 29 percent, considering methane leakage of 2 percent to 5 percent (Figure 23 and Figure 24). To achieve better than this would require other lower-carbon options, such as reduced electricity consumption and/or increased electricity supply from nuclear, wind, solar, or fossil fuel systems with $CO_2$ capture and storage to provide some of the substitution in lieu of gas over this time frame.

This analysis considered no change in leakage rate or in the efficiencies of power generation over time. The benefit of a switch from coal to gas would obviously increase if leakage were reduced and/or natural gas power generating efficiency increased over time.

BLM_0152270

# References

(1) Rogner, H. (Convening Lead Author), *et al.* (2012), "Energy Resources and Potentials," chapter 7 in *The Global Energy Assessment*, Johansson, *et al.* (eds.), Cambridge University Press.

(2) BP (2012). Statistical Review of World Energy, http://www.bp.com/sectionbodycopy.do?categoryId=7500&contentId=7068481

(3) U.S. Energy Information Administration (2012). *Annual Energy Review*, U.S. Dept. of Energy, September, http://www.eia.gov/totalenergy/data/annual/index.cfm#consumption

(4) Ground Water Protection Council and ALL Consulting (2009). *Modern Shale Gas Technology Development in the United States: A Primer,* National Energy Technology Laboratory, April.

(5) U.S. Energy Information Administration, U.S. Natural Gas Develeopment Wells Drilled (count), U.S. Department of Energy, 2012, http://tonto.eia.gov/dnav/ng/hist/e_ertwg_xwcd_nus_cm.htm

(6) U.S. Energy Information Administration, Electric Power Monthly, U.S. Department of Energy, February 2013, http://www.eia.gov/electricity/monthly/pdf/epm.pdf

(7) Energy Information Administration (2012). *Annual Energy Outlook 2013, Early Release*, U.S. Dept. of Energy, December, http://www.eia.gov/forecasts/aeo/er/index.cfm

(8) Harrison, M.R., Shires, T.M., Wessels, J.K., and Cowgill, R.M. (1997). "Methane Emissions from the Natural Gas Industry," Project Summary, EPA/600/SR-96/080, EPA, June.

(9) U.S. Energy Information Administration, http://www.eia.gov/pub/oil_gas/natural_gas/feature_articles/2010/ngpps2009/.

(10) U.S. Energy Information Administration, http://www.eia.gov/pub/oil_gas/natural_gas/analysis_publications/ngpipeline/ngpipelines_map.html.

(11) U.S. Energy Information Administration, http://www.eia.gov/cfapps/ngqs/images/storage_2010.png.

(12) U.S. Energy Information Administration, http://www.eia.gov/analysis/studies/usshalegas/images/shalemap-lg.png

(13) U.S. Geological Survey (August 2012). http://certmapper.cr.usgs.gov/data/noga00/natl/tabular/2012/Summary_12_Cont_Gas.pdf

(14) U.S. Energy Information Administration (2013). *Natural Gas Annual*, http://www.eia.gov/naturalgas/annual/.

(15) Forster, P., V. Ramaswamy, P. Artaxo, T. Berntsen, R. Betts, D.W. Fahey, J. Haywood, J. Lean, D.C. Lowe, G. Myhre, J. Nganga, R. Prinn, G. Raga, M. Schulz and R. Van Dorland (2007). "Changes in Atmospheric Constituents and in Radiative Forcing". In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

(16) Shindell, D.T., G. Faluvegi, D.M. Koch, G.A. Schmidt, N. Unger, and S.E. Bauer (2009). "Improved Attribution of Climate Forcing to Emissions," *Science*, 326(30 Oct): 716-718.

(17) Howarth, R.W., R. Santoro, and A. Ingraffea (2011). "Methane and the greenhouse-gas footprint of natural gas from shale formations: a letter," *Climatic Change,* 106:679–690.

BLM_0152271

(18) Alvarez, R.A., S.W. Pacala, J.J. Winebrake, W.L. Chameides, and S.P. Hamburg (2012). "Greater focus needed on methane leakage from natural gas infrastructure," *PNAS*, 109(17): 6435-6440. See also the online supporting information accompanying the article.

(19) http://www.epa.gov/climatechange/ghgemissions/usinventoryreport.html

(20) EPA (2013). Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990-2011, Environmental Protection Agency, Washington, DC, April 12. http://www.epa.gov/climatechange/Downloads/ghgemissions/US-GHG-Inventory-2013-Main-Text.pdf

(21) EPA (2012). *Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990-2010,* 430-R-12-001, Environmental Protection Agency, Washington, DC, April.

(22) Taken from presentations by EPA staff at the "Stakeholder Workshop on Natural Gas in the Inventory of U.S. Greenhouse Gas Emissions and Sinks," September 13, 2012. http://www.epa.gov/climatechange/ghgemissions/Sept2012stakeholderworkshop.html

(23) EPA (2012). "Methodology for Estimating CH4 and CO2 Emissions from Natural Gas Systems," Section 3.4 of Annex 3 of the Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990-2010, 430-R-12-001, Environmental Protection Agency, Washington, DC, April. http://www.epa.gov/climatechange/ghgemissions/Sept2012stakeholderworkshop.html

(24) Innovative Environmental Solutions (2009). "Field Measurement Program to Improve Uncertainties for Key Greenhouse Gas Emission Factors for Distribution Sources," Project No. 20497, Gas Technology Institute, Des Plaines, IL, Nov. 2009.

(25) EPA/GRI (1996). *Methane Emissions from the Natural Gas Industry.* Harrison, M., T. Shires, J. Wessels, and R. Cowgill (eds.), 15 volumes, Radian International LLC for National Risk Management Research Laboratory, Air Pollution Prevention and Control Division, Research Triangle Park, NC. EPA-600/R-96-080a. Available at EPA website: http://www.epa.gov/gasstar/tools/related.html.

(26) EPA, Gas Star Program: http://www.epa.gov/gasstar/.

(27) Numbers are from tables in Annex 3 of the EPA GHG Emissions Inventories published in 2009, 2010, 2011, 2012, and the 2013 inventory.

(28) Waltzer, S. (2012). "Liquids Unloading," presentation at the 'Stakeholder Workshop on Natural Gas in the Inventory of U.S. Greenhouse Gas Emissions and Sinks,' U.S. Environmental Protection Agency, 13 Sept, Wash. D.C.

(29) U.S. Energy Information Administration, http://www.eia.gov/dnav/ng/ng_sum_lsum_dcu_nus_a.htm.

(30) http://www.eia.gov/pub/oil_gas/natural_gas/analysis_publications/ngpipeline/compressorMap.html

(31) U.S. Energy Information Administration (2008). "Distribution of Natural Gas: The Final Step in the Transmission Process," June. http://www.eia.gov/FTPROOT/features/ldc2008.pdf

(32) Pipeline and Hazardous Materials Safety Association, U.S. Department of Transportation. http://www.phmsa.dot.gov/

(33) Skone, T.J., J. Littlefield, and J. Marriot, "Life Cycle Greenhouse Gas Inventory of Natural Gas Extraction, Delivery and Electricity Production," DOE/NETL-2011/1522, National Energy Technology Laboratory, October.

(34) Broderick, J., Anderson, K., Wood, R., Gilbert, P., Sharmina, M., Footitt, A., Glynn, S., and Nicholls, F. (2011). "Shale gas: an updated assessment of environmental and climate change impacts," The Tyndall Centre, University of Manchester, UK, November.

BLM_0152272

(35) Clark, C., A. Burnham, C. Harto, and R. Horner (2012). "Hydraulic Fracturing and Shale Gas Production: Technology, Impacts, and Policy," Argonne National Laboratory, September 10.

(36) Forster, D. and J. Perks (2012). "Climate impact of potential shale gas production in the EU," Report to the European Commission DG CLIMA, July 30.

(37) Howarth, R., D. Shindell, R. Santoro, A. Ingraffea, N. Phillips, and A. Townsend-Small (2012), "Methane Emissions from Natural Gas Systems," Background paper prepared for the National Climate Assessment, Reference number 2011-0003, February.

(38) Ritter, K. (API), A. Emmert, M. Lev-On, and T. Shires (2012), "Understanding Greenhouse Gas Emissions from Unconventional Natural Gas Production," 20th International Emissions Inventory Conference, August, Tampa, FL.

(39) Santoro, R.L., R.H. Howarth, and A.R. Ingraffea (2011). "Indirect Emissions of Carbon Dioxide from Marcellus Shale Gas Development," A Technical Report from the Agriculture, Energy, & Environment Program at Cornell University, June.

(40) Hughes, J.D. (2011). "Lifecycle Greenhouse Gas Emissions from Shale Gas Compared to Coal: An Analysis of Two Conflicting Studies," Post-Carbon Institute, July.

(41) Fulton, M., Mellquist, N., Kitasei, S., and Bluestein, J. (2011). "Comparing Life-Cycle Greenhouse Gas Emissions from Natural Gas and Coal," Deutsche Bank Group Climate Change Advisors, August 25.

(42) Lechtenböhmer, S., Altmann, M., Capito, S., Matra, Z., Weindrorf, W., and Zittel, W. (2011). "Impacts of Shale Gas and Shale Oil Extraction on the Environment and on Human Health," IP/A/ENVI/ST/2011-07, prepared for the European Parliament's Committee on Environment, Public Health and Food Safety, June.

(43) Burnham, A., J. Han, C.E. Clark, M. Wang, J.B. Dunn, and I. Palou-Rivera (2012). "Life-Cycle Greenhouse Gas Emissions of Shale Gas, Natural Gas, Coal, and Petroleum," *Environmental Science and Technology*, 46, 619–627.

(44) Cathles III, L.M., L. Brown, and M. Taam, and A. Hunter (2012). "A commentary on 'The greenhouse-gas footprint of natural gas in shale formations' by R.W. Howarth, R. Santoro, and Anthony Ingraffea," *Climatic Change*, 113:525–535.

(45) Howarth, R.W., R. Santoro, and A. Ingraffea (2012). "Venting and leaking of methane from shale gas development: response to Cathles et al.," *Climatic Change*, 113:537-549.

(46) Hultman, N., D. Rebois, M. Scholten, and C. Ramig (2011). "The greenhouse impact of unconventional gas for electricity generation," *Environmental Research Letters*, Vol. 6.

(47) Jiang, M., W.M. Griffin, C. Hendrickson, P. Jaramillo, J. Van Briesen, and A. Venkatesh (2011). "Life cycle greenhouse gas emissions of Marcellus shale gas," *Environmental Research Letters*, Vol. 6.

(48) Stephenson, T., J.E. Valle, and X. Riera-Palou (2011), "Modeling the Relative GHG Emissions of Conventional and Shale Gas Production," *Environmental Science and Technology*, 45: 10757–10764.

(49) Weber, C.L. and C. Clavin (2012). "Life Cycle Carbon Footprint of Shale Gas: Review of Evidence and Implications," *Environmental Science and Technology*, 46: 5688-5695.

(50) O'Sullivan, F. and Paltsev, S. (2012). "Shale gas production: potential versus actual greenhouse gas emissions," *Environmental Research Letters*, Vol. 7.

BLM_0152273

(51) Laurenzi, I.J. and Jersey, G.R. (2013). "Life Cycle Greenhouse Gas Emissions and Freshwater Consumption of Marcellus Shale Gas," *Environmental Science and Technology,* published online, 2 April.

(52) EPA, (2010). Greenhouse Gas Emissions Reporting from the Petroleum and Natural Gas Industry: Background Technical Support Document, Environmental Protection Agency, Washington, DC.

(53) API (2009). Compendium of Greenhouse Gas Emissions Methodologies for the Oil and Natural Gas Industry, American Petroleum Institute, Washington, DC.

(54) U.S. Energy Information Administration, http://www.eia.gov/dnav/ng/ng_cons_sum_dcu_nus_a.htm.

(55) U.S. Energy Information Administration, http://www.eia.gov/dnav/ng/ng_cons_sum_dcu_nus_a.htm.

(56) Caulton, D., Shepson, P., Cambaliza, M., Sparks, J., Santoro, R., Sweeney, C., Davis, K., Lauvaus, T., Howarth, R., Stirm, B., Sarmiento, D. and Belmecheri, S. (2012). "Quantifying Methane Emissions from Shale Gas Wells in Pennsylvania," A21J-03, Annual Meeting of the American Geophysical Union, San Francisco, December.

(57) Karion, A., Sweeney, C., Petron, G., Frost, G., Trainer, M., Brewer, A., Hardesty, R., Conley, S., Wolter, S., Newberger, T., Kofler, J., and Tans, P. (2012). "Estimate of methane emissions from oil and gas operations in the Uintah Basin using airborne measurements and Lidar wind data," A21J-01, Annual Meeting of the American Geophysical Union, San Francisco, December.

