- In contrast to the long-lived greenhouse gases, anthropogenic aerosols are very short-lived in the atmosphere, hence their radiative forcing adjusts rapidly to increases or decreases in emissions.

## 3. CLIMATE HAS CHANGED OVER THE PAST CENTURY

At any one location, year-to-year variations in weather can be large, but analyses of meteorological and other data over large areas and over periods of decades or more have provided evidence for some important systematic changes.

- Global mean surface air temperature has increased by between about 0.3 and 0.6°C since the late 19th century; the additional data available since 1990 and the re-analyses since then have not significantly changed this range of estimated increase.
- Recent years have been among the warmest since 1860, i.e., in the period of instrumental record, despite the cooling effect of the 1991 Mt Pinatubo volcanic eruption.
- Night-time temperatures over land have generally increased more than daytime temperatures.
- Regional changes are also evident. For example, the recent warming has been greatest over the mid-latitude continents in winter and spring, with a few areas of cooling, such as the North Atlantic ocean. Precipitation has increased over land in high latitudes of the Northern Hemisphere, especially during the cold season.
- Global sea level has risen by between 10 and 25 cm over the past 100 years and much of the rise may be related to the increase in global mean temperature.
- There are inadequate data to determine whether consistent global changes in climate variability or weather extremes have occurred over the 20th century. On regional scales there is clear evidence of changes in some extremes and climate variability indicators (e.g., fewer frosts in several widespread areas; an increase in the proportion of rainfall from extreme events over the contiguous states of the USA). Some of these changes have been toward greater variability; some have been toward lower variability.
- The 1990 to mid-1995 persistent warm-phase of the *El Niño*-Southern Oscillation (which causes droughts and floods in many areas) was unusual in the context of the last 120 years.

## 4. THE BALANCE OF EVIDENCE SUGGESTS A DISCERNIBLE HUMAN INFLUENCE ON GLOBAL CLIMATE

Any human-induced effect on climate will be superimposed on the background "noise" of natural climate variability, which results both from internal fluctuations and from external causes such as solar variability or volcanic eruptions. Detection and attribution studies attempt to distinguish between anthropogenic and natural influences. "Detection of change" is the process of demonstrating that an observed change in climate is highly unusual in a statistical sense, but does not provide a reason for the change. "Attribution" is the process of establishing cause and effect relations, including the testing of competing hypotheses.

Since the 1990 IPCC Report, considerable progress has been made in attempts to distinguish between natural and anthropogenic influences on climate. This has been achieved by including effects of sulphate aerosols in addition to greenhouse gases, thus leading to more realistic estimates of human-induced radiative forcing. These have then been used in climate models to provide more complete simulations of the human-induced climate-change 'signal'. In addition, new simulations with coupled atmosphere-ocean models have provided important information about decade to century time-scale natural internal climate variability. A further major area of progress is the shift of focus from studies of global-mean changes to comparisons of modelled and observed spatial and temporal patterns of climate change.

The most important results related to the issues of detection and attribution are:

- The limited available evidence from proxy climate indicators suggests that the 20th century global mean temperature is at least as warm as any other century since at least 1400 A.D. Data prior to 1400 are too sparse to allow the reliable estimation of global mean temperature.
- Assessments of the statistical significance of the observed global mean surface air temperature trend over the last century have used a variety of new estimates of natural internal and externally-forced variability. These are derived from instrumental data, palaeodata, simple and complex climate models, and statistical models fitted to observations. Most of these studies have detected a significant change and show that the observed warming trend is unlikely to be entirely natural in origin.
- More convincing recent evidence for the attribution of a human effect on climate is emerging from pattern-based studies, in which the modelled climate response to combined forcing by greenhouse gases and anthropogenic sulphate aerosols is compared with observed geographical, seasonal and vertical patterns of atmospheric temperature change. These studies show that such pattern correspondences increase with time, as one would expect, as an anthropogenic signal increases in strength. Furthermore, the probability is very low that these correspondences could occur by chance as a result of natural internal variability only. The vertical patterns of change are also inconsistent with those expected for solar and volcanic forcing.
- Our ability to quantify the human influence on global climate is currently limited because the expected signal is still emerging from the noise of natural variability, and because there are uncertainties in key factors. These include the magnitude and patterns of long-term natural variability and the time-evolving pattern of forcing by, and response to, changes in concentrations of greenhouse gases and aerosols, and land surface changes. Nevertheless, the balance of evidence suggests that there is a discernible human influence on global climate.

## 5. CLIMATE IS EXPECTED TO CONTINUE TO CHANGE IN THE FUTURE

The IPCC has developed a range of scenarios, IS92a-f, of future greenhouse gas and aerosol precursor emissions based on

BLM_0152309

assumptions concerning population and economic growth, land-use, technological changes, energy availability and fuel mix during the period 1990 to 2100. Through understanding of the global carbon cycle and of atmospheric chemistry, these emissions can be used to project atmospheric concentrations of greenhouse gases and aerosols and the perturbation of natural radiative forcing. Climate models can then be used to develop projections of future climate.

- The increasing realism of simulations of current and past climate by coupled atmosphere-ocean climate models has increased our confidence in their use for projection of future climate change. Important uncertainties remain, but these have been taken into account in the full range of projections of global mean temperature and sea-level change.

- For the mid-range IPCC emission scenario, IS92a, assuming the "best estimate" value of climate sensitivity[4] and including the effects of future increases in aerosol, models project an increase in global mean surface air temperature relative to 1990 of about 2°C by 2100. This estimate is approximately one-third lower than the "best estimate" in 1990. This is due primarily to lower emission scenarios (particularly for $CO_2$ and the CFCs), the inclusion of the cooling effect of sulphate aerosols, and improvements in the treatment of the carbon cycle. Combining the lowest IPCC emission scenario (IS92c) with a "low" value of climate sensitivity and including the effects of future changes in aerosol concentrations leads to a projected increase of about 1°C by 2100. The corresponding projection for the highest IPCC scenario (IS92e) combined with a "high" value of climate sensitivity gives a warming of about 3.5°C. In all cases the average rate of warming would probably be greater than any seen in the last 10,000 years, but the actual annual to decadal changes would include considerable natural variability. Regional temperature changes could differ substantially from the global mean value. Because of the thermal inertia of the oceans, only 50-90% of the eventual equilibrium temperature change would have been realized by 2100 and temperature would continue to increase beyond 2100, even if concentrations of greenhouse gases were stabilized by that time.

- Average sea level is expected to rise as a result of thermal expansion of the oceans and melting of glaciers and ice-sheets. For the IS92a scenario, assuming the "best estimate" values of climate sensitivity and of ice-melt sensitivity to warming, and including the effects of future changes in aerosol, models project an increase in sea level of about 50 cm from the present to 2100. This estimate is approximately 25% lower than the "best estimate" in 1990 due to the lower temperature projection, but also reflecting improvements in the climate and ice-melt models. Combining the lowest emission scenario (IS92c) with the "low" climate and ice-melt sensitivities and including aerosol effects gives a projected sea-level rise of about 15 cm from the present to 2100. The corresponding projection for the highest emission scenario (IS92e) combined with "high" climate and ice-melt sensitivities gives a sea-level rise of about 95 cm from the present to 2100. Sea level would continue to rise at a similar rate in future centuries beyond 2100, even if concentrations of greenhouse gases were stabilized by that time, and would continue to do so even beyond the time of stabilization of global mean temperature. Regional sea-level changes may differ

from the global mean value owing to land movement and ocean current changes.

- Confidence is higher in the hemispheric-to-continental scale projections of coupled atmosphere-ocean climate models than in the regional projections, where confidence remains low. There is more confidence in temperature projections than hydrological changes.

- All model simulations, whether they were forced with increased concentrations of greenhouse gases and aerosols or with increased concentrations of greenhouse gases alone, show the following features: greater surface warming of the land than of the sea in winter; a maximum surface warming in high northern latitudes in winter, little surface warming over the Arctic in summer; an enhanced global mean hydrological cycle, and increased precipitation and soil moisture in high latitudes in winter. All these changes are associated with identifiable physical mechanisms.

- In addition, most simulations show a reduction in the strength of the north Atlantic thermohaline circulation and a widespread reduction in diurnal range of temperature. These features too can be explained in terms of identifiable physical mechanisms.

- The direct and indirect effects of anthropogenic aerosols have an important effect on the projections. Generally, the magnitudes of the temperature and precipitation changes are smaller when aerosol effects are represented, especially in northern mid-latitudes. Note that the cooling effect of aerosols is not a simple offset to the warming effect of greenhouse gases, but significantly affects some of the continental scale patterns of climate change, most noticeably in the summer hemisphere. For example, models that consider only the effects of greenhouse gases generally project an increase in precipitation and soil moisture in the Asian summer monsoon region, whereas models that include, in addition, some of the effects of aerosols suggest that monsoon precipitation may decrease. The spatial and temporal distribution of aerosols greatly influences regional projections, which are therefore more uncertain.

- A general warming is expected to lead to an increase in the occurrence of extremely hot days and a decrease in the occurrence of extremely cold days.

- Warmer temperatures will lead to a more vigorous hydrological cycle; this translates into prospects for more severe droughts and/or floods in some places and less severe droughts and/or floods in other places. Several models indicate an increase in precipitation intensity, suggesting a possibility for more extreme rainfall events. Knowledge is currently insufficient to say whether there will be any changes in the occurrence or geographical distribution of severe storms, e.g., tropical cyclones.

- Sustained rapid climate change could shift the competitive balance among species and even lead to forest dieback, altering the terrestrial uptake and release of carbon. The magnitude is uncertain, but could be between zero and 200 GtC over the next one to two centuries, depending on the rate of climate change.

---

[4] In IPCC reports, climate sensitivity usually refers to the long-term (equilibrium) change in global mean surface temperature following a doubling of atmospheric equivalent $CO_2$ concentration. More generally, it refers to the equilibrium change in surface air temperature following a unit change in radiative forcing (°C/Wm$^{-2}$).

BLM_0152310

## 6.   THERE ARE STILL MANY UNCERTAINTIES

Many factors currently limit our ability to project and detect future climate change. In particular, to reduce uncertainties further work is needed on the following priority topics:

- Estimation of future emissions and biogeochemical cycling (including sources and sinks) of greenhouse gases, aerosols and aerosol precursors and projections of future concentrations and radiative properties.
- Representation of climate processes in models, especially feedbacks associated with clouds, oceans, sea ice and vegetation, in order to improve projections of rates and regional patterns of climate change.
- Systematic collection of long-term instrumental and proxy observations of climate system variables (e.g., solar output, atmospheric

energy balance components, hydrological cycles, ocean characteristics and ecosystem changes) for the purposes of model testing, assessment of temporal and regional variability, and for detection and attribution studies.

Future unexpected, large and rapid climate system changes (as have occurred in the past) are, by their nature, difficult to predict. This implies that future climate changes may also involve "surprises". In particular, these arise from the non-linear nature of the climate system. When rapidly forced, non-linear systems are especially subject to unexpected behaviour. Progress can be made by investigating non-linear processes and sub-components of the climatic system. Examples of such non-linear behaviour include rapid circulation changes in the North Atlantic and feedbacks associated with terrestrial ecosystem changes.

BLM_0152311

# SUMMARY FOR POLICYMAKERS:

# SCIENTIFIC-TECHNICAL ANALYSES OF IMPACTS, ADAPTATIONS AND MITIGATION OF CLIMATE CHANGE

## IPCC WORKING GROUP II

BLM_0152313

# SUMMARY FOR POLICYMAKERS: SCIENTIFIC-TECHNICAL ANALYSES OF IMPACTS, ADAPTATIONS AND MITIGATION OF CLIMATE CHANGE

## 1.   SCOPE OF THE ASSESSMENT

The charge to Working Group II of the Intergovernmental Panel on Climate Change (IPCC) was to review the state of knowledge concerning the impacts of climate change on physical and ecological systems, human health and socio-economic sectors. Working Group II also was charged with reviewing available information on the technical and economic feasibility of a range of potential adaptation and mitigation strategies. This assessment provides scientific, technical and economic information that can be used, *inter alia*, in evaluating whether the projected range of plausible impacts constitutes "dangerous anthropogenic interference with the climate system," as referred to in Article 2 of the United Nations Framework Convention on Climate Change (UNFCCC), and in evaluating adaptation and mitigation options that could be used in progressing towards the ultimate objective of the UNFCCC (see Box 1).

## 2.   NATURE OF THE ISSUE

Human activities are increasing the atmospheric concentrations of greenhouse gases — which tend to warm the atmosphere —and, in some regions, aerosols — which tend to cool the atmosphere. These

> **BOX 1. ULTIMATE OBJECTIVE OF THE UNFCCC (ARTICLE 2)**
>
> "...stabilization of greenhouse gas concentrations in the atmosphere at a level that would prevent dangerous anthropogenic interference with the climate system. Such a level should be achieved within a time-frame sufficient to allow ecosystems to adapt naturally to climate change, to ensure that food production is not threatened, and to enable economic development to proceed in a sustainable manner."

changes in greenhouse gases and aerosols, taken together, are projected to lead to regional and global changes in climate and climate-related parameters such as temperature, precipitation, soil moisture and sea level. Based on the range of sensitivities of climate to increases in greenhouse gas concentrations reported by IPCC Working Group I and plausible ranges of emissions (IPCC IS92; see Table 1), climate models, taking into account greenhouse gases and aerosols, project an increase in global mean surface temperature of about 1–3.5°C by 2100 and an associated increase in sea level of

**Table 1.** Summary of assumptions in the six IPCC 1992 alternative scenarios.

| Scenario | Population | Economic Growth | Energy Supplies |
|---|---|---|---|
| IS92a,b | World Bank 1991<br>11.3 billion by 2100 | 1990–2025: 2.9%<br>1990–2100: 2.3% | 12,000 EJ conventional oil<br>13,000 EJ natural gas<br>Solar costs fall to $0.075/kWh<br>191 EJ of biofuels available at $70/barrel* |
| IS92c | UN Medium-Low Case<br>6.4 billion by 2100 | 1990–2025: 2.0%<br>1990–2100: 1.2% | 8,000 EJ conventional oil<br>7,300 EJ natural gas<br>Nuclear costs decline by 0.4% annually |
| IS92d | UN Medium-Low Case<br>6.4 billion by 2100 | 1990–2025: 2.7%<br>1990–2100: 2.0% | Oil and gas same as IS92c<br>Solar costs fall to $0.065/kWh<br>272 EJ of biofuels available at $50/barrel |
| IS92e | World Bank 1991<br>11.3 billion by 2100 | 1990–2025: 3.5%<br>1990–2100: 3.0% | 18,400 EJ conventional oil<br>Gas same as IS92a,b<br>Phase out nuclear by 2075 |
| IS92f | UN Medium-High Case<br>17.6 billion by 2100 | 1990–2025: 2.9%<br>1990–2100: 2.3% | Oil and gas same as IS92e<br>Solar costs fall to $0.083/kWh<br>Nuclear costs increase to $0.09/kWh |

*Approximate conversion factor: 1 barrel = 6 GJ.

Source: IPCC, 1992: *Climate Change 1992: The Supplementary Report to the IPCC Scientific Assessment.* Section A3, prepared by IPCC Working Group I [J.T. Houghton, B.A. Callander and S.K. Varney (eds.)] and WMO/UNEP. Cambridge University Press, Cambridge, UK, 200 pp.

BLM_0152314

about 15–95 cm. The reliability of regional-scale predictions is still low and the degree to which climate variability may change is uncertain. However, potentially serious changes have been identified, including an increase in some regions in the incidence of extreme high-temperature events, floods and droughts, with resultant consequences for fires, pest outbreaks, and ecosystem composition, structure and functioning, including primary productivity.

Human health, terrestrial and aquatic ecological systems, and socio-economic systems (e.g., agriculture, forestry, fisheries and water resources) are all vital to human development and well-being and are all sensitive to changes in climate. Whereas many regions are likely to experience the adverse effects of climate change — some of which are potentially irreversible — some effects of climate change are likely to be beneficial. Hence, different segments of society can expect to confront a variety of changes and the need to adapt to them.

Policymakers are faced with responding to the risks posed by anthropogenic emissions of greenhouse gases in the face of significant scientific uncertainties. It is appropriate to consider these uncertainties in the context of information indicating that climate-induced environmental changes cannot be reversed quickly, if at all, due to the long time-scales associated with the climate system (see Box 2). Decisions taken during the next few years may limit the range of possible policy options in the future because high near-term emissions would require deeper reductions in the future to meet any given target concentration. Delaying action might reduce the overall costs of mitigation because of potential technological advances but could increase both the rate and the eventual magnitude of climate change, hence the adaptation and damage costs.

Policymakers will have to decide to what degree they want to take precautionary measures by mitigating greenhouse gas emissions and enhancing the resilience of vulnerable systems by means of adaptation. Uncertainty does not mean that a nation or the world community cannot position itself better to cope with the broad range of possible climate changes or protect against potentially costly future outcomes. Delaying such measures may leave a nation or the world poorly prepared to deal with adverse changes and may increase the possibility of irreversible or very costly consequences. Options for adapting to change or mitigating change that can be justified for other reasons today (e.g., abatement of air and water pollution) and make society more flexible or resilient to anticipated adverse effects of climate change appear particularly desirable.

## 3.   VULNERABILITY TO CLIMATE CHANGE

Article 2 of the UNFCCC explicitly acknowledges the importance of natural ecosystems, food production and sustainable economic development. This report addresses the potential *sensitivity*, *adaptability* and *vulnerability* of ecological and socio-economic systems — including hydrology and water resources management, human infrastructure and human health — to changes in climate (see Box 3).

**Human-induced climate change adds an important new stress.** Human-induced climate change represents an important additional stress, particularly to the many ecological and socio-economic systems already affected by pollution, increasing resource demands and nonsustainable management practices. The most vulnerable systems are those with the greatest sensitivity to climate changes and the least adaptability.

---

### BOX 2. TIME-SCALES OF PROCESSES INFLUENCING THE CLIMATE SYSTEM

- Turnover of the capital stock responsible for emissions of greenhouse gases: Years to decades

   (without premature retirement)

- Stabilization of atmospheric concentrations of long-lived greenhouse gases given a stable level of greenhouse gas emissions: Decades to millennia

- Equilibration of the climate system given a stable level of greenhouse gas concentrations: Decades to centuries

- Equilibration of sea level given a stable climate: Centuries

- Restoration/rehabilitation of damaged or disturbed ecological systems: Decades to centuries

   (some changes, such as species extinction, are irreversible, and it may be impossible to reconstruct and re-establish some disturbed ecosystems)

---

### BOX 3. SENSITIVITY, ADAPTABILITY AND VULNERABILITY

*Sensitivity* is the degree to which a system will respond to a change in climatic conditions (e.g., the extent of change in ecosystem composition, structure and functioning, including primary productivity, resulting from a given change in temperature or precipitation).

*Adaptability* refers to the degree to which adjustments are possible in practices, processes or structures of systems to projected or actual changes of climate. Adaptation can be spontaneous or planned, and can be carried out in response to or in anticipation of changes in conditions.

*Vulnerability* defines the extent to which climate change may damage or harm a system. It depends not only on a system's sensitivity but also on its ability to adapt to new climatic conditions.

Both the magnitude and the rate of climate change are important in determining the sensitivity, adaptability and vulnerability of a system.

---

BLM_0152315

**Most systems are sensitive to climate change.** Natural ecological systems, socio-economic systems and human health are all sensitive to both the magnitude and the rate of climate change.

**Impacts are difficult to quantify and existing studies are limited in scope.** Although our knowledge has increased significantly during the last decade, and qualitative estimates can be developed, quantitative projections of the impacts of climate change on any particular system at any particular location are difficult because regional-scale climate change predictions are uncertain; our current understanding of many critical processes is limited; and systems are subject to multiple climatic and non-climatic stresses, the interactions of which are not always linear or additive. Most impact studies have assessed how systems would respond to climate change resulting from an arbitrary doubling of equivalent atmospheric carbon dioxide ($CO_2$) concentrations. Furthermore, very few studies have considered dynamic responses to steadily increasing concentrations of greenhouse gases; fewer still have examined the consequences of increases beyond a doubling of equivalent atmospheric $CO_2$ concentrations or assessed the implications of multiple stress factors.

**Successful adaptation depends upon technological advances, institutional arrangements, availability of financing and information exchange.** Technological advances generally have increased adaptation options for managed systems such as agriculture and water supply. However, many regions of the world currently have limited access to these technologies and appropriate information. The efficacy and cost-effective use of adaptation strategies will depend upon the availability of financial resources, technology transfer, and cultural, educational, managerial, institutional, legal and regulatory practices, both domestic and international in scope. Incorporating climate-change concerns into resource-use and development decisions and plans for regularly scheduled investments in infrastructure will facilitate adaptation.

**Vulnerability increases as adaptive capacity decreases.** The vulnerability of human health and socio-economic systems —and, to a lesser extent, ecological systems — depends upon economic circumstances and institutional infrastructure. This implies that systems typically are more vulnerable in developing countries where economic and institutional circumstances are less favourable. People who live on arid or semi-arid lands, in low-lying coastal areas, in water-limited or flood-prone areas, or on small islands are particularly vulnerable to climate change. Some regions have become more vulnerable to hazards such as storms, floods and droughts as a result of increasing population density in sensitive areas such as river basins and coastal plains. Human activities, which fragment many landscapes, have increased the vulnerability of lightly managed and unmanaged ecosystems. Fragmentation limits natural adaptation potential and the potential effectiveness of measures to assist adaptation in these systems, such as the provision of migration corridors. A changing climate's near-term effects on ecological and socio-economic systems most likely will result from changes in the intensity and seasonal and geographic distribution of common weather hazards such as storms, floods and droughts. In most of these examples, vulnerability can be reduced by strengthening adaptive capacity.

**Detection will be difficult and unexpected changes cannot be ruled out.** Unambiguous detection of climate-induced changes in most ecological and social systems will prove extremely difficult in the coming decades. This is because of the complexity of these systems, their many non-linear feedbacks, and their sensitivity to a large number of climatic and non-climatic factors, all of which are expected to continue to change simultaneously. The development of a baseline projecting future conditions without climate change is crucial, for it is this baseline against which all projected impacts are measured. As future climate extends beyond the boundaries of empirical knowledge (i.e., the documented impacts of climate variation in the past), it becomes more likely that actual outcomes will include surprises and unanticipated rapid changes.

**Further research and monitoring are essential.** Enhanced support for research and monitoring, including cooperative efforts from national, international and multi-lateral institutions, is essential in order to improve significantly regional-scale climate projections; understand the responses of human health, ecological and socio-economic systems to changes in climate and other stress factors; and improve our understanding of the efficacy and cost-effectiveness of adaptation strategies.

### 3.1    Terrestrial and aquatic ecosystems

Ecosystems contain the Earth's entire reservoir of genetic and species diversity and provide many goods and services critical to individuals and societies. These goods and services include: (i) providing food, fibre, medicines and energy; (ii) processing and storing carbon and other nutrients; (iii) assimilating wastes, purifying water, regulating water runoff, and controlling floods, soil degradation and beach erosion; and (iv) providing opportunities for recreation and tourism. These systems and the functions they provide are sensitive to the rate and extent of changes in climate. Figure 1 illustrates that mean annual temperature and mean annual precipitation can be correlated with the distribution of the world's major biomes.

The composition and geographic distribution of many ecosystems will shift as individual species respond to changes in climate; there will likely be reductions in biological diversity and in the goods and services that ecosystems provide society. Some ecological systems may not reach a new equilibrium for several centuries after the climate achieves a new balance.

**Forests.** Models project that a sustained increase of 1°C in global mean temperature is sufficient to cause changes in regional climates that will affect the growth and regeneration capacity of forests in many regions. In several instances this will alter the function and composition of forests significantly. As a consequence of possible changes in temperature and water availability under doubled equivalent-$CO_2$ equilibrium conditions, a substantial fraction (a global average of one-third, varying by region from one-seventh to two-thirds) of the existing forested area of the world will undergo major changes in broad vegetation types — with the greatest changes occurring in high latitudes and the least in the tropics.

BLM_0152316

Climate change is expected to occur at a rapid rate relative to the speed at which forest species grow, reproduce and re-establish themselves. For mid-latitude regions, a global average warming of 1–3.5°C over the next 100 years would be equivalent to a poleward shift of the present isotherms by approximately 150–550 km or an altitude shift of about 150–550 m; in low latitudes, temperatures would generally be increased to higher levels than now exist. This compares to past tree species migration rates that are believed to be on the order of 4–200 km per century. Therefore, the species composition of forests is likely to change; entire forest types may disappear, while new assemblages of species, hence new ecosystems, may be established. Figure 2 depicts potential distribution of biomes under current and a doubled equivalent-$CO_2$ climate. Although net primary productivity could increase, the standing biomass of forests may not because of more frequent outbreaks and extended ranges of pests and pathogens, and increasing frequency and intensity of fires. Large amounts of carbon could be released into the atmosphere during transitions from one forest type to another because the rate at which carbon can be lost during times of high forest mortality is greater than the rate at which it can be gained through growth to maturity.



**Figure 1.** This figure illustrates that mean annual temperature and mean annual precipitation can be correlated with the distribution of the world's major biomes. While the role of these annual means in affecting this distribution is important, it should be noted that the distribution of biomes may also strongly depend on seasonal factors such as the length of the dry season or the lowest absolute minimum temperature, on soil properties such as water-holding capacity, on land-use history such as agriculture or grazing and on disturbance regimes such as the frequency of fire.

**Rangelands.** In tropical rangelands, mean temperature increases should not lead to major alterations in productivity and species composition, but altered rainfall amount and seasonality and increased evapotranspiration will. Increases in atmospheric $CO_2$ concentration may raise the carbon-to-nitrogen ratio of forage for herbivores, thus reducing its food value. Shifts in temperature and precipitation in temperate rangelands may result in altered growing seasons and boundary shifts between grasslands, forests and shrublands.

**Deserts and desertification.** Deserts are likely to become more extreme — in that, with few exceptions, they are projected to become hotter but not significantly wetter. Temperature increases could be a threat to organisms that exist near their heat-tolerance limits. The impacts on water balance, hydrology and vegetation are uncertain. Desertification, as defined by the UN Convention to Combat Desertification, is land degradation in arid, semi-arid and dry sub-humid areas resulting from various factors, including climatic variations and human activities. Desertification is more likely to become irreversible if the environment becomes drier and the soil becomes further degraded through erosion and compaction. Adaptation to drought and desertification may rely on the development of diversified production systems.

**Cryosphere.** Models project that between one-third and one-half of existing mountain glacier mass could disappear over the next 100 years. The reduced extent of glaciers and depth of snow cover also would affect the seasonal distribution of river flow and water supply for hydroelectric generation and agriculture. Anticipated hydrological changes and reductions in the areal extent and depth of permafrost could lead to large-scale damage to infrastructure, an additional flux of $CO_2$ into the atmosphere and changes in processes that contribute to the flux of methane ($CH_4$) into the atmosphere. Reduced sea-ice extent and thickness would increase the seasonal duration of navigation on rivers and in coastal areas that are presently affected by seasonal ice cover and may increase navigability in the Arctic Ocean. Little change in the extent of the Greenland and Antarctic ice sheets is expected over the next 50–100 years.

**Mountain regions.** The projected decrease in the extent of mountain glaciers, permafrost and snow cover caused by a warmer climate will affect hydrologic systems, soil stability and related socio-economic systems. The altitudinal distribution of vegetation is projected to shift to higher elevation; some species with climatic ranges limited to mountain tops could become extinct because of disappearance of habitat or reduced migration potential. Mountain resources such as food and fuel for indigenous populations may be disrupted in many developing countries. Recreational industries — of increasing economic importance to many regions — also are likely to be disrupted.

**Lakes, streams and wetlands.** Inland aquatic ecosystems will be influenced by climate change through altered water temperatures, flow regimes and water levels. In lakes and streams, warming would have the greatest biological effects at high latitudes, where biological productivity would increase, and at the low-latitude boundaries of cold- and cool-water species ranges, where extinctions would be

BLM_0152317



**Figure 2.** Potential distribution of the major world biomes under current climate conditions, simulated by Mapped Atmosphere-Plant-Soil System (MAPSS) model (top). "Potential distribution" indicates the natural vegetation that can be supported at each site, given monthly inputs of precipitation, temperature, humidity and windspeed. The lower product illustrates the projected distribution of the major world biomes by simulating the effects of $2 \times CO_2$-equivalent concentrations (GFDL general circulation model), including the direct physiological effects of $CO_2$ on vegetation. Both products are adapted from: Neilson, R.P. and D. Marks, 1994: A global perspective of regional vegetation and hydrologic sensitivities from climate change. *Journal of Vegetation Science*, 5, 715-730.

greatest. Warming of larger and deeper temperate zone lakes would increase their productivity; although in some shallow lakes and in streams, warming could increase the likelihood of anoxic conditions. Increases in flow variability, particularly the frequency and duration of large floods and droughts, would tend to reduce water quality and biological productivity and habitat in streams. Water-level declines will be most severe in lakes and streams in dry evaporative drainages and in basins with small catchments. The geographical distribution of wetlands is likely to shift with changes in temperature and precipitation. There will be an impact of climate change on greenhouse gas release from non-tidal wetlands, but there is uncertainty regarding the exact effects from site to site.

BLM_0152318

**Coastal systems.** Coastal systems are economically and ecologically important and are expected to vary widely in their response to changes in climate and sea level. Climate change and a rise in sea level or changes in storms or storm surges could result in the erosion of shores and associated habitat, increased salinity of estuaries and freshwater aquifers, altered tidal ranges in rivers and bays, changes in sediment and nutrient transport, a change in the pattern of chemical and microbiological contamination in coastal areas, and increased coastal flooding. Some coastal ecosystems are particularly at risk, including saltwater marshes, mangrove ecosystems, coastal wetlands, coral reefs, coral atolls and river deltas. Changes in these ecosystems would have major negative effects on tourism, freshwater supplies, fisheries and biodiversity. Such impacts would add to modifications in the functioning of coastal oceans and inland waters that already have resulted from pollution, physical modification and material inputs due to human activities.

**Oceans.** Climate change will lead to changes in sea level, increasing it on average, and also could lead to altered ocean circulation, vertical mixing, wave climate and reductions in sea-ice cover. As a result, nutrient availability, biological productivity, the structure and functions of marine ecosystems, and heat and carbon storage capacity may be affected, with important feedbacks to the climate system. These changes would have implications for coastal regions, fisheries, tourism and recreation, transport, off-shore structures and communication. Paleoclimatic data and model experiments suggest that abrupt climatic changes can occur if freshwater influx from the movement and melting of sea ice or ice sheets significantly weakens global thermohaline circulation.

