**Climate Change Supplementary Information Report**

Figure 3-10 provides a closer look at precipitation predictions for the United States during each of the four seasons, based on a high emission (A2) scenario. The maps were compiled based on the results of 15 climate models. Percentage changes in precipitation for the years 2080–2099 are compared to the recent past. Precipitation increases are predicted to occur consistently in the northern U.S. in winter and spring, with predicted increases in Montana, North Dakota, and South Dakota of up to 25 percent in some areas of these states in winter and spring. However, the states are predicted to experience precipitation decreases of up to 5 percent during summer and fall (with even greater precipitation reductions in western Montana during the summer).



Source: *Global Climate Change Impacts in the United States (USGCRP 2009).*

**Figure 3-10.  Projected Change in North American Precipitation by 2080-2099**

BLM_0152404

Based on modeling results, precipitation extremes are expected to increase in many areas of the globe.  On the left side of Figure 3-11, three modeled scenarios are compared based on standard deviation.  Spatial occurrences are shown on the right for the A1B scenario.  Within the United States, precipitation intensity is expected to increase in the Northeast and in Alaska, while the number of dry days are expected to increase throughout the nation.



Source:  Figure 10-18 from *Climate Change 2007: The Physical Science Basis* (IPCC 2007b).

Changes in extremes based on multi-model simulations from nine global coupled climate models, adapted from Tebaldi et al. (2006). (a) Globally averaged changes in precipitation intensity (defined as the annual total precipitation divided by the number of wet days) for a low (SRES B1), middle (SRES A1B) and high (SRES A2) scenario. (b) Changes in spatial patterns of simulated precipitation intensity between two 20-year means (2080–2099 minus 1980–1999) for the A1B scenario. (c) Globally averaged changes in dry days (defined as the annual maximum number of consecutive dry days). (d) Changes in spatial patterns of simulated dry days between two 20-year means (2080–2099 minus 1980–1999) for the A1B scenario. Solid lines in (a) and (c) are the 10-year smoothed multi-model ensemble means; the envelope indicates the ensemble mean standard deviation. Stippling in (b) and (d) denotes areas where at least five of the nine models concur in determining that the change is statistically significant. Extreme indices are calculated only over land following Frich et al. (2002). Each model's time series was centered on its 1980 to 1999 average and normalized (rescaled) by its standard deviation computed (after de-trending) over the period 1960 to 2099. The models were then aggregated into an ensemble average, both at the global and at the grid-box level. Thus, changes are given in units of standard deviations.

**Figure 3-11.  Predicted Changes in Global Precipitation Intensity**

Predicted changes in median runoff for 2041–2060, relative to a 1901–1970 reference period, are mapped in Figure 3-12 by water-resource region.  The predictions are based on an emission scenario in between the lower and higher emissions scenarios described earlier.  Hatched areas indicate greater confidence due to strong agreement among model projections, while white areas

BLM_0152405

*Climate Change Supplementary Information Report*

indicate divergence among model projections. For most of Montana and the Dakotas, predicted annual runoff is expected to decrease between 2 to 5 percent.



Source: *Global Climate Change Impacts in the United States (USGCRP 2009).*

**Figure 3-12.  Projected Changes in Annual Runoff**

## 3.1.6.    Potential Climate Change Thresholds

The IPCC states: "Theories, models and paleoclimate reconstructions (see Chapter 6 [IPCC 2007b]) have established the fact that changes in the climate system can be abrupt and widespread. A working definition of 'abrupt climate change' is given in Alley et al. (2002): 'Technically, an abrupt climate change occurs when the climate system is forced to cross some threshold, triggering a transition to a new state at a rate determined by the climate system itself and faster than the cause.' [IPCC 2007b]" A number of potential climate change thresholds have been postulated. These thresholds are sometimes referred to as "tipping points." If one of the thresholds is crossed, climate change could potentially shift to a different equilibrium, or stable state. If an abrupt climate change were to occur, the change could be irreversible or it could be reversible over hundreds or thousands of years.

On July 16, 2010, the National Research Council (NRC) issued a prepublication copy of *Climate Stabilization Targets: Emissions, Concentrations, and Impacts over Decades to Millennia* (NRC 2010), which describes current science addressing potential climate change thresholds and the Earth's sensitivity to climate feedback systems.

Examples of thresholds that could potentially cause abrupt climate change include the following.

- Complete deglaciation of the Greenland and Antarctica ice sheets (NRC 2010)
- Cessation of the Atlantic Meridional Overturning Circulation (MOC) (IPCC 2007b)
- Exceptionally large biogeochemical emissions of carbon due to methane releases from permafrost and/or from under the sea floor (NRC 2010)

BLM_0152406

With regard to the first example, melting of the Greenland icecap could be irreversible, even if $CO_2$ emissions and concentrations were reduced. The Greenland icecap might not recover even if $CO_2$ concentrations were restored to pre-industrial levels (NRC 2010).

Specific atmospheric $CO_2$ concentrations have been postulated as thresholds beyond which abrupt climate change would occur. For example, a target $CO_2$ concentration of 350 ppm (less than the current 385 ppm concentration) has been identified as the level needed to avoid abrupt climate change (Hansen 2008). However, the NRC report suggests that peak $CO_2$ concentrations could exceed 350 ppm for hundreds of years "without incurring a risk of triggering the long-term feedbacks, so long as it subsides to 350 ppm or less over a few thousand years." (NRC 2010). Furthermore, the NRC asserts that global temperature rather than $CO_2$ concentration would be a better indicator to use when assessing potential future climate impacts.

Additional modeling and research is needed to identify climate change thresholds associated with abrupt climate change, the associated risks of any predicted abrupt climate change, and mitigation strategies.

## 3.2. Predicted Climate Change Effects

The following description of climate change effects focuses on three major areas of concern to Montana and the Dakotas: agriculture, ecosystems, and human health. Links are drawn between climate characteristics and their effects on food supply, plants and wildlife, and human health.

### 3.2.1. Agriculture

Agriculture contributes to global warming and agricultural productivity will likely be affected by global warming. Globally, agriculture contributes approximately 13.5 percent of all anthropogenic GHG emissions. In the United States, agriculture contributes approximately 8.6 percent of the nation's GHGs, including 80 percent of $N_2O$ emissions and 31 percent of methane emissions (USGCRP 2009).

Predicted changes in atmosphere $CO_2$ concentrations, temperature, and precipitation are expected to have noticeable impacts on agriculture. Up to a certain extent, increased $CO_2$ concentrations and warmer temperatures increase plant growth. Optimal temperature ranges, both during the day and during the night, depend on specific crops. Excessively high temperatures for a given crop can reduce plant yields, prevent seed production, and increase crop water demands due to water transpiration need to keep plants cool.

Livestock also are sensitive to heat and are expected to experience greater adverse reactions to summer heat than to reap rewards from milder winters. Greater humidity will also stress animals and may reduce animals' ability to produce milk, gain weight, and reproduce. Swine, beef, and milk production are expected to decline. Agricultural operations with confined feeding facilities will likely incur more costs keeping animals cool during the summer.

Winter temperature trends also play a role in agricultural plant viability, particularly for some fruits that require long winter chilling periods. However, winter temperatures have been increasing, particularly in eastern Montana and in the Dakotas. Over a recent 32-year period,

BLM_0152407

observed winter temperatures in these states increased up to 7°F, as shown in Figure 3-13. Although this increase would seem to reduce the likelihood of frost damage to plants, mild winters and warm early springs can induce early plant growth and blooming, which can expose the young plants to late-season frosts.



Source: *Global Climate Change Impacts in the United States (USGCRP 2009).*

**Figure 3-13.  U.S. Winter Temperature Trends, 1975 to 2007**

Additional potential climate change impacts on agriculture include the following (USGCRP 2009).

- Weeds, diseases, and insect pests benefit from warming, and weeds also benefit from a higher $CO_2$ concentration; increasing weed and pest populations increase stress on crop plants and requires more attention to weed control.

- Extreme events such as heavy downpours and droughts are likely to reduce crop yields because excesses or deficits of water have negative impacts on plant growth.

- Plants sensitive to ozone may have lower crop yields if increased temperature cause an increase in ozone concentrations.

- Forage quality in pastures and rangelands generally declines with increasing $CO_2$ concentration because of the effects on plant nitrogen and protein content, thereby reducing the land's ability to supply adequate livestock feed.

### 3.2.2.   Ecosystems

Ecosystems have developed over millennia and comprise a complex web of interactions between land, vegetation, and animals.  Anthropogenic climate change may break multiple ecosystem links because climate change may occur too rapidly for species adaptation.  One adaptive strategy for many living organisms is to migrate into new regions in order to remain within a relatively constant environment.  Large-scale shifts have already occurred in the ranges of

BLM_0152408

species and the timing of the seasons and animal migration, and these shifts are very likely to continue (USGCRP 2009). Climate changes include warming temperatures throughout the year and the arrival of spring an average of 10 days to 2 weeks earlier through much of the United States compared to 20 years ago. Multiple bird species now migrate north earlier in the year. Examples of adaptive shifts to increased temperatures include the following.

- Migration of vegetation, insects, and animals to more northerly regions
- Migration of some plants to higher elevations

However, species may not be able to successfully migrate due to the breakup of existing ecosystems. As warming drives changes in timing and geographic ranges for various species, entire communities of species may not shift intact. Instead, the range and timing of each species is likely to shift in response to its sensitivity to climate change, its mobility, its lifespan, and the availability of its needs (such as soil, moisture, food, and shelter). In addition, migratory paths must be available. Examples of migratory paths include northward rivers for fish and unblocked routes for other wildlife (USGCRP 2009).

The IPCC estimated that if warming of 3.5 to 5.5°F occurs, 20 to 30 percent of species that have been studied would be in climate zones that are far outside of their current ranges and would therefore likely to be at risk of extinction.

Fires, insect pests, disease pathogens, and invasive weed species have increased, and these trends are likely to continue (USGCRP 2009). Changes in the timing of precipitation and earlier runoff increase fire risks. Within the United States, Alaska has been particularly affected. June air temperatures have been linked to an approximate 38 percent increase in annual burn areas from 1950 to 2003 (USGCRP 2009).

Insect pests and the amount of damage that they inflict have also been on the rise. The combination of higher temperatures and dry conditions have increased pest populations such as pine beetles, which have killed trees on millions of acres in Canada, Colorado, and Alaska. Warmer winters allow the beetles to survive the cold season, which would normally limit populations. At the same time, drought weakens the trees, making them more susceptible to insect attack.

Oceans and the Arctic are also extremely susceptible to anthropogenic global warming. As mentioned earlier, increased atmospheric $CO_2$ concentrations is predicted to acidify oceans and limit marine animal calcium carbonate shell building. Coral reefs are dying or are being severely damaged due to increased water temperatures and other environmental factors.

With regard to the Arctic, sea ice ecosystems are being adversely affected by the loss of summer sea ice and further changes are expected (USGCRP 2009). Ecosystems that are dependent on Arctic sea ice are especially vulnerable because the ice is vanishing rapidly and is expected to disappear during summertime before the end of this century (USGCRP 2009). Algae that bloom on the underside of the ice form the base of a food web linking microscopic animals and fish to seals, whales, polar bears, and people. Approximately two-thirds of the world's polar bears are projected to be gone by the middle of this century and no wild polar bears are predicted to survive in Alaska in 75 years (USGCRP 2009).

BLM_0152409

### 3.2.3.  Human Health

Human health can be affected due to anthropogenic climate change through direct climate changes (such as heat waves) or through indirect effects (such as increased disease risks) that become more prevalent due to climate change.

Mortality can occur during intense storms or heat waves, which are predicted to occur with increasing frequency.  For example, temperatures in the Great Plains (and elsewhere) are projected to increase significantly by the end of this century.  Depending on whether a lower emission or higher emission scenario is modeled, summer temperatures are predicted to rise by as much as 7°F or 10°F or more, respectively, in Montana and/or portions of the Dakotas, as shown in Figure 3-14.



Source:  *Global Climate Change Impacts in the United States (USGCRP 2009).*

**Figure 3-14.  Projected U.S. Summer Temperature Change by 2080-2099**

As the mean surface temperature rises, more heat waves are predicted to occur.  As shown in Figure 3-15, the number of days in which the temperature exceeds 100°F by the late 21st century, compared to the 1960s and 1970s, is projected to increase strongly across the United States, with the greatest number of occurrences in the southwestern U.S.  Under the higher emission scenario, between 45 to 60 days per year with temperatures greater than 100°F are predicted for parts of Montana and the Dakotas.  Heat waves are particularly dangerous for older adults.  Projections for Chicago suggest that the average number of deaths due to heat waves would more than double by 2050 under a lower emission scenario and more than quadruple under a high emission scenario (USGCRP 2009).  By the 2090s, heat wave related deaths could increase by a factor of 5 to 7 compared to a 1990s baseline of approximately 165 deaths (USGCRP 2009).

BLM_0152410



Source: *Global Climate Change Impacts in the United States (USGCRP 2009).*

**Figure 3-15.  Predicted Number of U.S. Days Over 100°F**

The expected increased risk of heat-related deaths would be somewhat offset by a decrease in deaths related to extreme cold.  However, cold snaps have historically been shown to increase death rates by 1.6 percent, while heat waves triggered a 5.7 percent increase in death rates (USGCRP 2009).

Warming also is predicted to prompt adverse changes in air quality, particularly with regard to ground-level ozone.  Ozone formation occurs more frequently when ambient temperatures are

BLM_0152411

*Climate Change Supplementary Information Report*

high.  Figure 3-16 illustrates predicted ozone concentration changes in the United States for lower and higher emission scenarios, based on averages for June through August.  Ozone concentration changes, in parts per billion (ppb), compare predicted levels in the 2090s to concentrations in 1996–2000.  Ozone is highly dependent on ratios of pollutant precursors (VOCs and $NO_x$) and other factors (such as stagnation and inversions).  Ozone decreases are predicted through much of the United States based on the lower emission scenario, although major metropolitan areas, including Los Angeles, Houston, and Chicago are predicted to have slight increases.  Under the higher emission scenario, ozone increases are predicted for most of the United States, with extremely high concentrations predicted in the middle latitudes of the nation.

Ozone causes short-term decreases in lung function and damages the cells lining the lungs.  It is particularly dangerous to people with asthma and leads to increased hospitalization rates and deaths.  High ozone episodes also reduce people's ability to exercise outdoors, since high physical exertion increases lung damage due to ozone exposure.



Source:  *Global Climate Change Impacts in the United States (USGCRP 2009).*

**Figure 3-16.  Projected Change in U.S. Ground-Level Ozone, 2090s**

The existence of high urban $CO_2$ concentrations (sometimes referred to as "$CO_2$ domes") has been documented in multiple studies and is potentially linked to human health effects and possible morbidity.  $CO_2$ concentration increases of 67 percent greater than the surrounding rural area were measured in Phoenix, Arizona, with nearly 80 percent of the $CO_2$ concentration increase attributed to vehicle exhaust (CSCDGC 2010).  Some modeling studies indicate that high urban $CO_2$ concentrations can cause localized temperature increases.  However, temperature increases due to the heat island effect resulting from the large thermal mass of urban areas are greater than local temperature increases attributed to high local concentrations of $CO_2$.  A Phoenix study found that "warming induced by the urban $CO_2$ dome of Phoenix is possibly two orders of magnitude smaller than that produced by other sources of the city's urban heat island (CSCDGC 2010)."

BLM_0152412

Local $CO_2$ emission modeling results from a California study have shown an increase in ozone and particulate matter concentrations, which could affect the health of urban residents. The study suggested that reducing local $CO_2$ concentrations could avoid 300–1,000 premature air pollution mortalities in the United States (Jacobson 2010).

Pollen is another airborne hazard linked to global warming. Rising temperature and increased $CO_2$ concentration would increase pollen production and prolong the pollen season in a number of plants with highly allergenic pollen (USGCRP 2009). Figure 3-17 shows predicted pollen production increases for ragweed on a grams-per-plant basis.



Source: *Global Climate Change Impacts in the United States (USGCRP 2009)*.

**Figure 3-17.  U.S. Pollen Counts Rise with Increasing $CO_2$**

Hot, dry weather, which is predicted to occur more frequently throughout the United States, is directly related to wildfires. In the western U.S., wildfires have already nearly quadrupled. In addition to potential risks of death, fires also degrade air quality and increase respiratory illnesses.

Storms, especially heavy precipitation events, are directly hazardous due to flooding. These events also have longer implications after the initial emergency. Heavy rains increase cases of waterborne illnesses due to public drinking water contamination and contamination of recreational waters. This contamination can occur due to flooding of public drinking water and wastewater treatment plants, sewer overflows, and release of livestock waste into food crop fields.

Increased disease also results from increased temperatures, due to an increased risk of food poisoning and increased risks of insect-borne illness via mosquitoes (West Nile Virus) and ticks

BLM_0152413

(Rocky Mountain Spotted Fever). Diseases that have historically been limited to more southern regions of the nation or in other countries may migrate north.

## 3.3. Predicted Climate Change Effects on Montana, North Dakota, and South Dakota

Although this report does not reference any modeling results that are specific to an individual state, predictions of climate change effects can be identified for Montana, North Dakota, and South Dakota based on results from global and regional models. When regional climate change is examined, North and South Dakota and the eastern portion of Montana are often characterized as the northern portion of the Great Plains, while western Montana is characterized as part of the Northwest.

A summary of potential climate changes and effects is provided below for each state. The first portion of each summary provides brief descriptions of predicted climate change impacts that have been previously discussed. Then examples of additional state-specific issues are provided.

### 3.3.1. Montana

As mentioned earlier, Montana straddles two regions of the United States due to the large differences between the mountainous western portion of the state and the plains to the east. Predicted climate change impacts are summarized below.

- **Temperature** — Under the higher emission scenario (SRES A2), Montana temperatures are predicted to increase 4–5°F by the mid-21st century and by 8–9°F by the end of the century over most of the state. Under the lower emission scenario (SRES B1), temperatures are predicted to increase 3–4°F by the mid-21st century and by 5–6°F by the end of the century over most of the state. Slightly lower temperature increases are predicted for the extreme northwest corner of the state (west of Glacier National Park) for all modeled scenarios except the mid-century, lower emission scenario (see Figure 3-5).

- **Precipitation** — For the years 2080–2099 compared to recent years, Montana precipitation is predicted to increase by 15–20 percent in the winter, increase by 10–25 percent in the spring, decrease by 0–20 percent in the summer, and increase or decrease in the fall. Summer precipitation decreases are predicted to be more pronounced in the western portion of the state. In the fall, the western portion of the state would see little change while the northwestern portion of the state would experience precipitation increases of 5–10 percent (see Figure 3-10).

- **Annual runoff**:
  - **Median runoff** — Predicted median runoff for 2041–2060 compared to 1901–1970 is expected to decrease by 2–5 percent in most of the state; however, runoff changes in the northwestern part of the state may remain stable (see Figure 3-12).
  - **Mountain snowpack** — The IPCC projected with "high confidence" that "water supplies stored in mountain snowpacks will decline around the world, reducing water availability in regions supplied by meltwater." (IPCC 2007b)

BLM_0152414

- **Glaciers** — In 2003, U.S. Geological Survey (USGS) researchers predicted that all glaciers in Glacier National Park could be completely melted by 2030. This prediction was updated in 2007 when a USGS researcher stated that the glaciers were melting faster than expected. The Grinnell Glacier lost approximately 9 percent of its acreage between 2005 and 2007 (RMCO 2008).

- **Agriculture** — Up to an approximate 2°C temperature increase, crop yields may increase in northern latitudes, including Montana (NRC 2010).

- **Ecosystems**:
  - **Wetlands** — Changes to Montana wetlands located across much of the northern part of the state are predicted to remain relatively stable, although a small portion of moderate wetland habitat near Cutbank, MT is predicted to degrade to less favorable conditions. (See the map and discussion within Section 3.3.1.1.)
  - **Fish** — Increased temperatures would raise water temperatures in lakes, reservoirs, rivers, and streams. Fish populations are expected to decline due to warmer waters, which could lead to closure of fishing waters, as has occurred during recent years (RMCO 2008).
  - **Fire** — The modeled risk of wildfire is expected to increase throughout the state, as described in Section 3.3.1.2.

- **Human health**:
  - **Ozone** — Predicted future ozone concentrations during the 2090s could increase or decrease depending on the level of GHG emissions (see Figure 3-16).
  - **Heat waves** — In the late 21st century, the number of days per year with temperatures above 100°F are predicted to be between 10 and 45, depending on the level of emissions, with the largest increase in the number of 100+ days occurring in the eastern portion of the state (see Figure 3-15).

- **Wind power production** — Wind power production efficiency is predicted to decline in Montana based on modeling focused on the Great Falls area. (See the discussion below.)

### 3.3.1.1.   *Wind Power Generation*

As a renewable energy source, power produced by wind turbines can decrease GHG emissions from the electricity generation sector. Wind farms are operating or planned in many states, including Montana. A recent modeling study focused on five northwestern states indicates that climate change could reduce wind turbine productivity throughout the region.

The modeling study used general circulation models (GCMs) that were statistically downscaled to better predict local winds. Direct wind statistics output from several GCMs were determined to be of poor quality when compared to airport weather station data. Downscaling modeling was then attempted using six GCM output variables including: zonal, meridional, and total wind speeds, maximum and minimum air temperatures, and sea level pressure. Downscaled modeled wind data outputs were much closer to observed data. After determining that the downscaled modeling performed well, two SRES future year emission inventories (A1B and A2, see Section 3.1.2) were modeled with four GCMs (GISS, MPI, GFDL, and MRI).

BLM_0152415

Figure 3-18 shows the changes in monthly wind power generation predicted for the Great Falls, Montana area based on the SRES A1B emission scenario. The percentage change compares estimated winds during 2050 to present observed winds. Predicted wind power changes vary among models in winter and early spring months, with most models predicting slight decreases while one model predicts slight increases in wind power. In contrast, all five models predict wind power reductions in May through September and four of the five models predict summer wind power reductions of 30 percent or more in these months.



Source: Adapted from Figure 7 from "Climate Change Implications for Wind Power Resources in the Northwest United States" (Sailor 2008).

**Figure 3-18.  Predicted Changes in Monthly Wind Power in Great Falls, Montana**

### 3.3.1.2.   Wildfire Risk

Wildfire risk is predicted to increase due to a combination of climate change effects on temperature, precipitation, and wind. Together, these climate characteristics affect fuel availability and fuel moisture content. One study modeled the change in median annual average area burned in the western United States that would occur due to a 1°C global average temperature increase above the median annual area burned during 1950–2003. The predicted increases are shown for 14 western ecoprovinces in Figure 3-19. In Montana, the increase in median annual area burned is predicted to be an increase of 241 percent to 515 percent, with the largest modeled increase occurring in the southwest portion of the state.

BLM_0152416



Source:  Figure 5.8 from *Climate Stabilization Targets: Emissions, Concentrations, and Impacts over Decades to Millennia* (NRC 2010, unpublished).

**Figure 3-19.  Predicted Changes in Wildfire Area Burned in the Western United States**

### 3.3.2.    North Dakota

Based on many climate studies, North Dakota is expected to experience many changes associated with climate change.  Some of the predicted changes are summarized below.

- **Temperature** — Under the higher emission scenario (SRES A2), North Dakota temperatures  are predicted to increase 4–5°F by the mid-21[st] century and by 8–10°F by the end of the century over most of the state.  Under the lower emission scenario (SRES B1), temperatures are predicted to increase 3–5°F by the mid-21[st] century and by 5–6°F

BLM_0152417

by the end of the century.  Slightly higher temperature increases are predicted for the eastern edge of the state for some modeled scenarios (see Figure 3-5).

- **Precipitation** — For the years 2080–2099 compared to recent years, North Dakota precipitation is predicted to increase by 15–20 percent in the winter, increase by 20–30 percent in the spring, decrease slightly in the summer, and remain relatively unchanged in the fall (see Figure 3-10).

- **Annual median runoff** — Predicted median runoff for 2041–2060 compared to 1901–1970 is expected to decrease by 2–5 percent in the western portion of the state, while runoff changes in the northeastern part of the state would increase by 5–10 percent (see Figure 3-12).

- **Agriculture** — Up to an approximate 2°C temperature increase, crop yields may increase in northern latitudes, including North Dakota (NRC 2010).

- **Ecosystems**:
  - **Wetlands** —North Dakota's wetlands are predicted to decline in quality (see the map and discussion within Section 3.3.1.1.)
  - **Fire** — The modeled change in area burned due to a 1°C increase in global temperature is expected to increase by 393 percent in the western portion of the state (see Figure 3-19).  Note that the cited study and the map do not include the eastern portion of North Dakota.

- **Human health**:
  - **Ozone** — Predicted future ozone concentrations during the 2090s could increase or decrease depending on the level of GHG emissions (see Figure 3-16).
  - **Heat waves** — In the late 21st century, the number of days per year with temperatures above 100°F is predicted to be between 10 and 45, depending on the level of emissions, with the largest increase in the number of 100+ days occurring in the southern portion of North Dakota (see Figure 3-15).

