10/17/2018 — DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message

**Citizens for a Healthy Community** <ethel.calderin@gmail.com>          Tue, Oct 18, 2016 at 5:51 PM
Reply-To: ethel.calderin@gmail.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease. Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife. A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Date** | October 18, 2016 |
| **Name** | Ethel |
| **Email Address** | ethel.calderin@gmail.com |
| **Phone Number** | 3039087257 |

BLM_0155150

| | |
|---|---|
| **City** | Boulder |
| **State** | CO |
| **Zip** | 80304 |
| **I am:** | A consumer of NFV/Delta County produce and meat and poultry, A Republican, A Democrat, An Independent, A homeowner, A food business owner, A tourist/Visitor to Delta County/NFV, Interested/impacted citizen |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

BLM_0155151

10/17/2018                DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message

**Citizens for a Healthy Community** <bolandec@gmail.com>          Tue, Oct 18, 2016 at 5:49 PM
Reply-To: bolandec@gmail.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

**Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.**

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high.

Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| Date | October 18, 2016 |
|------|------------------|
| **Name** | Lisa Boland |
| **Email Address** | bolandec@gmail.com |
| **Phone Number** | 303-399-0266 |

BLM_0155152

| City | Hotchkiss |
|------|-----------|
| State | CO |
| Zip | 81419 |
| I am: | A resident, A Democrat |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

BLM_0155153

10/17/2018          DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

# RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message

---

**Citizens for a Healthy Community** <michellebaxter40@gmail.com>          Tue, Oct 18, 2016 at 5:34 PM
Reply-To: michellebaxter40@gmail.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. |

Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.
Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.
A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| Name | Michelle Baxter |
|---|---|
| **Email Address** | michellebaxter40@gmail.com |
| **Phone Number** | 3039044645 |
| **City** | Littleton |

BLM_0155154

10/17/2018                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community

| | |
|---|---|
| **State** | Co |
| **Zip** | 80125 |
| **I am:** | A consumer of NFV/Delta County produce and meat and poultry, A homeowner, A tourist/Visitor to Delta County/NFV, Interested/impacted citizen |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

BLM_0155155

10/17/2018        DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message

**Citizens for a Healthy Community** <melitamjohnson@gmail.com>        Tue, Oct 18, 2016 at 5:21 PM
Reply-To: melitamjohnson@gmail.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease. Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife. A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Name** | melita johnson |
| **Email Address** | melitamjohnson@gmail.com |
| **Phone Number** | 970-901-8193 |
| **City** | DELTA |

| State | CO |
|---|---|
| Zip | 81416 |
| I am: | A consumer of NFV/Delta County produce and meat and poultry, A Democrat, A tourist/Visitor to Delta County/NFV, Interested/impacted citizen |
| Additional Comments | Additional Comments |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. | |

BLM_0155157

8/9/2018    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message

**Citizens for a Healthy Community** <homemountain333@gmail.com>    Tue, Oct 18, 2016 at 4:14 PM
Reply-To: homemountain333@gmail.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high.<br><br>Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.<br><br>Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.<br><br>A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Date** | October 18, 2016 |
| **Name** | Nora O'Brien |
| **Email Address** | homemountain333@gmail.com |
| **Phone Number** | 9703141457 |

BLM_0155158

| | |
|---|---|
| **City** | Paonia |
| **State** | CO |
| **Zip** | 81428 |
| **I am:** | A resident, A consumer of NFV/Delta County produce and meat and poultry, A Democrat, A homeowner, Interested/impacted citizen |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

BLM_0155159

8/9/2018        DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community

1 message

**Citizens for a Healthy Community** <homemountain333@gmail.com>         Tue, Oct 18, 2016 at 4:11 PM
Reply-To: homemountain333@gmail.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease. Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, deveiopment would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife. A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Date** | October 18, 2016 |
| **Name** | Kevin O'Brien |
| **Email Address** | homemountain333@gmail.com |
| **Phone Number** | 9703140563 |

BLM_0155160

| City | Paonia |
|------|--------|
| **State** | CO |
| **Zip** | 81428 |
| **I am:** | A resident, A consumer of NFV/Delta County produce and meat and poultry, A Democrat, A homeowner, Interested/impacted citizen |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

BLM_0155161

8/9/2018          DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message

**Citizens for a Healthy Community** <skfsullivan@msn.com>          Tue, Oct 18, 2016 at 3:32 PM
Reply-To: skfsullivan@msn.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

**Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.**

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.
The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high.
Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.
Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.
A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| Date | October 18, 2016 |
| --- | --- |
| Name | Sean Sullivan |
| Email Address | skfsullivan@msn.com |
| Phone Number | 6464795125 |

BLM_0155162

8/9/2018                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community

| City | Astoria |
| --- | --- |
| **State** | New York |
| **Zip** | 11102 |
| **I am:** | A Democrat, A tourist/Visitor to Delta County/NFV |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

BLM_0155163

8/9/2018                                   DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message

**Citizens for a Healthy Community** <hartley305@live.com>                    Tue, Oct 18, 2016 at 3:25 PM
Reply-To: hartley305@live.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. |
| | Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease. |
| | Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife. |
| | A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Date** | October 18, 2016 |
| **Name** | Maalikah Hartley |
| **Email Address** | hartley305@live.com |
| **Phone Number** | 7202293302 |

BLM_0155164

8/9/2018                           DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community

| City | boulder |
|------|---------|
| State | colorado |
| Zip | 80305 |
| I am: | An Independent, Interested/impacted citizen, Other |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. | |

BLM_0155165

8/9/2018                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message

**Citizens for a Healthy Community** <debra.winham@gmail.com>                    Tue, Oct 18, 2016 at 3:16 PM
Reply-To: debra.winham@gmail.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease. Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife. A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
|---|---|
| **Date** | October 18, 2016 |
| **Name** | Debra Winham |
| **Email Address** | debra.winham@gmail.com |
| **Phone Number** | 8457064021 |

BLM_0155166

| City | Red Hook |
|---|---|
| State | New York |
| Zip | 12571 |
| I am: | Other |
| Additional Comments | 21 Maizeland Rd |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. |  |

BLM_0155167

8/9/2018                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message

**Citizens for a Healthy Community** <Stephanie@529cards.com>                    Tue, Oct 18, 2016 at 2:48 PM
Reply-To: Stephanie@529cards.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

**Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.**

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high.

Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| Date | October 18, 2016 |
| --- | --- |
| Name | Stephanie Wynes |
| Email Address | Stephanie@529cards.com |
| Phone Number | 3038758161 |

BLM_0155168

| City | Denver |
|------|--------|
| State | Colorado |
| Zip | 80238 |
| I am: | An Independent, A homeowner, Interested/impacted citizen |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. |  |

BLM_0155169



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message

**Citizens for a Healthy Community** <viva8686@gmail.com>          Sun, Oct 16, 2016 at 3:15 PM
Reply-To: viva8686@gmail.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease. Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife. A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Date** | October 16, 2016 |
| **Name** | Viva Kellogg |
| **Email Address** | viva8686@gmail.com |
| **Phone Number** | 970-527-7559 |

BLM_0155170

8/9/2018                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community

| City | Paonia |
|------|--------|
| **State** | CO |
| **Zip** | 81428 |
| **I am:** | An organic farmer, A resident, A consumer of NFV/Delta County produce and meat and poultry, A Democrat, A homeowner, Interested/impacted citizen |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** | |

BLM_0155171

8/9/2018                        DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community

1 message

**Citizens for a Healthy Community** <mparker2384@gmail.com>                    Sun, Oct 16, 2016 at 2:12 PM
Reply-To: mparker2384@gmail.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease. Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife. A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Date** | October 16, 2016 |
| **Name** | Michael Parker |
| **Email Address** | mparker2384@gmail.com |
| **Phone Number** | 413-665-8429 |

BLM_0155172

| City | Cambridge |
|---|---|
| State | MA |
| Zip | 02141 |
| I am: | An Independent, A homeowner, Interested/impacted citizen |
| Additional Comments | Additional Comments |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. | |

BLM_0155173

8/9/2018                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message

**Citizens for a Healthy Community** <sparkerpenn@gmail.com>                    Sat, Oct 15, 2016 at 7:02 PM
Reply-To: sparkerpenn@gmail.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease. Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife. A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Date** | October 15, 2016 |
| **Name** | S. Parker |
| **Email Address** | sparkerpenn@gmail.com |
| **Phone Number** | 724-591-5382 |

BLM_0155174

| City | Cranberry Twp |
|------|---------------|
| **State** | PA |
| **Zip** | 16066 |
| **I am:** | An Independent, A homeowner |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

BLM_0155175

8/9/2018                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message

**Citizens for a Healthy Community** <Kparker611@hotmail.com>                    Sat, Oct 15, 2016 at 1:34 PM
Reply-To: Kparker611@hotmail.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease. Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife. A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Date** | October 15, 2016 |
| **Name** | Kelly Hussey |
| **Email Address** | Kparker611@hotmail.com |
| **Phone Number** | 7812545132 |

BLM_0155176

8/9/2018                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community

| City | Townsend |
|------|----------|
| **State** | MA |
| **Zip** | 01469 |
| **I am:** | A homeowner, Interested/impacted citizen |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** | |

BLM_0155177

8/9/2018                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community

1 message

**Citizens for a Healthy Community** <johncraig1234@gmail.com>          Sat, Oct 15, 2016 at 12:17 PM
Reply-To: johncraig1234@gmail.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease. Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife. A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Date** | October 15, 2016 |
| **Name** | John Craig |
| **Email Address** | johncraig1234@gmail.com |
| **Phone Number** | 970-963-6660 |

BLM_0155178

8/9/2018                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community

| City | Carbondale |
| --- | --- |
| **State** | CO |
| **Zip** | 81623 |
| **I am:** | A resident, A consumer of NFV/Delta County produce and meat and poultry, A Democrat, A homeowner, Interested/impacted citizen |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

BLM_0155179

8/9/2018                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message

**Citizens for a Healthy Community** <rickparker15@gmail.com>                    Sat, Oct 15, 2016 at 11:46 AM
Reply-To: rickparker15@gmail.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease. Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife. A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Date** | October 15, 2016 |
| **Name** | Rick Parker |
| **Email Address** | rickparker15@gmail.com |
| **Phone Number** | 4136658429 |

BLM_0155180

| City | South Deerfield |
|---|---|
| State | MA |
| Zip | 01373 |
| I am: | A Democrat, A homeowner, Interested/impacted citizen |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. | |

BLM_0155181

8/9/2018                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message

**Citizens for a Healthy Community** <nbarnett@capecodhealth.org>          Thu, Oct 13, 2016 at 3:25 AM
Reply-To: nbarnett@capecodhealth.org
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.<br><br>The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high.<br><br>Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.<br><br>Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.<br><br>A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Date** | October 13, 2016 |
| **Name** | Nancy Barnett |
| **Email Address** | nbarnett@capecodhealth.org |
| **Phone Number** | 5085632550 |

BLM_0155182

8/9/2018                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community

| City | Fslmouth |
|------|----------|
| **State** | Ma |
| **Zip** | 02540 |
| **I am:** | Interested/impacted citizen |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

BLM_0155183

8/9/2018                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message

**Citizens for a Healthy Community** <chamblissgiobbi@gmail.com>          Thu, Oct 13, 2016 at 3:17 AM
Reply-To: chamblissgiobbi@gmail.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease. Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife. A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
|---|---|
| **Name** | chambliss giobbi |
| **Email Address** | chamblissgiobbi@gmail.com |
| **Phone Number** | 212-244-5541 |
| **City** | brooklyn |

BLM_0155184

8/9/2018                     DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community

| **State** | ny |
| **Zip** | 11218 |
| **I am:** | A consumer of NFV/Delta County produce and meat and poultry, A Democrat, A homeowner, Interested/impacted citizen |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** | |

BLM_0155185

8/9/2018                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

# RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message

**Citizens for a Healthy Community** <jodygur@mac.com>                    Wed, Oct 12, 2016 at 10:48 PM
Reply-To: jodygur@mac.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease. Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife. A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Date** | October 12, 2016 |
| **Name** | Jody Guralnick |
| **Email Address** | jodygur@mac.com |
| **Phone Number** | 970-925-4326 |

BLM_0155186

| City | Aspen |
| --- | --- |
| **State** | Co |
| **Zip** | 81611 |
| **I am:** | A consumer of NFV/Delta County produce and meat and poultry, A Democrat, A homeowner, Interested/impacted citizen |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

BLM_0155187

8/9/2018                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message

**Citizens for a Healthy Community** <mcconnell.jennifer1@gmail.com>          Wed, Oct 12, 2016 at 6:57 PM
Reply-To: mcconnell.jennifer1@gmail.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease. Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife. A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Name** | Jennifer McConnell |
| **Email Address** | mcconnell.jennifer1@gmail.com |
| **Phone Number** | 2148011667 |
| **City** | Dallas |

BLM_0155188

| State | Texas |
|---|---|
| **Zip** | 75229 |
| **I am:** | A tourist/Visitor to Delta County/NFV |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

BLM_0155189

8/9/2018                          DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message

**Citizens for a Healthy Community** <steve@lewishome.com>                    Wed, Oct 12, 2016 at 12:47 PM
Reply-To: steve@lewishome.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a
Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-
comment-letter

**Please check
the box below
if you agree to
the following
letter. A check
in the box is
required in
order to
submit the
form to the
BLM.**

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the
most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it
has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have
made this area Colorado's largest concentration of organic farms, prime hunting grounds, and
home to gold medal fishing, and 2) cause significant harm to human health and a local economy
based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative,
as it relates to oil and gas development, in the Draft Resource Management Plan and
Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.
The BLM's preferred alternative would open almost every acre of public lands in the region to oil
and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically
in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to
industrializing this economically and ecologically unique area with gas wells, pipelines,
storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.**
The potential for human, animal and environmental damage is too high.
Development would contaminate soils, water, and air, and impair human health, including
increases in respiratory, endocrine, immune, and cardiovascular disease.
Development of the leases would destroy local investments and resources required in
transitioning the economy to one based on agro-tourism, recreation, renewable energy,
agriculture, and organic/clean food. In addition, development would contribute to increased
greenhouse gas emissions and climate change impacts on community resources, including
agriculture and wildlife.
A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks
posed by oil and gas operations including fracking technologies, and large-scale industrialization.
Because BLM did not consider new information on earthquakes, human health impact, climate
change impact, and environmental damage caused by hydraulic fracturing, injection wells, and
ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource
Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is
the only option to protect the North Fork Valley, and everyone who depends on it for food and
recreation for generations to come. In addition, unregulated gas gathering pipelines on public
lands present an unacceptable risk to human life and the environment. BLM should impose a
moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under
the Pipeline Hazardous Materials and Safety Administration.