(58) Petron, G., et al. (2012). "Hydrocarbon emissions characterization in the Colorado Front Range: A pilot study," J*ournal of Geophysical Research*, 117(D04304).

(59) Tollefson, J. (2013). "Methane leaks erode green credentials of natural gas," *Nature* 493(7430), January 2.

(60) Peischl, J., Ryerson, T.B., Brioude, J., Aikin, K.C., Andrews, A.E., Atlas, E., Blake, D., Daube, B.C., de Gouw, J.A., Dlugokencky, E., Frost, G.J., Gentner, D.R., Gilman, J.B., Goldstein, A.H., Harley, R.A., Holloway, J.S., Kofler, J., Kuster, W.C., Lang, P.M., Novelli, P.C., Santoni, G.W., Trainer, M., Wofsy, S.C., and Parrish, D.D. (2013). "Quantifying sources of methane using light alkanes in the Los Angeles basin, California, J*ournal of Geophysical Research: Atmospheres*, DOI: 10.1002/jgrd.50413 (accepted online) 17 April.

(61) Hamburg, S., "Measuring fugitive methane emissions from fracking," Ecowatch, January 4, 2013. http://ecowatch.org/2013/fugitive-methane-emissions-fracking/

(62) Oil and Gas Assessment Team (2012). "Variability of Distributions of Well-Scale Estimated Ultimate Recovery for Continuous (Unconventional) Oil and Gas Resources in the United States," Open-File Report 2012-1118, U.S. Geological Survey, Washington, DC.

(63) Bylin, C., L. Cassab, A. Cazarini, D. Ori, D. Robinson, and D. Sechler (2009). "New Measurement Data has Implications for Quantifying Natural Gas Losses from Cast Iron Distribution Mains," *Pipeline and Gas Journal*, 236(9): Sept.

(64) Phillips, N.G., R. Ackley, E.R. Crosson, A. Down, L.R. Hutyra, M. Brondfield, J.D. Karr, K. Zhao, and R.B. Jackson (2013). "Mapping urban pipeline leaks: Methane leaks across Boston," *Environmental Pollution*, 173: 1-4.

(65) McKenna, P. (2011). "Methane leaks foil clean gas future," *New Scientist*, 9 July.

(66) Wennberg, P.O., Mui, W., Wunch, D., Kort, E.A., Blake, D.R., Atlas, E.L., Santoni, G.W., Wofsy, S.C., Diskin, G.S., Jeong, S., and Fisher, M.L. (2012). "On the Sources of Methane to the Los Angeles Atmosphere," *Environmental Science and Technology*, 46: 9282-9289.

BLM_0152274

(67) National Energy Technology Laboratory (2010). Cost and Performance Baseline for Fossil Energy Plants Volume 1: Bituminous Coal and Natural Gas to Electricity, (Revision 2), DOE/NETL-2010/1397, NETL, November.

(68) Skone, T. and James, R. (2010). Life Cycle Analysis: Existing Pulverized Coal (EXPC) Power Plant, DOE/NETL-403-110809, National Energy Technology Laboratory, September 30.

(69) Skone, T. and James, R. (2010). Life Cycle Analysis: Supercritical Pulverized Coal (SCPC) Power Plant, DOE/NETL-403-110609, National Energy Technology Laboratory, September 30.

BLM_0152275

This page intentionally blank

BLM_0152276



**Princeton**

One Palmer Square, Suite 330
Princeton, NJ 08542

**Phone: +1 609 924-3800**

**Call Toll Free**

+1 877 4-CLI-SCI (877 425-4724)

**www.climatecentral.org**

BLM_0152277



OMM

WMO

# INTERGOVERNMENTAL PANEL ON CLIMATE CHANGE



PNUE

UNEP



# IPCC Second Assessment

# Climate Change 1995

## A REPORT OF THE

## INTERGOVERNMENTAL PANEL ON CLIMATE CHANGE

BLM_0152278

BLM_0152279



# INTERGOVERNMENTAL PANEL ON CLIMATE CHANGE



# IPCC Second Assessment
# Climate Change 1995

## A REPORT OF THE

## INTERGOVERNMENTAL PANEL ON CLIMATE CHANGE

BLM_0152280

BLM_0152281

# CONTENTS

| | *Page* |
|---|---|
| PREFACE | v |
| FOREWORD | vii |
| IPCC SECOND ASSESSMENT SYNTHESIS OF SCIENTIFIC-TECHNICAL INFORMATION RELEVANT TO INTERPRETING ARTICLE 2 OF THE UN FRAMEWORK CONVENTION ON CLIMATE CHANGE | 1 |
| 1. Addressing the UNFCCC Article 2 | 3 |
| 2. Anthropogenic interference with the climate system | 4 |
| 3. Sensitivity and adaptation of systems to climate change | 6 |
| 4. Analytical approach to stabilization of atmospheric concentrations of greenhouse gases | 8 |
| 5. Technology and policy options for mitigation | 12 |
| 6. Equity and social considerations | 14 |
| 7. Economic development to proceed in a sustainable manner | 15 |
| 8. The road forward | 17 |
| SUMMARY FOR POLICYMAKERS: THE SCIENCE OF CLIMATE CHANGE — IPCC WORKING GROUP I | 19 |
| 1. Greenhouse gas concentrations have continued to increase | 21 |
| 2. Anthropogenic aerosols tend to produce negative radiative forcings | 21 |
| 3. Climate has changed over the past century | 22 |
| 4. The balance of evidence suggests a discernible human influence on global climate | 22 |
| 5. Climate is expected to continue to change in the future | 22 |
| 6. There are still many uncertainties | 24 |
| SUMMARY FOR POLICYMAKERS: SCIENTIFIC-TECHNICAL ANALYSES OF IMPACTS, ADAPTATIONS AND MITIGATION OF CLIMATE CHANGE — IPCC WORKING GROUP II | 25 |
| 1. Scope of the assessment | 27 |
| 2. Nature of the issue | 27 |
| 3. Vulnerability to climate change | 28 |
| 3.1 Terrestrial and aquatic ecosystems | 29 |
| 3.2 Hydrology and water resources management | 32 |
| 3.3 Food and fibre | 32 |
| 3.4 Human infrastructure | 34 |
| 3.5 Human health | 35 |
| 4. Options to reduce emissions and enhance sinks of greenhouse gases | 36 |
| 4.1 Energy, industrial process and human settlement emissions | 36 |
| 4.1.1 Energy demand | 36 |
| 4.1.2 Mitigating industrial process and human settlement emissions | 38 |
| 4.1.3 Energy supply | 38 |
| 4.1.4 Integration of energy system mitigation options | 39 |
| 4.2 Agriculture, rangelands and forestry | 39 |
| 4.3 Cross-sectoral issues | 41 |
| 4.4 Policy instruments | 41 |
| SUMMARY FOR POLICYMAKERS: THE ECONOMIC AND SOCIAL DIMENSIONS OF CLIMATE CHANGE — IPCC WORKING GROUP III | 43 |
| 1. Introduction | 45 |
| 2. Scope of the assessment | 45 |
| 3. Decision-making frameworks for addressing climate change | 46 |
| 4. Equity and social considerations | 47 |
| 5. Intertemporal equity and discounting | 48 |
| 6. Applicability of cost and benefit assessments | 49 |
| 7. The social costs of anthropogenic climate change: Damages of increased greenhouse gas emissions | 50 |

BLM_0152282

|  |  | Page |
|---|---|---|
| 8. | Generic assessment of response strategies | 51 |
| 9. | Costs of response options | 52 |
| 10. | Integrated assessment | 54 |
| 11. | An economic assessment of policy instruments to combat climate change | 55 |

APPENDIX: HEAD AUTHORS, AUTHORS AND CONTRIBUTORS ........ 57

LIST OF IPCC OUTPUTS ........ 64

BLM_0152283

# PREFACE

The Intergovernmental Panel on Climate Change (IPCC) was jointly established by the World Meteorological Organization and the United Nations Environment Programme in 1988, in order to: (i) assess available scientific information on climate change, (ii) assess the environmental and socio-economic impacts of climate change, and (iii) formulate response strategies. The IPCC First Assessment Report was completed in August 1990 and served as the basis for negotiating the UN Framework Convention on Climate Change. The IPCC also completed its 1992 Supplement and *Climate Change 1994: Radiative Forcing of Climate Change and An Evaluation of the IPCC IS92 Emission Scenarios* to assist the Convention process further.

In 1992, the Panel reorganized its Working Groups II and III to assess, respectively, the impacts and response options, and the social and economic aspects of climate change. It committed itself to completing its Second Assessment in 1995, not only updating the information on the same range of topics as in the First Assessment, but also including the new subject area of technical issues related to the socio-economic aspects of climate change. We applaud the IPCC for producing its Second Assessment Report (SAR) as scheduled. We are convinced that the SAR, as the earlier IPCC reports, would become a standard work of reference, widely used by policymakers, scientists and other experts.

As usual in the IPCC, success in producing this report has depended upon the enthusiasm and cooperation of numerous busy scientists and other experts worldwide. We are exceedingly pleased to note here the very special efforts made by the IPCC in ensuring the participation of scientists and other experts from the developing and transitional economy countries in its activities, in particular in the writing, reviewing and revising of its reports. The scientists and experts from the developed, developing and transitional economy countries have given of their time very generously, and governments have supported them, in the enormous intellectual and physical effort required, often going substantially beyond reasonable demands of duty. Without such conscientious and professional involvement, the IPCC would be greatly impoverished. We express to all these scientists and experts, and the governments who supported them, our sincere appreciation for their commitment.

We take this opportunity to express our gratitude to the following individuals for nurturing another IPCC report through to a successful completion:

- Prof. Bolin, the Chairman of the IPCC, for his able leadership and skilful guidance of the IPCC;

- the Vice-Chairmen of the IPCC, Prof. Yu. A. Izrael (Russian Federation) and Dr A. Al-Gain (Saudi Arabia);

- the Co-Chairmen of Working Group I, Dr L.G. Meira Filho (Brazil) and Sir John Houghton (UK); the Vice-Chairmen of the Working Group, Dr Ding Yihui (China), Dr H. Grassl and later Prof. D. Ehhalt (Germany) and Dr A.B. Diop (Senegal);

- the Co-Chairmen of Working Group II, Dr R. T. Watson (USA) and Dr M.C. Zinyowera (Zimbabwe); the Vice-Chairmen of the Working Group, Dr O. Canziani (Argentina), Dr M. Petit (France), Dr S. K. Sharma (India), Mr H. Tsukamoto (Japan), Prof. P. Vellinga (the Netherlands), Dr M. Beniston (Switzerland) Dr A. Hentati and later Dr J. Friaa (Tunisia) and Ing. (Mrs) M. Perdomo (Venezuela);

- the Co-Chairmen of Working Group III, Dr J.P. Bruce (Canada) and Dr Hoesung Lee (Republic of Korea); the Vice-Chairmen of the Working Group, Prof. R. Odingo (Kenya) and Dr T. Hanisch and later Dr L. Lorentsen (Norway);

- the Regional Representatives in the IPCC Bureau, Dr A. Adejokun (Nigeria for Africa), Dr H. Nasrallah (Kuwait for Asia), Dr F. Fajardo Moros (Cuba for North and Central America and the Caribbean), Dr N. Sabogal and later Dr K. Robertson (Colombia for South America), Dr J. Zillman (Australia for Southwest Pacific) and Dr M. Bautista Perez (Spain for Europe);

- Dr B. Callander, the Head of the Technical Support Unit of Working Group I and his staff, Ms K. Maskell, Mrs J.A. Lakeman and Mrs F. Mills, and those who provided additional assistance, namely, Dr N. Harris (European Ozone Research Co-ordinating Unit, Cambridge, UK) and Dr A. Kattenberg (Royal Netherlands Meteorological Institute);

- Dr R. H. Moss, the Head of the Technical Support Unit of Working Group II and his staff, interns or volunteers, namely, Mr S. Agarwala, Mr D.J. Dokken, Mr S. Greco, Ms D. Hagag, Ms S. MacCracken, Ms F. Ormond, Ms M. Taylor, Ms A. Tenney and Ms L. Van Wie;

- Dr E. Haites, the Head of the Technical Support Unit of Working Group III and his staff Ms L. Lawson and Ms V. Dreja;

- and Dr N. Sundararaman, the Secretary of the IPCC and his staff in the IPCC Secretariat, the late Mr S. Tewungwa, Mrs R. Bourgeois, Ms C. Ettori and Ms C. Tanikie.