## 3.2    Hydrology and water resources management

Climate change will lead to an intensification of the global hydrological cycle and can have major impacts on regional water resources. A change in the volume and distribution of water will affect both ground and surface water supply for domestic and industrial uses, irrigation, hydropower generation, navigation, instream ecosystems and water-based recreation.

Changes in the total amount of precipitation and in its frequency and intensity directly affect the magnitude and timing of runoff and the intensity of floods and droughts; however, at present, specific regional effects are uncertain. Relatively small changes in temperature and precipitation, together with the non-linear effects on evapotranspiration and soil moisture, can result in relatively large changes in runoff, especially in arid and semi-arid regions. High-latitude regions may experience increased runoff due to increased precipitation, whereas runoff may decrease at lower latitudes due to the combined effects of increased evapotranspiration and decreased precipitation. More intense rainfall would tend to increase runoff and the risk of flooding, although this would depend not only on the change in rainfall but also on catchment physical and biological characteristics. A warmer climate could decrease the proportion of precipitation falling as snow, leading to reductions in spring runoff and increases in winter runoff.

The quantity and quality of water supplies already are serious problems today in many regions, including some low-lying coastal areas, deltas and small islands, making countries in these regions particularly vulnerable to any additional reduction in indigenous water supplies. Water availability currently falls below 1,000 m$^3$ per person per year — a common benchmark for water scarcity — in a number of countries (e.g., Kuwait, Jordan, Israel, Rwanda, Somalia, Algeria, Kenya) or is expected to fall below this benchmark in the next two to three decades (e.g., Libya, Egypt, South Africa, Iran, Ethiopia). In addition, a number of countries in conflict-prone areas are highly dependent on water originating outside their borders (e.g., Cambodia, Syria, Sudan, Egypt, Iraq).

The impacts of climate change will depend on the baseline condition of the water supply system and the ability of water resource managers to respond not only to climate change but also to population growth and changes in demands, technology, and economic, social and legislative conditions. In some cases — particularly in wealthier countries with integrated water-management systems — improved management may protect water users from climate change at minimal cost; in many others, however, there could be substantial economic, social and environmental costs, particularly in regions that already are water-limited and where there is considerable competition among users. Experts disagree over whether water supply systems will evolve substantially enough in the future to compensate for the anticipated negative impacts of climate change on water resources and for potential increases in demand.

Options for dealing with the possible impacts of a changed climate and increased uncertainty about future supply and demand for freshwater include more efficient management of existing supplies and infrastructure; institutional arrangements to limit future demands/promote conservation; improved monitoring and forecasting systems for floods/droughts; rehabilitation of watersheds, especially in the tropics; and construction of new reservoir capacity to capture and store excess flows produced by altered patterns of snowmelt and storms.

## 3.3    Food and fibre

**Agriculture.** Crop yields and changes in productivity due to climate change will vary considerably across regions and among localities, thus changing the patterns of production. Productivity is projected to increase in some areas and decrease in others, especially the tropics and subtropics (Table 2). However, existing studies show that on the whole global agricultural production could be maintained relative to baseline production in the face of climate change modeled by general circulation models (GCMs) at doubled equivalent-$CO_2$ equilibrium conditions, but that regional effects would vary widely. This conclusion takes into account the beneficial effects of $CO_2$ fertilization, but does not allow for changes in agricultural pests and the possible effects of changing climatic variability.

Focusing on global agricultural production does not address the potentially serious consequences of large differences at local and

BLM_0152319

**Table 2.** Selected crop study results for $2 \times CO_2$-equivalent equilibrium GCM scenarios.

| Region | Crop | Yield Impact (%) | Comments |
|---|---|---|---|
| Latin America | Maize | –61 to increase | Data are from Argentina, Brazil, Chile and Mexico; range is across GCM scenarios, with and without $CO_2$ effect. |
| | Wheat | –50 to –5 | Data are from Argentina, Uruguay and Brazil; range is across GCM scenarios, with and without $CO_2$ effect. |
| | Soybean | –10 to +40 | Data are from Brazil; range is across GCM scenarios, with $CO_2$ effect. |
| Former Soviet Union | Wheat | –19 to +41 | Range is across GCM scenarios and region, with $CO_2$ effect. |
| | Grain | –14 to +13 | |
| Europe | Maize | –30 to increase | Data are from France, Spain and northern Europe; with adaptation and $CO_2$ effect; assumes longer season, irrigation efficiency loss and northward shift. |
| | Wheat | increase or decrease | Data are from France, UK and northern Europe; with adaptation and $CO_2$ effect; assumes longer season, northward shift, increased pest damage and lower risk of crop failure. |
| | Vegetables | increase | Data are from UK and northern Europe; assumes increased pest damage and lower risk of crop failure. |
| North America | Maize | –55 to +62 | Data are from USA and Canada; range is across GCM scenarios and sites, with/without adaptation and with/without $CO_2$ effect. |
| | Wheat | –100 to +234 | |
| | Soybean | –96 to +58 | Data are from USA; less severe or increase with $CO_2$ and adaptation. |
| Africa | Maize | –65 to +6 | Data are from Egypt, Kenya, South Africa and Zimbabwe; range is over studies and climate scenarios, with $CO_2$ effect. |
| | Millet | 79 to  63 | Data are from Senegal; carrying capacity fell 11  38%. |
| | Biomass | Decrease | Data are from South Africa; agrozone shifts. |
| South Asia | Rice | –22 to +28 | Data are from Bangladesh, India, Philippines, Thailand,  Indonesia, Malaysia and Myanmar; range is over GCM scenarios, with $CO_2$ effect; some studies also consider adaptation. |
| | Maize | –65 to –10 | |
| | Wheat | –61 to +67 | |
| China | Rice | –78 to +28 | Includes rainfed and irrigated rice; range is across sites and GCM scenarios; genetic variation provides scope for adaptation. |
| Other Asia and Pacific Rim | Rice | –45 to +30 | Data are from Japan and South Korea; range is across GCM scenarios; generally positive in north Japan and negative in south. |
| | Pasture | –1 to +35 | Data are from Australia and New Zealand; regional variation. |
| | Wheat | –41 to +65 | Data are from Australia and Japan; wide variation, depending on cultivar. |

Note: For most regions, studies have focused on one or two principal grains. These studies strongly demonstrate the variability in estimated yield impacts among countries, scenarios, methods of analysis and crops, making it difficult to generalize results across areas or for different climate scenarios.

regional scales, even at mid-latitudes. There may be increased risk of hunger and famine in some locations; many of the world's poorest people — particularly those living in subtropical and tropical areas and dependent on isolated agricultural systems in semi-arid and arid regions — are most at risk of increased hunger. Many of these at-risk populations are found in sub-Saharan Africa; south, east and southeast Asia; and tropical areas of Latin America, as well as some Pacific island nations.

Adaptation — such as changes in crops and crop varieties, improved water-management and irrigation systems, and changes in planting schedules and tillage practices — will be important in limiting

BLM_0152320

negative effects and taking advantage of beneficial changes in climate. The extent of adaptation depends on the affordability of such measures, particularly in developing countries; access to know-how and technology; the rate of climate change; and biophysical constraints such as water availability, soil characteristics and crop genetics. The incremental costs of adaptation strategies could create a serious burden for developing countries; some adaptation strategies may result in cost savings for some countries. There are significant uncertainties about the capacity of different regions to adapt successfully to projected climate change.

Livestock production may be affected by changes in grain prices and rangeland and pasture productivity. In general, analyses indicate that intensively managed livestock systems have more potential for adaptation than crop systems. This may not be the case in pastoral systems, where the rate of technology adoption is slow and changes in technology are viewed as risky.

**Forest products.** Global wood supplies during the next century may become increasingly inadequate to meet projected consumption due to both climatic and non-climatic factors. Boreal forests are likely to undergo irregular and large-scale losses of living trees because of the impacts of projected climate change. Such losses could initially generate additional wood supply from salvage harvests, but could severely reduce standing stocks and wood-product availability over the long term. The exact timing and extent of this pattern is uncertain. Climate and land-use impacts on the production of temperate forest products are expected to be relatively small. In tropical regions, the availability of forest products is projected to decline by about half for non-climatic reasons related to human activities.

**Fisheries.** Climate-change effects interact with those of pervasive overfishing, diminishing nursery areas, and extensive inshore and coastal pollution. Globally, marine fisheries production is expected to remain about the same; high-latitude freshwater and aquaculture production are likely to increase, assuming that natural climate variability and the structure and strength of ocean currents remain about the same. The principal impacts will be felt at the national and local levels as species mix and centres of production shift. The positive effects of climate change — such as longer growing seasons, lower natural winter mortality and faster growth rates in higher latitudes — may be offset by negative factors such as changes in established reproductive patterns, migration routes and ecosystem relationships.

### 3.4   Human infrastructure

Climate change and resulting sea-level rise can have a number of negative impacts on energy, industry and transportation infrastructure; human settlements; the property insurance industry; tourism; and cultural systems and values.

In general, the sensitivity of the energy, industry and transportation sectors is relatively low compared to that of agricultural or natural ecosystems, and the capacity for adaptation through management and normal replacement of capital is expected to be high. However, infrastructure and activities in these sectors would be susceptible to sudden changes, surprises and increased frequency or intensity of extreme events. The subsectors and activities most sensitive to climate change include agroindustry, energy demand, production of renewable energy such as hydroelectricity and biomass, construction, some transportation activities, existing flood mitigation structures, and transportation infrastructure located in many areas, including vulnerable coastal zones and permafrost regions.

Climate change clearly will increase the vulnerability of some coastal populations to flooding and erosional land loss. Estimates put about 46 million people per year currently at risk of flooding due to storm surges. This estimate results from multiplying the total number of people currently living in areas potentially affected by ocean flooding by the probability of flooding at these locations in any year, given the present protection levels and population density. In the absence of adaptation measures, a 50-cm sea-level rise would increase this number to about 92 million; a 1-m sea-level rise would raise it to 118 million. If one incorporates anticipated population growth, the estimates increase substantially. Some small island nations and other countries will confront greater vulnerability because their existing sea and coastal defense systems are less well-established. Countries with higher population densities would be more vulnerable. For these countries, sea-level rise could force internal or international migration of populations.

A number of studies have evaluated sensitivity to a 1-m sea-level rise. This increase is at the top of the range of IPCC Working Group I estimates for 2100; it should be noted, however, that sea level is actually projected to continue to rise beyond 2100. Studies using this 1-m projection show a particular risk for small islands and deltas. Estimated land losses range from 0.05% for Uruguay, 1% for Egypt, 6% for the Netherlands and 17.5% for Bangladesh to about 80% for the Majuro Atoll in the Marshall Islands, given the present state of protection systems. Large numbers of people also are affected — for example, about 70 million each in China and Bangladesh. Many nations face lost capital value in excess of 10% of their gross domestic product (GDP). Although annual protection costs for many nations are relatively modest (about 0.1% of GDP), the average annual costs to many small island states total several per cent of GDP. For some island nations, the high cost of providing storm-surge protection would make it essentially infeasible, especially given the limited availability of capital for investment.

The most vulnerable human settlements are located in damage-prone areas of the developing world that do not have the resources to cope with impacts. Effective coastal-zone management and land-use regulation can help direct population shifts away from vulnerable locations such as flood plains, steep hillsides and low-lying coastlines. One of the potentially unique and destructive effects on human settlements is forced internal or international migration of populations. Programmes of disaster assistance can offset some of the more serious negative consequences of climate change and reduce the number of ecological refugees.

Property insurance is vulnerable to extreme climate events. A higher risk of extreme events due to climate change could lead to higher

BLM_0152321

insurance premiums or the withdrawal of coverage for property in some vulnerable areas. Changes in climate variability and the risk for extreme events may be difficult to detect or predict, thus making it difficult for insurance companies to adjust premiums appropriately. If such difficulty leads to insolvency, companies may not be able to honour insurance contracts, which could economically weaken other sectors, such as banking. The insurance industry currently is under stress from a series of "billion dollar" storms since 1987, resulting in dramatic increases in losses, reduced availability of insurance and higher costs. Some in the insurance industry perceive a current trend toward increased frequency and severity of extreme climate events. Examination of the meteorological data fails to support this perception in the context of a long-term change, although a shift within the limits of natural variability may have occurred. Higher losses strongly reflect increases in infrastructure and economic worth in vulnerable areas as well as a possible shift in the intensity and frequency of extreme weather events.

## 3.5    Human health

Climate change is likely to have wide-ranging and mostly adverse impacts on human health, with significant loss of life. These impacts would arise by both direct and indirect pathways (Figure 3) and it is likely that the indirect impacts would, in the longer term, predominate.

Direct health effects include increases in (predominantly cardio-respiratory) mortality and illness due to an anticipated increase in the intensity and duration of heat waves. Temperature increases in colder regions should result in fewer cold-related deaths. An increase in extreme weather would cause a higher incidence of death, injury, psychological disorders and exposure to contaminated water supplies.

Indirect effects of climate change include increases in the potential transmission of vector-borne infectious diseases (e.g., malaria, dengue, yellow fever and some viral encephalitis) resulting from



Note: Populations with different levels of natural, technical and social resources would differ in their vulnerability to climate-induced health impacts.

**Figure 3.** Ways in which climate change can affect human health.

35

BLM_0152322

extensions of the geographical range and season for vector organisms. Projections by models (that entail necessary simplifying assumptions) indicate that the geographical zone of potential malaria transmission in response to world temperature increases at the upper part of the IPCC-projected range (3–5°C by 2100) would increase from approximately 45% of the world population to approximately 60% by the latter half of the next century. This could lead to potential increases in malaria incidence (on the order of 50–80 million additional annual cases, relative to an assumed global background total of 500 million cases), primarily in tropical, subtropical and less well-protected temperate-zone populations. Some increases in non-vector-borne infectious diseases — such as salmonellosis, cholera and giardiasis — also could occur as a result of elevated temperatures and increased flooding.

Additional indirect effects include respiratory and allergic disorders due to climate-enhanced increases in some air pollutants, pollens and mold spores. Exposure to air pollution and stressful weather events combine to increase the likelihood of morbidity and mortality. Some regions could experience a decline in nutritional status as a result of adverse impacts on food and fisheries productivity. Limitations on freshwater supplies also will have human health consequences.

Quantifying the projected impacts is difficult because the extent of climate-induced health disorders depends on numerous coexistent and interacting factors that characterize the vulnerability of the particular population, including environmental and socio-economic circumstances, nutritional and immune status, population density and access to quality health care services. Adaptive options to reduce health impacts include protective technology (e.g., housing, air conditioning, water purification and vaccination), disaster preparedness and appropriate health care.

## 4. OPTIONS TO REDUCE EMISSIONS AND ENHANCE SINKS OF GREENHOUSE GASES

Human activities are directly increasing the atmospheric concentrations of several greenhouse gases, especially $CO_2$, $CH_4$, halocarbons, sulfur hexafluoride ($SF_6$) and nitrous oxide ($N_2O$). $CO_2$ is the most important of these gases, followed by $CH_4$. Human activities also indirectly affect concentrations of water vapour and ozone. Significant reductions in net greenhouse gas emissions are technically possible and can be economically feasible. These reductions can be achieved by utilizing an extensive array of technologies and policy measures that accelerate technology development, diffusion and transfer in all sectors including the energy, industry, transportation, residential/commercial and agricultural/forestry sectors. By the year 2100, the world's commercial energy system in effect will be replaced at least twice, offering opportunities to change the energy system without premature retirement of capital stock; significant amounts of capital stock in the industrial, commercial, residential and agricultural/forestry sectors will also be replaced. These cycles of capital replacement provide opportunities to use new, better performing technologies. It should be noted that the analyses of Working Group II do not attempt to quantify potential macroeconomic consequences that may be associated with

mitigation measures. Discussion of macroeconomic analyses is found in the IPCC Working Group III contribution to the Second Assessment Report. The degree to which technical potential and cost-effectiveness are realized is dependent on initiatives to counter lack of information and overcome cultural, institutional, legal, financial and economic barriers that can hinder diffusion of technology or behavioral changes. The pursuit of mitigation options can be carried out within the limits of sustainable development criteria. Social and environmental criteria not related to greenhouse gas emissions abatement could, however, restrict the ultimate potential of each of the options.

### 4.1 Energy, industrial process and human settlement emissions

Global energy demand has grown at an average annual rate of approximately 2% for almost two centuries, although energy demand growth varies considerably over time and between different regions. In the published literature, different methods and conventions are used to characterize energy consumption. These conventions differ, for example, according to their definition of sectors and their treatment of energy forms. Based on aggregated national energy balances, 385 EJ of primary energy was consumed in the world in 1990, resulting in the release of 6 GtC as $CO_2$. Of this, 279 EJ was delivered to end users, accounting for 3.7 GtC emissions as $CO_2$ at the point of consumption. The remaining 106 EJ was used in energy conversion and distribution, accounting for 2.3 GtC emissions as $CO_2$. In 1990, the three largest sectors of energy consumption were industry (45% of total $CO_2$ releases), residential/commercial sector (29%) and transport (21%). Of these, transport sector energy use and related $CO_2$ emissions have been the most rapidly growing over the past two decades. For the detailed sectoral mitigation option assessment in this report, 1990 energy consumption estimates are based on a range of literature sources; a variety of conventions are used to define these sectors and their energy use, which is estimated to amount to a total of 259–282 EJ.

Figure 4 depicts total energy-related emissions by major world region. Organization for Economic Cooperation and Development (OECD) nations have been and remain major energy users and fossil-fuel $CO_2$ emitters, although their share of global fossil fuel carbon emissions has been declining. Developing nations, taken as a group, still account for a smaller portion of total global $CO_2$ emissions than industrialized nations — OECD and former Soviet Union/Eastern Europe (FSU/EE) — but most projections indicate that with forecast rates of economic and population growth, the future share of developing countries will increase. Future energy demand is anticipated to continue to grow, at least through the first half of the next century. The IPCC (1992, 1994) projects that without policy intervention, there could be significant growth in emissions from the industrial, transportation and commercial/ residential buildings sectors.

#### 4.1.1 Energy demand

Numerous studies have indicated that 10–30% energy-efficiency gains above present levels are feasible at little or no net cost in many

BLM_0152323



**Figure 4.** Global energy-related $CO_2$ emissions by major world region in GtC/yr. Sources: Keeling, 1994; Marland *et al.*, 1994; Grübler and Nakicenovic, 1992; Etemad and Luciani, 1991; Fujii, 1990; UN, 1952 (see the Energy Primer for reference information).

parts of the world through technical conservation measures and improved management practices over the next two to three decades. Using technologies that presently yield the highest output of energy services for a given input of energy, efficiency gains of 50–60% would be technically feasible in many countries over the same time period. Achieving these potentials will depend on future cost reductions, financing and technology transfer, as well as measures to overcome a variety of non-technical barriers. The potential for greenhouse gas emission reductions exceeds the potential for energy use efficiency because of the possibility of switching fuels and energy sources. Because energy use is growing worldwide, even replacing current technology with more efficient technology could still lead to an absolute increase in $CO_2$ emissions in the future.

In 1992, the IPCC produced six scenarios (IS92a-f) of future energy use and associated greenhouse gas emissions (IPCC, 1992, 1995). These scenarios provide a wide range of possible future greenhouse gas emission levels, without mitigation measures.

In the Second Assessment Report, future energy use has been re-examined on a more detailed sectoral basis, both with and without new mitigation measures, based on existing studies. Despite different assessment approaches, the resulting ranges of energy

consumption increases to 2025 without new measures are broadly consistent with those of IS92. If past trends continue, greenhouse gas emissions will grow more slowly than energy use, except in the transport sector.

The following paragraphs summarize energy-efficiency improvement potentials estimated in the IPCC Second Assessment Report. Strong policy measures would be required to achieve these potentials. Energy-related greenhouse gas emission reductions depend on the source of the energy, but reductions in energy use will in general lead to reduced greenhouse gas emissions.

**Industry.** Energy use in 1990 was estimated to be 98–117 EJ and is projected to grow to 140–242 EJ in 2025 without new measures. Countries differ widely in their current industrial energy use and energy-related greenhouse gas emission trends. Industrial sector energy-related greenhouse gas emissions in most industrialized countries are expected to be stable or decreasing as a result of industrial restructuring and technological innovation, whereas industrial emissions in developing countries are projected to increase mainly as a result of industrial growth. The short-term potential for energy-efficiency improvements in the manufacturing sector of major industrial countries is estimated to be 25%. The potential for greenhouse gas emission reductions is

BLM_0152324

larger. Technologies and measures for reducing energy-related emissions from this sector include improving efficiency (e.g., energy and materials savings, co-generation, energy cascading, steam recovery, and use of more efficient motors and other electrical devices); recycling materials and switching to those with lower greenhouse gas emissions; and developing processes that use less energy and materials.

**Transportation.** Energy use in 1990 was estimated to be 61–65 EJ and is projected to grow to 90–140 EJ in 2025 without new measures. Projected energy use in 2025 could be reduced by about a third to 60–100 EJ through vehicles using very efficient drive-trains, lightweight construction and low air-resistance design, without compromising comfort and performance. Further energy-use reductions are possible through the use of smaller vehicles; altered land-use patterns, transport systems, mobility patterns and lifestyles; and shifting to less energy-intensive transport modes. Greenhouse gas emissions per unit of energy used could be reduced through the use of alternative fuels and electricity from renewable sources. These measures, taken together, provide the opportunity for reducing global transport energy-related greenhouse gas emissions by as much as 40% of projected emissions by 2025. Actions to reduce energy-related greenhouse gas emissions from transport can simultaneously address other problems such as local air pollution.

**Commercial/Residential Sector.** Energy use in 1990 was estimated to be about 100 EJ and is projected to grow to 165–205 EJ in 2025 without new measures. Projected energy use could be reduced by about a quarter to 126–170 EJ by 2025 without diminishing services through the use of energy efficient technology. The potential for greenhouse gas emission reductions is larger. Technical changes might include reduced heat transfers through building structures and more efficient space-conditioning and water supply systems, lighting and appliances. Ambient temperatures in urban areas can be reduced through increased vegetation and greater reflectivity of building surfaces, reducing the energy required for space conditioning. Energy-related greenhouse gas emission reductions beyond those obtained through reduced energy use could be achieved through changes in energy sources.

### 4.1.2   *Mitigating industrial process and human settlement emissions*

Process-related greenhouse gases including $CO_2$, $CH_4$, $N_2O$, halocarbons and SF6 are released during manufacturing and industrial processes, such as the production of iron, steel, aluminum, ammonia, cement and other materials. Large reductions are possible in some cases. Measures include modifying production processes, eliminating solvents, replacing feedstocks, materials substitution, increased recycling and reduced consumption of greenhouse gas-intensive materials. Capturing and utilizing $CH_4$ from landfills and sewage treatment facilities and lowering the leakage rate of halocarbon refrigerants from mobile and stationary sources also can lead to significant greenhouse gas emission reductions.

### 4.1.3   *Energy supply*

This assessment focuses on new technologies for capital investment and not on potential retrofitting of existing capital stock to use less carbon-intensive forms of primary energy. It is technically possible to realize deep emissions reductions in the energy supply sector in step with the normal timing of investments to replace infrastructure and equipment as it wears out or becomes obsolete. Many options for achieving these deep reductions will also decrease the emissions of sulfur dioxide, nitrogen oxides and volatile organic compounds. Promising approaches, not ordered according to priority, are described below.

#### 4.1.3.1   *Greenhouse gas reductions in the use of fossil fuels*

**More efficient conversion of fossil fuels.** New technology offers considerably increased conversion efficiencies. For example, the efficiency of power production can be increased from the present world average of about 30% to more than 60% in the longer term. Also, the use of combined heat and power production replacing separate production of power and heat —whether for process heat or space heating — offers a significant rise in fuel conversion efficiency.

**Switching to low-carbon fossil fuels and suppressing emissions.** Switching from coal to oil or natural gas, and from oil to natural gas, can reduce emissions. Natural gas has the lowest $CO_2$ emissions per unit of energy of all fossil fuels at about 14 kg C/GJ, compared to oil with about 20 kg C/GJ and coal with about 25 kg C/GJ. The lower carbon-containing fuels can, in general, be converted with higher efficiency than coal. Large resources of natural gas exist in many areas. New, low capital cost, highly efficient combined-cycle technology has reduced electricity costs considerably in some areas. Natural gas could potentially replace oil in the transportation sector. Approaches exist to reduce emissions of $CH_4$ from natural gas pipelines and emissions of $CH_4$ and/or $CO_2$ from oil and gas wells and coal mines.

**Decarbonization of flue gases and fuels and $CO_2$ storage.** The removal and storage of $CO_2$ from fossil fuel power-station stack gases is feasible, but reduces the conversion efficiency and significantly increases the production cost of electricity. Another approach to decarbonization uses fossil fuel feedstocks to make hydrogen-rich fuels. Both approaches generate a byproduct stream of $CO_2$ that could be stored, for example, in depleted natural gas fields. The future availability of conversion technologies such as fuel cells that can efficiently use hydrogen would increase the relative attractiveness of the latter approach. For some longer term $CO_2$ storage options, the costs, environmental effects and efficacy of such options remain largely unknown.

#### 4.1.3.2   *Switching to non-fossil fuel sources of energy*

**Switching to nuclear energy.** Nuclear energy could replace baseload fossil fuel electricity generation in many parts of the world if generally acceptable responses can be found to concerns such as reactor safety, radioactive-waste transport and disposal, and nuclear proliferation.

BLM_0152325

**Switching to renewable sources of energy.** Solar, biomass, wind, hydro and geothermal technologies already are widely used. In 1990, renewable sources of energy contributed about 20% of the world's primary energy consumption, most of it fuelwood and hydropower. Technological advances offer new opportunities and declining costs for energy from these sources. In the longer term, renewable sources of energy could meet a major part of the world's demand for energy. Power systems can easily accommodate limited fractions of intermittent generation, and with the addition of fast-responding backup and storage units, also higher fractions. Where biomass is sustainably regrown and used to displace fossil fuels in energy production, net carbon emissions are avoided as the $CO_2$ released in converting the biomass to energy is again fixed in biomass through photosynthesis. If the development of biomass energy can be carried out in ways that effectively address concerns about other environmental issues and competition with other land uses, biomass could make major contributions in both the electricity and fuels markets, as well as offering prospects of increasing rural employment and income.

### 4.1.4   Integration of energy system mitigation options

To assess the potential impact of combinations of individual measures at the energy system level, in contrast to the level of individual technologies, variants of a Low $CO_2$-Emitting Energy Supply System (LESS) are described. The LESS constructions are "thought experiments" exploring possible global energy systems.

The following assumptions were made: World population grows from 5.3 billion in 1990 to 9.5 billion by 2050 and 10.5 billion by 2100. GDP grows 7-fold by 2050 (5-fold and 14-fold in industrialized and developing countries, respectively) and 25-fold by 2100 (13-fold and 70-fold in industrialized and developing countries, respectively), relative to 1990. Because of emphasis on energy efficiency, primary energy consumption rises much more slowly than GDP. The energy supply constructions were made to meet energy demand in: (i) projections developed for the IPCC's First Assessment Report (1990) in a low energy demand variant, where global primary commercial energy use approximately doubles, with no net change for industrialized countries but a 4.4-fold increase for developing countries from 1990 to 2100; and (ii) a higher energy demand variant, developed in the IPCC IS92a scenario where energy demand quadruples from 1990 to 2100. The energy demand levels of the LESS constructions are consistent with the energy demand mitigation chapters of this Second Assessment Report.

Figure 5 shows combinations of different energy sources to meet changing levels of demand over the next century. The analysis of these variants leads to the following conclusions:

- Deep reductions of $CO_2$ emissions from energy supply systems are technically possible within 50 to 100 years, using alternative strategies.
- Many combinations of the options identified in this assessment could reduce global $CO_2$ emissions from fossil fuels from about 6 GtC in 1990 to about 4 GtC/yr by 2050 and to about 2 GtC/yr by

2100 (see Figure 6). Cumulative $CO_2$ emissions, from 1990 to 2100, would range from about 450 to about 470 GtC in the alternative LESS constructions.

- Higher energy efficiency is underscored for achieving deep reductions in $CO_2$ emissions, for increasing the flexibility of supply-side combinations, and for reducing overall energy system costs.
- Interregional trade in energy grows in the LESS constructions compared to today's levels, expanding sustainable development options for Africa, Latin America and the Middle East during the next century.

Costs for energy services in each LESS variant relative to costs for conventional energy depend on relative future energy prices, which are uncertain within a wide range, and on the performance and cost characteristics assumed for alternative technologies. However, within the wide range of future energy prices, one or more of the variants would plausibly be capable of providing the demanded energy services at estimated costs that are approximately the same as estimated future costs for current conventional energy. It is not possible to identify a least-cost future energy system for the longer term, as the relative costs of options depend on resource constraints and technological opportunities that are imperfectly known, and on actions by governments and the private sector.

The literature provides strong support for the feasibility of achieving the performance and cost characteristics assumed for energy technologies in the LESS constructions, within the next two decades, though it is impossible to be certain until the research and development is complete and the technologies have been tested in the market. Moreover, these performance and cost characteristics cannot be achieved without a strong and sustained investment in research, development and demonstration (RD&D). Many of the technologies being developed would need initial support to enter the market, and to reach sufficient volume to lower costs to become competitive.

Market penetration and continued acceptability of different energy technologies ultimately depends on their relative cost, performance (including environmental performance), institutional arrangements, and regulations and policies. Because costs vary by location and application, the wide variety of circumstances creates initial opportunities for new technologies to enter the market. Deeper understanding of the opportunities for emissions reductions would require more detailed analysis of options, taking into account local conditions.

Because of the large number of options, there is flexibility as to how the energy supply system could evolve, and paths of energy system development could be influenced by considerations other than climate change, including political, environmental (especially indoor and urban air pollution, acidification and land restoration) and socio-economic circumstances.

## 4.2   Agriculture, rangelands and forestry

Beyond the use of biomass fuels to displace fossil fuels, the management of forests, agricultural lands and rangelands can play an

BLM_0152326

CLIMATE CHANGE 1995: IPCC SECOND ASSESSMENT REPORT

important role in reducing current emissions of $CO_2$, $CH_4$ and $N_2O$ and in enhancing carbon sinks. A number of measures could conserve and sequester substantial amounts of carbon (approximately 60–90 GtC in the forestry sector alone) over the next 50 years. In the forestry sector, costs for conserving and sequestering carbon in biomass and soil are estimated to range widely but can be competitive with other mitigation options. Factors affecting costs include opportunity costs of land; initial costs of planting and establishment; costs of nurseries; the cost of annual maintenance and monitoring; and transaction costs. Direct and indirect benefits will vary with national circumstances and could offset the costs. Other practices in the agriculture sector could reduce emissions of other greenhouse gases such as $CH_4$ and $N_2O$. Land-use and management measures include:

• Sustaining existing forest cover
• Slowing deforestation
• Regenerating natural forests
• Establishing tree plantations
• Promoting agroforestry
• Altering management of agricultural soils and rangelands
• Improving efficiency of fertilizer use
• Restoring degraded agricultural lands and rangelands
• Recovering $CH_4$ from stored manure
• Improving the diet quality of ruminants.