### 3.3.2.1.   *Wetland Drying*

As shown in Figure 3-20, more than half of North Dakota contains wetlands known as the Prairie Pothole Region (PPR) of the northern United States.  The region also extends south through most of the eastern half of South Dakota and across most of the northern portion of Montana.

BLM_0152418



Source:  Figure 1 of "Prairie Wetland Complexes as Landscape Functional Units
in a Changing Climate" (Johnson 2010).

**Figure 3-20.  Prairie Pothole Region of Northern U.S. and
Canada**

These freshwater wetlands are predicted to be vulnerable to climate change due to their shallow
depths and rapid evaporation rates (Johnson 2010).  Historically, PPR wetlands dry up seasonally
during most years.  Recent simulation of potential climate changes using the WETLANDSCAPE
model indicate that the PPR will continue a recently recognized pattern of becoming drier in the
western portion of the PPR and wetter in the eastern portion.

Biological productivity of the PPR is greatest when the vegetation cover cycle is robust.  The
wetland cover cycle includes four stages:  (1) a dry stage with dense emergent cover and little or
no standing water; (2) a regenerating stage with germination, reflooding, and vegetative
propagation; (3) a degenerating stage when emergency plants start to decline; and (4) the lake
stage with high water (Johnson 2010).  If wetlands do not cycle between these stages, they
become less productive for bird populations.  As part of the PPR modeling effort, a cover-cycle
index (CCI) was developed to represent wetland productivity.  Figure 3-21 illustrates historic
(top left) and predicted future changes to the CCI.  Large swaths of North and South Dakota have
historically had high CCIs, indicating high wetland productivity.  The following tree future
climate warming scenarios were modeled.

- Temperature increase of 2°C (top, right)
- Temperature increase of 4°C (bottom, left)
- Temperature increase of 4°C and a precipitation increase of 10 percent (bottom, right)

BLM_0152419

*Climate Change Supplementary Information Report*

As shown in Figure 3-21, the CCI is predicted to decrease throughout much of North Dakota in all three modeled scenarios. The predicted geographic shifts and shrinkage of the most productive wetland areas suggest that waterfowl populations may decrease. According to another study referenced by the PPR modeling report, survival of mallard ducklings in North Dakota was 7.6 times lower when fewer seasonal wetlands were available during drought than when water was abundant in the same wetland areas during subsequent years (Johnson 2010).



Source: Figure 8 of "Prairie Wetland Complexes as Landscape Functional Units in a Changing Climate" (Johnson 2010).

**Figure 3-21.   Cover-Cycle Index Changes in Prairie Pothole Region of Northern U.S. and Canada**

### 3.3.3.   South Dakota

Based on multiple climate studies, South Dakota is expected to experience many changes associated with climate change. Some of the predicted changes are summarized below.

- **Temperature** — Under the higher emission scenario (SRES A2), South Dakota temperatures are predicted to increase 4–5°F by the mid-21st century and by 8–10°F by the end of the century over most of the state. Under the lower emission scenario (SRES

BLM_0152420

B1), temperatures are predicted to increase 3–5°F by the mid-21st century and by 5–6°F by the end of the century.  Slightly higher temperature increases are predicted for the eastern edge of the state for some modeled scenarios (see Figure 3-5).

- **Precipitation** — For the years 2080–2099 compared to recent years, South Dakota precipitation is predicted to increase by 15–25 percent in the winter, increase by 10–20 percent in the spring, decrease by 0–10 percent in the summer, and remain relatively unchanged in the fall (see Figure 3-10).

- **Annual median runoff** — Predicted median runoff for 2041–2060 compared to 1901–1970 is expected to decrease by 2–5 percent throughout South Dakota (see Figure 3-12).

- **Agriculture** — Up to an approximate 2°C temperature increase, crop yields may increase in northern latitudes, including South Dakota (NRC 2010).

- **Ecosystems:**
    - **Wetlands** —South Dakota's wetland extent and quality is predicted to remain fairly stable if temperature increases are limited to approximately 2°C or if a temperature increase of up to 4°C were accompanied by a 10 percent increase in precipitation (see Figure 3-21).  However, a temperature increase of approximately 4°C without a significant precipitation increase is predicted to cause wetland degradation.

    - **Fire** — The modeled change in area burned due to a 1°C increase in global temperature is expected to increase by 393 percent in the western portion of the state (see Figure 3-19).  Note that the cited study and the map do not include the eastern portion of South Dakota.

- **Human health:**
    - **Ozone** — Predicted future ozone concentrations during the 2090s could increase or decrease depending on the level of GHG emissions (see Figure 3-16).

    - **Heat waves** — In the late 21st century, the number of days per year with temperatures above 100°F is predicted to be between 30 and 60, depending on the level of emissions, with the largest increase in the number of 100+ days occurring in the southern portion of South Dakota (see Figure 3-15).

## 3.4.  Key Climate Change Predictions

Key additional climate change projections from the IPCC are quoted below (IPCC 2007b).

- Equilibrium and Transient Climate Sensitivity
    - Equilibrium climate sensitivity is likely to be in the range 2°C to 4.5°C with a most likely value of about 3°C, based upon multiple observational and modeling constraints.  It is very unlikely to be less than 1.5°C.

    - The transient climate response is better constrained than the equilibrium climate sensitivity.  It is very likely larger than 1°C and very unlikely greater than 3°C.

    - There is a good understanding of the origin of differences in equilibrium climate sensitivity found in different models.  Cloud feedbacks are the primary source of intermodal differences in equilibrium climate sensitivity, with low cloud being the largest contributor.

*Climate Change Supplementary Information Report*

- Global Projections
  - Even if concentrations of RF agents were to be stabilized, further committed warming and related climate changes would be expected to occur, largely because of time lags associated with processes in the oceans.
  - Near-term warming projections are little affected by different scenario assumptions or different model sensitivities, and are consistent with that observed for the past few decades. The multi-model mean warming, averaged over 2011 to 2030 relative to 1980 to 1999 for all AOGCMs considered here, lies in a narrow range of 0.64°C to 0.69°C for the three different SRES emission scenarios B1, A1B, and A2.
  - Geographic patterns of projected warming show the greatest temperature increases at high northern latitudes and over land, with less warming over the southern oceans and North Atlantic.
  - Changes in precipitation show robust large-scale patterns: precipitation generally increases in the tropical precipitation maxima, decreases in the subtropics, and increases at high latitudes as a consequence of a general intensification of the global hydrological cycle.
  - As the climate warms, snow cover and sea ice extent decrease; glaciers and ice caps lose mass and contribute to sea level rise. Sea ice extent decreases in the 21st century in both the Arctic and Antarctic. Snow cover reduction is accelerated in the Arctic by positive feedbacks and widespread increases in thaw depth occur over much of the permafrost regions.
  - Based on current simulations, it is very likely that the Atlantic Ocean MOC will slow down by 2100. However, it is very unlikely that the MOC will undergo a large abrupt transition during the course of the 21st century.
  - Heat waves become more frequent and longer lasting in a future warmer climate. Decreases in frost days are projected to occur almost everywhere in the mid- and high latitudes, with an increase in growing season length. There is a tendency for summer drying of the mid-continental areas during summer, indicating a greater risk of droughts in those regions.
  - Future warming would tend to reduce the capacity of the Earth system (land and ocean) to absorb anthropogenic $CO_2$. As a result, an increasingly large fraction of anthropogenic $CO_2$ would stay in the atmosphere under a warmer climate. This feedback requires reductions in the cumulative emissions consistent with stabilization at a given atmospheric $CO_2$ level compared to the hypothetical case of no such feedback. The higher the stabilization scenario, the larger the amount of climate change and the larger the required reductions.
- Sea Level
  - Sea level will continue to rise in the 21st century because of thermal expansion and loss of land ice. Sea level rise was not geographically uniform in the past and will not be in the future.
  - Projected warming due to emission of greenhouse gases during the 21st century will continue to contribute to sea level rise for many centuries.

BLM_0152422

- o Sea level rise due to thermal expansion and loss of mass from ice sheets would continue for centuries or millennia even if RF were to be stabilized.
- Regional Projections
  - o Temperatures averaged over all habitable continents and over many sub-continental land regions will very likely rise at greater than the global average rate in the next 50 years and by an amount substantially in excess of natural variability.
  - o Precipitation is likely to increase in most subpolar and polar regions.  The increase is considered especially robust, and very likely to occur, in annual precipitation in most of northern Europe, Canada, the northeast United States, and the Arctic, and in winter precipitation in northern Asia and the Tibetan Plateau.
  - o Precipitation is likely to decrease in many subtropical regions, especially at the poleward margins of the subtropics.  The decrease is considered especially robust, and very likely to occur, in annual precipitation in European and African regions bordering the Mediterranean and in winter rainfall in south-western Australia.
  - o Extremes of daily precipitation are likely to increase in many regions.  The increase is considered as very likely in northern Europe, south Asia, East Asia, Australia and New Zealand – this list in part reflecting uneven geographic coverage in existing published research.

BLM_0152423

**Climate Change Supplementary Information Report**

*[This page intentionally left blank.]*

BLM_0152424

# 4.0   OIL AND GAS REASONABLY FORESEEABLE DEVELOPMENT SCENARIOS

This chapter includes RFD scenario summaries for the following BLM FO planning areas.

- Billings
- Butte
- Dillon
- Hi-Line Planning Area (includes Malta, Glasgow, and Havre FOs)
- Lewistown
- Miles City
- North Dakota
- South Dakota

## *4.1.   Billings Drilling Activity Forecast (20-Year Forecast)*

The Billings FO drilling activity forecast covers a 20-year time frame and is based on information contained in the *Reasonably Foreseeable Development Scenario for the Billings/Pompeys Pillar Resource Management Plan* (BLM 2010).

### 4.1.1.   General Assumptions

#### *4.1.1.1.   Crazy Mountain Basin*

The Crazy Mountain Basin is the location of the only new play in the area.  The basin is located in Sweet Grass and Park Counties (Park County is in the Butte FO).  The exploration target is organic shales.  These shales are generally continuous, stratigraphic traps.  Extensive "frac" jobs are required.  The Bill Barrett Corp and Devon Energy are involved in exploration activities.  A discovery in the Crazy Mountain Basin would require the construction of a major transmission pipeline.  Such a line would be buried; however, gathering lines and other infrastructure would create long term disturbance.

#### *4.1.1.2.   Coal Bed Natural Gas*

BLM has identified the potential for coal bed natural gas (CBNG) in Upper Cretaceous and Paleocene coal beds in the Bighorn Basin and Bull Mountain Basin.  The BLM does not anticipate that CBNG development in the Billings FO would have the same intensity as in the Powder River Basin for a number of reasons.  Compared to the Powder River Basin, coals in these areas have the following characteristics.

- Thinner
- Higher rank, with likely higher adsorbed gas level
- More deeply buried
- Drilling and development likely would have a lower well density
- There would likely be a single well per spacing unit (no thick, stacked coals)

BLM_0152425

*Climate Change Supplementary Information Report*

- The coals are generally too deep below the surface to supply groundwater for most domestic and agricultural purposes
- Groundwater within the coals likely has higher salinities and would not be suitable for domestic or agricultural purposes

### 4.1.1.3.   Drilling Levels

Development potential has been identified in the planning area (refer to page 78, Appendix A, Map 1 – Fluid Minerals Potential Map of the Billings RFD). No areas were classified as high potential. Areas of low potential are forecast to have no more than 1 well per township drilled per year. Areas of moderate potential are expected to have between 1 and 5 wells per township drilled per year.

The total number of wells drilled per year is 20 per year. Of these, 3 to 4 Federal wells would be drilled per year.

**Table 4-1.  Billings FO Surface, Oil & Gas Mineral Ownership, and Acres of O&G Leases by County (All Surface Management Agencies)**

| Federal Surface Ownership (acres) | Federal Oil & Gas Mineral Ownership (acres) | O&G Leases | Leased Acres (acres) | Percent of O&G Leased |
|---|---|---|---|---|
| 1,307,472.15 | 1,611,184.65 | 280 | 186,264.56 | 11.5% |

**Table 4-2.  Billings FO Surface, Oil & Gas Mineral Ownership, and Acres of O&G leases by County (Managed by the Billings FO)**

| BLM-Managed Surface (acres) | BLM-Managed Oil & Gas Mineral Ownership (acres) | O&G Leases | Leased Acres (acres) | Percent of O&G Leased |
|---|---|---|---|---|
| 397,906.24 | 689,680.44 | 275 | 179,439.91 | 26.0% |

**Table 4-3.  Billings FO Forecast Drilling Depths and Initial Surface Disturbance by Basin**

| Location | Common Drilling Depth (feet) | Likely Product | Size of Drill Site (acres) | Access and Ancillary Facilities (acres) |
|---|---|---|---|---|
| Central Montana Uplift and Bull Mountain Basin CBNG | 5,000 | Oil with associated gas; CBNG | 2 | 1½ |
| Big Horn Basin conventional and CBNG | 7,000 | Oil with associated gas; Gas; CBNG | 3 | 1½ |
| Crazy Mountain Basin | 8,000–10,000 | Gas | 4 | 1½ |

BLM_0152426

*Climate Change Supplementary Information Report*

**Table 4-4.  Billings FO Forecast Drilling Activity and Surface Disturbance, 2010–2014**

| Location | Size of Drill Site (acres) | Access and Ancillary Facilities (acres) | Number of Wells Drilled per Year | Short Term Disturbance (acres) | Long Term Disturbance (acres) [1] |
|---|---|---|---|---|---|
| Central Montana Uplift and Bull Mountain Basin CBNG | 2 | 1½ | 8:  4 wildcat, 4 development | 28 | 14 |
| Big Horn Basin conventional and CBNG | 3 | 1½ | 8:  4 wildcat, 4 development | 36 | 18 |
| Crazy Mountains Basin | 4 | 1½ | 4:  4 wildcat | 22 | 5½ |
| **Total annual disturbance** | | | | **86** | **37½** |

[1] 75% success for development wells, 25% for exploratory wells, with interim reclamation

**Table 4-5.  Billings FO Forecast Drilling Activity and Surface Disturbance, 2015–2030**

| Location | Size of Drill Site (acres) | Access and Ancillary Facilities (acres) | Number of Wells Drilled per Year | Short Term Disturbance (acres) | Long Term Disturbance (acres) [1] |
|---|---|---|---|---|---|
| Central Montana Uplift and Bull Mountain Basin CBNG | 2 | 1½ | 8:  4 wildcat, 4 development | 28 | 14 |
| Big Horn Basin conventional Oil and gas and CBNG | 3 | 1½ | 8:  4 wildcat, 4 development | 36 | 18 |
| Crazy Mountain Basin | 4 | 1½ | 8:  4 wildcat, 4 development | 44 | 22 |
| **Total annual disturbance** | | | | **108** | **54** |

[1] 75% success for development wells, 25% for exploratory wells, with interim reclamation

BLM_0152427

*Climate Change Supplementary Information Report*

**Table 4-6.  Billings FO Federal Oil and Gas Wells**

| Location | Size of Drill Site (acres) | Access and Ancillary Facilities (acres) | Number of Wells Drilled per Year | Short Term Disturbance (acres) | Long Term Disturbance (acres) [1] |
|---|---|---|---|---|---|
| Central Montana Uplift and Bull Mountain Basin CBNG | 2 | 1½ | 1–2; development | 3½ – 7 | 2 – 5 |
| Big Horn Basin conventional Oil and gas and CBNG | 3 | 1½ | 1–2; development | 4½ – 9 | 3½ – 6 |
| Crazy Mountain Basin | 4 | 1½ | 1–2; wildcat | 5½ – 11 | 0 – 4½ |
| | | | **Total annual disturbance** | **13½ – 27** | **5½ – 15½** |

[1] 75% success for development wells, 25% for exploratory wells, with interim reclamation

## 4.2.   Butte Drilling Activity Forecast (15- to 20-Year Forecast)

The Butte FO drilling activity forecast covers a 15- to 20-year time frame and is based on information contained in the *Proposed Butte Field Office Resource Management Plan (RMP) and Environmental Impact Statement* (EIS) (BLM 2008).  Forecast annual production is expected to be 980,000 thousand cubic feet (Mcf) of gas.  Lands within the Butte Planning Area include the following.

- BLM Surface Acres:  307,309
- BLM Mineral Estate:  652,194
- Total Acres:  7,192,349

BLM_0152428

**Table 4-7.  Butte FO Drilling Activity**

| Area | Total Wildcat Wells | Wildcat Dry Holes | Wildcat Discoveries | Step-out Wells | Commodity |
|---|---|---|---|---|---|
| 1 [1] | 2 | 2 | 0 | 0 | |
| 2 [2] | 5 | 4 | 1 | 2 | Gas |
| 3 [3] | 4 | 3 | 1 | 2 | Gas |
| 4 [4] | 4 | 2 | 1 deep & 1 shallow | 2 deep & 2 shallow | deep = gas; shallow = oil |
| Barrett Corp Area [5] | 4 | 2 | 2 | 4 | gas |
| Total Conventional Wells | 19 | 13 | 6 | 12 | |
| Area 5 [6] | 16 | 10 | 6 | 24 | CBNG |

Source:  Proposed Butte FO RMP/EIS, 2008, Appendix M (BLM 2008).

[1] Area #1          Southern Deerlodge Valley Basin Area, fee wells.
[2] Area #2          Imbricate Thrust Zone, 1 federal discovery.
[3] Area #3          Helena Salient Gas Play Zone, 1 federal discovery.
[4] Area #4          Crazy Mountain Oil & Gas Play, fee or FS lands.
[5] Bill Barrett Area  Crazy Mountain Basin, deep gas, fee wells
[6] Area #5 includes only CBNG wells.

## 4.2.1.   Butte FO Estimation of Surface Disturbance Assumptions

### 4.2.1.1.   Conventional Oil and Gas

- The maximum area cleared per well pad would be 3.5 acres (about 380 ft. x 400 ft.) and 2.3 acres would be stabilized in about 2 years
- The maximum area cleared per access road per well would be 17 acres (about 40 ft. x 18480 ft.) and 9 acres would be stabilized in 2 years.
- All field gathering pipelines for gas (2–4 inch diameter) will follow existing or new access roads and no additional disturbance would result.
- The maximum area cleared for trunk lines to transport gas from four different fields to the existing transmission lines running through the Butte Field Office would be 254.5 acres (about 25 ft. x 443,520 ft.) and the entire area of disturbance would be stabilized in about 2 years.
- All perennial stream crossings would use horizontal drilling to avoid disturbance to the stream, its bed, and banks.
- Produced oil would be trucked from the well sites.
- Dry and abandoned wells would be reclaimed.

### 4.2.1.2.   Coal Bed Natural Gas

- The maximum area disturbed per well site would be 0.25 acres per well pad.  Most sites are not cleared (no pad is constructed).
- Access to individual well sites would be two-track trails.
- Surface disturbance for field and sales compressors would be 0.5 miles.

BLM_0152429

- Gathering lines from the well sites to the field and sales compressors would follow access routes and be buried.

### 4.2.1.3.  Gas Field Assumptions

- Gas fields would be discovered east of Lincoln (Area #2), northeast of Townsend (Area #3), east of Livingston (Area #4) and near Wilsall (where the Barrett Corporation is now drilling).
- Fields would be roughly 3 square miles in surface area except for the field developed near Wilsall where the Barrett Corporation is drilling which would be 6 square miles.
- Full development would require 3 wells (one discovery and two step-out wells) except for the field being tested by Barrett. That field would consist of 2 discoveries and 2 dry holes. The 2 discoveries would each have two step-out wells. 3-D seismic would be run to refine step out well locations.
- Gas would be transported by pipeline in order to be marketed. From Area #2 it would be transported west to a main north-south transmission line running through the Butte Field Office for approximately 18 miles. From Area #3 it would be transported approximately 30 miles to a main east-west transmission line running through the Butte Field Office. From Area #4 it would be transported approximately 6 miles north to a main east-west transmission line running through the Butte Field Office. From the area being explored by the Barrett Corporation it would be transported approximately 30 miles south to the main east-west transmission line running through the Butte Field Office.
- Compressor stations would be necessary along the pipeline route, with one of those stations being within one mile of the main line in order to boost the pipeline gas to the pressure of the main line.  Wells would be drilled 10,000 to 15,000 feet deep.  One well would be drilled from each well pad.  Only one development well would be drilled at a time.
- Wells would take approximately 300 days to drill.
- Condensate, gas, and water separation would occur at the wellsites. Water disposal would be into a lined pit at the surface or water would be injected into the subsurface through a dry hole converted into a water disposal well.
- Condensate would be shipped by truck (1 truck every 4 days).
- The field is expected to produce for 25 years.
- Well servicing, repair, and maintenance would continue throughout the life of the field. Well servicing operations would take 5 days per well and occur 6 times /well of the 25 year life of the field.  A well tender would make one trip per well per day.

### 4.2.1.4.  Oil Field Assumptions

- An oil field is possible in the vicinity of Livingston.
- Field would be roughly 1 ½ square miles in surface area.
- Full field development would require 3 wells (one discovery and two step-out wells), 3-D seismic would be run to refine step out well locations.
- Oil would be transported by truck to the appropriate refining facility.
- Wells would be 2,500 to 3,500 feet deep.  One well would be drilled from each well pad. Only one development well would be drilled at a time.

BLM_0152430

- The wells would take approximately 21 days to drill.
- Oil, gas, and water separation would occur at the well sites. Water disposal would be into a lined pit at the surface or water would be injected into the subsurface through a dry hole converted into a water disposal well. Gas would be used on lease to separate oil and water and to heat oil. Gas not used on lease would be sold or vented/flared to the atmosphere. If sufficient gas quantities are produced this gas may also be captured and sold. For this analysis all unused gas is assumed to be reinjected for pressure maintenance
- The field is expected to produce for 25 years.
- Well servicing, repair, and maintenance continue throughout the life of the field. Well servicing operations would take 5 days per well and occur 6 times/well over the 25 year life of the field. A well tender would make one trip per day.

### 4.2.1.5.   CBNG Field Assumptions

- Two coal bed natural gas fields are expected in the area of Bozeman Pass within the Trail Creek-Livingston coal field.
- Each field would be approximately 1.75 square miles in surface area.
- Each field would require 1 field compressor and one sales compressor may be needed depending on where the wells are located.
- Ten to 27 miles of plastic low-pressure gathering lines would be required. These would be laid in the travel routes and follow existing roads to field compressors. Two to four miles of low-pressure steel lines would be laid from the field compressors to the sales compressor.
- No more than 20 miles of sales lines would be laid to the main transmission line in the area.
- Total disturbance excluding the actual well sites including compressors, pipelines, and access routes would be 220 acres.

**Table 4-8.  Butte FO Direct Cumulative Surface Disturbance**

| Surface Activity | Unsuccessful Wildcats (acres) | | Productive Wells (acres) | |
|---|---|---|---|---|
| | Acres Disturbed Pre-Site Reclamation | Post-Site Reclamation | Acres Disturbed Pre-Site Reclamation | Post-Site Reclamation |
| **Conventional Oil and Gas** | | | | |
| Well Sites | 45.5 | 0 | 63 | 21.5 (2 years) |
| Access Roads | 221 | 0 | 189.6 | 103.7 (2 years) |
| Pipelines | 0 | 0 | 254.5 | 0 (2 years) |
| **CBNG** | | | | |
| Well Sites | 1 | 0 | 7.5 | 5 (2 years) |
| Compressors, Pipelines & Access Roads | 3 | 0 | 220 | 147 (2 years) |
| Consolidate crude oil production and water storage tanks | 4,200 | >$10K | <$0.1K | 1 – 3 yr |
| **Total Acres Disturbed** | **270.5** | **0** | **734.6** | **272.2 (2 years)** |

## 4.3. *Dillon Drilling Activity Forecast (10- to 15-Year Forecast)*

The Dillon FO drilling activity forecast covers a 10- to 15-year time frame and is based on information contained in the *Proposed Dillon Field Office Resource Management Plan and Final Environmental Impact Statement*, Volume II, Appendix H (BLM 2005). Forecast annual production is expected to be 18,350 barrels (bbl) of oil and 3,529,297 Mcf of natural gas. Lands within the Dillon Planning Area include the following.

- Total Surface Acres
  - Beaverhead County: 3,546,775
  - Madison County: 2,302,945
- BLM Mineral Estate Acreage
  - BLM Surface/Federal Minerals: 893,800
  - Split Estate: 444,559
  - Bureau of Reclamation (BOR) Surface/Federal Minerals: 1,305
  - ARS Surface/Federal Minerals: 15,538
  - Total: 1,355,202

### 4.3.1. Drilling Areas

During preparation of the RFD, the BLM identified and mapped the four areas in the planning area where it was considered most likely that wells would be drilled. These areas are depicted on Map 83 – Mineral Potential (Proposed Dillon RMP/FEIS, BLM 2005) and listed below.