| Date | October 12, 2016 |
|---|---|
| **Name** | Steve Lewis |
| **Email Address** | steve@lewishome.com |
| **Phone Number** | 9726901950 |

BLM_0155190

8/9/2018                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community

| | |
|---|---|
| **City** | Richardson |
| **State** | Texas |
| **Zip** | 75080 |
| **I am:** | A homeowner, A tourist/Visitor to Delta County/NFV |
| **Additional Comments** | Additional Comments |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

BLM_0155191



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community

1 message

**Citizens for a Healthy Community** <albert.r.carter@gmail.com>                         Wed, Oct 12, 2016 at 10:19 AM
Reply-To: albert.r.carter@gmail.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease. Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife. A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Date** | October 12, 2016 |
| **Name** | Albert Carter |
| **Email Address** | albert.r.carter@gmail.com |
| **Phone Number** | 0000000000 |

BLM_0155192

| City | Somerville |
|------|-----------|
| **State** | MA |
| **Zip** | 02144 |
| **I am:** | A Democrat, A scientist/geologist, Interested/impacted citizen |
| **Additional Comments** | Additional Comments |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** | |

BLM_0155193

8/9/2018                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message

**Citizens for a Healthy Community** <klie@publiclab.org>                    Wed, Oct 12, 2016 at 9:51 AM
Reply-To: klie@publiclab.org
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease. Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife. A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Date** | October 12, 2016 |
| **Name** | Klie Kliebert |
| **Email Address** | klie@publiclab.org |
| **Phone Number** | 5046627552 |

BLM_0155194

| City | New Orleans |
|------|-------------|
| State | LA |
| Zip | 70119 |
| I am: | An Independent, A scientist/geologist, A tourist/Visitor to Delta County/NFV, Interested/impacted citizen |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. | |

BLM_0155195

8/9/2018                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message

**Citizens for a Healthy Community** <ksmacarthur@me.com>                    Wed, Oct 12, 2016 at 9:20 AM
Reply-To: ksmacarthur@me.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

**Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.**

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.
The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high.
Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.
Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.
A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| Date | October 12, 2016 |
|---|---|
| **Name** | Karen Macarthur |
| **Email Address** | ksmacarthur@me.com |
| **Phone Number** | 4692358129 |

https://mail.google.com/mail/b/AELYn1FYFuA8J9hnd0gYPKjdrOOyaba1lkv7UM4bqHKZkyY-Kqli/u/0?ik=209d76a2bd&view=pt&search=all&permthid=t...    1/2

BLM_0155196

| City | Richardson |
|------|-----------|
| **State** | Tx |
| **Zip** | 75090 |
| **I am:** | An Independent, A tourist/Visitor to Delta County/NFV, Other |
| **Additional Comments** | Additional Comments |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

BLM_0155197

8/9/2018                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message

**Citizens for a Healthy Community** <rebeccabellwilson@gmail.com>             Tue, Oct 11, 2016 at 6:41 PM
Reply-To: rebeccabellwilson@gmail.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease. Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, deveiopment would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife. A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Date** | October 11, 2016 |
| **Name** | Rebecca Wilson |
| **Email Address** | rebeccabellwilson@gmail.com |
| **Phone Number** | 2144971074 |

https://mail.google.com/mail/b/AELYn1FYFuA8J9hnd0gYPKjdrOOyaba1lkv7UM4bqHKZkyY-Kqli/u/0?ik=209d76a2bd&view=pt&search=all&permthid=t...    1/2

BLM_0155198

8/9/2018                                   DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community

| City | Dallas |
|------|--------|
| **State** | TX |
| **Zip** | 75229 |
| **I am:** | A Democrat, Interested/impacted citizen |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

BLM_0155199



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## RMP Comment Letter Form submitted on Citizens for a Healthy Community

1 message

---

**Citizens for a Healthy Community** <wordpress@citizensforahealthycommunity.org>          Tue, Oct 11, 2016 at 1:44 PM
Reply-To: gunterandhope@yahoo.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease. Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife. A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Date** | October 11, 2016 |
| **Name** | Andrew McMillen |
| **Email Address** | gunterandhope@yahoo.com |
| **Phone Number** | 5208088111 |

BLM_0155200

| City | Narrows |
|------|---------|
| **State** | Virginia |
| **Zip** | 24124 |
| **I am:** | A resident, A Democrat, Interested/impacted citizen |
| **Additional Comments** | 796 Piney Mountain Road |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

BLM_0155201

8/9/2018                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community

1 message

**Citizens for a Healthy Community** <klewlis@lewishome.com>          Tue, Oct 11, 2016 at 12:00 PM
Reply-To: klewlis@lewishome.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.<br><br>The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high.<br><br>Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.<br><br>Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.<br><br>A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Date** | October 11, 2016 |
| **Name** | Karen Lewis |
| **Email Address** | klewlis@lewishome.com |
| **Phone Number** | 972 824 6048 |

BLM_0155202

8/9/2018                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community

| | |
|---|---|
| **City** | Richardson |
| **State** | TX Texas |
| **Zip** | 75080 |
| **I am:** | An Independent, A tourist/Visitor to Delta County/NFV, Interested/impacted citizen, Other |
| **Additional Comments** | In addition to the above, I am a person of faith who believes in the importance of the stewardship of the earth that sustains all life. I am a voter. I am a mother and grandmother who wants all future generations to enjoy the beauty of nature. Shame on fracking. There are better ways. |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** | |

BLM_0155203

8/9/2018                                     DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community

1 message

**Citizens for a Healthy Community** <wordpress@citizensforahealthycommunity.org>          Tue, Oct 11, 2016 at 11:06 AM
Reply-To: rickinewman@yahoo.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. <br><br> Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease. <br><br> Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife. <br><br> A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Date** | October 11, 2016 |
| **Name** | Ricki Newman |
| **Email Address** | rickinewman@yahoo.com |
| **Phone Number** | 9704290840 |

https://mail.google.com/mail/b/AELYn1FYFuA8J9hnd0gYPKjdrOOyaba1lkv7UM4bqHKZkyY-Kqli/u/0?ik=209d76a2bd&view=pt&search=all&permthid=t...   1/2

BLM_0155204

| | |
|---|---|
| **City** | Aspen |
| **State** | CO |
| **Zip** | 81612 |
| **I am:** | A resident, An Independent, A homeowner, Interested/impacted citizen |
| **Additional Comments** | Additional Comments |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

BLM_0155205

8/9/2018                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message

**Citizens for a Healthy Community** <frontcross@gmail.com>                    Thu, Oct 6, 2016 at 11:49 PM
Reply-To: frontcross@gmail.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease. Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife. A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Date** | October 6, 2016 |
| **Name** | Julie Rigby |
| **Email Address** | frontcross@gmail.com |
| **Phone Number** | 8024455441 |