G.O.P. Obasi
Secretary-General
World Meterological Organization

Ms E. Dowdeswell
Executive Director
United Nations Environment Programme

BLM_0152284

BLM_0152285

# FOREWORD

The IPCC completed its Second Assessment Report (SAR) in December 1995. The SAR consists of four parts:

- the IPCC Second Assessment Synthesis of Scientific-Technical Information Relevant to Interpreting Article 2 of the UN Framework Convention on Climate Change;
- the Report of Working Group I of the IPCC, the Science of Climate Change, with a Summary for Policymakers (SPM);
- the Report of Working Group II of the IPCC, Scientific-Technical Analyses of Impacts, Adaptations and Mitigation of Climate Change, with SPM;
- the Report of Working Group III of the IPCC, the Economic and Social Dimensions of Climate Change, with SPM.

The IPCC Second Assessment Synthesis and the Summaries for Policymakers of the three Working Groups constitute the Report of the IPCC (1995). They are published in this volume and available in the six UN languages, namely, Arabic, Chinese, English, French, Russian and Spanish. The Reports of the Working Groups, with their respective SPMs, are available in English only and each is separately published commercially.

We take this opportunity, because of much misinformation and misunderstanding on the subject, to inform the reader on how the IPCC conducts its assessments.

1.      The Panel at the outset decides the content, broken down into chapters, of the report of each of its Working Groups. A writing team of three to six experts (on some rare occasions, more) is constituted for the initial drafting and subsequent revisions of a chapter. Governments and intergovernmental and non-governmental organizations are requested to nominate individuals with appropriate expertise for consideration for inclusion in the writing teams. The publication record of the nominees and other relevant information are also requested. Lists of such individuals are compiled from which the writing team is selected by the Bureau of the Working Group concerned (i.e., the Co-Chairmen and the Vice-Chairmen of the Working Group). The IPCC requires that at least one member of each writing team be from the developing world.

2.      The reports are required to have a Summary for Policymakers (SPM). The SPM should reflect the state-of-the-art understanding of the subject matter and be written in a manner that is readily comprehensible to the non-specialist. Differing but scientifically or technically well-founded views should be so exposed in the reports and the SPMs, if they cannot be reconciled in the course of the assessment.

3.      The writing teams draft the chapters and the material for inclusion in the SPMs. The drafts are based on literature published in peer-reviewed journals and reports of professional organizations such as the International Council of Scientific Unions, the World Meteorological Organization, the United Nations Environment Programme, the World Health Organization and the United Nations Food and Agriculture Organization. Sometimes, the IPCC holds workshops to collect information that is otherwise not readily available; this is particularly done to encourage information-gathering on and in the developing countries.

4.      Each draft chapter is sent to tens of experts worldwide for expert review. The reviewers are also chosen from nominations made by governments and organizations. The mandated time for this review is six weeks. The draft, revised in the light of the comments received, is sent to governments and organizations for their technical review. The mandated time for this (second) review is also six weeks. In some cases, the expert and government reviews are conducted simultaneously when the time factor would not permit sequential reviews.

5.      The draft is revised a second time in the light of the reviews received from governments and organizations. It is then sent to governments (and organizations) one month in advance of the session of the Working Group which would consider it. The Working Group approves the SPM line by line and accepts the underlying chapters; the two together constitute the Report of the Working Group. It is not practical for the Working Group to approve its Report which usually runs to two hundred pages or more. The meaning of the term acceptance in this context is that the underlying chapters and the SPM are consistent with each other.

6.      When the Working Group approves the SPM, selected members of the writing teams — from the developing as well as the developed worlds — are present and the text of the SPM is revised at the session with their concurrence. Thus, in reality, the Reports of the Working Groups are written and revised by experts and reviewed by other experts.

7.      The Report of the Working Group (with the approved SPM) is sent to governments and organizations one month before the session of the IPCC which would consider it for acceptance.

8.      The reader may note that the IPCC is a fully intergovernmental, scientific-technical body. All States that are Members of the United Nations and of the World Meteorological Organization are Members of the IPCC and its Working Groups. As such, governments approve the SPMs and accept the underlying chapters, which are, as stated earlier, written and revised by experts.

The IPCC Second Assessment Synthesis was drafted by a Drafting Team constituted under the chairmanship of the Chairman of the

BLM_0152286

IPCC. It underwent expert and government reviews simultaneously. It was approved line by line by the IPCC at its Eleventh Session (Rome, 11-15 December 1995).

May we reiterate that the reports of the IPCC and of its Working Groups contain the factual basis of the issue of climate change, gleaned from available expert literature and further carefully reviewed by experts and governments. In total more than two thousand experts worldwide participate in drafting and reviewing them.

Governments of the world approve/accept them for their scientific-technical content. The final product is written by experts selected worldwide and accepted by governments sitting in plenary sessions.

We also take this opportunity to record the sad loss of a valued member of the IPCC Secretariat. Mr Samuel Tewungwa, who passed away in January 1996, was seconded by the United Nations Environment Programme to the Secretariat. His good cheer and good humour and dedication to duty are, and will be, much missed.

N. Sundararaman
Secretary of the IPCC

B. Bolin
Chairman of the IPCC

BLM_0152287

# IPCC SECOND ASSESSMENT SYNTHESIS OF SCIENTIFIC-TECHNICAL INFORMATION RELEVANT TO INTERPRETING ARTICLE 2 OF THE UN FRAMEWORK CONVENTION ON CLIMATE CHANGE

BLM_0152288

BLM_0152289

# ADDRESSING THE UNFCCC ARTICLE 2     1

1.1     Following a resolution of the Executive Council of the World Meteorological Organization (July 1992), the IPCC decided to include an examination of approaches to Article 2, the Objective of the UN Framework Convention on Climate Change (UNFCCC), in its work programme. It organized a workshop on the subject in October 1994 in Fortaleza, Brazil, at the invitation of the Government of Brazil. Thereafter, the IPCC Chairman assembled a team of lead authors (listed at the end of this report in the Appendix) under his chairmanship to draft the Synthesis. The team produced the draft which was submitted for expert and government review and comment. The final draft Synthesis was approved line by line by the IPCC at its eleventh session (Rome, 11-15 December 1995), where representatives of 116 governments were present as well as 13 intergovernmental and 25 non-governmental organizations. It may be noted for information that all Member States of the World Meteorological Organization and of the United Nations are Members of the IPCC and can attend its sessions and those of its Working Groups. The Synthesis presents information on the scientific and technical issues related to interpreting Article 2 of the UNFCCC, drawing on the underlying IPCC Second Assessment Report. Since the Synthesis is not simply a summary of the IPCC Second Assessment Report, the Summaries for Policymakers of the three IPCC Working Groups should also be consulted for a summary of the Second Assessment Report.

1.2     During the past few decades, two important factors regarding the relationship between humans and the Earth's climate have become apparent. First, human activities, including the burning of fossil fuels, land-use change and agriculture, are increasing the atmospheric concentrations of greenhouse gases (which tend to warm the atmosphere) and, in some regions, aerosols (microscopic airborne particles, which tend to cool the atmosphere). These changes in greenhouse gases and aerosols, taken together, are projected to change regional and global climate and climate-related parameters such as temperature, precipitation, soil moisture and sea level. Second, some human communities have become more vulnerable[1] to hazards such as storms, floods and droughts as a result of increasing population density in sensitive areas such as river basins and coastal plains. Potentially serious changes have been identified, including an increase in some regions in the incidence of extreme high-temperature events, floods and droughts, with resultant consequences for fires, pest outbreaks, and ecosystem composition, structure and functioning, including primary productivity.

1.3     Scientific and technical assessments of climate change and its impacts have been conducted by the Intergovernmental Panel on Climate Change (IPCC). The First Assessment, published in 1990, provided a scientific and technical base for the UN Framework Convention on Climate Change (UNFCCC) which was open for signature at the Earth Summit in Rio in 1992.

1.4     The ultimate objective of the UNFCCC, as expressed in Article 2 is:

> "... stabilization of greenhouse gas concentrations in the atmosphere at a level that would prevent dangerous anthropogenic interference with the climate system. Such a level should be achieved within a time-frame sufficient to allow ecosystems to adapt naturally to climate change, to ensure that food production is not threatened and to enable economic development to proceed in a sustainable manner".

1.5     The challenges presented to the policymaker by Article 2 are the determination of what concentrations of greenhouse gases might be regarded as "dangerous anthropogenic interference with the climate system" and the charting of a future which allows for economic development which is sustainable. The purpose of this synthesis report is to provide scientific, technical and socio-economic information that can be used, *inter alia*, in addressing these challenges. It is based on the 1994 and 1995 reports of the IPCC Working Groups.

1.6     The report follows through the various matters which are addressed in Article 2. It first briefly summarizes the degree of climate change — the "interference with the climate system" — which is projected to occur as a result of human activities. It then goes on to highlight what we know about the vulnerabilities of ecosystems and human communities to likely climate changes, especially in regard to agriculture and food production and to other factors such as water availability, health and the impact of sea-level rise which are important considerations for sustainable development. The task of the IPCC is to provide a sound scientific basis that would enable policymakers to better interpret dangerous anthropogenic interference with the climate system.

1.7     Given current trends of increasing emissions of most greenhouse gases, atmospheric concentrations of these gases will increase through the next century and beyond. With the growth in atmospheric concentrations of greenhouse gases, interference with the climate system will grow in magnitude and the likelihood of adverse impacts from climate change that could be judged dangerous will become greater. Therefore, possible pathways of future net emissions were considered which might lead to stabilization at different levels and the general constraints these imply. This

---

[1] Vulnerability defines the extent to which climate change may damage or harm a system. It depends not only on a system's sensitivity but also on its ability to adapt to new climatic conditions.

BLM_0152290

consideration forms the next part of the report and is followed by a summary of the technical and policy options for reducing emissions and enhancing sinks of greenhouse gases.

1.8     The report then addresses issues related to equity and to ensuring that economic development proceeds in a sustainable manner. This involves addressing, for instance, estimates of the likely damage of climate change impacts, and the impacts, including costs and benefits, of adaptation and mitigation. Finally, a number of insights from available studies point to ways of taking initial actions (see the section on Road Forward) even if, at present, it is difficult to decide upon a target for atmospheric concentrations, including considerations of time-frames, that would prevent "dangerous anthropogenic interference with the climate system".

1.9     Climate change presents the decision maker with a set of formidable complications: considerable remaining uncertainties inherent in the complexity of the problem, the potential for irreversible damages or costs, a very long planning horizon, long time lags between emissions and effects, wide regional variations in causes and effects, an irreducibly global problem, and a multiple of greenhouse gases and aerosols to consider. Yet another complication is that effective protection of the climate system requires international cooperation in the context of wide variations in income levels, flexibility and expectations of the future; this raises issues of efficiency and intra-national, international and inter-generational equity. Equity is an important element for legitimizing decisions and promoting cooperation.

1.10    Decisions with respect to Article 2 of the UNFCCC involve three distinct but interrelated choices: stabilization level, net emissions pathway and mitigation technologies and policies. The report presents available scientific and technical information on these three choices. It also notes where uncertainties remain regarding such information. Article 3 of the UNFCCC identifies a range of principles that shall guide, inter alia, decision-making with respect to the ultimate objective of the Convention, as found in Article 2. Article 3.3[2] provides guidance, inter alia, on decision-making where there is a lack of full scientific certainty, namely that the Parties should:

"take precautionary measures to anticipate, prevent or minimize the causes of climate change and mitigate its adverse effects. Where there are threats of serious or irreversible damage, lack of full scientific certainty should not be used as a reason for postponing such measures, taking into account that policies and measures to deal with climate change should be cost effective so as to ensure global benefits at the lowest possible cost. To achieve this, such policies and measures should take into account different socio-economic contexts, be comprehensive, cover all relevant sources, sinks and reservoirs of greenhouse gases and adaptation and comprise all economic sectors. Efforts to address climate change may be carried out cooperatively by interested Parties."

The Second Assessment Report of the IPCC also provides information in this regard.

1.11    The long time-scales involved in the climate system (e.g., the long residence time of greenhouse gases in the atmosphere) and in the time for replacement of infrastructure, and the lag by many decades to centuries between stabilization of concentrations and stabilization of temperature and mean sea level, indicate the importance for timely decision-making.

---

[2] Kuwait registered its objection to quoting only subparagraph 3 of Article 3 and not the Article in its entirety.