The net amount of carbon per unit area conserved or sequestered in living biomass under a particular forest management practice and present climate is relatively well understood. The most important uncertainties associated with estimating a global value are: (i) the amount of land suitable and available for forestation, regeneration and/or restoration programmes; (ii) the rate at which tropical deforestation can actually be reduced; (iii) the long-term use (security) of



**Figure 5.** Global primary energy use for alternative Low $CO_2$-Emitting Energy Supply System (LESS) constructions: Alternatives for meeting different energy demand levels over time, using various fuel mixes.

40

BLM_0152327

these lands; and (iv) the continued suitability of some practices for particular locations given the possibility of changes in temperature, water availability and so forth under climate change.

### 4.3    Cross-sectoral issues

Cross-sectoral assessment of different combinations of mitigation options focuses on the interactions of the full range of technologies and practices that are potentially capable of reducing emissions of greenhouse gases or sequestering carbon. Current analysis suggests the following:

•   **Competing uses of land, water and other natural resources.** A growing population and expanding economy will increase the demand for land and other natural resources needed to provide, *inter alia*, food, fibre, forest products and recreation services. Climate change will interact with the resulting intensified patterns of resource use. Land and other resources could also be required for mitigation of greenhouse gas emissions. Agricultural productivity improvements throughout the world and especially in developing

countries would increase availability of land for production of biomass energy.

•   **Geoengineering options.** Some geoengineering approaches to counterbalance greenhouse gas-induced climate change have been suggested (e.g., putting solar radiation reflectors in space or injecting sulfate aerosols into the atmosphere to mimic the cooling influence of volcanic eruptions). Such approaches generally are likely to be ineffective, expensive to sustain and/or to have serious environmental and other effects that are in many cases poorly understood.

### 4.4    Policy instruments

Mitigation depends on reducing barriers to the diffusion and transfer of technology, mobilizing financial resources, supporting capacity building in developing countries, and other approaches to assist in the implementation of behavioral changes and technological opportunities in all regions of the globe. The optimum mix of policies will vary from country to country, depending upon political structure and societal receptiveness. The leadership of national governments in applying these policies will contribute to responding to adverse



**Figure 6.** Annual $CO_2$ emissions from fossil fuels for alternative LESS constructions, with comparison to the IPCC IS92a-f scenarios (see Figure 5 for acronym definitions).

41

BLM_0152328

consequences of climate change. Governments can choose policies that facilitate the penetration of less greenhouse gas-intensive technologies and modified consumption patterns. Indeed, many countries have extensive experience with a variety of policies that can accelerate the adoption of such technologies. This experience comes from efforts over the past 20 to 30 years to achieve improved energy efficiency, reduce the environmental impacts of agricultural policies, and meet conservation and environmental goals unrelated to climate change. Policies to reduce net greenhouse gas emissions appear more easily implemented when they are designed to address other concerns that impede sustainable development (e.g., air pollution and soil erosion). A number of policies, some of which may need regional or international agreement, can facilitate the penetration of less greenhouse gas-intensive technologies and modified consumption patterns, including:

- Putting in place appropriate institutional and structural frameworks
- Energy pricing strategies (e.g., carbon or energy taxes and reduced energy subsidies)
- Reducing or removing other subsidies (e.g., agricultural and transport subsidies) that increase greenhouse gas emissions

- Tradable emissions permits
- Voluntary programmes and negotiated agreements with industry
- Utility demand-side management programmes
- Regulatory programmes, including minimum energy efficiency standards (e.g., for appliances and fuel economy)
- Stimulating RD&D to make new technologies available
- Market pull and demonstration programmes that stimulate the development and application of advanced technologies
- Renewable energy incentives during market build-up
- Incentives such as provisions for accelerated depreciation and reduced costs for consumers
- Education and training; information and advisory measures
- Options that also support other economic and environmental goals.

Accelerated development of technologies that will reduce greenhouse gas emissions and enhance greenhouse gas sinks — as well as understanding the barriers that inhibit their diffusion into the marketplace — requires intensified research and development by governments and the private sector.

BLM_0152329

# SUMMARY FOR POLICYMAKERS:

# THE ECONOMIC AND SOCIAL DIMENSIONS OF CLIMATE CHANGE

# IPCC WORKING GROUP III

BLM_0152330

BLM_0152331

# SUMMARY FOR POLICYMAKERS:
# THE ECONOMIC AND SOCIAL DIMENSIONS
# OF CLIMATE CHANGE

## 1.  INTRODUCTION

Working Group III of the Intergovernmental Panel on Climate Change (IPCC) was restructured in November 1992 and charged with conducting "technical assessments of the socio-economics of impacts, adaptation and mitigation of climate change over both the short and long term and at the regional and global levels". Working Group III responded to this charge by further stipulating in its work plan that it would place the socio-economic perspectives in the context of sustainable development and, in accordance with the UN Framework Convention on Climate Change (UNFCCC), provide comprehensive treatment of both mitigation and adaptation options while covering all economic sectors and all relevant sources of greenhouse gases and sinks.

This report assesses a large part of the existing literature on the socio-economics of climate change and identifies areas in which a consensus has emerged on key issues and areas where differences exist[1]. The chapters have been arranged so that they cover several key issues. First, frameworks for socio-economic assessment of costs and benefits of action and inaction are described. Particular attention is given to the applicability of cost-benefit analysis, the incorporation of equity and social considerations, and consideration of intergenerational equity issues. Second, the economic and social benefits of limiting greenhouse gas emissions and enhancing sinks are reviewed. Third, the economic, social and environmental costs of mitigating greenhouse gas emissions are assessed. Next, generic mitigation and adaptation response options are reviewed, methods for assessing the costs and effectiveness of different response options are summarized, and integrated assessment techniques are discussed. Finally, the report provides an economic assessment of policy instruments to combat climate change.

In accordance with the approved work plan, this assessment of the socio-economic literature related to climate change focuses on economic studies; material from other social sciences is found mostly in the chapter on equity and social considerations. The report is an assessment of the state of knowledge — what we know and do not know — and not a prescription for policy implementation. Countries can use the information in this report to help take decisions they believe are most appropriate for their specific circumstances.

## 2.  SCOPE OF THE ASSESSMENT

Climate change presents the decision maker with a set of formidable complications: a considerable number of remaining uncertainties (which are inherent in the complexity of the problem), the potential for irreversible damages or costs, a very long planning horizon, long time lags between emissions and effects, wide regional variation in causes and effects, the irreducibly global scope of the problem, and the need to consider multiple greenhouse gases and aerosols. Yet another complication arises from the fact that effective protection of the climate system requires global cooperation.

Still, a number of insights that may be useful to policymakers can be drawn from the literature:

- Analyses indicate that a prudent way to deal with climate change is through a portfolio of actions aimed at mitigation, adaptation and improvement of knowledge. The appropriate portfolio will differ for each country. The challenge is not to find the best policy today for the next 100 years, but to select a prudent strategy and to adjust it over time in the light of new information.
- Earlier mitigation action may increase flexibility in moving toward stabilization of atmospheric concentrations of greenhouse gases (UN Framework Convention on Climate Change, Article 2). The choice of abatement paths involves balancing the economic risks of rapid abatement now (that premature capital stock retirement will later be proved unnecessary) against the corresponding risk of delay (that more rapid reduction will then be required, necessitating premature retirement of future capital stock).
- The literature indicates that significant "no-regrets"[2] opportunities are available in most countries and that the risk of aggregate net damage due to climate change, consideration of risk aversion, and application of the precautionary principle provide rationales for action beyond no regrets.
- The value of better information about climate change processes and impacts and society's responses to them is likely to be great. In particular, the literature accords high value to information about climate sensitivity to greenhouse gases and aerosols, climate change damage functions, and variables such as determinants of economic growth and rates of energy efficiency improvements. Better information about the costs and benefits of mitigation and

---

[1] The UN Framework Convention on Climate Change defines "climate change" as a change of climate which is attributed directly or indirectly to human activity that alters the composition of the global atmosphere and which is in addition to natural climate variability observed over comparable time periods. The question as to whether such changes are potential or can already be identified is analyzed in the volume on the science of climate change of the IPCC Second Assessment Report (SAR).

[2] "No regrets" measures are those whose benefits, such as reduced energy costs and reduced emissions of local/regional pollutants equal or exceed their cost to society, *excluding* the benefits of climate change mitigation. They are sometimes known as "measures worth doing anyway".

BLM_0152332

adaptation measures and how they might change in coming decades also has a high value.

- Analysis of economic and social issues related to climate change, especially in developing countries where little work of this nature has been carried out, is a high priority for research. More generally, research is needed on integrated assessment and analysis of decision-making related to climate change. Further, research advancing the economic understanding of non-linearities and new theories of economic growth is also needed. Research and development related to energy efficiency technologies and non-fossil energy options also offer high potential value. In addition, there is also a need for research on the development of sustainable consumption patterns.

A portfolio of possible actions that policymakers could consider, in accordance with applicable international agreements, to implement low-cost and/or cost-effective measures to reduce emissions of greenhouse gases and adapt to climate change can include:

- Implementing energy efficiency measures, including the removal of institutional barriers to energy efficiency improvements;
- Phasing out existing distortionary policies and practices that increase greenhouse gas emissions, such as some subsidies and regulations, non-internalization of environmental costs and distortions in transport pricing;
- Implementing cost-effective fuel switching measures from more to less carbon-intensive fuels and to carbon-free fuels such as renewables;
- Implementing measures to enhance sinks or reservoirs of greenhouse gases, such as improving forest management and land use practices;
- Implementing measures and developing new techniques for reducing methane, nitrous oxide and other greenhouse gas emissions;
- Encouraging forms of international cooperation to limit greenhouse gas emissions, such as implementing coordinated carbon/energy taxes, activities implemented jointly and tradable quotas;
- Promoting the development and implementation of national and international energy efficiency standards;
- Promoting voluntary actions to reduce greenhouse gas emissions;
- Promoting education and training, implementing information and advisory measures for sustainable development and consumption patterns that will facilitate climate change mitigation and adaptation;
- Planning and implementing measures to adapt to the consequences of climate change;
- Undertaking research aimed at better understanding of the causes and impacts of climate change and facilitating more effective adaptation to it;
- Conducting technological research aimed at minimizing emissions of greenhouse gases from continued use of fossil fuels and developing commercial non-fossil energy sources;
- Developing improved institutional mechanisms, such as improved insurance arrangements, to share the risks of damages due to climate change.

**Contribution of economics**

- Estimates of the costs and benefits of stabilizing greenhouse gas *concentrations* are sensitive, *inter alia*, to the ultimate target concentration, the emissions path toward this level, the discount rate, and assumptions concerning the costs and availability of technologies and practices.

- Despite its widespread use in economic policy evaluation, Gross Domestic Product is widely recognized to be an imperfect measure of society's well-being, largely because it fails to account for degradation of the environment and natural systems. Other methodologies exist that try to take these nonmarket values and social and ecological sustainability into account. Such methodologies would provide a more complete indication of how climate change might affect society's well-being.

- Given the interrelated nature of the global economic system, attempts to mitigate climate change through actions in one region or sector may have offsetting economic effects that risk increasing the emissions of other regions and sectors (so-called leakages). These emission leakages can be lessened through coordinated actions of groups of countries.

- The literature suggests that flexible, cost-effective policies relying on economic incentives and instruments, as well as coordinated instruments, can considerably reduce mitigation or adaptation costs or increase the cost-effectiveness of emission reduction measures.

**Equity considerations**

In considering equity principles and issues related to greenhouse gas emissions, it is important for policy consideration to take into account in particular Articles 3, 4.2a and 11.2 of the UN Framework Convention on Climate Change, Principle 2 of the Rio Declaration and general principles of international law.

Scientific analyses cannot prescribe how equity should be applied in implementing the UN Framework Convention on Climate Change, but analysis can clarify the implications of alternative choices and their ethical basis.

- Developing countries require support for institutional and endogenous capacity building, so that they may effectively participate in climate change decision-making.

- It is important that both efficiency and equity concerns be considered during the analysis of mitigation and adaptation measures. For the purposes of analysis, it is possible to separate efficiency from equity. This analytical separation pre-supposes that (and is valid, for policy purposes, only if) effective institutions exist or can be created for appropriate redistribution of climate change costs. It may be worthwhile to conduct analyses of the equity implications of particular measures for achieving efficiency, including their social considerations and impacts.

## 3. DECISION-MAKING FRAMEWORKS FOR ADDRESSING CLIMATE CHANGE

Since climate change is a global issue, comprehensive analyses of mitigation, adaptation and research measures are needed to identify the most efficient and appropriate strategy to address climate change. International decision-making related to climate change, as established

BLM_0152333

by the UNFCCC, is a collective process in which a variety of concerns such as equity, ecological protection, economics, ethics and poverty-related issues, are of special significance for present and future generations. Treatments of decision-making under uncertainty, risk aversion, technology development and diffusion processes, and distributional considerations are at present relatively poorly developed in international environmental economics, and especially in the climate change literature.

Decision-making related to climate change must take into account the unique characteristics of the "problem": large uncertainties (scientific and economic), possible non-linearities and irreversibilities, asymmetric distribution of impacts geographically and temporally, the very long time horizon, and the global nature of climate change with the associated potential for free riding. Beyond scientific uncertainties (discussed in the volume on the science of climate change of the IPCC Second Assessment Report (SAR) and impact uncertainties (the volume on the scientific-technical analyses of impacts, adaptations and mitigation of climate change of the IPCC Second Assessment Report (SAR), *socio-economic uncertainties* relate to estimates of how these changes will affect human society (including direct economic and broader welfare impacts) and to the socio-economic implications of emission abatement.

The other dimension that magnifies uncertainties and complicates decision-making is *geographical:* climate change is a global problem encompassing an incredibly diverse mix of human societies, with differing histories, circumstances and capabilities. Many developing countries are in relatively hot climates, depend more heavily on agriculture, and have less well developed infrastructure and social structures; thus, they may suffer more than average, perhaps much more. In developed countries, there may also be large climate change impacts.

The literature also emphasizes that delaying responses is itself a decision involving costs. Some studies suggest that the cost of delay is small; others emphasize that the costs could include imposition of risks on all parties (particularly the most vulnerable), greater utilization of limited atmospheric capacity and potential deferral of desirable technical development. No consensus is reflected in the literature.

The global nature of the problem — necessitating collective action by sovereign states — and the large differences in the circumstances of different parties raise consequential as well as procedural issues. Consequential issues relate to outcomes while procedural issues relate to how decisions are made. In relation to climate change, the existence of an agreed legal framework involves a collective process within a negotiated framework (the UNFCCC). Accordingly, decision-making can be considered within three different categories of frameworks, each with different implications and with distinct foci: global optimization (trying to find the globally optimal result), procedural decision-making (establishing and refining rules of procedure) and collective decision-making (dealing with distributional issues and processes involving the interaction of numerous independent decision makers).

Application of the literature on decision-making to climate change provides elements that can be used in building collective and/or market-oriented strategies for sharing risks and realizing mutual benefits. It suggests that actions be sequential (temporally distributed), that countries implement a portfolio of mitigation, adaptation and research measures, and that they adjust this portfolio continuously in response to new knowledge. The potential for transfers of financial resources and technology to developing countries may be considered as a part of any comprehensive analytical framework.

Elements of a market-related strategy concern *insurance and markets for risk.* Pooling risk does not change the risk, but it can improve economic efficiency and welfare. Although insurance capable of sharing climate change risks on a global basis currently does not exist, one of the important potential gains from cooperating in a collective framework, such as the UN Framework Convention on Climate Change, is that of risk sharing. Creating an insurance system to cover the risks of climate change is difficult[3] and the international community has not yet established such sophisticated instruments. This, however, does not preclude future international action to establish insurance markets sufficient for some international needs.

## 4.        EQUITY AND SOCIAL CONSIDERATIONS

Equity considerations are an important aspect of climate change policy and of the Convention. In common language equity means "the quality of being impartial" or "something that is fair and just". The UNFCCC, including the references to equity and equitable in Articles 3.1, 4.2.a and 11.2, provides the context for efforts to apply equity in meeting the purposes and the objective of the Convention. International law, including relevant decisions of the International Court of Justice, may also provide guidance.

A variety of ethical principles, including the importance of meeting people's basic needs, may be relevant to addressing climate change, but the application to relations among states of principles originally developed to guide individual behaviour is complex and not straightforward. Climate change policies should not aggravate existing disparities between one region and another nor attempt to redress all equity issues.

Equity involves procedural as well as consequential issues. Procedural issues relate to how decisions are made while consequential issues relate to outcomes. To be effective and to promote cooperation, agreements must be regarded as legitimate, and equity is an important element in gaining legitimacy.

Procedural equity encompasses process and participation issues. It requires that all parties be able to participate effectively in international negotiations related to climate change. Appropriate measures

---

3 Without knowing the extent of potential impacts, the ability of private markets to insure against losses associated with climate change is unknown.

BLM_0152334

to enable developing country parties to participate effectively in negotiations increase the prospects for achieving effective, lasting and equitable agreements on how best to address the threat of climate change. Concern about equity and social impacts points to the need to build endogenous capabilities and strengthen institutional capacities, particularly in developing countries, to make and implement collective decisions in a legitimate and equitable manner.

Consequential equity has two components: the distribution of the costs of damages or adaptation and of measures to mitigate climate change. Because countries differ substantially in vulnerability, wealth, capacity, resource endowments and other factors listed below, the costs of the damages, adaptation and mitigation may be borne inequitably, unless the distribution of these costs is addressed explicitly.

Climate change is likely to impose costs on future generations and on regions where damages occur, including regions with low greenhouse gas emissions. Climate change impacts will be distributed unevenly.

The Convention recognizes in Article 3.1 the principle of common but differentiated responsibilities and respective capabilities. Actions beyond "no-regrets" measures impose costs on the present generation. Mitigation policies unavoidably raise issues about how to share the costs. The initial emission limitation intentions of Annex I parties represent an agreed collective first step of those parties in addressing climate change.

Equity arguments can support a variety of proposals to distribute mitigation costs. Most of them seem to cluster around two main approaches: equal per capita emission allocations and allocations based on incremental departures from national baseline emissions (current or projected). Some proposals combine these approaches in an effort to incorporate equity concerns not addressed by relying exclusively on one or the other approach. The IPCC can clarify scientifically the implications of different approaches and proposals, but the choice of particular proposals is a policy judgment.

There are substantial variations both among developed and developing countries that are relevant to the application of equity principles to mitigation. These include variations in historical and cumulative emissions, current total and per capita emissions, emission intensities and economic output, and factors such as wealth, energy structures and resource endowments. The literature is weak on the equity implications of these variations both among developed and developing countries.

In addition, the implications of climate change for developing countries are different from those for developed countries. The former often have different urgent priorities, weaker institutions, and are generally more vulnerable to climate change. However, it is likely that developing countries' share of emissions will grow further to meet their social and developmental needs. Greenhouse gas emissions are likely to become increasingly global, even whilst substantial per capita disparities are likely to remain.

It is important that both efficiency and equity concerns should be considered during the analysis of mitigation and adaptation measures. It may be worthwhile to conduct analyses of the equity implications of particular measures for achieving efficiency, including their social considerations and impacts.

## 5.   INTERTEMPORAL EQUITY AND DISCOUNTING

Climate policy, like many other policy issues, raises particular questions of equity among generations, because future generations are not able to influence directly the policies being chosen today that could affect their well-being and because it might not be possible to compensate future generations for consequent reductions in their well-being.

Sustainable development is one approach to intergenerational equity. Sustainable development meets "the needs of the present without compromising the ability of future generations to meet their own needs".[4] A consensus exists among economists that this does not imply that future generations should inherit a world with at least as much of every resource. Nevertheless, sustainable development would require that use of exhaustible natural resources and environmental degradation are appropriately offset — for example, by an increase in productive assets sufficient to enable future generations to obtain at least the same standard of living as those alive today. There are different views in the literature on the extent to which infrastructure and knowledge, on the one hand, and natural resources, such as a healthy environment, on the other hand, are substitutes. This is crucial to applying these concepts. Some analysts stress that there are exhaustible resources that are unique and cannot be substituted for. Others believe that current generations can compensate future generations for decreases in the quality or quantity of environmental resources by increases in other resources.

Discounting is the principal analytical tool economists use to compare economic effects that occur at different points in time. The choice of discount rate is of crucial technical importance for analyses of climate change policy, because the time horizon is extremely long, and mitigation costs tend to come much earlier than the benefits of avoided damages. The higher the discount rate, the less future benefits and the more current costs matter in the analysis.

Selection of a social discount rate is also a question of values since it inherently relates the costs of present measures, to possible damages suffered by future generations if no action is taken.[5] How best to choose a discount rate is, and will likely remain, an unresolved question in economics. Partly as a consequence, different

---

[4] A related (somewhat stronger) concept is that each generation is entitled to inherit a planet and cultural resource base at least as good as that of previous generations.

[5] A social discount rate is a discount rate appropriate for use by governments in the evaluation of public policy.

BLM_0152335

discount rates are used in different countries. Analysts typically conduct sensitivity studies using various discount rates. It should also be recognized that the social discount rate pre-supposes that all effects are transformed to their equivalent in consumption. This makes it difficult to apply to those nonmarket impacts of climate change which for ethical reasons might not be, or for practical reasons cannot be, converted into consumption units.

The literature on the appropriate social discount rate for climate change analysis can be grouped into two broad categories. One approach discounts consumption by different generations using the "social rate of time preference," which is the sum of the rate of "pure time preference" (impatience) and the rate of increase of welfare derived from higher per capita incomes in the future. Depending upon the values taken for the different parameters, the discount rate tends to fall between 0.5% and 3.0% per year on a global basis — using this approach. However, wide variations in regional discount rates exist, but these may still be consistent with a particular global average.

The second approach to the discount rate considers market returns to investment, which range between 3% and 6% in real terms for long-term, risk-free public investments. Conceptually, funds could be invested in projects that earn such returns, with the proceeds being used to increase the consumption for future generations.

The choice of the social discount rate for public investment projects is a matter of policy preference but has a major impact on the economic evaluation of climate change actions.[6] For example, in today's dollars, $1,000 of damage 100 years from now would be valued at $370 using a 1% discount rate (near the low end of the range for the first approach) but would be valued at $7.60 using a 5% discount rate (near the upper end of the range for the second approach). However, in cost-effectiveness analyses of policies over short time horizons, the impact of using different discount rates is much smaller. In all areas analysts should specify the discount rate(s) they use to facilitate comparison and aggregation of results.

# 6.   APPLICABILITY OF COST AND BENEFIT ASSESSMENTS

Many factors need to be taken into account in the evaluation of projects and public policy issues related to climate change, including the analysis of possible costs and benefits. Although costs and benefits cannot all be measured in monetary terms, various techniques exist which offer a useful framework for organizing information about the consequences of alternative actions for addressing climate change.

The family of analytical techniques for examining economic environmental policies and decisions includes traditional project level cost-benefit analysis, cost-effectiveness analysis, multicriteria analysis and decision analysis. Traditional cost-benefit analysis attempts to compare all costs and benefits expressed in terms of a common monetary unit. Cost-effectiveness analysis seeks to find the lowest-cost option to achieve an objective specified using other criteria. Multicriteria analysis is designed to deal with problems where some benefits and/or costs are measured in nonmonetary units. Decision analysis focuses specifically on making decisions under uncertainty.

In principle, this group of techniques can contribute to improving public policy decisions concerning the desirable extent of actions to mitigate global climate change, the timing of such actions and the methods to be employed.

Traditional cost-benefit analysis is based on the concept that the level of emission control at each point in time is determined such that marginal costs equal marginal benefits. However, both costs and benefits may be hard, sometimes impossible, to assess. This may be due to large uncertainties, possible catastrophes with very small probabilities, or simply because there is no available consistent methodology for monetizing the effects. In some of these cases, it may be possible to apply multicriteria analysis. This provides policymakers with a broader set of information, including evaluation of relevant costs and benefits, estimated within a common framework.

Practical application of traditional cost-benefit analysis to the problem of climate change is therefore difficult because of the global, regional and intergenerational nature of the problem. Estimates of the costs of mitigation options also vary widely. Furthermore, estimates of potential physical damages due to climate change also vary widely. In addition, confidence in monetary estimates for important consequences (especially nonmarket consequences) is low. These uncertainties, and the resolution of uncertainty over time, may be decisive for the choice of strategies to combat climate change. The objective of decision analysis is to deal with such problems. Furthermore, for some categories of ecological, cultural and human health impacts, widely accepted economic concepts of value are not available. To the extent that some impacts and measures cannot be valued in monetary terms, economists augment the traditional cost-benefit analysis approach with such techniques as multicriteria analysis, permitting some quantitative expression of the trade-offs to be made. These techniques do not resolve questions involving equity — for example, determining who should bear the costs. However, they provide important information on the incidence of damage, mitigation, and adaptation costs and on where cost-effective action might be taken.

Despite their many imperfections, these techniques provide a valuable framework for identifying essential questions that policymakers must face when dealing with climate change, namely:

- By how much should emissions of greenhouse gases be reduced?
- When should emissions be reduced?
- How should emissions be reduced?

These analytical techniques assist decision makers in comparing the consequences of alternative actions, including that of no action, on a quantitative basis — and can certainly make a contribution to resolution of these questions.

---

[6] Despite the differences in the value of the discount rate, policies developed on the basis of the two approaches may lead to similar results.

BLM_0152336

## 7. THE SOCIAL COSTS OF ANTHROPOGENIC CLIMATE CHANGE: DAMAGES OF INCREASED GREENHOUSE GAS EMISSIONS

The literature on the subject in this section is controversial and mainly based on research done on developed countries, often extrapolated to developing countries. There is no consensus about how to value statistical lives or how to aggregate statistical lives across countries.[7] Monetary valuation should not obscure the human consequences of anthropogenic climate change damages, because the value of life has meaning beyond monetary valuation. It should be noted that the Rio Declaration and Agenda 21 call for human beings to remain at the centre of sustainable development. The approach taken to this valuation might affect the scale of damage reduction strategies. It may be noted that, in virtually all of the literature discussed in this section, the developing country statistical lives have not been equally valued at the developed country value, nor are other damages in developing countries equally valued at the developed country value. Because national circumstances, including opportunity costs, differ, economists sometimes evaluate certain kinds of impacts differently amongst countries.

The benefits of limiting greenhouse gas emissions and enhancing sinks are: (a) the climate change damages avoided; and (b) the secondary benefits associated with the relevant policies. Secondary benefits include reductions in other pollutants jointly produced with greenhouse gases and the conservation of biological diversity. Net climate change damages include both market and nonmarket impacts as far as they can be quantified at present and, in some cases, adaptation costs. Damages are expressed in net terms to account for the fact that there are some beneficial impacts of global warming as well, which are, however, dominated by the damage costs. Nonmarket impacts, such as human health, risk of human mortality and damage to ecosystems, form an important component of available estimates of the social costs of climate change. The literature on monetary valuation of such nonmarket effects reflects a number of divergent views and approaches. The estimates of nonmarket damages, however, are highly speculative and not comprehensive.

Nonmarket damage estimates are a source of major uncertainty in assessing the implications of global climate change for human welfare. While some regard monetary valuation of such impacts as essential to sound decision-making, others reject monetary valuation of some impacts, such as risk of human mortality, on ethical grounds. Additionally, there is a danger that entire unique cultures may be obliterated. This is not something that can be considered in monetary terms, but becomes a question of loss of human diversity, for which we have no indicators to measure economic value.

The assessed literature contains only a few estimates of the monetized damages associated with doubled $CO_2$ equivalent concentration scenarios. These estimates are aggregated to a global scale and illustrate the potential impacts of climate change under selected scenarios. Aggregating individual monetized damages to

obtain total social welfare impacts implies difficult decisions about equity amongst countries. Global estimates are based upon an aggregation of monetary damages across countries (damages which are themselves implicit aggregations across individuals) that reflects intercountry differences in wealth and income — this fundamentally influences the monetary valuation of damages. Taking income differences as given implies that an equivalent impact in two countries (such as an equal increase in human mortality) would receive very different weights in the calculations of global damages.

To enable choices between different ways of promoting human welfare to be made on a consistent basis, economists have for many years sought to express a wide range of human and environmental impacts in terms of monetary equivalents, using various techniques. The most commonly used of those techniques is an approach based on the observed willingness to pay for various nonmarket benefits.[8] This is the approach that has been taken in most of the assessed literature.

Human life is an element outside the market and societies may want to preserve it in an equal way. An approach that includes equal valuation of impacts on human life wherever they occur may yield different global aggregate estimates than those reported below. For example, equalizing the value of a statistical life at a global average could leave total global damage unchanged but would increase markedly the share of these damages borne by the developing world. Equalizing the value at the level typical in developed countries would increase monetized damages several times, and would further increase the share of the developing countries in the total damage estimate.

Other aggregation methods can be used to adjust for differences in the wealth or incomes of countries in calculations of monetary damages. Because estimates of monetary damage tend to be a higher percentage of national GDP for low-income countries than for high-income countries, aggregation schemes that adjust for wealth or income effects are expected to yield higher estimates of global damages than those presented in this report.

The assessed literature quantifying total damages from 2-3°C warming provides a wide range of point estimates for damages, given the presumed change in atmospheric greenhouse gas concentrations. The aggregate estimates tend to be a few per cent of world GDP, with, in general, considerably higher estimates of damage to developing countries as a share of their GDP. The aggregate estimates are subject to considerable uncertainty, but the range of uncertainty cannot be

---

[7] The value of a statistical life is defined as the value people assign to a change in the risk of death among the population.

[8] The concept of willingness to pay is indicative, based on expressed desires, available resources and information of a human being's preferences at a certain moment in time. The values may change over time. Also, other concepts (such as willingness to accept compensation for damage) have been advanced, but not yet widely applied, in the literature, and the interpretation and application of willingness to pay and other concepts to the climate problem may evolve.

BLM_0152337

gauged from the literature. The range of estimates cannot be interpreted as a confidence interval, given the widely differing assumptions and methodologies in the studies. As noted above, aggregation is likely to mask even greater uncertainties about damage components.