- Area #1: Big Hole Basin – Natural Gas
- Area #2: Dillon – Beaverhead River Basin around Dillon, Retort Mountain area, Armestead thrust area, and Blacktail Salient
- Area #3: Lima – Tendoy Overthrust, foreland east of the thrust sheet, and also a Cretaceous foreland basin at the south end of the Tendoy Mountains – Natural Gas and possibly Oil
- Area #4 Gravelly – Gravelly Range and Snowcrest Trough and south and west of the Gravelly Range

### 4.3.2. Estimation of Surface Disturbance Assumptions

- The maximum area cleared per well pad would be 3.5 acres (about 380 ft. x 400 ft.) and 2.3 acres would be stabilized in about 2 years.
- The maximum area cleared per access road per well would be 17 acres (about 40 ft. x 18480 ft.) and 9 acres would be stabilized in about 2 years.
- All field gathering pipelines (2-4 inch diameter) will follow existing or new access roads and no additional disturbance would result.
- The maximum area cleared for trunk lines to transport gas from two different fields to the existing transmission line near Dillon, Montana would be 318 acres (about 25 ft x 554,400 ft.) and the entire area of disturbance would be stabilized in about 2 years. All perennial stream crossings would use horizontal drilling to avoid disturbance to the stream, its bed and banks.

- Dry and abandoned wells would be reclaimed.

**Table 4-9.  Dillon FO Direct Cumulative Surface Disturbance**

| Surface Activity | Unsuccessful Wildcat Wells (acres) | | Commercially Productive Wells (acres) | |
|---|---|---|---|---|
| | Pre-Site Reclamation | Post-Site Reclamation | Pre-Site Reclamation | Post-Site Reclamation |
| Well Sites | 14 | 0 | 21 | 7.2 |
| Access Roads | 68 | 0 | 102 | 48 |
| Pipelines | 0 | 0 | 318 | 0 |
| **Total Acres Disturbed** | **82** | **0** | **441** | **52.2** |

### 4.3.2.1.  Gas Field Assumptions

- Gas fields would be discovered in the Lima and Big Hole Basin areas.
- Fields would be roughly 3 square miles in surface area.
- Full development would require 3 wells (one discovery and two step-out wells).  3-D seismic would be run to refine step out well locations.
- Gas would be transported by pipeline in order to be marketed.  From Lima it would be transported north to Dillon for approximately 45 miles.  From the Big Hole Basin it would be transported approximately 60 miles to the south and east to Dillon.
- Compressor stations would be necessary along the pipeline route, with one of those stations being within one mile of the main line in order to boost the pipeline gas to the pressure of the main line.
- Wells would be drilled 10,000 to 15,000 feet deep.  One well would be drilled from each well pad.  Only one development well would be drilled at a time.
- Wells would take approximately 300 days to drill.
- Condensate, gas, and water separation would occur at the wellsites.  Water disposal would be into a lined pit at the surface or water would be injected into the subsurface through a dry hole converted into a water disposal well.  Condensate would be shipped by truck (1 truck every 4 days).
- The field is expected to produce for 25 years.
- Well servicing, repair, and maintenance would continue throughout the life of the field. Well servicing operations would take 5 days per well and occur 6 times/well over the 25 year life of the field.  A well tender would make one trip per day.

### 4.3.2.2.  Oil Field Assumptions

- An oil field is possible at the Lima area.
- Field would be roughly 1-1/2 square miles in surface area.
- Full field development would require 3 wells (one discovery and two step out wells).  3-D seismic would be run to refine step out well locations.
- Wells would be 10,000 to 15,000 feet deep.  One well would be drilled from each well pad.  Only one development well would be drilled at a time.
- The wells would take approximately 300 days to drill.

BLM_0152433

- Oil, gas, and water separation would occur at the wellsites.  Water disposal would be into a lined pit at the surface or water would be injected into the subsurface through a dry hole converted into a water disposal well.  Gas would be used on lease to separate oil and water and to heat oil.  Gas not used on lease would be sold or vented/flared to the atmosphere.  If sufficient gas quantities are produced this gas may also be captured and sold.  For this analysis all unused gas is assumed to be reinjected for pressure maintenance.
- The field is expected to produce for 25 years.
- Well servicing, repair, and maintenance continue throughout the life of the field.  Well servicing operations would take 5 days per well and occur 6 times/well over the 25 year life of the field.  A well tender would make one trip per day.

### Table 4-10.  Dillon FO Oil and Gas Activity Vehicle Trips

| Activity | Approx. Time Frame | Number of Workers | Vehicles and Equipment | Number of Trips |
|---|---|---|---|---|
| Construction of well pad and access road | 1 week | 5 to 6 | 2 Bulldozers | 2 (1/wk per dozer) |
| | | | 2 Scrapers | 2 (1/wk per scraper) |
| | | | Grader | 1 (1/wk) |
| | | | Water Truck | 35 (5/day) |
| | | | Worker's Vehicles | 28 (4/day) |
| Well Drilling | 300 days | 5 to 6 during drilling phase, 10 during cementing & casing | Rig set-up (semi trucks) | 200 (20/day for 10 days) |
| | | | Maintenance (pickup) | 300 (1/day) |
| | | | Well logging | 3 (1/day, 3 separate days) |
| | | | Semi-truck carrying casing | 30 (5/day, 6 separate days) |
| | | | Semi-truck carrying drilling steel | 8 (1/day, 8 separate days) |
| | | | Service trucks (mud, bits, special equipment) | 86 (2/wk) |
| | | | Water trucks | 600 (2/day) |
| | | | Worker's vehicles | 1800 (96/day) |
| | | | Salesmen's vehicles | 86 (2/wk) |
| Well Testing and Completion[1] | 1 week to 1 month | 4 (during testing), 10 to 12 (during completion) | Truck carrying tubing, packers | 6 (3/day for 2 days) |
| | | | Truck carrying wellhead | 1 (1 in 1 day) |
| | | | Truck carrying testing tools | 12 (3/wk) |
| | | | Truck carrying perforation tools | 3 (1/day for 3 days) |
| | | | Pump & bulk loads | 10 (5 on 2 separate days) |

BLM_0152434

**Table 4-10 (cont).  Dillon FO Oil and Gas Activity Vehicle Trips**

| Activity | Approx. Time Frame | Number of Workers | Vehicles and Equipment | Number of Trips |
|---|---|---|---|---|
| Placement of production facilities | 1 week | 4 to 5 | Truck carrying meter device | 1 (1/wk) |
| | | | Truck carrying pipe fittings, etc. | 1 (1/wk) |
| | | | Truck carrying dehydrator | 1 (1/wk) |
| | | | Truck carrying tank | 3 (3/wk) |
| | | | Backhoe | 1 (1/wk) |
| | | | Worker's vehicles | 28 (4/day) |
| Pipeline Construction-per mile | 1 week | 5 to 8 | Trencher | 1 (1/wk) |
| | | | Dozer | 1 (1/wk) |
| | | | Welding truck | 14 (2/day) |
| | | | Pipeline truck | 5 (5/wk) |
| | | | Worker's vehicles | 28 (4/day) |
| Abandonment/ Reclamation | 3 weeks | 5 to 6 | Workover rig and associated equipment | 24 (3/day for 8 days) |
| | | | Dozer, scraper & road grader | 3 |
| | | | Maintenance (pickup truck) | 21 (1/day) |
| | | | Semi-truck for equipment hauling | 3 |
| | | | Service trucks | 4 |
| | | | Worker's vehicles | 126 (6/day) |

[1] The drilling rig is typically used to set the casing.  A completion rig (smaller in size) is used to complete well for production.

The reserve pit is 125 ft x200 ft x12 ft deep; lined with 8–10 mil reinforced nylon/ plastic.  Its location is fixed by rig location.

Access Road Culverts would be added if stream channels must be crossed, but operators usually would lengthen road to avoid drainages to minimize maintenance and to maintain maximum grade of 10% or less.

In extreme terrain or remote locations, the company may put up camps at drill site.  Additional buildings (portable) for sleeping quarters and cooking and eating are used.  Camp crew includes a cook and an assistant cook.  Support facilities include septic systems and refrigerated food storage.  Camp jobs eliminate some traffic due to shift changes.

Water trucks would make several trips per day (fresh water required to drill through all fresh water aquifers ranging from 600 ft to 2500 ft below surface, at rate of 10 bbl per ft).  About 40,000 bbl of water required to drill remainder of well unless lost circulation problems occur, then more water required.  A separate water truck may make 2–3 trips per day to spray fresh water on roads for dust control.  Water source well is usually drilled for rank wildcat wells.

BLM_0152435

## 4.4.   Hi-Line Planning Area Drilling Activity Forecast (20-Year Forecast)

The Hi-Line Planning Area drilling activity forecast covers a 20-year time frame and is based on information contained in the Hi-Line RFD.  The RFD is a 2009 unpublished report that is available from the BLM.

### 4.4.1.   Projected Oil and Gas Drilling Activity

The Hi-Line Planning Area contains about 15,873,473 surface acres of all mineral ownership types.  Total Federal oil and gas mineral ownership, in the Planning Area, amounts to about 4,307,538 acres, or about 27 percent of total acres.  The BLM manages most of the Federal oil and gas mineral lands in the Planning Area (81 percent).  About 1,151,548 acres of state and private surface lands within Planning Area boundaries overlie BLM managed oil and gas mineral lands.  All BLM managed oil and gas mineral lands will be covered by decisions made in the associated RMP EIS.  BLM managed oil and gas mineral lands are lowest in Glacier County (about 6,165 acres), Liberty County (about 53,964 acres), Hill County (about 72,419 acres), Chouteau County (about 112,272 acres) ,and Toole County (about 113,879 acres).  The remaining three counties (Blaine, Phillips, and Valley) contain the remaining 3,121,468 acres of BLM managed oil and gas mineral lands.

Smaller amounts of Federal oil and gas mineral lands within the Hi-Line Planning Area are managed by the National Park Service (8 percent), National Wildlife Refuges (8 percent), U.S. Forest Service (0.7 percent), and other minor ownership agencies.

### 4.4.2.   General Assumptions

#### 4.4.2.1.   Conventional Oil & Gas

- During the 20-year planning cycle of 2007 to 2026, as many as 6,866 wells will be drilled in the Planning Area.
- Up to 150 of these wells could be CBNG wells.
- Of the 6,716 remaining wells, 1,351 wells are projected to lie within the Bowdoin Dome area.
- High development potential indicates areas where the estimates average drilling density will exceed 100 well locations per township during 2007 to 2026.
- Moderate development potential indicates 20 to 100 wells per township.
- Low development potential indicates 2 to 20 well locations per township.
- Very low development potential is defined as 2 wells or less per township.
- Average well depths will remain in the present range (less than 6,000 feet with a few deep wells on the edge of the Montana Thrust Belt).  (See below)

BLM_0152436

### *4.4.2.2. Coal Bed Natural Gas*

- The potential for coal bed natural gas in the Hi-Line Planning Area does not appear to be as large as in other parts of the state.
- Only areas of very low potential and no potential were outlined. Areas of very low development potential are defined as averaging 2 wells or less per township.
- Areas of known coal strata at shallow depths (less than 3,000 feet) were assigned a very low development potential.
- This is a hypothetical play.

### *4.4.2.3. Producing Zones*

- Oldest —Birdbear (Nisku) Devonian Age
- Youngest —Upper Cretaceous Judith River

## 4.4.3.  Potential Surface Disturbance (Baseline Projection)

The following tables present estimates of short- and long-term surface disturbance associated with the baseline projection of wells that could be drilled for the period of 2007 through 2026. The top portion of the material shows wells that could be drilled and existing unplugged wells. It also includes associated short-term disturbance.

**Table 4-11.  Hi-Line Planning Area Disturbance Associated With All New Drilled Wells and Existing Active Wells (Short-Term Disturbance)**

| | Wells | | Acres of Surface Disturbance | | | |
|---|---|---|---|---|---|---|
| Type | Total | BLM Managed | Access Roads/ Flow Lines | Well Pad | Total | BLM Managed |
| New Exploratory and Development Wells – Coal bed gas | 150 | 24 | 1.85 | 1 | 428 | 68 |
| New Exploratory and Development Wells - Bowdoin Dome Area | 1,351 | 776 | 1.85 | 1 | 3,850 | 2,212 |
| New Exploratory and Development Wells - Rest of Planning Area | 5,365 | 1,447 | 3.1 | 2.1 | 27,898 | 7,527 |
| Existing Wells - Bowdoin Dome Area | 1,706 | 988 | 0.25 | 0.5 | 1,280 | 741 |
| Existing Wells - Rest of Planning Area | 7,176 | 571 | 0.78 | 0.14 | 6,602 | 525 |
| **Total Wells/Disturbance** | **15,748** | **3,806** | | | **40,057** | **11,073** |

BLM_0152437

*Climate Change Supplementary Information Report*

**Table 4-12.  Hi-Line Planning Area Disturbance Associated With All New Producing Wells and Existing Active Wells Less Abandonments (Long-Term Disturbance)**

| | Wells | | Acres of Surface Disturbance | | | |
|---|---|---|---|---|---|---|
| Type | Total | BLM Managed | Access Roads/ Flow Lines | Well Pad | Total | BLM Managed |
| New Exploratory and Development Wells – Coal bed gas | 135 | 22 | 0.25 | 0.5 | 101 | 16 |
| New Exploratory and Development Wells - Bowdoin Dome Area | 1,310 | 753 | 0.25 | 0.5 | 983 | 565 |
| New Exploratory and Development Wells - Rest of Planning Area | 4,118 | 1,111 | 0.78 | 0.14 | 3,788 | 1,022 |
| Existing Wells - Bowdoin Dome Area | 1,573 | 911 | 0.25 | 0.5 | 1,180 | 683 |
| Existing Wells - Rest of Planning Area | 5,533 | 440 | 0.78 | 0.14 | 5,090 | 405 |
| **Total Wells/Disturbance** | **12,669** | **3,236** | | | **11,142** | **2,691** |

**Table 4-13.  Hi-Line Planning Area Baseline Projected New Producing Well Numbers, and Oil and Gas Production for All Producing Well and for All Federal Producing Wells, 2007–2026**

| Year | Gas Produced (mcf[1]) | Oil Produced (mbo[2]) | New Oil Wells | New Gas Wells | Total New Producing Wells | New Federal Oil Wells | Federal Oil Produced (mbo[2]) | New Federal Gas Wells | Federal Gas Produced (mcf[1]) | Federal Wells Abandoned |
|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | 56,000 | 1,227 | 11 | 240 | 251 | 1.29 | 144 | 84.96 | 19,825 | 10.4 |
| 2008 | 56,000 | 1,202 | 11 | 245 | 256 | 1.29 | 141 | 86.66 | 19,807 | 10.4 |
| 2009 | 56,000 | 1,178 | 11 | 250 | 261 | 1.29 | 138 | 88.35 | 19,790 | 10.4 |
| 2010 | 56,000 | 1,155 | 11 | 255 | 266 | 1.29 | 136 | 90.04 | 19,774 | 10.4 |
| 2011 | 56,000 | 1,132 | 11 | 260 | 271 | 1.29 | 133 | 91.73 | 19,758 | 10.4 |
| 2012 | 56,000 | 1,109 | 11 | 265 | 276 | 1.29 | 130 | 93.43 | 19,743 | 10.4 |
| 2013 | 56,000 | 1,087 | 11 | 270 | 281 | 1.29 | 128 | 95.12 | 19,728 | 10.4 |
| 2014 | 56,000 | 1,065 | 11 | 275 | 286 | 1.29 | 125 | 96.81 | 19,714 | 10.4 |
| 2015 | 56,000 | 1,044 | 11 | 280 | 291 | 1.29 | 123 | 98.50 | 19,701 | 10.4 |
| 2016 | 55,440 | 1,023 | 11 | 260 | 271 | 1.29 | 120 | 91.73 | 19,560 | 10.4 |
| 2017 | 54,886 | 1,002 | 11 | 260 | 271 | 1.29 | 118 | 91.73 | 19,365 | 10.4 |
| 2018 | 54,337 | 982 | 11 | 260 | 271 | 1.29 | 115 | 91.73 | 19,171 | 10.4 |
| 2019 | 53,793 | 963 | 11 | 260 | 271 | 1.29 | 113 | 91.73 | 18,979 | 10.4 |
| 2020 | 53,255 | 943 | 11 | 260 | 271 | 1.29 | 111 | 91.73 | 18,790 | 10.4 |
| 2021 | 52,723 | 925 | 11 | 260 | 271 | 1.29 | 109 | 91.73 | 18,602 | 10.4 |
| 2022 | 52,196 | 906 | 11 | 260 | 271 | 1.29 | 106 | 91.73 | 18,416 | 10.4 |
| 2023 | 51,674 | 888 | 11 | 260 | 271 | 1.29 | 104 | 91.73 | 18,232 | 10.4 |

BLM_0152438

**Table 4-13 (cont).  Hi-Line Planning Area Baseline Projected New Producing Well Numbers, and Oil and Gas Production for All Producing Well and for All Federal Producing Wells, 2007–2026**

| Year | Gas Produced (mcf[1]) | Oil Produced (mbo[2]) | New Oil Wells | New Gas Wells | Total New Producing Wells | New Federal Oil Wells | Federal Oil Produced (mbo[2]) | New Federal Gas Wells | Federal Gas Produced (mcf[1]) | Federal Wells Abandoned |
|------|------|------|------|------|------|------|------|------|------|------|
| 2024 | 51,157 | 870 | 11 | 260 | 271 | 1.29 | 102 | 91.73 | 18,049 | 10.4 |
| 2025 | 50,645 | 853 | 11 | 260 | 271 | 1.29 | 100 | 91.73 | 17,869 | 10.4 |
| 2026 | 50,139 | 836 | 11 | 269 | 280 | 1.29 | 98 | 94.78 | 17,666 | 10.4 |
| **Totals** | **1,084,245** | **20,388** | **220** | **5,209** | **5,429** | **26** | **2,396** | **1,838** | **382,538** | **208** |

[1] mcf = thousand cubic feet
[2] mbo = thousand barrels of oil



Source:  IHS Energy Group (2007) and Montana Oil and Gas Conservation Division (2007).

**Figure 4-1.  Hi-Line Planning Area Well Drilling Depth (feet)**

## *4.5.   Lewistown Drilling Activity Forecast (20-Year Forecast)*

This Lewistown FO drilling activity 20-year forecast was prepared by the Montana State Office, Branch of Fluid Minerals in July 2010.

### 4.5.1.   General Assumptions

The Lewistown FO Planning Area contains approximately 13,135,718 surface acres (based on GIS) of all mineral ownership types, Federal, Private, and State.  Total Federal oil and gas

BLM_0152439

mineral ownership, in the Lewistown FO Planning Area, amounts to about 3,426,577 acres, or about 26 percent of total acres. All Bureau managed oil and gas mineral lands will be covered by decisions made in the Lewistown FO RMP EIS. The boundaries of the Lewistown FO encompass nine counties: Cascade, Choteau, Fergus, Judith Basin, Lewis and Clark, Meagher, Petroleum, Pondera, and Teton Counties. Two of these counties are only partially located within the boundaries of the Lewistown FO. Those lands located in Lewis and Clark County that lie north of the Township 15 North, and those lands in Choteau County that lie south of the Missouri River are located within the Lewistown FO. Please refer to Table 4-14 for a breakdown of the associated acreages for these counties and acreages with Federal minerals, along with the associated acreages by county for lands managed by other federal agencies. Also included are the number of authorized leases in effect with their corresponding acreages by county and the remaining unleased lands within those counties.

**Table 4-14.  Lewistown FO Surface, Oil and Gas Mineral Ownership, and Acres of Oil and Gas Leases by County**

| County | Total Federal Mineral Acres | Total Federal Surface By SMA | | | | No. of Authorized Leases In Effect | No. of Authorized Leased Acres In Effect | Remaining Unleased Federal Minerals |
|---|---|---|---|---|---|---|---|---|
| | | BLM | BOR | USFS | NWR | | | |
| Pondera | 177,119 | 1,358 | 0 | 106,831 | 1,020 | 61 | 66,816 | 110,303 |
| Petroleum | 264,668 | 331,627 | 0 | 0 | 55,563 | 103 | 72,576 | 192,092 |
| Teton | 365,996 | 17,489 | 23,112 | 230,506 | 1,293 | 8 | 2,709 | 363,287 |
| Fergus | 702,503 | 348,228 | 0 | 94,232 | 49,687 | 52 | 33,720 | 668,783 |
| Cascade | 242,776 | 24,757 | 1,343 | 179,005 | 7,090 | 0 | 0 | 242,776 |
| Judith Basin | 326,305 | 12,256 | 0 | 298,888 | 0 | 0 | 0 | 326,305 |
| Lewis and Clark | 739,636 | 9,381 | 5,112 | 669,957 | 0 | 2 | 199 | 739,437 |
| Meagher | 481,241 | 8,641 | 0 | 473,436 | 0 | 13 | 21,034 | 460,207 |
| Choteau | 126,333 | 66,000 | 0 | 30,741 | 1,200 | 4 | 4,016 | 122,317 |
| **TOTALS** | **3,426,577** | **819,737** | **29,567** | **2,083,596** | **115,853** | **243** | **201,070** | **3,225,507** |

## 4.5.2.   Oil and Gas Resources

A petroleum system exists wherever certain essential geologic elements and processes occur together in time and place. The essential geologic elements of a petroleum system include the presence of a source rock, reservoir rock, seal rock, and overburden rock. Formation of the trap, and the generation, migration, and entrapment of hydrocarbons are the two processes involved with a petroleum system. These essential geologic elements and processes must be correctly placed in time and space so that organic matter in a source rock can be converted into petroleum, which then migrates and accumulates into a hydrocarbon trap (Magoon and Beaumont, 1999). The absence of any essential geologic element or process prevents the accumulation of hydrocarbons into a trap.

BLM_0152440

There are effective petroleum systems present within the study area, as evidenced by the presence oil and gas fields in Pondera, Petroleum, Teton, Fergus, and Cascade counties.

## 4.5.3.    Total Wells Drilled Per Year

It is assumed that future drilling rates and the number of successful wells during the 20-year planning period will be similar to what has occurred during the past 20 years.

Based upon the BLM's AFMSS (Automated Fluid Minerals Support System) well database, IHS Energy's well database, and the Montana Board of Oil and Gas well database, there are approximately 3,600 wells drilled within the study area.  Figure 4-2 is a graph illustrating the total number of wells drilled within the jurisdiction of the Lewistown FO by decade.  It is interesting to note the high level of activity during the 1920s, and from most of the 1950s through the 1990s.  However, during the past couple of decades the study area has received relatively little interest from the oil industry compared to prior decades, when more than 50 wells were drilled per year during some years.

Figure 4-3 is a graph illustrating the total number of wells drilled within the jurisdiction of the Lewistown FO since 1986.

Based upon historical drilling during the past 20 years, it is anticipated that between 0 and 35 wells will be drilled per year during the 20-year planning period, with a most-likely estimate of about 12 wells drilled per year.  It is further estimated that out of the average 12 wells expected to be drilled per year, 0–2 wells will be drilled on Federal mineral lands and 0–10 wells will be drilled per year on Private and State mineral lands.

It is possible that more or less wells will be drilled in the future during the 20-year planning period than anticipated in this document if events occur that are unforeseen, unexpected, or impossible to predict at this time.  Such unanticipated events may include new technological advancements, large changes in oil and gas prices, large changes in global energy supply and demand patterns, and other global events such as war, oil embargos, etc.

*Climate Change Supplementary Information Report*



**Figure 4-2.  Total Wells Drilled Within the Lewistown Study Area by Decade**



**Figure 4-3.  Total Wells Drilled Within the Lewistown Study Area by Year 1996 Through May 2010**

Out of the approximately 3,600 wells drilled within the study area, about 12 percent of the wells were drilled on Federal mineral lands and about 88 percent of the wells were drilled on Private/State mineral lands.  It is anticipated that future wells drilled within the study area will be respectively drilled on Federal and Private/State mineral lands in the same relative percentages as in the past.

There are approximately 472 wells within the study that are producing either oil or gas. Approximately 74 percent of all producing wells are oil wells and 26 percent are gas wells.

BLM_0152442

About 9 percent of all producing oil wells (POW) are located on Federal mineral lands and about 7 percent of all producing gas wells (PGW) are located on Federal mineral lands.  It is anticipated that future productive wells drilled on Federal mineral lands within the study area will respectively produce oil and gas in the same relative percentages as in the past.  The success rate for a well drilled on either Federal or Private and State (non-Federal) mineral land is assumed to be approximately 30 percent.

The formula used to estimate the number of POW drilled per year on Federal mineral lands within the study area during the 20-year planning period is as follows:

> = Estimated number of wells drilled per year $\times$ success rate $\times$ % POW $\times$ % Federal POW
> = 12 $\times$ 30% $\times$ 74% $\times$ 9%
> = 0.24 Federal POW drilled per year

The formula used to estimate the number of PGW drilled/year on Federal mineral lands within the study area during the 20-year planning period is as follows:

> = 12 $\times$ 30% $\times$ 26% $\times$ 7%
> = 0.07 Federal PGW drilled per year

The formula used to estimate the number of POW drilled per year on Private and State mineral lands within the study area during the 20-year planning period is as follows:

> = Estimated number of wells drilled per year x success rate $\times$ % POW $\times$ % Private and State POW
> = 12 $\times$ 30% $\times$ 74% $\times$ 91%
> = 2.42 Private and State POW drilled per year

The formula used to estimate the number of PGW drilled per year on Private and State mineral lands within the study area during the 20-year planning period is as follows:

> = Estimated number of wells drilled per year $\times$ success rate $\times$ % PGW $\times$ % Private and State PGW
> = 12 $\times$ 30% $\times$ 26% $\times$ 93%
> = 0.88 Private and State PGW drilled per year

Thus, during the 20-year planning period, it is estimated that approximately 4 to 5 POW and 1 to 2 PGW will be drilled on Federal lands within the Planning Area (estimates are rounded whole numbers).