BLM_0155206

| City | Urbana |
|------|--------|
| State | IL |
| Zip | 61801 |
| I am: | A tourist/Visitor to Delta County/NFV |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. |  |

BLM_0155207

8/9/2018                              DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community

1 message

**Citizens for a Healthy Community** <doristeal@msn.com>                    Thu, Oct 6, 2016 at 8:54 PM
Reply-To: doristeal@msn.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease. Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife. A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Date** | October 6, 2016 |
| **Name** | Doris t Wehrmacher |
| **Email Address** | doristeal@msn.com |
| **Phone Number** | 9706280169 |

BLM_0155208

DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community

| City | Crawford |
|---|---|
| **State** | Colorado |
| **Zip** | 81415 |
| **I am:** | A resident, A consumer of NFV/Delta County produce and meat and poultry, An Independent, A homeowner, Interested/impacted citizen |
| **Additional Comments** | Additional Comments |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

BLM_0155209

8/9/2018                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community

1 message

**Citizens for a Healthy Community** <doristeal@msn.com>                    Thu, Oct 6, 2016 at 8:53 PM
Reply-To: doristeal@msn.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease. Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife. A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Date** | October 6, 2016 |
| **Name** | Doris |
| **Email Address** | doristeal@msn.com |
| **Phone Number** | 9706280169 |

BLM_0155210

| | |
|---|---|
| **City** | Crawford |
| **State** | Colorado |
| **Zip** | 81415 |
| **I am:** | A resident, A consumer of NFV/Delta County produce and meat and poultry, An Independent, A homeowner, Interested/impacted citizen |
| **Additional Comments** | Additional Comments |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** | |

BLM_0155211

8/9/2018                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message

**Citizens for a Healthy Community** <jfein28@earthlink.net>                    Thu, Oct 6, 2016 at 6:52 PM
Reply-To: jfein28@earthlink.net
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease. Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife. A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Date** | October 6, 2016 |
| **Name** | Joanna Fein |
| **Email Address** | jfein28@earthlink.net |
| **Phone Number** | 2074283986 |

BLM_0155212

| City | Windham |
|------|---------|
| **State** | Maine |
| **Zip** | 04062 |
| **I am:** | A Democrat, A homeowner, Interested/impacted citizen |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** | |

BLM_0155213

8/9/2018                     DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message

**Citizens for a Healthy Community** <nwouk@ix.netcom.com>                    Thu, Oct 6, 2016 at 3:11 PM
Reply-To: nwouk@ix.netcom.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

**Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.**

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high.

Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| Date | October 6, 2016 |
|---|---|
| Name | Nina Wouk |
| Email Address | nwouk@ix.netcom.com |
| Phone Number | 6503299083 |

BLM_0155214

| | |
|---|---|
| **City** | Menlo Park |
| **State** | CA |
| **Zip** | 94025 |
| **I am:** | A homeowner, Interested/impacted citizen |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

BLM_0155215

8/9/2018                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message

**Citizens for a Healthy Community** <molly@mollyhale.com>                    Thu, Oct 6, 2016 at 11:25 AM
Reply-To: molly@mollyhale.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease. Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife. A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Date** | October 6, 2016 |
| **Name** | Molly |
| **Email Address** | molly@mollyhale.com |
| **Phone Number** | 6507768707 |

BLM_0155216

8/9/2018                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community

| City | Penn Valley |
|---|---|
| State | CA |
| Zip | 95946 |
| I am: | Interested/impacted citizen |
| Additional Comments | 11888 Elnora Ct |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. | |

BLM_0155217

8/9/2018                                DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message

**Citizens for a Healthy Community** <jxl@lewisphillips.com>                 Thu, Oct 6, 2016 at 10:15 AM
Reply-To: jxl@lewisphillips.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. |
| | Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease. |
| | Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife. |
| | A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Date** | October 6, 2016 |
| **Name** | Jonathan Lewis |
| **Email Address** | jxl@lewisphillips.com |
| **Phone Number** | 720-352-7367 |

BLM_0155218

8/9/2018                     DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community

| City | Longmont |
|------|----------|
| **State** | Colorado |
| **Zip** | 80504 |
| **I am:** | A resident, A Democrat, A homeowner, Interested/impacted citizen, Other |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

BLM_0155219

8/9/2018                        DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## RMP Comment Letter Form submitted on Citizens for a Healthy Community

1 message

---

**Citizens for a Healthy Community** <andrestomas_1@hotmail.com>                    Thu, Oct 6, 2016 at 9:13 AM
Reply-To: andrestomas_1@hotmail.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease. Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife. A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Date** | October 6, 2016 |
| **Name** | Cortland Thomas |
| **Email Address** | andrestomas_1@hotmail.com |
| **Phone Number** | 2065799270 |

BLM_0155220

8/9/2018                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community

| | |
|---|---|
| **City** | San Francisco |
| **State** | CA |
| **Zip** | 94122 |
| **I am:** | A scientist/geologist, A tourist/Visitor to Delta County/NFV, Interested/impacted citizen |
| **Additional Comments** | Additional Comments |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

BLM_0155221

8/9/2018                          DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message

**Citizens for a Healthy Community** <joykumpany@paonia.com>                    Thu, Oct 6, 2016 at 8:33 AM
Reply-To: joykumpany@paonia.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease. Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife. A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Date** | October 6, 2016 |
| **Name** | Joy Kuhlman |
| **Email Address** | joykumpany@paonia.com |
| **Phone Number** | 970-234-2572 |

BLM_0155222

| | |
|---|---|
| **City** | Paonia |
| **State** | CO |
| **Zip** | 81428 |
| **I am:** | An organic farmer, A resident, A consumer of NFV/Delta County produce and meat and poultry, A Democrat, A homeowner, Interested/impacted citizen |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

BLM_0155223

8/9/2018                               DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message

**Citizens for a Healthy Community** <Ginger.Ikeda@gmail.com>                    Thu, Oct 6, 2016 at 7:49 AM
Reply-To: Ginger.Ikeda@gmail.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a
Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-
comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. |
| | Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease. |
| | Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife. |
| | A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Date** | October 6, 2016 |
| **Name** | Ginger Ikeda |
| **Email Address** | Ginger.Ikeda@gmail.com |
| **Phone Number** | 3038181578 |

BLM_0155224

8/9/2018                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community

| City | Boulder |
|------|---------|
| **State** | CO |
| **Zip** | 80304 |
| **I am:** | A tourist/Visitor to Delta County/NFV, Interested/impacted citizen |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** | |

BLM_0155225

8/9/2018                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message

**Citizens for a Healthy Community** <jds966@gmail.com>                    Thu, Oct 6, 2016 at 7:25 AM
Reply-To: jds966@gmail.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. |
| | Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease. |
| | Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife. |
| | A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |

| | |
|---|---|
| **Date** | October 6, 2016 |
| **Name** | john sherman |
| **Email Address** | jds966@gmail.com |
| **Phone Number** | 9702164075 |

BLM_0155226

8/9/2018                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community

| City | ridgway |
|------|---------|
| State | Colorado |
| Zip | 81432 |
| I am: | A resident, A Democrat, A homeowner |
| Additional Comments | Additional Comments |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. |  |