# ANTHROPOGENIC INTERFERENCE WITH THE CLIMATE SYSTEM                          2

## Interference to the present day

2.1     In order to understand what constitutes concentrations of greenhouse gases that would prevent dangerous interference with the climate system, it is first necessary to understand current atmospheric concentrations and trends of greenhouse gases, and their consequences (both present and projected) to the climate system.

2.2     The atmospheric concentrations of the greenhouse gases, and among them, carbon dioxide ($CO_2$), methane ($CH_4$) and nitrous oxide ($N_2O$), have grown significantly since pre-industrial times (about 1750 A.D.): $CO_2$ from about 280 to almost 360 ppmv[3], $CH_4$ from 700 to 1720 ppbv and $N_2O$ from about 275 to about 310 ppbv. These trends can be attributed largely to human activities, mostly fossil-fuel use, land-use change and agriculture. Concentrations of other anthro-pogenic greenhouse gases have also increased. An increase of greenhouse gas concentrations leads on average to an additional warming of the atmosphere and the Earth's surface. Many greenhouse gases remain in the atmosphere — and affect climate — for a long time.

2.3     Tropospheric aerosols resulting from combustion of fossil fuels, biomass burning and other sources have led to a negative direct forcing and possibly also to a negative indirect forcing of a similar magnitude. While the negative forcing is focused in particular regions and subcontinental areas, it can have continental to hemispheric scale effects on climate patterns. Locally, the aerosol forcing can be large enough to more than offset the positive forcing

---

[3] ppmv stands for parts per million by volume; ppbv stands for parts per billion (thousand million) by volume.  Values quoted are for 1992.

BLM_0152291

due to greenhouse gases. In contrast to the long-lived greenhouse gases, anthropogenic aerosols are very short-lived in the atmosphere and hence their radiative forcing adjusts rapidly to increases or decreases in emissions.

2.4    Global mean surface temperature has increased by between about 0.3 and 0.6°C since the late 19th century, a change that is unlikely to be entirely natural in origin. The balance of evidence, from changes in global mean surface air temperature and from changes in geographical, seasonal and vertical patterns of atmospheric temperature, suggests a discernible human influence on global climate. There are uncertainties in key factors, including the magnitude and patterns of long-term natural variability. Global sea level has risen by between 10 and 25 cm over the past 100 years and much of the rise may be related to the increase in global mean temperature.

2.5    There are inadequate data to determine whether consistent global changes in climate variability or weather extremes have occurred over the 20th century. On regional scales there is clear evidence of changes in some extremes and climate variability indicators. Some of these changes have been toward greater variability, some have been toward lower variability. However, to date it has not been possible to firmly establish a clear connection between these regional changes and human activities.

**Possible consequences of future interference**

2.6    In the absence of mitigation policies or significant technological advances that reduce emissions and/or enhance sinks, concentrations of greenhouse gases and aerosols are expected to grow throughout the next century. The IPCC has developed a range of scenarios, IS92a-f, of future greenhouse gas and aerosol precursor emissions based on assumptions concerning population and economic growth, land-use, technological changes, energy availability and fuel mix during the period 1990 to 2100[4]. By the year 2100, carbon dioxide emissions under these scenarios are projected to be in the range of about 6 GtC[5] per year, roughly equal to current emissions, to as much as 36 GtC per year, with the lower end of the IPCC range assuming low population and economic growth to 2100. Methane emissions are projected to be in the range 540 to 1170 Tg[6] $CH_4$ per year (1990 emissions were about 500 Tg $CH_4$); nitrous oxide emissions are projected to be in the range 14 to 19 Tg N per year (1990 emissions were about 13 Tg N). In all cases, the atmospheric concentrations of greenhouse gases and total radiative forcing continue to increase throughout the simulation period of 1990 to 2100.

2.7    For the mid-range IPCC emission scenario, IS92a, assuming the "best estimate" value of climate sensitivity[7] and including the effects of future increases in aerosol concentrations, models project an increase in global mean surface temperature relative to 1990 of about 2°C by 2100. This estimate is approximately one-third lower than the "best estimate" in 1990. This is due primarily to lower emission scenarios (particularly for $CO_2$ and CFCs), the inclusion of the cooling effect of sulphate aerosols, and improvements in the treatment of the carbon cycle. Combining the lowest IPCC emission scenario (IS92c) with a "low" value of climate

sensitivity and including the effects of future changes in aerosol concentrations leads to a projected increase of about 1°C by 2100. The corresponding projection for the highest IPCC scenario (IS92e) combined with a "high" value of climate sensitivity gives a warming of about 3.5°C. In all cases the average rate of warming would probably be greater than any seen in the last 10,000 years, but the actual annual to decadal changes would include considerable natural variability. Regional temperature changes could differ substantially from the global mean value. Because of the thermal inertia of the oceans, only 50-90% of the eventual equilibrium temperature change would have been realized by 2100 and temperature would continue to increase beyond 2100, even if concentrations of greenhouse gases were stabilized by that time.

2.8    Average sea level is expected to rise as a result of thermal expansion of the oceans and melting of glaciers and ice-sheets. For the IS92a scenario, assuming the "best estimate" values of climate sensitivity and of ice melt sensitivity to warming, and including the effects of future changes in aerosol concentrations, models project an increase in sea level of about 50 cm from the present to 2100. This estimate is approximately 25% lower than the "best estimate" in 1990 due to the lower temperature projection, but also reflecting improvements in the climate and ice melt models. Combining the lowest emission scenario (IS92c) with the "low" climate and ice melt sensitivities and including aerosol effects gives a projected sea-level rise of about 15 cm from the present to 2100. The corresponding projection for the highest emission scenario (IS92e) combined with "high" climate and ice-melt sensitivities gives a sea-level rise of about 95 cm from the present to 2100. Sea level would continue to rise at a similar rate in future centuries beyond 2100, even if concentrations of greenhouse gases were stabilized by that time, and would continue to do so even beyond the time of stabilization of global mean temperature. Regional sea-level changes may differ from the global mean value owing to land movement and ocean current changes.

2.9    Confidence is higher in the hemispheric-to-continental scale projections of coupled atmosphere-ocean climate models than in the regional projections, where confidence remains low. There is more confidence in temperature projections than hydrological changes.

2.10    All model simulations, whether they were forced with increased concentrations of greenhouse gases and aerosols or with increased concentrations of greenhouse gases alone, show the following features: greater surface warming of the land than of the sea in winter; a maximum surface warming in high northern

---

[4]  See Table 1 in the Summary for Policymakers of IPCC Working Group II.

[5]  To convert GtC (gigatonnes of carbon or thousand million tonnes of carbon) to mass of carbon dioxide, multiply GtC by 3.67.

[6]  Tg: teragram is $10^{12}$ grams.

[7]  In IPCC reports, climate sensitivity usually refers to long-term (equilibrium) change in global mean surface temperature following a doubling of atmospheric equivalent $CO_2$ concentration. More generally, it refers to the equilibrium change in surface air temperature following a unit change in radiative forcing (°C/Wm$^{-2}$).

BLM_0152292

latitudes in winter, little surface warming over the Arctic in summer; an enhanced global mean hydrological cycle, and increased precipitation and soil moisture in high latitudes in winter. All these changes are associated with identifiable physical mechanisms.

2.11    Warmer temperatures will lead to a more vigorous hydrological cycle; this translates into prospects for more severe droughts and/or floods in some places and less severe droughts and/or floods in other places. Several models indicate an increase in precipitation intensity, suggesting a possibility for more extreme rainfall events. Knowledge is currently insufficient to say whether there will be any changes in the occurrence or geographical distribution of severe storms, e.g., tropical cyclones.

2.12    There are many uncertainties and many factors currently limit our ability to project and detect future climate change. Future unexpected, large and rapid climate system changes (as have occurred in the past) are, by their nature, difficult to predict. This implies that future climate changes may also involve "surprises". In particular, these arise from the non-linear nature of the climate system. When rapidly forced, non-linear systems are especially subject to unexpected behaviour. Progress can be made by investigating non-linear processes and sub-components of the climatic system. Examples of such non-linear behaviour include rapid circulation changes in the North Atlantic and feedbacks associated with terrestrial ecosystem changes.

# SENSITIVITY AND ADAPTATION OF SYSTEMS TO CLIMATE CHANGE

# 3

3.1    This section provides scientific and technical information that can be used, *inter alia*, in evaluating whether the projected range of plausible impacts constitutes "dangerous anthropogenic interference with the climate system", as referred to in Article 2, and in evaluating adaptation options. However, it is not yet possible to link particular impacts with specific atmospheric concentrations of greenhouse gases.

3.2    Human health, terrestrial and aquatic ecological systems, and socio-economic systems (e.g., agriculture, forestry, fisheries and water resources) are all vital to human development and well-being and are all sensitive to both the magnitude and the rate of climate change. Whereas many regions are likely to experience the adverse effects of climate change — some of which are potentially irreversible — some effects of climate change are likely to be beneficial. Hence, different segments of society can expect to confront a variety of changes and the need to adapt to them.

3.3    Human-induced climate change represents an important additional stress, particularly to the many ecological and socio-economic systems already affected by pollution, increasing resource demands, and non-sustainable management practices. The vulnerability of human health and socio-economic systems — and, to a lesser extent, ecological systems — depends upon economic circumstances and institutional infrastructure. This implies that systems typically are more vulnerable in developing countries where economic and institutional circumstances are less favourable.

3.4    Although our knowledge has increased significantly during the last decade and qualitative estimates can be developed, quantitative projections of the impacts of climate change on any particular system at any particular location are difficult because regional-scale climate change projections are uncertain; our current understanding of many critical processes is limited; systems are

subject to multiple climatic and non-climatic stresses, the interactions of which are not always linear or additive; and very few studies have considered dynamic responses to steadily increasing concentrations of greenhouse gases or the consequences of increases beyond a doubling of equivalent atmospheric $CO_2$ concentrations.

3.5    Unambiguous detection of climate-induced changes in most ecological and social systems will prove extremely difficult in the coming decades. This is because of the complexity of these systems, their many non-linear feedbacks, and their sensitivity to a large number of climatic and non-climatic factors, all of which are expected to continue to change simultaneously. As future climate extends beyond the boundaries of empirical knowledge (i.e., the documented impacts of climate variation in the past), it becomes more likely that actual outcomes will include surprises and unanticipated rapid changes.

## Sensitivity of systems

### Terrestrial and aquatic ecosystems

3.6    Ecosystems contain the Earth's entire reservoir of genetic and species diversity and provide many goods and services including: (i) providing food, fibre, medicines and energy; (ii) processing and storing carbon and other nutrients; (iii) assimilating wastes, purifying water, regulating water runoff, and controlling floods, soil degradation and beach erosion; and (iv) providing opportunities for recreation and tourism. The composition and geographic distribution of many ecosystems (e.g., forests, rangelands, deserts, mountain systems, lakes, wetlands and oceans) will shift as individual species respond to changes in climate; there will likely be reductions in biological diversity and in the goods and services that ecosystems provide society. Some ecological systems may not reach a new equilibrium for several centuries after the climate achieves a new balance.

BLM_0152293

This section illustrates the impact of climate change on a number of selected ecological systems.

3.7      Forests: Models project that as a consequence of possible changes in temperature and water availability under doubled equivalent[8] $CO_2$ equilibrium conditions, a substantial fraction (a global average of one-third, varying by region from one-seventh to two-thirds) of the existing forested area of the world will undergo major changes in broad vegetation types — with the greatest changes occurring in high latitudes and the least in the tropics. Climate change is expected to occur at a rapid rate relative to the speed at which forest species grow, reproduce and re-establish themselves. Therefore, the species composition of forests is likely to change; entire forest types may disappear, while new assemblages of species and hence new ecosystems may be established. Large amounts of carbon could be released into the atmosphere during transitions from one forest type to another because the rate at which carbon can be lost during times of high forest mortality is greater than the rate at which it can be gained through growth to maturity.

3.8      Deserts and desertification: Deserts are likely to become more extreme — in that, with few exceptions, they are projected to become hotter but not significantly wetter. Temperature increases could be a threat to organisms that exist near their heat tolerance limits. Desertification — land degradation in arid, semi-arid and dry sub-humid areas resulting from various factors, including climatic variations and human activities — is more likely to become irreversible if the environment becomes drier and the soil becomes further degraded through erosion and compaction.

3.9      Mountain ecosystems: The altitudinal distribution of vegetation is projected to shift to higher elevation; some species with climatic ranges limited to mountain tops could become extinct because of disappearance of habitat or reduced migration potential.