Regional or sectoral approaches to estimating the consequences of climate change include a much wider range of estimates of the net economic effects. For some areas, damages are estimated to be significantly greater and could negatively affect economic development. For others, climate change is estimated to increase economic production and present opportunities for economic development. For countries generally having a diversified, industrial economy and an educated and flexible labour force, the limited set of published estimates of damages are of the order one to a few per cent of GDP. For countries generally having a specialized and natural resource-based economy (e.g., heavily emphasizing agriculture or forestry), and a poorly developed and land-tied labour force, estimates of damages from the few studies available are several times larger. Small islands and low-lying coastal areas are particularly vulnerable. Damages from possible large-scale catastrophes, such as major changes in ocean circulation, are not reflected in these estimates. There is little agreement across studies about the exact magnitude of each category of damages or relative ranking of the damage categories.[9] Climate changes of this magnitude are not expected to be realized for several decades, and damages in the interim could be smaller. Damages over a longer period of time might be greater.[10]

IPCC does not endorse any particular range of values for the marginal damage of $CO_2$ emissions, but published estimates range between \$5 and \$125 (1990 U.S.) per tonne of carbon emitted now. This range of estimates does not represent the full range of uncertainty. The estimates are also based on models that remain simplistic and are limited representations of the actual climate processes in being and are based on earlier IPCC scientific reports. The wide range of damage estimates reflects variations in model scenarios, discount rates and other assumptions. It must be emphasized that the social cost estimates have a wide range of uncertainty because of limited knowledge of impacts, uncertain future technological and socio-economic developments, and the possibility of catastrophic events or surprises.

## 8.    GENERIC ASSESSMENT OF RESPONSE STRATEGIES

A wide range of technologies and practices is available for mitigating emissions of carbon dioxide, methane, nitrous oxide and other greenhouse gases. There are also many adaptation measures available for responding to the impacts of climate change. All these technologies, practices and measures have financial and environmental costs as well as benefits. This section surveys the range of options currently available or discussed in the literature. The optimal mix of response options will vary by country and over time as local conditions and costs change.

A review of $CO_2$ mitigation options suggests that:

- A large potential for cost-effective **energy conservation and efficiency improvements** in energy supply and energy use exists in many sectors. These options offer economic and environmental benefits in addition to reducing emissions of greenhouse gases. Various of these options can be deployed rapidly due to small unit size, modular design characteristics and low lifetime costs.

The options for $CO_2$ **mitigation in energy use** include alternative methods and efficiency improvements, among others in the construction, residential, commercial, agriculture and industry sectors. Not all cost-effective strategies are based on new technology; some may rely on improved information dissemination and public education, managerial strategies, pricing policies and institutional reforms.

- Estimates of the technical potential for **switching to less carbon-intensive** fuels vary regionally and with the type of measure and the economic availability of reserves of fossil and alternative fuels. These estimates also have to take account of potential methane emissions from leakage of natural gas during production and distribution.

- **Renewable energy technologies** (e.g., solar, hydroelectric, wind, traditional and modern biomass, and ocean thermal energy conversion) have achieved different levels of technical development, economic maturity and commercial readiness. The potential of these energy sources is not fully realized. Cost estimates for these technologies are sensitive to site-specific characteristics, resource variability and the form of final energy delivered. These cost estimates vary widely.

- **Nuclear energy**[11] is a technology that has been deployed for several decades in many countries. However, a number of factors have slowed the expansion of nuclear power, including: (a) wary public perceptions resulting from nuclear accidents, (b) not yet fully resolved issues concerning reactor safety, proliferation of fissile material, power-plant decommissioning and long-term disposal of nuclear waste, as well as, in some instances, lower-than-anticipated levels of demand for electricity. Regulatory and siting difficulties have increased construction lead times, leading to higher capital costs for this option in some countries. If these issues, including *inter alia* the social, political and environmental aspects mentioned above, can be resolved, nuclear energy has the potential to increase its present share in worldwide energy production.

- **$CO_2$ capture and disposal** may be ultimately limited for technical and environmental reasons, because not all forms of disposal ensure prevention of carbon re-entering the atmosphere.

---

[9] Due to time lags between findings in the natural sciences, their use in determination of potential physical and biological impacts, and subsequent incorporation into economic analyses of climate change, the estimates of climate change damage are based mainly on the scientific results from the 1990 and 1992 IPCC reports.

[10] See the volume on the science of climate change and the volume on the scientific-technical analyses of impacts, adaptations and mitigation of climate change of the IPCC Second Assessment Report (SAR).

[11] For more information on the technical aspects of nuclear power, see the volume on the scientific-technical analyses of impacts, adaptations and mitigation of climate change of the IPCC Second Assessment Report (SAR).

BLM_0152338

- **Forestry** options, in some circumstances, offer large potential, modest costs, low risk and other benefits. Further, the potential modern use of biomass as a source of fuels and electricity could become attractive. Halting or slowing deforestation and increasing reforestation through increased silvicultural productivity and sustainable management programmes that increase agricultural productivity, the expansion of forest reserves and promotion of ecotourism are among the cost-effective options for slowing the atmospheric build-up of $CO_2$. Forestry programmes raise important equity considerations.[12]

There is also a wide range of available technologies and practices for reducing emissions of **methane** from such sources as natural gas systems, coal mines, waste dumps and farms. However, the issue of reduction of emissions related to food supply may imply trade-offs with rates of food production. These trade-offs must be carefully assessed, as they may affect the provision of basic needs in some countries, particularly in developing countries.

Most **nitrous oxide** emissions come from diffuse sources related to agriculture and forestry. These emissions are difficult to reduce rapidly. Industrial emissions of **nitrous oxide and halogenated compounds** tend to be concentrated in a few key sectors and tend to be easier to control. Measures to limit such emissions may be attractive for many countries.

The slow implementation of many of the technologically attractive and cost-effective options listed above has many possible explanations, with both actual and perceived costs being a major factor. Among other factors, capital availability, information gaps, institutional obstacles and market imperfections affect the rate of diffusion for these technologies. Identifying the reasons specific to a particular country is a precondition to devising sound and efficient policies to encourage their broader adoption.

Education and training as well as information and advisory measures are important aspects of various response options.

Many of the emission-reducing technologies and practices described above also provide other benefits to society. These additional benefits include improved air quality, better protection of surface and underground waters, enhanced animal productivity, reduced risk of explosions and fire, and improved use of energy resources.

Many options are also available for adapting to the impacts of climate change and thus reducing the damages to national economies and natural ecosystems. Adaptive options are available in many sectors, ranging from agriculture and energy to health, coastal zone management, offshore fisheries and recreation. Some of these provide enhanced ability to cope with the current impacts of climate variability. However, possible trade-offs between implementation of mitigation and adaptation measures are important to consider in future research. A summary of sectoral options for adaptation is presented in the volume on the scientific-technical analyses of impacts, adaptations and mitigation of climate change of the IPCC Second Assessment Report (SAR).

The optimal response strategy for each country will depend on the special circumstances and conditions which that country must face. Nonetheless, many recent studies and empirical observations suggest that some of the most cost-effective options can be most successfully implemented on a joint or cooperative basis among nations.

## 9.    COSTS OF RESPONSE OPTIONS

It must be emphasized that the text in this section is an assessment of the technical literature and does not make recommendations on policy matters. The available literature is primarily from developed countries.

### Cost concepts

From the perspective of this section on assessing mitigation or adaptation costs, what matters is the net cost (total cost less secondary benefits and costs). These net costs exclude the social costs of climate change, which are discussed in Section 7 above. The assessed literature yields a very wide range of estimates of the costs of response options. The wide range largely reflects significant differences in assumptions about the efficiency of energy and other markets, and about the ability of government institutions to address perceived market failures or imperfections.

Measures to reduce greenhouse gas emissions may yield additional economic impacts (for example, through technological externalities associated with fostering research and development programmes) and/or environmental impacts (such as reduced emissions of acid rain and urban smog precursors). Studies suggest that the secondary environmental benefits may be substantial but are likely to differ from country to country.

### Specific results

Estimates of the cost of greenhouse gas emission reduction depend critically upon assumptions about the levels of energy efficiency improvements in the baseline scenario (that is, in the absence of climate policy) and upon a wide range of factors such as consumption patterns, resource and technology availability, the desired level and timing of abatement, and the choice of policy instruments. Policymakers should not place too much confidence in the specific numerical results from any one analysis. For example, mitigation cost analyses reveal the costs of mitigation relative to a given baseline, but neither the baseline nor the intervention scenarios should be interpreted as representing likely future conditions. The focus should be on the general insights regarding the underlying determinants of costs.

---

[12] These are addressed in Section 4 above and in the volume on economic and social dimensions of climate change of the IPCC Second Assessment Report (SAR).

BLM_0152339

The costs of stabilizing atmospheric concentrations of greenhouse gases at levels and within a time-frame that will prevent dangerous anthropogenic interference with the climate system (the ultimate objective of the UNFCCC) will be critically dependent on the choice of emission timepath. The cost of the abatement programme will be influenced by the rate of capital replacement, the discount rate, and the effect of research and development.

Failure to adopt policies as early as possible to encourage efficient replacement investments at the end of the economic life of a plant and equipment (i.e., at the point of capital stock turnover) imposes an economic cost to society. Implementing emission reductions at rates that can be absorbed in the course of normal stock turnover is likely to be cheaper than enforcing premature retirement now.

The choice of abatement paths thus involves balancing the economic risks of rapid abatement now (that premature capital stock retirement will later be proved unnecessary) against the corresponding risk of delay (that more rapid reduction will then be required, necessitating premature retirement of future capital stock).

Appropriate long-run signals are required to allow producers and consumers to adapt cost-effectively to constraints on greenhouse gas emissions and to encourage research and development. Benefits associated with the implementation of any "no-regret" policies will offset, at least in part, the costs of a full portfolio of mitigation measures. This will also increase the time available to learn about climate risks and to bring new technologies into the marketplace.

Despite significant differences in views, there is agreement that energy efficiency gains of perhaps 10-30% above baseline trends over the next two to three decades can be realized at negative to zero net cost. (Negative net cost means an economic benefit.) With longer time horizons, which allow a more complete turnover of capital stocks, and which give research and development and market transformation policies a chance to impact multiple replacement cycles, this potential is much higher. The magnitude of such "no-regret" potentials depends upon the existence of substantial market or institutional imperfections that prevent cost-effective emission reduction measures from occurring. The key question is then the extent to which such imperfections and barriers can be removed cost-effectively by policy initiatives such as efficiency standards, incentives, removal of subsidies, information programmes and funding of technology transfer.

Progress has been made in a number of countries in cost-effectively reducing imperfections and institutional barriers in markets through policy instruments based on voluntary agreements, energy efficiency incentives, product efficiency standards and energy efficiency procurement programmes involving manufacturers, as well as utility regulatory reforms. Where empirical evaluations have been made, many have found the benefit-cost ratio of increasing energy efficiency to be favourable, suggesting the practical feasibility of realizing "no-regret" potentials at negative net cost. More information is needed on similar and improved programmes in a wider range of countries.

Infrastructure decisions are critical in determining long-term emissions and abatement costs because they can enhance or restrict the number and type of future options. Infrastructure decisions determine development patterns in transportation, urban settlement and land-use, and influence energy system development and deforestation patterns. This issue is of particular importance to developing countries and many economies in transition where major infrastructure decisions will be made in the near term.

If a carbon or carbon-energy tax is used as a policy instrument for reducing emissions, the taxes could raise substantial revenues, and how the revenues are distributed could dramatically affect the cost of mitigation. If the revenues are distributed by reducing distortionary taxes in the existing system, they will help reduce the excess burden of the existing tax system, potentially yielding an additional economic benefit (double dividend). For example, those European studies which are more optimistic regarding the potential for tax recycling show lower and, in some instances, slightly negative costs. Conversely, inefficient recycling of the tax revenues could increase costs. For example, if the tax revenues are used to finance government programmes that yield a lower return than the private sector investments foregone because of the tax, then overall costs will increase.

There are large differences in the costs of reducing greenhouse gas emissions among countries because of their state of economic development, infrastructure choices and natural resource base. This indicates that international cooperation could significantly reduce the global cost of reducing emissions. Research suggests that, in principle, substantial savings would be possible if emissions are reduced where it is cheapest to do so. In practice, this requires international mechanisms ensuring appropriate capital flows and technology transfers between countries. Conversely, a failure to achieve international cooperation could compromise unilateral attempts by a country or a group of countries to limit greenhouse gas emissions. However, estimates of so called leakage effects vary so widely that they provide little guidance to policymakers.

There has been more analysis to date of emission reduction potentials and costs for developed countries than for other parts of the world. Moreover, many existing models are not well-suited to study economies in transition or economies of developing countries. Much work is needed to develop and apply models for use outside developed countries (for example, to represent more explicitly market imperfections, institutional barriers, and traditional and informal economic sectors). In addition, the discussion below and the bulk of the underlying report deal with costs of response options at the national or regional level in terms of effect on GDP. Further analysis is required concerning effects of response options on employment, inflation, trade competitiveness and other public issues.

A large number of studies using both top-down and bottom-up approaches (see Box 1 for definitions) were reviewed. Estimates of the costs of limiting fossil fuel carbon dioxide emissions (expressed as carbon) vary widely and depend upon choice of methodologies, underlying assumptions, emission scenarios, policy instruments,

BLM_0152340

## BOX 1. TOP-DOWN AND BOTTOM-UP MODELS

Top-down models are aggregate models of the entire macro-economy that draw on analysis of historical trends and relationships to predict the large-scale interactions between the sectors of the economy, especially the interactions between the energy sector and the rest of the economy. Top-down models typically incorporate relatively little detail on energy consumption and technological change, compared with bottom-up models.

In contrast, bottom-up models incorporate detailed studies of the engineering costs of a wide range of available and forecast technologies, and describe energy consumption in great detail. However, compared with top-down models, they typically incorporate relatively little detail on nonenergy consumer behaviour and interactions with other sectors of the economy.

This simple characterization of top-down and bottom-up models is increasingly misleading as more recent versions of each approach have tended to provide greater detail in the aspects that were less developed in the past. As a result of this convergence in model structure, model results are tending to converge, and the remaining differences reflect differences in assumptions about how rapidly and effectively market institutions adopt cost-effective new technologies or can be induced to adopt them by policy interventions.

Many existing models are not well suited to study economies in transition or those of developing countries. More work is needed to develop the appropriate methodologies, data and models and to build the local institutional capacity to undertake analyses.

reporting year and other criteria. For specific results of individual studies, see the volume on economic and social dimenstions of climate change of the IPCC Second Assessment Report (SAR).

**OECD countries.** Although it is difficult to generalize, top-down analyses suggest that the costs of substantial reductions below 1990 levels could be as high as several per cent of GDP. In the specific case of stabilizing emissions at 1990 levels, most studies estimate that annual costs in the range of –0.5% of GDP (equivalent to a gain of about $60 billion in total for OECD countries at today's GDP levels) to 2% of GDP (equivalent to a loss of about $240 billion) could be reached over the next several decades. However, studies also show that appropriate timing of abatement measures and the availability of low-cost alternatives may substantially reduce the size of the overall bill.

Bottom-up studies are more optimistic about the potential for low or negative cost emission reductions, and the capacity to implement that potential. Such studies show that the costs of reducing emissions by 20% in developed countries within two to three decades are negligible to negative. Other bottom-up studies suggest that there exists a potential for absolute reductions in excess of 50% in the longer term, without increasing, and perhaps even reducing, total energy system costs.

The results of top-down and bottom-up analyses differ because of such factors as higher estimates of no-regrets potential and techno-

logical progress, and earlier saturation in energy services per unit GDP. In the most favourable assessments, savings of 10-20% in the total cost of energy services can be achieved.

**Economies in transition.** The potential for cost-effective reductions in energy use is apt to be considerable, but the realizable potential will depend upon what economic and technological development path is chosen, as well as the availability of capital to pursue different paths. A critical issue is the future of structural changes in these countries that are apt to change dramatically the level of baseline emissions and the emission reduction costs.

**Developing countries.** Analyses suggest that there may be substantial low-cost fossil fuel carbon dioxide emission reduction opportunities for developing countries. Development pathways that increase energy efficiency, promote alternative energy technologies, reduce deforestation, and enhance agricultural productivity and biomass energy production can be economically beneficial. To embark upon this pathway may require significant international cooperation and financial and technology transfers. However, these are likely to be insufficient to offset rapidly increasing emissions baselines, associated with increased economic growth and overall welfare. Stabilization of carbon dioxide emissions is likely to be costly.

It should be noted that analyses of costs to economies in transition and developing countries typically neglect the general equilibrium effects of unilateral actions taken by developed countries. These effects may be either positive or negative and their magnitude is difficult to quantify.

It should also be noted that estimates of costs or benefits of the order of a few per cent of GDP may represent small differences in GDP growth rates, but are nevertheless substantial in absolute terms.

Preservation and augmentation of carbon sinks offer a substantial and often cost-effective component of a greenhouse gas mitigation strategy. Studies suggest that as much as 15-30% of 1990 global energy-related emissions could be offset by carbon sequestration in forests for a period of 50-100 years. The costs of carbon sequestration, which are competitive with source control options, may differ among regions of the world.

Control of emissions of other greenhouse gases, especially methane and nitrous oxide, can provide significant cost-effective opportunities in some countries. About 10% of anthropogenic methane emissions could be reduced at negative or low cost using available mitigation options for such methane sources as natural gas systems, waste management and agriculture.

## 10.    INTEGRATED ASSESSMENT

Integrated assessment models combine knowledge from a wide range of disciplines to provide insights that would not be

BLM_0152341

observed through traditional disciplinary research. They are used to explore possible states of human and natural systems, analyze key questions related to policy formulation and help set research priorities. Integration helps coordinate assumptions from different disciplines and allows feedbacks and interactions absent from individual disciplines to be analyzed. However, the results of such analyses are no better than the information drawn from the underlying economic, atmospheric and biological sciences. Integrated assessment models are limited both by the underlying knowledge base upon which they draw and by the relatively limited experiential base.

Most current integrated assessment models do not reflect the specific social and economic dynamics of the developing and transition economies well; for example, none of the existing models addresses most market imperfections, institutional barriers, or the operation of the informal sector in these countries. This can lead to biases in global assessments when mitigation options and impacts on developing or transition economies are valued as if their economies operated like those in the developed countries.

While relatively new, integrated assessment models of climate change have evolved rapidly. Integrated assessment models tend to fall into two categories: *policy evaluation* and *policy optimization* models. Policy evaluation models are rich in physical detail and have been used to analyze the potential for deforestation as a consequence of interactions between demographics, agricultural productivity and economic growth, and the relationship between climate change and the extent of potentially malarial regions. Policy optimization models optimize over key variables (e.g., emission rates, carbon taxes) to achieve formulated policy goals (e.g., cost minimization or welfare optimization).

Key uncertainties in current integrated assessments include the sensitivity of the climate system to changes in greenhouse gas concentrations, the specification and valuation of impacts where there are no markets, changes in national and regional demographics, the choice of discount rates, and assumptions regarding the cost, availability and diffusion of technologies.

## 11.  AN ECONOMIC ASSESSMENT OF POLICY INSTRUMENTS TO COMBAT CLIMATE CHANGE

Governments may have different sets of criteria for assessing international as well as domestic greenhouse policy instruments. Among these criteria are efficiency and cost-effectiveness, effectiveness in achieving stated environmental targets, distributional (including intergenerational) equity, flexibility in the face of new knowledge, understandability to the general public, and consistency with national priorities, policies, institutions and traditions. The choice of instruments may also partly reflect a desire on the part of governments to achieve other objectives, such as sustainable economic development, meeting social development goals and fiscal targets, or influencing pollution levels that are indirectly related to greenhouse

gas emissions. A further concern of governments may lie with the effect of policies on competitiveness.

The world economy and indeed some individual national economies suffer from a number of price distortions which increase greenhouse gas emissions, such as some agricultural and fuel subsidies and distortions in transport pricing. A number of studies of this issue indicate that global emission reductions of 4-18%, together with increases in real incomes, are possible from phasing out fuel subsidies. For the most part, reducing such distortions could lower emissions and increase economic efficiency. However, subsidies are often introduced and price distortions maintained for social and distributional reasons, and they may be difficult to remove.

Policy instruments may be identified at two different levels: those that might be used by a group of countries and those that might be used by individual nations unilaterally or to achieve compliance with a multilateral agreement.

A group[13] of countries may choose from policy measures and instruments including encouragement of voluntary actions and further research, tradable quotas, joint implementation (specifically activities implemented jointly under the pilot phase[14]), harmonized domestic carbon taxes, international carbon taxes, nontradable quotas and various international standards. If the group did not include all major greenhouse gas emitters, then there might be a tendency for fossil fuel use to increase in countries not participating in this group. This outcome might reduce the international competitiveness of some industries in participating countries as well as the environmental effectiveness of the countries' efforts.

At both the international and national levels, the economic literature indicates that instruments that provide economic incentives, such as taxes and tradable quotas/permits, are likely to be more cost-effective than other approaches. Uniform standards among groups of countries participating in an international agreement are likely to be difficult to achieve. However, for one group of countries there has been agreement on the application of some uniform standards.

At the international level, all of the potentially efficient market-based instruments could be examined during the course of future negotiations. A tradable quota system has the disadvantage of making the marginal cost of emissions uncertain, while a carbon tax (and related instruments) has the disadvantage of leaving the effect on the level at which emissions are controlled uncertain. The weight given to the importance of reducing these different types of uncertainty would be one crucial factor in further evaluating these alternative instruments. Because of the lack of appropriate scientific knowledge, there would remain a high degree of uncertainty about the results of limiting emissions at specific levels. The adoption of

---

13  The group could contain only a few, quite a number, or even all countries.

14  See decision 5/CP.1 of the first Conference of the Parties (COP1) to the UNFCCC.

BLM_0152342

either a tradable quota scheme or international taxes would have implications for the international distribution of wealth. The distributional consequences would be the subject of negotiation. To insure the practicability of such instruments, there is a need for additional studies on the possible design of tradable quotas and harmonized taxes and on the institutional framework in which they might operate.

Individual countries that seek to implement mitigation policies can choose from among a large set of potential policies and instruments, including carbon taxes, tradable permits, deposit refund systems (and related instruments) and subsidies, as well as technology standards, performance standards, product bans, direct government investment and voluntary agreements. Public education on the sustainable use of resources could play an important part in modifying consumption patterns and other human behaviour. The choice of measures at the domestic level may reflect objectives other than cost-effectiveness, such as meeting fiscal targets. Revenue from carbon taxes or auctioned tradable permits could be used to replace existing distortionary taxes. The choice of instruments may also reflect other environmental objectives, such as reducing non-greenhouse pollution emissions, or increasing forest cover, or other concerns such as specific impacts on particular regions or communities.

BLM_0152343

N. Speranskaya, Russian Federation; K. Trenberth, USA; C. Tsay, Taiwan; J. Walsh, USA; K. Wang, Canada; N. Ward, Italy; S. Warren, USA; T. Yasunari, Japan; Q. Zu, China

## Chapter 4: Climate processes
### Convening lead author
R. Dickinson, USA
### Lead authors
V. Meleshko, Russian Federation; D. Randall, USA; E. Sarachik, USA; P. Silva-Dias, Brazil; A. Slingo, UK
### Contributors
A. Barros, USA; O. Boucher, France; R. Cess, USA; A. Del Genio, USA; L. Dumenil, Germany; R. Fu, USA; P. Gleckler, USA; J. Hansen, USA; R. Lindzen, USA; E. Maier-Reimer, Germany; K. McNaughton, New Zealand; J. McWilliams, USA; G. Meehl, USA; M. Miller, UK; D. Neelin, USA; E. Olaguer, USA; T. Palmer, UK; C. Penland, USA; R. Pinker, USA; V. Ramaswamy, USA; D. Rind, USA; A. Robock, USA; M. Salby, USA; M. Schlessinger, USA; H. Schmid, Switzerland; C. Senior, UK; Q. Shao, USA; K. Shine, UK; H. Sundquist, Sweden; A. Vogelmann, USA; A. Weaver, Canada

## Chapter 5: Climate models — evaluation
### Convening lead author
W. Gates, USA
### Lead authors
G. Boer, Canada; A. Henderson-Sellers, Australia; C. Folland, UK; A. Kitoh, Japan; B. McAvaney, Australia; F. Semazzi, USA; N. Smith, Australia; A. Weaver, Canada; Q. Zeng, China
### Contributors
J. Boyle, USA; R. Cess, USA; T. Chen, Australia; J. Christy, USA; C. Covey, USA; T. Crowley, USA; U. Cubasch, Germany; J. Davies, UK; M. Fiorino, USA; G. Flato, Canada; C. Fredericksen, Australia; F. Giorgi, USA; P. Gleckler, USA; J. Hack, USA; J. Hansen, USA; G. Hegerl, Germany; R. Huang, USA; P. Irannejad, Australia; T. Johns, UK; J. Kiehl, USA; H. Koide, Japan; R. Koster, USA; J. Kutzbach, USA; S. Lambert, Canada; R. Latif, Germany; N. Lau, USA; P. Lemke, Germany; R. Livezey, USA; P. Love, Australia; N. McFarlane, Canada; K. McGuffie, USA; G. Meehl, USA; I. Mokhov, Russian Federation; A. Noda, Japan; B. Otto-Bliesner, USA; T. Palmer, UK; T. Phillips, USA; A. Pitman, Australia; J. Polcher, France; G. Potter, USA; S.B. Power, Australia; D. Randall, USA; P. Rasch, USA; A. Robock, USA; B. Santer, USA; E. Sarachik, USA; N. Sato, Japan; A. Semtner Jr, USA; J. Slingo, UK; I. Smith, UK; K. Sperber, USA; R. Stouffer, USA; M. Sugi, Japan; J. Syktus, Australia; K. Taylor, USA; S. Tett, UK; S. Tibaldi, Italy; W. Wang, USA; W. Washington, USA; B. Weare, USA; D. Williamson, USA; T. Yamagata, Japan; Z. Yang, USA; R. Zhang, China; M. Zhang, USA; F. Zwiers, Canada

## Chapter 6: Climate models — projections of future climate
### Convening lead author
A. Kattenberg, The Netherlands
### Lead authors
F. Giorgi, USA; H. Grassl, Germany; G. Meehl, USA; J. Mitchell, UK; R. Stoufer, USA; T. Tokioka, Japan; A. Weaver, Canada; T. Wigley, USA
### Contributors
A. Barros, USA; M. Beniston, Switzerland; G. Boer, Canada; T. Buishand, The Netherlands; J. Christensen, Denmark; R. Colman,

Australia; J. Copeland, USA; P. Cox, UK; A. Cress, Germany; U. Cubasch, Germany; M. Deque, France; G. Flato, Canada; C. Fu, China; I. Fung, Canada; J. Garratt, Australia; S. Ghan, USA; H. Gordon, Australia; J. Gregory, UK; P. Guttorp, USA; A. Henderson-Sellers, Australia; K. Hennessy, Australia; H. Hirakuchi, Japan; G. Holland, Australia; B. Horton, UK; T. Johns, UK; R. Jones, UK; M. Kanamitsu, USA; T. Karl, USA; D. Karoly, Australia; A. Keen, UK; T. Kittel, USA; T. Knutson, USA; T. Koide, Japan; G. Können, The Netherlands; M. Lal, India; R. Laprise, Canada; R. Leung, USA; A. Lupo, USA; A. Lynch, Australia; C. Ma, USA; B. Machenhauer, Germany; E. Maier-Reimer, Germany; M. Marinucci, USA; B. McAvaney, Australia; J. McGregor, Australia; L. Mearns, USA; N. Miller, USA; J. Murphy, UK; A. Noda, Japan; M. Noguer, UK; J. Oberhuber, Germany; S. Parey, France; H. Pleym, Norway; J. Raisanen, Finland; D. Randall, USA; S. Raper, UK; P. Rayner, USA; J. Roads, USA; E. Roeckner, Germany; G. Russell, USA; H. Sasaki, Japan; F. Semazzi, USA; C. Senior, UK; C. Skelly, Australia; K. Sperber, USA; K. Taylor, USA; S. Tett, UK; H. von Storch, Germany; K. Walsh, Australia; P. Whetton, Australia; D. Wilks, USA; I. Woodward, UK; F. Zwiers, Canada

## Chapter 7: Changes in sea level
### Convening lead author
D. Warrick, New Zealand
### Lead authors
C. Le Provost, France; M. Meier, USA; J. Oerlemans, The Netherlands; P. Woodworth, UK
### Contributors
R. Alley, USA; C. Bentley, USA; R. Bindschadler, USA; R. Braithwaite, UK; B. Douglas, USA; M. Dyurgerov, Russian Federation; N. Flemming, UK; C. Genthon, France; V. Gornit, USA; J. Gregory, UK; W. Haeberli, Switzerland; P. Huybrechts, Germany; T. Jóhannesson, Iceland; U. Mikolajewic, Germany; S. Raper, UK; D. Sahagian, USA; T. Wigley, USA; J. de Wolde, The Netherlands

## Chapter 8: Detection of climate change and attribution of causes
### Convening lead author
B. Santer, USA
### Lead authors
E. Anyamba, USA; T. Barnett, USA; T. Wigley, USA
### Contributors
P. Bloomfield, USA; E. Cook, USA; C. Covey, USA; T. Crowley, USA; T. Delworth, USA; L. Gates, USA; N. Graham, USA; J. Gregory, UK; J. Hansen, USA; K. Hasselmann, Germany; G. Hegerl, Germany; T. Johns, UK; P. Jones, UK; T. Karl, USA; D. Karoly, Australia; H. Kheshgi, USA; M. MacCracken, USA; K. Maskell, UK; G. Meehl, USA; J. Mitchell, UK; J. Murphy, UK; N. Nicholls, Australia; G. North, USA; M. Oppenheimer, USA; J. Penner, USA; S. Power, Australia; A. Robock, USA; C. Senior, UK; K. Taylor, USA; S. Tett, UK; F. Zwiers, Canada

## Chapter 9: Terrestrial biotic responses to environmental change and feedbacks to climate
### Convening lead author
J. Melillo, USA
### Lead authors
G. Farquhar, Australia; C. Prentice, Sweden; O. Sala, Argentina; E. Schulze; Germany