It is further estimated that, during the 20-year planning period, approximately 48 to 49 POW and 17 to 18 PGW will be drilled on Private and State lands within the Planning Area (estimates are rounded whole numbers).  Table 4-15 shows the approximate number of Federal, Private, and State wells (non-Federal) drilled within the study area and identified by well type in each county.

BLM_0152443

*Climate Change Supplementary Information Report*

**Table 4-15.  Approximate Number of Federal and Non-Federal Wells by Well Type in Each County Comprising the Lewistown FO**

| Well Type | Pondera | | Petroleum | | Teton | | Fergus | | Cascade | | Judith Basin | | Lewis and Clark | | Meagher | | Choteau | | Totals | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Fed. | Non-Fed. | Fed. | Non-Fed. | Fed. | Non-Fed. | Fed. | Non-Fed. | Fed. | Non-Fed. | Fed. | Non-Fed. | Fed. | Non-Fed. | Fed. | Non-Fed. | Fed. | Non-Fed. | Fed. | Non-Fed. |
| POW | 14 | 210 | 17 | 36 | 0 | 102 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **31** | **348** |
| PGW | 4 | 111 | 0 | 0 | 0 | 8 | 5 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **9** | **124** |
| OSI | 11 | 206 | 4 | 34 | 0 | 80 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **15** | **320** |
| GSI | 2 | 32 | 0 | 0 | 1 | 13 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | **3** | **51** |
| WIW | 0 | 26 | 5 | 10 | 0 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **5** | **45** |
| WSW | 0 | 2 | 2 | 27 | 0 | 2 | 0 | 24 | 0 | 17 | 0 | 7 | 0 | 1 | 0 | 4 | 0 | 15 | **2** | **99** |
| P&A | 16 | 871 | 188 | 571 | 32 | 523 | 113 | 335 | 7 | 83 | 1 | 52 | 0 | 23 | 0 | 6 | 0 | 91 | **357** | **2,555** |
| TA | 20 | 32 | 0 | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **20** | **35** |
| WDW | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **1** | **0** |
| **Total** | **67** | **1,490** | **217** | **680** | **33** | **738** | **118** | **369** | **7** | **100** | **1** | **59** | **0** | **24** | **0** | **10** | **0** | **107** | **443** | **3,577** |

Well Type Abbreviations:

POW = Producing Oil Well
PGW = Producing Gas Well
OSI =  Oil Shut-In
GSI = Gas Shut-In
WIW = Water Injection Well
WSW = Water Source Well
P&A = Plugged and Abandoned
TA = Temporarily Abandoned
WDW = Water Disposal Well

BLM_0152444

Separate graphs (Figure 4-4 through Figure 4-12) were also compiled to illustrate the historical level of drilling activity in each county comprising the study area. The counties with the higher level of drilling activity, such as Pondera County, the northern part of Teton County, and the southern part of Petroleum County, have been identified by the oil and gas industry as being geologically more prospective to contain commercial quantities of hydrocarbons than those counties which have received relatively little drilling interest.



**Figure 4-4.  Total Wells Drilled Within Cascade County by Decade**

BLM_0152445

*Climate Change Supplementary Information Report*



**Figure 4-5.   Total Wells Drilled Within That Part of Chouteau County Administered by the Lewistown FO by Decade**



**Figure 4-6.   Total Wells Drilled Within Fergus County by Decade**

BLM_0152446



**Figure 4-7.  Total Wells Drilled Within Judith Basin County by Decade**



**Figure 4-8.  Total Wells Drilled Within Lewis & Clark County Administered by the Lewistown FO by Decade**

BLM_0152447

*Climate Change Supplementary Information Report*



**Figure 4-9.  Total Wells Drilled Within Meagher County by Decade**



**Figure 4-10.  Total Wells Drilled Within Petroleum County by Decade**

BLM_0152448



**Figure 4-11.  Total Wells Drilled Within Pondera County by Decade**



**Figure 4-12.  Total Wells Drilled Within Teton County by Decade**

## 4.5.4.  Well Depths

Only about six wells have been drilled within the study area to a depth greater than 10,000 feet, with the deepest well being drilled to a depth of 13,225 feet.  The average depth of the wells drilled within the study area is approximately 2,300 feet.  As indicated in Figure 4-13, which shows the depths of the wells drilled within the study area, a majority of the wells have been

BLM_0152449

drilled to a depth between 1,000 feet and 4,000 feet. It is anticipated that most wells drilled during the 20-year planning period will be drilled to a depth between 1,000 feet and 4,000 feet.



**Figure 4-13. Depths of Wells Drilled Within the Study Area**

Most of the wells drilled within the study area are vertical, and most future wells are also anticipated to be vertical. It is possible that some future wells will be horizontally drilled to minimize surface environmental impacts, comply with restrictions on surface occupancy, or to recover hydrocarbons that would not otherwise be economically feasible to recover with a vertical well. Approximately 74 percent of the currently producing wells are oil wells, and it is expected that most wells drilled during the 20-year planning period will be oil wells.

### 4.5.5.    Compressors/Pipelines

Most of the production in the Lewistown FO is located in the northwestern part of the Field Office administrative area in Pondera and Teton Counties (oil and gas), directly south of the Little Missouri River in Choteau County (mostly gas), and in Petroleum County (oil and gas). Table 4-16 identifies the oil and gas fields located in those counties. In addition, since gas compressors are a necessity in those areas producing gas in order to get the gas to market, Table 4-17 identifies the locations of those gas compressors. The BLM's records indicate no gas compressors are currently operating on Federal lands in the following counties: Chouteau, Meagher, Lewis and Clark, Judith Basin, Cascade, Fergus, and Petroleum.

BLM_0152450

## Table 4-16.  Oil and Gas Fields by County in the Lewistown FO Area

| Pondera | Petroleum | Teton | Fergus | Cascade | Judith Basin | Lewis and Clark | Meaghar | Choteau |
|---|---|---|---|---|---|---|---|---|
| Brady | Brush Creek | Agawam | Armells | Otter Creek | N/A | N/A | N/A | N/A |
| Broken Arrow | Cat Creek | Bannatyne | Leroy | | | | | |
| Conrad, South | Cat Creek, Mosby Dome | Bills Coulee | Spindletop | | | | | |
| Crocker Springs, East | Cat Creek, West Dome | Blackleaf Canyon | | | | | | |
| Cutbank | Kootenai | Gypsy Basin | | | | | | |
| Dry Fork | McDonald Creek | Highview | | | | | | |
| Fort Conrad | Oiltana | Pondera | | | | | | |
| Gypsy Basin | Rattlesnake Butte | Pondera Coulee | | | | | | |
| Gypsy Basin, North | | Runaway | | | | | | |
| Hardpan | | Second Guess | | | | | | |
| Highview | | | | | | | | |
| Lake Francis | | | | | | | | |
| Ledger | | | | | | | | |
| Marias River | | | | | | | | |
| Marias River, South | | | | | | | | |
| Meander | | | | | | | | |
| Midway | | | | | | | | |
| Pondera | | | | | | | | |
| Pondera Coulee | | | | | | | | |
| Valier | | | | | | | | |
| Williams | | | | | | | | |
| Wishbone | | | | | | | | |

BLM_0152451

At this time, the BLM does not envision any additional placement of gas compressors in these areas based on the BLM's projected development and because the current infrastructure is expected to handle the current and future demand. Any change to the current infrastructure will only occur if a major gas discovery is made in areas not currently producing gas.

In regards to oil production, oil production is currently contained on existing tank batteries at each location and transported by truck to local markets. No major oil pipelines are anticipated in these areas at this time unless a major oil discovery is made in an unforeseen new resource play.

**Table 4-17. Current Gas Compressors by Legal Description in the Lewistown FO Area**

| Operator | Size (HP) | QtrQtr | Sec. | Twp. | Rng. | County | Gas Field |
|----------|-----------|--------|------|------|------|--------|-----------|
| Balko, Inc. | 400 | NESE | 14 | 29N | 2W | Pondera | Ledger |
| Genesis Energy | 204 | SENW | 36 | 29N | 5W | Pondera | Lake Francis |
| Genesis Energy | 360 | SENW | 36 | 29N | 4W | Pondera | Shelby Williams |
| Genesis Energy | 86 | ? | ? | ? | ? | Pondera | Lake Francis |
| Montana Star Pipeline | 195 | SENW | 24 | 29N | 5W | Pondera | Lake Francis |
| Ranck | 100 | ? | ? | ? | ? | Pondera | Fort Conrad |
| Sleepy Hollow | 203 | ? | 29 | 19N | 19E | Fergus | ? |
| Sleepy Hollow | 203 | ? | 29 | 15N | 18E | Fergus | ? |

## 4.5.6. Oil and Gas Production

Based on the historical production for gas wells in the study area, the BLM has estimated that a typical gas well capable of production in these areas would ultimately produce approximately 400,000 Mcf (0.4 Bcf) of gas. At this time, it appears there has recently developed some interest by the industry in exploration in Petroleum County with the Mississippian-age Heath Formation and in Fergus County with the Eagle and Colorado Shale as the primary reservoir objectives. As of July 19, 2010, the Montana Board of Oil and Gas Conservation (MBOGC) has received and approved three drilling permits (oil) (Central Montana Resources, LLC) to test the Heath Formation in Petroleum County, and nine drilling permits (gas) (Kykuit Resources, LLC) to test the Eagle and Colorado Shale Formation in Fergus County. However, there has been no new Application for Permit (APD) recently filed on federal lands. With the varying mineral ownership within this area, it is likely that an APD may eventually be filed on federal lands within this area to evaluate these potentially emerging plays.

## 4.6. Miles City Drilling Activity Forecast (20-Year Forecast)

The Miles City FO drilling activity forecast covers a 20-year time frame and is based on information contained in the Miles City FO RFD. The RFD was developed in 2005 and revised in 2009; it is an unpublished report that is available by contacting the BLM.

*Climate Change Supplementary Information Report*

The Big Dry RMP Record of Decision (ROD) was signed April 24, 1996. The Planning Area consists of 1.7 million acres of BLM-administered surface acres and 7.6 million acres of BLM-administered mineral resources.

The Powder River RMP ROD was signed March 15, 1985. The Planning Area in southeastern Montana consists of 1,080,675 surface acres of land and 4,103,700 acres of subsurface minerals (including minerals in Custer National Forest).

## 4.6.1.    General Assumptions

RFD development included the following assumptions.
- Projections are based on activity through 2004/2005 (with some updates).
- The RFD incorporates the projections from the Supplementary Environmental Impact Statement (SEIS) for CBNG activity.
- Well depth ranges are provided in the following figures.
- See page 4-22 through 4-25 of the Miles City RFD document for production profiles.

### Table 4-18.  Miles City FO RMP Area Predicted New Well Development

| Develop Area/ Well Type | Total Wells Drilled | | Total Producing Wells | | Federal Producing Wells | | Tribal Producing Wells | | State Producing Wells | | Private Producing Wells | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | High | Low | High | Low | High | Low | High | Low | High | Low | High | Low |
| **Williston NE** | | | | | | | | | | | | |
| Oil | 1,520 | 761 | 1,246 | 624 | 46 | 23 | 18 | 9 | 68 | 34 | 1,114 | 558 |
| Gas | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | **1,520** | **761** | **1,246** | **624** | **46** | **23** | **18** | **9** | **68** | **34** | **1,114** | **558** |
| **Cedar Creek Anticline** | | | | | | | | | | | | |
| Oil | 3,149 | 1,568 | 2,581 | 1,285 | 602 | 300 | 0 | 0 | 165 | 82 | 1,812 | 903 |
| Gas | 9,666 | 1,336 | 7,922 | 1,095 | 1,844 | 255 | 0 | 0 | 508 | 70 | 5,570 | 770 |
| **Total** | **12,815** | **2,904** | **10,503** | **2,380** | **2,446** | **555** | **0** | **0** | **673** | **152** | **7,382** | **1,673** |
| **Poplar Dome** | | | | | | | | | | | | |
| Oil | 105 | 54 | 86 | 44 | 3 | 1 | 37 | 19 | 1 | 0 | 45 | 24 |
| Gas | 501 | 0 | 410 | 14 | 0 | 0 | 176 | 0 | 5 | 0 | 215 | 0 |
| **Total** | **105** | **54** | **496** | **44** | **3** | **1** | **37** | **19** | **1** | **0** | **260** | **24** |
| **Williston Basin Other** | | | | | | | | | | | | |
| Oil | 28 | 15 | 23 | 12 | 4 | 2 | 1 | 1 | 2 | 1 | 16 | 8 |
| Gas/CBNG | 100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | **128** | **15** | **23** | **12** | **4** | **2** | **1** | **1** | **2** | **1** | **16** | **8** |
| **Powder River Basin** | | | | | | | | | | | | |
| Oil | 844 | 192 | 805 | 183 | 191 | 46 | 44 | 10 | 54 | 12 | 516 | 115 |
| Gas | 126 | 29 | 120 | 28 | 29 | 7 | 7 | 1 | 8 | 2 | 76 | 18 |
| CBNG | 15,635 | 5,485 | 14,072 | 4,895 | 6,954 | 2,420 | 3,600 | 1,253 | 900 | 313 | 2,618 | 909 |
| **Total** | **16,605** | **5,706** | **14,997** | **5,106** | **7,174** | **2,473** | **3,651** | **1,264** | **962** | **327** | **3,210** | **1,042** |
| **Porcupine Dome** | | | | | | | | | | | | |
| Oil | 67 | 37 | 55 | 30 | 10 | 5 | 0 | 0 | 4 | 2 | 41 | 23 |
| Gas | 501 | 0 | 411 | 0 | 75 | 0 | 0 | 0 | 30 | 0 | 306 | 0 |
| **Total** | **568** | **37** | **466** | **30** | **85** | **5** | **0** | **0** | **34** | **2** | **347** | **23** |

BLM_0152453

*Climate Change Supplementary Information Report*

**Table 4-18 (cont).  Miles City FO RMP Area Predicted New Well Development**

| Develop Area/ Well Type | Total Wells Drilled | | Total Producing Wells | | Federal Producing Wells | | Tribal Producing Wells | | State Producing Wells | | Private Producing Wells | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | High | Low | High | Low | High | Low | High | Low | High | Low | High | Low |
| **MCFO Other** | | | | | | | | | | | | |
| Oil | 66 | 33 | 54 | 27 | 14 | 7 | 0 | 0 | 3 | 2 | 37 | 18 |
| Gas | 1,056 | 0 | 864 | 0 | 224 | 0 | 0 | 0 | 48 | 0 | 592 | 0 |
| **Total** | **1,122** | **33** | **918** | **27** | **238** | **7** | **0** | **0** | **51** | **2** | **629** | **18** |
| **MCFO RMP Total** | | | | | | | | | | | | |
| Oil | 5,779 | 2,660 | 4,850 | 2,206 | 870 | 384 | 100 | 39 | 297 | 133 | 3,583 | 1,650 |
| Gas | 11,850 | 1,364 | 9,727 | 1,123 | 2,186 | 262 | 183 | 1 | 599 | 72 | 6,759 | 788 |
| CBNG | 15,735 | 5,485 | 14,072 | 4,895 | 6,954 | 2,420 | 3,600 | 1,253 | 900 | 313 | 2,618 | 909 |
| **Total** | **33,364** | **9,509** | **28,649** | **8,223** | **10,010** | **3,066** | **3,883** | **1,293** | **1,796** | **518** | **12,960** | **3,347** |

BLM_0152454

### Table 4-19.  Miles City FO Level of Disturbance for CBNG Wells and Associated Production Facilities

| Facilities | Exploratory Well Disturbance (acres/well) | Construction Disturbance (acres/well) | Operation / Production Disturbance (acres/well) |
|---|---|---|---|
| **Well Sites** | 0.25 | 0.25 | 0.05 |
| **Access Roads/Routes to Well Sites** | | | |
| Two -track | N/A | 0.3 | 0.3 |
| Graveled | N/A | 0.1 | 0.1 |
| Bladed | 0.75 | 0.075 | 0.1 |
| **Utility Lines** | | | |
| Water | N/A | 0.35 | …..[1] |
| Overhead Electricity | N/A | 0.2 | 0.2 |
| Underground Elec. | N/A | 0.35 | …..[1] |
| **Transportation Lines** | | | |
| Low Pressure Gas | N/A | 0.9 | …..[1] |
| Intermediate Pressure Gas | N/A | 0.25 | …..[1] |
| **Processing Area** | | | |
| Battery Site | N/A | 0.02 | 0.02 |
| Access Roads | N/A | 0.15 | 0.15 |
| Field Compressor | N/A | ….. | 0.02 (0.5 acres per 24 producing wells) |
| Sales Compressor | N/A | ….. | 0.005 (1 acre per 240 producing wells) |
| Plastic Line | N/A | ….. | 0.5 [2] |
| Gathering Line | N/A | ….. | 0.25 |
| Sales Line | N/A | ….. | 0.075 |
| **Produced Water Management** | | | |
| Discharge Point | N/A | 0.01 | 0.002 |
| Storage Impoundment | N/A | 0.3 | 0.25 |
| **Total Disturbance** | **1** | **3.25** | **2** |

[1] The operation disturbance for utilities assumes all utilities will be completed underground, and the land surface will be reclaimed so that no disturbance should remain except where noted.
[2] Plastic lines within the processing area are assumed to disturb an average corridor with of 25 feet.

BLM_0152455

*Climate Change Supplementary Information Report*

### Table 4-20.  Miles City FO Level of Disturbance for Oil and Gas Wells and Associated Production Facilities

| Facilities | Exploratory Well Disturbance (acres/well) | Construction Disturbance (acres/well) | Operation/ Production Disturbance (acres/well) |
|---|---|---|---|
| **Well Pad** [1] | | | |
| Pad is 360-foot by 360-foot during drilling and construction, 200-foot by 200-foot during operations | 3 | 3 | 1 |
| **Access Roads to Well Sites** | | | |
| Two-Track (12-foot wide by 0.21 miles long) | N/A | 0.3 | 0.3 |
| Graveled (12-foot wide by 0.075 miles long) | 0.5 | 0.1 | 0.1 |
| Bladed (12-foot wide by 0.05 miles long) | 0.5 | 0.075 | 0.075 |
| **Utility Lines** [2] | | | |
| Water lines (15-foot by 0.2 miles) | N/A | 0.35 | 1 |
| Overhead Elec. (10-foot by 0.15 miles) | N/A | 0.2 | 0.2 |
| Underground Elec. (15-foot by 0.20 miles) | N/A | 0.35 | 0 |
| **Transportation Lines** | | | |
| Intermediate Pressure Gas line to and from field compressor (25-foot by 0.08 miles) | N/A | 0.25 | 0.0001 |
| High Pressure Gas or Crude Oil Gathering Line (25-foot by 0.3 miles) | N/A | 0.9 | 0.2 |
| **Processing Areas** | | | |
| Tank Battery (one 0.50-ac tank battery per 12.5 wells) | N/A | 0.02 | 0.04 |
| Access Roads (25-foot by 0.05 miles) | N/A | 0.15 | 0.15 |
| Field Compressor (0.5-acre pad per 12.5 wells) | N/A | 0.2 | 0.04 |
| Sales Compressor (2-ac pad for 240 wells) | N/A | 0.01 | 0.01 |
| Sales Line (25-foot by 6 miles per 240 wells) | N/A | 0.075 | 0.075 |
| **Produced Water Management** | | | |
| Produced Water pipeline (25-foot by 0.3 miles) | N/A | 0.9 | 0.2 |
| Water plant/ Injection well (6 ac site per 12.5 wells) | N/A | 0.25 | 0.5 |
| **Total Disturbance per Conventional Oil or Gas Well (acres)** | **4** | **7.1** | **3** |

[1] It is assumed that each conventional oil and gas well will need product pipeline and produced water line from the well.  In addition, some wells will need intermediate pipeline run from the field compressor to sales line.

[2] The operation disturbance for utilities assumes all utilities will be completed underground, and the land surface will be reclaimed so that no disturbance should remain except where noted.

BLM_0152456



**Figure 4-14. Wells Drilled per Year by Depth (feet) Within the Cedar Creek Anticline**



**Figure 4-15. Wells Drilled per Year by Depth (feet) Near the Poplar Dome, 1986–2004**

BLM_0152457



**Figure 4-16.  Wells Drilled per Year by Depth (feet) Within Williston Basin Northeast**



**Figure 4-17.  Wells Drilled per Year by Depth (feet) Within the Other Williston Basin Areas, 1986–2004**

BLM_0152458



**Figure 4-18. Wells Drilled per Year by Depth (feet) Near the Porcupine Dome Area**



**Figure 4-19. Wells Drilled per Year by Depth (feet) Within the Powder River Basin**

## 4.7. North Dakota Drilling Activity Forecast (20-Year Forecast)

The North Dakota FO drilling activity forecast covers a 20-year time frame and is based on information contained in the *Reasonable Foreseeable Development Scenario for Oil and Gas Activities on Bureau Managed Lands in the North Dakota Study Area* (BLM 2009a). The Study Area contains about 25,430,243 surface acres of all oil and gas mineral ownership types. The BLM manages about 56,486 acres where there is available Geographical Information System

(GIS) data (the western two thirds of the Study Area).  In the counties east of the GIS data, an additional 2,129.67 acres of BLM managed surface includes the following areas.

- Bottineau 0.05 acres
- McHenry 921.94 acres
- Pierce 39 acres
- Ward 40 acres
- McLean 44.40 acres
- Sheridan 192.5 acres
- Burleigh 144.97 acres
- Kidder 38 acres
- Oliver 38 acres
- Morton 124.57 acres
- Emmons 2.49 acres
- Sioux Reservation lands – no BLM lands
- Grant 543.75 acres

Total Federal oil and gas mineral ownership, in the Study Area, amounts to about 986,324 acres, or about 3.9 percent of total acres.

The BLM manages about 324,269 acres of oil and gas minerals within the Study Area.

## 4.7.1.    General Assumptions

### 4.7.1.1.    Conventional Production

Areas have been classified based on estimated average drilling densities for each township (one township is approximately 36 square miles).  Figure 34 of the RFD (BLM 2009a), illustrates estimated drilling densities in accordance with the following density definitions.

- Very High: >20 wells
- High: 10–20 wells
- Moderate: 2 to <10 wells
- Low: 1 to <2 wells
- Very Low: <1 wells

### 4.7.1.2.    CBNG

CBNG development is a hypothetical play.  Pilot projects in the Study Area will contain 16 to 25 wells.  A projection of 150 new coal bed gas wells will allow some exploration activity and preliminary development if a newly discovered play is determined economic to produce.  (See Figure 36 of the RFD [BLM 2009a]).

### 4.7.1.3.    Horizontal Drilling

Marathon Oil Company has reported drilling performance information for their Bakken Formation horizontal drilling in the Study Area (Roberts et al., 2008).  The company reports the following well characteristics.

BLM_0152460

- The average lateral length is 9,300 ft
- Spud to total depth is 31 days
- Spud to first production is 61 days

Directional and horizontal drilling depths (measured depth) in the study area range from 4,413 to 21,727 feet for oil wells, and 4,173 to 19,954 feet for gas wells. However, most of the oil wells have a measured depth that is within the 13,000 to 16,000 foot range; and the measured depth of gas wells are typically within the 13,000 to 14,000 foot range. Most of the gas production is from the Mississippian-age. As of August, 2008, there were a total of 40 active horizontal and directional injection wells in the Study Area (21 water injection, 15 air injection, and 4 gas injection). The majority of the injection wells are horizontal wells to the Red River Formation in southwestern Slope and Bowman counties.

### 4.7.1.4. Vertical Wells

The majority of oil and gas wells in the Study Area have traditionally been drilled vertically. Of the 2,983 wells spud between January 1998 and December 2007 (Figure 22 in the RFD [BLM 2009a]), only 787 were vertical wells (IHS Energy Group, 2008). In 2007, only 64 (12 percent) of the 537 wells spud were vertical. The vertical wells producing in the Study Area are completed in a variety of formations for both gas and oil. To date, the most productive horizons for vertical completions have been those of the Mississippian Madison Group including the Charles, Mission Canyon, and Lodgepole formations, and the Ordovician Red River Formation.

Vertical well depths in North Dakota range from a few hundred feet in the northeastern portion of the Study Area, to over 15,000 feet near the center of the Williston Basin in McKenzie County. The deepest productive vertical well drilled to date was the Gulf Oil Corporation, Zabolotny 1-2-4A well producing oil from the Duperow Formation in the Little Knife Field of Billings County (See Figure 5 of the RFD [BLM 2009a]). The well reached a total depth of 15,380 feet.