BLM_0155227



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community

1 message

**Citizens for a Healthy Community** <jjlstring@gmail.com>                    Wed, Oct 5, 2016 at 8:51 PM
Reply-To: jjlstring@gmail.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease. Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife. A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Date** | October 5, 2016 |
| **Name** | Jerry L. Stringfellow |
| **Email Address** | jjlstring@gmail.com |
| **Phone Number** | 816-813-4014 |

8/9/2018                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community

| City | Hotchkiss |
| --- | --- |
| **State** | Colorado |
| **Zip** | 81419 |
| **I am:** | An organic farmer, A resident, A consumer of NFV/Delta County produce and meat and poultry, A Republican, A homeowner, Interested/impacted citizen |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

BLM_0155229

8/9/2018        DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community

1 message

**Citizens for a Healthy Community** <blario@tds.net>            Wed, Oct 5, 2016 at 6:57 PM
Reply-To: blario@tds.net
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease. Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife. A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Date** | October 5, 2016 |
| **Name** | Bob Lario |
| **Email Address** | blario@tds.net |
| **Phone Number** | 970-527-3278 |

8/9/2018                           DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community

| City | Hotchkiss |
|------|-----------|
| **State** | Colorado |
| **Zip** | 81419 |
| **I am:** | A resident, A consumer of NFV/Delta County produce and meat and poultry, An Independent, A homeowner, A Realtor |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

BLM_0155231

8/9/2018                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message

**Citizens for a Healthy Community** <cynthiapurchase@gmail.com>                    Wed, Oct 5, 2016 at 3:35 PM
Reply-To: cynthiapurchase@gmail.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease. Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife. A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Date** | October 5, 2016 |
| **Name** | Cynthia |
| **Email Address** | cynthiapurchase@gmail.com |
| **Phone Number** | 1234567890 |

BLM_0155232

8/9/2018                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community

| City | Marietta |
|------|----------|
| **State** | Georgia |
| **Zip** | 30068 |
| **I am:** | A tourist/Visitor to Delta County/NFV, Interested/impacted citizen |
| **Additional Comments** | Additional Comments |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** | |

BLM_0155233



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message

**Citizens for a Healthy Community** <wordpress@citizensforahealthycommunity.org>         Wed, Oct 5, 2016 at 3:16 PM
Reply-To: donnambirdlady@yahoo.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

**Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.**

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.
The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high.
Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.
Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.
A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| Date | October 5, 2016 |
|------|-----------------|
| **Name** | Donna Bonetti |
| **Email Address** | donnambirdlady@yahoo.com |
| **Phone Number** | 7205659291 |

BLM_0155234

| City | Boulder |
| --- | --- |
| State | CO |
| Zip | 80303 |
| I am: | A consumer of NFV/Delta County produce and meat and poultry, A tourist/Visitor to Delta County/NFV, Interested/impacted citizen |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. |  |

BLM_0155235

8/9/2018                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community

1 message

**Citizens for a Healthy Community** <sheerobin@gmail.com>                    Wed, Oct 5, 2016 at 2:39 PM
Reply-To: sheerobin@gmail.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high.<br><br>Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.<br><br>Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.<br><br>A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Name** | Shelby Robinson |
| **Email Address** | sheerobin@gmail.com |
| **Phone Number** | 970-217-9747 |
| **City** | Ft. Collins |

https://mail.google.com/mail/b/AELYn1FYFuA8J9hnd0gYPKjdrOOyaba1Ikv7UM4bqHKZkyY-Kqli/u/0?ik=209d76a2bd&view=pt&search=all&permthid=t...    1/2

| | |
|---|---|
| **State** | CO |
| **Zip** | 80521 |
| **I am:** | A consumer of NFV/Delta County produce and meat and poultry, An Independent, A tourist/Visitor to Delta County/NFV, Interested/impacted citizen |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

BLM_0155237

8/9/2018                   DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message

**Citizens for a Healthy Community** <natasha@citizensforahealthycommunity.org>          Wed, Oct 5, 2016 at 12:03 PM
Reply-To: natasha@citizensforahealthycommunity.org
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high.<br><br>Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.<br><br>Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.<br><br>A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Name** | g koeppek |
| **Email Address** | googleman@earthlink.net |
| **Phone Number** | 9146982011 |
| **City** | mamaroneck |

BLM_0155238

| State | ny |
| --- | --- |
| **Zip** | 19543 |
| **I am:** | A consumer of NFV/Delta County produce and meat and poultry, An Independent, A homeowner, A tourist/Visitor to Delta County/NFV, Interested/impacted citizen |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** | |

BLM_0155239

8/9/2018                          DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community

1 message

**Citizens for a Healthy Community** <natasha@citizensforahealthycommunity.org>          Wed, Oct 5, 2016 at 11:08 AM
Reply-To: natasha@citizensforahealthycommunity.org
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease. Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, deveiopment would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife. A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Date** | October 5, 2016 |
| **Name** | Debra Winham |
| **Email Address** | debra.winham@gmail.com |
| **Phone Number** | 8457064021 |

BLM_0155240

8/9/2018                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community

| City | Red Hook |
| --- | --- |
| State | New York |
| Zip | 12571 |
| I am: | An Independent, Interested/impacted citizen, Other |
| Additional Comments | 21 Maizeland Rd |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. |  |

BLM_0155241

8/9/2018                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message

**Citizens for a Healthy Community** <natasha@citizensforahealthycommunity.org>          Wed, Oct 5, 2016 at 11:08 AM
Reply-To: natasha@citizensforahealthycommunity.org
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease. Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife. A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Date** | October 5, 2016 |
| **Name** | Jim Brett |
| **Email Address** | ejbmail@me.com |
| **Phone Number** | 970-210-9718 |

BLM_0155242

8/9/2018                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community

| | |
|---|---|
| **City** | Paonia |
| **State** | CO |
| **Zip** | 81428 |
| **I am:** | A resident, A consumer of NFV/Delta County produce and meat and poultry, A homeowner, Interested/impacted citizen |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

BLM_0155243

8/9/2018                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message

**Citizens for a Healthy Community** <natasha@citizensforahealthycommunity.org>        Wed, Oct 5, 2016 at 11:08 AM
Reply-To: natasha@citizensforahealthycommunity.org
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease. Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife. A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Date** | October 4, 2016 |
| **Name** | Debra Clark |
| **Email Address** | debra@spydell.net |
| **Phone Number** | 970-497-9776 |

BLM_0155244

8/9/2018                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community

| City | Grand Junction |
|------|----------------|
| **State** | CO |
| **Zip** | 81502 |
| **I am:** | A resident, A consumer of NFV/Delta County produce and meat and poultry, A Democrat, A homeowner, A tourist/Visitor to Delta County/NFV, Interested/impacted citizen |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** | |

BLM_0155245



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community

1 message

**Citizens for a Healthy Community** <natasha@citizensforahealthycommunity.org>            Wed, Oct 5, 2016 at 10:59 AM
Reply-To: natasha@citizensforahealthycommunity.org
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease. Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife. A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Date** | October 5, 2016 |
| **Name** | Carson Bone |
| **Email Address** | carson.bone@gmail.com |
| **Phone Number** | 3472568604 |