3.10      Aquatic and coastal ecosystems: In lakes and streams, warming would have the greatest biological effects at high latitudes, where biological productivity would increase, and at the low-latitude boundaries of cold- and cool-water species ranges, where extinctions would be greatest. The geographical distribution of wetlands is likely to shift with changes in temperature and precipitation. Coastal systems are economically and ecologically important and are expected to vary widely in their response to changes in climate and sea level. Some coastal ecosystems are particularly at risk, including saltwater marshes, mangrove ecosystems, coastal wetlands, sandy beaches, coral reefs, coral atolls and river deltas. Changes in these ecosystems would have major negative effects on tourism, freshwater supplies, fisheries and biodiversity.

### Hydrology and water resources management

3.11      Models project that between one-third and one-half of existing mountain glacier mass could disappear over the next hundred years. The reduced extent of glaciers and depth of snow cover also would affect the seasonal distribution of river flow and water supply for hydroelectric generation and agriculture.

Anticipated hydrological changes and reductions in the areal extent and depth of permafrost could lead to large-scale damage to infrastructure, an additional flux of carbon dioxide into the atmosphere, and changes in processes that contribute to the flux of methane into the atmosphere.

3.12      Climate change will lead to an intensification of the global hydrological cycle and can have major impacts on regional water resources. Changes in the total amount of precipitation and in its frequency and intensity directly affect the magnitude and timing of runoff and the intensity of floods and droughts; however, at present, specific regional effects are uncertain. Relatively small changes in temperature and precipitation, together with the non-linear effects on evapotranspiration and soil moisture, can result in relatively large changes in runoff, especially in arid and semi-arid regions. The quantity and quality of water supplies already are serious problems today in many regions, including some low-lying coastal areas, deltas and small islands, making countries in these regions particularly vulnerable to any additional reduction in indigenous water supplies.

### Agriculture and forestry

3.13      Crop yields and changes in productivity due to climate change will vary considerably across regions and among localities, thus changing the patterns of production. Productivity is projected to increase in some areas and decrease in others, especially the tropics and subtropics. Existing studies show that on the whole, global agricultural production could be maintained relative to baseline production in the face of climate change projected under doubled equivalent $CO_2$ equilibrium conditions. This conclusion takes into account the beneficial effects of $CO_2$ fertilization but does not allow for changes in agricultural pests and the possible effects of changing climatic variability. However, focusing on global agricultural production does not address the potentially serious consequences of large differences at local and regional scales, even at mid-latitudes. There may be increased risk of hunger and famine in some locations; many of the world's poorest people — particularly those living in subtropical and tropical areas and dependent on isolated agricultural systems in semi-arid and arid regions — are most at risk of increased hunger. Global wood supplies during the next century may become increasingly inadequate to meet projected consumption due to both climatic and non-climatic factors.

### Human infrastructure

3.14      Climate change clearly will increase the vulnerability of some coastal populations to flooding and erosional land loss. Estimates put about 46 million people per year currently at risk of flooding due to storm surges. In the absence of adaptation measures, and not taking into account anticipated population growth, 50-cm sea-level rise would increase this number to about 92 million; a 1-meter sea-level rise would raise it to about 118 million.

---

8  See paragraph 4.17 for a description of "equivalent $CO_2$".

BLM_0152294

Studies using a 1-meter projection show a particular risk for small islands and deltas. This increase is at the top range of IPCC Working Group I estimates for 2100; it should be noted, however, that sea level is actually projected to continue to rise in future centuries beyond 2100. Estimated land losses range from 0.05% in Uruguay, 1.0% for Egypt, 6% for the Netherlands and 17.5% for Bangladesh to about 80% for the Majuro Atoll in the Marshall Islands, given the present state of protection systems. Some small island nations and other countries will confront greater vulnerability because their existing sea and coastal defense systems are less well established. Countries with higher population densities would be more vulnerable. Storm surges and flooding could threaten entire cultures. For these countries, sea-level rise could force internal or international migration of populations.

### Human health

3.15    Climate change is likely to have wide-ranging and mostly adverse impacts on human health, with significant loss of life. Direct health effects include increases in (predominantly cardio-respiratory) mortality and illness due to an anticipated increase in the intensity and duration of heat waves. Temperature increases in colder regions should result in fewer cold-related deaths. Indirect effects of climate change, which are expected to predominate, include increases in the potential transmission of vector-borne infectious diseases (e.g., malaria, dengue, yellow fever and some viral encephalitis) resulting from extensions of the geographical range and season for vector organisms. Models (that entail necessary simplifying assumptions) project that temperature increases of 3-5°C (compared to the IPCC projection of 1-3.5°C by 2100) could lead to potential increases in malaria incidence (of the order of 50–80 million additional annual cases, relative to an assumed global background total of 500 million cases), primarily in tropical, subtropical and less well-protected temperate-zone populations. Some increases in non-vector-borne infectious diseases — such as salmonellosis, cholera and giardiasis — also could occur as a result of elevated temperatures and increased flooding. Limitations on fresh-water supplies and on nutritious food, as well as the aggravation of air pollution, will also have human health consequences.

3.16    Quantifying the projected impacts is difficult because the extent of climate-induced health disorders depends on numerous coexistent and interacting factors that characterize the vulnerability of the particular population, including environmental and socio-economic circumstances, nutritional and immune status, population density and access to quality health care services. Hence, populations with different levels of natural, technical and social resources would differ in their vulnerability to climate-induced health impacts.

### Technology and policy options for adaptation

3.17    Technological advances generally have increased adaptation options for managed systems. Adaptation options for freshwater resources include more efficient management of existing supplies and infrastructure; institutional arrangements to limit future demands/promote conservation; improved monitoring and forecasting systems for floods/droughts; rehabilitation of watersheds, especially in the tropics; and construction of new reservoir capacity. Adaptation options for agriculture — such as changes in types and varieties of crops, improved water-management and irrigation systems, and changes in planting schedules and tillage practices — will be important in limiting negative effects and taking advantage of beneficial changes in climate. Effective coastal-zone management and land-use planning can help direct population shifts away from vulnerable locations such as flood plains, steep hillsides and low-lying coastlines. Adaptive options to reduce health impacts include protective technology (e.g., housing, air conditioning, water purification and vaccination), disaster preparedness and appropriate health care.

3.18    However, many regions of the world currently have limited access to these technologies and appropriate information. For some island nations, the high cost of providing adequate protection would make it essentially infeasible, especially given the limited availability of capital for investment. The efficacy and cost-effective use of adaptation strategies will depend upon the availability of financial resources, technology transfer, and cultural, educational, managerial, institutional, legal and regulatory practices, both domestic and international in scope. Incorporating climate-change concerns into resource-use and development decisions and plans for regularly scheduled investments in infrastructure will facilitate adaptation.

# ANALYTICAL APPROACH TO STABILIZATION OF ATMOSPHERIC CONCENTRATIONS OF GREENHOUSE GASES     4

4.1    Article 2 of the UN Framework Convention on Climate Change refers explicitly to "stabilization of greenhouse gas concentrations". This section provides information on the relative importance of various greenhouse gases to climate forcing and discusses how greenhouse gas emissions might be varied to achieve stabilization at selected atmospheric concentration levels.

4.2    Carbon dioxide, methane and nitrous oxide have natural as well as anthropogenic origins. The anthropogenic emissions of these gases have contributed about 80% of the additional climate forcing due to greenhouse gases since pre-industrial times (i.e., since about 1750 A.D.). The contribution of $CO_2$ is about 60% of this forcing, about four times that from $CH_4$.

BLM_0152295

4.3      Other greenhouse gases include tropospheric ozone (whose chemical precursors include nitrogen oxides, non-methane hydrocarbons and carbon monoxide), halocarbons[9] (including HCFCs and HFCs) and $SF_6$. Tropospheric aerosols and tropospheric ozone are inhomogeneously distributed in time and space and their atmospheric lifetimes are short (days to weeks). Sulphate aerosols are amenable to abatement measures and such measures are presumed in the IPCC scenarios.

4.4      Most emission scenarios indicate that, in the absence of mitigation policies, greenhouse gas emissions will continue to rise during the next century and lead to greenhouse gas concentrations that by the year 2100 are projected to change climate more than that projected for twice the pre-industrial concentrations of carbon dioxide.

**Stabilization of greenhouse gases**

4.5      All relevant greenhouse gases need to be considered in addressing stabilization of greenhouse gas concentrations. First, carbon dioxide is considered which, because of its importance and complicated behaviour, needs more detailed consideration than the other greenhouse gases.

**Carbon dioxide**

4.6      Carbon dioxide is removed from the atmosphere by a number of processes that operate on different time-scales. It has a relatively long residence time in the climate system — of the order of a century or more. If net global anthropogenic emissions[10] (i.e., anthropogenic sources minus anthropogenic sinks) were maintained at current levels (about 7 GtC/yr including emissions from fossil-fuel combustion, cement production and land-use change), they would lead to a nearly constant rate of increase in atmospheric concentrations for at least two centuries, reaching about 500 ppmv (approaching twice the pre-industrial concentration of 280 ppmv) by the end of the 21st century. Carbon cycle models show that immediate stabilization of the concentration of carbon dioxide at its present level could only be achieved through an immediate reduction in its emissions of 50-70% and further reductions thereafter.

4.7      Carbon cycle models have been used to estimate profiles of carbon dioxide emissions for stabilization at various carbon dioxide concentration levels. Such profiles have been generated for an illustrative set of levels: 450, 550, 650, 750 and 1000 ppmv. Among the many possible pathways to reach stabilization, two are illustrated in Figure 1 for each of the stabilization levels of 450, 550, 650 and 750 ppmv, and one for 1000 ppmv. The steeper the increase in the emissions (hence concentration) in these scenarios, the more quickly is the climate projected to change.

4.8      Any eventual stabilized concentration is governed more by the accumulated anthropogenic carbon dioxide emissions from now until the time of stabilization, than by the way those emissions change over the period. This means that, for a given

stabilized concentration value, higher emissions in early decades require lower emissions later on. Cumulative emissions from 1991 to 2100 corresponding to these stabilization levels are shown in Table 1, together with the cumulative emissions of carbon dioxide for all of the IPCC IS92 emission scenarios (see Figure 2 below and Table 1 in the Summary for Policymakers of IPCC Working Group II for details of these scenarios).

4.9      Figure 1 and Table 1 are presented to clarify some of the constraints that would be imposed on future carbon dioxide emissions, if stabilization at the concentration levels illustrated were to be achieved. These examples do not represent any form of recommendation about how such stabilization levels might be achieved or the level of stabilization which might be chosen.

4.10     Given cumulative emissions, and IPCC IS92a population and economic scenarios for 1990-2100, global annual average carbon dioxide emissions can be derived for the stabilization scenarios on a per capita or per unit of economic activity basis. If the atmospheric concentration is to remain below 550 ppmv, the future global annual average emissions cannot, during the next century, exceed the current global average and would have to be much lower before and beyond the end of the next century. Global annual average emissions could be higher for stabilization levels of 750 to 1000 ppmv. Nevertheless, even to achieve these latter stabilization levels, the global annual average emissions would need to be less than 50% above current levels on a per capita basis or less than half of current levels per unit of economic activity[11].

4.11[12]     The global average annual per capita emissions of carbon dioxide due to the combustion of fossil fuels is at present about 1.1 tonnes (as carbon). In addition, a net of about 0.2 tonnes per capita are emitted from deforestation and land-use change. The average annual fossil fuel per capita emission in developed and transitional economy countries is about 2.8 tonnes and ranges from 1.5 to 5.5 tonnes. The figure for the developing countries is 0.5 tonnes ranging from 0.1 tonnes to, in some few cases, above 2.0 tonnes (all figures are for 1990).

4.12[13]     Using World Bank estimates of GDP (gross domestic product) at market exchange rates, the current global annual average emission of energy-related carbon dioxide is about 0.3 tonnes per thousand 1990 US dollars output. In addition, global net emissions from land-use changes are about 0.05 tonnes per thousand US dollars of output. The current average annual energy-

---

[9]  Most halocarbons, but neither HFCs nor PFCs, are controlled by the Montreal Protocol and its Adjustments and Amendments.

[10]  For the remainder of Section 4, "net global anthropogenic emissions" (i.e., anthropogenic sources minus anthropogenic sinks) will be abbreviated to "emissions".

[11]  China registered its disagreement on the use of carbon dioxide emissions derived on the basis of a per unit economic activity.

[12]  The Panel agreed that this paragraph shall not prejudge the current negotiations under the UNFCCC.

[13]  The Panel agreed that this paragraph shall not prejudge the current negotiations under the UNFCCC.