BLM_0152345

APPENDIX: LEAD AUTHORS, AUTHORS AND CONTRIBUTORS

**Contributors**
P. Bartlein; USA, F. Bazzaz; USA, R. Bradshaw, Sweden; J. Clark, USA; M. Claussen, Germany; G. Collat, USA; M. Coughenour, USA; C. Field, USA; J. Foley, Australia; A. Friend, UK; B. Huntley, UK; C. Körner, Switzerland; W. Kur, Canada; R. Leemans, The Netherlands; J. Lloyd, Australia; P. Martin, Italy; K. McNaughton, New Zealand; A. McGuire, USA; R. Neilson, USA; W. Oechel, USA; J. Overpeck, USA; W. Parton, USA; L. Pitelka, USA; D. Rind, USA; S. Running, USA; D. Schimel, USA; T. Smith, USA; T. Webb, USA; C. Whitlock, USA

**Chapter 10: Marine biotic responses to environmental change and feedbacks to climate**
*Convening lead author*
K. Denman, Canada
*Lead authors*
E. Hofmann, USA; H. Marchant, Australia

**Contributors**
M. Abbott, USA; T. Bates, USA; S. Calvert, Canada ; M. Fasham, UK; R. Jahnke, USA; S. Kempe, Germany; R. Lara, Germany; C. Law, UK; P. Liss, UK; A. Michaels, Bermuda; T. Pederson, Canada ; M. Peña, Canada; T. Platt, Canada; K. Van Scoy, USA; J. Sharp, USA; D. Thomas, Israel; J. Walsh, USA; A. Watson, UK

**Chapter 11: Advancing our understanding**
*Convening lead author*
G. McBean, Canada
*Lead authors*
P. Liss, UK; S. Schneider, USA

**IPCC WORKING GROUP II REPORT, 1995**

**Authors/contributors to the summary for policymakers and technical summary**
R.T. Watson, USA; M.C. Zinyowera, Zimbabwe; R.H. Moss, USA; R. Acosta Moreno, Cuba; S. Adhikary, Nepal; M. Adler, USA; S. Agrawala, India; A. Guillermo Aguilar, Mexico; S. Al-Khouli, Saudi Arabia; B. Allen-Diaz, USA; M. Ando, Japan; R. Andressen, Venezuela; B.W. Ang, Singapore; N. Arnell, UK; A. Arquit-Niederberger, Switzerland; W. Baethgen, Uruguay; B. Bates, Australia; M. Beniston, Switzerland; R. Bierbaum, USA; L. Bijlsma, The Netherlands; M. Boko, Benin; B. Bolin, Sweden; S. Bolton, USA; E. Bravo, Venezuela; S. Brown, USA; P. Bullock, UK; M. Cannell, UK; O. Canziani, Argentina; R. Carcavallo, Argentina; C. Clemente Cerri, Brazil; W. Chandler, USA; F. Cheghe, Kenya; Chunzhen Liu, China; V. Cole, USA; W. Cramer, Germany; R.V. Cruz, Philippines; O. Davidson, Sierra Leone; E. Desa, India; Deying Xu, China; S. Diaz, Argentina; A. Dlugolecki, UK; J. Edmonds, USA; J. Everett, USA; A. Fischlin, Switzerland; B. Fitzharris, New Zealand; D. Fox, USA; J. Friaa, Tunisia; A. Rauja Gacuhi, Kenya; W. Galinski, Poland; H. Gitay, Australia; P. Groffman, USA; A. Grubler, Austria; H. Gruenspecht, USA; S. Hamburg, USA; T. Hoffman, South Africa; J.I. Holten, Norway; H. Ishitani, Japan; V. Ittekkot, Germany; T. Johansson, Sweden; Z. Kaczmarek, Poland; T. Kashiwagi, Japan; M. Kirschbaum, Australia; P. Komor, USA; A. Krovnin, Russian Federation; R. Klein, The Netherlands; S. Kulshrestha, India; H. Lang, Switzerland; H. Le Houerou, France; R. Leemans, The Netherlands; M. Levine, USA; Lin Erda, China; D. Lluch-Belda, Mexico; M. MacCracken, USA; J. Magnuson, USA; G. Mailu, Kenya; J. Mworia Maitima, Kenya; G. Marland, USA; K. Maskell, UK; R. McLean, Australia; A. McMichael, Australia/UK; L. Michaelis, France; E. Miles, USA; W. Moomaw, USA; R. Moreira, Brazil; P. Mulholland, USA; N. Nakicenovic, Austria; R. Nicholls, UK; S. Nishioka, Japan; I. Noble, Australia; L. Nurse, Barbados; R. Odongo, Kenya; R. Ohashi, Japan; E. Okemwa, Kenya; M. Oquist, Sweden; M. Parry, UK; M. Perdomo, Venezuela; M. Petit, France; W. Piver, USA; P.S. Ramakrishnan, India; N.H. Ravindranath, India; J. Reilly, USA; A. Riedacker, France; H.-H. Rogner, Canada; J. Sathaye, USA; D. Sauerbeck, Germany; M. Scott, USA; S. Sharma, India; D. Shriner, USA; S.K. Sinha, India; J. Skea, UK; A. Solomon, USA; E. Stakhiv, USA; O. Starosolszky,

Hungary; Su Jilan, China; A. Suarez, Cuba; B. Svensson, Sweden; H. Takakura, Japan; M. Taylor, USA; L.Tessier, France; D. Tirpak, USA; Tran Viet Lien, Vietnam; J.-P. Troadec, France; H. Tsukamoto, Japan; I. Tsuzaka, Japan; P. Vellinga, The Netherlands; T. Williams, USA; P. Young, USA; Youyu Xie, China; Zhou Fengqi, China

**Chapter A: Ecophysiological, ecological, and soil processes in terrestrial ecosystems: a primer on general concepts and relationships**
*Convening lead author*
M.U.F. Kirschbaum, Australia
*Lead authors*
P. Bullock, UK; J.R. Evans, Australia; K. Goulding, UK; P.G. Jarvis, UK; I.R. Noble, Australia; M. Rounsevell. UK; T.D. Sharkey, USA
*Contributors*
M.P. Austin, Australia; P. Brookes, UK; S. Brown. USA; H.K.M. Bugmann, Germany; W.P. Cramer, Germany; S. Diaz Argentina; H. Gitay, Australia; S.P. Hamburg, USA; J. Harris, UK; J.I. Holten, Norway; P.E. Kriedemann, Australia; H.N. Le Houerou, France; S. Linder, Sweden; R.J. Luxmoore, USA; R.E. McMurtrie, Australia; L.F. Pitelka, USA; D. Powlson, UK; R.J. Raison, Australia; E.B. Rastetter, USA; R. Roetter, Germany; J. Rogasik, Germany; D.R. Sauerbeck, Germany; W. Sombroek, FAO; S.C. van de Geijn, The Netherlands

**Chapter B: Energy primer**
*Convening lead author*
N. Nakicenovic, IIASA
*Lead authors*
A. Grübler, IIASA; H. Ishitani, Japan; T. Johansson, Sweden; G. Marland, USA; J.R. Moreira, Brazil; H-H. Rogner, Canada

**Chapter 1: Climate change impacts on forests**
*Convening lead authors*
M.U.F. Kirschbaum, Australia; A. Fischlin, Switzerland
*Lead authors*
M.G.R. Cannell, UK; R.V.O. Cruz, Philippines; W. Galinski, Poland; W.P. Cramer, Germany

BLM_0152346

*Contributors*

A. Alvarez, Cuba; M.P. Austin, Australia; H.K.M. Bugmann, Germany; T.H. Booth, Australia; N.W.S. Chipompha, Malawi; W.M. Ciesla, FAO; D. Eamus, Australia; J.G. Goldammer, Germany; A. Henderson-Sellers, Australia; B. Huntley, UK; J.L. Innes, Switzerland; M.R. Kaufmann, USA; N. Kräuchi, Switzerland; G.A. Kile, Australia; A.O. Kokorin, Russian Federation; Ch. Körner, Switzerland; J. Landsberg, Australia; S. Linder, Sweden; R. Leemans, The Netherlands; R.J. Luxmoore, USA; A. Markham, WWF; R.E. McMurtrie, Australia; R.P. Neilson, USA; R.J. Norby, USA; J.A. Odera, Kenya; I.C. Prentice, Sweden; L.F. Pitelka, USA; E.B. Rastetter, USA; A.M. Solomon, USA; R. Stewart, Canada; J. van Minnen, The Netherlands; M. Weber, Germany; D. Xu, China

## Chapter 2: Rangelands in a changing climate: impacts, adaptations, and mitigation
*Convening lead author*

B. Allen-Diaz, USA

*Principal lead authors*

F.S. Chapin, USA; S. Diaz, Argentina; M. Howden, Australia; J. Puigdefábregas, Spain; M. Stafford Smith, Australia

*Lead authors*

T. Benning, USA; F. Bryant, USA; B. Campbell, New Zealand; J. du Toit, Zimbabwe; K. Galvin, USA; E. Holland, USA; L. Joyce, USA; A.K. Knapp, USA; P. Matson, USA; R. Miller, USA; D. Ojima, USA; W. Polley, USA; T. Seastedt, USA; A. Suarez, Cuba; T. Svejcar, USA; C. Wessman, USA

*Contributors*

W.N. Ekaya, Kenya; J. Ellis, USA; L.D. Incoll, UK; J. Kinyamario, Kenya; N. Maceira, Argentina; C. Magadza, Zimbabwe; T. Oikawa, Japan; R. Rodriguez, Argentina; O. Sala, Argentina; C. Scoppa, Argentina

## Chapter 3: Deserts in a changing climate: impacts
*Convening lead authors*

I.R. Noble, Australia; H. Gitay, Australia

*Contributors*

A.N. Alwelaie, Saudi Arabia; M.T. Hoffman, South Africa; A.R. Saunders, Australia

## Chapter 4: Land degradation and desertification
*Convening lead authors*

P. Bullock, UK; H. Le Houerou, France

*Principal lead authors*

M.T. Hoffman, South Africa; M. Rounsevell, UK; J. Sehgal, India; G. Várallyay, Hungary

*Contributors*

A. Aïdoud, Algeria; R. Balling, USA; C. Long-Jun, China; K. Goulding, UK; L.N. Harsh, India; N. Kharin, Turkmenistan; J. Labraga, Argentina; R. Lal, USA; S. Milton, South Africa; H. Muturi, Kenya; F. Nachtergaele, FAO; A. Palmer, South Africa; D. Powlson, UK; J. Puidefábregas, Spain; J. Rogasik, Germany; M. Rostagno, Argentina; P. Roux, South Africa; D. Sauerbeck, Germany; W. Sombroek, FAO; C. Valentin, France; W. Lixian, China; M. Yoshino, Japan

## Chapter 5: Impacts of climate change on mountain regions
*Convening lead authors*

M. Beniston, Switzerland; D.G. Fox, USA

*Principal lead authors*

S. Adhikary, Nepal; R. Andressen, Venezuela; A. Guisan, Switzerland; J.I. Holten, Norway; J. Innes, Switzerland; J. Maitima, Kenya; M.F. Price, UK; L. Tessier, France

*Contributors*

R. Barry, USA; C. Bonnard, Switzerland; F. David, France; L. Graumlich, USA; P. Halpin, USA; H. Henttonen, Finland; F.-K. Holtmeier, Germany; A. Jaervinen, Finland; S. Jonasson, Denmark; T. Kittel, USA; F. Kloetzli, Switzerland; C. Körner, Switzerland; N. Kräuchi, Switzerland; U. Molau, Sweden; R. Musselman, USA; P. Ottesen, Norway; D. Peterson, USA; N. Saelthun, Norway; Xuemei Shao, China; O. Skre, Norway; O. Solomina, Russian Federation; R. Spichiger, Switzerland; E. Sulzman, USA; M. Thinon, France; R. Williams, Australia

## Chapter 6: Non-tidal wetlands
*Convening lead authors*

M.G. Öquist, Sweden; B.H. Svensson, Sweden

*Principal lead authors*

P. Groffman, USA; M. Taylor, USA

*Contributors*

K.B. Bartlett, USA; M. Boko, Benin; J. Brouwer, Holland; O.F. Canziani, Argentina; C.B. Craft, USA; J. Laine, Finland; D. Larson, USA; P.J. Martikainen, Finland; E. Matthews, USA; W. Mullié, Holland; S. Page, UK; C.J. Richardson, USA; J. Rieley, UK; N. Roulet, Canada; J. Silvola, Finland; Y. Zhang, China

## Chapter 7: The cryosphere: changes and their impacts
*Convening lead author*

B. Blair Fitzharris, New Zealand

*Principal lead authors*

I. Allison, Australia; R.J. Braithwaite, Denmark; J. Brown, USA; P.M.B. Foehn, Switzerland; W. Haeberli, Switzerland; K. Higuchi, Japan; V.M. Kotlyakov, Russian Federation; T.D. Prowse, Canada; C.A. Rinaldi, Argentina; P. Wadhams, UK; M.-K. Woo, Canada; Xie Youyu, China

*Contributors*

O. Anisimov, Russian Federation; A. Aristarain, Argentina; R.A. Assel, USA; R.G. Barry, USA; R.D. Brown, Canada; F. Dramis, Italy; S. Hastenrath, USA; A.G. Lewkowicz, Canada; E.C. Malagnino, Argentina; S. Neale, New Zealand; F.E. Nelson, USA; D.A. Robinson, USA; P. Skvarca, Argentina; A.E. Taylor, Canada; A. Weidick, Denmark

## Chapter 8: Oceans
*Convening lead author*

V. Ittekkot, Germany

*Principal lead authors*

Su Jilan, China; E. Miles, USA

*Lead authors*

E. Desai, India; B.N. Desai, India; J.T. Everett, USA; J.J. Magnuson, USA; A. Tsyban, Russian Federation; S. Zuta, Peru

*Contributors*

E. Aquize, Peru; S. Arnott, USA; P. Ayon Dejo, Peru; D. Binet, France; H.S. Bolton, USA; R. Calienes, Peru; S. Carrasco Barrera, Peru; J.A. Church, Australia; A. Copping, USA; D.L. Fluharty, USA; B.V. Glebov, Russian Federation; K.P. Koltermann, Germany; A.S. Kulikov, Russian Federation; S. Nicol, Australia; P.D. Nunn, Fiji; G.V. Panov, Russian Federation; P.K. Park, USA; A.B. Pittock, Australia;

BLM_0152347

APPENDIX: LEAD AUTHORS, AUTHORS AND CONTRIBUTORS

P. Schaefer, Germany; S. Shchuka, Russian Federation; H. Trevino, Peru; D.J. Webb, UK; R. Zahn, Germany

## Chapter 9: Coastal zones and small islands
### Convening lead author
L. Bijlsma, The Netherlands
### Lead authors
C.N. Ehler, USA; R.J.T. Klein, The Netherlands; S.M. Kulshrestha, India; R.F. McLean, Australia; N. Mimura, Japan; R.J. Nicholls, UK; L.A. Nurse, Barbados; H. Pérez Nieto, Venezuela; E.Z. Stakhiv, USA; R.K. Turner, UK; R.A. Warrick, New Zealand
### Contributors
W.N. Adger, UK; Du Bilan, China; B.E. Brown, UK; D.L. Elder, Switzerland; V.M. Gornitz, USA; K. Hofius, Germany; P.M. Holligan, UK; F.M.J. Hoozemans, The Netherlands; D. Hopley, Australia; Y. Hosokawa, Japan; G.A. Maul, USA; K. McInnes, Australia; D. Richardson, UK; S. Subak, UK; M. Sullivan, Australia; L. Vallianos, USA; W.R. White, UK; P.L. Woodworth, UK; Yang Huating, China

## Chapter 10: Hydrology and freshwater ecology
### Convening lead authors
N. Arnell, UK; B. Bates, Australia; H. Lang, Switzerland; J.J. Magnuson, USA; P. Mulholland, USA
### Principal lead authors
S. Fisher, USA; C. Liu, China; D. McKnight, USA; O. Starosolszky, Hungary; M. Taylor, USA
### Contributors
E. Aquize, Peru; S. Arnott, Canada; D. Brakke, USA; L. Braun, Germany; S. Chalise, Nepal; C. Chen, USA; C.L. Folt, USA; S. Gafny, Israel; K. Hanaki, Japan; R. Hecky, Canada; G.H. Leavesley, USA; H. Lins, USA; J. Nemec, Switzerland; K.S. Ramasastri, India; L. Somlyódy, Hungary; E. Stakhiv, USA

## Chapter 11: Industry, energy, and transportation: impacts and adaptation
### Convening lead authors
R. Acosta Moreno, Cuba; J. Skea, UK
### Principal lead authors
A. Gacuhi, Kenya; D.L. Greene, USA; W. Moomaw, USA; T. Okita, Japan; A. Riedacker, France; Tran Viet Lien, Vietnam
### Lead authors
R. Ball, USA; W.S. Breed, USA; E. Hillsman, USA

## Chapter 12: Human settlements in a changing climate: impacts and adaptation
### Convening lead author
M.J. Scott, USA
### Principal lead authors
A.G. Aguilar, Mexico; I. Douglas, UK; P.R. Epstein, USA; D. Liverman, USA; G.M. Mailu, Kenya; E. Shove, UK
### Lead authors
A.F. Dlugolecki, UK; K. Hanaki, Japan; Y.J. Huang, USA; C.H.D. Magadza, Zimbabwe; J.G.J. Olivier, The Netherlands; J. Parikh, India; T.H.R. Peries, Sri Lanka; J. Skea, UK; M. Yoshino, Japan

## Chapter 13: Agriculture in a changing climate: impacts and adaptation
### Convening lead author
J. Reilly, USA

### Lead authors
W. Baethgen, Uruguay; F.E. Chege, Kenya; S.C. van de Geijn, The Netherlands; Lin Erda, China; A. Iglesias, Spain; G. Kenny, New Zealand; D. Patterson, USA; J. Rogasik, Germany; R. Rötter, The Netherlands; C. Rosenzweig, USA; W. Sombroek, FAO; J. Westbrook, USA
### Contributors
D. Bachelet, France; M. Brklacich, Canada; U. Dämmgen, Germany; M. Howden, Australia; R.J.V. Joyce, Wales; P.D. Lingren, USA; D. Schimmelpfennig, USA; U. Singh, IRRI, Phillipines; O. Sirotenko, Russian Federation; E. Wheaton, Canada

## Chapter 14: Water resources management
### Convening lead author
Z. Kaczmarek, Poland
### Principal lead authors
N.W. Arnell, UK; E.Z. Stakhiv, USA
### Lead authors
K. Hanaki, Japan; G.M. Mailu, Kenya; L. Somlyódy, Hungary; K. Strzepek, USA
### Contributors
A.J. Askew, Switzerland; F. Bultot, Belgium; J.Kindler, USA; Z. Kundzewicz, Switzerland; D.P. Lettenmaier, USA; H.J. Liebscher, Germany; H.F. Lins, USA; D.C. Major, USA; A.B. Pittock, Australia; D.G. Rutashobya, Tanzania; H.H.G. Savenije, The Netherlands; C. Somorowski, Poland; K. Szesztay, Hungary

## Chapter 15: Wood production under changing climate and land use
### Convening lead author
A.M. Solomon, USA
### Principal lead authors
N.H. Ravindranath, India; R.B. Stewart, Canada; M. Weber, Germany; S. Nilsson, Sweden
### Lead authors
P.N. Duinker, Canada; P.M. Fearnside, USA; P.J. Hall, Canada; R. Ismail, Malaysia; L.A. Joyce, USA; S. Kojima, Japan; W.R. Makundi, Tanzania; D.F.W. Pollard, Canada; A. Shvidenko, Russian Federation; W. Skinner, Canada; B.J. Stocks, Canada; R. Sukumar, India; Xu Deying, China

## Chapter 16: Fisheries
### Convening lead author
J.T. Everett, USA
### Lead authors
A. Krovnin, Russian Federation; D. Lluch-Belda, Mexico; E. Okemwa, Kenya; H.A. Regier, Canada; J.-P. Troadec, France
### Contributors
D. Binet, France; H.S. Bolton, USA; R. Callendar, USA; S. Clark, USA; I. Everson, UK; S. Fiske, USA; G. Flittner, USA; M. Glantz, USA; G.J. Glova, New Zealand; C. Grimes, USA; J. Hare, USA; D. Hinckley, USA; B. McDowall, New Zealand; J. McVey, USA; R. Methot, USA; D. Mountain, USA; S. Nicol, Australia; L. Paul, New Zealand; R. Park, USA; I. Poiner, Australia; J. Richey, USA; G. Sharp, USA; K. Sherman, USA; T. Sibley, USA; R. Thresher, Australia; D. Welch, Canada

## Chapter 17: Financial services
### Convening lead author
A.F. Dlugolecki, UK

BLM_0152348

*Lead authors*
K.M. Clark, USA; F. Knecht, Switzerland; D. McCaulay, Jamaica; J.P. Palutikof, UK; W. Yambi, Tanzania

### Chapter 18: Human population health
*Convening lead author*
A.J. McMichael, Australia/UK
*Principal lead authors*
M. Ando, Japan; R. Carcavallo, Argentina; P. Epstein, USA; A. Haines, UK; G. Jendritzky, Germany; L. Kalkstein, USA; R. Odongo, Kenya; J. Patz, USA; W. Piver, USA
*Contributors*
R. Anderson, UK; S. Curto de Casas, Argentina; I. Galindez Giron, Venezuela; S. Kovats, UK; W.J.M. Martens, The Netherlands; D. Mills, USA; A.R. Moreno, Mexico; W. Reisen, USA; R. Slooff, WHO; D. Waltner-Toews, Canada; A. Woodward, New Zealand

### Chapter 19: Energy supply mitigation options
*Convening lead authors*
H. Ishitani, Japan; T.B. Johansson, Sweden
*Lead authors*
S. Al-Khouli, Saudi Arabia; H. Audus, IEA; E. Bertel, IAEA; E. Bravo, Venezuela; J.A. Edmonds, USA; S. Frandsen, Denmark; D. Hall, UK; K. Heinloth, Germany; M. Jefferson, WEC; P. de Laquil III, USA; J.R. Moreira, Brazil; N. Nakicenovic, IIASA; Y. Ogawa, Japan; R. Pachauri, India; A. Riedacker, France; H.-H. Rogner, Canada; K. Saviharju, Finland; B. Sørensen, Denmark; G. Stevens, OECD/NEA; W.C. Turkenburg, The Netherlands; R.H. Williams, USA; Zhou Fengqi, China
*Contributors*
I.B. Friedleifsson, Iceland; A. Inaba, Japan; S. Rayner, USA; J.S. Robertson, UK

### Chapter 20: Industry
*Convening lead author*
T. Kashiwagi, Japan
*Principal lead authors*
J. Bruggink, The Netherlands; P.-N. Giraud, France; P. Khanna, India; W.R. Moomaw, USA

### Chapter 21: Mitigation options in the transportation sector
*Convening lead author*
L. Michaelis, OECD
*Principal lead authors*
D. Bleviss, USA; J.-P. Orfeuil, France; R. Pischinger, Austria
*Lead authors*
J. Crayston, ICAO; O. Davidson, Sierra Leone; T. Kram, The Netherlands; N. Nakicenovic, IIASA; L. Schipper, USA
*Contributors*
G. Banjo, Nigeria; D. Banister, UK; H. Dimitriou, Hong Kong; D. Greene, USA; L. Greening, USA; A. Grübler, IIASA; S. Hausberger, Austria; D. Lister, UK; J. Philpott, USA; J. Rabinovitch, Brazil; N. Sagawa, Japan; C. Zegras, USA

### Chapter 22: Mitigation options for human settlements
*Convening lead author*
M.D. Levine, USA
*Principal lead authors*
H. Akbari, USA; J. Busch, USA; G. Dutt, Argentina; K. Hogan, USA; P. Komor, USA; S. Meyers, USA; H. Tsuchiya, Japan

*Lead authors*
G. Henderson, UK; L. Price, USA; K.R. Smith, USA; Lang Siwei, China

### Chapter 23: Agricultural options for mitigation of greenhouse gas emissions
*Convening lead author*
V. Cole, USA
*Principal lead authors*
C. Cerri, Brazil; K. Minami, Japan; A. Mosier, USA; N. Rosenberg, USA; D. Sauerbeck, Germany
*Lead authors*
J. Dumanski, Canada; J. Duxbury, USA; J. Freney, Australia; R. Gupta, India; O. Heinemeyer, Germany; T. Kolchugina, Russia; J. Lee, USA; K. Paustian, USA; D. Powlson, UK; N. Sampson, USA; H. Tiessen, Canada; M. van Noordwijk, Indonesia; Q. Zhao, China
*Contributors*
I.P. Abrol, India; T. Barnwell, USA; C.A. Campbell, Canada; R.L. Desjardin, Canada; C. Feller, France; P. Jarin, France; M.J. Glendining, UK; E.G. Gregorich, Canada; D. Johnson, USA; J. Kimble, USA; R. Lal, USA; C. Monreal, Canada; D. Ojima, USA; M. Padgett, USA; W. Post, USA; W. Sombroek, Netherlands; C. Tarnocai, Canada; T. Vinson, USA; S. Vogel, USA; G. Ward, USA

### Chapter 24: Management of forests for mitigation of greenhouse gas emissions
*Convening lead author*
S. Brown, USA
*Principal lead authors*
J. Sathaye, USA; Melvin Cannell, UK; P. Kauppi, Finland
*Contributors*
P. Burschel, Germany; A. Grainger, UK; J. Heuveldop, Germany; R. Leemans, The Netherlands; P. Moura Costa, Brazil; M. Pinard, USA; S. Nilsson, Sweden; W. Schopfhauser, Austria; R. Sedjo, USA; N. Singh, India; M. Trexler, USA; J. van Minnen, The Netherlands; S. Weyers, Germany

### Chapter 25: Mitigation: cross-sectoral and other issues
*Convening lead author*
R. Leemans, The Netherlands
*Lead authors*
S. Agrawala, India; J.A. Edmonds, USA; M.C. MacCracken, USA; R. Moss, USA; P.S. Ramakrishnan, India

### Chapter 26: Technical guidelines for assessing climate change impacts and adaptations
*Convening lead authors*
T. Carter, Finland; H. Harasawa, Japan; S. Nishioka, Japan; M. Parry, UK
*Contributors*
R. Christ, UNEP; P. Epstein, USA; N.S. Jodha, Nepal; J. Scheraga, USA; E. Stakhiv, USA

### Chapter 27: Methods for assessment of mitigation options
*Convening lead author*
D.A. Tirpak, USA
*Lead authors*
M. Adler, USA; D. Bleviss, USA; J. Christensen, Denmark; O. Davidson, Sierra Leone; D. Phantumvanit, Thailand; J. Rabinovitch, Argentina; J. Sathaye, USA; C. Smyser, USA

BLM_0152349

**Chapter 28: Inventory of technologies, methods, and practices**
*Convening lead author*
D.G. Streets, USA

*Principal lead authors*
W.B. Ashton, USA; K. Hogan, USA; P. Wibulswas, Thailand; T. Williams, USA

## IPCC WORKING GROUP III REPORT, 1995

**Chapter 1: Introduction: scope of the assessment**
*Lead authors*
J. Goldemberg, Brazil; R. Squitieri, USA; J. Stiglitz, USA; A. Amano, Japan; X. Shaoxiong, China; R. Saha, Mauritius
*Contributors*
S. Kane, USA; J. Reilly, USA; T. Teisberg USA

**Chapter 2: Decision-making frameworks for addressing climate change**
*Lead authors*
K.J. Arrow, USA; J. Parikh, India; G. Pillet, Switzerland
*Contributing lead authors*
M. Grubb, UK; E. Haites, Canada; J.-C. Hourcade, France; K. Parikh, India; F. Yamin, UK
*Contributors*
P.G. Babu, India; G. Chichilnisky, USA; S. Faucheux, France; G. Froger, France; F. Gassmann, Switzerland; W. Hediger, Switzerland; S. Kavi Kumar, India; S.C. Peck, USA; R. Richels, USA; C. Suarez, Argentina; R. Tol, The Netherlands

**Chapter 3: Equity and social considerations**
*Lead authors*
T. Banuri, Pakistan; K. Goran-Maler, Sweden; M. Grubb, UK; H.K. Jacobson, USA; F. Yamin, UK

**Chapter 4: Intertemporal equity, discounting, and economic efficiency**
*Lead authors*
K.J. Arrow, USA; W.R. Cline, USA; K. Goran-Maler, Sweden; M. Munasinghe, Sri Lanka; R. Squitieri, USA; J.E. Stiglitz, USA

**Chapter 5: Applicability of techniques of cost-benefit analysis to climate change**
*Lead authors*
M. Munasinghe, Sri Lanka; P. Meier, USA; M. Hoel, Norway; S.W. Hong, Republic of Korea; A. Aaheim, Norway

**Chapter 6: The social costs of climate change: greenhouse damage and the benefits of control**
*Lead authors*
D.W. Pearce, UK; W.R. Cline, USA; A.N. Achanta, India; S. Fankhauser, UK; R.K. Pachauri, India; R.S.J. Tol, The Netherlands; P. Vellinga, The Netherlands

**Chapter 7: A generic assessment of response options**
*Lead authors*
C.J. Jepma, The Netherlands; M. Asaduzzaman, Bangladesh; I. Mintzer, USA; R.S. Maya, Zimbabwe; M. Al-Moneef, Saudia Arabia
*Contributors*
J. Byrne, USA; H. Geller, USA; C.A. Hendriks, Spain; M. Jefferson, UK; G. Leach, UK; A. Qureshi, USA; W. Sassin, Austria; R.A. Sedjo, USA; A. van der Veen, The Netherlands

**Chapter 8: Estimating the costs of mitigating greenhouse gases**
*Convening author*
J-C. Hourcade, France
*Principal lead authors*
R. Richels, USA; J. Robinson, Canada
*Lead authors*
W. Chandler, USA; O. Davidson, Sierra Leone; J. Edmonds, USA; D. Finon, France; M. Grubb, UK; K. Halsnaes, Denmark; K. Hogan, USA; M. Jaccard, Canada; F. Krause, USA; E. La Rovere, Brazil; W.D. Montgomery, USA; P. Nastari, Brazil; A. Pegov, Russian Federation; K. Richards, USA; L. Schrattenholzer, Austria; D. Siniscalco, Italy; P.R. Shukla, India; Y. Sokona, Senegal; P. Sturm, France; A. Tudini, Italy

**Chapter 9: A review of mitigation cost studies**
*Convening author*
J-C. Hourcade, France
*Principal lead authors*
K. Halsnaes, Denmark; M. Jaccard, Canada; W. D. Montgomery, USA; R. Richels, USA; J. Robinson, Canada; P.R. Shukla, India; P. Sturm, France
*Lead authors*
W. Chandler, USA; O. Davidson, Sierra Leone; J. Edmonds, USA; D. Finon, France; K. Hogan, USA; F. Krause, USA; A. Kolesov, Russian Federation; E. La Rovere, Brazil; P. Nastari, Brazil; A. Pegov, Russian Federation; K. Richards, USA; L. Schrattenholzer, Austria; R. Shackleton, USA; Y. Sokona, Senegal; A. Tudini, Italy; J. Weyant, USA

**Chapter 10: Integrated assessment of climate change: an overview and comparison of approaches and results**
*Convening lead author*
J. Weyant, USA
*Principal lead authors*
O. Davidson, Sierra Leone; H. Dowlatabadi, USA; J. Edmonds, USA; M. Grubb, UK; E.A. Parson, USA; R. Richels, USA; J. Rotmans, The Netherlands; P.R. Shukla, India; R.S.J. Tol, The Netherlands
*Lead authors*
W. Cline, USA; S. Fankhauser, UK

**Chapter 11: An economic assessment of policy instruments for combatting climate change**
*Lead authors*
B.S. Fisher, Australia; S. Barrett, UK; P. Bohm, Sweden; M. Kuroda, Japan; J.K.E. Mubazi, Uganda; A. Shah, USA; R.N. Stavins, USA
*Contributors*
E. Haites, Canada; M. Hinchy, Australia; S. Thorpe, Australia

BLM_0152350

# CLIMATE CHANGE
# Supplementary Information Report

## Montana, North Dakota and South Dakota
## Bureau of Land Management

*Prepared for:*

**Bureau of Land Management**
Montana State Office
5001 Southgate Drive
Billings, MT 59101

*Prepared by:*



**URS Corporation**
8181 Tufts Avenue
Denver, CO 80237

URS Project 22241790

**Updated October 2010**

BLM_0152351

*[This page intentionally left blank.]*

BLM_0152352

# EXECUTIVE SUMMARY

This *Climate Change Supplementary Information Report for the Montana, North Dakota and South Dakota Bureau of Land Management* (BLM) describes the data and methodologies used to estimate greenhouse gas (GHG) emissions. The report also provides data for considering potential climate change impacts that may result from future oil and gas development of federal mineral estate in Montana, North Dakota, and South Dakota.