### 4.7.1.5. Typical Well Depths

Figure 4-20 provides a summary of depths for vertical wells. Additional information is provided in Figure 24 of the RFD (BLM 2009a).

BLM_0152461

*Climate Change Supplementary Information Report*



Source:  IHS Energy Group.

**Figure 4-20.  Range of True Vertical Drilling Depths for Wells Drilled
in the North Dakota Study Area**

## 4.7.1.6.   Surface Disturbance

**Table 4-21.  North Dakota FO Short-Term Surface Disturbance**

| Wells | | | Acres of Surface Disturbance | | | |
|---|---|---|---|---|---|---|
| **Type** | **Total** | **BLM Managed** | **Access Roads** | **Well Pad** | **Total** | **BLM Managed** |
| New Exploratory and Development Coal Bed Gas Wells (2010–2029) | 150 | 16 | 0.6 | 0.5 | 165 | 18 |
| New Exploratory and Development Gas Wells (2010–2029) | 315 | 38 | 0.6 | 0.5 | 347 | 42 |
| New Exploratory and Development Oil Wells (2010–2029) | 8,000 | 912 | 2.6 | 4.3 | 55,200 | 6,293 |
| **Total New Exploratory and Development Wells** | **8,465** | **966** | | | **55,712** | **6,352** |
| Existing Active Gas Wells (as of August 2008) | 193 | 141 | 0.3 | 0.25 | 106 | 78 |
| Projected New Gas Wells (August 2008–December 2009) | 49 | 5 | 0.3 | 0.25 | 27 | 3 |
| Existing Active Oil Wells (as of August 2008) | 5,613 | 260 | 1.5 | 2 | 19,646 | 910 |
| Projected New Oil Wells (August 2008–December 2009) | 648 | 71 | 1.5 | 2 | 2,268 | 249 |
| **Total Existing and Projected Wells** | **6,503** | **477** | | | **22,047** | **1,239** |
| **Total Wells** | **14,968** | **1,443** | **Total Short–Term Disturbance** | | **70,508** | **7,591** |

BLM_0152462

**Table 4-22. North Dakota FO Long-Term Surface Disturbance**

| | | | Acres of Surface Disturbance | | | |
|---|---|---|---|---|---|---|
| **Wells** | | | **Access Roads** | **Well Pad** | **Total** | **BLM Managed** |
| **Type** | **Total** | **BLM Managed** | | | | |
| New Producing Coal Bed Gas Wells (2010–2029) | 135 | 6 | 0.3 | 0.25 | 74 | 6 |
| New Producing Gas Wells (2010–2029) | 293 | 21 | 0.3 | 0.25 | 161 | 12 |
| New Producing Oil Wells (2010–2029) | 5,597 | 468 | 1.5 | 1.75 | 18,191 | 1,573 |
| **Total New Producing Wells** | **6,025** | **495** | | | **18,427** | **1,588** |
| Existing Active Gas Wells (as of August 2008)[1] | 185 | 135 | 0.3 | 0.25 | 102 | 79 |
| Projected Producing Gas Wells (August 2008 – December 2009) | 45 | 33 | 0.3 | 0.25 | 25 | 19 |
| Existing Active Oil Wells (as of August 2008)[1] | 4,883 | 226 | 1.5 | 1.75 | 15,871 | 759 |
| Projected Producing Oil Wells (August 2008 – December 2009) | 577 | 27 | 1.5 | 1.75 | 1,875 | 90 |
| **Total Existing and Projected Wells** | **5,691** | **421** | | | **17,873** | **948** |
| **Total Wells** | **11,716** | **917** | **Total Long-Term Disturbance** | | **36,299** | **2,536** |

[1] Minus abandonments during August 2008 – December 2029 period.

### 4.7.1.7. Drilling and Production

**Table 4-23. Annual Projection of North Dakota Study Area Wells Drilled and Associated Confidence Interval, 2010–2029**

| Year | Low | Mean | High |
|---|---|---|---|
| 2010 | 563 | 646 | 807 |
| 2011 | 449 | 506 | 616 |
| 2012 | 219 | 283 | 404 |
| 2013 | 76 | 153 | 302 |
| 2014 | 254 | 330 | 477 |
| 2015 | 296 | 360 | 501 |
| 2016 | 31 | 106 | 250 |
| 2017 | 380 | 435 | 538 |
| 2018 | 129 | 203 | 345 |
| 2019 | 185 | 260 | 405 |
| 2020 | 416 | 495 | 648 |
| 2021 | 67 | 139 | 277 |
| 2022 | 207 | 290 | 450 |

BLM_0152463

*Climate Change Supplementary Information Report*

**Table 4-23 (cont).  Annual Projection of North Dakota Study Area Wells Drilled and Associated Confidence Interval, 2010–2029**

| Year | Low | Mean | High |
|------|-----|------|------|
| 2023 | 323 | 400 | 550 |
| 2024 | 212 | 289 | 437 |
| 2025 | 452 | 541 | 717 |
| 2026 | 770 | 851 | 1,013 |
| 2027 | 385 | 458 | 600 |
| 2028 | 278 | 373 | 555 |
| 2029 | 275 | 367 | 549 |
| Total Wells | 5,967 | 7,491 | 10,441 |

**Table 4-24.  Forecast of North Dakota Study Area Annual and Cumulative Oil and Gas Production, 2010–2029**

| Year | Annual Oil (bbl) | Cumulative Oil (bbl) | Annual Gas (mcf) | Cumulative Gas (mcf) |
|------|------------------|----------------------|------------------|----------------------|
| 2010 | 45,989,017 | 45,989,017 | 71,429,711 | 71,429,711 |
| 2011 | 46,630,723 | 92,619,740 | 73,412,392 | 144,842,103 |
| 2012 | 47,264,419 | 139,884,159 | 70,244,327 | 215,086,430 |
| 2013 | 46,435,503 | 186,319,662 | 72,538,387 | 287,624,817 |
| 2014 | 48,603,354 | 234,923,016 | 75,397,072 | 363,021,889 |
| 2015 | 49,865,746 | 284,788,762 | 75,149,230 | 438,171,119 |
| 2016 | 47,872,466 | 332,661,228 | 73,866,630 | 512,037,749 |
| 2017 | 50,020,690 | 382,681,918 | 76,435,966 | 588,473,715 |
| 2018 | 50,479,396 | 433,161,314 | 76,942,422 | 665,416,137 |
| 2019 | 51,588,348 | 484,749,662 | 77,494,009 | 742,910,146 |
| 2020 | 51,133,242 | 535,882,904 | 78,157,106 | 821,067,252 |
| 2021 | 51,899,668 | 587,782,572 | 79,902,146 | 900,969,398 |
| 2022 | 52,941,423 | 640,723,995 | 78,195,035 | 979,164,433 |
| 2023 | 53,128,728 | 693,852,723 | 78,703,060 | 1,057,867,493 |
| 2024 | 54,538,729 | 748,391,452 | 77,651,026 | 1,135,518,519 |
| 2025 | 55,246,740 | 803,638,192 | 81,519,760 | 1,217,038,279 |
| 2026 | 54,485,626 | 858,123,818 | 78,291,302 | 1,295,329,581 |
| 2027 | 55,682,523 | 913,806,341 | 78,804,074 | 1,374,133,655 |
| 2028 | 55,484,742 | 969,291,083 | 85,088,333 | 1,459,221,988 |
| 2029 | 57,329,351 | 1,026,620,434 | 82,377,505 | 1,541,599,493 |

BLM_0152464

## *4.8.  South Dakota Drilling Activity Forecast (20-Year Forecast)*

The South Dakota FO drilling activity forecast covers a 20-year time frame and is based on information contained in the *South Dakota Reasonable Foreseeable Development Scenario* (BLM 2009b).  The RFD is unpublished, but is available from the BLM.  The South Dakota Study Area contains about 25,838,451 surface acres of all oil and gas mineral ownership types.  Total Federal oil and gas mineral ownership, in the South Dakota Study Area, amounts to about 3,374,457 acres, or about 13 percent of total acres.  Indian tribes and individual Allottees own about 7,028,785 surface acres, or about 27 percent of total acres.  The oil and gas resource on these lands are managed for the tribes by the Bureau of Indian Affairs and the BLM.  The remaining 15,435,209 acres (60 percent) is owned by state and private interests.

The U.S. Forest Service manages most of the Federal oil and gas mineral lands in the South Dakota Study Area (about 1.774 million acres, or about 53 percent).  The BLM manages about 1.471million acres of the Federal oil and gas mineral lands in the Study Area (about 44 percent).  All BLM managed oil and gas mineral lands will be covered by decisions made in the associated RMP EIS.

Smaller amounts of Federal oil and gas mineral lands within the Study Area are managed by the National Park Service (about 103,845 acres or about three percent), BOR (about 14,219 acres) and Military Reservations/Corps of Engineers (about 14,219 acres).

### 4.8.1.  General Assumptions

The majority of oil and gas wells in the Study Area have traditionally been drilled vertically, but recent activity in the Red River Formation in Harding County has reversed this trend.  Of the 189 wells spudded between January 1998 and December 2007, only 61 were vertical wells, with the remainder being horizontal (117) or directional (11).

All currently producing horizontal wells are in the Red River Formation and in Harding County.

The vertical wells producing in the Study Area are completed in a variety of formations for both gas and oil ranging from the Creataceus Eagle to the Red River.  Production has occurred in Dewey, Custer, Fall River, and Harding counties.

True vertical well depths in the Study Area range from a few hundred feet in the Powder River Basin, in the southwestern corner of the state (Fall River County), to over 9,771 feet in Harding County.

### *4.8.1.1.  Conventional Oil and Gas Development Potential*

The majority of additional activity will be additional drilling to grow reserves.  Estimated average drilling density is classified into the following five categories.
- High — 10 to 29 well locations per township
- Moderate — 2 to 10 wells per township
- Low — 1 to 2 wells per township
- Very Low — less than 1 well per township

BLM_0152465

- No potential — Areas of the Black Hills where igneous rocks are at or near the surface

### 4.8.1.2. CBNG

A CBNG play is hypothetical. No CBNG present production or exploration activities are occurring in the Planning Area. As much as 29.91 Bcf could be present in the Planning Area.

It is assumed that 16 to 25 wells would be required in an exploration Plan of Development. If CBNG does come on line during the life of the RFD, it would only be a minor portion of the natural gas production in the FO.

## 4.8.2. Surface Disturbance Estimate

**Table 4-25. South Dakota FO Surface Disturbance Associated With New Drilled Wells, Existing Wells, and Projected Active Wells for the Baseline Scenario (Short-Term Disturbance)**

| Wells | | | Acres of Surface Disturbance | | | |
|---|---|---|---|---|---|---|
| Type | Total | BLM Managed | Access Roads | Well Pad | Total | BLM Managed |
| New Exploratory and Development Coal Bed Gas Wells (2010–2029) | 75 | 4 | 0.6 | 0.5 | 83 | 4 |
| New Exploratory and Development Gas Wells (2010–2029) | 112 | 23 | 0.6 | 0.5 | 123 | 25 |
| New Exploratory and Development Oil Wells (2010–2029) | 337 | 71 | 2.9 | 4 | 2,325 | 490 |
| **Total New Exploratory and Development Wells** | **524** | **98** | | | **2,531** | **520** |
| Existing Active Gas Wells (as of August 2008) | 100 | 31 | 0.3 | 0.25 | 55 | 17 |
| Projected New Gas Wells (August 2008 – December 2009) | 7 | 2 | 0.3 | 0.25 | 4 | 1 |
| Existing Active Oil Wells (as of August 2008) | 308 | 30 | 1.5 | 1.75 | 1,001 | 98 |
| Projected New Oil Wells (August 2008 – December 2009) | 21 | 2 | 1.5 | 1.75 | 68 | 7 |
| **Total Existing and Projected Wells** | **436** | **65** | | | **1,128** | **122** |
| **Total Wells** | **960** | **163** | **Total Short-Term Disturbance** | | **3,659** | **642** |

BLM_0152466

### 4.8.3.   Assumptions

RFD development included the following assumptions.

- 28 additional wells (seven classed as gas wells and 21 classed as oil wells) will be drilled between August 2008 and December 2009.
- Of the existing active wells in August 2008, 75 gas wells and 37 oil wells will be abandoned by December 2029.
- Of the new producing wells drilled between August 2008 and December 2029, all will remain in an unplugged status.
- The success rate of new CBNG wells will be 90 percent.
- The success rate of new non-coal bed oil and gas wells will be 60 percent as determined by the previous 20 years of drilling history.

**Table 4-26.  South Dakota FO Disturbance Associated With New Producing Wells, Existing Wells, and Projected Producing Wells for the Baseline Scenario (Long-Term Disturbance)**

| Wells | | | Acres of Surface Disturbance | | | |
|---|---|---|---|---|---|---|
| Type | Total | BLM Managed | Access Roads | Well Pad | Total | BLM Managed |
| New Producing Coal Bed Gas Wells (2010–2029) | 68 | 4 | 0.3 | 0.25 | 37 | 2 |
| New Producing Gas Wells (2010–2029) | 67 | 14 | 0.3 | 0.25 | 37 | 8 |
| New Producing Oil Wells (2010–2029) | 202 | 43 | 1.5 | 1.75 | 657 | 140 |
| **Total New Producing Wells** | **337** | **60** | | | **731** | **148** |
| Existing Active Gas Wells (as of August 2008)[1] | 25 | 9 | 0.3 | 0.25 | 14 | 5 |
| Projected Producing Gas Wells (August 2008 – December 2009) | 4 | 1 | 0.3 | 0.25 | 2 | 1 |
| Existing Active Oil Wells (as of August 2008)[1] | 271 | 25 | 1.5 | 1.75 | 881 | 81 |
| Projected Producing Oil Wells (August 2008 – December 2009) | 13 | 1 | 1.5 | 1.75 | 41 | 4 |
| **Total Existing and Projected Wells** | **313** | **37** | | | **938** | **91** |
| **Total Wells** | **650** | **97** | **Total Long-Term Disturbance** | | **1,669** | **239** |

BLM_0152467

*Climate Change Supplementary Information Report*

### Table 4-27.  Annual Projection of South Dakota Study Area Wells and Associated Confidence Interval, 2010–2029

| Year | Low | Mean | High |
|---|---|---|---|
| 2010 | 15 | 25 | 44 |
| 2011 | 20 | 29 | 46 |
| 2012 | 2 | 10 | 27 |
| 2013 | 27 | 33 | 48 |
| 2014 | 21 | 30 | 48 |
| 2015 | 20 | 30 | 50 |
| 2016 | 16 | 23 | 37 |
| 2017 | 18 | 28 | 49 |
| 2018 | 7 | 15 | 30 |
| 2019 | 0 | 6 | 22 |
| 2020 | 7 | 15 | 33 |
| 2021 | 11 | 18 | 32 |
| 2022 | 26 | 35 | 56 |
| 2023 | 0 | 5 | 27 |
| 2024 | 14 | 22 | 37 |
| 2025 | 17 | 25 | 42 |
| 2026 | 21 | 30 | 51 |
| 2027 | 17 | 29 | 55 |
| 2028 | 8 | 16 | 31 |
| 2029 | 15 | 25 | 45 |
| **Total Wells** | **282** | **449** | **810** |

### Table 4-28.  Forecast of South Dakota Study Area Annual and Cumulative Oil and Gas Production, 2010–2029

| Year | Annual Oil (bbl) | Cumulative Oil (bbl) | Annual Gas (mcf) | Cumulative Gas (mcf) |
|---|---|---|---|---|
| 2010 | 1,786,948 | 5,074,603 | 13,466,075 | 37,998,982 |
| 2011 | 1,733,147 | 6,807,750 | 13,739,501 | 51,738,483 |
| 2012 | 1,710,074 | 8,517,824 | 14,062,507 | 65,800,990 |
| 2013 | 1,760,897 | 10,278,721 | 14,291,960 | 80,092,950 |
| 2014 | 1,895,065 | 12,173,786 | 13,874,344 | 93,967,294 |
| 2015 | 1,835,697 | 14,009,483 | 13,801,862 | 107,769,157 |
| 2016 | 1,744,162 | 15,753,645 | 15,033,534 | 122,802,691 |
| 2017 | 1,801,011 | 17,554,656 | 16,957,656 | 139,760,347 |
| 2018 | 1,819,946 | 19,374,602 | 16,288,638 | 156,048,985 |
| 2019 | 1,824,190 | 21,198,792 | 16,852,283 | 172,901,267 |
| 2020 | 1,768,595 | 22,967,388 | 17,295,408 | 190,196,675 |

BLM_0152468

**Table 4-28 (cont).  Forecast of South Dakota Study Area Annual
and Cumulative Oil and Gas Production, 2010–2029**

| Year | Annual Oil (bbl) | Cumulative Oil (bbl) | Annual Gas (mcf) | Cumulative Gas (mcf) |
|---|---|---|---|---|
| 2021 | 1,864,647 | 24,832,035 | 17,666,339 | 207,863,014 |
| 2022 | 1,829,170 | 26,661,205 | 19,853,677 | 227,716,690 |
| 2023 | 1,875,085 | 28,536,290 | 20,109,885 | 247,826,575 |
| 2024 | 1,920,304 | 30,456,594 | 19,715,937 | 267,542,512 |
| 2025 | 1,913,306 | 32,369,900 | 19,842,636 | 287,385,148 |
| 2026 | 1,943,632 | 34,313,532 | 20,196,635 | 307,581,783 |
| 2027 | 1,882,287 | 36,195,819 | 21,069,274 | 328,651,057 |
| 2028 | 1,863,648 | 38,059,467 | 20,408,592 | 349,059,649 |
| 2029 | 1,929,270 | 39,988,736 | 21,204,288 | 370,263,938 |

BLM_0152469

**Climate Change Supplementary Information Report**

*[This page intentionally left blank.]*

BLM_0152470

# 5.0   BLM MONTANA, NORTH DAKOTA, AND SOUTH DAKOTA OIL AND GAS GHG EMISSION INVENTORIES

This chapter describes the methods and assumptions used to develop GHG emission inventories for the following BLM FOs.

- Billings
- Butte
- Dillon
- Hi-Line Planning Area (includes Malta, Glasgow, and Havre FOs)
- Lewistown
- Miles City
- North Dakota
- South Dakota

A common calculation Tool was developed in order to produce consistent GHG and criteria pollutant emission inventories.  Development of the Tool is explained first, followed by a discussion of data gathering activities.  Descriptions and summaries of FO-specific GHG emission inventories are then provided.

## 5.1.   *Calculation Tool Development*

Development of a sufficient calculation Tool that estimates emissions based on oil and gas development and operation activities was a critical first step for the development of the GHG emission inventories included in this Chapter.  The following sections describe the calculation Tool and the data sources and methods that were used to develop the GHG ($CO_2$, methane, and $N_2O$) emission inventories.

The BLM NOC provided URS with copies of calculation Tools that estimate emissions for oil, natural gas, and coal bed methane (CBM) wells.  URS then conducted a thorough quality assurance check of the Tools and updated several cell references and some emission calculations. After correspondence with the BLM, URS added new emission calculation worksheets for some oil, gas, and CBM activities occurring in many of the BLM FOs that were not previously included in the calculation Tool.  The final Tool upgrades the original BLM Tool in order to provide a more comprehensive GHG emission inventory of activities occurring in BLM FOs.

## 5.2.   *Activity and Equipment Data Gathering*

To gather equipment and operating parameters needed to estimate emissions, multiple surveys were sent to BLM personnel at multiple FOs.  The surveys requested information including items such as:  1) equipment types and power ratings; 2) frequency and volume of natural gas venting; and 3) size and duration of land disturbance.  The data responses were analyzed and compiled in order to identify typical operations and activities for which emissions could be calculated.  For the Miles City FO (MCFO), the latest SEIS for the area was also used as a source of information

BLM_0152471

for other data values needed to characterize the MCFO RMP oil and gas development and operation activities for the emissions calculations.

## 5.3. Emission Calculation Methods and Description

A variety of emission calculation methods were used to estimate emissions. Detailed calculations and source data documentation are included in the emission calculation spreadsheets included in Appendices B through I. Calculations were based on factors from the following documents and models.

- *AP 42 Fifth Edition, Volume 1* (USEPA 1998, 2000, 2006k)
- USEPA Mandatory GHG Reporting Rule (GPO 2010b)
- USEPA NONROADS 2008a
- MOBILE6.2.03
- *Compendium of Greenhouse Gas Emissions Methodologies for the Oil and Natural Gas Industry* (API 2009)
- *Protocol for Equipment Leak Emissions Estimates* (USEPA 1995)

### 5.3.1.   Drill Rig Engines

Diesel drilling engine emissions of $CO_2$, methane, and $N_2O$ were calculated based on USEPA's non-road engine regulations (http://epa.gov/nonroad-diesel/regulations.htm). These regulations apply to newly manufactured engines and are structured as a tiered program by horsepower rating and year of manufacture (from 2000 forward). Tier 1 standards were phased in from 1996 to 2000. Tier 2 standards took effect from 2001 to 2006, Tier 3 standards (for smaller engines only) took effect from 2006 to 2008, and Tier 4 standards will be phased in from 2008 to 2015.

Since the fleet of drilling engines includes engines manufactured in different years, USEPA NONROADS (2008a) factors for year 2018 were used for $CO_2$, and methane estimates, which accounts for a mixture of Tier 1–3 engines. $N_2O$ emissions were derived from the *Compendium of GHG Emissions Methodologies for the Oil and Gas Industry* (2009), Table 4-17.

The number of drilling engines was based on the expected number of well pads to be drilled and assumed a linear increase from current drilling activity over the 20-year RMP projection.

### 5.3.2.   Well Completion and Re-Completion

Methane and small amounts of $CO_2$ can be released during well completion, recompletion, and workover activities. Based on information collected from BLM personnel, well completion natural gas emissions are vented into the atmosphere. The natural gas is sweet (negligible levels of sulfur) and has an average heat content of approximately 1,000 Btu/scf.

Engine emissions are also associated with well recompletion and workover activities. Emissions of $CO_2$, methane, and $N_2O$ were calculated based on the USEPA's non-road engine regulations (http://epa.gov/nonroad-diesel/regulations.htm). Similar to standard well drilling procedures, USEPA NONROADS (2008a) factors for year 2018 were used for $CO_2$, and methane estimates, which accounts for a mixture of Tier 1–3 engines. $N_2O$ emissions were derived from the *API Compendium* (2009), Table 4-17.

BLM_0152472

### 5.3.3.    Glycol Dehydrators

Based on information provided by BLM personnel, all natural gas is assumed to be dehydrated at sales compressor stations prior to being placed in sales gas pipelines.  Glycol dehydrator emissions were calculated using actual throughput data from the South Baker Compressor Station located in the MCFO.

When determining emissions from a typical dehydrator, the Gas Research Institute (GRI) GLYCalc program was run, with input parameter values and the extended natural gas analysis provided by the BLM for the FO and a typical well found within the FO.  A GLYCalc run was made for each well type (CBM, natural gas, and oil) due to the different gas analyses. Glycol reboiler and flash tank GHG emissions were assumed to be uncontrolled.

### 5.3.4.    Oil and Produced Water Tanks

Oil and produced water tanks are located at oil well pads.  Emissions were calculated based on the assumption that oil and produced water tanks are uncontrolled.  Fugitive emissions associated with truck loading were also estimated with the assumption that trucks transport all produced oil and water resulting from oil wells.

For CBM and natural gas wells BLM personnel reported that very little condensate is produced in the area.  Produced water from CBM and natural gas wells is transported via pipeline to treatment facilities or discharge points.  Water disposal well drilling GHG emissions were estimated using the factors and methodology shown in Section 5.3.1 (Drill Rig Engines).

### 5.3.5.    Equipment Leaks Fugitive

Fugitive emissions associated with equipment leaks were calculated based on data collected from BLM FO personnel.  The BLM FO provided projected valve, pump seal, compressor seal, relief valve, connector, and open ended line counts for a typical well pad for each of the well types (CBM, natural gas, and oil), as well as for a representative field compressor station.  Oil and gas production operations average emission factors from Table 2-4 of the *Protocol for Equipment Leak Emission Estimates* (USEPA 1995) were used in conjunction with FO specific gas analysis data to estimate equipment leak emissions.

### 5.3.6.    Pneumatic Pumps and other Pneumatic Devices

According to data provided by the BLM FO personnel, pneumatic pumps or other pneumatic devices are not found at a typical CBM or natural gas well in the MCFO due to extensive electrification throughout this Field Office.  Although some pneumatic equipment exists in Montana, North Dakota, and South Dakota Field Offices, BLM does not have sufficient information to quantify the number of these devices or their GHG emissions.  BLM expects to obtain information that will enable it to estimate GHG emissions from pneumatic equipment when oil and gas operators begin complying with the USEPA Greenhouse Gas Mandatory Reporting Rule to be codified in 40 *CFR* Part 98, Subpart W.  Oil and gas operators are expected to begin quantifying emissions during 2011 and submit the first annual report by March 31, 2012.