BLM_0155246

8/9/2018                     DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community

| City | Crestone |
|------|----------|
| **State** | CO |
| **Zip** | 81131 |
| **I am:** | A resident, A Democrat, Interested/impacted citizen, Other |
| **Additional Comments** | The North Fork Valley is one of the most beautiful landscapes in Colorado and it would be truly tragic to lose such a sacred spot on this planet to an already corrupt system controlled by billionaire bullies. |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** | |

BLM_0155247

## Angie Adams

| | |
|---|---|
| **From:** | Loscalzo, Matthew <mloscalzo@blm.gov> |
| **Sent:** | Saturday, March 10, 2018 9:06 PM |
| **To:** | ufo- ar |
| **Subject:** | Fwd: Opposed to oil and gas leasing in North Fork Valley |

---------- Forwarded message ----------
From: **SI_Mail, BLM_CO** <blm_co_si_mail@blm.gov>
Date: Mon, Feb 27, 2017 at 11:32 AM
Subject: Fwd: Opposed to oil and gas leasing in North Fork Valley
To: Matthew Loscalzo <mloscalzo@blm.gov>

Received on 2/26/2017 via public scoping effort of GELLC NFMMDP. For the record it was specific to the UFO RMP revision. There is currently no public comment period open for the UFO RMP revision.

---------- Forwarded message ----------
From: **Danielle Beamer** <nbeamer22@yahoo.com>
Date: Sun, Feb 26, 2017 at 8:26 AM
Subject: Opposed to oil and gas leasing in North Fork Valley
To: "blm_co_si_mail@blm.gov" <blm_co_si_mail@blm.gov>, "nmortenson@fs.fed.us" <nmortenson@fs.fed.us>

Dear USFS and BLM representatives,
I am writing to express my strong disapproval of oil and gas leasing on public lands in the North Fork Valley. I have serious concerns about the environmental impact of this leasing as well as the lack of a full EIS completed for this project. Water is one of our largest assets and access to clean water is the most basic human right.

I oppose the BLM's Preferred Alternative as stated in the Draft Resource Management Plan and Environmental Impact Statement. This alternative threatens our public lands, wildlife habitat and human health. Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

The economies of the communities in the North Fork Valley are also threatened by this potential development, including organic farming, eco/agro tourism, recreation and renewable energy. I would like to see the BLM develop an alternative to this resource damaging and resource intensive type of extraction.

Thank you, sincerely, Danielle Beamer

--
Matt Loscalzo
Planning & Environmental Coordinator
Uncompahgre Field Office
Bureau of Land Management
Office: 970-240-5305
mloscalzo@blm.gov

BLM_0155248



THE SECRETARY OF THE INTERIOR

WASHINGTON

ORDER NO. 3347

Subject: Conservation Stewardship and Outdoor Recreation.

Sec. 1 **Purpose.** The Department of the Interior (Department) is entrusted with overseeing Federal lands for the benefit of current and future generations. This includes advancing conservation stewardship and increasing outdoor recreation opportunities, including hunting and fishing, for all Americans. The purpose of this Order is to enhance conservation stewardship, increase outdoor recreation, and improve the management of game species and their habitat.

Sec. 2 **Background.** Led by recreational hunters and anglers, America's conservation and outdoor recreation movements continue to be led by individual sportsmen working together with ranchers, farmers, state wildlife agencies, non-profit sportsmen-conservation organizations, and the Department.

The Department has vast management responsibilities across our Nation's Federal lands, waters, and mineral resources. In addition to overseeing with humility the conservation and management of fish and wildlife resources, the Department also stewards 20 percent of the Nation's lands, oversees the responsible development of over 20 percent of U.S. energy supplies, serves as the largest supplier and manager of water in 17 Western States, and maintains relationships with over 500 federally recognized tribes. Over 400 units of the National Park System provide unique outdoor recreation opportunities as well as preserve and protect nearly 27,000 historic structures, more than 700 landscapes, and nearly 100,000 archaeological properties. The Department has also partnered with over 45,000 landowners and 3,000 conservation partners to restore successfully more than one million acres of wetland habitat, three million acres of upland habitat, and 11,000 miles of streams.

President Theodore Roosevelt loved the outdoors, vigorously hunted wildlife, and developed a uniquely American conservation ethos. Executive Order 13443 built on President Roosevelt's conservation legacy and directed Federal agencies, including the Department of the Interior, to facilitate the expansion and enhancement of hunting opportunities and management of game species and their habitat.

As a servant of the American people, the Department will continue to strengthen President Roosevelt's conservation stewardship legacy through this Order by seeking to expand recreational and conservation opportunities for all Americans.

Sec. 3 **Authority.** This Order is issued under the authority of Section 2 of Reorganization Plan No. 3 of 1950 (64 Stat. 1262), as amended, as well as the Department's land and resource management authorities, including the following:

BLM_0155249

- Fish and Wildlife Act of 1956, as amended, 16 U.S.C. 742a, *et seq.*;

- National Wildlife Refuge System Improvement Act of 1997, as amended, 16 U.S.C. 668dd *et seq.*;

- Federal Land Policy and Management Act of 1976, as amended, 43 U.S.C. 1701, *et seq.*;

- National Park Service Organic Act of 1916, as amended, 54 U.S.C. 100101, *et seq.*; and

- Executive Order 13443, "Facilitation of Hunting Heritage and Wildlife Conservation."

Sec. 4. **Conservation Stewardship and Outdoor Recreation Directive.**

a. This Order directs the Assistant Secretary for Fish and Wildlife and Parks and the Assistant Secretary for Land and Minerals Management to:

   (1) Report to the Secretary within 30 calendar days on:
      a. All actions taken to implement with Executive Order 13443 and achieve its goals.
      b. All actions described in by Executive Order 13443 that have not occurred, along with an explanation of any regulatory, legislative, policy or other barriers that have prevented or slowed successful implementation of Executive Order 13443.
      c. Specific recommendations to improve implementation of Executive Order 13443.
   (2) Report to the Secretary within 30 calendar days with specific recommendations to enhance recreational fishing, specifically regarding efforts to enhance and expand recreational fishing access.

b. Upon approval of the reports by the Secretary, the Department shall:

   (1) Submit the first report to the *Wildlife and Hunting Heritage Conservation Council* (WHHCC) with a request for the WHHCC's consensus recommendations for improving implementation of Executive Order 13443.
   (2) Submit the second report to the *Sport Fishing and Boating Partnership Council* (SFBPC) with a request for the SFBPC's consensus recommendations for enhancing and expanding recreational fishing access.

c. Once WHHCC and SFBPC have responded with recommendations, the Department shall, within 30 calendar days:

   (1) Identify specific actions to expand access significantly for recreational hunting and fishing on public lands as may be appropriate.

   (2) Identify specific actions to improve recreational hunting and fishing cooperation, consultation, and communication with state wildlife managers.

   (3) Identify specific actions to improve habitat for fish and wildlife.

   (4) Identify specific actions to manage predators effectively and efficiently.

BLM_0155250

3

(5)     Encourage, promote, and facilitate greater public access to all Department lands consistent with applicable laws.

d.     The Secretary will designate an appointee in the Immediate Office of the Secretary to coordinate all activities by and among the Department, the WHHCC, the SFBPC, and their respective Designated Federal Officers with respect to implementation of this Order.