BLM_0152296

CLIMATE CHANGE 1995: IPCC SECOND ASSESSMENT REPORT



**Figure 1 (a).** Carbon dioxide concentration profiles leading to stabilization at 450, 550, 650 and 750 ppmv following the pathways defined in IPCC (1994) (solid curves) and for pathways that allow emissions to follow IS92a until at least the year 2000 (dashed curves). A single profile that stabilizes at a carbon dioxide concentration of 1000 ppmv and follows IS92a emissions until at least the year 2000 has also been defined. Stabilization at concentrations of 450, 650 and 1000 ppmv would lead to equilibrium temperature increases relative to 1990[14] due to carbon dioxide alone (i.e., not including effects of other greenhouse gases (GHGs) and aerosols) of about 1°C (range: 0.5 to 1.5°C), 2°C (range: 1.5 to 4°C) and 3.5°C (range: 2 to 7°C), respectively. A doubling of the pre-industrial carbon dioxide concentration of 280 ppmv would lead to a concentration of 560 ppmv and doubling of the current concentration of 358 ppmv would lead to a concentration of about 720 ppmv.



**Figure 1 (b).** Carbon dioxide emissions leading to stabilization at concentrations of 450, 550, 650, 750 and 1000 ppmv following the profiles shown in (a) from a mid-range carbon cycle model. Results from other models could differ from those presented here by up to approximately + 15%. For comparison, the carbon dioxide emissions for IS92a and current emissions (fine solid line) are also shown.



**Figure 2.** Annual anthropogenic carbon dioxide emissions under the IS92 emission scenarios (see Table 1 in the Summary for Policymakers of IPCC Working Group II for further details).

[14] These numbers do not take into account the increase in temperature (0.1 to 0.7°C) which would occur after 1990 because of $CO_2$ emissions prior to 1990.

BLM_0152297

IPCC SECOND ASSESSMENT SYNTHESIS OF SCIENTIFIC-TECHNICAL INFORMATION RELEVANT
TO INTERPRETING ARTICLE 2 OF THE UN FRAMEWORK CONVENTION ON CLIMATE CHANGE

| | Accumulated carbon dioxide emissions 1991 to 2100 (GtC)§ | |
|---|---|---|
| IS92 scenarios | | |
| c | 770 | |
| d | 980 | |
| b | 1430 | |
| a | 1500 | |
| f | 1830 | |
| e | 2190 | |
| Stabilization case | For profiles A* | For profiles B† |
| 450 ppmv | 630 | 650 |
| 550 ppmv | 870 | 990 |
| 650 ppmv | 1030 | 1190 |
| 750 ppmv | 1200‡ | 1300‡ |
| 1000 ppmv | — | 1410‡ |

**Table 1.** Total anthropogenic carbon dioxide emissions accumulated from 1991 to 2100 inclusive (GtC) for the IS92 scenarios (see Table 1 in the Summary for Policymakers of IPCC Working Group II) and for stabilization at various levels of carbon dioxide concentration following the two sets of pathways shown in Figure 1 (a). The accumulated emissions leading to stabilization of carbon dioxide concentration were calculated using a mid-range carbon cycle model. Results from other models could be up to approximately 15% higher or lower than those presented here.

§   For comparison, emissions during the period 1860 to 1994 amounted to about 360 GtC, of which about 240 GtC were due to fossil-fuel use and 120 GtC due to deforestation and land-use change.
*   As in IPCC (1994) — see Figure 1 (a) (solid curves).
†   Profiles that allow emissions to follow IS92a until at least the year 2000 — see figure 1 (a) (dashed curves).
‡   Concentrations will not stabilize by 2100.

related emissions per thousand 1990 US dollars output, evaluated at market exchange rates, is about 0.27 tonnes in developed and transitional economy countries and about 0.41 tonnes in developing countries. Using World Bank estimates of GDP at purchasing power parity exchange rates, the average annual energy-related emissions per thousand 1990 US dollars output is about 0.26 tonnes in developed and transitional economy countries and about 0.16 tonnes in developing countries.[15]

**Methane**

4.13    Atmospheric methane concentrations adjust to changes in anthropogenic emissions over a period of 9 to 15 years. If the annual methane emissions were immediately reduced by about 30 Tg $CH_4$ (about 8% of current anthropogenic emissions), methane concentrations would remain at today's levels. If methane emissions were to remain constant at their current levels, methane concentrations (1720 ppbv in 1994) would rise to about 1820 ppbv over the next 40 years.

**Nitrous oxide**

4.14    Nitrous oxide has a long lifetime (about 120 years). In order for the concentration to be stabilized near current levels (312 ppbv in 1994), anthropogenic sources would need to be reduced immediately by more than 50%. If emissions of nitrous oxide were held constant at current levels, its concentration would rise to about 400 ppbv over several hundred years, which would increase its incremental radiative forcing by a factor of four over its current level.

**Further points on stabilization**

4.15    Stabilization of the concentrations of very long-lived gases, such as $SF_6$ or perfluorocarbons, can only be achieved effectively by stopping emissions.

4.16    The importance of the contribution of $CO_2$ to climate forcing, relative to that of the other greenhouse gases, increases with time in all of the IS92 emission scenarios (a to f). For example, in the IS92a scenario, the $CO_2$ contribution increases from the present 60% to about 75% by the year 2100. During the same period, methane and nitrous oxide forcings increase in absolute terms by a factor that ranges between two and three.

4.17    The combined effect of all greenhouse gases in producing radiative forcing is often expressed in terms of the equivalent concentration of carbon dioxide which would produce the same forcing. Because of the effects of the other greenhouse gases, stabilization at some level of equivalent carbon dioxide concentration implies maintaining carbon dioxide concentration at a lower level.

4.18    The stabilization of greenhouse gas concentrations does not imply that there will be no further climate change. After stabilization is achieved, global mean surface temperature would continue to rise for some centuries and sea level for many centuries.

---

[15]   These calculations of emissions per unit of economic activity do not include emissions from land-use changes or adjustments to reflect the informal economy.

11

BLM_0152298

# TECHNOLOGY AND POLICY OPTIONS FOR MITIGATION    5

5.1    The IPCC Second Assessment Report (1995) examines a wide range of approaches to reduce emissions and enhance sinks of green-house gases. This section provides technical information on options that could be used to reduce anthropogenic emissions and enhance sinks of the principal greenhouse gases with a view to stabilizing their atmospheric concentrations; however, this analysis does not attempt to quantify potential macroeconomic consequences that may be asso-ciated with mitigation.

5.2    Significant reductions in net greenhouse gas emissions are technically possible and can be economically feasible. These reduc-tions can be achieved by utilizing an extensive array of technologies and policy measures that accelerate technology development, diffu-sion and transfer in all sectors, including the energy, industry, transportation, residential/commercial and agricultural/forestry sectors.

5.3    The degree to which technical potential and cost-effec-tiveness are realized is dependent on initiatives to counter lack of information and overcome cultural, institutional, legal, financial and economic barriers which can hinder diffusion of technology or behavioural changes.

5.4    By the year 2100, the world's commercial energy system in effect will be replaced at least twice, offering opportunities to change the energy system without premature retirement of capital stock; significant amounts of capital stock in the industrial, commercial, residential and agricultural/forestry sectors will also be replaced. These cycles of capital replacement provide opportunities to utilize new, better performing technologies.

## Energy demand

5.5    The IPCC projects (IPCC 1992; IPCC 1994) that without policy intervention, there could be significant growth in emissions from the industrial, transportation and commercial/residential build-ings sectors. Numerous studies have indicated that 10-30% energy efficiency gains above present levels are feasible at negative[16] to zero cost in each of the sectors in many parts of the world through tech-nical conservation measures and improved management practices over the next two to three decades. Using technologies that presently yield the highest output of energy services for a given input of energy, efficiency gains of 50-60% would be technically feasible in many countries over the same time period. Achieving these poten-tials will depend on future cost reductions, the rate of development and implementation of new technologies, financing and technology transfer, as well as measures to overcome a variety of non-technical barriers. Because energy use is growing worldwide, even replacing

current technology with more-efficient technology could still lead to an absolute increase in greenhouse gas emissions in the future. Technologies and measures to reduce greenhouse gas emissions in energy end-use sectors include:

- *Industry*: improving efficiency; recycling materials and switching to those with lower greenhouse gas emissions; and developing processes that use less energy and materials.
- *Transportation*: the use of very efficient vehicle drive-trains, light-weight construction and low-air-resistance design; the use of smaller vehicles; altered land-use patterns, transport systems, mobility patterns and lifestyles; and shifting to less energy-intensive trans-port modes; and the use of alternative fuels and electricity from renewable and other fuel sources which do not enhance atmos-pheric greenhouse gas concentrations.
- *Commercial/residential*: reduced heat transfers through building structures and more-efficient space-conditioning and water supply systems, lighting and appliances.

## Energy supply

5.6    It is technically possible to realize deep emissions reductions in the energy supply sector within 50 to 100 years using alternative strategies, in step with the normal timing of investments to replace infrastructure and equipment as it wears out or becomes obsolete. Promising approaches, not ordered according to priority, include:

(a)    Greenhouse gas reductions in the use of fossil fuels
- More-efficient conversion of fossil fuels (e.g., combined heat and power production and more-efficient generation of electricity);
- Switching to low-carbon fossil fuels and suppressing emis-sions (switching from coal to oil or natural gas, and from oil to natural gas);
- Decarbonization of flue gases and fuels and carbon dioxide storage (e.g., removal and storage of $CO_2$ from the use of fossil fuel feedstocks to make hydrogen-rich fuels);
- Reducing fugitive emissions, especially of methane, in fuel extraction and distribution.
(b)    Switching to non-fossil fuel sources of energy
- Switching to nuclear energy (if generally acceptable responses can be found to concerns such as about reactor safety, radioactive-waste transport and disposal, and nuclear proliferation);
- Switching to renewable sources of energy (e.g., solar, biomass, wind, hydro and geothermal).

---

[16]  Negative cost means an economic benefit.

BLM_0152299

## Integration of energy system mitigation options

5.7     The potential for greenhouse gas emission reductions exceeds the potential for energy use efficiency because of the possibility of switching fuels and energy sources, and reducing the demand for energy services. Even greater energy efficiency, and hence reduced greenhouse gas emissions, could be attained with comprehensive energy source-to-service chains.

5.8     To assess the potential impact of combinations of individual measures at the energy systems level, "thought experiments" exploring variants of a low-$CO_2$ emitting energy supply system were described. These variants illustrate the *technical* possibility of deep reductions in $CO_2$ emissions from the energy supply system within 50 to 100 years using alternative strategies. These exercises indicate the *technical* possibility of reducing annual global emissions from 6 GtC in 1990 to about 4 GtC in 2050 and to about 2 GtC by 2100. Cumulative $CO_2$ emissions from 1990 to 2100 would range from about 450 GtC to about 470 GtC in these constructions, thus keeping atmospheric concentrations below 500 ppmv.

5.9     Costs for integrated energy services relative to costs for conventional energy depend on relative future energy prices, which are uncertain within a wide range, and on the performance and cost characteristics assumed for alternative technologies. However, within the wide range of future energy prices, one or more of the variants would plausibly be capable of providing the demanded energy services at estimated costs that are approximately the same as estimated future costs for current conventional energy. It is not possible to identify a least-cost future energy system for the longer term, as the relative costs of options depend on resource constraints and technological opportunities that are imperfectly known, and on actions by governments and the private sector. Improving energy efficiency, a strong and sustained investment in research, and development and demonstration to encourage transfer and diffusion of alternative energy supply technologies are critical to deep reductions in greenhouse gas emissions. Many of the technologies being developed would need initial support to enter the market and to reach sufficient volume to lower costs to become competitive.

5.10     Market penetration and continued acceptability of different energy technologies ultimately depend on their relative cost, performance (including environmental performance), institutional arrangements, and regulations and policies. Because costs vary by location and application, the wide variety of circumstances creates initial opportunities for new technologies to enter the market. Deeper understanding of the opportunities for emissions reductions would require more detailed analysis of options, taking into account local conditions.

## Industrial process and human settlement emissions

5.11     Large reductions are possible in some cases in process-related greenhouse gases including $CO_2$, $CH_4$, $N_2O$, halocarbons and $SF_6$, released during manufacturing and industrial processes, such as production of iron, steel, aluminum, ammonia, cement and other materials. Measures include modifying production processes, eliminating solvents, replacing feedstocks, materials substitution, increased recycling and reduced consumption of greenhouse gas-intensive materials. Capturing and utilizing methane from landfills and sewage treatment facilities, and lowering the leakage rate of halocarbon refrigerants from mobile and stationary sources, also can lead to significant greenhouse gas emission reductions.