The report summarizes oil and gas Reasonably Foreseeable Development (RFD) scenarios and GHG emission inventories for the BLM planning areas listed below. The BLM GHG emission inventories include a comprehensive set of GHG emission sources and are estimated based on use of current oil and gas exploration and production techniques.

- Billings
- Butte
- Dillon
- Hi-Line Planning Area (includes Malta, Glasgow, and Havre Field Offices)
- Lewistown
- Miles City
- North Dakota
- South Dakota

GHG mitigation methods are also described. These methods may potentially be used to reduce GHG emissions from oil and gas operations in Montana, North Dakota, and South Dakota.

On a larger geographic scope, current and future predicted state, national, and global GHG emission inventories are summarized. Although comparisons are not included in this report, the state, national, and global GHG inventories can be used to provide insight into the relative magnitude of BLM planning area GHG emissions. This report also provides context for analyzing potential effects of GHG emissions. Background information describing current climate science and predicted climate change impacts in global and national contexts is discussed. Then, the focus shifts to modeled climate change impacts as they related to Montana, North Dakota, and South Dakota.

Data presented in this report are based on current knowledge in a rapidly changing regulatory and market environment. A brief summary of U.S. GHG regulation, economic factors, and uncertainties is also provided.

BLM_0152353

# TABLE OF CONTENTS

**EXECUTIVE SUMMARY** ................................................................................................ **i**

**ACRONYMS** ............................................................................................................... **ix**

**1.0  INTRODUCTION** ............................................................................................ **1-1**
    1.1.  U.S. GHG Regulation .......................................................................... 1-2
    1.2.  Energy Market Effects on Oil and Gas Development ............................... 1-4
    1.3.  Uncertainties ..................................................................................... 1-5

**2.0  CLIMATE SCIENCE** ....................................................................................... **2-1**
    2.1.  Observed Climate Changes.................................................................. 2-1
        2.1.1.  Global Temperature Increases ................................................. 2-1
        2.1.2.  Increased Precipitation and Changes in Precipitation Timing.......... 2-4
        2.1.3.  Decreased Ice and Snow Coverage........................................... 2-7
        2.1.4.  Oceanic Observations ............................................................ 2-9
        2.1.5.  Other Observed Climate Changes............................................. 2-11
    2.2.  Climate Change Causes ...................................................................... 2-14
        2.2.1.  Radiative Forcing .................................................................. 2-14
        2.2.2.  Increased Atmospheric GHG Concentrations.............................. 2-15
        2.2.3.  Ability to Predict Climate Change with Models.......................... 2-19
    2.3.  Climate Change Modeling Capability ..................................................... 2-20
    2.4.  Key Climate Change Causality Statements ............................................. 2-21

**3.0  PREDICTED CLIMATE CHANGE AND IMPACTS** ............................................. **3-1**
    3.1.  Predicted Climate Change Characteristics .............................................. 3-1
        3.1.1.  Committed Climate Change..................................................... 3-1
        3.1.2.  Predicted GHG Concentrations................................................. 3-2
        3.1.3.  Predicted Global Temperature ................................................. 3-5
        3.1.4.  Predicted Oceanic Changes..................................................... 3-9
        3.1.5.  Predicted Precipitation Changes .............................................. 3-10
        3.1.6.  Potential Climate Change Thresholds........................................ 3-14
    3.2.  Predicted Climate Change Effects ........................................................ 3-15
        3.2.1.  Agriculture .......................................................................... 3-15
        3.2.2.  Ecosystems.......................................................................... 3-16
        3.2.3.  Human Health....................................................................... 3-18
    3.3.  Predicted Climate Change Effects on Montana, North Dakota, and South Dakota 3-22
        3.3.1.  Montana .............................................................................. 3-22
        3.3.2.  North Dakota........................................................................ 3-25
        3.3.3.  South Dakota........................................................................ 3-28
    3.4.  Key Climate Change Predictions ......................................................... 3-29

**4.0  OIL AND GAS REASONABLY FORESEEABLE DEVELOPMENT
SCENARIOS** .............................................................................................. **4-1**
    4.1.  Billings Drilling Activity Forecast (20-Year Forecast) ............................... 4-1
        4.1.1.  General Assumptions.............................................................. 4-1

BLM_0152354

4.2.  Butte Drilling Activity Forecast (15- to 20-Year Forecast).......................................4-4
    4.2.1.  Butte FO Estimation of Surface Disturbance Assumptions........................4-5
4.3.  Dillon Drilling Activity Forecast (10- to 15-Year Forecast) .....................................4-8
    4.3.1.  Drilling Areas..................................................................................................4-8
    4.3.2.  Estimation of Surface Disturbance Assumptions .......................................4-8
4.4.  Hi-Line Planning Area Drilling Activity Forecast (20-Year Forecast) ...................4-12
    4.4.1.  Projected Oil and Gas Drilling Activity.....................................................4-12
    4.4.2.  General Assumptions ...................................................................................4-12
    4.4.3.  Potential Surface Disturbance (Baseline Projection)................................4-13
4.5.  Lewistown Drilling Activity Forecast (20-Year Forecast) .....................................4-15
    4.5.1.  General Assumptions ...................................................................................4-15
    4.5.2.  Oil and Gas Resources.................................................................................4-16
    4.5.3.  Total Wells Drilled Per Year ......................................................................4-17
    4.5.4.  Well Depths ...................................................................................................4-25
    4.5.5.  Compressors/Pipelines.................................................................................4-26
    4.5.6.  Oil and Gas Production ................................................................................4-28
4.6.  Miles City Drilling Activity Forecast (20-Year Forecast)......................................4-28
    4.6.1.  General Assumptions ...................................................................................4-29
4.7.  North Dakota Drilling Activity Forecast (20-Year Forecast)................................4-35
    4.7.1.  General Assumptions ...................................................................................4-36
4.8.  South Dakota Drilling Activity Forecast (20-Year Forecast)................................4-41
    4.8.1.  General Assumptions ...................................................................................4-41
    4.8.2.  Surface Disturbance Estimate ....................................................................4-42
    4.8.3.  Assumptions...................................................................................................4-43

**5.0  BLM MONTANA, NORTH DAKOTA, and SOUTH DAKOTA OIL AND GAS GHG EMISSION INVENTORIES...........................................................................5-1**
5.1.  Calculation Tool Development ..................................................................................5-1
5.2.  Activity and Equipment Data Gathering..................................................................5-1
5.3.  Emission Calculation Methods and Description ......................................................5-2
    5.3.1.  Drill Rig Engines ...........................................................................................5-2
    5.3.2.  Well Completion and Re-Completion .........................................................5-2
    5.3.3.  Glycol Dehydrators........................................................................................5-3
    5.3.4.  Oil and Produced Water Tanks ...................................................................5-3
    5.3.5.  Equipment Leaks Fugitive ...........................................................................5-3
    5.3.6.  Pneumatic Pumps and other Pneumatic Devices.......................................5-3
    5.3.7.  Compressor Stations and Oil Pumps..........................................................5-4
    5.3.8.  Vehicle Exhaust.............................................................................................5-4
5.4.  Specific Planning Area GHG Emission Summaries...................................................5-4
    5.4.1.  Billings Planning Area GHG Emissions......................................................5-4
    5.4.2.  Butte Planning Area GHG Emissions.........................................................5-5
    5.4.3.  Dillon Planning Area GHG Emissions .......................................................5-6
    5.4.4.  Hi-Line Planning Area GHG Emissions.....................................................5-7
    5.4.5.  Lewistown Planning Area GHG Emissions................................................5-8
    5.4.6.  Miles City Planning Area GHG Emissions ................................................5-9
    5.4.7.  North Dakota Planning Area GHG Emissions..........................................5-10
    5.4.8.  South Dakota Planning Area GHG Emissions..........................................5-11

BLM_0152355

5.5.  Montana, North Dakota, and South Dakota GHG Emission Summaries ................ 5-12
    5.5.1.  Oil GHG Emissions ........................................................................... 5-14
    5.5.2.  Conventional Natural Gas GHG Emissions............................................ 5-15
    5.5.3.  Coal Bed Natural Gas GHG Emissions ................................................ 5-16

**6.0  OIL AND GAS GHG MITIGATION ........................................................................ 6-1**
  6.1.  GHG Mitigation Programs and Plans ........................................................ 6-1
    6.1.1.  USEPA Natural Gas STAR Program ...................................................... 6-1
    6.1.2.  Montana Climate Action Plan ............................................................ 6-3
  6.2.  Natural Gas Sector Mitigation Technologies ............................................. 6-4
    6.2.1.  Wells ........................................................................................... 6-7
    6.2.2.  Tanks........................................................................................... 6-9
    6.2.3.  Glycol Dehydrators ........................................................................ 6-10
    6.2.4.  Pneumatic Devices and Control Systems ............................................ 6-11
    6.2.5.  Valves ......................................................................................... 6-12
    6.2.6.  Compressors................................................................................. 6-13
  6.3.  Oil Sector Mitigation Technologies ......................................................... 6-14
    6.3.1.  Natural Gas Flaring ........................................................................ 6-14
    6.3.2.  Methane Reinjection ...................................................................... 6-15
    6.3.3.  $CO_2$ Injection ................................................................................ 6-15
    6.3.4.  Install VRUs on Oil Storage Tanks ..................................................... 6-15
  6.4.  Coal Bed Methane Well Mitigation Technologies ...................................... 6-15
    6.4.1.  CBM Wells Remove Methane ........................................................... 6-15
    6.4.2.  CBM Wells Sequester $CO_2$.............................................................. 6-16
  6.5.  Potential GHG Emission Reductions ........................................................ 6-16
  6.6.  Global Energy Supply GHG Mitigation ..................................................... 6-17

**7.0  STATE, NATIONAL, AND GLOBAL GHG EMISSION INVENTORIES ............. 7-1**
  7.1.  Types of GHG Emission Inventories .......................................................... 7-2
    7.1.1.  Total GHG Emission Inventories.......................................................... 7-2
    7.1.2.  Oil and Gas GHG Emission Inventories ................................................ 7-2
  7.2.  State GHG Emission Inventories .............................................................. 7-2
    7.2.1.  Montana ....................................................................................... 7-2
    7.2.2.  North Dakota................................................................................. 7-5
    7.2.3.  South Dakota................................................................................. 7-6
  7.3.  National GHG Emission Inventory ........................................................... 7-8
    7.3.1.  U.S. Natural Gas System Emission Inventory ...................................... 7-10
    7.3.2.  U.S. Oil System Emission Inventory ................................................... 7-10
    7.3.3.  U.S. 2020 Emission Inventory ......................................................... 7-11
  7.4.  Global GHG Emission Inventory .............................................................. 7-11
    7.4.1.  Global Energy Supply GHG Emissions................................................ 7-11

**8.0  REFERENCES ................................................................................................ 8-1**

BLM_0152356

## List of Appendices

Appendix A    Detailed U.S. Inventory of Methane Emissions From Natural Gas Systems
Appendix B    Billings Planning Area GHG Emission Inventory
Appendix C    Butte Planning Area GHG Emission Inventory
Appendix D    Dillon Planning Area GHG Emission Inventory
Appendix E    Hi-Line Planning Area GHG Emission Inventory
Appendix F    Lewistown Planning Area GHG Emission Inventory
Appendix G    Miles City Planning Area GHG Emission Inventory
Appendix H    North Dakota Planning Area GHG Emission Inventory
Appendix I    South Dakota Planning Area GHG Emission Inventory

## List of Tables

Table 1-1. GHGs Regulated by USEPA and Global Warming Potentials ................................. 1-2
Table 1-2. Comparison of GHG Emissions From Fossil Fuel Combustion ............................. 1-4
Table 2-1. USEPA Climate Change Indicators......................................................................... 2-12
Table 2-2. Life Spans and Global Warming Potentials for Selected GHGs............................. 2-18
Table 4-1. Billings FO Surface, Oil & Gas Mineral Ownership, and Acres of O&G Leases
          by County (All Surface Management Agencies)..................................................... 4-2
Table 4-2. Billings FO Surface, Oil & Gas Mineral Ownership, and Acres of O&G leases
          by County (Managed by the Billings FO) ............................................................. 4-2
Table 4-3. Billings FO Forecast Drilling Depths and Initial Surface Disturbance by Basin ...... 4-2
Table 4-4. Billings FO Forecast Drilling Activity and Surface Disturbance, 2010–2014.......... 4-3
Table 4-5. Billings FO Forecast Drilling Activity and Surface Disturbance, 2015–2030.......... 4-3
Table 4-6. Billings FO Federal Oil and Gas Wells.................................................................... 4-4
Table 4-7. Butte FO Drilling Activity......................................................................................... 4-5
Table 4-8. Butte FO Direct Cumulative Surface Disturbance .................................................. 4-7
Table 4-9. Dillon FO Direct Cumulative Surface Disturbance.................................................. 4-9
Table 4-10. Dillon FO Oil and Gas Activity Vehicle Trips........................................................ 4-10
Table 4-11. Hi-Line Planning Area Disturbance Associated With All New Drilled Wells
           and Existing Active Wells (Short-Term Disturbance)....................................... 4-13
Table 4-12. Hi-Line Planning Area Disturbance Associated With All New Producing Wells
           and Existing Active Wells Less Abandonments (Long-Term Disturbance) .......... 4-14
Table 4-13. Hi-Line Planning Area Baseline Projected New Producing Well Numbers, and
           Oil and Gas Production for All Producing Well and for All Federal Producing
           Wells, 2007–2026 ............................................................................................ 4-14
Table 4-14. Lewistown FO Surface, Oil and Gas Mineral Ownership, and Acres of Oil and
           Gas Leases by County ...................................................................................... 4-16
Table 4-15. Approximate Number of Federal and Non-Federal Wells by Well Type in Each
           County Comprising the Lewistown FO............................................................... 4-20
Table 4-16. Oil and Gas Fields by County in the Lewistown FO Area...................................... 4-27
Table 4-17. Current Gas Compressors by Legal Description in the Lewistown FO Area ........ 4-28
Table 4-18. Miles City FO RMP Area Predicted New Well Development................................. 4-29
Table 4-19. Miles City FO Level of Disturbance for CBNG Wells and Associated
           Production Facilities ......................................................................................... 4-31
Table 4-20. Miles City FO Level of Disturbance for Oil and Gas Wells and Associated
           Production Facilities ......................................................................................... 4-32

BLM_0152357

*Climate Change Supplementary Information Report*

**List of Tables (cont.)**

Table 4-21.  North Dakota FO Short-Term Surface Disturbance ............................................... 4-38

Table 4-22.  North Dakota FO Long-Term Surface Disturbance ............................................... 4-39

Table 4-23.  Annual Projection of North Dakota Study Area Wells Drilled and Associated Confidence Interval, 2010–2029 .............................................................. 4-39

Table 4-24.  Forecast of North Dakota Study Area Annual and Cumulative Oil and Gas Production, 2010–2029 .......................................................................... 4-40

Table 4-25.  South Dakota FO Surface Disturbance Associated With New Drilled Wells, Existing Wells, and Projected Active Wells for the Baseline Scenario (Short-Term Disturbance) ......................................................................... 4-42

Table 4-26.  South Dakota FO Disturbance Associated With New Producing Wells, Existing Wells, and Projected Producing Wells for the Baseline Scenario (Long-Term Disturbance) ........................................................................... 4-43

Table 4-27.  Annual Projection of South Dakota Study Area Wells and Associated Confidence Interval, 2010–2029 .............................................................. 4-44

Table 4-28.  Forecast of South Dakota Study Area Annual and Cumulative Oil and Gas Production, 2010–2029 .......................................................................... 4-44

Table 5-1.  Billings Planning Area Estimated GHG Emissions for Year 2030 ......................... 5-5

Table 5-2.  Butte Planning Area Estimated GHG Emissions for Year 2028 ............................ 5-6

Table 5-3.  Dillon Planning Area Estimated GHG Emissions for Year 2020 ........................... 5-7

Table 5-4.  Hi-Line Planning Area Estimated GHG Emissions for Year 2026 ......................... 5-8

Table 5-5.  Lewistown Planning Area Estimated GHG Emissions for Year 2029 .................... 5-9

Table 5-6.  Miles City Planning Area Estimated GHG Emissions for Year 2028 .................... 5-10

Table 5-7.  North Dakota Planning Area Estimated GHG Emissions for Year 2029 ............... 5-11

Table 5-8.  South Dakota Planning Area Estimated GHG Emissions for Year 2029 ............... 5-12

Table 5-9.  Montana, North Dakota, and South Dakota Planning Area GHG Emissions ......... 5-13

Table 6-1.  Methane Emission Reductions Reported Under USEPA Natural Gas STAR Program ..................................................................................... 6-2

Table 6-2.  Selected Methane Emission Reductions Reported Under  the USEPA Natural Gas STAR Program ...................................................................... 6-6

Table 6-3.  Potential GHG Emission Reductions in the MCFO .............................................. 6-17

Table 7-1.  Montana Historical and Future Reference Case GHG Emissions .......................... 7-3

Table 7-2.  Montana Historical and Future Natural Gas Industry $CO_2e$ Emissions ................. 7-4

Table 7-3.  Montana Historical and Future Oil Industry $CO_2e$ Emissions .............................. 7-5

Table 7-4.  North Dakota Historical $CO_2$ Emissions From Combustion Sources ..................... 7-6

Table 7-5.  South Dakota Historical and Future GHG Emissions ........................................... 7-7

Table 7-6.  South Dakota Historical and Future Natural Gas and Oil Industry $CO_2e$ Emissions ............................................................................................ 7-7

Table 7-7.  U.S. Historical GHG Emissions ........................................................................ 7-8

Table 7-8.  U.S. $CO_2e$ Emission Breakdown for Petroleum and Natural Gas Industry ........... 7-10

## List of Figures

Figure 2-1.   Observed Global Temperatures from 1880 to 2009 ................................................ 2-2
Figure 2-2.   Observed Global Temperatures Compared to Solar Energy Output ..................... 2-2
Figure 2-3.   Global Temperature Warming Trends ................................................................ 2-3
Figure 2-4.   Global Mean Precipitation Trends .................................................................... 2-4
Figure 2-5.   U.S. Rate of Precipitation Change, 1901–2008 ................................................... 2-5
Figure 2-6.   Global Extreme Precipitation Trends, 1951-2003 ................................................ 2-6
Figure 2-7.   U.S. Extreme One-Day Precipitation Events in the Lower 48 States,
              1910–2008 ....................................................................................................... 2-7
Figure 2-8.   Arctic Sea Ice Areal Decreases From 1900 to 2008 ............................................ 2-8
Figure 2-9.   Changes in Snow Cover in the Northern Hemisphere During March and April .... 2-8
Figure 2-10.  Global Ocean Heat Content, 1955–2008 ........................................................... 2-9
Figure 2-11.  Average Global Sea Surface Temperature, 1880–2009 ...................................... 2-10
Figure 2-12.  Global Mean Sea Level ................................................................................... 2-10
Figure 2-13.  Relative Sea Level Changes on U.S. Coastlines, 1958 to 2008 ........................... 2-11
Figure 2-14.  Global Mean Radiative Forcing ...................................................................... 2-15
Figure 2-15.  Ice Core Data Showing GHG Concentrations and Indicating Local
              Temperature ................................................................................................. 2-16
Figure 2-16.  Greenhouse Effect Schematic ......................................................................... 2-17
Figure 2-17.  Climate Model Prediction of Observed Temperatures ...................................... 2-19
Figure 3-1.   GHG Emission Reduction Atmospheric Concentration Scenarios ....................... 3-2
Figure 3-2.   Predicted Global GHG Emissions, Concentrations, and Climate Warming .......... 3-4
Figure 3-3.   Global Mean Warming Model Predictions for Committed Warming and Three
              Emission Increase Scenarios ........................................................................... 3-5
Figure 3-4.   Global Predicted Surface Temperatures for Early and Late 21st Century ............. 3-6
Figure 3-5.   Projected U.S. Temperature Changes from 1961-1979 Baseline .......................... 3-7
Figure 3-6.   Predicted Global Changes in Extreme Temperatures .......................................... 3-8
Figure 3-7.   Predicted Global Sea Level Changes for Six Prediction Scenarios ....................... 3-9
Figure 3-8.   U.S. Regional Projected Changes in the Water Cycle ........................................ 3-10
Figure 3-9.   Predicted Global Water Cycle Changes for 2080-2099 ...................................... 3-11
Figure 3-10.  Projected Change in North American Precipitation by 2080-2099 ..................... 3-12
Figure 3-11.  Predicted Changes in Global Precipitation Intensity ......................................... 3-13
Figure 3-12.  Projected Changes in Annual Runoff .............................................................. 3-14
Figure 3-13.  U.S. Winter Temperature Trends, 1975 to 2007 ................................................ 3-16
Figure 3-14.  Projected U.S. Summer Temperature Change by 2080-2099 .............................. 3-18
Figure 3-15.  Predicted Number of U.S. Days Over 100°F .................................................... 3-19
Figure 3-16.  Projected Change in U.S. Ground-Level Ozone, 2090s ..................................... 3-20
Figure 3-17.  U.S. Pollen Counts Rise with Increasing $CO_2$ ................................................... 3-21
Figure 3-18.  Predicted Changes in Monthly Wind Power in Great Falls, Montana ................. 3-24
Figure 3-19.  Predicted Changes in Wildfire Area Burned in the Western United States .......... 3-25
Figure 3-20.  Prairie Pothole Region of Northern U.S. and Canada ....................................... 3-27
Figure 3-21.  Cover-Cycle Index Changes in Prairie Pothole Region of Northern U.S.
              and Canada .................................................................................................. 3-28
Figure 4-1.   Hi-Line Planning Area Well Drilling Depth (feet) .............................................. 4-15
Figure 4-2.   Total Wells Drilled Within the Lewistown Study Area by Decade ....................... 4-18

BLM_0152359

*Climate Change Supplementary Information Report*

**List of Figures (Cont.)**

Figure 4-3.   Total Wells Drilled Within the Lewistown Study Area by Year 1996 Through May 2010 ........................................................................................ 4-18
Figure 4-4.   Total Wells Drilled Within Cascade County by Decade ...................................... 4-21
Figure 4-5.   Total Wells Drilled Within That Part of Chouteau County Administered by the Lewistown FO by Decade .......................................................................... 4-22
Figure 4-6.   Total Wells Drilled Within Fergus County by Decade ........................................ 4-22
Figure 4-7.   Total Wells Drilled Within Judith Basin County by Decade ............................... 4-23
Figure 4-8.   Total Wells Drilled Within Lewis & Clark County Administered by the Lewistown FO by Decade ................................................................................... 4-23
Figure 4-9.   Total Wells Drilled Within Meagher County by Decade ..................................... 4-24
Figure 4-10.  Total Wells Drilled Within Petroleum County by Decade .................................. 4-24
Figure 4-11.  Total Wells Drilled Within Pondera County by Decade ...................................... 4-25
Figure 4-12.  Total Wells Drilled Within Teton County by Decade .......................................... 4-25
Figure 4-13.  Depths of Wells Drilled Within the Study Area ................................................... 4-26
Figure 4-14.  Wells Drilled per Year by Depth (feet) Within the Cedar Creek Anticline.......... 4-33
Figure 4-15.  Wells Drilled per Year by Depth (feet) Near the Poplar Dome, 1986–2004........ 4-33
Figure 4-16.  Wells Drilled per Year by Depth (feet) Within Williston Basin Northeast.......... 4-34
Figure 4-17.  Wells Drilled per Year by Depth (feet) Within the Other Williston Basin Areas, 1986–2004 ........................................................................................ 4-34
Figure 4-18.  Wells Drilled per Year by Depth (feet) Near the Porcupine Dome Area ............. 4-35
Figure 4-19.  Wells Drilled per Year by Depth (feet) Within the Powder River Basin ............. 4-35
Figure 4-20.  Range of True Vertical Drilling Depths for Wells Drilled in the North Dakota Study Area........................................................................................... 4-38
Figure 5-1.   Potential Energy Production GHG Emissions ...................................................... 5-13
Figure 5-2.   Potential Oil GHG Emissions .............................................................................. 5-15
Figure 5-3.   Potential Conventional Natural Gas GHG Emissions .......................................... 5-15
Figure 5-4.   Potential CBNG GHG Emissions......................................................................... 5-16
Figure 6-1.   Global 2020 MACs for Non-$CO_2$ GHGs by Major Sector .................................. 6-18
Figure 6-2.   Global 2020 MACs by Non-$CO_2$ GHG Type ...................................................... 6-19
Figure 7-1.   Global GHG Emissions........................................................................................ 7-12
Figure 7-2.   Energy Sector Breakdown of Global Methane and $N_2O$ Emissions.................... 7-13

## ACRONYMS

| | |
|---|---|
| AOGCM | Atmospheric-ocean general-circulation model |
| APD | Application for Permit to Drill |
| API | American Petroleum Institute |
| bbl | barrel |
| BCF | billion cubic feet |
| BLM | Bureau of Land Management |
| BOR | Bureau of Reclamation |
| CAA | Clean Air Act |
| CBM | Coal bed methane |
| CBNG | Coal bed natural gas |
| CCI | Cover-cycle index |
| CFC | Chlorofluorocarbon |
| *CFR* | *Code of Federal Regulations* |
| $CH_4$ | Methane |
| CMIP3 | Coupled Model Intercomparison Project Three (model) |
| $CO_2$ | Carbon dioxide |
| $CO_2e$ | Carbon dioxide equivalent |
| DJF | December, January, February |
| EIA | Energy Information Administration |
| EIS | Environmental Impact Statement |
| ESD | Emergency shutdown |
| FO | Field Office |
| *FR* | *Federal Register* |
| GCM | General circulation model |
| GHG | Greenhouse gas |
| GIS | Geographical information system |
| GRI | Gas Research Institute |
| Gt | Gigatonne ($10^9$ metric tons) |
| GWP | Global warming potential |
| HAP | Hazardous air pollutant |
| HDDV | Heavy duty diesel vehicle |
| HFC | Hydrofluorocarbon |
| IPCC | Intergovernmental Panel on Climate Change |

BLM_0152361

*Climate Change Supplementary Information Report*

## ACRONYMS (cont.)

| | |
|---|---|
| JJA | June, July, August |
| km | kilometer |
| LDDV | Light duty diesel vehicle |
| LDGT | Light duty gasoline truck |
| LOP | Life of project |
| m | meters |
| MAC | Marginal abatement curve |
| MBOGC | Montana Board of Oil and Gas Conservation |
| MCFO | Miles City Field Office |
| mm | millimeter |
| MMBtu | million British thermal units |
| MMscfd | Million standard cubic feet per day |
| MOC | Meridional overturning circulation |
| Mt | Million metric tons |
| $N_2O$ | Nitrous oxide |
| NAAQS | National Ambient Air Quality Standards |
| NEPA | National Environmental Policy Act |
| NETL | National Energy Technology Laboratory |
| NGL | Natural gas liquid |
| $NO_2$ | Nitrogen dioxide |
| NOAA | National Oceanic and Atmospheric Administration |
| NOC | National Operations Center (BLM) |
| $NO_x$ | Nitrogen oxides |
| NSCR | Nonselective catalytic reduction |
| PFC | Perfluorocarbon |
| PGW | Producing gas well |
| POW | Producing oil well |
| ppb | parts per billion |
| ppm | parts per million |
| PSD | Prevention of Significant Deterioration |
| PSV | Pressure safety valve |
| RF | Radiative forcing |
| RFD | Reasonably foreseeable development |
| RMP | Resource Management Plan |

BLM_0152362

## ACRONYMS (cont.)

| | |
|---|---|
| RMPA | Resource Management Plan Amendment |
| scfh | standard cubic feet per hour |
| scfm | standard cubic feet per minute |
| SCM | Simple Climate Model |
| SEIS | Supplementary Environmental Impact Statement |
| $SF_6$ | Sulfur hexafluoride |
| $SO_2$ | Sulfur dioxide |
| SRES | Special Report on Emission Scenarios |
| TEG | Triethylene glycol |
| tpy | short tons per year (2,000 pounds per ton) |
| UNFCCC | United Nations Framework Convention on Climate Change |
| USEPA | U.S. Environmental Protection Agency |
| USFS | U.S. Forest Service |
| USGCRP | U.S. Global Change Research Program |
| USGS | U.S. Geological Service |
| VMT | Vehicle miles traveled |
| VOC | Volatile organic compound |
| VRU | Vapor recovery unit |

**Climate Change Supplementary Information Report**

*[This page intentionally left blank.]*

BLM_0152364

## 1.0   INTRODUCTION

This *Climate Change Supplementary Information Report for the Montana, North Dakota and South Dakota Bureau of Land Management* (BLM) describes the data and methodologies used to estimate greenhouse gas (GHG) emissions and consider potential climate change impacts resulting from future oil and gas development of Montana, North Dakota, and South Dakota federal mineral estate. GHG emissions are estimated based on use of current oil and gas exploration and production techniques. The report provides a summary of planning area oil and gas Reasonably Foreseeable Development (RFD) scenarios in the following BLM Field Offices (FOs). GHG emission inventories are also included for these planning areas.