BLM_0152473

### 5.3.7.   Compressor Stations and Oil Pumps

BLM FO data were used to derive future gas compression requirements for the RMP. Compressors were assumed to be equipped with nonselective catalytic reduction (NSCR) catalyst, and would comply with the USEPA New Source Performance Standards in 40 *Code of Federal Regulations* Part 60, Subpart JJJJ. Compressor emissions resulting from rod packing and compressor seals were not estimated and were not included in the emission inventories. These emissions are typically routed to open-ended lines and vented to the atmosphere. BLM does not have sufficient data to reasonably estimate these GHG emissions, which vary significantly based on the type of compressor, age of the equipment, and condition of the rod packing and seals. BLM believes that accurate GHG emission estimates from these sources will become available as oil and gas operators begin complying with USEPA's Greenhouse Gas Mandatory Reporting Rule regulations that are expected to be codified in 40 *CFR* Part 98, Subpart W.

Based on information provided by BLM FO personnel, each oil well was equipped with a natural gas powered 40 hp pump. USEPA Mandatory GHG Reporting Rule, Part 98, Subpart C, Tables C-1 and C-2 (GPO 2010b) GHG emissions factors were used for estimating GHG emissions for compressor and oil pump engines.

### 5.3.8.   Vehicle Exhaust

Vehicle exhaust GHG emissions were calculated for heavy duty diesel vehicles (HDDV) associated with activities such as pad and road construction and maintenance, oil and produced water hauling, drill rig hauling and tanker equipment, and well pad and road reclamation activities. Vehicle exhaust emissions were also calculated for light duty diesel vehicles (LDDV) and light duty gasoline trucks (LDGT) associated with activities such as well pad and compressor station visits, and worker transportation for all of the development and operations activities. Emissions for heavy-duty construction vehicles were calculated based on the number of hours of operation during construction activities, while emissions from vehicle travel for all types of vehicles were based on the number of vehicle miles traveled (VMT). Detailed emission calculations are provided in Appendix G.

## 5.4.   *Specific Planning Area GHG Emission Summaries*

The following sections provide summaries of estimated GHG emissions for each of the Planning Areas in Montana, North Dakota, and South Dakota. Annual emissions are provided for the year with the maximum predicted emissions during the next 18 to 20 years based on development activity included in recent RMPs.

### 5.4.1.   Billings Planning Area GHG Emissions

RMP year 2030 was chosen for reporting Billings Planning Area emissions because this is the year of highest expected combined construction and production emissions for oil and gas sources within the Billings Planning Area. Development within the area is expected to remain low, increasing slightly from the level of current drilling activity. Consequently, the greatest

BLM_0152474

construction activities and operating activities are expected to occur at the end of the life of Project (LOP) in year 2030.

Table 5-1 summarizes GHG emissions for Federal and non-Federal sources. Emissions for each activity described earlier in this document were developed on a "per well" annual basis (in short tons per year) for each well type. The per well estimates were applied to RMP year 2030 well counts for each well type to determine the total FO projected emissions. The same per well emission estimates were used for Federal and non-Federal wells.

Total $CO_2$, $CH_4$, and $N_2O$ emissions, as well as total emissions in terms of $CO_2e$ are summarized in Table 5-1 for wells on federal and non-federal land. Pollutant-specific emissions are reported in short tons per year (tpy), while $CO_2e$ is provided in units of tpy and in metric tons per year. Detailed emission calculations are provided in Appendix B.

**Table 5-1.  Billings Planning Area Estimated GHG Emissions for Year 2030**

| Ownership / Well Type | Emissions (tpy) | | | | Emissions (metric tons/yr) |
|---|---|---|---|---|---|
| | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2e$ | $CO_2e$ |
| *Federal* | | | | | |
| Conventional Natural Gas Wells | 354.6 | 5.2 | 0.002 | 464.9 | 421.9 |
| CBNG Wells | 0.0 | 0.0 | 0.000 | 0.0 | 0.0 |
| Oil Wells | 8,352.9 | 53.9 | 0.044 | 9,497.8 | 8,618.7 |
| **Federal Total** | **8,707.5** | **59.1** | **0.046** | **9,962.8** | **9,040.6** |
| *Non-Federal* | | | | | |
| Conventional Natural Gas Wells | 3,946.6 | 45.2 | 0.013 | 4,899.2 | 4,445.7 |
| CBNG Wells | 0.0 | 0.0 | 0.000 | 0.0 | 0.0 |
| Oil Wells | 8,352.9 | 53.9 | 0.044 | 9,497.8 | 8,618.7 |
| **Non-Federal Total** | **12,299.5** | **99.0** | **0.057** | **14,397.0** | **13,064.4** |
| **Total Federal and Non-Federal** | **21,007.0** | **158.1** | **0.103** | **24,359.8** | **22,105.1** |

## 5.4.2.   Butte Planning Area GHG Emissions

RMP year 2028 was chosen for reporting Butte Planning Area emissions because this is the year of highest expected combined construction and production emissions for oil and gas sources within the Butte Planning Area. Development within the Butte Planning Area is expected to remain low, increasing slightly from the level of current drilling activity. Consequently, the greatest construction activities and operating activities are expected to occur at the end of the LOP in year 2028.

Table 5-2 summarizes GHG emissions for Federal and non-Federal sources. Emissions for each activity described earlier in this document were developed on a "per well" annual basis (in short tons per year) for each well type. The per well estimates were applied to RMP year 2028 well

BLM_0152475

counts for each well type to determine the total FO projected emissions. The same per well emission estimates were used for Federal and non-Federal wells.

Total $CO_2$, $CH_4$, and $N_2O$ emissions, as well as total emissions in terms of $CO_2e$ are summarized in Table 5-2 for wells on federal and non-federal land. Pollutant-specific emissions are reported in tpy, while $CO_2e$ is provided in units of tpy and in metric tons per year. Detailed emission calculations are provided in Appendix C.

**Table 5-2. Butte Planning Area Estimated GHG Emissions for Year 2028**

| Ownership / Well Type | Emissions (tpy) | | | | Emissions (metric tons/yr) |
|---|---|---|---|---|---|
| | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2e$ | $CO_2e$ |
| *Federal* | | | | | |
| Conventional Natural Gas Wells | 420.2 | 9.4 | 0.003 | 618.0 | 560.8 |
| CBNG Wells | 0.0 | 0.0 | 0.000 | 0.0 | 0.0 |
| Oil Wells | 0.0 | 0.0 | 0.000 | 0.0 | 0.0 |
| **Federal Total** | **420.2** | **9.4** | **0.003** | **618.0** | **560.8** |
| *Non-Federal* | | | | | |
| Conventional Natural Gas Wells | 630.4 | 14.0 | 0.004 | 926.7 | 840.9 |
| CBNG Wells | 1,218.9 | 59.6 | 0.005 | 2,471.6 | 2,242.8 |
| Oil Wells | 1,890.7 | 3.3 | 0.001 | 1,961.0 | 1,779.5 |
| **Non-Federal Total** | **3,739.9** | **77.0** | **0.010** | **5,359.3** | **4,863.2** |
| **Total Federal and Non-Federal** | **4,160.1** | **86.3** | **0.013** | **5,977.3** | **5,424.0** |

## 5.4.3.   Dillon Planning Area GHG Emissions

RMP year 2020 was chosen for reporting Dillon Planning Area emissions because this is the year of highest expected combined construction and production emissions for oil and gas sources within the Dillon Planning Area. Development within the Dillon Planning Area is expected to remain low, increasing slightly from the level of no activity. Consequently, the greatest construction activities and operating activities are expected to occur at the end of the LOP in year 2020.

Table 5-3 summarizes GHG emissions for Federal and non-Federal sources. Emissions for each activity described earlier in this document were developed on a "per well" annual basis (in short tons per year) for each well type. The per well estimates were applied to RMP year 2020 well counts for each well type to determine the total FO projected emissions. The same per well emission estimates were used for Federal and non-Federal wells.

Total $CO_2$, $CH_4$, and $N_2O$ emissions, as well as total emissions in terms of $CO_2e$ are summarized in Table 5-3 for wells on federal and non-federal land. Pollutant-specific emissions are reported

BLM_0152476

in tpy, while $CO_2e$ is provided in units of tpy and in metric tons per year. Detailed emission calculations are provided in Appendix D.

**Table 5-3.  Dillon Planning Area Estimated GHG Emissions for Year 2020**

| Ownership / Well Type | Emissions (tpy) | | | | Emissions (metric tons/yr) |
|---|---|---|---|---|---|
| | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2e$ | $CO_2e$ |
| *Federal* | | | | | |
| Conventional Natural Gas Wells | 271.3 | 39.7 | 0.003 | 1,105.1 | 1,002.8 |
| CBNG Wells | 0.0 | 0.0 | 0.000 | 0.0 | 0.0 |
| Oil Wells | 789.0 | 2.2 | 0.007 | 837.0 | 759.5 |
| **Federal Total** | **1,060.3** | **41.8** | **0.010** | **1,942.1** | **1,762.3** |
| | | | | | |
| *Non-Federal* | | | | | |
| Conventional Natural Gas Wells | 271.3 | 39.7 | 0.003 | 1,105.1 | 1,002.8 |
| CBNG Wells | 0.0 | 0.0 | 0.000 | 0.0 | 0.0 |
| Oil Wells | 550.8 | 0.4 | 0.006 | 561.5 | 509.5 |
| **Non-Federal Total** | **822.1** | **40.1** | **0.009** | **1,666.5** | **1,512.3** |
| | | | | | |
| **Total Federal and Non-Federal** | **1,882.4** | **81.9** | **0.018** | **3,608.6** | **3,274.6** |

## 5.4.4.    Hi-Line Planning Area GHG Emissions

RMP year 2026 was chosen for reporting Hi-Line Planning Area emissions because this is the year of highest expected combined construction and production emissions for oil and gas sources within the Hi-Line Planning Area. Development within the Hi-Line Planning Area is expected to remain relatively constant throughout the life of the plan. Consequently, the greatest construction activities and operating activities are expected to occur at the end of the LOP.

Table 5-4 summarizes GHG emissions for Federal and non-Federal sources. Emissions for each activity described earlier in this document were developed on a "per well" annual basis (in short tons per year) for each well type. The per well estimates were applied to RMP year 2026 well counts for each well type to determine the total FO projected emissions. The same per well emission estimates were used for Federal and non-Federal wells.

Total $CO_2$, $CH_4$, and $N_2O$ emissions, as well as total emissions in terms of $CO_2e$ are summarized in Table 5-4 for wells on federal and non-federal land. Pollutant-specific emissions are reported in tpy, while $CO_2e$ is provided in units of tpy and in metric tons per year. Detailed emission calculations are provided in Appendix E.

BLM_0152477

*Climate Change Supplementary Information Report*

**Table 5-4.  Hi-Line Planning Area Estimated GHG Emissions for Year 2026**

| Ownership / Well Type | Emissions (tpy) | | | | Emissions (metric tons/yr) |
|---|---|---|---|---|---|
| | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2e$ | $CO_2e$ |
| *Federal* | | | | | |
| Conventional Natural Gas Wells | 120,755.6 | 1,041.1 | 0.874 | 142,889.9 | 129,664.2 |
| CBNG Wells | 883.9 | 48.4 | 0.003 | 1,901.2 | 1,725.3 |
| Oil Wells | 2,380.4 | 15.9 | 0.012 | 2,718.9 | 2,467.2 |
| **Federal Total** | **124,020.0** | **1,105.5** | **0.889** | **147,510.0** | **133,856.7** |
| | | | | | |
| *Non-Federal* | | | | | |
| Conventional Natural Gas Wells | 230,463.7 | 1,988.7 | 1.151 | 272,584.0 | 247,353.9 |
| CBNG Wells | 4,736.3 | 261.3 | 0.014 | 10,228.8 | 9,282.1 |
| Oil Wells | 19,559.6 | 123.6 | 0.052 | 22,170.3 | 20,118.2 |
| **Non-Federal Total** | **254,759.5** | **2,373.6** | **1.218** | **304,983.1** | **276,754.2** |
| | | | | | |
| **Total Federal and Non-Federal** | **378,779.5** | **3,479.1** | **2.106** | **452,493.2** | **410,610.9** |

## 5.4.5.   Lewistown Planning Area GHG Emissions

RMP year 2029 was chosen for reporting Lewistown Planning Area emissions because this is the year of highest expected combined construction and production emissions for oil and gas sources within the Lewistown Planning Area.  Development within the Lewistown Planning Area is expected to remain low, increasing slightly from the level of current drilling activity. Consequently, the greatest construction activities and operating activities are expected to occur at the end of the LOP in year 2029.

Table 5-5 summarizes GHG emissions for Federal and non-Federal sources.  Emissions for each activity described earlier in this document were developed on a "per well" annual basis (in short tons per year) for each well type.  The per well estimates were applied to RMP year 2029 well counts for each well type to determine the total FO projected emissions.  The same per well emission estimates were used for Federal and non-Federal wells.

Total $CO_2$, $CH_4$, and $N_2O$ emissions, as well as total emissions in terms of $CO_2e$ are summarized in Table 5-5 for wells on federal and non-federal land.  Pollutant-specific emissions are reported in tpy, while $CO_2e$ is provided in units of tpy and in metric tons per year.  Detailed emission calculations are provided in Appendix F.

BLM_0152478

**Table 5-5.  Lewistown Planning Area Estimated GHG Emissions for Year 2029**

| Ownership / Well Type | Emissions (tpy) | | | | Emissions (metric tons/yr) |
|---|---|---|---|---|---|
| | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2e$ | $CO_2e$ |
| *Federal* | | | | | |
| Conventional Natural Gas Wells | 593.9 | 2.1 | 0.006 | 640.1 | 580.9 |
| CBNG Wells | 0.0 | 0.0 | 0.000 | 0.0 | 0.0 |
| Oil Wells | 727.6 | 1.4 | 0.007 | 759.2 | 688.9 |
| **Federal Total** | **1,321.6** | **3.5** | **0.013** | **1,399.3** | **1,269.8** |
| | | | | | |
| *Non-Federal* | | | | | |
| Conventional Natural Gas Wells | 939.3 | 6.2 | 0.009 | 1,072.4 | 973.2 |
| CBNG Wells | 0.0 | 0.0 | 0.000 | 0.0 | 0.0 |
| Oil Wells | 3,115.9 | 12.6 | 0.012 | 3,383.4 | 3,070.2 |
| **Non-Federal Total** | **4,055.3** | **18.8** | **0.021** | **4,455.8** | **4,043.4** |
| | | | | | |
| **Total Federal and Non-Federal** | **5,376.8** | **22.3** | **0.034** | **5,855.2** | **5,313.2** |

## 5.4.6.    Miles City Planning Area GHG Emissions

RMP year 20 was chosen for reporting Miles City Planning Area emissions because this is the year of highest expected combined construction and production emissions for oil and gas sources within the area.  Development within the area is expected to increase linearly from the level of current drilling activity.  Consequently, the greatest construction activities and operating activities are expected to occur at the end of the LOP in year 2028.

Data supplied by the Miles City FO indicate that there are approximately 867 CBM wells being serviced by 36 field and 6 sales compressors.  The field compressors are about 300 hp each and the sales compressors are approximately 1680 hp each.  The typical CBM gas production per well is 45 mcfd.

Table 5-6 summarizes GHG emissions for Miles City FO Federal and non-Federal sources. Emissions for each activity described earlier in this document were developed on a "per well" annual basis (in short tons per year) for each well type.  The per well estimates were applied to RMP year 20 well counts for each well type to determine the total FO projected emissions.  The same per well emission estimates were used for Federal and non-Federal wells.

Total $CO_2$, methane, and $N_2O$ emissions, as well as total emissions in terms of $CO_2e$ are summarized in Table 5-6 for wells on federal and non-federal land.  Pollutant-specific emissions are reported in tpy, while $CO_2e$ is provided in units of tpy and in metric tons per year.  Detailed emission calculations are provided in Appendix G.

BLM_0152479

**Table 5-6.  Miles City Planning Area Estimated GHG Emissions for Year 2028**

| Ownership / Well Type | Emissions (tpy) | | | | Emissions (metric tons/yr) |
|---|---|---|---|---|---|
| | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2e$ | $CO_2e$ |
| *Federal* | | | | | |
| Conventional Natural Gas Wells | 158,154.7 | 1,572.8 | 1.2 | 190,984.1 | 173,817.6 |
| CBNG Wells | 268,477.4 | 5,194.6 | 0.9 | 377,826.5 | 342,855.2 |
| Oil Wells | 91,689.0 | 562.7 | 0.5 | 103,663.3 | 94,068.3 |
| **Federal Total** | **518,321.1** | **7,330.0** | **2.5** | **672,473.8** | **610,741.1** |
| | | | | | |
| *Non-Federal* | | | | | |
| Conventional Natural Gas Wells | 545,689.1 | 5,425.9 | 2.1 | 658,344.3 | 599,170.7 |
| CBNG Wells | 274,925.2 | 5,330.5 | 0.9 | 387,135.7 | 351,302.8 |
| Oil Wells | 422,033.9 | 2,576.3 | 1.3 | 476,522.7 | 432,416.3 |
| **Non-Federal Total** | **1,242,648.3** | **13,332.7** | **4.2** | **1,522,002.7** | **1,382,889.7** |
| | | | | | |
| **Total Federal and Non-Federal** | **1,760,969.4** | **20,662.7** | **6.8** | **2,194,476.5** | **1,993,630.8** |

## 5.4.7.    North Dakota Planning Area GHG Emissions

RMP year 2029 was chosen for reporting North Dakota Planning Area emissions because this is the year of highest expected combined construction and production emissions for oil and gas sources within the North Dakota Planning Area.  Development within the North Dakota Planning Area is expected to remain low, increasing slightly from the level of current drilling activity.  Consequently, the greatest construction activities and operating activities are expected to occur at the end of the LOP in year 2029.

Table 5-7 summarizes GHG emissions for Federal and non-Federal sources.  Emissions for each activity described earlier in this document were developed on a "per well" annual basis (in short tons per year) for each well type.  The per well estimates were applied to RMP year 2029 well counts for each well type to determine the total FO projected emissions.  The same per well emission estimates were used for Federal and non-Federal wells.

Total $CO_2$, $CH_4$, and $N_2O$ emissions, as well as total emissions in terms of $CO_2e$ are summarized in Table 5-7 for wells on federal and non-federal land.  Pollutant-specific emissions are reported in tpy, while $CO_2e$ is provided in units of tpy and in metric tons per year.  Detailed emission calculations are provided in Appendix F.

BLM_0152480

**Table 5-7.  North Dakota Planning Area Estimated GHG Emissions for Year 2029**

| Ownership / Well Type | Emissions (tpy) | | | | Emissions (metric tons/yr) |
|---|---|---|---|---|---|
| | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2e$ | $CO_2e$ |
| *Federal* | | | | | |
| Conventional Natural Gas Wells | 562.69 | 116.72 | 0.01 | 3,016.03 | 2,736.87 |
| CBNG Wells | 3,822.02 | 49.22 | 0.07 | 4,876.90 | 4,425.50 |
| Oil Wells | 547,165.01 | 1,132.11 | 7.44 | 573,246.85 | 520,187.71 |
| **Federal Total** | **551,549.72** | **1,298.05** | **7.52** | **581,139.78** | **527,350.08** |
| | | | | | |
| *Non-Federal* | | | | | |
| Conventional Natural Gas Wells | 3,173.45 | 645.05 | 0.04 | 16,730.62 | 15,182.05 |
| CBNG Wells | 24,152.94 | 307.60 | 0.43 | 30,746.53 | 27,900.66 |
| Oil Wells | 3,382,213.37 | 6,987.58 | 36.96 | 3,540,410.75 | 3,212,713.93 |
| **Non-Federal Total** | **3,409,539.76** | **7,940.23** | **37.43** | **3,587,887.90** | **3,255,796.64** |
| | | | | | |
| *North Dakota Trust (Fort Berthold)* | | | | | |
| Conventional Natural Gas Wells | 371.34 | 73.72 | 0.00 | 1,920.88 | 1,743.08 |
| CBNG Wells | 2,675.02 | 33.84 | 0.05 | 3,400.44 | 3,085.70 |
| Oil Wells | 382,453.66 | 789.50 | 5.20 | 400,645.54 | 363,562.19 |
| **North Dakota Trust Total** | **385,500.02** | **897.06** | **5.25** | **405,966.86** | **368,390.97** |
| | | | | | |
| *Forest Service* | | | | | |
| Conventional Natural Gas Wells | 728.49 | 132.08 | 0.01 | 3,504.99 | 3,180.57 |
| CBNG Wells | 5,579.43 | 70.75 | 0.10 | 7,096.16 | 6,439.35 |
| Oil Wells | 773,843.28 | 1,598.86 | 10.53 | 810,682.18 | 735,646.26 |
| **Forest Service Total** | **780,151.20** | **1,801.69** | **10.64** | **821,283.33** | **745,266.18** |
| | | | | | |
| **Total Federal, Non-Federal, Fort Berthold, and Forest Service** | **5,126,740.70** | **11,937.03** | **60.84** | **5,396,277.87** | **4,896,803.87** |

## 5.4.8.   South Dakota Planning Area GHG Emissions

RMP year 2029 was chosen for reporting South Dakota Planning Area emissions because this is the year of highest expected combined construction and production emissions for oil and gas sources within the South Dakota Planning Area.  Development within the South Dakota Planning Area is expected to remain low, increasing slightly from the level of current drilling activity. Consequently, the greatest construction activities and operating activities are expected to occur at the end of the LOP in year 2029.

Table 5-8 summarizes GHG emissions for Federal and non-Federal sources.  Emissions for each activity described earlier in this document were developed on a "per well" annual basis (in short tons per year) for each well type.  The per well estimates were applied to RMP year 2029 well counts for each well type to determine the total FO projected emissions.  The same per well emission estimates were used for Federal and non-Federal wells.

BLM_0152481

*Climate Change Supplementary Information Report*

Total $CO_2$, $CH_4$, and $N_2O$ emissions, as well as total emissions in terms of $CO_2e$ are summarized in Table 5-8 for wells on federal and non-federal land. Pollutant-specific emissions are reported in tpy, while $CO_2e$ is provided in units of tpy and in metric tons per year. Detailed emission calculations are provided in Appendix I.

**Table 5-8. South Dakota Planning Area Estimated GHG Emissions for Year 2029**

| Ownership / Well Type | Emissions (tpy) | | | | Emissions (metric tons/yr) |
|---|---|---|---|---|---|
| | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2e$ | $CO_2e$ |
| *Federal* | | | | | |
| Conventional Natural Gas Wells | 455.89 | 99.25 | 0.01 | 2,542.29 | 2,306.98 |
| CBNG Wells | 283.97 | 17.26 | 0.00 | 647.81 | 587.85 |
| Oil Wells | 704,439.61 | 803.82 | 12.53 | 725,203.06 | 658,079.00 |
| **Federal Total** | **705,179.47** | **920.33** | **12.54** | **728,393.16** | **660,973.83** |
| *Non-Federal* | | | | | |
| Conventional Natural Gas Wells | 1,796.42 | 384.04 | 0.03 | 9,869.70 | 8,956.17 |
| CBNG Wells | 1,385.77 | 306.37 | 0.02 | 7,826.05 | 7,101.68 |
| Oil Wells | 190,613.56 | 214.59 | 3.53 | 196,214.94 | 178,053.48 |
| **Non-Federal Total** | **193,795.75** | **905.00** | **3.58** | **213,910.69** | **194,111.33** |
| | | | | | |
| **Total Federal and Non-Federal** | **898,975.22** | **1,825.33** | **16.12** | **942,303.85** | **855,085.16** |

## 5.5. Montana, North Dakota, and South Dakota GHG Emission Summaries

The following discussion summarizes total potential GHG emissions from energy development within the eight Planning Areas in Montana, North Dakota, and South Dakota. As shown in Figure 5-1, oil production accounts for 76 percent of total potential GHG emissions, with conventional natural gas and CBNG accounting for 15 percent and 9 percent, respectively. Total potential GHG emissions are based on level of activity and the emission calculations shown in Appendices B through I.

BLM_0152482

*Climate Change Supplementary Information Report*



**Figure 5-1.  Potential Energy Production GHG Emissions**

Table 5-9 summarizes estimated potential GHG emissions for Planning Areas in Montana, North Dakota, and South Dakota.  For easier comparison to state and national GHG emission inventories, these emissions are shown in million short tons per year and in million metric tons (Mt) of $CO_2e$.  Total annual estimated GHG emissions based on each Planning Area's year with the greatest estimated emissions (during the next 20 years) are approximately 8.6 Mt for Planning Areas in the three-state region.