Sec. 5 **Effect of Order**.  This Order is intended to improve the internal management of the Department.  This Order and any resulting reports or recommendations are not intended to, and do not, create any right or benefit, substantive or procedural, enforceable at law or equity by a party against the United States, its departments, agencies, instrumentalities or entities, its officers or employees, or any other person.  To the extent there is any inconsistency between the provisions of this Order and any Federal laws or regulations, the laws or regulations will control.

Sec. 6 **Expiration Date**.  This Order is effective immediately and will remain in effect until it is amended, superseded, or revoked.

Secretary of the Interior

Date:     **MAR 0 2 2017**

BLM_0155251

## INFORMATION/BRIEFING MEMORANDUM
### FOR THE ASSISTANT SECRETARY – LAND AND MINERALS MANAGEMENT

**DATE:**    March 23, 2017

**FROM:**    Michael D. Nedd, Acting Director – Bureau of Land Management

**SUBJECT:**    Inventorying and Managing BLM Lands with Wilderness Characteristics

The purpose of this memo is to provide clarity on what BLM policies and regulations under the Federal Land Policy and Management Act (FLPMA) require with regard to inventorying lands with wilderness characteristics.

**BACKGROUND**
The BLM's multiple-use, sustained-yield mandate includes managing the wilderness resource. The BLM does so in three ways:

> 1) managing nearly 8.8 million acres of federally designated wilderness in 10 Western States, under the authority of the Wilderness Act;

> 2) managing 12.6 million acres of Wilderness Study Areas (WSAs) in 12 Western States and Alaska until Congress designates them as wilderness or releases them for other uses, under the authority of Section 603 of the FLPMA; and

> 3) managing other BLM lands—non-Wilderness, non-WSA acres—that have wilderness characteristics, under Section 201 of FLPMA.

This paper describes how the BLM addresses areas in the third category, known as lands with wilderness characteristics.

**DISCUSSION**
Lands with wilderness characteristics are areas that the BLM has inventoried and found to have wilderness characteristics, as defined by the Wilderness Act (i.e., they possess sufficient size, naturalness, and outstanding opportunities for either solitude or primitive and unconfined recreation).

Identifying land as having wilderness characteristics is an inventory finding. Determining whether that land should be managed to protect those characteristics is an administrative decision that the BLM makes through the land use planning process. This decision does not constitute a formal designation of any kind.

Under Section 201 of FLPMA, the BLM has an ongoing responsibility to "prepare and maintain on a continuing basis an inventory of all public lands and their resources and other values." This responsibility includes the wilderness resource. In many areas, conditions have changed on the ground from when BLM conducted the initial inventory for the presence of wilderness characteristics over 30 years ago, and now contain a higher level of naturalness.

BLM_0155252

Below is a brief chronology on the evolution of BLM's policy regarding this resource:

- *2003:* A court settlement agreement between then-Interior Secretary Gale Norton and the State of Utah stipulates that the BLM no longer has the authority to designate WSAs.

- *2003–2012:* BLM/DOI issues several iterations of policy for inventorying and managing lands with wilderness characteristics, including a 2010 Secretarial Order ("Wild Lands Policy") that causes controversy with certain stakeholders (policy rescinded in 2011).

- *2008:* The U.S. Court of Appeals affirms the BLM has responsibility to maintain a current inventory and manage the wilderness resource: "[W]ilderness characteristics are a value which, under the FLPMA, the Bureau has the continuing authority to manage, even after it has fulfilled its [FLPMA-mandated] duties to recommend some lands with wilderness characteristics for permanent congressional protection. As a result, the BLM's completion of its permanent preservation recommendations for the planning area does not mean that the Bureau may entirely decline to consider wilderness characteristics presently existing in the area." (*Oregon Natural Desert Association v. Bureau of Land Management*, 531 F.3d 1114 (9th Cir. 2008, as amended). A series of related cases also reaffirm this authority.

- *2012:* BLM releases Manual 6310—Conducting Wilderness Characteristics Inventory on BLM Lands, and Manual 6320—Considering Lands with Wilderness Characteristics in the BLM Land Use Planning Process, which serve as the current policy.

**CURRENT POLICY**

Manual 6310 contains the BLM's policy and guidance on conducting inventories of wilderness characteristics, while Manual 6320 describes how the BLM incorporates the results of those inventories in its land-use planning process.

Once an inventory is completed, Manual 6320 states that BLM's consideration of the lands with wilderness characteristics identified in the planning process may result in several outcomes. The manual lists three outcomes, which are intended to represent more of a continuum rather than discrete options:

    1) prioritize other uses while not protecting wilderness characteristics;

    2) minimize impacts to wilderness characteristics while managing for other uses; and

    3) protect wilderness characteristics as a priority over other multiple uses.

When revising a Resource Management Plan (RMP), a State Director may choose any one of these outcomes, or some combination thereof, for parcels of land containing wilderness characteristics, provided that the plan documents the basis for this determination.

**Finding that an area possesses wilderness characteristics does not mean that the BLM must manage to protect those characteristics.** Inventory and management are often conflated, which leads to confusion about the true nature of the policy. Inventory and management are separate activities, carried out under different provisions of FLPMA (Sections 201 and 202, respectively).

2

In response to a provision in the Fiscal Year 2011 appropriations law, the BLM currently does not track the acres of lands with wilderness characteristics it has inventoried, nor the number of those acres it has decided to manage for protection.

The Forest Service's policy on lands with wilderness characteristics is substantially similar to the BLM's.

RMPs that have incorporated updated inventories across the entire planning area have generally encountered fewer protests than those that have not.  In cases where RMPs have relied on incomplete inventory data, some Field Offices are realizing the vulnerability to appeals when implementing plans, and are now proposing amendments to address wilderness characteristics in a more comprehensive fashion.  Other offices are delaying implementation of certain decisions until inventories are updated.

There is also the misperception that identifying and/or managing lands with wilderness characteristics will lead to the designation of additional WSAs or constitute some form of recommendation for wilderness designation.  This is not the case. The intent of the BLM policy for lands with wilderness characteristics is to comply with FLPMA, both in terms of inventorying for the presence of wilderness characteristics and managing such lands as a resource through land use planning decisions.

**ATTACHMENT**
Examples of RMPs That Consider Lands with Wilderness Characteristics

BLM_0155254

ATTACHMENT
Examples of RMPs That Consider Lands with Wilderness Characteristics

**BACKGROUND**

Manual 6320—Considering Lands with Wilderness Characteristics in the BLM Land Use Planning Process describes a variety of management actions that may protect lands with wilderness characteristics.  Such actions could include:

- Closing an area to leasing or allowing leasing but only with no surface occupancy with no exceptions, waivers, or modifications;
- Designating as a right-of-way exclusion area; or
- Designating an area as closed to motor vehicle use, or as limited to mechanized use on designated routes.

Manual 6320 also allows the BLM to emphasize other multiple uses while applying management restrictions to minimize impacts to wilderness characteristics.  Examples of such restrictions include:

- Applying fluid mineral leasing stipulations of controlled surface use;
- Designating right-of-way avoidance areas;
- Designating an area as limited to motor vehicle use on designated routes.