## Agriculture, rangelands and forestry

5.12     Beyond the use of biomass fuels to displace fossil fuels, the management of forests, agricultural lands and rangelands can play an important role in reducing current emissions of carbon dioxide, methane and nitrous oxide, and enhancing carbon sinks. A number of measures could conserve and sequester substantial amounts of carbon (approximately 60-90 GtC in the forestry sector alone) over the next 50 years. In the forestry sector, measures include sustaining existing forest cover; slowing deforestation; natural forest regeneration; establishment of tree plantations; promoting agroforestry. Other practices in the agriculture sector could reduce emissions of other greenhouse gases such as methane and nitrous oxide. In the forestry sector, costs for conserving and sequestering carbon in biomass and soil are estimated to range widely but can be competitive with other mitigation options.

## Policy instruments

5.13     The availability of low carbon technologies is a prerequisite for, but not a guarantee of, the ability to reduce greenhouse gas emissions at reasonable cost. Mitigation of emissions depends on reducing barriers to the diffusion and transfer of technology, mobilizing financial resources, supporting capacity building in developing countries and countries with economies in transition, and other approaches to assist in the implementation of behavioural changes and technological opportunities in all regions of the globe. The optimum mix of policies will vary from country to country, depending upon energy markets, economic considerations, political structure and societal receptiveness. The leadership of national governments in applying these policies will contribute to responding to the adverse consequences of climate change. Policies to reduce net greenhouse gas emissions appear more easily implemented when they are designed to also address other concerns that impede sustainable development (e.g., air pollution, soil erosion). A number of policies, many of which might be used by individual nations unilaterally, and some of which may be used by groups of countries and would require regional or international agreement, can facilitate the penetration of less greenhouse gas-intensive technologies and modified consumption patterns. These include, *inter alia* (not ordered according to priority):

- Putting in place appropriate institutional and structural frameworks;

13

BLM_0152300

- Energy pricing strategies — for example, carbon or energy taxes and reduced energy subsidies;
- Phasing out those existing distortionary policies which increase greenhouse gas emissions, such as some subsidies and regulations, non-internalization of environmental costs, and distortions in agriculture and transport pricing;
- Tradable emissions permits;
- Voluntary programmes and negotiated agreements with industry;
- Utility demand-side management programmes;
- Regulatory programmes including minimum energy-efficiency standards, such as for appliances and fuel economy;
- Stimulating research, development and demonstration to make new technologies available;
- Market pull and demonstration programmes that stimulate the development and application of advanced technologies;
- Renewable energy incentives during market build-up;
- Incentives such as provisions for accelerated depreciation and reduced costs for consumers;
- Education and training; information and advisory measures;
- Options that also support other economic and environmental goals.

5.14     The choice of measures at the domestic level may reflect objectives other than cost-effectiveness such as meeting fiscal targets. If a carbon or carbon-energy tax is used as a policy instrument for reducing emissions, the taxes could raise substantial revenues and how the revenues are distributed could dramatically affect the cost of mitigation. If the revenues are distributed by reducing distortionary taxes in the existing system, they will help reduce the excess burden of the existing tax system, potentially yielding an additional economic benefit (double dividend).  For example, those of the European studies which are more optimistic regarding the potential for tax recycling, show lower and, in some instances, slightly negative costs. Conversely, inefficient recycling of the tax revenues could increase costs. For example, if the tax revenues are used to finance government programmes that yield a lower return than the private sector investments foregone because of the tax, then overall costs will increase. The choice of instruments may also reflect other environmental objectives such as reducing non-greenhouse pollution emissions or increasing forest cover or other concerns such as specific impacts on particular regions or communities.

# EQUITY AND SOCIAL CONSIDERATIONS                                    6

6.1     Equity considerations are an important aspect of climate change policy and of the Convention and in achieving sustainable development[17]. Equity involves procedural as well as consequential issues. Procedural issues relate to how decisions are made while consequential issues relate to outcomes. To be effective and to promote cooperation, agreements must be regarded as legitimate, and equity is an important element in gaining legitimacy.

6.2     Procedural equity encompasses process and participation issues. It requires that all Parties be able to participate effectively in international negotiations related to climate change. Appropriate measures to enable developing country Parties to participate effectively in negotiations increase the prospects for achieving effective, lasting and equitable agreements on how best to address the threat of climate change. Concern about equity and social impacts points the need to build endogenous capabilities and strengthen institutional capacities, particularly in developing countries, to make and implement collective decisions in a legitimate and equitable manner.

6.3     Consequential equity has two components: the distribution of the costs of damages or adaptation and of measures to mitigate climate change. Because countries differ substantially in vulnerability, wealth, capacity, resource endowments and other factors listed below, unless addressed explicitly, the costs of the damages, adaptation and mitigation may be borne inequitably.

6.4     Climate change is likely to impose costs on future generations and on regions where damages occur, including regions with low greenhouse gas emissions. Climate change impacts will be distributed unevenly.

6.5     The intertemporal aspects of climate change policy also raise questions of intergenerational equity because future generations are not able to influence directly the policies being chosen today that could affect their well-being, and because it might not be possible to compensate future generations for consequent reductions in their well-being. Discounting is the principal analytical tool economists use to compare economic effects that occur at different points in time. The choice of discount rate is of crucial technical importance for analyses of climate change policy, because the time horizon is extremely long and mitigation costs tend to come much earlier than the benefits of avoided damages. The higher the discount rate, the less future benefits and the more current costs matter in the analysis.

6.6     The Convention recognizes in Article 3.1 the principle of common but differentiated responsibilities and respective

---

17  In common language equity means "the quality of being impartial" or "something that is fair and just".

BLM_0152301

capabilities. Actions beyond "no regrets[18]" measures impose costs on the present generation. Mitigation policies unavoidably raise issues about how to share the costs. The initial emission limitation intentions of Annex I Parties represent an agreed collective first step of those parties in addressing climate change.

6.7     Equity arguments can support a variety of proposals to distribute mitigation costs. Most of them seem to cluster around or combine approaches: equal per capita emission allocations and allocations based on incremental departures from national baseline emissions (current or projected). The implications of climate change for developing countries are different from those for developed countries. The former often have different urgent priorities, weaker institutions and are generally more vulnerable to climate change. However, it is likely that developing countries' share of emissions will grow further to meet their social and developmental needs. Greenhouse gas emissions are likely to become increasingly global, even whilst substantial per-capita disparities are likely to remain.

6.8     There are substantial variations both among developed and developing countries that are relevant to the application of equity principles to mitigation. These include variations in historical and cumulative emissions, current total and per-capita emissions, emission intensities and economic output, projections of future emissions and factors such as wealth, energy structures and resource endowments.

6.9     A variety of ethical principles, including the importance of meeting people's basic needs, may be relevant to addressing climate change, but the application of principles developed to guide individual behaviour to relations among states is complex and not straightforward. Climate change policies should not aggravate existing disparities between one region and another nor attempt to redress all equity issues.

---

[18] "No regrets" measures are those whose benefits, such as reduced energy costs and reduced emissions of local/regional pollutants equal or exceed their cost to society, *excluding* the benefits of climate change mitigation. They are sometimes knows as "measures worth doing anyway".

# ECONOMIC DEVELOPMENT TO PROCEED IN A SUSTAINABLE MANNER

# 7

7.1     Economic development, social development and environmental protection are interdependent and mutually reinforcing components of sustainable development, which is the framework for our efforts to achieve a higher quality of life for all people. The UNFCCC notes that responses to climate change should be coordinated with social and economic development in an integrated manner with a view to avoiding adverse impacts on the latter, taking into full account the legitimate priority needs of developing countries for the achievement of sustainable development and the eradication of poverty. The Convention also notes the common but differentiated responsibilities and respective capabilities of all Parties to protect the climate system. This section reviews briefly what is known about the costs and benefits of mitigation and adaptation measures as they relate, *inter alia*, to the sustainability of economic development and environment.

## Social costs of climate change

7.2     Net climate change damages include both market and non-market impacts as far as they can be quantified at present and, in some cases, adaptation costs. Damages are expressed in net terms to account for the fact that there are some beneficial impacts of climate change as well, which are, however, dominated by the damage costs. Non-market impacts, such as human health, risk of human mortality and damage to ecosystems, form an important component of available estimates of the social costs of climate change. The estimates of non-market damages, however, are highly speculative and not comprehensive and are thus a source of major uncertainty in assessing the implications of global climate change for human welfare.

7.3     The assessed literature quantifying total damages from 2 to 3°C warming provides a wide range of point estimates for damages given the presumed change in atmospheric greenhouse gas concentrations. The aggregate estimates tend to be a few per cent of world GDP, with, in general, considerably higher estimates of damage to developing countries as a share of their GDP. The aggregate estimates are subject to considerable uncertainty, but the range of uncertainty cannot be gauged from the literature. The range of estimates cannot be interpreted as a confidence interval given the widely differing assumptions and methodologies in the studies. Aggregation is likely to mask even greater uncertainties about damage components. Regional or sectoral approaches to estimating the consequences of climate change include a much wider range of estimates of the net economic effects. For some areas, damages are estimated to be significantly greater and could negatively affect economic development. For others, climate change is estimated to increase economic production and present opportunities for economic development. Equalizing the value of a statistical life at the level typical of that in developed countries would increase monetized damages several times, and would further increase the share of the developing countries in the total damage estimate. Small islands and low-lying coastal areas are particularly vulnerable. Damages from possible large-scale catastrophes, such as major changes in ocean circulation, are not reflected in these estimates.

## Benefits of limiting climate change

7.4     The benefits of limiting greenhouse gas emissions and enhancing sinks are: (*a*) the climate change damages and

BLM_0152302

adaptation costs avoided; and (b) the indirect economic and environmental benefits associated with the relevant policies — such as reductions in other pollutants jointly produced with greenhouse gases, biological diversity conserved and technological innovation driven by climate change response.

## Adaptation costs

7.5      Many options are available for adapting to the impacts of climate change and thus reducing the damages to national economies and natural ecosystems. Adaptive options are available in many sectors, ranging from agriculture and energy to health, coastal zone management, off-shore fisheries and recreation. Some of these provide enhanced ability to cope with the current impacts of climate variability. Systematic estimates of the costs of adaptation to cope with impacts on agriculture, human health, water supplies and other changes are not available. Where adaptation measures are technically feasible, costs of adaptation, for example to sea-level rise, could be prohibitively expensive for some countries without external assistance.

## Mitigation costs and benefits

7.6      The costs of stabilizing atmospheric concentrations of greenhouse gases at levels and within a time-frame which will prevent dangerous anthropogenic interference with the climate system will be critically dependent on the choice of emissions time path, consumption patterns, resource and technology availability and the choice of policy instruments. The cost of the abatement programme will be influenced by the rate of capital replacement, the discount rate and the effect of research and development. Failure to adopt policies as early as possible to encourage efficient replacement investments at the end of the economic life of plant and equipment (i.e., at the point of capital stock turnover) impose an economic cost to society. Implementing emissions reductions at rates that can be absorbed in the course of normal stock turnover is likely to be cheaper than enforcing premature retirement now. The choice of abatement paths thus involves balancing the economic risks of rapid abatement now against the risks of delay. Mitigation measures undertaken in a way that capitalize on other environmental benefits could be cost-effective and enhance sustainable development. Movement of polluting activities which lead to an increase in global greenhouse gas emissions can be lessened through coordinated actions of groups of countries.

7.7      While very few studies of the costs to stabilize atmospheric concentrations of greenhouse gases have been published, some estimates of the costs of various degrees of emissions reductions are available in the literature. Mitigation cost estimates vary widely, depending upon choice of methodologies, underlying assumptions, emission scenarios, policy instruments, reporting year, etc.

7.8      Despite significant differences in views, there is agreement that energy efficiency gains of perhaps 10-30% above baseline trends over the next two to three decades can be realized at negative

to zero net cost. With longer time horizons, which allow a more complete turnover of capital stocks and which give research, development and demonstration, and market transformation policies a chance to impact multiple replacement cycles, this potential is much higher. The magnitude of such "no regrets" potential depends upon the existence of substantial market or institutional imperfections that prevent cost-effective emission reduction measures from occurring. The key question is then the extent to which such imperfections and barriers can be removed cost-effectively by policy initiatives.