- Billings
- Butte
- Dillon
- Hi-Line Planning Area (includes Malta, Glasgow, and Havre FOs)
- Lewistown
- Miles City
- North Dakota
- South Dakota

GHG mitigation methods that may be used to reduce GHG emissions from oil and gas operations in the Montana, North Dakota, and South Dakota areas are also described.

This report is intended to summarize the body of scientific knowledge and professional judgment of global climate change scientists, in order to provide a context for evaluating potential climate change impacts. The report provides an overview of climate change, associated science, and projected impacts. Potential global effects to resources as a result of climate change, and potential global impacts of continuing anthropogenic contributions of GHGs to climate change, are also summarized. Regional information on effects to resources is presented, where available.

Information provided here summarizes current knowledge based on reports from the Intergovernmental Panel on Climate Change (IPCC), other peer-reviewed scientific publications, and U.S. federal agencies. The growing level of international attention to climate change has resulted in a high level of ongoing scientific study and analysis. The body of scientific knowledge is evolving rapidly. The information contained herein is likely to change, but does present the state of knowledge at this time. The reports referenced herein, and any subsequent reports provided by IPCC or other governmental bodies, should be consulted in the future for more detailed and current information.

BLM_0152365

*Climate Change Supplementary Information Report*

Data presented in this report are based on current knowledge in a rapidly changing regulatory and market environment. A brief summary of U.S. GHG regulation, economic factors, and uncertainties is provided below.

## 1.1.  U.S. GHG Regulation

Historical emission data presented in this report were gathered prior to the advent of U.S. emission control regulation of GHGs. Consequently, the effect of U.S. limits on GHG emissions is not accounted for in the BLM oil and gas emission inventories or in GHG emission inventory projections contained in this report. As the U.S. Environmental Protection Agency (USEPA) begins regulating GHGs, more detailed GHG emission data will become available and better predictions can be made when estimating future GHG emissions.

The USEPA is in the early stages of regulating GHGs as air pollutants under the Clean Air Act (CAA). In its "Endangerment and Cause or Contribute Findings for Greenhouse Gases Under Section 202(a) of the Clean Air Act," the USEPA determined that the six GHGs listed in Table 1-1 are air pollutants subject to regulation under the CAA. Generally, these pollutants are regulated as a group, although emission standards may be set for the group of six GHGs or for a subset of these GHGs (e.g., $CO_2$ only or $CO_2$ and methane) at USEPA's discretion.

Each GHG has a global warming potential (GWP). As defined by USEPA, the GWP provides a "ratio of the time-integrated radiative forcing from the instantaneous release of one kilogram of a trace substance relative to that of one kilogram of $CO_2$" (GPO 2010a). In other words, the GWP accounts for the intensity of each GHG's heat trapping effect and its longevity in the atmosphere. The GWP provides a method to quantify the cumulative effect of multiple GHGs released into the atmosphere by calculating carbon dioxide equivalent ($CO_2$e) for the GHGs.

### Table 1-1.  GHGs Regulated by USEPA and Global Warming Potentials

| Air Pollutant | Chemical Symbol or Acronym | Global Warming Potential |
|---|---|---|
| Carbon dioxide | $CO_2$ | 1 |
| Methane | $CH_4$ | 21 |
| Nitrous oxide | $N_2O$ | 310 |
| Hydrofluorocarbons | HFCs | Varies |
| Perfluorocarbons | PFCs | Varies |
| Sulfur hexafluoride | SF6 | 23,900 |

Sources: GPO 2009; GPO 2010b, Table A-1.

$CO_2$e emissions are calculated by summing, for each GHG, the product of the quantity of GHG released and the GWP for that GHG. GHG emissions are typically reported in terms of metric tons, million metric tons (Mt), or gigatonnes (Gt, $10^9$ metric tons). An example calculation of $CO_2$e for combined emissions of $CO_2$, methane, and $N_2O$ is provided below. This calculation

BLM_0152366

could be extended to include additional GHGs.  The units of $CO_2e$ are the same as the units used to represent the quantity of $CO_2$, methane, and $N_2O$ emissions.

$$CO_2e = [CO_2 \times 1] + [CH_4 \times 21] + [NO_2 \times 310]$$

The first USEPA regulation to limit emissions of GHGs affects light-duty vehicles, including passenger cars and light trucks.  The rule sets vehicle manufacturer emission limits for $CO_2$ and became effective on July 6, 2010 (GPO 2010c).

As of July 2010, USEPA had not set GHG emission limits for any stationary sources.  However, the USEPA is gathering detailed GHG emission data from thousands of facilities throughout the United States.  Data gathered during this effort will be used by USEPA to develop an improved national GHG inventory and to inform future GHG emission control regulations.  Beginning in 2010, many facilities across the United States will estimate GHG emissions in accordance with USEPA's GHG Mandatory Reporting Rule [40 *Code of Federal Regulations* (*CFR*) Part 98, GPO 2010b] and will report annual GHG emissions beginning on March 31, 2011.  Many oil and gas facilities will begin estimating emissions in 2011 and will submit their first annual GHG emission reports on March 31, 2012.

Beginning in 2011, GHG emissions from some facilities will become subject to federal air quality permitting programs, such as the Title V Operating Permit Program and the Prevention of Significant Deterioration (PSD) Program.  Historically, GHG emissions were not measured by facilities under these programs and issued permits did not address GHGs.  However, USEPA and state and local air quality permitting agencies will begin reviewing GHG emissions under these programs in accordance with USEPA's "Prevention of Significant Deterioration and Title V Greenhouse Gas Tailoring Rule" (GPO 2010d).  This review may lead to more accurate estimates of GHG emissions from these facilities and may prompt GHG emission monitoring in some cases.

Based largely on GHG emission data submitted under the GHG Mandatory Reporting Rule, USEPA plans to develop stationary source GHG emission reduction rules that could mandate substantial reductions in U.S. GHG emission reductions.  Alternatively, the U.S. Congress may develop cap-and-trade legislation as another means to reduce GHG emissions.

Future year projected emission data included in this report do not reflect future impacts of recently promulgated and expected U.S. GHG regulations.  These regulations are intended to have the following effects.

- Mandatory GHG reporting and GHG permitting will result in more comprehensive and more accurate GHG emission data availability in the future.
- Mandatory GHG emission reductions for light-duty vehicles will reduce GHG emissions from these U.S. vehicles.
- Future stationary source GHG emission control rules will reduce GHG emissions from a variety of industries, including the oil and gas industry.

BLM_0152367

## *1.2. Energy Market Effects on Oil and Gas Development*

Potential oil and gas development planned for federal minerals in Montana, North Dakota, and South Dakota are subject to U.S. and global energy markets. Market forces favor oil and gas development in areas with low production and transportation prices, as well as low production risk. As GHGs become regulated and if a carbon tax or cap-and-trade requirement is implemented, low GHG-emitting fossil fuels would be preferred.

Natural gas combustion emits fewer GHGs than combustion of other fossil fuels. Consequently, natural gas may displace coal and oil as the fossil fuel of choice in many applications. Table 1-2 provides a comparison of natural gas and other fossil fuel emissions. In terms of GHG emissions per million British thermal units (MMBtu) of heat input, natural gas substitution would reduce GHG emissions from coal combustion by approximately 44 percent and would reduce GHG emissions from petroleum combustion by approximately 25 to 28 percent.

**Table 1-2. Comparison of GHG Emissions From Fossil Fuel Combustion**

| Fuel | Emissions (kg/MMBtu) | | | |
|---|---|---|---|---|
| | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2e$ |
| Natural Gas | 53.02 | 0.001 | 0.0001 | 53.07 |
| Coal [1] | 94.38 | 0.011 | 0.0016 | 95.11 |
| Diesel Fuel | 73.25 | 0.003 | 0.0006 | 73.50 |
| Gasoline | 70.22 | 0.003 | 0.0006 | 70.47 |

Source: 40 CFR Part 98, Subpart C, Tables C-1 and C-2 (GPO 2010b).
kg = kilogram
MMBtu = Million British thermal units
[1] The coal $CO_2$ emission factor is based on a mixture of coal types and represents coal used in electricity generation. The range of coal $CO_2$ emissions factors is 93.4 to 103.54 kg/MMBtu.

To the extent that economics, availability, and regulatory requirements encourage natural gas replacement of other existing fossil fuel use, global GHG emissions could be reduced by increased production of natural gas. For example, the U.S. Energy Information Administration (EIA) predicts that fuel switching may prompt up to a 17 percent increase in electric power sector natural gas consumption from 2007 to 2030 (EIA 2009).

While natural gas is likely to displace some fossil fuels, renewable energy is expected to replace some natural gas usage in a variety of applications, such as home heating and electric power generation. The EIA predicts that total natural gas consumption in the United States would decrease under most future-year scenarios (by as much as 11 percent) from 2007 to 2030 or could rise by as much as 2 percent (EIA 2009). If natural gas consumption decreases, natural gas production of federal minerals in Montana, North Dakota, and South Dakota may be less than the levels of development included in the RFD scenarios included in Chapter 4.

U.S. GHG emissions may not necessarily increase by the magnitude of potential GHG emissions from oil and gas production of federal minerals in Montana, North Dakota, and South Dakota. Oil and gas development may decline in other portions of the United States, thereby decreasing total U.S. GHG emissions from oil and gas production, even when new development in these

BLM_0152368

areas is added.  If GHG emission reduction regulations applicable to oil and gas activities are implemented by USEPA in the future, oil and gas development may preferentially increase in fields that produce these fuels with lower than average GHG emissions.

## *1.3.   Uncertainties*

Many uncertainties are associated with the data included in this report.  Assumptions and uncertainties associated with the BLM RFDs and with BLM Field Office oil and gas emission inventories are described in the BLM Field Office emission inventories and in the supporting BLM RFD documents.

Climate change data and particularly predictions of potential climate change impacts are subject to varying degrees of uncertainty.  The level of uncertainty is often addressed by the use of specific terminology by the organization that prepared a climate change report.  For example, the Intergovernmental Panel on Climate Change (IPCC) addresses the probability of an occurrence using the following phrases and associated probabilities.

- Virtually certain, >99%
- Extremely likely, >95%
- Very likely, >90%
- Likely, >66%
- More likely than not, >50%
- About as likely as not, 33% to 66%
- Unlikely, <33%
- Very unlikely, <10%
- Extremely unlikely, <5%
- Exceptionally unlikely, <1%

USEPA uses similar terminology in some of its climate change reports, though with fewer uncertainty categories.  For example, USEPA language includes the "very likely" and "likely" phrases to describe some levels of uncertainty.  The probabilities associated with this terminology are the same as those used by the IPCC.

Resource documents referenced in this report frequently provide detailed explanations of key uncertainties.  Readers are encouraged to access referenced documents in order to better understand the basis for the data and findings that are summarized in this report.

BLM_0152369

**Climate Change Supplementary Information Report**

*[This page intentionally left blank.]*

BLM_0152370

## 2.0   CLIMATE SCIENCE

Climate change has occurred throughout Earth's history due to natural variations, such as cyclical changes in the sun's energy reaching the Earth, and also to unusual natural events such as large volcanic eruptions that have caused significant and abrupt temporary climate change. However, recent climate changes indicate a discernable upward trend in global warming and other climate changes. Many of these changes have been linked to anthropogenic (human-caused) activities that increase GHG emissions and atmospheric concentrations of these gases.

"Climate change" is defined by the IPCC as "a change in the state of the climate that can be identified (e.g., by using statistical tests) by changes in the mean and/or the variability of its properties, and persist for an extended period, typically decades or longer. It refers to any change in climate over time, whether due to natural variability or as a result of human activity." (IPCC 2007a). USEPA concurs that climate change may be due to natural or human-induced causes (USEPA 2010a). However, the United Nations Framework Convention on Climate Change (UNFCCC) defines climate change as a change that is attributed directly or indirectly to human activity that alters the composition of the global atmosphere and that is in addition to natural climate variability observed over comparable time periods. In this report, the IPCC and USEPA climate change definition will be used and human-induced climate change will be identified as such.

### 2.1.   Observed Climate Changes

Warming of the Earth's surface and water bodies has been observed. Known as global warming, these increases in the Earth's temperature cause many additional climate changes. Several of the most important climate changes are summarized below. Additional information on observed climate changes can be obtained from the IPCC, USEPA, UNFCCC, National Oceanic and Atmospheric Administration (NOAA), and other sources.

#### 2.1.1.   Global Temperature Increases

The global average temperature has increased approximately 1.4°F since the early 20th Century (NOAA 2010a), as shown in Figure 2-1. Furthermore, the 20 warmest years have occurred since 1981, and the 10 warmest have occurred in the past 12 years. Global surface temperature is based on air temperature data over land and sea-surface temperatures observed from ships, buoys, and satellites. A clear long-term global warming trend is apparent, although some individual years show brief temperature decreases relative to the previous year. Some year-to-year fluctuations in temperature are due to natural processes, such as the effects of El Ninos, La Ninas, and the eruption of large volcanoes. Red bars on Figure 2-1 indicate temperatures above the 1901-2000 average temperature and blue bars indicate temperatures below the average. The black curve indicates the atmospheric $CO_2$ concentration in parts per million (ppm).

Energy from the sun warms the Earth. However, the observed decades-long global temperature increases are extremely unlikely to be attributable to solar energy variations, which have been measured by satellites since 1978 (NOAA 2010a). As shown in Figure 2-2, variations in solar

BLM_0152371

*Climate Change Supplementary Information Report*

energy are cyclical, with approximate 11-year cycles.  While solar energy output shows no net increase since 1978, the global surface temperature has increased noticeably.



Source:  NOAA 2010a.

**Figure 2-1.  Observed Global Temperatures from 1880 to 2009**



Source:  NOAA 2010a.

**Figure 2-2.  Observed Global Temperatures Compared to Solar Energy Output**

The IPCC states (IPCC 2007b):

> "Warming of the climate system is unequivocal, as is now evident from observations of increases in global average air and ocean temperatures, widespread melting of snow and ice, and rising global average sea level (see Figure SPM.3 [not included here])."

BLM_0152372

Warming has occurred on land surfaces, oceans and other water bodies, and in the troposphere. Figure 2-3 shows that the Earth's surface has warmed more than the troposphere. Furthermore, the global warming trend is accelerating. The linear warming trend over the past 50 years of 0.13°C per decade was nearly twice that of the last 100 years (IPCC 2007b). Figure 2-3 illustrates the relative rates of warming over the last 25, 50, 100, and 150 years. The yellow curve, which represents the warming trend over the last 25 years, shows the greatest rate of global warming. The 25-year warming trend indicates an increase of 0.177°C per decade.



Source: Adapted from Figure TS.6 from *Climate Change 2007: The Physical Science Basis* (IPCC 2007b).

(Top) Patterns of linear global temperature trends over the period 1979 to 2005 estimated at the surface (left), and for the troposphere from satellite records (right). Grey indicates areas with incomplete data. (Bottom) Annual global mean temperatures (black dots) with linear fits to the data. The left axis shows temperature anomalies relative to the 1961 to 1990 average and the right axis shows estimated actual temperatures, both in °C. Linear trends are shown for the last 25 (yellow), 50 (orange), 100 (purple), and 150 years (red). The smooth blue curve shows decadal variations, with the decadal 90% error range shown as a pale blue band about that line. The total temperature increase from the period 1850 to 1899 to the period 2001 to 2005 is 0.76°C ± 0.19°C.

**Figure 2-3.  Global Temperature Warming Trends**

BLM_0152373

*Climate Change Supplementary Information Report*

## 2.1.2. Increased Precipitation and Changes in Precipitation Timing

Long-term trends in annual average precipitation quantities have been observed in large regions of the globe (IPCC 2007b). Areas showing significant precipitation increases include the eastern portions of North and South America, northern Europe, and northern and central Asia. Drying has been observed in the Sahel, the Mediterranean, southern Africa, and parts of southern Asia. Figure 2-4 illustrates precipitation trends for two time scales, 1901–2005 and 1979–2005. As shown, changes in average annual precipitation vary greatly by location. Additional data is needed for areas shown in grey in order to determine trends over these time frames.



Source: Adapted from Figure TS.9 from *Climate Change 2007: The Physical Science Basis* (IPCC 2007b).

(Top) distribution of linear trends of annual land precipitation amounts over the period 1901 to 2005 (% per century) and (bottom) 1979 to 2005 (% per decade). Areas in grey have insufficient data to produce reliable trends. The percentage is based on the 1961 to 1990 period.

**Figure 2-4. Global Mean Precipitation Trends**

BLM_0152374

Within the United States, changes in annual precipitation also vary based on location. Figure 2-5 illustrates annual average precipitation changes in the lower 48 states since 1901 and in Hawaii since 1905. Alaska is not shown due to limited data coverage. Within the 48 states as a whole, annual precipitation has increased at a rate of 6.4 percent per century, though some portions of the nation have seen a much greater increase than others. A few areas, including Hawaii and part of the Southwest have experienced more than a 10 percent decrease in average precipitation (USEPA 2010a).



Source: *Climate Change Indicators in the United States (USEPA 2010a).*

**Figure 2-5. U.S. Rate of Precipitation Change, 1901–2008**

Substantial increases in heavy precipitation events have been observed, particularly in the last 50 years (IPCC 2010b). Furthermore, heavy precipitation events have occurred in areas in which annual total precipitation has decreased. In Figure 2-6, turquoise to purple shaded areas indicate an increase of up to 5 percent per decade in the quantity of precipitation that occurs on very wet days. Yellow to dark red shaded areas indicate a decrease precipitation occurring on very wet days.

BLM_0152375



Source: Figure TS.10 from *Climate Change 2007: The Physical Science Basis* (IPCC 2007b).

(Top) Observed trends (% per decade) over the period 1951 to 2003 in the contribution to total annual precipitation from very wet days (i.e., corresponding to the 95th percentile and above). White land areas have insufficient data for trend determination. (Bottom) Anomalies (%) of the global (regions with data shown in top panel) annual time series of very wet days (with respect to 1961–1990) defined as the percentage change from the base period average (22.5%). The smooth orange curve shows decadal variations.

**Figure 2-6.  Global Extreme Precipitation Trends, 1951-2003**

As shown above, much of the United States has experienced an increased percentage of rainfall during heavy precipitation events.  Figure 2-7 provides a time series showing the percentage of the land area of the lower 48 states where a much greater than normal portion of total annual precipitation has come from extreme single-day precipitation events. The bars represent individual years, while the line is a smoothed nine-year moving average.  In the most recent four years, more than 15 percent of U.S. land area has experienced extreme one-day precipitation events.

BLM_0152376



Source:  *Climate Change Indicators in the United States (USEPA 2010a).*

**Figure 2-7.  U.S. Extreme One-Day Precipitation Events in the
Lower 48 States, 1910–2008**

## 2.1.3.    Decreased Ice and Snow Coverage

Arctic sea ice is declining rapidly and this trend is very likely to continue (USGCRP 2009).  Sea ice plays an important role in Alaska and northernmost national climates.  The ice affects the amount of ocean surface reflectivity because sea ice reflects more sunlight than open ocean water.  Sea ice also affects ocean currents, cloudiness, humidity, and the transfer of heat and moisture at the ocean's surface.

Satellite observations of sea ice have been recorded since the 1970s.  Earlier sea ice records come from aircraft, ship, and coastal observations dating back to 1900 for the northern hemisphere.  Based on these records, arctic sea ice has declined at a rate of 3 to 4 percent per decade over the last three decades based on an annual average of areal ice extent, as shown in Figure 2-8.  The declining trend is more pronounced when the trend of end-of-summer Arctic sea ice is reviewed, and indicates a decline of 11 percent per decade.

BLM_0152377

*Climate Change Supplementary Information Report*



Source:  Adapted from *Global Climate Change Impacts in the United States (USGCRP 2009)*.

Grey shading indicates less confidence in the data before 1953.

**Figure 2-8.  Arctic Sea Ice Areal Decreases From 1900 to 2008**

Global warming has also caused global glacial recession during the summer.  Widespread ice mass losses have contributed to sea level rise during the 20th century (IPCC 2007b).  The areal extent of snow cover has decreased in most regions, particularly in the spring.  Northern hemisphere snow cover from 1966 to 2005 decreased in every month except November and December, with a stepwise drop of 5 percent in the annual mean in the late 1980s (IPCC 2007b).  Decreases in snowpack, permafrost, and seasonally frozen ground have also been observed.



Source:  Adapted from Figure TS.12 from *Climate Change 2007:  The Physical Science Basis* (IPCC 2007b).

Data points indicate actual observations, while the smooth curve shows decadal variations.  The shaded area indicates the 5 to 95% confidence level.

**Figure 2-9.  Changes in Snow Cover in the Northern Hemisphere During March and April**

BLM_0152378

## 2.1.4.   Oceanic Observations

The oceans and the atmosphere interact constantly by exchanging heat, water, gases, and particles.  Because they cover nearly 70 percent of the Earth's surface and because water has a greater specific heat than air, oceans store a vast amount of heat energy and transport this energy around the globe through currents.

Figure 2-10 illustrates changes in ocean heat content between 1955 and 2008; heat content has increased substantially since 1955 (USEPA 2010a).  Ocean heat content is measured in joules, a unit of energy, and compared against the long-term average heat content, which is set at zero.  The blue, orange, and green curves illustrate results from three separate studies.



Source: *Climate Change Indicators in the United States (USEPA 2010a).*

**Figure 2-10.  Global Ocean Heat Content, 1955–2008**

Sea surface temperature is also an important ocean characteristic because it plays a large role in ocean-atmospheric interaction.  Figure 2-11 depicts the increased average surface temperature of the world's oceans since 1880 compared to a 1971-2000 average baseline. The shaded band shows the likely range of values, based on the number of measurements collected and the precision of the methods used.  From 1901 through 2009, temperatures rose at an average rate of 0.12°F per decade.  Over the last 30 years, these temperatures have risen at a faster pace of 0.21°F (USEPA 2010a).

The sea surface temperature partially determines the amount of moisture that evaporates into the air and affects the intensity of hurricanes and other storms.  Based on changes in these temperatures, the amount of atmospheric vapor over the oceans is estimated to have increased by approximately 5 percent during the 20th century (IPCC 2007b).

BLM_0152379

*Climate Change Supplementary Information Report*



Source: *Climate Change Indicators in the United States (USEPA 2010a).*

**Figure 2-11.  Average Global Sea Surface Temperature, 1880–2009**

Sea levels have risen consistently as shown in Figure 2-12.  The global average rate of sea level increase during 1993 to 2003 is 3.1 millimeters (mm) per year (IPCC 2007b).  The sea level increase is consistent with the expansion of water due to temperature increase and to the addition of water due to land ice melting.  Sea level is not rising consistently along all coasts.  The largest sea level rise since 1992 has occurred in the western Pacific and in the eastern Indian Oceans.  Sea levels have been falling in the eastern Pacific and western Indian Oceans (IPCC 2007b).



Source:  Adapted from Figure TS.18 from *Climate Change 2007: The Physical Science Basis* (IPCC 2007b).

Annual averages of the global mean sea level based on reconstructed sea level fields since 1870 (red), tide gauge measurements since 1950 (blue) and satellite altimetry since 1992 (black). Units are in millimeters (mm) relative to the average for 1961 to 1990. Error bars are 90% confidence intervals.

**Figure 2-12.  Global Mean Sea Level**

BLM_0152380

Sea level changes during the last 50 years (1958 to 2008) along U.S. coasts are shown in Figure 2-13. Some areas along the Atlantic and Gulf coasts saw increases greater than 8 inches over the past 50 years, while other coastal areas have seen small increases or even decreases in sea level (USGCRP 2009).



Source: *Global Climate Change Impacts in the United States (USGCRP 2009).*

**Figure 2-13.  Relative Sea Level Changes on U.S. Coastlines, 1958 to 2008**

## 2.1.5.    Other Observed Climate Changes

The above discussion provides a brief summary of some observed climate changes; many more types of climate change have been scientifically observed and documented. USEPA recently published *Climate Change Indicators in the United States* (USEPA 2010a), which states that a National Academy of Sciences climate change workshop in 2004 identified 110 separate indicators of climate change. Of these, USEPA identified a subset of 24 indicators for its report. USPEA-selected indicators included in its Climate Change Indicators document are grouped into five categories and are listed in Table 2-1. Note that while USEPA selected these topics for its document, it is not restricting its climate change review or efforts to these indicators.

BLM_0152381

#### Table 2-1.  USEPA Climate Change Indicators

| Greenhouse Gases | Oceans | Society and Ecosystems |
|---|---|---|
| • U.S. Greenhouse Gas Emissions<br>• Global Greenhouse Gas Emissions<br>• Atmospheric Concentrations of Greenhouse Gases<br>• Climate Forcing | • Ocean Heat<br>• Sea Surface Temperature<br>• Sea Level<br>• Ocean Acidity | • Heat-Related Deaths<br>• Length of Growing Season<br>• Plant Hardiness Zones<br>• Leaf and Bloom Dates<br>• Bird Wintering Ranges |
| **Weather and Climate**<br>• U.S. and Global Temperature<br>• Heat Waves<br>• Drought<br>• U.S. and Global Precipitation<br>• Heavy Precipitation<br>• Tropical Cyclone Intensity | **Snow and Ice**<br>• Arctic Sea Ice<br>• Glaciers<br>• Lake Ice<br>• Snow Cover<br>• Snowpack | |

Source:  USEPA 2010a.

Key additional climate change observations from the IPCC are quoted below.  For information concerning uncertainties related to climate change topics, refer to Section TS.6 of the Technical Summary of *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* (IPCC 2007b).

- Changes in Natural Drivers of Climate
  - Current atmospheric concentrations of $CO_2$ and $CH_4$, and their associated positive RF, far exceed those determined from ice core measurements spanning the last 650,000 years.
  - Natural processes of $CO_2$ uptake by the oceans and terrestrial biosphere remove about 50 to 60 percent of anthropogenic emissions (i.e., fossil $CO_2$ emissions and land use change flux). Uptake by the oceans and the terrestrial biosphere are similar in magnitude over recent decades but that by the terrestrial biosphere is more variable.
- Atmosphere and Surface
  - Global mean surface temperatures continue to rise. Eleven of the last 12 years rank among the 12 warmest years on record since 1850.
  - Rates of surface warming increased in the mid-1970s and the global land surface has been warming at about double the rate of ocean surface warming since then.
  - Changes in surface temperature extremes are consistent with warming of the climate.
  - Estimates of mid- and lower-tropospheric temperature trends have substantially improved. Lower-tropospheric temperatures have slightly greater warming rates than the surface from 1958 to 2005.
  - Long-term trends from 1900 to 2005 have been observed in precipitation amount in many large regions.

*Montana, North Dakota, and South Dakota BLM*

BLM_0152382

- o  Increases have occurred in the number of heavy precipitation events.
- o  Droughts have become more common, especially in the tropics and subtropics, since the 1970s.
- o  Tropospheric water vapor has increased, at least since the 1980s.
- Snow, Ice, and Frozen Ground
  - o  The amount of ice on the Earth is decreasing.  There has been widespread retreat of mountain glaciers since the end of the 19th century.  The rate of mass loss from glaciers and the Greenland Ice Sheet is increasing.
  - o  The extent of Northern Hemisphere snow cover has declined.  Seasonal river and lake ice duration has decreased over the past 150 years.
  - o  Since 1978, annual mean arctic sea ice extent has been declining and summer minimum arctic ice extent has decreased.
  - o  Ice thinning occurred in the Antarctic Peninsula and Amundsen shelf ice during the 1990s.  Tributary glaciers have accelerated and completed breakup of the Larsen B Ice Shelf occurred in 2002.
  - o  Temperature at the top of the permafrost layer has increased by up to 3°C since the 1980s in the Arctic. The maximum extent of seasonally frozen ground has decreased by about 7 percent in the northern hemisphere since 1900, and its maximum depth has decreased by about 0.3 meters (m) in Eurasia since the mid-20th century.
- Oceans and Sea Level
  - o  The global temperature (or heat content) of the oceans has increased since 1955.
  - o  Large-scale regionally coherent trends in salinity have been observed over recent decades with freshening in subpolar regions and increased salinity in the shallower parts of the tropics and subtropics.  These trends are consistent with changes in precipitation and inferred larger water transport in the atmosphere from low latitudes to high latitudes and from the Atlantic to the Pacific.
  - o  Global average sea level rose during the 20th century.
  - o  There is high confidence that the rate of sea level rise increased between the mid-19th and mid-20th centuries.  During 1993 to 2003, sea level rose more rapidly than during 1961 to 2003.
  - o  Thermal expansion of the ocean and loss of mass from glaciers and ice caps made substantial contributions to the observed sea level rise.
  - o  The observed rate of sea level rise from 1993 to 2003 is consistent with the sum of observed contributions from thermal expansion and loss of land ice.
  - o  The rate of sea level change over recent decades has not been geographically uniform.
  - o  As a result of uptake of anthropogenic $CO_2$ since 1750, the acidity of the surface ocean has increased.

BLM_0152383

## 2.2.   Climate Change Causes

The IPCC reports with greater than 95 percent probability that global warming during the past half century cannot be explained without external radiative forcing (RF) (IPCC 2007b).  In other words, observed climate changes cannot be explained based solely on natural influences.  This section explains RF and other scientific concepts linking climate change to anthropogenic sources.

### 2.2.1.   Radiative Forcing

The IPCC defines RF as "a measure of the influence that a factor has in altering the balance of incoming and outgoing energy in the Earth-atmosphere system and is an index of the importance of the factor as a potential climate change mechanism.  Positive forcing tends to warm the surface while negative forcing tends to cool it.  In this report [IPCC 2007b], RF values are for 2005 relative to pre-industrial conditions defined at 1750 and are expressed in watts per square metre (W m$^{-2}$)."  In simpler terms, RF provides a means to compare how a range of human and natural factors drive warming or cooling of the Earth.

Figure 2-14 illustrates major components of RF.  Red, orange, and yellow bars indicate positive (warming) forcing, while blue bars indicate negative (cooling) forcing.  As shown in the figure, positive RF is primarily caused by long-lived GHGs resulting from human activities.  $CO_2$ is responsible for most of the forcing, and has a greater positive effect than combined methane, $N_2O$, and halocarbons.  Ground-level (tropospheric) ozone also warms the atmosphere (while stratospheric ozone cools the atmosphere).  However, since tropospheric ozone is short-lived, it does not pose the same global warming risk that USEPA-regulated GHGs do.