**Table 5-9.  Montana, North Dakota, and South Dakota Planning Area GHG Emissions**

| State / Planning Area | Emissions ($10^6$ tpy) | | | | Emissions (Mt) |
|---|---|---|---|---|---|
| | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2e$ | $CO_2e$ |
| *Montana* | | | | | |
| Billings | 0.021 | 0.000 | 1.030E-07 | 0.024 | 0.022 |
| Butte | 0.004 | 0.000 | 1.300E-08 | 0.006 | 0.005 |
| Dillon | 0.002 | 0.000 | 1.800E-08 | 0.004 | 0.003 |
| Hi-Line | 0.379 | 0.003 | 2.106E-06 | 0.452 | 0.411 |
| Lewistown | 0.005 | 0.000 | 3.400E-08 | 0.006 | 0.005 |
| Miles City | 1.761 | 0.021 | 6.800E-06 | 2.194 | 1.994 |
| **Montana Total** | **2.172** | **0.024** | **9.074E-06** | **2.687** | **2.440** |
| *North Dakota* | **5.127** | **0.012** | **6.080E-05** | **5.396** | **4.897** |
| *South Dakota* | **0.899** | **0.002** | **1.610E-05** | **0.942** | **0.855** |
| **Total Montana, North Dakota, and South Dakota** | **8.198** | **0.038** | **8.597E-05** | **9.025** | **8.192** |

BLM_0152483

*Climate Change Supplementary Information Report*

The following sections of this report compare Planning Area federal and non-federal emissions for oil, conventional natural gas, and CBNG production activities. In each of the sector-specific charts, GHG emissions are shown on a logarithmic scale, in which each incremental increase in bar height represents a ten-fold increase in emissions.

More detailed GHG emission graphs are included in Appendices B though I for each of the eight Planning Areas. In graphs following emission summary tables for each type of energy production, GHG emissions are broken down in terms of GHG pollutant ($CO_2$, methane, and $N_2O$) and source type (e.g., well workovers, vehicle exhaust, and tank emissions). The graph on page B-5 is one example; it shows the detailed emission breakdown for oil production emissions from federal mineral estate in the Billings Planning Area. The graph on page B-30 provides the emission breakdown for conventional natural gas wells in the Billings Planning Area federal mineral estate.

Each of the graphs in Appendices B through I have logarithmic scales for GHG emissions, with units of short tons for $CO_2$, methane, $N_2O$, and $CO_2e$, as well as units of metric tons for $CO_2e$. Emission sources with potential GHG emissions of more than 1 tpy have bars extending above the 1-tpy line, while sources with potential emissions less than 1 tpy have bars extending below this line.

### 5.5.1.   Oil GHG Emissions

The North Dakota Planning Area has the largest potential oil production GHG emissions from both federal and non-federal mineral estate. As shown in Figure 5-2, more than 1 million metric tons of $CO_2e$ may be produced from oil wells on federal mineral estate and from oil wells on non-federal mineral estate. In addition, the South Dakota and Miles City Planning Areas each may also potentially produce 100,000 metric tons per year of $CO_2e$ emissions from wells on federal and on non-federal mineral estate. All other Planning Areas are estimated to have substantially lower potential $CO_2e$ emissions.

BLM_0152484



**Figure 5-2. Potential Oil GHG Emissions**

## 5.5.2. Conventional Natural Gas GHG Emissions

Figure 5-3 illustrates potential GHG emissions from conventional natural gas production. The following groups of natural gas wells are estimated to emit more than 100,000 metric tons of $CO_2$e: federal wells in the Hi-Line and Miles City Planning Areas and non-federal wells in each of these Planning Areas. Most Planning Areas are estimated to have federal and non-federal natural gas production $CO_2$e emissions less than 10,000 metric tons.



**Figure 5-3. Potential Conventional Natural Gas GHG Emissions**

BLM_0152485

*Climate Change Supplementary Information Report*

### 5.5.3.    Coal Bed Natural Gas GHG Emissions

Figure 5-4 provides estimated $CO_2e$ emissions for those Planning Areas expected to develop coal bed natural gas wells.  The Miles City Planning Area is estimated to produce more than 100,000 metric tons of $CO_2e$ from CBNG wells on federal and on non-federal mineral estate.  In the Butte Planning Area, CBNG wells are expected to be located on non-federal mineral estate.  However, the Billings, Dillon, and Lewistown Planning Areas are not expected to produce CBNG in the near future.



**Figure 5-4.  Potential CBNG GHG Emissions**

BLM_0152486

# 6.0   OIL AND GAS GHG MITIGATION

Existing and potential oil and gas mitigation technologies for sources that could be used to develop federal minerals in Montana, North Dakota, and South Dakota are described in this chapter. Within the natural gas and CBM industries, GHG emission reduction technology discussions are included for the production and gathering/processing sectors. Within the oil industry, emission reduction strategies for the production sector are addressed.

Emission reduction technologies included in this chapter focus on emission reductions for methane and $CO_2$, since these two GHGs are expected to account for the largest RF effects from oil and gas operations. Small amounts of $N_2O$ are also emitted from combustion sources such as flares, heaters, and engines. Achieving high energy efficiency and avoiding flaring are the most practical $N_2O$ mitigation strategies.

Before beginning the emission reduction technology descriptions, relevant GHG mitigation programs and state Climate Action Plans are discussed. At the end of the specific technology descriptions, potential global energy sector GHG emission reductions and marginal mitigation costs are summarized.

## 6.1.   GHG Mitigation Programs and Plans

GHG mitigation has historically been a voluntary effort and continuing voluntary efforts play a large role in ongoing GHG emission reduction. USEPA, states, and industry organizations lead a variety of voluntary efforts. Two of these efforts, the USEPA Natural Gas STAR Program and the Montana Climate Action Plan are described below. As of July 2010, North and South Dakota did not have climate action plans, nor were plans currently being developed, as reported by the Pew Center on Global Climate Change (PCGCC 2010).

### 6.1.1.   USEPA Natural Gas STAR Program

The Natural Gas STAR Program was established in 1993 with the goal of helping oil and natural gas companies reduce methane emissions through technology transfer and other means of communication. The program solicits voluntary participation from domestic and international oil and natural gas companies. Natural Gas STAR industry partners now represent 60 percent of the natural gas industry in the United States, including 18 of the top 25 natural gas production companies. The international program launched in 2006 and has more than 130 partner companies (12 of which are international partners) and is endorsed by 20 major industry trade associations. In order to participate in the program, Natural Gas STAR partners sign a memorandum of understanding with USEPA, develop a methane reduction implementation program, implement the program, and submit annual reports describing mitigation activities and methane emissions.

Since 1993, the U.S. oil and natural gas industry has eliminated more than 822 Bcf of domestic methane emissions through the implementation of approximately 80 technologies and practices. For calendar year 2008, Natural Gas STAR partners reported domestic emission reductions of

BLM_0152487

more than 114 Bcf. The 2008 voluntary domestic emission reductions are equivalent to the following (USEPA 2009b).

- The additional revenue of more than $802 million in natural gas sales based on a natural gas price of $7.00 per thousand cubic feet (Mcf)
- The avoidance of 46.3 Mt of $CO_2e$
- The $CO_2$ emissions from the annual electricity consumption of more than 6 million homes
- The annual greenhouse gas emissions from 8.5 million passenger vehicles
- The carbon sequestered annually by 10.5 million acres of pine or fir forests

Natural Gas STAR methane emission reductions during 2008 and cumulative reductions since 1990 are summarized in Table 6-1. Emission reductions are provided for production and gathering/processing sectors and by the type of emission reduction technology. Total emission reductions for each sector are provided in Bcf of methane. Technologies accounting for the emission reductions are shown, along with the percentage of the total reduction that each technology contributed.

**Table 6-1. Methane Emission Reductions Reported Under USEPA Natural Gas STAR Program** [1]

| Industry Sector / Technology | 2008 Emission Reduction | Total Emission Reduction Since 1990 |
|---|---|---|
| **Production** | **89.3 Bcf** | **537.4 Bcf** |
| Artificial lift: gas lift | 3% | — [2] |
| Artificial lift; install plunger lifts | 11% | 12% |
| Artificial lift; install smart lift automated systems on gas wells | 4% | 3% |
| Convert to instrument air systems | 3% | 3% |
| Foaming agent use to reduce blowdown frequency | 4% | — [2] |
| Install flash tank separators on glycol dehydrators | — [2] | 2% |
| Install vapor recovery units | — [2] | 12% |
| Reduced emission completions | 50% | 36% |
| Replace high-bleed pneumatic devices | 5% | 9% |
| Other | 20% | 23% |

Source:   USEPA 2009b.

[1] Methane emission reduction technologies for the transmission and distribution sectors are not included.
[2] The emission reduction percentage contribution for this technology is included in the "other" category for this time period.
DI&M = direct inspection and maintenance
ESD = emergency shutdown
N2 = nitrogen

BLM_0152488

**Table 6-1 (cont). Methane Emission Reductions Reported Under USEPA Natural Gas STAR Program** [1]

| Industry Sector / Technology | 2008 Emission Reduction | Total Emission Reduction Since 1990 |
|---|---|---|
| **Gathering and Processing Sector** | **7 Bcf** | **42.8 Bcf** |
| DI&M aerial leak detection using laser and/or infrared technology | 24% | 20% |
| DI&M leak detection using infrared camera/optical imaging | —[2] | 7% |
| Eliminate unnecessary equipment and/or systems | 6% | 9% |
| Install electric compressors | 22% | 15% |
| Install flash tank separators on glycol dehydrators | 5% | —[2] |
| Install vapor recovery units | 9% | —[2] |
| Optimize N2 rejection unit to reduce methane in N2 reject stream | 6% | 10% |
| Pipeline replacement and repair | —[2] | 5% |
| Redesign blowdown/alter ESD practices | 8% | 7% |
| Other | 20% | 27% |

Source:   USEPA 2009b.

[1] Methane emission reduction technologies for the transmission and distribution sectors are not included.
[2] The emission reduction percentage contribution for this technology is included in the "other" category for this time period.

DI&M = direct inspection and maintenance
ESD = emergency shutdown
N2 = nitrogen

## 6.1.2.   Montana Climate Action Plan

The Montana Climate Action Plan (MCCAC 2007) estimates that GHGs from the natural gas sector can be reduced by 3.9 to 6.6 Mt of $CO_2e$ between 2007 and 2020 with a net economic benefit. The larger emission reduction estimate is based on a high natural gas growth rate during that time period. $CO_2$ and methane emission reductions are included in the estimate.

Montana's Climate Action Plan policy description recommends that the state "adopt a policy to encourage natural gas companies in the state to participate in EPA's Natural Gas STAR Program and provide enforcement and verification of participation (MCCAC 2007)." Many of Montana's natural gas operators are smaller companies that may not be participating in the Natural Gas STAR Program. The Montana Climate Change Advisory Committee (CCAC) recommends that the state consider whether participation by smaller companies would be a significant burden and possibly provide incentives if needed. The MCCAC suggests a goal of reducing methane emissions by 30 percent below business as usual (BAU) levels by 2020 (MCCAC 2007).

Montana's Climate Action Plan recommends use of the following practices to decrease methane and $CO_2$ emissions (MCCAC 2007).

BLM_0152489

- Methane
  - Preventive maintenance (improving the overall efficiency of the gas production and distribution system)
  - Reducing flashing losses (releases when pressure drops at storage tanks, wells, compressor stations, or gas plants)
  - Changing and replacing parts and devices to reduce leaks and improve efficiency
- $CO_2$
  - Using new efficient compressors
  - Optimizing gas flow to improve compressor efficiency
  - Improving performance of compressor cylinder ends
  - Capturing compressor waste heat
  - Replacing compressor driver engines
  - Using waste heat recovery boilers

For the oil industry, the Climate Action Plan did not assess opportunities for GHG emission reductions in oil industry production fields. Instead, all recommendations addressed petroleum refining emission reduction strategies, which are beyond the scope of this report.

## 6.2.  Natural Gas Sector Mitigation Technologies

Methane and $CO_2$ are the largest GHGs of concern in the oil and natural gas systems. Methane accounts for more than 76 percent of natural gas sector $CO_2$e (Table 7-7). $CO_2$ emissions from the natural gas sector primarily result from combustion sources for which the only large-scale emission reductions result from electrification or from fossil-fuel substitution from a high $CO_2$-emitting fuel to a low $CO_2$-emitting fuel.

Consequently, this report focuses exclusively on methane and $CO_2$ emission reduction technologies for the oil and natural gas industry. In general terms, some of the practical abatement technologies that may potentially be implemented in Montana, North Dakota, and South Dakota include the following technologies.

- Compressor electrification to reduce primarily combustion ($CO_2$ and $N_2O$) emissions.
- Use of zero-emission glycol dehydrators.
- Vapor recovery from oil and condensate storage tanks.
- Natural gas capture and routing to sales lines during well completion and workover.

USEPA's Natural Gas STAR program has identified more than 80 potentially cost-effective technologies for decreasing methane emissions from the oil and natural gas industry (see htpp://epa.gov/gasstar/tools/recommended.html). Of these, the following discussion selects technologies that focus primarily on natural gas production and gathering equipment and on emission sources for which BLM may have a major role in identifying mitigation measures. GHG emission sources in the transmission and distribution sectors are generally not addressed here because they are unlikely to include many sources that would fall under BLM jurisdiction. Furthermore, some large methane sources are not discussed below for the following reasons.

BLM_0152490

- **High-emitting stationary sources** — Large-quantity methane emission reductions are possible from large gas processing facilities and large compressor stations. However, local, state, and federal air quality permitting agencies will have primary responsibility for reviewing and permitting GHG emissions from these sources. These agencies also have the authority to require emission reductions from both existing and new sources.

- **Large pipelines** — High-volume, high-pressure transmission pipelines also have large GHG emissions and mitigation opportunities. Emissions from these operations are likely to be regulated under new USEPA GHG emission reduction rules.

The Natural Gas STAR Program focuses on disseminating practical technical and cost information through the use of case study information provided by Natural Gas STAR participants. Consequently, the reported emission reductions are often specific to an individual project or company or to several companies. Application of some technologies may achieve different levels of emission reduction than reported in Gas STAR technology documents. Furthermore, some technologies may not be technically or economically feasible for all gas basins or for all facilities.

Estimated methane emission reductions in Mcf, technology costs and savings, and payback periods are included in USEPA's Natural Gas STAR technology descriptions. These costs and payback periods should be interpreted as general indicators of implementation costs and potential cost savings for the following reasons.

- Much of the cost information is somewhat dated since many source documents were published in 2004 and 2006. Future implementation costs may be greater due to inflation or may be less due to new efficiencies or economies of scale.

- Due to differences in producing basins and existing equipment types and configurations, some technologies may be more or less expensive to implement and may be more or less effective. Technology costs and increased revenue due to methane savings may also be affected by well production rates and equipment throughput.

- The natural gas price is needed to determine breakeven cost and payback periods. Natural gas values fluctuate dramatically over time due to markets and the location of the producing basin. The natural gas prices used to determine payback periods are listed in Table 6-2.

BLM_0152491

### Table 6-2.  Selected Methane Emission Reductions Reported Under  the USEPA Natural Gas STAR Program [1]

| Source Type / Technology | Annual Methane Emission Reduction [1] (Mcf/yr) | Capital Cost Including Installation ($) | Annual Operation and Maintenance Cost ($) | Payback (Years or Months) | Payback Gas Price Basis ($/Mcf) |
|---|---|---|---|---|---|
| **Wells** | | | | | |
| Reduced emission (green) completion | 7,000 [2] | $1K – $10K | >$1,000 | 1 – 3 yr | $3 |
| Plunger lift systems | 630 | $2.6K – $10K | NR | 2 – 14 mo | $7 |
| Gas well smart automation system | 1,000 | $1.2K | $0.1K – $1K | 1 – 3 yr | $3 |
| Gas well foaming | 2,520 | >$10K | $0.1K – $1K | 3 – 10 yr | NR |
| **Tanks** | | | | | |
| Vapor recovery units on crude oil tanks | 4,900 – 96,000 | $35K – $104K | $7K – $17K | 3 – 19 mo | $7 |
| Consolidate crude oil production and water storage tanks | 4,200 | >$10K | <$0.1K | 1 – 3 yr | NR |
| **Glycol Dehydrators** | | | | | |
| Flash tank separators | 237 – 10,643 | $5K – $9.8K | Negligible | 4 – 51 mo | $7 |
| Reducing glycol circulation rate | 394  – 39,420 | Negligible | Negligible | Immediate | $7 |
| Zero-emission dehydrators | 31,400 | >$10K | >$1K | 0 – 1 yr | NR |
| **Pneumatic Devices and Controls** | | | | | |
| Replace high-bleed devices with low-bleed devices | | | | | |
|    End-of-life replacement | 50 – 200 | $0.2K – $0.3K | Negligible | 3 – 8 mo | $7 |
|    Early replacement | 260 | $1.9K | Negligible | 13 mo | $7 |
|    Retrofit | 230 | $0.7K | Negligible | 6 mo | $7 |
|    Maintenance | 45 – 260 | Negl. to $0.5K | Negligible | 0 – 4 mo | $7 |
| Convert to instrument air | 20,000 (per facility) | $60K | Negligible | 6 mo | $7 |
| Convert to mechanical control systems | 500 | <$1K | <$0.1K | 0 – 1 yr | NR |
| **Valves** | | | | | |
| Test and repair pressure safety valves | 170 | NR | $0.1K – $1K | 3 – 10 yr | NR |
| Inspect and repair compressor station blowdown valves | 2,000 | <$1K | $0.1K – $1K | 0 – 1 yr | NR |

BLM_0152492

**Table 6-2 (cont). Selected Methane Emission Reductions Reported Under the USEPA Natural Gas STAR Program [1]**

| Source Type / Technology | Annual Methane Emission Reduction [1] (Mcf/yr) | Capital Cost Including Installation ($) | Annual Operation and Maintenance Cost ($) | Payback (Years or Months) | Payback Gas Price Basis ($/Mcf) |
|---|---|---|---|---|---|
| **Compressors** | | | | | |
| Install electric compressors | 40 – 16,000 | >$10K | >$1K | >10 yr | NR |
| Replace centrifugal compressor wet seals with dry seals | 45,120 | $324K | Negligible | 10 mo | $7 |
| **Flare Installation** | 2,000 | >$10K | >$1K | None | NR |

Source:  Multiple USEPA Natural Gas STAR Program documents.  Individual documents are referenced in the summaries provided below.

[1] Unless otherwise noted, emission reductions are given on a per-device basis (e.g., per well, per dehydrator, per valve, etc.).
[2] Emission reduction is per completion, rather than per year.

K = 1,000
mo = months
Mcf = thousand cubic feet of methane
NR = not reported
yr = year

## 6.2.1.   Wells

Gas well methane reduction technologies focus on reduced well venting, either through gas capture or by reducing the number of well workovers and blowdowns.  In addition to the four technologies described below and included in Table 6-2, USEPA's Natural Gas STAR Program has identified the following methane reduction technologies for gas wells.

- Connect casing to vapor recovery unit (VRU)
- Optimize gas well unloading time
- Install compressors to capture casinghead gas
- Reduce heater-treater temperature
- Install velocity tubing strings
- Install downhole separator pumps
- Install pumpjacks on low water production gas wells

### 6.2.1.1.   Reduced Emission (Green) Completion

Reduced emission completion, also known as green completion, captures and cleans up natural gas (mostly methane) that would otherwise be vented during the well completion process.  After a well is drilled, contaminants such as sand, cuttings, and reservoir fluids must be removed from the well bore.  Typically, natural gas escapes from the well and is vented to the atmosphere as well completion contaminants exit the well and are placed in tanks or open pits.

BLM_0152493

*Climate Change Supplementary Information Report*

Green completion achieves the greatest GHG emission reductions when well completions require many days. Well completions involving hydraulic fracturing are best suited to the use of green completion technology because the long completion time and large quantity of gas that can be captured justify the expense of capturing and treating the gas. Green completion requires additional equipment to capture the completion gas and remove sand and liquid from the gas using special gas-liquid-sand separators. The equipment also provides gas dehydration, allowing the completion natural gas to enter the gas sales line. Green completion equipment is often skid-mounted and moves from one well to another as well completions are occurring. In addition to the green completion gas capture and cleanup equipment, this technology requires that piping to the natural gas sales line (and a sales agreement) be in place before well drilling is completed.

Various gas capture efficiencies have been reported. A conservative estimate is that 70 percent of natural gas that was formerly vented during the completion process is captured (USEPA 2004a).

### 6.2.1.2.   Plunger Lift Systems

Fluid accumulation in gas wells reduces well productivity and can sometimes completely halt well production. This is particularly true of mature gas wells. In order to restore productivity, gas wells are worked over or blown down to remove accumulated liquid. During these procedures, natural gas is typically vented to the atmosphere, which causes increased methane emissions and lost revenue due to lost product.

Mechanical plunger lift systems can be installed in wells to remove liquids while minimizing natural gas venting (USEPA 2006d). (Plunger lift systems can also replace older beam lifts that frequently require more well workovers and mechanical repairs.) The plunger gas lift system uses gas pressure buildup during a temporary well shut-in to lift a column of accumulated fluid out of the well. Regular operation of the plunger gas lift system provides greater gas production over time by removing liquids more frequently, thereby allowing better gas flow from the well. In addition, the mechanical action of the steel plunger can also remove paraffin and scale from the well bore, thereby avoiding or reducing the need for well bore workovers or blow downs.

### 6.2.1.3.   Smart Automation for Plunger Lift Systems

The effectiveness of plunger lift systems can be improved by using "smart" automation to optimize plunger lift system performance (USEPA 2004c). Most plunger lift systems operate on a fixed cycle or on a preset differential pressure. The smart automation system monitors several well production parameters and uses "artificial intelligence" to control plunger lift cycles and improve well production. In addition, the system can report well problems, such as high-venting wells. Smart automation well monitoring reduces gas well venting by alerting operators that a well may need maintenance to reduce excessive venting.

Smart automation systems require remote telemetry units, tubing and casing transmitters, gas measurement equipment, a control valve, and a plunger detector to optimize flow and reduce methane emissions. A host computer system is also required.

BLM_0152494

### 6.2.1.4.   Well Foaming Agents

When gas wells have insufficient reservoir pressure to lift wellbore fluids, the use of foaming agents may reduce the number of well blowdowns needed to maintain gas production (USEPA 2004i).  This technology, however, is not recommended for gas wells that produce condensate.

A foaming agent (typically soap) is injected into the casing/tubing annulus by a chemical pump on a timed basis.  Natural gas bubbling up through the soap-water solution creates gas-water foam that can be more easily lifted to the surface for water removal.  At a minimum, well foaming requires installation of the foaming agent injection system at the wellhead.  If capillary tubing is required, a workover rig and crew will need to install the tubing during one day.

## 6.2.2.   Tanks

More than 500,000 crude oil storage tanks exist in the United States (USEPA 2006e).  During temporary storage in gas and oil fields, methane, VOCs, natural gas liquids (NGLs), and hazardous air pollutants (HAPs) flash from the liquid and collect in tank headspace.  As the liquid level in these tanks fluctuates, headspace vapors are often vented to the atmosphere.  Two tank methane emission technologies are described below.  Additional technologies identified under USEPA's Natural Gas STAR program include the following.

- Purge and retire low pressure gasholders
- Convert water tank blanket from natural gas to produced $CO_2$ gas
- Recover gas during condensate loading
- Install pressurized storage of condensate

### 6.2.2.1.   Install Vapor Recovery Units

VRUs can be installed on one or more crude oil storage tanks to capture organic emissions that would otherwise be vented from tank headspace.  Methane is the largest component of the vapors, typically constituting 40 to 60 percent of the total vapor (USEPA 2006e).  VRUs can recover more than 95 percent of the vapors, which have high heat content due to NGLs in the vapor.

VRUs pull vapors out of the tank(s) at low pressure and use a suction scrubber to separate liquids from the vapor (liquids are returned to the storage tank).  Vapors from the suction scrubber are then routed to a gas sales line, used for onsite fuel supply, or piped to a stripper unit to separate NGLs.

### 6.2.2.2.   Consolidate Crude Oil Production and Water Storage Tanks

Centralizing production tank batteries has several environmental benefits in addition to reducing emissions of methane and other organic compounds.  Consolidated tank batteries reduce tankage footprints, wildlife impacts, and truck traffic.  Oil and gas fields with a significant decline in production may be good candidates for reducing the number of crude oil and water storage tanks (USEPA 2004j).  When new oil and gas development activities are analyzed, tank centralization should be assessed.

BLM_0152495

Underutilized tanks have greater headspace volume and contain a greater quantity of organic vapors. Emissions of methane and other organic compounds are increased when tanks are underutilized due to increased standing losses resulting from temperature variations and due to working losses from changing fluid levels and agitation. Reducing the number of tanks reduces methane and other organic compound emissions from uncontrolled tanks. Some tanks may be eliminated because their capacity is no longer needed. In this case, the tank and associated piping are removed from a site. In other cases, tanks may be removed from well sites and replaced with a tank battery at a nearby location that serves multiple well sites. Consolidating tanks in centralized areas makes installation and use of vapor recovery systems more feasible due to economies of scale.

## 6.2.3.   Glycol Dehydrators

USEPA estimates that there are approximately 36,000 glycol dehydrators in the United States (USEPA 2006f). Most of these dehydrators use triethylene glycol (TEG) to absorb water from natural gas. Methane (and VOCs and HAPs) are also absorbed into the glycol. As part of the TEG regeneration process, the moisture-laden TEG is heated in a reboiler and water and organic compounds are vented to the air.