As demonstrated in the following examples, Manual 6320 provides the BLM <u>considerable latitude</u> in considering lands with wilderness characteristics.  Rather than presenting an all-or-nothing "Protect/Do Not Protect" choice, the manual allows the BLM to select from several management outcomes so long as the plan documents the rationale for the decision.

**Colorado: White River Field Office Approved RMP Amendment for Oil and Gas Development**
*Record of Decision signed August 2015*

BLM Colorado identified 301,700 acres of lands with wilderness characteristics in the planning area:

- 164,000 acres (55% of lands with wilderness characteristics identified) are managed to prioritize other uses while <u>not protecting</u> wilderness characteristics (i.e., open to leasing, without any lease stipulations designed to protect wilderness characteristics);

- 66,200 acres (22% of lands with wilderness characteristics identified) are managed to <u>minimize</u> impacts to wilderness characteristics while managing for other uses (i.e., open to leasing with a Controlled Surface Occupancy stipulation);

- 71,500 acres (23% of lands with wilderness characteristics identified) are managed to <u>protect</u> wilderness characteristics (i.e., open to leasing with a No Surface Occupancy stipulation).

4

BLM_0155255

**Montana: Hi-Line Approved RMP**
*Record of Decision signed September 2015*

BLM Montana identified 399,448 acres of lands with wilderness characteristics in the planning area:

- 92,190 acres (23% of lands with wilderness characteristics identified) are managed to prioritize other uses while <u>not protecting</u> wilderness characteristics;

- 290,865 acres (73% of lands with wilderness characteristics identified) are managed to <u>minimize</u> impacts to wilderness characteristics while managing for other uses (i.e., No Surface Occupancy with limited exceptions and no waivers);

- 16,393 acres (4% of lands with wilderness characteristics identified) are managed to <u>protect</u> wilderness characteristics.

**Alaska: Approved Eastern Interior Resource Management Plan**
*Record of Decision signed January 2017*

Of the 6,524,000 acres in the planning area:

- 3,068,000 acres (47% of planning area) are managed to prioritize other uses while <u>not protecting</u> wilderness characteristics;

- 3,456,000 acres (53% of planning area) are managed to <u>minimize impacts</u> to wilderness characteristics while managing for other uses (i.e., allows temporary structures and equipment placement related to hunting, fishing, and trapping; cross-country snowmobile travel; and limited off-highway vehicle use);

- Zero acres are managed to <u>protect</u> wilderness characteristics as a priority over other multiple uses.

**Idaho: Jarbidge Approved RMP**
*Record of Decision signed September 2015*

BLM Idaho identified 104,000 acres of lands with wilderness characteristics in the planning area:

- Zero acres are managed to prioritize other uses while <u>not protecting</u> wilderness characteristics;

- 104,000 acres (100% of lands with wilderness characteristics identified) are managed to <u>minimize</u> impacts to wilderness characteristics while managing for other uses (i.e., right-of-way avoidance areas, areas where motorized travel is limited to designated routes);

- Zero acres are managed to <u>protect</u> wilderness characteristics.

BLM_0155256



THE SECRETARY OF THE INTERIOR
WASHINGTON

ORDER NO. **3 3 4 9**

Subject: American Energy Independence

Sec. 1 **Purpose**. This Order implements the review of agency actions directed by an Executive Order signed by the President on March 28, 2017 and entitled "Promoting Energy Independence and Economic Growth" (March 28, 2017 E.O.). It also directs a reexamination of the mitigation policies and practices across the Department of the Interior (Department) in order to better balance conservation strategies and policies with the equally legitimate need of creating jobs for hard-working American families.

Sec. 2 **Authorities**. This Order is issued under the authority of Section 2 of Reorganization Plan No. 3 of 1950 (64 Stat. 1262), as amended, and other applicable statutory authorities.

Sec. 3 **Background**. Among other provisions, the March 28, 2017 E.O. directs the Department to review all existing regulations, orders, guidance documents, policies, and any other similar actions that potentially burden the development or utilization of domestically produced energy resources. A plan to carry out the review must be submitted to the Director of the Office of Management and Budget (OMB) and to certain other White House officials within 45 days of the date of the March 28, 2017 E.O. The objective of the review is to identify agency actions that unnecessarily burden the development or utilization of the Nation's energy resources and support action to appropriately and lawfully suspend, revise, or rescind such agency actions as soon as practicable.

The March 28, 2017 E.O. also directs the Department to promptly review certain specific actions recently taken by the Department, in particular Secretary's Order 3338, "Discretionary Programmatic Environmental Impact Statement to Modernize the Federal Coal Program," and four rules related to onshore oil and gas development.

The March 28, 2017 E.O. also rescinds certain Presidential Actions, reports, and final guidance related to climate change, including:

a. E.O. 13653 of November 6, 2013 (Preparing the United States for the Impacts of Climate Change);

b. Presidential Memorandum of June 25, 2013 (Power Sector Carbon Pollution Standards); and

c. Presidential Memorandum of September 21, 2016 (Climate Change and National Security).

2

The March 28, 2017 E.O. directs the Department to identify agency actions "related to or arising from" the rescinded Presidential Actions, reports, and guidance, and to initiate a lawful and appropriate process to suspend, revise, or rescind such actions.

The March 28, 2017 E.O. also rescinds the Presidential Memorandum issued on November 3, 2015, entitled "Mitigating Impacts on Natural Resources from Development and Encouraging Related Private Investment." That Memorandum directed the Secretary of the Interior, among other Cabinet officials, to undertake a number of actions to implement a landscape-scale mitigation policy, including specific directions to the Bureau of Land Management (BLM) and the Fish and Wildlife Service (FWS) to develop mitigation policies that incorporated compensatory mitigation into planning and permitting processes.

Secretary's Order 3330, "Improving Mitigation Policies and Practices of the Department of the Interior," dated October 13, 2013, is directly related to the rescinded Presidential Memorandum on mitigation. Secretary's Order 3330 dovetails with the subsequently issued Presidential Memorandum by directing the development and implementation of a landscape-scale mitigation policy for the Department. As directed by the Order, the Secretary received a report in April 2014 entitled, "A Strategy for Improving Mitigation Policies and Practices of the Department of the Interior." The Strategy set forth a number of "deliverables" by nearly every office and bureau within the Department to advance the stated goal of "landscape-scale mitigation." Given the close nexus between the rescinded Presidential Memorandum and Secretary's Order 3330, a thorough reexamination is needed of the policies set out in that Order.

Sec. 4 **Policy**. To begin implementing the March 28, 2017 E.O., I hereby order the following:

a.     Revocation of Secretary's Order 3330. I hereby revoke Secretary's Order 3330, "Improving Mitigation Policies and Practices of the Department of the Interior," dated October 31, 2013. As set forth below, all actions taken pursuant to Secretary's Order 3330 must be reviewed for possible reconsideration, modification, or rescission as appropriate.

b.     Review of Department Actions. As set forth in Sec. 5 below, each bureau and office shall review all existing regulations, orders, guidance documents, policies, instructions, notices, implementing actions, and any other similar actions (Department Actions) related to or arising from the Presidential Actions set forth above and, to the extent deemed necessary and permitted by law, initiate an appropriate process to suspend, revise, or rescind any such actions, consistent with the policies set forth in the March 28, 2017 E.O.

BLM_0155258