7.9      **OECD countries**: Although it is difficult to generalize, top-down[19] analyses suggest that the costs of substantial reductions below 1990 $CO_2$ emissions levels could be as high as several per cent of GDP. In the specific case of stabilizing emissions at 1990 levels, most studies estimate that annual costs in the range of minus 0.5 per cent of GDP (equivalent to a gain of about $60 billion in total for OECD countries at today's GDP levels) to plus 2 per cent of GDP (equivalent to a loss of about $240 billion) could be reached over the next several decades. However, studies also show that appropriate timing of abatement measures and the availability of low-cost alternatives may substantially reduce the size of the overall bill. Some bottom-up studies show that the costs of reducing emissions by 20% in developed countries within two to three decades are negligible to negative. Other bottom-up studies suggest that there exists a potential for absolute reductions in excess of 50% in the longer term, without increasing and perhaps even reducing total energy system costs.

7.10      **Countries with economies in transition**: The potential for cost-effective reductions in energy use is apt to be considerable but the realizable potential will depend upon what economic and technological development path is chosen, as well as the availability of capital to pursue different paths. A critical issue is the future of structural changes in these countries that are apt to change dramatically the level of baseline emissions and the emission reduction costs.

7.11      **Developing countries**: Analyses suggest that there may be substantial low-cost fossil fuel carbon dioxide emission reduction opportunities for developing countries. Development pathways that increase energy efficiency, promote alternative energy technologies, reduce deforestation and enhance agricultural productivity and biomass energy production can be economically beneficial. To embark upon this pathway may require significant international cooperation and financial and technology transfer. However, these are likely to be insufficient to offset rapidly increasing emissions baselines, associated with increased economic growth and overall welfare. Stabilization of carbon dioxide emissions is likely to be costly.

---

19 See Box 1 in the Summary for Policymakers of IPCC Working Group III for a discussion of top-down and bottom-up models.

BLM_0152303

7.12    Cost estimates for a number of specific approaches to mitigating emissions or enhancing sinks of greenhouse gases vary widely and depend on site-specific characteristics. This is true for renewable energy technologies, for example, as well as carbon sequestration options. The latter could offset as much as 15-30% of 1990 global energy-related emissions each year in forests for the next 50 years. The costs of carbon sequestration, which are competitive with source control options, differ among regions of the world.

7.13    Control of emissions of other greenhouse gases, especially methane and nitrous oxide, can provide significant cost-effective opportunities in some countries. About 10% of anthropogenic methane emissions could be reduced at negative or low cost using available mitigation options for such methane sources as natural gas systems, waste management and agriculture. Costs differ between countries and regions for some of these options.

### Subsidies, market imperfections and barriers

7.14    The world economy and indeed some individual national economies suffer from a number of price distortions which increase greenhouse gas emissions, such as some agricultural and fuel subsidies and distortions in transport pricing. A number of studies of this issue indicate that global emissions reductions of 4-18 % together with increases in real incomes are possible from phasing out fuel subsidies.

7.15    Progress has been made in a number of countries in cost-effectively reducing imperfections and institutional barriers in markets through policy instruments based on voluntary agreements, energy efficiency incentives, product efficiency standards and energy efficiency procurement programmes involving manufacturers and utility regulatory reforms. Where empirical evaluations have been made, many have found that the benefit-cost ratio of increasing energy efficiency was favourable, suggesting the practical feasibility of realizing "no regrets" potentials at negative net cost.

### Value of better information and research

7.16    The value of better information about the processes, impacts of and responses to climate change is likely to be great. Analysis of economic and social issues related to climate change, especially in developing countries, is a high priority for research. Further analysis is required concerning effects of response options on employment, inflation, trade, competitiveness and other public issues.

# THE ROAD FORWARD                                                    8

8.1    The scientific, technical, economic and social science literature does suggest ways to move forward towards the ultimate objective of the Convention. Possible actions include mitigation of climate change through reductions of emissions of greenhouse gases and enhancement of their removal by sinks, adaptation to observed and/or anticipated climate change, and research, development and demonstration to improve our knowledge of the risks of climate change and possible responses.

8.2    Uncertainties remain which are relevant to judgement of what constitutes dangerous anthropogenic interference with the climate system and what needs to be done to prevent such interference. The literature indicates, however, that significant "no regrets" opportunities are available in most countries and that the risk of aggregate net damage due to climate change, consideration of risk aversion and the precautionary approach, provide rationales for actions beyond "no regrets". The challenge is not to find the best policy today for the next 100 years, but to select a prudent strategy and to adjust it over time in the light of new information.

8.3    The literature suggests that flexible, cost-effective policies relying on economic incentives and instruments as well as coordinated instruments, can considerably reduce mitigation or adaptation costs, or can increase the cost-effectiveness of emission reduction measures. Appropriate long-run signals are required to allow producers and consumers to adapt cost-effectively to constraints on greenhouse gas emissions and to encourage investment, research, development and demonstration.

8.4    Many of the policies and decisions to reduce emissions of greenhouse gases and enhance their sinks, and eventually stabilize their atmospheric concentration, would provide opportunities and challenges for the private and public sectors. A carefully selected portfolio of national and international responses of actions aimed at mitigation, adaptation and improvement of knowledge can reduce the risks posed by climate change to ecosystems, food security, water resources, human health and other natural and socio-economic systems. There are large differences in the cost of reducing greenhouse gas emissions, and enhancing sinks, among countries due to their state of economic development, infrastructure choices and natural resource base. International cooperation in a framework of bilateral, regional or international agreements could significantly reduce the global costs of reducing emissions and lessening emission leakages. If carried out with care, these responses would help to meet the challenge of climate change and enhance the prospects for sustainable economic development for all peoples and nations.

BLM_0152304

## Drafting team for the synthesis

Bert Bolin (Chairman of the IPCC and Chairman of the Drafting Team); John T. Houghton; Gylvan Meira Filho; Robert T. Watson; M. C. Zinyowera; James Bruce; Hoesung Lee; Bruce Callander; Richard Moss; Erik Haites; Roberto Acosta Moreno; Tariq Banuri; Zhou Dadi; Bronson Gardner; José Goldemberg; Jean-Charles Hourcade; Michael Jefferson; Jerry Melillo; Irving Mintzer; Richard Odingo; Martin Parry; Martha Perdomo; Cornelia Quennet-Thielen; Pier Vellinga; Narasimhan Sundararaman (Secretary of the IPCC).

## References

1. IPCC, 1990:
   (i) Climate Change, The IPCC Scientific Assessment
   (ii) Climate Change, The IPCC Impacts Assessment
   (iii) Climate Change, The IPCC Response Strategies
   (iv) Overview and Policymakers Summary

2. IPCC, 1992:
   (i) Climate Change 1992, The Supplementary Report to the IPCC Scientific Assessment
   (ii) Climate Change 1992, The Supplementary Report to the IPCC Impacts Assessment

3. IPCC, 1994: Climate Change 1994, Radiative Forcing of Climate Change and an Evaluation of the IPCC IS92 Emission Scenarios

4. IPCC, 1995:
   (i) Climate Change 1995, The IPCC Second Assessment Synthesis of Scientific-Technical Information Relevant to Interpreting Article 2 of the UN Framework Convention on Climate Change
   (ii) Climate Change 1995, The Science of Climate Change
   (iii) Climate Change 1995, Scientific-Technical Analyses of Impacts, Adaptations and Mitigation of Climate Change
   (iv) Climate Change 1995, The Economic and Social Dimensions of Climate Change

BLM_0152305

# SUMMARY FOR POLICYMAKERS:

# THE SCIENCE OF CLIMATE CHANGE

# IPCC WORKING GROUP I

BLM_0152306

BLM_0152307

# SUMMARY FOR POLICYMAKERS:
# THE SCIENCE OF CLIMATE CHANGE

Considerable progress has been made in the understanding of climate change[1] science since 1990 and new data and analyses have become available.

## 1.    GREENHOUSE GAS CONCENTRATIONS HAVE CONTINUED TO INCREASE

Increases in greenhouse gas concentrations since pre-industrial times (i.e., since about 1750) have led to a positive *radiative forcing*[2] of climate, tending to warm the surface and to produce other changes of climate.

- The atmospheric concentrations of greenhouse gases, *inter alia*, carbon dioxide ($CO_2$), methane ($CH_4$) and nitrous oxide ($N_2O$) have grown significantly: by about 30%, 145%, and 15%, respectively (values for 1992). These trends can be attributed largely to human activities, mostly fossil-fuel use, land-use change and agriculture.
- The growth rates of $CO_2$, $CH_4$ and $N_2O$ concentrations were low during the early 1990s. While this apparently natural variation is not yet fully explained, recent data indicate that the growth rates are currently comparable to those averaged over the 1980s.
- The direct radiative forcing of the long-lived greenhouse gases (2.45 Wm$^{-2}$) is due primarily to increases in the concentrations of $CO_2$ (1.56 Wm$^{-2}$), $CH_4$ (0.47 Wm$^{-2}$) and $N_2O$ (0.14 Wm$^{-2}$) (values for 1992).
- Many greenhouse gases remain in the atmosphere for a long time (for $CO_2$ and $N_2O$, many decades to centuries), hence they affect radiative forcing on long time-scales.
- The direct radiative forcing due to the CFCs and HCFCs combined is 0.25 Wm$^{-2}$. However, their *net* radiative forcing is reduced by about 0.1 Wm$^{-2}$ because they have caused stratospheric ozone depletion which gives rise to a negative radiative forcing.
- Growth in the concentration of CFCs, but not HCFCs, has slowed to about zero. The concentrations of both CFCs and HCFCs, and their consequent ozone depletion, are expected to decrease substantially by 2050 through implementation of the Montreal Protocol and its Adjustments and Amendments.
- At present, some long-lived greenhouse gases (particularly HFCs (a CFC substitute), PFCs and $SF_6$) contribute little to radiative forcing but their projected growth could contribute several per cent to radiative forcing during the 21st century.
- If carbon dioxide emissions were maintained at near current (1994) levels, they would lead to a nearly constant rate of increase in atmospheric concentrations for at least two centuries, reaching about 500 ppmv (approaching twice the pre-industrial concentration of 280 ppmv) by the end of the 21st century.
- A range of carbon cycle models indicates that stabilization of atmospheric $CO_2$ concentrations at 450, 650 or 1000 ppmv could be achieved only if global anthropogenic $CO_2$ emissions drop to 1990 levels by, respectively, approximately 40, 140 or 240 years from now, and drop substantially below 1990 levels subsequently.
- Any eventual stabilized concentration is governed more by the accumulated anthropogenic $CO_2$ emissions from now until the time of stabilization than by the way those emissions change over the period. This means that, for a given stabilized concentration value, higher emissions in early decades require lower emissions later on. Among the range of stabilization cases studied, for stabilization at 450, 650 or 1000 ppmv, accumulated anthropogenic emissions over the period 1991 to 2100 are 630 GtC[3], 1030 GtC and 1410 GtC, respectively (± approximately 15% in each case). For comparison the corresponding accumulated emissions for IPCC IS92 emission scenarios range from 770 to 2190 GtC.
- Stabilization of $CH_4$ and $N_2O$ concentrations at today's levels would involve reductions in anthropogenic emissions of 8% and more than 50% respectively.
- There is evidence that tropospheric ozone concentrations in the Northern Hemisphere have increased since pre-industrial times because of human activity and that this has resulted in a positive radiative forcing. This forcing is not yet well characterized, but it is estimated to be about 0.4 Wm$^{-2}$ (15% of that from the long-lived greenhouse gases). However, the observations of the most recent decade show that the upward trend has slowed significantly or stopped.

## 2.    ANTHROPOGENIC AEROSOLS TEND TO PRODUCE NEGATIVE RADIATIVE FORCINGS

- Tropospheric aerosols (microscopic airborne particles) resulting from combustion of fossil fuels, biomass burning and other sources have led to a negative direct forcing of about 0.5 Wm$^{-2}$, as a global average, and possibly also to a negative indirect forcing of a similar magnitude. While the negative forcing is focused in particular regions and subcontinental areas, it can have continental to hemispheric scale effects on climate patterns.
- Locally, the aerosol forcing can be large enough to more than offset the positive forcing due to greenhouse gases.

---

[1] Climate change in IPCC Working Group I usage refers to any change in climate over time whether due to natural variability or as a result of human activity. This differs from the usage in the UN Framework Convention on Climate Change where "climate change" refers to a change of climate which is attributed directly or indirectly to human activity that alters the composition of the global atmosphere and which is in addition to natural climate variability observed over comparable time periods.

[2] A simple measure of the importance of a potential climate change mechanism. Radiative forcing is the perturbation to the energy balance of the Earth-atmosphere system (in Watts per square metre [Wm$^{-2}$]).

[3] 1 GtC = 1 billion tonnes of carbon.

BLM_0152308