Solar irradiance is the natural RF source.  The solar irradiance shown in Figure 2-14 includes only the change in RF since 1750 (an approximate date for the industrial revolution).  Total solar irradiance would be greater.  The total net estimated anthropogenic RF is 1.6 W m$^{-2}$ (IPCC 2007b).

BLM_0152384

*Climate Change Supplementary Information Report*



Source: Adapted from Figure TS.5 from *Climate Change 2007: The Physical Science Basis* (IPCC 2007b).

Global mean radiative forcings (RF) and their 90% confidence intervals in 2005 for various agents and mechanisms. Columns on the right specify best estimates and confidence intervals (RF values); typical geographical extent of the forcing (Spatial scale); and level of scientific understanding (LOSU) indicating the scientific confidence level. Errors for $CH_4$, $N_2O$ and halocarbons have been combined. The net anthropogenic radiative forcing and its range are also shown. Additional forcing factors not included here are considered to have a very low LOSU. Volcanic aerosols contribute an additional form of natural forcing but are not included due to their episodic nature. The range for linear contrails does not include other possible effects of aviation on cloudiness.

**Figure 2-14.  Global Mean Radiative Forcing**

## 2.2.2.    Increased Atmospheric GHG Concentrations

Historically, there is a strong link between temperature and atmospheric GHG concentrations, as shown in Figure 2-15.  Gray shading identifies warm global periods and peak GHG concentrations correspond to these warm periods.  Atmospheric GHG concentrations have increased substantially over the last 650,000 years.  $CO_2$, methane, and $N_2O$ concentrations are much greater now than they were prior to the industrial age and the increased concentrations result primarily from human activity.

BLM_0152385

*Climate Change Supplementary Information Report*



Source:  Figure TS.1 from *Climate Change 2007: The Physical Science Basis* (IPCC 2007b).

Atmospheric concentrations of the greenhouse gases nitrous oxide ($N_2O$, green), carbon dioxide ($CO_2$, black), and methane ($CH_4$, blue) in air trapped within the ice cores and from recent atmospheric measurements. At the bottom of the graph, the percentage of deuterium ($\delta D$) in Antarctic ice is a proxy for local temperature. Data cover 650,000 years and the shaded bands indicate current and previous interglacial warm periods.

**Figure 2-15.  Ice Core Data Showing GHG Concentrations and Indicating Local Temperature**

The link between GHGs and climate change is explained scientifically due to the effect of these compounds in the atmosphere.  Earth has a natural greenhouse effect involving naturally occurring atmospheric components such as water vapor, $CO_2$ (due to animal/vegetation respiration), methane (due to decay), and $N_2O$.  Without the natural GHG effects, Earth would be approximately 60°F cooler (USGCRP 2009).  The Earth's temperature fluctuates based on a global energy balance of incoming energy from the sun and outgoing energy radiated back into space, as shown in Figure 2-16.

BLM_0152386



Source: *Climate Change Indicators in the United States (USEPA 2010a).*

**Figure 2-16.  Greenhouse Effect Schematic**

Increased emissions of anthropogenic GHGs are contributing to global warming by increasing atmospheric concentrations of these compounds, which absorb energy from the Earth's surface and re-emit a larger portion of Earth's heat back to the Earth rather than allowing the heat to escape into space.  Increased GHG concentrations will cause significant adverse climate impacts (see Chapter 3.0).

Characteristics of the heat-trapping gases with the greatest global warming impact are summarized below.  In addition, GHGs with relatively low impact on climate change are also described.

**$CO_2$** — Over the past several decades, approximately 80 percent of anthropogenic $CO_2$ resulted from fossil fuel combustion (primarily in electricity generation, transportation, and industrial and residential use), while most of the remainder resulted from deforestation and agricultural practices (USGCRP 2009).

**Methane** — Methane primarily results from agriculture (primarily livestock) and energy production (coal, gas, and oil).  Anthropogenic sources now account for approximately 70 percent of methane emissions (USGCRP 2009).

**$N_2O$** — Atmospheric concentrations of $N_2O$ primarily result from fertilizer use and fossil fuel combustion; thus, these emissions are primarily human caused (USGCRP 2009).

**Halocarbons** — Halocarbons are man-made substances used extensively in refrigeration and other industrial processes.  Many halocarbons (such as chlorofluorocarbons [CFCs]) have been banned due to efforts to preserve stratospheric ozone.  However, many of the HFCs and PFCs used to replace CFCs have high GWPs.

BLM_0152387

*Climate Change Supplementary Information Report*

**Water vapor** — Water vapor is the most abundant GHG in the atmosphere. However, human activity produces only a small increase in direct water vapor release through irrigation and combustion. Global surface warming caused by the release of non-water GHGs leads to increased water vapor in the atmosphere since warm air can hold more moisture. Increased water vapor due to global warming can create a feedback loop that amplifies warming (USGDCRP 2009).

**Ozone** — Tropospheric ozone is a GHG that is continually produced and destroyed in the lower atmosphere by chemical reactions. Ground-level ozone is formed in the atmosphere by photochemical reactions involving volatile organic compounds (VOCs) and nitrogen oxides ($NO_x$), which are often called ozone precursors. Ozone is regulated under the CAA and USEPA regulations limit emissions of ozone precursors. The National Ambient Air Quality Standard (NAAQS) for ozone is being reviewed by USEPA and may become more stringent than the current standard of 0.075 ppm.

GHG life spans and GWPs vary greatly, as shown in Table 2-2. Due to the long life spans of some GHGs, emission reductions will not substantially reduce atmospheric GHG concentrations for many years. This is particularly true for $CO_2$, which accounts for the largest share of anthropogenic climate change, and for which emissions continue to increase (USEPA 2010a). $N_2O$ emissions also continue to increase. In contrast, methane emissions have remained steady overall (and are declining from some sources). Future methane reductions could cause decreases in atmospheric concentrations within approximately 12 years.

#### Table 2-2.  Life Spans and Global Warming Potentials for Selected GHGs

| GHG | Average Atmospheric Life Time (years) | Global Warming Potential |
|---|---|---|
| $CO_2$ | 50–200 [1] | 1 |
| $CH_4$ | 12 | 21 [2] |
| $N_2O$ | 120 | 310 |
| CFC-12 [2] | 100 | 10,600 |
| CFC-11 | 45 | 4,600 |
| HFC-134a | 14.6 | 1,300 |
| $SF_6$ | 3,200 | 23,900 |

Source:  USEPA 2010a.

[1] $CO_2$'s lifetime is varies because it is not destroyed in the atmosphere; instead, $CO_2$ moves between the ocean, the atmosphere, and land and plants. Some $CO_2$ will be absorbed out of the atmosphere quickly, but some will remain in the atmosphere for many years.

[2] GWP is based on a 100-year time frame. Due to its relatively short atmospheric lifetime, methane is 72 times more potent than $CO_2$ over a 20-year time frame.

BLM_0152388

## 2.2.3.    Ability to Predict Climate Change with Models

Climate models are based on well-established physical principles and can reproduce observed climate patterns.  When these models include atmospheric GHG concentrations and other human-induced factors, the models predict many observed climate characteristics.  Figure 2-17 compares global climate model temperature predictions to observed temperatures from the early 1900s to 2005.  Black lines indicate historic temperatures for six continents and for global average temperature, global average land temperature, and global average ocean temperatures.



Source:  Figure TS.22 from *Climate Change 2007:  The Physical Science Basis* (IPCC 2007b).

Comparison of observed continental- and global-scale changes in surface temperature with results simulated by climate models using natural and anthropogenic forcings. Decadal averages of observations are shown for the period 1906 to 2005 (black line) plotted against the center of the decade and relative to the corresponding average for 1901 to 1950. Lines are dashed where spatial coverage is less than 50%. Blue shaded bands show the 5% to 95% range for 19 simulations from 5 climate models using only the natural forcings due to solar activity and volcanoes. Red shaded bands show the 5% to 95% range for 58 simulations from 14 climate models using both natural and anthropogenic forcings.

**Figure 2-17.  Climate Model Prediction of Observed Temperatures**

BLM_0152389

Climate model simulations are shown with red and blue bands. Natural and human factors were included in the models whose simulations are shown in red; these model results are consistent with observed temperatures. In contrast, model simulations shown in blue included only natural factors and their results diverge from observed temperatures as atmospheric GHG concentrations increase.

The IPCC concludes that it is likely that significant anthropogenic warming has occurred over the past 50 years for each continent except Antarctica. Observed patterns of warming, including greater warming over land than over the ocean, and their changes over time, are only simulated by models that include anthropogenic forcing (IPCC 2007b).

## 2.3. Climate Change Modeling Capability

Atmospheric-ocean general circulation models (AOGCMs) are the primary tool used for understanding and attributing past climate changes and for predicting future climate characteristics. AOGCMs include dynamic components describing atmospheric, oceanic, and land surface processes, sea ice, and other components. Lack of knowledge concerning some physical processes require parameterization of these processes, including cloud formation and precipitation, ocean mixing due to wave processes, and the formation of water masses. In general, parameterization uses one or more physical properties or constants to provide a simpler means to estimate a more complex physical process. For example, relative humidity and temperature could be used as parameters in the models to estimate cloud formation. Differences in parameterizations are the main reason why the more than 20 different AOGCM models provide somewhat different climate projections.

Climate change impacts can be predicted with much more certainty over global or continental scales. The models have difficulty reliably simulating and attributing observed temperature changes at smaller scales. On smaller scales, natural climate variability is relatively larger, making it harder to distinguish changes expected due to external forcings. Uncertainties in local forcings and feedbacks also make it difficult to estimate the contribution of GHG increases to observed small-scale temperature changes (IPCC 2007b).

AOGCMs have a typical model resolution of 250–600 kilometers. While the spatial resolution of AOGCMs is improving, efforts to model regional or smaller geographic areas sometimes involve using the output from AOGCMs to drive smaller-scale modeling using regional climate models. "Downscaling" can be used to model climate change at finer resolutions. Statistical downscaling uses larger scale modeling and empirical relationships to predict future climate change by identifying links between large-scale patterns of climate elements (known as predictors) and local climate (the predictand). Successful downscaling assumes that the current relationships between predictors and predictands will remain valid under future climate conditions. One advantage of downscaling is that it is less technically demanding than regional modeling. However, results from statistical downscaling may be misleading if the projected climate change exceeds the range of data used to develop the model. Downscaling techniques generally give more consistent results compared to regional modeling when modeling present-day scenarios, but downscaling is more likely to have less-consistent results when modeling future climate projections (Kattsov 2010).

BLM_0152390

## 2.4.   Key Climate Change Causality Statements

Key additional climate change projections from the IPCC are quoted below (IPCC 2007b).

- The sustained rate of increase in RF from $CO_2$, $CH_4$, and $N_2O$ over the past 40 years is larger than at any time during at least the past 2000 years.
- From new estimates of the combined anthropogenic forcing due to greenhouse gases, aerosols and land surface changes, it is extremely likely that human activities have exerted a substantial net warming influence on climate since 1750.
- Solar irradiance contributions to global average RF are considerably smaller than the contribution of increases in greenhouse gases over the industrial period.

BLM_0152391

**Climate Change Supplementary Information Report**

*[This page intentionally left blank.]*

BLM_0152392

## 3.0   PREDICTED CLIMATE CHANGE AND IMPACTS

If predicted anthropogenic climate change occurs, impacts would be geographically pervasive and would affect ecosystems and human health. This chapter provides discussions of predicted climate change impacts based on climate modeling, with examples showing predicted global and U.S. impacts. Examples of predicted regional impacts are also included for the Montana and Dakotas region.

This chapter first addresses predicted climate change characteristics such as predicted GHG RF drivers and their predicted effects on climate characteristics such as temperature, oceans, and precipitation. Then climate change effects, including predicted effects on agriculture, ecosystems, and human health, are described. Finally, predicted impacts at a smaller scale are described for Montana, North Dakota, and South Dakota.

### *3.1.   Predicted Climate Change Characteristics*

#### 3.1.1.   Committed Climate Change

Based on atmospheric GHG concentrations as of year 2000, mean global warming after stabilization of RF is expected to be about 0.5 to 0.6°C, which would occur mostly within the next century (IPCC 2007b). Committed climate change is due largely to the massive quantity of thermal mass in the oceans and their slow mixing time, which cause a significant lag in responsiveness to reduced atmospheric GHG concentrations. USEPA estimates that oceans can take decades, or even centuries, to adjust to climate changes (USEPA 2010a).

Another lag results from the long atmospheric lifetime of many GHGs, as shown in Figure 3-1. Even when GHG emissions are immediately reduced, atmospheric GHG concentrations continue increasing for GHGs having moderate to high GWPs. The three graphs represent three different types of GHGs from left to right depicting modeled $CO_2$ concentration changes (lifetime of 50–200 years), a GHG with a 120-year lifetime, and a GHG with a 12-year lifetime (equivalent to methane). The colored curves represent five emission reduction scenarios: constant emissions (black), 10 percent reduction (red), 30 percent reduction (green), 50 percent reduction (blue), and 100 percent reduction (turquoise). Under most scenarios, GHG concentrations continue increasing. Concentration decreases occur immediately only under highly unlikely scenarios such as 100 percent reduction for all three types of GHGs or 30 percent or greater reductions in short-lived GHGs.

BLM_0152393

*Climate Change Supplementary Information Report*



Source: FAQ 10-3 Figure 1 from *Climate Change 2007: The Physical Science Basis* (IPCC 2007b).

**Figure 3-1.  GHG Emission Reduction Atmospheric Concentration Scenarios**

## 3.1.2.    Predicted GHG Concentrations

The links between GHG and sulfur dioxide ($SO_2$) emissions, GHG concentrations, RF, and global temperature change are shown in Figure 3-2.  $SO_2$ is a chemical precursor for sulfate aerosols, which have a climate cooling effect.

Six Special Report on Emission Scenarios (SRES) non-mitigation scenarios are included in the analysis shown below.  Each scenario includes assumptions about global population growth, energy supply, and economic development that were used to estimate future year GHG, $SO_2$, $CO_2$, $NO_x$, and VOC emissions.  The scenarios are grouped into four families based on the first two letters of each scenario.  Each scenario family has a storyline and one or more subgroups, which are briefly summarized below (IPCC 2000).

- The A1 storyline and scenario family describes a future world of very rapid economic growth, global population that peaks in mid-century and declines thereafter, and the rapid introduction of new and more efficient technologies.  Major underlying themes are convergence among regions, capacity building, and increased cultural and social interactions, with a substantial reduction in regional differences in per capita income.  The A1 scenario family develops into three groups that describe alternative directions of technological change in the energy system.  The three A1 groups are distinguished by their technological emphasis:  fossil intensive (A1FI), non-fossil energy sources (A1T), or a balance across all sources (A1B).

- The A2 storyline and scenario family describes a very heterogeneous world.  The underlying theme is self-reliance and preservation of local identities.  Fertility patterns across regions converge very slowly, which results in continuously increasing global population.  Economic development is primarily regionally oriented and per capita economic growth and technological change are more fragmented and slower than in other storylines.

- The B1 storyline and scenario family describes a convergent world with the same global population that peaks in midcentury and declines thereafter, as in the A1 storyline, but with rapid changes in economic structures toward a service and information economy, with reductions in material intensity, and the introduction of clean and resource-efficient technologies.  The emphasis is on global solutions to economic, social, and

BLM_0152394

environmental sustainability, including improved equity, but without additional climate initiatives.

- The B2 storyline and scenario family describes a world in which the emphasis is on local solutions to economic, social, and environmental sustainability. It is a world with continuously increasing global population at a rate lower than A2, intermediate levels of economic development, and less rapid and more diverse technological change than in the B1 and A1 storylines. While the scenario is also oriented toward environmental protection and social equity, it focuses on local and regional levels.

Each modeled SRES scenario is considered to be a plausible future assuming that no climate policies, such as the Kyoto Protocol, will be implemented. None of the scenarios are considered preferred scenarios and none are considered to be more probable than the others. RF projections included anthropogenic and natural (solar and volcanic) forcing. A Simple Climate Model (SCM) capable of accurately predicting surface temperatures was tuned to 19 AOGCMs.

Figure 3-2 illustrates, from top to bottom, the links between GHG ($CO_2$ and methane) emissions and concentrations, as well as the combined change in RF and the resulting modeled change in global mean temperature. For example, modeled increases in $CO_2$ emissions predict even steeper increases in atmospheric $CO_2$ concentrations due to the pollutant's long lifetime, while modeled $CO_2$ emission reductions indicate that many years (more than the 100 years shown in the figure) would pass before reductions in $CO_2$ concentrations would be expected. In contrast, modeled methane emission reductions would cause relatively rapid reductions in methane concentrations. The RF curves near the bottom of the figure provide a visual sense of the predicted cumulative effect of three GHG ($CO_2$, methane, and $N_2O$) concentrations. Finally, the relative change in global average temperature appears to closely match the relative change in RF.

All six modeled emission scenarios indicate an increase in global temperature. The multimodel mean surface air temperature warming and associated uncertainty ranges predicted for 2090 to 2099 relative to 1980 to 1999 are as follows (IPCC 2007b).

- A1B: +2.8°C (1.7°C to 4.4°C)
- A1FI: +4.0°C (2.4°C to 6.4°C)
- A1T: +2.4°C (1.4°C to 3.8°C)
- A2: +3.4°C (2.0°C to 5.4°C)
- B1: +1.8°C (1.1°C to 2.9°C)
- B2: +2.4°C (1.4°C to 3.8°C)

BLM_0152395

*Climate Change Supplementary Information Report*



Source:  Figure 10-26 from *Climate Change 2007: The Physical Science Basis* (IPCC 2007b).

Fossil $CO_2$, $CH_4$ and SO2 emissions for six illustrative SRES non-mitigation emission scenarios, their corresponding $CO_2$, $CH_4$ and $N_2O$ concentrations, radiative forcing and global mean temperature projections based on an SCM tuned to 19 AOGCMs. The dark shaded areas in the bottom temperature panel represent the mean ±1 standard deviation for the 19 model tunings. The lighter shaded areas depict the change in this uncertainty range, if carbon cycle feedbacks are assumed to be lower or higher than in the medium setting. Mean projections for mid-range carbon cycle assumptions for the six illustrative SRES scenarios are shown as thick colored lines. Historical emissions (black lines) are shown for fossil and industrial $CO_2$ (Marland et al., 2005), for $SO_2$ (van Aardenne et al., 2001) and for $CH_4$ (van Aardenne et al., 2001, adjusted to Olivier and Berdowski, 2001). Global mean temperature results from the SCM for anthropogenic and natural forcing compare favorably with 20th-century observations (black line) as shown in the lower left panel (Folland et al., 2001; Jones et al., 2001; Jones and Moberg, 2003).

**Figure 3-2.  Predicted Global GHG Emissions, Concentrations, and Climate Warming**

BLM_0152396

### 3.1.3.    Predicted Global Temperature

As shown above, modeled global mean warming is expected to increase over time and the amount of warming would depend on the level of GHG emissions in the future.  Figure 3-3 shows model projections of global mean warming from 2005 to 2025 and also shows observed warming from 1990 through 2004.  Committed warming is shown as the orange line.  In contrast, predicted warming trends for three GHG emission growth SRES scenarios are shown with red, green, and blue curves.



Source:  Figure TS.26 Figure 1 of *Climate Change 2007: The Physical Science Basis* (IPCC 2007b).

Observed temperature anomalies are shown as annual (black dots) and decadal average values (black line). Projected trends and their ranges from the IPCC First (FAR) and Second (SAR) Assessment Reports are shown as green and magenta solid lines and shaded areas, and the projected range from the Third Assessment Report (TAR) is shown by vertical blue bars. These projections were adjusted to start at the observed decadal average value in 1990. Multi-model mean projections from this report for the SRES B1, A1B and A2 scenarios are shown for the period 2000 to 2025 as blue, green and red curves with uncertainty ranges indicated against the right-hand axis. The orange curve shows model projections of warming if greenhouse gas and aerosol concentrations were held constant from the year 2000 – that is, the committed warming.

**Figure 3-3.  Global Mean Warming Model Predictions for Committed Warming and Three Emission Increase Scenarios**

The differences in predicted mean global warming become more pronounced towards the end of the 21st century as shown in Figure 3-4.  Regardless of the SRES scenario, the projected 21st century temperature change is positive everywhere on the globe.  The predicted temperature change is greatest over land and at most high latitudes in the northern hemisphere during winter, and increases going from the coasts into the continental interiors.  Within otherwise geographically similar areas, modeled warming is typically greater in arid rather than in moist regions (IPCC 2007b).

BLM_0152397

*Climate Change Supplementary Information Report*

The least predicted warming occurs over the southern oceans and parts of the North Atlantic Ocean. Temperatures are predicted to increase, including over the North Atlantic and Europe, despite a projected slowdown of the meridional overturning circulation (MOC) in most models, due to the much larger influence of the increase in GHG concentrations (IPCC 2007b). Very few AOGCM studies have accounted for the impact of additional freshwater from melting of the Greenland Ice Sheet. However, the models that include this additional freshwater do not suggest that it will lead to complete MOC shutdown. It is very likely that the MOC will reduce, but very unlikely that the MOC will undergo a large abrupt transition during the course of the 21st century (IPCC 2007b). Longer-term changes in the MOC cannot be assessed with confidence (IPCC 2007b).



Source: Figure TS.28 Figure 1 of *Climate Change 2007: The Physical Science Basis* (IPCC 2007b).

Projected surface temperature changes for the early and late 21st century relative to the period 1980 to 1999. The central and right panels show the AOGCM multi-model average projections (°C) for the B1 (top), A1B (middle) and A2 (bottom) SRES scenarios averaged over the decades 2020 to 2029 (center) and 2090 to 2099 (right). The left panel shows corresponding uncertainties as the relative probabilities of estimated global average warming from several different AOGCM and EMIC studies for the same periods. Some studies present results only for a subset of the SRES scenarios, or for various model versions. Therefore the difference in the number of curves, shown in the left-hand panels, is due only to differences in the availability of results.

**Figure 3-4.  Global Predicted Surface Temperatures for Early and Late 21st Century**

A close-up look at predicted surface temperatures in the United States shows temperature increases for the middle (2040-2059) and end (2080-2099) of the 21st century. Predicted results for higher (A2) and lower (B1) SRES scenarios are shown in Figure 3-5. As described earlier, the greatest predicted temperature changes would occur in the interior of the nation. In the higher emission scenario for the end-of-century time period, predicted temperature increases may exceed 10°F in a large swath of the interior U.S. and in the northernmost portion of Alaska. Depending on the emission scenario, predicted temperature increases in Montana and the

BLM_0152398

Dakotas are between 4–5°F at mid-century and between 5–9°F at the end of the century (USGCRP 2009).



Source:  *Global Climate Change Impacts in the United States (USGCRP 2009).*

This map is based on projections of future temperature by 16 of the Coupled Model Intercomparison Project Three (CMIP3) climate models using two emissions scenarios from the Intergovernmental Panel on Climate Change (IPCC), Special Report on Emission Scenarios (SRES).  The "lower" scenario here is B1, while the "higher" is A2. The brackets on the thermometers represent the likely range of model projections, though lower or higher outcomes are possible.

**Figure 3-5.  Projected U.S. Temperature Changes from 1961-1979 Baseline**

If the planet warms as modeled, a larger number of extreme heat episodes are predicted and fewer extreme cold events would occur (IPCC 2007b).  In Figure 3-6, modeled extreme temperature changes are shown in terms of standard deviations.  Positive standard deviations indicate an increase in the predicted number of days of the extreme event occurring, while negative standard deviations indicate fewer extreme days or events.  On the left side of the figure, predicted changes based on three SRES scenarios are depicted.  The maps on the right

BLM_0152399

*Climate Change Supplementary Information Report*

side of the figure show spatial results for scenario A1B and compares changes between two 20-year means (2080–2099 minus 1980–1999).



Source:  Figure 10-19 from *Climate Change 2007:  The Physical Science Basis* (IPCC 2007b).

Changes in extremes based on multi-model simulations from nine global coupled climate models, adapted from Tebaldi et al. (2006). (a) Globally averaged changes in the frost day index (defined as the total number of days in a year with absolute minimum temperature below 0°C) for a low (SRES B1), middle (SRES A1B) and high (SRES A2) scenario. (b) Changes in spatial patterns of simulated frost days between two 20-year means (2080–2099 minus 1980–1999) for the A1B scenario. (c) Globally averaged changes in heat waves (defined as the longest period in the year of at least five consecutive days with maximum temperature at least 5°C higher than the climatology of the same calendar day). (d) Changes in spatial patterns of simulated heat waves between two 20-year means (2080–2099 minus 1980–1999) for the A1B scenario. (e) Globally averaged changes in growing season length (defined as the length of the period between the first spell of five consecutive days with mean temperature above 5°C and the last such spell of the year). (f) Changes in spatial patterns of simulated growing season length between two 20-year means (2080– 2099 minus 1980–1999) for the A1B scenario. Solid lines in (a), (c) and (e) show the 10-year smoothed multi-model ensemble means; the envelope indicates the ensemble mean standard deviation. Stippling in (b), (d) and (f) denotes areas where at least five of the nine models concur in determining that the change is statistically significant. Extreme indices are calculated only over land. Frost days and growing season are only calculated in the extratropics. Extremes indices are calculated following Frich et al. (2002). Each model's time series was centered around its 1980 to 1999 average and normalized (rescaled) by its standard deviation computed (after de-trending) over the period 1960 to 2099. The models were then aggregated into an ensemble average, both at the global and at the grid-box level. Thus, changes are given in units of standard deviations.

**Figure 3-6.  Predicted Global Changes in Extreme Temperatures**

BLM_0152400

## 3.1.4.    Predicted Oceanic Changes

Modeled ocean temperature increases are greatest near the ocean's surface.  Predicted warming increases are relatively large in the Arctic and along the equator in the eastern pacific.  Less warming is predicted in the North Atlantic and the Southern Oceans (IPCC 2007b).

Sea level is predicted to rise due to thermal expansion of the water and also to dynamic balancing relating to the ocean's density and its circulation.  In addition, predicted melting of glaciers, ice caps, and ice sheets would contribute water to the oceans.  Figure 3-7 provides predictions based on six SRES scenarios.  The grey bars show the range of the sum of the multiple components of sea level rise predicted for 2090–2099 compared to 1980–1999.  Scenario A1F1 is predicted to have the greatest sea level increase of approximately 0.41 m.



Source:  Figure 10-33 from *Climate Change 2007: The Physical Science Basis* (IPCC 2007b).

Projections and uncertainties (5 to 95% ranges) of global average sea level rise and its components in 2090 to 2099 (relative to 1980 to 1999) for the six SRES marker scenarios. The projected sea level rise assumes that the part of the present-day ice sheet mass imbalance that is due to recent ice flow acceleration will persist unchanged. It does not include the contribution shown from scaled-up ice sheet discharge, which is an alternative possibility. It is also possible that the present imbalance might be transient, in which case the projected sea level rise is reduced by 0.02 m. It must be emphasized that we cannot assess the likelihood of any of these three alternatives, which are presented as illustrative. The state of understanding prevents a best estimate from being made.

**Figure 3-7.  Predicted Global Sea Level Changes for Six Prediction Scenarios**

Global modeling indicates that the ocean will continue to acidify due to increased $CO_2$ concentrations in the atmosphere.  As $CO_2$ enters ocean water, it lowers the pH of the water.  Surface ocean pH is already 0.1 unit lower than pre-industrial values, and pH is projected to decrease by another 0.3 to 0.4 units by 2100 based on one modeling scenario.  Carbonate ion

BLM_0152401

*Climate Change Supplementary Information Report*

concentrations would also decrease and when water is under saturated with calcium carbonate, marine organisms would not be able to form calcium carbonate shells (IPCC 2007b).

## 3.1.5.    Predicted Precipitation Changes

Climate change effects on the water cycle are complex and would vary by region and in their timing.  Figure 3-8 summarizes expected changes in the water cycle for the U.S. Interior West and for the Northeast and coastal regions.  Although global warming is predicted to cause increased average annual global precipitation, it could also simultaneously increase drought conditions, particularly in the summer, and also increase the intensity of storms and the frequency of floods.  In areas where snowpack plays a major role in water supply, runoff timing is expected to shift earlier in the spring and water flows would be lower in late summer. Consequently, climate change would place additional burdens on stressed water systems.  The past century will no longer be a reasonable guide to the future for water management purposes (USGCRP 2009).



Source:  *Global Climate Change Impacts in the United States (USGCRP 2009).*

**Figure 3-8.  U.S. Regional Projected Changes in the Water Cycle**

### 3.1.5.1.    Overall Increased Precipitation

Predicting precipitation with global models has less consistency than predicting temperature changes.  However, increases in precipitation at high latitudes are consistent across many models.  Figure 3-9 illustrates model predictions for the period 2080–2099 relative to 1980–1999 and addresses (a) annual mean precipitation, (b) soil moisture, (c) runoff, and (d) evaporation.

BLM_0152402

*Climate Change Supplementary Information Report*

Overall, modeled precipitation over land increases by approximately 5 percent, while modeled precipitation over the oceans increases by an average of 4 percent. However, larger increases of more than 20 percent are predicted to occur at most high latitudes, in the equatorial Pacific Ocean, and in some other areas. Substantial decreases are expected to occur in the Mediterranean and Caribbean regions and the subtropical western coasts of each continent (IPCC 2007b).

On land, runoff (excluding runoff from ice sheet melting) and evaporation tend to balance precipitation. As shown in the figure, areas with greater modeled positive changes in runoff and evaporation are spatially similar to areas with increased modeled precipitation.

Soil moisture in the upper few meters of the land surface are also simulated by the models, though with somewhat less accuracy than precipitation. As expected, decreases in soil moisture are predicted for areas with decreased precipitation. In addition, decreases in soil moisture are predicted to occur at high latitudes where snow cover is predicted to decrease.



Source: Figure 10-12 from *Climate Change 2007: The Physical Science Basis* (IPCC 2007b).

Multi-model mean changes in (a) precipitation (mm day$^{-1}$), (b) soil moisture content (%), (c) runoff (mm day$^{-1}$) and (d) evaporation (mm day$^{-1}$). To indicate consistency in the sign of change, regions are stippled where at least 80% of models agree on the sign of the mean change. Changes are annual means for the SRES A1B scenario for the period 2080 to 2099 relative to 1980 to 1999. Soil moisture and runoff changes are shown at land points with valid data from at least 10 models.

**Figure 3-9. Predicted Global Water Cycle Changes for 2080-2099**

BLM_0152403