Emissions of methane and other organic compounds can be decreased by the installation of additional equipment, by optimizing operational parameters, and by using newer zero-emission dehydrators. Three of these techniques are summarized below. Additional technologies identified by USEPA include the following.

- Solar power applications
- Convert gas-driven chemical pumps to instrument air
- Pipe glycol dehydrators to a VRU
- Replace glycol dehydration units with methanol injection
- Use portable desiccant dehydrators
- Replace gas-assisted glycol pumps with electric pumps
- Replace glycol dehydrators with desiccant dehydrators
- Replace glycol dehydrators with separators and in-line heaters

### 6.2.3.1.   Flash Tank Separators

Smaller and older dehydrators used in gas production and natural gas processing send moisture- and organic-laden TEG directly to the regenerator, where the methane and VOCs are boiled off and vented to the atmosphere (USEPA 2006f). A flash tank separator removes methane and other organics from the TEG, while water remains in the TEG solution that enters the regenerator. The flash tank separator removes approximately 90 percent of the methane and 10 to 40 percent of the VOCs from the TEG prior to the reboiler. Captured methane and VOCs can be used as fuel gas for the reboiler or a compressor engine, piped to a sales line, or flared.

BLM_0152496

### 6.2.3.2.   Optimize Glycol Recirculation

The amount of methane absorbed in TEG is directly proportional to the TEG circulation rate (USEPA 2006f).  TEG recirculation rates are often greater than needed, often because the recirculation rates were set for maximum gas throughput.  If gas production rates at a well or in a field have fallen, TEG recirculation rates may be two to three times greater than necessary, resulting in high methane emissions with little or no improvement in gas moisture reduction.

USEPA provides calculation procedures for optimizing TEG recirculation rates (USEPA 2006f).  At some dehydrators, TEG recirculation rates can be reduced to the optimal rate by adjusting the existing TEG recirculation pump.  In other cases, the required recirculation rate turndown may require replacing the existing TEG recirculation pump with a different pump.

### 6.2.3.3.   Zero-Emission Dehydrators

Zero-emission dehydrators are designed to prevent most methane emissions from the reboiler vent and from natural gas driven TEG recirculation pumps.  Zero-emission dehydrators collect all condensable components (e.g., water) from the reboiler vapor stream and use the remaining non-condensable vapor components (methane and ethane) as fuel for the reboiler (USEPA 2004f).  A water exhauster removes water from the glycol and essentially replaces the gas stripper that is used in a typical dehydrator.

In addition, zero-emission dehydrators replace traditional Kimray pumps with electric pumps.  Kimray pumps, named for their manufacturer, are also known as glycol energy exchange pumps; they are widely used on glycol dehydrators.  The natural gas-driven pumps transfer energy from high-pressure wet glycol to an equivalent volume of low-pressure dry glycol.  Natural gas is emitted continuously as the pump operates.  In order to replace Kimray pumps with electric pumps, electrical power must be available at the site, either from a power grid or through the use of an engine-generator set.

## 6.2.4.   Pneumatic Devices and Control Systems

Pneumatic devices and pneumatic control systems powered by pressurized natural gas are used in the natural gas industry as liquid level controllers, pressure regulators, and valve controllers (USEPA 2006).  These devices are most prevalent at facilities that do not have access to electricity.  Reducing or eliminating natural gas emissions from pneumatic devices and controllers can achieve large cumulative methane emission reductions.  In addition to the technologies described below, emission reductions can also be achieved by using solar power to activate control systems.

### 6.2.4.1.   Replace High-Bleed Devices with Low-Bleed Devices

USEPA estimates that approximately 413,000 pneumatic devices are used in natural gas production and processing applications (USEPA 2006i).  These devices emit (or bleed) natural gas into the atmosphere as part of their normal operations in actuating valves to control pressure, flow, temperature, or liquid levels for a variety of equipment, including dehydrators, separators, flash tanks, and isolation valves.  Emissions may be continuous or intermittent.  Pneumatic devices are often used in locations where electricity is unavailable.

BLM_0152497

Substantial methane emission reductions can be achieved by replacing high-bleed pneumatic devices with low-bleed devices. Replacement of high-bleed devices may occur when a high-bleed device wears out (end-of-life replacement) or as part of an early replacement program. In addition, some existing high-bleed devices may be retrofitted to achieve low-bleed emission rates. Improved maintenance practices can also reduce methane emissions. Avoided methane emissions are no longer lost to the atmosphere and instead enter the sales pipeline.

### 6.2.4.2.  Convert Gas Pneumatic Controls to Another Motive Force

Another option to avoid methane emissions from pneumatic devices is to replace the natural gas motive force with another gas (air or nitrogen) or a mechanical system (USEPA 2006i). Potential natural gas substitutions are summarized below.

- **Instrument air** — If electricity is available or if a generator-engine set can be installed and operated, pneumatic controls can be replaced with instrument air (dry, pressurized air) (USEPA 2006j).

- **Nitrogen gas** — Cryogenic liquid nitrogen cylinders used in conjunction with a liquid nitrogen vaporizer and a pressure regulator can be used as the motive gas. This type of system does not require electricity. However, cryogenic nitrogen cylinders would need to be refilled. This type of system can be expensive and involves potential safety hazards (USEPA 2006i).

- **Mechanical control systems** — These systems use a combination of springs, levels, flow channels, and other means to actuate devices. The control device must be located in close proximity to the measured process characteristic that drives the mechanical linkage (USEPA 2004l).

## 6.2.5.  Valves

Methane emissions from production and gathering/processing activities can be decreased by inspecting, repairing, and replacing valves. Two of these techniques are summarized below. Additional technologies identified by USEPA include the following.

- Install BASO® valves
- Replace burst plates with secondary relief valves
- Use ultrasound to identify leaks
- Use YALE® closures for emergency shut down (ESD) testing

### 6.2.5.1.  Test and Repair Pressure Safety Valves

Pressure safety valves (PSVs) are common throughout natural gas systems. These valves are designed to open if the pressure in a compressor, pipeline, or vessel exceeds the maximum allowable pressure. However, valve components wear out or become fouled over time and then leak methane to the atmosphere, sometimes at substantial cost to the operator (USEPA 2004k).

Methane emissions may be reduced by identifying PSV leaks through a testing and repair program. Testing methods include use of an organic vapor analyzer, acoustical leak detector, or

BLM_0152498

a high-volume sampler while PSVs are under normal operating pressure. If leaks are found, they can be repaired, especially when it is cost-effective to reduce the methane leaks and gain additional revenue.

### 6.2.5.2.   Inspect and Repair Compressor Station Blowdown Valves

Compressor station blowdown valves are subjected to high pressure and may develop leaks over time. Frequently, these valves are located on stacks and are difficult to access (USEPA 2004g). However, inspecting the valves on an annual basis can result in significant methane emission reductions. Annual inspection can reduce methane emissions from a single facility by 2,000 Mcf/yr.

## 6.2.6.   Compressors

Methane leakage reductions from compressor engines or turbines are achievable using many different methods. Two of these methods are described below. In addition, USEPA has identified the following emission reduction strategies.

- Convert engine starting to nitrogen
- Reduce the frequency of engine starts with gas
- Replace gas starters with air
- Reduce emissions when taking compressors offline
- Install electric starters
- Install automated air/fuel ratio controllers

### 6.2.6.1.   Electrify Compressors

When electricity is available, installing electric motors to drive compressors can eliminate methane leak points in existing natural gas compressors (USEPA 2004d). In gas compressors, methane emissions occur due to gas leakage in the engine gas supply line and due to incomplete combustion. (Methane emissions due to system upsets would not be reduced by compressor electrification since blowdown of the gas line would occur, regardless of the compressor type.) New compressors installed in areas with electric power are good candidates for electric compressors.

### 6.2.6.2.   Replace Wet Seals with Dry Seals

Dry seals should be specified for new centrifugal compressors because they allow less natural gas to escape through seals surrounding a compressor's rotating shaft (USEPA 2006g). Methane emissions from wet (oil-based) seals typically range from 40 to 200 standard cubic feet per minute (scfm), while dry seals emit 6 scfm or less (USEPA 2006g). In addition, dry seals have lower power requirements, improve performance, and require less maintenance.

On existing centrifugal compressors, replacing wet seals with dry seals can save approximately 45,000 Mcf/yr depending on compressor throughput. Replacement may not be feasible on all existing centrifugal compressors due to compressor housing design or operational requirements.

BLM_0152499

### 6.2.6.3.   *Replace Compressor Rod Packing Systems*

USEPA estimates that more than 51,000 reciprocating compressors are operating in the U.S. natural gas industry, each with an average of four cylinders, representing over 200,000 piston rod packing systems in service. These systems contribute more than 72.4 Bcf per year of methane emissions to the atmosphere, one of the largest sources of emissions at natural gas compressor stations (USEPA 2006l).

USEPA reports that all packing systems leak under normal conditions, the amount of which depends on cylinder pressure, fitting and alignment of the packing parts, and amount of wear on the rings and rod shaft. A new packing system, properly aligned and fitted, may lose approximately 11 to 12 standard cubic feet per hour (scfh). As the system ages, however, leak rates will increase from wear on the packing rings and piston rod. One Natural Gas STAR partner reported measuring emissions of 900 scfh on one compressor rod. Depending on the amount of wear in existing rod packing systems, substantial GHG emission reductions can be achieved by replacing worn packing with new packing.

## 6.3.   *Oil Sector Mitigation Technologies*

Methane emissions account for more than 98 percent of total U.S. $CO_2e$ emissions associated with oil production. Consequently, GHG emission reduction efforts concentrate on methane. The majority of U.S. oil production GHG emissions are emitted by high-bleed pneumatic devices, flaring, chemical and injection pumps, and wellheads for light crude (USEPA 2006a).

Oil contains a substantial quantity of methane. Similar to natural gas wells, methane is released to the atmosphere as oil reaches the surface and while oil is stored temporarily in the production field. Depending on the quantity of natural gas generated during oil production, the gas may be captured, treated, and piped to a natural gas sales line. In these cases, methane emission technologies summarized above for natural gas systems are also relevant to natural gas produced during oil production.

However, in many oil production fields natural gas cannot be captured and sold due to a lack of gas processing facilities and the absence of a nearby natural gas pipeline. When the gas cannot be sold, it can be vented, used as onsite fuel, flared, or reinjected into the oil field.

Natural Gas Flaring
Natural gas flaring is frequently used to mitigate methane emissions from oil wells and oil tanks at locations where natural gas cannot be routed to a sales pipeline. Flaring typically achieves at least 98 percent emission reduction of methane, a potent GHG with a GWP of 21. However, flares produce two GHG combustion by-products: $CO_2$ (GWP of 1) and small quantities of $N_2O$ (GWP of 320). When all three GHGs are considered, flaring provides a net GHG emission reduction. For onshore oil fields, total capital costs for flaring in 2006 were estimated to be approximately $34 per metric ton of avoided $CO_2e$ (USEPA 2006a). Annual flaring operating and maintenance costs are estimated to be approximately $1.10 per ton of $CO_2e$ (USEPA 2006a). On an annualized basis, the total capital and operating cost was estimated to be approximately $7 per ton of avoided $CO_2e$ emissions (USEPA 2006a). The annualized cost calculation assumed a 10 percent discount rate and a 40 percent tax rate, with equipment lifetime of 15 years.

### 6.3.1. Methane Reinjection

Methane-containing natural gas may be reinjected into the oil field as a means to enhance oil recovery. Methane reinjection has an estimated emission reduction efficiency of 95 percent and is assumed to have a technical lifetime of 15 years (USEPA 2006a). The estimated capital and annual operating costs are estimated to be $67 and $2.20 per avoided ton of $CO_2$e, respectively. Using the same financial parameters described above for flaring, the total annualized price for methane reinjection is estimated to be approximately $10 per ton of $CO_2$e, which is more expensive than flaring. However, methane reinjection has several potential benefits over flaring, including (1) increasing oil well production, (2) avoiding combustion emissions, and (3) preserving natural gas in the well field for potential recovery at a later time.

### 6.3.2. $CO_2$ Injection

Similar to methane reinjection, oil well production can be enhanced by injection of $CO_2$ from other sources. Injecting $CO_2$ increases reservoir pressure and helps push oil toward existing wells. This technology has been used in the past to increase oil production from aging fields. $CO_2$ injection effectively sequesters $CO_2$, thereby preventing it from entering the atmosphere. $CO_2$ sequestration is not fully understood and sequestration life span is not known with certainty. However, emissions from large sources of concentrated $CO_2$, such as coal gasification plants, may be mitigated by injecting $CO_2$ into oil production fields. One technical challenge of sequestering $CO_2$ is determining how to economically transport large volumes of $CO_2$ from its source to an appropriate oil field.

### 6.3.3. Install VRUs on Oil Storage Tanks

VRUs can substantially reduce methane emissions from oil storage tanks. This technology is described in Section 6.2.2.1.

## 6.4. Coal Bed Methane Well Mitigation Technologies

Coal bed methane wells are, in themselves, a methane mitigation technology for existing or abandoned coal mines. By removing methane from coal mines or coal beds and distributing it for sale, methane that might otherwise be vented into the atmosphere is used as a natural gas energy source.

### 6.4.1. CBM Wells Remove Methane

"Most coal beds are permeated with methane, and a cubic foot of coal can contain six or seven times the volume of natural gas that exists in a cubic foot of a conventional sandstone reservoir (NETL 2010)." This methane may seep out of an operating mine, abandoned coal mine, or unmined coal seam. In fact, ventilation of coal mines to reduce methane concentrations and improve miner safety accounts for a noticeable percentage of U.S. methane emissions. Coal mine methane emissions account for approximately 10 percent of total U.S. emissions (NETL 2010).

Coal beds typically contain significant quantities of water. This water must be pumped out of the coals (dewatering) in order to reduce the reservoir pressure and allow methane to desorb

BLM_0152501

from coal surfaces.  The methane then diffuses through the coal bed and flows through a system of natural fractures (cleats) and into a well for delivery to the surface.

GHG mitigation technologies for CBM wells are similar to those for natural gas once the CBM gas is collected at the wellhead.  The gas must be dehydrated, transported, and treated similar to conventional gas.  Consequently, most of the methane mitigation measures described in Section 6.2 are applicable to CBM wells and gathering systems.

### 6.4.2.   CBM Wells Sequester $CO_2$

Coal beds can also potentially sequester $CO_2$ generated from other sources.  In fact, pumping $CO_2$ into a CBM formation can improve natural gas production from the well.  According to the National Energy Technology Laboratory (NETL), coal beds (especially unminable coal beds) have an enormous capacity for $CO_2$ storage.  $CO_2$ can be injected into a coal bed via wells drilled into the coal, and pressure from the $CO_2$ would displace methane out of the coal.  "$CO_2$ storage is feasible because coal preferentially adsorbs $CO_2$ at twice the volume that it stores methane.  The net result would be less $CO_2$ in the atmosphere and additional recovery of sorely needed natural gas (NETL 2010)."  This technology has not yet been implemented, but is actively being researched.

## *6.5.   Potential Field Office GHG Emission Reductions*

BLM has estimated potential future GHG emission reductions that might be feasible in individual Field Offices.  GHG emission reductions were estimated for the MCFO; similar emission reductions may be possible in other Montana, North Dakota, and South Dakota Field Offices.  The estimated GHG emission reductions are based on implementation of the federal GHG emission standards applicable to light-duty motor vehicles, which were finalized in May 2010.  In addition, the emission reduction estimates include several GHG emission control strategies that may be technically and economically feasible in the future.  BLM has not required that these emission reduction technologies be implemented nor has the agency made any decision concerning whether these technologies should be implemented.  The potential reductions are included for public disclosure purposes.

Table 6-3 provides an estimate of potential GHG emission reductions in the MCFO.  For emission sources subject to BLM (federal) jurisdiction, the estimated 314,293 metric tons of $CO_2$e emission reduction represents an approximate 51 percent reduction in total GHG emissions compared to the MCFO federal GHG emission inventory provided in Appendix G.  This potential GHG emission reduction may be overestimated due to conservative estimates included in the MCFO emission inventory.  For example, natural gas compression in the MCFO emission inventory assumed that compressor engines were fueled by natural gas.  However, further investigation revealed that more MCFO compressors use electricity than originally assumed. The largest potential GHG emission reductions are estimated from electrification of compressors, stringent GHG emission controls on glycol dehydrators, and capture of GHGs from oil storage tanks.

BLM_0152502

**Table 6-3. Potential GHG Emission Reductions in the MCFO** [1]

| Emission Source | Emission Control Description | Primary Pollutants Controlled | Potential Annual Emission Reduction (metric tons $CO_2e$) | |
|---|---|---|---|---|
| | | | Federal | Non-Federal |
| **Compressors** | | | | |
| Compressor electrification | Replace natural gas combustion with electrical power | $CO_2$, $N_2O$ | 261,313 | 429,265 |
| **Glycol Dehydrators** | | | | |
| Glycol dehydrators | Zero-emission dehydrators | $CO_2$, $CH_4$, $N_2O$ | 45,234 | 73,362 |
| **Motor Vehicles** | | | | |
| Light-duty motor vehicles | Compliance with USEPA light-duty vehicle GHG emission standards (2016 and later) | $CO_2$ [2] | 41 | 89 |
| **Storage Tanks** | | | | |
| Oil storage tanks | Vapor recovery unit routed to gas sales line | $CH_4$ | 6,825 | 31,222 |
| **Well Operations** | | | | |
| Oil well completion | Green completion (gas capture and routing to sales line) | $CH_4$ | 475 | 2,215 |
| Oil well workover | Gas capture and routing to sales line | $CH_4$ | 405 | 1,852 |
| | **Total Estimated Emission Reduction** | | **314,293** | **538,005** |

[1] These are potential annual GHG emission reductions. Except for the light-duty vehicle GHG emission standards, no federal or state regulations mandate these GHG emission reductions. Furthermore, BLM has not incorporated any leasing stipulations or conditions of approval that would require use of these GHG emission control methods.

[2] When compared to GHG emission factors derived from MOBILE6 and used in the MCFO emission inventory (without additional GHG emission control), the light-duty vehicle emission standards resulted in significant emission reductions of $CO_2$ only. $CH_4$ and $N_2O$ emissions were modified slightly.

BLM will continue to improve GHG emission inventories and assess potential GHG emission controls as additional data become available. In addition, USEPA is likely to develop new regulations that will mandate GHG emission reductions from oil and gas sources.

## 6.6. *Global Energy Supply GHG Mitigation*

$CO_2$ emission reduction from the energy supply sector is based primarily on reducing $CO_2e$ emissions from combustion through a variety of technologies. Due to the large potential for reducing $CO_2$ emissions, electricity production is the focus of many mitigation strategies. Achieving low $CO_2e$ combustion may involve switching to natural gas from a high $CO_2$-emitting fuel, adopting more efficient combustion processes (integrated gasification combined cycle), or carbon capture and sequestration. Alternatively, fossil fuels may be replaced with renewable energy such as wind, solar, or hydroelectric power sources.

BLM_0152503

The energy and agriculture sectors are the sectors with the greatest global potential for decreasing non-$CO_2$ GHG emissions, as reported in *Global Mitigation of Non-$CO_2$ Greenhouse Gases* (USEPA 2006a). Figure 6-1 provides a marginal abatement curve (MAC) illustrating the cost per metric ton of removing $CO_2e$ and the quantity of $CO_2e$ emissions reduction in million metric tons (Mt) per year for four sectors, including energy, agriculture, waste, and industrial processes. Negative costs per ton of $CO_2e$ removal indicate cost savings. As shown in the figure, the energy sector has the greatest potential for reducing worldwide non-$CO_2$ emissions.



Source: Figure ES-2 of *Global Mitigation of Non-$CO_2$ Greenhouse Gases* (USEPA 2006a).

**Figure 6-1. Global 2020 MACs for Non-$CO_2$ GHGs by Major Sector**

Of global non-$CO_2$ GHGs, methane has the largest potential for reducing $CO_2e$ emissions, as shown in Figure 6-2. This is true based on the potential total quantity of global methane-based $CO_2e$ emissions reduction and on the cost-effectiveness of methane emission reductions. Slightly more than 500 Mt of $CO_2e$ emissions may be avoided using cost-saving technologies or zero-cost techniques. The potential for reducing methane emissions grows to nearly 1,800 Mt of $CO_2e$ at a cost of up to $30 per metric ton of $CO_2e$.

BLM_0152504

*Climate Change Supplementary Information Report*



Source: Figure ES-3 of *Global Mitigation of Non-CO₂ Greenhouse Gases* (USEPA 2006a).

**Figure 6-2.  Global 2020 MACs by Non-CO$_2$ GHG Type**

BLM_0152505

**Climate Change Supplementary Information Report**

*[This page intentionally left blank.]*

BLM_0152506

# 7.0   STATE, NATIONAL, AND GLOBAL GHG EMISSION INVENTORIES

State, national, and global GHG emission inventories are summarized in this section, based on the most recent publically available inventories developed by credible sources.  These inventories are not necessarily consistent in their methods or in the variety of GHG sources that are inventoried.  Thus, multiple GHG emission inventories may report substantially different emissions.

GHG emissions can vary greatly in their scope and comprehensiveness.  For example, some state emission inventories appear to include only the largest GHG emission source types and do not include GHG emissions for all sectors of their economies.  In contrast, other states have detailed inventories addressing all relevant sectors of detailed national GHG inventories.

GHG emission inventories for the oil and gas industry (and other industries) often underestimated total GHG emissions because they did not adequately account for GHG emissions from fugitive (non-point) sources.  More recent oil and gas inventories include much more detailed data for fugitive GHG emissions, including those from well venting, pneumatic devices, and equipment leaks.

Emission inventories use different methods for determining GHG emissions.  Inventories may use one or more of the following types of emission data.

- Monitored emission data reported by oil and gas operators
- Estimated emission data reported by oil and gas operators
- Estimated emission data developed using field-specific knowledge of equipment and operational practices
- Estimated emission data based on activity levels and emission factors without specific knowledge of equipment and operational practices

BLM GHG emission inventories are becoming more detailed and recent inventories (including those summarized in Chapter 5.0) include comprehensive estimates of point and non-point (fugitive) GHG sources.  BLM emission inventory methodologies use field-specific knowledge of well characteristics, oil and gas equipment, and operational practices to calculate GHG emissions.  Additional information on BLM GHG emission inventory methodologies is provided in Chapter 5.0.

GHG emission inventories are constantly evolving and improving, particularly in the oil and gas industry.  As USEPA begins receiving and compiling GHG emission inventories from entities subject to the GHG Mandatory Reporting Rule, state and national GHG inventories will become more consistent and more detailed.  Data deriving from the Mandatory Reporting Rule provisions specific to the oil and gas industry, which are slated to be promulgated in 40 CFR Part 98, Subpart W will add much more detail and consistency to future year oil and gas GHG emission inventories.

BLM_0152507

## 7.1.  Types of GHG Emission Inventories

Two types of GHG emission inventories are provided below:  total inventories and oil and gas inventories.  The oil and gas inventories comprise a subset of the total inventories and are provided to show more detail about the types of facilities and emissions associated with the oil and gas industry.

### 7.1.1.  Total GHG Emission Inventories

Total GHG inventories are comprehensive inventories that estimate GHG emissions from a wide variety of sources, including energy supply (e.g., coal, oil, natural gas, electricity, and renewable energy), industrial processes, forestry (including deforestation), transportation, agriculture, residential and commercial buildings, and waste and wastewater.  Because these inventories span all sectors of the relevant economies, development of consistent national or global total GHG emission inventories require years to complete.  Consequently, the most recent total GHG emission inventories are several years old.

The references associated with each inventory provide additional detail about the type of sources included in the inventories and the methodologies used to develop the inventories.

### 7.1.2.  Oil and Gas GHG Emission Inventories

The oil and gas inventories presented below provide estimates of petroleum and natural gas GHG emissions, including detailed estimates of emissions from specific types of oil and gas sources at the national level.  Development of detailed oil and gas emission inventories has been a priority for multiple U.S. agencies, including USEPA and BLM.

## 7.2.  State GHG Emission Inventories

The level of detail and comprehensiveness of state GHG emission inventories varies among states.  Available GHG emission inventory information for Montana, North Dakota, and South Dakota are provided below.  While moderately comprehensive Montana and South Dakota GHG emission inventories were published during 2007, a similarly detailed inventory is not available for North Dakota.

### 7.2.1.  Montana

Montana's 2005 $CO_2e$ consumption-based emissions were estimated at 37 Mt, which is equivalent to 0.6 percent of total U.S. $CO_2e$ emissions (CCS 2007a).  The estimate of consumption-based emissions excluded two types of GHG emissions:  (1) emissions removed due to forestry and agricultural soils, and (2) emissions associated with electricity exported outside of Montana.

GHG emission growth was projected for 2010 and 2020 for a reference case and a high fossil fuel growth case.  Table 7-1 provides a summary of Montana's historical (1990, 2000, 2005) and reference case projected (2010, 2020) emissions.

BLM_0152508