Sec. 5 **Implementation**. The following actions shall be taken pursuant to this Order:

    a.    Mitigation Policy Review.

        (i)    Within 14 days of the date of this Order, each bureau and office head shall provide to the Deputy Secretary, through their Assistant Secretary, all Department Actions they have adopted or are in the process of developing relating to (1) the Presidential Memorandum dated November 3, 2015, "Mitigating Impacts on Natural Resources from Development and Encouraging Related Private Investment" and (2) Secretary's Order 3330.

        (ii)    Within 30 days of the date of this Order, the Deputy Secretary shall inform the Assistant Secretaries whether to proceed with reconsideration, modification, or rescission as appropriate and necessary of any Department Actions they have adopted or are in the process of developing relating to (1) the Presidential Memorandum dated November 3, 2015, "Mitigating Impacts on Natural Resources from Development and Encouraging Related Private Investment" and (2) Secretary's Order 3330.

        (iii)    Within 90 days of the date of this Order, each bureau and office required to reconsider, modify, or rescind any such Department Action, shall submit to the Deputy Secretary, through their Assistant Secretary, a draft revised or substitute Department Action for review.

    b.    Climate Change Policy Review.

        (i)    Within 14 days of the date of this Order, each bureau and office head shall provide to the Deputy Secretary, through their Assistant Secretary, all Department Actions they have adopted, or are in the process of developing, relating to the Presidential Actions, reports, and guidance that are rescinded by the March 28, 2017 E.O., in particular: Executive Order 13653 of November 6, 2013 (Preparing the United States for the Impacts of Climate Change); Presidential Memorandum of June 25, 2013 (Power Sector Carbon Pollution Standards); Presidential Memorandum of September 21, 2016 (Climate Change and National Security); Report of the Executive Office of the President of June 2013 (The President's Climate Action Plan); Report of the Executive Office of the President of March 2014 (Climate Action Plan Strategy to Reduce Methane Emissions); and the Council on Environmental Quality's final guidance entitled "Final Guidance for Federal Departments and Agencies on Consideration of Greenhouse Gas Emissions and the Effects of Climate Change in National Environmental Policy Act Reviews," 81 *Fed. Reg.* 51866 (August 5, 2016).

        (ii)    Within 30 days of the date of this Order, the Deputy Secretary shall inform the Assistant Secretaries whether to proceed with reconsideration, modification, or rescission as appropriate and necessary of any Department Actions identified in the review required by subsection (i) above.

     (iii)    Within 90 days of the date of this Order, each bureau and office required to reconsider, modify, or rescind any such Department Action, shall submit to the Deputy Secretary, through their Assistant Secretary, a draft revised or substitute Department Action, for review.

     c.    Review of Other Department Actions Impacting Energy Development.

     (i)    As previously announced by the Department, BLM shall proceed expeditiously with proposing to rescind the final rule entitled, "Oil and Gas; Hydraulic Fracturing on Federal and Indian Lands," 80 *Fed. Reg.* 16128 (Mar. 26, 2015).

     (ii)    Within 21 days, the Director, BLM shall review the final rule entitled, "Waste Prevention, Production Subject to Royalties, and Resource Conservation," 81 *Fed. Reg.* 83008 (January 17, 2017), and report to the Assistant Secretary – Land and Minerals Management on whether the rule is fully consistent with the policy set forth in Section 1 of the March 28, 2017 E.O.

     (iii)    Within 21 days, the Director, National Park Service shall review the final rule entitled, "General Provisions and Non-Federal Oil and Gas Rights," 81 *Fed. Reg.* 77972 (Nov. 4, 2016), and report to the Assistant Secretary for Fish and Wildlife and Parks on whether the rule is fully consistent with the policy set forth in Section 1 of the March 28, 2017 E.O.

     (iv)    Within 21 days, the Director, FWS shall review the final rule entitled, "Management of Non-Federal Oil and Gas Rights," 81 *Fed. Reg.* 79948 (Nov. 14, 2016), and report to the Assistant Secretary for Fish and Wildlife and Parks on whether the rule is fully consistent with the policy set forth in Section 1 of the March 28, 2017 E.O.

     (v)    Within 21 days, each bureau and office head shall provide to the Deputy Secretary, through their Assistant Secretary, a report that identifies all existing Department Actions issued by their bureau or office that potentially burden (as that term is defined in the March 28, 2017 E.O.) the development or utilization of domestically produced energy resources, with particular attention to oil, natural gas, coal, and nuclear resources.

     (vi)    Within 35 days, the Deputy Secretary shall provide to me a plan to complete the review of Department Actions contemplated by Section 2 of the March 28, 2017 E.O. The plan must meet all objectives and time lines set forth in the March 28, 2017 E.O.

Sec. 5 **Effect of the Order**. This Order is intended to improve the internal management of the Department. This Order and any resulting reports or recommendations are not intended to, and do not, create any right or benefit, substantive or procedural, enforceable at law or equity by a party against the United States, its departments, agencies,

instrumentalities or entities, its officers or employees, or any other person. To the extent there is any inconsistency between the provisions of this Order and any Federal laws or regulations, the laws or regulations will control.

Sec. 6 **Expiration Date**. This Order is effective immediately. It will remain in effect until it is amended, superseded, or revoked.

Secretary of the Interior

Date:    MAR 2 9 2017

BLM_0155261



THE SECRETARY OF THE INTERIOR
WASHINGTON

ORDER NO. 3351

Subject: Strengthening the Department of the Interior's Energy Portfolio

Sec. 1 **Purpose**. This Order establishes the position of Counselor to the Secretary for Energy Policy to ensure deliberate and active coordination of energy policy in the Department.

Sec. 2 **Background**. Energy is an essential part of American life and a staple of the world economy. Achieving American energy dominance begins with recognizing that we have vast untapped domestic energy reserves. For too long, America has been held back by burdensome regulations on our energy industry. The Department is committed to an America-first energy strategy that lowers costs for hardworking Americans and maximizes the use of American resources, freeing us from dependence on foreign oil.

Nine of the Department's 10 bureaus have significant energy programs and responsibilities. The Department's energy portfolio includes oil, gas, coal, hydroelectric, wind, solar, geothermal, and biomass. The Department recognizes that the development of energy resources on public lands will increase domestic energy production, provide alternatives to overseas energy resources, create jobs, and enhance the energy security of the United States. Eliminating harmful regulations and unnecessary policies will require a sustained, focused effort.

Sec. 3 **Authority**. This Order is issued under the authority of 43 U.S.C. 1451, Section 2 of Reorganization Plan No. 3 of 1950 (64 Stat. 1262), and other applicable statues.

Sec. 4 **Counselor to the Secretary for Energy Policy**.

a.      There is established in the Immediate Office of the Secretary, the position of Counselor to the Secretary for Energy Policy (Counselor).

b.      The Counselor shall report directly to the Secretary, who retains all decision-making authority.

c.      The duties of the Counselor position shall include, but are not limited to:

(1)      Advising the Secretary, Deputy Secretary, Assistant Secretaries, and Chief of Staff on all aspects of energy policy.

(2)      Developing and coordinating strategies, policies, and practices that promote responsible development of all types of energy on public lands managed and administered by the Department.

(3)     Identifying regulatory burdens that unnecessarily encumber energy exploration development, production, transportation; and developing strategies to eliminate or minimize these burdens.

(4)     Promoting efficient and effective processing of energy-related authorizations, permits, regulations, and agreements.  This includes, but is not limited to, working with the Assistant Secretaries and other Department leadership in prioritizing the work of bureaus/offices in developing and implementing energy policy and affairs; tracking progress of bureaus/offices; and resolving obstacles to energy exploration, development, production, and transportation concerns.

d.     As directed by the Secretary, the Counselor:

(1)     Represents the Secretary, the Deputy Secretary, and/or Chief of Staff on energy-related intra- and inter-agency meetings of high-level governmental officials;

(2)     Chairs boards, councils, and committees concerned with research, development, exploration, and transportation of energy; and

(3)     Represents the Secretary, the Deputy Secretary, and/or Chief of Staff before energy-related internal and external stakeholder meetings and conferences.

e.     The Counselor undertakes such other actions as directed by and on behalf of the Secretary that relate to energy policy and affairs, including but not limited to coordinating:

(1)     Policy and regulatory decisionmaking for domestic and international projects;

(2)     Development of best management practices for energy projects on the public lands to ensure responsible development of energy; and

(3)     Reviews of cost recovery in processing energy applications and monitoring of authorizations under the provisions of Section 304 and Section 504 of the Federal Land Policy and Management Act.

f.     The Counselor works with other Federal agencies and offices, and state regulatory agencies and offices, to improve the coordination of energy policy.

Sec. 5 **Implementation**.

a.     The Counselor and the Chief of Staff are responsible for implementing this Order.

b.     Each Assistant Secretary and bureau/office head, including the Solicitor, shall designate a liaison to serve with the Counselor in accordance with this Order.

Sec. 6 **Expiration Date**. This Order is effective immediately. It will remain in effect until its provisions are converted to the Departmental Manual or until amended, suspended, or revoked, whichever occurs first. The termination of this Order will not nullify implementation of the requirements and responsibilities affected herein.

Secretary of the Interior

Date:   MAY 0 1 2017

BLM_0155264



THE SECRETARY OF THE INTERIOR

WASHINGTON

ORDER NO. 3353

Subject:     Greater Sage-Grouse Conservation and Cooperation with Western States

Sec. 1 **Purpose**.  The purposes of the Order are to: (1) enhance cooperation between the Department of the Interior (Department) and the States of Oregon, Washington, California, Nevada, Idaho, Utah, Montana, North Dakota, South Dakota, Wyoming, and Colorado (the Eleven Western States) in the management and conservation of the Greater Sage-Grouse (Sage-Grouse) and its habitat; (2) support a partnership with clearly defined objectives and roles for Federal and State entities responsible for Sage-Grouse management and conservation in order to sustain healthy populations of the species; and (3) establish a team to review the Federal land management agencies' Sage-Grouse plan amendments and revisions completed on or before September 2015.

Sec. 2 **Authorities**.  This Order is issued under the authority of section 2 of Reorganization Plan No. 3 of 1950 (64 Stat. 1262), as amended, and pursuant to the land management and programmatic authorities of the bureaus identified below in section 4b.

Sec. 3 **Background**.  The Department has broad responsibilities to manage Federal lands and resources for the public's benefit, including, but not limited to, permitting authorized uses; managing habitat to support fish, wildlife, and other resources; protecting cultural resources; and providing recreational and educational opportunities on Federal lands and waters.

The State agencies responsible for fish and wildlife management possess broad powers for the protection and management of fish, wildlife, and plants within their borders, except where preempted by Federal law.  State agencies are at the forefront of efforts to maintain healthy fish and wildlife populations and to conserve at-risk species to ensure that protection under the Endangered Species Act (ESA) is not required.

The State-Federal Sage-Grouse Task Force (SGTF) was established in 2011 as a forum for high-level State and Federal representatives to meet and evaluate policies, programs, management actions, data sharing, and other actions affecting conservation of the Sage-Grouse and the sagebrush ecosystem, as well as the health of the communities and economies of the American West.

In September 2015, the Department and the United States Department of Agriculture (USDA) adopted amendments and revisions to 98 Bureau of Land Management (BLM) and U.S. Forest Service (USFS) land use plans across the Eleven Western States addressing, in part, the Sage-Grouse and its habitat (the 2015 Sage-Grouse Plans).  The 2015 Sage-Grouse Plans govern management of 67 million acres of Federal lands.  More than half of remaining Sage-Grouse habitat is on land managed by BLM and USFS.  As the Department moves forward in the management of Sage-Grouse habitat, it is imperative that it does so in a manner that allows both

BLM_0155265

2

wildlife and local economies to thrive and incorporate the expertise of Federal employees in the field, local conditions, and proven State and local approaches.

In October 2015, in reliance upon the conservation commitments and progress reflected in Federal land use plan amendments and revisions and other private, State, and Federal conservation efforts, the U.S. Fish and Wildlife Service (FWS) determined that the Sage-Grouse did not warrant listing under the ESA.  In making that finding, FWS committed to work with State and Federal partners to conduct a Sage-Grouse status review in 5 years.

Sec. 4  **Policy.**

 a. <u>Cooperation with the Eleven Western States on Sage-Grouse Conservation Efforts</u>.

Consistent with governing laws, regulations, and policies, the Department will implement a multifaceted strategy to enhance cooperation with the Eleven Western States primarily responsible for the management and conservation of Sage-Grouse.  The strategy will include supporting a partnership that allows the Department and the Eleven Western States to maintain healthy populations of Sage-Grouse and improve collaboration and integration of State and local concerns and approaches into sagebrush management and conservation on Federal lands.  Accordingly, and subject to paragraph 4b, below, the BLM Director, working with other heads of bureaus and offices within the Department, USFS, and affected States through the SGTF, shall develop:

 (i) memorandums of understanding and other agreements with states and other partners regarding implementation of the 2015 Sage-Grouse Plans;

 (ii) training for BLM staff regarding implementation of the 2015 Sage-Grouse Plans, including direction to consider state and local information, as appropriate; and

 (iii) memorandums of understanding and other agreements with States and other partners regarding integration of information on Sage-Grouse populations into Federal land management decisions.

 b. <u>Department of the Interior Sage-Grouse Review Team.</u>

This Order establishes the Sage-Grouse Review Team (Team).  The Team will be made up of land managers and other professionals from bureaus and offices, including BLM, FWS, and the U.S. Geological Survey (USGS).  The Team will closely coordinate with USDA and USFS.  The Team will engage with appropriate State agencies through the SGTF to coordinate its work.  The Team is hereby directed to conduct:

 (i) a review of the plans and programs that States already have in place to ensure that the 2015 Sage-Grouse Plans adequately complement state efforts to conserve the species;

3

(ii)   a further examination, through the framework established by the Integrated Rangeland Fire Management Strategy, of issues associated with preventing and fighting the proliferation of invasive grasses and wildland fire, which are leading threats to Sage-Grouse habitat;

(iii)   an examination of the impact on individual States disproportionately affected by the large percentage of Federal lands within their borders, recognizing that those lands are important to resource use and development, and to the conservation of the Sage-Grouse;

(iv)   a review of the 2015 Sage-Grouse Plans and associated polices, including seven BLM Instruction Memoranda (IM) issued in September 2016.  The review will include (1) identification of provisions that may require modification or rescission, as appropriate, in order to give appropriate weight to the value of energy and other development of public lands within BLM's overall multiple-use mission and to be consistent with the policy set forth in Secretary's Order 3349, "American Energy Independence," implementing the Executive Order signed by the President on March 28, 2017, "Promoting Energy Independence and Economic Growth"; and (2) opportunities to conserve the Sage-Grouse and its habitat without inhibiting job creation and local economic growth;

(v)   as appropriate, the Team should provide recommendations with regard to (1) captive breeding; (2) opportunities to enhance State involvement; (3) efficacy of target populations on a State-by-State basis; and (4) additional steps that can be taken in the near term to maintain or improve the current population levels and habitat conditions.

Sec. 5.  **Implementation**.

a.   Within 10 days of the signing of this Order, the Deputy Secretary will designate individuals from within the Department to serve on the Team.

b.   The BLM Director will designate an individual to coordinate all activities by and within the Department with respect to implementation of this Order.

c.   All bureaus and offices are directed to immediately begin implementing section 4 of this Order by identifying opportunities for cooperative management agreements and collaborative partnerships with the Eleven Western States and by outlining any specific steps to be undertaken.

d.   Within 60 days of the date of this Order, the Team shall provide a report to the Secretary summarizing the review set forth in section 4b of this Order and provide recommendations regarding additional steps the Department should take to address any issues identified as a result of that review.

Sec. 6  **Effect of Order**.  This Order is intended to improve the internal management of the Department.  This Order and any resulting reports or recommendations are not intended to and

BLM_0155267

4

do not create any right or benefit, substantive or procedural, enforceable at law or equity by any party against the United States, its departments, agencies, instrumentalities or entities, its officers or employees, or any other person.  To the extent there is any inconsistency between the provisions of this Order and any Federal laws or regulations, the laws or regulations will control.

Sec. 7  **Expiration Date**.  This Order is effective immediately and will remain in effect until its provisions are accomplished, amended, superseded, or revoked, whichever occurs first.

/s/ Ryan K. Zinke

Secretary of the Interior

Date:  June 7, 2017

BLM_0155268

CommentWorks® Submission Report
Initiative: CO-UFO-RMP
Client Name: Agency
Author: Sarah Crump
Created Date: Friday, June 23, 2017
Sort Order: No Sort Applied
Selected Options:
Include Commenter
Include Organization
Include Additional Commenters
Include Additional Commenter Organizations
Include Commenter Type
Include Classification
Include Category
Include Submitted As
Include Form Letter Category
Include Form Letter Master
Include Task
Include Attachment Data
Include Bracketing
Include Received Date
Include Flags
Export as HTML
Single File

Number of Submissions: 908

---

000001_PublicJ_20160604  Organization: Jean Public
Received: 6/4/2016 12:00:00 AM
Commenter1: Jean Public - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 00001_PublicJ_20160604.htm (000001_PublicJ_20160604-378670.htm  Size = 1 KB)
Submission Text
Date:06/04/2016

Commenter:Jean Public

Organization:
Email:jeanpublic1@yahoo.com
Address:
Phone:

Comment:
the plan should include the following statements which the public wants: ban all development.
we want the following bans

1. no grazing

2. no hunting or trapping

3. no drilling for oil gas mining

4. no new roads

5. no chemical use to kill and murder life on this earth

6. no burning which releaese fine particulate matter which gets into bodies and causes lung
cancer, heart attacks, strokes, allergies, pneumonia, and asthma and other ailments

7. no grazing to robber baron cattle ranchers with their cheap cheap use of our national land and
then leaving it destroyed. this welfare leaching by robber baron cattle ranchers paying so little to
use national land. let them go to private land and pay the rates they should be paying.

8.save our natural wildlife and land for our children to have a place to live. they will need it.

9. stop taxing the citizens of this country into bankruptcy so you employees can have all you
want at the taxpayers expense. we are tired of treating you like dictators. this comment is for the
public record. please receipt. jean publiee
jeanpublic1@yahoo.com

000002_PungitoreD_20160606  Organization:  Dennis Pungitore
Received: 6/6/2016 12:00:00 AM
Commenter1: Dennis Pungitore  - Denver, Colorado 80237 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Flags:
Attachments: 000002_PungitoreD_20160606.htm  (000002_PungitoreD_20160606-378667.htm

BLM_0155270

Size = 1 KB)
Submission Text
Date:06/06/2016

Commenter:Dennis Pungitore

Organization:MasTec Power Corp.

Email:Dennis.Pungitore@mastec.com

Address:4600 S. Ulster Street, Suite 800
Denver, CO 80237

Phone:303-475-6149

Comment:
As an avid outdoorsman, hiker, snowshoer, sports shooter, I urge that the BLM adopt Alterative
A for the management of the Uncompahgre Public Lands.

Dennis W. Pungitore
Vice President Business Development
MasTec Power Corp.
4600 S. Ulster Street, Suite 800
Denver, CO 80237
303-475-6149


000003_Carlson_20160604  Organization: Carlson
Received: 6/4/2016 12:00:00 AM
Commenter1: Carlson - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000003_Carlson_20160604.htm  (000003_Carlson_20160604-378668.htm  Size = 1
KB)
Submission Text
Date:06/04/2016

Commenter:Carlson Family

Organization:

BLM_0155271

Email:rwccacgjco@gmail.com

Address:

Phone:

Comment:
Will these new BLM plans interfere with Elk hunting in SW Colorado?


000004_EngJ_20160606  Organization: James Eng
Received: 6/6/2016 12:00:00 AM
Commenter1: James Eng - Loveland, Colorado 80538 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000004_EngJ_20160606.htm  (000004_EngJ_20160606-378669.htm  Size = 1 KB)
Submission Text
Date:06/06/2016

Commenter:James Eng

Organization:

Email:jim.deb.eng@gmail.com

Address:2401 Fairplay Dr.
Loveland, CO 80538

Phone:970-310-8696

Comment:
To whom this may concern,

I want to thank you for your work and concern for the public use of public lands. <([#1 [27.1] I use many of the acres of public lands for recreational activities, hunting, camping and target shooting. I know that there are some areas that may be of concern for the safety of others. I am always concerned and careful when discharging a firearm anywhere. I think that most gun owners are the same as I am. But like in everything there are the few that are careless whether driving a car or shooting a gun. Please do not close down all areas because of a careless few. So I would like to see Alternative A, the no-action or status-quo management strategy take place for public land.

#1])> Thanks so much for your work and concern for our public lands.

Sincerely,
James Eng
2401 Fairplay Dr.
Loveland, CO 80538
970-310-8696

000005_LockeD_20160606  Organization: Darin Locke
Received: 6/6/2016 12:00:00 AM
Commenter1: Darin Locke - Longmont, Colorado 80504 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000005_LockeD_20160606.htm  (000005_LockeD_20160606-378671.htm  Size = 1 KB)
Submission Text
Date:06/06/2016

Commenter:Darin Locke

Organization:

Email:bigdlocke@comcast.net

Address:10901 Oxford Rd, Longmont, CO 8504

Phone:303-437-4435  Fax: 303-713-6227

Comment:
Dear Sirs,

It is my understanding that you are currently taking comments for a Draft management Plan for Public Lands in Southwest Colorado.

I am opposed to any forest service plan that further limits recreational or target shooting on public land.

Thank you,

Darin Locke

BLM_0155273

Attorney at Law

000006_RybonJ_20160606  Organization:  John Rybon
Received: 6/6/2016  12:00:00  AM
Commenter1: John Rybon - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000006_RybonJ_20160606.htm  (000006_RybonJ_20160606-378672.htm  Size = 1 KB)
Submission  Text
Date:06/06/2016

Commenter:John  Rybon

Organization:

Email:john.rybon@gmail.com

Address:

Phone:

Comment:
The loss of land to target shooters is terrible.  There are more target shooters than hunters.  This is a tragic change to tradition,  culture, and rights.

000007_TaylorG_20160606  Organization:  George Taylor
Received: 6/6/2016  12:00:00  AM
Commenter1: George Taylor - Como, Colorado 80432 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000007_TaylorG_20160606.htm  (000007_TaylorG_20160606-378676.htm  Size = 1 KB)
Submission  Text

BLM_0155274

Date:06/06/2016

Commenter:George Taylor

Organization:

Email:georgeandlaurie2016@gmail.com

Address:183 Raven Way, Como, CO 80432

Phone: 719-836-4868

Comment:
I would like to provide the following comments:

My interest in this management proposal pertains to recreational shooting, namely target shooting. I reviewed the report and specifically the Recreation Focus Group Report. My interest is in the four proposals/alternatives and access to recreational shooting.

I favor Alternative A, the status quo.

I am responsible shooter and when I am traveling Colorado; I appreciate being able to shoot on public lands. I am a responsible recreational shootist and follow the principle of leave no trace. If and when I shoot; I make a point to clean-up after shooting and do not shoot or attempt to damage the landscape with inappropriate shooting behavior. I would like the ability to shoot throughout public lands when the area is appropriate for shooting and where a restriction or prohibition does not exist.

George Taylor


000008_StillmanC_20160606 Organization: Chris Stillman
Received: 6/6/2016 12:00:00 AM
Commenter1: Chris Stillman  - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000008_StillmanC_20160606.htm (000008_StillmanC_20160606-378677.htm
Size = 1 KB)
Submission Text
Date:06/06/2016

BLM_0155275

Commenter:Chris Stillman

Organization:

Email:stillmancw@yahoo.com

Address:

Phone:

Comment:
To whom this may concern at BLM:

<([#1 [27.1] Please keep portions of Colorado's BLM Public Land open to Recreational/Target shooting for responsible and safe shooters.

These lands are precious to me and other Colorado shooters and hunters I know. Public lands are the only places available to people like me in a lower economic status, can afford to sight in our firearms before hunting season. I can not afford membership to belong to expensive shooting clubs or ranges. Public lands give me and my friends an opportunity to enjoy Colorado's beautiful outdoor spaces.
#1])>
Thank you.

Chris Stillman


000009_DouganV_20160606  Organization: Vince Dougan
Received: 6/6/2016 12:00:00 AM
Commenter1: Vince Dougan - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000009_DouganV_20160606.htm  (000009_DouganV_20160606-378678.htm Size = 1 KB)
Submission Text
Date:06/06/2016

Commenter:Vince Dougan

Organization:

Email:lvdougan@gmail.com

Address:

Phone:

Comment:
I will not be able to attend any of the public meetings on the BLM Uncompahgre Resource Management Plan but I want to voice my opposition to any changes to our current public land use in Colorado. Through Federal Government actions we continue to lose access/usage to/of our Public lands in this state and I want to go on record as opposed to any changes to our current land use and access in Colorado.

Vince Dougan


000010_SmithF_20160606  Organization: Frank Smith
Received: 6/6/2016 12:00:00 AM
Commenter1: Frank Smith  -,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000010_SmithF_20160606.htm  (000010_SmithF_20160606-378679.htm  Size = 1 KB)
Submission Text
Date:06/06/2016

Commenter:Frank Smith

Organization:

Email:Coloradoairbear@aol.com

Address:

Phone:

Comment:
This whole thing is ridiculous. Is this an Obama command? I worked with folks from the BLM for years and there was no guns. What is going on? Have to question all of this!

BLM_0155277

Frank Smith

000011_ThompsonF_20160606  Organization: Fred Thompson
Received: 6/6/2016 12:00:00 AM
Commenter1: Fred Thompson - Littleton, Colorado 80127 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000011_ThompsonF_20160606.htm  (000011_ThompsonF_20160606-378680.htm
Size = 1 KB)
Submission Text
Date:06/06/2016

Commenter:Fred Thompson

Organization:

Email:milehighmountain6697@hotmail.com

Address:11480 West Brandt Pl., Littleton, CO 80127

Phone:

Comment:
Regarding the proposed changes of the Colorado shooting areas over the next 10-15 years, I fully
understand the increase in people coming to Colorado but please don't reduce the area size that
people have to target shoot. I know that we now live in a time that everyone wants to sue for any
little thing and BLM does not want negative exposure either legal or media in the event someone
is injured but we are Colorado not California! Please do not change any of the areas reserved for
target shooting!

Respectfully,

Fred Thompson
11480 West Brandt Pl.
Littleton, Co. 80127

000012_HarperG_20160606  Organization: Greg Harper
Received: 6/6/2016 12:00:00 AM
Commenter1: Greg Harper - ,
Organization1:

BLM_0155278

Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000012_HarperG_20160606.htm (000012_HarperG_20160606-378681.htm Size = 1 KB)
Submission Text
Date:06/06/2016

Commenter:Greg Harper

Organization:

Email:gnh1lw@gmail.com

Address:

Phone:

Comment:
I am opposed to Alternative B and D as it unduly restricts target shooting. I am in favor of Alternative A the no-action or status quo plan. Thank you for your consideration.

000013_ReuterD_20160607 Organization: Daniel Reuter
Received: 6/7/2016 12:00:00 AM
Commenter1: Daniel Reuter - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000013_ReuterD_20160607.htm (000013_ReuterD_20160607-378682.htm Size = 1 KB)
Submission Text
Date:06/07/2016

Commenter:Daniel Rueter

Organization:

Email:danielreuter58@yahoo.com

Address:

Phone:

Comment:
Dear BLM Uncompahgre Field Office,

I learned of the following situation:

The Bureau of Land Management's Uncompahgre Field Office has released a plan to manage over
675,000 acres of public land for the next 15 to 20 years. In the draft plan are four management strategies (alternatives) that will affect the future use of the land for hunting, target shooting, and a host of other recreation activities. The plan does not affect hunting; however, each of the alternatives would close acreage to target shooting.

Alternative A, the no-action or status-quo management strategy, would continue to prohibit target
shooting at developed recreational sites. Slightly over 2,000 acres are affected. Alternative B would close nearly 250,000 acres, or well over half of the planning area, to target shooting. Alternative C is the same as Alternative A with respect to target shooting. Alternative D, which is the BLM's preferred management strategy, would close nearly 70,000 acres to target shooting.

PLEASE LEAVE THESE AREAS, MENTIONED ABOVE, OPEN TO TARGET SHOOTING. THANK YOU.

DAN REUTER
BROOMFIELD, COLORADO


000014_JessopM_20160607  Organization: Marce Jessop
Received: 6/7/2016 12:00:00 AM
Commenter1: Marce Jessop - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000014_JessopM_20160607.htm (000014_JessopM_20160607-378903.htm Size = 1 KB)
Submission Text
Date:06/07/2016

BLM_0155280

Commenter:Marce Jessop

Organization:

Email:framerton@gmail.com

Address:

Phone:

Comment:
As a law abiding citizen, I am again concerned with the motives of a federal controlled BLM!
These tactics always benefit the government and never the tax payer and always lead to the never
ending attack on the second amendment, the constitutional rights of American citizens are your
first responsibility! Do your job! An elected official or government hired worker IS a public
servant, not a dictator! What is your motive?
Yours respectfully, Marce Jessop

000015_CooperM_20160607  Organization: Matt Cooper
Received: 6/7/2016 12:00:00 AM
Commenter1: Matt Cooper - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000015_CooperM_20160607.htm (000015_CooperM_20160607-379040.htm Size
= 1 KB)
Submission Text
Date:06/07/2016

Commenter:Matt Cooper

Organization:

Email:coop9351@gmail.com

Address:

Phone:

Comment:

We need less government employees sitting around on the dead ass scheming as to how they can limit the public access, use, or benefit from the lands that were set aside "FOR THE PEOPLE OF THE UNITED STATES OF AMERICA", and NOT for the government benifits. You people are simply hired by us to manage this land, and it's looking like to me it's high time we reassess wether or not you employees are serving our interest.

000016_DavisJ_20160607  Organization: Jeff Davis
Received: 6/7/2016 12:00:00 AM
Commenter1: Jeff Davis - Walsenburg, Colorado
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000016_DavisJ_20160607.htm (000016_DavisJ_20160607-379041.htm  Size = 1 KB)
Submission Text
Date:06/07/2016

Commenter:Jeff Davis

Organization:

Email:jdeere4500@gmail.com

Address:

Phone:

Comment:

<([#1 [2] I noticed every option for the new plan for Uncompagre district reduces the target shooting areas, yet no hunting areas are restricted. Is there any value or reason for this? #1])>
Jeff Davis
Walsenburg, Co

000017_SorensenJ_20160607  Organization: Jamie Sorensen
Received: 11/3/2016 9:12:07 AM
Commenter1: Jamie Sorensen - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive

BLM_0155282

Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000017_SorensenJ_20160607.htm (000017_SorensenJ_20160607-379042.htm
Size = 1 KB)
Submission Text
Date:06/07/2016

Commenter:Jamie Sorensen

Organization:

Email:jsorenses888@gmail.com

Address:

Phone:

Comment:

Please keep as many acres possible open for shooting. To many places are being closed to
shooting.

Thank you,

000018_MaynardA_20160607 Organization: Annemarie Maynard
Received: 6/7/2016 12:00:00 AM
Commenter1: Annemarie Maynard - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000018_MaynardA_20160607.htm (000018_MaynardA_20160607-379043.htm
Size = 1 KB)
Submission Text
Date:06/07/2016

Commenter:Annemarie Maynard

BLM_0155283

Organization:

Email:amintransit@yahoo.com

Address:

Phone:

Comment:
<([#1 [27.1] The Bureau of Land Management's Uncompahgre Field Office has released a fifteen to twenty year plan for over 675,000 acres of public land use. Included in this plan are four separate options to limit target shooting within that acreage. It is no wonder so many of the West's citizens are opposed to public ownership of our lands since that ownership seeks to change the nature of our lives by limiting or curtailing target shooting. All of those lands that are being proposed for closure should remain open to target shooting!
#1])> Annemarie Maynard


000019_BruceR_20160607 Organization: Hisdale County Sheriff Department, Ron Bruce
Received: 6/7/2016 12:00:00 AM
Commenter1: Ron Bruce - ,
Organization1:Hisdale County Sheriff Department
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000019_BruceR_20160607.htm (000019_BruceR_20160607-379044.htm Size = 1 KB)
Submission Text
Date:06/07/2016

Commenter:Ron Bruce

Organization:Hisdale County, Colorado Sheriff

Email:st8cop@centurytel.net

Address:

Phone:

Comment:
To Whom It Should Concern:

<([#1 [27.1] Based on my reading of the 4 plans under consideration, I would strongly urge the BLM to adopt Plan A. The other plans, as I understand them, are far too restrictive when it comes to recreational shooting #1])> . My Sheriff's Office hears a steady barrage of anger directed at BLM's perceived over-stepping regarding what was originally intended for BLM's authority. Whether true or not, certainly that perception exists.

So, in conclusion, I would very much favor Plan A. Thank you for your considerations.

Respectfully,
Ronald B. Bruce, Hinsdale County, Colorado Sheriff

000020_SeelhoffJ_20160607 Organization: Jesse Seelhoff
Received: 6/7/2016 12:00:00 AM
Commenter1: Jesse Seelhoff - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000020_SeelhoffJ_20160607.htm  (000020_SeelhoffJ_20160607-379045.htm  Size = 1 KB)
Submission Text
Date:06/07/2016

Commenter:Jesse Seelhoff

Organization:

Email:jesseseelhoff@gmail.com

Address:

Phone:

Comment:
Blm and national forests shouldn't have any target shooting. I've been hunting in areas without any LEO patrolling. It was like a machine gun party. All game became nocturnal and my hunt was over before it started. Wasted a tag and never hunted there again. Archery is in August so ban shooting from August through March.

BLM_0155285

000021_ReyburnT_20160607 Organization: Tom Reyburn
Received: 6/7/2016 12:00:00 AM
Commenter1: Tom Reyburn - Bartlesville, Oklahoma 74006
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000021_ReyburnT_20160607.htm (000021_ReyburnT_20160607-379046.htm
Size = 1 KB)
Submission Text
Date:06/07/2016

Commenter:Thomas Reyburn

Organization:

Email:sjmtnman@gmail.com

Address:1122 Swan Drive
Bartlesville, OK 74006

Phone: 918-907-0036 (Office)
970-209-4695 (Cell)

Comment:
<([#1 [27.1] I strongly support Plan A due to its approach to shooting recreation. Since an
estimated 100 million Americans own firearms, it would seem that if BLM lands are for "many
uses" that firearms practicing should be high on the list of "many uses." #1])>

Thank you for your consideration.

BTW: I moved to Oklahoma from Lake City, CO last month. My 13 years in SW Colorado
included service in Search and Rescue, Deputy Sheriff Hinsdale County and Alpine Ranger
(Hinsdale and San Juan Counties).
--
Tom Reyburn
SJMtnMan@gmail.com


000022_CroasdaleD_20160607 Organization: Don Croasdale
Received: 6/7/2016 12:00:00 AM
Commenter1: Don Croasdale - ,
Organization1:

BLM_0155286

Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000022_CroasdaleD_20160607.htm (000022_CroasdaleD_20160607-379047.htm Size = 1 KB)
Submission Text
Date:06/07/2016

Commenter:Don Croasdale

Organization:

Email:don_croasdale@cox.net

Address:

Phone:

Comment:
<([#1 [27.1] Reading the 4 plans under consideration, I would strongly urge the BLM to adopt Plan A. The other plans, as I understand them, are far too restrictive when it comes to recreational shooting.
#1])>
Don Croasdale

000023_ColyerM_20160608  Organization: Marilyn Colyer
Received: 6/8/2016 12:00:00 AM
Commenter1: Marilyn Colyer - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000023_ColyerM_20160608.htm (000023_ColyerM_20160608-379048.htm Size = 1 KB)
Submission Text
Date:06/07/2016

Commenter:Marilyn Colyer

Organization:

Email:marilyncolyer.1@gmail.com

Address:

Phone:

Comment:
I am in favor of Alternative B. Or in truth<([#1 [27.1] I would suggest maybe three safely boundered areas where hill  prevent straying bullets and where there is visibility  and these would be signed as Target Shooting  areas.

The way things  are now with people shooting  willy  nilly  into woods just about any where has made much of the public  lands very unsafe for all other people  apart from shooter, for livestock and for wildlife.  It surely is time to bring about a change and stop target shooters using land at random. Until  new areas are established and well known and also signing  at many roads and also information  in newspapers random target shooters  should  be warned one time and there after fined. #1])>

With the increase in people  numbers and many using the public  lands we must bring about some changes. Imagine  having somebody  killed  this way? It makes no sense that so many of us are held  at bay this way.

Designated target shooting  areas are a good solution.  Maps of those areas should be posted and also rules of safely on public  lands.

000024_PasterzJ_20160608  Organization:  James Pasterz
Received: 6/8/2016 12:00:00  AM
Commenter1:  James Pasterz - Grand Junction, Colorado
Organization1:
Commenter Type: Individual
Classification:  Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000024_PasterzJ_20160608.htm  (000024_PasterzJ_20160608-379049.htm  Size = 1 KB)
Submission  Text
Date:06/08/2016

Commenter:James  Pasterz

BLM_0155288

Organization:

Email:jamespasterz@gmail.com

Address:

Phone:

Comment:
I am writing in favor of Alternative A. Restricting the public lands to a minimum for target shooting is my vote.

Dr. James R. Pasterz, D.O. Grand Junction, CO.


000025_DouglassG_20160609 Organization: Gary Douglass
Received: 6/9/2016 12:00:00 AM
Commenter1: Gary Douglass - Montrose, Colorado 81401
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000025_DouglassG_20160609.htm (000025_DouglassG_20160609-379050.htm
Size = 1 KB)
Submission Text
Date:06/09/2016

Commenter:Gary C Douglass

Organization:

Email:elkpilot2001@yahoo.com

Address:430 Golden Drive, Montrose, CO 81401

Phone:

Comment:
I STRONGLY support "Alternative A, the no-action or status-quo management strategy, which would continue to prohibit target shooting at developed recreational sites. " I STRONGLY recommend the adoption of "Alternative A".

"<([#1 [27.1] Alternative A" does NOT add to the plethora of does/don't s; we the general public

are already OVERWHELMED by PC regulations! Additionally, to adequately enforce any other Alternative [for target shooting]would be cost prohibitive...currently insufficient personnel to enforce other regulations other than by complaint.
#1])>
Gary C Douglass


000026_FrankJ_20160614   Organization: Jim Frank
Received: 6/14/2016 12:00:00 AM
Commenter1: Jim Frank - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000026_FrankJ_20160614.htm  (000026_FrankJ_20160614-379051.htm   Size = 1 KB)
Submission Text
Date:06/14/2016

Commenter:Jim Frank

Organization:

Email:jimandrofrank@gmail.com

Address:

Phone:

Comment:
Ladies and gentlemen, I am an avid target shooter and I want to formally oppose ANY plan that reduces the areas that are open to target shooting, hunting, sports shooting, and any other firearm related activity on BLM managed lands.

Thank you,

Jim Frank


000027_GarberJ_20160615   Organization: Jim Garber
Received: 6/15/2016 12:00:00 AM
Commenter1: Jim Garber - Montrose, Colorado 81401
Organization1:
Commenter Type: Individual

BLM_0155290

Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000027_GarberJ_20160615.htm (000027_GarberJ_20160615-379052.htm Size = 1 KB)
Submission Text
Date:06/15/2016
Commenter:Jim Garber
Organization:
Email:jgarber23@bresnan.net
Address:3217 Yarrow Way, Montrose, CO 81401
Phone:
Comment:
<([#1 [27.1] Please register my strongest disagreement to any changes in the current regulations regarding target shooting on BLM Lands. Plan A is, and has been, well thought out and practical for the serious public use for many years. Any expanded restrictions needlessly punish the respectful, law-abiding and appreciative citizens – now and in the future – who relish great enjoyment and satisfaction with the heritage of target shooting on public lands. Additional restrictions will more than likely result in the unintended consequence of fewer responsible eyes and ears on the public land that would witness and report any wrong doing or other violations. #1])>

Thanks & Regards,

Jim Garber


000028_LevensG_20160618 Organization: Geoffrey Levens
Received: 6/18/2016 12:00:00 AM
Commenter1: Geoffrey Levens - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000028_LevensG_20160618.htm (000028_LevensG_20160618-379231.htm Size = 1 KB)
Submission Text
Date:06/15/2016

Commenter:Geoffrey Levens

Organization:

Email:geoffreylevens@gmail.com

Address:446 Vista Drive, #13, Paonia, CO 81428

Phone: 970-312-7138

Comment:
Is it just purely about profit now with the BLM? Why do you seem to be so Hell bent on industrializing and destroying this beautiful, peaceful, human habitat? It makes it rather difficult to believe in your sanity and humanity.
Geoffrey Levens, L.Ac.

000029_LevensG_20160618  Organization: Geoffrey Levens
Received: 6/18/2016 12:00:00 AM
Commenter1: Geoffrey Levens - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison 12/7/2016 12:00:00 AM
Attachments: 000029_LevensG_20160618.htm (000029_LevensG_20160618-387493.htm Size = 1 KB)
UFORMP_000029_LevensG_20160618.pdf (000029_LevensG_20160618-387492.pdf Size = 94 KB)
Submission Text
Date:06/18/2016

Commenter:Geoffrey Levens

Organization:

Email:geoffreylevens@gmail.com

Address:446 Vista Drive, #13, Paonia, CO 81428

Phone: 970-312-7138

Comment:
Clearly you have not read what I sent! Either that or you truly are insane.

BLM_0155292

"On Sat, Jun 18, 2016 at 6:16 PM, UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov> wrote: The Project Manager for the Uncompahgre RMP has received your email. Your comments have been received and will be fully considered. Thank you for your interest in the Uncompahgre RMP.

If you are requesting to be added to the mailing list, I will ensure you are.

For information on the BLM Uncompahgre RMP, please visit our web site at: http://www.blm.gov/co/st/en/fo/ufo/uncompahgre_rmp.html

Thank you, Gina
--
RMP Project Manager
BLM Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401"


000030_StanleyA_20160623  Organization: Alice Stanley
Received: 6/23/2016 12:00:00 AM
Commenter1: Alice Stanley - Grand Junction, Colorado 81504
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 00030_StanleyA_20160623.htm  (000030_StanleyA_20160623-379232.htm  Size = 2 KB)
Submission Text
Date:06/23/2016

Commenter:Alice Stanley

Organization:

Email:alice577@acsol.net

Address:577 Greenfield Cir. E. Grand Junction, CO 81504

Phone:

Comment:

I am writing this letter concerning the BLM land grab.

These lands that the BLM is closing, belongs to EVERYBODY not the BLM. They want to close certain areas to certain type of motorized vehicles, only 2 wheel vehicles. I for one know who is behind this, it's Obama, as he doesn't want drilling on any parcel of land, as the Environmentalists are in his hip pocket. They helped get him elected both times, so he feels like he owes them a favor in return. In the first place he knows nothing about drilling, and he listens to the Environmentalists and goes along with what they tell him.

Obama puts the BLM up front and has them do the dirty work, so people will think it is the BLM'S idea, but the people know better what is going on. The BLM doesn't care about elderly people, handicap people or how they can access these parcels of land when they restrict the mode of transportation to get into these places.

<([#1 [5.1] The meeting that the BLM had in Hotchkiss, the people that attended that meeting were not even allowed to have a question and answer session. The public should have been able to have their input as what they thought about the whole situation. The meeting did not last long enough for any of that.
#1])>
Alice Stanley
577 Greenfield Cir. E.
Grand Junction,Colo. 81504


000031_SparJ_20160624 Organization: WildEarth Guardians, Jon Spar
Received: 6/24/2016 12:00:00 AM
Commenter1: Jon Spar - ,
Organization1:WildEarth Guardians
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000031_SparJ_20160624.htm (000031_SparJ_20160624-379233.htm Size = 2 KB)
Submission Text
Date:06/24/2016

Commenter:Jon Spar

Organization:WildEarth Guardians

Email:jsparkkuli@yahoo.com.au

Address:

BLM_0155294

Phone: 505-232-9616

Comment:
To the decision decider.
I am in favor of the least damaging alternative which is Alt B but am unsure if Alt B1 is more restrictive in which case I am for it.

<([#1 [23.1] Discussion of not allowing any cattle grazing should be part of the stipulation as it is well known the damage done particularly in stream and riparian areas by freely grazing cattle. As climate change becomes an ever increasing stressor on our forests and lands it will be a greater disaster to have cattle adding to that effect.

Only a few people will benefit from allowing their animals to graze on our public lands but all of us (taxpayers/citizens) will pay the bill and suffer the long term consequences of this action as will all the animals and plants that will continue to try and live under ever more trying conditions as the climate heats up. I would advise you take a serious look at the consequences of your actions should you allow further grazing.
#1])>
<([#2 [11.1] All mining and drilling should be abandoned as again, there will be a few who would gladly destroy our public lands and make them unlivable for the native inhabitants for their unquenchable greed. The President recently signed onto the Paris agreement and allowing more fossil fuel extraction is exactly counter to that aim. Mining as well uses enormous amounts of energy and destroys habitat especially surface mining that is so often used for coal. #2])>

We must stop putting carbon in the air and protect as the highest priority the intact biosystems that ultimately support all life.

All the alternatives are still to greater or lesser extent causing permanent harm. Complete protection may not be politically palatable now but is the only right choice for the long term. So while I am stating I am in favor of Alt B or B1 I am only choosing the lesser of all evils not the best solution.

I hope you think about your actions.

Jon Spar, MD
Board WildEarth Guardians.
505-232-9616


000032_WitmanR_20160627 Organization: Randy Witham
Received: 6/27/2016 12:00:00 AM
Commenter1: Randy Witham - Buena Vista, Colorado 81211 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique

Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000032_WitmanR_20160627.htm  (000032_WitmanR_20160627-379234.htm  Size = 5 KB)
Submission Text
Date:06/27/2016

Commenter:Randy Witham

Organization:

Email:randylwitham@gmail.com

Address:17600 CR 367, Buena Vista, CO 81211

Phone: 719-395-2081 (Home), 401-633-2410 (Cell)

Comment:
Dear BLM Uncompahgre Field Office,

After having reviewed your monstrously large, 1,000+ page draft EA/Mgt Plan and attachments, I
respectfully submit the following public comments:

http://www.blm.gov/co/st/en/fo/ufo/uncompahgre_rmp.html

1). I ask you implement Alternative C. It will do the least possible damage...

I want the very least amount of land closed to recreational target shooting and the most land open to location/claiming/mining.........and access, use and enjoyment, by us, the landowners. Why is it every new BLM EA/Mgt Plan and Travel Mgt Plan serves to do just one thing.............close off access, use and enjoyment to the many to serve the demands of the few?

That said, I offer the following additional comments WRT your plan:

1). <([#1 [39.1] Do NOT implement any Wild and/or Scenic designations on any gold bearing creeks, streams or
rivers.

In particular, the San Miguel & Dolores Rivers have some of the best and largest gold in the State of Colorado and suction dredging is one of the best methods of recovering that gold without any damage to the environment. High Bankers and other powered operations, by gas, solar or battery power, are effective as well.

This is nothing but a tactic used by the extreme environmentalists, as we have seen in Oregon as just one example, to effectively end all suction dredging and all powered equipment/operations in the state on all federal mining claims in that state. They designate the majority of all streams & rivers as wild and/or scenic and BINGO, closed to all motorized mining operations.

All our rivers, creeks & streams are wild & scenic naturally, and are fine as they are......serving the many needs of a diverse universe of user groups. Designating them as "Wild and/or Scenic" can and will ONLY serve to allow BLM to serve just one user group -- extreme environmentalists -- and implement prohibitions, restrictions and limitations that will deny all others access, use and enjoyment of their public lands.

It will also drive withdrawal from mineral entry/claiming and put at risk all the current claimants as to access, use and enjoyment of THEIR federally recognized mining claims. Wrong as can be. #1])>
2). <([#2 [24.1] Do NOT withdraw any land from mineral entry/claiming.

Again, a favorite tactic that supports only one user group's desires -- extreme environmentalists. Nothing's broken that needs fixing. Nothing. Boaters boat, fishermen fish, hikers hike and claim owners mine on their claims. Withdrawing lands from mineral entry arbitrarily sets up winners & losers. BLM should not be out supporting just one special interest group at the expense of another.

FYI: We already have 123 National Monuments for 100s of millions of acres and 759 Wilderness Areas for almost 110 million acres that the public can do little more than just look at.....like a postcard. Enough has been "saved for future generations" as it is. What we the public need is the federal government and BLM to manage OUR public lands for all user groups....and take down gates, remove boulders, open up our lands, not close them off further. #2])>

3). <([#3 [32.1] Under Public Health & Safety, Line 84, keep all current trails, roads & routes open to the public.

A favorite tactic of the extreme environmentalists is to use revised Travel Mgt Plans to do just one thing.........further limit the public's access to THEIR public lands. We're sick and tired of every new Travel Mgt Plan doing one thing..........putting up more gates, more fencing, more boulders, decommissioning primitive & disbursed camp sites. We are sick of being herded into fee campgrounds, being required to look for and fight for and even make reservations to get a campsite in a campground where we have to endure everyone else's campfire smoke, barking dogs, noise and such. There's nothing wrong with getting away from others, camping out in the wild.

So, no to your consideration to close any routes in the UFO area of responsibility. We need to open the land up more, repair some of the damage done in past plans.

#3])> Thank you.

Randy L. Witham

BLM_0155297

17600 CR 367
Buena Vista, Colorado 81211
(H) 1-719-395-2081
(C) 1-401-633-2410


000033_DutkaM_20160630  Organization:  Mark Dutka
Received: 6/30/2016  12:00:00 AM
Commenter1: Mark Dutka - Aurora, Colorado 80012 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000033_DutkaM_20160630.htm  (000033_DutkaM_20160630-379235.htm  Size =
1 KB)
Submission  Text
Date:06/27/2016

Commenter:Mark Dutka

Organization:

Email:mjd4570@gmail.com

Address:932 S Dearborn Way Apt 19, Aurora, CO 80012

Phone:

Comment:
Sirs
I find that plan A is best as the level of safety has not been compromised,  as most shooters are
safety minded.  The land needs to be open for all types of recreation including  target shooting.

Thanks

Mark Dutka
932 s Dearborn Way apt 19
Aurora, CO 80012


000034_JohnsonA_20160630  Organization:  Western Slope Conservation Center, Alex Johnson
Received: 6/30/2016  12:00:00  AM
Commenter1: Alex Johnson - Paonia, Colorado 81428
Organization1:Western  Slope Conservation Center

BLM_0155298

Commenter2: Rien van West - Grand Junction, Colorado 81502
Organization2:Western Colorado Congress
Commenter3: Natasha Leger - Hotchkiss, Colorado 81419 (United States)
Organization3:Citizens for a Healthy Community
Commenter4: Robyn Cascade - Durango, Colorado 81302 (United States)
Organization4:Northern San Juan Broadband
Commenter5: Karen Tuddenham - Telluride, Colorado 81435 (United States)
Organization5:Sheep Mountain Alliance
Commenter6: Matt Reed - Crested Butte, Colorado 81224 (United States)
Organization6:High Country Conservation Advocates
Commenter Type: Organization (nonprofit/citizens group)
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000034_JohnsonA_20160630.htm (000034_JohnsonA_20160630-379236.htm
Size = 2 KB)
Submission Text
Commenter:Alex Johnson

Organization:

Email:director@theconservationcenter.org

Address:PO Box 1612, Paonia, CO 81428

Phone: 970-527-5307

Comment:
Dear Ms. Wilson,
<([#1 [1] On behalf of our respective organizations, we request that the Bureau of Land
Management (BLM) issue a 90-day extension to the public comment period for the draft
Uncompahgre Field O?ce Draft Resource Management Plan (UFO Draft RMP). It is clear that
the original 90 days allotted for this comment period will not be sufficient for our organizations
to fully review the over 2,000-page three-volume UFO Draft RMP document. In order to
contribute substantive comments on every aspect of this very complex Draft RMP, our members,
staff, and board will need an additional 90 days for public comment.
Furthermore, a number of other relevant regional and national NEPA processes are currently or
soon will be underway, most notably the BLM Coal Lease Programmatic EIS, BLM Planning
2.0, Dominguez-Escalante final EIS and proposed RMP, Bull Mountain EIS, and the Grand
Mesa Uncompahgre and Gunnison (GMUG) Forest Plan Revision among others. In order to
meaningfully engage in the BLM UFO Draft RMP public comment period, we need an
additional 90 days to review the document and submit substantive and specific comment. #1])>

Thank you for the opportunity to submit this request.

Alex Johnson
Executive Director
Western Slope Conservaeon Center
PO Box 1612, Paonia, CO 81428
970-527-5307

Rien van West
President
Western Colorado Congress
134 N 6th St, Grand Junction, CO 81502
970-246-7650

Natasha Léger
Interim Executive Director
Citizens for a Healthy Community
PO Box 291
Hotchkiss, CO 81419

Robyn Cascade
Northern San Juan Broadband
Great Old Broads for Wilderness
PO Box 2924
Durango, CO 81302

Karen Tuddenham
Execueve Director
Sheep Mountain Alliance
PO Box 389
Telluride, CO 81435

Matt Reed
Public Lands Director
High Country Conservation Advocates
PO Box 1066
Crested Butte, CO 81224
(303) 505-991


000035_BronfmanJ_20160630 Organization: Joanie Bronfman
Received: 6/30/2016 12:00:00 AM
Commenter1: Joanie Bronfman - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive

BLM_0155300

Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000035_BronfmanJ_20160630.htm (000035_BronfmanJ_20160630-379237.htm
Size = 2 KB)
Submission Text
Date:06/30/2016

Commenter:Joanie Bronfman

Organization:

Email:bronmacm@aol.com

Address:39335 Pitkin Road, Paonia, CO 81428

Phone:

Comment:
Dear People at the Bureau of Land Management:

I own 3 properties in the North Fork Valley:

1. 39335 Pitkin Road, Paonia
2. 11740 Coal Road, Hotchkiss
3. 11744 Coal Road, Hotchkiss

I have a place on Pitkin Mesa outside of Paonia where I lease some land for agriculture and I own a farm that I lease in Hotchkiss. I bought the properties with great joy because of the beauty of the scenery and healthiness of the locally grown meat and produce.

<([#1 [21.1] I am very opposed to oil and gas development and fracking activities. I don't think they should be permitted when the public health risks are great, such as:

- Activities on public lands that have the potential to poison foodsheds and threaten to wipe out food security for people on the Western Slope and the Front Range.

- The destruction/pollution of clean air, abundant fresh water, and foodsheds (including Colorado's largest concentration of organic farms).

- Significant harm to human health and a local economy based on agriculture and organic farms, recreation, hunting, and tourism.

- Loss of unique biodiversity in the State of Colorado.

BLM_0155301

Given what we know about the risks of oil and gas chemicals, and radioactive wastewater to human health, I believe a no leasing alternative for the North Fork Valley is the best way to protect our community and preserve the quality of life North Fork Valley residents have come to treasure and cherish.
#1])>
The North Fork community is a very special one. Our community is made up of farmers, vintners, realtors, ranchers, property owners, business owners, hikers, hunters, anglers, outdoor enthusiasts, as well as concerned and impacted citizens. We know that this would negatively impact on our quality of life, our sources of unpolluted water for domestic and irrigation use, our ability to produce organic meat and vegetables, our property values, our views and our access to outdoor recreation.

Sincerely,

Joanie Bronfman

000036_Datsko_20160702 Organization: Kathy Datsko
Received: 7/2/2016 12:00:00 AM
Commenter1: Kathy Datsko - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000036_Datsko_20160702.htm (000036_Datsko_20160702-379238.htm Size = 1 KB)
Submission Text
Date:07/02/2016

Commenter:Kathy Datsko

Organization:

Email:kathydatsko@gmail.com

Address:

Phone:

Comment:
After attending the public meeting on Monday June 20 in Ridgway, and after careful study, <([#2 [11.1] I do not feel Alternative D moves us in a sustainable way towards meeting our

nation's climate commitments. Expanding fossil fuel extraction does not move us in the long term direction that is needed to meet our goals. #2])> Alternatives B and B-1 address the additional need we have to insure quality backcountry wilderness experience for future generations.

<([#1 [5.3] In the public presentation of the plan, the term "alternative D" was consistently not used, and the term "preferred alternative" was substituted. This choice of words, ("alternative A, alternative B, alternative C and Preferred Alternative") seemed passive-aggressive, implying that the Preferred Alternative was agreed on by everyone in the room. In my opinion, saying "and alternative D, which is what BLM is recommending" would be more respectful of those with different views.
#1])>
All said, everyone was very considerate, helpful and informed. Thank you.

Kathy Datsko


000037_BernhardtB_20160706  Organization:  Barb Bernhardt
Received: 7/6/2016 12:00:00 AM
Commenter1: Barb Bernhardt - Montrose, Colorado 81403 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000037_BernhardtB_20160706.htm  (000037_BernhardtB_20160706-379239.htm
Size = 1 KB)
Submission Text
Date:07/06/2016

Commenter:Barbara Bernhardt

Organization:

Email:solituderd@sanjuanlive.net

Address:20409 Solitude Road, Montrose, CO 81403

Phone:

Comment:
Greetings.
Looks like I should send my comments directly to this email address.

<([#1 [15.2] In looking at the UFO-RMP I don't see anything on the Gunnisson Sage Grouse for areas outside of the current ACEC on the north side of the Black Canyon. This is of great concern because there is important habitat not in that area. With no specific protections in planned for the other habitat, the remaining populations and the habitat needed to support/increase both them as well as the entirety of the 5000 or so GuSG estimated to remain will be impossible, and will undermine the FWS goal to eventually remove GuSG from 'Threatened' status. In fact, failure to protect habitat outside of the current ACEC will doom to species to 'Endangered' status. #1])>

Barb Bernhardt
20409 Solitude Road
Montrose, CO 81403


000039_HardyC_20160711  Organization: Sam Houston Trails Coalition, Chris Hardy
Received: 7/11/2016 12:00:00 AM
Commenter1: Chris Hardy - Houston, Texas 77090 (United States)
Organization1:Sam Houston Trails Coalition
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000039_HardyC_20160711.htm  (000039_HardyC_20160711-379240.htm  Size = 1 KB)
Submission Text
Date:07/11/2016

Commenter:Chris Hardy

Organization: Sam Houston Trails Coalition, a 501(c)(3) corporation

Email:mcrider@hal-pc.org

Address:18110 Wild Oak, Houston, Texas 77090

Phone: 281-744-8256

Comment:
I support no change in the current usage. That area is a great and should allow all the current access.


000039_WarnerV_20160912  Organization: Virginia Warner
Received: 9/12/2016 12:00:00 AM
Commenter1: Virginia Warner - Delta, Colorado 81416

Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Review Assigned/Due: mmccarter
Attachments: 000039_WarnerV_20160912.htm (000039_WarnerV_20160912-379241.htm  Size = 3 KB)
Submission Text
Date:09/12/2016

Commenter:Virginia Warner

Organization:

Email:ginnywarner833@gmail.com

Address:Delta CO 81416

Phone:

Comment:
Dear BLM-UFO Staff and RMP Comment Team,

Please fully consider the issues raised in these comments on the Uncompahgre FieldOffice draft Resource Management Plan. As presented, none of the alternatives offer the level of protection these lands warrant, that communities and thepublic in your planning area have specifically asked for and favored, and which federal law requires.

In a few paragraphs, explain how the RMP, as proposed in Alternative D, the "preferred" alternative, could affect you personally. For example, if you live or your child attends a school beside a parcel that was threatened for leasing in the 2009 30,000 acre lease sale, explain how such development might affect your quality of life, health, business, water quality, soil erosion, hunting grounds, wildlife corridors, etc. The preferred alternative allows 95% of the planning area to be leased to oil and gas companies, including most of the parcels that were nominated in the 2009 30,000 acre proposal. If possible, reference court cases, scientific papers, or newspaper articles that demonstrate real, quantifiable negative impacts to back up your concerns.

The following points illustrate areas in which the draft RMP is lacking adequate information:

-Choose topics from the RMP Suggested Comments file that support the personal concerns you addressed in the previous paragraph(s), or compile your own list of specific criticisms on the content or lack of content in the draft RMP.

BLM_0155305

-Bulleted points are helpful if you have many points to address but it's also fine to write this portion in paragraph form.

Specifically, the final Resource Management Plan should:

-Include a no-leasing alternative, to adequately evaluate the full range of reasonable management plans.

-Include a sub-alternative for each alternative (A1, C1, D1) as was created for Alternative B, so the North Fork Alternative Plan can be properly evaluated against each proposed alternative.

-Reiterate what you expect to see in the final RMP, based on the arguments you included above.

<([#1 [5.3] Without having considered a no-leasing alternative, nor considering how the North Fork Alternative Plan would be carried out if included in the preferred alternative, the draft RMP fails to fulfill it's duty to consider the full range of reasonable management possibilities. #1])>
Please act now to prevent the devastation of our wildlife, lands and all western Colorado stands for!

Sincerely,
Virginia Warner

000040_WadeJ_20160712  Organization: Jon Wade
Received: 7/12/2016 12:00:00 AM
Commenter1: Jon Wade - Cheyenne, Wyoming 82009 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000040_WadeJ_20160712.htm (000040_WadeJ_20160712-379242.htm Size = 1 KB)
Submission Text
Date:07/12/2016

Commenter:Jon Wade

Organization:

Email:jon@thesnowys.net

BLM_0155306

Address: 7903 Trophy Drive, Cheyenne, Wyoming 82009

Phone:

Comment:
I appreciate your efforts in managing our public lands to accommodate competing uses. I am writing to express my concern in closing areas to public access and motorized access. I am opposed to restricting public and motorized access except in cases where the local natural resource is being impacted. In those cases mitigation should be implemented and the area re-opened to public and motorized access asap.

<([#1 [40.1] I am also opposed to establishment of any additional wilderness areas or designation of other protected areas unless the local residents request that designation. The unintended consequences of living adjacent to areas with special management are unacceptable, and the impacts on residents are seldom mitigated. I request that the wilderness study area designations be removed from these lands because they also bring uncompensated impacts to area residents, and those designations are seldom removed once imposed, even after all study has ended. #1])>
Thanks for considering my concerns,

Jon Wade
7903 Trophy Drive
Cheyenne, Wyoming 82009


000041_GrayE_20160712  Organization: Eddie Gray
Received: 7/12/2016 12:00:00 AM
Commenter1: Eddie Gray - Aurora, Colorado 80012 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000041_GrayE_20160712.htm (000041_GrayE_20160712-379243.htm Size = 1 KB)
Submission Text
Date:07/12/2016

Commenter:Eddie Gray

Organization:

Email:EdXR650L@aol.com

BLM_0155307

Address:12872 E Center Ave, Aurora, CO 80012

Phone: 720-629-2888

Comment:
To whom it may concern:

I have enjoyed the vast recreational activities within the Uncompahgre planning area, specifically OHV dirt biking, and camping, and would like to do so for many more years to come. As a Colorado native, it is an appreciated area of natural beauty and access via OHV, whether it be Jeep, motorcycle, or ATV allows people to recreate in an area set aside purposefully.

Thanks,

Eddie Gray
12872 E Center Ave
Aurora, CO 80012
720-629-2888

000042_GannawayR_20160713  Organization: Ryan Gannaway
Received: 7/13/2016 12:00:00 AM
Commenter1: Ryan Gannaway - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000042_GannawayR_20160713.htm  (000042_GannawayR_20160713-379244.htm
Size = 2 KB)
Submission Text
Date:07/13/2016

Commenter:Ryan Gannaway

Organization:

Email:ryangann92@gmail.com

Address:

Phone:

BLM_0155308

Comment:
I would like to speak out against any future plans for oil and gas drilling in Delta County. I live and work in Paonia, one of the most beautiful and pristine landscapes in colorado. My financial well-being here is reliant on the agricultural industry. There is research showing that fracking pollutes water, ground water and thus soil. If oil and gas industry begins in the North Fork Valley it will destroy the economy here. The North Fork is the organic food epicenter of Colorado providing food for the residents here and beyond.

I understand that the people's voice is important in making decisions in oil and gas drilling. I hope that my voice can represent all the farmers whose livelihood will be destroyed if these permits are passed. Not only will drilling destroy the economy, but will also cause a mass exodus from this area as we are well aware of the health dangers fracking presents. The North Fork Valley is on its way to becoming a leader in environmental consciousness and sustainable living. Fracking will end the progress the people in the community have made in this direction. I am appalled to think about the beautiful natural landscape, immaculate air and water quality could be decimated by oil and gas.

Thank you for representing the people and fighting for the needs of our community.

Sincerely,
Ryan Gannaway


000043_VolckhausenP_20160713  Organization: Phil Volckhausen
Received: 7/13/2016 12:00:00 AM
Commenter1: Phil Volckhausen - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000043_VolckhausenP_20160713.htm (000043_VolckhausenP_20160713-379245.htm Size = 1 KB)
Submission Text
Date:07/13/2016

Commenter:Phil Volckhausen

Organization:

Email:philvolck@gmail.com

Address:

BLM_0155309

Phone:

Comment:
Dear BLM I am one of the many people who vehemently oppose the management Plan that would open our public lands for more gas & oil development in the North fork Valley. I don't need to give you the reasons. You have heard them all. I hope that you choke on the payoffs that you are receiving or come to your senses and realize that this is no good for the present or future of our valley. Phil Volckhausen

000044_DokrayD_20160713  Organization: Dan Dockray
Received: 7/13/2016 12:00:00 AM
Commenter1: Dan Dockray - Telluride, Colorado 81435 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000044_DokrayD_20160713.htm (000044_DokrayD_20160713-379246.htm Size = 2 KB)
Submission Text
Date:07/14/2016

Commenter:Dan Dockray

Organization:

Email:dandockray@hotmail.com

Address:137 W. Colorado Avenue, Telluride CO 81435

Phone: 970-708-0666  Fax: 888-832-2893

Comment:
My understanding is that the BLM is doing a review and asking for comments on how to manage our BLM moving forward into the next 20 years and possibly beyond. I live in San Miguel county, own three businesses and also am an outdoor enthusiast in the area. I believe our land should be protected for public uses like rafting, mountain biking, hiking, camping, dirtbiking, climbing, skiing etc. These sports support our economy here, in fact without good outdoor lands to do sports like this I would certainly be out of business. This is economically a way to preserve jobs in the region that are sustainable and will be here for many generations. Mining, oil and gas jobs do not support the economy for very long, usually disturb and possibly destroy the land, making it unusable for other economic opportunities. Please consider the long term economics of

preserving what our great area has to offer with it's wild lands, these really are an economic powerhouse that will support our region for generations to come. I think it is also notable how many residents in San Miguel County and travelers use the outdoor resources we have. I personally am outdoors fishing, hiking, biking, skiing, rafting, kayaking, dirtbiking, hunting or other activities on a daily basis. I know that all of my business clients come here to enjoy the great outdoors as well, without them we would be in a terrible position.

Thanks for your consideration.

Best regards,

DANIEL E. DOCKRAY

Broker Associate

Telluride Sotheby's International Realty

137 W. Colorado Avenue

Telluride CO, 81435

M. 970-708-0666  F. 888-832-2893


000045_TankaD_20160714 Organization: Dale Tanaka
Received: 7/14/2016 12:00:00 AM
Commenter1: Dale Tanaka - Greeley, Colorado (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000045_TankaD_20160714.htm (000045_TankaD_20160714-379247.htm Size = 1 KB)
Submission Text
Date:07/14/2016

Commenter:Dale Tanaka

Organization:

Email:dkt735@aol.com

Address:2524 29th Avenue, Greeley, CO 80634

Phone: 970-396-3428

Comment:
<([#1 [32.1] I would like the travel plan to increase the amount of OHV trails in this area, most importantly single track access. Outdoor recreation brings stimulates local economy with minimal environmental impacts #1])> .

Thank you
Dale Tanaka

000046_BilickoM_20160720 Organization: 589th Mountain Movers, Michael Bilicko
Received: 7/20/2016 12:00:00 AM
Commenter1: Michael Bilicko - Delta, Colorado 81416 (United States)
Organization1:589th Mountain Movers
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000046_BilickoM_20160720.htm (000046_BilickoM_20160720-379248.htm Size = 2 KB)
Submission Text
Date:07/20/2016

Commenter:Michael Bilicko

Organization:

Email:mjbilicko@gmail.com

Address:19055 Hwy 50, Delta, CO 81416

Phone:

Comment:
I am a disabled war veteran, and cannot get around well at all. I enjoyed target shooting near Delta, on PUBLIC LAND, until in the not so distant past BLM made me a law breaker if I did so. I guess Obama's BLM became God.

Now I find there is nowhere for me to be able to drive (miles from inhabitation) and set up my shooting platform near my vehicle, and then proceed to have fun, what little fun I manage. My wife sets up (or did) targets and I would shoot into an adobe hill to insure safety, (or at least

some type of hill, but adobe insures no ricochets) and picnic and enjoy a day of shooting, and just sitting out in the wilderness.

Now I find you are going to proceed to take even more land away from the American public (some of us cannot walk for a mile to find a suitable, and safe shooting site) So folks like me are just swept away and forgotten. I think you guys say "to hell with these old useless Veterans of War" right? Or maybe you can steer me to an area accessible by vehicle I can go to shoot without going to jail?

Michael J Bilicko
US Army Combat Engineer
589th Mountain Movers
Vietnam 1968/1969
19055 Hwy 50
Delta, Colorado 81416
mjbilicko@gmail.com


000047_DakroubR_20160727  Organization: Roy Dakroub
Received: 7/27/2016 12:00:00 AM
Commenter1: Roy Dakroub - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000047_DakroubR_20160727.htm  (000047_DakroubR_20160727-379249.htm
Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:Roy Dakroub

Organization:

Email:dakr8519@bears.unco.edu

Address:

Phone:

Comment:
All public land should be open to recreational shooting among any other recreational activity. If

BLM_0155313

it's not privatly owned, it's not regulated.

000048_DavisT_20160727  Organization:  Tom Davis
Received: 7/27/2016  12:00:00  AM
Commenter1: Tom Davis - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000048_DavisT_20160727.htm  (000048_DavisT_20160727-379250.htm  Size = 1
KB)
Submission  Text
Date:07/27/2016

Commenter:Tom  Davis

Organization:

Email:tomedavis49@msn.com

Address:

Phone:

Comment:
I would recommend that plan A be the action plan for the future land use. Thanks to you for
supporting  multi recreational land use within Colorado.

000049_KennedyC_20160727  Organization:  Cody Kennedy
Received: 7/27/2016  12:00:00  AM
Commenter1: Cody Kennedy - Grand Junction,  Colorado
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000049_KennedyC_20160727.htm  (000049_KennedyC_20160727-379251.htm
Size = 1 KB)
Submission  Text

BLM_0155314

Date:07/27/2016

Commenter:Cody Kennedy

Organization:

Email:gjpd627@gmail.com

Address:

Phone:

Comment:
Dear Gina,

I understand that the BLM is considering closing public lands to target shooting. I am very much against this. For many years I have used the local BLM areas to teach my kids, as wells as other friends, how to shoot. As a police officer, I believe that the best way to know how to safely handle a firearm is to spend time practicing with it. The BLM lands are a perfect place to do this.

Thank you,
Cody Kennedy
Grand Junction, Colorado

000050_MurphyD_20160727 Organization: M4 Ranch Group, Dan Murphy
Received: 7/27/2016 12:00:00 AM
Commenter1: Dan Murphy - Lake City, Colorado 81235 (United States)
Organization1:M4 Ranch Group
Commenter Type: Private Industry
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000050_MurphyD_20160727.htm (000050_MurphyD_20160727-379608.htm Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:Dan Murphy

Organization:M4 Ranch Group

Email:dan@m4ranchgroup.com

BLM_0155315

Address:PO Box 1060, Lake City, CO 81235

Phone: 970-944-4444; 970-209-1514 Fax: 970-944-5051

Comment:
Gina, I am writing you to add input to the Current BLM Management Plan for Southern Colorado. We are a sporting community, we are based on hunting and shooting recreation. I implore you to maintain open access in Alternative A of your proposed BLM Management Plan.

Sincerely Dan Murphy
Broker/Owner
M4RanchGroup


000051_HattenM_20160727 Organization: Charles Hatten
Received: 7/27/2016 12:00:00 AM
Commenter1: Charles Hatten - Denver, Colorado 80238 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000051_HattenM_20160727.htm (000051_HattenM_20160727-379609.htm Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:Mike Hatten

Organization:

Email:mhatten.hcf@gmail.com

Address:Denver, CO 80238

Phone:

Comment:
To whom it may concern…respectfully,

I am an avid target shooter. I am fortunate that we have such beautiful lands set aside that I may enjoy the beauty of the outdoors and practice target shooting in that environment safely. I have been a shooter for approximately 50 years and have never had an accident. I advocate for safety on a regular basis.

BLM_0155316

Please do not restrict my privilege in any way to practice my target shooting skills on public lands.

Thank you,
Charles M. Hatten
Denver, CO 80238

000052_EthertonJ_20160727 Organization: James Etherton
Received: 7/27/2016 12:00:00 AM
Commenter1: James Etherton - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000052_EthertonJ_20160727.htm (000052_EthertonJ_20160727-379610.htm Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:James Etherton

Organization:

Email:mhatten.JME01@comcast.net

Address:

Phone:

Comment:
Shooting on public lands is desirable because where else can one go to simply "plink" at targets or teach your family to use and respect guns?? <([#1 [27.1] Local commercial ranges are limited in number, loaded with rules to limit liability, and are expensive (like $20/hr per person; $40 for a parent (trainer) and child). Designated shooting areas safely removed from the camping area would be highly desirable.
#1])>
James Etherton

000053_MoranJ_20160727 Organization: James Moran
Received: 7/27/2016 12:00:00 AM
Commenter1: James Moran - Westminster, Colorado (United States)

Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000053_MoranJ_20160727.htm (000053_MoranJ_20160727-379611.htm Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:James Moran

Organization:

Email:jmoran63@comcast.net

Address: Westminster, Colorado

Phone:

Comment:
To whom it may concern,

I am an avid shooter and am dismayed to hear that future management plans call for excluding target shooting. Please note, the continued growing restrictions on the use of public lands is not appreciated here in the west.

Jim Moran
Westminster, Colorado

000055_ParisL_20160727 Organization: Lisa Paris
Received: 7/27/2016 12:00:00 AM
Commenter1: Lisa Paris - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali 7/27/2016 12:00:00 AM
Attachments: 000055_ParisL_20160727.htm (000055_ParisL_20160727-379612.htm Size = 1 KB)

BLM_0155318

Submission Text
Date:07/27/2016

Commenter:Lisa Paris

Organization:

Email:sparisdda@aol.com

Address:

Phone:

Comment:
Please do not close any target shooting areas.

Sincerely,

Paris family

000056_HoganT_20160727  Organization: Theodore Hogan
Received: 7/27/2016 12:00:00 AM
Commenter1: Theodore Hogan - Aurora, Colorado 80017 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000056_HoganT_20160727.htm (000056_HoganT_20160727-379613.htm  Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:Theodore K Hogan

Organization:

Email:HoganWeapons@msn.com

Address: 1432 S. Nucla Street, Aurora, CO 80017

Phone: 303-671-8471

Comment:
BLM,

Please consider the loss of land to recreational shooters. As the population of this State increases, less land is available for Shooters. I live in the Denver Metro area and must drive to find a place to shoot outdoors, but there are fewer areas to go to and this should also be considered along with other forms of outdoor entertainment. Closing more land to Shooters that was previously open to them only aggrevates the problem.

Thank You,

Theodore K Hogan


Theodore K. Hogan
1432 S. Nucla Street
Aurora, Colorado 80017

303-671-8471

000057_StrotherJ_20160727 Organization: Jon Strother
Received: 7/27/2016 12:00:00 AM
Commenter1: Jon Strother - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000057_StrotherJ_20160727.htm (000057_StrotherJ_20160727-379614.htm Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:Jon Strother

Organization:

Email:jnstrthr@gmail.com

Address:

Phone:

BLM_0155320

Comment:
To whom it may concern:

I will keep this short and sweet. Alternative A is really the only option. A status Quo approach to what exists is best.

Regards,
Jon Strother


000058_CraftonJ_20160727  Organization: James Crafton
Received: 7/27/2016 12:00:00 AM
Commenter1: James Crafton - Evergreen, Colorado 80437 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000058_CraftonJ_20160727.htm (000058_CraftonJ_20160727-379615.htm  Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:James W Crafton

Organization:

Email:jcrafton@performancesciences.com

Address: PO Box 190, Evergreen, CO 80437

Phone:303-445-9062  Fax:303-670-2902

Comment:
<([#1 [27.1] It is my personal and professional opinion that the BLM is stepping beyond a wise use of OUR resources. These belong to the whole of the American public. Therefore, the use thereof for recreational, energy and any other reasonable purpose should conform to the desires of those utilizing those areas. Thus, several of the plans that have been promulgated by the BLM for land and use management in the Uncompahgre area are clearly contradictory to the desires of the principal users. There are two excellent examples of failure to maximize value. One is recreational shooting in areas where there is no one or nothing that will be disturbed, such as the proposal to ban "target shooting" (whatever that is, because a deer is a "target") on 70,000 to 250,000 acres of public (I'm part owner) land. #1])> Another example is the BLM's over-reach in mineral management by removing or delaying indefinitely approval for public lands on which

oil and gas drilling can occur, a clear violation of the charge to help protect the strategic security of the country.

000059_Jackie_20160727  Organization: Jackie
Received: 7/27/2016 12:00:00 AM
Commenter1: Jackie - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000059_Jackie_20160727.htm  (000059_Jackie_20160727-379616.htm  Size = 2 KB)
Submission Text
Date:07/27/2016

Commenter:Jackie

Organization:

Email:jackschitackerman@yahoo.com

Address:

Phone:

Comment:
My opinion of the BLM wanting to manage more public lands in the Montrose area.
These are public lands, that means the land belongs to the public, NOT the BLM. When I go out on these public lands on foot or with one of my ATVs I respect the land because it belongs to all of us. I do NOT and I will NOT be subject to rules of the BLM, a corrupt government organization. I will shoot any of my many rifles on the public property anywhere I choose, as long as I am not
endangering anyone physically or via unwanted noise. I do not need, nor will I accept being controlled in any manner by a corrupt government organization. (The BLM)

I am a Combat Veteran of the United States. I actually put my life on the line for this country, I actually lost blood on foreign soil in defense of this country and therefore I will do as I damn well please on land that I fought for. I also will respect that land as it cost me dearly in the past. I will NOT accept some corrupt government organization telling me what I can or cannot do on my own property.

I realize the BLM does not want to hear from guys like myself but there it is and I am sticking to

it, at all costs. I have only had one confrontation with a BLM employee in the past. SHE was breaking the law and I pointed that out to her. She did not take that well at all as she was on her own time, not working. She became almost violent when I explained the "rules" to her and that she was physically endangering myself by what she was doing. She threatened me by stating, "my mother is an attorney". I told her I was sorry she had a mother who was an attorney.

I would suggest the BLM let the public enjoy their land in peace.

Jackie

000060_OlszewskiJ_20160727  Organization:  Joe Olszewski
Received: 7/27/2016  12:00:00  AM
Commenter1: Joe Olszewski - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000060_OlszewskiJ_20160727.htm  (000060_OlszewskiJ_20160727-379617.htm
Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:Joe Olszewski

Organization:

Email:josephmonao@gmail.com

Address:

Phone:

Comment:
I want to go on record against any and all efforts to curtail shooting on BLM lands. Please do not restrict shooting on these lands. Plan A would be my choice. Thank you for your time.

Joe.

000061_SmithJ_20160621  Organization:  Joe Smith
Received: 6/21/2016  12:00:00  AM
Commenter1: Joe Smith - ,
Organization1:

Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000061_SmithJ_20160621.htm (000061_SmithJ_20160621-379618.htm Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:Joe Smith

Organization:

Email:thejoesmithradio@gmail.com

Address:

Phone:410-458-3391

Comment:
Dear BLM,

This letter is to request that you choose the North Fork Alternative, B1.

The North Fork Valley is a place filled with beauty and natural resources. It provides many people with jobs, exercise, leisure, and a place to call home.

It is of utmost importance to make sure the water is clean. This water is used to grow many fruits and crops that are imported all over Colorado. All the best peaches come from the North Fork. The crops are a HUGE resource for the people of this valley. With tainted water, it will ruin everything.

Please, make the right decision. Choose the North Fork Alternative, B1.

Thank you,
Joe Smith
--
Joe T. Smith
410-458-3391


000061_SmithJ_20160621_PosDup Organization: Joe Smith
Received: 7/27/2016 12:00:00 AM
Commenter1: Joe Smith - ,

Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison 12/13/2016 12:00:00 AM
Attachments: 000061_SmithJ_20160621_PosDup.htm (000061_SmithJ_20160621_PosDup-388413.htm Size = 1 KB)
UFORMP_000061_SmithJ_20160621.pdf (000061_SmithJ_20160621_PosDup-388412.pdf Size = 93 KB)
Submission Text
Date:07/27/2016

Commenter: Joe Smith

Organization:

Email:thejoesmithradio@gmail.com

Address:

Phone:410-458-3391

Comment:
Dear BLM,

This letter is to request that you choose the North Fork Alternative, B1.

The North Fork Valley is a place filled with beauty and natural resources. It provides many people with jobs, exercise, leisure, and a place to call home.

It is of utmost importance to make sure the water is clean. This water is used to grow many fruits and crops that are imported all over Colorado. All the best peaches come from the North Fork. The crops are a HUGE resource for the people of this valley. With tainted water, it will ruin everything.

Please, make the right decision. Choose the North Fork Alternative, B1.

Thank you,
Joe Smith
--
Joe T. Smith
410-458-3391

BLM_0155325

000062_RossC_20160727 Organization: Charles Ross
Received: 7/27/2016 12:00:00 AM
Commenter1: Charles Ross - Rio Nido, California 95471 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000062_RossC_20160727.htm (000062_RossC_20160727-379619.htm Size = 1 KB)
Submission Text
Date:07/26/2016

Commenter:Charles Ross

Organization:

Email:charlesr@sonic.net

Address:PO Box 110, Rio Nido, CA 95471

Phone:707-869-1675

Comment:
I note that all of your plans leave out target shooting; this is an recreational activity that is supposed to be a fair use for BLM land under statutes.

Charles Ross

000063_Carlson_20160727 Organization: Carlson
Received: 7/27/2016 12:00:00 AM
Commenter1: Carlson - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000063_Carlson_20160727.htm (000063_Carlson_20160727-379620.htm Size = 1 KB)
Submission Text

BLM_0155326

Date:07/26/2016

Commenter:Carlson family

Organization:

Email:rwccarcgjco@gmail.com

Address:

Phone:

Comment:
You need to keep hunting open and provide designated target practice areas. BLM may also need to build facilities for target practice and mainain.

Sincerely

000064_Ludwid_20160727 Organization: Drew Ludwig
Received: 7/27/2016 12:00:00 AM
Commenter1: Drew Ludwig - Ophir, Colorado 81426 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000064_Ludwid_20160727.htm (000064_Ludwid_20160727-379621.htm Size = 2 KB)
Submission Text
Date:07/27/2016

Commenter:Drew Ludwig

Organization:

Email:thedrewludwig@gmail.com

Address:221 Granite Ave, Ophir, CO 81426

Phone:970-596-6246

Comment:
Drew Ludwig

BLM_0155327

221 Granite Ave
Ophir, CO 81426
thedrewludwig@gmail.com
Mountain Guide
Dolores / Paradox area

As a full time resident of San Miguel county and a native son of Grand Junction, I would like to voice my opinion for NO oil and gas leasing on our public lands. As a mountain guide my livelihood depends upon it.

I have spent years running into the undesignated wilderness surrounding the Dolores river canyon near Bedrock. I have seen bear, been stalked by mountain lions and swam in pools of rain water captured by sandstone pockets. I can't begin to tell you how important these places are to me and my sense of self. Without these experiences, I would be a diminished version of myself. Something out there makes me whole, and I must visit the nothing I find out there at least once a month. An oil rig and the infrastructure it takes to bring in that shortsighted version of progress is a step in the wrong direction. The land is fragile and we must extend our timelines to protect these places for future generations. I find value in the blank spaces and that value can not be read on any bottom line.

Thank you for reading,

Drew Ludwig
970-596-6246

000065_GunnardJ_20160727 Organization: Russ Gunnard
Received: 7/27/2016 12:00:00 AM
Commenter1: Russ Gunnard - Lake Wylie, South Carolina 29710
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000065_GunnardJ_20160727.htm (000065_GunnardJ_20160727-379622.htm Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:Russ Gunnard

Organization:

Email:r.gunnard@att.net

Address:17 Shipmaster Court, Lake Wylie, SC 29710

Phone:803-831-1292

Comment:
I am opposed to eliminating target shooting for it is a safe place and readily available. Target shooting does not harm the environment and should not be eliminated.

Thanks.

R. J. Gunnard

000066_Sjaardema_20160727 Organization: George Sjaardema
Received: 7/27/2016 12:00:00 AM
Commenter1: George Sjaardema - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000066_Sjaardema_20160727.htm (000066_Sjaardema_20160727-379623.htm
Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:George Sjaardema

Organization:

Email:GNCSjarrdema@hotmail.com

Address:

Phone:

Comment:
Leave the shooting status on BLM land as it is. Enough "progressive politically correct action". We do not want Colorado to become any more like California! If California was so great, stay there!

Sincerely;

BLM_0155329

George Sjaardema

000067_LineberryD_20160727 Organization: Dennis Lineberry
Received: 7/27/2016 12:00:00 AM
Commenter1: Dennis Lineberry - Castle Pines, Colorado 80108 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000067_LineberryD_20160727.htm (000067_LineberryD_20160727-379624.htm
Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:Dennis Lineberry

Organization:

Email:dennis@geoshepard.com

Address:1012 Pinefield Lane, Castle Pines, CO 80108

Phone:303-978-0337; 303-898-6131

Comment:
Please don't close public land to target shooting.

Dennis Lineberry

000068_BrowningR_20160727 Organization: Ralph Browning
Received: 7/27/2016 12:00:00 AM
Commenter1: Ralph Browning - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000068_BrowningR_20160727.htm (000068_BrowningR_20160727-379625.htm
Size = 1 KB)

Submission Text
Date:07/27/2016

Commenter:Ralph Browning

Organization:

Email:browningralph@comcast.net

Address:

Phone:

Comment:
The land belongs to the Public, that includes me and as an avid gun enthusiast and recreational shooter, the only place where any gun controls should be imposed on my use of my land is active shooting in developed recreational areas, that must be appropriately identified with signage.

I am not a nut or crazy. I am an everyday person who objects to over-governmental regulation, but supports requirements that shooters conduct their shooting safely without endangering other owners of the lands, and cleaning up after themselves to protect our environment.

Thank you for valuing my input.

000069_YoungC_20160727 Organization: Coy Young
Received: 7/27/2016 12:00:00 AM
Commenter1: Coy Young - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000069_YoungC_20160727.htm (000069_YoungC_20160727-379626.htm Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:Coy Young

Organization:

Email:cmy979@gmail.com

BLM_0155331

Address:

Phone:

Comment:
My name is Coy Young. I live in Dove Creek, Colorado. I would like to put my comments in on this issue, as far as your proposed alternatives, option A is widely the best option. Although I would personally prefer responsible target shooting not be prohibited anywhere so long as done responsibly and everything is cleaned up. I would be extremely disappointed to see any recreational target shooting be prohibited on any lands that is for public use as that would be encroaching on the people's rights.

Thank you.

000070_WoodsL_20160727 Organization: Lonnie Woods
Received: 7/27/2016 12:00:00 AM
Commenter1: Lonnie Woods - Montrose, Colorado 81401 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000070_WoodsL_20160727.htm (000070_WoodsL_20160727-379627.htm Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:Lonnie Woods

Organization:

Email:lonnie@roadkingshocks.com

Address:105 Merchant Drive, Montrose, CO 81401

Phone:970-249-1907 Fax: 970-249-8044

Comment:
Plan A is the best plan.

000071_CoffeeJ_20160727 Organization: Starr Coffee, James
Received: 7/27/2016 12:00:00 AM
Commenter1: James - ,

Organization1:Starr  Coffee
Commenter Type: Individual
Classification: Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000071_CoffeeJ_20160727.htm  (000071_CoffeeJ_20160727-379628.htm  Size = 1 KB)
Submission  Text
Date:07/27/2016

Commenter:James  and Starr Coffee

Organization:

Email:jscafe@a4isp.com

Address:

Phone:

Comment:
Our preference is Alternative A.

000072_ReeveS_20160727  Organization:  Sam Reeve
Received: 7/27/2016 12:00:00  AM
Commenter1: Sam Reeve - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000072_ReeveS_20160727.htm  (000072_ReeveS_20160727-379629.htm  Size = 1 KB)
Submission  Text
Date:07/27/2016

Commenter:Sam  Reeve

Organization:

BLM_0155333

Email:samreeve@gmail.com

Address:

Phone:

Comment:
I am writing to support target shooting in the BLM as it is today. Alternative A.

Sam Reeve

000073_McIntireS_20160727  Organization:  Scott McIntire
Received: 7/27/2016 12:00:00 AM
Commenter1: Scott McIntire - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000073_McIntireS_20160727.htm  (000073_McIntireS_20160727-379630.htm
Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:Scott McIntire

Organization:

Email:macword@gmail.com

Address:

Phone:

Comment:
<([#1 [27.1] Please keep all BLM lands open for activities, including informal target shooting.
As a resident of Colorado, these lands need to remain open to legal and lawful activities of the
general public, which includes shooting sports. While I personally do not engage in either
hunting or other shooting sports, I believe these lands must stay available to those who do.

My request to keep these lands available for target shooting (Alternative A) does not include
bona fide and established recreational areas, which should remain closed to shooting and
hunting. But these represent a small number of acres in comparison to the amount of land in

BLM_0155334

Alternatives B, C, and D. #1])>

Again, please endeavor to keep our public lands open to the traditional uses that the public enjoys, which includes firearm target practice.

Thank you for listening to the public.

Sincerely,
Scott McIntire
Paonia, CO


000074_DannS_20160727  Organization: Steve Dann
Received: 7/27/2016 12:00:00 AM
Commenter1: Steve Dann - Parker, Colorado 80134 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000074_DannS_20160727.htm (000074_DannS_20160727-379631.htm Size = 2 KB)
Submission Text
Date:07/27/2016

Commenter:Steve Dann

Organization:

Email:steve.dann@ceturylink.net

Address:10618 Sedgwick Way, Parker, CO 80134

Phone:303-828-7290

Comment:
The Bureau of Land Management's Uncompahgre Field Office has drafted a plan to manage over 675,000 acres of public land for the next 15 to 20 years. In the draft plan are four management strategies (alternatives) that will affect the future use of the land for hunting, target shooting, and a host of other recreation activities.

<([#1 27.1] I would like to express my support for maintaining the maximum available use for Public Target Shooting and Hunting uses for the affected areas. I support Alternative A, the no-action or status-quo management strategy, that would continue to prohibit target shooting at

developed recreational sites, while making the maximum available area available for target shooting and hunting related activities. If continuation of Alternative A, is not the public consensus use option, I would support also support Alternative C as a compromise use option.

As Public Funds, particularly those from the Pittman Robertson Act have funded significant recreational opportunities, it seems only fair to ensure that Sportsmen who have provided these funds are allowed to maintain and maximize use of the affected areas. #1])>

Steve Dann
10618 Sedgwick Way
Parker, CO. 80134
PH: 303-828-7290


000075_WilliamsG_20160727  Organization:  Gar Williams
Received: 7/27/2016 12:00:00 AM
Commenter1: Gar Williams  - Craig, Colorado 81626 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000075_WilliamsG_20160727.htm (000075_WilliamsG_20160727-379632.htm
Size = 2 KB)
Submission Text
Date:07/27/2016

Commenter:Gar Williams

Organization:

Email:gar@specialserviceandsupply.com

Address:PO Box 153, Craig, CO 81626

Phone:

Comment:
To Whom it may concern,

As a long time resident of Colorado, a shooter, past law enforcement officer and a hunter I would like to offer my comments on the proposed land use restrictions on Public Lands in Southwestern Colorado. The Constitution under the Second Amendment, as ratified by the Supreme Court in the Heller vs Washington decision guarantees every citizen who has not been convicted of a

BLM_0155336

felony the right to bear arms. To bear arms responsibly, every citizen must practice their shooting skills, to do this requires a place to shoot. A person who practices with a firearm and practices the safety rules makes hunting and shooting safe sports.

Urban development is rapidly gobbling up land that was previously used for shooting sports. The loss of available places to shoot and target practice on Public Land is a severe problem facing shooters and hunters. Loss of use of these lands could eventually place shooting and hunting on an "Endangered Sport" list similar to the Endangered Species List. Loss of these sports jeopardizes a well established American tradition. The future loss of qualified shooters will adversely affect the security of our nation by limiting the number of marksmen available to protect the nation by serving in the military. Therefor I recommend that the BLM adopt their management proposal either Option A or C as they have the least adverse affect on our ability to shoot on these public lands.

Best regards

Gar Williams
P.O. Box 153
Craig, CO. 81626

000076_DobbsR_20160727  Organization:  Robert Dobbs
Received: 7/27/2016 12:00:00 AM
Commenter1: Robert Dobbs - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000076_DobbsR_20160727.htm  (000076_DobbsR_20160727-379633.htm  Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:Robert M. Dobbs

Organization:

Email:r.dobbs@att.net

Address:

Phone:

Comment:
It is my firm belief that any other plan other than Alternative A, for the Management Plan for Public Lands in Southwest Colorado would be a gross injustice to Coloradoans.

Thank you.

Robert M. Dobbs.


000077_MorehartM_20160727  Organization:  Morgan Morehart
Received: 7/27/2016 12:00:00 AM
Commenter1: Morgan Morehart - Parker, Colorado 80138 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000077_MorehartM_20160727.htm  (000077_MorehartM_20160727-379634.htm
Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:Morgan Morehart

Organization:

Email:morgan.morehart@aecom.com

Address:3589 Zane Grey Loop, Parker, CO 80138

Phone:

Comment:
Target shooting is far more than just hitting a target, we really need this land as it is, so we can teach others about GUN SAFETY and the Sport of shooting.

Morgan T. Morehart


000078_SandersC_20160727  Organization:  Cody Sanders
Received: 7/27/2016 12:00:00 AM
Commenter1: Cody Sanders - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive

BLM_0155338

Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000078_SandersC_20160727.htm (000078_SandersC_20160727-379635.htm Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:Cody Sanders

Organization:

Email:sanderstitanpower@hotmail.com

Address:

Phone:

Comment:
My voice is for option a. Don't do anything! Leave our lands public and quit shutting down our land. Open the roads back up as well. We can't even use them to turkey hunt in the spring. Again let people use their land not the governments. No one has asked you to save us from us.

Thanks

Cody Sanders

000079_CookP_20160727 Organization: Peter Cook
Received: 7/27/2016 12:00:00 AM
Commenter1: Peter Cook - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000079_CookP_20160727.htm (000079_CookP_20160727-379636.htm Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:Peter Cook

Organization:

Email:pete@acmeliquor.com

Address:

Phone:

Comment:
I am a supporter of target shooting on public lands and recreational areas. I please request that either no changes are made to the target shooting areas, or they are expanded. Thank you for your time.

Sincerely,

Peter Cook


000080_Magnum_20160727  Organization:  Magnum
Received: 7/27/2016 12:00:00 AM
Commenter1: Magnum - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000080_Magnum_20160727.htm  (000080_Magnum_20160727-379637.htm  Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:Magnum

Organization:

Email:magnum@heavilyarmedhiking.com

Address:

Phone:

Comment:
I would like to cast my vote for option A, the keep as is plan and to not alter the existing rules.

BLM_0155340

There is very few places which allow shooting to occur and I do not wish to see any additional restrictions added.

000081_VanOss_20160727  Organization: Glenn Van Oss
Received: 7/27/2016 12:00:00 AM
Commenter1: Glenn Van Oss - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000081_VanOss_20160727.htm  (000081_VanOss_20160727-379638.htm  Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:Glenn Van Oss

Organization:

Email:glenn@vanoss.com

Address:

Phone:

Comment:
Please consider my request for Plan A, as I would not like to see any additional restrictions placed on land use. Target shooting is often times a non-disruptive activity, and when done responsibly there is no lasting impact for the land. If any change is to be made, I would fully support strong enforcement of the existing rules and regulations concerning that appropriate use of targets and such.

Thanks

000082_LarsonJ_20160727  Organization: Jackie Larson
Received: 7/27/2016 12:00:00 AM
Commenter1: Jackie Larson - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail

Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000082_LarsonJ_20160727.htm  (000082_LarsonJ_20160727-379639.htm  Size = 1 KB)
Submission  Text
Date:07/27/2016

Commenter:Jackie  Larson

Organization:

Email:prrhoti@aol.com

Address:

Phone:

Comment:
I vote for plan "B" to make target shooting  available  on BLM Uncompahgre  land management.
Thank you.

Jackie Larson


000083_GermainA_20160727 Organization: Elizabeth Germain
Received: 7/27/2016 12:00:00 AM
Commenter1: Elizabeth  Germain - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000083_GermainA_20160727.htm  (000083_GermainA_20160727-379640.htm
Size = 1 KB)
Submission  Text
Date:07/27/2016

Commenter:Elizabeth  Germain

Organization:

Email:cometinco@msn.com

BLM_0155342

Address:

Phone:

Comment:
I want to see Alternative A, everything remains as is, selected. These are public lands and all recreational uses should be available and welcomed. The land should be open for target shooting, except for developed recreational sites.

Thank you
Allen Germain
Denver CO

000084_SchulerM_20160727  Organization:  Mark Schuler
Received: 7/27/2016 12:00:00 AM
Commenter1: Mark Schuler - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000084_SchulerM_20160727.htm  (000084_SchulerM_20160727-379641.htm  Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:Mark Schuler

Organization:

Email:schulermg@gmail.com

Address:

Phone:

Comment:
Dear BLM,

As a six-year Search and Rescue volunteer, a long-time resident of Colorado, and a hunter, I have a deep love of Colorado's natural resources. After reviewing your Management Plan for Public Lands options, I strongly urge you to adopt Plan A. That is, the status quo plan that allows

BLM_0155343

target shooting in all non-developed recreational sites.

000085_GilleyR_20160727 Organization: Ron Gilley
Received: 7/27/2016 12:00:00 AM
Commenter1: Ron Gilley - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000085_GilleyR_20160727.htm (000085_GilleyR_20160727-379642.htm Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:Ron Gilley

Organization:

Email:rongilley@frontier.net

Address:

Phone:

Comment:
To whom it may concern,

As a resident of Colorado and avid outdoorsman, I strongly believe the existing management quidelines for public lands are more than adequate. Therefore, I would encourage you to support continuation of existing plans by supporting Alternative "A".

Ron Gilley

000086_BorghiB_20160727 Organization: Andrea Borghi
Received: 7/27/2016 12:00:00 AM
Commenter1: Andrea Borghi - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique

Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000086_BorghiB_20160727.htm  (000086_BorghiB_20160727-379643.htm  Size = 1 KB)
Submission  Text
Date:07/27/2016

Commenter:Andrea  Borghi

Organization:

Email:andreab@compuserve.com

Address:

Phone:

Comment:
Could  you  please choose Alternative  B or C?

Target shooting is important to allow citizen to practice firearms handling.

Right now it is more important than ever allow law abiding citizen to practice.

Thanks

Andrea Borghi

000087_MansourR_20160727  Organization: Ron Mansour
Received: 7/27/2016 12:00:00 AM
Commenter1: Ron Mansour - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000087_MansourR_20160727.htm  (000087_MansourR_20160727-379644.htm  Size = 1 KB)
Submission  Text
Date:07/27/2016

Commenter:Ron  Mansour

Organization:

Email:rm4news@gmail.com

Address:

Phone:

Comment:
Hello,
I would like to submit my comments regarding future planning of the Uncompahgre area. I am both a citizen of Colorado and a firearms owner. I enjoy both hunting and recreational shooting. I hope that our ability to enjoy our firearms in a recreational manner will not be hindered in the reduction of available shooting areas. I hope I will be able to use the Uncompagre area for recreational shooting the the future.

Thank you for your time.


000088_EricksonM_20160727 Organization: Mike Erickson
Received: 7/27/2016 12:00:00 AM
Commenter1: Mike Erickson - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000088_EricksonM_20160727.htm  (000088_EricksonM_20160727-379645.htm
Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:Mike Erickson

Organization:

Email:yammymonkey@aim.com

Address:

Phone:

Comment:
As a Colorado resident, and freguent user of BLM and other public lands, I support your option

BLM_0155346

A for the lands in SW Colorado.

Thanks,
Mike Erickson

000089_DixonR_20160728  Organization:  Ronald  Dixon
Received: 7/28/2016 12:00:00 AM
Commenter1: Ronald Dixon -,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000089_DixonR_20160728.htm  (000089_DixonR_20160728-379646.htm  Size = 1
KB)
Submission Text
Date:07/28/2016

Commenter:Ronald  Dixon

Organization:

Email:occrad@centurytel.net

Address:

Phone:

Comment:
Restore all 2nd Amendment Rights as guaranteed by the U.S. Constitution!

000090_KinkadeD_20160728  Organization:  Dale Kinkade
Received: 7/28/2016 12:00:00 AM
Commenter1: Dale Kinkade -,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000090_KinkadeD_20160728.htm  (000090_KinkadeD_20160728-379647.htm

Size = 1 KB)
Submission Text
Date:07/28/2016

Commenter:Dale Kinkade

Organization:

Email:kvhp@msn.com

Address:

Phone:

Comment:
As a tax paying citisen and gun lover I believe I have as much right to use this land for my enjoyment as any one else. I believe we need to keep safety as top priority when we are in the field. Safety should also be first priority for bikers flying down trails with blind corners where there could be hikers( families with young kids),this is just as dangerous. This land is for all our enjoyment and NO ONE SHOULD HAVE THE RIGHT TO IMPOSE THEIR RIGHTS OVER MY RIGHTS.

000091_SorensonJ_20160728 Organization: Jamie Sorenson
Received: 7/28/2016 12:00:00 AM
Commenter1: Jamie Sorenson - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000091_SorensonJ_20160728.htm  (000091_SorensonJ_20160728-379648.htm
Size = 1 KB)
Submission Text
Date:07/28/2016

Commenter:Jamie Sorensen

Organization:

Email:jsorensen888@gmail.com

Address:

Phone:

Comment:
Please leave as much as you can open to shooting. Now more than ever we need to be armed and proficient to stop terrorist attacks.

Thank you.

000092_Beldohr_20160727  Organization:
Received: 7/27/2016 12:00:00 AM
Commenter1: - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000092_Beldohr_20160727.htm  (000092_Beldohr_20160727-379649.htm  Size = 3 KB)
Submission Text
Date:07/27/2016

Commenter:

Organization:

Email:beldohr1@aim.com

Address:

Phone:

Comment:
To the Bureau of Land Management's Uncompahgre Field Office,

<([#1 [27.1] As a concerned citizen I am sending you my comments on your plan to restrict target shooting on Public Land in Southwest Colorado. The last ten years have seen a steady decline on the places where an average citizen can go to legally shoot, not for hunting, but just for practice and recreational shooting. Most of the gun ranges have been shut down by subdivisions that build right next to an existing gun range and then complain about the shooting. Now you are removing one of the last places where we can go. You say you are still leaving some places for recreational shooting but all of these places require driving for hours and hours to get to them. We NEED some places left where we can go NEAR our city centers. This is where most people live, not 50 miles into the back woods. Also these places need to have LONG

range shooting, up to 500 yards or more, not just 25 yard pistol ranges and 100 yard rifle ranges. If you give us some place to go legally most of us will, but if there is NO places left to go legally we will still go shooting anyway. #1])>

**BLM EXTENDS COMMENT PERIOD ON MANAGEMENT PLAN FOR PUBLIC LANDS IN SOUTHWEST COLORADO**

The Bureau of Land Management's Uncompahgre Field Office has drafted a plan to manage over 675,000 acres of public land for the next 15 to 20 years. In the draft plan are four management strategies (alternatives) that will affect the future use of the land for hunting, target shooting, and a host of other recreation activities. The plan does not affect hunting; however, each of the alternatives would close acreage to target shooting.

Alternative A, the no-action or status-quo management strategy, would continue to prohibit target shooting at developed recreational sites. Slightly over 2,000 acres are affected. Alternative B would close nearly 250,000 acres, or well over half of the planning area, to target shooting. Alternative C is the same as Alternative A with respect to target shooting. Alternative D, which is the BLM's preferred management strategy, would close nearly 70,000 acres to target shooting.

The BLM has extended the comment period to November 1st. Comments may be submitted by email to T or by mail to the BLM, Uncompahgre Field Office, 2465 S. Townsend Ave., Montrose, CO 81401.

The draft plan is available at http://www.blm.gov/co/st/en/fo/ufo/uncompahgre_rmp.html (or www.uformp.com). For more information, contact Gina Jones, National Environmental Policy Act Coordinator, at gmjones@blm.gov or (970) 240-5300.

If these public lands are important places where you recreate, please submit your comments to the BLM letting the agency know what lands you believe should remain open to target shooting that are being proposed for closure. There are many competing recreational interests so the future of target shooting totally depends on its importance to you as a local shooter and/or hunter and how involved you become in this planning process.

000093_ReruchaL_20160728  Organization: Larry Rerucha
Received: 7/28/2016 12:00:00 AM
Commenter1: Larry Rerucha - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000093_ReruchaL_20160728.htm (000093_ReruchaL_20160728-379650.htm Size = 1 KB)

Submission Text
Date:07/28/2016

Commenter:Larry Rerucha

Organization:

Email:larlorcha@live.com

Address:

Phone:

Comment:
Public land should not be prohibited for the use of target shooting.

We the people have the right to use public land for target shooting.

Regards Larry Rerucha

000094_BryantM_20160728  Organization: Michael Bryant
Received: 7/28/2016 12:00:00 AM
Commenter1: Michael Bryant - Colorado Springs, Colorado 80951 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000094_BryantM_20160728.htm (000094_BryantM_20160728-379651.htm Size = 1 KB)
Submission Text
Date:07/28/2016

Commenter:Michael Bryant

Organization:

Email:unklemikesbbq@gmail.com

Address:Colorado Springs, CO 80951

Phone:

Comment:
Hello,
I'm not sure what the comment form is, but I would like to request no additional closures to target shooting in Colorado.

As a recent citizen of Colorado, I've been very disappointed with the availability of affordable locations to train in practical shooting. It is necessary for anyone who carries a handgun for self defense, to train with it regularly. Without training and practice, we become less safe.

Most ranges in Colorado Springs only allow simple target shooting. Pointting a gun straight down a lane at a circle is not practical training for defense. The only way for lower income citizens to train for practical defense scenarios in Colorado Springs, is to go to nonrestricted land. It's very difficult to find these places already.

Please do not send the message that poor people can't afford the right to defend themselves from violent attackers. Allow us to get the practice we need in a safe environment. Do not further restrict our ability to practice safely.

Thank you,
Michael Bryant
Colorado Springs, CO 80951


000095_SchnaderbeckJ_20160728  Organization:  John Schnaderbeck
Received: 7/28/2016 12:00:00 AM
Commenter1: John Schnaderbeck - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000095_SchnaderbeckJ_20160728.htm  (000095_SchnaderbeckJ_20160728-379652.htm  Size = 1 KB)
Submission Text
Date:07/28/2016

Commenter:John Schnaderbeck

Organization:

Email:johnny149169@yahoo.com

Address:

Phone:

Comment:
Do nothing but keep shooting areas open in OUR National Forests which you maintain for the people.

John Schnaderbeck

000096_Coombs_20160729 Organization: Mike Coombs
Received: 7/29/2016 12:00:00 AM
Commenter1: Mike Coombs - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000096_Coombs_20160729.htm (000096_Coombs_20160729-379653.htm Size = 2 KB)
Submission Text
Date:07/29/2016

Commenter:Mike Coombs

Organization:

Email:jebsta@q.com

Address:

Phone:

Comment:
To Whom it Man Concern,

The current plan that is in place where shooting is prohibited in developed recreational sites sufficiently protects the public. Laws about littering if enforced can stop the shooting of garbage and then illegally leaving it. If someone breaks the law or shoots carelessly and hurts someone they need to be prosecuted, just as they would if they hurt someone while driving or other activities.

It seems there are always those who want to take freedoms away and make new laws instead of enforcing the ones that are already in place.

BLM_0155353

As a shooter I am aware of the dangers of a bullet shot in a careless direction. I am aware of the "dumps" that some shooter cause by taking things onto public lands and shooting them and then leaving them. I am aware that shooting makes some people nervous. I am also aware that there are already laws in place that already address these problems. We don't need to shut down our lands to stop them but just inforce the laws that are already in place.

If the laws in place are not enforced what good will it do the make new ones except to stop those of us who are responsible shooters; those who are breaking the laws now are still going to break the new laws you put in place and the same problems will still be there.

Don't punish all for a few bad people.

Thank you,

Mike Coombs

000097_AyadB_20160729  Organization: Boulos Ayad
Received: 7/29/2016 12:00:00 AM
Commenter1: Boulos Ayad - Florissant, Colorado 80816 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000097_AyadB_20160729.htm  (000097_AyadB_20160729-379654.htm  Size = 1 KB)
Submission Text
Date:07/29/2016

Commenter:Boulos Ayad

Organization:

Email:boulosayad@gmail.com

Address:1571 Arapahoe Dr., Florissant, CO 80816

Phone:720-270-9257

Comment:
Please continue to make public lands available to the shooting sports as they are an important part of our heritage and a foundatoin of our freedoms. Constitutionally enshrined activities must be promoted & not just "allowed" on all federal land.

BLM_0155354

Warm regards,

Boulos Ayad


000098_ManiscalcoD_20160730 Organization: Donna Maniscalco
Received: 7/30/2016 12:00:00 AM
Commenter1: Donna Maniscalco - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000098_ManiscalcoD_20160730.htm (000098_ManiscalcoD_20160730-
378673.htm Size = 1 KB)
Submission Text
Date:07/30/2016

Commenter:Donna Maniscalco

Organization:

Email:bwalchok@centurylink.net

Address:

Phone:

Comment:
Please consider all recreational activities in the decision to restrict land use. Leave land for target
shooting. No closing of shooting range sites.


000099_retail_20160730 Organization: Redtail
Received: 7/30/2016 12:00:00 AM
Commenter1: Redtail - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali

Attachments: 000099_retail_20160730.htm (000099_retail_20160730-378674.htm  Size = 1 KB)
Submission  Text
Date:07/30/2016

Commenter:Redtail

Organization:

Email:redtail@outdrs.net

Address:

Phone:

Comment:
Leave it alone. You don't manage lands. All you do is close off our public lands. Our land surely
does not need a bunch of beaurocrats to "manage" something they have no idea how to manage.
Stay away...we don't need you here.

000100_BruceR_20160730_HinsdaleCountySheriff  Organization:  Ron Bruce
Received: 7/30/2016 12:00:00 AM
Commenter1: Ron Bruce - Lake City, Colorado 81235 (United States)
Organization1:
Commenter Type: Individual
Classification:  Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000100_BruceR_20160730_HinsdaleCountySheriff.htm
(000100_BruceR_20160730_HinsdaleCountySheriff-378675.htm  Size = 1 KB)
Submission  Text
Date:07/30/2016

Commenter:Ron  Bruce

Organization:Hinsdale  County Sheriff's Office

Email:st8cop@centurytel.net

Address:311  N. Henson St., Lake City, CO 81235

Phone:

Comment:

I and my staff prefer Alternative "A". We find the others as absolutely unacceptable.

Respectfully,

Ronald B. Bruce, Hinsdale County Sheriffs Office


000101_KnoxM_20160801 Organization: Michael Knox
Received: 8/1/2016 12:00:00 AM
Commenter1: Michael Knox - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000101_KnoxM_20160801.htm  (000101_KnoxM_20160801-380367.htm  Size = 1 KB)
Submission Text
Date:08/01/2016

Commenter:Michael  D Knox

Organization:

Email:michael.knox@encana.com

Address:

Phone:

Comment:
Public lands are owned by the people not the BLM. I understand restricting target shooting around developed recreation sites, but to close thousands of acres is wrong.

Do not close these lands.

000102_BaldwinD_20160801 Organization:
Received: 8/1/2016 12:00:00 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail

BLM_0155357

Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000102_BaldwinD_20160801.htm  (000102_BaldwinD_20160801-380368.htm
Size = 1 KB)
Submission  Text
Date:08/01/2016

Commenter:David  Baldwin

Organization:

Email:wilddog99@aol.com

Address:

Phone:

Comment:
Dear Sirs/Madam:

<([#1 [27.1] Please use Plan "A" for the future of Southern Colorado. Add no more acreage that
is prohibited from target shooting. I use this area regularly and own property in Costilla County.
We have more than enough regulation already. Please let us use the area that we pay for, in ways
that we can enjoy it responsibly. In fact, I request that areas be constructed to encourage
responsible target shooting, (similar to the range at the Pawnee Recreational Area in Northern
Colorado). in the BLM areas in Southern Colorado (In the Blanca/ San Luis area would be
excellent!). #1])> The Pawnee shooting area has become a great place to make new friends and
to learn techniques of becoming better at a hobby that I enjoy (target shooting). You will know
when I am using the Pawnee Recreational Shooting Area, because I am the guy that after I shoot
- I bring out the rake and clean it up. I like to leave it better than I found it for others. Every time
I start cleaning,
others always pitch in - and soon it ends up looking like a whole work crew is there. I only get to
go two or three times a year, but it is a great time.

Thank You!
Sincerely,
David Baldwin


000103_BaldwinK_20160801 Organization: Kevin Baldwin
Received: 8/1/2016 12:00:00 AM
Commenter1: Kevin Baldwin - Silverton, Colorado
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique

BLM_0155358

Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000103_BaldwinK_20160801.htm   (000103_BaldwinK_20160801-380369.htm
Size = 1 KB)
Submission Text
Date:08/01/2016

Commenter:David Baldwin

Organization:

Email:wilddog99@aol.com

Address:

Phone:

Comment:
Do not close down any more roads/trails to motorized vehicles. I am tired ot these groups
depriving people access to public lands. Many people have health problems that are not their
fault and these health problems keep them from accessing Colorado's beauty without a motorized
vehicle. Colorado should be accessible to all Americans with or without a motorized vehicle.
This state is not for the elite only who have money and continually sue and force government to
do what they want.

Regards,

Kevin Baldwin
Silverton, CO

"You cannot bring about prosperity by discouraging thrift. You cannot strengthen the weak by
weakening the strong. You cannot help the poor man by destroying the rich. You cannot further
the brotherhood of man by inciting class hatred. You cannot build character and courage by
taking away man's initiative and independence. You cannot help small men by tearing down big
men. You cannot lift the wage earner by pulling down the wage payer. You cannot keep out of
trouble by spending more than your income. You cannot establish security on borrowed money.
You cannot help men permanently by doing for them what they will not do for themselves."
Unknown

000104_LilienE_20160802  Organization: Elizabeth Lilien
Received: 8/2/2016 12:00:00 AM
Commenter1: Elizabeth Lilien - Crawford, Colorado 81415 (United States)
Organization1:
Commenter Type: Individual

BLM_0155359

Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000104_LilienE_20160802.htm  (000104_LilienE_20160802-380370.htm  Size = 2 KB)
Submission Text
Date:08/02/2016

Commenter:Elizabeth Lilien

Organization:

Email:lisel@paonia.com

Address:39173 Highway 92, Crawford, CO 81415

Phone:

Comment:
I have lived in Crawford, Colorado since 1980. Moving here from New Jersey for the lifestyle, pristine scenery, community feeling, outdoor trails and healthier environment. Slowly some of these amenities are being removed for the profits and leasing to oil and gas, extensive recreation management, ignoring ecological balance and poor management of public lands. The fate of Jumbo Mountain and surrounding lands recreation area is important to me and the rest of the community it serves. This recreational resource is a treasure because of its value not only to human values but for the unique winter habitat of wild life. The removal of all oil and gas leasing on these lands and all BLM land on and surrounding Jumbo Mountain is dire due to the negative effects on air quality, water quality, habitat impacts, views, to name a few. I think limiting non-motorized travel except on designated trails, and proclaiming Jumbo Mountain off limits to target shooting is something to be implemented. <([#1 [27.1] [14.1.1] I urge the BLM's Resource management plan to designate Jumbo Mountain and surrounding lands as an Ecological Emphasis Area, as a Special Recreation Management Area, and to recognize the Jumbo Mountain trail network as a sanctuary for hiking, running, biking, horseback riding, or just sitting and enjoying the remarkable scenery #1])> .

Very sincerely yours,

Elizabeth Lilien
39173 Highway 92
Crawford, Colorado 81415

000105_JacksonG_20160802 Organization: Scott Jackson
Received: 8/2/2016 12:00:00 AM

BLM_0155360

Commenter1: Scott Jackson - Monument, Colorado 80132 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000105_JacksonG_20160802.htm (000105_JacksonG_20160802-380371.htm Size = 1 KB)
Submission Text
Date:08/02/2016

Commenter:G. Scott Jackson

Organization:

Email:gscottjackson@reagan.com

Address:270 E. Stirrup Trail, Monument, CO 80132

Phone:719-322-2850

Comment:
Dear Sir or Madam:

Outdoor shooting on public lands is not only an American institution, it is also a right. Please, do not invoke a plan that will further abridge the public lands available for this time honored tradition.

Sincerely,

G. Scott Jackson
270 E. Stirrup Trail
Monument, CO 80132
719-322-2850


000106_JacksonA_20160802 Organization: Austin Jackson
Received: 8/2/2016 12:00:00 AM
Commenter1: Austin Jackson - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail

Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000106_JacksonA_20160802.htm  (000106_JacksonA_20160802-380372.htm  Size = 2 KB)
Submission  Text
Date:08/02/2016
Commenter:Austin  G. Jackson
Organization:
Email:ajackson16@law.du.edu
Address:
Phone:719-352-5184
Comment:
To Whom It May Concern:
I am writing this email to comment on the proposed land management plan for Uncompahgre. I am
an avid hunter and outdoors-man who loves the vast resources and public lands that Colorado has
to offer, especially  when it comes to places where I can hunt and shoot. As a result, I implore
your office and the BLM as a whole, to reject the portion of your current plan that would close
roughly 70,000 acres to hunting and shooting sports. While I appreciate the general intent of
conservation, I do not believe that hunting and conservation are mutually exclusive, rather I
believe that hunting is a method of conservation. Moreover, taking away such a large portion of
hunting area would put a much larger pressure on other hunting areas and have a negative impact
on various other ecosystems. So, while the Uncompahgre area may experience some benefits (for
argument's sake), other areas of the state will be over-harvested and over-used compared to their
current levels, thereby exacerbating whatever perceived negative effects are occurring in
Uncompahgre in other areas of the state.
As a proud Coloradan, I cannot and do not support the proposed land management plan for
Uncompahgre and ask that your office not close any areas to hunting and shooting in the area
affected by your new land management plan.
Sincerely,
Austin G. Jackson
J.D. Law Clerk
Ajackson16@law.du.edu
(719) 352-5184


000107_JacksonS_20160803  Organization:  Samantha Jackson
Received:  8/3/2016  12:00:00  AM
Commenter1: Samantha Jackson - ,
Organization1:
Commenter Type: Individual
Classification:  Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique

Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000107_JacksonS_20160803.htm (000107_JacksonS_20160803-380373.htm Size = 1 KB)
Submission Text
Commenter:Samantha Jackson

Organization:

Email:samanthaljackson17@gmail.com

Address:

Phone:

Comment:
Good morning! I would like to give you my thoughts about the new land management plan you are considering. I would request that you refrain from this plan as it is abridges the abilities of lawful citizens to utilize almost 70,000 acres of land for hunting and shooting, as well as other outdoor activities.

Thank you for your time!

Sincerely,
Samantha Jackson


000108_StraightD_20160803 Organization: Daniel Stright
Received: 8/3/2016 12:00:00 AM
Commenter1: Daniel Stright - Montrose, Colorado 81403 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000108_StraightD_20160803.htm (000108_StraightD_20160803-380374.htm Size = 3 KB)
Submission Text
Date:08/03/2016

Commenter:Daniel Stright

Organization:

BLM_0155363

Email:dstright@yahoo.com

Address:18151 Puma Trail, Montrose, CO 81403

Phone:

Comment:
[See attached PDF for figures]

RE: <([#1 [18.3] Comments relating to an unremarkable =10 sw mi area of BLM SW of Beaver Hill Subdivision bounded by Spring Canyon (SE), 90 RD(NW) and private property on the NE and SW.

Comments on BLM's findings:

1. In the RMP, this area is identified as a target shooting area. There is a residence about 140 ft to the east of the BLM boundary. There is a potential safety issue if target shooting is allowed by the RMP in this area. #1])>

2. <([#2 [32.2] In the NW ¼ of sec 28-48N-10W there is a public road on private property shown on the RMP
maps. This road is also shown on MC road maps. In the Dry creek travel plan this section of road is shown as closed and on-the-ground signage states that the trail is closed at the private property boundary. My understanding is that this trail was created during earlier chaining and is, in fact, not legal public access. The trail is currently blocked and signed no trespassing. I believe that the Dry Creek Travel Plan recommended the rerouting of this access to the west of the private property.
#2])>
3. <([#3 [32.1] In the RMP draft there are no seasonal closures in the subject 10 sq mi area. In June 2016, Montrose County reached agreement with affected Beaver Hill landowners to open Old Paradox Road as an unmaintained trail for ATVs and high clearance OHVs. The trail connects with Old Paradox Road on BLM in SE ¼ Sec 21-48N-10W, parallels the canyons, travels in deep soils in the bottom of some major drainages, and aligns with the dip of the surface topography. The trail will erode with use (soil disturbance) and heavy rains. In addition, this area is identified by CPW (on private and public lands) as critical mule deer wintering range and as a major mule deer
migration pathway. As a result, the BOCC agreed to impose gated seasonal closures of this trail where it crosses the Beaver Hill Subdivision (at the BLM boundary and at the intersection with Paradox Trail. The dates of the closures are to be determined. The trail has been surveyed and constructed, and a recorded easement has been dedicated to Montrose County. A shape file from MC GIS of this survey is attached to this email.
#3])>

000109_JesslerD_20160804 Organization: Darynne Jessler
Received: 8/4/2016 12:00:00 AM
Commenter1: Darynne Jessler - Valley Village, California 91607 (United States)

Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000109_JesslerD_20160804.htm (000109_JesslerD_20160804-380375.htm Size = 1 KB)
Submission Text
Date:08/04/2016

Commenter:Darynne Jessler

Organization:

Email:darynnej@yahoo.com

Address:Valley Village, CA 91607

Phone:

Comment:
Dear BLM,

As a property owner in the state of Colorado I feel it is imperative that we preserve all the striking landscapes of it's south west. The BLM should allow development on very little, if any, of it.

Local communities benefit greatly from the support of hunters and other outdoor enthusiasts. BLM
estimates thatsome 500,000 people visit the Uncompahgre Field Office area for recreational purposes each year. These visits are an integral piece of the state's economy, with $275 million spent annually by people engaging in quiet (nonmotorized) recreational activities in communities within 50 miles of recreation sites on BLM lands.

Places such as the lower Tabeguache Area, the Camel Back Wilderness Study Area, and the Dolores River Canyon Wilderness Study Area addition, for example, are wild and remote public lands deserving management that would keep them as they are: accessible to hikers, backpackers, sportsmen and women, and others who enjoy these places in low-impact ways.

Thank you.
Darynne Jessler
Valley Village CA 91607

BLM_0155365

000110_DavisE_20160804  Organization:  Ellen  Davis
Received: 8/4/2016 12:00:00  AM
Commenter1: Ellen Davis - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000110_DavisE_20160804.htm  (000110_DavisE_20160804-380376.htm  Size = 3
KB)
Submission  Text
Date:08/04/2016

Commenter:Ellen  Davis

Organization:

Email:ellen.jackson.davis@gmail.com

Address:

Phone:

Comment:
Hello,

I hope you are all doing  well.

My name is Ellen Davis, I am 22 years old,  a life long  shooter and a new mother. I have lived  in
Colorado  since 1995.  I am writing  this letter concerning  the target shooting  acreage the BLM is
discussing  closing  in Colorado.

Through  out that time, I have seen a great deal of positive  changes  in the large community.  It is
truly  incredible  how much Colorado  has multiplied  in population,  and grown business  wise in
such a small  amount  of time.

<([#1 [30.1] A few of these businesses  and people  that have come here include  multiple  shooting
ranges, gun stores, gun smith shops, gun safety and training  courses, and hunting.  All of which
have been a great contribution  to the community  in ways that not only include  the utilization  of
the Second Amendment  by American  Citizens,  but also a great way of stimulating  the economy,
and building  a more connected  and equally  knowledgeable  community.  These staples for our
community  show the importance  of outdoor shooting  ranges.  The acreage that the BLM is
considering  closing  that is normally  used for target shooting  is essential  to the state of Colorado.

#1])>

For the Colorado citizens who choose to carry or use guns this land is very important. It provides the citizens with the opportunity to use their right to bear arms. Hence, it is necessary to have lots of practice, that way each citizen choosing to carry a gun may confidentially do so.

Colorado has a history of providing its citizens with a strong second amendment. In 2013 El Paso County Commisioners opposed President Barrack Obama's 23 Executive Orders by passing a resolution to challenge them. They as well as sheriffs in El Paso, Garfield, Larimer, and West counties announced that they would stand by the people of Colorado and NOT enforce President Barrack Obamas orders because they were against the Constitution of Colorado and the Constitution of the United States of America. Lets continue with Colorado's past history and support Colorado citizens second amendment and still make it easily accessible to practice shooting.

Please think of the possibilities that will arise to help the state of Colorado and most importantly the representation of the right to bear arms in the United States of America. It is truly incredible what our the ancestors of the citizens of the USA went through to fight for our rights. Which is why it is important for the children of these ancestors to exercise ALL of their amendments, ESPECIALLY the second amendment.

Thank you for your time, enjoy the rest of your summer.

Sincerely,

Ellen J. Davis


000111_HanelT_20160805 Organization: Tom Hanel
Received: 8/5/2016 12:00:00 AM
Commenter1: Tom Hanel - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000111_HanelT_20160805.htm (000111_HanelT_20160805-380377.htm Size = 2 KB)
Submission Text
Date:08/05/2016

Commenter:Tom Hanel

Organization:

BLM_0155367

Email:btomhanel@gmail.com

Address:

Phone:527-4656

Comment:
I have lived on my 40 acres just east of Paonia since 1982. We border BLM and Mtn. Coal property.
My wife and I have hiked, biked and done horse riding for many years on Jumbo.

I started mtn. biking on Jumbo @ 2000-2001 and have seen it grow tremendously especially in the last 9 years. I still ride daily, weather permitting, and never fail to see parked cars at the somewhat temporary access at the top of Pan American in apple valley subdivision.

A community needs quality, accessible hiking/biking trails. I have allowed the public to go thru our property on two well used trails and have seen how popular the many quiet and secluded trails have become. From the eagles nests up above the 7,000' jumbo traverse trail to the many miles of flowing smooth dirt singletrack below I have seen people of all ages enjoy hiking, trail running, dog walking, wild flower counting and even the PHS crosscountry team training. <([#1 [27.1] It is time these [Jumbo Mtn] trails be recognized by the BLM and be protected to the max as a recreation area; and the single paths be preserved. #1])> I am a member of COPMOBA and an advocate of multi use. Mountain biking is a fast growing popular activity that involves families as well as weekend warriors. It has been fun to watch my now 13 yr old grandson fall in love with it and see dads and moms out with their kids.

I urge you to please designate Jumbo SRMA and B1.
Thanks Tom Hanel
527-4656


000112_LeslieE_20160809  Organization: Ethel Leslie
Received: 8/9/2016 12:00:00 AM
Commenter1: Ethel Leslie - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000112_LeslieE_20160809.htm (000112_LeslieE_20160809-380378.htm Size = 3 KB)
Submission Text
Date:08/09/2016

BLM_0155368

Commenter:Ethel Leslie

Organization:

Email:eleslie@gmail.com

Address:PO Box 826, 331 North Fork Ave, Paonia, CO 81428

Phone:

Comment:
I am a resident of Paonia, CO and I support Alternative B and B1 for the future plan. There are multiple reasons for my concern regarding the draft Resource Management Plan. Thank you for including plan B1 in the draft RMP process.

Our business is aviation and we purchased a home and a hangar in Paonia that we planned for our work and our retirement. We chose this location to live for its beauty, climate, clean air and water, abundance of farms, orchards, wineries and the diversity of people who live and work here. Scenic airplane tours are part of the business and people enjoy the aerial view and photo opportunities. Drilling and hydraulic fracturing will have a negative impact on tourism as well as the aerial views of this area. Air pollution and negative impacts on wildlife will affect the business for scenic flights. The area under consideration is one of the most beautiful and environmentally rich areas for wildlife, fish, ranching, farming and recreation. Careful consideration must be given to future use.

<([#1 [27.1] With reference to section 2.3 and 2.3.4 on page 2-7 of the DRMP, alternatives B and B1 protect the areas where I fish north of Hotchkiss and hike in the North Fork Valley close to our area of residence. I routinely hike Jumbo Mountain and support Jumbo Mountain for the designation of Special Recreation Management Area. This area also attracts tourism which is part of the local economy. Alternative B also provides protections for the areas in Ridgway where I hike and camp during the summer and autumn.
#1])>
<([#2 [30.1] The North Fork Valley is an agricultural and ranching community that has organic farms, wineries and ranchlands. Drilling and horizontal hydraulic fracturing have negative impacts to the water, air and land in this area. This area does not have the infrastructure to support the increases in industrialization that are part of drilling and hydraulic fracturing. Our community is developing agriculture, recreation and tourism as the economic base at this time. The ability to sustain and protect the viewsheds, watersheds and wildlife areas is important to the future of this area.I respectfully request that you find Plan B and B1 as the RMP that will be the plan for the future for the Uncompahgre Field Office area. #2])>

Yours truly,

Ethel Leslie
PO Box 826
331 North Fork Ave

BLM_0155369

Paonia, CO 81428

000113_FixmerD_20160809 Organization: Dylan Fixmer
Received: 8/9/2016 12:00:00 AM
Commenter1: Dylan Fixmer - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Form letter plus text
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 000113_FixmerD_20160809.htm (000113_FixmerD_20160809-380379.htm Size
= 5 KB)
Submission Text
Date:08/09/2016
Commenter:Dylan D Fixmer
Organization:
Email:dylan.fixmer@colorado.edu
Address:
Phone:
Comment:
Dear Uncompaghre Field Office BLM,
My name is Dylan Fixmer and I am writing to you today to request that you take interest in
protecting our North Fork Valley and all of Western Colorado for us and future generations. To
do this, you must choose the North Fork Valley Alternative B1 and all other reasonable
conservation protections in Alternative B in the upcoming RMP.

I was a resident of Rifle, Colorado for five years and saw first hand what atrocities the oil and
gas industry commits against the communities it proposes to keep safe. These companies are out
to make money and do not care about the communities they destroy in their wake. Please
consider the following when making your decision about the final RMP.
1.
The RMP Draft has an inadequate analysis
-The BLM did not consider the uniqueness of the North Fork valley, in that it has the highest
concentration of organic farms in Colorado. Neither chapter 2 (Affected Environment) nor
chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and
unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing
operations. An analysis of the effects of drilling and all the associated risks to this agricultural
area must be assessed in detail.

-The BLM did not consider a reasonable no leasing alternative for the North Fork valley.
-The BLM did not analyze the impact of hydraulic fracturing and multi drilling technologies.
-The BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
-The BLM did not consider the impact of extreme weather causing flooding, mudslides, and

BLM_0155370

geological instability which can compromise the integrity of pipelines and resulting leaks and potential explosions.

-The BLM did not analyze the impact of permanently removing water from the hydraulic cycle.

-The BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.

-The BLM did not consider community source water protection plans put in place to keep our communities safe.

-The BLM did not consider the decreased recreational value of BOM lands from industrial oil and gas activities which are vital to the tourism economy of western Colorado.

2. Fracking is dangerous and harmful to communities

-This is an inappropriate use of public lands. Private companies have no right to take away public lands from the public to use for profit.

-The current infrastructure in western Colorado was not intended and will not support the influx of gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks and an increase in transient population workforce.

-For human, animal, and environmental damage is too high. Gas industry uses chemicals that I've been known to cause cancer and other human health issues. To the Denver Post over 700 oil and gas spills were ported in 2014 and 615 were reported in 2015. These are unacceptable numbers for companies claim they are keeping their community safe. A poisoned watershed is an unacceptable consequence for any community.

3. What the BLM can do to keep us safe
-Avoidance of fracking in the North Fork Valley is the first step of proper mitigation, and one that the BLM must consider and should adopt in appropriate places such as watersheds view sheds and critical wildlife lands.

-Close the North Fork Valley to oil and gas leasing or impose strict no surface occupancy requirements.

-Choose the North Fork Alternative B1 and all other reasonable conversation protections in Alternative B.

I want to spend the rest of my life in Paonia, Colorado, raise a family, and continue my work as a music teacher here because my community understands the importance of our land and how to live harmoniously with it. The oil and gas companies care nothing for this mentality and will not serve our community as stewards of the land or residents. There are no long term economic benefits to developing oil and gas in the North Fork Valley, yet the destruction caused in the wake of gas and oil boom and bust will be felt for generations. Paonia and the North Fork Valley are already leading the charge with renewable solar energy and will continue to provide clean renewable energy to our state. Please do not throw our community down the drain by inviting the oil and gas companies to destroy it. By choosing Alternative B1 and all other reasonable conservation protections in Alternative B you can protect our community for generations to come.

Thank you for your time and hard work. Please keep me informed of developments and information relating to the final RMP.

BLM_0155371

Sincerely,
Dylan Fixmer

000114_DukeW_20160811  Organization:  Wesley Duke
Received: 8/11/2016  12:00:00  AM
Commenter1: Wesley Duke - ,
Organization1:
Commenter Type: Individual
Classification:  Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000114_DukeW_20160811.htm  (000114_DukeW_20160811-380380.htm  Size = 1
KB)
Submission  Text
Date:08/11/2016

Commenter:Wesley  Duke

Organization:

Email:wesleyduke22@gmail.com

Address:

Phone:

Comment:
I understand that the Uncompahgre Field  Office has drafted a plan to manage over 675,000  acres
of public  land for the next 15 to 20 years.

in respect to target shooting, please select alternative  A, which would  only close 2,000  acres and
provide  the maximum  freedom for lawful citizens  to enjoy the forest and the sport of target
shooting.

In this  day and age law enforcement has been increasing pitted against the people they serve.
Extending  maximum  privileges  to hunters and shooters, who the BLM has traditionally  had an
excellent relationship  with,  would  be an act of good faith.

Which I am sure would  help unify  the people and government.

With  best regards,

BLM_0155372

Wesley Duke

000115_ReileyK_20160811  Organization: Katie Reily
Received: 8/11/2016 12:00:00 AM
Commenter1: Katie Reily - Paonia, Colorado (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000115_ReileyK_20160811.htm (000115_ReileyK_20160811-380381.htm Size =
3 KB)
Submission Text
Date:08/11/2016
Commenter:Katie Reily
Organization:
Email:katiereily@gmail.com
Address:
Phone:
Comment:
Hello,
My husband and I have a second home at 212 Minnesota Ave. in Paonia, Delta County, because
we love the organic food and the beautiful place in which to hike, camp and fish. I am from
Colorado and hope one day to return. I have read up on your revised management plan and am
concerned that you have not considered the needs of the people who could be impacted by the
pollution of the air, water and soil for food.

I live close to Duke University here in North Carolina and follow the research done by its
Nicholas School of the environment. In April of this year, they reported on undrinkable stream
water affected by wastewater spills from fracking sites in North Dakota. Aluminum, selenium,
and lead. There was soil contaminated with radium. "Unlike spilled oil, which starts to break
down in soil, these spilled brines consist of inorganic chemicals, metals and salts that are
resistant to biodegradation," said Nancy Lauer, a Ph.D. student of Vengosh's who was lead
author of the
study. "They don't go away; they stay. This has created a legacy of radioactivity at spill sites."
-https://nicholas.duke.edu/about/news/ContaminationinNDLinkedtoFrackingSpills
I just don't want to see the risk to the North Fork from fracking.
<([#2 [30.3] It is trying to survive by rebuilding itself as a place for agri-tourism. Down from my
house there is a new community commercial kitchen going in for local farmers to process their
fruit and vegetables so they can sell to folks in larger cities. Even if the environmental impact
turns out to be small the perceived threat will NEVER go away. Please reconsider our request for
the no leasing alternative for the North Fork of the Gunnison.
#2])> Thank you for reading my letter.

BLM_0155373

Katie
our house below:

000116_PietschJ_20160815  Organization:  John Pietsch
Received: 8/15/2016  12:00:00  AM
Commenter1: John Pietsch - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000116_PietschJ_20160815.htm  (000116_PietschJ_20160815-380382.htm  Size = 1 KB)
Submission  Text
Date:08/15/2016

Commenter:John  Pietsch

Organization:

Email:john.a.pietsch@gmail.com

Address:

Phone:

Comment:
I would like to submit a comment on your four alternatives to land management and target shooting. I would  prefer you leave things  alone as possible,  and recommend  Alternative A and closing  the minimum  acreage.

Thank you,

John Pietsch

000117_SrebnikG_20160815  Organization:  Gail Srebnik
Received: 8/15/2016  12:00:00  AM
Commenter1: Gail Srebnik - ,
Organization1:
Commenter2: David Meade - ,
Organization2:
Commenter Type: Individual

Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 0000117_SrebnikG_20160815.htm  (000117_SrebnikG_20160815-380383.htm
Size = 2 KB)
Submission Text
Date:08/15/2016

Commenter:Gail Srebnik and David Meade

Organization:

Email:ctgailco@gmail.com

Address:38804 Stucker Mesa

Phone:

Comment:
To Whom It May Concern:
We have lived in the North Fork Valley for over twenty years and have seen many changes. We
want a healthy North Fork Valley and western Slope for decades to come and are concerned
about keeping 95% of the Uncompahgre Field Office (UFO) open to oil and gas development.

<([#1 35.1] [37.1] [14.1.1] We realize change is inevitable but this is our only planet and our
first priority should be to keep it healthy. We would insist that all the proposed actions in the
North Fork Alternative, B1, be included in the final RMP. This includes the communities of
Hotchkiss, Paonia and Crawford and areas that supply municipal water, irrigation, and domestic
water companies. These areas would be affected by your plan and would impact the scenic
features of the Valley as well as effecting the high quality of wildlife lands.

Together we need to ensure the strongest level of long-term protection for resources of particular
concern included in Alternative B1, such as water supplies and riparian areas; scenic qualities of
the valley and our 'million-dollar' viewsheds; undeveloped wildlife lands including winter range
and migration corridors. We should also include all other conservation protections in Alternative
B.
#1])>
When we built our home outside of Paonia, on a mesa, we were attracted to the land, and the
community; by the beauty and resources that abound in the North Fork Valley. To jeopardize the
attractions that draw people here, whether for a visit, or to transplant themselves would cause
irreparable harm to the economic stability in our region.

Respectfully submitted,

BLM_0155375

Gail Srebnik and David Meade
38804 Stucker Mesa

000118_WickhamR_20160815   Organization: Roger Wickham
Received: 8/15/2016 12:00:00 AM
Commenter1: Roger Wickham - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000118_WickhamR_20160815.htm  (000118_WickhamR_20160815-380384.htm
Size = 4 KB)
Submission Text
Date:08/15/2016

Commenter:Roger Wickam

Organization:

Email:rmwickam@hotmail.com

Address:

Phone:

Comment:
Sandy, my wife, I have lived in Southern Colorado since 1983. Prior to that we spent summers
and some winters since 1977 in Southern Colorado. We owned property in Pagosa Springs since
1977 and lived there until 1999 when we moved to Telluride Colorado. My wife is a private pilot
and has flown to all hard surfaced airports in Colorado. As a passenger we have seen most of the
Colorado land scape. In the early 80,s we flew from Pagosa Springs to Farmington NM on many
occasions up through the early 2000's. I would like to tell you the BLM and land leases has
destroyed, in my opinion, the land between these two towns.

Early on there was only one gas well on highway 1960 with the rest of the land open for nature
and its care takers. Since then it appears that there is a gas well on the corner of every 40 acre
parcel in this area with all the roads and infrastructure to maintain these wells. In addition it has
caused many hardships on adjacent land owners. This is not a pretty sight and should be a black
eye for BLM in general.

In the I70 corridor between Grand Junction and Denver there are fracked wells that leak and leak

into the Colorado River. I know that the BLM controls the leasing but not the policing of the lease. Still a black eye for the BLM and the policing agencies. This, if you look on the web, is not restricted to the I70 corridor but throughout Colorado including the east slope. Does no one in government understand if the waters are polluted it causes havoc to clean water going to not hundreds but millions of people. This does not even count all of the wild life and national parks that can be impacted. What happens when they can't drink the water is the BLM going to use the lease income to supply fresh water or stop the contamination. In the old days it was dig, mine and leave. You know how that turned out with the tax payers solving the problems and the ugliness left behind. So today its find, drill, take the resources, and leave. There is no were near enough lease money to solve the problems being and will be left behind.

One of the arguments is that it will create local jobs. Lets use that manpower to clean up the messes already at hand. This includes not only mining and drilling but the after effects of production such as Uranium. Which brings up a point. It seems anyone foreign or domestic can obtain leases from the BLM as high bidder and start taking the resources. I believe strongly that this is not to our National Interest. Canadian firms winning leases for Uranium and producing yellow cake and being able to move it cross boarders and then sell the product to the highest bidder. The Russians obtaining leases for Uranium near the Grand Canyon. Seems real sloppy if we are trying to maintain our National Interest.

In regards to your RMP it does not seem to have anywhere enough protection for the land, the waters, the wild life and all of the users of the national lands.

It for sure does not have enough lease income to solve National Interests and fixing all the problems left behind for the American tax payer. To me it seems the whole lease process and policing need to be revamped to ensure protection of man and nature.

Roger M. Wickham

000119_RipkoskiT_20160820  Organization: Tom Ropkoski
Received: 8/20/2016 12:00:00 AM
Commenter1: Tom Ropkoski - Craig, Colorado 81625 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000119_RipkoskiT_20160820.htm  (000119_RipkoskiT_20160820-380385.htm
Size = 1 KB)
Submission Text
Date:08/20/2016

Commenter:Tommy Ripkosko

BLM_0155377

Organization:

Email:tommy.ripkoski@icloud.com

Address:850 Finley Lane, Craig, CO 81625

Phone:970-824-6755

Comment:
Public Land should not be closed to any activity of US citizens unless it is proven that there is an abundance of abuse of said property, whereby the property is being destroyed beyond use, or certain sections of property should be closed to secure the safety of adjacent landowners within a reasonable distance of the private and public property line! Otherwise...all public property should be available to the Public for almost any activity! ( An Avid User of Public Lands)

Tom Ripkoski
850 Finley Lane,Craig, Colorado 81625
Ph. 970 824 6755


000120_McGillJ_20160820  Organization:  Joseph McGill
Received: 8/20/2016 12:00:00 AM
Commenter1: Joseph McGill  - Cedarage, Colorado 81413  (United States)
Organization1:
Commenter Type: Individual
Classification:  Substantive
Submission Category: Unique
Submitted  As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000120_McGillJ_20160820.htm  (000120_McGillJ_20160820-380386.htm  Size = 3 KB)
Submission  Text
Date:08/20/2016
Commenter:Joseph  McGill
Organization:
Email:jmcg95@gmail.com
Address:PO Box 1230, Cedaredge, CO 81413
Phone:
Comment:
Hello,
Here are my substantive  comments on the plans.

You should know I am a resident of Cedarage, Colorado.  This is my home.
My primary  concerns surround  the oil & gas leasing  as well as coal leasing.  All alternatives  are

way too generous. Specifically:

<([#1 [5.3] Oil & Gas: Between carbon fuels contribution to climate warming, the methane leaks documented at wells in the Four Corners area, the glut of natural gas on the market, the sketchy record of drillers dealing with waste fluids, I cannot believe any of these alternatives are so incredibly generous for leasing. The water on the Grand Mesa is my drinking water as well as the water supply for the numerous orchards, farms and ranches in the area. The North Fork similarly supplies Paonia, Hotchkiss and Somerset. People fish and boat in these waters, some even swim in the lower lakes. Your own analysis says recreation is the single largest use of these lands. Considering we have a glut of these fuels being produced, producing more does not produce significant job counts (compared to the existing agriculture and growing renewables industry - see the Solar Energy Institute and DMEA renewable activities), and not least that those fuels only aggravate Climate Warming, I believe your RMP alternatives fail to recognize the greater community and global concerns. #1])>

Much the same with coal leasing: There should be none. Coal mines are closing with coal in the ground. We do not need new coal mines anywhere. Coal is one of the worst contributors to the warming climate. Leave it in the ground. Multiple use if fine but the one of those possible uses has such a detrimental effect on both the local and global community, it should be left out of the alternatives.

Sincerely,

Joseph McGill
POB 1230
Cedaredge, CO 81413


000121_GannettA_20160826  Organization: Alison Gannett
Received: 8/26/2016 12:00:00 AM
Commenter1: Alison Gannett - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000121_GannettA_20160826.htm  (000121_GannettA_20160826-380387.htm  Size = 3 KB)
Submission Text
Date:08/26/2016


Commenter:Alison Gannett

Organization:

Email:alisongannett@mac.com

Address:

Phone:

Comment:
Dear BLM,

<([#1 [10.3] [18.3] Attached in a PDF is a new study from Pennsylvania. I would like to contend that the BLM has not done sufficient studies on the human air impacts and cumulative air impacts of Natural Gas Development. The studies have mostly just started in the last few years, and in no way can say conclusively that our health will NOT be impacted in any way shape or form. As a person with brain cancer and severe asthma, myself and many others with health issues will be unusually sensitive to air pollution. You have not proven that it will not affect our health. Our farm participated in the CHC air quality monitoring testing a few years ago, and we work closely with TEDx and know of the data that they have shown. Their testing has shown numerous toxic chemicals in the air around well pads. They have also done baseline data in the North Fork. and from CHC we have baseline data all over the North Fork Valley regarding air quality. #1])> I will be the first in line to sue the BLM if you approve any other plan that the North Fork Alternative B1 plan. Our public lands are for MULTI USE. Is allowing around 95% of our public lands to be available for potential leasing MULTI USE? Please support Alternative B1. The North Fork needs clean air for us humans, our farm animals that we sell all over Colorado, and our organic farms. If you approve one of the other plans, I and other citizens will work tirelessly to prove that your actions/RMP have caused harm to our clean air and our health, just like this study has.

["Associations between Unconventional Natural Gas Development and Nasal and Sinus, Migraine
Headache, and Fatigue Symptoms in Pennsylvania"

Aaron W. Tustin, Annemarie G. Hirsch, Sara G. Rasmussen, Joan A. Casey, Karen Bandeen-Roche, and Brian S. Schwartz http://www.ehponline.org/EHP281]

CONCLUSIONS

UNGD was associated with CRS, migraine headache, and fatigue symptoms in a large population-based survey. Associations were stronger in patients with two or more outcomes. Our work has several advantages over previous studies, making it an important addition to the growing body of evidence that UNGD is associated with adverse health effects. Further research, including more sophisticated exposure and outcome measurements, is necessary to evaluate whether these associations are causal and to elucidate the mechanisms for these findings.

Best,
Alison
AlisonGannett.com
Holy Terror Farm

[See Attached Article]

000122_McCullochS_20160830  Organization: Stacy McCulloch
Received: 11/8/2016 1:56:17 PM
Commenter1: Stacy McCulloch  - Crestone, Colorado 81131
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000122_McCullochS_20160830.htm (000122_McCullochS_20160830-380388.htm Size = 1 KB)
Submission Text
Date:08/30/2016

Commenter:Stacy McCulloch

Organization:

Email:gayatridevi@earth.org

Address:PO Box 603, Crestone, CO 81131

Phone:

Comment:
Dear BLM-UFO Staff and RMP Comment Team,

I, Stacey A. McCulloch, am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The potential for human, animal and environmental damage is too high and I urge you to stop this immediately!

Sincerely,
Stacey McCulloch
P. O. Box 603
Crestone, CO 81131

BLM_0155381

000123_SteffensB_20160831  Organization:  Bruce Steffens
Received: 8/31/2016 12:00:00 AM
Commenter1: Bruce Steffens - South Fork, Colorado 81154
Organization1:
Commenter Type: Individual
Classification:  Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000123_SteffensB_20160831.htm  (000123_SteffensB_20160831-380389.htm  Size
= 2 KB)
Submission  Text
Date:08/31/2016

Commenter:Bruce  Steffens

Organization:

Email:steff@gojade.org

Address:PO Box 205, South Fork, CO 81154

Phone:

Comment:
To BLM,

Concerning the proposals: Draft Management Plan for Public Lands in Southwest Colorado to
prohibit target shooting and/or hunting on BLM lands. The following are constitutional rights
that shall not be infringed upon:

1. THIS IS A DRIECT ATTACK ON OUR 2ND AMENDMENT RIGHTS.

2. THIS IS A DIRECT ATTACK ON THE RIGHT OF FREEDOM AND ENJOYMENT OF
ALL FEDERAL LANDS, WHICH ARE OWNED BY US, THE PEOPLE OF THE UNITED
STATES OF AMERICA!

3. WE, THE PEOPLE OF THE UNITED STATES, ENJOY TEACHING OUR CHILDREN
AND GRANDCHILDREN RESPONSIBLE FIREARM SAFTY AND TEACHING THEM
HOW TO SHOOT. YES, IF WE CHOOSE TO SHOOT ON BLM LANDS AND NOT
ENDANGER ANYBODY ELSE, SHALL HAVE THE CONSTITUTIONAL RIGHT AND
FREEDOM TO DO SO
WITHOUT INFRINGEMENT FROM THE BLM!

BLM_0155382

4. THE CURRENT POLITICAL SYSTEM IS OVERREACHING ITS AUTHORITY BY TAKING CONTROL AND OVERRIDING THE ORGINAL BLM MANDATE TO OVERSEE GRAZING AND MINERAL USE. NOWHERE DOES ANY LAW GIVE THE BLM AUTHORITY TO SUBVERT THE 2ND AMENDMENT AND THE FREEDOM TO PURSUE THE RIGHT OF ENJOYMENT AND HAPPINESS AS GUAREENTED BY THE U.S. CONSITUTION.

As a voting, taxpaying American citizen, I stand firmly against any attempt by the BLM to diminish my right to use firearms on our public lands.

Sincerely,
Bruce Steffens


000124_BoneE_20160909 Organization: Eugenia Bone
Received: 9/9/2016 12:00:00 AM
Commenter1: Eugenia Bone - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000124_BoneE_20160909.htm (000124_BoneE_20160909-380390.htm Size = 1 KB)
Submission Text
Date:09/09/2016

Commenter:Eugenia Bone

Organization:

Email:eugeniabone@gmail.com

Address:

Phone:

Comment:
I am one of Colorado's leading food writers and I oppose fracking in the North Fork Valley.

Industrialize the largest concentration of organic farms in the state? One of only a handful of wine regions in Colorado? For what? So an oil and gas company can sell gas to China?! Do no allow this travesty to happen. You will ruin the farmer, rancher and winemaker's livelihoods, tank everyone's property values, and replace it with 20 years of noise, traffic, pollution, soil

BLM_0155383

degradation, low paying jobs (for locals), prostitution, and meth labs.

Haven't you noticed the recent real estate boom in Paonia? All those new people did not move into the valley only to find out the local BLM plans to turn it into Dallas! Do you realize one of those parcels abuts the high school baseball diamond? Kids won't hit homers in Hotchkiss anymore. They'll hit gas rigs. Don't let this happen to our state, our valley, and our children. Don't frack their future.

Eugenia Bone

Author, At Mesa's Edge: Cooking and Ranching in Colorado's North Fork Valley (among many others)
Nominated for a Colorado Book Award, Denver Post Best Seller


000125_ThorupR_20160902  Organization: Janice Thorup
Received: 9/2/2016 12:00:00 AM
Commenter1: Janice Thorup - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000125_ThorupR_20160902.htm (000125_ThorupR_20160902-380391.htm Size = 1 KB)
Submission Text
Date:09/02/2016
Commenter:Janice Thorup
Organization:
Email:janice.thorup@gmail.com
Address:PO Box 631, Paonia, CO 81428
Phone:
Comment:
I am writing to discourage the BLM from leasing to oil and gas companies. <([#1 [18.3] Concerns about health of humans and our land have not been adequately addressed. #1])> The economic gain is but short-term and the consequences could affect generations to come. Our wild areas are important to the human spirit and have rights of their own, which we have too long ignored.
Please protect our wild spaces and resist economic greed, which is the only factor supporting these leases.
Thank you.
Janice Thorup
PO Box 631

BLM_0155384

Paonia, CO 81428

000126_Kavanaugh_20160831 Organization: Town of Telluride, Sean Murphy
Received: 8/31/2016 12:00:00 AM
Commenter1: Sean Murphy - Telluride, Colorado
Organization1:Town of Telluride
Commenter Type: Local Government
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000126_Kavanaugh_20160831.htm (000126_Kavanaugh_20160831-380392.htm
Size = 3 KB)
Submission Text
Date:08/31/2016

Commenter:Tiffany Kavanaugh

Organization:Town of Telluride

Email:tkavanaugh@telluride-co.gov

Address:Telluride, CO

Phone:970-728-2157

Comment:
Attached please find comment on the draft Resource Management Plan for the Uncompahgre
Field Office from Mayor Sean Murphy on behalf of the Town of Telluride.

Thank you for your consideration.

Dear Ms. Sharrow:

Thank you for the opportunity to comment on the Draft Resource Management Plan (RMP) for
the
Uncompahgre Field Office (UFO) of the Bureau of Land Management (BLM). The
Uncompahgre
Field Office of the BLM receives nearly 500,000 visitors every year, who come from all over the
world to recreate in the stunning mountains, pristine river canyons, and remote desert plateaus
that characterize our region. Many people who visit BLM lands in our region also visit Telluride
during their trip, which economically and socially benefits the town and the region.

<([#2 [30.3] Although grazing, oil and gas leasing, and other forms of resource development are

significant and historic uses on lands in the UFO, we ask you to please also consider that protecting the unspoiled beauty and ecological integrity of BLM lands is directly beneficial to our local economy and central to our community values. Draft RMP Alternative B's emphasis on improving and rehabilitating resources aligns with the efforts we continue to implement in our community to preserve and enhance our natural environment. #2])>

<([#3 [20.1] The Town supports Alternative B's focus on managing lands to protect Wilderness Characteristics.
A higher level of protection of these lands within the UFO boundaries would be consistent with our community's values.
#3])>

<([#4 [39.1] Alternative D proposes Suitable Wild and Scenic River segments that, while not as extensive as those presented in Alternative B, represent the results of an inclusive multi-stakeholder compromise. We support these findings and recognize Wild and Scenic suitability as an important tool for protecting our water resources for drinking water, ecological function, recreation, and many other uses. #4])>


<([#1 [11.5] We request that the BLM include actions to reduce climate change in any adopted plan. As a
mountain community, we are directly impacted by climate change. We see these effects in our snowpack levels, in the health of our forests, the distribution of our wildlife and water resources, and our susceptibility to drought and wildfire.
#1])>
Thank you for considering our comments.

Sincerely,
Sean Murphy, Mayor
Town of Telluride


000127_LiebtrauL_20160902  Organization: Lloyd Liebetrau
Received: 9/2/2016 12:00:00 AM
Commenter1: Lloyd Liebetrau - Cedaredge, Colorado 81413 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000127_LiebtrauL_20160902.htm  (000127_LiebtrauL_20160902-380393.htm
Size = 3 KB)
Submission Text
Date:09/02/2016


Commenter:lloyd Liebetrau

Organization:

Email: lloyd.liebetrau@totalspeed.com

Address: 24525 Ute Trail Road, Cedaredge, CO 81413

Phone: 303-653-2202

Comment:
Interdisciplinary Team:

Thank you for the opportunity to comment on the Uncompahgre RMP & Environmental Impact Statement. I have been on the CPW State Trails Committee starting in 1990 and currently serve on the OHV sub committee. I also live only 10 miles from the area you have done the environmental study on.

<([#1 [27.1] I'm requesting that the Interdisciplinary Team considers making the "open area" a SRMA.
The North Delta OHV Open Area consists of 8,560 acres and is a very important and often used riding and training area for the OHV community. This area is not only used by the local OHV community but it is also utilized and provides open area opportunities to many people specifically traveling to the Delta area to enjoy the opportunity to ride off trail along with the ability to train new and upcoming riders in the art of OHV recreation.

Our past experience tells us that changing the entire open area to designated trails would be an enforcement and signage nightmare. The motorized community has recreated and enjoyed the area for decades and policing such a major change would be next to impossible. I would also like to note that according to the BLM, they do not have a budget to support additional management. #1])>
I am aware of the concerns of the CPW Fish & Wildlife with the endangered/threatened Colorado Hookless Cactus.

Additionally I have read and recognize the concerns of the run off and salinity issue draining into the Colorado River.

Recommendations to Interdisciplinary Team:

In an effort to have continued use though limited, along with recognizing the concerns of the Managing Agencies, I would suggest the following:

1.) The Interdisciplinary Team considers making the "open area" a SRMA. This would allow the authorizing officer to determine what resources require special management and control measures to meet the management objectives.

2.) <([#2 The Colorado Hookless Cactus has been identified specifically on the northern part of

BLM_0155387

the "open area." [North Delta OHV Open Area] I suggest that the total "open area" be reduced by approximately two thousand acres by eliminating "open riding" on the northern 1/3 of the area and re-designate that area to designated trails only. I do want to make note that the cactus has flourished with the area being open to OHV use for many years so it is clear that it is growing in areas not disturbed by OHV use. Most likely in the bottom of drainage areas were it gets its moisture to survive. These areas are not common places used by OHV's so for added protection - reduce the "open area" and change to designated trails only on the northern part of the area. This would also have a positive affect on the salinity and erosion concerns. #2])>

We also would like to remind the interdisciplinary Team that the "open Area" has a very positive impact on the socio-economic impact on the city and county of Delta with the many out of town visitors that use the area.

000128_EastmentC_20160909  Organization:  Charles Eastment
Received: 9/9/2016 12:00:00 AM
Commenter1: Charles Eastment - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000128_EastmentC_20160909.htm (000128_EastmentC_20160909-380394.htm
Size = 1 KB)
Submission Text
Date:09/09/2016
Commenter:Charles Eastment
Organization:
Email:cjeast@toast.net
Address:
Phone:
Comment:
Thank you for giving me the opportunity to give you my input.

I and my family and friends have used the area for years. I have not seen the Colorado Hookless Cactus while in the area, I understand it is in the northern section of this area.
Could the area that the Colorado Hookless Cactus is in be limited to trails with signs in this area rather than being an open area? I'm not in favor of trails through the whole area when it is only the northern part that has the Cactus.

Thanks for your time,
Chuck and JoAnn Eastment

BLM_0155388

000129_BlackburnW_20160901 Organization: Thunder Mountain Wheelers ATV Club, Walt Blackburn
Received: 9/1/2016 12:00:00 AM
Commenter1: Walt Blackburn - Delta, Colorado 81416
Organization1:Thunder Mountain Wheelers ATV Club
Commenter Type: Organization (nonprofit/citizens group)
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000129_BlackburnW_20160901.htm (000129_BlackburnW_20160901-380395.htm Size = 4 KB)
Submission Text
Date:09/01/2016

Commenter:Walt Blackburn

Organization:Thunder Mountain Wheelers ATV Club

Email:wblack8709@msn.com

Address:PO Box 203, Delta, CO 81416

Phone:970-874-8709

Comment:
Please find attached comments on the Uncompahgre Resource Management Plan and Environmental Impact Statement submitted by the Thunder Mountain Wheelers ATV Club of Delta CO.

Walt Blackburn
Government Liason Officer
Thunder Mountain Wheelers ATV Club

Interdisciplinary Team:

Thank you for the opportunity to comment on the Uncompahgre RMP & Environmental Impact Statement.

The Thunder Mountain Wheelers ATV Club or (TMW) represents approximately 450 people and businesses on the Western Slope of Colorado, mostly in the Delta and Montrose County areas who enjoy recreating on our public lands with off highway & full sized 4x4 vehicles. TMW is a volunteer based non-profit environmental concerned organization that has focused on preserving and enhancing the opportunities of all OHV users in the local area since 1990. TMW enthusiasts

BLM_0155389

provide not only thousands of volunteer hours, but have contributed over 1.3 million dollars over the years to public lands, through the Colorado's OHV Registration and Grant Program.

It is important to note that TMW doesn't expend its energy opposing other forms of recreation or user group, or try to undermine other activities on public lands. We recognize the diverse interests and needs of all Colorado residents and applaud, rather than oppose them.

Specifically:

<([#1 [27.1] The North Delta OHV Open Area consisting of 8560 acres and is a very important and often used riding and training area for the OHV community. This area is not only used by the local OHV community it is utilized and provides open area opportunities to many people specifically traveling to the Delta area to enjoy the opportunity to ride off trail along with the ability to train new and upcoming riders the art of OHV recreation.

Our past experience tells us that changing the entire open area to designated trails would be an enforcement and signage nightmare. The motorized community has recreated and enjoyed the area for decades and policing such a major change would be next to impossible.
#1])>
We are cognizant of the concerns of the CPW Fish & Wildlife with the endangered/threatened Colorado Hookless Cactus. We are appreciative of the limited environment and habitat of this species.

Additionally we have read and recognize the concerns of the run off and salinity issue draining into the Colorado River.

Recommendations to Interdisciplinary Team:

In an effort to have continued use though limited along with recognizing the concerns of the Managing Agencies, TMW would suggest the following:

1.) <([#2 [27.1] The Interdisciplinary Team considers making the "open area" a SRMA. This would allow the authorizing officer to determine that the resources require special management and control measures to meet the management objectives. #2])>

2.) <([#3 [32.1] [15.2] The Hookless Cactus having been identified specifically on the northern part of the "open area." TMW suggest that the total "open area" be reduced by approximately 2 thousand acres by eliminating "open riding" on the norther 1/3 of the area and re-designate that area to designated
trails only. #3])>

3.) <([#4 [32.1] [30.3] Reducing the "open area" and changing to designated trails only on the norther part of the area would have a positive effect on the salinity and erosion concerns. TMW would suggest the team give full consideration to leaving the "Open Area", intact at least in part for the OHV community that has lost over 75% of their trails and riding opportunities over the past two decades. We also would like to remind the Interdisciplinary Team that the

BLM_0155390

"Open Area" has a very positive impact on the socio-economic impact on the City and Delta County with the many out of town visitors that use the area. #4])>

Walt Blackburn
Government Liaison Officer
Thunder Mountain Wheelers ATV Club


000130_WassellP_20160903  Organization: Phil Wassell
Received: 9/3/2016 12:00:00 AM
Commenter1: Phil Wassell - Crawford, Colorado 81415 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: dprobison 12/7/2016 12:00:00 AM
Attachments: 000130_WassellP_20160903.htm (000130_WassellP_20160903-387495.htm Size = 6 KB)
UFORMP_000130_WassellP_20160903.pdf (000130_WassellP_20160903-387494.pdf Size = 2140 KB)
Submission Text
Date:09/03/2016

Commenter: Phil Wassell

Organization:

Email:philwassellart@gmail.com

Address:39457 Davis Rd., Crawford, CO 81415

Phone:

Comment:
Hello Colorado officials, Please see the attached form pertaining to Fracking in the north fork valley and other public lands in Colorado.

Fracking and any other environmentally degrading industry should be banned in this beautiful state. We supply water to a large portion of the south western united states. Why would we willing inject chemicals into that water supply. There is no safe way to frack. The evidence is piling up from every other location where fracking has happened. It is bad for the environment and bad for the people. it is a near sighted attempt at making money fast with no consideration for the future. This needs to end. I am a registered voter and resident of the north fork valley and I am passionately opposed to fracking.

BLM_0155391

Thank you for your time and consideration,

Phil Wassell

BLM Uncompahgre Field Office Draft Resource Management Plan/DEIS Public Comment

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

1. Poor and inadequate analysis.

<([#1 30.3] -BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction. #1])>

-<([#10 30.3] The North Fork Valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique, and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail. #10])>

-<([#2 21.1] BLM did not consider a reasonable no-leasing alternative for the North Fork Valley #2])>
<([#3 21.2] -BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004. #3])>

<([#5 41.2] -BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies. #5])>

<([#4 41.1] -BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines. #4])>

<([#6 41.1] -BLM did not consider the impact of extreme weather causing flooding, mudslides, and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions. #6])>
-<([#11 37.3] BLM did not analyze the impact of permanently removing water from the

hydrologic cycle.
#11])>
-<([#12 [41.2] BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
#12])>
-<([#13 [18.3] BLM did not conduct a human health impact assessment.
#13])>
<([#14 [10.3] -BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
#14])>
<([#8 [37.5] -BLM did not consider community source water protection plans.
#8])>
<([#7 [30.3] [14.1.3] -The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.  #7])>

-<([#15 [14.1.3] BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
#15])>
<([#9 [27.3] -BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.  #9])>

In addition,

2.It is an inappropriate use of public lands.

-It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water, and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.

3. The potential for human, animal, and environmental damage is too high.

-Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

-Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

3. Climate change impact.

-Development would contribute to increased greenhouse gas emissions and climate change

impacts on community resources, including agriculture and wildlife.

I am:

-A resident
-A consumer of NFV/Delta County produce and meat and poultry
-An Independent
-Interested/Impacted citizen
-Other/Educator

Additional Comments: My family moved back to Colorado for its progressive politics and its clean and beautiful environment. Hearing about public land being used for fracking or any other environmentally degrading industry makes me furious. This land is our future! It needs to be handled responsibly and fracking is just the opposite of that. Who do the governing bodies of the state represent, the people or private gas companies? Money and jobs are worthless if they leave our land, water, and air degraded!


000132_RodriguezJ_20160831 Organization: Joyce Rodriguez
Received: 8/31/2016 12:00:00 AM
Commenter1: Joyce Rodriguez - Delta, Colorado
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000132_RodriguezJ_20160831.htm (000132_RodriguezJ_20160831-380396.htm
Size = 1 KB)
Submission Text
Date:08/31/2016

Commenter:Joyce and Rudy Rodriguez

Organization:

Email:joyru2@msn.com

Address:Delta CO

Phone:

Comment:
The open riding area just north of the Trap Club in North Delta needs to be kept open. This area

BLM_0155394

is used to train riders close to home and it needs to keep an open area. Our boys learned to ride there along with many friends. Many come back to ride there again.

Thank you,

Joyce and Rudy Rodriguez

000133_EP_20160831 Organization: E Peeeel
Received: 8/31/2016 12:00:00 AM
Commenter1: E Peeeel - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000133_EP_20160831.htm  (000133_EP_20160831-380397.htm  Size = 2 KB)
Submission Text
Date:08/04/2016

Commenter:E Peeeel

Organization:

Email:

Address:

Phone:

Comment:
As a resident of the Western Slope, I appreciate the quality of life we have here and the opportunity to enjoy the wilderness for all types of recreation. In addition I value the food that is produced in this part of Colorado and want to see the air, water and soil protected for all who live or visit these many amazing valleys. As stewards of the land, we all have a responsibility to preserve what we can by thoroughly researching and considering the implications of any changes which might cause harm or hurt our economy.

Therefore, ⊲([#1 [21.1] I cannot support any increase in natural gas wells in the sensitive watershed of the upper North Fork Area totaling an estimated 30,000 acres without any environmental oversight, public input, and is subject to a dubious valuation process. This is irresponsible due to undisclosed chemicals which are in the fracking fluid. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

It is imperative that the BLM should offer a no lease option which permits no increase in
hydraulic fracturing. #1])> If that is not a possibility, then the only option I would reluctantly
accept is Alternative Plan B1.

Yours Sincerely,

000134_GiobbiC_20160910 Organization: Chambliss Giobbi
Received: 9/10/2016 12:00:00 AM
Commenter1: Chambliss Giobbi - Brooklyn, New York 11218 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Potential Duplicate
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/7/2016 12:00:00 AM
Attachments: 000134_GiobbiC_20160910.htm (000134_GiobbiC_20160910-387519.htm Size =
5 KB)
UFORMP_000134_GiobbiC_20160910.pdf (000134_GiobbiC_20160910-387520.pdf Size =
878 KB)
Submission Text
Date:09/10/2016

Commenter:Chambliss Giobbi

Organization:

Email:chamblissgiobbi@gmail.com

Address:24 East 7th St, Brooklyn NY 11218

Phone:

Comment:
Please read the attached.

BLM Uncompahgre Field Office Draft Resource Management Plan/DEIS Public Comment

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the
most beautiful and fertile places in the world. I am opposed to leasing because it has the potential
to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's
largest concentration of organic farms, and to cause significant harm to human health and a local
economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred
Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and

BLM_0155396

Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

1. Poor and inadequate analysis.

-BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.

-The North Fork Valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique, and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.

-BLM did not consider a reasonable no-leasing alternative for the North Fork Valley

-BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.

-BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.

-BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.

-BLM did not consider the impact of extreme weather causing flooding, mudslides, and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.

-BLM did not analyze the impact of permanently removing water from the hydrologic cycle.

-BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.

-BLM did not conduct a human health impact assessment.

-BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.

-BLM did not consider community source water protection plans.

-The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.

BLM_0155397

-BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.

-BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addittion,

2.It is an inappropriate use of public lands.

-It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water, and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.

3. The potential for human, animal, and environmental damage is too high.

-Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

-Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

3. Climate change impact.

-Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am:

-A tourist/Visitor to Delta County/NFV
-Interested/Impacted citizen
-Other

000135_NeilA_20160910 Organization: Alexandra Neil
Received: 9/10/2016 12:00:00 AM
Commenter1: Alexandra Neil - New York City,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique

BLM_0155398

Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000135_NeilA_20160910.htm  (000135_NeilA_20160910-380398.htm  Size = 1 KB)
Submission Text
lyre films <lyrefilms@gmail.com>  Sat, Sep 10, 2016 at 8:55 AM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org

Hello,
i am stating my opposition to the industrialization of the North Fork Valley. Please reconsider
this plan.
Our family has spent many wonderful years in Crawford. The fracking threat has emerged in our
valley with incredible
strength. These parcels include split estates under organic hops fields and vineyards, located in
the back yards of our
cheesemakers, cattle and hog farms, and flower gardens, abutting our reservoir, our bolete and
chanterelle patches, our
peach and cherry orchards. It is an unbelievably horrific plan and we oppose it completely.
Thank you,
Alexandra Neil
NYC


000136_SullivanJ_20160910  Organization: James Sullivan
Received: 9/10/2016 12:00:00 AM
Commenter1: James Sullivan - Jefferson, New York 12093
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000136_SullivanJ_20160910.htm  (000136_SullivanJ_20160910-380399.htm  Size
= 1 KB)
Submission Text
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
fracking
1 message
james sullivan <jimarisul@earthlink.net>  Sat, Sep 10, 2016 at 9:53 AM

To: uformp@blm.gov
I am opposed to fracking because of the troubles associated with the chemicals, the water use
and the waste water. We
are lucky enough to live in upstate NY where the bad news from PA caused a fierce public

reaction that put an end to the
threat. Now the bad news from the Quakes in Kansas should be alarming enough to at least stall this fracking effort in
Colorado so that a proper review of the dangers can be assessed. I doubt after such a review fracking could be
considered as a way to extract petroleum and gas from these tragically flawed processes.
You have a beautiful state. Why would Coloradans take such a chance with ruining their water aquifers, causing
sinkholes, quakes and potentially poisoning their rivers?
It doesn't make sense. Don't do it.
Respectfully, Jim Sullivan
219 Rum Hill Rd. Jefferson NY 12093


000139_BradburyJ_20160911 Organization: Jeanne Bradbury
Received: 9/10/2016 12:00:00 AM
Commenter1: Jeanne Bradbury - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Form Letter
Form Letter Master: Form Letter A
Current Task: Done Assigned/Due: dprobison 12/7/2016 12:00:00 AM
Attachments: 000137_WinklerD_20160910.htm (000139_BradburyJ_20160911-387521.htm
Size = 2 KB)
UFORMP_000139_BradburyJ_20160911.pdf (000139_BradburyJ_20160911-387523.pdf Size = 100 KB)
Submission Text
Date:09/11/2016

Commenter: Jeanne Bradbury

Organization:

Email:jeannebradbury@gmail.com

Address:

Phone:

Comment:
Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's
Uncompahgre region. I feel that the draft resource management plan (RMP) for the

Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

000140_Shishim_20160911  Organization: Dave Shishim
Received: 11/9/2016 11:12:22 AM
Commenter1: Dave Shishim  - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000140_Shishim_20160911.htm (000140_Shishim_20160911-380400.htm  Size = 2 KB)
Submission Text
Date:09/11/2016

Commenter:Dave Shishim

Organization:

Email:daveshishim@tds.net

Address:

Phone:970-527-3009

Comment:
My name is Dave Shishim and I live in the North Fork Valley; at 40001 Cedar Drive, Paonia,

BLM_0155401

CO 81428 to be exact.

I am writing to protest your plans for leasing for oil and gas exploration in the North Fork Valley.

<([#1 [30.3] In reading your proposal, you have given scant attention to the impact that these activities would have on the existing economy of the North Fork Valley. The fact is, that oil and gas leasing and exploration would have a tremendously negative impact on the businesses that already exist on the North Fork. We in the North Fork are finally emerging from a number of very dark economic years and the economy that has grown up is one that is based on many small businesses with much small-scale agriculture targeted to a diverse base of residents and non-resident customers. We have successfully marketed the North Fork as "America's Provence" and these many small businesses that have bet their futures on this economy continuing to grow and prosper would be put out of business by the large scale petrochemical extraction that you seek to promote. Whereas the extraction business would be at best very temporary and would not provide meaningful local hiring, the economy that we have built is not only sustainable, but growing. #1])>

As a society, we should not attempt to deprive those who have sacrificed and struggled to build small businesses of the fruits of their labors. Think how many people would want to taste wine in the shadow of a drilling rig or pick fresh fruits in an atmosphere poisoned by the gasses that come with petroleum exploration and extraction. Would you care to stay at a bed and breakfast in the oilfields of west Texas or the gas fields of North Dakota? Of course you wouldn't. Don't take
away from us what we have worked so hard to build.

I encourage you to drop this plan and go elsewhere with it. Surely there are communities who would relish the "opportunity" this presents. The North Fork Valley is not one of them.

Sincerely,
David E. Shishim
daveshishim@tds.net
970-527-3009


000141_EvansL_20160912 Organization: Larry Evans
Received: 9/12/2016 12:00:00 AM
Commenter1: Larry Evans - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000141_EvansL_20160912.htm (000141_EvansL_20160912-380401.htm  Size = 1

BLM_0155402

KB)
Submission Text
Date:09/12/2016

Commenter:Larry Evans

Organization:

Email:fungus@fungaljungal.org

Address:

Phone:

Comment:
Dear BLM.

Stop. Just stop. Take a minute and review the facts about fracking. There is NO RUSH. Your hasty action could cause irreparable damage to agriculture, private property, and water supplies. Please take the time to perform due diligence before approving a decision that could affect future generations of Coloradans.

Larry Evans


000142_ShishimM_20160911 Organization: Margaret Shishim
Received: 9/11/2016 12:00:00 AM
Commenter1: Margaret Shishim - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000142_ShishimM_20160911.htm (000142_ShishimM_20160911-380402.htm
Size = 5 KB)
Submission Text
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Resource Management Plan
1 message
meerdog@tds.net <meerdog@tds.net> Sun, Sep 11, 2016 at 8:35 PM

To: uformp@blm.gov
September 11, 2016

UFO RMP
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401
Via email

I am writing as a resident of the North Fork Valley and homeowner who chose to move to this special place because of the amazing quality of life that this valley has to offer--clean air, clean water, organic food from local farms and ranches, low traffic volume on the highways, spectacular
views in the valley and along our West Elk Loop Scenic Byway,and recreational opportunities for
residents and visitors alike.

The BLM's Resource Management Plan preferred alternative, which opens up over 100,000 acres
in the North Fork Valley (NFV) to oil and gas drilling, would turn the NFV into an industrial zone
and destroy it forever.

I am protesting BLM's preferred alternative and these are some of the reasons:

1.<([#1 [10.3] Air quality – studies have been made and documented showing that even low-dose exposure to chemicals and the release of methane in oil and gas development have detrimental health effects including birth defects, respiratory problems, malignancies, rashes, etc. Just recently the EPA has identified the 4 Corners area as a "methane hot spot" due to the number of wells in the area. The BLM has failed in its Draft RMP to conduct a human health impact assessment.
#1])>
2.<([#2 [37.3] Water quality and quantity– my domestic water source(Pitkin Mesa Pipeline) originates from springs that could be contaminated by fracking chemicals or spills. In the year 2015 there were 615 spills, nearly 2 spills every day in Colorado. Also, the irrigation water used for our many organic farms, ranches and vineyards must be clean water. Polluted irrigation water would put farms and ranches out of business and have a huge negative economic impact. Water is our lifeblood. Fracking uses an enormous amount of water and permanently removes that water from the hydrologic cycle. We can't afford to sacrifice our water supply for the benefit of the oil and gas
industry. #2])>

3.<([#3 [30.3] Traffic – my home is located above Highway 133 off of Fire Mountain Rd. There is only one way to get in and out of my residential area—and that is to pull out onto or cross Hwy. 133. The intersection of Fire Mountain Rd. and Hwy. 133 is already hazardous, with limited visibility. Heavy oil and gas truck traffic would make this (and the rest of Hwy. 133 - which is only one lane either way) a very dangerous situation and deadly accidents much more likely.
#3])>

4.<([#4 [35.3] Viewsheds -- the views from my home and in the NFV are spectacular, with dark sky nights, millions of stars and views of the Milky Way. Air and light pollution from drilling activity would have a negative impact on the views, both day and night. #4])>

5.<([#5 [30.3] Property values – there are statistics showing a decrease in property values for homes/properties located near drilling/well activity. I've worked hard on improving my home for 14 years and don't want to see my property value, nor other properties in the NFV, decrease.

6.Recreation – my family and I are cyclists, both road and mountain bike. We also love camping, floating on the river, and hiking. Jumbo Mountain and trails on BLM and Forest Service land are very important to us personally and to many others who live here or come here as visitors. Trail-based recreation, also hunting and fishing, puts millions of dollars into Colorado's economy and also local economies. #5])>

7.The development of oil and gas in the NFV would keep all of us, locals and tourists, off of the public lands…and the key word here is "public" – these lands belong to all of us, not the oil and gas industry.

8.<([#6 [27.1] The BLM, in its final RMP, must designate all BLM lands on and surrounding Jumbo Mountain, lephant Hill, Lone Cabin Rd, McDonald Creek and "C" Hill as a Special Recreation Management Area and remove all oil and gas leasing in these areas. #6])> As well as protecting this area for the public (bikers, hikers, hunters, fishermen, locals and tourists), this will keep driving our economy forward and support our local businesses, including my son's bike repair business in Paonia.

According to the Outdoor Industry Association, as of 2012 outdoor recreation pumped $646 billion
into the US economy. Our economy is thriving in the North Fork Valley, real estate is selling, businesses old and new are benefiting from our best place in the state location and all we have to offer. Let's move forward with
continued opportunities for agriculture, tourism, and recreation and adopt a "No Leasing Alternative" for the North Fork Valley. It's the best way to protect our community.

Sincerely,
Margaret L. Shishim
40001 Cedar Drive
Paonia, CO 81428
meerdog@tds.net


000143_DellenbachR_20160920  Organization: Rick Dellenbach
Received: 9/20/2016 12:00:00 AM
Commenter1: Rick Dellenbach - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique

Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000143_DellenbachR_20160920.htm (000143_DellenbachR_20160920-380403.htm Size = 1 KB)
Submission Text
Date:09/20/2016

Commenter:Rick Dellenbach

Organization:

Email:rickdellenbach@hotmail.com

Address:

Phone:

Comment:
The current proposals for oil, gas, and coal leases are clearly incompatible with the values and priorities of the Public Domain. Environmental protection and clean energy concerns are vastly more important than the welfare of the fossil fuel industry.

000144_PasterzJ_20160929 Organization: James Pasterz
Received: 9/29/2016 12:00:00 AM
Commenter1: James Pasterz - Grand Junction, Colorado
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000144_PasterzJ_20160929.htm (000144_PasterzJ_20160929-380404.htm Size = 1 KB)
Submission Text
Date:09/29/2016

Commenter:James Pasterz

Organization:

Email:jamespasterz@gmail.com

BLM_0155406

Address:

Phone:

Comment:
As a sportsman, and avid hunter and outdoor enthusiast, I do not want to see any more restrictions on our use of public lands. Government intervention is expensive. Lets not burden the taxpayers w more regulations.
Dr. James R. Pasterz, D.O.
Grand Junction ,Co.


000145_DickmanB_20161013  Organization:  Betty Dickman
Received: 10/13/2016  12:00:00  AM
Commenter1:  Betty Dickman - Hotchkiss, Colorado
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000145_DickmanB_20161013.htm  (000145_DickmanB_20161013-380405.htm
Size = 1 KB)
Submission  Text
Date:10/13/2016

Commenter:Betty  Dickman

Organization:

Email:bldickman@cox.net

Address:204  W. Main  St., Hotchkiss, CO

Phone:

Comment:
Dear Sirs;

I join many others in my concern about fracking in the North Fork Valley. I oppose this operation
because;

1. Oil and gas development  and fracking activities  on public lands should not be permitted  when

risks to public health have the potential to poison our foodsheds, pollute the air we breathe and contaminate the water resources we depend upon for life.

2. <([#1 [21.1] A no-leasing alternative is the only reasonable conclusion to a rigorous analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization.

3. a moratorium on oil and gas leasing shoud be imposed until rural gas gathering pipelines are regulated by Pipeline Hazardous Materials and Safety Administration.
#1])>
As a new home owner in Hotchkiss, Colorado, I hate to see the same thing happen here that happened in Oklahoma. Serious damage to the water and soil in the area and earthquake activity that is apparently related to the destruction of the landmass in and around fracking areas.

I vote and will do so as I see appropriate to stop this destruction.

Betty Dickman
204 W. Main St
Hotchkiss, Colorado


000146_HallB_20160929  Organization: Brian Hall
Received: 9/29/2016 12:00:00 AM
Commenter1: Brian Hall - Johnstown, Colorado
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000146_HallB_20160929.htm (000146_HallB_20160929-380406.htm Size = 1 KB)
Submission Text
Date:09/29/2016

Commenter:Brian Hall

Organization:

Email:brainh18@hotmail.com

Address:Johnstown, CO

Phone:970-646-1540

BLM_0155408

Comment:
Dear BLM folks.

This is concerning your proposal to add un-needed, and unnecessary rules and restrictions on land in SW Colorado. I grew up in Pueblo, I'm familiar with Colorado. Leave our public lands unrestricted.

The land belongs to the people, not you. Do not place anymore un-need restrictions concerning how folks recreate on it, whether it be shooting, camping, hiking, whatever. Alternate A is the only option...period.

We have enough laws, restrictions, you name it. You have closed enough access roads and limited other activities. If people are scared or afraid of guns and shooting sports, tell them to stay in town. It's public land for public use.

Sincerely,
Brian Hall
Johnstown CO
970-646-1540


000147_ShipleyL_20160929  Organization:  Luke Shipley
Received: 9/29/2016 12:00:00 AM
Commenter1: Luke Shipley - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000147_ShipleyL_20160929.htm (000147_ShipleyL_20160929-380407.htm Size = 2 KB)
Submission Text
Date:09/29/2016

Commenter:Luke Shipley

Organization:

Email:lkship86@gmail.com

Address:

Phone:

BLM_0155409

Comment:

To Whom it may concern,

I recently have been informed of the Bureau of Land Management's plan(s) for public land management in the southwest Colorado region. As a hunter, recreational shooter and outdoor enthusiast I am concerned for the plans put forth by BLM. Much of which will greatly affect the public's ability to have safe recreational shooting opportunities on public land. I recently moved back to Colorado where I grew up and have rekindled a love for target shooting. Having made recent trips to do so on public land has proved very enjoyable and vastly superior to the expensive, stuffy and regulated indoor range offerings not mention the lack of extreme long range shooting options. As a safe responsible land owner myself I understand the value of taking care of the land that we use. Cleaning up after ourselves and others who may have left trash and otherwise been abusive to these valued places. That is why I am greatly concerned for what will become of these public lands that I use for hunting and recreation. Please take into consideration the thousands of others who enjoy these lands as I do. It is part of what makes Colorado such an enjoyable place for people like me who cherish the opportunity we have to do these things on some of the most beautiful lands in the nation. Thank you for hearing me out and I hope to hear good things about the decisions being made from this proposal.

Regards,

Luke

000148_PrinceJ_20160930 Organization: Jon Prince
Received: 9/30/2016 12:00:00 AM
Commenter1: Jon Prince - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000148_PrinceJ_20160930.htm (000148_PrinceJ_20160930-380408.htm Size = 1 KB)
Submission Text
Date:09/30/2016

Commenter:Jon Prince

Organization:

Email:platform.308@aol.com

Address:

Phone:719-217-5318

Comment:
Live well.

000149_CordellD_20161013  Organization:  David  Cordell
Received:  10/13/2016  12:00:00  AM
Commenter1: David  Cordell - Plano, Texas 75023  (United States)
Organization1:
Commenter Type: Individual
Classification:  Substantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000149_CordellD_20161013.htm  (000149_CordellD_20161013-380409.htm  Size
= 1 KB)
Submission  Text
Date:10/13/2016

Commenter:David  Cordell
Organization:

Email:cordelldm@aol.com

Address:4313  Melanie Lane, Plano, TX 75023

Phone:972-208-9120

Comment:
To whom it may concern:

Although I am not opposed to the use of fossil fuels, indeed my father was a petroleum geologist,
I am becoming concerned about the potential effects of fracking and injection wells.

<([#1 [30.1] I urge you to provide further evidence that any activity proposed for the North Fork
Valley of Colorado will have no impact on the economic well-being of the citizens of that area
and will  not be harmful to the environment, including superficial issues like odors and visual
distractions. Any drilling activity must include liability requirements to indemnify those who
may be harmed by the drilling activity.
#1])>
Thank you for your consideration.

BLM_0155411

David Cordell, 3413 Melanie Lane, Plano, TX 75023, 972-208-9120

000150_CampbellK_20160930 Organization: Kent Campbell
Received: 9/30/2016 12:00:00 AM
Commenter1: Kent Campbell - Boulder, Colorado 80301 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000150_CampbellK_20160930.htm  (000150_CampbellK_20160930-380410.htm
Size = 1 KB)
Submission Text
Date:09/30/2016

Commenter:James Kentling Campbell

Organization:

Email:j.kent.campbell@gmail.com

Address:5801 Jay Road, Boulder, CO 80301

Phone:

Comment:
Hello,

As a Coloradan who hunts and has 3 kids who are becoming well rounded outdoorsmen and
women, I encourage you to not limit any shooting related activities in the lands administered by
the BLM in Colorado.

It's my understanding BLM's mandate is to promote "mixed use" of it's federal lands. Target
shooting is the required step in giving new hunters the confidence and skills required for hunting.

Shooting sports should have just as much access as any other recreational activity.

Regards,
Kent Campbell
5801 Jay Road
Boulder, CO 80301

BLM_0155412

000151_HeppM_20161011  Organization:  Matt Hepp
Received: 10/11/2016 12:00:00  AM
Commenter1: Matt Hepp - Ridgway, Colorado 81432 (United States)
Organization1:
Commenter Type: Individual
Classification:  Substantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000151_HeppM_20161011.htm  (000151_HeppM_20161011-380411.htm  Size = 1
KB)
Submission  Text
Date:10/11/2016

Commenter:Matt  Hepp

Organization:

Email:matthepp@ridgway.us

Address:605  River Park Drive, Ridgway, CO 81432

Phone:970-318-1469

Comment:
Dear BLM Team,

I write to express my individual  opinions  for the Uncompahgre RMP UFO. These are provided
independent  of the many special interest groups with stakes in BLM resources. I have lived in
Ridgway for over 12 years and enjoy many recreational activities  on our local public lands
including  rock climbing,  hiking,  mountain  biking,  and singletrack motorcycling.  I have enjoyed
the "wild  west" feel of immense amounts of open public lands in our area but understand that
management  of these resources is vital  as more and more users visit  the area. <([#1 [39.1] I feel
any free-flowing rivers should be designated Wild and Scenic to the extent possible,  as these are
a valuable  resource in the dry West. #1])> <([#2 [32.1] I am highly  supportive  of more purpose-
built  singletrack  for both motorized  and non-motorized  uses.

I do NOT support  installation  of more ATV and other 2-track routes as there are many many
existing  miles of passable 2-tracks in the Uncompahgre BLM lands. #2])>

Matt Hepp
605 River Park Dr
Ridgway, CO 81432
--

BLM_0155413

Matt Hepp, P.E.
Alpine Edge Engineering
605 River Park Dr
Ridgway, CO 81432
970 318 1469


000152_GentryR_20161014  Organization: Rosie Gentry
Received: 10/14/2016 12:00:00 AM
Commenter1: Rosie Gentry - Crawford, Colorado 81415 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000152_GentryR_20161014.htm (000152_GentryR_20161014-380412.htm  Size = 5 KB)
Submission Text
Date:10/14/2016

Commenter:Rosie Gentry

Organization:

Email:rosemary003@tds.net

Address:PO Box 312, Crawford, CO 81415

Phone:970-921-5149  Fax: 970-921-3380

Comment:
I respectfully submit the attached comment letter regarding the BLM Draft Resource
Management Plan for Uncompahgre Region.

Sincerely,

Rosemary Gentry

Dear BLM-UFO Staff and RMP Comment Team,

Please fully consider the issues raised in these comments on the Uncompahgre Field Office draft
Resource Management Plan. As presented, none of the alternatives offer the level of protection
these lands warrant, that communities and the public in your planning area have specifically
asked for and favored, and which federal law requires. I believe that having a no mineral leasing

alternative in the plan is the only right choice for our community and for our public lands.

I am a resident and homeowner in the North Fork Valley, namely Crawford, Colorado. I am opposed to any oil and gas leasing on public lands in the North Fork Valley. The mission of the BLM is stated as "to sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I am objecting to the BLM's Draft Resource Management Plan for the Uncompahgre Region because the plan makes available for mineral leasing over 94% of the region to oil and gas fracking and/or coal development. As recent scientific studies have shown, the environmental harm caused by oil and gas fracking is counter to the BLM's mission to sustain the health and diversity and productivity of our public lands.

The BLM'S Resource Management Plan has obviously relied on outdated resources in formulating a plan that will negatively impact the North Fork Valley for the next 30 years. <([#1 [11.3] The plan does not even consider the impacts of horizontal fracking or coal extraction on climate change. A recent study published in the Proceedings of the National Academy of Sciences showed that methane emissions as a result of fracking in southwestern Pennsylvania were up to 1000 times higher than those estimated by the EPA. From the EPA website they state, "methane is the second most prevalent greenhouse gas emitted in the United States from human activities", and that "pound for pound the comparative impact of methane on climate change is over 20 times greater than carbon dioxide over a one hundred year period." How can the BLM be adhering to its mission to sustain health and diversity on our public lands for future generations when it ignores the effects of methane emissions from oil and gas wells on climate change. The impacts from climate change threaten the very existence of future generations. #1])>
I am a practicing certified public accountant in this valley and have knowledge of the local business economy.<([#2 [30.3] Delta County has made great strides in creating and encouraging an alternative economy to a boom-or-bust one based on fossil fuel extraction. Out of necessity due to the closing of the local coal mines, many dedicated individuals and governmental and non-governmental groups have encouraged this budding economy along with supporting our long standing agricultural economy. This sustainable economy consists of the highest concentration of organic farms in Colorado, all types of agriculture including livestock and orchards, many local vineyards/wineries, and various tourism and agritourism-based businesses. This budding and long standing agriculture economy is reliant on our current clean water and air, abundant water resources, a rural and quiet setting, beautiful vistas and open spaces, outdoor recreation opportunities, healthy wildlife ecosystems and farmland free from threat of toxic contamination. BLM's plan to lease out 95% of the valley for mineral exploration would industrialize our valley and quash this current budding economy. Just the threat of this industrialization is hampering investment in our budding economy. I so reject the BLM's power to force this industrialization on our community and to thwart our community's efforts to grow a sustainable economy. #2])>
In conclusion, a no-leasing alternative is the only reasonable conclusion to the known risks of oil and gas operations and the BLM-proposed large-scale industrialization of our beloved North Fork Valley community. I feel the BLM's preferred alternative plan for our North Fork Valley would denigrate and destroy our very lives here in the North Fork Valley. I further believe that

BLM's failure to address the real and foreseeable negative environmental impacts of oil and gas extraction from public lands threatens the very future of the planet.

Sincerely,
Rosemary Gentry


000153_MosherR_20160928  Organization: Rossann Mosher
Received: 9/28/2016 12:00:00 AM
Commenter1: Rossann Mosher - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000153_MosherR_20160928.htm  (000153_MosherR_20160928-380413.htm  Size = 1 KB)
Submission Text
Date:09/28/2016

Commenter:Rossann Mosher

Organization:

Email:rossann.mosher@gmail.com

Address:

Phone:

Comment:
<([#1 [27.1] We would like to comment specifically on the Ridgway Trails Special Recreation Management Area – RMZ 2.
We are private land owners in the area and are in favor of Alternative B because it would prohibit competitive events in the area, as Alternative D could allow. We feel this is the better alternative for wildlife and near-by residents. The trail access areas are quite small and a large competitive event would have a negative impact on the local traffic flow, noise levels, particulate pollution levels (dust), roadside trash levels and wildlife movement through the area. #1])>
<([#2 [32.2] We do however have one concern about Alternative B, under the item of travel management. This item does not specify closing the trails from November through April. This seems like an important omission in terms of the health of local wildlife populations (deer and some birds) who winter throughout this area and then birth their young in the spring in this area. #2])>

Thank you for the opportunity to comment.

Local Residents

000154_KelloggS_20161016 Organization: Scott Kellogg
Received: 10/16/2016 12:00:00 AM
Commenter1: Scott Kellogg - Paonia, Colorado
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000154_KelloggS_20161016.htm (000154_KelloggS_20161016-380592.htm Size
= 3 KB)
Submission Text
Date:10/16/2016

Commenter:Scott Kellogg

Organization:

Email:GTPINC@msn.com

Address:Paonia, CO

Phone:

Comment:
To BLM planning.

Thank you for taking the time to consider the comments from impacted citizens before
?nalizing the Uncompahgre Region RMP. Also for extending the deadline for these comments.
I have lived in the North Fork Valley now for 14 years in the town of Paonia. Specifically in the
downtown area. My concerns on the industrialization of this area come from the many verified
studies on the negative effects that oil and gas leasing will bring to an area. The air and water
will be permanently damaged by this sort of development. Being a valley these negative effects on
the air and water can quickly concentrate on the inhabited and agricultural areas. With many
of the developments being proposed up valley from the town of Paonia, the negative effects can
quickly funnel down the valley in the air and water.

Speaking just of the downtown air quality, anyone in the town of Paonia can easily verify that
throughout the year, and especially in the winter months that the valley air settles in this town so
much so that anyone firing up even their coal furnace is known to everyone else in town. The

BLM_0155417

cooler valley air settles in this town trapping with it whatever toxins are in the air. To propose gas leasing above the town of Paonia virtually guarantees that every evening the toxic vapors, gasses,and chemicals that are a part of the fracking industry would be in every household in town. They will not blow away on our mostly calm evenings or even dissipate until the warmer air in the mornings allows them to rise and escape the valley. This is in effect would be poisoning daily everyone in the downtown and low lying areas of the valley.

An outcome that would fall squarely on the shoulders of the BLM for failure to take into account these inevitable consequences of oil and gas leasing in this areas. Some areas are completely incompatible with leasing of this sort, and this is one of them. BLM should strongly consider the no-lease option for this area, or at least the North Fork Alternative Plan (NFAP). The NFAP of course covering many other vital issues besides just the few I have mentioned here.

Thank you for taking the time to consider my concerns, and the concerns of the many others in these impacted areas.

Scott Kellogg
Paonia, Co

000156_WeinbergerW_20160920  Organization: William Weinberger
Received: 9/20/2016 12:00:00 AM
Commenter1: William Weinberger - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000156_WeinbergerW_20160920.htm (000156_WeinbergerW_20160920-380593.htm Size = 2 KB)
Submission Text
Date:09/20/2016

Commenter:William B Weinberger

Organization:

Email:wbw@fastmail.us

Address:16641 Farmers Mine Rd., Paonia CO 81428

Phone:

Comment:

My wife and I bought property outside Paonia and moved here from Texas three years ago. We were drawn by the natural beauty, diverse agriculture and healthy environment. We live adjacent to Garvin Mesa and depend on a well for our domestic water as well as a ditch for irrigation.

The prospect of oil and gas drilling taking place on the slopes above our property is terrifying.

Being from Texas, I am familiar with the culture of the oil patch, and I know what happens when oil and gas production moves in. Despite what the oil company executives may tell you about their "commitment to environmental protection", I can tell you that the only commitment they have is to extracting the resource as quickly and cheaply as possible. The roughnecks and supervisors on the ground have one mandate, and that is to maximize production. Cutting corners is a way of life, and environmental regulations are made to be ignored or sidestepped.

Once the wells are drilled, the workers move on to the next field. There is no long-term commitment to the area or local environment. Examples are everywhere, from the enormous environmental damage inflicted on South American rain forests to the ongoing catastrophe that is the Deep Water Horizon spill.

To turn this rapacious industry loose in such a beautiful and productive area as the North Fork Valley would be a tragedy. Once the damage is done, it cannot be undone. Once my well water is full of hydrocarbons, what becomes of my quality of life?

I therefore urge you to include all the proposed actions in the North Fork Alternative, B1, in the final RMP. This is the only way to ensure protection for our pristine water supplies, clean air abundant wildlife and overall economic vitality of our little valley.

Thank you for the opportunity to express my heartfelt concerns.

William B. Weinberger
16641 Farmers Mine Rd.
Paonia, CO 81428


000157_BrettE_20161018 Organization: Elaine Brett
Received: 10/18/2016 12:00:00 AM
Commenter1: Elaine Brett - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000157_BrettE_20161018.htm (000157_BrettE_20161018-380594.htm Size = 8 KB)
Submission Text

Date:10/18/2016

Commenter:Elaine Brett

Organization:

Email:embrett@icloud.com

Address:PO Box 1682, Paonia CO 81428

Phone:

Comment:
Please see attached a copy of my letter to the Uncompaghre Field Office regarding the Draft Resource Management Plan and BLM's stated priorities. A hard copy has been mailed to the BLM office in Montrose, CO.

The "bottom line" summary of my message to the BLM is:

1. Oil and gas development not be considered as appropriate use for the area, particularly for the North Fork Valley. The draft RMP should include a "no leasing" alternative.

2. In the least, the BLM should incorporate alternatives B and B.1 into the final RMP.

3. In addition, I urge you to designate the Jumbo Mountain area as a Special Recreation Management Area.

4. The BLM must not be swayed by the industry rhetoric which will lead us to yet another "boom & bust" economy at the risk of defacing precious landscapes and compromising our quality of life.

Elaine Brett
Paonia, CO

I am a retired professional and have lived in the North Fork Valley for twelve years. During my careers in Washington DC in Medical Diagnostics and Organizational Development, I interfaced with
many public and private organizations. I have done contracting and consulting with a number of Federal agencies at high levels and understand the internal processes of government.

Since coming to the Western Slope of Colorado, I have been actively involved with local government and nonprofits. I have served as Chairperson on a Delta County Planning Area Planning Committee, President of the Black Canyon Regional Land Trust, founder and president of the Western Colorado Food & Ag Council, Board member of the Western Colorado Community Foundation and, President of the Friends of the Paradise Theatre. I am currently an Advisor to Downtown Colorado, Inc., the Orton Family Foundation and Citizens for a Healthy

Community.

I was pleasantly surprised when I saw the following priorities stated on the BLM website:

• The America's Great Outdoors initiative, which is aimed at enhancing the conservation of BLM-managed lands and resources and reconnecting Americans to the outdoors

• The New Energy Frontier, which encourages and facilitates renewable energy development – solar, wind, and geothermal – on the Nation's public lands.

• Cooperative Landscape Conservation, a scientific initiative that recognizes the need to better understand the condition of BLM-managed landscapes at a broad level.

• Youth in the Great Outdoors, which supports programs and partnerships that engage youth in natural resource management and encourages young people and their families to visit, explore, and learn about the public lands.

• Climate Change, which is affecting public lands in ways that could impact on Americans' quality of life. The BLM is responding with two interconnected initiatives: a proposed landscape approach to land management and Rapid Ecoregional Assessments, which will improve the agency's understanding of public land conditions to inform future management decisions.

By strengthening existing and forging new partnerships with stakeholders, the BLM will ensure that the nation's public lands are managed and conserved for future generations of Americans to use and enjoy.

These are noble goals and very much aligned with the community values of the people of The North
Fork Valley. I am wondering to what extent these priorities have been applied to the UFO RMP.

If the BLM applied these priorities, we would be having a different conversation.

• <([#3 [27.1] America's Great Outdoors Initiative in the UFO RMP would look like maximizing outdoor recreation and increasing the Special Recreation Management Areas like Jumbo Mountain. We could make America healthier by dedicating our lands and resources to encouraging outdoor activities. #3])>

• <([#2 [28.1] The New Energy Frontier would promote and expand the efforts of groups like Solar Energy International (SEI) and use our public lands for solar energy generation. The UFO region has plenty of sunny days. Weather data indicates this as a prime region for solar power generation. My personal experience with PV Solar is that conscientious construction that includes consideration for passive solar, PV solar and Thermal solar is more than adequate for our energy needs. The Solarize Delta County program (by SEI) is expanding PV solar usage. Areas such as the "dobies" between Crawford and Paonia and between Hotchkiss and Delta are prime targets for solar energy production.
#2])>

• Numerous conservation groups like the Western Colorado Conservation Center, the Delta County School District and other youth groups routinely take advantage of engaging youth in resource management of the BLM public lands. More formal programs could be encouraged by the BLM under the Youth in the Great Outdoors priority area.

• Climate Change affecting all of our lives in Western Colorado has been anecdotally noted by local writers like Craig Childs and local scientists like Dr. Michael Soule, Dr. Theo Colborn and Dr. David Noe. Studies of methane emissions from gas well flame outs and coal mine exhaust are well documented. Potential pollution from diesel trucks and equipment has been documented in both the Eastern States and the West. BLM plans that would allow for continued and expanded gas and oil development will undermine future plans for quality of life and jeopardize the quality of land, water and air and subsequently the survival of plants animals and humans.

<([#1 [30.2] In 2012-2015, I was Program Advisor to the North Fork Heart and Soul Community planning process
http://www.northforkheartsoul.com. In that project, we had the opportunity to look closely at the demographics and socioeconomic impacts of the North Fork Valley. Our team interviewed thousands of local residents and collected stories and data for over two years. We compared the local present situation with census data and other national and state studies. The culmination of the project is reflected in the statements of community values that define "what matters most" to the residents of our community. A comprehensive White Paper can be found on the website. Very few comments from residents favored oil and gas development. While local economy was deemed very important, people did not consider jeopardizing our land, our water and our food a worthwhile alternative. To the best of my knowledge, the BLM has not considered this study in its RMP.
#1])>
What Matters Most

We value our rural and natural environment that has an abundance of resources and opportunities for healthy living, quality food, work, recreation and connection to the land.

We value our small town feel and sense of community.

We envision a steady economy with work opportunities and the ability to grow our traditional and emerging economic sectors.

We value our freedom to live the way we choose, our independence and our personal responsibility to our communities.

We honor our traditions and heritage while looking to the future.

I urge you to consider and seriously apply the BLM's priority areas in the UFO RMP.

I urge you to incorporate into the UFO RMP plans that prohibit or severely limit oil and gas development. The BLM should include a "no leasing" alternative.

BLM_0155422

However, in a real world where market continues to demand fossil fuels … I urge you to accept Alternatives B and B1 which limit development and maintain special places for all of us to enjoy for years to come.

In addition, I urge you to designate the Jumbo Mountain area as a Special Recreation Management Area.

Sincerely,
Elaine M. Brett

000158_BrettE_20161018  Organization: Elaine Brett
Received: 10/18/2016  12:00:00  AM
Commenter1: Elaine Brett - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000158_BrettE_20161018.htm  (000158_BrettE_20161018-380595.htm  Size = 6 KB)
Submission Text
Date:10/18/2016

Commenter:Elaine Brett

Organization:

Email:embrett@icloud.com

Address:PO Box 1682, Paonia CO 81428

Phone:

Comment:
Please see attached a copy of my letter to the Uncompaghre Field Office regarding the Draft Resource Management Plan and BLM's stated priorities. A hard copy has been mailed to the BLM office in Montrose, CO.

The "bottom line" summary of my message to the BLM is:

1. <([#1 [21.1] Oil and gas development not be considered as appropriate use for the area, particularly for the North Fork Valley. The draft RMP should include a "no leasing" alternative. #1])>

2. In the least, the BLM should incorporate alternatives B and B.1 into the final RMP.

3. <([#2 [27.1] In addition, I urge you to designate the Jumbo Mountain area as a Special Recreation Management Area. #2])>

4. The BLM must not be swayed by the industry rhetoric which will lead us to yet another "boom & bust" economy at the risk of defacing precious landscapes and compromising our quality of life.

Elaine Brett
Paonia, CO

I live at the base of Jumbo Mountain and I walk my dogs on the Jumbo Mountain trails. Every day I
see people from the town of Paonia and visitors to the area walking, hiking, running, biking and overall enjoying the Jumbo Mountain area. It is an amazing space. The varied terrain and the views of the North Fork of the Gunnison Valley, the West Elk mountains, the Raggeds and the Grand Mesa are incredible. Jumbo is the home to wildlife including herds of deer, foxes, mountain lions, hawks and eagles.

Industrial development is not compatible with recreational use. The Jumbo area must remain undeveloped to support community health and wellness and the benefits of being able to use the trails on a daily basis. <([#3 [30.3] Industrial development is not compatible with a trail-centered tourism economy. These trails attract visitors from throughout Colorado and support local hospitality and retail businesses. #3])>

I am educated and aware of my surroundings. I love living in the North Fork Valley in Western Colorado. It provides good, clean food -- an amazing landscape -- fabulous access to recreation - spiritual renewal - a healthy environment – an incredible small town community – traditions and history --- and so much more.

I moved here from Washington DC following a 25 year career of dealing with bureaucrats in government and private industry so I know what you are as public servants what you are up against. You need to administer the laws and regulations that have been handed to you by your superiors and your agency. You are doing your best to implement what has been given to you. If you do a good job, you will get paid and will receive a good retirement plan. I know this because I am living this reality now.

I want to trust that you have done a good job and you will use your skills and expertise to devise a plan that is fair and equitable for the people of this region. I do not want to dispute, line by line the facts and data that you have compiled. As an American taxpayer, I want to feel comfortable that you know what you are doing and are implementing plans in the best interest of the "good of the all."

In my 63 years, I have never found a place or community that is like the North Fork Valley. This is a special place with amazing energy and potential. This is a community that cherishes the land

and water and a community that takes care of itself. I live in a county that is about 50% public lands. What the BLM does will affect our lives and those who come behind us. The maintenance of our public lands is a sacred duty. In that spirit, the continuance of the respect for the public land and the people who are adjacent to that land is of utmost importance.

The RMP is important in laying out the plan for this area for the next 20-30 years. It is true that we are a low-density population yet, it is true that there is something very special about the community that resides in this North Fork Valley.

There are many here who depend on the organic and biodynamic farming practices in this place to
feed us with nutritious food - it does not matter whether they are conservative "old-timers" or idealistic "new-comers" - they produce amazing, healthy food that nourishes us. There are creatives and artists who provide nurturing art that enriches our culture and makes us better human beings. And there are those who practice and educate us on health alternatives. There are the new entrepreneurs who are "inventing" new businesses using the internet and new technologies. They are our resilient future – not the boom and bust cycle of industrial extraction companies.

I am optimistic and hopeful about this North Fork Valley. And I am concerned …

If the BLM adopts any actions that will destroy – or have the potential of destroying – the beauty, the culture, the spirit or the community of this region, it will create a vacuum – a black hole – that decimates a piece of Americana that cannot be replaced.

Allowing oil and gas leases adjacent to communities like the North Fork Valley is the equivalent to genocide. You would be killing those people, lifestyles and lands that make America great.

<([#4 [21.1] I urge you to incorporate into the UFO RMP plans that prohibit or severely limit oil and gas development. The BLM should include a "no leasing" alternative. However, reality dictates that the market continues to demand fossil fuels, therefore, I urge you to accept Alternatives B and B1 which limit development and maintain special places for all of us to enjoy for years to come.
#4])>
In addition, I urge you to designate the Jumbo Mountain area as a Special Recreation Management Area per Alternative B and to remove oil and gas leasing from the Jumbo area.

Sincerely,
Elaine M. Brett


000159_BrettE_20161018  Organization: Elaine Brett
Received: 10/18/2016 12:00:00 AM
Commenter1: Elaine Brett - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual

Classification: Nonsubstantive
Submission Category: Potential Duplicate
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000159_BrettE_20161018.htm (000159_BrettE_20161018-380596.htm Size = 6 KB)
Submission Text
Date:10/18/2016

Commenter:Elaine Brett

Organization:

Email:embrett@icloud.com

Address:PO Box 1682, Paonia CO 81428

Phone:

Comment:
Please see attached a copy of my letter to the Uncompaghre Field Office regarding the Draft Resource Management Plan and BLM's stated priorities. A hard copy has been mailed to the BLM office in Montrose, CO.

The "bottom line" summary of my message to the BLM is:

1. Oil and gas development not be considered as appropriate use for the area, particularly for the North Fork Valley. The draft RMP should include a "no leasing" alternative.

2. In the least, the BLM should incorporate alternatives B and B.1 into the final RMP.

3. In addition, I urge you to designate the Jumbo Mountain area as a Special Recreation Management Area.

4. The BLM must not be swayed by the industry rhetoric which will lead us to yet another "boom & bust" economy at the risk of defacing precious landscapes and compromising our quality of life.

Elaine Brett
Paonia, CO

OK folks, so let's be honest. I am a mere mortal. I am educated and aware of my surroundings. I love living in the North Fork Valley in Western Colorado. It provides good, clean food -- an amazing landscape -- fabulous access to recreation - spiritual renewal - a healthy environment –

BLM_0155426

an incredible small town community – traditions and history --- and so much more.

I moved here from Washington DC following a 25 year career of dealing with bureaucrats in government and private industry so I know what you are as public servants what you are up against. You need to administer the laws and regulations that have been handed to you by your superiors and your agency. You are doing your best to implement what has been given to you. If you do a good job, you will get paid and will receive a good retirement plan. I know this because I am living this reality now.

As a mere mortal, I really have no intent of digesting the 2000+ pages of the UFO RMP and I want to trust that you have done a good job and you will use your skills and expertise to devise a plan that is fair and equitable for the people of this region. I do not want to dispute, line by line the facts and data that you have compiled. As an American taxpayer, I want to feel comfortable that you know what you are doing and are implementing plans in the best interest of the "good of the all."

At the same time, I am a resident of the North Fork Valley and I live at the base of the Jumbo Mountain BLM area.

In my 63 years, I have never found a place or community that is like the North Fork Valley. This is a special place with amazing energy and potential. This is a community that cherishes the land and water and a community that takes care of itself.

I live in a county that is about 50% public lands. Twelve years ago, living in Maryland in suburban DC, that statement had no meaning to me. I had no clue what BLM was and what it meant for this country. I would venture to say that the majority of those outside of the West are equally as clueless.

Now, I am a resident of the North Fork Valley and I live at the base of the Jumbo Mountain BLM area.

The UFO RMP is now vital to my existence and to the people in the town of Paonia and the North Fork Valley. What the BLM does will affect our lives and those who come behind us. The maintenance of our public lands is a sacred duty. In that spirit, the continuance of the respect for the public land and the people who are adjacent to that land is of utmost importance.

The RMP is important in laying out the plan for this area for the next 20-30 years. It is true that we are a low-density population yet, it is true that there is something very special about the community that resides in this North Fork Valley.

There are many here who depend on the organic and biodynamic farming practices in this place to
feed us with nutritious food - it does not matter whether they are conservative "old-timers" or idealistic "new-comers" - they produce amazing, healthy food that nourishes us. There are creatives and artists who provide nurturing art that enriches our culture and makes us better human beings. And there are those who practice and educate us on health alternatives. There are

BLM_0155427

the new entrepreneurs who are "inventing" new businesses using the internet and new technologies. They are our resilient future – not the boom and bust cycle of industrial extraction companies.

I am a resident of the North Fork Valley and I live at the base of the Jumbo Mountain BLM area.

I am optimistic and hopeful about this North Fork Valley. And I am concerned …

If the BLM adopts any actions that will destroy – or have the potential of destroying – the beauty, the culture, the spirit or the community of this region, it will create a vacuum – a black hole – that decimates a piece of Americana that cannot be replaced.

Allowing oil and gas leases adjacent to communities like the North Fork Valley is the equivalent to genocide. You would be killing those people, lifestyles and lands that make America great.

I urge you to incorporate into the UFO RMP plans that prohibit or severely limit oil and gas development. The BLM should include a "no leasing" alternative.

However, reality dictates that the market continues to demand fossil fuels, therefore, I urge you to accept Alternatives B and B1 which limit development and maintain special places for all of us to enjoy for years to come.

In addition, I urge you to designate the Jumbo Mountain area as a Special Recreation Management Area per Alternative B and to remove oil and gas leasing from the Jumbo area.

Sincerely,
Elaine M. Brett


000160_BrettE_20161018_HasAttach Organization: Elaine Brett
Received: 10/18/2016 12:00:00 AM
Commenter1: Elaine Brett - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison 12/7/2016 12:00:00 AM
Attachments: 000160_BrettE_20161018_HasAttach.htm (000160_BrettE_20161018_HasAttach-387527.htm Size = 10 KB)
UFORMP_000160_BrettE_20161018_HasAttach.pdf (000160_BrettE_20161018_HasAttach-387526.pdf Size = 223 KB)
Submission Text
Date:10/18/2016

BLM_0155428

Commenter:Elaine Brett

Organization:

Email:embrett@icloud.com

Address:PO Box 1682, Paonia CO 81428

Phone:

Comment:
Please see attached a copy of my letter to the Uncompaghre Field Office regarding the Draft Resource Management Plan and BLM's stated priorities. A hard copy has been mailed to the BLM office in Montrose, CO.

The "bottom line" summary of my message to the BLM is:

1. Oil and gas development not be considered as appropriate use for the area, particularly for the North Fork Valley. The draft RMP should include a "no leasing" alternative.

2. In the least, the BLM should incorporate alternatives B and B.1 into the final RMP.

3. In addition, I urge you to designate the Jumbo Mountain area as a Special Recreation Management Area.

4. The BLM must not be swayed by the industry rhetoric which will lead us to yet another "boom & bust" economy at the risk of defacing precious landscapes and compromising our quality of life.

Elaine Brett
Paonia, CO

I am a retired professional and have lived in the North Fork Valley for twelve years. During my careers in Washington DC in Medical Diagnostics and Organizational Development, I interfaced with many public and private organizations. I have done contracting and consulting with a number of Federal agencies at high levels and understand the internal processes of government.

Since coming to the Western Slope of Colorado, I have been actively involved with local government and nonprofits. I have served as Chairperson on a Delta County Planning Area Planning Committee, President of the Black Canyon Regional Land Trust, founder and president of the Western Colorado Food & Ag Council, Board member of the Western Colorado Community Foundation and President of the Friends of the Paradise Theatre. I am currently an Advisor to Downtown Colorado, Inc., the Orton Family Foundation and Citizens for a Healthy Community.

BLM_0155429

In 2012-2015, I was Program Advisor to the North Fork Heart and Soul Community planning process
http://www.northforkheartsoul.com. In that project, we had the opportunity to look closely at the demographics and socioeconomic impacts of the North Fork Valley. Our team interviewed thousands of local residents and collected stories and data for over two years. We compared the local present situation with census data and other national and state studies. The culmination of the project is reflected in the statements of community values that define "what matters most" to the residents of our community. A comprehensive White Paper can be found on the website.

What Matters Most

We value our rural and natural environment that has an abundance of resources and opportunities for healthy living, quality food, work, recreation and connection to the land.

We value our small town feel and sense of community.

We envision a steady economy with work opportunities and the ability to grow our traditional and emerging economic sectors.

We value our freedom to live the way we choose, our independence and our personal responsibility to our communities.

We honor our traditions and heritage while looking to the future.

<([#5 [30.2] In spite of the BLM's thorough study, I suggest that the SOCIOECONOMIC BASELINE ASSESSMENT REPORT is flawed in its assumptions and conclusions for the North Fork Valley. It is extremely important that the BLM make their judgments and conclusions based on an accurate assessment of the local population #5])> . I recommend that the BLM look at the following in their final recommendations for the Resource Management Plan:

<([#1 [30.2] 1. Data from the BLM report is old data and does not reflect current migration patterns and the
changes in demographics that are occurring. #1])>

<([#6 [30.2] a. References for population, industries and other demographic parameters are from 2010 and earlier and based on Census data that is even older.
#6])>
<([#7 [30.2] b. Currently, in the North Fork Valley, we are witnessing an influx of "boomer" generation retirees and near-retirees along with representative millennials and Generation Z who seeking a small town, rural quality of life. This dynamic is creating a trending toward volunteerism and mentoring by one group and the rise entrepreneurial businesses by the latter.

c. These patterns are affecting the socioeconomic make up of age, education, consumer behaviors and social equity now and for the future.
#7])>
<([#2 [30.2] 2. The grouping of "Socioeconomic Units" is flawed by placing Paonia in with the

underpopulated
areas of Somerset and Bowie and by not applying the traditional regions of the North Fork Valley, Surface Creek watershed and areas surrounding the city of Delta.

a. Paonia historically and traditionally is regarded as part of the North Fork Valley.

b. The town and the surrounding area is a part of Delta County District 3 which includes Paonia, Hotchkiss and Crawford.

c. Any assumptions about industry trends and linking Paonia to the defunct town of Bowie and the Gunnison County town of Somerset are inaccurate.

d. Currently Paonia has earned the reputation for being "Colorado's Farm-to-Table Capital" and is the anchor of the North Fork Creative District. Value-add food and beverage products and creative industries are dominating the local economy.

e. Due to mine closures, fewer and fewer households are dependent on local mining jobs. #2])>
3. <([#8 [30.2] County or State cumulative data does not reflect the microcosm of the small towns of Paonia, Hotchkiss and Crawford.

a. Local studies have demonstrated that because of the sharp distinctions of the three regions in Delta County, the county or state rollup of census data does not adequately describe the reality of the towns and their surrounding areas.

#8])> <([#3 [30.2] 4. The BLM report does not reflect current economic drivers that are changing the industries and lifestyles of current and future residents.

a. In 2015 and 2016, the coal mining industry saw a severe reduction due to global demand and consumer trends. Two of the three mines in Bowie and Somerset closed and the third, West Elk mine, whose corporation has filed bankruptcy, is expected to continue to reduce services and ultimately close as well.

b. The historic coalmine-driven economy is quickly changing and sentiment to continue to expect mining jobs to bolster the local economy is waning.

c. New small businesses including internet-based business are bolstering the local economy. Current installation of broadband internet is making these businesses viable alternatives to the "old" ways of conventional farming and mining. #3])>

5. <([#4 [30.2] The BLM's assessment for Socioeconomic Unit 1 that "Recreational use of land is important
for local area residents" is correct. However, the statement "The key issues are providing the continued access to public lands for traditional agricultural and extractive resource uses while

preserving the quality of life for local residents" would not be supported by most Paonians in that while there is an acceptance of coal extraction, the presence of other extractive industries is viewed as a detriment to the quality of life of the area. #4])> <([#9 [30.2] The statement for Socioeconomic
Unit 2 "Utilization of public land and enhancing environmental values while preserving open space is also important. The key issue is finding the balance that allows residents to retain a lifestyle that meets their needs and provides recreational opportunities for visitors to the area" is accurate for the North Fork Valley.
#9])>
In conclusion, the Report's concluding statement is vague but admirable.

"Large variations in the study area, particularly between the UFO planning units, make generalizations about the study area's social and economic conditions complex. Due to the large acreage of public lands in many study area counties, the overall contribution of public lands to local economies may be significant. Influence of public lands at the local level is especially important, particularly in locations where public lands provide a source of employment, such as ranching or energy production, or a significant contribution to quality of life for local residents, such as recreational activities availability or open space preservation. As such, local citizens' concerns, as reflected in the economic strategy workshops will be analyzed during development of the Uncompahgre RMP."

I hope that the BLM will consider present and future trends in socioeconomics and not rely only on the past to make decisions for the future in the RMP. I recommend that;

1. Oil and gas development not be considered as appropriate use for the area, particularly for the North Fork Valley. The draft RMP should include a "no leasing" alternative.

2. In the least, the BLM incorporated alternatives B and B.1 into the final RMP.

3. In addition, I urge you to designate the Jumbo Mountain area as a Special Recreation Management Area.

4. The BLM not be swayed by the industry rhetoric which will lead us to yet another "boom & bust" economy at the risk of defacing precious landscapes and compromising our quality of life.

Sincerely,
Elaine M. Brett

000161_SteckleyD_20161026 Organization: US DOE Uranium Leasing Program, Deborah Steckley
Received: 10/26/2016 12:00:00 AM
Commenter1: Deborah Steckley - ,
Organization1:US DOE Uranium Leasing Program

Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000161_SteckleyD_20161026.htm  (000161_SteckleyD_20161026-380597.htm
Size = 3 KB)
Submission Text
Date:10/26/2016

Commenter:Deborah Steckley

Organization:US Department of Energy, Uranium Leasing Program

Email:deborah.steckley@lm.doe.gov

Address:

Phone:303-410-4802;  720-648-3799

Comment:
Dear BLM,

Thank you for notifying the DOE Office of Legacy Management (DOE-LM) about the comment
period associated with the BLM Uncompaghre Field Office's Draft Resource Management Plan.

DOE-LM's Uranium Leasing Program (ULP) reviewed the draft plan and associated
environmental documents. DOE-LM has no comments to offer as it relates to the ULP.

Please note the DOE-LM NEPA Compliance Oficer, Tracy Ribeiro, will notify BLM if DOE-
LM has comments pertaining to other DOE-LM programs.

Best regards,

Deb

Deborah Steckley
Uranium Leasing Program
O?ce of Legacy Management
U.S. Department of Energy

O?ce: 303-410-4802
Mobile:  720-648-3799

BLM_0155433

FOR IMMEDIATE RELEASE

Contact: Shannon Borders, 970-240-5399

BLM extends comment period for the Uncompahgre Field Office Draft Resource Management Plan

MONTROSE, Colo. – In response to public requests, the Bureau of Land Management Uncompahgre Field Office is extending the comment period for Uncompahgre Field Office Draft Resource Management Plan for 60 days.

The comment period, originally scheduled to close on Sept. 1, 2016, will be extended through Nov. 1, 2016.

"Public input is critical as we work through refining this plan. Hopefully this extension will facilitate that public input." said Dana Wilson, BLM Acting Uncompahgre Field Manager.

The BLM identified a wide range of alternatives in the Draft RMP that analyze impacts to important wildlife, vegetation and cultural resources while balancing the need for resource uses such as grazing, minerals and recreation on about 675,800 acres of BLM-administered surface lands and 971,220 acres of federal mineral estate in Delta, Gunnison, Mesa, Montrose, Ouray and San Miguel counties.

Written comments will be most effective if they are specific to the proposal or analysis and should be submitted by email to uformp@blm.gov or by mail to the BLM, Uncompahgre Field Office, 2465 S. Townsend Ave., Montrose, CO 81401.

Before including your address, phone number, e-mail address or other personal identifying information in your comment, be advised that your entire comment – including your personal identifying information – may be made publicly available at any time. While you can ask us in your comment to withhold from public review your personal identifying information, we cannot guarantee that we will be able to do so.

The plan and associated environmental documents are available at http://www.blm.gov/co/st/en/fo/ufo/uncompahgre_rmp.html (or www.uformp.com).

For more information, contact Gina Jones, National Environmental Policy Act Coordinator, at gmjones@blm.gov or (970) 240-5300.

--
Shannon Borders
Public Affairs Specialist
Bureau of Land Management
2465 S. Townsend Ave.
Montrose, CO 81401
970-240-5399

BLM_0155434

000162_CarpenterS_20161014  Organization: Scott Carpenter
Received: 10/14/2016 12:00:00 AM
Commenter1: Scott Carpenter - Albuquerque, New Mexico 87109 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000162_CarpenterS_20161014.htm  (000162_CarpenterS_20161014-380598.htm
Size = 2 KB)
Submission Text
Date:10/14/2016

Commenter:Scott Carpenter

Organization:

Email:scottx.a.carpenter@intel.com

Address:7401 San Francisco Rd NE, Albuquerque, NM 87109

Phone:505-400-6124

Comment:
<([#2 As a concerned river advocate I believe that the Dolores and San Miguel River segments
meet suitability requirements for Wild & Scenic designation because of their outstanding
recreational and scenic values, and that the BLM should maintain their suitability as part of their
Resource Management Plan.

I support the Colorado Water Conservation Board's request to manage flows through the
Colorado State Instream Flow Program (ISF) and I also hope the BLM and the Secretary of the
Interior to pursue other flow protections if the ISF's are not sufficient to protect whitewater
recreation and ecological values.
#2])>
I have been fortunate enough to raft and kayak both of these rivers as a private boater and
consider them natural treasures, providing the remote wilderness escape that is getting harder to
find these days. I hope to continue such trips with my family and to share with other boaters.

<([#1 [2] I do disagree with the current McPhee spill requirements, which focuses entirely on the
agricultural value of the Dolores natural run-off, proving to be detrimental to the ecological
riparian areas and to the already limited recreational use. Some duration of the entire peak flows

BLM_0155435

should be allowed to pass through the dam every season to simulate some degree of the natural cycle and flushing effect. Justification of this argument was proven when fish were observed smothering in the fine silt burden that was released by a recent flash flood, resulting in a massive fish kill event. #1])> Other management factors also come into play, such as the need for public river access at key areas for safe put-in/take-out activities, but that may be for a separate letter to a different agency.

Scott Carpenter
Adobe Whitewater Club Board member
7401 San Francisco Rd NE
Albuquerque, NM 87109
Cell 505 400-6124


000163_DeeringE_20161013   Organization: Eunice Deering
Received: 10/13/2016 12:00:00 AM
Commenter1: Eunice Deering - Hotchkiss, Colorado
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000163_DeeringE_20161013.htm (000163_DeeringE_20161013-380599.htm Size = 2 KB)
Submission Text
Date:10/13/2016

Commenter:Eunice Jean Deering

Organization:

Email:ejeandeering@cox.net

Address:240 W. Main St., Hotchkiss, Colorado

Phone:

Comment:
Dear Sirs;

I join many others in my concern about fracking in the North Fork Valley. I oppose this operation
because;

BLM_0155436

1. Oil and gas development and fracking activities on public lands should not be permitted when risks to public health have the potential to poison our foodsheds, pollute the air we breathe and contaminate the water resources we depend upon for life.

2. <([#1 [21.1] A no-leasing alternative is the only reasonable conclusion to a rigorous analysis of the risks
posed by oil and gas operations including fracking technologies and large-scale industrialization.

3. a moratorium on oil and gas leasing shoud be imposed until rural gas gathering pipelines are regulated by Pipeline Hazardous Materials and Safety Administration.
#1])>
As a new home owner in Hotchkiss, Colorado, I hate to see the same thing happen here that happened in Oklahoma. Serious damage to the water and soil in the area and earthquake activity that is apparently related to the destruction of the landmass in and around fracking areas.

I vote and will do so as I see appropriate to stop this destruction.

Eunice Jean Deering

240 W,Main St
Hotchkiss, Colorado


000164_GannettA_20160930 Organization: Alison Gannett
Received: 9/30/2016 12:00:00 AM
Commenter1: Alison Gannett - Paonia, Colorado
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000164_GannettA_20160930.htm (000164_GannettA_20160930-380600.htm Size = 25 KB)
Submission Text
Date:09/30/2016

Commenter:Alison Gannett

Organization:

Email:alisongannett@mac.com

Address:

Phone:

Comment:

Alison Gannett here from Holy Terror Farm, 42485 Highway 133, Paonia, Colorado. <([#1 [2] I am concerned with the storage of waste production from natural gas. Currently, there is no safe storage method. The use of pits and land application present high risk for shallow ground water aquifers and our streams, rivers, lakes, etc. ALL OF OUR WATER here at the farm comes from Terror Creek, and Fire Mountain Canal (via Paonia Reservoir). Since we are chemical free, even a small spill upstream of waste water (such as a wastewater transport vehicle or pit storage (leak or overflow from heavy rain), etc) would potentially contaminate the veggies/fruits/animals we eat and sell for our farm business. We could even unknowingly apply a carcinogenic chemical via our irrigation water to our food sale products (TEDx reports that 30% of fracking chemicals are potentially or known carcinogens). Those with weaker or sensitive immune systems (such as children, elderly, or even myself with brain cancer) will be sensitive to even small amounts of chemicals that are below EPA standards. There is no alert system in place to notify us farmers if there were to be a spill. Based upon the spill reports from the COGCC, we should have every reason to fear for this to happen, as there are spills reported everyday in Colorado.

Until there is mandatory baseline water testing of ALL our local streams, aquifers, wells, and irrigation canals AND a way to alert us if there were to be a spill, I do not believe it is safe to continue drilling for oil and gas. The coal mine right next to me must monitor my water, and I can log on to see all recent water tests to make sure they are in compliance. And without mandatory baseline testing of ALL our drinking water and irrigation water in the North Fork Valley, I do not see how you can issue any planning recommendations until the EPA loophole has been closed (1995 rider on the Energy Act, nicknamed the Dick Cheney Halliburton loophole).
#1])>
If there were to be just one spill that would affect out water, our farm would be devalued forever. My husband and I do not have a retirement fund - all we have is our farm. As we have seen happen to our farm friends in Rifle and Silt, once contamination happens or is even perceived to potentially be close by, their farms become unsellable. They don't want to stay with the poor water, air and soil quality (not to mention traffic, crime, etc), and they can't leave since they can't sell.

In Oklahoma, they tried deep injection to solve this problem, and now have earthquakes instead. With the current exemptions for deep water aquifer contamination, this is no solution either.

Our farm is surrounded on all sides with PUBLIC BLM land. This land is to managed for ALL uses, not just energy extraction. If there is no way to manage waste from drilling (radioactive and toxic chemicals), why would you even consider any leasing at all? At least protect our food and water sources. without either, we will have no life, or quality of life. If you will not accept no leasing, at least pass the North Fork Alternative B1, so that we can not fear for our health and income.

Best, Alison Gannett
Groundwater Threats in Colorado

BLM_0155438

September 20, 2016
by Kyle Ferrar, MPH
FracTracker has been increasingly looking at oil and gas drilling in Colorado, and we're finding some interesting and concerning issues to highlight. Firstly, operators in Colorado are not required to report volumes of water use or freshwater sources. Additionally, this analysis looked at how wastewater in Colorado is injected, and found that the majority is injected into Class II disposal wells (85%) while recycling wastewater is not common. Open-air pits for evaporation and percolation of wastewater is still a common practice. Colorado has at least 340 zones granted aquifer exemptions from the Clean Water Act for injecting wastewater into groundwater. The analysis also found that Weld County produces the most oil and gas in the state, while Rio Blanco and Las Animas counties produce more wastewater. And finally, Rio Blanco injects the most wastewater of all Colorado counties. Learn more about groundwater threats in Colorado below:

Introduction

Working directly with communities in Weld County, Colorado the FracTracker Alliance has identified issues concerning oil and gas exploration and production in Colorado that are of particular concern to community stakeholder groups. The issues include air quality degradation, environmental justice concerns for communities most impacted by oil and gas extraction, and leasing of federal mineral estates. Analysis of data for Colorado's Front Range has identified areas where setback regulations are not followed or are inadequate to provide sufficient protections for individuals and communities and our analysis of floodplains shows where oil and gas operations pose a significant risk to watersheds. In this article we focus on the specific threat to groundwater resources as a result of particular waste disposal methods, namely underground injection and land application in disposal pits and sumps. We also focus on the sources of the immense amount of water necessary for fracking and other extraction processes.

Groundwater Threats

Numerous threats to groundwater are associated with oil and gas drilling, including hydraulic fracturing. Research from other regions shows that the majority of groundwater contamination events actually occur from on-site spills and poor management and disposal of wastes. Disposal and storage sites and spill events can allow the liquid and solid wastes to leach and seep into groundwater sources. There have been many groundwater contamination events documented to have occurred in this manner. For example, in 2013, flooding in Colorado inundated a main center of the state's drilling industry causing over 37,380 gallons of oil to be spilled from ruptured pipelines and damaged storage tanks that were located in flood-prone areas. There are serious concerns that the oil-laced floodwaters have permanently contaminated groundwater, soil, and
rivers.

Waste Management

In Colorado, wastes are managed several ways. If the wastewater is not recycled and used again

BLM_0155439

in other production processes such as hydraulic fracturing, drilling fluids disposal must follow one of three rules:

1. Treated at commercial facilities and discharged to surface water,
2. Injected in Class II injection wells, or
3. Stored and applied to the land and disposal pits at centralized exploration and production waste management facilities.

Additionally the wastes can be dried and buried in additional drilling pits, with restrictions for crop land. For oily wastes, those containing crude oil, condensate or other "hydrocarbon-containing exploration and production waste," there are additional land application restrictions that mostly require prior removal of free oil. These various sites and facilities are mapped below, along with aquifer exemptions and other map layers related to water quality.

Figure 1. Interactive map of groundwater threats in Colorado

View Map Fullscreen | How Our Maps Work

Injection Wells

In 2015, Colorado injected a total of 649,370,514 barrels of oil and gas wastewater back into the ground. That is 27,273,561,588 gallons, which would fill over 41,000 Olympic sized swimming pools. Injected into the ground in deep formations, this water is forever removed from the water cycle.

Allowable injection fluids include a variety of things you do not want to drink:

-Produced Water
-Drilling Fluids
-Spent Well Treatment or Stimulation Fluids
-Pigging (Pipeline Cleaning) Wastes
-Rig Wash
-Gas Plant Wastes such as:
--Amine
--Cooling Tower Blowdown
--Tank Bottoms

This means that federal exemptions to Underground Injection Control (UIC) regulations for oil and gas exploration and production have nothing to do with environmental chemistry and risk, and only consider fluid source.

Why the concern?

Why are we concerned about these wastes? To quote the regulation, "it is possible for an exempt waste and a non-exempt hazardous waste to be chemically very similar" (RCRA). Since oil and gas development is considered part of the United State's strategic energy policy, the entire

BLM_0155440

industry is exempt from many federal regulations, such as the Safe Drinking Water Act (SDWA), which protects underground sources of drinking water (USDW).

The Colorado Oil and Gas Conservation Commission has primacy over the UIC permits and the Colorado Department of Public Health and Environment (CDPHE) administers the environmental protection laws related to air quality, waste discharge to surface water, and commercial disposal facilities. Under the UIC program, operators are legally allowed to inject wastewater containing heavy metals, hydrocarbons, radioactive elements, and other toxic and carcinogenic chemicals into groundwater aquifers.

The State of CO Injection Wells

According to the COGCC production reports for the year 2015, there are 9,591 active injection wells with volumes reported to the regulatory agency. Additionally, there are of course distinctions within the UIC rules for different types of injection wells, although the COGCC does not provide comprehensive data to distinguish between these types.

Injecting into the same geological formation or "zone" as producing wells is typically considered EOR, although some of the injected water will ultimately remain in the ground. Injecting into a producing formation is an immediate qualification for receiving an aquifer exemption.

EOR operations require considerably more energy and resources than conventional wells, and therefore have a higher water carbon footprint. If the wastewater is "recycled" as hydraulic fracturing fluid, the injections are exempt from all UIC regulations regardless. These are two options for the elimination of produced wastewater, although much of it will return to the surface in the future along with other formation waters. When the produced waters reach a certain level of salinity the fluid can no longer be used in enhanced recovery or stimulation, so final disposal of wastewater is typically necessary. These liquid wastes may then go to UIC Class II Disposal Wells.

Class II Injection Wells

The wells injecting into non-producing formations are therefore disposal wells, since they are not "enhancing production." Of the almost 10,000 active injection wells in Colorado there are OVER 670 class II disposal well facilities; 402 facilities are listed as currently active. These facilities may or may not host multiple wells. By filtering the COGCC production and injection well database by target formation, we find that there are over 1,070 wells injecting into non-producing formations. These disposal wells injected at least 66,193,874 barrels (2,780,142,708 gallons) of wastewater in 2015 alone.

Where is the waste going?

A simple life-cycle assessment of wastewater in Colorado shows that the majority of produced water is injected back underground into class II disposal and EOR wells. The percentage of injected produced waters has been increasing since 2012, and in 2015 85% of the total volume of produced water in 2015 was injected. If we assume that all the volume injected was produced

BLM_0155441

wastewater, this still leaves 60 million barrels of produced water unaccounted for. Some of this volume may have been recycled and used for hydraulic fracturing, but this is rarely the case. Other options for disposal include commercial oilfield wastewater disposal facilities (COWDF) that use wastewater sumps (pits) for evaporation and percolation, as well as land application, to dilute the solid and liquid wastes by mixing them into soil.

Centralized Exploration and Production Waste Management Facilities

Figure 2. Chevron Wastewater Land Application and Pit "Disposal" Facility. Photo by COGCC According to the COGCC, there are 40 active and 71 total "centralized exploration and production waste management facilities" in Colorado. These facilities, mapped in Figure 1 above, are mostly open-air pits used for storage or disposal, or land-application sites.

As can be seen in the Figure 2 to the right, land application sites are little more than farms that don't grow anything, where wastewater is mixed with soil. Groundwater monitoring wells around these sites measure the levels of some contaminants. Inspection reports show that sampling of the wastewater is not usually – if ever – conducted. The only regulatory requirement is that oil is not visibly noticeable as a sheen on the wastewater fluids in impoundments, such as the one in Figure 3 below, operated by Linn Operating Inc., which is covered in an oily sheen.

In most other hydrocarbon producing states, open-air pits or sumps are not allowed for a variety of reasons. At FracTracker, we have covered this issue in other states, as well. In New Mexico, for example, the regulatory agency outlawed the use of pits after finding cased where 369 pits were documented to have contaminated groundwater. California is another state that still uses above ground pits for disposal. At sites in California, plumes of contaminants are being monitored as they spread from the facilities into surrounding regions of groundwater. Additionally, these wastewater pit disposal sites present hazards for birds and wildlife. There have been a number of papers documenting bird deaths in pits, and the risk for migratory bird species is of high concern. Other states like California are struggling with the issue of closing these types of open-air pit facilities. Closing these facilities means that more wastewater will be injected in Class II disposal wells.

Figure 3. Linn energy oily wastewater disposal pit

Production and Injection Volumes

The data published by the COGCC for well production and injection volumes shows some unique
trends. An analysis of injection and production well volumes shows Class II Injection is tightly connected to exploration and production activities. This finding is not surprising. Class II injection wells are considered a support operation for the production wells, and therefore should be expected to be similarly related. Wastewater injection wells are needed where oil and gas extraction is occurring, particularly during the exploration and drilling phases.

Looking at the graphs in Figures 4-6 below, it is obvious that injection volumes have been consistently tied to production of wastewater. It is also clear that the trend since 2012 shows that

BLM_0155442

an increasingly larger percentage of wastewater is being injected each year. This trend follows the sharp increase in high volume hydraulic fracturing activity that occurred in 2012. During this boom in exploration and drilling activity, recycling of flowback for additional hydraulic fracturing activities most likely accounts for some of the discrepancy in accounting for the fact that 200% more wastewater was produced than was injected in 2012. When Figure 4 (below) is compared to the graphs in Figures 5 and 6 (further below) it is also interesting to note that produced water volumes in 2015 are at a 5-year low as of 2015, while production volumes of both natural gas and oil are at a 5-year high. Wastewater volumes are linked to production volumes, but there are many other factors, including geological conditions and types of extraction technologies being used, that have a massive affect on wastewater volumes.

Figure 4. Colorado wastewater volumes by year (barrels)

The graphs in Figures 5 and 6 below show different trends. Gas production in Colorado has remained relatively constant over the last five years with a sharp increase in 2015, while oil production volumes have been continually increasing, with the largest increase of 49% from 2014 to 2015, and 46% the year prior.

Figures 5-6

Colorado's Front Range, specifically Weld County, is increasing oil production at a fast rate. New multiwell well-pads are being permitted in neighborhoods and urban and suburban communities without consideration for even elementary schools. Weld County currently has 2,169 new wells permitted within the county. The figure is higher than the next 9 counties combined. The other top three counties with the most well permits are 2. Garfield (1,130) and 3. Rio Blanco (189), for perspective. Additionally, 74% of pending permits for new wells are located in Weld County.

How Counties Compare

The top 10 counties for oil production are very similar to the top 10 counties for both produced and injected volumes, although there are some inconsistencies (Table 1). For example, Las Animas County produces the second largest amount of produced wastewater, but is not in the top 10 of oil producing counties. This is because the majority of wells in Las Animas County produce natural gas. Natural gas wells do not typically produce as much wastewater as oil wells. The counties and areas with the most oil and gas production are also the regions with the most injection and surface waste disposal, and therefore surface water and groundwater degradation.

Table 1. Top 10 CO counties for gas production, oil production, wastewater production, and injection volumes in 2015.

Aquifer Exemptions

Operators are given permission by the U.S. EPA to inject wastewater into groundwater aquifers in
certain locations where groundwater formations are particularly degraded or when operators are

BLM_0155443

granted aquifer exemptions. Aquifer exemptions are not regions where the groundwater is not suitable for use as drinking water. Quite the contrary, as any aquifer with groundwaters above a 10,000 ppm total dissolved solids (TDS) threshold are fast-tracked for injection permits. When the TDS is below 10,000 ppm operators can apply for an exemption from SDWA (safe drinking water act) for USDWs (underground sources of drinking water), which otherwise protects these groundwater sources. An exemption can be granted for any of the following three reasons. The formation is:

-hydrocarbon producing,
-too deep to economically access, or
-too "contaminated" to economically treat.

Since the first requirement is enough to satisfy an exemption, most class II wells are located within oil and gas fields. Other considerations include approval of mineral owners' permissions within ¼ mile of the well. On the map above, you can see the ¼ mile buffers around active injection wells. If you live in Colorado, and suspect you live within the ¼ mile buffer of an injection well, you can input an address into the search field in the top-right corner of the map to fly to that location.

Sources of Water

The economic driver for increasing wastewater recycling is mostly influenced by two factors. First, states with many class II disposal wells, like Colorado, have much lower costs for wastewater disposal than states like Pennsylvania, for example. Additionally, the cost of water in drought-stricken states makes re-use more economically advantageous.

These two factors are not weighted evenly, though. On the Colorado front range, water scarcity should make recycling and reuse of treated wastewater a common practice. The stress of sourcing fresh water has not yet become a finanacial restraint for exploration and production. Water scarcity is an issue, but not enough to motivate operators to recycle. According to an article by Small, Xochitl T (2015) "Geologic factors that impact cost, such as water quality and availability of disposal methods, have a greater impact on decisions to recycle wastewater from hydraulic fracturing than water scarcity." As long as it is cheaper to permit new injection wells and contaminate potential USDW's than to treat the wastewater, recycling practices will be largely ignored. Even in Colorado's arid Front Range where the demand for freshwater frequently outpaces supply, recycling is still not common.

Fresh Water Use

The majority of water used for hydraulic fracturing is freshwater, and much of it is supplied from municipal water systems. There are several proposals for engineering projects in Colorado to redirect flows from rivers to the specific municipalities that are selling water to oil and gas operators. These projects will divert more water from the already stressed watersheds, and permanently remove it from the water cycle.

The Windy Gap Firming Project, for example, plans to dam the Upper Colorado River to divert

almost 10 billion gallons to six Front Range cities including Loveland, Longmont, and Greeley. These three cities have sold water to operators for fracking operations. Greeley in particular began selling 1,500 acre-feet (500 million gallons) to operators in 2011 and that has only increased . The same thing is happening in Fort Lupton, Frederick, Firestone, and in other communities. Additionally, the Northern Integrated Supply Project proposes to drain an additional 40,000 acre feet/year (13 billion gallons) out of the Cache la Poudre River northwest of Fort Collins. The Seaman Reservoir Project by the City of Greeley on the North Fork of the Cache la Poudre River proposes to drain several thousand acre feet of water out of the North Fork and
the main stem of the Cache la Poudre. And finally, the Flaming Gorge Pipeline would take up to 250,000 acre feet/year (81 billion gallons) out of the Green and Colorado Rivers systems, among others.

Other Water Sources

Unfortunately, not much more is known about sources and amounts of water for used for fracking or other oil and gas development operations. Such a data gap seems ridiculous considering the strain on freshwater sources in eastern Colorado and the Front Range, but regulators do not require operators to obtain permits or even report the sources of water they use. Legislative efforts to require such reporting were unsuccessful in 2012.

Now that development and fracking operations are continuously moving into urban and residential areas and neighborhoods, sourcing water will be as easy as going to the nearest fire hydrant. Allowing oil and gas operators to use municipal water sources raises concerns of conflicts of interest and governmental corruption considering public water systems are subsidized by local taxpayers, not well sites.

Conclusions

In Colorado, exploration and drilling for oil and natural gas continues to increase at a fast pace, while the increase in oil production is quite staggering. As this trend continues, the waste stream will continue to grow with production. This means more Class II injection wells and other treatment and disposal options will be necessary.

While other states are working to end the practices that have a track record of surface water and groundwater contamination, Colorado is issuing new permits. Colorado has issued 7 permits for CEPWMF's in 2016 alone, some of them renewals. While there aren't any eco-friendly methods of dealing with all the wastewater, the use of pits and land application presents high risk for shallow groundwater aquifers. In addition, sacrificing deep groundwater aquifers with aquifer exemptions is not a sustainable solution. These are important considerations beyond the obvious contribution of carbon dioxide and methane to the issue of climate change when considering the many reasons why hydrocarbon fuels need to be eliminated in favor of clean energy alternatives.

By Kyle Ferrar, Western Program Coordinator & Kirk Jalbert, Manager of Community Based Research &
Engagement, FracTracker Alliance

Cover photo by COGCC

Cherish and preserve these important words –

"All tyranny needs to gain strength is for people of good conscience to remain silent." - Thomas Je?erson

"The only thing necessary for the triumph of evil is that good men do nothing." - Edmond Burke

"That government of the people, by the people, for the people shall not perish from the earth." - Abraham Lincoln

000165_KelsoJ_20160913  Organization: Jane Kelso
Received: 9/13/2016 12:00:00 AM
Commenter1: Jane Kelso - Crawford, Colorado
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000165_KelsoJ_20160913.htm (000165_KelsoJ_20160913-380601.htm Size = 2 KB)
Submission Text
Date:09/13/2016

Commenter:Jane Kelso

Organization:

Email:paoniaprinter@deltalibraries.org

Address:Crawford, Colorado

Phone:

Comment:
To Whom it may concern,

The North Valley is VERY unique in its beauty and location. Its vast riches of wildlife, fishing, organic orchards and farms, ranches and spring fed water systems bring families here from far and wide to enjoy this quality of life.

BLM_0155446

I feel the BLM had NOT considered the people's petitions for their strong desire to keep this valley a safe and healthy place to live, free from oil and gas wells.

<([#1 [5.6] I don't think the BLM has fully considered the impact of drilling for oil and gas on the usage of water, in the maintaining the roads, the impact on our air quality, and light pollution.

Drilling for oil and gas is an inappropriate use of our public lands, the land people who live here and vacation here use for hunting, fishing and recreation; the land ranchers use to graze their livestock, the land that supplies the water to our towns and organic farms. This desert climate is a delicate environment that needs to be treated as such!
#1])>
With the ever increasing number of organic farms, orchards and vineyards in the NFV the quality of the land, air and water is vital. This valley provides food to people all over the state and beyond. I know many many of these farmers would move away if the oil and gas wells move in!

I have lived in the NFV since 1989 and serve as a librarian. We offer information and issue library cards daily to new families moving here. 99% of these families come here for the purity of the valley, the healthy lifestyle and food, the sense of community and high ideals people share for a sustainable and diverse economy. Our valley has become very diversified and is sustaining itself without oil and gas and even without the coal mines that have recently shut down.

Our local solar Energy International Center and School is part of a world-wide growing economy in sustainable energy, solar energy being the 2nd fastest growing industry in Colorado.

The potential for human, animal, and environmental damage is too high!

Drilling is an unnecessary action with a risk too high to take.

Thank you

Jane Kelso

Crawford, Colorado


000166_KeuningD_20160930 Organization: Daniel Keuning
Received: 9/30/2016 12:00:00 AM
Commenter1: Daniel Keuning - Pagosa Springs, Colorado 81147 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali

BLM_0155447

Attachments: 000166_KeuningD_20160930.htm  (000166_KeuningD_20160930-380602.htm
Size = 1 KB)
Submission Text
Date:09/30/2016

Commenter:Daniel Keuning

Organization:

Email:dankeuning@yahoo.com

Address:400 Rifle Place, Pagosa Springs, CO 81147

Phone:

Comment:
Good evening,

Please allow us to continue to use our land for target and sport shooting. This is a way of life for
my family and has created excellent sportsmen and women in my family. Do not take away our
rights to use our land in responsible ways.

000167_LivingstonM_20160930  Organization: Matt Livingston
Received: 9/30/2016 12:00:00 AM
Commenter1: Matt Livingston - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000167_LivingstonM_20160930.htm  (000167_LivingstonM_20160930-
380603.htm  Size = 1 KB)
Submission Text
Date:09/30/2016

Commenter:Matt Livingston

Organization:

Email:sigml01@gmail.com

Address:

BLM_0155448

Phone:

Comment:
This is in support of keeping Colorado's public lands available for target shooting.

000168_LargeE_20161006  Organization:  Eliza Large
Received: 10/6/2016  12:00:00 AM
Commenter1: Eliza Large - Port Arkansas, Texas 78373 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000168_LargeE_20161006.htm  (000168_LargeE_20161006-380604.htm  Size = 3 KB)
Submission Text
Date:10/06/2016

Commenter:Eliza Large

Organization:

Email:elizaporta@hotmail.com

Address:603 Parkplace, Port Arkansas, Texas 78373

Phone:

Comment:
To BLM,

You don't really need to read this letter, since it has in it every reason in it why fracking the land is not a good idea ANYWHERE, that you have heard a jillion times before from me and all the other people in the area as well as visitors to the area, thru letters and at meetings.

ALL land is sacred and vital to our existence. Nowhere is it better than another to violate and pollute. If you have a 1st graders view of, "Where does food come from?" , answer being, "the grocery store", then I see how this technology to frack for a resource that has alternatives, could ever be considered. How many studies and verifying facts that this practice creates pollution, contamination, degradation of environment that affects health of people, wildlife, livestock and farming are needed to make government continue to push this through? Do you have families, neighbors, parents, children, gardens, favorite Farmers Markets, pets, or livestock? Do you think this will not affect you or them? Everything is connected, we cannot do one thing no matter how

small that it does not have an effect somewhere....very basic biology lesson. Stop this game of trying to justify this technology that has disastrous effects and the game of manipulating people and the earth to fit the greed of the few behind this practice.

People are adjustable, if we don't have gas to power a furnace, we learn another way to stay warm and cook food. This country proves this fact. People in this country band together, come together when there is a need. It's happening already as we build more energy efficient homes and use solar and wind for power and become more energy conscious and conservative.

Let this be the reason to subside the effort to allow this destructive technology through the valley or ANYWHERE!!

So please consider my comments along with the most obvious reasons of degradation to the area: environmental pollution, wrecked roads from trucking, loss of revenue due to tourism declines and nonrelocation of families and retirees to the area due to pollution and contaminated farming and animals that we need for sustenance…(since there are no magical grocery stores supplying North Fork Valley dwellers.)

Just Stop, please.

Go home to your families and continue to feed them vital food, clean water and take them camping in this pristine sanctuary of Earth.

Eliza Large
603 Parkplace
Port Aransas, Texas 78373


000169_WentzelR_20160906 Organization: Ruth Wentzel
Received: 9/6/2016 12:00:00 AM
Commenter1: Ruth Wentzel - Crawford, Colorado 81415
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000169_WentzelR_20160906.htm (000169_WentzelR_20160906-380605.htm
Size = 2 KB)
Submission Text
Date:09/06/2016

Commenter:Ruth Wentzel

Organization:

Email:ok2bhappy@yahoo.com

Address:39457 Davis Rd., Crawford, Colorado 81415

Phone:

Comment:
I am opposed to oil and gas leasing on public lands in the North Fork Valley.

I oppose the BLM's Preferred Alternative, as it relates to oil and gas development in the draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am a Crawford area homeowner and resident, an organic gardener, a consumer of Delta County grown goods and wines, and an interested/impacted citizen of the North Fork Valley.

<([#1 [30.3] The North Fork Valley now contains the highest concentration of organically grown agriculture in the state of Colorado. These farms and businesses continue to grow, thanks in part to our clean air and water. Given all the new information and scientific evidence of the last 5 years, we now know fluids used in hydraulic fracking have and will continue to contaminate ground and surface water. Clean air and water are the lifeblood of our community! This "plan" is heavily weighted toward Industrial growth, which is incompatible with organic agriculture. Allowing gas drilling would have a negative impact on our local economy.
#1])>
<([#2 [41.2] In addition, the BLM has not analyzed the impacts of hydraulic fracturing and multi-drilling technologies, with regard to ecological damage. Analyzing the effects of drilling as well as rural gas gathering lines, which are exempt from regulation by the Federal Government, must be addressed. #2])> <([#3 [11.3] Ozone levels already exceed the EPA threshold, in some areas. Predicted climate change has not been included in analysis. Potential risks from greenhouse gas emissions have not been quantified. #3])>

We cannot afford to take the risk of environmental and economical damage to our special and unique Valley, by allowing oil and gas development on our public lands. The potential for significant damage is too high.

I support a NO LEASING alternative.

Ruth Wentzel
39457 Davis Rd.
Crawford, Colorado 81415


000170_GannettA_20161005 Organization: Alison Gannett
Received: 10/5/2016 12:00:00 AM
Commenter1: Alison Gannett - Paonia, Colorado
Organization1:

Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000170_GannettA_20161005.htm (000170_GannettA_20161005-380606.htm Size = 1 KB)
Submission Text
Date:10/05/2016

Commenter:Alison Gannett

Organization:

Email:alisongannett@mac.com

Address:Paonia, CO

Phone:

Comment:
<([#1 [37.1] Until the BLM figures out a way to prevent fracking wastewater chemicals from getting into our irrigation farm water or our drinking water, we should place a moratorium on leasing and the management plan. Clearly "management" has not figured out how to prevent spills or leaks, or guarantee us farmers a business future. While the Colorado BLM might not be allowing produced water to be sprayed on our crops, the COGCC website leak and spill list does not leave our water protected (drinking or food irrigation water). We have hundreds of reservoirs and irrigation canals, if not thousands, in this RMP that could get accidentally poisoned, and we farmers would not get notified or compensated. Please support the North Fork Alternative Plan B1, so we have time to figure out how to protect our food, air and water. #1])>

Alison Gannett
Holy Terror Farm
Paonia, CO

[See Attached "Cancer-Causing Chemicals Found in Oilfields Supplying Wastewater to Irrigate Food Crops"]


000171_KirchhoeferM_20160930  Organization: Mark Kirchhoefer
Received: 9/30/2016 12:00:00 AM
Commenter1: Mark Kirchhoefer - Monument, Colorado
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive

Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000171_KirchhoeferM_20160930.htm  (000171_KirchhoeferM_20160930-380607.htm  Size = 1 KB)
Submission Text
Date:09/30/2016

Commenter:Mark Kirchhoefer

Organization:

Email:k.10@aol.com

Address:Monument, CO

Phone:

Comment:
Thanks for your efforts on our behalf concerning our land resources and wildlife conservation. I just want to add my support to maintaining lands for public target shooting. I know you are considering options for land use at this time. I really enjoy going into the mountains with my boys and shooting. We do it safely and always take out more trash than we brought in.

Again, thanks for your efforts and for working to protect our open spaces.

Mark Kirchhoefer
Monument, CO
k.10@aol.com

000172_Carlson_20160929  Organization: Carlson
Received: 9/29/2016 12:00:00 AM
Commenter1: Carlson - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000172_Carlson_20160929.htm  (000172_Carlson_20160929-380608.htm  Size = 1 KB)
Submission Text

Date:09/29/2016

Commenter:Carlson Family

Organization:

Email:rwccacgjco@gmail.com

Address:

Phone:

Comment:
Keep SW Colorado open to hunting and target shooting.

Thank you!

000173_TraynorB_20161010  Organization: Billy Traynor
Received: 10/10/2016 12:00:00 AM
Commenter1: Billy Traynor - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000173_TraynorB_20161010.htm (000173_TraynorB_20161010-380609.htm Size
= 1 KB)
Submission Text
Date:10/10/2016

Commenter:Billy Traynor

Organization:

Email:EXENTRIC22@msn.com

Address:

Phone:

Comment:
Hello,

BLM_0155454

As a citizen and a believer in minimal government I do not believe any additional lands should be closed to target shooting and hunting (N/A in this case). Please refrain from implementing any additional elimination of land for these purposes.

Thanks,

A Fellow American

000174_BlackwellD_20160927 Organization: Dan Blackwell
Received: 9/27/2016 12:00:00 AM
Commenter1: Dan Blackwell - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000174_BlackwellD_20160927.htm (000174_BlackwellD_20160927-380610.htm
Size = 1 KB)
Submission Text
Date:09/27/2016

Commenter:Dan Blackwell

Organization:

Email:danbwell@q.com

Address:

Phone:

Comment:
As an avid outdoorsman, hunter, shooter, hiker, I hate to see destruction of our public lands by any inconsiderate means from mineral exploration (liquid or solid) and especially from careless public shooters. In the last three years alone, Pikes Peak National Forest has seen an increase in destruction and littering by shooters & non outdoor individuals. Places I used to access to hunt have been turned into parking lots of shot up targets and empty shotgun/rifle shells. It's utterly disheartening!

<([#1 [27.1] I would like to see legislation to detour the use & destruction of public lands for personal financial gains or reckless shooters. Example, permits to shoot on public lands with mandatory hunter education or forestry classes would create a source of income to help manage our resources. Similar to the registration of OHV vehicles. Let those that use our lands for

responsible recreation pay to play. Those that do not comply can be ticketed, another source of income, or assigned to work/cleanup detail.

The Pikes Peak Forest Service can provide further insight into the inappropriate use of lands surrounding Gold Camp Road. #1])> Let's keep our public lands, pack out what you pack in!

000175_KilpatrickJ_20160929 Organization: Jim Kilpatrick
Received: 9/29/2016 12:00:00 AM
Commenter1: Jim Kilpatrick - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000175_KilpatrickJ_20160929.htm  (000175_KilpatrickJ_20160929-380611.htm
Size = 2 KB)
Submission Text
Date:09/29/2016

Commenter:Jim Kilpatrick

Organization:

Email:jimkilp@hotmail.com

Address:

Phone:

Comment:
I STRONGLY OPPOSE any INFRINGEMENTS whatsoever to the exercise of our Constitutionally
guaranteed right to keep and bear arms on public lands. Target and recreational shooting are required activities in order to maintain a well-regulated (meant
"well-trained/organized/calibrated" at time of founding) militia (all of the people).

Just like We the People have the RIGHT TO TRAVEL on PUBLIC RIGHTS OF WAY unencumbered without need of ANY LICENSES in customary means of personal conveyances, WTP also have the right to use Public Lands for the exercise of our rights in conjunction with the pursuit of happiness.

The BLM has NO LEGITIMATE AUTHORITY to deny the use of public lands to the people for any

BLM_0155456

lawful purposes. FYI, any "laws" "rules" "regulations" etc. that are contrary to the guaranteed rights of the people are NOT "law" at all but are known in legal terminology as a "nullity" and unenforceable in any honorable court.

DO NOT PASS ANY BS THAT INFRINGES OUR RIGHTS because I will aggressively pursue both criminal and civil charges against your officers, department et. al. for KNOWING. OR SHOULD HAVE KNOWN, VIOLATION OF CIVIL RIGHTS UNDER COLOR OF LAW!

References:
18 USC Sections 241, 242
42 USC Sections 1983, 1985, 1986
18 USC Section 4
2nd, 9th and 14th Amendments to the U.S Constitution
for starters.

Thank you.

000176_WaschbuschJ_20161013_MontroseCounty  Organization:  Montrose County, Jon Waschbusch
Received: 10/13/2016  12:00:00  AM
Commenter1: Jon Waschbusch - Montrose, Colorado 81401
Organization1:Montrose County
Commenter Type: Local Government
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000176_WaschbuschJ_20161013_MontroseCounty.htm
(000176_WaschbuschJ_20161013_MontroseCounty-380612.htm  Size = 26 KB)
Submission Text
October 12, 2016
BLM- Uncompahgre Field Office
2465 South Townsend Ave.
Montrose, CO 8 140 1
SUBMITTED VIA ELECTRONIC MAIL
Re: Draft Resource Management Plan for Uncompahgre Field Office
Responsible Official:

The Board of County Commissioners of the County of Montrose, Colorado is providing the following comments with regard to the Draft Resource Management Plan for the Uncompahgre Field Office. The Board reserves the right to amend or provide additional comments at a later date.

<([#1 [5] Page 2-1 - Plan Maintenance: Revisions to maps including habitat have the potential to

BLM_0155457

significantly impact land use, management actions and the environment. Accordingly, revisions to habitat maps should not be considered to be Plan Maintenance. Revisions to maps included in the RMP should be subject to a NEPA review and the associated notice and participation requirements. This action is necessary to assure that habitat map revisions do not result in adverse impact via the maps nexus to management actions. #1])>

<([#2 [3] [35.1] Table 2-1 Page 2-9: Application of VRM to lands where surface ownership is private or held by the State equates to application of a management action to the surface estate. The RMP defines visual resource management as: The inventory and planning actions taken to ide ntify visual resource values and to establish objectives for managing those values, and the management actions taken to achieve the visual resource management objectives: Glossary-40.

Applying a management action such as a VRM designation is by BLMs stated definition an attempt to manage land. As the visual resource of land is certainly on the surface estate, applying such an action on privately held land is beyond BLMs scope of authority within the RMP. We respectfully request that BLM not apply VRM to lands upon which BLM does not administer the surface estate.
#2])>
<([#3 [3] [20.1] Table 2-1 Page 2-9: The Prefered Alternative (Alt D) of the Draft RMP proposes to manage 6,950 acres to the east of the Camel Back WSA as "Lands Managed to Protect Wilderness Characteristics. The Record of Decision for BLM's Wilderness Study Report published in 1991 expressly analyzed Camel Back WSA and the surrounding area. This analysis included adjacent lands which are now proposed for management as lands with wilderness characteristics. BLM's Record of Decision found a total of zero (0) acres in Camel Back WSA as being "Recommended for Wilderness". Conversely, a total of 10,402 acres were " Recommended for Non Wilderness" (p. 311). The analysis in this ROD described the acreage now proposed as having wilderness characteristics as follows: "The eastern boundary is defined by a variety of noticeable human imprints, including approximately 4 miles of unimproved jeep trail, extensive areas of contour furrowing, and a large chain area ... (p.311). Even the acreage within the WSA was not recommended for Wilderness Designation. Per the ROD: "The limited extent of wilderness qualities within the WSA, and the BLM's preference for other options for managing the area, are the primary reasons for recommending that it be released for uses other than wilderness" (p.311). "Although the WSA does have some rugged terrain and outstanding natural features, the majority of its featu res are very common to lands throughout southern Colorado, and there is nothing to really set the area apart." (p.311).

The current proposal in the Draft RMP contradicts BLM's previous findings with regard to the wilderness characteristics of the Camel Back WSA and surrounding area. It is neither true nor reasonable to suggest that these lands have gained in wilderness characteristics since the 1991 Record of Decision. With it so clearly stated by BLM that the even the Camel Back WSA should not be managed as wilderness, it does not appear rationale to now conclude that adjoining lands should be managed as such.

We respectfully request that BLM apply another management standard to lands adjacent to the existing Camel Back WSA. We offer BLM's own Record o f Decision and the included findings as evidence that these lands do not possess characteristics sufficient to warrant management as

lands with wilderness characteristics. We ask that these comments be considered with regard to
all sections of the RMP which pertain to lands adjoining the Camel Back WSA. #3])>

<([#4 [3] [20.1] Table 2-l Page 2-9: The preferred Alternative (A It D) of the Draft RMP
proposes to manage 7,030 acres in the Dry Creek Basin and 4,340 acres in the vicinity of Roc
Creek as "Lands Managed to Protect Wilderness Characteristics·'. It is worth noting that the post
FLPMA analyses conducted by BLM did not identify these lands as containing wilderness
characteristics nor was any recommendation made to recommend these lands for wilderness
study or designation. U.S. Department of Interior. (October, 1991). Wilderness Study Report
(Volume Two) Montrose District Study Areas. Bureau of Land Management: Colorado State
Office. While we understand BLM's obligation to continually inventory lands, we disagree with
the premise that over 18,000 acres of land with true wilderness characteristics has gone
undiscovered in Montrose County until 2016. We respectfully request that BLM propose a
different management approach for lands in Dry Creek Basin and Roc Creek which are proposed
to be managed as land with wilderness characteristics in Alternative D of the Draft RMP.
#4])>
<([#5 [3] [21.1] Table 2-1 Page 2-10: With regard to Fluid Mineral Leasing, this table includes a
162,670 acre increase in lands ··open to leasing subject to No Surface Occupancy (NSO)-B LM
surface/federal minerals. If the intent of the RMP is to continue to allow for productive leases on
these acres as shown in Figure 2-23, it would be more practical to apply CSU restrictions.
Although horizontal drilling capabilities have improved in recent years, total elimination of
surface occupancy on leased ground would render much of this acreage infeasible for production
due to accessibility issues. We believe CSUs would provide the necessary resource protection
while a lso maintaining the potential for future resource development. #5])>

The following comments are specific to Table 2-2 - Description of Alternatives:

<([#6 [3] [11.1] Line 21 Page 2-25: The management actions presented across this row (line 21)
do not represent an appropriately broad range of alternatives. The No Action Alternative and
Preferred Alternative are the only alternatives presented. The management actions described by
these alternatives are extremely different. We request that BLM develop an additional
management action as Alternative D. This action should attempt to balance multiple use and
protection of ecological emphasis areas.
#6])>
<([#7 [37.1] [3] Line 31 Page 2-29: We request that Alternative D be amended to be the same as
Alternative C in order to avoid setting unattainable standards for water quality which may be
inaccurately attributed to specific land use activities (grazing, recreation, travel). #7])>

<([#8 [3] [37.1] Line 38 Page 2-33: We request that Alternative D be made the same as
Alternative C. We have two reasons for this request. First, BLM is understaffed to manage the
lands that are already under the agency's jurisdiction and addition of more lands would only
exacerbate this problem. The second reason is that federal acquisition of the limited private lands
available in the west end would further erode the local tax base and depress the economy of
Montrose County and the West End. Line 44 Page 2-36: We request that Alternative D be
amended to match Alternative C to allow for adaptive management and flexibility in project
specific decision making. #8])>

BLM_0155459

<([#9 [3] [37.1] Line 47 Page 2-38: We request that Alternative D be amended to match the language used in Alternative C to allow for adaptive management and flexibility in project specific decision making.
#9])>

<([#10 [37.1] [3] Line 52 Page 2-46: We take issue with water owned by the people of the State of Colorado being appropriated by a federal agency such as BLM. Utilizing CWCB to act as a proxy to develop in-stream flow rights amounts to a federal appropriation of water that will adversely impact the people of Colorado by limiting the ability to develop water for future beneficial uses. The No Action Alternative would be preferable to this proposed action. #10])>

<([#11 [37.1] [3] Line 53 Page 2-46: The management action presented across Alternatives B, C and D does not represent an appropriately broad range of alternatives Water owned by the people of the State of Colorado should not be appropriated by a federal agency such as BLM. Accordingly, BLM should not propose an action which would result in a federal appropriation of water. Such appropriations adversely impact the people of Colorado by depriving them of the ability to develop water for future beneficial uses. The No Action Alternative would be preferable to these proposed actions. Alternatively, we recommend that BLM deve lop an Alternative D that would not involve filing on add itional water rights. #11])>

<([#12 [3] [34.1] Line 75 Page 2-54: We request that Alternative D be amended to include the 100ft·buffer identified in Alternative B as this will provide greater flexibility for future decision making. #12])>

<([#13 [3] [34.1] Line 79 Page 2-57: We request that Alternative D be amended to add the language "provided that pursuit of such opportunities does not impact valid existing rights and uses within the targeted area". #13])>

<([#14 [3] [34.1] Line 81 Page 2-58: We request that Alternative D be made the same as Alternative C in order to allow for flexibility in future decision making. NSO and SSR restrictions could be selectively applied under this action whereas the current Alternative D contains an arbitrary mandate for application ofNSO and SSR restrictions that could be onerous for future land management decisions. #14])>

<([#15 [3] Line 90 Page 2-62: We request that Alternative D be made the same as Alternative C as this would provide a more realistic and attainable management action.
#15])>

<([#16 [3] [14.1.1] Line 100 Page 2-66: We request that Alternative B be amended to read "Maintain or improve fisheries habitat where consistent with maintaining native species and sports fisheries" This amendment would provide a better balance in the management of fish habitat for multiple uses and recreational values. #16])>

<([#17 [3] [14.1.1] Line 101 Page 2-67: We request that Alternative D be amended to include a provision for allowing work after approved site specific review. The current language would make completion of certain projects including impoundments impossible from a practical standpoint. #17])>

BLM_0155460

<([#18 [3] [14.1.1] Line 106 Page 2-72: We request that Alternative D be amended to include the language, "Design land treatment projects and other facilities to not degrade the quality and quantity of wildlife habitats" This amendment would provide a more reasonable and attainable action.
#18])>

<([#19 [3] Line 112 and 113 Page 2-76 and 2-77 and 2-78: We request that BLM revisit the proposed Alternative D and include language that would allow project specific consideration of surface use activities. As currently written, Alternative D would totally restrict use of the identified lands regardless of the actual impact of a potential use. #19])>

<([#20 [3] [14.1.1] Line 124 Page 2-81: We request that BLM revisit the proposed Alternative B and include language that would a llow project specific consideration of surface use activities. As currently written, Alte rnative B would totally restrict use of the identified lands regardless of the actual impact of a potential use. #20])>

<([#21 [3] [14.1.1] Line 127 Page 2-81: We request that BLM revisit the proposed Alternative 8 and include language that would allow project specific consideration of surface use activities. As currently written, Alternative B would totally restrict use of the identified lands regardless of the actual impact of a potential use. #21])>

<([#22 [3] [16.1] Line 146 Page 2-92: We request that Alternative D be made the same as Alternative C in order to maintain sport fisheries in the UFO. #22])>

<([#23 [3] [16.1] Line 147 Page 2-92: We request that Alternative D be amended to apply SSR, but not prohibit surface occupancy. This change will provide for flexibility in future land management decisions.
#23])>

<([#24 [3] [16.1] Line 148 Page 2-93: We request that Alternative D be amended to match Alternative C in order to allow for flexibi lity in future decision making.
#24])>

<([#25 [3] [16.1] Line 152 Page 2-95: We request that Alternative D be amended to apply SSR, but not prohibit surface occupancy. This change will provide for flexibility in future land management decisions. #25])>

<([#26 [3] [8] Table 2-2 All Management Actions Specific to Gunnison Sage Grouse Habitat: We request that all management actions in Table 2-2 which are specific to Gunnison Sage Grouse habitat be amended to defer to the Rangewide RMP Amendment. #26])>

<([#27 [3] [16.1] Line 170 Page 2- 105: We request that Alternative D be amended to apply SSR, but not prohibit surface occupancy. This will allow for site specific review and flexibility in future decision making.
#27])>

<([#28 [3] [16.1] Table 2-2 All Management Actions Related to Wildlife Habitat Excluding GuSG: We request that all management actions related to wildlife habitat (excluding GuSG) allow for surface occupancy and surface disturbing activities subject to site specific review with

BLM_0155461

the ability to apply SSR. This approach will allow for site specific review and flexibility in future decision making. Regulatory certainty and habitat protection can be assured by prohibiting or restricting proposed activities in instances where such activities would adversely impact habitat. #28])>

<([#29 [3] [13.1] Line 204 Page 2-122: We request amending Alternative D to expressly allow for unrestricted suppression tactics when human life or property is at risk. As a local government charged with protection of public safety and welfare, it is unacceptable to prioritize avoidance of fire lines and soil disturbance over public safety. #29])>

<([#30 [3] [20.1] Line 265 Page 2-148: Lands adjoining the Camelback WSA do not contain adequate wilderness characteristics to justify management as "Lands with Wilderness Characteristics" BLM's prior analyses have demonstrated that these lands do not contain such characteristics. There is no basis for a management action in this RMP that would designate 6,950 acres adjoining the WSA as "Lands with Wilderness Characteristics" and this proposed management action should be removed from consideration and replaced with a designation that is supported by factual landscape level conditions.
Additionally, we request that Dry Creek and Roc Creek not be managed as lands with wilderness characteristics due to inadequate evidence to support such a designation. #30])>

<([#31 [3] [20.1] Line 268 Page 2-151: We suggest that BLM not rely on "adjacent lands" to make a determination of wilderness characteristics. Wilderness inventory and assessment should be applied only to the lands being analyzed. If BLM makes determinations of wilderness characteristic based on characteristics of adjoining lands, there is no site specific validity to those determinations. Through this flawed practice, any lands adjoining lands determined to have wilderness characteristics would also be considered to have wilderness characteristics by mere association. There would be no end to this process. #31])>

<([#32 [3] [17.1] Line 289 Page 2-162 Alternative B: Non-commercial woodland products should not have to be purchased by an operator when the creation of such products is ancillary to their operation. Woodland byproducts would be better addressed through permit and operational conditions specific to the permitted activity (mining, O&G production, etc.). We request that Alternative B be amended to address this comment. #32])>

<([#33 [23.1] [3] Line 297 Page 2-165: We request that Alternative D be amended to analyze acreages that may be unsuitable for grazing and apply site specific data to defined criteria as a means of determining what acreage may be withdrawn from grazing availability. #33])>

<([#36 [3] [21.1] Line 336 Page 2-196: We request that Alternative D be amended to allow for surface occupancy and surface disturbing activities subject to site specific review with the ability to apply SSR. This approach will allow for site specific review and flexibility in future decision making. Regulatory certainty and habitat protection can be assured by prohibiting or restricting proposed activities in instances where such activities would adversely impact habitat. #36])>

<([#37 [3] [39.1] [21.1] Line 336 Page 2- 199: We request that Alternative D be amended to restrict activity around WSR segments only when such segments have received a WSR

designation through Congress. As written, this management action substitutes an administrative determination of "suitability" in-lieu of Congressional action as intended by the WSR Act.
As a general comment with regard to WSR designations, we find it to be a dramatic overreach of authority for BLM to use an administrative determination (WSR suitability) as the basis for imposing NSOs and similar land use restrictions on adjoining land. We respectfully ask that BLM reconsider imposing such restrictions adjoining suitable WSR segments until such time as Congress has formally determined the proposed WSR determinations.
#37])>
<([#38 [3] [39.1] [21.1] Line 337 Page 2-204: We request that Alternative D be amended to restrict activity around WSR segments only when such segments have received a WSR designation through Congress. As written, this management action substitutes an administrative determination of "suitability" in-lieu of Congressional action as intended by the WSR Act.
#38])>

<([#39 [3] [21.1] Line 338 Page 2-205: We request that Alternative D be amended to allow for surface occupancy and surface disturbing activities subject to site specific review with the ability to apply SSR. This approach will allow for site specific review and flexibility in future decision making.
Regulatory certainty and habitat protection can be assured by prohibiting or restricting proposed activities in instances where such activities would adversely impact habitat.
#39])>
<([#40 [39.1] [3] Line 348 Page 2-209: We request that Alternative D be amended to restrict activity around WSR segments only when such segments have received a WSR designation through Congress. As written, this management action substitutes an administrative determination of "suitability" in-lieu of Congressional action as intended by the WSR Act.
#40])>
<([#41 [39.1] [3] [22.1] Line 358 Page 2-214: We request that Alternative D be amended to restrict activity around WSR segments only when such segments have received a WSR designation through Congress. As written, this management action substitutes an administrative determination of "suitability"" in-lieu of Congressional action as intended by the WSR Act.
#41])>

<([#42 [3] [27.1] Line 368 Page 2-219: It is not necessary to recommend withdrawal from mineral entry around recreational sites by the Secretary of the Interior. These sites could be adequately protected via alternative administrative action which would provide the same level of resource protection without the permanent rigidity of a withdrawal.
#42])>
<([#43 [3] [27.1] Line 475 Page 2-301: The elimination of the open areas as proposed in Alternative D will have a detrimental impact to local communities by reducing available recreational opportunities. Tourism and visitation related to the open areas will be adversely impacted. At this point, BLM has invested heavily in the infrastructure serving the open areas and through those efforts, local open areas are well known attractions. We strongly urge BLM to amend Alternative D to include the acreage currently designated as open as well as the opportunity to designate additional open areas. #43])>

<([#44 [3] [32.1] Line 476 Page 2-302: We request that BLM keep the North Delta OHV area

open in order to provide for OHV related recreational opportunities. These opportunities are important to attracting touri sts and visitors to the a rea. #44])>

<([#45 [3] [32.1] Line 480 Page 2-304: The management action proposed in Alternative D would be better addressed through site specific travel management planning. We recommend that BLM remove this management action from the proposed RMP and address the identified areas through site specific, comprehensive travel management planning at a later date. More precisely targeted planning efforts will provide a better balance of resource protection and travel opportunities. #45])>

<([#46 [3] [32.1] Line 481 Page 2-307: We request that Alternative D be amended to allow motorized/mechanized travel for big game retrieval during CPW authorized big game hunting seasons. This limited allowance will preserve hunting opportunities for hunters with differing physical abilities. #46])>

<([#47 [3] [6.2] [32.1] Line 484 Page 2-309: Within the UFO planning area, there are existing county roads upon which counties have clear jurisdictional and maintenance responsibilities. Whether BLM has recognized these roads through an RS 2477 process is irrelevant to the county's jurisdiction. We suggest that in preparation and mapping for travel management activities, BLM consult with the counties to prepare an accurate inventory of roads that are known county jurisdiction. Montrose County will assist BLM in identifying such roads within the county based on road petitions, HUTF maps and other evidence readily available to the county. Recent communication between BLM and county staff on such information has been beneficial to both sides and we look forward to continuing this productive dialogue and exchange of information. #47])>

<([#48 [3] [32.1] Line 488 Page 2-310: It is not practical to require "prior notification" for off route use of emergency vehicles. We suggest this language be removed from the proposed action. #48])>

<([#49 [39.1] [3] [19.1] Line 493 Page 2-312: We request that Alternative D be amended to include WSR segments as ROW Exclusion Areas only when such segments have received a WSR designation through Congress. As written, this management action substitutes an administrative determination of "suitability" in-lieu of Congressional action as intended by the WSR Act. #49])>
<([#50 [3] [39.1] [19.1] Line 494 Page 2-315: We request that Alternative D be amended to include WSR segments as ROW Avoidance Areas only when such segments have received a WSR designation through Congress. As written, this management action substitutes an administrative determination of "suitability" in-lieu of Congressional action as intended by the WSR Act. #50])>

<([#57 [3] [19.1] Line 511 Page 2-322: We request that Alternative D be amended to remove the criteria "Lands that provide public or administrative access" There are other means of assuring that public and administrative access is protected after disposal or transfer of lands which makes this criterion unnecessary and potentially onerous. #57])>

BLM_0155464

<([#56 [3] [19.1] Line 514 Page 2-323: We request amending Alternative B to include language that specifies that acquisitions will only be made on a voluntary basis from willing landowners. This amendment would protect the property rights of landowners in the identified areas. #56])>

<([#55 [3] [9.1] Line 543 Page 2-341: We request that Alternative D not require withdrawal from locatable mineral entry and remain open to mineral entry and surface occupancy subject to valid and existing rights. #55])>

End of Table 2-2 Comments

<([#54 [3] [37.1] Appendix I Drought Management Page 1-2: We recommend that CWCB conduct monitoring of in-stream flow rights held by that agency. It is not an appropriate use of BLM resources to dedicate federal staff to management of state administered water and water use.
#54])>
<([#53 [32.1] [3] [27.1] Appendix J Kinikin Hills SRMA Page J-33: We request that the travel management action for Zone l of this SRMA be amended to a llow for mechanized travel. There are many areas that are accessible only to non-mechanized use (horseback riding, hiking), but there are very few that allow for non-motorized mechanized use (mountain biking). This change would provide much needed opportunities for development of mountain bike trails in the Montrose area. #53])>

<([#52 [3] [24.1] Appendix J Paradox Valley SRMA Page J-45 through J-53: We request that none of the lands within this SRMA be recommended for withdrawal from locatable mineral entry. This area is part of the Uravan Mineral Belt which is a well known formation for uranium and vanadium production. The recreational activities identified in this area can easily coexist with future resource extraction through permit conditions and other administrative controls. #52])>

<([#51 [3] [32.1] [27.1] Appendix J Roubideau SRMA Page J-61 through J-69: We request that all travel management actions for this SRMA allow for motorized and mechanized travel. This area is well known to 4WD and OHV enthus iast and also has excellent potential for development of mountain biking opportunities. #51])>
<([#58 [24.1] As noted in our previous comments, BLM has previously recommended this area [Robideau SRMA] as being unsuitable for wilderness. This recommendation was in part based upon, "a variety of noticeable human imprints". (1991 BLM Wilderness Study Report Volume 2 p.311). Man's presence on this landscape has not diminished since this report. This is an area that can and does support multiple use. We request that all lands within this SRMA remain open to locatable mineral entry. Future resource development can occur in harmony with BLMs intended development of recreational uses in this area. #58])>

<([#34 [3] [37.4] Montrose County Conditionally Decreed Water Rights: Montrose County holds conditional water rights within the San Miguel Basin pursuant to decrees entered in Case Nos. 1OCW164, 1OCW165, 1OCW166 and 1OCW169. The development of reservoir sites associated with these rights represents a reasonably foreseeable action within the RMP planning

area. This action should be included in Draft RMP Section 4.2.2 "Past. Present and Reasonably Foreseeable Future Actions" as well as any other sections that are applicable to this action. #34])>

<([#35 [37.1] [3]

Additionally, Montrose County requests that the following language be included in the RMP: Development of Montrose County's existing conditional water rights within the San Miguel Basin shall be subject to review to the extent required by law. Nothing in this RMP, including an administrative determlination of WSR suitability, shall be construed as a limitation or prohibition on the rights of Montrose County with regard to development of the existing water rights decreed in Case Nos. 1OCW164, 1OCW165, 1OCW166 and 1OCW169. #35])>


000177_JohnsonP_20160930 Organization: Philip Johnson
Received: 9/30/2016 12:00:00 AM
Commenter1: Philip Johnson - Paonia, Colorado
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000177_JohnsonP_20160930.htm (000177_JohnsonP_20160930-380613.htm Size = 4 KB)
Submission Text
Date:09/30/2016

Commenter:Phil Johnson

Organization:

Email:pjohnsn3@tds.net

Address:PO Box 683, Paonia, Colorado

Phone:

Comment:
After studying the proposed RMP, although too massive a document to fully absorb, I prefer alternative B for the overall area and B-1 for the North Fork alternative. I am resident of Stucker Mesa near Paonia. I retired from a career in law enforcement but returned to Colorado where I grew up to live in the North Fork valley because of the unique and spectacular mountains, canyons, and rivers. I enjoy hiking, rafting, and visiting natural areas whether desert or mountains. Stucker Mesa has a small regulated water company of about 25 residents that depend on four springs located mostly on the upper drainage of Roadcap Creek. Our very limited water supply would certainly be vulnerable to oil and gas drilling in this area. The economy in the

BLM_0155466

North Valley depends very much on its water. With the coal mines rapidly closing their operations because of economic and air quality issues, the valley has turned towards organic farming, orchards, the Solar International Institute, wineries, traditional farming and ranching to maintain a sustainable economy. We do not need the boom and bust cycle of the oil and gas industry. However, the RMP would make the majority of their public land eligible for oil and gas leasing. The Master Development Plan on the land leased by SG Interests proposes 146 wells in the North Fork drainage area. I cannot imagine a situation where drilling on a massive scale in the mountains is not damaging to our air and water quality. The roads, pipelines and other infrastructure additions will create damage to the natural terrain which fragment wildlife habitats, cause sedimentation of our streams, and erosion is magnified in mountainous areas. Tourism, hunting, and fishing are important to our economy and people choosing these activities will avoid drilling areas. I also have safety and annoyance concerns of trucks carrying fracking fluids travelling on Highway 133 whether over McClure Pass or to Delta. I can see many hazards along the way and no suitable alternative.

With regards to the overall land outside of the North Fork valley considered by this RMP, I favor alternative B since it is the most protective of our natural terrain. I have hiked or rafted, or driven the back roads over most of the BLM's area considered in this RMP plan. My grandparents had an upper and lower ranch on the Uncompahgre Plateau which they settled in 1914, where my mother was raised. My exposure to visiting the old ranch as a kid and my last 19 years living near Paonia have made me more aware of the land issues in this area. I hope the RMP will include more lands with special wilderness characteristics and other types of protection for lands of critical environmental concerns or unique qualities. I have especially enjoyed hiking the canyons west of Delta, including Potter, Roubideaux, Escalante, Dry Fork, and Monitor. <([#2 [39.1] I have floated the Dolores River between Slick Rock and Bedrock and have been amazed by the canyons winding continuously around cliffs overhanging the river. This is one area that needs wilderness protection. Dominguez Canyon of the Gunnison, and the Dolores should be recommended for Wild and Scenic River Status. #2])> <([#3 [32.1] I also believe that more restrictions or blockages should be made on unauthorized roads created by off road vehicles. I oppose additional trails created for quad tracs and dirt bikes, since there are thousands of miles of 4WD and back roads for them to use within the area. #3])> I appreciate the work that the BLM does to balance the issues of conservation and resource usage, and all the effort it must take to research, write and gather our imput on the Resource Management.

Philip A. Johnson
P.O. Box 683
Paonia, Colorado


000178_GannettA_20161016 Organization: Alison Gannett
Received: 10/16/2016 12:00:00 AM
Commenter1: Alison Gannett - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail

BLM_0155467

Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Flags:
Attachments: 000178_GannettA_20161016.htm  (000178_GannettA_20161016-380614.htm  Size = 2 KB)
Submission Text
<mountainweststrategies@tds.net>
A Rare Moderate-Sized (Mw 4.9) Earthquake in Kansas: Rupture Process of the Milan, Kansas, Earthquake of 12
November 2014 and Its Relationship to Fluid Injection
© 2016 by the Seismological Society of America
Seismological Research
<([#1 [21.1] http://srl.geoscienceworld.org/content/early/2016/09/08/0220160100
Scientific abstract study links earthquake in Kansas to fluid injection. [see attached]

A moratorium on drilling should be in place until safe disposal for wastewater is available. Open pits have multiple problems leaking, overflowing w/sudden storms, transportation spills, etc and deep water injection has now been proven to cause earthquakes. In our unstable soil geology, neither disposal option is viable. It can certainly not be proven "SAFE" by the BLM.

None of the RMP options have considered these new scientific studies on disposal. Further more, the collection/gathering pipelines are currently EXEMPT from regulation. A moratorium on drilling should also be put in place until this issue is resolved. The RMP failed to consider safety to our soil, water and air from this pipeline exemption. Furthermore, according to national sources and COGCC, larger pipelines, even when regulated and inspected, regularly leak and break, contaminating soil, air and water. #1])>

How is it possible that the BLM has assessed completely that the RMP proposed will never harm our farms? A nearby leak would devastate the value of our farm, and could potentially contaminate our water or soil for the rest of my life. We grow and raise all our own food, and are completely selfsustainable.

Without clean air, water and soil, our home is valueless. As a person who has left radioactive water that gave me brain cancer, to come to Paonia 8 years ago for clean water, this is not just about real estate values, clean food and water but one of life or death.

Please support the no drilling alternative or the North Fork Alternative plan B1.

Best,
Alison
AlisonGannett.com
Cooking to Conquer Cancer
Alison Gannett
Holy Terror Farm
42485 Highway 133

BLM_0155468

Paonia, CO 81428
970.281.7929  office
970.527.3373  farm
970.209.8207  toxic cell


000179_KlausnerJ_20160929  Organization:  John Klausner
Received: 9/29/2016  12:00:00 AM
Commenter1: John Klausner - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000179_KlausnerJ_20160929.htm  (000179_KlausnerJ_20160929-380615.htm
Size = 1 KB)
Submission Text
Date:09/29/2016

Commenter:John  Klausner

Organization:

Email:youthctk@gmail.com

Address:

Phone:

Comment:
Hello,

As a resident of Colorado and a frequenter to the Southwest I am very opposed to the closing of
land currently open to shooting. It is becoming increasingly expensive to shoot in Colorado.
Closing public land is not a good option.

John Klausner


000180_RoseH_20160921  Organization:  Lori Ann
Received: 9/21/2016  12:00:00 AM
Commenter1: Lori Ann - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive

BLM_0155469

Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000180_RoseH_20160921.htm (000180_RoseH_20160921-380616.htm Size = 3 KB)
Submission Text
Date:09/21/2016

Commenter:Lori Ann Rose, Hugh Michael Rose

Organization:

Email:rosefamilygarderns@gmail.com

Address:40877 Hwy 133, Paonia, CO 81428

Phone:970-527-3859

Comment:
It is my, Hugh Michael Rose's, choice to request and support a no-leasing alternative for the North Fork Valley of Colorado. I am currently a resident of Paonia, Colorado, previously in Crawford, Co., I have been in the North Fork Valley for seven years. My family relocated from the front range to live an agricultual lifestyle. We currently grow most of our own food, with the exception of grain, we run a high-end garden service and are raising two children. We share , trade and sell our surplus throughout the local community. We import local hay and grain for our animals and produce only. No fertilizers or pesticides. We take pride in the fact that we are able to share and trade our produce for equal quality products regularly. <([#1 [30.3] There is a thriving organic community in the valley that will only become more attractive and lucrative in the future. Our clients are regularly asking for advice and ways to forego the "traditional" chemicals they have been using for years. There is a growing consciousness in the nation around the production of are food and it's relation to our personal health and well-being. As I am sure you are aware, there is a huge industry developing around "whole foods". The valley is attracting this population, they are buying homes, choosing to relocate and participate in the local economy.
The oil and gas industry does not support the development of this community nor the local economy, in fact given what we know about the risks of oil and gas chemicals, and radioactive wastewater to human health and environment and the industries previous impacts on local economies, it is certain this industry will deter these people from relocating here and cause current residents to relocate elsewhere. A no-leasing alternative would allow The North Fork Valley to sustain and develop a healthy local agricultural community and economy that has the potential to contribute to the state of Colorado in developing healthy local agricultural areas that allow the State of Colorado to become a healthy, self-sustaining community in and of itself. #1])>
Thank-you,

Lori Ann Rose
40877 Hwy 133
Paonia, Co. 81428
(970)527-3859

000181_RoseL_20160921  Organization: Lori Rose
Received: 9/21/2016 12:00:00 AM
Commenter1: Lori Rose - Paonia, Colorado 811428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison 12/7/2016 12:00:00 AM
Attachments: 000181_RoseL_20160921.htm (000181_RoseL_20160921-387530.htm  Size = 3 KB)
UFORMP_000181_RoseL_20160921.pdf (000181_RoseL_20160921-387529.pdf  Size = 119 KB)
Submission Text
10/25/2016  DEPARTMENT OF THE INTERIOR Mail - no-leasong alternative/oil and gas industry in the north fork
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=1574f20cbfc4000e&siml=1574f20cb...  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
no-leasong alternative/oil and gas industry in the north fork
1 message
Lori Rose <rosefamilygardens@gmail.com> Wed, Sep 21, 2016 at 5:40 PM
To: uformp@blm.gov
Please take the time to read the attached letter. I very much appreciate your consideration.
BLM Letter.rtf
3K
To Whom this may Concern, September 21, 2016
It is my, Lori Ann Rose's, choice to request and support a no-leasing alternative for the North Fork Valley of Colorado. I am currently a resident of Paonia, Colorado, previously in Crawford, Co., I have been in the North Fork Valley for seven years. My family relocated from the front range to live an agricultual lifestyle. We currently grow most of our own food, with the exception of grain, we run a high-end garden service and are raising two children. We share, trade and sell our surplus throughout the local community. We import local hay and grain for our animals and produce only. No fertilizers or pesticides. We take pride in the fact that we are able to share and trade our produce for equal quality products regularly. There is a thriving organic community in the valley that will only become more attractive and lucrative in the future. Our

BLM_0155471

clients are regularly asking for advice and ways to forego the "traditional" chemicals they have been using for years. There is a growing consciousness in the nation around the production of are food and it's relation to our personal health and well-being. As I am sure you are aware, there is a huge industry developing around "whole foods". The valley is attracting this population, they are buying homes, choosing to relocate and participate in the local economy.

The oil and gas industry does not support the development of this community nor the local economy, in fact given what we know about the risks of oil and gas chemicals, and radioactive wastewater to human health and environment and the industries previous impacts on local economies, it is certain this industry will deter these people from relocating here and cause current residents to relocate elsewhere. A no-leasing alternative would allow The North Fork Valley to sustain and develop a healthy local agricultural community and economy that has the potential to contribute to the state of Colorado in developing healthy local agricultural areas that allow the State of Colorado to become a healthy, self-sustaining community in and of itself.

Thank-you,
Lori Ann Rose
40877 Hwy 133
Paonia, Co. 81428
(970)527-3859


000182_DodsonK_20160927 Organization: Kayla Dodson
Received: 9/27/2016 12:00:00 AM
Commenter1: Kayla Dodson - Grand Junction, Colorado 81507
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000182_DodsonK_20160927.htm (000182_DodsonK_20160927-380617.htm Size = 1 KB)
Submission Text
Date:09/27/2016

Commenter:Kayla Dodson

Organization:

Email:kaylaafuera@gmail

Address:2504 Mt Sopris Dr, Grand Junction, CO 81507

Phone:970-615-0693

Comment:

I live in Grand Junction, CO and certainly enjoy driving my car and heating my house with petroleum products and still I am against some mining techniques especially near precious natural resources and near homes, schools and towns. I hope you will consider protecting land, animals and people who live and work in the North Fork Valley area by not allowing fracking.

Thank you,
Kayla Dodson,
2504 Mt Sopris Dr, Grand Junction, CO 81507.
970-615-0693.

000183_ShishimT_20161026  Organization: Teresa Shishim
Received: 10/26/2016  12:00:00  AM
Commenter1: Teresa Shishim  - Paonia, Colorado  81248 (United States)
Organization1:
Commenter Type:
Classification: Substantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Form letter plus text
Form Letter Master: Form Letter J
Current Task: Review Assigned/Due: mmccarter
Attachments: 000183_ShishimT_20161026.htm  (000183_ShishimT_20161026-388821.htm  Size = 7 KB)
Submission  Text
Date:10/26/2016

Commenter:Teresa  Shishim

Organization:

Email:teresashishim@gmail.com

Address:40847  O Road, Paonia, CO 81248

Phone:970-317-1868

Comment:
To Whom It May Concern:

Thank you for the opportunity  to comment on the Draft Resource Management Plan from the Uncompahgre Field Office (draft RMP). I am so fortunate to live in the North Fork Valley  and as our economy shifts from a coal producing region to an agri-tourism destination, I am extremely

BLM_0155473

concerned with how the public lands surrounding my home are managed. I see an incredible opportunity for the growth of tourism in the valley, but in order for this to happen, our water sources should remain protected, our landscape unmarred, and our roads free from heavy truck traffic.

I support the protections outlined in Alternative B1 as those that provide the strongest protection (of any alternative in the draft RMP/EIS) for the important features of the North Fork Valley that dovetail with management on the adjacent and proximate public lands. Only B1 provides the level and type of protections that the resources and public land values of the North Fork warrant.

The North Fork Valley contains the highest concentration of organic farms, vineyards and orchards
in Colorado and as recreation, art and agribusiness opportunities burgeon, we need protection from gas leasing that would threaten these industries.

The North Fork Valley has recognized resources:

a) It has been described as "An American Provence" in the book by the same name written by University of Colorado professor, Thomas Huber. He compares the North Fork Valley with its vineyards to the famous wine growing region of southern France.
http://www.merchantherald.com/
geographer-says-the-north-fork-is-an-american-provence/  This valley was also featured in the book At Mesa's Edge: Cooking and Ranching in Colorado's North Fork Valley
https://www.amazon.com/At-Mesas-Edge-Ranching-Colorados/dp/0618221263

b) This valley was designated by the state of Colorado as a Colorado Certified Creative District in 2013. Information on the significance of this designation can be viewed at http://www.
coloradocreativeindustries.org/showcase/colorado-creative-districts

d) It has also been designated as an American Viticulture Area by the U.S. government. This designation was officially adopted in 2001 and codified at 27 CFR
https://www.gpo.gov/fdsys/pkg/
CFR-2016-title27-vol1/pdf/CFR-2016-title27-vol1-sec9-172.pdf  An American Viticulture Area is a
delineated grape-growing region having distinguishing features as established in Federal regulation and a name and delineated boundary. This is only one of two such designated areas in Colorado

e) It has been featured in a number of articles by the New York Times including coverage of previous attempts to pursue drilling
http://www.nytimes.com/2013/02/03/us/colorado-communitiestake-on-fight-against-energy-land
-leases.html?_r=0 and many other articles like this
one:http://www.nytimes.com/2014/06/19/garden/he-found-his-corner-of-the-sky.html.

I just had the pleasure of working to complete a water quality report from volunteer sampling

efforts in the region. Water quality samples collected indicate that the North Fork Gunnison River has excellent to good water quality in the upper watershed and excellent to moderate water quality in the lower watershed (the Volunteer Water Quality Monitoring Network April 2001 – April 2014 Data Report is to be released in 2016). I am concerned that leasing our land for energy
development will negatively affect our water quality.

The oil and gas industry in Colorado has reported at least 5,188 spills from statewide operations over the last ten years to the Colorado Oil and Gas Conservation Commission. Spills happen, creating long-term devastating effects on soils, surface water and groundwater. Please don't let this happen to the agriculture of the North Fork Valley downslope from this potential extraction activity.

Given the following statement made in Chapter 4, Section 4.3.3 Water Resources on page 4-84, "The organic farming industry relies on clean water for agricultural production. Contamination of
irrigation waters could affect the ability of local organic farms to maintain their designations," we should protect our resources as much as possible and Alternative B1 is the only proposed alternative that comes close. Oil and gas drilling is just incompatible with the existing land uses currently occurring in this valley.

In addition to these important water considerations, I am worried that leasing lands for drilling would negatively impact recreational opportunities for our region. My husband owns and operates
Shish Kabikes, the local bicycle repair shop. Recreation in the North Fork significantly contributes to our family's lively-hood. It is obvious from the amount of customers he had this year versus last year that mountain biking, road biking, and touring are increasing and the North Fork Valley is rapidly becoming a recreation destination.

Jumbo Mountain deserves designation as a Special Recreation Management Area (SRMA). Management should prioritize dispersed, trail-based activity, day-use opportunities, outdoor education, and maintaining the area's natural appearance. Jumbo Mountain sits prominently within the valley, and the visual resources of the BLM parcels on Jumbo are significant to the quality of life in the entire valley.

<([#1 [27.1] Jumbo Mountain is not the only area on North Fork BLM lands likely to need special attention to
better direct recreation activity, especially during the life of the RMP. BLM should anticipate this eventuality, and consider Extensive Recreation Management Areas (ERMAs) for places such as
Elephant Hill, Lone Cabin, McDonald Mesa/Creek, and C Hill—all of which are seeing increasing,
but undirected use.
#1])>
The draft RMP states that "When there are conflicts among resource uses or when a land use activity could result in unacceptable or irreversible impact on the environment, the BLM may

restrict or prohibit some land uses in specific areas."

There is definitely a conflict between the extraction of the gas resource and the prevailing land use in the North Fork Valley. The land use activity of producing natural gas would result in irreversible impacts on the environment in the North Fork Valley. Please minimize these impacts by implementing Alternative B1. This, aside from not leasing at all, is the only way to preserve and protect the integrity of this unique and renowned part of Colorado.

Gas exploration and development is not compatible with the economic culture of this valley and its presence threatens our valley's highly regarded reputation as an organic agricultural area. Only Alternative B1 meets the needs of our valley.

Thank you for your consideration,

Teresa Shishim
40847 O Road
Paonia, CO 81248
(970) 317-1868
teresashishim@gmail.com

000184_BrettJ_20161017  Organization: Slow Food Western Slope, Jim Brett
Received: 10/17/2016 12:00:00 AM
Commenter1: Jim Brett - Paonia, Colorado 81428 (United States)
Organization1:Slow Food Western Slope
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000184_BrettJ_20161017.htm (000184_BrettJ_20161017-380618.htm Size = 28 KB)
Submission Text
Date:10/17/2016

Commenter:Jim Brett

Organization:Slow Food Western Slop; Valley Organic Growers Association (VOGA)

Email:jmbimagery@icloud.com

Address:PO Box 1682, Paonia, CO 81428

Phone:

Comment:

Thank you for the opportunity to comment on the draft Uncompahgre Field Office Resource Management Plan (RMP). Slow Food Western Slope and the Valley Organic Growers Association (VOGA) are glad the BLM is considering ways to protect important natural resources like domestic and irrigation water, air quality, wild and scenic rivers, wildlife habitat and recreation. In particular, we support the designation of ecological emphasis areas and special recreation management areas. These will preserve habitat connectivity, wildlife corridors, undeveloped open space and recreation opportunities within our region.

Slow Food Western Slope (http://slowfoodwesternslope.org/) functions as a chapter of Slow Food USA, which is a 501(c)3 non-profit organization. Slow Food USA's and its chapters' mission is to create a dramatic and lasting change in the food system. We envision a world in which all people can eat food that is good for them, good for the people who grow it and good for the planet: good, clean and fair food for all.

Our chapter promotes and supports over 60 farmers, orchardists, ranchers, agricultural businesses and winemakers of the North Fork Valley - all of which depend on good and clean water, air and soil.

Valley Organic Growers Association (http://www.vogaco.org/), a 501(c)5 non-profit organization,
was established in 1992 and has a membership of over 80 organic farms, ranches, orchards and agricultural-related businesses and advocates, representing a vibrant and sustainable local economy. Our guiding principles include the maintenance of healthy soil, air and water for the production of nutritious food, free from synthetic inputs.

The North Fork Valley's scenic beauty and temperate growing season have attracted the largest concentration of organic and chemical-free growers in the state of Colorado. Our region has a long history of producing quality high-country, chemical-free food, with a well-deserved reputation that extends around the state and nationally. This history, coupled with the emerging consumer trend for organically crafted products has made this region increasingly known and marketable.

<([#1 [30.3] The North Fork Valley has a forcefully developing market for agri-tourism, farm-stays and agriculture-based education. Products from area farms supply markets and top restaurants in towns around western Colorado, including Aspen, Telluride and Crested Butte and serve many Front Range communities, including Colorado Springs, Golden, Denver, Boulder, Longmont and Fort Collins. The farms' customers have created relationships with the growers and forged a unique community that is the North Fork Valley. These relationships develop as our farmers have been able to furnish organic, high-quality fruits, vegetables, meat, dairy, wine and specialty products.

An October 5, 2016 Aspen Sojourner article (http://www.aspensojo.com/articles/2016/10/5/beyond-the-roundabout-autumn-perfection-in-paonia) highlights the items mentioned above providing credence the North Fork Valley is a destination that must be protected:

"Nestled in the North Fork Valley in Delta County, Paonia is home to the state's largest concentration of organic farmers thanks to its richly fertile land, which yields ample fruit (peaches, apples, cherries, pears, and plums) and veggies while supporting some of the country's best livestock. Incorporated in 1881 and named by founder Samuel Wade after the peony root stock he brought in a covered wagon all the way from Ohio, the town has now grown into a haven for aging flower children, new-agers, liberal activists, and environmentalists…The town of just under 2,000 residents prides itself on its vibrant off-beat culture filled with farm-to table restaurants, progressive media outlets, art galleries, boutiques, and wineries.

"It doesn't get more scenic then driving from Aspen to Paonia in the fall, with expansive views of the western Elk Mountains from McClure Pass. It's a direct route from the Roaring Fork Valley to the North Fork Valley via State Highway 133; the road takes you through Carbondale and Redstone, and is open year-round. The top of the pass is a prime spot for leaf-peeping. The drive then traces Muddy Creek down to Paonia State Park—worth a stop on your way there or back to take in the stunning sight of the Ragged Mountains.

"One of the few regions in Colorado to successfully cultivate and bottle pinot noir, the North Fork Valley is a hotbed for high-altitude grape growing, with plenty of vineyards to explore.

"Continue down the road to the home of Big B's juices and hard ciders, where you can pick apples, along with plenty of other produce, depending on the season. It's the quintessential autumn adventure…

"Founded in 2008 by husband and wife Mike and Gretchen King, [Revolution Brewing] uses locally grown hops with water directly from the springs on nearby Mount Lamborn for beer that's
hand stirred and brewed on a six-barrel system."

Our producers' commitment to quality and the stewardship of clean soil, water and air are crucial to consumers and their perception and choice to buy good and clean food. The potential for soil, air and water contamination as a result of oil and gas development could destroy our Valley's farms', orchards' and ranches' ability to market their products as organic and safe - thereby losing their livelihood. #1])>

Preferred Alternative

The BLM's preferred alternative would open almost every acre of public lands in the region to oil
and gas leasing (865,970 acres or 94.5% of total oil, gas and mineral acreage), and specifically in sensitive air, water and food sheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks and more.

The potential for human, animal and environmental damage is too high.

BLM_0155478

Development would contaminate soils, water and air and impair human health, including increases in respiratory, endocrine, immune and cardiovascular disease.

Development of the public lands would destroy local investments and resources required in transitioning the economy to one based on agri-tourism, recreation, renewable energy, agriculture and organic/clean food. Also, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

<([#2 [5.3] A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks
posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact and environmental damage caused by hydraulic fracturing, injection wells and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed.

BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. If the BLM will not consider a no-leasing alternative, then by all means it must make Alternative B1 as the preferred alternative.

In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.
#2])>
Impact Areas

Oil and Gas Development

As mentioned above, BLM's preferred alternative would open 94.5% of total oil and gas mineral acreage to leasing, which is .1% less than its current 30-year old RMP. BLM divides oil and gas leasing by potential for development. In its preferred alternative, BLM allocates 53% of the federal mineral estate to higher development potential and the remaining 47% to lower development potential. BLM has based its oil and gas drilling assumptions on a 2004 report, which assumes that 1271 wells will be drilled in the planning area.

Also, the RMP does not impose a cap on drilling.

BLM's assumption on the number of foreseeable wells could be significantly understated given, new research, hydraulic fracturing and multi-stage drilling technologies, which were not considered at the time of the report.

Here is at stake with oil and gas development for the North Fork Valley:

• Activities on public lands that have the potential to poison food sheds and threaten to wipe out food security for people on the Western Slope and the Front Range.

• The destruction of clean air, abundant fresh water and food sheds (including Colorado's largest concentration of organic farms).

• Significant harm to human health and a local economy based on agriculture and organic farms, recreation, hunting and tourism.

• Loss of unique biodiversity in Colorado.

• The future of the North Fork Valley. The final RMP will guide oil and gas development for the next 20-30 years.

Other Related Oil and Gas Impacts

<([#3 [37.1] Water Resources
Needless to say, water quality is important for good, clean, sustainable agriculture. Clean water is the lifeblood of the North Fork Valley. The BLM proposes to lease practically every acre of the North Fork to oil and gas, which would threaten our drinking and irrigation water.

Extracting fuel from shale formations requires pumping hundreds of thousands of gallons of water, sand and chemicals into the ground to break apart rock and free the gas. Some of that water, along with large quantities of existing underground water, returns to the surface, and it can contain high levels of salt, drilling chemicals, heavy metals and naturally occurring radioactive material. Drinking and irrigation water sources have been contaminated by oil and gas chemicals released through leaks and spills, naturally occurring gases and radioactive materials from disturbance of the geologic formation, and air-borne contaminants.

The oil and gas industry, in particular hydraulic fracturing, is exempt from critical sections of the Clean Water Act, the Safe Drinking Water Act, and other laws designed to protect our water resources. Therefore, there is a lack of meaningful regulation. #3])>

State regulation of hydraulic fracturing as it relates to potential contamination of ground and surface water is limited to casing construction requirements, setbacks, disposal of oil and gas wastes (hazardous materials), and reporting of leaks and spills. Produced water needs to be disposed of and can be disposed of 6 ways in Colorado:

1. Injection into a properly permitted Class II well;

2. Evaporation/percolation in a properly permitted pit;

3. Disposal at permitted commercial facilities;

4. Disposal by roadspreading on lease roads outside sensitive areas under certain conditions;

5. Discharging into state waters, in accordance with the Water Quality Control Act and related rules and regulations; or

6. Evaporation in a properly lined pit at a centralized exploration and production waste management facility permitted by the Colorado Oil and Gas Conservation Commission (COGCC).

For the fluids disposed of, the BLM states that "60 percent goes into deep and closely-regulated waste injection wells, 20 percent evaporates from lined pits and 20 percent is discharged as usable surface water"under permits from the Colorado Water Quality Control Commission." With all of this "deep and closely regulated" activity to protect citizens:

• There were 615 spills, 271 (44%) of which were from produced water, in 2015. That equates to nearly two spills every day in Colorado. 15% of the spills resulted in water contamination, with: 44% within 50 feet of ground water, 31% within 1000 feet of surface water, 39% within feet of a water well, and 9% within 500 feet of cows, pigs, sheep or other livestock as reported in 2015 by the Center for Western Priorities.

<([#5 [18.3] Also, naturally occurring radioactive material comes up with wastewater produced from oil and gas extraction. The waste can remain radioactive for millennia. Excessive radiation exposure can increase cancer risks; radon gas, for example, has been tied to lung cancer. BLM did not analyze the risks of exposure to radioactive waste, and Colorado does not have regulations in place to manage radioactive waste from oil and gas operations. #5])>
<([#6 [37.1] The BLM is required to honor community source water protection plans, which are developed to protect a community's drinking water source from contamination. The towns of Crawford, Hotchkiss, and Paonia secured source water plans, which were not taken into consideration by the BLM in its preferred alternative. #6])>

This video depicts what happened to well water when hydraulic fracturing occurred in Las Animas county in Colorado: https://www.facebook.com/greenpeaceusa/videos/10154706072859684/. This is completely unacceptable.

<([#7 [37.3] In addition, the BLM also did not consider the permanent removal of water from the hydrologic cycle or that there are insufficient water supplies necessary to support fracking and other drilling operations, particularly in this period of persistent drought. #7])>

Again, a no-leasing alternative is not only reasonable, but represents the best way to protect the North Fork Valley now and in the future. Alternative B1 would be acceptable if a no-leasing alternative cannot be included in the RMP.

<([#8 [10.3] Air Quality
The final plan must protect the health of the airshed. The North Fork Valley is affected by daily up and down-valley winds and any oil and gas activities occurring in higher elevations could have direct impact on air quality at lower elevations, including from dust, methane, VOCs, ozone

and other particulates and gases hazardous to agriculture and public health.

In Garfield, Mesa, Gunnison and Delta counties, there are 11,825 oil and gas facilities. Within a half mile radius of these facilities, there are over 6,100 people. The American Lung Association gave Mesa County an F Air Quality rating and Gunnison a C rating. Even more disturbing is that Delta county does not monitor air quality.

The BLM does not have the adequate information to assess airshed impacts of oil and gas activities and did not consider that their own modeling of ozone levels in the Bull Mountain area that exceed EPA thresholds of 70 ppb.

The North Fork Valley producers' commitment to quality and the stewardship of clean soil, water and air are crucial to consumers and their perception and choice to buy clean, organic food. The potential for air contamination as a result of oil and gas development could destroy Slow Food and VOGA member farms' ability to market their products as organic and safe. #8])>

<([#9 [18.3] Health Impacts
The BLM did not conduct a human health impact assessment in its Draft Resource Management Plan.

Hundreds of peer reviewed scientific articles exist on all aspects of toxins related to unconventional oil and gas production. The Endocrine Disruption Exchange (TEDX) has published research and aggregated data identifying low-dose exposure to chemicals associated with oil and gas development and operations as Endocrine Disrupting Chemicals (EDC). These chemicals affect not only reproduction and fetal development, but are linked to respiratory health, metabolism issues, malignancy as well as all the problems listed below.

The New York State Department of Health (NYSDOH) released A Public Health Review Of High Volume Hydraulic Fracturing For Shale Gas Development in December 2014. In this study, it found that residents living near fracking activities had the following health problems: skin rash, nausea or vomiting, abdominal pain, breathing difficulties, cough, nosebleed, anxiety, stress, headache, dizziness, and eye and throat irritation. This study led to their recommendation that fracking should be banned in New York State.

The Compendium of Scientific, Medical, and Media Findings Demonstrating Risks and Harms of Fracking (Unconventional Gas and Oil Extraction), Third Edition, October 14, 2015, by Concerned Health Professionals of New York and the Physicians for Social Responsibility cites a number of studies. Below are some studies published in 2015 or 2014. The citing after each will read PSR-C then the page number.

Uncertainty.

• California Council on Science and Technology studied the impacts of well stimulation on human health from the exposure to fracking-related air pollution. The unknown number and toxicity of chemicals mixed in these fluids make it difficult to quantify risk but the paper identifies the potential health risks. One conclusion: that "officials should fully understand the

BLM_0155482

toxicity and environmental profiles of all chemicals before allowing them to be used in California's oil operations." (PSR-C p. 72)

Birth defects, birth weight, and infant mortality.

• In rural Colorado a study of almost 25,000 births from 1996-2009, congenital heart defects and neural tube defects (defects of the brain, spine or spinal cord) were associated with the density and proximity of natural gas wells within a 10-mile radius of mothers' residences. There are several chemicals emitted by natural gas development known to increase the risk of birth defects. (PSC-C p. 76)

• University of Pittsburgh study of three heavily drilled PA counties found the more exposure a pregnant woman had to gas wells, the higher her risk for a smaller-than-normal baby. Mothers living nearest to a high density of wells were 34% more likely to have babies small for their gestational age. Low birth weight is a leading cause of infant mortality. (PSR-C p. 72, 73)

• Health professionals in Vernal, Utah reported a 6-fold increase in infant death rates over a three-year period. The air quality which was formerly pristine in Uintah County, UT received an "F" rating for ozone in the American Lung Association's 2013 State of the Air Report. The Unitah Basin has 11,200 oil and gas wells. It is known that pregnant women who breathe more air pollution have much higher rates of virtually every adverse pregnancy outcome that exists, said one health professional. (PSR-C p. 76)

• Preliminary data from researchers at Princeton University, Columbia University and MIT used Pennsylvania birth records from 2004 to 2011 to assess the health of infants born within a 2.5-kilometer radius of natural-gas fracking sites. They found that proximity to fracking increased the likelihood of low birth weight by more than half, from about 5.6 percent to more than 9 percent. The chances of a low APGAR score, a summary measure of the health of newborn children, roughly doubled, to more than 5 percent. (PSR-C p. 77)

• Other preliminary studies from Colorado and Pennsylvania comparing infant birth weights and premature births with proximity to wells had similar findings as above. (PSR-C p. 77; 72-73)

Rashes and upper respiratory problems.

• A Pennsylvania, Yale-led study found that health symptoms reported by residents increased in frequency as distance between residence and gas wells decreased. Those living less that one kilometer from drilling activities had increased reports of rashes and upper respiratory problems. (PSR-C p. 73)

Urgent Care & Hospitalization.

• Hospitals in the Bakken Shale region reported a sharp rise in ambulance and emergency room visits since the boom in drilling and fracking. Drug overdoses and oil field related injuries accounted for 50% of the cases in one emergency room. (PSR-C p. 76)

BLM_0155483

• University of Pennsylvania's Center of Excellence in Environmental Toxicology found the increasing number of gas wells in Pennsylvania is significantly correlated with inpatient rates of hospitalization. (PSR-C p.75) #9])>

Animal Health.

• A Yale University School of Medicine study in SW Pennsylvania found evidence that dogs in households less than one kilometer from a gas well had elevated risks for health problems, especially dermal conditions. (PSR-C p.73)

• Food animals have been shown to have increased respiratory and growth problems over time. The life of a food animal is very short compared to that of humans and some wildlife where cumulative effects would be pronounced. (PSR-C p.73) Conditions like these will definitely harm ranchers' and other producers who raise animals and livestock for a living.

<([#11 [27.1] Recreation
In conjunction with the visitor's agri-tourism experience of the North Fork Valley, recreation definitely plays a significant role.

Jumbo Mountain Trails - The BLM lands on and surrounding Jumbo Mountain are a well-used and well-loved recreation asset for North Fork residents and visitors. The final plan should include the entire Jumbo Mountain unit as a special recreation management area to protect the quality of the recreation experience. This area is essential for quality of life, recreation tourism, and the businesses that rely on those tourists. The final plan should also include an Ecological Emphasis Area to protect critical winter mule deer and elk habitat.

Plus, Jumbo Mountain must be open to hiking, mountain biking (including pedal-assisted electric bikes) and horseback riding - no motorized vehicles are allowed. #11])>

<([#12 [14.1.1] Hunting and Fishing - Public lands access for hunting, camping, fishing and travel, as well as plentiful and healthy habitat are critical components that help sustain the multi-million-dollar hunting industry in the area. The final plan should include ecological emphasis areas for all critical winter habitat within the North Fork Valley. The final plan should also include the protections of a no-leasing alternative or at least B1 which prohibits surface activities in critical wildlife habitat, and includes both No-Leasing and No Surface Occupancy setbacks from
streams, riparian areas and water bodies.
#12])>
<([#13 [27.1] Future Recreation Development - Local economic studies indicate that the economic future of our region will depend upon the diverse industries already present, including land- and waterbased recreation. The final plan should include special recreation management areas and extensive recreation management areas for all lands identified as high recreation value by local residents and businesses. Recreation activities include mountain biking, horseback riding, motor biking, OHV use, trail running, hunting, fishing, and backpacking among others. These areas include Jumbo Mountain, Stevens Gulch, the North Fork of the Gunnison River corridor, Smith Fork river corridor, McDonald Creek, Elephant Hill, Lone Cabin, Adobe Butte

and Robideau Canyon. #13])>

Conclusion

• The draft RMP repeatedly describes how fluid mineral development would negatively impact, to some unknown degree, other resources such as wildlife habitat and migration corridors, grazing land, soil productivity, vegetative diversity, special status fish and aquatic wildlife, air quality and visual resources, as well as non-market values including ecosystem services, natural amenities, scenic beauty, human health, quality of life and sense of place.

• The draft RMP estimates that ecosystem services in the planning area could provide up to $1,492 million in value. (Chap. 4, pg. 461)

• The draft RMP states that natural amenities like proximity to wilderness areas, national parks and other special protection areas have a positive impact on tourism, property values, population growth due to positive net migration, higher incomes and employment growth.

• The draft RMP states that approving an alternative that emphasizes "resource development over conservation likely would result in more impacts on nonmarket values and how planning area individuals perceive their own quality of life." (Chap. 4, pg. 460)

So, why is Alternative D preferred - an alternative that will open the planning area to potential oil and gas development that will threaten the North Fork Valley's air, land and water?

Slow Food Western Slope and VOGA are opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. We are opposed to oil and gas leasing here because it has the potential to:

1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and

2) cause significant harm to human health and a local economy based on recreation, hunting, tourism and agriculture. We oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

<([#14 [5.3] Without having considered a no-leasing alternative, nor considering how the North Fork Alternative Plan (B1) would be carried out if included in the preferred alternative, the draft RMP fails to fulfill its duty to consider the full range of reasonable management possibilities. #14])>

And finally, the following is from the BLM's "Who We Are, What We Do" web page (http://www.blm.gov/wo/st/en/info/About_BLM.html):

"The BLM is focusing on the following priorities:

• The America's Great Outdoors initiative, which is aimed at enhancing the conservation of BLM-managed lands and resources and reconnecting Americans to the outdoors.

• The New Energy Frontier, which encourages and facilitates renewable energy development – solar, wind, and geothermal – on the Nation's public lands.• Cooperative Landscape Conservation, a scientific initiative that recognizes the need to better understand the condition of BLM-managed landscapes at a broad level.

• Youth in the Great Outdoors, which supports programs and partnerships that engage youth in natural resource management and encourages young people and their families to visit, explore, and learn about the public lands.

• Climate Change, which is affecting public lands in ways that could impact on Americans' quality of life. The BLM is responding with two interconnected initiatives: a proposed landscape approach to land management and Rapid Ecoregional Assessments, which will improve the agency's understanding of public land conditions to inform future management decisions.

By strengthening existing and forging new partnerships with stakeholders, the BLM will ensure that the nation's public lands are managed and conserved for future generations of Americans to use and enjoy."

We request that the RMP align with these priorities above, especially in regards to the second item that encourages renewable energy. If the BLM does not consider oil and gas development on public lands a priority, then the Uncompahgre Field Office's RMP, which will probably be in for decades, must reflect that.

Jim Brett
Leader, Slow Food Western Slope
Secretary, Valley Organic Growers Association


000185_RorickL_20161019  Organization: Leah Rorick
Received: 10/19/2016 12:00:00 AM
Commenter1: Leah Rorick - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000185_RorickL_20161019.htm  (000185_RorickL_20161019-380619.htm  Size = 2 KB)
Submission Text
Date:10/19/2016

Commenter:Leah Rorick

Organization:

Email:leahrorick@outlook.com

Address:

Phone:

Comment:
Dear BLM-UFO Staff and RMP Comment Team,

I am currently a resident of Denver but I grew up in the North Fork Valley of Colorado, my parents still live there and I consider it to be my home. I am absolutely terrified and appalled by the possibility of fracking in that area. There are so many risks and it is truly not worth putting so many homes, people and animals in jeopardy. The likeliness of water contamination is the number one issue, even if it is kept out of drinking water. So many farms, livestock and gardens rely on the natural water resources for survival. I don't believe that is something that can be controlled as easily as gas companies would like us to think and it could and would be devastating if there is a spill. Where is all that waste water supposed to go? In my opinion there is no such thing as a safe place to "dump" It will have an ill effect somewhere somehow. I also know that hydraulic fracturing and injection wells can cause the earth to become unstable. People often make their permanent home in this area and will not be able to vacate if the land and water supply is ruined by these practices. My parents plan to stay in their home forever and they deserve a beautiful, clean and most importantly, a safe place to retire.

Another huge issue is the damage that this take over will do the tourism, hunting and wildlife in the area and for the organic food movement. These things are essential to residents of the North Fork Valley. If the air and water is compromised so will many peoples livelihoods which is absolutely unfair and absurd. I fear that once the oil and gas companies get in there it will be a very long time until they leave and they will leave things immeasurably worse then they found them. If there were not significant risks then fracking would not be banned in New York!

My family and I find it unacceptable to allow such a marvelous place to be desecrated. It is a bad move for our valley and for the Earth in general.

Sincerely,

Leah Rorick

000186_ScotJ_MilvenanE_20161024 Organization: J. Scot Milvenan
Received: 10/24/2016 12:00:00 AM
Commenter1: J. Scot Milvenan - Paonia, Colorado 81428 (United States)
Organization1:
Commenter2: Eileen Milvenan - Paonia, Colorado 81428 (United States)

BLM_0155487

Organization2:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000186_ScotJ_MilvenanE_20161024.htm (000186_ScotJ_MilvenanE_20161024-380620.htm Size = 14 KB)
Submission Text
Date:10/24/2016

Commenter:J. Scot Milvenan; Eileen Milvenan

Organization:

Email:smilve@comcast.net

Address:14099 Thompson Road, Paonia, CO 81428

Phone:

Comment:
Dear Uncompahgre Field Office Staff,

Please fully consider the issues raised in these comments on the Uncompahgre Field Office draft Resource Management Plan. As presented, none of the alternatives offer the level of protection these lands warrant, that communities and the public in your planning area have specifically asked for and favored, and which federal law requires.

In 2011 my wife and I retired from our medical practices and purchased 12 acres of land in Paonia, Colorado on which to build a farm and spend an active retirement. We chose the North Fork Valley based on three main factors: 1) the natural beauty of the area, which geographer Thomas Huber likens to the Provence region in France and a place to be treasured and protected because of its distinctive attributes; 2) the intriguing fact that most of the fruits, vegetables, and meats we commonly purchased in Colorado came from this particular valley; 3) we wanted to build a home and farm in an enlightened community that values organic living, sustainability, and progressive attitudes toward the environment. The draft RMP and its alternatives are harmful to us, to the health and livelihoods of those in our Paonia community, and to the beautiful land in the valley that deserves protection.

When we first heard of the BLM plans to open public lands to leasing by oil and gas companies, we attended a meeting held by Citizens for a Healthy Community (CHC) in order to learn more about what might be done to protect the land. One of the things the CHC imparted was that any comment letter in opposition to the RMP should reference specific page numbers and portions of

BLM_0155488

the plan that are problematic. To that end, one of the most problematic aspects of the RMP for us is the number of issues that are not addressed in the plan at all or risk factors that are briefly mentioned but not properly explored with the attention they warrant. The overall result is, quite simply, inadequate risk analysis, and it would be unconscionable to proceed under these circumstances. We would like to call the following issues to your attention:

<([#1 [37.3] Water
Living in a place where people are so mindful of their water needs and careful about preserving the quality and quantity of their water makes it particularly tragic to introduce something like hydraulic fracturing that will endanger the water supply. The oil and gas industry, in particular hydraulic fracturing, is exempt from critical sections of the Clean Water Act, the Safe Drinking Water Act, and other laws designed to protect our water resources. That, combined with inadequate analysis of the impact on our water supply, render the draft RMP and its alternatives untrustworthy as viable options. #1])>
-<([#6 [37.2] Per the UFO, BLM did not map the area's hydrology, which makes it difficult for future project environmental impact statements to predict the impact of fracking processes on private and commercial water sources. The BLM has not determined how our springs and aquifers are fed and thus cannot predict how fluid mineral development and disposal will affect them. This lack of information poses too high a risk to our water, potentially affecting 30,000+ people in the valley. #6])>

<([#2 [37.4] -The draft RMP does not consider the cumulative effect that the level of fluid mineral extraction (drilling) outlined in the Reasonably Foreseeable Development Scenario will have on existing domestic and commercial water supplies, including springs, wells or surface irrigation water.
-BLM did not consider the permanent removal of water from the hydrologic cycle and that there are insufficient water supplies necessary to support fracking and other drilling operations, particularly in this period of persistent drought.
Because the BLM does not know the impact fracking will have on the quantity of our limited water, we risk loss to irrigation shares for the multiple irrigation ditches in the North Fork Valley. It is not right that leasing oil and gas companies might get the water they need while local landowners do not.
#2])>
<([#3 [30.3] RMP acknowledges the fact that "Delta County is home to the highest concentration of organic farms of any Colorado county" (4-459) but what of the risk of contamination to irrigation water and crops from:
-fracking chemical contamination of ground and surface waters
-damage to irrigation canal access and bridges
-airborne volatile organic compounds
-airborne silicates
-silting in of rivers and irrigation ditches
-increases in diesel exhaust from transportation, well, and compressor sites
What kind of damage will that cause to the organic agricultural products in this region? It would be devastating. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence and importance of this rare, unique and unrivaled agricultural area. Analyzing the effects of drilling and all the associated risks to our vineyards

and organic farming operations must be addressed in detail. #3])>

<([#4 [18.3] Safety
In addition to the lack of consideration for and understanding of the water supplies in our area, there is an alarming lack of attention paid to safety inspections once fracking is underway and to topographical damage due to fracking and fracking accidents.
-BLM did not consider lack of pipeline safety inspections. BLM failed to consult with the Pipeline Hazardous Materials and Safety Administration and failed to consider the potential impacts that an exemption from safety rules would have on human health, the environment, and wildlife. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration"

With a lack of provisions for necessary pipeline safety inspections comes the added risk of fires, contaminations, and other dangers to the area. To that end:

--BLM did not consider forest fire risks from pipeline explosions.

--Our planning area is often subject to drought conditions, in which fires can quickly get out control. The RMP states that "mineral resource development....would introduce additional ignition sources into the planning area, which...could increase the potential for high -- intensity wildland fires." (4-482) That is the extent of their mention of the issue, in their "unavoidable adverse impacts" section. We can avoid this dangerous risk by designating places where wildfires
are a risk as unsuitable for fluid mineral extraction.

-The draft RMP did not address possible environmental disasters caused by or affecting fluid mineral development. It is now known that wastewater injection wells cause seismic activity. There is no mention of this in the RMP. Even mild earthquakes can destabilize the infrastructure enough to cause an accident. BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers. Seismic activity could also increase potential for rockslides, which are already common in the area and can block the highway for days, causing significant financial losses both in cleanup and loss of business due to road closures. It is also possible that naturally occurring mudslides and avalanches could affect the safety and integrity of extraction infrastructure. The West Elk Mountains are geologically unstable and these issues should be mentioned in the RMP to provide a basis for future environmental impact statements to address these risks.
#4])>
<([#5 [18.3] Human Health
While researching hydraulic fracturing and what we currently know about the health impacts of living in an area where these activities are present, we want to point out that there is no indication that fracking and its associated processes can be done with a minimum risk to human health. Here is an August 2014 list indicating instances of national groups in government, academia and industry calling for more research on health effects of hydraulic fracturing:
http://mdehn.org/wpcontent/uploads/2014/12/calls_for_moreresearch.pdf

BLM_0155490

BLM failed to consider impacts of human health, and should have performed a comprehensive health impact assessment. Not only that, but BLM has not accepted new information in the past four years on the negative health impacts of proximity to fracking processes. There are many locations in the United States with hydraulic fracturing in place and ongoing research on health effects on both those living in close proximity to these wells and on the workers. While these investigations continue collecting and analyzing data, the best practice would be to avoid mineral rights leasing on public lands in the North Fork Valley until there is more definitive information about the effects of hydraulic fracturing on the health of the people living here and proper consideration of those effects prior to formulating the RMP. A conservative approach is best when dealing with the irreplaceable. #5])>

--Jerome Paulson, MD; Medical Director for National & Global Affairs; Director of the Mid-Atlantic Center for Children's Health & The Environment; Child Health Advocacy Institute, Children's National Health System and Professor of Pediatrics and of Environmental & Occupational Health George Washington University states in a public letter to the Secretary of Pennsylvania Department of Environmental Protection on June 30, 2014:

"In protecting children from environmental health hazards, it is essential to recognize that for many reasons children may be more exposed to environmental health hazards than adults in the same location. Moreover, children may have different outcomes than adults similarly exposed. For example, children breathe more air and drink more water per unit of body weight than adults do, Therefore, if the air or water are contaminated, the children will receive a higher dose than the adults. Children also live longer than adults. While that may seem self-evident, it is important in the environmental context because many outcomes of environmental exposures occur years after the exposure. If the delay between exposure and outcome is, for example, 40 years or more, as it may well be in terms of some of the chronic lung diseases of adulthood, if a 60 year old adult is exposed, s/he may not live long enough to develop the adverse outcome. A child, however, will, in all likelihood, live long enough to experience that adverse outcome."

In our estimation, the number of issues left unaddressed or inadequately addressed by the draft RMP render it unsuitable. And if all these issues (beyond the few mentioned here) were addressed and considered to their fullest implications, we believe that the best course of action would be a no-leasing alternative; however, the draft RMP does not even include a no-leasing alternative! Without having considered a no-leasing alternative, the draft RMP fails to fulfill its duty to consider the full range of reasonable management possibilities. Furthermore, development of hydraulic fracturing in the North Fork Valley is not a necessity for Colorado's oil and gas industry, so why threaten the existing economies built around organic farming and ranching?

Unintended Consequences

Finally, it is important to mention how easy it is for those on either side of the coin to list relatively immediate pros or cons to any plan, but we must not discount the fact that this RMP will guide us for the next 20-30 years, with fallout effects potentially lasting far beyond that. It is critical to evaluate any potential plan with that in mind. We are not opposed to progress and innovation, but it has to be done thoughtfully, with an eye toward future consequences and

BLM_0155491

protecting what is irreplaceable on this earth. There are prior mistakes made in this very country from which we should learn.

In 1837 John Deere invented a cast-steel plow that would "solve the problem" of farming the Great Plains. The "sodbusters" used this plow, strong enough to cut through the tough and deep roots of the native prairie vegetation, and in time, were successful in establishing millions of acres of wheat that was generally tolerant of variable weather. When the rain stopped, those rich native root systems of the prairie were no longer there to keep the soil together and protect against erosion.

In The Third Plate: Field Notes on the Future of Food, Dan Barber writes:

"The soil, naked, anchorless, and now dry, turned to dust and, in 1930 started to blow. Dust coated everything... Over the course of the next decade, our country's midsection heaved hundreds of thousands of years' worth of incomparably rich soil into the air. Some regions lost more than 75 percent of their topsoil. The decade came to be known as the Dirty Thirties, and it marks one of the worst environmental disasters in our history... Writers have spared no ink in making the case that the Dust Bowl era is a parable of man's hubris." (p58-60)

Quoting Wendell Barry's essay "The Native Grasses and What They Mean:"

"We came with visions, but not with sight. We did not see or understand where we were or what was there, but destroyed what was there for the sake of what we desired." (p60)

The point is, what began (and seemed like a great idea) in the late 1830s and beyond, didn't show its negative consequences until 1930, and those consequences were dire. When it comes to matters of the earth, we want to proceed with caution, learn from our past mistakes. We fear that those involved in the formulation of the RMP have not fully examined potential adverse implications, not only to the current generation but also to future generations. The North Fork Valley has a thriving organic farming community already established. Please do not allow poorly regulated energy development to endanger it.

Thank you for the opportunity to present our concerns and thank you for your time.

Sincerely,

Scot Milvenan


000187_SmithJ_20161024 Organization: Jean Smith
Received: 10/24/2016 12:00:00 AM
Commenter1: Jean Smith - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail

Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000187_SmithJ_20161024.htm  (000187_SmithJ_20161024-380683.htm  Size = 1 KB)
Submission  Text
Date:10/24/2016

Commenter:Jean Smith

Organization:

Email:jbeceteach@gmail.com

Address:

Phone:

Comment:
I am a frequent visitor to the Paonia Region. It is a treasure and should be treated as such. Please don't defile it with drilling rigs or other means of oil extraction.

Jean Smith

000188_WhiteL_20161020  Organization: Laurie White
Received: 10/20/2016 12:00:00 AM
Commenter1: Laurie White -,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission  Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000188_WhiteL_20161020.htm  (000188_WhiteL_20161020-381167.htm  Size = 1 KB)
Submission  Text
Laurie White <lauriewhitelight@me.com>  Thu, Oct 20, 2016 at 1:39 PM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org

Dear BLM officials,
Living on the front range of Colorado during the intense development of fracked wells , we are witnessing the loss of
clean air in a large part due to methane from wells, and with that increased asthma rates. With

the exception of a few
individual land barons, and a relatively small number of workers for the energy corporations, we are receiving NO benefits from fracking and are virtually subsidizing the extraction industry through the loss of our viewshed, loss of clean air and water, open land access is diminished or lost, sage grouse habitat loss, antelope habitat loss, and a multitude of other keystone species who require prairie and open space. There are too few pristine agricultural and plains areas in Colorado left that have not been denuded by gas and oil roads, with wells belching filth into the valley air, ground water contamination just a matter of time, man made earthquakes in areas where there should not be shaking ground. I strongly urge you protect our public lands in Colorado from extraction and save them for our future generations.

Sincerely
Laurie White
970.690.7960
www.whitelightimage.com


000189_HornbackS_20161020 Organization: Stephen Hornback
Received: 10/20/2016 12:00:00 AM
Commenter1: Stephen Hornback - Montezuma, Colorado 80435 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000189_HornbackS_20161020.htm (000189_HornbackS_20161020-380978.htm
Size = 1 KB)
Submission Text
Date:10/16/2016

Commenter:Stephen Hornback

Organization:

Email:hstephen21@gmail.com

Address:5255 Montezuma Rd., Montezuma CO 80435

Phone:

Comment:
Dear Uncompaghre Field Office Manager,

With the ongoing impact of population growth and the ever increasing tourism that is inevitable,

we must do everything now to protect every inch of free flowing water that we have.

Thank you,

Stephen Hornback

000189_RaleighC_20161010 Organization: Cameron Raleigh
Received: 10/10/2016 12:00:00 AM
Commenter1: Cameron Raleigh - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000189_RaleighC_20161010.htm (000189_RaleighC_20161010-381166.htm Size
= 1 KB)
Submission Text
Date:10/10/2016

Commenter:Cameron Raleigh

Organization:

Email:cameron_raleigh@yahoo.com

Address:

Phone:

Comment:
Dear BLM Leadership,

I am writing to ask that you please stop the industrialization of the North Fork Valley and the
Grand Mesa. My husband and I were driving on the East end of the Grand Mesa National Forest
just days ago and were so saddened to see the pump jacks, pipe yards (some fenced and some
just simply dumped in open fields) and oil tanks.

As a cancer survivor myself, we have moved to this area for the healthy living, the organic
farms, clean air and beauty of nature unlike any where else. It is tragic to see these pristine and
rare areas being ruined by this industrialization that has already claimed and ruined much of the
natural landscape in our country.

Oil and gas development and fracking on public lands should not be permitted due to the risks to

public health of poisoning our food sources, polluting the air we breathe, and contaminating the water resources we depend on for life! <([#1 [21.1] A no leasing alternative is the only reasonable conclusion. A moratorium on oil and gas leasing should be imposed until rural gas gathering pipelines are regulated by the Pipeline Hazardous Materials and Safety Administration. #1])>
Sincerely,
Cameron Raleigh


000190_HarrisM_20161024   Organization: Mark Harris
Received: 10/24/2016 12:00:00 AM
Commenter1: Mark Harris - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000190_HarrisM_20161024.htm (000190_HarrisM_20161024-380979.htm Size = 1 KB)
Submission Text
Date:10/24/2016

Commenter:Mark Harris

Organization:

Email:m586264@aol.com

Address:

Phone:

Comment:
Dear Ms. Pfifer:

Climate change threatens our health, property, wildlife and national defense. And the federal government's fossil fuel resources are a big part of the problem.

The Uncompahgre region boasts the highest concentration of the state's organic farms, but the BLM plans to allow coal mining to continue at current levels for the next 10+ years.

The "social cost" of carbon pollution is already too high. Every plan proposed by the BLM for the Uncompahgre region would exacerbate this problem.

BLM_0155496

We can't allow the fossil fuel industry to continue decimating public lands at the expense of our future. More coal leasing, fracking and oil/gas drilling are not a viable energy solutions.

President Obama said, "we're going to have to keep some fossil fuels in the ground." Please propose a plan that would incentivize renewable energy.

Thank you for your consideration on this matter.

Sincerely,
Mark Harris


000191_SealingC_20161024  Organization: Clee Sealing
Received: 10/24/2016 12:00:00 AM
Commenter1: Clee Sealing - Fruita, Colorado 81521
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000191_SealingC_20161024.htm (000191_SealingC_20161024-380980.htm Size = 1 KB)
Submission Text
Date:10/24/2016

Commenter:Clee Sealing

Organization:

Email:sealingc@acsol.net

Address:1670 N 1/2 Road, Fruita, CO 81521

Phone:970-858-9659

Comment:
Once again the environmental groups are asking members to ask you all to make changes to the area wide RMP that will guide your agency for the next 20 years. I'm not going to send in a form letter or plow through all that paperwork. I have another idea. Why don't you all sit down around the coffee bar and come up with a plan so that when you retire, walk out the door of the office and look at the the lands you have been charged with managing you can feel proud and happy with
the job you did and your kids will say thanks.

BLM_0155497

Cheers,

Have a Great Day Hawking
Clee Sealing
1670 N 1/2 Road
Fruita, CO 81521
sealingc@acsol.net
970-858-9659


000192_PattersonN_20161024  Organization:  Nissa Patterson
Received: 10/24/2016  12:00:00  AM
Commenter1: Nissa Patterson - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission  Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000192_PattersonN_20161024.htm  (000192_PattersonN_20161024-380981.htm
Size = 2 KB)
Submission  Text
Date:10/18/2016

Commenter:Nissa  Patterson

Organization:

Email:nissapatterson@gmail.com

Address:

Phone:

Comment:
Dear Mr. Meyer,

I am writing  with concern about the Uncompahgre BLM Draft Resource Management Plan.

My family has visited Paonia 4 times over the past 18 months – investigating  it as a place for us
to relocate from Albuquerque. Every time we visit it is increasingly  clear this is the community
for us. My husband owns a small business that he can bring with him and I have a background in
managing  health programs. We love the small town community,  the clean environment  and the
focus on organic  agriculture.

BLM_0155498

We visited again in early October and we were dismayed to find out the details about the RMP. We have seen the devastating affects of fracking in New Mexico and one of the things we loved about Paonia area was the lack of fracking.

My degree is in public health and fracking has clear health hazards- including the VOCs which are highly toxic to human health- particularly children. Not to mention the other chemicals used in the process- none of which belong in an agricultural environment.

Even the American Nurses Associating has passed a resolution stating, in part, that nurses should:

"Collaborate with others in calling for a national moratorium on new permits for unconventional oil and natural gas extraction (fracking) throughout the country until human and ecological safety can be ensured;"

http://www.nursingworld.org/MainMenuCategories/WorkplaceSafety/Healthy-Work-Environment/Environmental-Health/nurses-role-in-recognizingeducating-advocating-healthy-energy-choices.pdf

I respect nurses- when they say something is bad, it is bad.

Our family has decided to delay our moving plans pending the outcome of this decision. Please prevent the BLM from providing leases for fracking.

In concern,

Nissa Patterson MPH


000193_GanoraL_20161008  Organization: Lisa Ganora
Received: 10/8/2016 12:00:00 AM
Commenter1: Lisa Ganora - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000193_GanoraL_20161008.htm (000193_GanoraL_20161008-380982.htm Size = 2 KB)
Submission Text
Date:10/08/2016

Commenter:Lisa Ganora

Organization:

Email:lnganora@gmail.com

Address:

Phone:

Comment:
Dear BLM Folks,
The North Fork Valley is the agricultural gem of central Colorado. Our extensive and historically orchards, farms, and vineyards depend heavily on clean air and irrigation water. We have the highest concentration of organic farms in the state.

The North Fork is a Garden of Eden! Of all the places in our bountiful state where oil and gas development would be inappropriate, this is the most significant one!

Please consider that our state wealth is not only in petroleum development, but also in valuable argriculture, farming, and ranching and also in the tourism that brings people to the North Fork for Nature's beauty and bounty.

The No Lease option is the only logical path for the conservation of this unique resource which depends heavily on clean water and air. We have just purchased a small farm in the North Fork and would hate to see our new paradise ruined by innapropriate energy development.

And for the bigger picture, it has become scientifically obvious that more carbon dioxide in the atmosphere is the last thing we need. Global warming is already damaging our ecosystem. Let's put our energies into developing renewables like solar and wind now, before we ruin our planet for our children and grandchildren.

Respectfully,
Lisa Ganora


000194_AndersonS_20161002 Organization: Sandy Anderson
Received: 10/2/2016 12:00:00 AM
Commenter1: Sandy Anderson -,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali

BLM_0155500

Attachments: 000194_AndersonS_20161002.htm  (000194_AndersonS_20161002-380983.htm
Size = 2 KB)
Submission Text
Date:10/02/2016

Commenter:Sandy Anderson

Organization:

Email:samontrose@yahoo.com

Address:

Phone:

Comment:
Dear stewards of our public lands,

I am strongly opposed to allowing oil and gas leasing on public lands in the North Fork Valley of
Delta County. Because of the clean air, water, and soil in this valley, this is one of the largest
concentrations of organic farms in Colorado.

Oil and gas extraction is causing numerous serious long-term damaging effects on the
environment. A serious number of earthquakes attributed to fracking are occurring in many parts
of our country, such as Oklahoma and the Dallas area of Texas, among others. Water pollution,
air pollution, and ground pollution are serious issues where these industries are operating.

<([#1 [5.6] From what I understand, BLM did not analyze the impacts of hydraulic fracturing
and multi-drilling technologies, the impact of unregulated gas gathering pipelines, extreme
weather effects on pipelines, removing water from the hydrologic cycle, injection wells and the
potential for earthquakes and contamination of aquifers, ozone levels, community source water
protection, the impact of the pollution on wildlife, the human health impact, the impact on local
real estate or the organic agricultural economy, or many other crucial aspects.
#1])>
Let's quit looking at short-term financial interests of a few, and look the long term effects. For so
long, our public lands have been given or leased to under regulated industries, such as mines. A
few people made huge profits, many people working for them made small amounts of money,
often at the cost of their health. But our public lands were seriously harmed for the long term,
and we tax payers are the ones who are living with the polluted land, water, and air, and are
footing the bill for the cleanup.

Please do thorough research on all of the areas of concern listed above. The health of our
citizens, our land, our air, our water above and below ground, our natural resources, including
wildlife, and our future generations depend on your careful diligence!

Thank you,

BLM_0155501

Sandy Anderson

000195_FrazierP_20160923  Organization:  Paul Frazier
Received: 9/23/2016 12:00:00 AM
Commenter1: Paul Frazier - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000195_FrazierP_20160923.htm  (000195_FrazierP_20160923-380984.htm  Size =
1 KB)
Submission  Text
Date:09/23/2016

Commenter:Paul  Frazier

Organization:

Email:paulalanfrazier@gmail.com

Address:

Phone:

Comment:
Hello,

My family and I are residents of Delta county. We work hard to make positive impacts in our
community  as we farm our thirty  acre farm and orchard. We chose to live here because of the
variety of wonderful natural resources and rural lifestyles  for ourselves,  children and
grandchildren.

We do not approve of further oil and gas developments  on BLM land, as this would certainly
impact the natural beauty, atmosphere, and cause us and our families to vacate the community.

Thanks for your consideration  of our opinions.

Paul Frazier

000196_RodriguezJ_20160831  Organization:  Joyce Rodriguez
Received: 8/31/2016 12:00:00 AM
Commenter1: Joyce Rodriguez - Delta, Colorado

BLM_0155502

Organization1:
Commenter2: Rudy Rodriguez  - Delta, Colorado
Organization2:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000196_RodriguezJ_20160831.htm  (000196_RodriguezJ_20160831-380985.htm
Size = 1 KB)
Submission Text
Date:08/31/2016

Commenter:Joyce Rodriquez; Rudy Rodriguez

Organization:

Email:joyru2@msn.com

Address:Delta, CO

Phone:

Comment:
<([#1 [32.1] The open riding area just north of the Trap Club in North Delta needs to be kept
open. This area is used to train riders close to home and it needs to keep an open area #1])> . Our
boys learned to ride there along with many friends. Many come back to ride there again.

Thank you,

Joyce and Rudy Rodriguez
Delta, CO


000197_HinesC_20161018  Organization: Cynthia Hines
Received: 10/18/2016 12:00:00 AM
Commenter1: Cynthia Hines - Crawford, Colorado 81415 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali

BLM_0155503

Attachments: 000197_HinesC_20161018.htm  (000197_HinesC_20161018-380986.htm  Size = 3 KB)
Submission Text
Date:10/18/2016

Commenter:Todd Hines; Cynthia Hines

Organization:

Email:mccowgirl331@gmail.com

Address:1246 7745 Road, Crawford, CO 81415

Phone:

Comment:
<([#1 [30.3] I am opposed to oil and gas leasing on public lands in the North Fork Valley because of the devastating effects the industrialization of this area will have on our efforts to build a sustainable economy based on:

Agriculture - the NFV has the highest concentration of organic farms and orchards in Colorado, is a designated American Viticulture Area, is home to ranches that produce heritage beef, pork, lamb and poultry, as well as goat milk and cheese products.

Tourism and Recreation - The NFV has unparelled beauty and clean soil, water and air that attract thousands of visitors each year, contributing significantly to the local economy. Our open space and lack of traffic congestion will be severely compromised by well pads and the light, deafening noise and large vehicle traffic associated with fracking.

Hunting and Fishing - The NFV is home to numerous gold medal fishing streams and extensive big game hunting. Generations have visited the NFV year after year to pursue these activities, generating a significant portion of the local economy. Many ranches are dependent upon the revenues generated by these activities and could not remain in existence without them.

THE BLM did not consider the significant financial contributions to the local economy from the above activities. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledged the existence of these crucial sources of revenue and therefore did not analyze the effects drilling would have on them. This is a total abdication of the BLM's responsibility to protect the public from the negative effects of oil and gas activities.

The NFV economy is an unique combination of the perpetuation of multi-generation, homesteaded ranches, hunting and fishing and more recent heritage and organic farming and eco-tourism. Not only are these activities generating a sustainable economy for the NFV, they perpetuate our highly valued way of life. A hard-look analysis at the risks posed by oil and gas operations can only lead to the conclusion that a no-leasing alternative is the only alternative that serves

the economic interests of the North Fork Valley. #1])>

Sincerely,

Cynthia Hines
1246 7745 Road
Crawford, CO 81415


000198_RaleighC_20161010 Organization: Chuck Raleigh
Received: 10/10/2016 12:00:00 AM
Commenter1: Chuck Raleigh - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000198_RaleighC_20161010.htm (000198_RaleighC_20161010-381165.htm Size
= 2 KB)
Submission Text
Date:10/10/2016

Commenter:Chuck Raleigh

Organization:

Email:chasraleigh@yahoo.com

Address:

Phone:

Comment:
Dear BLM Leadership,

On a recent drive through the East end of the Grand Mesa, my wife and I were heart broken to
see the landscape of this beautiful, unique and rare national forest, being ruined by huge oil
tanks, pump jacks, and pipe yards. Our national forests are supported by public tax payments and
to be preserved for the public to use to enjoy the beauty of nature, not industrialization that is
already over done in so many other areas across this country.

Oil and gas development and fracking activities should NOT be permitted on public lands. The

risks to public health have the potential to poison our food, pollute the air we breathe, and contaminate the water resources that we and the wildlife depend upon for life.

<([#1 [21.1] There must be no lease alternatives for oil and gas operations including fracking technologies and large scale industrialization.

A moratorium on oil and gas leasing should be imposed until rural gas gathering pipelines are regulated by the Pipeline Hazardous Materials and Safety Administration.
#1])>
The North Fork Valley, it's organic farms and the Grand Mesa are relied upon for health, wellness, fresh air and clean living. This special place is one of the few left, where these priorities are offered and attainable.

Please do not allow it to be ruined!

Sincerely,
Chuck Raleigh


000200_KenosianM_20161014  Organization: Mary Kenosian
Received: 10/14/2016 12:00:00 AM
Commenter1: Mary Kenosian - Eau Claire, Wisconsin 54701
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000200_KenosianM_20161014.htm  (000200_KenosianM_20161014-381168.htm
Size = 5 KB)
Submission Text
Date:10/14/2016

Commenter:Mary Kenosian

Organization:

Email:marlokeno@gmail.com

Address:416 E. Tyler Ave., Eau Claire, WI 54701

Phone:

Comment:
Dear BLM-UFO Staff and RMP Comment Team,

Thank you for extending the time for public comment on this vital issue.

Please fully consider the issues raised in these comments on the Uncompahgre Field Office draft Resource Management Plan. As presented, none of the alternatives offer the level of protection these lands warrant, that communities and the public in your planning area have specifically asked for and favored, and which federal law requires.

This will impact our lives, as we often choose the proposed lease area in our vacation plans. We honeymooned here in 1982 and have come back often since. We won't go back to this area that we love if we have to put up with the noise, traffic, stink and pollution of the oil and gas industry.<([#4 [30.3] In addition to the environmental impacts, there is insufficient consideration of the long-term economic impact to the region.
#4])>
I know what it's like, for in my native Pennsylvania, fracking has driven off wildlife and despoiled areas that used to be great camping and hunting areas. Drilling has made some well water and groundwater undrinkable. Court ruling listed below, along with some other health concerns. A lot of good hunting, fishing, and camping is disturbed in Pennsylvania, some fouled. I don't go back to these places.

-<([#1 [18.2] See the Reuters article about this PA court case: http://www.reuters.com/article/us-pennsylvania-frackingidUSKCN0WC2I8 . The headline for that article: "Pennsylvania Families Win 4.2 Million in Fracking Lawsuit." You don't want to go fishing near Dimock, either, from experience.

-A health concern: Please see the study from Johns Hopkins that shows a 40% increase in http://hub.jhu.edu/2015/10/12/fracking-pregnancy-risks/

-Another health impact-Asthma Exacerbations. Here is a study from Sept. 1st, 2016 from the National Institutes of Health: https://www.ncbi.nlm.nih.gov/pubmed/27428612

-Another health concern, "This study provides evidence that UNGD is associated with nasal and sinus, migraine headache, and fatigue symptoms in a general population representative sample." Abstract from the NIH, full article in Journal of the American Medical Assn., Internal Med. Link: https://www.ncbi.nlm.nih.gov/pubmed/27561132

-In addition, there are many other concerns. How much GHG emission will come from drilling 30,000 acres? As the United States has signed the Paris Treaty, clearly it is incumbent upon the BLM to ascertain the effects of this drilling on $CO_2$ and methane emissions. The Jet Propulsion Laboratory and NASA have already documented large GHG emissions in the 4 corners area: http://www.jpl.nasa.gov/news/news.php?feature=6591
#1])>
-What is the economic impact of this industry on hunting and tourism?

-Plus, what will water use and habitat fragmentation do to the Gunnison sage grouse, designated threatened, and other species, some listed on both the current & the proposed critical habitat map

of the USFWS?  Screenshot below

<([#3 [5.3] Specifically,  the final Resource Management Plan should:

-Include a no-leasing alternative, to adequately evaluate the full range of reasonable management plans.

-Include a sub-alternative for each alternative (A1, C1, D1) as was created for Alternative B, so the North Fork Alternative Plan can be properly evaluated against each proposed alternative. #3])>

<([#5 30.3] -I expect a full exploration of health issues, including  the latest peer-reviewed studies. I expect consideration of the Dimock judicial award for water pollution  damages and ruling.  I expect a study of GHG emissions  with regard to Paris Treaty impact, which the US has now signed. And I expect a thorough exploration of the economic impacts on farming,  organic farming, tourism, and other money-generating  recreational activities.

-I expect a study of the socio-economic  impact on the communities  of the region. #5])>

<([#2 21.1] Without having considered a no-leasing alternative, nor considering how the North Fork Alternative Plan would be carried out if included in the preferred alternative, the draft RMP fails to fulfill its duty to consider the full range of reasonable management possibilities. #2])>

I love this area. We've been there often for 35 years. And I've seen what the boom-bust cycle has done to other areas of the US affected by fracking, especially Pennsylvania. Short-term gain for a few companies, and some workers, and then-well, take a look at N. Dakota. Life was good, now they've got a huge bill for infrastructure, and vacant housing and ghost man-camps. Bust, and a mess is left. Changed for the worse for decades, perhaps longer.

Thank you for your attention to this matter.

Sincerely,
Mary Kenosian
marlokeno@gmail.com


000201_Garth_20160929  Organization:  Garth
Received: 9/29/2016  12:00:00  AM
Commenter1: Garth - ,
Organization1:
Commenter Type: Individual
Classification:  Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000201_Garth_20160929.htm  (000201_Garth_20160929-381169.htm  Size = 1

KB)
Submission Text
Date:09/29/2016

Commenter:Garth

Organization:

Email:fullcurlram@yahoo.com

Address:

Phone:

Comment:
I am firmly against ANY new legislation proposals by BLM re historic, existing dirt access roads to close or otherwise "micro-manage" our Federal lands!!

I am firmly against BLM issuing any new regulations that would affect discharge of firearms on OUR PUBLIC LANDS.

Increase in personnel hiring IS NOT JUSTIFIED IN ORDER TO NOT LOSE FEDERAL GRANTS!! If anything you should be cutting back on personnel hiring!

Sent from my iPhone

000202_FosterM_20160926 Organization: Mike Foster
Received: 9/26/2016 12:00:00 AM
Commenter1: Mike Foster - Grand Junction, Colorado 81506 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000202_FosterM_20160926.htm (000202_FosterM_20160926-381170.htm Size = 1 KB)
Submission Text
Date:09/26/2016

Commenter:Mike Foster

Organization:

Email:mfoster@cbcworldwide.com

Address:639 Pineneedle Ct., Grand Junction, CO 81506

Phone:

Comment:
Dear

I am writing today to ask you to protect the economic integrity of public lands in western Colorado's Uncompahgre region.

The Draft RMP should not lock up public lands with important mineral potential.

<([#1 [20.1] Specifically, I urge the BLM to:

•Reduce the area with wilderness characteristics in the final RMP, particularly excluding the Adobe Badlands unit, the Lower Tabeguache unit and the Shavano Creek unit. #1])>
I urge you to maximize multiple use and protect mineral assets in order to ensure wide access and economic vitality for future generations.

Thank you.
Mike Foster
639 Pineneedle Ct.
Grand Junction, CO 81506


000203_JanzenP_20160926 Organization: Paul Janzen
Received: 9/26/2016 12:00:00 AM
Commenter1: Paul Janzen - Montrose, Colorado 81403 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000203_JanzenP_20160926.htm (000203_JanzenP_20160926-381171.htm Size = 1 KB)
Submission Text
Date:09/26/2016


Commenter:Paul Janzen

Organization:

Email:paul@intermountainfunding.com

Address:62213 Charolais Dr., Montrose, CO 81403

Phone:

Comment:
Dear

Colorado's economic future is greatly aided by protecting our public lands. These are the resources that will bring in tourist and recreation dollars long after the mineral and gas resources have been plundered. I urge the utmost protection is given to our irreplaceable natural lands.

Thank You,

Paul Janzen
62213 Charolais Dr.
Montrose, CO 81403

000204_MabryK_20161024 Organization: Kate Mabry
Received: 10/24/2016 12:00:00 AM
Commenter1: Kate Mabry - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000204_MabryK_20161024.htm (000204_MabryK_20161024-381172.htm Size = 2 KB)
Submission Text
Date:10/24/2016

Commenter:Kate Mabry

Organization:

Email:kate_mabry@bellsouth.net

Address:

Phone:

Comment:
Hello Gina:

Thank you for your reply regarding fracking. Having lived in Southern Colorado with existing coal-bed methane wells on our 100 plus acres and listening as well as witnessing neighbor's first hand experiences, I am not in favor of continued fracking in the U.S. for several reasons that follow:

1) It has been SCIENTIFICALLY proven that fracking harms the unborn leading to death for newborns. This happened to my dear neighbors in Colorado;

2) Fracking due to all the many chemicals pumped into the ground has been scientifically proven to contaminate underground water;

3) The character of the gas company's employees is questionable as many are addicted to drugs...simply ask their safety officers, as our neighbor was one; and

4) When fracking wells, it was my experience to see firsthand that the employees smoke at the well site during high fire danger warnings, the company did not provide a Port-a-Potty for their employees who subsequently used our forest to relieve themselves for a week before I discovered this health and safety violations, and they lied, when failing to show up for a meeting w/me to discuss their infractions. They called the local sheriff deputies to silence me which in turn backfired upon them as the operation was shut down until they were in compliance w/health and safety regulations (federal, state, county).

As you can see, as a former resident of Colorado and employed as a federal park ranger I understand that BLM serves as a public steward of our treasured public lands. IT is PAST TIME to utilize common sense and sound scientific studies when making important decisions on managing these public lands for future generations. I ask you to cease leasing any public lands to oil and gas companies until they can prove that their methods of extracting gas and oil DOES ZERO damage to the environment and no longer threatens the health and safety of the public.

I look forward to hearing from you personally soon.

Thank you,
Kate Mabry


000205_noname_20161024  Organization: Barb
Received: 10/24/2016  12:00:00  AM
Commenter1: Barb - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique

BLM_0155512

Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000205_noname_20161024.htm  (000205_noname_20161024-381173.htm  Size = 1 KB)
Submission Text
Date:10/24/2016

Commenter:Barb  and Dini

Organization:

Email:msreeco81@gmail.com

Address:

Phone:

Comment:
Please don?t just give lip service.

Our environment  is already under siege and you have the power to stop any and all oil and gas leasing on public lands.

Really consider all the ramifications IF you do allow this to happen.

I strongly support that NO leasing on public lands in the North Fork Valley take place. DO THE PROPER THING AND PUT A STOP TO ANY LEASING OF ANY KIND AND DO NO HARM TO OUR HABITAT.

000206_Kleinman_20161025  Organization:  Amber Kleinman
Received: 10/25/2016 12:00:00  AM
Commenter1: Amber Kleinman - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000206_Kleinman_20161025.htm  (000206_Kleinman_20161025-381174.htm  Size = 9 KB)
Submission Text
Date:10/25/2016

Commenter:Amber Kleinman; Judd Kleinman

BLM_0155513

Organization:

Email:alchemyamber@gmail.com

Address:

Phone:

Comment:
Dear Teresa Pfifer,

The Uncompahgre Field Office in Montrose Colorado is updating their Resource Management plan for the North Fork Valley. I would like to weigh in on the future plans for the public land surrounding us.

I have been a home owner in Paonia since 2008. We had the fortune of buying a home in the Pan American subdivision which is at the entrance to Jumbo Mountain trails. This daily access to the trails has become my favorite part of the day. The Jumbo Mountain area is the natural spot for a Special Recreation Management Area. This area is already used in this way by the people who live here. Just minutes from town, our community enjoys the quiet expanse to see a sunset, or a brisk walk to check the snow line. It encourages mental and physical wellness. In this natural, unaltered environment, we enjoy the clear view of the mountains and the clean air to breathe. This area should be spared from industrial development, and protected for the use of the people. Living at the base of the access, I see many people walking dogs, riding horses, running, and biking up to the trails every day. I am a member of COPMOBA and our local TAG (Trail Advocates Group), I also host a meet up ride from our house on Sundays. We would like to see the trail system developed and expanded further into the BLM land. This could be a boon for our local economy. Being a mountain biker who travels to ride trails, I know this would draw other bikers to visit. There are also other areas of interest for recreational development in our area - Young's Peak near Crawford, Elephant Hill, Lone Cabin Road, McDonald Creek, and C Hill. Colorado is leading the nation in recreational economy. These areas should be put aside for recreation and would be an asset for our town and for the future of our recreational economy. Industrial development is not compatible with this recreational use and should not be allowed to exist on or around Jumbo Mountain.

<([#1 [37.1] BLM land surrounds the springs that supply our drinking water and the land between Paonia and our water source. This land should be removed from consideration for oil and gas leasing. I was on town council for 4 years and have come to understand how these springs collect water and the fragile nature of the pipes that convey that water to our town. Bell Creek area and L 30 Dr should be off limits to drillling as it is too close to the town water supply. This steep and unstable area is not appropriate for drilling. Any activity of this nature would increase chances that our domestic water would be contaminated during exploration or in the future. We aren't assured by the federal government regulations since hydraulic fracturing has been exempt from the clean air and clean water act. In addition, rural pipelines are exempt from federal regulation as well. With no local control and no federal regulation, our safety is in the

BLM_0155514

hands of the oil companies and the handful of inspectors that cover this half of the state. In order to protect our drinking water the final RMP must include all buffers and oil and gas restriction recommendations in the Source Water Protection Plan and the North Fork Alternative B1. #1])>

<([#6 [14.1.1] There should not be any drilling around Roeber State Wildlife Area. This area is designated as critical habitat by the Division of Wildlife for mule deer. Any human disturbance could disrupt wildlife calving and migration. #6])>

<([#7 [37.1] The irrigation water that supplies so many farmers in this agricultural area should be protected from drilling as well. The irrigation watershed includes the corridor that runs down from McClure Pass, Jumbo Mountain, Elephant hill, Stevens Gulch, Garvin Mesa, Pitkin Mesa, Stewart Mesa, Bone Mesa, Terror Creek Reservoir, Bell creek, Elephant hill, and Lone Cabin reservoir. There should also be a set back from Lone Cabin Ditch and reservoir. Our water resources should be at least 1/2 mile from oil and gas exploration to remain untainted. Also surface occupancy should be prohibited within the 100 year flood plain. Any contamination that spills over from drilling operations would jeopardize the organic certification of many of our farms. Paonia has the highest concentration of organic farm in the state. #7])>

It is in the interest of our town and the people that live here to preserve and enhance the beauty that is here. The BLM's preferred alternative would negatively impact the scenic beauty of this valley. <([#8 [30.3] The management of the public land around us should enhance the opportunities that exist in the North Fork Valley by maintaining the current visual and scenic resources,the clean air and water, and the non industrialized viewscape. Looking at the mountains around our town gives me peace. To see them lit up with drill rigs would feel polluted and ruin the appeal of our little town. When people see drilling operations they assume our environment is polluted. This does not have to be true to negatively effect the price of property, the sale of organic food, or the boom of agritourism in our valley. The presence of hydraulic fracturing allows one industry to unfairly endanger all others. Presently we have an active real estate market in our valley. Home sales and prices increased after the last BLM lease deferral. Many people moved here because they saw a strong community willing to stand up to the oil and gas industry. I am grateful every day for this pristine environment with clean water, clean air, and incredible scenic beauty. The industrialization of this valley would destroy the economy currently based on healthy farming, ranching, ecotourism, recreation, hunting, fishing and all related small businesses.

The North Fork Valley is in the heart of the West Elk Scenic Byway. The West Elk Wine trail relies on the undeveloped public land in and around our valley. The Garvin Mesa wine loop should be removed from oil and gas leasing. This is a popular tourist attraction which would lose value with drill rigs to look at. The roads in this area are steep and primitive. Increased truck traffic up and down the mesa would be dangerous and deter tourism to the many established wineries in the area. No surface occuancy should be allowed in this area to preserve the already established businesses and the viewscape. This includes Farmers Mine Road, Garvin Mesa Road, and 4175 Drive. #8])>

<([#3 [27.1] Stevens Gulch is a winter recreation retreat for this area. Many cross country skiers use the powerline road and Steven Gulch Road to get out on the snow and get some exercise in

the clean air. Its close proximity  town encourages winter recreation for snow shoeing  and snowmobiles  as well. Stevens Gulch Road should remain clear of Drilling  operations. #3])>

The North Fork Valley has the highest concentration of organic farms in the state. We are Colorado's farm-to-table capital. We provide  much of the fresh produce sold in farmers markets in Aspen, Telluride,  and everywhere in between. There are many established farms, orchards, ranches, and vineyards that would be tarnished with the presence of oil and gas drilling  around them. There are few places left in the country where organic farms are not within  8 miles of a gas well. Agritourism  relies on the character inherent in a place- clean air, clean water, and a clear viewscape. Agriculture  is the dominant  economy  in our valley and needs to be protected for our viable economic  future.

It is widely known by now that wastewater injection  wells can cause earthquakes when not done properly.  The seismic activity caused by deep injection  wells is of concern around  Paonia Reservoir because this dam is compromised and the road around the dam has frequent rockslides. If there were any movement around the reservoir and the dam were to break, the result would be a catastrophe. Not only  would it flood the valley but the resulting load of silt that has collected in the reservoir would  suffocate the rich farmland downstream and ruin the fertile soil for the foreseeable future. This would obviously  be an environmental  and economic  disaster and should  be carefully considered before any injection  wells are allowed in the area.

The evidence is compelling  that there are very real health concerns associated with the presence of drilling  in an area. Contaminants in the air and water do effect the people  near drilling  sites and compromise  their health. More reserch needs to be done in this area if only the oil and gas companies would comply. The 'proprietary' chemical mixes they use need to truly be analyzed for their health effects.

I would like to thank you for updating  the RMP and for safeguarding  all the resources in the North Fork Valley. Out of the millions  of acres that the BLM is entrusted to manage, the 0.7% of the BLM land that surrounds us deserves protection from industrialization.  I would ask you to implement  the North Fork Alternative Plan B1. This locally  driven proposal ensures protection for the Gunnison  watershed, protects farmers, and public  health. This plan provides  appropriate protection  for key resources, land uses, and the values we hold dear.

Sincerely,

Amber & Judd Kleinman

000207_MammoserL_20161026  Organization:  Laurence Mammoser
Received: 10/26/2016  12:00:00  AM
Commenter1: Laurence Mammoser - ,
Organization1:
Commenter Type: Individual
Classification:  Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail

Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000207_MammoserL_20161026.htm  (000207_MammoserL_20161026-381175.htm  Size = 1 KB)
Submission  Text
Date:10/26/2016

Commenter:Laurence  Mammoser

Organization:

Email:larrym7000@gmail.com

Address:

Phone:

Comment:
The use of Public Lands for recreational use MUST have the HIGHEST PRIORITY!!!

Once public  recreational use is lost, it is LOST FOREVER.

http://www.telluridenews.com/news/article_c848dfce-9b03-11e6-844d-0f7b73d8dcb1.html

Laurence Mammoser
The Pacific NW


000209_BaldwinS_20161020  Organization:  Susan Baldwin
Received: 10/20/2016  12:00:00  AM
Commenter1: Susan Baldwin - Placerville,  Colorado 81430 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000209_BaldwinS_20161020.htm  (000209_BaldwinS_20161020-381176.htm  Size = 1 KB)
Submission  Text
Date:10/20/2016

Commenter:Susan  Baldwin

Organization:

Email:susanskybaldwin@gmail.com

Address:PO Box 431, Placerville, CO 81430

Phone:

Comment:
Dear Field Manager and Staff:

I want to express my support for a final resource management plan that recognizes the value in protection of sensitive and ecologically important areas be they for wildlife, wild and scenic areas, recreation, or farming. More specifically that these areas would be off-limits to energy development.

I know you are requesting specific comments on specific areas but that would be like "sticking my finger in the dike when the dam is in question". I have been a local resident of Montrose county since 2004 and have just recently moved into San Miguel county. I live, recreate, farm, and work here because of the quality of life I am able to have due to the extensive public lands and available irrigation water. If these public lands are not protected for future generations of farmers, wildlife, and recreation it will be a travesty, because that is where the real value is.

Sincerely,

Susan M. Baldwin
P.O. Box 431
Placerville, CO 81430


000210_SteffensK_20161004 Organization: Kris Steffens
Received: 10/4/2016 12:00:00 AM
Commenter1: Kris Steffens - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000210_SteffensK_20161004.htm (000210_SteffensK_20161004-381177.htm
Size = 1 KB)
Submission Text
Date:10/4/2016

Commenter:Kris Steffens

Organization:

Email:ksteff@gojade.org

Address:

Phone:

Comment:
As an American citizen, voter and taxpayer.....I strongly object to your proposal to further restrict target practice on public lands. After reading through the documents and comments I find that your proposals –B and D, are well beyond the scope of your assumed management powers. I am 63 years old and I was raised hunting and target shooting on public lands and now my husband and I have raised 4 children and 9 grandchildren to respect and appreciate and utilize those same rights. It is nothing short of arbitrary on your part to assume any further rights to restrict than what has already been restricted under A and C.

Is it any wonder that there is a strong sentiment building in this year's election....as further evidenced by this proposed abuse of power on behalf of the Federal Government??

Kris Steffens

000211_HuntG_20161016  Organization:  Graeme Hunt
Received: 10/16/2016 12:00:00 AM
Commenter1: Graeme Hunt - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000211_HuntG_20161016.htm  (000211_HuntG_20161016-381178.htm  Size = 1 KB)
Submission Text
Date:10/16/2016

Commenter:Graeme Hunt

Organization:

Email:graemehunt90@gmail.com

BLM_0155519

Address:

Phone:

Comment:
Dear Sir or Ma'am,

Shooting is a very important sport for me and my family, it is something that we all love and that we can do together. It brings our family closer together and one of the rare hobbies that we ALL actually enjoy. We love to go camping and shoot together during our holidays. We do not have our own land that we can shoot on and that is why public land is so important to us and many other Americans who cannot afford to own land.

It is how we unplug from from our iPads and cell phones and actually do more bonding, something becoming rarer and rarer these days for my family and many American families, maybe even your own family. I know that there are many people like me who feel the same way.

Please reconsider your closing off of 70,000 acres of public lands for shooting. Please keep it open for your fellow Americans and their families who love to sport shoot.

Thank you,

Graeme Hunt

000213_PearsonM_20161025  Organization: Mark Pearson
Received: 10/25/2016 12:00:00 AM
Commenter1: Mark Pearson - Durango, Colorado 81301 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000213_PearsonM_20161025.htm (000213_PearsonM_20161025-381179.htm
Size = 12 KB)
Submission Text
Date:10/25/2016

Commenter:Mark Pearson

Organization:

Email:mpearson@frontier.net

Address:560 Clear View Road, Durango, CO 81301

Phone:

Comment:
Dear BLM,

I have writing to offer comments on the Uncompahgre Resource Management Plan. I have been visiting areas throughout the Uncompahgre Field Office for over 35 years.

I am pleased to see the RMP's focus on protecting some of the key landscapes in western Colorado, particularly those on either flank of the Uncompahgre Plateau and along the Dolores River Canyon. The undeveloped landscapes including and surrounding Roubideau Creek and Tabeguache Creek are among the most remarkable in Colorado, a fact that was recognized by Congress in 1993 when the two areas received legislative protection. I will offer comments focused on these and other specific geographies within the planning area.

One element I want to compliment BLM for is the identification of Ecological Emphasis Areas. This is a significant step in recognizing the importance of maintaining habitat connectivity across portions of the planning area currently undeveloped or with only scant evidence of human activity.

Roubideau Creek

Roubideae Creek is one of the longest wilderness watersheds in all of Colorado, extending 20 miles from the spruce-fir and aspen forests at the very top of the Uncompahgre Plateau clear down through to the greasewood desert near the Gunnison River. There is no other similar undeveloped and unfragmented watershed anywhere else on the Uncompahgre Plateau, though certainly some other canyon systems such as Dominguez are extaordinary in their own right. But Roubideau is truly one-of-a-kind, hence my sincere appreciation for BLM's recognition of this fact in its various plan components proposed to protect and enhance the watershed's wild nature. Specifically:

-<([#5 [20.1] I concur with the BLM's identification of the lands adjacent to Camel Back WSA as possessing wilderness character. These tributary canyons of Monitor Creek and Potter Creek are an inseparable component of the wilderness character of the larger Roubideau watershed #5])> .

<([#8 [39.1] -I am pleased to support BLM's recommendation as suibable for Wild and Scenic River designation of Roubideau Creek, Monitor Creek, and Potter Creek. As the RMP notes, these creeks possess outstandingly remarkable values in the form of riparian vegetation communities, recreation, wildlife, and cultural values. Roubideau Creek offers one of the most unusual recreation experiences in Colorado owing to it's extraordinary ecological transition from barren desert to lush montane forest, and its large, perennial flows amidst cottonwoods and willows. #8])> I first hiked Roubideau in 1984, and most recently returned in 2015 for an extended hike along the length of the canyon.

BLM_0155521

-The proposed Roubideau Corridors ACEC provides further confimation and administrative protection for the values identified along the stream corridors.

-BLM's application of its Ecological Emphasis Areas concept to the Roubideau/Monitor/Potter creeks region is an additional significant plan component. The Roubideau watershed is the perfect case example for the intended purpose of Ecological Emphasis Areas to preserve continuity of habitats, vegetation communities, and native wildlife. The NSA leasing determination that underlies the Ecological Emphasis Area is important to achieving this intended management outcome.

Tabeguache Creek

Tabeguache Creek is effectively Roubideau's partner on the western flank of the Uncompahgre Plateau. Although the legislative protected area does not extend quite as far as Roubideau in terms of ending at some distance from the San Miguel River, it is an equally remarkable undeveloped watershed. The BLM's component includes the exit of the creek through a narrow canyon of Wingate sandstone walls above towering ponderosa pines into a broader valley dominated by cottonwoods and willows. <([#1 [20.1] While the RMP proposes some additional management recognition and attention to the Tabeguache region, it is not nearly as complete or as protective as that proposed for Roubideau. Specifically:

-There is an expansive area analyzed for its wilderness character adjacent to Tabeguache, and proposed for identification in Alternative B. I encourage BLM to reconsider its decision not to manage these units (Lower Tabeguache and Chavano Creek) for maintaining their wilderness character.

-BLM's preferred management approach to the area surrounding Tabeguache is only to designate it as an Ecological Emphasis Area, apparently in lieu of managing for wilderness character. While this might be an appropriate alternative, it falls short in terms of protective management. The RMP proposes that the Tabeguache Ecological Emphasis Area be left available for surface disturbing oil and gas development, as contrasted with the strict NSO proposed for the Roubideau Ecological Emphasis Area. I strongly encourage BLM to institute NSO stipulations for the Tabeguache Ecological Emphasis Area in recognition of its wilderness character as well as to ensure protection of habitat continuity. #1])>

<([#6 [9.1] -The preferred plan also fails to designate the proposed Tabeguache ACEC, which is another reason to support stronger mineral leasing stipulations such as NSO in the alternative. #6])>
-<([#2 [39.1] The RMP's preferred alternative proposes a portion of Tabeguache Creek as suitable for designation under the Wild and Scenic Rivers Act. I heartedly agree that the few miles within the special management area qualify as a wild segment, but I would add recreation to the list of outstandingly remarkable values. The informal trail along the creek provides an uncommon opportunity to experience a lower elevation, undeveloped riparian corridor as it transitions from cottonwood/will ecosystem to a riparian forest with abundant, large ponderosa pines. BLM has previously characterized the primitive recreation opportunities along

BLM_0155522

Tabeguache Creek as outstanding in its original identification of the area as a WSA in 1980, and when recommending it for wilderness designation in its 1991 wilderness study report.

-I urge BLM to reconsider its determination not to recommend the lower segment of Tabeguache Creek as suitable for wild and scenic designation. This segment possesses outstanding remarkable cultural as well as vegetative values, and even with a minority of the stream segment in private ownership, BLM can still manage its majority share of the stream corridor to maintain the wild and scenic values. #2])>

Dolores River Canyon

The Dolores River Canyon is one of America's most remarkable scenic recreational wonders. The river carves a canyon of national park caliber, and if only there existed a reliable flow would be one of the two or three most popular wilderness recreation rivers in the West. BLM's proposed plan includes a number of important protective actions to ensure the scenic, ecological, and recreation values of the Dolores and key tributaries are enhanced and perpetuated. Specifically:

-<([#7 [39.1] I strongly support the recommendation as suitable for wild and scenic designation of various segments of the Dolores River and La Sal Creek. The Dolores River segments include the last portion within the WSA, and as well as the scenic canyon at the confluence with the San Miguel. These are indisputably spectacular segments with outstanding scenery and recreation values, as well as providing habitat for sensitive native fish species. #7])>
-La Sal Creek is a canyon I've had the pleasure to visit repeatedly since 1982. I've backpacked and hiked through the canyon, and have repeatedly stopped at the canyon's mouth on numerous float trips. La Sal Creek is a big, clear, perennial stream flowing from the La Sal Mountains into the Dolores, and is practically unique for that reason alone (only Roc Creek may offer a somewhat similar circumstance). The creek sustains a one-of-a-kind riparian woodland found nowhere else along the length of the Dolores or anywhere else in Colorado, according to the Colorado Natural Heritage Program. The canyon offers an inviting and lush destination for exploration, contains outstanding scenery, and at is confluence incorporates petroglyph panels and dinosaur tracks. La Sal Creek is the epitome of what the Wild and Scenic River Act was intended to protect.

-<([#3 [9.1] BLM has proposed La Sal Creek as an Ecological Emphasis Area, which is a useful first step. However, I urge the BLM to also designate the proposed La Sal Creek ACEC. An ACEC designation provides stronger protective management than that envisioned under the Ecological Emphasis Area. Particularly, all of the Ecological Emphasis Area and /or ACEC should be designatied NSO for oil and gas leasing. The proposed conditional surface use stipulations are inadequate to protect all of the values present. #3])>
-<([#4 [9.1] I would like to highlight Nyswonger Mesa as an area in need of increased management attention. The La Sal Creek ACEC would incorporate Nyswonger Mesa, another rationale for designating the ACEC. Nyswonger Mesa is an integral part of the Dolores River Canyon landscape, is inaccessible to motorized use, and is recovering from past uranium

BLM_0155523

exploration activities. It should be off-limits to new surface disturbing activities and should be designated NSO in the plan. I also encourage BLM to look more carefully at Nyswonger Mesa for its wilderness character adjacent to the existing proposed wilderness. #4])> Nyswonger Mesa provides an easy hike of a couple of miles from the Bedrock store, with outstanding views of the nearby La Sal Mountains, culminating in one of the most scenic overlooks of the Dolores River Canyon from a viewpoint high above the confluence of La Sal Creek.

-<([#9 [20.1] I am pleased to see BLM's recognition of Roc Creek's outstanding character through proposed management to protect its wilderness character. Roc Creek is one of those geographic circumstances where fragmented administration could easily result in its wild character being overlooked. But in this case, BLM and the Forest Service have separately recognized the wilderness character of this impressive, majestic deep canyon draining the east slope of the La Sals. The Forest Service has identified its upper section of Roc Creek as an Upper Tier Colorado Roadless Area, and adjacent BLM lands are managed as the Sewemup Mesa WSA by the Grand Junction Field Office, so it is fitting that the Uncompahgre Field Office identify its segment for compatible management to protect wilderness character. #9])>

San Miguel River

<([#11 [39.1] [9.1] The San Miguel River is uncommon in Colorado as one of the few substantial rivers without a major impoundment. The river has been the focus of extensive ongoing conservation efforts demonstrated by the Nature Conservancy's several preserves. I am pleased to support BLM's findings of various segments as suitable for designation under the Wild and Scenic Rivers Act. I also endorse BLM's proposed designation of the San Miguel River ACEC.
#11])>
On final comment related to wild and scenic rivers and protecting natural streamflows.<([#10 [37.1] I encourage BLM and the Colorado Water Conservation Board to continue to partner in identifying and protecting instream flow related values through additional appropriations of flows for fish, wildlife, vegetation, recreation, and scenic values.
#10])>
I appreciate the opportunity to comment and look forward to the final plan.

Sincerely yours,

Mark Pearson

000214_BrownS_20161011  Organization:  Sam Brown
Received: 10/11/2016  12:00:00  AM
Commenter1: Sam Brown - Paonia, Colorado  81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique

BLM_0155524

Form Letter Master:
Current Task: Done Assigned/Due: dprobison  12/14/2016  12:00:00  AM
Attachments: 000214_BrownS_20161011.htm  (000214_BrownS_20161011-388498.htm  Size = 3 KB)
UFORMP_000214_BrownS_20161011.pdf  (000214_BrownS_20161011-388499.pdf  Size = 100 KB)
Submission  Text
Date: October 11, 2016

Commenter:  Sam Brown

Organization:

Email:  intisolar@tds.net

Address: 41342  O Road, Paonia, CO 81428

Phone:

Comment:
Dear BLM,
Thank you for extending  the deadline  for this comment period.  I live in Delta County near Paonia and these are my general comments  for the Resource Management Plan.

I suggest that the BLM select the conservation alternative B-1 and the North Fork Alternative in planning  for the future of the North Fork Valley and the Region.  We have had decades of fluctuating  coal mining.  We are now reinventing  our economy after two coal mines  have closed and one is idle.  Our community  is basing our economy on agro-tourism,  organic farming  and orchards, wineries,  a Creative District, hunting,  hiking,  mountain biking, fishing,  and general tourism.

Leasing 90% of our public  lands in the Paonia, Hotchkiss, Crawford and Cedaredge area would cause massive industrial  development  and destroy our beautiful  natural environment.

I am very concerned about fracking that could pollute  our water, destroy large pieces of nature and destroy our beautiful  views. Many areas in the North Fork have low potential  for gas development  because we are on the edge of the gas field.  There are areas that should  NOT be drilled  and fracked because other resources are vitally  important  to our economy. Drilling  and fracking can pollute  our water and will  use huge amounts of water. Keeping  our wildlife  habitat undeveloped,  especially winter range and migratory  routes, is very important  in maintaining healthy wildlife  populations.  Drilling  in watersheds for municipalities  or for irrigation  would be a bad idea. Air pollution  from drilling  would be very bad for the quality  of our air. Drilling would only  bring a few jobs that would not last very long and put our economy back in the up and down cycle of fossil fuel development.

Some areas, such as the North Fork Valley,  should  not be drilled  and fracked because there are

other resources that are valuable to the economy. I am afraid drilling would ruin our economy in the long term for short term gain.

Please have the discipline and foresight not to plunder our environment and ruin our economy. Most people I know do not want gas development because it is inappropriate development that we don't want and it would ruin our economy for the long term.

Sincerely,

Sam Brown
41342 O Road
Paonia, CO 81428


000215_BrownS_20161011  Organization: Sam Brown
Received: 10/11/2016  12:00:00  AM
Commenter1: Sam Brown - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000215_BrownS_20161011.htm  (000215_BrownS_20161011-381180.htm  Size = 2 KB)
Submission Text
InitSolarTds ,intisolar@tds.net.
To: Blm Comment
Tuesday Oct 11, 2016 at 11:24 am

Dear BLM,
I live in Paonia and love all of the public lands in our area. I suggest that the BLM select the conservation alternative B-1 and the North Fork Alternative in planning for the future of the North Fork Valley and the Region. I am an avid outdoor enthusiast and use our public lands frequently for hiking, skiing, and mountain biking. I am a ceramic artist and make my living off of the tourist and teh local eocnomy. I have chosen specifically to live here because of the many public lands that surrond the area.
I want to make some specific comments on areas of BLM land that I use frequently.
I use the BLM sheep runway land above Paonia Reservior between the Koch ranch lands to access the Forest Service lands. This is a very scenic arewa that I walk and ski often throughout the year. This area has the most incredible views of the Ragged Mountains. I also use this area for hunting access to the Forest Service lands.
I use the Jumbo mountian area for hiking becasue it is close to Paonia and easy to access. It is an area that many people use for mountain bikinh recreation.
I use the Lone Cabin Road to bike and ski. It is close to Paonia and has great views of the valley.

It is one place clsoe to Paonia where there are a few nice camping spots that I use.

I frequently use the road to the North Rim of the Black Canyon National Park. I ski and bikek this road and would hate to see gas development on the access road to a National Park.

I frequently hike into the adobe area outside of Delta. It is a very stake and beautiful landscape that has unique opportunities for solitude.

In conclusion, I choose to live here. I could live in other places and sell my potery, even make more money, but I choose to lvie here among these beautiful, unspoiled public lands. my main investmetn is our property, as is true of many people who live here. I am afraid that the destructive characteristics of oil and gas development would decrese property values so much that it would plunder that investment and ruin everythign we have built.

Sincerely,

Sam Brown
41342 O Road
Paonia, CO 81428


000216_GibbG_20161026  Organization:
Received: 10/26/2016 12:00:00 AM
Commenter1: - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 000216_GibbG_20161026.htm  (000216_GibbG_20161026-388581.htm  Size = 4 KB)
Submission Text
10/26/2016 DEPARTMENT OF THE INTERIOR Mail - RMP/EIS Uncompahgre Field Office
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=15801af6ac62fb4d&siml=1... 1/2
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
RMP/EIS Uncompahgre Field Office
1 message
Greta Gibb <gretgibb@gmail.com> Wed, Oct 26, 2016 at 9:50 AM
To: uformp@blm.gov
Greta Gibb
P.O. Box 484
Paonia, CO 81428

BLM Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

October 10, 2016

Dear BLM,

Thank you for giving the public the opportunity to respond to your draft RMP. The following are my comments regarding the Draft RMP and EIS for the Uncompahgre Field Office. I am writing in support of the inclusion of North Fork Alternative Plan B+1 into the final RMP.

You have proposed to lease 90--95% of the North Fork's public lands to oil and gas. This is too much and does not adequately take into consideration many of the interests the BLM needs to oversee and protect. In particular, I am concerned about wildlife habitat, view sheds and water.

<([#1 [14.1.1] Regarding the wildlife, if a high percentage of leasing occurs the wildlife migration patterns will be fragmented. It is my understanding that mule deer populations are declining. Several research articles indicate that this is due to an increase in development, especially from the oil and gas industry. In addition, many other species will suffer. It will affect hunting and wildlife viewing as well. The BLM also needs to consider wildlife, not just oil and gas. Wells, pads, ponds, pipe and roads will fragment the habitat. #1])> Please consider this issue carefully.

As a farmer, I am especially concerned about the water. Little consideration was made about the water. What will happen if we have a prolonged drought. In addition, the likelihood of water contamination is high. The oil and gas industry will suffer no significant consequences, however, the valley's farmers and ranchers will struggle to keep their crops and livestock alive.

<([#2 [2] Our valley is one of the most scenic, beautiful and fertile areas in all of the state. Driving up Highway 133 this last month there were countless people pulled over taking photos. In addition, there were many others just taking a drive to enjoy the stunning beauty. Oil and gas wells scarring the landscape will destroy the breathtaking scenery for everyone. #2])>

It is my hope that you will include the North Fork Alternative Plan B+1 in the final RMP.

Thank you.

Greta Gibb

000217_RubanowM_20161026  Organization: Morgan Rubanow
Received: 10/26/2016 12:00:00 AM
Commenter1: Morgan Rubanow - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali

Attachments: 000217_RubanowM_20161026.htm  (000217_RubanowM_20161026-381181.htm
Size = 7 KB)
Submission Text
Morgan R morgan.rubanow@gmail.com
Wed, Oct 26, 2016 at 3:12 PM
To: uformp@blm.gov
Cc: info@theconservationcenter.org

Hello,
My name is Morgan and I am a current resident of Paonia, Colorado. I have been actively
educating myself on the BLM RMP for our area and I would like to provide some detailed
comments to the BLM office on areas I would like to see improvement (see attached document).
I am in support of the B1 Alternative and would also like to the BLM to consider my additional
comments on the draft plan. Please let me know if you have any issues opening the attached
document. Thank you for you time and for allowing me to participate in the public comment
period on this document,
Morgan Rubanow
MRubanowBLMRMPcomments.pdf  124K


BLM Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401
Re: Draft Resource Management Plan for the Uncompahgre Field Office
To Whom It May Concern,
Thank you for the opportunity to comment on the BLM UFO RMP. I am a resident of Paonia,
Colorado and have recently moved here within the last year from New York. Since moving here
and exploring the landscape, I can truly say that I am impressed by the abundance and variety of
wildlife in this area of Colorado as well as the expansiveness of the public lands monitored by
your office. Part of the reason I am happy that I moved to this area of Western Colorado rather
than the Front Range is due to the easy access of public lands and the natural beauty with
uninterrupted viewshed due to the area's lack of industrial infrastructure. I am writing this
comment today because I am concerned with the proposed protection via the UFO RMP draft,
speaking both as a resident of this area and a conservation scientist (I have a B.S. in Biology and
a Masters in Conservation Science).

As a citizen of the North Fork Valley and a resident of Paonia, I have educated myself on the
matter of the BLM UFO RMP draft and I support the North Fork Alternative, known as B1. I
would like alternative B1 to be considered in the final plan; it is the best alternative to protect our
valuable water resources and wildlife that are vital to our agricultural and recreational economy.
I also agree with Appendix D in terms of the importance of connectivity between the wilderness
areas and I would like the BLM to provide such connectivity as much as possible. <([#1 [15.3]
One concern with the proposed draft (Alternative D) involves the lack of protection for the
Gunnison sage-grouse. First, I would like to ask what scientific research was used to decide the
0.6 mile radius buffer from Gunnison sage-grouse (Centrocercus minimus) leks as an adequate
distance to prevent surface disturbance/exploration (i.e. page 2-103)? Based on the best scientific

BLM_0155529

evidence, it is suggested that the distance necessary between surface disturbance/exploration and an active lek is 4 miles and I ask that the BLM increases this radius from 0.6 miles to 4 miles and to further protect this species by making this area no surface occupancy. This is a standard that was proposed by scientists for the Greater sage-grouse (Centrocercus urophasianus), a very similar species of grouse, during the revamping of the 'Greater sage-grouse federal management plan'. I suggest this for a few reasons; first, females nest within 4 miles of the lek, therefore, the 0.6 mile distance will not provide adequate protection for nesting females (ref: Mark Salvo-Defenders of Wildlife at the Society of Conservation Biology 2016 North American Congress Conference in Madison, WI and Holloran et al. 2005).

Holloran, M., Heath, B., Lyon, A., Slater, S., Kuipers, J., and Anderson, S. 2005. Greater sagegrouse nesting habitat selection and success in Wyoming. The Journal of Wildlife Management. Vol 60:2. Pp 628-649.

Additionally, there is high mortality of sage-grouse chicks (ref: Mark Salvo 2016), so a 4 mile buffer area would benefit this vulnerable species immensely. Lastly, surface disturbances increases the chance of cheatgrass (Bromus tectorum) and weeds to invade the area. This invasion can change the fire regime of the area and outcompete native plants, both of which would affect the sage-grouse negatively (ref: Mark Salvo 2016 and Miller et al. 2011). With climate change, the impact of fire and cheatgrass will increase, so the BLM needs to plan for the unavoidable changes we know that we will see in the future.

Miller, R., Knick, S., Pyke, D., Meinke, C., Hanser, S., Wisdom, M., and Hild, A. 2011. Characteristics of sagebrush habitats and limitations to long-term conseravation In Knick, S.,Connelly, J., eds., Greater Sage-Grouse: Ecology and Conservation of a Landscape Species and Its Habitats, Studies in Avian Biology No. 38: Berkeley, CA, Univ. of California Press, p.145-184.

#1])>

<([#2 [27.1] I would also like the BLM to designate all BLM lands on and surrounding Jumbo Mountain as a Special Recreation Management Area. I personally live at the top of Pan American Avenue in Paonia by the base of the mountain and believe that this area needs to be fully protected to secure the entire viewshed and its use as a recreational area. I can attest that this area is used by a large number of recreational users from bike enthusiasts, hikers, dog walkers, runners, and horseback riders based on my location to the 'trail head' that everyone uses. Additionally, I use these trails nearly every day of the week and want to ensure this area is properly protected so I can continue to enjoy 'my backyard'. This area needs to be set aside for recreational use rather than industrial activity such as oil and gas and I would like to see all oil and gas leases removed from land on and surrounding Jumbo. It is an important area that draws in economic benefits to the town as out-of-towners visit our area to hike or bike and providesspectacular views that make Paonia unique to other nearby towns. It would also prevent possible contamination issues of irrigation water and surrounding lands.

#2])>

<([#3 [32.1] Lastly, I would like the BLM to manage Jumbo Mountain for multiple uses to ensure user and resident safety and I ask that the BLM please perform future travel management planning for motorized and non-motorized uses. The BLM should keep in mind that these trails are in a residential area and that the concerns of the residents should be listened to.

#3])>

In closing, the conservation protections in Alternative B1 should be included in the final plan as

well as the above changes for the benefit of sage-grouse and Jumbo Mountain. Thank you again for accepting my comments for the RMP process. The outcome is important to me since it affects my home and community for years to come.
Sincerely,
Morgan Rubanow

References:

Holloran, M., Heath, B., Lyon, A., Slater, S., Kuipers, J., and Anderson, S. 2005. Greater sagegrouse nesting habitat selection and success in Wyoming. The Journal of Wildlife Management. Vol 60:2. Pp 628-649.

Miller, R., Knick, S., Pyke, D., Meinke, C., Hanser, S., Wisdom, M., and Hild, A. 2011. Characteristics of sagebrush habitats and limitations to long-term conseravation In Knick, S.,Connelly, J., eds., Greater Sage-Grouse: Ecology and Conservation of a Landscape Species and Its Habitats, Studies in Avian Biology No. 38: Berkeley, CA, Univ. of California Press, p.145-184.

000218_RecceS_20160929  Organization: National Rifle Association, Susan Recce
Received: 9/29/2016 12:00:00 AM
Commenter1: Susan Recce - ,
Organization1:National Rifle Association
Commenter Type: Organization (nonprofit/citizens group)
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000218_RecceS_20160929.htm (000218_RecceS_20160929-381916.htm Size = 13 KB)
Submission Text
Recce, Susan
SRecce@nrahq.org

Please find attached a letter of comments on the draft management plan for lands in southwest Colorado managed by the Uncompahgre Field Office. I would very much appreciate a reply to let me know that the letter has been received.
Thanks,
Susan Recce,

Chair
Federal Lands Hunting and Shooting Sports Roundtable

Director
Conservation, Wildlife and Natural Resources
National Rifle Association

BLM_0155531

Fairfax, VA

COMMENTS ON MANAGEMENT PLAN FOR PUBLIC LANDS IN SOUTHWEST COLORADO
September 29, 2016

Bureau of Land Management
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401

Dear Bureau of Land Management (BLM):

The undersigned organizations are signatories, along with the BLM, to the Federal Lands Hunting, Fishing, and Shooting Sports Roundtable Memorandum of Understanding (MOU). We share a long- standing and vested interest in access and opportunities on federal public lands for people to enjoy hunting and recreational shooting. We appreciate the opportunity to comment on the draft resource management plan (DRMP) for 675,800 acres of public land in southwest Colorado.

Because the DRMP does not appear to affect hunting opportunities on or access to the planning area, our comments focus on the effects on recreational shooting of the DRMP's four management alternatives. Alternatives A and C would maintain closure to recreational shooting of 340 acres around developed recreation sites. We support the rationale for the continued closure of developed recreation sites to recreational shooting for the purposes in the DRMP of public safety and protection of facilities from potential damage.

<([#1 [27.1] Alterative B would close nearly 250,000 acres or 37% of the planning area to recreational shooting. We oppose this alternative as being excessive in meeting the BLM's multiple use mandates under the Federal Land Policy and Management Act. While this Alternative would close certain ACECs and SRMAs to recreational shooting, as does Alternative D (the BLM's preferred alternative), it would also close lands in Wilderness Study Areas and lands managed to protect wilderness characteristics. Since the Wilderness Act does not prohibit recreational shooting or hunting, there is no basis for the BLM to preemptively close lands to recreational shooting that are designated as wilderness or are protected for the future possibility of being designated as wilderness, any more than there is a basis to close these lands to hunting.

Recommendation: Remove any and all references to recreational shooting closure proposals that are inconsistent with existing BLM regulations (43 CFR Sec. 8365).
#1])>
<([#2 [16.3] [27.1] Alternative B would also close lands to recreational shooting where there are prairie dog colonies that have burrowing owls. No supporting data is provided to justify such closures as necessary for the protection of burrowing owls. Closing lands to public activities that have been a historic use requires supporting data to make the case for the loss of public access. That case is not made in the DRMP for Alternative B.

BLM_0155532

Recommendation: In areas where prairie dog colonies and burrowing owl populations are present as noted in Alternative B, provide analysis and or evidence of existing or predicted impacts to species populations as a result of the presence of recreational shooting prior to restricting the activity. #2])>

<([#3 [27.3] Alternative D proposes to close 49,370 acres to recreational shooting. It would maintain closure of lands around recreational facilities and, like Alternative B, it would close certain ACECs and SRMAs to recreational shooting. The DRMP explains that the ACEC and SRMA closures are designed to "increase the quality of other recreation opportunities", or provide for "quiet trail or water-based activities," or for those "users seeking opportunities for primitive and unconfined recreation." We appreciate the need to provide well-balanced opportunities for a variety of recreation experiences; however, it is impossible to determine if the BLM will achieve the appropriate balance without data on the impacts, individual and cumulative, that these closures will have on shooters who are the only group of recreationists facing the entire loss of access under Alternative D and Alternative B that is currently open to them. All the DRMP states is that "prohibiting target shooting in certain areas would reduce opportunities for this activity." To understand the true impact, one needs to know how many shooters will likely be affected, where the alternative locations to recreate are that have similar or better access, and what the effect will be on crowding and safety of driving displaced recreationists to areas used by other shooters.

For example, a person who recreationally shoots in the North Delta SRMA contacted a member of the Roundtable to say that the area would be well suited for target shooting and does not understand why it is proposed for closure. Under Alternative D on page 2-415 it is called the North Delta OHV area, implying that it will be closed to recreational shooting to accommodate off-highway vehicle (OHV) use. He explains that the area is remote and virtually unused except for target shooting and some OHV use. We share his concern because the DRMP does not lend understanding as to why both activities could not be accommodated if the recreational use is sparse and demand for places to shoot is expected to increase (as described below).

Recommendation: Under Alternative D on page 2-415, the BLM should provide further analysis and explanation regarding the inability of the North Delta OHV area to accommodate recreational shooting. Such analysis should provide the public with a description of how the area is currently used and an explanation as to the types of user conflicts that have been observed and what is predicted in the future. The analysis should also include the number and types of recreational users who would be impacted by the restrictions proposed in Alternative D. #3])>

<([#4 [27.3] [27.1] [27.2] The DRMP notes on page 3-178 that requests for dispersed shooting areas are expected to increase and with that, concerns from adjacent landowners are also expected to increase. However, nothing in the DRMP indicates how the BLM will address the expected increase in recreational shooting and resolve anticipated conflicts with landowners. Neither does the DRMP address how the ability of the BLM to respond to the expected shooting demand will be affected by closing additional public lands as proposed in Alternatives B and D.

On page 3-176, the DRMP states that there are no designated target shooting areas within the planning area, and that the "planning area has several unofficial shooting areas in old borrow

pits, gravel pits and other disturbed areas where there is a history of such use." These popular shooting sites are not identified in the DRMP as being within or outside the areas being proposed for closure in Alternatives B and D.

Recommendation: Identify existing "unofficial shooting areas in old borrow pits, gravel pits and other disturbed areas where there is a history of such use" in the DRMP and provide further explanation as to how these individual areas would be impacted by the various alternatives proposed in the DRMP.
#4])>
<([#5 [27.1] On page 4-311, under Alternative C, the DRMP states that "Designated target shooting areas and ranges would be allowed, which could increase recreational opportunities by providing managed, accessible and designated areas for shooting." A similar statement appears on page 4-316 under Alternative D. We question whether these are valid statements in light of BLM's established policy of not allowing ranges to be built on public lands, including the addition of small improvements such as berms and target holders, as well as a separate policy that terminated the leasing of public lands for range development.

With rare exception, the BLM has steadfastly refused to identify or designate areas for recreational shooting, even if such designations would reduce user conflicts and increase public safety. The "disturbed areas" that the DRMP speaks of seem ideal sites to study for their potential to accommodate more concentrated recreational use as shooting participation increases, as well as their potential to mitigate the proposed closures, reduce user conflicts and positively respond to adjacent homeowner concerns. But we question whether this is a realistic expectation that the DRMP offers the public, when it appears to be diametrically opposed to agency policy.

Needless to say, we would very much support a reversal of these policies which would allow field offices such as the Uncompahgre to pursue these options in a quest to enhance recreational opportunities for all visitors, and to be proactive in addressing the projected increase of those who are looking to these public lands for recreational shooting opportunities. The DRMP would have provided the ideal opportunity to address proactive management of recreational shooting especially if, as noted, pressure for more places to shoot is likely to increase. At the very least, the closures proposed in both Alternatives B and D would exacerbate a set of condition that the BLM has described for the future, a future that the DRMP is supposed to address throughout the next 15 years. Therefore, we strongly encourage the BLM to incorporate the following recommendation.

Recommendation: Incorporate language in the final RMP that would allow the BLM to determine the feasibility of establishing "unofficial shooting areas" (noted above) as managed or unmanaged designated target shooting areas and/or ranges as an implementation level activity. In addition, retain language in the final RMP stating that "designated target shooting areas and ranges would be allowed, which could increase recreational opportunities by providing managed, accessible and designated areas for shooting."
#5])>
<([#6 [5.2] On page 5.2.7 of the DRMP, it states that:

Staff from BLM UFO met with representatives of the local Rod and Gun Club and other

interested firearm shooters on March 13 and April 10, 2013. The purpose of the meeting was to discuss potential management alternatives in the RMP, including areas with limits on or closure to target shooting. As a result of the meetings, the alternatives were further developed and refined. The attendees of the meetings indicated that they are generally agreeable with the actions that are carried forward in the preferred alternative.

Upon inquiring about those two meetings, we were provided with a list of the attendees. The only participants representing recreational shooting interests appeared to be representatives of the local rod and gun club; the other participants were largely representing OHV interests. For such important meetings, it is unfortunate that the private organizations that are signatory to the MOU were not contacted at the time and asked to assist in inviting recreational shooters to participate, especially those shooters who are not affiliated with a gun club and may have no other place to shoot than in this planning area. It would appear that recreational shooting interests were very much underrepresented at the meetings. Further, we question whether those attending who represented recreational shooting interests agreed with BLM's preferred alternative, Alternative D. We were advised by one of the participants that support was not given for Alternative D, but that it was believed the alteratnive was a fait accompli.
#6])>
In summary, we appreciate the fact that additional public lands beyond the closures to recreational shooting as embodied in Alternatives A and C may need to be made in order to provide for a variety of recreational experiences and for the protection of particularly sensitive natural and cultural resources. As noted above, we oppose Alterative B as being excessive in its closures to recreational shooting, as well as for other recreational users who also depend on motorized and mechanized access to these public lands. We also believe that Alternative D does not present a solid case for the closures of the areas identified that would result in nearly 50,000 acres being closed to recreational shooting, particularly in light of the fact that recreational shooting demand is expected to increase. And, importantly, the BLM's mitigation for the closures in light of increased demand is to designate shooting areas and allow ranges, both of which are against BLM's policies that exist today.

Thank you for the opportunity to comment on the DRMP.

Sincerely,
Boone and Crockett Club
Congressional Sportsmen's Foundation
National Rifle Association
National Shooting Sports Foundation
Safari Club International


000219_AndersonK_20160930  Organization: Kevin Anderson
Received: 9/30/2016 12:00:00 AM
Commenter1: Kevin Anderson - Montrose, Colorado 81401 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique

BLM_0155535

Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000219_AndersonK_20160930.htm  (000219_AndersonK_20160930-381917.htm
Size = 3 KB)
Submission Text
Kevin Anderson
kevin@grandmesamoto.com
Hello BLM,
Please accept my comments for your Draft RMP/EIS 2016. Thank you.
Kevin Anderson
2535 Iris Court
Montrose, CO 81401

09/29/2016

Hello BLM,

Appreciate the opportunity to comment on your Uncompahgre Draft RMP/EIS.

<([#1 [5] First, as you know your Draft is massive. Most likely took a few years to prepare. My
opportunity to comment being extended is appreciated. The document is like three metropolitan
phone books and deceive the reader. I was looking at the maps in the index portion, then
referencing the map on the next page only to have Alternative B. Not A, C, and D. I'm not sure if
this was on purpose, however deceiving. This document is more than most individuals could
comprehend. #1])>

<([#3 [30.3] One of my largest concerns is the adverse effect of our local economy. Multiple use
of public lands has long been Delta County's cornerstone. In the last three years Delta County
has lost over 1000 coal mining jobs alone! That equates 31,000 lost jobs if this was in the Denver
area. This forces me to believe the economic outcome portion of the Draft is flawed #3])> .

Delta County has been working with broadband initiatives, promoting recreation, and inviting
other businesses to come to our area. I don't think the oppression of public lands is the answer to
help create a better economy.

<([#2 [32.1] That said, Delta has the largest open OHV use area left in Colorado. "North Delta
Adobes" This area has historical motorized use. The Draft notes. "In the past, visitors drove
jeeps, trucks and motorcycles. Today the BLM has seen an increase in use of OHV's of all types
and sizes." The Draft goes on to say these vehicles have contributed to the widening, deepening,
braiding and eroding of some existing routes and increasing the number of hill climb, play and
camping areas. The OHV increased use must be ATV and Side by Sides? These vehicles are
limited by design. Four wheels do not climb steep adobes without rolling.

I would like to see the North Delta Adobes retain their historical use and be left as an open OHV

area. This would be a good attribute for Delta's economy in the future. The OHV community has lost over 75 percent of their trails and riding opportunities over the past twenty years. Delta is the center of other commonly visited OHV areas. The passing of House Bill16-1030 will give municipalities the jurisdiction to allow OHV's on their roads to access recreation areas. This could allow access from Delta to public lands without having to trailer. This should also help boost tourism dollars in town at gas stations, restaurants, motels, and campgrounds.

Another concern, the Draft does not have route by route designations. I was told that would come after the gavel drops on the Draft RMP/EIS. I'm concerned the OHV community and public land access will lose again on the next round!
#2])>
Thank you for considering my comment.
Sincerely,
Kevin Anderson.
2535 Iris Court
Montrose, CO 81401


000220_EdsonM_SimmonsJ_20161010  Organization: Michael Edson
Received: 10/10/2016 12:00:00 AM
Commenter1: Michael Edson - Paonia, Colorado 81428
Organization1:
Commenter2: Jan Simmons - Paonia, Colorado 81428
Organization2:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000220_EdsonM_SimmonsJ_20161010.htm
(000220_EdsonM_SimmonsJ_20161010-381918.htm  Size = 8 KB)
Submission Text
michael.edson.mail@gmail.com

Please accept our comments on the Draft UFO RMP. The text is below and also attached as a pdf document.

10 October 2016

Michael Edson
Jan P. Simmons
13331 4100 Road
Paonia, CO 81428

BLM-UFO Staff and RMP Comment Team,

We have lived in Colorado for almost forty years. We chose to retire to the beautiful North Fork Valley nine years ago because of its blend of quiet rural setting, friendly people, organic farms and orchards, scenery, and access to the outdoors. The variety and talent of the people who live here are remarkable, including nationally-acclaimed writers, fashion designers, artists and musicians. The valley supports vineyards, lavender farms, organic fruit and vegetable orchards, specialty beef and sheep ranches, plus goat milk and cheese producers supplying restaurants and food stores in Aspen, Telluride and the Front Range. There are over 58 farmers, orchardists, ranchers, agricultural businesses and winemakers in the North Fork Valley - all of whom depend on good, clean water, air and soil.

We thank the Bureau of Land Management (BLM) Uncompahgre Field Office for including the North Fork Alternative B1 in the draft Resource Management Plan (RMP). We respectfully request that the BLM adopt the North Fork Alternative Plan into the final Resource Management Plan for public lands and federal minerals in the North Fork Valley. This plan was a community-driven effort that provides a management framework for oil and gas leasing and development that is highly protective of the North Fork Valley's many important features and resources including a thriving agricultural economy, scenic vistas, and healthy populations of wildlife and game. The BLM must adopt management that protects these resources which make the North Fork Valley such a special place. Inappropriate development over the next twenty years has great potential to cause air and water pollution, which would significantly degrade valley residents' high quality of life.

<([#1 30.3] 'Non-labor' sources make up over 46% of the income of Delta County according to the U.S. Department of Commerce and Bureau of Economic Analysis released in 2012. Dividends, retirement benefits, interest, and transfer payments are examples of non-labor income. So retirees like us make up a major part of the economy of Delta County, and particularly of the North Fork Valley. Realtors in the North Fork Valley have made it clear in published articles that the perception of potential oil and gas development in the valley reduces property values and makes prospective home buyers hesitant to invest here. The North Fork Alternative Plan B1 outlines a reasonable development plan that would reassure current owners that their home will maintain its value, encourage investment in the area by new potential property buyers, and maintain a major source of income for our area. #1])>
<([#5 37.1] We are members of the South Lamborn Mesa Water Association (SLMWA). The SLMWA purchases water from the Town of Paonia. The Town of Paonia gets its water from 38 springs around the base of Mount Lamborn. The North Fork Alternative B1 stipulates a buffer of oil and gas surface activities within a half of a mile from all source water supplies. We ask that, in order to protect the quality and quantity of our domestic water, the final UFO RMP include all buffers and oil and gas restriction recommendations in the Town of Paonia's Source Water Protection Plan and North Fork Alternative Plan B1. #5])>
<([#2 30.3] [37.1] Agricultural irrigation water is a major concern in the North Fork Valley. Irrigation water is used for livestock, and by farms and orchards that are highly regarded throughout the state for providing high quality products. Many of these farms and orchards are certified organic and any contamination would jeopardize this certification. The North Fork

Valley's economic diversity relies upon the ranching and agricultural industry. Unforeseen contamination could significantly impact the land and subsequently the industries that are so vital to the economic stability of this area. Mineral leasing and severance tax funds will not compensate for the loss of agricultural endeavors and its attributed labor force. The North Fork Alternative B1 would ensure that all agricultural irrigation waters would be protected through the buffer that is stipulated in the the plan.
#2])>
<([#3 [14.1.1] Roeer State Wildlife Area, which is designated as a critical habitat area by the Division of Wildlife, is not far from our property. Deer from this area graze through our pasture in winter. Roeber SWA and any proposed areas open for leasing in the final RMP that are on or near critical wildlife habitat, should be protected from potential negative impacts from oil and gas development. This particular area is a calving area for elk and is closed in the winter, any human disturbance could affect the wildlife calving or migration. #3])>

<([#6 [35.1] Mount Lamborn and Landsend Peak are icons in the North Fork Valley. They dominate the valley and are seen as you drive up highways 92 and 133 from Delta. Mt. Lamborn is commonly in the background of photos that realtors use to sell homes and property in the valley. Houses around the valley, including ours, are situated to emphasize views of these peaks. We have a clear view of BLM property at the base of Mount Lamborn from our living room windows. The land tilts down from Mt Lamborn such that drilling operations would be highly visible throughout the valley even as far away as Hotchkiss. One area which is potentially leasable in Alternates C and D is less than a mile from our house. Our home value would certainly decline if the view is of prominent drilling rigs rather than the current natural oak, pinyon and juniper vegetation. We therefore support Alternative B1 which does not include this area for oil and gas leasing. #6])>

<([#4 [27.1] [14.1.1] We enjoy hiking, snowshoeing and skiing with our friends and out-of-town visitors in Jumbo Mountain and Lone Cabin areas near Paonia. We strongly encourage the BLM to protect the landscape level recreational opportunities of these places, plus Elephant Hill, McDonald Creek, and "C" Hill, by designating these areas as Special Recreation Management Areas (SRMA) and manage them as such. The economic growth surrounding recreation activities in our valley is substantial, and is valuable to the community as it supports multiple businesses that provide lodging, food, services and goods to the growing numbers of people that are visiting this area in order to access the beautiful trails and wilderness around the North Fork Valley. The current management regime with Jumbo Mountain is not sustainable. In order to ensure that trails are well maintained and that the area is managed correctly for decades to come, we urge the BLM to designate and manage the full BLM Jumbo Mountain unit as an SRMA and provide for motorized and non-motorized uses. The final plan should also include an Ecological Emphasis Area to protect critical winter mule deer and elk habitat.
#4])>
Again, we appreciate the inclusion of the North Fork Alternative B1 as part of the draft RMP. This locally-driven proposal ensures protection of the entire Gunnison Watershed, supports farmers, protects public health, sustains ecological well-being and allows for continued building of a sustainable rural economy. We request that the BLM adopt the North Fork Alternative B1 in the final RMP.

Sincerely,
Michael Edson
Jan P Simmons

000222_RazianoR_20161026_COPMOBA  Organization: Colorado Plateau Mountain Bike Trail
Association, Renata Raziano
Received: 10/26/2016 12:00:00 AM
Commenter1: Renata Raziano - ,
Organization1:Colorado Plateau Mountain Bike Trail Association
Commenter Type: Organization (nonprofit/citizens group)
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000222_RazianoR_20161026_COPMOBA.htm
(000222_RazianoR_20161026_COPMOBA-381919.htm  Size = 5 KB)
Submission Text
Renata Raziano
renata.raziano@gmail.com

Hello-
Attached are the comments on the UFO RMP from the Uncompahgre Chapter of COPMOBA.
Thank you-
Renata Raziano
COPMOBA Board member
Uncompahgre Chapter Chair
P.O. Box 4602
Grand Junction, CO 81502

October 26, 2016

To Whom it May Concern:

I am writing on behalf of the Uncompahgre Chapter of the Colorado Plateau Mountain Bike
Trail Association to comment on the proposed Uncompahgre Field Office Resource
Management Plan. Nonmotorized recreation is currently underrepresented in the BLM lands
surrounding Montrose, and we support the designation of more nonmotorized SRMAs to
prioritize the development of more nonmotorized trail systems.

1. <([#1 [27.1] Kinikin Hills ERMA: we would prefer that the Kinikin Hills parcel be designated
an SRMA and RMZ2 be designated for nonmotorized trail development. It has terrain that is
suitable for mountain bike trails and a multi-loop system here would provide trails for all levels
of riders. It is particularly valuable given its quick access from the town of Montrose as well as
from Highway 550. Ideally, a nonmotorized trail system here could be accessed from a trailhead

off of Uncompahgre Road. With a long riding season, easy access from town and a major highway, a nonmotorized trail system here would serve Montrose residents and visitors alike. #1])> 2. <([#2 [27.1] In the proposed Dry Creek SRMA we support the preferred alternative D for RMZ4 (Linscott Canyon/Hwy 90) which designates it as an area for priority development of nonmotorized singletrack. A trailhead with substantial parking, restrooms and camping is currently being proposed by Montrose County as part of the Rim Rocker Trail project. In addition to serving OHVs setting out on the Rim Rocker trail, the trailhead facilities will provide a staging area for mountain bike races and events. A ~10 mile trail system with a long loop suitable for racing will provide a unique venue for mountain bike events that currently does not exist in Montrose, Delta or Ouray County. Mountain bike races and events held at this site would provide an economic benefit to Montrose County and bring visitors from Colorado and surrounding states. A race venue here would also benefit the local high school mountain bike race team and could host state-wide high school races that would bring racers and their families to Montrose for several days. #2])>

3. <([#3 [32.1] In the Spring Creek SRMA we would prefer that RMZ3 include nonmotorized singletrack as an additional focus. Nonmotorized trail development in this parcel could connect the Buzzard Gulch trail system with the newly constructed Spring Canyon Connectors and Spring Canyon trail. This would create a challenging, completely nonmotorized, loop ride for more adventurous riders. Currently, mountain bikers most frequently access the trails in Spring Canyon by driving or riding on Dave Wood Road; replacing road use with a singletrack trail would greatly enhance the experience for nonmotorized users. #3])> 4. <([#4 [27.1] [32.1] Also in the Spring Creek SRMA, we support the designation of the Buzzard Gulch trail system as a nonmotorized RMZ (RMZ1 Alternative D). The current Buzzard Gulch provides beginner and intermediate mountain bikers, hikers and equestrians with a quality singletrack experience close to town. Further development of the trail system with a small loop suitable for young children with parents and a more challenging trail for advanced riders would provide riding for all ability levels and families.

#4])> 5. <([#5 [20.1] Finally, we are concerned that the Lands with Wilderness Characteristics designation in Dry Creek includes the Coyote Ridge and Coyote Cutoff trails. In the preferred Alternative D, these trails would no longer be open to mountain bikes. These trails are valuable to the mountain bike community and should stay open to mechanized use. They are two of the trails in the Dry Creek area that are most enjoyable for mountain bikers due to their grades and trail design. They provide a challenge to intermediate and advanced riders and allow them to create longer rides in the Dry Creek area. #5])>

Despite a plethora of public land, favorable terrain and mild climate, Montrose has so far been unable to reap the economic rewards of nonmotorized recreation. An historic focus on primarily motorized trails has left Montrose off the map as a destination for quiet trail users, and has left its citizens with few options for peaceful human-powered recreation. Designation of the above SRMAs by the BLM would prioritize nonmotorized trail development and greatly benefit the Montrose area.


Sincerely,
Renata Raziano
COPMOBA Board Member

Uncompahgre Chapter Chairperson

000223_CoteC_20161025  Organization: Carla Cote
Received: 10/25/2016 12:00:00 AM
Commenter1: Carla Cote - Ketchum, Idaho 83340 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Form Letter
Form Letter Master: Form Letter J
Current Task: Done Assigned/Due: zghali
Attachments: 000223_CoteC_20161025.htm (000223_CoteC_20161025-381920.htm  Size = 13 KB)
Submission Text
Attached letter to Dana Wilson for your consideration.
Thank you,
Carla Cote

To: Dana Wilson, Acting Uncompahgre Field Manager

Thank you for the opportunity to comment on the Uncompahgre Field Office's draft Resource Management Plan (draft RMP).

The RMP currently in effect was approved at least 26 years ago (1989/scoping began in 1983) and it in no way accounts for the socioeconomic benefits being derived from the agricultural operations that now exist in the North Fork Valley. Unfortunately, this draft RMP is no better. It contains only cursory acknowledgement of the existence of this valley within the Uncompahgre Field Office planning area and has not adequately or appropriately described what makes it of such unique agricultural, artistic and entrepreneurial importance to all of Colorado and surrounding states. This omission of fully describing this valley does not constitute meeting the requirement of "succinctly describing the environment of the area(s) to be affected by the alternatives under consideration" as required by 40 CFR 1502.15.

This valley has been formally identified through multiple means as a truly unique place:

a) It has been described as "An American Provence" in the book by the same name written by University of Colorado professor, Thomas Huber. He compares the North Fork Valley with its vineyards to the famous wine growing region of southern France.
http://www.merchantherald.com/geographer-says-the-north-fork-is-an-american-provence/

b) This valley was designated by the state of Colorado as a Colorado Certified Creative District in 2013. Information on the significance of this designation can be viewed at
http://www.coloradocreativeindustries.org/showcase/colorado-creative-districts

c) Delta County was recently awarded three Blueprint 2.0 Initiatives by the Colorado Office of

BLM_0155542

Economic Development and International Trade. The Initiatives include Strengthening Local Business Brand, Adaptive Reuse Workshop and Tourism Promotion. http://choosecolorado.com/lt-gov-donna- lynne-announces-colorado-blueprint-2-0-initiative-recipients/

d) The North Fork Valley has also been designated as an American Viticulture Area by the U.S. government. This designation was officially adopted in 2001 and codified at 27 CFR https://www.gpo.gov/fdsys/pkg!CFR-2016-title27-voll /pdf/CFR-2016-title27-voll-sec9-172.pdf An American Viticulture Area is a delineated grape-growing region having distinguishing features as established in Federal regulation and a name and delineated boundary. This is only one of two such designated areas in Colorado.

These accolades, awards and designations are presented here to make a point - - this valley is recognized for its unique agriculture (it contains the highest concentration of organic farms, orchards and vineyards in Colorado), local business, art, agribusiness, agritourism, and recreation industries and deserves protection from any threat of environmental degradation. Gas exploration and development is not compatible with the economic culture of this valley and in fact, its very presence would threaten its highly regarded reputation as an organic agricultural area.

Additionally, this draft RMP has been written using the standard BLM RMP boilerplate/ template language. There is nothing boilerplate about the North Fork Valley. Its presence in the Uncompahgre planning area requires that effects to it from actions occurring in the BLM decision area must be thoroughly considered. This has not been done.

The potential environmental consequences presented in this draft RMP do not in any way address the depth and breadth of potential effects to the valley from fluid mineral exploration and production. This is in direct conflict with BL¥ regulation 40 CFR 1610.4-6: Estimation of effects of alternatives, which requires that the Field Manager "will estimate and display the physical, biological, economic, and social effects of implementing each alternative considered in detail." Without acknowledging and describing the North Fork Valley in detail, this requirement cannot and has not been achieved.

The inadequacy of the draft RMP is further exemplified by the following:

1) Chapter 1, Section 1.4 and Table 1.3: This section and table fail to appropriately and adequately acknowledge and discuss the North Fork Alternative Plan (NFAP) presented to the BLM during scoping by citizens and governmental entities in the North Fork Valley.

The NFAP was submitted in order to provide the BLM with information about the uniqueness and renowned agricultural productivity of the valley and supported the request to remove the BLM land surrounding this valley from any future leasing. However, the section summarizing the scoping comments received does not include this important scoping submittal and has consequently resulted in the lack of any meaningful reference to this agriculturally important and productive area throughout the remainder of the draft RMP. This violates the Council on Environmental Quality (CEQ) regulation at 40 CFR 1501.7(a)(2) which requires the lead agency to determine the significant issues to be analyzed in depth in an Environmental Impact

BLM_0155543

Statement.

This absence of acknowledgment of the North Fork Valley's unique qualities is also in direct conflict with Section 1500.1(b) of the CEQ regulations which states that "NEPA documents must concentrate on the issues that are truly significant to the action in question, rather than amassing needless detail."

2) Chapter 1, Table 1-2, Step 7: By not appropriately including the North Fork Valley and the potential negative environmental effects to it by the various proposed alternatives as a "planning issue," this draft RMP does not adequately meet the requirement that the preferred alternative be the "alternative that best resolves planning issues."

3) Chapter 2, Section 2.2.3: The lack of adequate discussion and acknowledgement of the North Fork Valley in Chapter 1 (as discussed above) has created a situation where the significance of each alternative to potentially impact the human and natural environment within the BLM planning area is missing from the fundamental underpinnings of the analysis. This absence of appropriate consideration is evident throughout the remainder of the document and in taking this approach, this document does not meet the level of analysis required by CEQ regulations (1502.1; 1502.2; 1508.8; 1508.14 and 1508.27(a), (b)(3), (b)(4) and (b)(6)) or the National Environmental Policy Act, Section 101(b).

4) Chapter 2, Table 2-1 and Appendix D, Ecologic Emphasis Areas: The North Fork Valley should have been included in this portion of the analysis. Although it does not fit the BLM's routine (boilerplate) areas of analysis - unprotected core wildlife and native plant habitat and associated movement, dispersal, and migration corridors - does not make this ecologically unique area any less worthy of consideration. In fact, minimizing impacts to this culturally and agriculturally significant geographic area should be the core value addressed throughout the draft RMP and presented under each of the Alternatives in Tables 2-1 through 2-6.

5) Chapter 3, Section 3.1.3 Geology and Soils: The following statement is included in tills section; "There are no farmlands of national Of" statewide importance on BLM-administered lands within the planning area (emphasis added). However, according to a report by the Soil Conservation Service, "irrigated and prime irrigated lands of statewide importance, most of which are situated at low elevations on valley floors, occur in the Uncompahgre, North Fork, Surface Creek, and Smith Fork drainage basins" (Soil Conservation Service 1980).

Analysis of potential impacts to irrigated and prime irrigated lands existing within the Uncompahgre planning area (North Fork Valley) resulting from federal actions taking place on ELM- administered lands must be analyzed and disclosed in Chapter 4 and they are not. Chapter 4 is completely silent on the impacts to irrigated and prime irrigated lands occurring within the valley floors in the planning area which violates 40 CFR 1508.14.

6) Chapter 3, Section 3.1.5, Vegetation & Chapter 4, Section 4.3.4 Vegetation: Section 3.1.5 fails to acknowledge or discuss any of the agricultural crops existing in the North Fork Valley which is part of the Uncompahgre Field Office planning area. Omission of these existing and important resources in Chapter 3 has resulted in the complete omission of possible effects to these

resources in Chapter 4, Environmental Consequences. This violates CEQ regulations at 40 CFR 1502.15; Affected Environment and 40 CFR 1508.8; Effects.

7) Chapter 4, Section 4.1.1 Analytical Assumption, fifth bullet: This bullet asserts that "Direct and indirect impacts of implementing the RMP primarily occur on the decision area lands:" This is a seriously flawed assumption because many of the direct and indirect impacts of implementing the RMP on lands underlain by federal fluid mineral estate have the potential to seriously impact the people (and their livelihoods) living in the North Fork Valley.

"Planning area" is defined as the Uncompahgre Field Office boundary, including all lands, regardless of land ownership (emphasis added), except the Gunnison Gorge NCA Planning Area and the Dominguez-Escalante NCA" and is depicted on Figure 1-1 provided in the draft RMP. Whereas "decision area lands" are limited to public lands and federal mineral estate managed by the USDOI, Bureau of Land Management. The federal mineral estate managed by the BLM is depicted on Figure 1-2, also provided in the draft RMP.

The North Fork Valley's traditional and organic farming, fruit and grape growing areas occur less than one mile, in many places, from the BLM decision area boundary (but within the Uncompahgre planning area). This proximity is especially true for the thousands of acres of land surrounding Paonia, Hotchkiss and Crawford that would be made available for fluid minerals leasing according to the BLM's preferred alternative. Obviously, these agricultural lands are at risk of being either directly or indirectly impacted by gas activity occurring on the adjacent or contiguous decision area land.

8) Chapter 4, Section 4.3.2 Soils and Geology: Because Chapter 3, Section 3.1.3 dismisses the need for identifying and describing irrigated and prime irrigated lands occurring within the planning area, this Section is completely silent on the environmental consequences of federal actions on these agriculturally significant lands. This is a serious omission which only further reinforces the fact that the BLM did not take the environment actually in existence in the planning area into consideration which violates 40 CFR 1502.15 of the CEQ regulations.

9) Chapter 4, Section 4.3.3 Water Resources: The following statement is made on page 4-84, "The organic farming industry relies on clean water for agricultural production. Contamination of irrigation waters could affect the ability of local organic farms to maintain their designations. " This is the only mention of organic farming in the entire draft RMP. Such a serious threat to the North Fork Valley cannot be allowed to ever occur. The only way to prevent it is to close the entire area within the NFAP area to any new oil and gas leasing. Oil and gas drilling is absolutely incompatible with the existing land uses currently occurring in this valley.

Conclusion:

The draft RMP states that "When there are conflicts among resource uses or when a land use activity could result in unacceptable or irreversible impact on the environment, the BLM may restrict or prohibit some land uses in specific areas. "

Based on the comments presented above, there is definitely a conflict between the extraction of

the gas resource and the prevailing land use in the North Fork Valley. Additionally, the land use activity of producing natural gas would result in unacceptable and irreversible impacts on the environment in the North Fork Valley. Therefore, the leasing of any federal fluid minerals within the borders of the NFAP should be prohibited and this prohibition on further leasing incorporated into the alternative chosen for the revised RMP. This is the only way to preserve and protect the integrity of this unique and renowned part of Colorado.

Thank you for your consideration,
Carla Ellison Cote
PO Box 6095
Ketchum, Idaho 83340
(970) 948-4508
cellisoncote@gmail.com


000224_O'ReillyE_20161019  Organization: Elizabeth O'Reilly
Received: 10/19/2016 12:00:00 AM
Commenter1: Elizabeth O'Reilly - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000224_O'ReillyE_20161019.htm  (000224_O'ReillyE_20161019-381921.htm  Size = 4 KB)
Submission Text
October 2016
Hello,

Thank You for opportunity to comment on the Resource Management Plan (RMP), 2016. Many things have changed since the plan that was implemented back in the 1980's. Thank You for considering the use of these BLM lands and asking for the public's input.

I have seen a considerable change since 1980 in outdoor recreational use. A higher demand is requested to continue in allowing for this growth. Myself, I have seen and partaken in the explosion of bike riding, be it in the mountains or rural road riding. Hiking, walking & exploring the outdoors for the experience alone has become the normal for many for added health reasons, in conjunction with the strong interests in hunting, fishing & traveling to geological or ancestral sites. One of the benefits of living within Delta County is the availability of BLM lands that provide & answer the request as needs have increased. I prefer that the BLM choose to designate the Jumbo Mountain area as a Special Recreation Management Area (SRMA). I personally enjoy living so close to this area, being in Paonia, that I often spend time biking, walking, hiking & even cross country skiing among the area & often out Lone Cabin Rd, along the many irrigation ditches. It's great to have a variety of outdoor interaction so close at hand to choose from with no

BLM_0155546

visions of industrial activity. Please keep this option available by favoring the Alternative B1 plan.

<([#3 [30.3] I moved to this area in 2011, specifically for the organic food being produced throughout the area. Which since 1980's has seen a huge growth nationwide. The wildlife sightings during migration times or hiking about, the accessibility to clean air, and the lifestyle characteristics that go along with these practices of "healthy" living. My concern for the area is that if Alternative B1 is not chosen, the risk goes higher in affecting the long time ranchers, organic farms/orchards and vineyards along with myself as a resident, drinking the city water in negative ways that challenge the reasons many choose to live here.
#3])>
<([#1 [40.3] I often travel on road 133 to access the Wilderness. This road is always slumping, shifting and moving due to unstable conditions. I can't imagine what an increase in traffic, specifically any related to fracking needs with heavy & numerous vehicles crossing the already stressed pavement will do? Cost CDOT in damages and upkeep ? As designated the "West Elk Scenic Drive" with an increase in truck traffic, gas pads and such will cheapen the Scenic part of the drive for many. Any other alternative choice shows lack of support for the value of these lands beyond just a mineral extraction exchange, i.e. financial and thus the value of "Scenic" is redefined in a manner not consistent with Wilderness.
#1])>
<([#2 [30.3] Please, initiate Alternative B1 to help decrease the above issues I personally think will detract if any other initiative is chosen. If the water is contaminated, if the air is more polluted, if the wildlife are restricted in their habitual patterns and harmed, if the organic industry that resides within Delta County & is making a strong demonstration of an industry worth backing & providing a living is thwarted it will cause me personally to move and many others, if they have the resources to do so. It will stop the growth of our changing Delta County at a critical transitional time and the burgeoning creative district will succumb to wasteland. Not a long term vision I imagine anyone wishes to observe.
#2])>
Currently I own my property here in Delta County and have an additional investment. I am waiting to see what choice the BLM makes to decide if I continue to invest in the area. Any initiative choice that does not support B1 will cause me to retract.

Thank You,
Elizabeth C O'Reilly
p.o. box 173 (230 Oak ave)
Paonia CO 81428


000225_LilienE_20161003 Organization: Elizabeth Lilien
Received: 10/3/2016 12:00:00 AM
Commenter1: Elizabeth Lilien - Crawford, Colorado 81415 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail

Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000225_LilienE_20161003.htm  (000225_LilienE_20161003-381922.htm  Size = 3 KB)
Submission Text
To Whom It May Concern:
October 1, 2016

I am a resident of Crawford, Colorado since 1980. (now 81 years of age). Coming to this pristine part of Colorado for its quality of life, beauty, healthy environment and community feeling. I own my ten acre sweet spot, am an independent voter, and consumer of North Fork Valley produce and lifestyle. Now all this is threatened by proposals of gas and oil leasing on public lands here in the North Fork Valley. (Crawford being on the list.) I am firmly opposed to this plan. This valley is one of the most beautiful and fertile places in the world. A threat to clean air, fresh water, a healthy environment, loss of organic farms, places of recreation, tourism and agriculture. The plan devised by the Bureau of Land Management is an inappropriate use of public lands, the potential for human, animal and environmental damage is very high, and would destroy local investments and resources required in transitioning the economy to one now based on "agra-tourism", recreation, renewable energy, agriculture and organic life style and food. As an added detriment to this development would contribute to increased greenhouse gas emissions and climate change impacts on community resources including agriculture and wildlife.

<([#1 [5.6] I also need to emphasize the poor and inadequate analysis preformed by the BLM. This analysis did not consider the uniqueness of the North Fork Valley housing the highest concentration of organic farms in Colorado (including vineyards, packing of organic fruit, vegetable growing operations) which will be negatively effected by the plans to drill and multiple risks to this agricultural area. Ignoring the impact of hydraulic fracturing, unregulated gas gathering pipelines, extreme weather causing flooding, mudslides and geological instability. Adding to these is the damage to human health, high ozone levels, water contamination, loss of recreation, and the overall impact on children, animals and all inhabitants due to these plans is just plain wrong . I do not want to forget the climate change impact that this development would effect contributing to greenhouse gas emissions among other threats to climate change. #1])>
I am a VERY concerned citizen and will continue to object these plans put forth by the Bureau of Land Management. I am not only objecting for the people of the North Fork Valley, but for those in the state of Colorado, for all in the United States of America, but for the whole planet. My main motivation is for the future citizens, our children, grandchildren, great grandchildren and all that follow. As the Native Americans believe, we must protect Mother Earth now for 200 years . (20 generations)

Very Sincerely Yours,
Elizabeth Lilien,
39173 Highway 92
Crawford, Colorado 81415

BLM_0155548

970-921-5337

000226_HickamC_20161025  Organization: Carol Hickam
Received: 10/25/2016 12:00:00 AM
Commenter1: Carol Hickam - Hotchkiss, Colorado 81419 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000226_HickamC_20161025.htm  (000226_HickamC_20161025-381923.htm  Size
= 4 KB)
Submission Text
Carol Hickam
woodyhickam@gmail.com

Please consider my attached comments

Carol Hickam
802 Short Rd. PO Box 503
Hotchkiss, CO 81419

October 25, 2016
To Whom It May Concern:

I agree with all the statements made by the public comment document created by the Citizens for
a Healthy Community. I believe I signed such a letter this summer. I wanted to highlight some of
my personal concerns.

My son, Jon, and daughter-in-law, Shannon, moved to the Hotchkiss area 11 years ago following
the birth of their first child. They believed it was their duty to provide the best lifestyle possible
for their child and now 2 children. To them, this means good organic, local food to nourish their
bodies, clean air, freedom to explore the land and lots of family time. They own property, 60
acres, that is adjacent to the BLM. They are both very active in the community where Shannon
teaches and Jon works for local non-profits. I followed them to this valley once I retired from
Denver Public Schools. The lifestyle here feeds my soul; but it is being threatened in a way that
sickens and scares me. Every reason we had for moving here is being challenged.

I have a dear friend who grew up in New Raymer, CO. and lives in that area. What fracking has
done to the prairie is heartbreaking, i.e. traffic, pollution of all kinds, some wells running dry,
ruination of the landscape, etc. But, I did not hear very much protest to fracking from that area.
They did not have the diversified, sustainable alternatives that have been developed here. This
makes the North Fork Valley a very different situation.

BLM_0155549

<([#1 [18.3] I do not believe the BLM has done its due diligence in performing the required in depth risk analysis. If they have, I have not seen it. If for no other reason, pipelines should not be put in rural areas where they are unregulated. Pipeline safety was not considered. They break despite best efforts at building adequate ones. In addition, recent studies have shown radioactive waste water which only fuels climate change.
#1])>

We are not just an isolated group of people. Tourists are flocking here to escape into the pristine valley where we live. Restaurants and farmer's markets in the front range relying on local, organic foods get much of it from our farmers and ranchers. Our economy does not need fracking to survive. In fact, our local economies are in jeopardy if we have fracking. As the coal mines have shut down, there have been dire predictions for the schools, etc. The Delta County Schools student count is only down by 80.

We are absorbing the loss of the coal industry due to our economy which is enhanced by non-industrialized public lands. Yes, we should do everything possible to support coal miners who have lost jobs along with helping them stay in this community if they choose. But, fracking jobs are not long term employment opportunities. It is the devastation of land and natural resources for short term employment and gain.

I would rather not rely on foreign oil: but there is plenty of oil in the east to provide for us where there is also more water needed for fracking operations. I really, really do not ever want to depend on foreign countries for our food because we don't have enough water or our water is contaminated. And, I don't want our local food ruined by fracking operations.

There is nothing about Alternative D that is acceptable. I only want a No Leasing alternative. I am not even convinced that Alternative B1 does enough to protect public lands; but it is the best of the proposed alternatives. I think if the BLM started from the beginning with the required risk analysis, there would be a No Leasing stance.

Thank you for reading this and considering other options. I am asking for a drastic change in your recommendations for my children and grandchildren more than myself!

Very sincerely,
Carol Hickam


000227_JanusJ_20161019  Organization: John Janus
Received: 10/19/2016 12:00:00 AM
Commenter1: John Janus - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:

BLM_0155550

Current Task: Done Assigned/Due: zghali
Attachments: 000227_JanusJ_20161019.htm  (000227_JanusJ_20161019-381924.htm  Size = 1 KB)
Submission Text
Hello Good people of the BLM,

Regarding the upcoming oil and gas lease on the Western Slope of Colorado

<([#1 [30.3] I would like to point out There has not been adequate research and study into the environmental impacts of oil and gas development on the Western Slope of Colorado. Fracking wastewater is radioactive and contains many chemicals injurious to all forms of life. The history of the gas and oil companies is not good. It is common for a substantial amount of this toxic brew released into the environment. There are the pipeline concerns also a heavy impact on the environment. This type of commercial activity is at odds with the current economic base of the area, Agriculture, Tourism and Real Estate. Agriculture which has been a profound economic driver in the region since the beginning would suffer significantly. Please choose B 1 alternative as this is the only plan that is sustainable for the benefit of all citizen on the Western Slope of Colorado. #1])>

Thank you.
John Janus
WWW.JANUSREALESTATE.com
Email: Telluriderealty@gmail.com
Phone: (970) 728-3205

000228_CesatiA_20161019  Organization: Andrew Cesati
Received: 10/19/2016 12:00:00 AM
Commenter1: Andrew Cesati - Ridgway, Colorado 81432 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000228_CesatiA_20161019.htm  (000228_CesatiA_20161019-381925.htm  Size = 1 KB)
Submission Text
Andrew Cesati
andrew@yeehawpickles.com

Please protect our natural resources. There is no reason you your office to allow oil and gas extraction on the western slope. What ever short term gains realize by the community will he set at odds with the long term viability, health and well being of the people and environment. Please opt to oppose any fracking or resource extraction. Please do what you can to preserve the natural

beauty and agricultural heritage of the area.

Thanks
Andrew Cesati
701 chipeta dr
Ridgway co 81432


000229_ZieglerC_20161008  Organization: Cynthia Ziegler
Received: 10/8/2016 12:00:00 AM
Commenter1: Cynthia Ziegler - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000229_ZieglerC_20161008.htm  (000229_ZieglerC_20161008-381926.htm  Size = 5 KB)
Submission Text
Cynthia Ziegler
cynazie@yahoo.com
17462 Farmers Mine Rd. Paonia, Co. 81428
October 4th, 2016

Declaration of Impact Statement
To the Bureau of Land Management

I am a resident of Paonia, and live on Garvin Mesa adjacent to the BLM. My husband and I have considered this to be one of the benefits of living at the upper edge of the mesa: it is quiet, we have very little traffic, a lot of beautiful open space, and a lot of wildlife.

If the BLM land that borders our property were to be leased and developed by the oil and gas industry, these qualities would all be gone. In addition, the air and water quality would also be greatly diminished, as would our property value.

We residents of Garvin Mesa greatly value the irrigation water we receive from Terror Creek. There are many organic orchards and vineyards that rely on its clean water. Spills, leaks, and other possible mishaps are inherent in the oil and gas industry. We must not allow the risk that our watersheds be contaminated.

The roads up Garvin Mesa are narrow dirt roads. Heavy traffic on these roads would create hazardous conditions for the residents, as well as a lot of dust and noise.

These are just some of my concerns in my neighborhood. Let me now address things from a bit

broader perspective. First, I am grateful that the North Fork Alternative was included in the draft RMP. I will state right now that I strongly support this alternative- B1, as the one that needs to be implemented!  <([#2 [30.1] The BLM should ensure that management of the North Fork Valley's public lands enhance rather than harm the economic opportunities that exist in the North Fork Valley. We currently are most fortunate to enjoy clean air and water, non-industrialized public lands and recreational trails and access, and scenic beauty. Alternative B1 goes the furthest to provide protections for our growing non-industrialized economy.
#2])>

<([#3 [30.1] Recreation on our trails and rivers contributes millions of dollars into local economies. The North Fork Alternative provides protection from oil and gas development for stream and river corridors, trailhead areas, the flanks of the West Elk Mountains, and the Jumbo Mountain area.

Hunting, fishing, and camping in our area is also a multi-million dollar industry. We must protect the public's access to these places, as well as ensure that these places remain healthy habitats for wildlife. Alternative B1 would prohibit any surface occupancy in critical wildlife habitat, and includes both No Leasing and No Surface Occupancy setbacks from streams, riparian area, and water bodies. #3])>

<([#1 [30.3] Farming, ranching, and food-based enterprise are probably the dominant force in the valley. We are known for our concentration of organic and sustainable farms, orchard, and ranches, and much of it relies on its reputation for high quality, organic or natural products. Agritourism is also a growing aspect of our community, and relies on the character inherent in the North Fork Valley. The Wesk Elk region is making a name for itself as a destination wine touring region as well as Farm to Table capital. The impacts from oil and gas development on nearby public lands pose a threat to these important aspects of our community. The North Fork Alternative requires development setbacks from agricultural lands, prevents damage to visual qualities, and best preserves the rural character of the valley.

Speaking of tourism, the North Fork Valley is at the heart of the West Elk Loop Scenic Byway, world renowned for its scenery and rural character. It is just about the closest you can come to experiencing the wilderness from your car. Oil and gas development would most likely jeopardize the scenic qualities of the area. Alternative B1 offers the strongest protections for the Valley's scenic features.

The threat of oil and gas development in the North Fork Valley has been seen to have a negative impact on real estate sales. Most people looking to move here are seeking a rural, non-industrial, and agricultural lifestyle. A group of local realtors filed a protest saying that gas development on public lands this close to organic farms and wineries who are marketing the healthy setting and purity of the production and their products is incompatible and would result in the federal government willfully vandalizing a local economy. #1])>

It is time for the BLM to stop prioritizing extractive industries, and to make the protection of our natural resources the focus. After all, if we fail to do this now, there really won't be much left for our children to enjoy and appreciate about this valley. Please adopt alternative B1 as the recommended alternative, and allow this to set a new standard for the rest of the management

area!

Sincerely, Cynthia Ziegler

000230_HarrisB_20161019  Organization: Bill Harris
Received: 10/19/2016 12:00:00 AM
Commenter1: Bill Harris - Montrose, Colorado 81401
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000230_HarrisB_20161019.htm  (000230_HarrisB_20161019-381927.htm  Size = 1 KB)
Submission Text
Bill Harris
trlgpa48@gmail.com

Please accept these comments regarding the proposed Resource Management Plan for the Uncompahgre Field Office.

1) I generally support the Dry Creek SMRA designation, especially RMZ4 area that calls for priority development of non-motorized singletrack. <([#1 [20.2] [3] One concern I do have in regards to the Dry Creek Lands with Wilderness Characteristics is the inclusion of land that has the Coyote Cutoff and Coyote Ridge trails. Both trails are motorized, so are they recommended for closure, or is there some sort of mistake on the map. #1])>

2<([#3 [27.1] ) I support the EMRA designation for Kinnikin Hills. The RMZ2 area is well-suited for non-motorized trail development. The Kinnikin Hills area south of Kinnikin Road has a problem with illegal dumping, unsafe firearms use and off-trail Motorized use. Development of formal recreation facilities will discourage these abuses #3])> .

3) <([#2 [27.1] I support the Spring Creek SRMA. Spring Creek Canyon which includes Buzzard Gulch is a popular trail venue for hikers, mountain biker, runners and equestrians. Continued development of this trail system will provide added options for local residents and visitors alike. Would recommend that non-motorized trails be added to the RMZ3 designation. #2])>

Bill Harris
1635 Ironton Ct.
Montrose, CO 81401

000232_ThorupJ_20160902  Organization: Janice Thorup
Received: 9/2/2016 12:00:00 AM

Commenter1: Janice Thorup - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000232_ThorupJ_20160902.htm (000232_ThorupJ_20160902-381928.htm Size = 1 KB)
Submission Text
Janice Thorup
janice.thorup@gmail.com

I am writing to discourage the BLM from leasing to oil and gas companies. Concerns about health of humans and our land have not been adequately addressed. The economic gain is but short-term and the consequences could affect generations to come. Our wild areas are important to the human spirit and have rights of their own, which we have too long ignored.

Please protect our wild spaces and resist economic greed, which is the only factor supporting these leases. Thank you.

Janice Thorup
PO Box 631
Paonia, CO 81428

000233_MarkewichJ_20160929 Organization: Jeffrey Markewich
Received: 9/29/2016 12:00:00 AM
Commenter1: Jeffrey Markewich - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000233_MarkewichJ_20160929.htm (000233_MarkewichJ_20160929-381929.htm Size = 1 KB)
Submission Text
scout@createclarity.com

Dear BLM,

As a resident of Southern Colorado and an avid target shooter, I object to further restrictions

BLM_0155555

contemplated in the Uncompahgre planning area.

Please do not take away spaces where responsible recreational shooters practice this craft.

Regards,
Jeff

Jeffrey S. Markewich
United Capital
Financial Life Management
www.UnitedCP.com/CO3
Office: 719-228-3630
CO Cell: 719-233-1898
Vegas: 702-493-9678


000234_HammondD_20161029   Organization: Darell Hammond
Received: 10/29/2016  12:00:00 AM
Commenter1: Darell Hammond - Englewood, Colorado 80110 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000234_HammondD_20161029.htm  (000234_HammondD_20161029-381930.htm
Size = 1 KB)
Submission Text
Hello,

I live in Conifer (to close to Denver) and see the target shooting conflicts all the time. <([#1
[27.1] Instead of shutting off the land too target shooters (that pay taxes and have rights too)
some basic problem solving should come into play. I would think about making some designated
areas for shooters to use.

This way you can control where shooting accrues and their unfortunate mess. No one wants to
see a shot-up refrigerator in the middle of the woods. I understand & see there are too many
people hiking thru the woods to have random shooters shooting up the trees and not paying
attention to their backstops. Designated shooting areas would help control dangers, keep the
trash in the areas it was created, save some trees from being shoot up and would be easier to
monitor target shooters. Could even make some revenue as a non-monitored Fee Area like some
wilderness campgrounds.
#1])>
Thanks for listening
A loyal NRA Member that Votes

Darrell Hammond
Quality & Process Improvement Manager
T. A. Pelsue Co.
2500 S. Tejon St.
Englewood, CO. 80110
303-975-5224
darrelh@pelsue.com

000235_M_20161030   Organization: Mark
Received: 10/30/2016  12:00:00  AM
Commenter1: Mark - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000235_M_20161030.htm  (000235_M_20161030-381931.htm  Size = 1 KB)
Submission Text
Plan D please
Mark
m93arkj@paulbunyan.net

000236_DavisP_20161016   Organization: Philip Davis
Received: 10/16/2016  12:00:00  AM
Commenter1: Philip Davis - Hotchkiss, Colorado 8141 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000236_DavisP_20161016.htm  (000236_DavisP_20161016-381932.htm  Size = 6 KB)
Submission Text
Wink Davis
wink@mesawindsfarm.com

October 15, 2016

To: Dana Wilson, Uncompahgre Field Office Manager
Uncompahgre Field Office

BLM_0155557

2465 South Townsend Avenue
Montrose, CO 81401

From: Philip W. Davis
Maxine Eisele
Mesa Winds Farm & Winery

Re: Resource Management Plan Revision

The climate crisis is my overriding concern. We farmers who work outdoors every day know that the climate is changing, these trends are not short term, and has serious impacts on our capacity to reliably produce food for the marketplace. <([#1 [11.3] The BLM, in its environmental analysis, for the draft Resource Management Plan (RMP) failed to consider the impact of energy development on the Nation's commitment to fight climate change. The analysis is therefore fatally flawed and the RMP derived from it is invalid.

A new report by Oil Change International shows that in order to keep the commitments made at the Paris climate talks the US cannot initiate ANY new fossil fuel projects. There is already enough carbon in existing oil fields and coal mines to exceed the targets world leaders agreed to last year. Fossil fuels must be kept in the ground, we must devote ourselves to creating a carbon neutral future, and the BLM must not entertain new leases of public land for the purpose of fossil fuel extraction, particularly not natural gas wells in the air- and watersheds of the North Fork Valley of Colorado. We urge adoption of Alternative B1 of the Draft Resource Management Plan.
#1])>
Until recently, coal mining was a signicant economic driver in our Valley but it has crashed, taking with it many well-paying jobs. The necessary transition to a carbon neutral future is, in part, responsible for the downturn in coal markets. We are not willing to trade one boom-and-bust fossil-fuel-extraction boondoggle for another.

Instead this community is intent on creating a stable and sustainable economy that is founded in creativity, health and healing, sustainability, harmony with nature, and organic agriculture. My wife and I own Mesa Winds Farm & Winery on Rogers Mesa, west of Hotchkiss, in Colorado's North Fork Valley. We raise certified organic fruit, sheep, and make premium wines from our grapes. We are proud to produce delicious, nutritious, high-quality food for human consumption. In doing so we rely on the near-pristine quality of our irrigation water and of our air shed. And we are not alone in this. The North Fork is said to have the highest concentration of organic farms in Colorado, likely in the Rockies, second only to California. Our Valley is heralded as Colorado's "Farm-to-Table Mecca". These qualities are threatened by the adoption of the Agency's "preferred alternative".

At Mesa Winds we host visitors from all over the US to our wine tasting room and to our "farm stay" accommodations. Cyclists on multiday tours of the Colorado Rockies pedal past our gate on quiet country roads. Tours of vintage automobiles regularly make a stop in our Valley. All are attracted to this Valley's spectacular scenery; our uncluttered roads; the quiet, friendly, unpretentious, rural atmosphere; the locally grown food and wine. All these qualities are

BLM_0155558

threatened by the adoption of the Agency's "preferred alternative".

In summer, hikers access the high country, anglers find blue-ribbon trout streams and mountain lakes, families enjoy camping, all using our communities as jumping-off points. In fall, hunters come from all over the US for trophy deer and elk. And in winter snowmobilers and cross country and backcountry skiers and snowshoers enjoy the quiet and solitude of our foothills, mountains, and high mesas. Those public lands, managed by the BLM, which surround our Valley and are mainly indistinguishable from Forest Service and Park Service managed public lands, are essential to the quality of experience enjoyed by residents and visitors alike. These qualities are threatened by the adoption of the Agency's "preferred alternative".

We are business owners and employers. We understand that the underlying economy of the North Fork Valley is steady and healthy, grounded in growing food, in value-added food products, tourism, creative industries, outdoor recreation, renewable energy, training and education, and all the services that these businesses support. These businesses, like ours, rely on the quality of our environment and the outdoor experience. By being a sanctuary of calm, peace, nature, and enduring values the North Fork Valley has evolved a stable, if simple, economy. Those of us who are fortunate to live here, retirees and young people alike, and those visitors who have discovered this exceptional place, know that industrial oil and gas exploration would be in fundamental conflict with our economic well-being.

In this period of transition from carbon fuels to renewable energy it would be a tragedy for an out-of-the-area extractive industry to undermine the qualities supporting our sustainable, local economy. We will not be sacrificed to the rapacious greed of a dying industry.

I have signed, and attached hereto, the form letter titled "BLM Uncompahgre Field Office Draft Management Plan / DEIS Public Comment". This letter states my opposition to any oil and gas development in the watersheds surrounding the valley of the North Fork of the Gunnison River, known as the North Fork Valley. The DEIS is woefully inadequate and fails to consider numerous potential impacts on the natural environment and the human community that relies on the BLM to manage its lands in our interest, not that of out-of-area industrial oil-and-gas profiteers.

We are members of Western Colorado Congress, Western Slope Conservation Center, North Fork Wineries Association, and we support comments submitted by those organizations, as well as the Farm and Food Alliance, regarding the Draft Resource Management Plan. We support the North Fork Alternative (Alternative B1).

Sincerely,
Philip Winship Davis
http://www.mesawindsfarm.com
wink@mesawindsfarm.com
970-250-4788
Mesa Winds Farm & Winery
31262 L Road
Post Office Box 327

Hotchkiss, Colorado 8141

000237_VaughtK_20161004 Organization: Dancing Dog Farm, Kenneth Vaught
Received: 10/4/2016 12:00:00 AM
Commenter1: Kenneth Vaught - Hotchkiss, Colorado 81419 (United States)
Organization1:Dancing Dog Farm
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000237_VaughtK_20161004.htm (000237_VaughtK_20161004-381933.htm Size
= 6 KB)
Submission Text
Ken Vaught
kenvaught@tds.net

To BLM -
Attached are comments concerning the draft Resource Management Plan.
Thank you, Ken Vaught

October 3, 2016
Re: Comments on the Draft Resource Management Plan for the North Fork Valley
Dear BLM- UFO Staff:

My name is Ken Vaught and I am a resident of the North Fork Valley, living just outside of
Hotchkiss, Co. I relocated to this area from the Front Range a few years ago, having retired from
a career in water resource management with the Coors Brewing Company and MolsonCoors
Brewing Company overseeing the company's water resource operations and planning. Prior to
Coors, I was employed by the U.S.G.S. Water Resources Division, working in Houston Texas
and Lakewood, Colorado.

I now have a small 10 acre organic farm, raising produce for market and also have established a
vineyard, growing wine grapes for area vintners. Along with many Front Range people that have
relocated to this special area over the last few years, we are all very lucky to be able to live in
and enjoy this area. Having lived in the Front Range area, we have seen the impact on some of
those communities as a result of heavy gas development, with increased truck traffic, dust and
general air quality issues and health issues impacting the young and elderly. I am probably
considered part of the "new economy" in the area, having mailbox income along with farm
income that I spend with area businesses, supporting the stores, orchards, winemakers, and other
small businesses that have been here for years and others recently started. According to local real
estate brokers, the Valley is becoming a place that retirees are relocating to for it's natural
beauty, life style and the abundance of outstanding organic foods and agricultural related by
products.

<([#1 [14.1.3] The area surrounding the Valley is rich in wildlife, with the draws and drainages used as wildlife corridors for movement. Each winter, there is an area elk herd that number 250 – 300 that overnight in Short Draw, along Coal Road about a mile north of the town of Hotchkiss and each morning between 5:30 am and 6:00 am, migrate in a northwesterly direction from the Draw, up into the south facing cedar areas on BLM land. It is quite a site to see from December until they move out in late February. This area that the elk occupy each winter is adjacent to several of the Valley parcels that the BLM is considering leasing for oil and gas development with Coal Road being direct access to the lease areas. There currently is no traffic to speak of on Coal Road with most of it's use coming from summer biking to BLM grounds or hikers and walkers. Any future heavy truck traffic on the Coal Road would certainly interrupt the seasonal migration in one of the area elk herd's winter habitats. #1])>

My irrigation water supply comes from up valley at the headgate of the Fire Mountain Canal and also later in the season from the Paonia Reservoir. The Fire Mountain travels along the northern flank of the Valley adjacent to several large parcels that have been identified for leasing. There is a thriving business in organic produce, fruit and vineyards that depend on this source of irrigation water for our crops. Having worked in water resource management for 40 years, I am all too aware of industrial releases or spills that occur around any large industrial operation such as drilling on these close proximity leases in the Valley area. The Best Management Practices to prevent such spills into water ways sound good to the public and look good on paper but in reality are not 100% successful. It will only take one spill or release to cause potentially irreparable damage to the organic agricultural economy that depends on uncontaminated water and air. The ag tourism business is one that is thriving in Delta County also and will certainly be compromised with close in leasing. Tourists just don't drive to an area to visit, spend nights and spend money to see gas rigs and drive through heavy truck traffic.

<([#3 [21.1] [30.3] I would respectfully ask that the BLM reconsider it's plan to lease all of the Valley areas specified in the recently released Draft Resource Management Plan. Due to the geology of the Valley, it does not appear that there is a source of gas that is economical to develop in the Valley area, with past test drilling data all showing the same results of no retrievable gas present. With ground potentially leased that has no gas reserves, it is the perception of gas development that deters people from relocating to or visiting the Valley and harms the overall economy of the area. The oil and gas leasing in the Valley area would kill off the thriving small businesses that are dependent on having clean water supplies that meet organic standards, clean air and an overall healthy environment. The gas industry should not be allowed to adversely impact the established organic agricultural businesses and the growing ag tourism businesses that are here. #3])>

<([#4 [11.3] I would also ask that the BLM consider the climate change impacts and overall environmental impacts from the greenhouse gas emissions associated with gas development. With huge advances being made recently to address climate change, such as the Paris Agreement, the federal Clean Power Plan and the Colorado Climate Plan, reducing the number and location of gas leases in the North Fork Valley would seem to be in step with taking some meaningful action to reduce the impacts from climate change. The BLM's Preferred Alternative Plan does not adequately address the climate change issues or the environmental issues.

BLM_0155561

#4])>
I applaud the BLM for taking on this difficult task of developing a Resource Management Plan and would ask that you include the North Fork Alternative Plan that has been submitted to the BLM for the North Fork Valley.

Sincerely,
Kenneth D. Vaught
Dancing Dog Farm, L.L.C.
1235 Barrow Mesa Road
Hotchkiss, Co. 81419
970-872-1109/970-901-3868


000238_WehrmacherD_20161018  Organization: Doris Wehrmacher
Received: 10/18/2016 12:00:00 AM
Commenter1: Doris Wehrmacher - Crawford, Colorado 81415
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000238_WehrmacherD_20161018.htm (000238_WehrmacherD_20161018-381934.htm Size = 6 KB)
Submission Text
Dear Bureau of Land Management:

My husband and I recently bought our retirement home in Crawford. Our address is #3720, 3750 Rd., Crawford. After years of searching all over Colorado, we bought this property for the unparalleled views that stretch for miles, both east to the West Elks and west above and into the Smith Fork Canyon, and for the incredibly quiet setting the property enjoys. The only sound one hears is that of the Smith Fork as it flows below. Our home overlooks the canyon and is perched at its very edge, about 10 yards from the rim. We were really happy that our views encompassed so much BLM land because we believed that there would be no development taking place that would not be in compatible use with the neighboring area and surroundings.

We have been so excited to have moved and be able to contribute to this beautiful, vibrant and healthy community. We have spent most of our savings for the purchase of this property and to acquire the irrigation water that we deemed necessary to use for the garden, fruit trees, hay pasture and growing of organic lavender. We have made plans to spend the rest of our lives here. After all, this is the area Forbes Magazine wrote about and referred to as the "Golden Triangle" (March 2006). This area will be hard to recognize for the natural beauty and pastoral feel touted for in magazine articles today if gas development takes place.

The effects of gas development would be numerous and of great consequence to us. Regarding

specifics:
* Our views would no longer be unobstructed since a gas tower would be placed directly south of our home, the direction our house faces. The night sky would change from dark and absolutely clear to no longer being visible. This includes the view down the canyon rim where the other towers would be placed. We spend much time exploring and hiking in this canyon, its gullies and along its rims.
* The level of sound would change from total quiet to the constant and loud noise of heavy machinery.
* Air quality would be affected. We spend most of our time outside. Our windows and doors are always wide open to the outdoors. We enjoy the purity of our clean air and the quietness of our surroundings. We would never want to do anything to close ourselves off
* Roads would have be put in on undeveloped land. And these roads would have to be built to carry heavy equipment. The local soils are high in clay content and show disturbance and erode easily. The roads that would have to be built would likely have to cross private land to reach landlocked parcels, causing disruption to many local people and neighbors.
* There are currently deer, elk, mountain lions, foxes, and bear that come on our property as well as numerous birds that fly up and down the canyon. There are literally thousands of swallow's nests on the canyon walls below our house and these birds and animals drink the water from the ditch and the pond. These established flyways and trails would be disrupted by gas development and its fallout.
* Of deep concern to us is the seismic activity and disruption of layers caused by "Fracking". As mentioned, the house is perched at the edge of the Smith Fork canyon, facing south and no more than 10 yards from the rim at points (see pictures). "Fracking" could cause layers to shift and the land to slide, endangering the house itself.
* Regarding water issues, our irrigation water comes to us via the Clipper Ditch, a mostly earthen and unlined ditch. If this water were to be contaminated at its source or along its way to us it would reach us in a contaminated state. The other larger ditch that borders our property east, north and west is the Grandview Canal, whose source is also at parcel #6200. As it turns north on our property it seeps into a pond, which is used extensively by birds and wildlife. The seepage from the irrigation ditch also shows up as springs on other parts of our land. Our property has a lot of elevation changes, ranging from flat areas to dropping off on the southern cliff edge all the way to the canyon bottom. Were the irrigation water to be contaminated, there would literally be pockets of contaminated water seeping all over our acreage.

Setting the quality of life issues aside, what about the dollar value of the property? By considering the points I have made as to how our property would be affected, one can appreciate our realistic concern that it would become of no value to anyone and therefore unsalable.

In regards to the rest of the community and the other parcels, you will surely receive many, many letters addressing all the ways this development would affect the community as a whole. Amongst some that will surely be mentioned;
* Water issues.(By the way, where would the huge amount of necessary water for "Fracking" come from? There is no extra water here!
* Proximity of parcels to schools and towns and multi-use facilities
* Heavy traffic on roads not built to handle the weight or usage or the eventual emergency.
* The effects on Organic farming and the successful "Farm to Table" efforts.

BLM_0155563

* The tourist industry and the unsightly visual impact gas development would have on the landscape.
* The effect on hunting grounds and migration corridors.
* The effect on Gold Medal Fishing areas.
* Disruption of the terrain in general, and its ability to regenerate. Let us not forget the problems associated with the historical lack of interest on the part of gas and energy companies to fix what they ruin.
* Statistics show the increase of the crime rate in areas of large gas development. Why would we want to add that problem to our peaceful and safe community?
* Disruption to the current lifestyle to so many. The quality of life issues are HUGE!

With this in mind from my part, and from what you will hear from the many concerned citizens of this community, it should become very obvious that the current lifestyle and the proposed industrial development of this area are in NO WAY COMPATIBLE.

Thank you for your consideration, AND FOR ADOPTING ALTERNATIVE B1

SINCERELY,
Doris T Wehrmacher
3720 3750 Rd, Crawford, CO 81415
email: doristeal@msn.com


000239_FinniganG_20161026  Organization: Georgia Finnigan
Received: 10/26/2016 12:00:00 AM
Commenter1: Georgia Finnigan - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000239_FinniganG_20161026.htm (000239_FinniganG_20161026-381935.htm
Size = 2 KB)
Submission Text
musicequalslife@yahoo.com
Georgia Finnigan
POB 1745 (407 Vista)
Paonia, Colorado 81428
October 26, 2016

UFO RMP
BLM Uncompahgre Field Office Draft Resource Management Plan
2465 South Townsend Avenue
Montrose , Colorado 81401

BLM_0155564

RE: Failure to do adequate risk analysis and other problems with proposed RMP.

<([#2 [5.6] Your RMP does not adequately address the high risks of oil and gas development as required from the NEPA: National Environmental Quality Act especially fracking providing details on the horrific damage that industry causes to the environment, human and animal health and economies.

There is a lot of new scientific evidence of damage to health and the environment from various forms of oil and gas development, particularly fracking, that will endanger all life. #2])>

I moved to the North Fork area od Delta county for my health reasons ( a life threatening disease) and needed cleaner air and water, organic foods, peace and quiet . The industry which will be allowed to invade this area will destroy our economy and quality of life here. You are no doubt aware of what has happened in other areas.

How can you install a plan without deep consideration of the risks involved? Why are human beings and all living things being threatened and put last on the priority list?

Why is pipeline safety not seriously addressed : why are pipelines that are not regulated not addressed in the plan. What about earthquakes? Air pollution, water contamination?

If you go through with this plan and are not legally stopped, I and others will suffer and have to leave the area if we can , or be compromised and possibly even killed as a result of oil and gas development.

What about greenhouse gasses? What are the impacts and why have you not thoroughly investigated this?What other safety rules are there for the industry and if there are none or inadequate ones, why doesn't the BLM insist on them? Why is fracking not seriously considered in your RMP?

This plan must be radically altered, include safeguards and protections , before it is acceptable.

Yours truly,
Georgia Finnigan


000241_CongourD_20161025  Organization: David Congour
Received: 11/18/2016 11:11:32 AM
Commenter1: David Congour - Montrose, Colorado 81403
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali

BLM_0155565

Attachments: 000241_CongourD_20161025.htm (000241_CongourD_20161025-381936.htm
Size = 3 KB)
Submission Text
ccenergy@montrose.net

To Whom it May Concern,

I'm a resident of Montrose, and like to get away from work by mountain biking on BLM and
Forest Service single track trails. I'm 61 years old, and over the past decade, I have seen the rapid
growth of mountain biking in this area. The trails I use near Montrose are in Spring Creek, Dry
Creek, and on top of the Uncompahgre. Of course, I also like to ride in Ridgway and the Grand
Junction area when I can. I'd like to thank BLM for the great work they have done in promoting
these trails. As a result of your work, I have seen an explosion in use of these trails, especially in
the past two years? and we now have four bike stores in Montrose catering to mountain biking.

I believe that this growing sport is becoming a draw for people from outside of the western slope,
and will contribute to the growth of Montrose as a destination in it's own right, as long as these
mountain biking areas are protected through proper planning, resource management, and wildlife
protection. Three days ago, I rode the new Spring Creek connector trail, and was surprised at the
number of people I saw using it, despite it's having been built only weeks ago. On this ride, a
deer ran across the trail 50 feet in front of me, and I saw a proliferation of birds when I stopped
to sit for a rest midway through my ride. Among other wildlife, I saw a couple of Camp Robbers,
several ravens, and a hawk riding the wind currents along the canyon rim. I was struck by the
unmolested aspect of the Pinon and Juniper forest, and lack of disrupted terrain. Mountain biking
has minimal impact on the terrain, and is relatively silent, so I assume that this activity has
minimal impact on wildlife. These trails allow bikers and hikers access to pristine natural areas
very close to Montrose. I'm sure that if the unspoiled nature of these places is protected, they will
become even more popular for recreational use by Montrose residents and tourists.

Finally, I am concerned that short term gain, in the area of fossil fuel development, could ruin
these pristine areas, no matter how carefully it may be done. I would like to see the BLM take
the long view, and continue to protect these areas in the face of pressure to develop them by
commercial interests. The true value of life on the western slope is measured in the beauty of our
natural areas? development scars to these lands from drilling and mining operations would take
ages to recover from, and, in the meantime, ruin their value as places that people want to use for
recreation. This, in turn, would result in less money spent through tourist activities.

The west was originally a source of great monetary wealth due to resource extraction. Today, the
greatest asset we have is our pristine natural beauty. We must make the transition from resource
extraction to protecting the pristine nature of our wildlands, so that future generations will be
able to experience the freedom and beauty that we enjoy today. Thank you for reading my
opinion.

David Congour
62847 Ohlm Rd. Montrose, CO 81403
970.901.8757

BLM_0155566

www.ccenrg.com


000242_HuberT_20161011 Organization: University of Colorado, Colorado Springs, Tom
Huber
Received: 10/11/2016 12:00:00 AM
Commenter1: Tom Huber - ,
Organization1:University of Colorado, Colorado Springs
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000242_HuberT_20161011.htm (000242_HuberT_20161011-381937.htm Size = 3
KB)
Submission Text
Tom Huber
thuber@uccs.edu

Please accept the attached letter as a comment on the proposed RMP.

Tom Huber, Professor
Geography and Environmetal Studies
UCCS
W 255-3790


Tom Huber, Professor
University of Colorado, Colorado Springs
BLM, Uncompahgre Field Office
2465 S. Townsend Ave. Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,

Please fully consider the issues raised in these comments on the Uncompahgre Field Office draft
Resource Management Plan. As presented, none of the alternatives offer the level of protection
these lands warrant, that communities and the public in your planning area have specifically
asked for and favored, and which federal law requires.

I am particularly knowledgeable about the value of the North Fork Valley as I have published a

BLM_0155567

book entitled An American Provence that highlights the unique and stunning character of this place. We in the West always think that our resources, space, land, and air are limitless because at times our views seem limitless. In truth our resources are finite and fragile. I do know that our society runs on energy – mostly fossil fuels – called "fossil" because they have been produced over hundreds of millions of years. We mine these resources and cannot replace them except with fuels that are not fossil, but rather here every day and renewed constantly.

Fracking is a dirty, dirty business. We are always told that, if done right, it is clean and leaves little trace. Well if that is the case, it is never done right. There will always be spills and leaks. The conservative estimate for methane leakage from fracking and its ancillary pipelines is 10%! And as far as oil is concerned, if there are leaks, and there will be, it devastates the much more valuable land over which the spills run.

I know the BLM is mandated to allow the development of the resources on its land. But when one resource use precludes another one just as valuable, a choice must be made, and that choice needs to be one of continual renewal and production, not mining/pumping a resource until it is gone and then abandoning the potential for those other valued uses.

<([#1 [5.3] Without having considered a no-leasing alternative, nor considering how the North Fork Alternative Plan would be carried out if included in the preferred alternative, the draft RMP fails to fulfill it's duty to consider the full range of reasonable management possibilities. #1])>

The North Fork Valley is a world class place capable of activities better and more healthy than the incessant draining of oil and gas for short term profit.

Sincerely,
Tom Huber, Professor
Geography and Environmental Studies
University of Colorado, Colorado Springs


000243_SchwinnK_20160922 Organization: Karl Schwinn
Received: 9/22/2016 12:00:00 AM
Commenter1: Karl Schwinn - Delta, Colorado 81416 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000243_SchwinnK_20160922.htm (000243_SchwinnK_20160922-381938.htm
Size = 8 KB)
Submission Text
Karl Schwinn
kschwinn@ksconstruction.com

BLM RMP Comments
Uncompahgre Resource Management Plan
And Environmental Impact Statement

Interdisciplinary Team:

As a corporate member/sponsor of the Thunder Mountain Wheelers ATV Club (TMW) I appreciate the opportunity to comment on the Uncompahgre Resource Management Plan, specifically as it relates to the North Delta OHV Open Area. I fully support the attached letter (Unc-RMP-2016.doc) put out by TMW and wish to expand those concerns on a personal basis.

I am a General Contractor and recently completed a $4m, 2 yr construction project at Crossroads Assisted Living Memory Care in Delta.

Also understand that I and my wife are avid geocachers.

You should also notice that my "Signature" at the bottom of this msg is a Delta County address. We have been based out of PHX AZ for the last 23 years and looking for a way out of the "city" back to our roots of small town, agriculture, great outdoors ever since we got our kids out of the house and through college.

During the 2 years we were in Delta we found that place, sold out of PHX and bought land locally. The ability to roam pretty much at will - on foot, bike, horse, ATV, & 4x4 - within limits and reason, was a significant part of the formula behind our move. Over the past two years, both before we decided to move as well as since, virtually every family member or friend that visits gets introduced to new areas yet unexplored but almost always we also take them back to some of our favorites in the same areas mentioned below.

During that same time we have crisscrossed Delta County, Grand Mesa, the Uncompahgre plateau, Dominguez, Escalante & Roubideau Canyons, as well as many other locations. Much of it was in 4x4, some of it on borrowed ATVs, a bit on bike, and miles and miles of it on foot - Summit of Leon Peak, full length of Dominquez canyon, the Water wheel near Escalante canyon bridge, Hunting Grounds (White Water area). Specifically we have also done Devils thumb, Alkali Basin, Wells Gulch, Indian Point, Doughspoon and other areas which were either in or required crossing through (to the north side) of the OHV open Area in question - about 50/50 on foot & ATV.

Much of this was in our quest for geocaches, but an equal portion was to research the history AND Geology of the area. We also spent a fair amount of time placing new caches, especially those that teach history and "Earthcaches" which teach geology. As such we made numerous trips up to the Grand Mesa Visitor Center going to various seminars - especially communicating with the "Resident?" geologist, Mike Wiley, who helped us repeatedly with info and locations of where to set our earthcaches to best teach the geology of Grand Mesa.

I/we tell you all this so that you understand that while not "Green" as in Green-Peace, we very

BLM_0155569

much consider ourselves both users and stewards of our great out of doors and all the natural resources contained AND we go to great effort to entice others to do the same - both the use and care of . . . . . . p.s. Just last Sunday, 9-18, we were a part of a group of geocachers who hosted a CITO (Cache In, Trash Out) during which we collectively picked up more than a level pickup bed load of trash from along the shore line of Crawford Reservoir - we are actively searching for more public lands on which to host CITO events. What do we get out of that? The ability to claim a CITO event cache in our computerized logs and a sense of satisfaction!

Before I close I just have to give one very good example. The Ms. and I do not (yet) own an ATV but were fortunate enough to have one offered to us to use for lengthy periods of time. The offer came from a young family man who is the third generation in a very well-known family excavation business, Huff Excavating. This young man, Kirk, is slowly but literally taking over the operations of the business as well as operating heavy equipment on a daily basis along with his dad. I know him well as we have done business in the multiples of six figures. Kirk grew up on the back of a dirt bike out on the 'dobies north of Delta and his story (as well as a photo of him and bike high in the air) are featured in the closing chapter of Author Muriel Marshall's book "The Awesome 'Dobie Badlands" The book goes deeply into the geology of the 'dobies, but also into the economics, especially that of tourism and the attraction that the open OHV area has to outsiders. Kirk is one of the extreme few who actually turned PRO and was certified to the highest level of extreme dirt bike competition at the national level. He has told me more than once that it was the ability to go out to the 'dobies and ride for hrs. on end, every meter, every slope and every ridge different than the last, never repeating itself as there were/ARE no marked trails. This now attracts riders from all over the state, if not the entire nation, as a premium training ground. Kirk's room full of trophies and endorsement of the area for training saw to that!

Bottom line in closing. What are you going to do when a group of enthusiast arrive after a multi hr. or even days trip only to find that the bulk of the area has been closed off and they were not aware of it? Do you proposed to put armed guards on the entire acreage during daylight hrs.? That is what you will have to do for years to come until the word get out and in the meantime some will be tearing down the signage and tearing up the dirt even more than normal just out of spite and to prove the point that they can, who is going to catch me? While not right, that is human nature for some people and will become a nightmare to enforce, making it even worse for those of us trying to live within the letter of the law and the aftermath of their destruction and your even harder crackdown, possibly even to the point of fenced off full closure. Nobody wins.

You will have noted from above that we have crossed the dobies to the north multiple times. During our visits to the area we have seen VERY little activity on the northern sides. We feel that if judicious planning is done to create funnels into avenues through the area's most heavily populated by the Hookless Cactus and if proper educational signage is provided at the staging areas, most all users will understand, agree with and abide by the new trail system. Most will just avoid the northern areas - as they mostly already do. Those few of us that want to get through the area up into the higher elevations are usually doing it for other purposes than burning the rubber off of our ATVs and will wend our way through the cacti fields following the trail to the base of Grand Mesa . . . . . hopefully to fish in the lakes created by slump block failure, find the regular caches hidden in the area, and maybe even learn some local geology from some of the

BLM_0155570

Earthcaches such as "Grand Mesa's Cap - Exposed!" (about the basalt cap - exposed by erosion) or "Grand Mesa - Descent into Failure!" ( history of Slump Block Failure) or "ICE - pushy attitude!" (how glacial activity has affected the area)

The REAL bottom line! I know that I am not the only one by far that feels this way but most will not take the time or make the effort to comment on those feelings. I feel that I/we have established our bonafides as true users and stewards of these natural resources and feel that as both a community and business member making my living from the local economy, I can speak for them 100 fold at least, maybe even 500x or 1000x. Following the plans as outlined above and in the attached TMW document will benefit both sides the most, by FAR!

thanks, ks

_ _ _ _ _ _ _ _ _ _
Karl Schwinn, President
K S Construction LLC
www.KSCONSTRUCTION.com
P.O. Box 99, 13374 B Rd. Delta CO 81416
970 - 275 - 9455 Main
602 - 494 - 8395 cell
866 - 494 - 8396 fax
kschwinn@ksconstruction.com


000244_HendersonS_20161024  Organization: Susan Henderson
Received: 10/24/2016 12:00:00 AM
Commenter1: Susan Henderson - Montrose, Colorado 81403 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000244_HendersonS_20161024.htm  (000244_HendersonS_20161024-381939.htm
Size = 2 KB)
Submission Text
TO: BLM Uncompahgre Field Office
FROM: Susan Henderson
59673 Mancos Lane Montrose, CO 81403
fands.henderson@gmail.com
DATE: October 24, 2016
RE: Resource Management Plan Draft

Thank you for your extensive work in developing the Resource Management Plan, and thank you

for giving us the opportunity to comment on the draft of the RMP.

<([#1 [20.1] I was surprised, startled, and dismayed to read that although the RMP identifies over 42,000 acres of Lands with Wilderness Character, the preferred alternative protects only 18,000 acres. My husband and I hike in many of the identified areas and value the quality of life they afford us. Additionally, we are also site stewards of a threatened biological species in the adobe badlands and value the unique biological resources in that area. Please include more lands with wilderness characteristics in the final preferred alternative. #1])>

<([#2 [9.1] I was also disappointed to read that the RMP preferred alternative for areas of critical environmental concern is so limited. As members of the Chipeta Chapter of the Colorado Archeological Society, we strongly support special management attention to the important historic, cultural and scenic values included in the 15 areas identified. Please include all ecological emphasis areas and restore them to their full acreage in the final RMP. #2])>

Finally, I urge you to create more meaningful protections for the values identified in the ecological emphasis areas. I am a Colorado native, but unfortunately moved to Texas and lived on the Barnett Shale for several years. My husband and I returned to Colorado to escape the environmental pollution exasperated by oil and gas development. We know personally the negative impacts of environmental degradation.

The conservation of the public lands identified in the Uncompahgre Field Office Resource Management Plan is important to me, and it is important to our children and their children. John Muir said, "Everybody needs beauty as well as bread, places to play in and pray in, where Nature may heal and cheer and give strength to body and soul alike." Please do more to protect the ecological integrity of our public lands by including all the original identified acreage in the final RMP.

Thank you. I appreciate your consideration of my comments.


000245_ElsnerD_20160929  Organization:  Dan Elsner
Received: 9/29/2016 12:00:00 AM
Commenter1: Dan Elsner - Grand Junction, Colorado 81501 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000245_ElsnerD_20160929.htm (000245_ElsnerD_20160929-381940.htm  Size = 2 KB)
Submission Text
Daniel Elsner
elsner.dan@gmail.com

BLM_0155572

Dear

I wanted to comment on the BLM's Uncompahgre Field Office Draft Resource Management Plan.

I have hiked, camped, hunted, mountain biked and photographed this area for many years. On a recent hike I was simayed by the damage donw by OHVs as the riders tried to high point on many of the adobe hills. As an avid mountain biker I was saddened by the closure of one of my favorite rides - Pollock Bench - but I honored the wilderness designation and found other areas to ride of equal enjoyment. I request you consider in the RMP:

1. Include the lands with wilderness character in the final plan. The geological features, rare plants and insects are amazing!

2. <([#1 [9.1] Include the greater salt brush area of critical environmental concern in the field plan. Isolated wildlife are a disaster for healthy populations. Wildlife know no boundaries. Healthy predator populations that can roam large areas enhance all the other communities - (plant, arthropod, prey).
#1])>
3. While protecting these areas it is imperative to appropriately manage motorized and mechanized use. Most OHV users are respectable but one track can leave a lasting depression for years and signal its okay to go there for others.

As our population grows and more and more pressure is put on our natural areas now is the time to save them for future generations to enjoy. I want my granddaughters to be able to smell, view, and enjoy the solitude of these areas. These wilderness areas can be our second best idea behind the National Parks.

Thanks for allowing me to comment.
Dan Elsner
513 N 17th Street
Grand Junction Colo 81501
970-361-6813


000246_YoderC_20161024 Organization: Chris Yoder
Received: 10/24/2016 12:00:00 AM
Commenter1: Chris Yoder - , 21215
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali

Attachments: 000246_YoderC_20161024.htm  (000246_YoderC_20161024-381941.htm  Size = 1 KB)
Submission  Text
Chris Yoder
cncyoder@comcast.net

<([#1 [5.3] BLM's multiple  use mandate argues against oil and gas leasing  in the North Fork Valley, at least until  BLM has completed  a thorough  analysis  of the risks  that large-scale oil and gas development  would create for human and animal  health, the environment,  and the economy of the North Fork  Valley. A no leasing  alternative  would  protect non- resource-exploitive  values and land uses ... while at the same time preserving for possible future use the option  of oil and gas leasing.  The reverse is not true.

That is why, at this time, I believe that a no-leasing  alternative  is the best way to honor BLM's multiple  use mandate. On the other hand, the draft RMP is a roadmap to industrializing  the Uncompahgre  Field  Office area with the resulting  contamination  of the air, water, soil,  and agricultural  lands of the very special  North Fork Valley.  That is to say, as it now stands, the draft RMP repudiates  multiple  use in favor of a single use --- oil and gas.

The only way to prevent  irreparable  harm to this special  area is to close off all BLM lands and minerals  in the area to oil  and gas leasing.  At a minimum  it BLM must impose a moratorium  on oil and gas leasing  and development  until  rural gas gathering  pipelines  are subject to federal pipeline  safety regulations.
#1])>
Thank you,
Chris Yoder
21215


000247_ArntzenK_20161020_CO_State_Historical  Organization:  History Colorado, Katie Arntzen
Received: 10/20/2016  12:00:00  AM
Commenter1: Katie Arntzen - Denver, Colorado 80203  (United States)
Organization1:History  Colorado
Commenter Type: State Government
Classification:  Substantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000247_ArntzenK_20161020_CO_State_Historical.htm
(000247_ArntzenK_20161020_CO_State_Historical-381909.htm  Size = 1 KB)
Submission  Text
katherine.arntzen@state.co.us
To whom it may concern,
<([#1 [12.1]

We offer comment on Addendum M statement: "Addendum I to the Colorado Protocol: Section 106 Requirements for Comprehensive Travel and Transportation Management Planning allows the BLM to complete consultation per Section 106 of the National Historic Preservation Act after route designation (M-4)."

As of October 29, 2016, Addendum I of the 1998 Colorado State Protocol, carried forward as Attachment F of the 2014 Colorado State Protocol, will expire by its terms and cannot be used for fulfilling your Section 106 requirements for travel and transportation management program as currently proposed by the Draft RMP/ EIS.

#1])> Thank you,

Katie

Katie Arntzen
Section 106 Compliance Manager
History Colorado, OAHP
1200 Broadway, Denver, CO 80203
303.866.4608


000248_CarpenterJ_20161005 Organization: John Carpenter
Received: 10/5/2016 12:00:00 AM
Commenter1: John Carpenter - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000248_CarpenterJ_20161005.htm (000248_CarpenterJ_20161005-381942.htm Size = 2 KB)
Submission Text
johnincolorado@yahoo.com
To whom it may concern:

I'm submitting via this email my comment on the Uncompahgre Field Office Draft Resource Management Plan. I live in Paonia, CO and am an IT professional that telecommutes via DSL. I work for a national wholesale lumber company and have been for 15 years. Having lived in Paonia on and off for the last ten years, built one house here, and in the process of buying a lot and building another house, I believe I'm eligible for commenting on the new plan.

As an avid outdoor person who hikes, backpacks, and bicycles on roads and trails here in the North Fork Valley. I have been aware of this plan being developed for this area, have looked at all the alternatives, and I support Alternative B.1.

I had lived in the Roaring Fork Valley for many years and used to commute to an office in the Silt/Rifle area. This area has been heavily affected by the large amount of gas development. I saw the quaility of the air there go from very clear to heavily polluted. I've had friends in Silt develop headaches and other medical conditions due to the VOC's in the air. One environmental impact report showed negative health impacts due to this development. I understand the need for

BLM_0155575

some fossil fuel development but would prefer the continued use of the coal mines in the area versus new fracking for natural gas. The initial environmental impact is far less with coal than the problems with gas development.

I've met many front range people who have moved to the area including many IT professionals and retired people. I've seen fiber optic layed here in Paonia and the potential for this valley to become a mecca for young telecommuting professionals and companies is very high. A major factor for the interest here is the quality of life here in a small mountain type town, the beautiful surroundings, clean air, organic farming and orchards, recreation opportunities, etc. These are huge selling points for this area. I'd like to see them remain that way.

Thanks for allowing me to comment on this!
John Carpenter
313 Onarga Ave #2
Paonia, CO 81428
970-527-3356


000249_FrishmanA_20161013 Organization: Andrew Frishman
Received: 10/13/2016 12:00:00 AM
Commenter1: Andrew Frishman - Dyer, Nevada
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000249_FrishmanA_20161013.htm (000249_FrishmanA_20161013-381943.htm
Size = 1 KB)
Submission Text
Dear BLM,
As a lifelong rafter with 16 years' experience as a professional guide, as a former resident of western Colorado (Delta County) and as someone who has visited both the San Miguel and Dolores canyons, <([#1 [39.1] I strongly believe that that the Dolores and San Miguel River segments meet suitability requirements for Wild & Scenic designation and that the BLM should maintain their suitability as part of their Resource Management Plan. Anyone who has visited these rivers knows that their scenic and recreational values are exceptional. While I support the Colorado Water Conservation Board's request to manage flows through the Colorado State Instream Flow Program (ISF), I would urge the BLM and the Secretary of the Interior to pursue other flow protections if the ISF's are not sufficient to protect whitewater recreation and ecological values. The Dolores in particular is a world class river, whose recreational potential and ecological values are unfortunately impaired by inadequate flows. Please maintain the suitability of these wonderful river segments in the forthcoming plan! #1])>
Sincerely,
Andrew J Frishman

Dyer, NV

000250_QuinnT_20160929  Organization:  Terence Quinn
Received: 9/29/2016  12:00:00  AM
Commenter1:  Terence Quinn  - Eagle, Colorado 81631  (United States)
Organization1:
Commenter Type: Individual
Classification:  Substantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000250_QuinnT_20160929.htm  (000250_QuinnT_20160929-381944.htm  Size = 1 KB)
Submission  Text
<([#1 [2] About non-hunting  firearms activity.  I suggest that the BLM do a survey of places that are suitable  for shooting  at targets. Not near residences, good backup, like a steep tall hill,  easily accessible by ordinary  street vehicles if possible.  I presume the NRA has a set of standards for rural shooting  ranges. You might even be able to get the NRA and local shooting  organizations to assist in this  survey.

There is a problem  about trash at shooting  sites on public land. It would  be useful if trash containers  were provided,  as well as restrooms, like porta-potties. The BLM could  solicit  support from local shooting  clubs for funding  and periodic  cleanups, the way highways  are cleaned up. #1])>

Terry Quinn
TERENCE J. QUINN
123 W. 4TH ST, 2D FLOOR APT PO BOX 1110 (for USPS mail)
EAGLE, COLORADO 81631
PHONE: 970-328-7116  Cell: 970-471-0818
E-MAIL: teejay@vail.net

000251_MitasH_20161022  Organization:  Helen Mitas
Received: 10/22/2016  12:00:00  AM
Commenter1: Helen Mitas - Grand Junction, Colorado  81503 (United States)
Organization1:
Commenter Type: Individual
Classification:  Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000251_MitasH_20161022.htm  (000251_MitasH_20161022-384081.htm  Size = 1

KB)
Submission Text
The North Fork Valley is one of the most unique and beautiful places on the west slope of the Rockies. It has supported the agricultural small town lifestyle for many years.

Please choose plan B1 to protect the diverse communities and wildlife of this one of a kind place.

Helen Mitas
319 Pine St
Grand Junction, CO 81503
canyonwren53@gmail.com


000252_PritchardJ_20161014 Organization: Justin Pritchard
Received: 10/14/2016 12:00:00 AM
Commenter1: Justin Pritchard - Montrose, Colorado 81401 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000252_PritchardJ_20161014.htm (000252_PritchardJ_20161014-384082.htm
Size = 1 KB)
Submission Text
Justin Pritchard
pritchj@hotmail.com

Hello,

I'm writing to support non-motorized, mountain bike friendly trails in the Montrose area - especially Dry Creek Basin, Spring, Creek Canyon, and Kinikin Hills.

Montrose is a great place with numerous motorized opportunities, and there's a huge demand for non-motorized recreation. Non-motorized trails provide a safe and sustainable form of recreation, as well as a quiet environment for all kinds of users (hikers, trail runners, horses, mountain bikers, etc.) to enjoy the outdoors. I'm not anti-moto, and I appreciate all that the motorized crowd does for this area, but I think we can all benefit from increased non-motorized opportunities. This would help the quality of life for residents and tourists, provide economic benefits to the area, and improve public health with easier access to exercise.

Thank you,
Justin
Resident of Montrose, CO, 81401

000253_GuthrieB_20160929  Organization: Brett Guthrie
Received: 9/29/2016 12:00:00 AM
Commenter1: Brett Guthrie  - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000253_GuthrieB_20160929.htm (000253_GuthrieB_20160929-384083.htm  Size = 1 KB)
Submission Text
Brett Guthrie
guthrie390@gmail.com

Hello,
I am in favor of draft plan Alternative A. Keep target shooting open to the public. Don't close acreage.


000254_OlmsteadD_20161028  Organization: Dennis Olmstead
Received: 10/28/2016 12:00:00 AM
Commenter1: Dennis Olmstead - Montrose, Colorado 81401 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000254_OlmsteadD_20161028.htm (000254_OlmsteadD_20161028-384084.htm  Size = 1 KB)
Submission Text
10/31/2016 DEPARTMENT OF THE INTERIOR Mail - Alternative B1 in the Final RMP
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=1580ba922553de8c&siml=...  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Alternative B1 in the Final RMP
1 message
Dennis Olmstead <dwotrans@bresnan.net>  Fri, Oct 28, 2016 at 8:19 AM
Reply-To: dwotrans@bresnan.net
To: UFORMP@blm.gov
Dear

Hello BLM / Staff and others.

This is a short comment on the Final RMP
From time to time I drive between Montrose and Denver along the I-70 route. It is clear that oil and gas "development"
has essentially destroyed a significant part of that territory.
I have had occasion to fly over the Dakota States at night. Flaring from from energy development are widespread making
much of the territory resemble a major forest fire. Again it's planned and allowed devastation.
As you put the final touches on the RMP I ask you to spare the North Fork / Paonia area from similar fate.
I implore BLM to plan about our long term future instead of short term development money.
Dennis Olmstead
1124 South 11th st
Montrose, CO 81401


000254_SheehanW_20161019  Organization: William Sheehan
Received: 10/19/2016 12:00:00 AM
Commenter1: William Sheehan - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000254_SheehanW_20161019.htm (000254_SheehanW_20161019-384085.htm Size = 1 KB)
Submission Text
10/26/2016 DEPARTMENT OF THE INTERIOR Mail - Recreational Shooting Proposal
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=157ddc2d439b1509&siml=…  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Recreational Shooting Proposal
1 message
William Sheehan <camelot222@gmail.com>  Wed, Oct 19, 2016 at 8:45 AM
To: uformp@blm.gov

Dear BLM - TO whom it may concern:
I Request and vote for the BLM to Select Alternative A and / or C for your Recreational Shooting Proposal.
Thank you for your consideration:
William Sheehan

000255_HowellC_20161031 Organization: Craig Howell
Received: 10/31/2016 12:00:00 AM
Commenter1: Craig Howell - Naturita, Colorado 81422 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000255_HowellC_20161031.htm (000255_HowellC_20161031-384086.htm Size = 2 KB)
Submission Text
10/31/2016 DEPARTMENT OF THE INTERIOR Mail - BLM UFO RMP comments
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=1581b6de88a634b4&siml=... 1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
BLM UFO RMP comments
1 message
Craig Howell <okieatnuvemco@hotmail.com> Mon, Oct 31, 2016 at 9:48 AM
To: "uformp@blm.gov" <uformp@blm.gov>

In developing this RMP I think the following should be considered. Access to all areas for mineral exploration, mining, hunting, fishing and camping should be kept at a maximum level, and restrictions of any kind should be kept at a minimum. I not only work in this area, I also enjoy having the ability to enjoy the outdoor activities available to me in this area. I believe that it is important to the economy of the west end of Montrose county to have the ability to enjoy all of these activities to the greatest extent possible. We have a great deal of tourism that has become a big part of the economy here and restricting access in any way would be detrimental to the economy of this area. I believe that option A should be implemented of the RMP should be implemented, this would best serve the people of the west end of Montrose county.

Craig Howell (Okie)
Opera?ons and Mine Safety Consultant
P.O. Box 297
426 East Adams, Naturita, CO 81422
Phone 505-350-5241
Email okieatnuvemco@hotmail.com
Email hoyt1776@gmail.com


000256_WolfJ_20161030 Organization: Henry Fair
Received: 10/30/2016 12:00:00 AM
Commenter1: Henry Fair - ,
Organization1:
Commenter Type: Individual

Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000256_WolfJ_20161030.htm (000256_WolfJ_20161030-384265.htm Size = 1 KB)
Submission Text
10/30/2016 DEPARTMENT OF THE INTERIOR Mail - Colorado's North Fork Valley
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=15816c30f363e588&siml=1... 1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Colorado's North Fork Valley
1 message
j wolf <jhfwolf@gmail.com> Sun, Oct 30, 2016 at 12:03 PM
To: uformp@blm.gov, director@blm.gov

Dear Neil Kornze, BLM Director and Uncompahgre Field Office

The North Fork Valley, on the western slope of Colorado's Rocky Mountains, is one of the most beautiful and unique
places in the world.
I understand that there is a plan to open this area to oil and gas leasing for exploration and extraction. As one who has
studied these issues for years, I know that where you drill, you spill. And of course, the region has no water to spare.
Therefore, I am opposed to oil and gas leasing on public lands in the North Fork Valley.
I hope you will consider this comment in your decision making process.
Thank you
J Henry Fair
Charleston, SC


000257_GoldmanA_20161026 Organization: Andrew Goldman
Received: 10/26/2016 12:00:00 AM
Commenter1: Andrew Goldman - Montrose, Colorado 81403
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000257_GoldmanA_20161026.htm (000257_GoldmanA_20161026-384266.htm Size = 3 KB)

Submission Text
10/27/2016  DEPARTMENT OF THE INTERIOR Mail - Comment on the UfO Draft RMP
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=1580350f1eca5243&siml=1…  1/2
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Comment on the UfO Draft RMP
1 message
Andy Goldman  <fishman2@montrose.net>  Wed, Oct 26, 2016 at 5:26 PM
To: uformp@blm.gov
Please consider this a public comment on the BLM's UFO RMP:

"Fluid Mineral Leasing too widespread in the planning area."

Andrew Goldman
58657 Meadow Lane
Montrose, Colorado 81403
fishman2@montrose.net 970 275 9815

<([#1 [16.1] In reference to p 2-393 Table 2-6
I applaud the BLM for considering many areas of NSO restrictions acreage open for leasing, I strongly urge you to adopt Alt B rather than D with regard to the number of acres managed as EEAs (242,580 vs 177,700) as well as the prescription of NSO on 186,700 of those acres (rather than the lesser stringent CSU and SSR restrictions in Alt D.
#1])>
<([#2 [21.1] In reference to p 4-284 Table 4-45
Similarly, NSO stipulations need to be increased from 238,140 acres, especially in the EEAs, ACECs and LWCs, as management of these areas would be undermined with any allowable surface drilling.
Excluding 50.050 out of 916,020 acres (5.4%) from fluid mineral leasing in the planning area is an unbalanced proportional emphasis on mineral extraction to the detriment of other resource values such as fish and wildlife, recreation and tourism, scenic viewsheds, vegetative, water and air quality and other non extractive economic interests. By your own reckoning 416,600 acres left open to drilling have low development potential anyway.
#2])>
<([#3 [20.1] In reference to Apendix A Figure 2-21
The Adobe Badlands Adjacent proposed LWC should be restored to Alt D with the full protection of No leasing and NSO as outlined in Alternative B1. to protect the non extractive resource values of this land adjoining the WSA. I have hiked this land and believe it still is suitable as an LWC despite its proximity to oil leasing and OHV recreation. Active management (e.g. adequate signage) would do alot to prevent further degradation of the area
#3])>
<([#4 [30.3] Finally Alternative B1 recommends no leasing in much of the Hotchkiss Paonia area, Preferred Alt D does little to incorporate any of that input with the exception of some NSO stipulations. Gas drilling of any kind in the North Fork adjacent to water sources, agricultural areas, scenic view sheds and tourism dominated businesses will forever negatively impact the health and economic wellbeing of those communities.

BLM_0155583

#4])>

000258_ReeseC_20161024  Organization:  Heidi Reese
Received: 10/24/2016  12:00:00  AM
Commenter1: Heidi Reese - ,
Organization1:
Commenter Type: Individual
Classification:  Substantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Review Assigned/Due: mmccarter
Attachments: 000258_ReeseC_20161024.htm  (000258_ReeseC_20161024-384267.htm  Size = 10 KB)
Submission  Text
10/31/2016  DEPARTMENT OF THE INTERIOR Mail - BLM Letter
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=157f865500588916&siml=1...  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
BLM Letter
1 message
Cory Reese <txreese@mac.com> Mon, Oct 24, 2016 at 2:31 PM
To: uformp@blm.gov
Heidi N. Reese

BLM Letter.docx
22K
October 22, 2016
Uncompahgre Field Office RMP
IN SUPPORT OF THE NORTH FORK ALTERNATIVE
To Whom it May Concern:

Location – My name is Heidi Reese and I am a resident of Paonia Colorado.  I live  on Mathews Lane, which is located near BLM lands.

Local History - I have lived in the North Fork Valley on and off for 40 years. I know the landscape, watershed, and local economies and cultures intimately.  This is my home. My primary activities on BLM lands include mountain biking, camping, hiking, fishing, conservation projects and geology field trips. I have also lived in northern New Mexico where the oil and gas industry has decimated the environment.

Water Sources - My drinking water comes from the Town of Paonia's municipal water supply which comes from 38 different springs near BLM lands that would be left open to oil and gas development in the draft Preferred Alternative. My irrigation water comes from the Stewart Ditch sub-operated by the Hadley Ditch Company. The intake for my irrigation ditch comes

from North Fork of the Gunnison River below Paonia Dam. This watershed drains through BLM lands that would be left open to oil and gas development in the draft Preferred Alternative.

BLM Recreation– My recreation activities on BLM lands include hiking, biking, fishing and camping. I have been enjoying these recreational activities at these locations for almost 40 years. I hike and fish on Gunnison, along with several other tributaries. The final plan must include protections for these recreation resources and lands.

Thank you for the opportunity to comment on the draft Uncompahgre Field Office resource management plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat, domestic and irrigation water, wild and scenic rivers, air quality, and recreation. In particular, I support the designation of ecological emphasis areas and special recreation management areas. These will preserve habitat connectivity, wildlife corridors, undeveloped open space, and recreation opportunities within our region.

However, the Preferred Alternative in the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wildlife, recreation, wilderness-quality lands, and cultural sites. It would also risk the air and water quality, along with the scenic viewsheds, on which our local communities and economies depend upon. Much of the area doesn't even have oil and gas reserves that are feasible for development. The Preferred Alternative would put our public lands and adjoining communities at risk for negative impacts from development activities including large-scale oil and gas drilling as well as lease speculation. The BLM must adopt a final plan that makes important wildlife habitat, recreation areas, and sensitive air, water, and viewsheds off-limits to energy development. I lived in Farmington NM for 10 years during the big oil and gas boom of the 90's so I have personally seen the destruction that the oil and gas business has had on our lands in northern New Mexico. I do not want to see our valley get destroyed in front of my eyes like it did in Farmington. The short term financial benefits will NEVER outweigh the irreversible contamination and destruction of our water, land and food supply.

October 22, 2016
Substantive concerns

Water
Domestic Water Sources - The final plan must protect the health of the watershed for the greatest number of users. Our communities have invested countless dollars developing both domestic and agricultural water systems for their homes, farms and ranches. The final plan must exclude all oil and gas activities within a half-mile of all surface and ground domestic water sources.
Irrigation water and agriculture - The final plan must protect local agriculture by excluding oil and gas activities within a quarter mile of ditches, domestic water decrees, dams, irrigation intakes, or canals. This directly impacts our food supply.
Streams and surface water quality - The final plan must protect streams and surface water quality, protecting ecological resources, aquatic habitat, recreational attractions, water storage, and flood control by closing areas within a half mile of lakes, ponds, wetlands, and reservoirs to

BLM_0155585

oil and gas activities including leasing.

Air
The final plan must protect the health of the airshed.

Economic Impacts
Recreation, Agri-tourism, Scenic Viewsheds and Real Estate – Would be negatively impacted by the Preferred Alternative plan. he final plan must protect the investments locals have made in the value of their home and land, and should not allow for speculative oil and gas leasing which discourages homebuyers from purchasing in our communities, producing real and direct negative economic impacts on our communities.

<([#1 [18.3] Public health and safety
Traffic impacts - The final plan must adequately mitigate the traffic impacts of oil and gas activity within the North Fork of the Gunnison Watershed.
Seismic activity - New data indicates deep injection wells and other oil and gas activities increases seismic activities. The final plan must assess and mitigate potential impacts of human-caused earthquakes, particularly in the North Fork region which is prone to unstable soils and landslides. #1])>

Recreation
Jumbo Mountain Trails - The BLM lands on and surrounding Jumbo Mountain are a well-used and well-loved recreation asset for North Fork residents. The final plan should include the entire Jumbo Mountain unit as a special recreation management area to protect the quality of the recreation experience. This area is essential for quality of life, recreation tourism, and the businesses that rely on those tourists. The final plan should also include an Ecological Emphasis Area to protect critical winter mule deer and elk habitat.
Hunting and Fishing - Public lands access for hunting, camping, fishing and travel, as well as plentiful and healthy habitat are critical components that help sustain the multi-million-dollar hunting industry in the area. The final plan should include ecological emphasis areas for all critical winter habitat within the North Fork Valley. The final plan should also include the protections of B1 which prohibits surface activities in critical wildlife habitat, and includes both No Leasing and No Surface Occupancy setbacks from streams, riparian areas, and water bodies.
Future Recreation Development - Local economic studies indicate that the economic future of our region will depend upon the diverse industries already present, including land- and water-based
recreation. The final plan should include special recreation management areas and extensive recreation management areas for all lands identified as high recreation value by local residents and businesses. Recreation activities include mountain biking, horseback riding, motor biking, OHV use, trail running, hunting, fishing, and backpacking among others. These areas include Jumbo Mountain, Stevens Gulch, the North Fork of the Gunnison River corridor, Smith Fork river corridor, McDonald Creek, Elephant Hill, Lone Cabin, Adobe Butte, and Robideau Canyon.

Wildlife
Adobe Badlands - The final plan should protect all lands with wilderness characteristics,

including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Stevens Gulch - The final plan must protect all lands with wilderness characteristics, including the areas up Stevens Gulch. This area is home to a population of Purple Martins that are not found in other areas. It also has one of the largest mature aspen stands in the world, providing prime habitat for elk and deer, and provides important connectivity between the valley bottoms and the roadless lands in the Grand Mesa National Forest. Hunting in this area is an important part of both our culture and our economy.

Federally listed and threatened aquatic species - The final plan must designate known habitats of rare and threatened fish species as Right of Way exclusion areas and prohibiting oil and gas surface activities. The same holds true for riparian zones and wetlands. Roads, pipelines, powerlines, and well pads will negatively impact water quality and reduce available habitat for local fish species.

Conclusion

In conclusion, you have probably read similar letters to this one but it does reflect all of the concerns that the BLM should take into consideration from the people who will be directly impacted by this plan, the local residents in Crawford, Hotchkiss, and Paonia. We implore you to adopt North Fork Alternative, B1, for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the entire Gunnison Watershed--supporting farmers, protecting public health, sustaining ecological well-being, and building a sustainable rural economy on Colorado's Western Slope. Please don't destroy our home for generations to come.

000259_SabatkeR_20161026  Organization: Robin Sabatke
Received: 10/26/2016 12:00:00 AM
Commenter1: Robin Sabatke - Hotchkiss, Colorado 81419 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000259_SabatkeR_20161026.htm (000259_SabatkeR_20161026-384268.htm Size = 3 KB)
Submission Text
10/30/2016 DEPARTMENT OF THE INTERIOR Mail - BLM RMP letter
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=1580b4a6794ab621&siml=…  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
BLM RMP letter
1 message

Robin Sabatke <rsabatke@mac.com> Fri, Oct 28, 2016 at 6:34 AM
To: uformp@blm.gov
Sent from my iPad
BLM RMP letter.pdf
28K
Robin Sabatke
12779 3600 Rd, PO Box 67
Sunshine Mesa
Hotchkiss CO 81419
26 October 2016
BLM. Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose CO. 81401
Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team:

Thank you for the opportunity to comment on the draft Uncompahgre plan. I greatly appreciate that the BLM is considering ways to protect our valuable resources like domestic and irrigation water, wildlife habitat, air quality, recreation, and our scenic rivers. I particularly support that the BLM will designate "ecological emphasis areas" to preserve connectivity and wildlife corridors.

I have lived in the North Fork Valley for 45 years. This is my home and as a senior citizen, will be leaving my beautiful 40 acre property to my family. We continue to protect wildlife (deer, elk, and other) habitat, and enjoy hiking, hunting, and hay production on our property. My drinking water comes from the Sunshine Mesa Domestic Water Company, a small, spring fed source located on public land. It is imperative that our water must be protected from gas and oil, or other industrial development. My irrigation water comes from the Fire Mountain Canal and Reservoir Company and the Paonia Reservoir and also must be protected from gas and oil and other industrial development.

I would like the BLM to include all proposed actions in the North Fork Alternative B1, in the final RMP. The North Fork Alternative boundaries include the Hotchkiss, Paonia, and Crawford communities and include, like mine, areas that supply municipal, domestic, and irrigation water supplies. These lands are highly scenic and are quality wildlife lands. This Alternative ensures the strongest long term protection of our water supplies, wildlife areas including winter ranges and migration corridors, scenic qualities, and recreational availability.

It is extremely important to me and my descendants, and all of our North Fork citizens that all of the conservation protections in Alternative B1 should be included in the final plan.

Thank you again for accepting my comment for the RMP process. I urge the BLM to listen to the local residents of the North Fork community and protect our watersheds, wildlife, farming, and sustainable economies by including the protections of the North Fork Alternative B1 in the RMP. The outcome is very important to me as it will affect my home and the North Fork communities for many, many years to come.

Sincerely Yours,
Robin Sabatke


000260_HunterL_20161028   Organization: Lucy Hunter
Received: 10/28/2016  12:00:00  AM
Commenter1: Lucy Hunter - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000260_HunterL_20161028.htm (000260_HunterL_20161028-384269.htm  Size =
11 KB)
Submission  Text
10/31/2016  DEPARTMENT OF THE INTERIOR Mail - BLM UFO RMP Comments
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=1580d3b0359a8502&siml=…  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
BLM UFO RMP Comments
1 message
Lucy Hunter <lucy@odiseanet.com>  Fri, Oct 28, 2016 at 3:37 PM
To: uformp@blm.gov
Please find attached my comments on the current draft of the Resource Management Plan.
Thank you,
Lucy Hunter, P.E.
Principal
ODISEA | Civil and Structural Engineering
Designing  Your Vision
P.O. Box 1809
Paonia, CO 81428
(970) 270-7353
www.odiseanet.com
BLM Draft RMP Review Letter_Lucy_Signed.pdf
151K


Lucille  Hunter
337 Main Street, P.O. Box 1809? Paonia, CO 81428? Phone: (970) 270-7353
E-Mail: lucy@odiseanet.com  Web: www.odiseanet.com


Date: October 15, 2016
UFO Draft RMP
Uncompahgre Field Office

2465 South Townsend Avenue
Montrose, CO 81401

To Whom It May Concern:
I am a small business owner and resident of Paonia and the North Fork Valley. My residence and home office are 570 feet from the North Fork of the Gunnison River. I choose to live, work, and raise my family here because of the quality of life: small, rural town with excellent views, pristine water and air quality, abundance of local and
organic food, and outdoor recreation.

Specifically, my family enjoys mountain biking, backcountry skiing, and hiking on Grand Mesa, McClure Pass, the Raggeds, and Jumbo Mountain. We often fly-fish the North Fork, Smith Fork, and main Gunnison Rivers, Anthracite Creek, Muddy Creek, Hubbard Creek, and Leroux Creek and hunt in Game Management Units 521 and 53. We raft the Gunnison River many times each year. The final RMP must include protections for these recreation resources and lands.

As a local professional engineer, I have many new clients that have recently moved to the area. Without exception, each one of these families has moved here to enjoy the same amenities mentioned above. They are young families that are contributing to the economic viability of the area and to the future generations of this
valley.

I want to begin by saying THANK YOU to the BLM UFO for including the North Fork Alternative B1 in the draft of the RMP. I understand that the BLM must try to balance a multitude of uses for our limited natural resources and public lands. I also feel very strongly that the way in which we choose to manage these lands and resources over the next few decades is critical in sustaining them and preserving the quality of life and economic health of North Fork residents and visitors. In the following paragraphs, I will outline my concerns with utilizing any management strategy for this area other than Alternative B1.

The Preferred Alternative (Alternative D) would open 90% of the Uncompahgre area to oil and gas leasing. Oil and gas leasing is a threat to our quality of life and the economic livelihood of the North Fork Valley. Specifically, this type of development endangers our surface waters and our groundwater, which in turn affects the quality of our drinking water and of the foods grown here. This also has the potential to affect the organic certification of many of our local farms and ranches. Additionally, drill pads are unsightly. I enjoy scenic drives and hikes on the Grand Mesa and often take out-of-town guests there to show off the natural beauty of this area. This use would be drastically / negatively impacted by oil and gas development. Oil and gas development in this watershed / viewshed is too risky. Land use in this area should instead be focused on more sustainable uses such as: quality open space, recreation, hunting, fishing, and mitigation of wildlife fragmentation. From an economic standpoint, rather than relying on the limited and temporary income and tax revenue from oil and gas development, we should focus on more diverse and sustainable practices such as agriculture and tourism (as well
as attracting young professionals that telecommute and contribute to the economic health of the area).

BLM_0155590

<([#6 [37.1] The final RMP must protect the health of the watershed for the greatest number of users. Our communities have invested countless dollars developing both domestic and agricultural water systems for their homes, farms and ranches. The final plan must exclude all oil and gas activities within a half-mile of all surface and ground
domestic water sources, including municipal waters supplies, that risk being impacted by surface spills and well failure. Most of the domestic water sources in the North Fork Valley are surface springs and streams that are either on or near BLM lands affected by this plan.
#6])>

<([#7 [37.1] The final RMP must protect local agriculture by excluding oil and gas activities within a quarter mile of ditches, domestic water decrees, dams, irrigation intakes, or canals. This is a minimum distance required to safeguard direct and rapid impacts from surface spills and other contamination from oil and gas activity.
#7])>

<([#8 [37.1] The final RMP must protect streams and surface water quality, protecting ecological resources, aquatic habitat, recreational attractions, water storage, and flood control by closing areas within a half mile of lakes, ponds, wetlands, and reservoirs to oil and gas activities including leasing. The final plan should also recognize that perennial water sources, riparian areas, intermittent streams and ponds, and ephemeral/seasonal waters are priority habitats with adequate protections from all surface activities #8])> .

<([#5 [30.1] The final RMP must protect the idyllic character and scenic beauty of the North Fork Valley, which is home to the West Elk Wine region and has been called Colorado's Farm-to-Table Capital. That character would be jeopardized by oil and gas activity. Alternative B1 requires development setbacks from agricultural lands, prevents damage to visual qualities, and best preserves the current rural character of the valley. #5])>

The North Fork Valley sits at the very heart of the West Elk Loop Scenic Byway, world renowned for its scenery and rural character. Oil and gas development could jeopardize the scenic qualities of the area. The final RMP should include Alternative B1, which provides the adequate protections for the Valley's scenic features.

<([#4 [30.3] River and trail recreation are a growing economic opportunity in the North Fork, with these industries bringing millions of dollars to communities in Colorado. The North Fork Alternative provides protection from oil and gas development for streams and river corridors, trailhead areas, the flanks of the West Elk Mountains, and the Jumbo Mountain area. These protections must be included in the final RMP. Real estate sales in the North Fork Valley continue to be driven by those seeking a rural, non-industrial, and agricultural lifestyle.

The final RMP must protect the investments locals have made in the value of their home and land, and should not allow for speculative oil and gas leasing which discourages homebuyers from purchasing in our communities, producing real and direct negative economic impacts on our communities. #4])>

<([#1 [27.1] Specifically with regard to recreation: The BLM lands on and surrounding Jumbo Mountain are a well-used and well-loved recreation asset for North Fork residents. The final RMP should include the entire Jumbo Mountain unit as a Special Recreation Management Area

to protect the quality of the recreation experience. This area is essential for quality of life, recreation tourism, and the businesses that rely on those tourists. The final plan should also include an Ecological Emphasis Area to protect critical winter mule deer and elk habitat. Public lands access for hunting, camping, fishing and travel, as well as plentiful and healthy habitat, are critical components that help sustain the multi-million-dollar hunting industry in the area. The final RMP should include ecological emphasis areas for all critical winter habitats within the North Fork Valley. The final plan should also include the protections of the B1 alternative, which prohibits surface activities in critical wildlife habitat, and includes both No Leasing and No Surface Occupancy setbacks from streams, riparian areas, and water bodies. Local economic studies indicate that the economic future of our region will depend upon the diverse industries already present, including land- and water-based recreation. The final RMP should include Special Recreation Management Areas and Extensive Recreation Management Areas for all lands identified as of high recreation value by local residents and businesses. Recreation activities include mountain biking, horseback riding, motor biking, OHV use, trail running, hunting, fishing, and backpacking, among others. These areas include Jumbo Mountain, Stevens Gulch, the North Fork of the Gunnison River corridor, Smith Fork river corridor, McDonald Creek, Elephant Hill, Lone Cabin, Adobe Butte, and Robideau Canyon. #1])>

<([#2 [14.1.1] With respect to wilderness and wildlife protection: Wildlife habitat fragmentation should be mitigated by assuring connectivity between Grand Mesa and West Elk Wilderness through the designation of Ecological Emphasis Areas and Special Recreation Management Areas. Wild and scenic rivers should be protected. The final RMP must protect all lands with wilderness characteristics, including the areas up Stevens Gulch. This area is home to a population of Purple Martins that are not found in other areas. It also has one of the largest mature aspen stands in the world, providing prime habitat for elk and deer, and provides important connectivity between the valley bottoms and the roadless lands in the Grand Mesa National Forest. Hunting in this area is an important part of both our culture and our economy. #2])>
<([#3 [37.1] With respect to agricultural water rights: I would like to see further education for our farmers and ranchers to alleviate the 'use it or lose it' mentality; ranchers/farmers should be able to maintain their water rights regardless of use in order to encourage conservation and to keep the water in the river as much as possible. #3])>

Thank you again for your efforts in this regard. I strongly support and respectfully request the inclusion of the North Fork Alternative B1 and all other conservation protections in Alternative B in the final UFO RMP. The locally driven proposal that is Alternative B1 is the right way to protect the entire Gunnison Watershed - supporting farmers, protecting public health, sustaining ecological well being, and building a sustainable rural economy on Colorado's Western Slope.

Sincerely,

000261_CodaB_20161030 Organization:
Received: 10/30/2016 12:00:00 AM
Commenter1: 464145
Organization1:
Commenter Type:

Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000261_CodaB_20161030.htm (000261_CodaB_20161030-384270.htm Size = 7 KB)
Submission Text
10/30/2016  DEPARTMENT OF THE INTERIOR Mail - BLM Uncompahgre Draft RMP/EIS
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=15818eb6f0b7ac18&siml=1...  1/2
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
BLM Uncompahgre Draft RMP/EIS
1 message
B Coda <enjoylife237@yahoo.com> Sun, Oct 30, 2016 at 10:07 PM
To: uformp@blm.gov
Cc: director@blm.gov, rwelch@blm.gov, dmwilson@blm.gov, bsharrow@blm.gov,
rmpcomments@citizensforahealthycommunity.org, millie.hamner.house@state.co.us,
kerry.donovan.sd5@gmail.com,
datchley@deltacounty.com, bhovde@deltacounty.com, mroeber@deltacounty.com,
rlevalley@deltacounty.com,
john.hickenlooper@state.co.us

30 October 2016

BLM, Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado [81401]

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team:

In the current Draft RMP/EIS BLM proposed alternative, 94.5% of public lands, above and
below-ground, in the six-county Planning Area of southwestern Colorado are recommended for
oil and gas leasing and development. I submit this comment in favor of Alternative B.1, the
North Fork Alternative Plan (NFAP) and a no-leasing alternative. The following express my
thoughts as to why this is the best proposal. I ask you to give these comments your full
consideration.

As someone who has gardened for thirty-three years and helped farmers in Delta and Montrose
Counties for the past six growing seasons, I know that healthy soil is where the potential for
plants to supply quality food begins. Contaminated soil cannot grow
nutritious food; it in fact depletes the health of the soil, where the microorganisms and
components of the dirt itself cannot support the

BLM_0155593

life within the seed that enables it to grow. The plants and animals that ingest it, including human beings, become unhealthy. A
country that cannot feed itself is vulnerable and dependent, regardless of how much fuel it produces.

Agriculture is primal, the foundation that ensures that a country's people maintain strength and independence. The term 'energy
independence' is given lip service by people and businesses that, if they really wanted this country to become energy independent,
would stop shipping the present glut of natural gas overseas and support existing and emerging alternative technologies and methods
of energy generation. Instead, leaders who are supposed to be considering the best vision for moving forward continue to cling to
what are known to be unhealthy and unsustainable methods of sourcing fuels, that of extracting mineral resources from the ground.

<([#1 [41.2] Every week new scientific studies are released that expose the danger to health, even life, engendered by the oil and gas industry, particularly when using 'fracking.' The risk -potential is unacceptable. Although there have been hundreds of studies published, analyzing and proving ill effects to people, wildlife, air and water quality, I will cite only a few.

The latest I've read is from Yale School of Public Health October 24, 2016. The researchers' analysis found ">80% of the chemicals lacked sufficient data on cancer-causing potential…Of the 119 compounds with sufficient data, 44% of the water pollutants and 60% of the air pollutants were either confirmed or possible carcinogens."

A thirteen-year study in rural Colorado ending 2013 found birth defects (congenital heart, brain, spine or spinal cord) were associated with both proximity and density of natural gas wells within ten miles of mothers' places of residence. Several chemicals used are known to increase birth defects risks. Health professionals in Vernal, Utah reported a 6-fold increase in infant death rates over a three- year period.

[the above two citations are from The Compendium of Scientific, Medical, and Media Findings Demonstrating Risks and Harms of Fracking (Unconventional Gas and Oil Extraction), Third Edition, October 14, 2015, by Concerned Health Professionals of New York and the Physicians for Social Responsibility]

The BLM has a mandate to consider the best multi-use of public lands and all reasonable alternatives. The NFAP and a no -leasing alternative do that, continuing the history of the past century of being an agricultural center. It would also support continued farming and ranching, outdoor recreation and hunting, as a Colorado Creative District, the West Elks American Viticulture Area, and increased real estate sales by drawing people to relocate to the Planning Area because of the opportunities and values expressed in the NFAP.
#1])>
Allowing oil and gas drilling would reduce and possibly destroy the years, money and efforts represented by these nationally-recognized designations along with those of individuals and

BLM_0155594

businesses working to keep the Planning Area economically vibrant. Industrial oil and gas development is not compatible with any of these already-established ventures and activities.

People in the Planning Area made it clear to the BLM in 2011 that they want to protect the lands involved, to not allow oil and gas leasing. Federal law requires this protection.

During the four years I lived in Crawford, I spent many hours camping, hiking and taking others to enjoy the outdoors, some of whom were grateful elders who could no longer drive themselves. They never asked to be taken to see a well site or a drilling pad.

I know first-hand the care and study I and others use to be sure to grow the most nutritional and best-tasting food crops possible.

Now living in Montrose, I enjoy other outdoor recreation areas, while keeping ties with the North Fork Valley. Through various news
sources, I follow the many creative enterprises in the six-county area that have been thoughtfully launched based on people's love of the land, who continue the entrepreneurial spirit of the pioneers, and want to protect the unlimited opportunities to enjoy the
magnificent mountains, waterways, flora and fauna within the Planning Area.

In closing I ask again that the BLM include the NFAP/Alternative B.1 as well as an as-yet-un recognized reasonable alternative
management plan, that of no -leasing. Before presenting the final RMP, the BLM must correct several gross omissions in the Draft
RMP by including studies and assessments made that analyze the impact of industrial oil and gas operations within the Planning Area
on human health, on the soil, water and air of the largest area in Colorado of organically-grown fruit and vegetables, on its wildlife,
and on the economies of fishing, hunting, and tourism.

In the interest of privacy, I ask that any personally identifiable information be withheld from public review. I appreciate the
tremendous task required by the staff at the BLM, and know how important are your efforts to consider all the voices and perspectives
submitted as comments related to the Draft RMP/EIS. Thank you for your care and commitment to our public lands.
Sincerely,
Brenda Joyce Coda


000262_MarshallS_20161027 Organization: Sarah Marshall
Received: 10/27/2016 12:00:00 AM
Commenter1: Sarah Marshall - Hotchkiss, Colorado
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique

Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000262_MarshallS_20161027.htm (000262_MarshallS_20161027-384449.htm
Size = 4 KB)
Submission Text
10/30/2016 DEPARTMENT OF THE INTERIOR Mail - comment letter
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=15808dd12a2b7d10&siml=... 1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
comment letter
1 message
Sarah Marshall <vanhornmarshall@gmail.com> Thu, Oct 27, 2016 at 7:16 PM
To: uformp@blm.gov

Please see attached!
Thanks for all you do to manage our public lands!
Sarah

BLM lter.docx
138K

October 25, 2016
To: uformp@blm.gov
This are comment on the Uncompahgre Field Office's Draft Resource Management Plan.

I live outside of Hotchkiss in Delta County. We chose to move here and raise our kids here for
the rural communities and proximity to public lands. I have concerns with alternatives in the
Draft Resource Management Plan.

Our economies have suffered, and although we do need to diversify occupations in our area, I am
hesitant to fully embrace another boom and bust type industry. After years of gas extraction
booming in other parts of this country, there has been a few slow years, impacting communities
that were still owing money on infrastructure to
accommodate the boom. We need to work towards more stable sources of
employment . We are currently experiencing the down side of the coal industry and repeating
local investment of human resources in another industry prone to high and low times is harmful
to our community.

I am also concerned about the increasingly known environmental concerns with oil and gas
production. While I understand it to be generally safe, there is never a guarantee against there
being an accident or mistake that causes extreme environmental issues. Many properties, farm,
ranch, and smaller home properties rely on irrigation water in this dry climate. This water is
collected from everywhere in the Gunnison River Watershed (or the North Fork of the Gunnison
watershed for where I live). An accident or a problem anywhere will pollute the water used in

BLM_0155596

our valley. It doesn't just sit in one place, and affect those who created the problem.
Farming and ranching make up some of the more stable jobs, and polluted water will very much impact these industries.

I am similarly concerned with air quality. Most of the year, our gravel road are dry to the point of being dusty. Any temporary road, pads etc. will increase sources of dust. Watering roads uses more water (a limited resource here) and is a temporary solution. There are more air quality concerns with drilling and extraction. What we
put in our air has become a worldwide problem and there are greenhouse gasses that are released in these processes.

Also, oil and gas industries claim to need a certain level of production to operate in an area. Many wells in one area impact the quality of life. Impacts include noise, lights at night, visual scars on the landscape, influx of temporary workers who do not need to act as if this is their home, as well as the impacts to air and water
mentioned above. A slow development of the resource, with just a few wells operating at once, would be more tolerable, but, from what oil and gas companies claim, not economically possible.

So, due to social, economic and environmental reasons, I am opposed to opening the public lands surrounding the NF Valley to drilling. The alternative that includes drilling that seems to most consider the needs of the people and occupations currently surviving in the area would be alternative b-1.

Thank you
Sarah Marshall
Hotchkiss


000263_CromptonB_20161028 Organization: Bill Crompton
Received: 10/28/2016 12:00:00 AM
Commenter1: Bill Crompton - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category:
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000263_CromptonB_20161028.htm (000263_CromptonB_20161028-384810.htm
Size = 4 KB)
Submission Text
10/31/2016 DEPARTMENT OF THE INTERIOR Mail - comment of resource management plan draft
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=1580ba3aabaa3d35&siml=…  1/2
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>

BLM_0155597

comment of resource management plan draft
1 message
bill crompton <billcrompton@hotmail.com>   Fri, Oct 28, 2016 at 8:12 AM
To: "uformp@blm.gov"   <uformp@blm.gov>
Cc: "info@theconservationcenter.org"   <info@theconservationcenter.org>,
"info@citizensforahealthycommunity.org"
<info@citizensforahealthycommunity.org>,   Margaret Stochosky   <mstochosky@msn.com>

Hello,
I am writing in support of North Fork Alternative, B1.

My wife and I purchased a home in Paonia in June of this year. We were attracted to the area by
its combination of beauty, cleanliness, access to pristine wilderness and the amiability of the
community of ranchers, farmers and artists. We are both healthcare professionals and we are
happy to bring our skills and financial resources to the local community. We have already spend
thousands of dollars locally in supplying and remodeling our new home. It is my understanding
that
the heightened action of the real estate market in the area indicates we are not alone in this.

We oppose the introduction of further mineral extraction, and, specifically, natural gas mining
via fracking, to the area. The risk of damage to the water resources, as well as sub-surface
stability of
the land is well-documented in other areas of the country and the benefit of further production of
carbon-based fuels is certainly questionable in terms of environmental effects and financial
benefits for local populations.

I lived for a number of years in Southeast Alaska in Juneau. A mining company applied for
permission to re-open old gold mines there in hopes of extracting minerals previously left behind
by less modern mining techniques. While the company was awaiting for approval from the EPA
it
was allowed to do some exploratory drilling. In the course of that exploration an old holding
pond
was violated and cyanide was released into the local creek (Gold Creek) which runs through the
middle of Juneau and a large fish kill resulted. Needless to say, the approval was denied. I
believe
this story is pertinent to the North Fork in a couple of ways. First of all, water contamination
would
effect the health of the people, the plants and the animals of not only the immediate area but,
potentially, the entire southwest of the U.S. that depends on this drainage to contribute to the
Colorado River drainage. Secondly, like Juneau, the North Fork Valley is, and will become,
increasingly valuable for its environmental beauty and cleanliness and is far more likely to
benefit
financially as a destination point for tourism and/or living space for people such as my wife and
I.
My experience with mineral extraction is that the companies in that business often take the
product

and the earnings away with them and leave only the devastation to the land behind.

There is little long term benefit to the local communities in this kind of compromise.

Again, WE SUPPORT NORTH FORK ALTERNATIVE, B1, IN THE REVISION OF THE RESOURCE MANAGEMENT PLAN!!!!!

Thank you,
Bill Crompton
Margaret Stochosky
40839 Stewart Mesa Road
Paonia, Colorado, 81428

000264_SanbornJ_20161031  Organization: Jen Sanborn
Received: 10/31/2016 12:00:00 AM
Commenter1: Jen Sanborn - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000264_SanbornJ_20161031.htm (000264_SanbornJ_20161031-384811.htm Size = 4 KB)
Submission Text
10/31/2016 DEPARTMENT OF THE INTERIOR Mail - comment on RMP north fork valley
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=1581b9a151db71d3&siml=… 1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
comment on RMP north fork valley
1 message
Jen Sanborn <jensanborn@skybeam.com> Mon, Oct 31, 2016 at 10:36 AM
To: uformp@blm.gov

Hello, Oct. 31, 2016

I am a citizen of the North Fork Valley. I am a farmer and an artist. My husband and I work about 18 acres of land here, about ¼ from the North Fork of the Gunnison river.

I'm sure you've gotten plenty of comments regarding the threat to our water supply that accompanies oil & gas activity in the area. As farmers and citizens who use this valley's water to survive, we stand against the oil & gas companies coming in, threatening our existence, promising to use "best management practices" and then leaving our valley changed forever for the worse.

BLM_0155599

This letter is not about water though. My husband and I have lived in an oil & gas community for 25 years. The last 10 of those during the last boom and bust cycle. I can attest that the industry left our community changed for the worse.

During the height of the bust we had 5+ diesel trucks idling for over 30 minutes every morning just outside of our bedroom window (this went on for over a year). All the of the houses surrounding us had been sold off to investors and

had been filled with pipeline and rig workers. A walk downtown on any given morning to get breakfast or shop was ruined

by 25+ trucks idling while the workers were inside eating. We ended up leaving this community. We did not want to live

in this environment. The air pollution is a very real problem. I haven't even started to write about the VOCs coming off

rigs and compressor stations. The fracking crews can use 20+ giant diesel-run pumps for weeks at a time, non-stop.

Those fumes are going into our public lands effecting the natural environment and wildlife. Our trees are already fighting

for survival and this added burden is NOT protecting our forests.

The added truck traffic is a huge and negative impact on our communities. We are finally experiencing a wonderful boom in real estate sales of homes and farms. We are meeting new people moving to the area every week. Check out the

recent real estate records. These people are not coming here to have industrial traffic run through their lives day and

night. Yes, there are rules that can be put in place to limit this, but it never works out in the favor of the community

members (I've seen countless "traffic plans"). Once you put your Plan into effect, our rights get cut dramatically. Once

you let this industry in, it's too late. The power is then in their hands. It breaks my heart to think this could happen again

in our new home.

I would like to find a compromise and vote for the North Fork Alternative Plan (B1). Restrict their activity from the

beginning. Save this promising valley for future generations. Come out on the right side of this, when we all look back on

it. Be in support of the people, not the industry. Please.

Thank you,
Jen Sanborn & Kelly Allen
36682 Back River Rd.
Paonia, CO 81428


000265_VanWestR_20161019  Organization:  Rein van West
Received:  10/19/2016  12:00:00  AM

BLM_0155600

Commenter1: Rein van West - Ridgway, Colorado 81432
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000265_VanWestR_20161019.htm (000265_VanWestR_20161019-384812.htm
Size = 6 KB)
Submission Text
10/27/2016 DEPARTMENT OF THE INTERIOR Mail - Comment on the BLM UFO RMP
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=157ddfaea5806228&siml=1... 1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Comment on the BLM UFO RMP
1 message
Rein and Jan van West <arcticwild@gmail.com> Wed, Oct 19, 2016 at 10:55 AM
To: uformp@blm.gov
Hi There....Please find attached my comments on the proposed RMP alternatives and place it in
the record. Thank you
very much.
Rein van West
Ridgway, CO 81432
BLMufoRMPletter10-19-16.docx
121K
Dear BLM:
These are comments for the record in regard to the UFO RMP under
consideration:
First off, I was pleased to see that the preferred alternative, D, has
closed motorized travel in 'open' areas, thereby restricting motorized
travel to designated trails/roads – kudos! Also, I appreciate that the
BLM came to Ouray County earlier in the year to inform its citizens of
the RMP alternatives – I'm aware this required huge amounts of time
and work. Thank you.

Below are my 'preferred' recommendations for the final RMP:
1) I have been a hiker most of my life and have a number of years left to pursue this avocation. I
have been fortunate to experience the following areas on hikes with my wife and others, and at
times, with the guidance of conservation organizations:
<([#3 [20.1]
- Dry Creek
- Camel Back
- Roc Creek
- Shavano Creek

- Lower Tabeguache
- Adobe Badlands

All of these units have 'wilderness characteristics', so I was disappointed units 4, 5, and 6 hadn't been included in the preferred alternative, D. In my mind, without question, each of these areas has compelling wilderness attributes of some sort: great bird life, perennial streams with riparian habitat, wildlife corridors, quiet trails, scenic views, unusual geology, and most have relatively few signs of disturbance.

I would like to see ALL six of these named areas as part of the final RMP, whatever that winds up being.

#3])> Yep, I'm one of those who would like to see development and growth mostly confined to already established town and city footprints – leave as much open and undisturbed public land as possible for the enjoyment of our future generations!

2) Gosh, <([#2 [9.1] only 51,000 acres for Areas of Critical Environmental Concern (ACEC) in the preferred alternative, D? What happened to the other almost 165,000 acres? If they have been surveyed, identified, and

inventoried for reasons of 'critical concern', then they all deserve ecological protection. Please register my recommendation that all almost 216,000 acres of Areas of Critical Environmental Concern be part of the final RMP. #2])>

3) <([#1 [39.1] Another addition I'd like to see added to the final RMP, are all the river segments as identified as 'wild and scenic'. Water is the number one important resource in the American West for not only us humans but for our wildlife, too. Protection of this resource to the nth degree only makes sense. So my plea is to give full protection to all free-flowing rivers and streams identified in our watersheds….free-flowing rivers can't be protected without also protecting the watersheds where they're found. This is a reasonable request given the increasing demands and stress placed on our watersheds from a number of factors. Once a watershed is compromised it is near impossible to bring it back to a level where it provides the sustenance for native plants and wildlife. #1])>

Thanks for reading and registering my comments. The BLM works hard and, really, on balance, does a fabulous job considering all the competing interests. Thank you.

Rein van West
453 Cty Rd 5
Ridgway, CO 81432
arcticwild@gmail.com


000266_SouleM_20161025  Organization: Michael Soule
Received: 10/25/2016 12:00:00 AM
Commenter1: Michael Soule - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak

BLM_0155602

Attachments: 000266_SouleM_20161025.htm  (000266_SouleM_20161025-384813.htm  Size = 5 KB)
Submission Text
10/27/2016  DEPARTMENT OF THE INTERIOR Mail - Comment on the draft RMP
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=157fd17b4d66d611&siml=1...  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Comment on the draft RMP
1 message
Michael Soule <msoule36@gmail.com>  Tue, Oct 25, 2016 at 12:12 PM
To: uformp@blm.gov
Cc: info@theconservationcenter.org, info@citizensforahealthycommunity.org
Please find attached my comment on the draft RMP. I will be mailing paper copy as well, which may arrive after the
deadline.
--
Michael Soule
39102 Pitkin Road
Paonia, CO 81428
www.michaelsoule.com
970 527-4719
BLM Uncompahgre Plan v.2, Oct. 24, 2016
33K
DRAFT LETTER TO BLM
BLM
Uncompahgre Field Office
2465 S. Townsend Avenue
Montrose, CO 81401
Re: Draft RMP for the Uncompahgre Field Office
Dear BLM staff, UFO staff and the RMP Comment Team,
The main purpose of this letter is to express my support for Alternative B1 which would provide the optimal conditions for the cultural, economic and biological resources in the region. I have concluded that the other alternatives fail to provide sufficient habitat connectivity to ensure the persistence of keystone species and biological resources such as large carnivores and big game in the region. It is certain that extractive development that fragments habitat with roads and traffic will harm wildlife.

To introduce myself, I am a wildlife biologist, conservation biologist and biogeographer. I have published more than eight books on conservation biology and more than 150 research articles in journals such as Nature and Science. I was chair of the Department of Environmental Studies at the University of California (Santa Cruz), have taught in Africa (Malawi), American Samoa, and at the University of Michigan, the University of California (San Diego). I am now retired from academia, but still active in writing and speaking on such topics as carnivore biology, habitat conservation and ethics, and the role played by habitat connectivity in the persistence of wildlife. I appreciate your efforts to facilitate the submission of public comments on the draft Resource Management Plan. As you know, this plan has profound implications for the future of the North

BLM_0155603

Fork Valley of the Gunnison River. Depending on its content, the plan could either benefit or degrade the biotic and human communities in which my wife and live, and where we have invested our life savings.

I reside in Paonia which is known for its moderate climate, for fruit growing and for a variety of artisanal forms of agriculture. I have chosen to live in the North Fork Valley because of its beauty, hunting opportunities, and its many cultural resources. It is a gem of western Colorado. In addition, this area has access to wilderness and to
world class fishing on the North Fork of the Gunnison River.
<([#2 [30.3]
The North Fork Valley is also fortunate in being situated between two major hubs of recreational and cultural activity, namely the Aspen region in the Roaring Fork Valley, and Telluride/ Montrose to the south, both of which have excellent airports and highway access that serve it unique economy. I would be forced to move elsewhere if these resources were compromised by unhealthy industrial, polluting forms of development such as natural gas extraction.
My question is whether this area will retain these qualities. In the past, episodes of destructive mineral extraction have lead to devastating, boom or bust cycles that ultimately benefitted only corporate interests in other states. Our region will either succumb to fossil fuel industrialization or it remain on its current trajectory – one that encourages a steadily growing economy based on artisanal farming, fruit orchards, ranching, hunting, fishing, and tourism (including eco-tourism). The valley will either succumb to fossil fuel industrialization or it will remain on its current, thriving trajectory based on ecotourism, artisanal farming, ranching, and hunting and fishing. #2])>

This is why I believe that the future of the North Fork Valley is largely dependent on BLM's policies and decisions. And this is why I wish to register my support for Alternative B1 in the final Resource Management Plan.
Please adopt alternative B1; it is the optimal one for both the human and biotic communities.
Sincerely,
Michael E. Soule, PhD


000268_RusselJ_20161030 Organization: James Russell
Received: 10/30/2016 12:00:00 AM
Commenter1: James Russell - Telluride, Colorado 81435
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000268_RusselJ_20161030.htm (000268_RusselJ_20161030-384814.htm Size = 4 KB)
Submission Text
10/30/2016 DEPARTMENT OF THE INTERIOR Mail - Comments for wild and scenic

BLM_0155604

designation for the Dolores and San Miguel Rivers
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=15818c2131b0509d&siml=...   1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Comments for wild and scenic designation for the Dolores and San Miguel Rivers
1 message
James Russell <paparussell1@gmail.com>   Sun, Oct 30, 2016 at 9:21 PM
To: uformp@blm.gov
Dear BLM,
As a 44 year resident of Southwest Colorado and a concerned citizen of my neighborhood, I would like to comment on the Wild and Scenic River designation for the San Miguel and Dolores Rivers. First, I would look favorably on any Wild and Scenic designation for both rivers. More specifically, I would like to comment on the flows for the lower Dolores River below the McPhee dam.
At present, the water managers for the lower Dolores are not allowing any meaningful flows below the dam for any
reason. As ordered by their bosses in the Agriculture business, flows out of McPhee are only to be for agricultural purposes. This has pretty much caused the death of the river below McPhee. They certainly don't believe in any flows
that will protect the river's ecosystem and they may not even abide by the State's Water Conservation Board decision if
they can get away with it.
For thousands of years, the Dolores was flushed out in the spring with mountain snow melt for weeks. Then there was
always some flow to keep the eco system alive. Now the water managers have decided to play god and destroy that
system even though assurances before the dam was built that they would provide "year around water flows". Maybe they
just consider it collateral damage in order to allow the ag business to grow alfalfa instead of pinto beans. I understand
that this has happened to other rivers in the West but I do not believe that it is right and it certainly doesn't equate with
good water management.

I had rafted the Dolores River from Bradfield bridge down about every year since 1980 until the release was cut off by
the McPhee water managers. I have run the whole river from above the town of Dolores to the Colorado River. I consider
the Lower Dolores 'The' classic western river. It is unsurpassed by its diversity and beauty. It goes through five distinct
eco systems from Bradfield Bridge to Gateway, from the high Ponderosa country to the desert canyons of Slickrock and
the 'Hanging Flume'. It has one of the most classic rapids at 'Snaggeltooth' to some of the most mellow of waters. Pretty
much along the way are signs of the ancient ones in the Canyon. I believe that the fact that taxpaying citizens can no

longer enjoy this incredible public place is not just a shame but a travesty.
I was able to sneak on the Lower Dolores this year during the brief release they had in the Spring (only due to the filling of
the reservoir so fast that it could have overflowed) and I noticed a few things that I hadn't seen when there were annual
releases. One was that there were no birds. I always saw them before. Also there was an inordinate amount of salt
buildup along the banks especially at Coyote Wash.
Again, <([#1 [39.1] I sincerely hope that the BLM can include the Dolores in their Wild and Scenic plan and that something can be done to protect the water flows into the lower Dolores. #1])> Thank you,
James Russell
541 Society Drive
Telluride CO 81435


000269_CascadeR_20161028  Organization: Robyn Cascade
Received: 10/28/2016 12:00:00 AM
Commenter1: Robyn Cascade - Ridgway, Colorado 81432
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000269_CascadeR_20161028.htm  (000269_CascadeR_20161028-384993.htm
Size = 18 KB)
Submission Text
10/31/2016  DEPARTMENT OF THE INTERIOR Mail - Comments from R. Cascade
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&q=cascade&qs=true&
search=query&th=1580a4dadd471ddb&siml=1580a4dad...  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Comments from R. Cascade
1 message
Robyn Cascade <casbyn813@gmail.com>  Fri, Oct 28, 2016 at 1:58 AM
To: uformp@blm.gov
Dear UFO staff,
Please see my comments in the attached document.
Robyn Cascade
UFO RMP comments.Cascade.docx
144K
575 Sabeta Drive
Ridgway, CO 81432
October 24, 2016
Dear BLM staff,

Thank you for the opportunity to comment on the Uncompahgre Field Office (UFO) draft Resource Management Plan (RMP).

Wild and Scenic Rivers

<([#3 [39.1] I applaud your inclusion of 104.6 miles of suitable Wild and Scenic River (WSR) segments in the preferred alternative D and request you retain all these segments in your final draft. I also urge you to include the other 50 (actually 49.5) miles of river that you found eligible in your survey in your final RMP. All these segments are free flowing and have values worthy of protection. There are so few free-flowing rivers in the UFO jurisdiction that it is incumbent on the UFO to conserve these stretches of river in the most natural condition possible. Including them in your final RMP will do just that. #3])> Just as examples, <([#7 [39.1] I support including Tabaguache Creek segment 2 in addition to Tabaguache Creek segment 1 to further protect the length of this waterway. Although segment 2 is not within the already protected Tabequache Area, segment 2 is very close to and adjacent to this area managed as wilderness #7])> . <([#8 [39.1] Similarly, including Roubideau Creek segment 2 in addition to the already suitable Monitor, Potter and Roubideau segment 1 enhances the protection of the riparian habitats in this area. I have hiked this area and can attest to the scenic value of this segment. Even the shorter isolated segments included in Alternative B such as the Deep Creek and West Fork Terror Creek warrant protection as this region has so few remaining free flowing rivers. #8])> <([#9 [39.1] All segments should be managed with protection equal to or stronger than adjacent federal land planning areas surrounding these UFO segments. #9])>

<([#10 [39.1] Finally, please add Roc Creek to the UFO eligibility report and deem it suitable for protection as well. You are no doubt aware that Colorado has only one congressionally designated WSR – the Poudre – and currently two being considered by Congress – the Crystal near Marble and Deep Creek in the southern Flat Tops. BLM's inclusion of all 154.1 miles of suitable WSR affords the opportunity that we might one day have a WSR designation in the UFO region. More importantly their inclusion in the final RMP protects these rivers' pristine qualities into the future for wildlife, habitat preservation, biological diversity, and future human generations #10])> .

Lands with Wilderness Characteristics

<([#4 [20.1]

The draft RMP determined seven areas totaling 42,150 acres qualify as suitable Lands with Wilderness Characteristics (LWC), however the preferred alternative proposes to designate only three of those seven units as LWC encompassing 18,320 acres to be managed as wilderness. I have visited the majority of these LWCs and consider them most worthy of protection. Please include all seven units in your final RMP. #4])> 42,150 acres is such a small proportion of the UFO planning area such that inclusion of all these units is an extremely reasonable ask.

I applaud your inclusion of the Camelback addition in your preferred alternative. When I hiked in the Camelback WSA and the proposed Camelback addition, I enjoyed quintessential solitude, delightful riparian habitat, mesas with extraordinary views and the tranquility of a non-motorized landscape. The occurrence of Fremont cottonwood and skunkbush sumac add ecological value to the unit. These adjacent units also provide habitat connectivity from the high elevation forests of the Uncompahgre Plateau to the lower elevation desert environment. Given that the addition is contiguous with the already designated WSA, this proposed addition affords enhanced protection for both units. As the draft RMP states on page 4-217, "A wider expanse of contiguous land

containing the special management area and lands with wilderness characteristics could therefore heighten protection within the lands with wilderness characteristics and further ensure the integrity of wilderness characteristics." I couldn't agree more, and therefore want to urge the BLM to include the Adobe Badlands addition for the same reasons.

<([#11 [20.1] I realize the Adobe Badland WSA sees regular violations to its non-motorized status. I personally have witnessed these infractions during my visits to this WSA, but I have also experienced the solitude, vastness, beauty, naturalness, recreational opportunities and sightings of Eriogonum inflatum, the federally endangered Eriogonum pelinophilum and the rare/threatened Hookless cactus (Schlerocatus glaucus.) The presence of cryptobiotic soil/biological crust is noteworthy as well. Combined with the proposed Adobe area of critical environmental concern (ACEC) and the ecological emphasis area included in the preferred alternative, the inclusion of the adjacent Adobe Badlands addition in the final RMP will augment the significance of protecting this larger unique and fragile ecosystem which is home to Ferruginous hawks, Burrowing owls, White-tailed prairie dogs, pronghorn and possibly kit fox. I urge you to include all acreage in this region suitable for ACEC and ecological emphasis in the final RMP – not the reduced area currently proposed in the preferred alternative. This lower elevation environment coupled with spectacular geology makes this area worthy of protection. As a large contiguous unit, it will also provide an expanded landscape for wildlife, a span of ecological zones across elevation, and opportunities for recreation. #11])>

During a meeting, (now retired) Barb Sharrow's response to the question of why Adobe Badlands addition was not included in the preferred alternative was primarily due to management challenges. I see this challenge as an opportunity - not a reason to omit this unit from LWC status in the final RMP. I often hear from federal agency personnel that motorized users monitor themselves and each other, and are, in fact, some of the best resources for ensuring compliance because, as a group, they want to continue to enjoy access to public lands. If this is in fact true, then I urge the UFO to enlist the help of motorized users to advocate for compliance in the current Adobe Badlands WSA and the proposed Adobe Badlands addition. I also know that the motorized community regularly contributes resources to manage and improve motorized trails across UFO lands. I would suggest that some of these contributions be designated to install more adequate signage along the border of the Adobe Badland unit(s) so motorized users will stay on the adjacent BLM lands containing designated motorized routes. When I last visited the Adobe Badlands WSA in May of 2016, I saw only one carsonite sign on West Pipeline Rd. The sign indicated the boundary was a WSA but there was no mention of prohibition of motorized use - only a no dumping notice.

<([#12 [20.1] I had the great fortune recently to visit the Lower Tabeguache/Campbell Creek and Shavano Creek units. Given their remote location, untrammeled qualities and your findings of suitability for LWC, I strongly recommend that these two units be included in your final RMP as LWCs and that they be managed as wilderness. Lower Tabeguache/Campbell Creek includes many cultural sites that warrant protection and preservation and the unit's sheer size of 11,060 roadless acres is cause for protection. Together with the Shavano Creek unit (which contains valuable riparian habitat, naturalness, and opportunities for solitude) and the nearby (already protected) Tabeguache SMA, these combined units provide a large track of landscape that

affords a critical wildlife corridor from lower elevations up to the forested Uncompahgre Plateau #12])> .

<([#13 Though I have not visited the Roc Creek LWC, I have witnessed the landscape from a distance at high elevation. The scenic beauty is awe-inspiring and I commend the UFO for including this unit in the preferred alternative. Please do include it in your final RMP along with the Dry Creek Basin as currently proposed.
#13])>
I <([#5 [20.1] [40.1] also strongly recommend that, if Congress releases any WSAs from wilderness consideration, the UFO continue to manage these units as wilderness to protect their wilderness characteristics into the future #5])> .

Areas of Critical Environmental Concern/Ecological Emphasis Areas

<([#6 [9.1]
I strongly urge the UFO to include many more acres of ACEC units and ecological emphasis areas in the final RMP than are currently proposed in the preferred alternative. Of the 215,840 acres (within 15 units) identified as eligible for ACEC less than one-fourth of that acreage is proposed in Alternative D and only 8 of the 15 units. Many of these units overlap or are adjacent to currently designated or proposed areas for protection. The draft RMP states on page 4-217 that this overlap and proximity is advantageous: "Where lands managed to protect wilderness characteristics overlap or are next to eligible or suitable WSR segments or ACECs, management of these other areas could also indirectly protect wilderness characteristics due to protective measures proposed for other areas." Of course the protective advantage works in both directions, so it makes logical sense to protect so many of the ACEC units omitted from Alternative D (and included in Alternative B) such as Salt Desert Shrub Ecosystem;
Roubideau-Potter-Monitor; Lower Uncompahgre Plateau; San Miguel River Extension; Tabeguache Pueblo and Tabeguache Caves - to name a few – due to their proximity or overlap with already or proposed protected areas and of course based upon their identified values – geological, cultural, scenic, riparian habitat, rare or endangered species, etc. #6])>
<([#14 [9.1] I applaud your proposal to protect the Paradox Rock Art ACEC which I visited recently. Numerous significant cultural sites exist within this ACEC. One in particular is extraordinary – a large panel covered in diverse pictographs that indicate use over an extended period of time. Protection of this panel alone is justification for including the Paradox Rock Art ACEC in your final RMP. We also visited other petroglyph sites which warrant protection. Some show signs of vandalism. To prevent further degradation of this critical resource, I urge you to protect this region through designation as an ACEC and plan for the monitoring of these cultural sites (utilizing volunteer stewards if needed.) #14])>
<([#15 [9.1] Though I commend your inclusion of every identified ecological emphasis area in the preferred alternative, I urge you to restore each unit to its full acreage (as identified in Alternative B) in the final RMP. Every acre that is eliminated from a unit diminishes the integrity of the ecosystem and negatively impacts the efforts
to protect the values found there. I support inclusion of all 242,580 acres and request that these units receive the significant protection warranted including but not limited to: no surface occupancy for oil and gas, closure to motorized travel, exclusion of right of way development, prohibition of target shooting, etc.

BLM_0155609

#15])>
Travel and Recreation
<([#2 32.1] I celebrate the UFO's preferred alternative proposal to close the entire planning/management area to open motorized travel. This decision is a critical component of protecting natural resources while still allowing motorized travel on designated routes. As a quiet user who values wildlife viewing, tranquility and the sounds and smells of nature, I ask (or more accurately implore) you to close the 114,970 acres to motorized travel as defined in Alternative B. This acreage constitutes a mere 17% of the UFO jurisdiction. This component of Alternative B does not yet balance motorized and human powered use in my opinion, but it is a move in the right direction − not just for quiet users but also for wildlife, botanical species, soils, water, and air quality. #2])> <([#16 27.1] I also support the inclusion of all 11 Special Recreation Management Areas totaling 244,050 acres in your final RMP #16])> .

Oil and Gas/Coal
<([#1 21.1] It is disturbing that the draft RMP's preferred alternative makes nearly 90% of the UFO's planning area available to oil and gas leasing and 95% of the area rated as low potential for gas development open to gas leasing. I recognize that every lease must go through NEPA and is site specific, however I ask that the final RMP reflect the realistic potential for oil and gas development in the region and that further consideration be given to effects of development on water and air quality, wildlife, soils, climate change, agriculture, recreation, and human health. I also urge you to consider the economic and health benefits of keeping fossil fuels in the ground particularly in our region where agriculture, ranching, recreation and tourism are significant economic drivers. #1])> <([#17 21.1] I ask that you consider a no-leasing alternative on all public lands in the UFO as it seems all 4 alternatives have significant/excessive potential for lease sales. I grow much of my own food and purchase local foods for my family's consumption I consider extractive industries incompatible with sustainable agriculture #17])> . If your final RMP does not include a no-leasing on public lands management plan, at a minimum please adopt the B1 Alternative to at least limit oil and gas leasing in the North Fork Valley. B1 is a small step, but better than the proposed preferred alternative.
When it comes to coal, the best alternative seems to be keeping it in the ground. The US government's commitment to the Paris agreement on climate change and the negative impact of emissions on green house gases coupled with the collapse of the coal industry and corporate bankruptcies indicate that our country must move away from coal toward renewable sources of energy. The UFO would be setting a monumental example if the final RMP closed its planning area to coal leasing/extraction.
Again, I appreciate your consideration of my comments and look forward to a final RMP that gives more value and protection to the natural qualities of these 675,800 acres.
Respectfully,
Robyn Cascade


000270_HarperS_20161023  Organization: Steven Harper
Received: 10/23/2016 12:00:00 AM
Commenter1: Steven Harper - Hotchkiss, Colorado 97087
Organization1:
Commenter Type: Individual
Classification: Substantive

BLM_0155610

Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000270_HarperS_20161023.htm (000270_HarperS_20161023-384994.htm Size = 6 KB)
Submission Text
10/30/2016 DEPARTMENT OF THE INTERIOR Mail - Comments on Draft RMP
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=157f39b771286c1e&siml=1...  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Comments on Draft RMP
1 message
Steve Harper <hotchlaw@gmail.com>  Sun, Oct 23, 2016 at 4:12 PM
To: uformp@blm.gov
Cc: info@citizensforahealthycommunity.org, info@theconservationcenter.org
I attach my letter.
Thank you.
Steve Harper
--
Steven K. Harper, LLC
P.O. Box 2099
Hotchkiss, CO 81419
970-872-3173
FAX: 970-872-3186
10-22-16 Comments.docx
134K
STEVEN K. HARPER
10820 3475 Rd., Hotchkiss CO 81419
hotchlaw@gmail.com
October 22, 2016
BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Emailed: uformp@blm.gov
Re: Draft Resource Management Plan for the Uncompahgre Field Office
Dear BLM-UFO Staff and RMP Comment Team:

I've been a resident of Hotchkiss, Colorado for the past 34 years. I've practiced law here for the same period. My family also owns an organically certified apple orchard on Hanson Mesa north of Hotchkiss. You'll find our apples pressed into Big B's Fabulous Juices and Hard Ciders, a thriving and growing North Fork Valley business, one of many here that relies upon our pristine environmental quality for its existence. The "Preferred Alternative D" in the draft RMP, as it applies particularly to the

North Fork Valley regarding oil and gas leasing, seems like bad planning with the thumb on the scales of oil and gas development instead of the resource conservation ethic necessary to preserve what we have. You've probably heard enough from others about the unique environment that is the North Fork Valley. Those other commenters are not exaggerating how special this place is; it is extraordinary and we take protecting what we have seriously.

<([#2 [5.3] Some want no leasing in the North Fork Valley; others are in favor of Alternative B-1 (or the North Fork Alternative Plan). Either would work for me, but I'm struck mostly by how these alternatives have been rejected outright in the draft RMP with little or no explanation. You went to the trouble of incorporating Alternative B-1 into the draft; but surprisingly, you haven't adopted it as the Preferred Alternative for the North Fork Valley. Was the inclusion of Alternative B-1 just a placating gesture? Certainly, the FLPMA does not require that virtually all BLM parcels must be open to industrial development, especially when there is overwhelming evidence now that liquid fuel development employing hydraulic fracturing technologies can lead to permanent resource damage. Why take these risks in an area so unique and so fragile to the possible consequences?

The draft RMP is long on describing and comparing the alternatives; but it seems to me, quite short in providing explanations for the selection of the preferred alternative. As just one example, refer to Goal #331 involving fluid mineral development. It is clear from Table 2-2 that Alternative D proposes far fewer No Leasing acres and smaller buffer zones and other restrictions than does Alternative B-1 (Lines 333-339); however, I find inadequate explanation of how and/or why the BLM rejected the Alternative B-1 proposals in favor of Alternative D. Why not keep oil and gas development a half mile (2,640 feet) from public water sources rather than just 1000 feet? What's the explanation? For a more specific example, in Chapter 4, you state: "Alternative B.1 offers the most protection of private water supplies and would only apply to the North Fork area." Page 4-90. Alternative D offers less. Why not adopt planning criteria that offers the most protection of our water supplies in favor of criteria that is more lax or risky? #2])> <([#3 [21.1] When comparing the maps of Alternatives D and B-1 for the North Fork Valley, I see that the major difference is that the vast majority of the North Fork parcels in Alternative D are allowed to be leased, but are subject to "Controlled Surface Use." While Controlled Surface Use (CSU), No Surface Occupancy (NSO) and/or Timing Limitations (TL) stipulations imposed upon leases are comforting to some extent, these surface restrictions are limited – they don't address the subsurface risks and cumulative impacts of liquid fuel development using hydraulic fracturing technologies, risks that can realistically include permanently polluted aquifers, degraded irrigation water sources, air pollution releases from drilling and even earthquakes from injection wells. I'll spare you the URL citations.

Because surface stipulations do not protect our resources as well as NSO designations and/or no leasing, Alternative D, it seems to me, cannot conceivably be considered as a reasonable alternative for the BLM parcels in the North Fork Valley. Your 2012 report entitled "REASONABLE FORESEEABLE DEVELOPMENT SCENARIO FOR OIL AND GAS FOR THE UNCOMPAHGRE FIELD OFFICE, COLORADO" states that the projected drilling densities for the North Fork Valley Parcels through the year 2030 are "very low." This must mean low interest and/or low potential. In any event, given this assessment, in combination with the risks posed by oil and gas development, it would seem that there is little reason not to withhold most of the North Fork Valley parcels from liquid fuel development at least for the duration of this new RMP.

#3])> Please reconsider your preferred alternative as it relates to the North Fork Valley by either reclassifying the North Fork Valley BLM parcels as "No Leasing" parcels or by adopting the extremely well thought out Alternative B-1 in all respects.
Thank you.
Sincerely,
Steven K. Harper
xc: info@citizensforahealthycommunity.org;  info@theconservationcenter.org

000271_InouyeB_20161029  Organization: Bonnie Inouye
Received: 10/29/2016 12:00:00 AM
Commenter1: Bonnie Inouye - Hotchkiss, Colorado 81419
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000271_InouyeB_20161029.htm  (000271_InouyeB_20161029-384809.htm  Size = 4 KB)
Submission Text
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
comments on resource management plan
1 message
Bonnie Inouye <bonnieinouye@gmail.com> Sat, Oct 29, 2016 at 8:59 PM
To: uformp@blm.gov
38213 Highway 133, Hotchkiss, CO
81419
October 28, 2016
BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear BLM-UFO Staff and RMP Comment Team,

I live in the North Fork Valley, between Paonia and Hotchkiss. My husband and I chose this location for retirement because it is peaceful and quiet and friendly, with many organic orchards and vineyards. Our 34-acre property is bounded by the Fire Mountain Canal on the north side, and
we irrigate our vegetable garden and small orchard with our shares of canal water. We depend on this source of clean water to produce our food, but the water comes from the river which would be
severely threatened by the process of fracking and by the pipes leading from the extraction sites. Our driveway comes directly off the two-lane highway which is generally pretty quiet now. Our property is bounded on the west by land owned by the BLM and Borough of Reclamation. When

we bought our property in 2003, I thought that it was nice to be next to land owned by the citizens
of our nation. But now I am afraid that the BLM does not listen to neighbors. I know that development of public land by oil and gas companies always means a huge increase in truck traffic, 24-hour noise, 24-hour light pollution, major air pollution and increase in ozone levels, water pollution, and it contributes to global climate change. I wish that the BLM could become a good neighbor and think about the long-term effects of any oil and gas "development", which surely outweighs the short-term gain in dollars to the agency. This part of Colorado has a dry climate. When meadows or forests are damaged, it takes a very
long time for the land to recover. When streams are polluted, it affects the fish and aquatic insects
and the wetlands, which then have an impact on birds and animals in the valley and those who visit while migrating.
The North Fork Valley is a very special place. It is well-known throughout the state for the high quality of the food, which is now featured in many restaurants that value our locally produced fruits
and cheeses and meat and eggs and wine and beer and hard cider. City people come from Denver and Colorado Springs to unwind in the peaceful area around Paonia, taste the wines and enjoy the cherry festival, our amazing apricots, flavorful peaches, nectarines, pears and apples. Perhaps you have tasted our fruit? If you have not been here in a while, please come visit out peaceful valley! And please consider helping us protect this wonderful place so our grandchildren
will be able to enjoy fishing and camping and hiking and biking with us here. We have four delightful grandchildren who like to visit us now.

Yours, Bonnie Inouye


000272_MitasH_20161027  Organization:  Bone Mesa Domestic Water District , Andrea Wang
Received: 10/27/2016  12:00:00  AM
Commenter1:  Andrea Wang - Paonia, Colorado 81428
Organization1:Bone  Mesa Domestic Water District
Commenter Type: Regulatory Agency
Classification:  Substantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000272_MitasH_20161027.htm  (000272_MitasH_20161027-384807.htm  Size = 5 KB)
UFORMP_000272_MitasH_20161027.pdf  (000272_MitasH_20161027-384808.pdf  Size = 1598 KB)
Submission  Text
Scan 2016-10-31  09.04.12.pdf
10/31/2016  DEPARTMENT OF THE INTERIOR Mail - Bone Mesa Domestic Water District
Comment Letter to Draft RMP

UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>

Bone Mesa Domestic Water District Comment Letter to Draft RMP
1 message
Andrea Wang <andreabonemesadwd@gmail.com>   Mon, Oct 31, 2016 at 9:17 AM

To: uformp@blm.gov
Bone Mesa Domestic Water District is submitting the attached comment letter for your review
and consideration.
Thank you
Andrea Wang
--
Andrea Wang, Secretary/Treasurer
Bone Mesa Domestic Water District Board

Bone Mesa Domestic Water District
P.O. Box 1462
Paonia, CO 81428
October 25, 2016

Teresa Pfifer, Acting Field Manager
Bureau of Land Management
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401

Re: COMMENT LETTER — BLM UNCOMPAHGRE DRAFT RESOURCE MANAGEMENT
PLAN

Dear Ms. Pfifer,

Thank you for the opportunity to provide comment on the BLM Uncompahgre Field Office Draft
Resource Management Plan. The Bone Mesa Domestic Water District (BMDWD) operates a
community water supply system that supplies drinking water to approximately 480 residents
within Delta County, Colorado. In February 2014, BMDWD developed a Source Water
Protection Plan to protect their drinking water sources. The BMDWD water supply consists of
two springs, Mays Spring and the Gelwick Spring, which are fed by watersheds located on the
flanks of Land's End Peak within the Gunnison National Forest in western Colorado. The springs
are classified as groundwater under the direct influence of surface water (GWUDI) by the
Colorado Department of Public Health and Environment. BMDWD's spring waters are
reportedly from a glacial source; however precise characteristics of the aquifer have not been
confirmed. Mays Spring is located in the Bell Creek
sub-watershed and the Gelwick Spring is located in the McDonald Creek sub-watershed, both of
which are tributary to the North Fork of the Gunnison River.

During the development of the Source Water Protection Plan, a source water protection area for

the two springs was delineated in order to determine the recharge area to the water supply and to identify the area in which BMDWD has chosen to implement source water protection measures in an attempt to manage the susceptibility of their source waters to potential contamination. The source water protection area encompasses the presumptive watersheds for the Mays and Gelwick springs on the flanks of Land's End Peak as well as the headwaters of Bell and McDonald creeks and the western flanks of Mt. Lamborn and Land's End peaks. These areas are areas of concern in which policy

decisions by the public land managers of the BLM and USFS and other factors can have direct and indirect impact upon the source of water for the BMDWD. A map of BMDWD's source water protection area is included, and GIS shapefiles of the protection area, and a copy of the Source Water Protection Plan are attached.

<([#1 [37.1] Specific Source Water Concerns:

During the community process of developing the Source Water Protection Plan, the stakeholders identified potential contaminant sources that may impact the [Bone Mesa Domestic Water District] BMDWD's springs. Potential Natural Resource Development, including but not limited to oil and gas development, was identified and ranked as the number one priority risk to BMDWD's drinking water sources.

BMDWD does not believe that any oil and gas drilling should occur in areas where there are municipal watersheds, aquifers, or recharge zones for aquifers, which are identified as Zones 1, 2, and 3 on the attached BMDWD Source Water Protection Area map. Therefore, in order to preserve the pristine conditions of their source waters, we request that the source water protection area be recognized as a public water supply, and be excluded from oil and gas leasing, geophysical exploration, and any surface occupancy or disturbance. We urge you to include language in your Resource Management Plan that protects this valuable resource. #1])>

The Bone Mesa Domestic Water District will continue to work together with area stakeholders, land use planning agencies, and the Colorado Rural Water Association to protect their drinking water sources. The value of these source waters cannot be over emphasized. A clean high quality drinking water source for BMDWD is important to the current residents and to the economic sustainability of the rural subdivisions.

Respectfully submitted by,
Kimberly Mihelich
Source Water Specialist
Colorado Rural Water Association
719-248-9116
kimberly.mihelich@gmail.com

Attached Map:
Bone Mesa Domestic Water District
Source Water Protection Area
• BMDWD Springs
SWPA Zone 1
SWPA Zone 2 - Mays Watershed
C) SWPA Zone 2 - Gelwick Watershed

BLM_0155616

SWPA Zone 3
BMDWD Service Boundaires
C3 Delta County
Map prepared by Colorado Rural Water Association
October 2. 01e
The mapping conatined within this document is intended to
Rural Water te used for refernce puipoes only and is not suitable for
nsscic r-4 construction and/or surveying purposes.


000273_BrownB_20161031  Organization: Colorado Wool Growers Association, Bonnie Brown
Received: 10/31/2016 12:00:00  AM
Commenter1: Bonnie Brown - Delta, Colorado 81416
Organization1:Colorado Wool Growers Association
Commenter Type: Private Industry
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments:
UFORMP_000273_BrownB_20161031_ColoradoWoolGrowersAssociation_HasAttach.pdf
(000273_BrownB_20161031-384806.pdf  Size = 6249 KB)
Submission  Text
10/31/2016  DEPARTMENT OF THE INTERIOR Mail - Uncompahgre RMP comments attached
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Uncompahgre RMP comments attached
1 message
Bonnie Brown <cwgawool@aol.com>  Mon, Oct 31, 2016 at 10:36 AM
To: uformp@blm.gov
please confirm receipt
Bonnie Brown, Executive Director
Colorado Wool Growers Association
Colorado Sheep & Wool Authority
Colorado Lamb Council
PO Box 292
Delta, CO 81416-0292
(970) 874-1433
(970) 874-4170 fax
(303) 638-0596 cell
UncompahgreRMPcwgaComments10.31.2016FINAL.pdf
5849K
Colorado Wool growers Association
PO Box 292 Delta, CO 81416-0292  (970) 874-1433
(970) 874-4170 fax

cwgawoo aorcom 0 coforadosheep.org
Project Manager, Uncompahgre RMP
Bureau of Land Management
Uncompahgre Field Office
2465 South Townsend Ave
Montrose, CO 81401
uformp@b1m.gov
October 31, 2016
RE: Draft Resource Management Plan and EIS — Uncompahgre Field Office

The Colorado Wool Growers Association represents BLM and USFS permittees throughout the state, and appreciates the opportunity to provide input for the draft RMP.
The CWGA supports Alternative C with some changes referenced below; and also supports the comments submitted by the Delta County Board of County Commissioners which are incorporated in this document by reference.
The CWGA opposes any reduction or elimination of aums based on the proximity of bighorn sheep to domestic sheep grazing areas, and encourages the BLM and permittees to work together to minimize the risk of potential contact between domestic and bighorn sheep. In 2014, Colorado Parks & Wildlife (CPW), the Colorado Wool Growers Association (CWGA), the Colorado Department of Agriculture (CDA), and the BLM and USFS renewed the Memorandum of Understanding for Management of Domestic Sheep and Bighorn Sheep, but we don't see the MOU referenced in the RMP.

Comments — <([#4 [14.1]
Appendix K Bighorn/Domestic Sheep Risk of Association Modeling
Exaggerated Risk of Contact
We are very concerned about the reliance upon and incorporation of the USFS flawed Payette modeling as a baseline to manage BLM domestic sheep allotments with the Uncompahgre RMP.

Both the Payette modeling and the Snow Mesa EA (K15) failed to follow scientific standards for risk assessment (see attached Comments on Snow Mesa Allotment Analysis: Assessment of Risk of Physical Contact between Rocky Mountain Bighorn Sheep and Domestic Sheep in the Snow Mesa Sheep Allotment Grazing Landscape — M Thurmond DVM, PhD — September 7 2015). The United States Animal Health Association (USAHA) recently passed Resolution 43 — Ensuring Sound Science-Based Animal Health Policies. The resolution (attached) states USAHA's concern regarding the USDA's need to have "clear and sound evaluation criteria for scientific studies used to support federal animal health policies..."
It is included with our comments because the BLM is almost exclusively relying upon the USFS's biased "data" for the Uncompahgre RMP. #4])>
<([#5 [14.1] The RMP is fundamentally flawed by using the Probability of Interaction (Pol) Model in its risk assessment. This ill-conceived notion lies at the root of the inaccuracies produced by the Risk of Contact ("RoC") Model utilized by the BLM. Even more inaccurately, contact is almost universally equated with guaranteed disease transmission. While the RMP concedes a lack of confirming research, it selectively cites certain literature to bolster its argument to reduce domestic sheep grazing. Consequently, the RMP is crafted with an unfounded and faulty assumption—that contact between bighorn sheep and domestic sheep

automatically results in disease transmission and die-offs.
The deliberate bias and inaccuracies built into the RoC is staggering. "The RoC model estimates the probability that foraying bighorn sheep will reach a domestic sheep allotment. However, within an allotment it is not possible to determine where and when domestic sheep would consistently occur or for how long. Use of some areas with an allotment may present less chance of contact with bighorn sheep than others, while some areas may have higher probability of contact. Consequently, because of this uncertainty, the RoC model predicts potential interspecies contact by using the assumption that contact with an allotment results in interspecies contact (K-9)." This assumption is so far removed from the reality of what actually takes place when grazing, that it would be laughable; if not for the fact that the BLM and USFS are using the results from this flawed process to reduce or eliminate domestic sheep grazing. Further compounding the issue, the BLM cites the unsubstantiated USFS claims in the Snow Mesa EA (K-15), stating that "a disease occurring in a bighorn herd every 25 years or less would result in a high risk to bighorn long term viability and low probability of population persistence."
However, both BLM and USFS documents fail to mention that in reality, there has not been any bighorn die-offs or confirmed disease transmission in the Snow Mesa area caused by domestic sheep, despite the fact that domestic and bighorn sheep have both been in the same area for a number of years.
The PoI model notes that in order for the model to be useful, the number of variables needs to be kept small to retain enough predictive power to be useful (K3). Death in bighorns as a result of pneumonia-causing bacteria is a multi-factorial issue including internal and external stressors such as lack of genetic diversity (inbreeding), nutritional deficits, parasite loads, weather conditions, overall health of the bighorn population, etc. So, combining the PoI model and the Risk of Contact (RoC) model is of no value, as both models fail to include parameters that would shift the risk assessment results away from the "high risk" category, and instead gives a predetermined and exaggerated risk of contact rating.
#5])> <([#6 [14.1] The potential for contact is not only quite low but it is also further minimized by best management practices already used by permittees. These measures accomplish the need to balance multiple-use demands with the management practices to support viable populations of bighorn sheep and a healthy domestic sheep industry.
Currently used management practices include constant herder supervision, compliance monitoring, adhering to on/off dates for grazing allotments, removal of sheep after the grazing season, removal of stray domestic sheep, hazing of bighorn sheep nearing domestic sheep flocks, reporting known contact, and cleaning up salting areas upon departure.
These guidelines already accomplish temporal and spatial separation.
Furthermore, the herding instinct of range sheep, guiding them to stay in a manageable bunch and not scatter, complements the above-listed practices. Domestic sheep that wander from the main band are much more likely to be killed by a predator than to encounter a bighorn sheep. The bands of ewes have at least one herder with them or within close proximity to them throughout the day, and the sheep are bedded near camp at night to reduce the risk of predator attacks. Herders have been instructed to chase away any bighorn sheep, if they were to see any. #6])>
<([#7 [14.1] Livestock protection dogs also guard the sheep. The livestock protection dogs keep intruders out of the sheep. An intruder is typically a coyote, bear, or lion, but can also be anything the guardian dog does not recognize such as a bighorn sheep. The livestock protection dogs position themselves between the intruder and the domestic sheep to prevent contact. To this

end, the BLM has no reason, need, authority nor expertise to dictate the number of livestock dogs recommended by the RMP. #7])>

These rigorous practices already present a strong line of defense in preventing contact with bighorn sheep. <([#8 [14.1] However, one of the most disturbing aspects of the RMP is that it abandons land and forage management in favor of single species management by prioritizing bighorn sheep populations (despite lack of scientific evidence) over agriculture. In April 2014, the CWGA, Colorado Parks & Wildlife, Colorado Department of Agriculture, and the BLM and USFS renewed the aforementioned existing MOU. The purpose of the MOU is
to provide general guidance for cooperation in reducing contact between domestic and bighorn sheep in order to minimize potential interspecies disease transmission and to ensure healthy bighorn sheep populations while sustaining an economically viable domestic sheep industry in Colorado. The RMP contravenes the cooperative intent of the MOU, and ignores research data from the USDA Agricultural Research Service ("ARS").
Flawed Information Regarding the Potential for Disease Transmission
The RMP clearly demonstrates a bias against domestic sheep, with leading statements such as, "Transmission of M haemolytica from domestic sheep to bighorn sheep was irrefutable, as demonstrated by Lawrence et al (2010)....(K1)" In particular, the Lawrence et al. 2010 study cited in the RMP was not conducted under conditions relevant to reality as it was a pen study which forced the animals to have fence line contact and ultimately to commingle. Additionally, the results of the Lawrence study are misinterpreted and deliberately misused. The Lawrence study simply showed that the domestic sheep and bighorns exchanged respiratory bacteria (just the same as humans would that were standing very close to each other).
It did not prove that the green-flourescent labeled M haemolytica bacteria exchanged from the domestic sheep to the bighorn sheep is what killed the bighorns. It is also important to point out that in order to cause the fluorescent tagged bacteria to show up in the culture dishes and on the slides, researchers had to use antibiotics to kill the other bacteria present in order to be able to photograph the fluorescent tagged bacteria. In other words, the bacteria of interest was selectively and biasedly grown; further evidence that is was likely at a very low level in the animals and not the cause of illness in the bighorn sheep in that study. Researchers also used a greater magnification in the photos within the publication in order to make the fluorescent tagged bacteria more noticeable vs. the other bacteria present. This not-so-subtle manipulation during the research phase, created yet another "study" with a predetermined outcome biased against domestic sheep. To understand the results and implications of the study, we request that the BLM contact Don Wage Knowles, DVM with the USDA Agricultural Research Service (USDA — WSU — Pullman, WA) since he was one of the researchers involved in this project, and is not interested in perpetuating inaccurate information.

Thus far, all of the experiments related to disease transmission have been conducted under laboratory conditions--in pens with controlled conditions and using animals that have been acclimated to those conditions. Such studies are very different from what might actually happen as far as disease transmission on the open range, where herd management practices are designed to avoid domestic-bighorn contact.
Available research cited in the RMP focuses on the potential for contact, without looking at a broad scope of what else is going on with the bighorn populations. None of the studies cited in the RMP have proven that bighorn sheep and domestic sheep currently have high risk of contact

BLM_0155620

on the range, or that contact almost inevitably results in disease.

In fact, all captive studies and experiments that have tried to prove Mannheimia haemolytica to be the "bighorn killer," responsible for wild sheep die-offs, were clearly biased and many of the policy decisions that have been made are based on the biased and faulty science. This is obvious from the continued reference to Mannheimia haemolytica research in the Uncompahgre RMP. Supporting this assertion of faulty research is the recent identification of a completely different bacterium (Mycoplasma ovipneumoniae - Movi) that is now identified as being the real cause of bighorn sheep pneumonia. What is clear is that bighorn pneumonia is a complex disease phenomenon and for decades has been, and quite honestly remains, incompletely understood. What is understood, however, that respiratory pneumonia in both livestock and wildlife is stress induced. Most wildlife researchers continue to ignore devastating effects of capture myopathy on bighorns, and the stress creating by handling and putting bighorns in an unfamiliar environment. It's no wonder that bighorns died in the early pen "studies" that were done. #8])>

<([#9 [14.1] The RMP further states that "no one form of evidence can conclusively demonstrate that bighorn sheep in the wild coming into contact with domestic sheep frequently leads to die-offs; however, taken together, the experiments and observations from the laboratory and the field do indicate that wild bighorn sheep coming into contact with domestic sheep does pose a risk of disease transmission and die-offs in free-ranging bighorn populations." This illogical premise betrays a continued lack of credibility, accountability, and a desire to misrepresent the available facts. As stated herein, the experiments and lab observations are not representative of the actual conditions on the range. They are forced simulations that require close contact in order to ensure transmission of pneumonia-causing bacteria. #9])>

<([#10 [14.1] Furthermore, there is a scarcity of reliable data available from the field; hence, the BLM's reliance on outdated records that have little if any bearing on current conditions. Determining a course of action based on these faulty sources of information would be both illogical and contrary to the Agency's statutory mandates.

The degree of risk of potential disease transmission from domestic sheep to bighorns in open range conditions is unknown and it is not clearly understood even in experimental confinement settings. Forced enclosure experiments ("pen studies") are not indicative of, and do not provide a direct correlation to, what happens in open range situations.

#10])> Therefore, we strenuously object to the BLM continued efforts to use bighorn sheep as a means to eliminate domestic sheep grazing on our western rangelands.

Wage

Risk of Contact (RoC) Process Crippled by Lack of Data

<([#11 [14.1.1] The BLM is following suit with the U.S. Forest Service by using its flawed modeling process and inaccurate research references. A lack of objective scientific accuracy cripples support for the revocation or reduction of the grazing allotments. The mathematical modeling studies utilized by the U.S. Department of Agriculture Forest Service's Bighorn Sheep Working Group to determine potential contact are fundamentally flawed. By starting with set mathematical formulas using specific mathematical parameters, a conclusion to a possible scenario is generated based on inaccurate input. The obvious problem with this method is in how and what parameters are chosen. Input of inaccurate data will result in the output of inaccurate answers.

This modeling method allows the operator to tailor the data in order to fit a preordained conclusion. This same modeling method has been shown to be erroneous in comparisons of

simulations to real outcomes. Such issues cause the proposal to fail the standards of quality, integrity, and utility of the Data Quality Act ("DQA") and the best available science standards of the Environmental Species Act ("ESA").

They also run afoul of Presidential orders on scientific integrity and transparency. The basic flaws of the RoC modeling process are clearly explicated in the RMP itself when it states that "much of the needed data was not available for individual Colorado bighorn populations. The BLM made the following assumptions....." Key input factors such as bighorn range and suitable habitat are assumed, while failing to incorporate management practices that discourage or eliminate contact.

Not only does the method not qualify as the best available science, but the BLM intends to implement draconian, unfair policies due to these imbalanced and inaccurate predictions. At best, the results are guesswork alone and, by any standard of common sense, should therefore not become the basis of agency policy.

The entire PoI / RoC modeling is based on estimates, speculations, assumptions, and pre-determined parameters to arrive at a predetermined outcome of "high risk." There are simply too many facets to this multi-factorial issue, too many assumptions, and too much of selectively omitted input information to

make this modeling accurate or useful. #11])>

In summary, as the BLM approaches the ongoing concern of contact between bighorn sheep and domestic sheep, the agency's apprehension regarding potential contact relies on a litany of biased and discouragingly well-established fallacies. Chief among these false premises is a lack of empirical science regarding the potential contact risk of bighorn sheep and domestic sheep. Not only is scientific information regarding rates of contact and potential disease transmission scarce, but the modeling process has too many assumptions to be useful.

Furthermore, let's not lose sight of the fact, that the percentage of potential habitat overlap is very small. Consequently, the possibility of contact is minimal, as is the potential for the transmission of any pneumonia-causing bacteria that may or may not negatively impact bighorns. Allowing unscientific studies and flawed modeling to become the bedrock of the anti-grazing movement betrays the bias so deeply ingrained in both the BLM and USFS.

Livestock Grazing and Forage Management

The CWGA has numerous concerns with the RMP. The RMP proposes sweeping changes that do not equally balance grazing, and other multi-use activities with environmental concerns. Additionally, the RMP introduces many subjective concepts (Special Recreation Management Area Targeted Benefits — "restored mind from unwanted stress; improved mental well-being", etc) that clearly favor recreation, and open up the BLM to numerous lawsuits, as it creates very subjective special-use categories for land that is Congressionally mandated as multi-use. The 5 age continual splintering and development of additional special designation categories simply creates more regulatory and administrative overburden; and further restricts the BLM's ability to do crucial on-the-ground activities, such as accurate, and up-to-date range monitoring. Multiple-use activities such as livestock grazing and mineral extraction are economic drivers for local communities and should not be restricted due to environmental extremism and recreation. The RMP wants to further restrict livestock grazing yet fails to provide clear evidence as to why that's necessary; instead, it relies upon numerous, artificially constructed "what-if' scenarios.

BLM_0155622

<([#2 [23.3] Despite the voluminous size of this document, it fails to demonstrate the need to reduce aums, or the impacts to the permit renewal process when the RMP is finalized. BLM's single-minded approach of always reducing aums, often times ignores actual forage conditions and utilization, by failing to increase aums when range conditions warrant increased utilization. The BLM increasingly relies upon inaccurate computer modeling (bighorn sheep), and artificially created matrices (bighorns and forage manage) to create a pre-determined outcome of reducing/eliminating livestock grazing. We find it egregious for a land management agency to spend more time on administration, modeling, and matrices, than it does meeting monitoring requirements in the field, where the real data exists. For a number of years, the BLM has been severely deficient in fulfilling its role to accurately and fairly monitor range conditions. Determinations regarding forage utilization need to be done in conjunction with the permittee, and monitoring sites need to be indicative of the overall allotment. Additionally, inadequately trained staff (seasonal and/or inexperienced) often times make causal observations that are incorrect, but end up in EAs, EISs, and RMPs. The RMP lacks specificity at a number of levels, and indicates that meeting numerous dubious parameters will be addressed during the permit renewal process, without disclosing the effects on the permittee during the permit renewal process.

Placing restrictions on sheep grazing favors recreation, single-species management (bighorn sheep), and environmental extremism over multiple-use and adaptive range management; and it will only serve to advance a radical agenda to permanently end livestock grazing on our western rangelands. Instead of unilaterally adopting strict policies without permittee input, we urge the BLM to support adaptive management by working actively with the permittees. We strongly urge the BLM to comply with its mandate to manage for multiple-use. #2])>

<([#1 [5] In closing, we would like to reiterate the negative impact that regulatory overburden is having on our members. It's egregious that the government keeps expanding at the administrative level, and every document that comes out is larger than the last. It's incredibly difficult for individuals or small organizations to be able to effectively evaluate and comment on these documents due to the sheer size, sometimes in excess of a thousand pages, not including the dozens of reference documents that should be closely scrutinized for their accuracy. It is imperative that the federal government start streamlining its management processes, in order to effectively focus on on-the-ground management of our public lands. #1])>
Respectfully,


000274_MattelianoM_20161031  Organization: Melanie Matteliano
Received: 10/31/2016 12:00:00 AM
Commenter1: Melanie Matteliano - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Form letter plus text
Form Letter Master: Form Letter D
Current Task: Done Assigned/Due: ewozniak
Attachments: 000274_MattelianoM_20161031.htm (000274_MattelianoM_20161031-

BLM_0155623

384995.htm  Size = 11 KB)
Submission  Text
10/31/2016  DEPARTMENT OF THE INTERIOR Mail - (no subject)
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=1581bac8b45aff63&siml=1…   1/2
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
(no subject)
1 message
Melanie Matteliano <smilee_rat@yahoo.com>  Mon, Oct 31, 2016 at 10:49 AM
Reply-To: Melanie Matteliano <smilee_rat@yahoo.com>
To: "uformp@blm.gov"  <uformp@blm.gov>
Cc: "rmpcomments@citizensforahealthycommunity.org"
<rmpcomments@citizensforahealthycommunity.org>
I am writing as an individual  with a vested interest in the North Fork Valley, who is deeply
concerned by the possibility
that this area could be developed  for oil and gas production.  I love the North Fork Valley. I love
the rich landscape. I
love the delicious  local and organic produce that is grown here- I love the pears and the apples
that are shipped to
markets in Denver, and I love the things  you can only  get when you are here- the local cherries,
carrots, radishes,
fresh baby lettuces, the wine and cider. I love the community  here, and I love their values- the
confluence of
independence and interdependence that encourages people to come together with their neighbors
to get things  done-sharing
farm equipment,  trading labor for fruits and vegetables grown by their neighbors,  swapping
expertise in one
area for help in another.

I live in Denver, but I have visited  the North Fork Valley every few months for the last five
years. I visit more often in
the summer and fall, sometimes  coming  multiple  times a month to enjoy the landscape, the
opportunities  for
horseback riding and hiking,  and the local produce. I come to visit friends who live in Crawford,
and to partake, if only
momentarily,  of their way of life. I hope to buy property here myself someday and be able to
enjoy this place and this
way of life every day. I have lived in Colorado all my life, and have traveled widely  throughout
the state, and this is
without  question one of the most exceptional  locations  in our beautiful  state. In fact, the North
Fork Valley is one of my
favorite places in the country.

It is deeply disturbing  to me to think that this place and this way of life are being jeopardized  by
the proposal to lease
public  BLM land in the North Fork Valley for oil and gas development.  Oil and gas production

pose serious risks to the
local community. The proposed plots of land are intimately situated near local residences and schools, and lie in
watersheds that supply the entire community and the abundance of organic farms in the region. Industrializing the
valley would negatively impact the health of community members, damage the local agricultural economy, and
adversely affect wildlife populations through damage to crucial wilderness habitats.

<([#2 [30] The North Fork Valley is important to Colorado. This place is critical habitat for wildlife, and a key supplier of local produce and agricultural products to Colorado markets. This place is a destination for foodies and agro-tourists, hunters, fishers, and outdoor enthusiasts. This place is home to local communities comprised of families who have been here for generations, and for enthusiastic newcomers who want to foster the local way of life for generations to come. The best assets of the North Fork Valley are the pristine areas of wilderness, and the unique ecology and climate that foster the highest concentration of organic farms in the state. If the valley is industrialized, all of that will change. Local organic farmers will lose their livelihoods to soil and water contamination, and to decreased demand for North Fork Valley produce. Tourists will be turned off by the loss of wilderness areas and the concern over contaminated air, water, and local food products. Hunters will be forced to follow their displaced game to other areas in Colorado. The health of the families who live here will be put at risk, people will suffer from increased rates of respiratory and cardiovascular disease. The entire identity of the region will be transformed, slowly and surely, by the onslaught of trucks, drilling pads, gas wells, container ponds, storage tanks, wastewater pits, and pipelines, by the noise and the air pollution.

This proposal is an irresponsible and inappropriate use of public lands, and the potential for human, animal, and
environmental damage is simply too high. I implore the BLM to reconsider the proposal, in light of the unique value of the North Fork Valley as a recreational haven, an important wilderness and agricultural area, and a crucial supplier of organic food to Colorado. #2])> Please, take action to protect this incredible region. Speaking as an avid tourist of the region, an enthusiastic consumer of North Fork Valley produce, and an individual who hopes one day to live in the area, this area should not be exposed to the damages of oil and gas production. Please choose to pursue other leasing alternatives for the land in question, alternatives that nourish the local economy and health of the North Fork Valley instead of degrading it.

Thank you,

Melanie Matteliano
10/31/2016 DEPARTMENT OF THE INTERIOR Mail - (no subject)
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=1581bac8b45aff63&siml=1… 2/2
Comments.docx
155K
I am writing as an individual with a vested interest in the North Fork Valley, who is deeply concerned by the possibility that this area could be developed for oil and gas production. I love

the North Fork Valley. I love the rich landscape. I love the delicious local and organic produce that
is grown here- I love the pears and the apples that are shipped to markets in Denver, and I love the things you can only get when you are here- the local cherries, carrots, radishes, fresh baby lettuces, the wine and cider. I love the community here, and I love their values- the confluence of independence and interdependence that encourages people to come together with their neighbors to get things done- sharing farm equipment, trading labor for fruits and vegetables grown by their neighbors, swapping expertise in one area for help in another.
I live in Denver, but I have visited the North Fork Valley every few months for the last five years. I
visit more often in the summer and fall, sometimes coming multiple times a month to enjoy the landscape, the opportunities for horseback riding and hiking, and the local produce. I come to visit
friends who live in Crawford, and to partake, if only momentarily, of their way of life. I hope to buy
property here myself someday and be able to enjoy this place and this way of life every day. I have lived in Colorado all my life, and have traveled widely throughout the state, and this is without question one of the most exceptional locations in our beautiful state. In fact, the North Fork Valley is one of my favorite places in the country.
It is deeply disturbing to me to think that this place and this way of life are being jeopardized by the proposal to lease public BLM land in the North Fork Valley for oil and gas development. Oil and gas production pose serious risks to the local community. The proposed plots of land are intimately situated near local residences and schools, and lie in watersheds that supply the entire community and the abundance of organic farms in the region. Industrializing the valley would negatively impact the health of community members, damage the local agricultural economy, and
adversely affect wildlife populations through damage to crucial wilderness habitats.
The North Fork Valley is important to Colorado. This place is critical habitat for wildlife, and a key
supplier of local produce and agricultural products to Colorado markets. This place is a destination for foodies and agro-tourists, hunters, fishers, and outdoor enthusiasts. This place is home to local communities comprised of families who have been here for generations, and for enthusiastic newcomers who want to foster the local way of life for generations to come. The best
assets of the North Fork Valley are the pristine areas of wilderness, and the unique ecology and climate that foster the highest concentration of organic farms in the state. If the valley is industrialized, all of that will change. Local organic farmers will lose their livelihoods to soil and water contamination, and to decreased demand for North Fork Valley produce. Tourists will be turned off by the loss of wilderness areas and the concern over contaminated air, water, and local food products. Hunters will be forced to follow their displaced game to other areas in Colorado. The health of the families who live here will be put at risk, people will suffer from increased rates
of respiratory and cardiovascular disease. The entire identity of the region will be transformed, slowly and surely, by the onslaught of trucks, drilling pads, gas wells, container ponds, storage tanks, wastewater pits, and pipelines, by the noise and the air pollution.
This proposal is an irresponsible and inappropriate use of public lands, and the potential for

BLM_0155626

human, animal, and environmental damage is simply too high. I implore the BLM to reconsider the proposal, in light of the unique value of the North Fork Valley as a recreational haven, an important wilderness and agricultural area, and a crucial supplier of organic food to Colorado. Please, take action to protect this incredible region. Speaking as an avid tourist of the region, an enthusiastic consumer of North Fork Valley produce, and an individual who hopes one day to live
in the area, this area should not be exposed to the damages of oil and gas production. Please choose to pursue other leasing alternatives for the land in question, alternatives that nourish the local economy and health of the North Fork Valley instead of degrading it.
Thank you,
Melanie Matteliano


000275_JamesonE_20161031 Organization: Wisehart Springs Inn, Erin Jameson
Received: 10/31/2016 12:00:00 AM
Commenter1: Erin Jameson - Paonia, Colorado 81428
Organization1:Wisehart Springs Inn
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category:
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000275_JamesonE_20161031.htm (000275_JamesonE_20161031-384996.htm
Size = 2 KB)
Submission Text
10/31/2016 DEPARTMENT OF THE INTERIOR Mail - Alternative B
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=1581dcab86bd7453&siml=… 1/2
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Alternative B
1 message
erin jameson <emj_58@hotmail.com> Mon, Oct 31, 2016 at 8:49 PM
To: "uformp@blm.gov" <uformp@blm.gov>
Cc: "info@theconservationcenter.org" <info@theconservationcenter.org>
To Whom It May Concern,
Allow me to introduce myself, my name is Erin Jameson. I run a charming B&B called Wisehart Springs Inn and I am a teacher in the Delta County School District. My B&B is very unique in that I
provide the organic ingredients from this wonderful organic valley for my guests to prepare in a kitchen with a mind-blowing view of the valley.
The breakfast:
The Mind Blowing View:
Wisehart Springs Inn:
10/31/2016 DEPARTMENT OF THE INTERIOR Mail - Alternative B
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS

BLM_0155627

%20comment&search=cat&th=1581dcab86bd7453&siml=…   2/2

As a teacher in the valley, this county teaches children a wonderful way of life and we have two extraordinary National Treasures which are exceptional classrooms for our students: the Black Canyon and the Grand Mesa. Should an unfortunate drilling accident occur in this valley due to fracking, this way of life and these two treasures could be destroyed. Needless to say, my B&B would suffer because the view and the organic food would be compromised.

I urge the BLM to choose Alternative B1 it is the best option in the plan that protects my drinking water, my
business, and outdoor classrooms for students to respect, love and learn from in the valley. The North Fork
Valley is a Creative District. The state legislature has vowed to keep the valley pristine. Again, Alternative B1 is
the most acceptable plan for the valley.

Very Truly Yours,
Erin Jameson
Citizen, Mother, Wife, Teacher, Business Owner and lover of the earth
Wisehart Springs Inn
39508 Pitkin Road
Paonia, CO 81428


000276_GannettA_20161031  Organization: Alison Gannett
Received: 10/31/2016  12:00:00  AM
Commenter1: Alison Gannett - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000276_GannettA_20161031.htm  (000276_GannettA_20161031-384997.htm  Size = 5 KB)
Submission Text
10/31/2016  DEPARTMENT OF THE INTERIOR Mail - american lung association.
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=1581ce5a1d3a8f48&siml=1…   1/2
(December 17, 2014)
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
american lung association.
1 message
alison gannett <alisongannett@mac.com>  Mon, Oct 31, 2016 at 4:39 PM
To: uformp@blm.gov
Cc: Alex Johnson <director@theconservationcenter.org>,  Natasha Leger <natasha@citizensforahealthycommunity.org>

BLM_0155628

<([#1 [18.2]

The RMP says that not only is drilling for fluid minerals safe, and that they have studied the cumulative effects and that they are acceptable. I do not believe it is possible to make those statements, considering that studies on the internet have no way to determine these claims. How can one determine that working with carcinogenic chemicals can ever be safe? and how would we ever be able to study their synergistic cumulative effects if we do not know which combinations are being used at each well pad on any given day? This would be the same as looking at any given human in 2016 and saying they will never get cancer. How do you know? how do you study this? we do not have the technology. The BLM did not consider a human health impact report in its draft management plan.

Therefore, a moratorium should occur until this is done, or support the North Fork Alternative B1

Case in point, the AmericanLungAssociation.org

(also formerly pristine air in Uintah County, UT received an "F" rating for ozone in the american lung association 2013 State of the Air Report)

#1])> Lung Association Statement on

Fracking Decision by Cuomo

Administration

In response to the announcement by Acting Health

Commissioner Howard S. Zucker, Department of Environmental Conservation

Commissioner Joe Martens, Governor Cuomo and other cabinet officials, Jeff Seyler,

CEO of the American Lung Association of the Northeast, released the following statement:

On behalf of the hundreds of thousands of New Yorkers who struggle to breathe, we applaud the decision announced today to prohibit fracking in New York. We are heartened that the Administration agreed with our concern that the proposed fracking process in New York would have enabled a growth in oil and gas extraction that increased too many potential health risks, especially to the air we breathe. Yet, we recognize that oil and gas extraction, refining, transportation and use presents many

10/31/2016 DEPARTMENT OF THE INTERIOR Mail - american lung association.

https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=1581ce5a1d3a8f48&siml=1… 2/2

risks to health, not just fracking. We look forward to seeing recommendations to strengthening protections from these processes.

Throughout this review period, the Lung Association has argued that expanded oil and gas extraction and processing, driven by fracking, would increase air pollution in the state, placing residents' health at serious risk. We believed then and continue to believe now that there is a very real and unacceptable risk that the air emissions from increased oil and gas production would make people sick and shorten the lives of those living in communities in New York where the extraction will take place. Fracking would drive changes that would increase air pollution in areas of the state that now benefit from clean air.

Millions of New Yorkers now suffer from lung diseases including asthma, COPD and lung cancer. On behalf of these New Yorkers as well as residents from across the state, we thank and applaud Governor Cuomo for letting health guide his decision. New

BLM_0155629

Yorkers will breathe healthier air because of the decision made today.

000277_BackusD_20161031 Organization: Dolores Backhus
Received: 10/31/2016 12:00:00 AM
Commenter1: Dolores Backhus - Paoria, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000277_BackusD_20161031.htm (000277_BackusD_20161031-384998.htm Size = 5 KB)
Submission Text
10/31/2016 DEPARTMENT OF THE INTERIOR Mail - BLM Uncompahgre Field Office Draft Resource Management Plan
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=1581e0a6f237c5f6&siml=1...   1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
BLM Uncompahgre Field Office Draft Resource Management Plan
1 message
Tess Backhus <tessbacko@msn.com> Mon, Oct 31, 2016 at 9:58 PM
To: "blm_co_ufo_rmp@blm.gov" <blm_co_ufo_rmp@blm.gov>
> Dear Ms. Sharrow and Ms. Wilson:
>
> My name is Dolores (Tess) Backhus. I am a 69-year-old resident of Paonia Colorado. My husband and I moved to the
North Fork Valley in November, 2014, after residing in and raising our 3 daughters in Eagle County for over 30 years. We
love Colorado and hope to age in place in the State and locally in Paonia, enjoying the diversity of this small mountain
community, along with the exceptional, affordable quality of life here. I recently moved my 95-year-old Mother to Paonia
from Florida, to help her also age in place and oversee her care. The senior programs, support and services are amazing
in Delta County and Region 10. In addition to my personal goals, I believe this Community and Valley is drawing and
offering similar amenities and services to attract a growing aging demographic, which will ultimately create another
economic opportunity for the area.
>
> We appreciate your time and efforts in evaluating a new Draft Resource Management Plan, but wish to encourage you
to be diligent in being conscientious stewards of the Land and Environment at risk with oil and

gas development, which
looms to threaten this area. It has been well established knowledge that this industrialization will be a tremendous threat
to the human, animal, and environment here by contaminating soils, water, and air; and impair human health, including
increases in respiratory, endocrine, immune, and cardiovascular disease. <([#1 [30] Development of the leases would negatively impact and impede local investments and resources required in transitioning and maintaining the economy to one based on agri-tourism, recreation, renewable energy, agriculture, and organic food. Development would contribute to increased greenhouse gas emissions, and climate change impacts on community resources (agriculture & wildlife). #1])>
Please, please be responsible Stewards of the Land and adopt a No-Leasing Alternative to prevent long-term risks
posed by oil and gas operations including Fracking Technologies (Oh No!) and large-scale industrialization. Please,
please <([#2 [41.2] consider the new research and information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracking, injection wells, and on-going well operations #2])> . Please, please
embrace a No-Leasing to protect the North Fork Valley and Colorado for generations to come.
>
> Please make the long-term Environmental Wellness a priority over short-term financial gains!
>
> Thank you for your diligence in preserving the Earth!
>
> Sincerely,
> Dolores Backhus
> 51 Pan American Avenue
> Paonia, CO. 81428
> 970-527-3101
>
> Sent from my iPad


000278_Abell_20161031  Organization: Laura Abel
Received: 10/31/2016 12:00:00 AM
Commenter1: Laura Abel - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000278_Abell_20161031.htm (000278_Abell_20161031-384999.htm Size = 2 KB)
Submission Text

BLM_0155631

10/31/2016  DEPARTMENT OF THE INTERIOR Mail - Bureau of Land Management.
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&search=inbox&th=15
81ce581fe158ea&siml=1581ce581fe158ea  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Bureau of Land Management.
1 message
Lark Abel <abelartglass@gmail.com>  Mon, Oct 31, 2016 at 4:39 PM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org
We live in one of the most verdant areas in Colorado. That you would consider spoiling this area
with oil and gas and
fracking is without morals and concerns for the land ,the people and the animals that live here.
The risk to public health
and the potential to poison our food sources, pollute our air and contaminate our water we
depend on to live has been
proven time and time again. WE do not accept it and we do not want it. A no leasing alternative
is the most responsible
choice . Finally<([#1 [41.1] a moratorium on oil and gas leasing should be imposed until rural
gas gathering pipelines are regulated by the Pipeline Hazardous Materials and Safety
Administration #1])> . Thank you for your attention to this matter. Sincerely ,
Laura, " Lark" Abel.


000279_InouyeB_20161028 Organization: Brian Inouye
Received: 10/28/2016 12:00:00 AM
Commenter1: Brian Inouye - Crested Butte, Colorado 81224
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000279_InouyeB_20161028.htm (000279_InouyeB_20161028-385000.htm Size =
2 KB)
Submission Text
10/31/2016  DEPARTMENT OF THE INTERIOR Mail - comment on BLM UFO Draft RMP
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=1580c6017c4c45a2&siml=1...  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
comment on BLM UFO Draft RMP
1 message
Brian Inouye <binouye@bio.fsu.edu>  Fri, Oct 28, 2016 at 11:36 AM
To: uformp@blm.gov
Dear Uncompahgre Field Office BLM,
I grew up in Gunnison county and now live there seasonally, and my parents have retired to

BLM_0155632

Delta county. The Upper
North Fork Valley has been part of my life for decades, and my family has enjoyed hiking,
camping, hunting, fishing, and
backpacking in that area.
I strongly support the "North Fork Alternative", and feel that that the UFO BLM should be
considering an even more
restrictive option that does not allow for any new coal leasing. The nation's and region's
economy is rapidly moving away
from coal, and recent Tri-State Utilities court cases and economic developments are likely to
accelerate our region's shift
away from coal. New coal leases are short-sighted. The Upper North Fork Valley should not be
damaged as a resource
for hiking, biking, and hunting, and we should not allow coal and gas developments that threaten
clean water supplies, in
pursuit of a short-term boost to a fading industry.
Sincerely,
Dr. Brian Inouye
7500 County Rd 317 (PO Box 2510)
Crested Butte CO 81224


000280_KnutsonD_20161029 Organization: David Knutson
Received: 10/29/2016 12:00:00 AM
Commenter1: David Knutson - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000280_KnutsonD_20161029.htm (000280_KnutsonD_20161029-385001.htm
Size = 5 KB)
Submission Text
10/30/2016 DEPARTMENT OF THE INTERIOR Mail - Comment on Draft Resource
Management Plan for the Uncompahgre Field Office
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=15812e2c3fa3fe97&siml=1... 1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Comment on Draft Resource Management Plan for the Uncompahgre Field Office
1 message
Dave Knutson <orionrisingllc@gmail.com> Sat, Oct 29, 2016 at 5:55 PM
To: uformp@blm.gov
Cc: Alex Johnson <director@theconservationcenter.org>, Robbie LaValley
<rlevalley@deltacounty.com>
Dear Staff and Comment Team,

This letter addresses two areas of concern for me: 1. Recognition and sensitivity to the changes in the North Fork Valley;
and 2. The Jumbo Trails Recreation area on BLM land near Paonia.
<([#3 [30.3] 1. I urge your team to seriously consider and incorporate the "North Fork Alternative Plan, B1" in the final RMP. My wife and I have lived in the North Fork valley since 2003 and are homeowners there. We deeply appreciate the access we have to clean water, clear air, and local organic food sources. I am concerned that if the North Fork alternative is not incorporated, we could experience a deterioration in water quality and air quality due to increased industrial hydraulic fracturing as allowed in other alternatives of your draft plan. We would be personally impacted by loss of real estate value and concerns for our health - we are both in our 60's and our respiratory systems would not tolerate poor air quality #3])> . Since 2003, we have seen a renaissance in our valley of new organic farms, wineries, and ranching. Our little valley is now widely known as a center for the locavore food movement. Increased industrial activity in our valley would stomp out progress we've made in organic agriculture and could put organic certifications for our growers at risk. As a footnote, we
recently visited the Bainbridge Island Art Museum and were pleasantly surprised to see our town featured as part of a
display in the museum. I have attached photos of the author's bio and her citation mentioning Paonia, Colorado as a
place that inspired her. The North Fork Valley's progress in providing high quality organic food needs strong support and
the North Fork Alternative Plan, B1 is our heartfelt request.
2. Jumbo Trail Recreation. I am a trail runner and have administered special use permits with Federal Land Agencies for recreation events since 1980. My first permit was for a half-marathon trail race in the Coconino National Forest. I was issued a special use permit for 5k and 10k trail runs on the Jumbo trails by the Montrose BLM office. At first, the permit was renewed annually, then we were granted a five year permit.<([#2 [27.1] Our home is on the east side of Paonia right near the [Jumbo] trail system, primarily so that I can go out the door to access our trails. I am pleased to see that your draft plan recognizes the recreation value of this area and I urge you to place protections and resources to improve this fantastic trail system. I anticipate that as the years go by, your office will see multiple requests for Special Use Recreation Event Permits. The area is well known to trail runners and mountain bikers.
#2])> I sincerely appreciate the time and effort your team has put into a massive update of the Resource Management Plan for
UFO and look forward to positive consideration of this modest request from a committed resident.
Sincerely,
/s/
David A. Knutson
401 Vista Drive (PO Box 1016)
Paonia, CO 81428
Paonia Organic.pdf
3951K


000281_SirJesseU_20161031  Organization: Ulli Sir Jesse
Received: 10/31/2016  12:00:00  AM

BLM_0155634

Commenter1: Ulli Sir Jesse - Ridgway, Colorado 81432
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000281_SirJesseU_20161031.htm (000281_SirJesseU_20161031-385002.htm Size = 2 KB)
Submission Text
10/31/2016 DEPARTMENT OF THE INTERIOR Mail - Comment on the RMP
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=1581d2d269f7f0cc&siml=1...  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Comment on the RMP
1 message
Ulli Sir Jesse <ullisirjesse@gmail.com> Mon, Oct 31, 2016 at 5:57 PM
To: uformp@blm.gov
To the BLM's RMP,
<([#1 [9.1] Please manage the Paradox Rock Art unit as an Area of Critical Environmental Concern in the Final RMP to protect the rare and irreplaceable petroglyphs of the area. I visited them a week ago and was blown away how beautiful they are. #1])>
<([#2 [9.1] I also urge you to protect this area [Paradox Rock Art unit]as well as the Tabeguache unit and the Shavano Creek unit from any oil and gas drilling #2])> . The scenic beauty as well as the recreational value of these lands are too good to be destroyed by these kind of activities that are not good for our planet anyway. I'd rather see more solar panels in Paradox valley.
Thank you for listening to our input.
I am an avid hiker and love the silence, beauty and animal habitat in these areas.
Please help protect it for future generations.
Ulli
Ulli Sir Jesse
520 S Amelia
Ridgway, CO 81432
970 729 2590
Regret is the longing to change the past.
Fear is the desire to control the future.
Peace is the surrender to Now.
- Jeff Foster


000282_LightfootA_20161029 Organization: Ali Lightfoot
Received: 10/29/2016 12:00:00 AM
Commenter1: Ali Lightfoot - Paoria, Colorado 81428
Organization1:

Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000282_LightfootA_20161029.htm (000282_LightfootA_20161029-385003.htm
Size = 7 KB)
Submission Text
10/31/2016 DEPARTMENT OF THE INTERIOR Mail - Comment re the Draft Resource
Management Plan from Ali Lightfoot
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=158112b67a82f351&siml=1…  1/2
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Comment re the Draft Resource Management Plan from Ali Lightfoot
1 message
Ali Lightfoot <thistrain@gmail.com>  Sat, Oct 29, 2016 at 9:59 AM
To: uformp@blm.gov
BLM Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401
Re: Draft Resource Management Plan for the Uncompahgre Field Office
To Whom It May Concern,
Thank you for the opportunity to comment on the BLM UFO RMP. My name is Ali Lightfoot
and I am a resident of Paonia, Colorado I moved here in 2008 so that my kids could explore
nature and grow up eating locally produced fresh food.
We live at the edge of the Jumbo Mountain trails where we enjoy hiking, biking, and exploring.
I am writing this comment today because I am concerned with the proposed protection via the
UFO
RMP draft. As a citizen of the North Fork Valley and a resident of Paonia, I have educated
myself on
the matter of the BLM UFO RMP draft and I support the North Fork Alternative, known as B1. I
would like alternative B1 to be added to the final plan; it is the best alternative to protect our
valuable water resources and wildlife that are vital to our agricultural and recreational economy.
I also believe that If we open the area to more oil and gas development, it will compromise the
more sustainable
and desirable economies of agriculture and recreation that so many people come
here to enjoy and have been working to build in the area for generations.
I also agree with Appendix D in terms of the importance of connectivity between the wilderness
areas and I would like the BLM to provide such connectivity as much as possible.
<([#2 [15.2] One concern with the proposed draft (Alternative D) involves the lack of protection
for the Gunnison sage-grouse. Based on the best scientific evidence, it is suggested that the
distance necessary between surface disturbance/exploration and an active lek is 4 miles and I ask
that the BLM increases this radius from 0.6 miles to 4 miles and to further protect this species by
making this area no surface occupancy #2])> .

<([#1 [11.1] Surface disturbances increases the chance of cheatgrass and weeds to invade the area. This invasion can change the fire regime of the area and outcompete native plants, both of which would affect the sage-grouse negatively. With climate change, the impact of fire and cheatgrass will increase, so the BLM needs to plan for the unavoidable changes we know that we will see in the future.
#1])>
<([#3 [27.1] I would also like the BLM to designate all BLM lands on and surrounding Jumbo Mountain as a Special Recreation Management Area. As I said, I live at the top of Pan American Avenue in Paonia by the base of the mountain and believe that this area needs to be fully protected to secure the entire viewshed and its use as a recreational area. I can attest that this area is used by a large number of recreational users from cyclists, hikers, dog
walkers, runners, and horseback riders based on my location to the 'trail head' that everyone uses. Additionally, I use these trails nearly every day of the week and want to ensure this area is properly protected so I can continue to enjoy 'my backyard'. This area needs to be set aside for recreational use rather than industrial activity such as oil and gas and I would like to see all oil and gas leases removed from land on and surrounding Jumbo. It is an important area that draws in economic benefits to the town as out-of-towners visit our area to hike or bike and provides spectacular views that make Paonia unique to other nearby towns. It would also prevent possible contamination issues of irrigation water and surrounding lands. #3])> Lastly, <([#4 [32.1] I would like the BLM to
manage Jumbo Mountain for multiple uses to ensure user and resident safety and I ask that theBLM please perform future travel management planning for motorized and non-motorized uses.
#4])> The BLM should keep in mind that these trails are in a residential area and that the concerns of
the residents should be listened to. In closing, the conservation protections in Alternative B1 should be included in the final plan as
well as the above changes for the benefit of sage-grouse and Jumbo Mountain. Thank you again for accepting my comments for the RMP process. The outcome is important to me since it affects my home and community for years to come.
Sincerely,
--
Ali Lightfoot
65 Cedar Drive
Paonia, CO 81428
thistrain@gmail.com


000283_BrillH_20161031  Organization: High Wire Hops, Hal Brill
Received: 10/31/2016  12:00:00  AM
Commenter1: Hal Brill - Paonia, Colorado 81428
Organization1:High Wire Hops
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique

BLM_0155637

Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000283_BrillH_20161031.htm (000283_BrillH_20161031-385004.htm Size = 2 KB)
Submission Text
10/31/2016 DEPARTMENT OF THE INTERIOR Mail - Comment submission for RMP
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS %20comment&search=cat&th=1581dd5e8a7b0860&siml=… 1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Comment submission for RMP
1 message
Hal Brill <halbrill@gmail.com>        Mon, Oct 31, 2016 at 9:00 PM
To: uformp@blm.gov
Cc: info@theconservationcenter.org
Kindly see attached letter for my comments on the draft RMP.
Hal Brill
2016_10_31_20_57_25.pdf
148K
Dear BLM-UFO Staff and RMP Comment Team,
I appreciate the opportunity to comment on the Uncompahgre plan:
1) I have lived in the North Fork Valley for over 20 years, and appreciate that the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.
2) I moved here because of the outdoor recreation opportunities. I particularly enjoy places close to home, such as the Terror Creek and Hubbard Creek areas.
3) I am a co-owner of High Wire Hops. <([#1 [21.1] We grow high quality hops for many microbreweries around the regions. Our livelihood depends upon clean water and air, as well as a perception that the North Fork Valley is a healthy place for sustainable agriculture. Our hops have been in many award winning beers due to their high quality. So although I am not opposed to some extraction of fossil fuels, I want to see a significant buffer zone that separates the agricultural North Fork Valley from drilling activities. #1])> 4) Therefore, I would like the BLM to include all proposed actions in the North Fork Alternative B1 in the Final RMP.
Thank you for your consideration.


000284_HessJ_20161028 Organization: John Hess
Received: 10/28/2016 12:00:00 AM
Commenter1: John Hess - Crested Butte, Colorado 81224
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak

BLM_0155638

Attachments: 000284_HessJ_20161028.htm  (000284_HessJ_20161028-385005.htm  Size = 2 KB)
Submission Text
10/31/2016  DEPARTMENT OF THE INTERIOR Mail - Comments on the BLM Uncompahgre Field Office Draft Resource Management Plan
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=1580c8ef8a27c500&siml=1...  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Comments on the BLM Uncompahgre Field Office Draft Resource Management Plan
1 message
John Hess <johnthehess@crestedbutte.net> Fri, Oct 28, 2016 at 12:30 PM
To: uformp@blm.gov
To whom this many Concern:
I would like to comment on the BLM Uncompahgre Field Office (UFO) Draft Resource Management Plan (RMP).
I am concerned that the RMP is not doing enough to minimize climate impacts. Therefore, in my opinion,<([#1 [30.2] the Final RMP must include up-to-date data concerning coal markets, coal production and coal employment in the area. The Draft RMP's data, much of it dating back to 2010 or older, is stale in light of shrinking coal production and employment. #1])> I support the "North Fork Alternative." I will be personally affected by increased and long-term coal and natural gas development in the North Fork Valley. I purchase fresh produce, and I am concerned about decreasing snowpack from climate change.
John Hess
P.O. Box 925
Crested Bu?e, CO 81224
Virus-free. www.avast.com


000285_WutchiettC_20161027  Organization: Cynthia Wutchiett
Received: 10/27/2016 12:00:00 AM
Commenter1: Cynthia Wutchiett - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000285_WutchiettC_20161027.htm  (000285_WutchiettC_20161027-385006.htm  Size = 8 KB)
Submission Text
10/31/2016  DEPARTMENT OF THE INTERIOR Mail - Comments on UFO Draft RMP
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=1580794fa17e2dab&siml=1...  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Comments on UFO Draft RMP

1 message
Cynthia Wutchiett <cwutchiett@skybeam.com> Thu, Oct 27, 2016 at 1:16 PM
To: uformp@blm.gov
TO: BLM UFO

I have attached my comments on the draft RMP.

Please let me know if you have any questions.

Thank you.

Cynthia R. Wutchiett
40849 M Road
Paonia CO 81428
BLM letter.docx
21K
October 27, 2016
Bureau of Land Management
Uncompahgre Field Office
2465 S. Townsend Ave
Montrose CO 81401
RE: Comments on UFO Draft RMP
According to your website, http://www.blm.gov/wo/st/en/info/About_BLM.html, you are
focusing on the following priorities:
? The America's Great Outdoors initiative, which is aimed at enhancing the conservation
of BLM-managed lands and resources and reconnecting Americans to the outdoors.
? The New Energy Frontier, which encourages and facilitates renewable energy
development – solar, wind, and geothermal – on the Nation's public lands.
? Cooperative Landscape Conservation, a scientific initiative that recognizes the need to
better understand the condition of BLM-managed landscapes at a broad level.
? Youth in the Great Outdoors, which supports programs and partnerships that engage
youth in natural resource management and encourages young people and their families to
visit, explore, and learn about the public lands.
? Climate Change, which is affecting public lands in ways that could impact on
Americans' quality of life. The BLM is responding with two interconnected initiatives: a
proposed landscape approach to land management and Rapid Eco-regional Assessments,
which will improve the agency's understanding of public land conditions to inform future
management decisions.
"By strengthening existing and forging new partnerships with stakeholders, the BLM will
ensure that the nation's public lands are managed and conserved for future generations of
Americans to use and enjoy".
How do you justify leasing 95% of the acreage within the planning area as
compatible with these initiatives?

<([#1 [5.3] Paragraph (a) of §1502.14 of the Council on Environmental Quality regulations
direct federal agencies undergoing the NEPA process to: 'Rigorously explore and objectively

evaluate all reasonable alternatives.

Yet section 2.4 of your Draft RMP titled, Alternatives Considered but Eliminated from Detailed Analysis, states alternatives that propose exclusive resource prohibition were eliminated from detailed study. It states that a no-lease alternative would be too extreme. Really? Then how is leasing 95% not just as extreme?

Further, Section 2.4.1. states: '…the purpose of this RMP is to ensure that public lands are managed in accordance with the intent of Congress, as stated in the FLPMA, under the principles of multiple use and sustained yield. Alternatives that promote exclusive use or maximum development, production, or protection of one resource at the expense of other resources or resource uses were eliminated from further consideration. ' If you believe that leasing 95% is an acceptable alternative, then NOT leasing 95% is just as acceptable.

#1])> <([#4 [30.3] You have also not considered:

1. The decline in property values for residents adjacent to the planning area. My residence, which is the culmination of my life's work and savings, would be only 400 yards from an area that has the potential for a gas well. I will secure an MAI appraisal of my residence and, if the adjacent land is leased, will again have an MAI appraisal and will take legal action to obtain reimbursement for the decline in value.

#4])> <([#5 [37.3] 2. [you have not considered] The potential contamination of the entire region's water supply. In addition to having my government regulated, domestic water at risk, you are also risking the contamination of my residential water well. #5])>

3. [you have not considered] The impact on Climate. Three of the world's biggest insurance companies are warning that climate change amounts to the "mother of all risks" and are demanding the industrialized countries of the world stop bankrolling the fossil fuels industry A recent article from CommonDreams.org states:

'Multi-national insurance giants Aviva, Aegon, and Amlin, which together manage $1.2 trillion in assets, released a statement in August of this year calling on the leaders of the world's biggest economies to commit to ending coal, oil, and gas subsidies within four years. "Climate change in particular represents the mother of all risks—to business and to society as a whole. And that risk is magnified by the way in which fossil fuel subsidies distort
the energy market," said Aviva CEO Mark Wilson.


<([#3 [5.6] One of the subsidies our local oil and gas companies receive is the leasing of publicly-owned lands for a pittance—often for as little as $2 per acre. Meanwhile, the "real costs" associated with damage to the environment and human health are foisted on others and are not paid by polluters.'

Paragraph (a) of §1502.14 of the Council on Environmental Quality regulations direct federal agencies undergoing the NEPA process to: 'Rigorously explore and objectively evaluate all reasonable alternatives. It is clear that you have failed to consider all impacts and therefore all reasonable alternatives. #3])>

I am writing to urge you to select Alternative B as the agency's preferred alternative, with the stipulation that this alternative has language inserted that incorporates a prohibition on fossil fuel leasing on 95% of the lands within the decision area throughout the life of the Resource Management Plan.

Cynthia Wutchiett, CPA

40849 M Road

Paonia CO 81428

000286_HellecksonB_20161031  Organization: The West Elks Winery Association, Brent
Helleckson
Received: 10/31/2016 12:00:00 AM
Commenter1: Brent Helleckson - ,
Organization1:The West Elks Winery Association
Commenter Type: Private Industry
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000286_HellecksonB_20161031.htm (000286_HellecksonB_20161031-
385007.htm  Size = 5 KB)
Submission Text
10/31/2016  DEPARTMENT OF THE INTERIOR Mail - Comments on UFO RMP
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=1581e2d7745452e5&siml=...  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Comments on UFO RMP
1 message
Brent Helleckson <brent@stonecottagecellars.com>  Mon, Oct 31, 2016 at 10:37 PM
To: uformp@blm.gov
Cc: Senator Michael Bennet <Senator_bennet@bennet.senate.gov>, Representative Millie
Hamner
<Millie@milliehamner.com>
Bureau of Land Management
Uncompahgre Field Office
Resource Management Plan Revision Team

Thank you for the opportunity to comment on the Draft Resource Management Plan (DRMP).
The West Elks American Viticultural Area (AVA) is one of two federally -designated areas in
Colorado of unique geology, climate, history, and geography capable of producing wines of
unique and identifiable qualities. The wineries in this AVA strive to produce Colorado -grown
wines of high quality with distinctly Colorado character.
We are concerned that the pathway proscribed by the Draft Resource Management Plan (DRMP)
preferred alternative leads to a development scenario that severely impacts our ability to attract
visitors to our tasting rooms and may also impact our image of a pastoral environment
blessed with clean air, clean water, and beautiful vistas, fostering wines with characteristics
uniquely associated with the West Elks mountains and the North Fork of the Gunnison.

<([#1 [30.3] The BLM preferred alternative, alternative D, opens nearly all of the North Fork
watershed to oil and gas exploration and development (DRMP at 2-409). While the underlying
assumption is a well count of 1,271 throughout the UFO region by the year 2030 (DRMP at

3-14), statements by the energy companies currently operating in the North Fork, on lands already leased by the BLM, exceed that number by a factor of 2 to 3. This
is in advance of the recent USGS study identifying the Mancos Shale as a likely significant gas resource. Therefore, offering nearly all of the North Fork watershed as available for oil and gas leasing virtually guarantees the industrialization of that watershed. While the specifics of each well will be unique, the commonly accepted impacts include multiple millions of gallons of water per well, multiple thousands of truck trips per well, multiple millions of gallons of produced waste per well and multiple miles of roadway per well pad. No reasonable person could claim that the current rural/arboreal landscape would suffer "no significant impact" from such a change of use. The DRMP admits as much at page 3--176.
#1])> <([#2 [30.3] The level of development implied by the preferred alternative will certainly impair our ability to attract visitors to our tasting rooms. It is difficult and expensive to convince travelers to make the 5 hour journey from the Front Range to the North Fork Valley. Placing a large gas and oil field development between the North Fork and the Front Range will make that much more difficult and expensive. Further, all of us growing grapes in the Valley, rely on readily available, clean irrigation water. The development implied by the DRMP preferred alternative would severely impact our watershed, snowpack, spring runoff and, consequently, the timely availability of irrigation water. Also, the likelihood of surface and ground water contamination from oil and gas activity inhibits our ability to produce quality grapes of unique characteristics, thereby eroding our competitive advantage in the marketplace. #2])>
We respectfully request that the DRMP consider, and adopt, an alternative that designates the watershed of the North Fork as not available for
leasing for oil and gas development.
Thank you,

The West Elks Winery Association
5680' Alfred Eames Cellars
Azura Cellars
Black Bridge Winery
Leroux Creek Vineyards
Mesa Winds Farm and Winery
North Fork Cellars
Stone Cottage Cellars
Terror Creek Winery


000287_BallantyneM_20161031  Organization: Marv Ballantyne
Received: 10/31/2016 12:00:00 AM
Commenter1: Marv Ballantyne - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak

Attachments: 000287_BallantyneM_20161031.htm (000287_BallantyneM_20161031-385008.htm Size = 3 KB)
Submission Text
10/31/2016 DEPARTMENT OF THE INTERIOR Mail - Comments on UFO RMP
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=1581df70baad135f&siml=1... 1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Comments on UFO RMP
1 message
Marv Ballantyne <marvbofwc@gmail.com> Mon, Oct 31, 2016 at 9:37 PM
To: uformp@blm.gov
Thank you for the opportunity to comment, and the extension of time.
Camel Back additional Lands with Wilderness Characteristics
I am more familiar with the Camel Back WSA, but love both areas. It is near Montrose (and Delta) and can be easily accessed and enjoyed in late fall, winter and spring when higher elevation areas are too cold for old hikers like me. The rock cliffs and streams are spectacular all year and solitude is hard to find this close to town. Expanding the WSA by protecting the LWC from motorized and mechanized would provide a spectacular place. When I am there, I feel like I am in a treasured, secret place.

Oil and Gas permitting in North Fork

Natural gas has become so abundant in Colorado that it is too cheap to justify drilling for more. This is due to economic changes as a result of concerns about Climate Change. There is more gas already available in existing wells than we will probably ever use. Permitting more wells at this time is senseless and should not be done. The North Fork of the Gunnison is a beautiful place, rich in agricultural uses along with residential uses, and should not be encumbered, put at risk, or devalued by the introduction of gas well permits.

Marv Ballantyne
970-318-6082 or 249-1346
marvbofwc@gmail.com


000288_Monhollandt_20161031 Organization: Over the Edge Sports, Landon Monholland
Received: 10/31/2016 12:00:00 AM
Commenter1: Landon Monholland - ,
Organization1:Over the Edge Sports
Commenter Type: Private Industry
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000288_Monhollandt_20161031.htm (000288_Monhollandt_20161031-385009.htm Size = 3 KB)

Submission Text
Comments on Uncompahgre RMP
1 message
landon@otesports.com  <landon@otesports.com>   Fri, Oct 28, 2016 at 10:33 AM
To: uformp@blm.gov
To whom it may concern:
I visit the Unc many times a year in the summer months to ride bicycles and motorcycles and
Ebikes. I enjoy the single track trails as well as the narrow ATV (under 56") trails.
One thing I've noticed is that the nonmotorized trails are nearly disappearing due to under use
and overgrowth as nature takes the trails back over. It is my opinion that the nonmotorized trails
should be opened up to motorcycle use so that they remain and actually get used. On many
occasions I have lost sight of trail while on bicycle and ended up bushwacking my way out. If a
few more motorcycles a year were allowed this would not be an issue.
As the manager of Over The Edge Sports, in Fruita CO, I am proud that we started the bicycle
recreation boom that has so positively affected the towns and cities of the Grand Valley.
However, our profitable times are seasonal (spring and fall) but if we had a summer destination
where cyclists could go to ride that would keep them out of the heat of the lower elevations we
could more easily provide things like a living wage for our employees so they could afford
proper housing etc..
<([#1 [32.1] The Uncompahgre Plateau is the perfect spot to build singletrack trails that connect
and make loops that are popular with cyclists and offroad motorcyclists. The trails of the Unc
unfortunately tend to dive down into canyons and valleys with no way back out but to hike or
turn around. Some creative thought about reroutes and new trails to increase connectivity should
be considered in the RMP. #1])>
<([#2 [32.1] I would like to see provisions in the RMP for future motorized single track
construction. And more thought put into connectivity so that big loops can be strung together
without getting on miles of roads. A gigantic single track motorized loop of the entire Unc
Plateau would be the gem of Colorado and would boost the economies of all the towns below.
#2])> And I realize COWS are historically an "indigenous species" in the high country, so this
comment will probably fall on deaf ears, but when one spends the day riding through cattle
excrement for miles on end, one begins to wish that these beasts weren't so cheaply allowed to
trample our public lands with reckless abandon. This may seem to be a hypocritical comment
from an OHV enthusiast, but there is a huge difference in our minimal impact on a small narrow
trail, and the widespread abuse of the land that these "locust" inflict.
Thanks for accepting public comment on these issues.
Landon Monholland
OVER THE EDGE SPORTS, FRUITA
"Where all your mountain bike dreams come true!"
9708587220
www.otesports.com/fruita


000293_MilvenanE_20161022 Organization: Eileen Milvenan
Received: 10/22/2016 12:00:00 AM
Commenter1: Eileen Milvenan - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual

Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000293_MilvenanE_20161022.htm (000293_MilvenanE_20161022-385010.htm
Size = 15 KB)
Submission Text
Draft Resource Management Plan for the Bureau of Land Management
Uncompahgre Field Office in Delta County Colorado
1 message
Eileen Milvenan <emilvenan1@gmail.com>  Sat, Oct 22, 2016 at 10:51 AM
To: uformp@blm.gov
Eileen Milvenan, M.D.
14099 Thompson Road
Paonia, Colorado 81428
October 21, 2016
Eileen Milvenan, M.D.
14099 Thompson Road
Paonia, Colorado 81428

October 21, 2016
BLM, Uncompahgre Field Office
2465 S Townsend Avenue
Montrose, Colorado 81401
Re: Draft Resource Management Plan for the Uncompahgre Field Office
Dear BLM-UFO Staff and RMP Comment Team,
Please fully consider the issues raised in my comments on the Uncompahgre Field Office draft
Resource Management Plan. <([#1 [18.3]
The BLM did not conduct a human health impact assessment in its Draft Resource Management
Plan, and there has been inadequate risk analysis to date. It is my professional opinion that the
health risks to newborns and pregnant mothers, and to children and adults are significant enough
to warrant much more analysis. A moratorium pending further study is the only responsible way
to protect the current and future generations in the North Fork Valley.
#1])> I am a Neonatologist (Pediatrician with subspecialty care of hospitalized critically ill
newborns with birth defects, prematurity, and low birth weight) of 33 years experience, and I am
also a North Fork Valley resident.
In 2011 my husband and I purchased 12 acres of land in Paonia, Colorado on which to build a
farm and spend our retirement. While my husband will mostcertainly submit a comment about
the ways this plan and its alternatives will personally affect us, the Paonia community, and the
beautiful land in the valley, I wanted to focus on some of the troubling information I've
uncovered while researching hydraulic fracturing and what we currently know about the health
impacts of living in an area where these activities are present.

Allow me to preface my concerns with an analogous illustration of the need for proper risk

analysis and impact assessment. Generations of physicians and health care providers have collected evidence to guide programs of therapy in order to optimize short- and long-term outcomes for patients. Through careful analysis over time, treatments that may initially appear beneficial or without significant other complications can be found to have risks of unexpected poor outcomes. As a result, a problematic treatment may be adjusted or even abandoned, but ongoing evaluation of associated risks and benefits is critical to the process. Many treatment studies have been terminated due to evidence that the risk of adverse complications was too great to warrant continuation of the therapy. In the history of neonatology, there is a well-remembered chapter about blindness in premature infants in the 1940s-50s. In the US and other affluent countries, oxygen was piped into incubators because it was improving survival outcomes. However, the longterm effect of this therapy was blindness in a great number of infants (Stevie Wonder is know to be one of those infants). At the time, there was no suspicion that oxygen could be the cause of the blindness, and research efforts took years to discover this fact through precise ongoing monitoring and risk assessment. It is a lesson to those in my field about the critical need for thorough analysis.

<([#3 [18.3] There is growing concern about the potential health problems in children and adults living near gas drilling, and efforts to quantify these risks are underway. This type of research requires funding and time. Ongoing research results continue to be released, and must be evaluated before expanding the practice of hydraulic fracturing throughout the country. It is particularly important to bring attention to recent findings because the Bureau of Land Management stopped the clock on accepting new information four years ago, and as such, it did not take these findings into account when formulating the Draft Resource Management Plan for the North Fork Valley. The BLM did not conduct a human health impact assessment in its plan. There should be provisions for ongoing risk analysis, and regulations in place for rural gas gathering pipelines under the Pipeline Hazardous Materials and Safety Administration. #3])>

From my more than thirty years of professional experience, I know that any increase in prematurity and birth defects leads to more inpatient hospital days and risk of childhood chronic illnesses, which then leads to significant financial and social problems for the families and communities. The United States overall has shown an increase in preterm births by 20 percent from 1990 to 2006, and ongoing analysis of causes continues. Caring for acute and chronically ill children has both short- and long-term affects. Besides the specific suffering and quality of life problems for the affected child, the financial and emotional stress on the family is well-documented. Families of children with chronic health problems are known to have higher divorce rates. There are associated community increases in healthcare costs and loss of worker income and productivity. Beyond the potential effect on a developing fetus exposed to gas drilling, there is also uncertainty about the negative impact on developing children.

Our community cannot afford uncertainty regarding the health impact that proximity to gas drilling will have on our children.

<([#4 [18.3] Please see below scientific data from studies published in 2015 and 2016 regarding the significant impact on birth defects, birth weight, and infant mortality, collated by Citizens for a Healthy Community. These studies were cited in The Compendium of Scientific, Medical, and Media Findings Demonstrating Risks and Harms of Fracking (Unconventional Gas and Oil Extraction), Third Edition, October 14, 2015, by Concerned Health Professionals of New York and the Physicians for Social Responsibility.

BLM_0155647

• In rural Colorado a study of almost 25,000 births from 1996-2009, congenital heart defects and neural tube defects (defects of the brain, spine, or spinal cord) were associated with the density and proximity of natural gas wells within a 10- mile radius of mothers' residences. There are several chemicals emitted by natural gas development known to increase the risk of birth defects. PSC-C p.76 https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3984231/

• A University of Pittsburgh study of three heavily-drilled Pennsylvania counties found that the more exposure a pregnant woman had to gas wells, the higher her risk for a smaller-than-normal baby. Mothers living nearest to a high density of wells were 34% more likely to have babies small for their gestational age. Low birth weight is a leading cause of infant mortality. PSR-C p72,73

• Health professionals in Vernal, UT reported a 6-fold increase in infant death rates over a three-year period. The air quality which was formerly pristine in Uintah County, UT received an "F" rating for ozone in the American Lung Association's 2013 State of the Air Report. The Uintah Basin has 11,200 oil and
gas wells. PSR-C p76. Pregnant women who breathe more air pollution have much higher rates of virtually every adverse pregnancy outcome that exists.

• Preliminary data from researchers at Princeton University, Columbia, and MIT used Pennsylvania birth records from 2004-2011 to assess the health of infants born within a 2.5 kilometer radius of natural-gas fracking sites. They found that proximity to fracking increased the likelihood of low birth weight by more than half, from about 5.6% to more than 9%. The chances of a low APGAR score (a summary measure of the health of newborns at birth) roughly doubled, to more than 5%. PSR-C p.77

• Other preliminary studies from Colorado and Pennsylvania comparing infant birth weights and premature births with proximity to wells had similar findings as above. PSR-C p77; 72-73
We must analyze thoroughly the evidence of the impact of gas drilling on developing children, including incidence of asthma and respiratory problems. The California Council on Science and Technology studied the impacts of exposure to fracking-related air pollution and asserted "officials should fully understand the toxicity and environmental profiles of all chemicals before allowing them to be used in California's oil operations." PSR-C p.72
I cannot emphasize this one enough. Jerome Paulson, MD; Medical Director for National & Global Affairs; Director of the Mid-Atlantic Center for Children's
Health & The Environment; Child Health Advocacy Institute, Children's National Health System and Professor of Pediatrics and of Environmental & Occupational Health George Washington University states in a public letter to the Secretary of Pennsylvania Department of Environmental Protection on June 30, 2014:

• "In protecting children from environmental health hazards, it is essential to recognize that for many reasons children may be more exposed to environmental health hazards than adults in the same location. Moreover, children may have different outcomes than adults similarly exposed. For example, children breathe more air and drink more water per unit of body weight than adults do, Therefore, if the air or water are contaminated, the children will receive a higher dose than the adults. Children also live longer than adults. While that may seem selfevident, it is important in the environmental context because many outcomes of environmental exposures occur years after the exposure. If the delay between exposure and outcome is, for example, 40 years or more, as it may well be in terms of some of the chronic lung diseases of adulthood, if a 60 year old adult is exposed, s/he may not live long enough to develop the adverse outcome. A child, however, will, in all likelihood, live long enough to experience that adverse outcome."

BLM_0155648

• "As a physician with significant expertise in environmental health, I want to point out that there is no information in the medical or public health literature to indicate that [Unconventional Gas Exploitation] can be implemented with a minimum of risk to human health."
http://citizenshale.org/2014/07/physicianwarns-pa-dep-to-protect-children-and-pregnant-moms/#_edn1
Please also note the following additional sources that I found useful and informative. I have pulled and emphasized particularly relevant information below
the links, but the overarching takeaway is that there are indications of increased health risks surrounding hydraulic fracturing and more research is needed in order to determine how to proceed safely:
From a December 2014 government (NIH) informational article summarizing hydraulic fracturing and what it means for communities:
https://www.niehs.nih.gov/health/materials/hydraulic_fracturing_and_health_508.pdf
• The National Institute of Environmental Health Sciences (NIEHS) is a branch of the National Institutes of Health. This agency is involved in funding for research to investigate potential health impacts related to hydraulic fracturing. Some reseearch activities include the following:
· Examining patterns of pregnancy and asthma near the Marcellus Shale (Geisinger Clinic, Danville, PA – led by Brian Schwartz)
· Investigation of pregnancy risks near the Barnett Shale hydraulic fracturing sites (UTHSC – Houston, led by Kristina Whitworth)
· Assessing markers of stress inflammation, cardiovascular health and quality of life (U of C, Denver – John Adgate.) p.2 #4])>
<([#5 [18.3] From an April 2014 reference article associating increase in birth defects and maternal proximity to gas drilling: http://ehp.niehs.nih.gov/1306722/
• This study suggests a positive association between greater density and proximity of natural gas wells within a 10-mile radius of maternal residence and greater prevalence of CHDs [congenital heart defects] and possibly NTDs [Neural Tube Defects], but not oral clefts, preterm birth, or reduced fetal growth. Further studies incorporating information on specific activities and production levels near homes over the course of pregnancy would improve exposure assessments and provide more refined effect estimates. Recent data indicate that exposure to NGD [development and production of natural gas] activities is increasingly common... Taken together, our results and current trends in NGD underscore the importance of conducting more comprehensive and rigorous research on the potential health effects of NGD #5])> .
<([#6 [18.3] From a June 2013 article describing a Health Impact Assessment process in Battlement Mesa/Parachute, Colorado:
https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3698738/
• To fully understand the health impacts associated with natural gas development, extensive research in environmental emissions, community impacts, and health outcomes should be conducted. Regulators, legislators, and planners, however, must make real-time decisions and are often unable to wait for science to catch up. In the absence of good data on the effects of natural gas development on their citizenry, concerned community governments have been invoking temporary moratoriums that may impede even potentially safe natural gas development. In such circumstances, when definitive scientific data are incomplete, HIA methods can provide guidance to community leaders for the inclusion of health in the decision-making process. #6])>
<([#7 [18.2] Here is an August 2014 list indicating instances of national groups in government,

BLM_0155649

academia and industry calling for more research on health effects of hydraulic fracturing: http://mdehn.org/wp-content/uploads/2014/12/calls_for_moreresearch.pdf
There are many locations in the United States with hydraulic fracturing in place and ongoing research on health effects on both those living in close proximity to these wells and on the workers. While these investigations continue collecting and analyzing data, the best practice would be to avoid mineral rights leasing on public lands in the North Fork Valley until there is more definitive information about the effects of hydraulic fracturing on the health of the people living here.
#7])> Sincerely,
Eileen Milvenan, M.D.


000294_SmithM_20161031  Organization: Mary Smith
Received: 10/31/2016 12:00:00 AM
Commenter1: Mary Smith - Hotchkiss, Colorado
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category:
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000294_SmithM_20161031.htm (000294_SmithM_20161031-385011.htm  Size = 1 KB)
Submission Text
Delta county report on impact fracking could have on water
1 message
msmith1932@paonia.com  <msmith1932@paonia.com>  Mon, Oct 31, 2016 at 11:39 AM
To: uformp@blm.gov
hello
I just read a report prepared for Delta county on the groundwater systems of this county and it clearly states that there could, and probably would, be terrible contamination of our water if fracking were to occur. As a mother and a grand mother and as a retired teacher {concerned about ALL children} I am asking WHY was this information not considered when you were deciding whether or not to allow leasing ? And further, why was this information not available sooner ?How can you, in good conscience, go ahead with the current plan you are proposing ? This is truly unacceptable !
Mary Smith
Hotchkiss , Co


000296_HickamJ_20161028  Organization: Jon Hickam
Received: 10/28/2016 12:00:00 AM
Commenter1: Jon Hickam - Hotchkiss, Colorado
Organization1:
Commenter Type: Individual
Classification: Substantive

Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000296_HickamJ_20161028.htm  (000296_HickamJ_20161028-385012.htm  Size = 3 KB)
Submission  Text
draft resource management plan public
comments
1 message
Jon Hickam <jon.hickam@gmail.com>  Fri, Oct 28, 2016 at 11:03  AM
To: uformp@blm.gov
Attn: BLM Uncompahgre Field Office,
I am a resident of Hotchkiss Colorado.  I do software work for a variety of local, national, and international  companies from our small organic farm outside of town. I hunt and fish in the mountains surrounding Paonia and Hotchkiss. I am well educated and politically  moderate.
I am writing this letter in response to the draft resource management plan that was released this year. While  I appreciate that the BLM is trying to find a middle  ground between extraction economy and preservation<([#1 [30.2] I feel that it did not adequately address the unique environmental  and economic situation  of the north fork valley.

Right now the economy of the north fork is changing.  The coal mines are shutting down but the real estate market and economic  activity of the region is actually growing.  The new economy that is developing  in the North Fork is based on a combination  of organic farming, outdoor recreation, hunting  and fishing,  and folks like me that are moving  to the area and bring their jobs with them. I overheard the postmaster in Paonia say that he had processed 5 change of address forms in one week for people  coming  from Boulder alone. We are drawn to the safe small town feel, the fantastic local agricultural  products and the relatively  pristine natural environment.  This is what the basis of a longterm,  stable North Fork economy will be in the 21st century.
This developing  economy is fundamentally  not compatible  with today's hydraulic  fracking technologies.  The implications  of fracking technology  here would be a couple of outside companies making  some money, a short term boom of temporary labor, followed by longterm degradation of our watershed and view shed and by extension or local economic sustainability.
Having this area become known as a fracking area will decrease the appeal of our agricultural products, the appeal our outdoor recreation, and appeal as a home community  for people that are coming  into the area with new economic  opportunities.
#1])> I am a realist; I know that the propane that cooks my food and gas that drives my car has to come from somewhere. However it is not the right fit for the North Fork,  and future attempts for fracking development here are sure to be met with an onslaught  of public outcry, protest, and lawsuits that are ultimately  divisive and expensive for all parties involved.
I urge the BLM to approve a resource management plan that does not open up the North Fork to further oil and gas development,  and instead embrace a conservation oriented alternative that takes into consideration  the longterm economic sustainability  of our unique environment.
Thanks for listening,
Jonathan Hickam

Hotchkiss, CO

000298_AndersonT_20161025  Organization: Telluride Mountain Club, Tor Anderson
Received: 10/25/2016 12:59:00 AM
Commenter1: Tor Anderson - Telluride, Colorado 81435
Organization1:Telluride Mountain Club
Commenter Type: Organization (nonprofit/citizens group)
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000298_AndersonT_20161025.htm (000298_AndersonT_20161025-385013.htm
Size = 6 KB)
Submission Text
Draft Resource Management Plan for the Uncompahgre Field Office
1 message
Telluride Mountain Club <telluridemountainclub@gmail.com>  Tue, Oct 25, 2016 at 10:24 AM
To: uformp@blm.gov
Dear BLMUFO
Staff and RMP Comment Team,
Thank you for this opportunity to comment on the Draft Resource Management Plan (RMP) for
the Uncompahgre Field Office of the BLM. Please find the Telluride Mountain Club's comment
letter attached.
Thank you for your careful decisions on this matter,
Tor Anderson, President
Telluride
Mountain Club
www.telluridemountainclub.org
PO Box 1201, Telluride, CO 81435
TMtC BLM Comment Letter.pdf
525K
Telluride Mountain Club
PO Box 1201, Telluride, CO 81435
October 18, 2016
Project Manager, Uncompahgre RMP
Bureau of Land Management, Uncompahgre Field Office
2465 S. Townsend Ave. | Montrose, CO 81401
Re: Draft Resource Management Plan for the Uncompahgre Field Office
Dear BLM-UFO Staff and RMP Comment Team,
Thank you for this opportunity to comment on the Draft Resource Management Plan (RMP) for
the Uncompahgre Field Office of the BLM.
For over 30 years, the Telluride Mountain Club's (TMtC) mission has been to protect and
enhance public access for human-powered, non-motorized recreation; promote personal
responsibility, safety and self sufficiency; and preserve each citizen's right to their "Freedom of

the Hills." Representing a community of individuals in the area around Telluride and west to the Paradox Valley, we have a network of over 975 outdoor enthusiasts. Additionally, we reach a large amount of tourists each year through various outreach and stewardship programs. We have successfully collaborated with public and private entities on a variety of land-use issues. Working with San Miguel County and the USFS Forest Service, we helped preserve public access from the Telluride Ski Resort's backcountry gates, kept the historic Bridal Veil Falls open for ice climbing, and are currently working to preserve and protect Telluride's unique and popular Via Ferrata route and other local trails. We also partner with national access advocacy groups such as The Trust for Public Land and the Access Fund, and with them are land stewards, trail advocates and local advisors.

The boom-and-bust cycles typically created by rampant energy development harm the environment around them, and have negative long-term impacts on tourism, recreation and community health. While there are many economic drivers to host energy development, many are short-sighted and don't take into consideration the public's enjoyment of these public lands. Our user group and visitors rely heavily on the integrity and high-quality outdoor experiences that our public lands offer. Energy development in (and near) recreational areas negatively impacts this experience. Below is an example of this from one of our members:

"In 2007, we were camping and climbing on BLM land in Big Gypsum Valley near the Dolores River boat launch. After a lovely night sleeping under the stars, our breakfast was suddenly interrupted by the sound of a helicopter flying low near our campsite, and increased traffic on the usually-empty dirt road. The helicopter starting making low passes over the meadow with a device hanging beneath it, again and again and again. With the constant helicopter noise and energy company trucks kicking up dust from the road, we we forced to pack up camp a day early and go somewhere else. What was typically a quiet, beautiful remote place was turned into an industrial zone."

The majority of the land at stake in our interest area is along the San Miguel River down from the Telluride valley, and west of Naturita to the Paradox Valley. The BLM's Preferred Alternative would allow these areas to be leased to oil and gas companies, and compromise air and water quality and recreation. Energy development would also have a direct negative effect on tourism. For these reasons, the Telluride Mountain Club proposes a more conservative approach to public land use as is outlined in the North Fork Alternative (B1).

The BLM's Preferred Alternative allows for nearly 95% of the planning area to be leased to oil and gas companies. This number wildly affects access to land and will negatively impact any user's experience. Conversely, protection of terrestrial and riparian habitats will serve to strengthen our public lands and provide users with high-quality outdoor experiences.

<([#2 [5.3] The BLM's final plan needs to encompass and fully consider ecological emphasis areas, special recreation management areas, areas of critical environmental concern, lands with wilderness characteristics, and wild and scenic suitability designations.

#2])> <([#3 [30.1] The economic future of our region will depend upon the health and quality of our land and environment, and the diverse opportunities and economies this offers. The BLM's final plan should limit available oil and gas leasing on lands west of Naturita, on public lands in the Paradox Valley, and anywhere else that energy development encroaches on recreational areas.

#3])> Please take into full consideration the negative impact that energy development would have to local tourism and the human-powered activities that many of us enjoy in those areas. As the stewards of the 675,800 acres of public lands at stake, the BLM needs to protect these lands

for the future, not sell them off for immediate, short-term gain.
Thank you for your careful decisions on this matter,
Tor Anderson
Tor Anderson
Telluride Mountain Club President
www.telluridemountainclub.org
Telluride Mountain Club
PO Box 1201 | Telluride, CO 81435


000300_HinesT_20161031 Organization: Todd and Cynthia Hines
Received: 10/31/2016 12:00:00 AM
Commenter1: Todd and Cynthia Hines - Crawford, Colorado 81415
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000300_HinesT_20161031.htm (000300_HinesT_20161031-385014.htm Size = 2 KB)
Submission Text
Draft RMP
1 message
Todd and Cynthia Hines <mccowgirl331@gmail.com>  Mon, Oct 31, 2016 at 9:31 PM
To: uformp@blm.gov
Cc: Mark Roeber <mroeber@deltacounty.com>,
rmpcomments@citizensforahealthycommunity.org
<([#1 [37.3] We are opposed to hydraulic fracturing in the North Fork Valley as recommended by the BLM RMP because it fails to address threats created by fracking to our water sheds. A report prepared for the Delta County Commissioners clearly addresses what should be significant concerns. That report can be found here:
http://www.heathhydrology.com/DeltaCounty_GWGIS_2013_NorthForkValley_Report.pdf #1])> Failure to address potential threats to our water sheds threatens our economy and our health. It is an abject abdication of the BLM's responsibility to protect the health and welfare of the citizens of Delta County to not address these very serious issues. We support NO FRACKING in the North Fork Valley.
Todd and Cynthia Hines
1246 7745 Road
Crawford, CO 81415
970.921.5382


000301_StoneM_20161031 Organization: Marilyn Stone
Received: 11/30/2016 8:30:21 AM

Commenter1: Marilyn Stone - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000301_StoneM_20161031.htm  (000301_StoneM_20161031-385608.htm  Size = 11 KB)
Submission Text
10/31/2016  DEPARTMENT OF THE INTERIOR Mail - draft RMP comment
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=1581b7fb6512b92a&siml=1...   1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
draft RMP comment
1 message
Marilyn Stone <marilyn.stone@live.com>  Mon, Oct 31, 2016 at 10:06 AM
To: "uformp@blm.gov"  <uformp@blm.gov>
Attached are comments for the draft RMP
Marilyn Stone

RMP comment.pdf
279K
UFO RMP
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401

I moved to the Paonia area of the North Fork Valley in early 2008. My husband and I chose this area because I could have an organic garden and hunt elk within 30-45 minutes of our home. In addition, the availability of fishing, hiking and cross-country skiing enable us to be active all year. We consider this an important asset to maintaining our health.

My mother used to say that as long as you have your health, you can overcome anything else. I now personally know that's true. I have food-triggered migraines which greatly limit my choices when dining out. I have microscopic colitis which can bring on bouts of diarrhea with no warning. I have suffered an autoimmune disease. Although I have overcome the acute effects, my muscles are very sensitive to overwork and strain which limits my capabilities. These health issues have greatly impacted my life and are never far from my consciousness.

Now, I see in the draft RMP that BLM not only did not consider a No Leasing alternative in the North Fork Valley area but that a potential 95% of my valley home and mountain "backyard" where I ski, hike, hunt and fish will be eligible for leasing for oil and gas drilling.

BLM_0155655

Despite acknowledging human health impacts for all alternatives, the draft RMP puts me, the animals I hunt for food and the fish I catch to eat at further risk of pollutants. Studies show the consequences of drilling and exposure to chemicals cause autoimmune diseases, ozone pollution which damage lungs, endocrine disrupting chemicals and carcinogens.

In the spring of 2010, I visited a Utah fracking water disposal pond. Within a few minutes, I developed a headache and nausea which lasted for a couple of hours after I left the area. No one else was overtly affected. I am apparently particularly susceptible to acute air pollution exposure from drilling activities. Acrylonitrile, methylene chloride, benzene and ethylbenzene, the substances associated with various processes of fracking, are known carcinogens and respiratory irritants. Air pollution from drilling will make it impossible for me to live in my home.

Mounting research on the effects of fracking fluid indicates that the harm will continue to be felt not just by those directly exposed but by children, grandchildren and perhaps beyond. Endocrine disrupting chemicals are particularly pernicious. They take the place of hormones which instruct cells on development. Exposure to miniscule amounts, such as 1 part per billion or less, at the right (or wrong) time in human development hijack the hormonal instructions for the developing fetus. Instead of developing into brain cells, cells might be instructed by the endocrine disrupting chemical to become fat cells instead. Other diseases associated with EDC's are diabetes, autoimmune diseases, infertility and reproductive problems, male infertility, thyroid conditions, Alzheimer's, Parkinson's disease, cancer, autism, and attention deficit disorder all of which we are witnessing increased incidence in the U.S.

On March 21, 2012, Inside Climate News reported in part:
Natural gas drilling on the Pinedale Anticline in Wyoming. Credit: Richard Waite, World Resources Institute

The higher the dose, the more dangerous the toxin—that principle is the basis for most regulatory chemical testing in the United States. But a new report [2] shows that even low doses of some toxins can be harmful, and that finding could have implications for the long-standing debate over the chemicals used in natural gas drilling and hydraulic fracturing.

The toxins surveyed in the report affect the endocrine system, which produces hormones, the small signaling molecules that control reproduction, brain development, the immune system and overall health.

Although the report doesn't specifically mention hydraulic fracturing, a separate peer-reviewed study [3] released in September identified 649 chemicals used during natural gas production and found that at least 130 of those could affect the endocrine system. They include petroleum distillates, methanol and other, more obscure compounds with names like dibromoacetonitrile and ethoxylated nonylphenol.

Endocrine-disrupting chemicals have been linked to a variety of health problems, including obesity, diabetes, fetal development and infertility. Babies and young children are particularly vulnerable, said Laura Vandenberg, a postdoctoral research fellow at Tufts University and lead author of the new report. It was published last week [4] in the peer-reviewed journal Endocrine

Reviews.

"I can't think of a single tissue in the body that isn't affected in some way by hormones," she (Vandenberg) said. A recent study by NOAA (National Oceanic and Atmospheric Administration) has detected the
"footprint of the natural gas industry" in Northeast Colorado with pollutants that cause health problems. The processes involved in drilling and fracking for oil and natural gas involve the precursors of ozone which damages lung tissue. Once damaged or destroyed, lung tissue is not replaced. Although human studies have identified the health effects of ozone, it is reasonable to assume wildlife will suffer the same health effects as well. Ozone is just one of the chemical irritants to the respiratory system.

Other sources of air pollution are raw natural gases that escape during well operations, the exhaust from the fossil fuels used to power thousands of truck trips to the site, chemicals used to clean and maintain the equipment and evaporation pits. For instance, methyl chloride used to clean storage containers is a neurotoxin identified by the EPA. Even short-term exposure causes severe effects, including affecting heart rate, liver function, blood pressure and kidney damage.

Native volatile compounds released when wells are drilled aren't even covered by EPA regulations so the public has no legal protection from companies releasing these toxic gases during drilling operations.
Another example of air pollution leading to chronic illness is identified in Fort Worth, Texas, where childhood asthma rates are 2-3x the national average according to Cook Children's Health Care System in Fort Worth. In 2009, Community-wide Children's Health Assessment and Planning Survey queried 7,400 parents in Tarrant, Denton, Hood, Wise, Parker, and Johnson counties. Physicians note complaints of adverse respiratory effects rise when the wind blows from the north where the refineries are located.

Drainage winds emanating from McClure Pass area carry pollutants to my home to the west. My water source for both irrigation and domestic use travels in part through open ditches making it vulnerable to spills, a common occurrence in drilling. A toxic chemical spill can reach a spring or ditch and quickly drop on irrigated fields or come out of someone's faucet.

The greater the number of wells, the greater the risk of pollution of the valley's water sources and air also increases. Risk is cumulative, whether you're analyzing risks to health or to wildlife populations. Incidents reported to the Colorado Oil and Gas Conservation Commission for the period between 2002 and 2006, showed that as the number of wells increase, so does the number of spills, including carcinogenic chemicals, diesel and the chemical cocktail used in fracking. During this period, Weld County, Colorado had 40% of the wells in the state and suffered the highest number of reported spills, 30% of the total number of spills in Colorado. In 2011 alone, there were 516 oil- and gas-related spills reported to the Colorado Oil and Gas Conservation Commission, many of them involving fracking fluid. As you know, operators don't have to report all spills or "releases."

The noise and human activity associated with drilling for oil and/or gas will severely limit the value of these wildlife areas to wildlife. Studies have shown that deer and elk avoid areas of

BLM_0155657

human activity by 3 kilometers. Roads and well pads take more than the direct physical acreage from wildlife habitat. Since elk avoid roads, traffic and human activity, "habitat" between roads may not be used. Fragmenting elk habitat reduces the habitat of an animal that roams long distances causing them stress. Leasing and energy development wastes the state's and sportsmen and women's investment in preserving habitat for the public's wildlife areas.

When I was 12 years old, the swale below my house flooded one winter. The neighbors had left a row boat with one oar on the bank. I knew permission to use the boat would not be forthcoming so I told no one that I was paddling around the new "lake." I also knew that I might accidently drop the oar into the water and have no way to propel or steer the little boat. I developed an action plan to perform a "self-rescue" of sorts. When I did lose the oar, I implemented my plan, retrieved the oar and no one was ever the wiser.

As identified in the title, the RMP is a planning document. The RMP identifies risks to human health and other resources, yet there's no action plan in the case of a catastrophic event. I know that the education, training and expertise of BLM exceeds that of a 12-year-old in fear of a spanking, so I'm confident that this gap in the plan can be addressed. If not, then a No Leasing alternative is the obvious choice.

We are in a great position to pause on oil and gas drilling. We have a surplus and are exporting natural gas. More and more research is indidating oil and gas drilling risks the health of workers and people living nearby, often permanently and especially for the next generation. I urge you to adopt a No Leasing alternative for the North Fork Valley and surrounding mountains or at least adopt the B1 North Fork Alternative Plan.


000302_DavolD_20161031 Organization: Donald Davol
Received: 10/31/2016 12:00:00 AM
Commenter1: Donald Davol - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000302_DavolD_20161031.htm (000302_DavolD_20161031-385609.htm Size = 2 KB)
Submission Text
Draft RMP Comments
1 message
Donald Davol <donald.davol@gmail.com> Mon, Oct 31, 2016 at 8:56 AM
To: uformp@blm.gov

To Whom it May Concern,
I am writing to let my voice be heard about the current draft of the RMP plan. As a citizen of

Gunnison county, I have been drawn to to many available resources that the area has to offer from spending time hiking to hunting and fishing.

<([#1 [21.2] [22.2] I am disappointed that the current draft plan still facilitates the expansion of coal mining and natural gas development, while relying on data that dates back to 2010 or older. #1])> At this crucial time, we need to realize that it is time to change and move on from these dirty temporary fuel sources. I feel strongly that the BLM must adopt a "no leasing" alternative for coal. It is unfortunate that jobs will be lost by this decision, but it is time to put our air and water quality above this short term energy development. We now have alternative energy resources that are becoming much more competitive, and
need to embrace them.

We are lucky to have the many resources that small farms, orchards and vineyards surrounding Paonia, Hotchkiss and the North Fork Valley provide. I am concerned that further nonrenewable energy development in this area will undesirably impact the watersheds that are so valuable to these areas.

<([#2 [30.2] For the final draft of the RMP, I hope that the BLM will include up to date data concerning coal markets and coal employment in the area. #2])> I support the "North Fork Alternative" as a way to bridge to less oil and gas leasing across the area. Each oil and gas development negatively impacts our environment which is becoming a scarce resource but also a tourism draw. They impact landscapes, wildlife, watersheds, and air quality. All of these resources need to be prioritized, and I feel that it is time for oil and gas development to not make the cut.
I appreciate the work that you all do, and hope that it will benefit generations to come.

Thank you for your consideration,
Donny Davol


000303_ChapinJ_20161027 Organization: Jenny Chapin
Received: 11/30/2016 8:45:31 AM
Commenter1: Jenny Chapin - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000303_ChapinJ_20161027.htm (000303_ChapinJ_20161027-385610.htm Size = 6 KB)
Submission Text
10/30/2016 DEPARTMENT OF THE INTERIOR Mail - Draft RMP for UFO Support for North Fork Alternate B1
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS

BLM_0155659

%20comment&search=cat&th=158087a4a997eb79&siml=...   1/2
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Draft RMP for UFO Support for North Fork Alternate B1
1 message
Jenny Chapin <wingedheart61@gmail.com>   Thu, Oct 27, 2016 at 5:29 PM
To: uformp@blm.gov
Cc: datchley@deltacounty.com, bhovde@deltacounty.com, mroeber@deltacounty.com
To: BLM, Uncompahgre Field Office, and Delta County Commissioners Doug Atchley, Bruce
Hovde, Mark Roeber

Re: Draft Resource Management Plan (RMP) for the Uncompahgre Field Office Support for
North Fork Alternate B1

Dear BLM-UFO Staff and RMP Comment Team,

I lived in Paonia for only a year, 2013-14, but I've been back to the North Fork Valley four times
since I left, and am working on how I can be here for a couple months each year. I made some
great friends here, and have spent untold hours hiking on various trails. I always feel like I'm
coming home when I fly into Grand Junction, rent a car, and head toward the West Elks and
Raggeds Mountain Ranges. It is an incredible area - both the natural landscape, and the people
who've given their hearts and souls to making this a healthy, safe place to live and to raise
children.
I thank the Bureau of Land Management (BLM) Uncompahgre Field Office for including the
North Fork Alternative B1 in the draft Resource Management Plan (RMP). I respectfully request
that the BLM adopt the North Fork Alternative Plan into the final Resource Management Plan
for public lands and federal minerals in the North Fork Valley. This plan was a
community-driven effort that provides a management framework for oil and gas leasing and
development that is highly protective of the North Fork Valley's many important features and
resources including a thriving agricultural economy, scenic vistas, and healthy populations of
wildlife and game. The BLM must adopt management that protects these resources which make
the North Fork Valley such a special place. Inappropriate development over the next twenty
years has great potential to cause air and water pollution, which would significantly degrade
valley residents' high quality of life.

The Town of Paonia gets its water from 38 springs around the base of Mount Lamborn. The
North Fork Alternative B1 stipulates a buffer of oil and gas surface activities within a half of a
mile from all source water supplies.<([#2 [37.1] I ask that, in order to protect the quality and
quantity of our domestic water, the final UFO RMP include all buffers and oil and gas restriction
recommendations in the Town of Paonia's Source Water Protection Plan and North Fork
Alternative Plan B1.
#2])>
Agricultural irrigation water is a major concern in the North Fork Valley. Irrigation water is used
for livestock, and by farms and orchards that are highly regarded throughout the state for
providing high quality products. Many of these farms and orchards are certified organic and any
contamination would jeopardize this certification. <([#3 [30.3] The North Fork Valley's
economic diversity relies upon the ranching and agricultural industry. Unforeseen contamination

BLM_0155660

could significantly impact the land and subsequently the industries that are so vital to the economic stability of this area. Mineral leasing and severance tax funds will not compensate for the loss of agricultural endeavors and its attributed labor force. The North Fork Alternative B1 would ensure that all agricultural irrigation waters would be protected through the buffer that is stipulated in the the plan.
#3])>
I enjoy hiking with friends in the Jumbo Mountain and Lone Cabin areas near Paonia. <([#1 [27.1] I strongly encourage the BLM to protect the landscape level recreational opportunities of these places, plus Elephant Hill, McDonald Creek, and "C" Hill, by designating these areas as Special Recreation Management Areas (SRMA) and manage them as such. The economic growth surrounding recreation activities in our valley is substantial, and is valuable to the community as it supports multiple businesses that provide lodging, food, services and goods to the growing numbers of people that are visiting this area in order to access the beautiful trails and wilderness around the North Fork Valley. The current management regime with Jumbo Mountain is not sustainable. In order to ensure that trails are well maintained and that the area is managed correctly for decades to come, we urge the BLM to designate and manage the full BLM Jumbo Mountain unit as an SRMA and provide for motorized and non-motorized uses #1])> . The final plan should also include an Ecological Emphasis Area to protect critical winter mule deer and elk habitat.
Again, I appreciate the inclusion of the North Fork Alternative B1 as part of the draft RMP. This locally-driven proposal ensures protection of the entire Gunnison Watershed, supports farmers, protects public health, sustains ecological well-being and allows for continued building of a sustainable rural economy. I request that the BLM adopt the North Fork Alternative B1 in the final RMP.

Sincerely,
10/30/2016 DEPARTMENT OF THE INTERIOR Mail - Draft RMP for UFO Support for North Fork Alternate B1
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS %20comment&search=cat&th=158087a4a997eb79&siml=... 2/2
Jenny Chapin


000304_CarreD_20161023 Organization: Danielle Carre
Received: 10/23/2016 12:00:00 AM
Commenter1: Danielle Carre - Hotchkiss, Colorado 81419 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000304_CarreD_20161023.htm (000304_CarreD_20161023-385611.htm Size = 8 KB)
Submission Text

BLM_0155661

10/30/2016  DEPARTMENT OF THE INTERIOR Mail - Draft RMP
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=157f3e683b26b4bb&siml=1…  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Draft RMP
1 message
Danielle Carre <danyell81419@gmail.com>  Sun, Oct 23, 2016 at 5:34 PM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org
Please find attached my comments for the Draft RMP.
Thank you,
Danielle Carre'
UFO Draft RMP 2016.docx
19K
UFO Draft RMP

Uncompahgre Field Office
2465 Townsend Ave.
Montrose, CO 81401
October 22, 2016

To Whom It May Concern,

I am commenting on the Draft RMP released by your field Office. I am requesting that the BLM
office consider a no leasing alternative for the North Fork Valley. At a minimum, I request that
the alternative B-1 be the preferred alternative for rather than the cited preferred alternative D
which allows for 95% of the planning area to be leased to oil and gas companies. Alternative D,
while a boon for the oil and gas companies, would have a disastrous effect on the health of our
environment and therefore the people that reside here as well as our economy.

I am a resident of this area for over 26 years now. My family grows grass hay for sale and we are
committed to doing all our production without the use of chemicals. We also rely on the local
farmers for our organic produce, meat and eggs. My family extensively explores the public lands
that surround us with weekly hikes, bike rides and camping. The preferred alternative D would
negatively impact our ability to access the quality food that I feel we have a right to, as well as
diminishing the environment of the incredible public lands that we access on a regular basis. This
would be a tragedy of the commons. The following are my concerns with the proposal to allow
extensive leasing in this area in an RMP that will determine the fate of this area for the next 30
years.

I want our water to be clean and safe, for me, my children, my neighbors and future generations.
I believe that this is a human right that should not taken away from us. <([#1 [37.3] The BLM
does not adequately address the importance of protecting our water in its preferred alternative.
The stock answer that fracking is safe ignores the reality of the number of contaminated water
resources that have occurred throughout the US. In Colorado, there were 615 spills, 271 (44%) of
which were from produced water in 2015. That equates to nearly two spills every day in

Colorado. 15% of the spills resulted in water contamination, with: 44% within 50 feet of ground water, 31% within 1000 feet of surface water, 39% within 1500 feet of a water well, and 9% within 500 feet of cows, pigs, sheep, or other livestock. The protection of our VERY limited water resources is paramount in a document that will impact this area for 30 years. The major river corridors need to be protected from water contamination as well as for their scenic and recreational values. Although I prefer no leasing, I ask that at a minimum the lands within ½ a mile of the North Fork and Gunnison Rivers and the Smith Fork, our major water sources, not be open to leasing. And that surface occupancy within the 100 year flood plain of any stream by prohibited. As stated in action 44 in Alt. B-1. As our clean water is essential for the quality food production of this area, the ditches and irrigation intakes and dams need to have identical protections. Municipal water resources require protections and the Source Water Protection plans of towns that are affected in the RMP must be honored. The plans developed by the towns of Crawford, Hotchkiss, and Paonia were not taken into consideration by the BLM in its preferred alternative. Finally, the BLM does not address the impacts of removing large amounts of water that are needed for fracking on the hydrological cycle. In total, I feel that the preferred plan put forward by the BLM is not one that considers water as a limited and precious resource of our desert lands and is therefore an incomplete aspect of the draft RMP. #1])>

I appreciate being able to see the San Juan Mountains from my home, and also very important to me is the ability
to breath clean air without the fear of inhaling toxic chemicals. I believe that this is human right that should not be
taken away from us. While I understand that demonstrating the impacts of fracking on human health is
challenging, the chemicals released by fracking, flowback, and production include methane, ethane, propane, i-pentane, n-pentane, benzene, toluene, ethylbenzene, and m+p-xylene, are a slew of airborne chemicals that
known toxins. <([#2 [10.3] The BLM inadequately addresses the ozone levels and how we are already facing ozone levels that exceeds the EPA limits of 70ppb. In winter, when snow blankets the area and we have our typical inversions, the ozone levels have been measured to be above limits and the addition of VOC's from the drilling operations will only exacerbate the problem. Increased ozone levels will not only present a health issue, but will also diminish the view shed as the mountains will disappear behind a blueish haze of ozone and other pollutants. The nearby Black Canyon National Park will be affected by the increase in air pollution. While there is a national effort to improve the air quality of our National Parks, the lack of foresight and thorough research of the impacts of industrial oil and gas on air quality in our national parks by local public land agencies, negates any effort for improvement.
#2])> <([#3 [30.3] Finally, I want to comment on the economy. We are an area that suffers from a poor economy and in the past we have relied on the extractive industries for a significant portion of our economy. I think that our commissioners have been of the mind set to " put all their eggs in one basket" ....the extractive industries basket. The oil and gas industry provides a" boom and bust economy" a few segments of our economy benefit for a short while and the rest of us suffer the consequences of the pollution, increased traffic and the resulting road damage, and more. The problem is that the economy that is taking root here, one of organic production and tourism, the development of remote workers coming here for IT work, campuses like Solar Energy International and the increase of solar jobs ( we own a solar installation company) is one

that is susceptible to the effects of the gas and oil industry. Tourists are not going to fish in what are now "Gold Medal" waters once they are polluted (or even perceived to be polluted) nor will they come if a haze of ozone pollution obliterates the views. The reputation of our organic produce will not hold when people know that we are surrounded by gas wells. People will not want to relocate here to work remotely when they feel that their health and welfare will be threatened by the gas and oil industry.

Developing is an economy of the long haul. I think that this economy and those of us who work in it ought to be given due consideration when looking at actions on our adjacent public lands. The proposed alternative does not give us this consideration. #3])>

I request that the BLM consider a no leasing alternative. We deserve the right to have clean air and water and to have our way of life respected. Our public lands with its incredible beauty and rich diversity of life also deserves respect. The willingness to lease 94% of this area cause incredible harm and the draft RMP does not adequately address the impacts we will face.

Thank you for your consideration of my comments,

Danielle Carre
12125 Burritt Rd.
Hotchkiss, CO 81419
970-201-5549

000305_WehrmacherD_20161027  Organization: Doris Wehrmacher
Received: 10/27/2016 12:00:00 AM
Commenter1: Doris Wehrmacher - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000305_WehrmacherD_20161027.htm (000305_WehrmacherD_20161027-385612.htm Size = 1 KB)
Submission Text
10/30/2016 DEPARTMENT OF THE INTERIOR Mail - Fracking Just Caused Another 4.6-Magnitude Earthquake
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=158099c4e83c5859&siml=... 1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Fracking Just Caused Another 4.6-Magnitude Earthquake
1 message
doris wehrmacher <no-reply@huffingtonpost.com>  Thu, Oct 27, 2016 at 10:46 PM
To: uformp@blm.gov
doris wehrmacher sent you this article on the Huffington Post. Here's what they said:

My house is perched on the edge of the Smith Fork canyon and could slide down the cliff edge if there were to be an eathquake. Thank you for considering a NO FRACKING position.  Doris Teal Wehrmacher


Fracking Just Caused Another 4.6-Magnitude Earthquake
Oil and gas regulators in British Columbia, Canada, confirmed this week that a 4.6-magnitude earthquake earlier this year was caused by flu...

Read the entire article here: http://www.huffingtonpost.com/entry/fracking-earthquakes_us_5670e6f0e4b0648fe30188c6
Follow HuffPost on Facebook and Twitter:

Get Huffington Post on the Go

Know something we don't? E-mail us at dailybrief@huffingtonpost.com


000306_LarioB_20161023  Organization: Bob Lario
Received: 11/30/2016 8:58:01 AM
Commenter1: Bob Lario - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000306_LarioB_20161023.htm (000306_LarioB_20161023-385613.htm Size = 4 KB)
Submission Text
10/30/2016 DEPARTMENT OF THE INTERIOR Mail - Fwd: BLM letter
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=157f36f76529859c&siml=1…  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Fwd: BLM letter
1 message
Bob Lario <blario@tds.net>  Sun, Oct 23, 2016 at 3:24 PM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org
To Whom It May Concern: Please see attached comments.
201610131412.pdf
334K


October 13, 2016

BLM_0155665

To Whom It May Concern:

I have been a resident of the Paonia area since 1970 and an active Realtor in Delta County since 1976. I am also the majority owner, president and supervising broker of RE/MAX Mountain West, the leading real estate company in Delta County. Our main office is located on Grand Avenue in Paonia and we have branch offices in Cedaredge and Carbondale. Our company has been in business in Delta County since 1976.

I am writing to encourage the BLM to choose Alternative B.1, the North Fork Alternative Plan, when considering gas leasing in the North Fork Valley as part of the Resource Management Plan.

As a business owner, I have witnessed the gradual shift in the local economy away from a dependence on the coal industry and toward a dependence on the perceived quality of life in the North Fork
Valley. This has been strongly evidenced by the strength of the real estate market in the North Fork Valley and Delta County. Since the recession-related low point of real estate activity in 2011, the
number of properties sold and the average selling price of a home have steadily increased. Although the statistics are not yet final, I predict that 2016 will demonstrate the strongest improvement over the
5-year recovery period. It's surprising but true that our greatest real estate market improvements have occurred during a period in which two of the three local coal mines permanently closed and the third
experienced numerous layoffs.

There can be only one conclusion: the local economy is no longer dependent on coal but rather on the quality of life currently offered in our valley and our county. We in the real estate industry have
witnessed innumerable "transplants" from the Front Range, the ski areas and other states who are moving here with their income-related strategies in place. In other words, they're not moving here and
seeking employment, but rather moving here and bringing their source of income with them. That can only translate as a boon to our local economy. They are hearing about and coming to enjoy our natural beauty, our clean air and healthy outdoor-oriented lifestyle, our lack of crime and traffic and our great climate. The North Fork Valley in particular benefits from the agritourism industry — our many small organic farms, our orchards, our vineyards and wineries, our ranches.

Surely you, as our BLM representatives, can understand the disastrous effect that even the perception of oil and gas leasing close to our residential and agricultural properties would have on the choice of
the North Fork Valley as a place to call home. The selection of a strong no-lease or limited leasing alternative in the RMP would send a strong message to these potential buyers that our public representatives recognize the inappropriateness of allowing an unknown, unstable industry to drive out a healthy, stable and growing one.

BLM_0155666

Sincerely,

000307_TealD_20161024  Organization: Doris Wehrmacher
Received: 10/24/2016 12:00:00 AM
Commenter1: Doris Wehrmacher - Crawford , Colorado 81415 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000307_TealD_20161024.htm (000307_TealD_20161024-385614.htm Size = 8 KB)
Submission Text
10/31/2016 DEPARTMENT OF THE INTERIOR Mail - Fwd: Comment on the BLM RMP
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=157f7b25166efef0&siml=15...  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Fwd: Comment on the BLM RMP
1 message
Jones, Gina <gmjones@blm.gov>  Mon, Oct 24, 2016 at 11:16 AM
To: BLM_CO UFO_RMP <blm_co_ufo_rmp@blm.gov>
---------- Forwarded message ----------
From: Pfifer, Teresa <tpfifer@blm.gov>
Date: Wed, Oct 19, 2016 at 8:06 AM
Subject: Fwd: Comment on the BLM RMP
To: Gina Jones <gmjones@blm.gov>
---------- Forwarded message ----------
From: D TEAL <DORISTEAL@msn.com>
Date: Tue, Oct 18, 2016 at 10:02 PM
Subject: Comment on the BLM RMP
To: "director@blm.gov" <director@blm.gov>, "rwelch@blm.gov" <rwelch@blm.gov>,
"jmeyer@blm.gov"
<jmeyer@blm.gov>, "tpfifer@blm.gov" <tpfifer@blm.gov>, "paonia@townofpaonia.com"
<paonia@townofpaonia.com>
--
Gina Jones Phillips
BLM - Southwest District NEPA Coordinator
2465 S. Townsend Ave.
Montrose, CO 81401
Office: 970-240-5381
Cell: 970-589-9852
gmjones@blm.gov
Revised Dear Bureau of Land Management,2016.docx

BLM_0155667

931K
BUREAU OF LAND MANAGEMENT
UNCOMPAHGRE FIELD OFFICE
2465 SOUTH TOWNSEND AVE
MONTROSE, CO 81401 OCTOBER 10,2016

Dear Bureau of Land Management:

My husband and I recently bought our retirement home in Crawford. Our address is #3720, 3750 Rd., Crawford.

After years of searching all over Colorado, we bought this property for the unparalleled views that stretch for miles, both east to the West Elks and west above and into the Smith Fork Canyon, and for the incredibly quiet setting the property enjoys. The only sound one hears is that of the Smith Fork as it flows below. Our home overlooks the canyon and is perched at its very edge, about 10 yards from the rim. We were really happy that our views encompassed so much BLM land because we believed that there would be no development taking place that would not be in compatible use with the neighboring area and surroundings.

We have been so excited to have moved and be able to contribute to this beautiful, vibrant and healthy community. We have spent most of our savings for the purchase of this property and to acquire the irrigation water that we deemed necessary to use for the garden, fruit trees, hay pasture and growing of organic lavender. We have made plans to spend the rest of our lives here. After all, this is the area Forbes Magazine wrote about and referred to as the "Golden Triangle" (March 2006). This area will be hard to recognize for the natural beauty and pastoral feel touted for in magazine articles today if gas development takes place.

The effects of gas development would be numerous and of great consequence to us. Regarding specifics:
? Our views would no longer be unobstructed since a gas tower would be placed directly south of our home, the direction our house faces. The night sky would change from dark and absolutely clear to no longer being visible. This includes the view down the canyon rim where the other towers would be placed. We spend much time exploring and hiking in this canyon, its gullies and along its rims.
? The level of sound would change from total quiet to the constant and loud noise of heavy machinery.
? Air quality would be affected. We spend most of our time outside. Our windows and doors are always wide open to the outdoors. We enjoy the purity of our clean air and the quietness of our surroundings. We would never want to do anything to close ourselves off
? Roads would have be put in on undeveloped land. And these roads would

BLM_0155668

have to be built to carry heavy equipment. The local soils are high in clay content and show disturbance and erode easily. The roads that would have to be built would likely have to cross private land to reach landlocked parcels, causing disruption to many local people and neighbors.

? There are currently deer, elk, mountain lions, foxes, and bear that come on our property as well as numerous birds that fly up and down the canyon. There are literally thousands of swallow's nests on the canyon walls below our house and these birds and animals drink the water from the ditch and the pond. These established flyways and trails would be disrupted by gas development and its fallout.

? Of deep concern to us is the seismic activity and disruption of layers caused by "Fracking". As mentioned, the house is perched at the edge of the Smith Fork canyon, facing south and no more than 10 yards from the rim at points (see pictures). "Fracking" could cause layers to shift and the land to slide, endangering the house itself.


? Regarding water issues, our irrigation water comes to us via the Clipper Ditch, a mostly earthen and unlined ditch. If this water were to be contaminated at its source or along its way to us it would reach us in a contaminated state. The other larger ditch that borders our property east, north and west is the Grandview Canal, whose source is also at parcel #6200. As it turns north on our property it seeps into a pond, which is used extensively by birds and wildlife. The seepage from the irrigation ditch also shows up as springs on other parts of our land. Our property has a lot of elevation changes, ranging from flat areas to dropping off on the southern cliff edge all the way to the canyon bottom. Were the irrigation water to be contaminated, there would literally be pockets of contaminated water seeping all over our acreage.

Setting the quality of life issues aside, what about the dollar value of the property? By considering the points I have made as to how our property would be affected, one can appreciate our realistic concern that it would become of no value to anyone and therefore unsalable.


House

In regards to the rest of the community and the other parcels, you will surely receive many, many letters addressing all the ways this development would affect the community as a whole. Amongst some that will surely be mentioned;

? Water issues. (By the way, where would the huge amount of necessary water for "Fracking" come from? There is no extra water here!

? Proximity of parcels to schools and towns and multi-use facilities

? Heavy traffic on roads not built to handle the weight or usage or the eventual emergency.
? The effects on Organic farming and the successful "Farm to Table" efforts.
? The tourist industry and the unsightly visual impact gas development would have on the landscape.
? The effect on hunting grounds and migration corridors.
? The effect on Gold Medal Fishing areas.
? Disruption of the terrain in general, and its ability to regenerate. Let us not forget the problems associated with the historical lack of interest on the part of gas and energy companies to fix what they ruin.
? Statistics show the increase of the crime rate in areas of large gas development. Why would we want to add that problem to our peaceful and safe community?
Disruption to the current lifestyle to so many. The quality of life issues are HUGE!

With this in mind from my part, and from what you will hear from the many concerned citizens of this community, it should become very obvious that the current lifestyle and the proposed industrial development of this area are in NO WAY COMPATIBLE.

Thank you for your consideration, AND FOR ADOPTING ALTERNATIVE B1
SINCERELY,
Doris T Wehrmacher
3720 3750 Rd, Crawford, CO 81415
email: doristeal@msn.com

000308_SteckleyD_20161027_DOE  Organization: Department of Energy, Deborah Steckley
Received: 10/27/2016 12:00:00 AM
Commenter1: Deborah Steckley - ,
Organization1:Department of Energy
Commenter Type: Federal Government
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000308_SteckleyD_20161027.htm  (000308_SteckleyD_20161027_DOE-385615.htm  Size = 5 KB)
Submission Text
10/27/2016 DEPARTMENT OF THE INTERIOR Mail - Fwd: DOE Uranium Leasing Program - RE: Press release: BLM extends comment period for the Un...

https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=15807296a5ffed75&siml=1…   1/3
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Fwd: DOE Uranium Leasing Program - RE: Press release: BLM extends comment
period for the Uncompahgre Field Office Draft Resource Management Plan
1 message
Phillips, Gina <gphillips@blm.gov>                Thu, Oct 27, 2016 at 11:21 AM
To: BLM_CO UFO_RMP <blm_co_ufo_rmp@blm.gov>
---------- Forwarded message ----------
From: Steckley, Deborah <Deborah.Steckley@lm.doe.gov>
Date: Wed, Oct 26, 2016 at 1:38 PM
Subject: DOE Uranium Leasing Program - RE: Press release: BLM extends comment period for
the Uncompahgre Field
Office Draft Resource Management Plan
To: "uformp@blm.gov" <uformp@blm.gov>
Cc: "Jones, Gina" <gmjones@blm.gov>, "Edge, Russel" <Russel.Edge@lm.doe.gov>, "Ribeiro,
Tracy"
<Tracy.Ribeiro@lm.doe.gov>, "Cotter, Ed (CONTR)" <Ed.Cotter@lm.doe.gov>, "Elmer, John
(CONTR)"
<John.Elmer@lm.doe.gov>
Dear BLM,

Thank you for notifying the DOE Office of Legacy Management (DOE-LM) about the comment
period associated with the BLM Uncompaghre Field Office Draft Resource Management Plan.

DOE-LM's Uranium Leasing Program (ULP) reviewed the draft plan and associated
environmental documents. DOE-LM has no comments to offer as it relates to the ULP.

Please note the DOE-LM NEPA Compliance Officer, Tracy Ribeiro, will notify BLM if DOE-
LM has comments pertaining to other DOE- LM programs.

Best regards,

Deb

Deborah Steckley
Uranium Leasing Program
O?ce of Legacy Management
U.S. Department of Energy

O?ce: 303-410-4802
Mobile: 720-648-3799
10/27/2016  DEPARTMENT OF THE INTERIOR Mail - Fwd: DOE Uranium Leasing Program -
RE: Press release: BLM extends comment period for the Un…
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=15807296a5ffed75&siml=1…   2/3

BLM_0155671

Email: deborah.steckley@lm.doe.gov


From: Jones, Gina [mailto:gmjones@blm.gov]
Sent: Thursday, July 21, 2016 1:29 PM
Subject: Fwd: Press release: BLM extends comment period for the Uncompahgre Field Office
Draft Resource
Management Plan


FOR IMMEDIATE RELEASE
Contact: Shannon Borders, 970-240-5399

BLM extends comment period for the Uncompahgre Field Office Draft Resource
Management Plan

MONTROSE, Colo. – In response to public requests, the Bureau of Land Management
Uncompahgre Field Office is
extending the comment period for Uncompahgre Field Office Draft Resource Management Plan
for 60 days.
The comment period, originally scheduled to close on Sept. 1, 2016, will be extended through
Nov. 1, 2016.

"Public input is critical as we work through refining this plan. Hopefully this extension will
facilitate that public input." said
Dana Wilson, BLM Acting Uncompahgre Field Manager.

The BLM identified a wide range of alternatives in the Draft RMP that analyze impacts to
important wildlife, vegetation
and cultural resources while balancing the need for resource uses such as grazing, minerals and
recreation on about
675,800 acres of BLM-administered surface lands and 971,220 acres of federal mineral estate in
Delta, Gunnison,
Mesa, Montrose, Ouray and San Miguel counties.

Written comments will be most effective if they are specific to the proposal or analysis and
should be submitted by email
to uformp@blm.gov or by mail to the BLM, Uncompahgre Field Office, 2465 S. Townsend
Ave., Montrose, CO 81401.

Before including your address, phone number, e-mail address or other personal identifying
information in your comment,
be advised that your entire comment – including your personal identifying information – may be
made publicly available at
any time. While you can ask us in your comment to withhold from public review your personal
identifying information, we

cannot guarantee that we will be able to do so.

The plan and associated environmental documents are available at
http://www.blm.gov/co/st/en/fo
/ufo/uncompahgre_rmp.html (or www.uformp.com).

For more information, contact Gina Jones, National Environmental Policy Act Coordinator, at
gmjones@blm.gov or (970)
240-5300.

10/27/2016 DEPARTMENT OF THE INTERIOR Mail - Fwd: DOE Uranium Leasing Program -
RE: Press release: BLM extends comment period for the Un...
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=15807296a5ffed75&siml=1... 3/3
--
Shannon Borders
Public Affairs Specialist
Bureau of Land Management
2465 S. Townsend Ave.
Montrose, CO 81401
970-240-5399


000309_BackhusT_20161030 Organization: Tom Backhus
Received: 10/30/2016 12:00:00 AM
Commenter1: Tom Backhus - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison 12/13/2016 12:00:00 AM
Attachments: 000309_BackhusT_20161030.htm (000309_BackhusT_20161030-388416.htm
Size = 4 KB)
UFORMP_000309_BackhusT_20161030.pdf (000309_BackhusT_20161030-388415.pdf Size =
90 KB)
Submission Text
Tom Backhus <tbacko@aol.com> Sun, Oct 30, 2016 at 1:29 PM

Dear Sirs/Madame,

I meant to forward this information onto you also.

Sent: Sun, Oct 30, 2016 1:21 pm

BLM_0155673

Ms. Sharrow and Ms.Wilson,

My name is Tom Backhus and my wife and I are residents of the North Fork Valley. We live at 51 Pan American in
Paonia.

This letter comes to address the above mentioned plan and it's impact on the North Fork Valley. Although the North Fork Alternative, B1, is addressed and recognized in the Plan, our preference is for No Leasing on public lands in and around the North Fork. We are a 68 year old, middle income, semiretired couple. Prior to moving to the North Fork Valley we created, owned and operated a tourist oriented Ranch business in Eagle County (4 Eagle Ranch); I also am a licensed real estate broker. To understand both the real estate and entertainment options around Colorado, I looked around the state and was shocked at what I saw on the land south of Silt and Rifle.

The location of wells and their related infrastructure, in proximity to existing homes, was shocking...and sad. I can only imagine what that has done to the quality of life experienced by the residents of that area, as well as the negative impact it has had on their property values. We are so afraid of those things happening over here.
Beyond our fear of losing the ambiance of this beautiful valley and the negative financial implication of our property values, the threat of air and water pollution is a very real concern. Our personal health, as well as that of the organic farms, vineyards and orchards in the valley, is of critical importance to us. Since the 1893 World's fair in Chicago, where 6 pieces of fruit from the North Fork Valley won Gold Medals, this area has been recognized for it's unique agricultural attributes. The threat of both air and water contamination that is inevitably linked to oil and gas extraction cannot be taken lightly. The agricultural industry and associated agritourism is really the foundation of our long-term economy. The short-term economic impact, realized from the startup of the extraction industry, is not a sustainable economic model. Yet, the long-term impact of the wells, both extraction and injection, related infrastructure and vehicle traffic created by this industry, is devastating.

Given the reality of global warming as a result of our dependence on fossil fuels, it is unconscionable to continue down this path. There is no doubt that we need to supplement our energy production with established sources (oil, gas, coal) as we continue to develop renewables, but it is irresponsible to create new extraction from areas with the unique characteristics of the North Fork valley.

Lastly, I want to address the status of Jumbo Mountain from a recreational perspective. I understand that the trails
throughout Jumbo are user created, which obviously indicates the popularity of their use. I try to hike Jumbo 3 times a week and always pass 3-4 hikers, joggers and mountain bikers along the trail. Not only is the area an important recreational amenity to those of us who live here, it's potential as an economic generator (tourism) for the area is a reality that would be lost should Jumbo be dotted with wells.

In closing, thank you for taking my comments into consideration. We moved to this valley for a number of reasons...small town, rural character, health centered agricultural offerings, affordable

economy, pleasant weather and an eclectic community of people committed to a quality way of life. Please don't compromise that quality of life by allowing the oil and gas industry to industrialize this setting.

Thank you,
Tom Backhus


000310_SokolovichB_20161027_DOE Organization: Department of Energy, Bud Sokolovich
Received: 10/27/2016 12:00:00 AM
Commenter1: Bud Sokolovich - ,
Organization1:Department of Energy
Commenter Type: Federal Government
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000310_SokolovichB_20161027_DOE.htm
(000310_SokolovichB_20161027_DOE-385616.htm Size = 2 KB)
Submission Text
Fwd: FW: Followup
to phone call about Uncompahgre Field Office Draft Resource
Management Plan review
1 message
Phillips, Gina <gphillips@blm.gov> Thu, Oct 27, 2016 at 11:14 AM
To: BLM_CO UFO_RMP <blm_co_ufo_rmp@blm.gov>, John Krickbaum
<bkrickba@blm.gov>
FYI. I'm hoping to talk about this with Teresa as acting FM.
Forwarded
message From:
Sokolovich, Bud <Bud.Sokolovich@lm.doe.gov>
Date: Thu, Oct 27, 2016 at 11:03 AM
Subject: FW: Followup
to phone call about Uncompahgre Field Office Draft Resource Management Plan review
To: "gmjones@blm.gov" <gmjones@blm.gov>
Cc: "Herrera, Suzie Jo (CONTR)" <SuzieJo.Herrera@lm.doe.gov>
Hello Gina: I hope all is well. I am following-up on the phone message I leftfor you.


<([#1 [19.1] We reviewed the resource management plan and had a question for clarificaton and possible consideration.On the attached map from the plan, there are areas depicted in a yellow shading that are former UMETCO claim areas. They total approximately 377 acres. In the management plan, these areas do not appear to have restrictons placed on them like the supplemental standards areas do. In anticipation of these areas being withdrawn in the future for reclamation and monitoring purposes, the DOE would propose that these former mill site claim areas have restrictions similar to the supplemental standards area placed on them. This would

alleviate future issues associated with new mining claims being granted in an area that may be withdrawn by DOE.
#1])>
Let me know what your thoughts are on this and if this could possibly be addressed in the resource management
plan.
Thank you,
Bud Sokolovich
Senior Realty Officer
United States Department of Energy
Office of Legacy Management
303-410-4810
Bud Sokolovich
Senior Realty Officer
United States Department of Energy
Office of Legacy Management
303-410-4810


000311_GallA_20161031 Organization: Backcounty Hunters and Anglers, Adam Gall
Received: 10/31/2016 12:00:00 AM
Commenter1: Adam Gall - Paonia, Colorado 81428 (United States)
Organization1:Backcounty Hunters and Anglers
Commenter Type: Organization (nonprofit/citizens group)
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000311_GallA_20161031.htm (000311_GallA_20161031-385617.htm Size = 5 KB)
Submission Text
ADAM GALL <agall7@hotmail.com> Mon, Oct 31, 2016 at 10:04 AM
To: "uformp@blm.gov" <uformp@blm.gov>
Hello there, attached please find a comment letter from the Colorado Chapter of Backcountry Hunters and Anglers addressing the UFO Draft RMP and support for incorporating the North Fork
Alternative B1.
Thank you,
Adam Gall
Backcountry Hunters and Anglers
BHA BLM.

Adam Gall
PO Box 873
Paonia, CO 81428

BLM_0155676

October 28, 2016
Uncompahgre Field Office
2465 Townsend Ave.
Montrose, CO 81401

To Whom It May Concern,
My name is Adam Gall and I am submitting my comments on behalf of the Colorado Chapter of the Backcountry Hunters and Anglers. I represent our State
Chapter as the Habitat Watchman for the Gunnison NF and as the Assistant Regional Director for the Central Western Slope. Backcountry Hunters and Anglers is a volunteer-powered organization of sportsmen and women who are well connected to and passionate about our public lands that provide fish and wildlife habitat along with the traditional fishing and hunting opportunities that are available to anyone.

We believe in the conservation and management of fish and wildlife habitats on our public lands. Ensuring future generations of hunters and anglers have undisturbed backcountry areas, and access to those areas, for fish and wildlife is a cornerstone of our organization. The physical and mental challenges that the principals of fair chase bring forth are also things we take pride in experiencing.

As an organization, there is concern regarding the Uncompahgre Field Office's plan to open up nearly all the BLM ground surrounding the North Fork Valley to oil and gas leasing as their preferred Alternative D indicates in their draft Resource Management Plan. The negative impact this would have on hunting opportunities would be significant in terms of habitat loss, fragmentation and reduced access to our public lands.

<([#1 [14.1.3] Taking a specific look at one location, Oak Mesa falls into the category of lands available to leasing. Oak Mesa is part of a major migration corridor for elk and mule deer that come off the Grand Mesa and down into their traditional winter ranges. The undisturbed habitat of this area allows for healthy big game herds and a robust hunting economy. There are no established roads, virtually no habitat fragmentation and very little human impact other than during hunting season.
Numerous studies exist indicating roads and/or habitat fragmentation as a leading cause of declining and/or unhealthy ungulate populations. Additional winter ranges that would be compromised by across-the-board leasing would be the entire Lone Cabin region east of Paonia, the lower Minnesota Creek area and the largely undeveloped sagebrush-dominated landscape between the towns of Hotchkiss and Crawford. #1])>

<([#2 [30.3] Along with disrupting historical winter range, numerous watersheds that feed the North Fork of the Gunnison and the Smith Fork of the Gunnison would be literally surrounded by leases. These are both major tributaries of the main Gunnison River, which is world famous for it's Gold Medal trout waters that bring in fishermen, women and children from every state in the lower 48. The hunting and fishing opportunities one can experience in the North Fork Valley are world-class. These industries are robust, well-managed and, perhaps most importantly, reliable, year after year, decade after decade. There is no boom and bust component to the hunting and fishing industries. The concept of sacrificing the stability and reliability of well

established economies revolving around clean water and healthy habitat for fish and big game for yet another boom and bust stab at resource extraction is unacceptable. It flies in the face of the BLM's own initiative of Connecting with Communities that they have proposed in their own outreach programs. #2]>

The North Fork Valley communities have worked hard over the last 5 years to put together their own proposal for oil and gas leasing in the North Fork Valley. On behalf of the Colorado Chapter of Backcountry Hunters and Anglers, I am asking the BLM to choose the North Fork Alternative B1 and all other reasonable conservation protections in Alternative B.
I would love the opportunity to discuss this further with you. I can be
reached at 970-527-5430. Thank you for your time.
Sincerely,
Adam Gall
Backcountry Hunters and Anglers


000314_HixL_20161022  Organization: Lasca Hix
Received: 10/22/2016 12:00:00 AM
Commenter1: Lasca Hix - Crawford, Colorado 81415
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 000314_HixL_20161022.htm  (000314_HixL_20161022-388584.htm  Size = 11 KB)
Submission Text
10/27/2016 DEPARTMENT OF THE INTERIOR Mail - RMP Draft Comment
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=157ee153e7a744de&siml=…  1/2
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
RMP Draft Comment
1 message
Lasca Hix <lascahix@gmail.com>  Sat, Oct 22, 2016 at 2:27 PM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org
October 22, 2016

BLM/Uncompahgre Field Office
2465 S Townsend Ave.
Montrose, CO 81401

RE: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM/UFO Staff & RMP Comment Team,

I moved to the North Fork Valley for a number of reasons, primary among them clean air & water, the natural & organic
food sources, the beautiful, rural setting and abundance of hiking, fishing, hunting and outdoor recreation opportunities in
general. My fear is that all of these will be impacted in some fashion and perhaps irreversibly damaged or destroyed.

I am not against responsible development when the needful scientific studies are done outside the venue of special
interests. Unfortunately, at this point, there have been a plethora of "unforeseen" disastrous consequences for fracking
communities. It is my opinion that our technological capabilities have outpaced our judicious use of them, and life on
earth is endangered proportionately.

1) <([#1 [41.2] [37.3] The amount of water used in the fracking process alone, in the face of serious aquifer depletion throughout the US
and the long running drought conditions in others, is sufficient testament to our lack of foresight. Water is life, without it
all life dies; there are alternative sources for energy, there are none for water. I have seen no address to this vital
issue - What are the plans for providing the millions/billions of gallons of water needed to frack this area? Some fracking
communities have run out of water completely or soon will. Related articles:
a)
https://www.theguardian.com/environment/2014/feb/05/fracking-water-america-drought-oil-gas
b)
http://voices.nationalgeographic.com/2014/02/06/fracking-in-water-stressed-zones-increases-risks-to-communities-and-energy-producers/
#1])> 2) <([#2 [30] [41.2] The potential for adverse economic impact to our farms, ranches, orchards, wineries and tourism/outdoor recreation is too great a risk for widespread fracking. A reasonable approach might be to determine, along with the community, where adverse impact is minimal and will not affect or destroy the economies already in place or endanger water & food sheds. #2])>
3) Pollution of Air & Water Supplies:
<([#3 [41.2] a) NRDCs Issue Brief @
https://www.nrdc.org/sites/default/files/fracking-air-pollution-IB.pdf
b)
https://insideclimatenews.org/news/05062015/fracking-has-contaminated-drinking-water-epa-now-concludes

The assumptions under which the RMP was constructed are flawed and are based on conventional oil & gas drilling not
hydraulic fracturing and multi-stage drilling technologies. Further, the reliance on a 2004 study

BLM_0155679

for the 2013 Foreseeable
Development scenarios does not take into account fracking and multi-stage drilling nor does it consider the cumulative
effect on domestic and commercial water supplies. #3])>

<([#4 [18.3] [41.1] The following areas have not been addressed or were inadequately addressed in the Draft Resource Plan and studies
should be performed before any RMP Alternative is adopted:
o Infrastructure and Economic Impacts & Costs
o Environmental Impacts – Water/Air/Natural Disasters
o Seismic Study
o Human Health Impact Study
o Wildlife Impact
o Pipeline Safety & Safety Inspections

#4])> Short term gain and long term loss should be weighed carefully. Humanity cannot continue to vigorously pursue any path
where the economic benefits are the major consideration; nor can we prematurely go "all in" for new technologies without
thoughtful analysis of the potential repercussions to our collective health and the health of the environment that sustains
us and future generations.

Respectfully yours,
Lasca Hix
PO Box 355
Crawford, CO 81415
A copy of this letter is attached for your convenience.


000315_AllenR_20161031_SWBoardofGrazingAdvisors  Organization: Southwest Board of Grazing Advisors, Ross Allen
Received: 10/31/2016 12:00:00 AM
Commenter1: Ross Allen - Hotchkiss, Colorado 81419 (United States)
Organization1:Southwest Board of Grazing Advisors
Commenter Type: Organization (nonprofit/citizens group)
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000315_AllenR_20161031_SWBoardofGrazingAdvisors.htm
(000315_AllenR_20161031_SWBoardofGrazingAdvisors-381910.htm  Size = 5 KB)
Submission Text
Resource Management Plan Comments
1 message

Ross Allen of Hotchkiss, Colorado <rallen@allentool.com>  Mon, Oct 31, 2016 at 10:12 AM
ReplyTo:
"Ross Allen of Hotchkiss, Colorado" <rallen@allentool.com>
To: UFORMP@blm.gov
UFOCommentDraft.docx
October 30, 2016
From: Southwest Colorado BLM Board of Grazing Advisors
Steve Suckla, Chairman
Mark LeValley, Vice Chairman
Terri Lamers, Board Member
Pat Youmans, Board Member
Ernie Etchart, Board Member
Ross A. Allen, Secretary/Treasurer
29662 Hwy 92
Hotchkiss, CO 81419
To: RMP Project Manager
2465 South Townsend Avenue
Montrose, CO 81401
UFORMP@blm.gov
RE: Resource Management Plan Comments
Southwest Colorado BLM Board of Grazing Advisors appreciates the opportunity to submit
comments on the Uncompahgre Field Office's (UFO) Draft Resource Management Plan (RMP)
Revision and Environmental Impact Statement. Our Board continues to support full multiple use
opportunities balanced against the positive and negative impacts and the protection of private
property rights within the UFO area.
We believe that the BLM should promote Alternative "C" with some changes discussed below as
this Alternative preserves a greater amount of multiple use and protection of private party rights
within the plan. Alternative C also provides a greater separation between broad requirements and
site specific issues that should only be addressed during the review of proposed site specific
activities. Alternative C, therefore, allows for greater flexibility for the
public and the BLM to address and regulate those sight specific requirements through various
then current permitting processes.
The few portions of Alternative C that we believe should be changed or removed are noted
below.

<([#1 [16.1] Special Status Terrestrial Wild Life
o Page 2-95, Line 152, designate defined habitats as species occupied habitats. Without that
specific notation, non-occupied habitats could become un-necessarily extensive and restrictive.
#1])>

<([#2 [15.2] o Page 2-102-105, Line 161-167, Gunnison Sage Grouse: Need to write language
that allows for range improvements. When Alternative C says no permanent structures, that
includes range improvements. #2])>

<([#3 [34.1] Land Health
o Page 2-25, Line 24, Given the lower precipitation rate over the entire UFO resource area, it is

more realistic to manage for upward trend for land health.
#3])>
o<([#6 [34.1] [3] Page 2-27, Line 26, add recreation to actions that can cause land health problems.
#6])>
<([#7 [23.1] [3] oPage 2-164, Line 295, maintain the ability to increase AUMs.
#7])>
o <([#8 [23.1] [3] Page 2-165, Line 297, before acreage is removed for AUM on ACEC, write language in to change management of livestock use. Increase the flexibility of management #8])> .

<([#9 [23.1] [3] o Page 2-166, Line 299, define that trailing livestock is not the same as gathering and moving livestock from pasture to pasture. #9])>

<([#10 [23.1] [3] o Page 2-169, Line 303, add Colorado Resource Monitoring Initative to the list of plans to base decisions on. In addition, include the Memorandum of Understanding with Colorado Cattlemens, Colorado Wool Growers, BLM, and the Colorado Department of Ag. #10])>
<([#11 [23.1] [3] o Page 2-167, Line 300, there is no mention of using livestock as a tool for vegetation treatments. Targeted grazing is an economical and viable tool and has been extensively researched to benefit sage grouse and big game habitat. In addition, targeted livestock grazing has been successfully used to extend the life of mechanical vegetation treatments on oak brush and other shrubs.
#11])>
<([#12 [23.1] [3] o Page 2-167, Line 301, No permits or allotments should be closed.
#12])>
<([#13 [23.1] [3] o Page 2-172, Line 306, Major ecological damage does not equate to maintaining range improvements. #13])>

<([#14 [23.1] [3] o Page 2-172, Line 307, alternative C is more feasible and allows for the sustainability of multi-generational use of working landscapes. #14])>

<([#5 [30.3] o Data indicates that grazing as a land use in the UFO is not strictly for traditional and cultural importance, it contributes to the overall economic well-being of all West Central Colorado Counties. This is a more accurate way to reflect livestock grazing in the RMP. #5])>
<([#4 [30.3] o IMPLAN calculates economic impact based on forage used in the UFO; however additional analysis needs to include the value of the livestock for the entire year. Livestock grazing within the UFO fills a critical winter and spring niche that is vital to the overall economic health of the livestock industry and thus Delta, Montrose, Gunnison, San Miguel and Ouray Counties. If livestock grazing is reduced within the UFO, the operating costs increase for livestock operators and thus increase the likelihood of producers scaling back and reducing numbers. #4])>

Sincerely,
Ross A. Allen, Sec/Tres

29662 Hwy 92
Hotchkiss, CO 81419
970-872-3044
rallen@allentool.com

000316_PennettaB_20161031  Organization:  Bob Pennetta
Received: 10/31/2016 12:00:00 AM
Commenter1: Bob Pennetta - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000316_PennettaB_20161031.htm  (000316_PennettaB_20161031-385618.htm
Size = 2 KB)
Submission Text
Hydraulic Fracking in Delta County
1 message
Bob Pennetta <bobpennetta@gmail.com>  Mon, Oct 31, 2016 at 1:30 PM
To: uformp@blm.gov

Please consider the fact that the people of Delta county have worked diligently to create an
economy that will replace lost coal mining jobs. Hydraulic fracturing will not replace these jobs.
As you well know the majority of the drillers and other workers are transitory coming to do a
specific task and then moving on to the next field. We have the largest concentration of organic
farms in Colorado in our community. We have a major wine industry and numerous cottage
industries both agricultural and crafts. We have a growing recreational economy with cross
country skiing, fishing, hunting and back packing. To sacrifice these jobs for an industry that is
preaching energy efficiency at home while gearing up to export their product is a shame. We will
be left with roads that have been devastated by heavy truck traffic, forests that have been criss
crossed with accesses that will take years to grow back and a reputation of being one of those
places you don't want to visit. Please allow this pristine area to remain naturally wild and
undisturbed.We should not only judge an area by the money it can generate but also by the
beauty and tranquility it can provide for generations to come. Again I ask you to be true
caretakers and please save this portion of America in it's natural state.

Thank you, Robert Pennetta
Sent from my iPad

000318_InouyeD_20161031  Organization:  David Inouye
Received: 10/31/2016 12:00:00 AM
Commenter1: David Inouye - Hotchkiss, Colorado 81419
Organization1:

Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000318_InouyeD_20161031.htm (000318_InouyeD_20161031-385619.htm Size = 3 KB)
Submission Text
additional comments on UFO draft RMP
1 message
David Inouye <inouye@umd.edu>  Mon, Oct 31, 2016 at 9:25 AM
To: uformp@blm.gov, tpfifer@blm.gov
Cc: director@blm.gov, jmeyer@blm.gov, rwelch@blm.gov

I was made aware today of a report (prepared for the Delta County Board of County Commissioners) on the groundwater systems of the North Fork Valley and Terraces area. Some conclusions from it that should be cause for alarm by anyone who uses drinking or irrigation water in the Valley are:

"The hydrology of a natural groundwater hydrologic system may be altered by the construction and operation of proposed oil and gas wells. During drilling and fracking, the oil and gas operations may behave like a connection mechanism between the deep and shallow aquifers, mixing water of various chemistries from various bedrock and shallow aquifers. Depending on management strategies for produced water disposal and use, groundwater levels in the shallow unconsolidated systems may be altered with respect to the amount, velocity, storage, and direction of the local groundwater system and related regional groundwater levels and discharges. Changes to the natural groundwater system will likely have ecological, geohydrological, and, potentially, legal consequences. The effects of water disposal after fracking and oil and gas well development are not discussed in this report as relevant information on the planned oil and gas development and operations is not available at this time.

These management strategies and their effects on the shallow and bedrock aquifer subsystems should be evaluated in more detail. ....the potential for groundwater discharge from the deeper bedrock to the shallow aquifers in the Valley Bottom subsystems in the North Fork River Valley, and in the Minnesota, German, Bell, McDonald, and Cottonwood Creek drainages, due to hydrostructures, may be affected by fracking or other oil and gas drilling activities (Figures 19, 20, 22, 23 and 29), which could affect the water supply and water quality. In addition, significant amounts of shallow aquifer water quality may be affected by the surface water runoff and groundwater recharge affected by drill site activities and water disposal (Figures 19, 20, 22, 23 and 29)."

You can see the full report at
http://www.heathhydrology.com/DeltaCounty_GWGIS_2013_North…

I am a resident of the North Fork Valley who is dependent on the clean water for drinking and irrigation that we now have access to. Given this hydrological situation, I don't see how those water sources can be guaranteed to remain safe if drilling for oil and gas takes place on a large scale in that area. I think this is a strong argument for adopting a no lease option in areas that could affect the water of the North Fork Valley.

David Inouye
38213 Hwy 133
Hotchkiss, CO 81419
9702606159
inouye@umd.edu
--
Dr. David W. Inouye
Professor Emeritus
Department of Biology
University of Maryland
College Park, MD 20742-4415
inouye@umd.edu
Principal Investigator
Rocky Mountain Biological Laboratory
PO Box 519
Crested Butte, CO 81224


000320_LarmerP_20161101 Organization: Paul Larmer
Received: 11/1/2016 12:00:00 AM
Commenter1: Paul Larmer - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000320_LarmerP_20161101.htm (000320_LarmerP_20161101-385620.htm Size = 1 KB)
Submission Text
Comments for BLM RMP protect
adobe badlands
1 message
Paul Larmer <paul@hcn.org> Tue, Nov 1, 2016 at 8:23 AM
To: uformp@blm.gov
See attached letter and photos. Thanks.
Paul Larmer
Publisher | High Country News | hcn.org
9705274898

BLM_0155685

For people who care about the West
3 attachments
adobebadland2.jpg
1082K
adobebadland1.jpg
961K
BLMRMPadobebadland10:31:16.docx
61K

October 31. 2016

Dear BLM:
<([#1 [20.1] I am writing to urge you to maintain all lands with wilderness qualities in their within the RMP, and expand the Adobe Badlands WSA to the west, as outlined in the citizen's alternative #1])> . I hike these lands often, and they provide an incredible, quite experience just minutes away from Delta. This weekend, however, I saw three motorcyclists carving new tracks through the WSA. See the attached photo. Theywere having fun, but there are plenty of badlands to the east for them to enjoy without disrupting the rare beauty, ecology and quiet of the Adobe Badlands.

Obviously, protecting these lands in name is not enough. There needs to be better signage that clearly restricts motorized access to these lands, and a more consistent presence of BLM staff.

Thanks for your consideration,
Paul Larmer
Paonia, Colorado


000321_WilliamsonS_20161031  Organization: Sandra Williamson
Received: 10/31/2016 3:54:21 PM
Commenter1: Sandra Williamson - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Flags:
Attachments: 000321_WilliamsonS_20161031.htm (000321_WilliamsonS_20161031-381374.htm  Size = 1 KB)
Submission Text
Let's save Colorado Beauty and farmland. We have cleanest water in the state in Paonia Colorado
1 message
Sandra J Williamson  ,sandywill7@mac.com

Mon, Oct 31. 2016 at 4:14 pm

Paonia home spring
copy pdf
225k

See photo in attachment

000325_SwansonR_20161027_CityofMontrose Organization: City of Montrose, Rex Swanson
Received: 10/27/2016 12:00:00 AM
Commenter1: Rex Swanson - ,
Organization1 :City of Montrose
Commenter Type: Local Government
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000325_SwansonR_20161027_CityofMontrose.htm
(000325_SwansonR_20161027_CityofMontrose-381911.htm Size = 3 KB)
Submission Text
Letter of Support for BLM draft RMP

Rob Joseph <rjoseph@ci.montrose.co.us> Thu, Oct 27, 2016 at 9:33 PM
To: uformp@blm.gov

Hello,
On behalf of the City of Montrose, please find attached a letter of support.

Sincerely,
Rob
--
Rob Joseph
Assistant City Manager rjoseph@ci.montrose.co.us
Office of Business and Tourism Director rob@visitmontrose.com
Direct Dial 970 240 1427
City of Montrose

BLM Draft RMP signed letter of support.pdf
193K

CITY OF MONTROSE
OFFICE OF THE MAYOR
Rex Swanson
Office: 970.240.1420

BLM_0155687

E-mail: rswanson@ci.montrose.co.us

October 24, 2016
RE: BLM Draft Resource Management Plan/Draft Environmental Impact Statement (Draft RMP/EIS)
Project Manager,
-
Uncompahgre RMP
Bureau of Land Management
Uncompahgre Field Office
2465 South Townsend Ave
Montrose, CO 81401

Dear Project Manager:
The City of Montrose (City) appreciates and understands the special nature of the abundance of recreational activities provided by the vast public lands nearby our community. This letter is in response to the subject document the Bureau of Land Management (BLM) has made available for review and comment.

The City's brand slogan is "Stay Here. Play Everywhere." With the help of its Office of Business and Tourism, it markets the community and helps create epic experiences at our destination with our BLM partners while increasing the quality of life for our residents. A primary emphasis of the OBT is to develop the outdoor recreation culture in Montrose and the community assets that support that culture.

Therefore, we believe this request will truly benefit residents and visitors, as well as support the local and regional business and lodging communities through increased tourism. These include expenditures on lodging, meals, gas, groceries, outdoor gear, entertainment and other purchases.

<([#1 [27.1] Visitor opportunities like hiking, horseback riding, biking, and numerous off highway motorized trails have contributed directly to the area's economic growth. Montrose intends to continue the
growth of tourism. That said, it is disconcerting to read the Draft RMP/EIS and see alternatives which potentially work counter to fostering economic growth.

The City is mindful of the complexities the BLM faces in managing 675,800 acres of land. However, the City requests that consideration be given to selecting an alternative which has the least impact on
the public's recreational opportunities. #1])>

Sincerely,
Rex Swanson
Mayor


000326_GillespieE_20161030  Organization: Azura Cellars and Gallery, Helen GIllespie
Received: 10/30/2016 12:00:00 AM

BLM_0155688

Commenter1: Helen GIllespie  - Paonia, Colorado 81428
Organization1:Azura  Cellars and Gallery
Commenter Type: Individual
Classification:  Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category:
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000326_GillespieE_20161030.htm  (000326_GillespieE_20161030-385623.htm
Size = 2 KB)
Submission  Text
<azuravail@aol.com>  Sun, Oct 30, 2016 at 9:36 PM
To: UFORMP@blm.gov
I understand the need for gas development  but question  whether the North Fork Valley  is the best
place for that development?  As you know, the Valley is the Organic Growing  Capital of the
Rockies. Aditionally,  agritourism  is a dynamic,  growing and sustainable industry  that is rapidly
developing  in our Valley. Fracking and industrial  development  in the area would replace healthy,
sustainable  development  with a polluting,  short lived  boom.
Oil and gas development  and fracking on public lands should  not be permitted  in the North Fork
for all of the reasons relating  to the health and welfare of our community  that have been already
stated by others.
No leasing is the only  reasonable alternative.
A moratorium  on all oil and gas leasing should  be imposed until rural gas gathering pipelines  are
regulated by the Pipeline Hazardous Materials and Safety Administration.  Our Winery depends
on a healthy  growing  environment  and a welcoming  environment  for the hundreds of visitors  to
our tasting room each year. Industrialized  development  is the complete antithesis of the
environment  we need for our business to prosper.
Thank you for your consideration.
Helen Gillespie
Azura Cellars and Gallery
16764 Farmers Mine  Rd.
Paonia, Co 81428


000327_GillespieT_20161030  Organization:  Helen Gillespie
Received: 10/30/2016 12:00:00  AM
Commenter1: Helen Gillespie  - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification:  Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison  12/7/2016 12:00:00  AM
Attachments: 000327_GillespieT_20161030.htm  (000327_GillespieT_20161030-387533.htm

Size = 2 KB)
UFORMP_000327_GillespieT_20161030.pdf  (000327_GillespieT_20161030-387532.pdf  Size = 115 KB)
Submission Text
no gas industrialization of the the North Fork Valley
1 message
azuravail@aol.com <azuravail@aol.com>  Sun, Oct 30, 2016 at 9:36 PM
To: UFORMP@blm.gov
I understand the need for gas development but question whether the North Fork Valley is the best place for that development? As you know, the Valley is the Organic Growing Capital of the Rockies. Additionally, agritourism is a dynamic, growing and sustainable industry that is rapidly developing in our Valley. Fracking and industrial development in the area would replace healthy, sustainable development with a polluting, short lived boom.
Oil and gas development and fracking on public lands should not be permitted in the North Fork for all of the reasons relating to the health and welfare of our community that have been already stated by others.
No leasing is the only reasonable alternative.
A moratorium on all oil and gas leasing should be imposed until rural gas gathering pipelines are regulated by the Pipeline Hazardous Materials and Safety Administration.
Our Winery depends on a healthy growing environment and a welcoming environment for the hundreds of visitors to our tasting room each year. Industrialized development is the complete antithesis of the environment we need for our business to prosper.
Thank you for your consideration.
Helen Gillespie
Azura Cellars and Gallery
16764 Farmers Mine Rd.
Paonia, Co 81428


000328_NM_20161028  Organization: N M
Received: 10/28/2016 12:00:00 AM
Commenter1: N M - , 81091
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000328_NM_20161028.htm  (000328_NM_20161028-385624.htm  Size = 1 KB)
Submission Text
No oil and gas leasing on public lands in the North Fork Valley
1 message
N. M. <m3adow5@hughes.net>  Fri, Oct 28, 2016 at 1:25 PM
ReplyTo:
m3adow5@hughes.net

To: uformp@blm.gov
Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch
I think it is more important and prudent to first STOP drilling and fracking on private land. Then I will support no fracking on public lands. WE had clean water and land before the indusdry started drilling.
N. M.
81091


000329_HodgeJ_20161031  Organization:  James Hodge
Received:  10/31/2016  12:00:00 AM
Commenter1: James Hodge - Grand Junction, Colorado
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000329_HodgeJ_20161031.htm  (000329_HodgeJ_20161031-385625.htm  Size = 2 KB)
Submission Text
Non motorized trails in the Delta area
1 message
James Hodge <jameshodge1@gmail.com>  Mon, Oct 31, 2016 at 2:29 PM
To: uformp@blm.gov
Hello,
I understand from COPMOBA that the UFO is taking comments regarding the creation of nonmotorized trails in the Delta area. I would like to add my wholehearted endorsement of this idea.
<([#1 [32.1] With the addition of a few more trails, Delta could become a serious destination for tourists looking for a high quality outdoor experience, particularly those who enjoy mountain biking. What's more, additional trails would create a more livable environment in the City of Delta and surrounding areas, thus attracting more businesses to the area.
Regarding the type of mountain bike trails: I would encourage the UFO to emphasize easy and intermediate single track trails. I live in the Grand Junction area, and while this area is well known for advanced/expert mountain bike trails, the development of trails here has often neglected the casual or beginning rider. By avoiding this omission, the Delta area would have yet one more reason to attract visitors from around the region.
#1])> With the recent closure of coal mines in Delta and other economic setbacks, I'm certain that the City of Delta would greatly appreciate becoming a major western Colorado tourism destination.
Please help make that happen.
Thank you very much,
James Hodge

BLM_0155691

Grand Junction, Colorado

000330_ReinhardtG_20161028 Organization: George Reinhardt
Received: 10/28/2016 12:00:00 AM
Commenter1: George Reinhardt - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000330_ReinhardtG_20161028.htm (000330_ReinhardtG_20161028-385626.htm
Size = 1 KB)
Submission Text
North Fork Valley
1 message
George Reinhardt <georeinhardt46@gmail.com> Fri, Oct 28, 2016 at 10:09 AM
To: uformp@blm.gov
To Whom It May Concern:
I am in favor of developing green energy and reducing our dependence on coal. I also fish and
hunt in the valley and coal sites will significantly impact game in a negative manor. I am in
support, however, with the North Fork Alternative option. It strikes a commonsense balance
between reduced coal development and preservation of the North Fork Valley.
Thank you
George Reinhardt
Please
note this is my new email address, thank you for updating your contact information.

000331_Ganoral_20161027 Organization: Lisa Ganora
Received: 10/27/2016 12:00:00 AM
Commenter1: Lisa Ganora - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000331_Ganoral_20161027.htm (000331_Ganoral_20161027-385627.htm Size =
2 KB)
Submission Text
Of the People, By the People, For the People?
1 message

Lisa Ganora <lnganora@gmail.com>  Thu, Oct 27, 2016 at 7:08 PM
To: uformp@blm.gov
Dear folks,
I recently bought a small farm in the North Fork Valley, to get away from the seriously declining air quality and exploding population on the Front Range.
Some of the terrible air quality is from the numerous fracking wells that have gone in nearby.
In ten years there has been a very noticeable decline in the air quality; on some days it reminds me of L.A.
Benzene is a carcinogen and it's well known to be released by these wells. Nobody should be breathing that!
I'm about to sell one of my properties there on the rumor that a frack well could be going in on an old family farm nearby.
We want to get out before our property value is ruined. Why on earth are we allowing wells so close to residential areas?
Fracking benefits oil and gas companies, not the Citizens and Farmers of this beautiful valley.
It will enrich the wealthy and degrade the quality of life for all of the rest of us.
Fracking means profit in the short term, destruction in the long term, especially when our valuable irrigation water gets polluted.
Please do not grant leases for fracking in this gem of a valley, where there are more organic farms than anywhere else in the state!
It would be a disaster for us, our orchards, our vineyards, the tourism industry, our wildlife ... and our future.
Many countries are rapidly moving away from oil and gas development as they recognize we need to transition to renewable energy as soon as possible, if our children and grandchildren are going to survive.
Thank you,
Lisa Ganora


000332_RaitK_20161031_PewTrust  Organization: The Pew Charitable Trusts, Ken Rait
Received: 10/31/2016 12:00:00 AM
Commenter1: Ken Rait - Portland, Oregon 97201 (United States)
Organization1:The Pew Charitable Trusts
Commenter Type: Organization (nonprofit/citizens group)
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000332_RaitK_20161031_PewTrust.htm (000332_RaitK_20161031_PewTrust-381912.htm  Size = 13 KB)
Submission Text
UFO RMP Comment Submission
1 message
Laurel Williams <lwilliams3@pewtrusts.org>  Mon, Oct 31, 2016 at 4:13 PM
To: "uformp@blm.gov" <uformp@blm.gov>

Hello,

Attached please find comments from The Pew Charitable Trusts.

Thank you,

Laurel

Laurel Williams

Senior Associate, U.S. Public Lands

The Pew Charitable Trusts

111 SW Columbia Street, Suite 200

Portland, OR 97201

p: 503.765.1141  | c: 909.260.8833  | e: lwilliams3@pewtrusts.org  | America's Western Lands

Pew Comments

October 31, 2016

Uncompahgre Field Office

Bureau of Land Management

2465 S. Townsend Ave.

Montrose, CO 81401

uformp@blm.gov  [Comments emailed October 31, 2016]

Dear RMP Project Team:

The Pew Charitable Trusts appreciates this opportunity to provide public input on the Uncompahgre Draft Resource Management Plan (RMP) revision and associated Draft Environmental Impact Statement (EIS) for the Uncompahgre Field Office (UFO). Pew works with local and regional partner organizations throughout the West to engage in the BLM's resource management planning process. In addition to advocating for planning outcomes that protect wildlife habitat, quiet recreational opportunities, and ecologically significant areas through the land planning process, we also track the status and implementation of BLM policies that affect these outcomes.

Pertinent to the Uncompahgre Resource Management Plan, which will replace the current Uncompahgre Basin RMP and applicable portions of the San Juan/San Miguel Planning Area RMP, that were developed in 1989 and 1985 respectively, our comments focus on Ecological Emphasis Areas (EEAs), lands with wilderness characteristics (LWCs), Areas of Critical Environmental Concern (ACECs), and other land conservation components of the RMP revision process. We appreciate the agency's efforts to identify, assess, and manage these conservation lands as part of the planning process.

Our comments address the following topics within the draft plan:

? Ecological Emphasis Areas

? Findings for Lands with Wilderness Characteristics

? Protection of Lands with Wilderness Characteristics

? Designation and management of Areas of Critical Environmental Concern

<([#1 [14.1.1] Ecological Emphasis Areas

We commend the BLM on the inclusion of Ecological Emphasis Areas (EEA) in the draft plan as a management tool to protect biodiversity and contribute to connectivity across the planning area and larger landscape. These areas are defined as "otherwise unprotected core wildlife and native plant habitat and associated movement, dispersal, and migration corridors." We agree with BLM's assessment that the strategy of conserving connected habitat patches across a landscape

and elevation zones is well suited to BLM's often fragmented land ownership. Indeed, the UFO's planning area contains important habitat across multiple jurisdictions, including Forest Service, Park Service, and private lands. Despite the BLM's lands being sometimes interspersed among these other ownerships, there is ample potential to better manage for connectivity between protected areas.

While the identification of the EEAs is a great first step, many of the identified EEA lands are not recommended for protection in the draft RMP's preferred alternative. Alternative B includes 242,580 acres within 12 EEAs, but only 177,700 acres of EEAs are included in the preferred alternative. All twelve identified EEAs included in Alternative B are included in the preferred alternative, but more than half of them are significantly cut down in size. For example, in the case of Naturita Canyon, the EEA goes from 15,620 acres in Alternative B to only 1,510 acres in the preferred alternative. To provide true connectivity, the BLM should safeguard the entirety of these vulnerable wild lands in the proposed RMP.

Additionally, strong management prescriptions for EEAs are important to ensuring that these lands fulfil the goal of biodiversity protection and habitat connectivity. As identified by the BLM in the draft plan, fragmentation is generally damaging to the habitat, watershed, and ecological values. While the management of EEAs under the preferred alternative allows for restrictions to surface occupancy, it is not required. We urge BLM to consider management decisions to best protect the biodiversity and connectivity.

Recommendation: In order to best serve the goal of protecting biodiversity and habitat connectivity, the BLM should maximize the number and acreage of Ecological Emphasis Areas in the final plan and strengthen the management prescriptions for all EEAs. #1])>

Land with Wilderness Characteristics

Section 201 of the Federal Lands Policy and Management Act (FLPMA), 43 U.S.C. § 1711 (a), requires the BLM to maintain a current inventory of its resources, including regularly updating this inventory. Section 202 of FLPMA 43 U.S.C. § 1712 (a) requires the BLM to incorporate this information into developing, maintaining and updating land use plans that set out management for different tracts of land and types of resources. These resources include lands with wilderness characteristics. As the U.S. Court of Appeals for the Ninth Circuit recently held (Case No. 05-35931, Oregon Natural Desert Association v, Bureau of Land Management), "wilderness characteristics are among the 'resource and other values' of the public lands to be inventoried under § 1711. BLM's land use plans, which provide for the management of these resources and values are to 'rely to the extent it is available, on the inventory of the public lands, their resources, and other values." 43 U.S.C. § 1711 (c) (4). The lands within the UFO planning area contain significant acres of pristine public lands that possess naturalness and outstanding opportunities for solitude and/or primitive recreation.

Instruction Memorandum (IM) 2011-154 and Manuals 6310 (Conducting Wilderness Characteristics Inventory on BLM Lands) and 6320 (Considering Lands with Wilderness Characteristics in the BLM Land Use Planning Process) further outline the requirement for and process associated with evaluating lands with wilderness characteristics. The Instruction Memorandum directs BLM to "conduct and maintain inventories regarding the presence or absence of wilderness characteristics, and to consider identified lands with wilderness characteristics in land use plans and when analyzing projects under [NEPA]." Manual 6310 requires BLM to maintain an updated inventory of lands with wilderness characteristics, prior to

BLM_0155695

land use planning. Manual 6320 requires BLM to consider lands with wilderness characteristics in land use planning, both in evaluating the impacts of management alternatives on lands with wilderness characteristics and in evaluating a range of alternatives that would protect those values.

As defined in BLM Manual 6310, lands with wilderness characteristics must meet three basic criteria. First, areas must be 5000 acres or more of contiguous public land without the presence of roads, as defined in the Manual. Second, they must be affected primarily by the forces of nature, and any work of human beings must be substantially unnoticeable. And third, areas must provide outstanding opportunities for solitude and/or primitive and unconfined recreation. Additionally, lands with wilderness characteristics may possess supplemental values that further enhance the area.

<([#2 [20.1] We commend the BLM for completing a LWC survey for the planning area and refining their findings over time to better comply with BLM manual 6310. Both Alternative B and the preferred alternative include LWCs. Unfortunately less than half the acreage BLM found to contain wilderness characteristics is included in the preferred alternative – only 18,320 of the 42,150 acres. Notably, a number of areas adjacent to WSAs were found to have wilderness characteristics but were not included in the preferred alternative.

We believe that the LWC findings in the preferred alternative contain inconsistencies with Manual 6310 guidance in several specific areas: Adobe Badlands WSA adjacent, Camel Back WSA adjacent, Dolores River Canyon WSA adjacent, Dry Creek Basin, Shavano Creek, and Atkinson Breaks. We would like to incorporate by reference the comments of The Wilderness Society regarding this issue, and request that BLM revisit these potential LWCs.


Recommendation: The BLM's LWC inventory for the Uncompahgre field office is inconsistent with Manual 6310 guidance in several specific areas. We recommend that BLM reevaluate the above listed areas for lands with wilderness characteristics.
#2])>

<([#3 [20.1] Protection of Lands with Wilderness Characteristics

Manual 6320 requires BLM to consider lands with wilderness characteristics in land use planning, both in evaluating the impacts of management alternatives on lands with wilderness characteristics and in evaluating a range of alternatives that would protect those values.

Examples of management prescriptions that will most effectively protect lands with wilderness characteristics in the Uncompahgre RMP planning area include, but are not limited to, the following:

? Recommend withdrawal from mineral entry;

? Close to leasing or allow leasing only with no surface occupancy with no exceptions, waivers, or modifications;

? Designate as right-of-way exclusion areas;

? Close to construction of new roads;

? Designate as closed to motor vehicle use, as limited to motor vehicle use on designated routes, or as limited to mechanized use on designated routes;

? Close to mineral material sales;

? Designate as Visual Resource Management Class I or II;

? Restrict construction of new structures and facilities unrelated to the preservation or enhancement of wilderness characteristics or necessary for the management of uses allowed under the land use plan; and/or

BLM_0155696

? Retain public lands in federal ownership.
The preferred alternative includes some but not all of these management prescriptions for LWCs.

Recommendation: For lands the BLM identifies to manage to maintain wilderness characteristics in the Uncompahgre RMP, we urge the agency to apply appropriately strong management prescriptions that will, in fact, ensure that wilderness characteristics on identified units are maintained over the lifespan of this planning decision. Specifically, we recommend applying substantive protections to conserve the wilderness characteristics of deserving areas. This will most effectively preserve the naturalness and outstanding opportunities for solitude and/or primitive recreation of those lands. #3])>

Areas of Critical Environmental Concern
When developing a land use plan, FLPMA mandates that BLM "give priority to the designation and protection of areas of critical environmental concern (ACEC)." 43 U.S.C. § 1712(c)(3) ACECs are areas "where special management is required (when such areas are developed or used or where no development is required) to protect and prevent irreparable damage to important historic, cultural, or scenic values, fish and wildlife resources, or other natural systems or processes." Id. § 1702(a).
With the passage of FLPMA , Congress gave clear intent to prioritizing, designating and protecting ACECs in BLM's land planning and management processes. By definition, ACECs are areas where special management is required to protect important values and resources for which the area is designated and FLPMA directs that ACECs be managed to both protect and prevent irreparable damage to these resources and values.
<([#4 [9.1] The UFO evaluated 23 existing and proposed ACECs within the planning area and found 21 of them to meet to Relevant and Important criteria. We appreciate that the preferred alternative includes the Roubideau Corridors, San Miguel River, Dolores River Slick Rock Canyon, Biological Soil Crust, and Paradox Rock Art ACECs as well as an expansion of the Fairview South ACEC/Research Natural Area. However, overall, only eight of the 21 ACECs found to meet the relevance and importance criteria are proposed in the preferred alternative. While some of the ACEC proposals overlap with other special designations such as WSAs and EEAs, we encourage BLM to consider including additional ACECs that meet the R & I criteria as part of their overall management strategy.

Recommendation: Considering the cultural, scenic, wildlife and other resource values present in the Uncompahgre planning area, we recommend that BLM include additional ACEC designations that meet the R & I criteria in the final plan. Furthermore, BLM should require each ACEC designation to include specific management prescriptions to protect values for which the ACEC is designated.
#4])> We appreciate this opportunity to comment on the Uncompahgre Draft Resource Management Plan revision associated Draft Environmental Impact Statement for the Uncompahgre Field Office. We look forward to continuing our engagement in this important planning effort toward creating the best plan for managing the public lands that belong to all Americans. Please do not hesitate to contact us if we can be of service.

Sincerely,
Ken Rait, Director

BLM_0155697

U.S. Public Lands Program
The Pew Charitable Trusts

000333_JordanL_20161030 Organization: Lucor Jordan
Received: 10/30/2016 12:00:00 AM
Commenter1: Lucor Jordan - Denver, Colorado
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000333_JordanL_20161030.htm (000333_JordanL_20161030-385628.htm Size = 2 KB)
Submission Text
Please consider not Fracking
1 message
en <ennaja@yahoo.com> Sun, Oct 30, 2016 at 8:39 PM
ReplyTo:
en <ennaja@yahoo.com>
To: "uformp@blm.gov" <uformp@blm.gov>
To whom it may concern,
On my latest visit to the beautiful North Fork Valley, I was made aware of some unfortunate conversations being undertaken regarding land use. I'm not a resident of this fine region though I'd long fancied the idea of settling down here one day. I live in Denver, and am an avid foodie and have been working in the Natural Foods industry for 18 years. I have a passion for finding and enjoying the highest quality natural and organic produce. It is a passion I share with the majority of my customers as well as my circle of friends. I learned of this fertile part of Colorado through the sourcing of products for sale in our health food store. Mostly we carry pears and apples from the region, but also the wonderful local products from Big B's like raw cider and juices.
I've been vacationing in the area for several years now, with what ever friends I can drag along. My customers love hearing about the stories from the people and places that produce their goods. They also through aggressive research and attention to what is going on socially and ecologically, vote with their dollars to influence economic and political trends. A vivid example is that many people will likely never choose to eat gulf coast seafood no matter what official clean up rhetoric may say. Over the years I've seen very dramatic shifts in buying trends off of simply the concern of a potential for contamination. Such things greatly impact the marketability of goods and the trendiness of destinations. I usually learn about these things from my customers, and have no doubt that after my vacation this conversation you are about to be engaging in will be the talk of the town.
I can only speak for myself, as I don't have a need to influence other people but living in Denver, it wont be a big deal to find the next big foodie destination after you guys blow it with fracking. Thank you for your time

BLM_0155698

Lucor Jordan
Natural Foods Industry (retail and sales)
Personal Chef and Camp Cook
Food and outdoor enthusiast
Colorado Native

000334_PenaM_20161031 Organization: Azura Cellars and Gallery, Maria Pena
Received: 10/31/2016 12:00:00 AM
Commenter1: Maria Pena - Paonia, Colorado 81428 (United States)
Organization1:Azura Cellars and Gallery
Commenter2: Ty Gillespie - , Colorado (United States)
Organization2:
Commenter Type: Private Industry
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison 12/13/2016 12:00:00 AM
Attachments: 000334_PenaM_20161031.htm (000334_PenaM_20161031-388418.htm Size = 2 KB)
UFORMP_000334_PenaM_20161031.pdf (000334_PenaM_20161031-388417.pdf Size = 136 KB)
Submission Text
azuravail@aol.com <azuravail@aol.com> Mon, Oct 31, 2016 at 8:13 AM

I understand the need for gas development but question whether the North Fork Valley is the best place for that development? As you know, the Valley is the Organic Growing Capital of the Rockies. Additionally, agritourism is a dynamic, growing and sustainable industry that is rapidly developing in our Valley. Fracking and industrial development in the area would replace healthy, sustainable development with a polluting, short lived boom.

Oil and gas development and fracking on public lands should not be permitted in the North Fork for all of the reasons relating to the health and welfare of our community that have been already stated by others.

Noleasing is the only reasonable alternative. A moratorium on all oil and gas leasing should be imposed until rural gas gathering pipelines are regulated by the Pipeline Hazardous Materials and Safety Administration.

Our Winery depends on a healthy growing environment and a welcoming environment for the hundreds of visitors to our tasting room each year. Industrialized development is the complete antithesis of the environment we need for our business to prosper. Thank you for your consideration.

Marie Pena

Azura Cellars and Gallery
16764 Farmers Mine Rd.
Paonia, Co 81428

Ty Gillespie
Azura Cellars
AzuraCellars.com
970•822•3087

000335_SmithM_20161031  Organization:  Mary Smith
Received: 10/31/2016  12:00:00  AM
Commenter1: Mary Smith - Hotchkiss, Colorado  81419 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison  12/13/2016  12:00:00  AM
Attachments: 000335_SmithM_20161031.htm  (000335_SmithM_20161031-388421.htm  Size =
2 KB)
UFORMP_000335_SmithM_20161031.pdf  (000335_SmithM_20161031-388420.pdf  Size = 87
KB)
Submission  Text
Mary Smith  <mary@springlineseafood.com>  Mon, Oct 31, 2016 at 4:12 PM

I am writing to voice my strong support for The North Fork Alternative, B1.

I'd like to thank the BLM for considering  ways to protect important  natural resources like
domestic and irrigation  water, air quality,  and recreation. I strongly  support the designation  of
ecological  emphasis  areas and special recreation management areas. These will  preserve habitat
connectivity,  wildlife  corridors,  undeveloped open space, and recreation  opportunities  within  our
region.

I would  like  the BLM to include  all proposed actions in the North Fork Alternative,  B1, in the
final RMP. The North Fork Alternative  boundaries  include  the communities  of Hotchkiss (where
I currently  live), Paonia and Crawford and include  areas that supply  municipal  water, irrigation,
and domestic  water companies,  impact  the scenic features of the Valley,  and are high quality
wildlife  lands.

As an avid trail runner and mountain  biker, I moved to this area to be able to access recreational
opportunities  right out my back door. I can currently  find places in and around Jumbo Mountain,
Stevens Gulch,  the North Fork of the Gunnison  River and beyond  to run and bike, or just hike
with my friends  and family  and I'd like  to keep it that way!
I also love that I can drink my tap water in Hotchkiss without  fear, and that I can buy local

produce and meat from farmers and ranchers that profit from the area's good, clean soil and water. That's important to me, and another reason why I choose to live in Hotchkiss.

Supporting long term protection of wild areas offers a sustainable economic opportunity we are happy to welcome
visitors to come and enjoy our wild areas and spend money in our local restaurants, shops and other stores while they are here... We also want to continue welcoming new residents to the area people that move here to work and play. Let's all work for a prosperous future for our home!

Thank you for your consideration,
Mary Smith
36433 Spurlin Mesa Rd.
Hotchkiss, CO 81419


000336_JursinovicM_20161012  Organization: Mary Jursinovic
Received: 10/12/2016 12:00:00 AM
Commenter1: Mary Jursinovic - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000336_JursinovicM_20161012.htm (000336_JursinovicM_20161012-385630.htm Size = 10 KB)
Submission Text
10/27/2016 DEPARTMENT OF THE INTERIOR Mail - Preferred Alternative for the NFV
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=157b9f2bd6d32b61&siml=1...  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Preferred Alternative for the NFV
1 message
Mary Jursinovic <cbpots@yahoo.com> Wed, Oct 12, 2016 at 11:30 AM
Reply-To: Mary Jursinovic <cbpots@yahoo.com>
To: "uformp@blm.gov" <uformp@blm.gov>
Cc: "rmpcomments@citizensforahealthycommunity.org"
<rmpcomments@citizensforahealthycommunity.org>
Please accept the attached comments regarding the RMP.
Thank you,

Mary Jursinovic
UFO_RPM Oct 2016.pdf
462K
October 12, 2016

UFO-RMP

2465 South Townsend Ave.

Montrose, Colorado 81401

To whom it may concern;

I submitted the attached letter in 2011 citing each parcel under the lease sale proposal. While the RPM doesn't identify specific parcels because the preferred alternative proposes to open 95% of land to oil and gas leasing these same issues apply.

I support the North Fork Alternative as the best currently under consideration. The best risk management is no leasing.

December 28, 2011

BLM Uncompahgre Field Office

Barb Sharrow, Field Office Manager

2465 S Townsend Ave

Montrose, Co. 81401

Re: August 2012 Oil and Gas Lease Sale proposed for the North Fork Valley

Dear Ms Sharrow,

Although I am vehemently opposed to the entire Sale proposal for numerous reasons, I would like to make comments on specific parcels that directly affect my family's health and well-being. We own 41 acres of irrigated farm land on Bone Mesa, off of Crawford Rd, between the towns of Paonia, Hotchkiss, and Crawford. We have owned the land for 12 years. No toxic chemicals have been applied to the land in that time. We have invested all of our retirement savings

into building a home where we could grow most of our own food, supplement our Social Security

payments with income from hay crop sales and pasture leasing, and I could continue to produce and

sell handmade pottery, which I have done for over 30 years.

Our domestic water comes from a well on the property, the crops are irrigated from water supplied by the Stewart Ditch, there is a spring that provides both additional irrigation water and water for animals both domestic and wild, and a 2+ acre pond that also provides irrigation and animal

watering, as well as personal recreational use. The pond is a magnet for deer, owls, egrets, geese, ducks, owls, and a variety of other avian species.

This property is located one mile from Lease Parcel 6198, (Township T14S/Range92W), most specifically Sections 25/26. Any drilling activity in Parcel 6198 would release pollutants that would

adversely affect our well, spring, irrigation water, and pond. The entire area is underlayed by Mancos Shale. Any seepage of industrial pollutants into the shale would render our water, from all

sources, unusable. Besides the loss of crops, any chemicals introduced into our domestic water would completely alter the glazes I mix for pottery production, thus eliminating that income source.

In addition, air pollutants from drilling activity would settle on the hay crop, as well as our organic

garden, again rendering them unusable. My husband suffers from asthma. Any industrial air

pollution in the form of released gases or surface particle disruption would adversely affect his health.

The roads in our area, specifically, Crawford, Bone Mesa, and Back River Roads, are extremely narrow, lack shoulders, and are in a generally deteriorated state. The increase of traffic from drilling activity would create an extreme hazard. I personally recreate by riding a bike on a loop from our home that encompasses these roads. The additional traffic created by drilling in this area would prevent me from doing so in any safe manner. I also occasionally mountain bike ride in Section 34 east of Crawford Road. Drilling in that area would prevent me from doing so.

Section 28, Parcel 6198, is a traditional winter grazing area for a large herd of Elk (see accompanying photos). Drilling in this section would impact this safe refuge. As a result those Elk would most likely migrate to the surrounding farm land, including our own, thus destroying fences and crops used for income and food.

One of the reasons we purchased this property was for the unobstructed 360 degree views of mountains and mesas. Drilling in Parcels 6191, 6195, 6196, & 6197 would forever alter those views, plus have similar impacts to the immediate neighbors as I have described above. Parcel 6197 is adjacent to two State Wildlife areas. Drilling would severely impact the animals that rely on those areas for protection as well as curtail our recreational use in the area.

We have often hiked, biked, and snow showed on the trails located in Parcel 6190 on the base of Jumbo Mountain. Drilling there would impact our ability to continue that recreational outlet.

I have tried to be specific in relating impacts from this Lease Sale proposal. But I also want to point out the more general impact any drilling in the North Fork Valley would have on the quality of life we all have sought by locating in this spectacular area. I have had many friends visit from all parts of the country to tour the farms and vineyards, accompany me on hikes and bike rides in many of the proposed parcels, purchase agricultural products and wines, swim and fish in our pond as well as the surrounding rivers and streams, and generally enjoy the lifestyle of the North Fork Valley. Allowing drilling in any one of the Parcels proposed in this sale would drastically alter and most likely end this much sought after lifestyle.

You have the power to defer this Lease Sale until at least the Resource Management Plan that dates to 1989 is updated to reflect the new circumstances and economy now thriving in the North Fork Valley. BLM Instruction Memorandum No 2010-117 WO allows "state and field office staff to determine that the public interest would be better served by further analysis and planning prior to making any decision whether or not to lease". New information is available, relevant economic conditions have changed. Additional review is necessary for an informed decision. Although the current RMP may designate this land as "open", this designation does not mandate leasing.

I implore you to defer this proposed Lease Sale until more study and consideration is made of

BLM_0155703

the changes that have occurred in the North Fork Valley since 1989. This is an economically vibrant
area where local landowners hold traditional values of hard work and perseverance to further their
own self sufficiency, and provide wholesome and mostly organic food crops to others. Please do not
allow this misguided attempt to harvest unsustainable resources destroy this irreplaceable environment.
Sincerely,
Mary Jursinovic
11491 3800 Rd.
Paonia, Co. 81428
970 275 6701
Elk: Parcel 6198, Section 28, 2008 Elk: Parcel 6198, Section 28, 2009
Respectfully resubmitted October 12, 2016
Mary Jursinovic


000337_CarpenterJ_20161031 Organization: Jacquie Carpenter
Received: 10/31/2016 12:00:00 AM
Commenter1: Jacquie Carpenter - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000337_CarpenterJ_20161031.htm (000337_CarpenterJ_20161031-385631.htm
Size = 6 KB)
Submission Text
10/31/2016 DEPARTMENT OF THE INTERIOR Mail - public input
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=1581b67cc6df1c96&siml=1... 1/2
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
public input
1 message
Jacquie Carpenter <jqcarp1@yahoo.com> Mon, Oct 31, 2016 at 9:32 AM
Reply-To: Jacquie Carpenter <jqcarp1@yahoo.com>
To: "uformp@blm.gov" <uformp@blm.gov>
I was not sure that my input was warranted, as I just recently moved to this area. I am still trying to
learn all of the different areas and their uses. But, I felt it was important for you to know this was
the reason I moved to this area.
I began mountain biking on the front range over 30 years ago when just about the only place to
ride was the Colorado Trail. There were not many women riding mountain bikes either. Within a

few short years, the sport was so popular that trails were being extended and built everywhere it seemed.

Many groups were being formed to help build and maintain trails and just about every single mountain biker I knew jumped on board. We discovered that building trails was the best way to learn how to ride and care for them. We also realized the need for advocacy on the trail.

Jefferson County has been a leader in building parks and bringing groups of hikers, bikers, and horse back riders together to help. These parks are such a wonderful gift to the people for outdoor

recreation, but they also provide the gorgeous back drop and open spaces that would otherwise be developed or trashed. Buffalo Creek became so popular that there is now an extensive trail system to disperse the crowds coming from all over to enjoy the Pike Nt'l Forest.

I witnessed many trails that were in horrid condition, saw little use, and were not used properly. Slowly, the mountain bike community made an impact and actually improved these trails just by riding them. Places, like Bailey, Colorado that is off the beaten path, became one of the most successful fund raising events with the Bailey Hundo and is helping that community climb out of depression.

Soon it was obvious that just about every ski area and mountain town was earnestly working to attract this crowd. Moab was becoming the place to be, and Fruita was a hidden secret that has now boomed. I could go on and on. What was quite clear was that mountain bikers were changing things for the better.

As a group, we have made a huge impact on the economy of these areas, eating out, supporting local bike shops, drinking beer and coffee, shopping, lodging, and bringing along friends. And, now this sport has grown to the point where hundreds and thousands of girls and women attend mountain bike camps to become even better at tackling trails.

The Montrose/Delta area has not been on that map and many people I speak to do not even know where it is. I was at a mountain bike camp in Crested Butte a few years ago and learned about some of the trails that were being built here in the Peach Valley area and the Uncompaghre. I was

told about COPMBA and decided that I wanted to turn the clock back 30 years and play a role in developing trails.

I made the decision to move here and it took me a few years to make it happen. I was thrilled to arrive just as RAT was made a special use area and even made a point to attend the opening ceremony to honor and thank the BLM for making this happen. I joined COPMBA and have helped on several projects, including Sunset Mesa. During the summer months, I spent quite a bit of time up in the National Forest riding and hiking the trails on the Uncompaghre. I have also spent quite a bit of time at the Dry Creek area and Peach Valley. I love all of these areas and recognize a great need to create more trails and areas specifically for mountain biking. Buzzard Gulch is a treasure and it is very exciting to see the area of Lower Spring Creek becoming connected. I feel like this area has so many great possibilities and that we are on the right track, but so much more needs to be done. I go out to the Adobe area on Kinnikin and realize that this area needs

some attention partially to stop being a dumping ground. We do not have near enough designated areas or choices that will inspire mountain bikers to drive a bit farther than the Grand Junction area

or Crested Butte, etc. And, the huge attraction to this area is the weather!

I also just wanted to point out that the biking community here is exceptional and have welcomed

BLM_0155705

me and were quick to make me a part of their world and share all they know. I have also found the
BLM office here extremely supportive.
I am excited for the future of this area and just hope you realize what a difference the mountain bike community can make in that success and how biking can change the world.
Thank you for listening.


000338_TrediciP_20161028   Organization: Patricia Del Tredici
Received: 10/28/2016 12:00:00 AM
Commenter1: Patricia Del Tredici - Crested Butte, Colorado 81224
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000338_TrediciP_20161028.htm (000338_TrediciP_20161028-385632.htm Size = 2 KB)
Submission Text
11/1/2016 DEPARTMENT OF THE INTERIOR Mail - Re Draft Resource Management Plan
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=1580e28045432f0d&siml=1580e280... 1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Re Draft Resource Management Plan
1 message
Patricia Del Tredici <pdel_tredici@hotmail.com>  Fri, Oct 28, 2016 at 7:57 PM
To: "uformp@blm.gov" <uformp@blm.gov>
To Whom it Concerns,
This letter is in regards to the consideration of increasing mineral extraction in the North Fork Valley.
The North Fork Valley is currently valuable for Recreation, Farming, Hunting, Hiking, and Fishing.
These are valuable resources in themselves, and provide a quality of life that is increasingly at risk
of being diminished. Coal is no longer a viable fuel, and should not be given priority over Organic
Farming and / or clean air and water. Natural gas extraction requires huge amounts of water, destroys wildlife habitat and wilderness, and may be instrumental in degrading air quality.
I urge you to consider the values that are important to citizens, such as myself, who depend on Organic Produce, clean water and air, as well as wilderness for maintaining a healthy life style.
I support "North Fork Alternative" which provides for no oil or gas leasing across 75% of the North
Fork Valley.
Respectfully,

Patricia F. Del Tredici
311G Cement Creek Rd.
Crested Butte, CO 81224


000339_HarteM_20161028  Organization:  Mary Ellen Harte
Received: 10/28/2016  12:00:00  AM
Commenter1: Mary Ellen Harte - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission  Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000339_HarteM_20161028. htm  (000339_HarteM_20161028-385633.htm  Size = 1
KB)
Submission  Text
10/31/2016  DEPARTMENT OF THE INTERIOR Mail - Re the RMP of the North Fork Valley
https://mail. google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=1580de1fed62a2cb&siml=1…  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Re the RMP of the North Fork Valley
1 message
Mary Harte <melharte@yahoo.com>  Fri, Oct 28, 2016 at 6:38 PM
Reply-To: Mary Harte <melharte@yahoo.com>
To: "uformp@blm.gov"  <uformp@blm.gov>
I support the "North Fork Alternative," which provides  for no oil and gas leasing across 75% of
the North
Fork Valley. Such development  permanently damages resources that I greatly value there, and
that is an
important source of revenue, that is, sustainable recreation. I urge you to adopt it!
Thanks!

Cheers,
Mel (Mary Ellen) Harte, Ph. D.
"MEN ARGUE; NATURE ACTS." Voltaire, 1769.
Climate  Change This Week Huffingtonpost:  the News, the Solutions.
Tell Congress you'll VOTE for those
who promote clean energy.


000340_GatesK_20161030  Organization:  Kathleen Gates
Received: 10/30/2016  12:00:00  AM
Commenter1: Kathleen Gates - Hotchkiss, Colorado  81419
Organization1:

Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000340_GatesK_20161030.htm (000340_GatesK_20161030-385634.htm Size = 2 KB)
Submission Text
10/30/2016 DEPARTMENT OF THE INTERIOR Mail - Re: Resource Management Plan Revision Uncompahgre Field Office
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS %20comment&search=cat&th=15817a41c9682626&siml=...  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Re: Resource Management Plan Revision Uncompahgre Field Office
1 message
Kathy Gates <kgates8@yahoo.com> Sun, Oct 30, 2016 at 4:09 PM
Reply-To: Kathy Gates <kgates8@yahoo.com>
To: Kathy Gates <kgates8@yahoo.com>, "uformp@blm.gov" <uformp@blm.gov>
I urge the BLM to reconsider the resource management plan for the Uncompahgre Field Office region that includes the North Fork area.
Our North Fork area will receive many negative impacts if opened to oil and gas exploration. The
people and communities of the North Fork have worked diligently to establish organic farms, orchards, and vineyards. The development of the watershed to extract oil and gas poses many problems for these downstream areas. I want to breath clean air, drink uncontaminated water and maintain a clean environment.
There are harmful impacts on wildlife breeding areas caused by roads and development in these areas. Many of our residents hunt and fish in areas that will be negatively affected by opening this
area to development.
As recent and past rockslides indicate, the unstable geology of this area is not suitable for fracking
or injection of fracking materials. In addition our property values will decline if this development takes place.
In conclusion:
1. Oil and gas development/fracking activities on public lands should not be permitted when they potentially could poison our foodsheds, pollute the air we breathe, and contaminate the water resources we depend on for life and livelihood.
2. A no-leasing alternative is the only way to deny any risks to our lives and livelihoods.
3. A moratorium on oil and gas leasing should be in place until rural gas gathering pipelines are regulated by the Pipeline Hazardous Materials and Safety Administration.
Sincerely,
Kathleen Gates
P.O. Box 2062

Hotchkiss, CO 81419

000341_GleasonB_20161028  Organization:  Boot Doctors, Bob Gleason
Received: 10/28/2016 12:00:00  AM
Commenter1: Bob Gleason - ,
Organization1:Boot  Doctors
Commenter Type: Individual
Classification:  Substantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000341_GleasonB_20161028.htm  (000341_GleasonB_20161028-385635.htm  Size = 3 KB)
Submission  Text
Re: Resource Mangement  Plan
1 message
Bob Gleason <bootdr1@gmail.com>  Fri, Oct 28, 2016 at 3:23 PM
To: uformp@blm.gov
Thanks for noting  this second input.  In my earlier correspondence, I neglected to include  a key point about Wild and Scenic status for the San Miguel/Dolores  rivers.
Over the 35 years that I have been working  as a river guide and outfitter,  I have had the opportunity  to run most of the nations Wild and Scenic rivers. <([#1 [39.1] In travelling  through all the navigable  sections of the San Miguel and Dolores rivers,  I have found these rivers to have tremendous wild and scenic characteristics on par with the prime rivers currently protected by Wild and Scenic status. The San Miguel is a freestone river without artificial alteration of the natural flow variations  through the seasons. This has preserved a rich display  of plant and wildlife  that is rare among our river systems. The seasonal ebb and flow of water levels provides unique  recreational opportunities.  The gush of high  water in the spring is a delight  to the river runner, and opens the entire river corridor to exploration  by the whitewater enthusiast. The low water of the late summer and fall creates a fine experience for the walk and wade angler.  This seasonal variation  has supported native and rare plant life and animal habitat that has been lost on other rivers. These natural characteristics of this upper reach of the Colorado River system would greatly benefit from the protections  assured by the Wild and Scenic Rivers Act. #1])>
With the likelihood  of a change in mood in our nation's capitol in the near future, Wild and Scenic status for the San Miguel and Dolores should  be an integral part of the Resource Management plan. Three summers ago, I went to Washington  DC for Go America Week. There was a lot of interest in the congressional offices we visited  when I brought up the subject of Wild and Scenic status for these rivers. Rep. Michael Bennett stated that he would  like to sponsor the bill  for Wild and Scenic status on the San Miguel when the timing  is right.
As a river outfitter, I feel Wild and Scenic status would  add to the cache and allure of the river and buoy up the perception of this beautiful  river system. It would offer protections to maintain flows that we need for the future of recreation on this river. As water resources grow scarcer, water as a commodity  threatens the life and vitality of this amazing river. Wild and Scenic status would be a tremendous support for long term protection  of the San Miguel as a recreational

resource and a vital river environment.
Bob
GleasonPresident
Boot Doctors dba Further


000342_WolcottS_20161031 Organization: Roberts-Stucker Ditch Association, Steve Wolcott
Received: 10/31/2016 12:00:00 AM
Commenter1: Steve Wolcott - Paonia, Colorado 81428
Organization1:Roberts-Stucker Ditch Association
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000342_WolcottS_20161031.htm (000342_WolcottS_20161031-385636.htm Size
= 6 KB)
Submission Text
Re: uformp
1 message
Steve Wolcott <swolcott@paonia.com> Mon, Oct 31, 2016 at 7:24 PM
To: uformp@blm.gov, info@theconservationcenter.org, citizenshealthycommunity@gmail.com
if you cannot open the attachment, here is the text:

ROBERTS-STUCKER DITCH ASSOCIATION
PO Box 6
Paonia, CO 81428
October 31, 2016
UFO RMP
2465 South Townsend Ave.
Montrose, CO 81401
(via e-mail to: uformp@blm.gov)
RE: BLM/UFO 2016 DRAFT RMP
The Roberts-Stucker Ditch, now a pipeline, is located on the eassten flank of Stucker Mesa. It
carries irrigation water from Roatcap Creek to Stucker Mesa where it supplies irrigation and
stock water to 12 farms.
The Roberts-Stucker Ditch Association has several concerns about the oil & gas development
that would be allowed
under the preferred alternative (D) in the draft RMP.
<([#2 [37.3] The water conveyed by the the Roberts-Stucker Ditch comes from snowmelt in
Roatcap Creek, and from The Overland Reservoir which delivers water to Roatcap Creek. So any
contamination of the Roatcap Creek drainage or drainages above the Overland Canal could result
in contaminated water being delivered to the 8 family farms and 6 rural residences on Stucker
Mesa. This is not acceptable. Records gathered by the Colorado COGCC show that spills from
oil & gas development often results in contamination of surface water. This is regular occurance

BLM_0155710

in the oil & gas industry. Contamination of our irrigation & stock water would have a devastating impact on the livelihood, quality of life, and property values of the residents and farms on Stucker Mesa. There are numerous irrigation systems in the North Fork Valley similar to ours that would be similarly threatened by oil & gas development. #2])>

<([#3 [18.3] The Roberts-Stucker Ditch is one and a half miles long and is located on a steep slope. This slope has suffered several land slides over the years. The Roberts-Stucker Ditch Association has spent many thousands of dollars repairing breaches over the years caused by the slides. Ultimately the ditch was piped at great expense to reduce this risk and increase water efficiency. This pipeline is susceptible to seismic activity, which may be triggered by hydrological fracturing activity. Such an event could interrupt water supplies causing significant crop losses. The cost to repair this kind of damage would be a significant. Waste water injection wells associated with fracking have caused earthquakes in several areas of the country. Deep well injection caused numerous earthquakes at the Rocky Mountain Arsenal near Denver in the 1960's. #3])>

<([#4 [6] FLPMA requires that "In managing the public lands the [Secretary of Interior] shall, by regulation or otherwise, take any action necessary to prevent unnecessary or undue degradation (UUD) of the lands." 43 U.S.C. §1732(b). BLM's duty to prevent unnecessary or undue degradation under FLPMA is mandatory, and BLM must, at a minimum, demonstrate compliance with the UUD standard.

For these reasons, the Roberts-Stucker Ditch Association requests that your preferred Alternative, **D**, be removed from the RMP from further consideration and that you put forth Alternative B1 as your preferred alternative or simply remove all possible future liquid mineral extraction via hydraulic fracturing from the BLM lands in the North Fork Valley #4])> . <([#1 [5.3] You should include a "no drilling" alternative, as NEPA requires you to consider all reasonable alternatives. #1])>

Thank you,
Steve Wolcott
President, Roberts-Stucker Ditch Association


000343_WehrmacherD_20161028 Organization: Doris Wehrmacher
Received: 10/28/2016 12:00:00 AM
Commenter1: Doris Wehrmacher - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000343_WehrmacherD_20161028.htm (000343_WehrmacherD_20161028-385637.htm Size = 1 KB)
Submission Text
11/1/2016 DEPARTMENT OF THE INTERIOR Mail - Re: UFO RMP
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS

%20comment&search=cat&th=1580d10a0b0bb8ec&siml=1580d10...   1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Re: UFO RMP
1 message
D TEAL <DORISTEAL@msn.com> Fri, Oct 28, 2016 at 2:52 PM
To: "uformp@blm.gov" <uformp@blm.gov>
Dear BLM , I am referring to the letter I sent to you on October 18th.
After much thought and consideration of the mountain of new information now available regarding
Fracking and the contamination of upstream water sources to the North Fork Valley, I have made the decision to change my position to a "NO LEASING ALTERNATIVE".
The plan is totally incompatible with our current sustainable economy and lifestyle. ANY kind of leasing alternative could prove disastrous.
Thank you again for your consideration,
Doris T Wehrmacher
From: D TEAL
Sent: Tuesday, October 18, 2016 9:51:26 PM
To: uformp@blm.gov
Subject: UFO RMP


000344_YoungM_20161027 Organization: Millicent Young
Received: 10/27/2016 12:00:00 AM
Commenter1: Millicent Young - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000344_YoungM_20161027.htm (000344_YoungM_20161027-385638.htm Size = 7 KB)
Submission Text
10/27/2016 DEPARTMENT OF THE INTERIOR Mail - Re:
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS %20comment&search=cat&th=1580842cd2e3b8c3&siml=...   1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Re:
1 message
Pfifer, Teresa <tpfifer@blm.gov> Thu, Oct 27, 2016 at 4:29 PM
To: BLM_CO UFO_RMP <uformp@blm.gov>
On Thu, Oct 27, 2016 at 4:21 PM, millicent young <mayyyoung@yahoo.com> wrote:
October 26, 2016
Hello decision makers and consultants of the BLM, as well as all other concerned parties,

I have reviewed the S.W. CO RMP "alternatives" you have presented and "fracking" is not mentioned. Alternative P,
the people's choice for Preservation and Prosperity, should be adopted. Please protect us. Pipelines are very risky. All
people deserve to live free of the threat of fracking poisons. It will be called an "accident" when the Earth shifts or
erosion causes pipelines and fracking casings to fail (one in six casings fails upon installation). These are no accidents
since they are expected and known to happen with regularity. The cost of doing business? Our health is not "collateral
damage". Stand up for planetary health. Subsidize clean renewable energy through your policies. Human caused climate crisis is upon us.
I am chemically sensitive, and many others in this area also are. We came here specifically to seek renewed
health. I do not want benzene, toluene, methylcyclohexane, acetylene and propane in my lungs or brain. These
chemicals are spewed into our air through fracking. People from other locales in Colorado, Pennsylvania and other
frack sites throughout the U.S. report that fracking has caused their health to degrade terribly; their land becomes
barren and livestock die. Profiteers deny the adverse effects. Remember, the tobacco industry told us smoking tobacco
is harmless. Human suffering is an ignored side effect. Carbon overload is diminishing the ice caps, In Somerset Arch Coal blithely flares the ozone destroying greenhouse gas methane in monstrous quantities. At the very least they could capture the methane and power 30,000 homes annually(http://www.coloradoindependent.com/159131/coloradas-worst-methane-polluter-is-an-arch-coal-mine-west-elk-john-hickenlooper).] The National Oceanic and Atmospheric Administration, a federal agency, measures that from 6.2 to 11.7% of the methane mined escapes into the atmosphere through fracking and drilling leaks, processing, and transport. It could be much more. "Methane is some 25 times more efficient than carbon dioxide at trapping heat in the atmosphere; releases of that magnitude could effectively offset the environmental edge that natural gas is said to enjoy over other fossil fuels." (
http://www.nature.com/news/air-sampling-reveals-high-emissions-from-gas-field-1.9982 ).
Under bright clear skies with healthy wind activity (perfect for sustainable energies) Coloradans are being poisoned. " NOAA scientists were shocked to find levels of ozone
pollution, as bad as the worst urban air quality, in the middle of desolate Western Colorado in the winter of 2011. Since
that discovery they have been trying to understand why the air quality was so bad in a region that had never reported
air quality problems before."
(http://www.dailykos.com/story/2013/08/07/1229636/-NOAA-Investigation-Finds-Massive-Methane-
Emissions-from-Utah-Fracking-6-to-12-Lost-to-Atmosphere#).
Hundreds of billions of gallons of Colorado water have been permanently removed from the water cycle. ( Half of
the 2 to 10 million gallons of water used per instance of fracking each of over 53,000 wells is

pumped into deep
injection wells).We do not know what the future may bring. Do you think it is wise to squander
our water, a non-renewable
resource?
Pads are often in remote roadless areas that would require an enormous amount of
gravel for access. Removing the gravel and other signs of plunder is impossible. Animals and
hunting are adversely
affected. Casings will fail, It is a stated goal of the BLM to protect resources for future
generations. For this reason I expect you to rethink all the "alternatives", do a human health
impact study, a pipeline RMP, and put a moratorium on the resource grab. Perhaps one day a
truly clean method of using these fuels will emerge. Our healthy planet is the only legacy worthy
of passing to future generations. Protect our air, water, land, plants, animals and citizenry. We
deserve a chance at a good life here. Do not sell us out.
Millicent Young, P.O. 614, Paonia, CO, 81428

ma


000345_ReeseC_20161027  Organization:  Cory Reese
Received: 10/27/2016 12:00:00 AM
Commenter1: Cory Reese - Paonia, Colorado
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000345_ReeseC_20161027.htm (000345_ReeseC_20161027-385639.htm  Size =
11 KB)
Submission Text
11/1/2016 DEPARTMENT OF THE INTERIOR Mail - BLM Letter
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=15807c0c8f2123c9&siml=15807c0c…  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
BLM Letter
1 message
Cory J. Reese <cjreese@mac.com> Thu, Oct 27, 2016 at 2:05 PM
To: uformp@blm.gov
Letter in favor of the North Fork Alternative B1 plan.
Cory Reese

BLM Letter.docx
22K
October 26, 2016

BLM_0155714

Uncompahgre Field Office RMP
IN SUPPORT OF THE NORTH FORK ALTERNATIVE
To Whom it May Concern:
Location – My name is Cory Reese and I am a resident of Paonia Colorado. I live on Mathews Lane, which is located near BLM lands.
Local History - I have just recently moved into the North Fork Valley. My spouse is from the area and we were drawn back here due to the great outdoor activities like hunting, fishing, hiking, camping and backpacking. We are also drawn to the amazing local food supply. I am very proud to now call this place my home. We could have chosen anywhere in the US to move to for our homesteading plans but Paonia was at the top of our list due to all of its natural wonders. I am very worried about my new home because I have also lived in northern New Mexico where I witnessed, first hand, the devastation the oil and gas industry has inflicted on the environment and people's health. The oil and gas industry was the reason we decided to move away from New Mexico. Our health and the health of our children was in jeopardy.
Water Sources - My drinking water comes from the Town of Paonia's municipal water supply which comes from 38 different springs near BLM lands that would be left open to oil and gas development in the draft Preferred Alternative. My irrigation water comes from the Stewart Ditch sub-operated by the Hadley Ditch Company. The intake for my irrigation ditch comes from North Fork of the Gunnison River below Paonia Dam. This watershed drains through BLM lands that would be left open to oil and gas development in the draft Preferred Alternative.

BLM Recreation– My recreation activities on BLM lands include hiking, biking, fishing and camping. I hike and fish on Gunnison, along with several other tributaries. The final plan must include protections for these recreation resources and lands.

Thank you for the opportunity to comment on the draft Uncompahgre Field Office resource management plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat, domestic and irrigation water, wild and scenic rivers, air quality, and recreation. In particular, I support the designation of ecological emphasis areas and special recreation management areas. These will preserve habitat connectivity, wildlife corridors, undeveloped open space, and recreation opportunities within our region.

However, the Preferred Alternative in the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wildlife, recreation, wilderness-quality lands, and cultural sites. It would also risk the air and water quality, along with the scenic viewsheds, on which our local communities and economies depend upon. Much of the area doesn't even have oil and gas reserves that are feasible for development. The Preferred Alternative would put our public lands and adjoining communities at risk for negative impacts from development activities including large-scale oil and gas drilling as well as lease speculation. <([#8 [2] The BLM must adopt a
final plan that makes important wildlife habitat, recreation areas, and sensitive air, water, and viewsheds off-limits to energy development. #8])> I Iived in Farmington NM for 10 years during the big
oil and gas boom of the 90's so I have personally seen the destruction that the oil and gas business has had on our lands in northern New Mexico. I do not want to see our valley get \destroyed in front of my eyes like it did in Farmington. The short term financial benefits will

BLM_0155715

NEVER outweigh the irreversible contamination and destruction of our water, land and food supply.

Concerns

Water

<([#9 [37.1] Domestic Water Sources - The final plan must protect the health of the watershed for the greatest number of users. Our communities have invested countless dollars developing both domestic and agricultural water systems for their homes, farms and ranches. The final plan must exclude all oil and gas activities within a half-mile of all surface and ground domestic water sources #9])> .

<([#10 [37.1] Irrigation water and agriculture - The final plan must protect local agriculture by excluding oil and gas activities within a quarter mile of ditches, domestic water decrees, dams, irrigation intakes, or canals. This directly impacts our food supply. #10])>

<([#11 [37.1] Streams and surface water quality - The final plan must protect streams and surface water quality, protecting ecological resources, aquatic habitat, recreational attractions, water storage, and flood control by closing areas within a half mile of lakes, ponds, wetlands, and reservoirs to oil and gas activities including leasing.
#11])>

Air

The final plan must protect the health of the airshed.

Economic Impacts

<([#12 [30.3] Recreation, Agri-tourism, Scenic Viewsheds and Real Estate – Would be negatively impacted by the Preferred Alternative plan. he final plan must protect the investments locals have made in the value of their home and land, and should not allow for speculative oil and gas leasing which discourages homebuyers from purchasing in our communities, producing real and direct negative economic impacts on our communities.
#12])>

Public health and safety

<([#13 [30.5] Traffic impacts - The final plan must adequately mitigate the traffic impacts of oil and gas activity within the North Fork of the Gunnison Watershed. #13])>

Seismic activity -<([#4 [31.3] New data indicates deep injection wells and other oil and gas activities increases seismic activities. The final plan must assess and mitigate potential impacts of human-caused earthquakes, particularly in the North Fork region which is prone to unstable soils and landslides. #4])>

Recreation

Jumbo Mountain Trails - <([#5 [27.1] The BLM lands on and surrounding Jumbo Mountain are a well-used and well-loved recreation asset for North Fork residents. The final plan should include the entire Jumbo Mountain unit as a special recreation management area to protect the quality of the recreation experience. This area is essential for quality of life, recreation tourism, and the businesses that rely on those tourists. #5])> <([#14 [14.1.1] The final plan should also include an Ecological Emphasis Area [at Jumbo Mtn] to protect critical winter mule deer and elk habitat.

#14])>

Hunting and Fishing - <([#15 [14.1.1] Public lands access for hunting, camping, fishing and travel, as well as plentiful and healthy habitat are critical components that help sustain the multi-million-dollar hunting industry in the area. The final plan should include ecological emphasis areas for all critical winter habitat within the North Fork Valley. The final plan should also include the protections of B1 which prohibits surface activities in critical wildlife habitat, and includes both No Leasing and No Surface Occupancy setbacks from streams, riparian areas, and water bodies.

#15])>

Future Recreation Development -<([#6 [27.1] Local economic studies indicate that the economic future of our region will depend upon the diverse industries already present, including land- and water-based recreation. The final plan should include special recreation management areas and extensive recreation management areas for all lands identified as high recreation value by local residents and businesses. Recreation activities include mountain biking, horseback riding, motor biking, OHV use, trail running, hunting, fishing, and backpacking among others. These areas include Jumbo Mountain, Stevens Gulch, the North Fork of the Gunnison River corridor, Smith Fork river corridor, McDonald Creek, Elephant Hill, Lone Cabin, Adobe Butte, and Robideau Canyon. #6])>

Wildlife

Adobe Badlands - <([#7 [20.1] The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest. #7])>

<([#16 [20.1] Stevens Gulch - The final plan must protect all lands with wilderness characteristics, including the areas up Stevens Gulch. This area is home to a population of Purple Martins that are not found in other areas. It also has one of the largest mature aspen stands in the world, providing prime habitat for elk and deer, and provides important connectivity between the valley bottoms and the roadless lands in the Grand Mesa National Forest. Hunting in this area is an important part of both our culture and our economy #16])> .

Federally listed and threatened aquatic species - <([#17 [15.2] The final plan must designate known habitats of rare and threatened fish species as Right of Way exclusion areas and prohibiting oil and gas surface activities. The same holds true for riparian zones and wetlands. Roads, pipelines, powerlines, and well pads will negatively impact water quality and reduce available habitat for local fish species #17])>

.

Conclusion

In conclusion, you have probably read similar letters to this one but it does reflect all of the concerns that the BLM should take into consideration from the people who will be directly impacted by this plan, the local residents in Crawford, Hotchkiss, and Paonia. We implore you to adopt the North Fork Alternative, B1, for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the entire Gunnison Watershed--supporting farmers, protecting public health, sustaining ecological well-being, and building a sustainable

rural economy on Colorado's Western Slope. Please don't destroy our home for generations to come.

000346_BurnsK_20161030  Organization:  Burns Ranch, Karl Burns
Received: 10/30/2016 12:00:00  AM
Commenter1: Karl Burns - Paonia, Colorado
Organization1:Burns  Ranch
Commenter Type: Individual
Classification:  Substantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 000346_BurnsK_20161030.htm  (000346_BurnsK_20161030-385640.htm  Size = 6 KB)
Submission  Text
10/30/2016  DEPARTMENT OF THE INTERIOR Mail - Resource Management Plan Comments
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=15818b24a006a334&siml=…  1/2
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Resource Management Plan Comments
1 message
Karl <kandjburnsranch@paonia.com>  Sun, Oct 30, 2016 at 9:04 PM
To: UFORMP@blm.gov
Project Manager,

I Karl Burns appreciates the opportunity  to submit comments on the Uncompahgre Field Office's (UFO) Draft Resource Management Plan (RMP) Revision and Environmental  Impact Statement.

I continue to support full multiple use opportunities balanced against the positive and negative impacts and the protection of private property rights within the UFO area.

I support Alternative C with some changes discussed below as Alternative C preserves a greater amount of multiple use and protection of private party rights within the plan. Alternative C

also provides a greater separation between broad requirements and site specific issues that should only be addressed during the review of proposed site specific activities. Alternative C,

therefore, allows for greater flexibility for the public and the BLM to address and regulate those sight specific requirements then the current permitting processes.

The few portions of Alternative C that I believe should be changed or removed are noted below and identified by the page and corresponding line number in Table 2.2 (description of Alternatives)

BLM_0155718

in Chapter 2 of the proposed RMP.

Special Status Terrestrial Wild Life

Page 2-95, Line 152 designate defined habits as species occupied habits. Without that specific notation, non-occupied habitats could become un-necessarily extensive and restrictive.

<([#3 [3] Page 2-102-105 line 161-167, Gunnison Sage Grouse. Need to write language that allows for range improvements. Alternative C says no permanent structures, that does include range improvements.
#3])>

Land Health

<([#13 [3] Page 2-25, Line 24, Given the lower precipitation rate over the entire UFO resource area, it is more realistic to manage for upward trend for land health
#13])>
<([#12 [3] Page 2-27, Line 26, add recreation to actions that can cause land health problems
#12])>
<([#11 [3] Page 2-164, Line 295 maintain the ability to increase AUMs #11])>

<([#10 [3] Page 2-165, Line 297, before acreage is removed for AUM on ACEC, write language in to change management of livestock use. Increase the flexibility of management
#10])>
<([#9 [3] Page 2-166, Line 299, define that trailing of livestock is not the same as gathering and moving livestock from pasture to pasture.
#9])>
<([#8 [3] Page 2-169, Line 303, add Colorado Resource Monitoring Imitative to the list of plans to base decisions on. in addition , include the MOU with CCA, CWGA, BLM, Department of Ag
#8])> .

<([#7 [3] Page 2-167, Line 300, no mention of using livestock as a tool for vegetation treatments. Targeted grazing is an economical, viable tool and has been extensively researched to benefit sage grouse and big game habitat. In addition, targeted livestock grazing has been successfully used to extend the life of mechanical vegetation treatments on oak brush and other shrubs and juniper trees treated
#7])>
<([#6 [3] Page 2-167, line 301, No permits or allotments should be closed. #6])>

<([#5 [3] Page 2-172, Line 306, Major ecological damage does not equate to maintaining range improvements
#5])>
<([#4 [3] Page 2-172, Line 307, alternative c is more feasible and allows for the sustainability of multi-generational
use of working landscapes #4])>

<([#2 [30.3] Data indicates that grazing as a land use in the UFO is not strictly for traditional and cultural importance, it contributes to the overall economic well-being of Delta County and other counties. This is a more accurate way to reflect livestock grazing in the RMP. IMPLAN calculates economic impact based on forage used in the UFO; however additional analysis needs to include the value of the livestock for the entire year. Livestock grazing within the UFO fills a critical winter and spring niche that is vital to the overall economic health of the livestock industry and thus Delta County. if livestock grazing is reduced within the UFO, the operating costs increase for livestock operators and thus increase the likelihood of producers scaling back and reducing numbers. #2])>

Sincerely, Karl Burns

000347_GleasonB_20161028  Organization: Boot Doctors, Bob Gleason
Received: 10/28/2016 12:00:00 AM
Commenter1: Bob Gleason - ,
Organization1:Boot Doctors
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000347_GleasonB_20161028.htm  (000347_GleasonB_20161028-385641.htm  Size = 3 KB)
Submission Text
10/31/2016  DEPARTMENT OF THE INTERIOR Mail - Resource Mangement Plan
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS %20comment&search=cat&th=1580c69f4787df8a&siml=1…  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Resource Mangement Plan
1 message
Bob Gleason <bootdr1@gmail.com>  Fri, Oct 28, 2016 at 11:50 AM
To: uformp@blm.gov
Thank you for hearing our concerns with the Resource Management Plan.
The highest value of the resource managed by the Uncompahgre Field Office is the inherent beauty and environmental health of the wild areas of the region and the tremendous value of the resource in it's natural state. Since the end of the mining era, this region has been largely spared the devastation and degradation that comes with modern mineral and gas extraction. When one gets an aerial view of the degradation that has occurred to the north of us in Colorado and through the wild areas of Utah it is obvious that those areas have suffered resource degradation that will take many years to recover if it does at all. The surface disturbance of exploration roads and the patchwork of drilling pads totally alters the natural beauty of an area, negatively affects

wildlife, and degrades the recreational aspects of the area.

The subsurface disturbance of fracking has far reaching potential for resource degradation including tainting of subsurface water resources. With water being the resource which will become progressively more scarce in the future, any risk to the ground water must be prevented. Water is the resource that is the basis of life and can not be shrugged off for short term energy use!

<([#1 [30.3] As a permitted outfitter, my business provides recreational experiences to visitors and local citizens on the Resource Area. I believe mineral resource development would severely degrade the experience our clients have. Recreation is the key economic driver in our region and is a far more sustainable and environmentally much friendlier than extractive industries. Our business provides direct employment to 60 persons in San Miguel county and through our purchasing of supplies and services we provide economic benefit to many more. We feel mineral resource development in the area would be devastating to our enterprise.

#1])> On a more holistic perspective, <([#2 [11.3] Climate Change is the biggest challenge we as a race and the planet face. Recent studies have shown a concentration of greenhouse gasses in our region. Fracking produces dramatic amounts of greenhouse gas. The Resource Plan must acknowledge this fact and retard the development of fracking as a step towards climate health. #2])> Thank you

--

Bob Gleason- President

Boot Doctors dba Further Adventures

www.bootdoctors.com


000348_EdstromS_20161101 Organization: Delta Area Mountain Bikers, Sven Edstrom

Received: 11/1/2016 12:00:00 AM

Commenter1: Sven Edstrom -,

Organization1:Delta Area Mountain Bikers

Commenter Type: Individual

Classification: Substantive

Submission Category: Unique

Submitted As: E-Mail

Form Letter Category: Unique

Form Letter Master:

Current Task: Done Assigned/Due: zghali

Attachments: 000348_EdstromS_20161101.htm (000348_EdstromS_20161101-385621.htm Size = 17 KB)

Submission Text

11/1/2016 DEPARTMENT OF THE INTERIOR Mail - re-submittal of DAMB Comments for RMP

https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS %20comment&search=cat&th=15820e29fffdc9a9&siml=15820e29fff… 1/1

UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>

re-submittal of DAMB Comments for RMP

1 message

Sven Edstrom <svenedstrom@icloud.com> Tue, Nov 1, 2016 at 11:12 AM

To: uformp@blm.gov
Cc: COPMOBA Coordinator <coordinator@copmoba.org>,  info@theconservationcenter.org

Gina,
Please use the attached PDF as a more user friendly  updated version of DAMBs comments.
Thank you for your time and consideration  in this matter.
Sven
Sven Edstrom

COPMOBA Board Member
DAMB Committee Member
svenedstrom@icloud.com
DAMB BLM UFO RMP Comments.pdf
192K

To: Bureau of Land Management, Uncompahgre Field Office
From: Delta Area Mountain  Bikers (DAMB), a Chapter of COPMOBA
Re: Comments regarding  Draft Resource Management  Plan & Environmental  Impact
Statement, May, 2016
Date: October 26, 2016

Please accept the following  comments  from Delta Area Mountain  Bikers (DAMB) regarding  the
draft Resource Management  Plan for the BLM public  lands managed by the Uncompahgre  Field
Office.

DAMB is a Chapter of Colorado  Plateau Mountain  Bike Trails Association (COPMOBA).
Currently  we have 21 paying members, approximately  50 other supporting  members locally, as
well as 220 members who support mountain  biking in Delta from in and outside the area. Our
mission  is to build, maintain,  and advocate for singletrack mountain  bike trails on the Colorado
Plateau in Western Colorado.  Our vision  is to provide high-quality  sustainable singletrack
mountain  bike trails for users of all ages and abilities  providing  outstanding recreation
opprortunities  and improving  the quality  of life and economies of the communities  we serve for
generations  to come. As an organized user group on public  lands, we are nurturing  our
relationships  with government  agencies accordingly,  and hope to bridge the gaps of what is
possible  for mountain  biking  in Delta County.  As well,  we look forward to working  with the
BLM to fulfill  their Recreational Strategy of Connecting  with Communities.  The following
article outlines  what else is happening  regionally  to make the ideas of advocate groups like ours
become a reality.  http://www.adventure-journal.com/2016/08/blm-turns-to-mountain-bikers-to-
build-trails-stem-illegal-routes/

Our organization  believes that Alternative B and where it applies  Alternative B1 provide the best
management strategies for the preservation  of public  lands for the uses outlined  in COPMOBAs
mission  and vision  statements, and will  also provide  support for a local economy based on
recreational activities  and development.

<([#2 [27.1] [30.3] DAMB supports the development  of any Special Recreation Management

Areas (SRMA) and Extensive Recreation Management Areas (ERMA) in the managed area of the UFO. We believe creating these environments for local communities will result in unlimited numbers of positive experiences and benefits. These will develop in all shapes and forms no matter the location of the SRMA/ERMAs. The experiences include, but are not limited to: developing skills and
abilities specific to mountain biking, enjoying having access to natural landscapes, being able to frequently participate in desired activities and natural environments, getting much needed physical exercise, releasing and reducing built-up mental tensions, increasing and maintaining quality of life, perceived value of the community due to quality of life, and community building for those who use and enjoy it. Potential general benefits include improved mental well-being, increased skills for outdoor enjoyment, a greater understanding of the importance of recreation and tourism to our communities, a more outdoor oriented lifestyle, improved physical fitness and health maintenance, and an enhanced lifestyle and quality of life. With the epidemic of declining health in America, we feel that the physical and mental benefits listed above are crucial to developing healthy communities in Delta County.
#2])>
With the amount of time and work put into building and maintaining trail systems, <([#13 [27.1] DAMB
prefers "not allowing livestock grazing in areas that conflict with recreation sites would generally improve recreation opportunities by eliminating (or reducing) animals and their waste from these areas over the long term" chapter 4-301. #13])> <([#14 [14.1.1] We also support the concept of creating Ecological Emphasis Areas (EEAs) for winter habitat for mule deer and other animals of concern, where deemed necessary and where EEAs coalesce with the objectives of our
organization. Having ample wildlife in recreation management areas contributes to the experience of natural beauty, and distinction of these environments.
#14])>
<([#15 [27.1] DAMB and COPMOBA support the development of recreational areas because sustainably
designed and built trail systems are a major economic driver for local and regional communities. In reference to any proposed SRMA/ERMAs in the North Fork region, DAMB requests for regulations to allow for non-motorized competitive events at the discretion of the Authorized BLM Officer. #15])> We believe this is a key element to economic development surrounding our sport, as well as trail system recognition on a regional scale.

<([#3 [30.3] The members of DAMB are not just focused on the advocacy of mountain bike trails for our own leisure. Our group is comprised of people from all walks of life with differing jobs and careers, and participate in a variety of community improvement organizations. We are experiencing the economic challenges that come with the decline of coal mining operations in Delta County.
A recent economic study funded by Delta County Economic Development (DCED) concluded that the fastest and most attainable route to economic growth in Delta County would be through tourism, primarily agricultural and recreational tourism. While the Delta Tourism Council is working to promote our rich organic agricultural farms, and vinyards, we feel that the establishment of SMRA/ERMAs in conjunction with sustainably designed trail systems will fast track the popularity of all types of tourism in the area.

BLM_0155723

Recognizing that families are multidimensional when it comes to travel needs, we believe the more variety of tourism opportunities we can supply for all age levels, the greater opportunity for economic growth through family and baby boomer friendly tourism experiences. We see the building of mountain biking trail systems throughout the county as an integral component of economic growth through tourism.

For example, the town of Fruita, Colorado, receives $1.5 million from mountain biking annually; has had a 51% increase in sales tax revenue, including 80% sales tax revenues from restaurants. According to americantrails.org over 50% of bicyclist earn $100,000 or more per year and over 80% of bicyclist earn $50,000 or more per year. More supporting evidence of economics of cycling can be found at this link: http://www.americantrails.org/resources/economics/economic-benefits-trails-macdonald.html

The economics of recreational development directly related to mountain biking is further exemplified in the following articles. This piece follows the history of user data and economic benefits that Fruita and the Grand Valley have enjoyed due to mountain biking: http://www.steamboattoday.com/news/2013/may/19/biking-series-part-2-how-fruita-did-it/ This is an article giving an overview of economic impacts found from mountain biking world wide: http://www.pinkbike.com/news/economic-impacts-of-mountain-biking-tourism-2014.html, http://www.pinkbike.com/news/economic-impacts-of-mountain-bike-tourism-2016-update.html . Lastly, here is an economic and impact analysis study of mountain biking trail development in Alabama that shows influences of mountain bike tourism. http://headwaterseconomics.org/trail/13-coldwater-mountain-bike-trail/ . The potential for trails in varying terrain and scenic beauty, would add Delta County to the list of major mountain biking destinations in Colorado, and enhance the Western Slope as a world class mountain biking destination, rivaling or surpassing Moab. #3])>

Members of DAMB have long voiced concern with the fact that there are no official non-motorized
trails in Delta County developed for mountain biking, and we as a user group are
severely under represented. For that reason, the following section outlines a reasonable proposal for development of SRMA/ERMAs in the UFOs management area. Experiences and benefits specific to each area are included with the areas unique recreational opportunity.

1. <([#4 [27.1] Jumbo Mountain SRMA – DAMB believes Jumbo Mountain is unique and could be
the keystone recreational hub for the North Fork Valley. As a whole, we believe Jumbo Mountain provides a great location for recreation and visitor service management to be the predominant land use planning focus, as defined by a SRMA. Jumbo Mountain is geographically oriented in a prime location for users to enjoy high scenic values, low altitude trail networks that allow for longer riding season, and close to amenities and higher density population.
Specific experiences and benefits obtained by this management area would be ease of access for local and regional outdoor enthusiasts to a variety of front, middle, and backcountry terrain, diversity within trail system for all skill levels and abilities on non-motorized routes to be used daily by residents, promoting a quiet environment that would enhance the quality of life and

BLM_0155724

health for residents and visitors locally and regionally, and lastly, provide a resource supporting recreation as an economic driver for Delta County.

By designating the entire Jumbo Unit as a SRMA, as outlined in Alternative B, diversification for multi-use opportunities would be possible. These could be delineated by specific Recreation Management Zones (RMZ). Specifically, we suggest expanding RMZ-1 and its proposed characteristics as listed on page J-27 and J-28 in appendix J, to encompass proposed area of RMZ-2. Furthermore, we suggest expanding RMZ-2 and its proposed characteristics to encompass the hatched area as shown on Figure J-4, appendix J.

#4])> 2. <([#5 [27.1] North Delta SRMA - DAMB requests the development of non-motorized singletrack trails in North Delta for mountain biking. Currently cyclists are not considered in the SRMA plan for North Delta. With consideration of our user group, cyclists could access Grand Mesa from Delta city limits on backcountry routes. A mountain bike trail created in this area would
mimic the 'Palisade Plunge' trail being developed in Mesa County, a potential destination trail taking cycling enthusiasts from high altitude of Grand Mesa down through multiple geographic regions to the town of Palisade. This trail concept partially has been adapted from 'The Whole Enchilada' in Moab, UT. This in part has proven to be effective in solidifying Moab as a world-class mountain bike destination.

#5])> 3. <([#6 [27.1] Hotchkiss High School Area ERMA – Recently DAMB has been working with the Nature Connection to create a master plan of trail networks adjacent to the Hotchkiss High
School. This network will include youth oriented bike skill courses and singletrack on Parks and Rec land, and also development of a mountain bike course on Delta County School District property. With BLM property adjoining this location, this would be a great opportunity to expand trail networks to the south, creating a diversified trail network for all types of recreationalists. The Nature Connection plans to give kids and families easy access to mountain bike equipment, for short-term use, to gain experience in a sport that promotes good health, and opportunities of adventure. By developing a fun and exciting trail network on public lands in this area, residents of Delta County will have turn key access to a healthy sport that allows them access to the natural environment, opportunities to improve outdoor knowledge and self-confidence, improve outdoor recreation skills, and gain more understanding of our community's dependence and impact on public lands. DAMB asks that you protect this area for current and future use, with an emphasis on recreation, and designate these lands as an ERMA.

#6])> 4. <([#7 [27.1] Youngs Peak SRMA, Crawford – DAMB members and local residents recognize the great potential for the development of recreational non-motorized trails on Youngs Peak. It has great proximity to the community of Crawford, and its K-6 school where it would provide an optimal environment for kids, families, and residents to enjoy the fresh air and beautiful views of the West Elk Mountains. By designating this area as a SRMA, Delta County residents could quickly access the natural environment by means of a trail network that would have them
engaging with nature within minutes of downtown Crawford. A well-designed trail network would provide an opportunity for this community to attract recreationalists from around the region, thus stimulating the economy by increased use of developed public lands in the area.

#7])> 5. <([#8 [27.1] Elephant Hill/Lone Cabin SRMA - Elephant Hill and Lone Cabin is a great location for the development of a SRMA, with close proximity to the town of Paonia and the Jumbo

BLM_0155725

Mountain trail network. This area would provide citizens with a more remote backcountry experience, and create corridors which would allow access to the high country thru non-motorized
trail networks extending into the National Forest. Being this area is so close to town and adjoining neighborhoods, trails on Elephant Hill and Lone Cabin area would quickly provide local residents the splendor of quiet and solitude of the outdoor environment.
#8])> 6.<([#9 [27.1] Paonia State Park/Paonia Reservoir SRMA- Members of DAMB and the North Fork Trail Advocacy Group (NFTAG) have been considering development of trails in Paonia State
Park to provide a regional attraction and a destination for the mountain bike community. With the cooperation of the Colorado Parks and Wildlife, this area has great potential to provide a high country experience unmatched by any others in Western Colrado at this time. By creating an SRMA in this area, the BLM along with partners of CPW, USFS, DAMB and NFTAG, could tap into territory that is unique and would provide recreational opprotunities that would stand alone in in this region. #9])>
7. <([#10 [27.1] South Oak Mesa ERMA, Hotchkiss – Developing recreational trails on Oak Mesa
would allow the community of Hotchkiss close to town access of trails possessing all skill levels, very similar to what is being built in the Ridgeway Area Trails. This location would be ideal for residents to explore the outdoors, and enjoy the fresh air and beautiful views into the North Fork Valley and beyond.
#10])> 8. <([#11 [27.1] McDonald Mesa ERMA– McDonald Mesa possesses a small amount of existing multi-use trails that could be developed into a much greater mountain bike trail network if designated as an ERMA. This country provides users great access to front, middle and backcountry, with its proximity to Forest Service land. An ERMA would coincide nicely with the proposed
development of SRMA on Youngs Peak just to the south. This area would be developed with the more adventurous mountain biker and trail user in mind, with its diversity of slope aspect and geography.
#11])> 9. <([#12 [27.1] Stevens Gulch ERMA, Paonia–Developing a trail network in Stevens Gulch would greatly benefit the community of Paonia due to its proximity and access to varied natural terrain, and would present an opportunity to use old mining territory as the backbone of recreational trail development reaching into the National Forest.
#12])>
As trail advocacy groups, DAMB, NFTAG, and COPMOBA would greatly value the opportunity to work with the BLM in making these designations a reality. We feel that if the correct measures are taken in developing these proposed recreational areas, great benefits would be established for all the communities involved, and reach beyond the boundaries of the Uncompaghre Field Office Management Area.


Thank you for consideration of our comment,
Jason Love
President, Delta Area Mountain Bikers
Sven Edstrom
COPMOBA Board Member
DAMB Committee Member

Scott Winans
President, Colorado Plateau Mountain Bike Trails Association


000349_GannettA_20161031  Organization: Holy Terror Farm, Alison Gannett
Received: 10/31/2016 12:00:00 AM
Commenter1: Alison Gannett - Paonia, Colorado 81428 (United States)
Organization1:Holy Terror Farm
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000349_GannettA_20161031.htm  (000349_GannettA_20161031-385622.htm  Size = 7 KB)
Submission Text
10/31/2016  DEPARTMENT OF THE INTERIOR Mail - RMP and farm values
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&search=inbox&th=15
81cc5bda507815&siml=1581cc5bda507815  1/2
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
RMP and farm values
1 message
alison gannett <alisongannett@mac.com>  Mon, Oct 31, 2016 at 4:04 PM
To: uformp@blm.gov
Cc: Alex Johnson <director@theconservationcenter.org>,  Natasha Leger
<natasha@citizensforahealthycommunity.org>

RMP letter,
To whom it may concern:
We moved to the North Fork Valley to grow and raise all our own food in 2010. We sold everything we had to purchase
our ideal farm - with senior water rights springing from the BLM lands (Terror Creek), ancient alluvial soil rich for growing
animals fed on all grass, vegetables, fruits, nuts, etc. We make all our own soaps, render our own fats, turn hides into
clothing, grind bones and blood with weeds to make our own compost, use solar power and wood power to do all our
cooking and preserving, etc.

We are not hippies, we are two successful business folks that have chosen to go back to the life of our grandparents. I
was diagnosed with a malignant terminal brain tumor that I got from drinking water laden with cadmium from mining
around Crested Butte. We chose to leave that toxic water, sell our stressful jobs, and put all our eggs into our paonia

farm. I have used this low stress life, our clean water from Terror Creek (tested bi-annually), growing and raising all our
own food to conquer my cancer. I am living the second life of my dreams.
Both of our life savings is invested in our Paonia farm. We have no other retirement funds - no 401k, no stocks/bonds,
etc. I worry every moment of the day our water will become poisoned like our friends in Silt and Rifle. Their farms now
have no value - they are surrounded by wells. Their animals have convulsions, birth defects, rashes. They themselves
now have new chronic health issues - and their blood shows the exact VOC's that are detected by air testing stations
(TEDx.org studies near gas well sites there). They have liver toxicity, rashes, hives, breathing difficulties, nosebleeds,
headaches, nausea, stomach pains, etc. All of these symptoms disappear when they leave to visit other places. While
they can afford to buy water for their drinking needs, they cannot afford water for their showers. Nor can they afford to buy
water for irrigation for food crops or pastures for animals. Nor can they afford to buy drinking water for their animals. One
friend was finally so sick, yet she could not sell her beautiful farm. She put it on the market for 1/4 the price she
purchased it for, yet no one wanted to buy it. She was finally so sick from the air and water that she left everything behind
and moved in with her parents.

Each day, I think, what if this happened to us? We have our entire life invested in our farm. We would lose everything if
this happened to us. We would leave penniless if one spill poisoned our farm's water from Terror Creek. Our water
headgate is on the BLM land proposed for Drilling by the preferred alternative. Or, I think, what happens if the air is
poisoned and my cancer comes back from the VOC's?
Only the North Fork Alternative B1 would remove Terror Creek BLM lands from the potential for drilling. It is the only plan
besides a moratorium on drilling until more science is known, that we support. The fact that Terror Creek is even on the
table for future leasing is crazy - have you hiked up there? the slopes are all above 30 degrees in steepness, landslides
happen weekly, bald eagles nest there, massive herds of elk graze in winter, springs abound, and I could go on and on.
We hunt animals up Terror Creek. We are not the only ones that depend on Terror Creek - beyond the wildlife, there are
hundreds of other farms that use the Terror Ditch to irrigate their vineyards, farms, animals, etc. Several friends depend
on the Terror Ditch for their drinking water, as many do not have drinking water taps or wells.
There is currently no possible way you can insure that our water, air or soil will never be affected

by a spill. Nor can you
ensure that the cumulative effects of drilling and deep injection currently in the Muddy Creek area will not affect the
Paonia Reservoir or the Fire Mountain Canal. We not only get our irrigation, animal and human water from Terror Creek,
but also Fire Mountain Ditch. This ditch supplies thousands of shares of water to farms, spread along its 43 mile length.
What scares me most is that a spill will happen and we are not required to be notified.
Currently, if a spill should occur, of lets say wastewater with radium and benzene (just examples), and that gets into my
drinking water or irrigation water, there are no safety nets to either notify us to stop using that water. I would irrigate as
normal, harvest foods, lets say some spinach, and send it with FarmRunners.com to the local restaurants in Aspen,
Carbondale, Crested Butte, etc. Rich tourists would then eat those greens and sue me for poisoning, of which was
unknown to me. Until you solve this issue, there should be a moratorium on the RMP and leasing.
I live next to the Bowie coal mine. I can log onto the internet and monitor my water at any moment. I feel safe that it is
regulated by a third party source. I feel safe that it is tested all the time. This is not the case with fluid minerals.
Why are we talking about energy security and not food security? We can find many sources of energy. If I lose my clean
water or air or soil, I lose everything. I cannot magically switch farms to one without a spill. Water is irreplaceable and
food should be also. I can't switch my grocery store to get clean spinach, as I don't go to the grocery store. We grow and
raise everything to live on, except for salt. If that is gone, our lives and our businesses are gone. as are our life savings.
Support a moratorium or the North Fork Alternative B1, thank you. These are our public lands and should not be used to
export liquified natural gas to foreign lands. We should save this gas for future generations and safe extraction.

Alison Gannett
Holy Terror Farm
42485 Highway 133
Paonia, CO 81428


000350_GulickS_20161031 Organization: Steve Gulick
Received: 10/31/2016 12:00:00 AM
Commenter1: Steve Gulick - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive

BLM_0155729

Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000350_GulickS_20161031.htm  (000350_GulickS_20161031-385642.htm  Size = 25 KB)
Submission Text
RMP Comment Letter from Stephen Gulick
1 message
Stephen Gulick  <sgulick1@yahoo.com>  Mon, Oct 31, 2016 at 3:18 PM
Reply-To: Stephen Gulick  <sgulick1@yahoo.com>
To: "uformp@blm.gov"  <uformp@blm.gov>

I have attached my comments on the draft BLM Resource Management Plan as a WordPad document, and also copied the text below. Thank you, Stephen Gulick.
To: BLM, Uncompahgre Field Office, 2465 S. Townsend Ave., Montrose, CO 81401
From: Stephen Gulick, 449 Vista Drive, Paonia CO 81541
Re: Draft Resource Management Plan for the Uncompahgre Field Office
Date: October 30, 2016

Dear BLM-UFO Staff & RMP comment response personnel:
Thanks for taking the time to review my comments on the revised RMP, I know it is a demanding
task for the BLM to balance so many interests in a region much more densely and diversely populated than when the previous version was written several decades ago. As a resident of Paonia in the North Fork Valley, I have three primary concerns.
First, I hope you will adopt Alternative B1, the North Fork Alternative, into the final RMP version, because it increases setbacks related to oil and gas operations in a way that reduces risks and protects human health and safety.

Second, I think it important to give the following areas enhanced protection: Jumbo Mountain and its surrounding area has an amazing system of trails and receives intense use from hikers, joggers, and bikers year-around; Stevens Gulch is used by my family for snowshoeing in winter and mushrooming in summer; and Robidoux Canyon is an out-of-the-way gem where I hiked last week. All are worthy of Special Recreation Management Area status.

Third, there should be absolutely no development on any areas in the vicinity of any municipal water sources in the valley. The water sources for Paonia include various springs on the north slope of Lamborn Mountain which demand careful protection.
Let me explain why I think such protections are important. I moved to Paonia with my family ten years ago. We were attracted to the area by the views, the hiking trails, the small town atmosphere, and the fact that the valley seemed unaffected by the blight and pollution we witnessed on the north side of Grand Mesa. We purchased land in Creek Vista Crossing HOA in Paonia and built our dream house there. We chose this location in part because it was close to the

hiking trails on Jumbo Mountain, because the HOA covenants espoused green construction and energy efficiency, and because so many farms and gardens in the area espoused organic methods.

BLM lands affect us in many ways. We get our drinking water from the Paonia municipal water system whose source springs lie on BLM property. The irrigation water we use to irrigate our orchard and gardens comes from Stewart Ditch, which runs in places adjacent to BLM land, and which collects runoff from BLM land in places. We hike the BLM trails frequently, particularly the
nearby ones on Jumbo Mountain. Most of the people I know make use of these trails, ditches, and
water supplies regularly. We hope the BLM will give careful consideration as to how the RMP protects these and other critical resources of our community from unwarranted development.
<([#1 30.3] The North Fork has long been known for its scenery and its recreational opportunities, and tourism is booming. The valley is also developing a national reputation for its organic agriculture, for its leadership in solar energy (Solar Energy International is headquartered in Paonia), and now for its revolutionary high speed fiber optic communications. All of these have made the North Fork a magnet for progressive and high-tech companies. Note that the Hive in Paonia provides office space for new, small, and transitional businesses. Unfortunately, the cultural values of high-tech and fossil fuel development tend to be in severe opposition, and it would not take long for a North Fork full of drill rigs and tankers to lose its charm and allure.

Ranching and agriculture are key to the North Fork economy. Organically grown fruit, vegetables
and livestock have provided the North Fork with an enviable reputation for quality organic produce.

Such a reputation is highly fragile; the intrusion of oil and gas operations into the area could tarnish that reputation even if they were at some distance from the nearest organic farm. And any petrochemical spills in the North Fork area could have drastic impact if they got publicized. Even if
the organic produce itself was not affected, public trust would be eroded. #1])>

I do not object to all forms of extractive industry. I support the continuation of coal mining in the valley, which has been handled thus far in a responsible manner by the coal industry and with minimal environmental impact locally - although I do think that methane capture should be required
or at least incentivized where practicable, in light of the extreme threat of global warming as acknowledged by our military and scientific leadership.

However, local gas and oil development is an issue of far greater concern to me than coal. It is frought with understated risk, danger, and uncertainty due to potential leaks, spills, pollution, and contamination of all sorts - and those are not the only problems. It has been reported that 2 to 8 million gallons of water may be used to frack a well, sometimes even more. Where does that water
come from? Presumably under-utilized water rights will be purchased, and that will impact local rivers or groundwater, which are already overtaxed. Minnesota Creek flows by our home - that's another reason we purchased land here - and upstream drilling could well reduce flow. A well may
be fracked multiple times, with each frack increasing the chances of chemical leakage into the

soil
and local water sources such as Minnesota Creek.
<([#2 [30.3] In addition, oil and gas development would result vastly increased highway traffic
in the North Fork. A 2014 report by AP found that fracking requires 2,300 to 4,000 truck trips
per well to deliver fracking fluids. The increased truck traffic causes more accidents, and census
data in six American drilling states shows that traffic deaths have more than quadrupled since
2004 in some fracking regions. Drilling near Paonia would necessitate such traffic to pass
through the town center, passing a couple blocks from my home. It would ruin the serene
character of the town for the worse - in fact, we moved to Paonia in part because the main
highway (133)bypassed it completely.
#2])> Although it seems inappropriate and unnecessary to allow any oil and gas development in
the
North Fork Valley, there is not a "no leasing" option for the RMP. Of the alternative plans
provided
for the RMP, it is clear that Alternative B1, the North Fork Alternative, is the most
community-friendly
option relating to energy development in the North Fork region.
The Gas and oil development may be considered by some to be a national priority, but there is no
pressing need to allow anywhere near population centers - that would be putting communities
unnecessarily at risk (I will list some of my specific concerns below). Lest my opinion be
dismissed
as "not in my backyard" rhetoric, let me say that while my comments are directed at the valley I
know best, they apply to gas and oil development nationwide, and I believe they are supported
equally by scientific research and common sense. Here are some reasons I think we should at
least increase the setback distances for oil and gas operations, as proposed in Alternative B1, or
keep them away from our towns and cities altogether:
In 2014, there were over seven hundred gas and oil spills in Colorado according to the
Denver Post. That's almost two a day. I have heard government employees in the past
denying there is any significant risk from spills. The evidence suggests otherwise. The quality
of our air, our water, and our groundwater are all threatened.
The closer drilling is to a community, the higher the health risk resulting pollution, traffic
accidents, and other causes, as documented in recent scientific studies. It is becoming clear that
hydraulic fracturing can have significant local geological consequences in the form of
earthquakes, as evidenced by the highly unusual incidence of earthquakes in Oklahoma and
elsewhere in recent years. This is reason enough to keep drilling operations well away from
population centers, water sources, and structures like dams that could cause great destruction if
they were to fail. Our home and others like it in Paonia and along Minnesota Creek would be at
risk if ever Minnesota Dam or Beaver Dam in the upper Minnesota Creek watershed were to be
compromised.
We don't know exactly what hazardous materials are contained in drilling and fracking fluids
because the energy industry is not required to list trade secret materials, having been
exempted from the Safe Water Drinking Act. Such materials would be transported through
and stored near our population centers, and we don't know what they are.
Colorado does not have enough oil and gas inspectors in the field (reportedly 1670 wells per
inspector) to enforce regulations efficiently, or ensure the safety of drilling operations, as
reported in the Denver Post and elsewhere.

VOC emissions from fracking operations, storage ponds and tanks, and gas distribution lines are largely unknown. They have been under-researched and greatly underreported according to various reports, and could pose a far greater risk than is commonly understood. Natural gas has been promoted as a cleaner alternative to coal, but a recent study showed that when life-cycle impacts are considered, fracked gas is actually no better than coal. Based on the latest science, we should rethink our reliance on natural gas as a bridge fuel. Around 80% of remaining fossil fuels will have to be left in the ground, unexploited, if we are to avert catastrophic climate change, according to the IPCC and confirmed by a recent article in the journal Nature. To accomplish this, we need to ramp up conversion to renewable fuel sources; our Governor agrees that natural gas is just a temporary bridge fuel that needs to be phased out ASAP. That being so, we don't to authorize extraction in a way that poses significant risks to the environment, to human health, or to the well-being of our communities. There is no reason to push oil and gas development to the doorsteps of our homes, our schools, or our hospitals, and there is no reason to permit it anywhere near our water supplies.

I have heard it whispered that the BLM does not dare to incorporate Alternative B1, the North Fork Alternative, into the RMP because it would set a precedent that other communities might wish to follow. However, a greater risk to the BLM could come from ignoring reasonable community efforts to ameliorate the negative impacts of oil and gas development. If the BLM is seen as being too close to industry, that has its own consequences.

Of paramount importance to me and my family is that future development be in keeping with the unique character of the North Fork Valley. Conserving the scenic beauty of valley vistas, preserving the health and safety of residents, protecting the livelihoods that sustain us - these should be high priorities of the BLM. Let us hope that the new RMP protects our natural and human assets accordingly.

In my ten years of living in the North Fork Valley, I have yet to hear a resident speak up in favor of
oil and gas development here. Please incorporate Alternative B1, the North Fork Alternative, into the final version of the RMP, establish Jumbo Mountain as a special recreation management area (along with the other areas mentioned above), and keep oil and gas development as far away as possible from population centers, agricultural zones, and sensitive resources.

Thanks for taking my views into consideration.
Stephen Gulick
449 Vista Drive, Paonia, CO 81428; 970-527-5794
P.S. I would be happy to provide documentation on any of my assertions, on request.
RMP Comments of S Gulick.rtf
13K


000351_ZieglerC_20161031 Organization: Cynthia Ziegler
Received: 10/31/2016 12:00:00 AM
Commenter1: Cynthia Ziegler - Paonia, Colorado (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive

BLM_0155733

Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000351_ZieglerC_20161031.htm (000351_ZieglerC_20161031-385643.htm Size = 2 KB)
Submission Text
10/31/2016 DEPARTMENT OF THE INTERIOR Mail - RMP comment letter
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=1581b078451f85cc&siml=1… 1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
RMP comment letter
1 message
cynthia ziegler <cynazie@yahoo.com> Mon, Oct 31, 2016 at 7:55 AM
Reply-To: cynthia ziegler <cynazie@yahoo.com>
To: "uformp@blm.gov" <uformp@blm.gov>
BLM comment letter 10:30:16.docx
90K

To the Bureau of Land Management
Comment letter regarding the Uncompahgre Resource Management Draft Proposal

I have submitted a previous comment letter, however, I would like to add another comment. I feel the need to stress my concern about wildlife in the region of the proposal. We know that wildlife needs contiguous habitat to flourish, and that there is very little of that left. The BLM's preferred alternative would only increase fragmentation in the region. I understand that the Dept. of Wildlife is considering offering more licenses for bear and mountain lion hunting so as to help increase the population of elk and deer. Our area is becoming more and more popular to hunters, and they want to make sure there is plenty of game for them. Doesn't it make a lot more sense to protect their habitat, to make sure there are plenty of corridors connecting their habitat, than to kill off the bear and the mountain lions? Again, I urge you to adopt Option B (and B1) for the new Management Plan. We need to protect wildlife as the precious resource that it is, not continue to interfere and mess with it's delicate balance!
The other concern I want to address is climate change. The RMP barely touches on this important issue. It acknowledges the problem but does not a have plan of action for dealing with it. Promoting the leasing of public lands for extractive industries is in opposition to our country's stated commitment to reducing greenhouse gas emissions.
Thank you for reading and considering my comments.

Cynthia Ziegler
17462 Farmers Mine Rd.

Paonia, Co.

000353_SchwietermanN_20161030  Organization: Neal Schwieterman
Received: 10/30/2016  12:00:00  AM
Commenter1: Neal Schwieterman - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000353_SchwietermanN_20161030.htm (000353_SchwietermanN_20161030-385644.htm  Size = 2 KB)
Submission Text
10/30/2016  DEPARTMENT OF THE INTERIOR Mail - RMP Comment
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=15817b8a51838f39&siml=1...  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
RMP Comment
1 message
mambomamba@paonia.com  <mambomamba@paonia.com>  Sun, Oct 30, 2016 at 4:31 PM
To: uformp@blm.gov
Dear Sir or Mam,
<([#1 [3] I am a pilot who flies into back country air strips.
Might I suggest that in the RMP that all references to landing strips be addressed with the same nomenclature.
Vol 1 page 2-303 to 2-304 line 479 says...(617,240 acres and including landing strips)...
Vol 1 page 2-306 line says ...and aircraft to existing routes and backcountry air strips,...
Appendices M-2, M-7 and M-9 also mention landing strips
I would suggest the term "Backcountry landing strips" be used universally through out the document. #1])>
Thank you for your time and efforts,
Neal Schwieterman
PO Box 1124
Paonia, CO 81428
Neal Schwieterman
mambomamba=Giant Poisonous African Snake Dance

000354_BrownS_20161031  Organization: Samuel Brown
Received: 10/31/2016  12:00:00  AM
Commenter1: Samuel Brown - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive

Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000354_BrownS_20161031.htm  (000354_BrownS_20161031-385645.htm  Size =
3 KB)
Submission  Text
11/1/2016  DEPARTMENT OF THE INTERIOR Mail - RMP Comments
https://mail. google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS

%20comment&search=cat&th=1581c4e0bea40fdd&siml=1581c4e0...  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
RMP Comments
1 message
IntiSolarTds <intisolar@tds.net>  Mon, Oct 31, 2016 at 1:53 PM
To: BLM Comment <uformp@blm.gov>

Dear BLM,
I am a ceramic artist and live outside Paonia on Lamborn Mesa. I sell my pottery in Paonia and
at many other
locations in Colorado at art shows. When I tell people that I live in Paonia they almost always
say "It is pretty
there." So I want to ask you not to spoil the view shed that is what attracts tourist to the North
Fork area.
It is imperative  that if you have to drill  for gas in the North Fork please choose alternative B1,
the Conservation
Alternative and on top of that the North Fork Alternative Please. Our economy has changed from
coal mines to
an Agro tourist, wineries organic farms, outdoor recreation mountain biking,  hunting.  We don't
have any industry and rely on a clean beautiful  environment  and water for our economy to
survive. The No Surface
Occupancy in Alternative B1 is important  in maintaining  the beauty of our valley. These drilling
companies can directionally  drill  many well from one pad strategically  placed.

The multiple  use philosophy  needs to take into account competing  uses on and around the public
lands. So please consider our economy and how very important  they are to our economy. So
please do not lease 90% of the land around our valley. if you have to lease lands make sure you
follow the North Fork Alternative and The
Conservation  Alternative B1.
At one of the public  meetings I asked why drilling  companies do not use tracers in their fracking
chemicals to
know what company it came from. I got the lame answer "We don't require  tracers to be used to
identify
companies unless there is a problem." Well, that is the whole point. They should be required to
tracers so

BLM_0155736

problems could be traced to a specific company. The companies are in denial and say they never pollute water
and that is an outright lie.
We will get very little benefit from drilling but have at risk our environment and economy.

Respectfully Submitted,
Samuel Brown
41342 O Road
Paonia CO 81428


000355_SwackhamerP_20161031  Organization: Phyllis Swackhamer
Received: 12/1/2016 10:11:56 AM
Commenter1: Phyllis Swackhamer - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000355_SwackhamerP_20161031.htm (000355_SwackhamerP_20161031-385697.htm Size = 6 KB)
Submission Text
10/31/2016 DEPARTMENT OF THE INTERIOR Mail - RMP comments
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=1581c93d628e6e87&siml=... 1/2
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
RMP comments
1 message
Phyllis Swackhamer <pslyons@tds.net> Mon, Oct 31, 2016 at 3:08 PM
To: uformp@blm.gov, tpfifer@blm.gov, jmeyer@blm.gov, rwelch@blm.gov, director <director@blm.gov>
Cc: paonia@townofpaonia.com, kerry donovan senate <kerry.donovan.senate@state.co.us>, millie.hamner.house@state.co.us
To: Teresa Pfiffer, Joseph Meyer, Ruth Welch, Neil Kornze
CC: Town of Paonia, Town of Hotchkiss, Senator Kerry Donovan, Representative Millie Hamner,
Senator Michael Bennet, Senator Gardner, Rep. Tipton, Gov. Hickenlooper
RE. UFO draft RMP comments
Dear BLM Staff and Elected Officials
<([#1 [37.3] [18.3] I do not know how extensive the BLM does its own or investigates other hydrology reports in the UFO area, but this report to the Delta County Board of County Commissioners three years ago on the groundwater systems of the North Fork Valley and Terraces area (http://www.heath-hydrology.com/DeltaCounty_GWGIS_2013_NorthForkValley_Report.pdf) should be alarming to anyone

who lives in this area. And it should signal that fracking in this area is not safe for our water. Some conclusions are:

"The hydrology of a natural groundwater hydrologic system may be altered by the construction and

operation of proposed oil and gas wells. During drilling and fracking, the oil and gas operations may behave like a connection mechanism between the deep and shallow aquifers, mixing water of

various chemistries from various bedrock and shallow aquifers. Depending on management strategies for produced water disposal and use, groundwater levels in the shallow unconsolidated systems may be altered with respect to the amount, velocity, storage, and direction of the local groundwater system and related regional groundwater levels and discharges. Changes to the natural groundwater system will likely have ecological, geohydrological, and, potentially, legal consequences. The effects of water disposal after fracking and oil and gas well development are not

discussed in this report as relevant information on the planned oil and gas development and operations is not available at this time. These management strategies and their effects on the shallow and bedrock aquifer subsystems should be evaluated in more detail.

....the potential for groundwater discharge from the deeper bedrock to the shallow aquifers in the Valley Bottom subsystems in the North Fork River Valley, and in the Minnesota, German, Bell, McDonald, and Cottonwood Creek drainages, due to hydrostructures, may be affected by fracking

or other oil and gas drilling activities (Figures 19, 20, 22, 23 and 29), which could affect the water

supply and water quality. In addition, significant amounts of shallow aquifer water quality may be

affected by the surface water runoff and groundwater recharge affected by drill site activities and water disposal (Figures 19, 20, 22, 23 and 29)."

I am a resident of the North Fork Valley who is dependent on the clean water we now have access to for drinking and irrigation. Given this hydrological situation, it appears that our water sources can NOT be guaranteed to remain safe if drilling for oil and gas takes place on a large scale in this area. This is a strong argument for adopting a no-lease option by the BLM in areas that could affect the water of the North Fork Valley. I hope you will support this option if you want to support the future of agriculture and the health of this Valley. #1])>

I would also like to comment on the unstable geology of this area. A recent confirmation of that is the recent rock slide on Hwy. 133.

I am sending this as a reminder of the documented unsuitability of this road and this unstable area for any kind of drilling, fracking,

and transport of hazardous materials. In this latest incident, according to CDOT spokeswoman Tracy Trulove the largest rock to fall

was about 12 feet tall and 25 feet wide, big enough to cover both lanes and to move the barrier. The stretch of Highway 133 in the

area of Paonia Reservoir "is notorious for pretty bad rockfall," Trulove said. CDOT recently completed a rockfall mitigation project

farther south on Highway 133, in the area of the reservoir dam.

We were fortunate that no one was injured or killed in this incident---one of numerous road closures. If a fracking truck had been

thrown into the Paonia Reservoir because of such an incident, the irrigation water for much of our Valley
would have been polluted. Also a week ago in Rifle, CO. and oil and gas truck went out of control and crashed in a nearby creek
which supplies drinking water for some in the area. Again, this accident did not result in a major spill, but
if it was the wrong kind of truck, it could have been a disaster for the area.
Thank you for this opportunity to comment. I will send another letter regarding other issues in the RMP, but these 2 issues just
came up and seem pertinent and important to this current draft.

October 31,2016
Phyllis Swackhamer
Paonia, Co 81428
pslyons@tds.net
970.527.4034


000356_AdamK_20161031 Organization: Nate Adam
Received: 10/31/2016 12:00:00 AM
Commenter1: Nate Adam - Crawford, Colorado 81415 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 000356_AdamK_20161031.htm (000356_AdamK_20161031-385825.htm Size = 6 KB)
Submission Text
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
RMP Comments
1 message
Kim Adam <kimadam81807@gmail.com> Mon, Oct 31, 2016 at 9:24 PM

To: UFORMP@blm.gov
Thank you for taking the time to read our comments on the proposal.
Nate and Kim Adam
Members of Adam Ranch LLC
DCLABLMRMPUFOComment.docx
21K
Adam Ranch LLC
Nate and Kim Adam
6648 Crawford Rd
Crawford, CO 81415

October 31, 2016
RMP Project Manager
2465 South Townsend Avenue
Montrose, CO 81401
UFORMP@blm.gov

RE: Resource Management Plan Comments

Project Manager,

We appreciate the opportunity to submit comments on the Uncompahgre Field Office's (UFO) Draft Resource Management Plan (RMP) Revision and Environmental Impact Statement. We continue to support full multiple use opportunities balanced against the positive and negative impacts and the protection of private property rights within the UFO area.

As discussed in the changes below, Alternative C preserves a greater amount of multiple use and protection of private party rights within the plan. Alternative C also provides a greater separation between broad requirements and site specific issues that should only be addressed during the review of proposed site specific activities. Alternative C, therefore, allows for greater flexibility for the public and the BLM to address and regulate those sight specific requirements through various and current permitting processes.

The few portions of Alternative C that we believe should be changed or removed are noted below and identified by the page and corresponding line number in Table 2.2 (Description of Alternatives) in Chapter 2 of the proposed RMP.

<([#1 [3] [16.1] Special Status Terrestrial Wild Life
o Page 2-95, Line 152, designate defined habitats as species occupied habitats. Without that specific notation, non-occupied habitats could become un-necessarily extensive and restrictive.

#1])> o <([#2 [3] [15.2] Page 2-102-105, Line 161-167, Gunnison Sage Grouse. Need to write language that allows for range improvements. When Alternative C says no permanent structures, that includes range improvements. Some range improvements provide benefits to the species that inhabit the area. #2])>

<([#3 [3] Land Health
o Page 2-25, Line 24, Given the lower precipitation rate over the entire UFO resource area, it is more realistic to manage for upward trend for land health

#3])> o <([#4 [3] Page 2-27, Line 26, add recreational activities to the list of actions that can cause land health problems #4])>

o <([#5 [23.1] [3] Page 2-164, Line 295, maintain the ability to increase AUMs when the resource reflects improved carrying capacity over the long term. #5])>

o <([#6 [23.1] [3] Page 2-165, Line 297, before acreage is removed for AUM on ACEC, write language in to change management of livestock use. Increase the flexibility of management at the range level.

#6])> o <([#7 [3] [23.1] Page 2-166, Line 299, define that trailing livestock is not the same as gathering and moving livestock from pasture to pasture.

#7])> o <([#8 [3] [23.1] Page 2-169, Line 303, add Colorado Resource Monitoring Initiative to the list of plans to base decisions on. In addition, include the MOU with CCA,

BLM_0155740

CWGA, BLM, Department of Ag. #8])>
o <([#9 [23.1] [3] Page 2-167, Line 300, no mention of using livestock as tool for vegetation treatments. Targeted grazing is an economical, viable tool and has been extensively researched to benefit sage grouse and big game habitat. In addition, targeted livestock grazing has been successfully used to extend the life of mechanical vegetation treatments on oak brush and other shrubs.
#9])> o <([#10 [23.1] [3] Page 2-167, Line 301, No permits or allotments should be closed.
#10])> o <([#11 [3] Page 2-172, Line 306, Major ecological damage does not equate to maintaining range improvements. These improvements are ecologically beneficial to numerous species that inhabit the areas the improvements are located.
#11])> o <([#12 [3] Page 2-172, Line 307, Alternative C is more feasible and allows for the sustainability of multi-generational use of working landscapes
#12])> o <([#13 [30.3] Data indicates that grazing, as a land use in the UFO, is not strictly for traditional and cultual importance; it contributes to the overall economic well-being of Delta County. This is a more accurate way to reflect livestock grazing in the RMP.
#13])> o <([#14 [30.3] IMPLAN calculates economic impact based on forage used in the UFO; however, additional analysis needs to include the value of the livestock for the entire year. Livestock grazing within the UFO fills a critical winter and spring niche that is vital to the overall economic health of the livestock industry and thus Delta County. If livestock grazing is reduced within the UFO, operating costs increase for livestock operators and thus increases the likelihood of producers scaling back and reducing their numbers.
#14])> Other Comments
o <([#15 [15.4] [3] Please include language that addresses the issue of predation on endangered species prior to AUM decreases.
#15])> o <([#16 [30.3] All economic impacts need to be taken into consideration before classifying an area as SRMA, EMRA or Wilderness.
#16])> o Keep in mind that any methane development requires an Oil or Gas lease.
Sincerely,
Nate and Kim Adam
Members of Adam Ranch LLC


000357_CaskeyC_20161031 Organization: Christopher Caskey
Received: 10/31/2016 12:00:00 AM
Commenter1: Christopher Caskey - Golden, Colorado 80401 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique

Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000357_CaskeyC_20161031.htm (000357_CaskeyC_20161031-385826.htm  Size = 5 KB)
Submission  Text
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
RMP Comments
1 message
Christopher  Caskey <ccaskey@mines.edu> Mon, Oct 31, 2016 at 2:36 PM
To: "uformp@blm.gov"  <uformp@blm.gov>
UFO Staff,
Happy Halloween!
Thanks for considering  public input to the Resource Management Plan. Please see attached.
Cheers,
Christopher  Caskey
BLM UFO RMP Letter Caskey.pdf
278K
Christopher  M. Caskey
830 23rd St
Golden,  CO 80401


Dear Bureau of Land Management Uncompahgre  Field  Office,
Thank you for drafting the Resource Management Plan and for considering  the input of the people. Your
work is crucial to the functioning  of our republic.  America.
I grew up on the Colorado  Plateau and currently  live  in Colorado's  Front Range. I have recreated on
Uncompahgre  lands for over a decade, and I hope to move myself and my business to the North Fork
Valley in the near future. In fact, by the time you read this I may have purchased a home in Paonia,
perhaps drawing water from Minnesota Ditch. I want to take this opportunity  to explain what attracts
me to this part of the Western Slope and how I would like  to see its future shaped.
The Uncompahgre  region has built  a diverse economy that includes  farming,  ranching,  extraction, and
recreation. The resulting  mix of people makes a vibrant, attractive community.  This community is built
on the land, and the continued  health of the community  rests on the health and conservation  of the
land. I have and will  continue to enjoy  the local produce, wine, and meat. The landscape itself is a
tremendous  draw. The views, air, water, and wildlife  are all enormous assets. As someone who has lived
in several large cities, I can say that the wilderness,  open space, and working (but unspoiled) landscapes

are what will draw people here in the future. These people are like me: eager to participate in the community and add vitality to the economy. Minnesota Creek is a beautiful place to run. It should be
conserved.
Some specific comments: Appendix O, Areas of Critical Environmental Concern is good. I appreciate your
analysis. <([#1 [11.3] In Section 4-37, Greenhouse Gasses and Climate Change, I found your analysis lacking urgency. The RMP states, "Existing climate prediction models are global or continental in scale; therefore, they are not appropriate to estimate potential impacts of climate change on the planning area." This is false.
Many regional predictions are available and the consensus is warmer and drier in the Colorado River basin. See for example "Effects of Climate Change and Land Use on Water Resources in the Upper Colorado River Basin" published by the USGS in 2011. The RMP further states, "Potential impacts on climate change are influenced by greenhouse gas emission sources from around the globe and it is not possible to distinguish the impacts on global climate change from greenhouse gas emissions originating from the planning area." While this is true, it is misleading. Every gallon of gasoline burned adds 400 gallons of ice melt to the oceans. See "Carbon choices determine US cities committed to futures below sea level" PNAS 2015. The fact that we cannot measure which greenhouse gasses causes what ice to melt is immaterial. We have a responsibility as Americans to lead by example and rigorously evaluate our emissions.
#1])> I am a scientist, and science clearly shows that industrial emissions of carbon dioxide and methane are
changing our climate. For Colorado, climate change is change for the worse: We depend on summer
snowpack keeping our streams full and mild temperatures for our crops and livestock. We depend on
cold winters to kill pine and spruce beetles and to keep our ski areas snowy. The aggregate effect of
public resource extraction in the United States has been to measurably warm the planet. As a result, I
believe any publicly-owned fossil fuel resource should be scrutinized heavily prior to leasing, and that
many leasable areas should be put off-limits permanently. Areas that should be off-limits permanently
include land with wilderness characteristics and anywhere where citizens depend on the surface water
or ground water.
For all of these reasons, I support the proposed actions in the North Fork Alternative (B1). Please include
these in your final plan.
Best Regards,
Christopher M. Caskey, PhD


000358_StrattonB_20161029 Organization: Brian Stratton
Received: 12/1/2016 10:37:12 AM
Commenter1: Brian Stratton - ,

BLM_0155743

Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000358_StrattonB_20161029.htm (000358_StrattonB_20161029-385827.htm Size = 5 KB)
Submission Text
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Rmp evaluation North Fork Valley
1 message
brian stratton <briancstratton@gmail.com>  Sat, Oct 29, 2016 at 12:00 PM
To: Uformp@blm.gov
To whom it may concern,
I am writing in regards to the future of the North fork valley and the leasing of our public lands to oil and gas hydraulic fracturing.
The areas included in the preferred alternative D of the north for valley leases threaten the economic future of our citizens and put a heavy burden upon our counties infrastructure.
The North Fork Valley is home to those seeking alternative methods of agricultural production and relationship to the earths resources. The area has one of the highest rates of organic farms per capita than anywhere else in the country and is home to fruit growers, winemakers, and produce farmers whose organically grown desirable products are sought out and enjoyed across the state.
The combination of clean abundant water, and ancient seabeds at an altitude able to sustain a long agricultural production seasons makes this area extremely unique and petitions protection. This combination of resources and the high volume of hundreds of varieties produce has created a desirable reputation. The economic future of these producers are completely dependent on this. People from across the nation come to visit this area not only is beauty but to indulge in what the valley can provide. These visitors bring a significant much needed income to the population, an income that paints a sustainable future for the North Fork Valley.
What will happen to this influx when there are gas wells lining the roadsides? what will happen to produce sales when this area is know as "Frack Valley?" I was at a restaurant in Carbondale last week at they had "Paonia grown melons" on the menu. When the image of an abundant "garden of eden" or "Napa valley of colorado" that has taken decades to manifest is suddenly replaced by that of big oil, the economic futures of these sustainable products are meagre. There will be no more advertisements or pride in procuring such foods, people will hear the name "Paonia peaches" and an image of oil and gas wells will fill their mind. These wells will literally "suck" the magic and reputation right out of our economy.
Another issue to seriously consider is our counties infrastructure and resources. Each well demands an average 10 million gallons of our water, water that will be pumped into the earth never to be seen or used again. The water that is the life blood of not only our community but that of the millions who rely upon products being provided for them. Useable water is not infinite. We are blessed with this resource and it will not always be this way. you only need look

to California to see the how precious and finite this abundance is. One marginal season and our irrigable days are limited sometimes to that of just 3 weeks on Fruitland Mesa. We do not have the buffer to support such a demanding industry. We must protect and naturally recycle this resource, we must continue to let it flow freely into its natural systems so that is can continue to move about the earth, continue to rain. When it is sequestered into shale layers we will never see it again.

Another issue is the trucks. The thousands of fleet, transport, and personal vehicles that will be tearing up our road systems for the next 20 years. If there is not a local source of water it has to be trucked in. This means a nonstop flow of heavily loaded, heavily polluting Haulers driving day in and out through our towns, through our orchards. And for all this the county receives no restitution, nothing to offset this heavy use. Our roads will be destroyed and we, a county with limited resources to begin with, will be left to foot the bill. It is not fair, or appreciated.

I am 31 years old and moved to the area to farm organically on Fruitland mesa. I think i represent a good percentage of my generation. We see what is happening in this world and are drawn to support sustainable practices. Organic food production in the US was a 35 billion dollar industry in 2014 and growing every year. I am asking you to please support what little we have to work with in our county. The leasing of our surrounding lands to oil and gas, an industry that is fickle and unpredictable in global markets, will not provide any substantial job creation and will replace what little sustainable ways of life that the citizens of this county have been cultivating for the last 30 years. In essence the industry will take much from us and literally provide nothing but debt.

Please consider
Please think of us
Thank you
Brian Stratton


000359_Pruett_20161027  Organization:  Peter Pruett
Received: 10/27/2016  12:00:00  AM
Commenter1: Peter Pruett - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000359_Pruett_20161027.htm (000359_Pruett_20161027-385828.htm  Size = 4 KB)
Submission Text
10/30/2016  DEPARTMENT OF THE INTERIOR Mail - RMP for North Fork Valley
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=158094eda3971121&siml=...  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
RMP for North Fork Valley

BLM_0155746

1 message
Peter Pruett <ppruett49@gmail.com>  Thu, Oct 27, 2016 at 9:21 PM
To: Peter Pruett <ppruett49@gmail.com>,  blm_co_ufo_rmp@blm.gov
This is an addendum to the form letter I signed written by the Citizens for a Healthy Community
organization which I support. I want to add a personal point of view regarding the BLM
proprosals for the proposed RMP.
I have lived and farmed in this area for 15 years. I have an organic farm producing mostly apples
now, though we have also produced cherries, peaches, and wine grapes at commercial levels.
This environment is excellent for this type of farming, having a good climate, clean air, and
usually abundant irrigation water from the Gunnison watershed west of McClure Pass.
Contamination from developing gas wells in this area could ruin this livelyhood.

I know that a scientific assessment of the likely impact to farming and the other aspects of the
quality of life for residents here has been completed. The conclusion is that it can be done with
acceptable levels of impact.
I am trained as a scientist with a BS in engineering and science and an a doctorate of medicine,
so I have a particular way of looking as this situation. The impact assessment is based on known
information of the environment and community and engineering principles and experience in this
industry. Then an educated guess is made stating what will happen with development. But of
course the actual impact will not be known until it occurs.

Here's the obvious problem. There can be no guarantees from the developers. They may do their
best to maintain industry standards, but mistakes and unforeseen problems ALWAYS happen. So
then mitigation is attempted, but as we have seen in other locations, it's almost impossible to
fully mitigate contaminated soil and water. There could hardly be a bond insurance large enough
to try to fix something major, and I don't want my government paying for industry errors.

Furthermore, low level contamination to water and soil would be difficult to detect in the short
run and of course very contentious to try bring forward.

Here's what scares those of us who have made this valley our permanent home. Once oil and gas
development begins here, there is no going back. When unforeseen problems or inevitable
human error occurs, real mitigation may not be possible. Apologies will be meaningless. The
damage will likely be permanent.
In medicine, the burden of proof for the safety of a drug or device is on the developer. Rigorous
testing at many levels is required. Still occasionally these products fail and when they do, the
companies are liable for damages, often very large.

In this industry, it seems that energy companies have the upper hand. There are many protections
written into the law and the burden of proof will fall to the community affected.
I ask that you reconsider your preferred alternative RMP in favor of a no leasing alternative.
Thank you for your careful and reasonable consideration.
Peter Pruett, MD


000360_GannetA_20161031  Organization: Holy Terror Farm, Alison Gannett
Received: 10/31/2016 12:00:00 AM

BLM_0155746

Commenter1: Alison Gannett - ,
Organization1:Holy Terror Farm
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000360_GannetA_20161031.htm (000360_GannetA_20161031-385829.htm Size = 4 KB)
Submission Text
10/31/2016 DEPARTMENT OF THE INTERIOR Mail - RMP letter Thallium in veggies
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&search=inbox&th=1581cd61613df7ab&siml=1581cd61613df7ab 1/2
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
RMP letter Thallium in veggies
1 message
alison gannett <alisongannett@mac.com>  Mon, Oct 31, 2016 at 4:22 PM
To: uformp@blm.gov
Cc: Alex Johnson <director@theconservationcenter.org>, Natasha Leger <natasha@citizensforahealthycommunity.org>
To the BLM:
The California Council on Science and Technology studied the impact of well stimulation on human health from the
exposure to fracking-related air pollution. One conclusion - "officials should fully understand the toxicity and
environmental profiles of ALL chemicals before allowing them to be used in operations" PSR0C p.72.
<([#2 [18.3] How can the current BLM RMP conclude that current technology for fluid mineral extraction be "safe" and that "all" known cumulative effects can be known? With a list of over 600 known chemicals for injection, it is stated that most have never been studied for their synergistic health effects. And, since we have no idea what chemical combo is being used on any given well or any given day, how can it be concluded that ALL chemical combinations are "safe"? TEDx.org states that over 30% of fluid mineral injection chemicals are know human health hazards and carcinogens. The BLM must study this until all known chemical combinations are known and each combo is tested to make sure that does not affect human health (or wildlife or the climate, etc). This must be for air, water and soil. #2])>
<([#1 [18.2] A study recently tested ORGANIC vegetables for heavy metals and traced them back to petrochemical production - from air and water.
http://craftsmanship.net/the-vegetable-detective/
"In September of 2014, Hubbard was getting reports back showing heavy metals in virtually every kale sample he sent in. There were also traces of nickel, lead, cadmium, cesium, aluminum, and arsenic. These levels were then showing 7 times higher that what the 2009 CDC report in humans that ate those veggies. "
"July of 2014, he stumbled on a 2006 study out of the Czech Republic showing how the

BLM_0155747

"cruciferous" family of vegetables behave as "hyperaccumulators" of thallium. Crucifers include many of our more intense green vegetables such as kale, cabbage, broccoli, cauliflower, mustard and collard greens. These are also the vegetables often touted—and consumed—most heavily these days, supposedly for their outsized health benefits."

"We now know that heavy metals are additive and synergistic," he said. "If you get a little thallium, and a little lead, and a little cadmium in your system, you've got one plus one plus one equals five or six, not just three." The reason, he said, is that metals and chemicals might each have different effects by themselves, but they "share similar sites of action where they disrupt metabolism."

Please support a moratorium on fluid mineral extraction for this RMP until these issues can be studied. At least, support the North Fork Alternative B1, so that we can provide clean food and water for our foodsheds. #1])>

Best,
Alison Gannett
Holy Terror Farm


000361_MacMillanM_20161101  Organization: Megan MacMillan
Received: 11/1/2016 12:00:00 AM
Commenter1: Megan MacMillan - Paonia, Colorado
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000361_MacMillanM_20161101.htm (000361_MacMillanM_20161101-386009.htm Size = 4 KB)
Submission Text
11/1/2016 DEPARTMENT OF THE INTERIOR Mail - RMP North Fork Valley
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=15820d2137e012dd&siml=15820d2…  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
RMP North Fork Valley
1 message
Megan <macmillan.megan@gmail.com>  Tue, Nov 1, 2016 at 10:56 AM
To: "uformp@blm.gov" <uformp@blm.gov>
Cc: "info@theconservationcentre.org" <info@theconservationcentre.org>

I am writing in support of the RMP alternative B1 for the North Fork Valley. I am a resident of Paonia and live at 337 Poplar Ave near BLM lands.

Protecting our lands, water, agriculture and recreational areas is of the upmost importance to our local quality of life and economic prosperity.

My family, friends and I absolutely love hiking and biking on the Jumbo trails, the Adobe badlands and up on Stevens Gulch. We use these trails frequently all year round. The scenic views provided and the unthreatened natural wildlife are very important to us. The conservation protections in Alternative B1 should be included in the final Uncompahgre plan.

The quality of food available in the north fork valley is one of the main reasons we choose to live here. More and more people are attracted to this valley every year whether as tourists or new residents for this very reason. Threatening the certainty of the organic quality of the food produced here, by threatening our water and air qualities, would be a major blow to the current quality of life and potential prosperity of this valley. The value of our honest reputation as an organic agriculture center and the scenic, idyllic lifestyle lived here should not be under estimated.

I have made my profession as a farm-to-table chef in this valley. Currently on maternity leave, I am working on business plans and securing funding for future projects that utilize the organic produce here. There are several successful food companies in this valley and many more in the beginning stages. I believe that in just a few years this valley will boast several more successful food and agri-tourism businesses and the valley will continue to be known in the rest of Colorado, and beyond, for being a Mecca of organic agriculture and sustainable living.

My husband and I are also new and happy homeowners. <([#1 [30.3] We bought our house in July of 2015 and have witnessed an increased demand for real estate in this valley as people choose to move and invest here due to the lifestyle allowed. The final plan must protect the investments locals have made in the value of their home and land, and should not allow for speculative oil and gas leasing which discourages homebuyers from purchasing in our communities, producing real and direct negative economic impacts on our communities #1])> . Thank you for the opportunity to voice my support for alternative B1. I hope the BLM will listen to the local residents in
Crawford, Hotchkiss, and Paonia
and adopt the North Fork Alternative, B1, for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the entire Gunnison Watershed--supporting farmers, protecting public health, sustaining ecological well-being, and building a sustainable rural economy on Colorado's Western Slope.

Sincerely,
Megan MacMillan
(Local resident, mother and business owner)


000362_BrownA_20161029 Organization: Alan Brown
Received: 10/29/2016 12:00:00 AM
Commenter1: Alan Brown - Cedaredge, Colorado
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail

Form Letter Category:
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000362_BrownA_20161029.htm  (000362_BrownA_20161029-386010.htm  Size = 4 KB)
Submission  Text
10/31/2016  DEPARTMENT OF THE INTERIOR Mail - RMP PLAN COMMENTS:
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=15811535e3244044&siml=…  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
RMP PLAN COMMENTS:
1 message
Alan brown <acebrown@vci.net>  Sat, Oct 29, 2016 at 10:43  AM
To: uformp@blm.gov
Cc: Sven Edstrom  <svenedstrom@icloud.com>
Dear BLM staff,
I am a long time mountain biker with over 25 years in the sport. Four years ago I moved to Cedaredge, CO.
I had a friend who lived there also and I knew he was a long time MTB rider, in fact his friends called him "The Grandfather of Mountain Biking" in the Grand Valley. What I did not discover until later was he earned that title from riding and building trail near Fruita. So I was very disappointed to learn that virtually there were no non-motorized trails in Delta County. I have heard my county called "the black hole of mountain biking" on the entire Western Slope. From Fruita all the way to Cortez every sizable town has significant riding opportunities. I would like to see MTB riding blossom here as it has all over the remainder of Western Colorado. Delta County is quite economically depressed with so much closing of the local coal industry. Mountain biking has shown it is always a significant economic boost to an area where it was developed. Towns such as Fruita and Moab being classic examples of economic benefit. <([#1 [2] We have two very large tracts of public land near Delta; Gunison Gorge NCA and Domingues-Escalante NCA. Both of these areas would lend themselves very well to non-motorized singletrack trail development. I am a member of the Delta Area Mountain Bikers (DAMB), a fast growing chapter of Colorado Plateau Mountain Bike Association (COPMOBA). We now have over 220 members who are all striving to put new trails on the ground. DAMB has done a lot of preliminary work to layout potential trails on paper maps as well as Google Earth and other resources. Most of this effort was focused on Smith Mountain as it's the closest public area to Delta. I also see great potential in the DENCA that could be a good destination for mountain biking. I understand that the two NCAs mentioned do not fall under the current RMP but my comments apply to all public land within the UFO jurisdiction. One specific location is Jumbo Mountain. #1])>
I keep mentioning mountain bike riding but I recognize these trails would be shared with other non-motorized users. Mountain biking is a quiet self-propelled sport. Most riders really enjoy the quiet and solitude of the backcountry. I do not desire to share this with the motorized crowd. Their noise, smoke, dust, scattering of rocks are all detrimental to our enjoyment of our sport. That does not mean I would wish them to be excluded entirely, I simply don't want to share in close proximity.
Many of DAMB's members have had formal trail building training and a lot of on the ground

BLM_0155750

experience. We stand ready to assist the BLM in trail construction when approval is given I'm 73 years old, and truly believe my good health is directly related to the physical and mental benefits of mountainbiking. The general health of most citizens of America has declined over the past two decades, obesity is too common. If more young people had a good place to ride trails this trend could be slowed and possibly reversed.

We also must make the transition from resource extraction to protecting the pristine nature of our wildlands, so that future generations will be able to experience the freedom and beauty that we enjoy today. Thank you for your consideration.

Alan "Ace" Brown
Cedaredge, CO
DAMB
Sent from my iPhone


000363_RogersM_20161031 Organization: Malinda Rogers
Received: 10/31/2016 12:00:00 AM
Commenter1: Malinda Rogers - Delta, Colorado 81416
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000363_RogersM_20161031.htm (000363_RogersM_20161031-386011.htm Size = 7 KB)
Submission Text
11/1/2016 DEPARTMENT OF THE INTERIOR Mail - draft RMP comments
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=1581e04cb994191f&siml=1581e04c… 1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
draft RMP comments
1 message
Missy Rogers <missyrogers39@gmail.com> Mon, Oct 31, 2016 at 9:51 PM
To: uformp@blm.gov
see attachment
rmp.odt
30K
I have lived within the area of the been in the UFO area since 1979. I lived in Montrose until moving to Delta county within 3 miles of the GGNCA. It has been a huge gift to have this NCA and the BLM lands so accessible from my home both as employment opportunities, aesthetic stimulus and recreation opportunities. We are much more impacted by the BLM's decisions and protections than by any other managing agency, due to proximity and the leasing or denying of the underlying minerals on Federal and private lands. I have been in almost all the areas that have been inventoried with wilderness characteristics. I hike, mountain bike, boat, run, camp and paint out in these lands and landscapes. I have participated as a volunteer on the public lands for

BLM_0155751

the same length of time, 36 years.

Thank you for taking these comments on the BLM UFO Draft RMP. The BLM rightly is looking closely at the ways to protect wildlife habitat, plant communities, wilderness characteristics, wild and scenic rivers, recreation areas, water quality, both for domestic and irrigation and as in-stream flows.

Alternative B and B1 are superior to alternative D for many reasons. Alternative B also has been vetted by many in the community as well as being thoughtfully developed there. As ,much of it as is possible should be brought forward for protecting the communities that surround these BLM lands and for the protection of the wildlife and plant communities that requires it.

The BLM's job as I see it is to strive to maintain the existing qualities of the land that it manages. This is primarily by not opening 90-95% percent of the Uncompahgre Field Office area to low priority oil and gas leasing, endangering wildlife, recreation, wilderness-quality lands, and cultural sites.

<([#1 [20.1] The BLM has inventoried Lands with Wilderness Characteristics (LWCs).
Alternative B is very good and all the remaining LWC's should be managed to protect those wilderness qualities. Alt D is not a good substitute as they drop LWCs .The RMP states that these are core areas regarding wildlife and should be protected as such and indeed there is no reason that they should not be. All LWC's protection should be added in to the preferred alternative. #1])>

<([#4 [11.1] There are issues that are not manageable at this level. Climate change and its affects on the human population, wildlife and flora. But BLM can do much to support the necessary adaptations that will be required by users, flora and fauna. Including all the suitable ACEC's, Wilderness Characteristic lands and Wild and Scenic river corridors would be in the right direction. The UFO has already inventoried these as suitable and should therefore be included in any chosen alternative #4])> .

<([#2 [27.3] The info on Special Recreation Management Areas (SRMAs) makes it difficult to untangle from other designations. SRMA's are a good thing unless they degrade the resources that they are overlapping. Big game corridors and EEA's are both impacted by the proposed SRMA's. This needs to be looked at carefully before proceeding. #2])>

<([#5 [37.1] [14.1.1] The final plan should include the protections of B1 which prohibits surface activities in critical wildlife habitat, and includes both No Leasing and No Surface Occupancy setbacks from streams, riparian areas, and water bodies. #5])>

<([#6 [16.1] [9.1] [20.1] Both B and D are good alternatives for protecting migratory birds from disturbances during breeding.

But Burrowing owls and Sage-grouse need protected areas where they can be sustained as in the Abobe badlands LWC adj. and ACECs Areas of Critical Environmental Concern (ACECs). #6])> I prefer alt B. <([#3 [9.1] Proposed areas that don't qualify have already been eliminated. La Sal, Salt Desert and Tabeguache especially should be brought forward to the preferred alt. Any of the ACECs from B that aren't in the preferred alt as ACECs should be given at least EEA status, especially Salt Desert in its entirety, much of Lower Uncompahgre, and the two Gunnison Sage-grouse ACECs. There must be reason to designate them as Areas of Critical Environmental Concern. #3])>

To recap thank you for considering all the imput to the draft RMP, especially as it comes from the impacted communities and those that speak for the wildlife and plant communities that are not submitting comments.

The RMP that is chosen will guide and define the UFO and it's human communities for many years. It is critical that the most protection that can be given be the outcome.
Thank you,
Malinda Rogers
7567 2200 Road
Delta, Colorado 81416
970-874-5520


000364_WehrmacherD_20161027  Organization: Doris Wehrmacher
Received: 10/27/2016 12:00:00 AM
Commenter1: Doris Wehrmacher - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000364_WehrmacherD_20161027.htm (000364_WehrmacherD_20161027-386012.htm Size = 1 KB)
Submission Text
10/30/2016 DEPARTMENT OF THE INTERIOR Mail - Rural Pennsylvanians Say Fracking 'Just Ruined Everything'
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=1580991a21a1abd4&siml=…  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Rural Pennsylvanians Say Fracking 'Just Ruined Everything'
1 message
doris wehrmacher <no-reply@huffingtonpost.com>   Thu, Oct 27, 2016 at 10:34 PM
To: uformp@blm.gov
doris wehrmacher sent you this article on the Huffington Post. Here's what they said:

I saw this on Huffington Post and want to make sure this does not happen in the North Fork valley! There is just too much at risk, our water our health our well being!!
Thank you for your consideration


Rural Pennsylvanians Say Fracking 'Just Ruined Everything'
This story was originally published by the Center For Public Integrity. AVELLA, Pa. — Sixty years after his service in the Army, Jesse Eakin s...

Read the entire article here: http://www.huffingtonpost.com/entry/pennsylvania-fracking-water_us_576b7a76e4b0c0252e786d5e
Follow HuffPost on Facebook and Twitter:

Get Huffington Post on the Go

Know something we don't? E-mail us at dailybrief@huffingtonpost.com

000365_SchmitzerR_20161031  Organization: Rachel Schmitzer
Received: 10/31/2016 12:00:00 AM
Commenter1: Rachel Schmitzer - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000365_SchmitzerR_20161031.htm (000365_SchmitzerR_20161031-386013.htm
Size = 8 KB)
Submission Text
10/31/2016 DEPARTMENT OF THE INTERIOR Mail - BLM oil and gas proposals: Please
don't frack us!
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=1581d28db8c585a4&siml=…  1/2
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
BLM oil and gas proposals: Please don't frack us!
1 message
Rachel Schmitzer <rachel.l.schmitzer@gmail.com>  Mon, Oct 31, 2016 at 5:51 PM
To: uformp@blm.gov, rmpcomments@citizensforahealthycommunity.org

Thank you
-Rachel Schmitzer
BLM.docx
157K
To Whom It May Concern:
I moved to the North Fork Valley three years ago, when I was 22. My move
was motivated by the desire to live an alternative lifestyle; one where I could more
clearly understand where the resources that sustain my life come from. I wanted to
know the hands that planted, tended, and harvested the food I ate. I was curious
what off the gird living entailed, and how to build sustainable dwellings. I wanted to
get away from the clamor and confusion of the cities, where I couldn't seem to grasp
the complex energy exchanges that I was involved in daily. I sought small-scale,
local, sustainable situations where creativity and diversification marked the
strength of a community.
Without yet knowing it existed, I was seeking the North Fork Valley of
southwest Colorado. Upon finding it, I was quickly enthralled and eager to stay put
for the foreseeable future; to find ways to become a part of the sustainably driven
communities all around me. And I have. Over the last three years I have helped turn

our arid property into irrigated pasture and blooming gardens. The beauty of the West Elks called me to become an avid hiker, biker, and, seeking to do my part for others, become involved in trail work so more people could enjoy the wilderness. For the past two Autumns I have been a volunteer outfitter, packing hunters into the deep backwoods of the Rockies on horses and mules. Through this opportunity, I have been able to witness the value of Outfitting through the creation of jobs for local cowboys and girls, as a means of sustainable wildlife control, and as amazing wilderness opportunities for hundreds of hunters.

This past summer I became involved with our local alternative energy educators, Solar Energy International (SEI). I wanted to become educated about harvesting renewable energies through solar, wind, and water power, and to learn how I could incorporate such energies into my life. I also wanted to discover why thousands of students come from all over the world every year to lil' ol' Paonia, Colorado to take the classes that SEI offers. I found out easily enough. This company is invaluable to our community. It is literally world renowned through its hands-on, diversified courses and unique staff. Beyond educating internationally, this company has had huge local impacts. SEI has provided a substantial economic boost to our little valley through the students they attract, and further, they have developed programs to help locals afford and integrate alterative energy into their lives. Through their work-trade opportunities, I was able to work as a part of the SEI staff in exchange for class participation. Through my direct exchange of energy, I was able to learn about the renewable solutions I sought, and make real life implementation plans.

And now all the values I have found in this amazing valley are being threatened by the ideals I thought I had escaped. The Oil and Gas Industry, representing the antithesis of what the North Fork Valley has worked for generations to develop, is now attempting to ruin our hardy small-scale economies, along with our invaluable landscapes. The potential damages upon human, animal, and environmental system from oil and gas development is simply too high. Our valley's clean water and air are the cornerstones for the abundant organic farms found on the Western Slope, and development would contaminate our clean resources and impair the human health that relies on such natural capital.

Everything we find solace in here in the North Fork Valley is at stake. There is no other way to put it. The agritourism that our valley literally relies on in order to continue its variegated way of economic existence is being threatened. The wild spaces in which so many outdoorsmen and women find tranquility is at risk of being drilled. The citizens who rely on the both the wild public lands and those adjacent private lands for their own livelihood and enjoyment are jeopardized. Out my own backdoor a potential hydraulic fracturing site is proposed; and so my own backdoor; my own gardens and my own sense of peace is at stake. Our own wildly successful, small-scale renewable energy company, and indeed any local economy based upon renewable energy, is imperiled by the BLM oil and gas proposals. For who would come to an alternative energy course when it is surrounded by fossil fuel drill sites? My parents have been planning on moving to this valley for over a year. If the proposed BLM plan to turn 90% of our public lands over to oil and gas development passes, they will not move. If the proposed plan, or anything like it passes, I will not continue to reside in the North Fork Valley. I know

this is not only true for my partner and I, but for many who call this valley home. Oil and gas development is not a sustainable present or future for us. It will not sustain us, it will not keep us developing creatively and locally; it will destroy us. Open our valley to this type of development, and you will leave us all a withering husk of what we used to be. We do not want to be the new face of oil and gas development! We will not settle for even a fraction of our lands becoming destroyed by hydraulic fracturing and oil well drilling! A no lease plan is the only acceptable conclusion to draw when considering the many economic, health, and environmental risks posed by oil and gas operations. The mission of the BLM is "to sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." Oil and gas development is in direct opposition to this mission statement! Please, recognize that the health, the diversity, and the productivity of the North Fork Valley is dependent upon true renewable energy, on small-scale economies, on local farms, vineyards, and orchards, and especially on the public lands that inspire us to be stewards of our lands, not to suck them dry and leave them barren. Please listen to our voices and recognize that there will be no public lands for future generations to enjoy if indeed oil and gas development is allowed into our public lands.

000367_GannettA_20161031  Organization: Holy Terror Farm, Alison Gannett
Received: 10/31/2016 12:00:00 AM
Commenter1: Alison Gannett - Paonia, Colorado 81428
Organization1:Holy Terror Farm
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000367_GannettA_20161031.htm (000367_GannettA_20161031-386014.htm Size = 3 KB)
Submission Text
10/31/2016 DEPARTMENT OF THE INTERIOR Mail - spills reported by COGCC
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=1581ce89cce75106&siml=1...  1/2
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
spills reported by COGCC
1 message
alison gannett <alisongannett@mac.com>  Mon, Oct 31, 2016 at 4:42 PM
To: uformp@blm.gov
Cc: Alex Johnson <director@theconservationcenter.org>, Natasha Leger
<natasha@citizensforahealthycommunity.org>

So, if the BLM says this is safe, how come the industry keeps spilling? We know that no accidents are not possible. So what if it happens to my farm? I lose everything? These are

PUBLIC lands that should be managed for MANY uses. so why propose leasing for 94.5% of all our public lands?

Can we not leave anything off the table? support a moratorium until there are no accidents, or support the North Fork Alternative B1

OilandGasThreatMap.com - shows why we should be petrified.

Also -

List of natural gas and oil production accidents in the United States

https://en.wikipedia.org/wiki/List_of_natural_gas_and_oil_production_accidents_in_the_United_States

Colorado Oil and Gas Conservation Commission -

Spill Analysis by year - 1999-2014

2014 reported fluids spilled - 1,489 barrels (BBL)

2014 reported waste water spilled 13,582 barrels (BBL)

Not to mentions - reported explosions, derailments, earthquakes

Best,
Alison Gannett
Holy Terror Farm
42485 Highway 133
Paonia, CO 81428
970.281.7929 office
970.527.3373 farm
970.209.8207 toxic cell

Best,
Alison
AlisonGannett.com
Cooking to Conquer Cancer
Alison Gannett
Holy Terror Farm
42485 Highway 133
Paonia, CO 81428
970.281.7929 office
970.527.3373 farm
970.209.8207 toxic cell


Disclaimer: Labs, etc are for information and data gathering ONLY and not meant to be used for diagnosis or
treatment. As this is not a medical visit, physical examination is deferred to your primary care physician. All diet
coaching recommendations and labs suggested should be run through your physician.
Confidentiality is
ensured, but privacy or security is not guaranteed when any information is transferred via email. All information

BLM_0155757

shared here is at the discretion of the sender.

000368_ShepardR_20161026  Organization: Randall Shepard
Received: 10/26/2016 12:00:00 AM
Commenter1: Randall Shepard - Austin, Colorado 81410
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000368_ShepardR_20161026.htm  (000368_ShepardR_20161026-386193.htm Size = 2 KB)
Submission Text
10/27/2016  DEPARTMENT OF THE INTERIOR Mail - Support Alternative B1 in the Final RMP
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=15802deaee8669f9&siml=1...  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Support Alternative B1 in the Final RMP
1 message
Randall Shepard <rcs54@juno.com>  Wed, Oct 26, 2016 at 3:21 PM
Reply-To: rcs54@juno.com
To: UFORMP@blm.gov

Dear
Dear BLM-RMP Comment Team,

Thank you for the opportunity to comment on this draft plan.
I have lived in Delta County for 36 years and feel this whole area is very special and needs to be protected as much as possible for future generations.

It is good to see the BLM is looking at ways to protect our natural resources like wildlife habitat, wild and scenic rivers which could help with keeping our water and air clean.
So,I am concerned about the BLM's proposal to leave around 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This doesn't look like a balanced land use plan.

I urge the BLM to close areas with low oil and gas development potential and do more for the protection of open and wild areas.

I would like to see the BLM include all proposed actions in the North Fork Alternative,B1 in the final RMP. A proposal that was developed by residents of the North Fork Valley to ensure protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as protecting the water supplies, riparian areas, scenic qualities of the valley, undeveloped wildlife lands, including winter range and migration corridors.

The conservation protections in Alternative B1 need's to be included in the final plan, for these protections to happen.

Thanks you again for accepting my comments for the RMP process.

Randall Shepard
8383 Marshalls RD
Austin, CO 81410


000369_GibsonA_20161030  Organization: Ann GIbson
Received: 10/30/2016 12:00:00 AM
Commenter1: Ann GIbson - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000369_GibsonA_20161030.htm (000369_GibsonA_20161030-386194.htm  Size = 3 KB)
Submission Text
10/30/2016 DEPARTMENT OF THE INTERIOR Mail - Support for the "North Fork Alternative"
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=158172ddc5d37638&siml=... 1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Support for the "North Fork Alternative"
1 message
Ann Gibson <ann@adventurewellness.com>  Sun, Oct 30, 2016 at 1:59 PM
To: uformp@blm.gov
Dear BLM ~
As a business owner, functional medicine practitioner, and someone who works with the devastating effects of toxicity in my patients every day,<([#2 [22.1] I urge you to analyze and adopt a "no leasing" alternative for coal. Such an alternative is a necessary counterbalance to the current alternatives that skew heavily in favor of coal leasing, and is the only effective way to realistically minimize climate impacts.
#2])> <([#1 [22.2] [30.2] The Final RMP must include up-to-date data concerning coal markets, coal production and coal employment in the area. The Draft RMP's data, much of it dating back to 2010 or older, is stale in light of shrinking coal production and employment.

#1])> Please support the "North Fork Alternative," which provides for no oil and gas leasing across 75% of the North Fork Valley.

For the sake of the health of not only our environment, fishing, wildlife, and wild rivers and lakes, but also for the health and safety of your children, your spouse, your parents and those you love most, please take serious consideration to choose healthier, safer alternatives. The research has been done, the solutions are there. Just do it.

Sincerely,

Ann Gibson

Ann Aubin Gibson, Visionary Nutritionist, Functional Medicine Alchemist & Director of Possibilities

Life-changing Wellness Programs for the Adventurous Soul!
* Grab your FREE Copy of The Adventure Wellness Manifesto ~ 21 Tips to Live WELL, Live FREE!
web: www.AdventureWellness.com


000370_ChamberlinJ_20161029 Organization: Judith Chamberlin

Received: 10/29/2016 12:00:00 AM

Commenter1: Judith Chamberlin - Ridgway, Colorado 81432

Organization1:

Commenter Type: Individual

Classification: Nonsubstantive

Submission Category: Unique

Submitted As: E-Mail

Form Letter Category: Unique

Form Letter Master:

Current Task: Done Assigned/Due: ewozniak

Attachments: 000370_ChamberlinJ_20161029.htm (000370_ChamberlinJ_20161029-386195.htm Size = 2 KB)

Submission Text

10/30/2016 DEPARTMENT OF THE INTERIOR Mail - Support No-lease Alternative in the Final RMP for the North Fork Valley

https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=158134ca8c999529&siml=… 1/1

UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>

Support No-lease Alternative in the Final RMP for the North Fork Valley

1 message

Judith Chamberlin <JudiChamberlin@gmail.com> Sat, Oct 29, 2016 at 7:55 PM

Reply-To: JudiChamberlin@gmail.com

To: UFORMP@blm.gov


Dear

Dear BLM-UFO Staff and RMP Comment Team,

I am writing to provide comment on the draft Uncompahgre plan for the North Fork Valley. I believe that oil and gas development is incompatible with a community and its economy that

BLM_0155760

depend on clean air, water, and food. I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning.
I live in Ridgway, CO but travel to the North Fork Valley to buy organic produce, tour the wineries, and enjoy the beautiful
country-side. This is a unique place of natural beauty. The local residents have worked hard to transition the economy
from coal mining to more sustainable and environmentally friendly industries such as tourism, organic farming, and the
arts. The area has been designated by the Governor as a Creative Cultural District and is has the largest concentrations
of organic farms in Colorado.

<([#1 [30.3] I feel the BLM did not consider the unique nature of the North Fork Valley in its draft RMP for the area. The current plan did not consider, and is incompatible with, the community's plans for a diversified, resilient economy. The North Fork Valley is and should be kept as protected area for agriculture and recreation, and it's biodiversity must be protected. #1])> Thank you for you consideration in this important matter.

Judith Chamberlin
700 Sabeta Dr
Ridgway, CO 81432


000371_VanVurstB_20161031 Organization: Southwestern Water Conservation District, Beth Van Vurst
Received: 10/31/2016 12:00:00 AM
Commenter1: Beth Van Vurst - ,
Organization1:Southwestern Water Conservation District
Commenter Type: Local Government
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000371_VanVurstB_20161031.htm (000371_VanVurstB_20161031-386196.htm Size = 7 KB)
Submission Text
11/1/2016 DEPARTMENT OF THE INTERIOR Mail - SWCD's comments on UFO's Draft RMP/EIS
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS %20comment&search=cat&th=1581d7dcc1f1f1b1&siml=1581d7dc… 1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
SWCD's comments on UFO's Draft RMP/EIS
1 message
Beth Van Vurst <bvanvurst@fwlaw.com> Mon, Oct 31, 2016 at 7:23 PM

To: "uformp@blm.gov" <uformp@blm.gov>
Cc: "brucew@southwesternwater.org" <brucew@southwesternwater.org>, Beth Van Vurst
<bvanvurst@fwlaw.com>
To Whom It May Concern:

Attached to this email please find the Southwestern Water Conservation District's comments on
the draft RMP/EIS for the
Uncompahgre Field Office. Please let me know if you have any difficulty opening the
attachment.

Sincerely,
Beth Van Vurst
Fair?eld and Woods, P.C.
1801 California Street, Suite 2600
Denver, Colorado 80202-2645
Direct Dial: 303-894-4488
Fax: (303) 830-1033
E-Mail: bvanvurst@fwlaw.com

Member of MERITAS Law Firms Worldwide
CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files, or previous
e-mail messages
attached to it, may contain confidential information, some or all of which may be legally
privileged. If you are not the
intended recipient or a person responsible for delivering it to the intended recipient, please be
advised that any
disclosure, copying, distribution, or use of any of the information contained in or attached to this
e-mail transmission is
prohibited. If you have received this e-mail transmission in error, please immediately notify us
by reply e-mail or via
telephone or facsimile, and destroy the original e-mail transmission and its attachments. Thank
you in advance for your
cooperation.


SWCD Comment Letter on UFO Draft RMP_10_31_2016 (01686991xA6534).pdf
3457K
Beth Van Vurst
direct: 303-894-4488
bvanvurst@fwlaw.com
SENT VIA EMAIL
Ms. Teresa Pfifer
Acting Field Manager
Bureau of Land Management
Uncompahgre Field Office
2465 S. Townsend Ave.

BLM_0155762

Montrose, Colorado 81401
Email: uformp@blm.gov
October 31,2016
RE: Comments on the Uncompahgre Field Office Draft Resource Management
PlanlDraft Environmental Impact Statement
Dear Ms. Pfifer,
The Southwestern Water Conservation District ("SWCD") appreciates the opportunity to provide comments on the Draft Resource Management Planl Environmental Impact Statement ("Draft RMP-EIS") for the Uncompahgre Field Office. [1 Colo. Rev. Stat. § 37-47-101, et seq ..] SWCD is a political subdivision of the State of Colorado, which was formed by the Colorado Legislature in 1941. SWCD is charged with promoting the "conservation, use, and development of the water resources of the San Juan and Dolores rivers and their principal tributaries" and safeguarding all waters of these river basins to which the State of Colorado is entitled. 1 SWCD's boundaries encompass all or part of nine counties located in southwestern Colorado. SWCD has a substantial interest in the Draft RMP-EIS because two of these counties, specifically San Miguel and Montrose, are also located within the planning area for the Uncompahgre Field Office.

<([#1 [39.2]
The Bureau of Land Management ("BLM") proposes, under the preferred Alternative D, to find eight river segments in the San Miguel Basin and five river segments in the Dolores Basin suitable for inclusion in the National Wild and Scenic Rivers System. SWCD is aware that the BLM's preliminary suitability findings on these specific river segments may be consistent with the recommendations previously made by the Southwest Resource Advisory Council. However, the BLM's suitability findings must also be based on the most up-to-date and accurate information possible since such a finding may have immediate and far-reaching consequences on water users within the San Miguel and Dolores river basins. The Draft RMP-EIS does not appear to take into account the efforts of local stakeholders to establish the Dolores River National Conservation Area which, if successful, would obviate the need for a suitability determination onone or more segments within what the BLM has identified as the "Upper Dolores River" hydrologic unit. #1])>

<([#2 [39.2] On a broader level, the BLM's suitability analysis for the San Miguel and Dolores Basin river segments appears to rely on information that was collected many years ago. The suitability analysis should be updated to take into account the Colorado Water Plan, the Southwest Basin Roundtable's Basin Implementation Plan and the Statewide Water Supply Initiative (SWSI). Both of these plans were released in 2015 and the SWSI report was last updated in 2010. All of these documents contain important information regarding Colorado's anticipated water demands and planned water development projects. The BLM should also review information available on the Colorado Decision Support System to make sure that its suitability analysis, and the Draft RMP-EIS as a whole, takes into account all decreed absolute and conditional water rights including, but not limited to, those decreed by Montrose County in Case Nos. lOCW164, lOCW165, IOCW166 and 10CW169. #2])>

<([#3 [39.1] Finally, SWCD encourages the BLM to continue to explore whether, by virtue of pulling water through an identified river segment, existing decreed water rights already provide sufficient protection for any flow-related ORVs. Where that isn't the case, the BLM should work cooperatively with the State and local governments, including SWCD, to determine whether those entities can appropriate or acquire additional water rights as an alternative to: (1) imposing

flow-related conditions in federal permits; or, (2) relying on federal reserved rights if a wild and scenic designation were to occur. #3])>

Thank you for your consideration of SWCD's comments. If you have any questions regarding our comments or desire any additional information, please feel free to contact me at (303) 894-4488 or by email atbvanvurst@fwlaw.com.
cc: Bruce Whitehead, SWCD
Sincerely,
Beth Van Vurst,
General Counsel for the
Southwestern Water Conservation District


000372_MillerT_20161027 Organization: Tara Miller
Received: 10/27/2016 12:00:00 AM
Commenter1: Tara Miller - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000372_MillerT_20161027.htm (000372_MillerT_20161027-386197.htm Size = 2 KB)
Submission Text
10/27/2016 DEPARTMENT OF THE INTERIOR Mail - The North Fork Alternative
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=15808071d1674648&siml=...  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
The North Fork Alternative
1 message
Tara Miller & Sam Brown <tarasam@tds.net> Thu, Oct 27, 2016 at 3:23 PM
To: BLM Comment <uformp@blm.gov>
Dear BLM,
RE: UFOBLM - Include the North Fork Alternative Plan no matter which other
Alternative is chosen

First, Thank you for extending the comment deadline. Since this decision will affect every aspect of life in the area, the input of citizens is necessary; I trust you will consider these comments seriously.

I live on Lamborn Mesa, in Delta County, just south of Paonia in the watershed of the North Fork of the Gunnison. I am a self-employed artisan and my business is supported greatly by the tourist visitors attracted to the amenities of this beautiful fertile valley, I also garden and participate as an active volunteer in the community.

The North Fork Alternative, which you have named, B-1, was hammered out in small groups and public meetings with input from multiple stakeholders in the valley. We looked at lands in proximity to water resources, and with respect to farms, schools, as well as wildlife, hunting, recreation, and view-sheds. It is the Only Reasonable Alternative being considered that would protect the resources essential for the resiliency of the current and growing economy in the North Fork Valley. With regard to oil and gas leasing, I urge you to recognize the hard work that is included in this sub-alternative and include it no matter which other Alternative you choose.

Sincerely,
Tara Edna Miller
41343 O Road
Paonia, CO 81428

000373_ThompsonG_20161030  Organization: Greg Thompson
Received: 10/30/2016 12:00:00 AM
Commenter1: Greg Thompson - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000373_ThompsonG_20161030.htm (000373_ThompsonG_20161030-386198.htm Size = 20 KB)
Submission Text
10/31/2016 DEPARTMENT OF THE INTERIOR Mail - Draft Resource Management Plan Public Comment
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=15817c0510ea019e&siml=…  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Draft Resource Management Plan Public Comment
1 message
greg thompson <teamthompson1@hotmail.com> Sun, Oct 30, 2016 at 4:39 PM
To: "uformp@blm.gov" <uformp@blm.gov>
Dear BLM-
Please find my attached comments regarding the draft UFO-RMP
Greg Thompson
blm rmp final.docx
28K
Greg H. Thompson
40249 Swanson Road
Paonia, CO 81428

October 30, 2016
BLM, Uncompahgre Field Office
2465 Townsend Ave.
Montrose, CO 81401
RE: Draft Resource Management Plan for the Uncompahgre Field Office
Dear BLM-UFO Staff and RMP Comment Team,
Thank you for providing me the opportunity to comment on the above referenced draft plan. Please carefully and seriously consider the issues presented in these comments (see below). While I appreciate the time and effort expended to create the draft plan I feel that none of the alternatives offered in the plan adequately address how the North Fork Valley will be protected from oil and gas development.

Alternative B.1 (The North Fork Alternative) is a step in the right direction and is my preference of the alternatives presented in the draft plan. I do, however, feel that a no leasing alternative for the North Fork Valley is the best course of action for the BLM to take and should be included in the final plan.

In light of new research and studies on the impacts that oil and gas has on human health, environmental resources like air and water, as well as the impacts of climate change, a no leasing alternative is not only reasonable, but represents the best way to protect the North Fork Valley now and in the future.

Horizontal drilling and multi-stage fracking technologies are relatively new and involve far greater magnitude of impacts, especially in fragile, pristine and bucolic landscapes that characterize the North Fork Valley.

Sincerely,

Greg H. Thompson

Introduction

I am a resident of Paonia, Colorado and live at 40249 Swanson Road (east end of Pitkin Mesa) near BLM lands.

I have lived here for four and one half years. My wife and I moved here from Denver specifically to farm and to reap the benefits of living with clean air and water and of consuming locally produced organic food. We grow organic fruits (from our 100 tree orchard) and wine grapes (from our 150 vines vineyard). We purchased these farm lands (eight acres) and built our retirement home on the property.

We invested $50,000 in an irrigation system to water our orchard, vineyard and surrounding grassland.

We invested $1,200,000 on our land, house, irrigation and domestic water.

Our drinking water comes from Pitkin Mesa Pipe Line Company whose source is eight separate springs located on the eastern portion of the top of Grand Mesa. These springs source their water from precipitation on the Grand Mesa. This water source is near BLM lands that would be left open to oil and gas development in the draft Preferred Alternative.

Our irrigation water comes from Fire Mountain Canal and Reservoir Company, whose source is Paonia Reservoir and ultimately the precipitation above and around the reservoir. This water source is near BLM lands that would be left open to oil and gas development in the draft Preferred Alternative.

It is not just my economic interest that I seek to protect. I also want to protect the pristine nature of the North Fork Valley. My comments (see Substantive Concerns below) are written with the

BLM_0155766

intent to cause the BLM to include in the Final UFO resource management plan adequate protections that will keep the North Fork Valley pristine and in the process protect the economic interests (and thus the wealth) of those living in the North Fork Valley area. Of the alternatives listed in the draft RMP Alternative B.1 is
the only one that I could live with. My preference is for a "no leasing" alternative but that option was not included in the draft RMP.

I believe there is a need in final UFO RMP for strategic thinking.  In this strategic thinking segment special consideration should be given to climate change and the impact that oil and gas development in the UFO area would have on climate change.<([#10 [30.3] In addition there needs to be strategic analysis done on resource utilization (energy versus agricultural development) as it relates to national security and food independence (food security). From a strategic viewpoint it is my contention that we, as a nation, need to do everything possible to preserve and protect the productivity of our agricultural lands. #10])> This is a national security issue because without good quality food our populace will suffer from poor health.

Our country is already seeing the effects of a poor diet in the obesity epidemic. Food calories from processed food (loaded with sugar) need to be replaced by calories from fresh, unprocessed food, especially organic food. The North Fork Valley produces high quality, organic food, unprocessed food, the kind our populace needs. It is the North Fork Valley's cool nights and hot days that contribute to such high quality food. Because of the strategic importance of the North Fork Valley's agricultural resource it is imperative that the final UFO RMP identify this resource and be specific on how this
resource will be protected from oil and gas development. It is essential that oil and gas development not be allowed to occur on properties above or around the watershed and food shed and air corridor that drains and funnels into the valley's agricultural lands. I contend that protection of this vital agricultural resource can only be assured by putting oil and gas leasing off limits in the North Fork Valley and in the watershed area that supplies the valley. The loss of production from leaving the oil and gas in the
ground in these areas can easily be offset because there simply are so many alternative energy resources available to our country. The alternatives include biomass, solar, wind, geothermal, nuclear, coal, hydro, tidal and oil and gas from less sensitive areas. While this country has many energy choices there are no alternatives or substitutes when it comes to healthy food. We, as a nation, will look very foolish if we do not protect these vital agricultural resources from pollution caused by fossil fuel development.
Substantive Concerns
Real estate values and wealth impacts on residents of the North Fork Valley:
<([#1 [2] The final plan must protect the real estate values of property within the North Fork Valley. Oil and gas development in the US causes nearby private property to decline in value, sometimes precipitously.
This should come as no surprise since prices of residential and agricultural property near industrial facilities has historically been lower valued. Fracking is an industrial activity and as such has deleterious impacts on property values. The final RMP needs to include an analysis of contacts/communications/surveys made with realtors in the Paonia area of the North Fork Valley. This analysis needs to include a report on findings/interviews with these realtors based on one question: what happened to real estate sales and activity in the North Fork Valley

when a 30,000 acre oil and gas BLM lease sale was announced in 2009 and scheduled for August 2012? I believe you would find that real estate activity went comatose once news of the lease sale was announced.

In a 2013 survey of 550 people conducted by business researchers at the University of Denver a strong majority said they would decline to buy a home near a drilling site. The study, published in the Journal of Real Estate Literature, also showed that people bidding on homes near fracking locations reduced their offers by up to 25 percent. The draft RMP repeatedly states that, at the projected rate of fluid mineral development
outlined in the Reasonably Foreseeable Development Scenario, oil and gas development would not have a significant impact on regional employment or the economy. I strongly doubt that this is correct. The final RMP needs to include results from a comprehensive economic study and analysis of how wealth destruction from declines in property values would impact the local North Fork Valley economy. #1])> My guess is that the results would show that the impact would be significant. This raises a larger issue:
Should the BLM review and analyze their Western US oil and gas leasing policies from the perspective of explaining how and why those policies may be hurting local economies? Should local Western US economies bear the brunt of pro oil and gas leasing policies practiced by the BLM? A significant chunk of my savings (and accumulated wealth) from 40 years of work are at stake as are the savings and wealth of my North Fork Valley neighbors. A no leasing policy for the North Fork Valleyis the antidote for protecting wealth in the North Fork Valley.
Other Economic Impacts:
<([#3 [30.3] Recreation and Agri-tourism are significant drivers of economic growth for the North Fork Valley. The phenomenal beauty and pristine nature of the landscape are bringing growing numbers of tourists and recreationalists to the valley. Hunters continue to come to lands around the valley due to its prime location and excellent animal habitat. Cycling tours are growing in popularity with participants coming from all over the world. These bicyclists typically ride a loop that includes Aspen, Crested Butte and Paonia. Should Highway 133 become congested with heavy trucks and should the view shed become littered with oil and gas tanks, well pads, etc. these cyclists would likely go elsewhere. These economic drivers would then be lost due to increased oil and gas activity in the North Fork Valley area. The final RMP must protect the idyllic character and scenic beauty of the North Fork Valley. #3])>
Water and Air:
Air: My wife and I live at the mouth of valley where early morning winds come down the valley. Our location is ideal for growing fruit due to favorable wind patterns. <([#4 [10.3] Significant oil and gas development up valley would bring polluted air into our air shed, potentially harming not only our crops but also our health. We leave our windows open during summer nights to cool the house because we do not have air conditioning. We would be breathing polluted air while we sleep should oil and gas activity be allowed to increase up valley. BLM did not consider that their own modeling of ozone levels in the Bull Mountain Area exceed EPA thresholds of 70ppb. I am also concerned about the deleterious impacts from an increase in airborne volatile organic compounds, silicates and diesel exhaust from transportation, well and compressor sites. I feel that the draft plan did not take into account the difference in impact that new horizontal fracking technologies have compared to conventional drilling, which include a 333% increase in air pollutant emissions involving 12 more tons of VOCs and 1 additional ton of HAPs per well.

#4])> Water: At a time when climate change models are forecasting persistent drought for the Western US the BLM needs to make certain that water resources are protected in the UFO RMP area. <([#5 [37.3] BLM did not consider the permanent removal of water from the hydrologic cycle and that there are insufficient water supplies necessary to support fracking and other drilling operations, particularly in this period of persistent drought. #5])> As a user of both irrigation water (Fire Mountain Canal) and domestic water (Pitkin Mesa Pipeline Company) whose sources (springs and snow melt) are near BLM lands affected by the RMP, I am concerned about contamination. Our domestic water company has spent millions of dollars on piping, filtration equipment, etc. to provide its customers with excellent water. The quality of this water is at risk should oil and gas activity be allowed near these springs or snow melt basins. There is a risk of contamination to irrigation water and crops from fracking chemicals that enter ground or surface water in the water shed up valley from our farm. I am also concerned about damage to irrigation canal access and bridges.

<([#11 [37.5] Because fracking is exempt from important sections of the Clean Water Act and the Safe Drinking Act it is imperative that BLM include in the final plan measures that will absolutely protect the North Fork Valley's watershed from the risk of contamination. As part of this effort BLM needs to analyze the risks of exposure to radioactive waste in the wastewater coming from extraction. Clean water is the lifeblood of the North Fork Valley and must be protected. #11])> The best way to do so is to not lease any more acreage in the North Fork Valley. I urge the BLM to consider the no leasing option.

Health impacts:
<([#6 [18.3] BLM must conduct a human health impact assessment (HIA) in its final UFO RMP. The CDC (Centers for Disease Control and Prevention) states, "In the United States, HIA is a rapidly emerging practice among local, state, and federal jurisdictions." Because there are now hundreds of peer reviewed scientific articles on all aspects of toxins related to unconventional oil and gas production, it is imperative that human health be protected. #6])> The fact that population centers and food sheds are in the UFO RMP is reason enough to make an HIA a part of the final RMP.

<([#7 [5.6] [5.7] BLM did not take a hard look at direct, indirect, and cumulative impacts, as required by NEPA, including meaningfully analyzing greenhouse gas emissions and the impacts of climate change, including the severity of these impacts and the social cost of carbon. #7])> <([#8 [30.3] Traffic from increased oil and gas activity will mean more noise and pollution along Highway 133. I live less than a mile from Hwy 133 and want BLM in the final plan to establish adequate mitigation measures for traffic. Those measures should include provisions that would reduce noise and exhaust levels from heavy trucks. #8])>

Pipeline Safety:
<([#9 [41.1] Because rural gas gathering lines are exempt from federal pipeline safety regulations, the BLM must implement in the plan measures that will address the issues referenced in the Pipeline Hazardous Materials Safety Administration 2016 Proposed Rulemaking on Gas Pipelines. Measures to insure the safety of hikers, campers, hunters and anglers must be included in the RMP. BLM did not consider; 1) forest fire risks from pipeline explosions, 2) lack of pipeline safety inspections and 3) the impact of extreme weather causing flooding, mudslides and geological instability. #9])>

Conclusion
The BLM should listen to the local residents and incorporate local citizen input in their decision

making as it relates to the final RMP. While a no leasing alternative is the best option for the North Fork Valley the BLM should at a minimum adopt the North Fork Alternative , B.1. I would like to close with one additional thought: The BLM may actually be doing the oil and gas industry a favor by closing the North Fork Valley to future leasing. The North Fork Valley is an amazingly beautiful area that people are
passionate about preserving. By putting the valley off limits oil and gas companies may be spared from potential embarrassment and distress should they develop with industrial scale fracking technologies and then be held responsible by the public for causing degradation to such a special place.

000374_ShortellT_20161021 Organization: Tim Shortell
Received: 10/21/2016 12:00:00 AM
Commenter1: Tim Shortell - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000374_ShortellT_20161021.htm (000374_ShortellT_20161021-386199.htm Size = 1 KB)
Submission Text
I am writing to express my strong opposition to increased oil and gas leasing in the North Fork Valley of Western Colorado, and therefore my strong opposition to the BLM's "Preferred Alternative" for the Resource Management Plan of the Uncompaghre Field Office region as it relates to oil and gas development in this area.

On a local level oil and gas development will negatively impact both the local communities, which rely heavily upon clean air and water for the sustainability of the many organic farms and recreational activities, and the wild communities, which rely upon unfragmented healthy ecosystems for their wellbeing.

I can not understand why the BLM is supporting the acceleration of fossil fuel extraction from undeveloped land while, at the same time, governmentally funded climate scientist are in consensus that in order mitigate climate change we, as a country, need to be leaving much of the fossil fuels in the ground.

An appropriate compromise, if it is even fathomable to compromise the health of the environment, is the adoption of Alternative B as listed in BLM's RMP.

Thank you for considering my opinion as you move forward with this extremely important decision for the future of the North Fork Valley and beyond.

Sincerely,

Tim Shortell
PO Box 1174
Paonia, CO 81428


000375_HawkinsC_20161031  Organization:  The Nature Conservancy, Celene Hawkins
Received: 10/31/2016  12:00:00  AM
Commenter1: Celene Hawkins - Durango, Colorado 81301
Organization1:The Nature Conservancy
Commenter Type: Organization (nonprofit/citizens group)
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000375_HawkinsC_20161031.htm (000375_HawkinsC_20161031-386200.htm
Size = 6 KB)
Submission Text
10/31/2016  DEPARTMENT OF THE INTERIOR Mail - The Nature Conservancy's Comments
on the Uncompahgre Field Office Draft Resource Manageme…
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&search=inbox&th=15
81cc183106eb62&siml=1581cc183106eb62  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
The Nature Conservancy's Comments on the Uncompahgre Field Office Draft
Resource Management Plan
1 message
Celene Hawkins <celene.hawkins@tnc.org> Mon, Oct 31, 2016 at 3:58 PM
To: "uformrp@blm.gov" <uformrp@blm.gov>
Please accept The Nature Conservancy's comments on the Uncompahgre Field Office's Draft
Resource Management
Plan.

Best,
Celene

The Nature Conservancy in Colorado turns 50 this year! Join us as we celebrate five decades of
conserving Colorado's lands,
rivers and forests: nature.org/colorado50.

Celene Hawkins
Western Colorado Water
Project Manager
celene.hawkins@tnc.org
(970) 375-0183 (Office)
(970) 739-8624 (Cell)

BLM_0155771

nature.org/colorado

The Nature Conservancy
Colorado Field Office
1109 Oak Drive
Durango, CO 81301

TNC Comments UFO RMP WSA.pdf
115K
Cfc
October 31, 2016
Barbara Sharrow
Acting Southwest District Manager
Bureau of Land Management
Uncompahgre Field Office
2465 S. Townsend Ave
Montrose, CO 81401
uformp@blm.gov
RE: Comments on the Uncompahgre Field Office Draft Resource Management Plan
Dear Ms. Sharrow:
The Nature Conservancy appreciates the opportunity to comment on the Uncompahgre Field
Office (UFO) Draft Resource Management Plan (RMP)/Environmental Impact Statement (EIS).
The Nature Conservancy's comments are limited to the portion of the Bureau of Land
Management's (BLM) preferred alternative (Alternative D) that recommends segments of river
in the San Miguel River Basin and the Dolores River Basin as suitable for inclusion in the
National Wild and Scenic Rivers System (NWSRS).
The Nature Conservancy is a global 501(c)(3) non-profit organization founded in 1951 with a
mission to conserve the lands and waters on which all life depends. The Nature Conservancy has
worked hard over the last three decades to help protect and restore the Dolores
River and its most significant tributary, the San Miguel River. The Nature Conservancy has
worked with landowners in these river basins to protect farm and ranch property from
conversion, has invested in a significant partnership effort to restore riparian habitat along these
rivers, and owns property in these river basins (most notably along the San Miguel River in one
of the segments recommended for inclusion in the NWSRS in Alternative D).
<([#1
The Nature Conservancy supports the recommendations in Alternative D that eight segments of
river in the San Miguel River Basin and five segments of river in the Dolores River Basin are
suitable for inclusion in the NWSRS #1])> . As you know, The Nature Conservancy's former
Southwest Colorado Project Director served on the Southwest Resource Advisory Council
(RAC) in 2010 and 2011 when the stakeholder analysis of whether over 28 eligible sections in
the San Miguel and Dolores River Basins should be identified as suitable for inclusion in the
NWSRS occurred. The Nature Conservancy's Project Director also co-led a community process
to consider suitability on these segments and worked with a 12-person Sub-RAC that was
comprised of representatives from agriculture, recreation, conservation, and extractive industries.
<([#2 [39.1] Through the community outreach, Sub-RAC, and RAC processes, consensus was

reached on suitability designations for the 13 segments of river that the BLM has recommended in Alternative D. The Nature Conservancy supports the community and RAC-based process, and the consensus outcome of that process, as an accurate reflection of community values and opinions in those river basins to support BLM's proposed Alternative D. #2])>

<([#3 [39.1] The Nature Conservancy is also working with water users and stakeholders on upstream segments of the Dolores River below McPhee Dam to explore opportunities, build support for, and take action to improve the ecological conditions downstream of McPhee Reservoir while honoring water rights, protecting agricultural and municipal water supplies, and the continued enjoyment of rafting and fishing. The Nature Conservancy supports a proactive and collaborative approach on those segments of the Dolores River to managing tight water supplies and habitat for sensitive, warm water native fish species. Because of potential water user concerns about how the BLM's recommendations for suitability for the five segments of river in the Dolores River Basin could affect the operation of the Dolores Project and McPhee Dam, The Nature Conservancy supports the Colorado Water Conservation Board's (CWCB) request that the BLM work with the CWCB to clarify the relationship between the recommendations for inclusion of the Dolores River segments in the NWSRS and the operation of the Dolores Project. #3])>

Finally, The Nature Conservancy supports and is available to assist the BLM to work with Colorado State agencies, water users, and other collaborative stakeholders to investigate opportunities to protect flow-based ORVs associated with the 13 segments in the San Miguel and Dolores River Basins through state and local processes. The Nature Conservancy looks forward to continuing work with UFO on the Dolores and San Miguel Rivers.

Please contact me at (970) 739-8624 or celene.hawkins@tnc.org with any questions about these comments.
Sincerely,
Celene Hawkins
Western Colorado Water Project Manager
The Nature Conservancy


000376_WegnerB_20161030  Organization: Bruce Wegner
Received: 10/30/2016 12:00:00 AM
Commenter1: Bruce Wegner - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000376_wegnerB_20161030.htm (000376_WegnerB_20161030-386201.htm  Size = 10 KB)
Submission Text
10/30/2016  DEPARTMENT OF THE INTERIOR Mail - UFO Draft RMP Comments

BLM_0155773

https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS %20comment&search=cat&th=158168e3c222c8df&siml=1…   1/2

UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
UFO Draft RMP Comments
1 message
Brian Wegner <wegs1975@aol.com>   Sun, Oct 30, 2016 at 11:06 AM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org,  director@blm.gov,  rwelch@blm.gov
Dear BLM-UFO Staff and RMP Comment Team,

Please fully consider the issues raised in these comments on the Uncompahgre Field Office draft Resource
Management Plan. None of the alternatives in the UFO Draft RMP offer the level of protection these lands warrant nor support national energy and environmental strategies and objectives. <([#5 [2] From my viewpoint, the 2000 (+/-) page UFO Draft RMP largely misses the entire point of the exercise. Other than the "mixed-use" principle regarding BLM land use, the Draft RMP was not based on strategic policies that should guide the use and conservation of public lands. As a result, the 2000 pages generated largely have no basis for relevance. #5])>
<([#6 [5.3] Three broad strategic objectives should have been the basis/overall guide for development of the UFO Draft RMP. These objectives/policies are: (1) National Energy Policy, (2) Oil & Gas Fracking Safety, and (3) Global Climate Change Policy #6])> . First, our national energy policy has for decades strived to achieve US energy independence. And if we ever should achieve that goal, the US needs to ensure we REMAIN energy independent in the future. Despite the irrational exuberance over shale natural gas and oil reserve discoveries in the US, our national energy sources are nevertheless finite. The fossil-fuel based industrial age has only existed in the developed world for roughly one century. The exponential increase in fossil-fuel demand as industrialism and improved standards of living spreads worldwide will increasingly deplete fossil fuel resources. When will peak oil occur? When will natural gas production fail to keep up with demand? Another 50 years? Another 100 years? Does anyone actually believe we can extract fossil fuels from the earth at our current rate for the next 500 years? I know it's difficult for anyone to think that far into the future in our "we want it all now!" group think society, but the BLM should be one agency that should and can. The BLM and its vast US land resources represent the only opportunity to balance/counteract the degradation of our environment, preserve natural resources for future generations of Americans, and maintain the existence of natural spaces through its land management practices.

Further, even with current depressed prices, the US has a surplus of natural gas production. Now, this is a good thing for the US economy. Our large "national" natural gas resources provide the US a significant economic competitiveness advantage over many of our trading partners. But of course, this is not good enough for our national O&G industry. Instead of maintaining this economic advantage and preserving our natural gas resources for future use only in the US, they want to export it to our economic competitors by creating a world-wide natural gas market (like oil today - pretty much one price for all) through the development of LNG terminals along our coasts. This is insane - exporting a valuable natural resource for short-term monetary gain, while neutralizing the competitive advantage we currently enjoy. I can assure you that the jobs

created/maintained in the US because of our cost advantage for natural gas will far exceed the jobs created by the O&G industry fracking wherever they can because of their "we want it all now!" mindset.

Finally, at some point natural gas supply will decline and prices will rise. Since the US does not need more natural gas for national needs currently, we should keep it in the ground until this supply/demand relationship flips. At that point, the US taxpayer will get more money for public land leases. As will O&G Exploration companies, since prices will be considerably higher than now.

Second, there are unresolved issues regarding the overall safety of O&G exploration through the use of fracking technology. This is another case of the "we want it all now!" syndrome. Fracking operations using new technologies have been in widespread use for less than 10 years. There are many areas of concern regarding the safety of these new technologies including seismic effects, waste water pollution, reduced air quality, potential impacts on ground water quality, effects of massive use of fresh water on water tables, acquifers, and irrigation capacity, and potential impacts of accidents, spills, and pipeline failures. We already know ozone levels in Rifle and other areas of western Colorado with fracking operations are graded "F" by the American Lung Association. The industry will say we have all this experience (less than ten years) proving safety. Of course, asbestos was thought to be safe for decades prior to scientific evidence to the contrary. Lead-lined water pipes and lead-based paints were the technological innovations of the turn of the 20th century. That didn't turn out so well, but it took many decades for these SERIOUS safety issues to be exposed. A couple of years of evidence is often woefully inadequate to determine long-term safety issues. Sure, our "want it all now!" mindset drives the desire for new products to be approved quickly. Unfortunately, that doesn't mean they are safe. Do we really think 2 to 5 years of studies on new drugs is adequate to uncover long term health risks? I'm no expert on any of this, but anecdotal data and common sense should lead one to caution. For our society, time seems always to be of the essence (along with money). For nature, however, time continues to run its course, often revealing unintended consequences. Prudence suggests precaution prior to embracing technologies and environmental practices. We must allow adequate time and nature to provide correct conclusions.

Third, the US has signed on to the Paris Accords regarding global climate change. Respected analysis has shown that if we extract ONLY the fossil fuels CURRENTLY under development or ALREADY developed, the world will exceed the CO2 targets contained in those accords. Additionally, the White House Council on Environmental Quality addressed that federal agencies should consider greenhouse gas emissions and the impacts of climate change when conducting NEPA reviews. There is no question that ANY further development/production of fossil fuels contributes to greenhouse gas and CO2 levels in our atmosphere. While there are still climate science deniers out there, the prudent person would consider analyses of the risk versus consequences of climate change being real. EVEN IF THE RISK IS LOW, THE CONSEQUENCES ARE SO EXTREME that risk mitigation strategies must be employed. Most climate change deniers probably don't think their house is going to burn down either, yet they still have a home fire insurance policy - just in case.

The US needs to be a leader in global climate change risk mitigation. The BLM, as a part of our government with massive public land resources and the ability to manage their use, needs to start

BLM_0155775

leading on this critically important issue. Special interests and industry members will accept no responsibility for the damage they may cause later to the climate - just as they have fought against payments and walked away from the environmental consequences and impacts of past mining
activity. Only the BLM can set the standard based on fundamental principles and the best science that exists.

Without underlying principles, 2000 pages provide little value. <([#1 [5.3] If national strategies such as energy policy and climate change were used as the principles for developing the UFO Draft RMP, and the development of alternatives reflected these underlying principles, it would mandate not only that a "no leasing" alternative be considered, but that it would have been BLM's preferred alternative for not just the North Fork Valley, but the entire UFO region. I request the BLM include a "no leasing" alternative in its UFO Draft RMP, and that the subsequent analyses of all alternatives be based upon sound national energy and environmental policies that reflect long term goals and desired outcomes for generations to come. #1])>
I am a resident of the North Fork Valley and have serious concerns that adoption of BLM's preferred Alternative D of the UFO Draft RMP will impact my quality of life and my community's economic, recreational, and environmental assets. My wife and I manage 8 acres of agriculture land using natural methods, relying on safe, clean irrigation water supplied by Fire Mountain Canal. We have begun establishing a vineyard and have a mixed orchard of various fruit and nut trees.
We grow healthy foods in our gardens and minimize our impact on the environment. We moved to Pitkin Mesa, just outside of Paonia, for its natural beauty, small town atmosphere, agricultural and organic farming/farm to table culture, and clean air/lack of pollution. Oil and gas exploration have no place in this valley, and will disrupt the area's culture, landscapes, recreational opportunities, and quality of life. Besides the national and global implications of pursuing additional O&G exploration in the UFO, the local impacts will negatively impact our towns, businesses, and residents.
Brian Wegner
Cynthia Landes
15540 Fire Mountain Rd
Paonia, CO 81428
wegs1975@aol.com


000377_SkokoM_20161019 Organization: Michael Skoko
Received: 10/19/2016 12:00:00 AM
Commenter1: Michael Skoko - Ridgway, Colorado 81432
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak

Attachments: 000377_SkokoM_20161019.htm  (000377_SkokoM_20161019-386202.htm  Size = 8 KB)

Submission  Text

10/30/2016  DEPARTMENT OF THE INTERIOR Mail - UFO Draft RMP Comments

https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS %20comment&search=cat&th=157e67869b3ffb25&siml=1...  1/1

UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>

UFO Draft RMP Comments

1 message

Michael  Skoko  <skoko306@gmail.com>  Wed, Oct 19, 2016 at 10:13  AM

To: uformp@blm.gov

Please see attached...

Michael  Skoko

PO Box 343

Ridgway,  CO 81432

skoko306@gmail.com

602-525-4643

Areas of Concern: Recreation

Acceptable Communication:  email

Thanks,

Mike

3 attachments

IMG_3633.JPG

1242K

UFO Draft RMP Comments SKOKO.pdf

104K

Kinnikin  Hills  RMZ 2 - Potential  Trail  System 20161017.kmz

514K

UNCOMPAHGRE DRAFT RMP COMMENTS

RECREATION

<([#1 [32.1] [27.1] The lack of non-motorized  trails and recreation opportunities  on BLM lands in the Uncompahgre Field

Office (UFO) is astounding,  as compared to the surrounding  field offices (Grand Junction, Gunnison  and Tres Rios. Take the area surrounding  Montrose for instance, in a 20-mile  radius there is a total of 11 miles  of BLM non-motorized  trails (Buzzard Gulch,  which has its own issues [shooting  range]). If you take that out further (1 hour drive), the only additional  non-motorized  area on BLM lands is the Ridgway Area Trails (RAT) which totals approximately  20 miles.

The heavy use by all non-motorized  users, namely mountain  bikers, of the RAT system is evidence that

the Uncompahgre Valley has been devoid of quality  non-motorized  spaces and trails. I think the UFO can do a better job to address this obvious lack of non-motorized  recreation resources. The BLM lands surrounding  Montrose and the Uncompahgre Valley is absolutely  dominated by motorized-use  areas that is not conducive to a "silent"  recreation setting. My comments are centered on the increased access to mountain  biking  and hiking  in a setting that is devoted to a "silent-sport"  setting in the Uncompahgre  Valley.

BLM_0155777

#1])>
Kinikin Hills SRMA
<([#2 27.1] I am very much in favor of the Alternative B for the Kinikin Hills SRMA. This area has exceptional terrain in a beautiful setting with quick access to population centers. All of these factors make for the ideal recreational area. RMZ 2 being non-motorized is a perfect alternative as it allows foot and bike traffic to access a natural setting quickly and it would push the motorized users and shooting (noise) away from the residences to an isolated area further up the mountain (RMZ 3). The RMZ 2 area could serve the communities of Montrose/Delta and Ridgway/Ouray with fantastic hiking and biking opportunities that are currently in very short supply. I believe when "silent sport" areas are made available they are a great boon the surrounding communities and businesses.
The terrain (adobes, mesas, P&J hillsides) in the area of RMZ 2 is very unique from a mountain biking perspective and has the potential for some very fun/fast trails, potentially on the level of Fruita. There currently exists a number of moto trails in the area which could easily be adopted/retrofitted to cater to hikers, mountain bikers and horseback riders. These existing trails would be a fantastic start to establishing this area as premier non-motorized recreation area. #2])>
<([#5 27.1] A Trailhead(s) independent from the current user group (motos and target shooters) would be important to welcoming potential hikers/bikers [In Kininkin Hills SRMA]. The ideal location for this would be on the west side of RMZ 2 where it intersects with Uncompahgre Rd (38.3601, -107.7890). There is an existing road serving irrigation ditch and a large, relatively flat area that could serve as a parking area. The setting is ideal and would be an incredible introduction to a beautiful and unique area with easy access for the user base. An alternative trailhead location would be somewhere off of the road the divides RMZ 2 and RMZ 3.
Please see the attached KMZ as a reference for this area's existing trails, potential trails/trailheads. The attached photo shot looking east from the potential trailhead location off Uncompahgre Rd. #5])>
Dry Creek LWC
<([#3 20.1] I am opposed to the Dry Creek LWC as it could potentially restrict access to recreation opportunities to motorized and non-motorized (bikes) users which have been well established in the area for some time.
The BLM currently has signage for several of the trails in the proposed LWC (rock crawling, moto trails). I believe that these trails should be taken into account when drawing the LWC boundary. The proposed LWC would eliminate bicycle/moto use of Coyote Cutoff and Coyote Ridge trails that are crucial connectors to the already established network of trails NW of Dry Creek Rd. Restricting use of these trails would essentially deem the entire trail network a very undesirable place to ride a mountain bike.
Please consider the existing trails/roads and their current uses as recreation asset before essentially closing off access to this unique area for mountain biking.
#3])> Recreation Monoculture in the Uncompahgre Valley?
<([#4 27.1] The recreation opportunities on BLM lands within and surrounding the Uncompahgre Valley has been very biased in the direction of motorized users. This may have made sense 25 years ago but the cultural landscape and recreational styles have evolved. I feel that it is the BLM's responsibility to address these changes and create specific areas where non-motorized users can recreate. The fact is, riding a mountain bike or hiking on a motorized trail is not an ideal recreational experience. In some instances user groups should be segregated. My

hope is that the UFO will look at what some of the surrounding field offices have done to tailor access to certain groups (mountain bikes/hikers) and the resulting benefits to the citizens and communities. #4])>
10/19/2016
Michael Skoko
PO Box 343
Ridgway, CO 81432
602-525-4643


000378_FrankR_20161031 Organization: Roberta Frank
Received: 10/31/2016 12:00:00 AM
Commenter1: Roberta Frank - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000378_FrankR_20161031.htm (000378_FrankR_20161031-385830.htm Size = 1 KB)
Submission Text
10/31/2016 DEPARTMENT OF THE INTERIOR Mail - UFO RMP
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=1581bfb4f4f75b4a&siml=15... 1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
UFO RMP
1 message
Roberta Frank <robertafrank295@gmail.com> Mon, Oct 31, 2016 at 12:22 PM
To: uformp@blm.gov
To Whom it May Concern:
I have recently visisted the Uncompahgre Field Office area and become aware of the choices regarding UFO's Resource
Management Plan. As an avid hiker, cyclist, equestrian and wildlife advocate, I prefer alternative B to the others, because
of the better connectivity for wildlife and opportunities for non-motorized recreation. Alternative B is especially favorable
regarding Ecological Emphasis Areas (EEA's) and Areas of Critical Environmental Concern (ACEC)'s.
Please consider including all of the EEAs from Alternative B in the preferred alternative with No Surface Occupancy
(NSO) stipulations. <([#1 [9.1] If any proposed ACECs from Alternative B are not included in the final preferred alternative, they should at least be managed as EEAs with NSO and No Ground Disturbance stipulations #1])> .
Thank you for your consideration of my comments.

Roberta Frank
Corrales, NM

000379_HudekH_20161101_MountainHarvestFestival  Organization: Mountain Harvest
Creative, Heidi Hudek
Received: 12/6/2016 10:41:12 AM
Commenter1: Heidi Hudek - ,
Organization1:Mountain Harvest Creative
Commenter Type: Organization (nonprofit/citizens group)
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000379_HudekH_20161101_MountainHarvestFestival.htm
(000379_HudekH_20161101_MountainHarvestFestival-386396.htm  Size = 4 KB)
Submission Text
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
UFO RMP
1 message
Director MountainHarvestFestival <directormhf@gmail.com>  Tue, Nov 1, 2016 at 9:25 AM
To: uformp@blm.gov
Cc: Conservation Center <info@theconservationcenter.org>,
info@citizensforahealthycommunity.org
To the Uncompahgre Field Office
Regarding its Resource Management Plan,

I am the Executive Director of Mountain Harvest Creative, the organization the hosts the
Mountain
Harvest Festival. Our annual festival welcomes 2000 attendees, many of whom are visitors
attracted to
the beauty and culture of the North Fork Valley.
I am writing today in favor of a No Lease Alternative to the BLM Resource Management Plan
for the
North Fork Valley. A No Lease Alternative is the responsible and most appropriate option for the
culture and health of our valley.

Our festival relies on visitors, as does the economy of our valley. Last year, after closures of coal
mines,
Region 10 Legion for Economic Assistance and Planning hired Better City to analyze new
possibilities
for Delta County's economic sustainability. It was concluded that the potential highest income
may
come from Agritourism. Attracting tourists to an agriculture area relies on the crops such as the
stunning lower fields found at Zephyros Farms; products made from the crops, such as wine at

Black
Bridge Winery and value added foods like Big B's Juices; the serenity and rural quality of life found at
places like Smith Fork Ranch; and open lands of the area as seen from the porch while sipping wine at
Azura. The additional attractions to the North Fork Valley are that we have the highest concentration
of organic farms in Colorado, and we are becoming well known for world class wineries. These are the
reasons we present the festival, a celebration of all of our harvests.
Annual festivals and events like Mountain Harvest Festival and West Elks Wine Trail attract thousands
of visitors every year. They come for the agriculture and scenic views the area provides. Oil and Gas
development would jeopardize that potential economic boon.
The North Fork Valley is a large piece of the West Elk Loop, another attraction which brings visitors to
this recreation rich area. Oil and Gas Industry development would jeopardize the scenic attraction of
the Loop.

<([#1 [27.1] The North Fork community has put great effort and our souls into developing a trail system for hiking,
trail running, and mountain biking on Jumbo Mountain. The trails were used for several years as a 5k
race during Mountain Harvest Festival, and this special event brought trail running enthusiasts from
far and wide. Please designate BLM lands on and surrounding Jumbo Mountain as a Special Recreation
Management Area, and include Elephant Hill, Lone Cabin Rd, McDonald Creek, and "C" hill.
#1])> A No Leasing Alternative is the most responsible way to protect the North Fork Valley. However, the
next best compromise is the North Fork Alternative (B1) because it requires that areas chosen for
development be set back from agriculture lands, and best preserves the rural culture of the area. It also
does the best to protect rivers and watersheds, trail areas, Jumbo Mountain area, and the outskirts of
the West Elk Wilderness. If we must have a compromise, please include all proposed actions in the
North Fork Alternative, B1, in the inal RMP.

Please consider the attractions of our beautiful valley to the visitors who are vital to the economy of
Delta County.
I am interested in your response and being informed of ways I may help the UFO in their conclusions

and maintenance of our public lands. Please send a reply and keep me informed of available opportunities.
Thank you for your time and consideration.

Heidi Hudek,
Executive Director, Mountain Harvest Creative
Celebrating arts, agriculture, and all of the bounty of the North Fork Valley. Our Festival is in Paonia, Colorado, September 21
- 24, 2017. Come have a big time in our small town!
http://www.MountainHarvestFestival.org, and Our Facebook Page
(970)778-9072


000380_GavanJ_20161031 Organization: John Gavan
Received: 10/31/2016 12:00:00 AM
Commenter1: John Gavan - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000380_GavanJ_20161031.htm (000380_GavanJ_20161031-386397.htm Size = 2 KB)
Submission Text
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
UFO RMP Comment Letter
1 message
John Gavan <john@thegavans.com> Mon, Oct 31, 2016 at 9:29 AM
To: uformp@blm.gov
Dear BLM Uncompahgre Filed Office,


I am submitting this letter in opposition to the alternatives presented in the Resource Management Plan.

I live outside of Paonia and purchased my 10 acre farm in 2008 with the intent of developing it into an orchard and
vineyard. Now, eight years later and at significant expense, this plan is being transformed into reality and I have just completed the installation of an NRCS sponsored state-of-the-art drip irrigation system that relies on clean water from the Minnesota irrigation ditch to water my trees and vines. In addition, the USDA NRCS and Bureau of Reclamation have spent millions of dollars locally in the past five years piping open irrigation ditches to reduce salinity and selenium uptake.
As you know we also harbor the largest collection of organic farms in the State of Colorado and

this collectively
represents a very significant public/private investment in agricultural infrastructure. The level of private investment has only increased in recent years as more and more hay operations have been transformed into farming operations.

Any potential extraction industry activity that would put this infrastructure at risk to the slightest degree is unacceptable.
The most important alternative in the RMP should have been NO DEVELOPMENT AT ALL.

I urge that BLM to retract this RMP and review the alternative of no-development in the rich agricultural area of the North Fork Valley. There are places where oil and gas extraction are suitable but this is clearly not one of them.

John Gavan
40194 M Road
Paonia, CO 81428
(970) 527-3280


000381_MuellerP_20161031 Organization: Peter Mueller
Received: 10/31/2016 12:00:00 AM
Commenter1: Peter Mueller - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison 10/31/2016 12:00:00 AM
Attachments: 000381_MuellerP_20161031.htm (000381_MuellerP_20161031-388424.htm Size = 3 KB)
UFORMP_000381_MuellerP_20161031.pdf (000381_MuellerP_20161031-388423.pdf Size = 353 KB)
Submission Text
Peter Mueller <muellerp01@gmail.com> Mon, Oct 31, 2016 at 6:21 PM

Dear BLMUFO

Staff and RMP Comment Team,

Please consider my comments in support of:
Alternative B
B1: The North Fork Alternative
Jumbo Special Recreation Management Area

Thank you for the commitment to responsible and reasonable management of our public lands.

BLM_0155783

Sincerely,

Peter Mueller
42086 Minnesota Creek Rd.
Paonia CO 81482

Dear BLM-UFO Staff and RMP Comment Team,

As a resident of the North Fork Valley, I would like to express my commitment to Alternative B particularly B1: The North Fork Alternative. The uncompromised intrinsic beauty of the North Fork Valley is invaluable to its historic and future existence. Because of our clean land, water and air, the NFV hosts an incredible diversity in outdoor recreation, hunting and agribusiness. It would be devastating to compromise this to large-scale oil and gas feasibility study, leasing and development. Please help protect a state treasure by instating B1!

Living adjacent to the Mt. Jumbo trails, I have a particularly close relationship to this recreation area. These trails are my sanity and keep me physically fit. I am a runner and do much of my training here. Please support the Jumbo Special Recreation Management Area; all 5,020 acres!

As a small farm owner, clean water is paramount.

I have also traveled from Paonia dam all the way to Whitewater outside Grand Junction by raft. I spend a considerable amount of time on this section of river from May through October. It is very important to me.
Public lands access for hunting, camping, fishing and travel, as well as plentiful and healthy habitat are critical components that help sustain the multi-million-dollar hunting industry in the area. The final plan should include ecological emphasis areas for all critical winter habitat and connectivity between the wilderness areas within the North Fork Valley. The final plan should also include the protections of B1 which prohibits surface activities in critical wildlife habitat, and includes both No Leasing and No Surface Occupancy setbacks from streams, riparian areas, and water bodies.

BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Sincerely,
Peter Mueller
42086 Minnesota Creek Rd.
Paonia, CO 81428


000382_OeserI_20161024 Organization: Ian Oeser
Received: 10/24/2016 12:00:00 AM
Commenter1: Ian Oeser - ,

Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 000382_OeserI_20161024.htm  (000382_OeserI_20161024-386399.htm  Size = 14 KB)
Submission Text
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
UFO RMP Comment Letter
1 message
Ian Oeser <iodesignbuild@gmail.com>  Mon, Oct 24, 2016 at 7:58 PM
To: uformp@blm.gov
Cc: info@theconservationcenter.org
Please see the attached PDF letter, or text included in email body below.
Ian Oeser
(720) 785-0374
iodesignbuild@gmail.com
Full Life-cycle Care for Your Home
and Workplace
Ian Oeser Paonia, CO 81428  10/10/2016
To: BLM, Uncompahgre Field Office 2465 S. Townsend Ave. Montrose, CO 81401
Re: Draft Resource Management Plan for the Uncompahgre Field Office
Dear BLM-UFO Staff and RMP Comment Team,

Thank you for extending the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is
considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and
wildlife corridors. I also support the BLM designating the Jumbo Mountain area as a Special Recreation
Management Area.

As a Paonia resident, <([#1 [27.1] I use and appreciate the Jumbo Mountain BLM area for its diverse recreational trails
and natural habitat. I mountain bike weekly in this area, and moved here in large part because of the non-motorized
bike trails. I value the quiet and undisturbed landscape and would be very disappointed to have
the scenic views and quiet connection to nature disturbed by oil and gas development. I would very much
like to see the BLM adopt Jumbo Mountain area as a Special Recreation Management Area, so

BLM_0155785

they could,
with the help of so many eager volunteers in our community, provide better access and signage on the
existing trails. The number of hikers and mountain bikers coming to this area for recreation is growing
exponentially each year, bringing commerce to our local businesses and municipality. Recreation is a huge
economic boon for our area, and I would like to see it continue to grow with the BLM support.

The final plan should include the entire Jumbo Mountain unit as a special recreation management area to
protect the quality of the recreation experience. This area is essential for quality of life, recreation tourism,
and the businesses that rely on those tourists. The final plan should also include an Ecological Emphasis
Area to protect critical winter mule deer and elk habitat.

River and trail recreation are a growing economic opportunity in the North Fork, with these industries
bringing millions of dollars to communities in Colorado. The North Fork Alternative provides protection
from oil and gas development for streams and river corridors, trailhead areas, the flanks of the West Elk
Mountains, and the Jumbo Mountain area. These protections must be included in the final plan.
The final plan must include protections for these recreation resources and lands. Public lands access for
hunting, camping, fishing and travel, as well as plentiful and healthy habitat are critical components that help
sustain the multi-million- dollar hunting industry in the area. The final plan should include ecological
emphasis areas for all critical winter habitat within the North Fork Valley. The final plan should also include
the protections of B1 which prohibits surface activities in critical wildlife habitat, and includes both No
Leasing and No Surface Occupancy setbacks from streams, riparian areas, and water bodies.
Local economic studies indicate that the economic future of our region will depend upon the diverse
industries already present, including land- and water-based recreation. The final plan should include special
recreation management areas and extensive recreation management areas for all lands identified as high
recreation value by local residents and businesses. Recreation activities include mountain biking, horseback
riding, motor biking, OHV use, trail running, hunting, fishing, and backpacking among others. These areas
include Jumbo Mountain, Stevens Gulch, the North Fork of the Gunnison River corridor, Smith

Fork river
corridor, McDonald Creek, Elephant Hill, Lone Cabin, Adobe Butte, and Robideau Canyon. #1])>
I am also an avid hunter and pay for both small and large game tags in the Stevens Gulch area and the Adobe
Hills. The final plan must protect all lands with wilderness characteristics, including the areas up Stevens
Gulch. It also has one of the largest mature aspen stands in the world, providing prime habitat for elk and
deer, and provides important connectivity between the valley bottoms and the roadless lands in the Grand
Mesa National Forest. Hunting in this area is an important part of both our culture and our economy.
I value the quality of water that I drink. I believe the plan is adopted must protect the health of the watershed
for the greatest number of users. Our communities have invested countless dollars developing both domestic
and agricultural water systems for their homes, farms and ranches. The final plan must exclude all oil and
gas activities within a half-mile of all surface and ground domestic water sources, including municipal
waters supplies, that risk being impacted by surface spills and well failure. Most of the domestic water
sources in the North Fork Valley are surface springs and streams that are either on or near BLM lands
affected by this plan.

I also greatly value the quality of water tthat is used to grow local crops and livestock that I eat. The final
plan must protect local agriculture by excluding oil and gas activities within a quarter mile of ditches,
domestic water decrees, dams, irrigation intakes, or canals. This is a minimum distance required to safeguard
direct and rapid impacts from surface spills and other contamination from oil and gas activity.
The draft plan (or: Alternative D, the "preferred plan") opens 90 percent of the Uncompahgre area to oil and
gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area
doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our
public lands at risk for speculative leasing. The BLM should adopt a final plan that makes wilderness-quality
lands, important wildlife habitat and recreation areas off-limits to energy development. I support the
inclusion of Alternative B1 which balances all the resources managed by the BLM.
The BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the

North Fork
Citizens' Alternative for the area in and around the North Fork Valley. This proposal is the best way to
protect the Gunnison Watershed and build on a sustainable rural economy on Colorado's Western Slope.

Sincerely, Ian Oeser
NoFork Alt B1 Comment Letter-BLM.pdf
43K
Ian Oeser
Paonia, CO 81428


000383_HellecksonB_20161031 Organization: Helleckson Vineyards and Stone Cottage Cellars , Brent Helleckson
Received: 10/31/2016 12:00:00 AM
Commenter1: Brent Helleckson - Paonia, Colorado 81428 (United States)
Organization1:Helleckson Vineyards and Stone Cottage Cellars
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 000383_HellecksonB_20161031.htm (000383_HellecksonB_20161031-386398.htm Size = 19 KB)
Submission Text
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
UFO RMP Comments
1 message
Brent Helleckson <brent@stonecottagecellars.com> Mon, Oct 31, 2016 at 9:17 PM
To: uformp@blm.gov
Cc: Natasha Leger <natasha@citizensforahealthycommunity.org>, Senator Michael Bennet <Senator_bennet@bennet.senate.gov>, Representative Millie Hamner <Millie@milliehamner.com>

Bureau of Land Management
Uncompahgre Field Office
Resource Management Plan Revision Team
Thank you for the opportunity to comment on the Draft Resource Management Plan (DRMP).

We appreciate the effort and the level of detail involved in its preparation, and also appreciate the difficult task you face balancing competing demands upon our public lands.

While the many of the goals, objectives and actions in the DRMP, and your preferred alternative make good sense, reinforce one another, and are significant improvements over the current RMP,

we are aware of some inconsistencies, oversights and omissions that should be considered and addressed. These concerns can best be addressed by moving beyond the North Fork Alternative described in Option B-1 and adopting a "no fluid mineral leasing in the North Fork watershed" option for the North Fork watershed.

Our family purchased a farm in the North Fork valley outside of Paonia in 1994 and moved here, permanently, shortly thereafter. The adoption of the Valley as our home was driven by a desire to live where the air and water are clean, the area safe, the skies dark at night. These same pastoral characteristics are driving in-migration to the area today. While enjoying the natural amenities we are blessed with, we began to craft a vineyard and winery business, opting to develop a sustainable, economically viable return to the agricultural roots of our predecessors in the midwest. We have spent more than 2 decades and tens of thousands of hours in the pursuit of that dream, clearing land, planting vines, building a home, winery, cellar and other buildings by hand out of the fieldstone cleared from the vineyards. In that time we have created a sustainable farm and business providing 2 full-time jobs, 3 part-time jobs and as many as 15 seasonal positions. The sustainable vineyard relies directly on the continued availability of clean, reliable irrigation and domestic water. The economic viability of the winery business relies on the tourism traffic we have been successful in attracting to the Valley. This multi-decade investment is under existential threat by the resource management pathway the BLM is currently proposing.

<([#1 [37.3] Likely Development Scenario

The BLM preferred alternative, alternative D, opens nearly all of the North Fork watershed to oil and gas exploration and development (DRMP at 2-409). While the underlying assumption is a well count of 1,271 throughout the UFO region by the year 2030 (DRMP at 3-14), statements by the energy companies currently operating in the North Fork, on lands already leased by the BLM, exceed that number by a factor of 2 to 3. This is in advance of the recent USGS study identifying the Mancos Shale as a likely significant gas resource.

Therefore, offering nearly all of the North Fork watershed as available for oil and gas leasing virtually guarantees the industrialization of that watershed. While the specifics of each well will be unique, the commonly accepted impacts include multiple millions of gallons of water per well, multiple thousands of truck trips per well, multiple millions of gallons of produced waste per well and multiple miles of roadway per well pad. No reasonable person could claim that the current rural/arboreal landscape would suffer "no significant impact" from such a change of use. The DRMP admits as much at page 3--176. #1])>

<([#3 [30.3] Impacts to Economic Viability of Existing Enterprises
Much of the recent improvement in economic outlook for the North Fork Valley rests upon the desirability of the natural and man-made features of the area. Personal communications with local realtors indicate that both retirees and young families are relocating to the area for precisely the same reasons our family did in 1994. Further, the rapidly developing agritourism sector relies on attracting tourists from the Front Range, and from out of state, to enjoy the amenities offered

in the Valley. Our family winery relies heavily on our ability to attract out-of-area customers to our tasting room, vineyard, and guest cottage. Fully 80% of our income is derived from these sources and we spend significant resources each year attracting these visitors. While the Valley is currently enjoying a blossoming of businesses such as our own (e.g. wineries, organic farms, traditional farms, farm-to-table venues, farmstays, lavender farms, etc.) the robust growth we are experiencing would be brought to a halt

should the watershed develop as the BLM proposes. It is already difficult and expensive to convince visitors to make the 5 hour trip from the Front Range. It would become exponentially more so if they were asked to traverse a gas field of multiple thousands of wells, with its attendant truck traffic, flares, pipelines, etc. The destruction of the visual amenities, the clear air, dark skies, and pastoral/agricultural character of the Valley would foster the destruction of those entities dependent upon these values. In making our decisions, we have relied on the BLM to manage the lands under its jurisdiction so as to maintain these values. Failure of the BLM to do so represents and existential threat to our livelihood.

Nowhere, either in the DRMP, in associated presentations made by the BLM-UFO, in communications made by the interested energy companies, by the State of Colorado, the COGCC, or by the Delta County Commissioners has anyone articulated a method by which oil and gas development can be made compatible with the entities described above. Lip service is often paid to the minimization of impacts, the use of "Best Management Practices," and mitigation. However, no analysis of the expected impacts to existing enterprises is offered. There is no mention of restrictions on the pace or scale of development, no mention of liquidated damages for unmitigated impacts, no mention of resolving conflict of use in favor of existing entities, etc. In essence, those of us who live in the Valley are tacitly asked to shoulder these costs of energy extraction in order to facilitate the profitability of the oil and gas industry, and the tax, royalty and severance streams that accrue to various governmental agencies. #3])>

<([#2 [5.3] The risks described above become concrete the moment an oil and gas lease is let. At that moment a public good is converted to a private property right. Every lease is let with the expectation that development will be allowed to occur. The leaseholder may expect restrictions but outright denial of the right to drill is off the table. The scale of the threat to existing enterprise and the absence of willingness to explore ways to make the proposed extractive industry compatible with existing uses argues for a no leasing alternative. Simple deferral to State agencies ostensibly charged oversight of these issues, knowing that the response of these agencies may be inadequate, is a abrogation of the duty of the BLM to manage for multiple use and sustained yield. Not only does the DRMP fail to propose such an alternative as a preferred pathway, is does not even examine and discard such a pathway. This is a failure to adhere to the NEPA process and does a disservice to those of us living in the North Fork Valley. #2])>

<([#4 [37.3] Impacts to Water Resources
The agriculture in the North Fork Valley relies on the reliable availability of clean irrigation water. The population of the Valley relies on a combination of clean surface and ground water for domestic use. Further, many of the existing enterprises in the Valley depend upon the image, and actuality, of purity for their business model. Examples include organically and

bio-dynamically certified agriculture and those enterprises devoted to healing. Industrial development of the scale proposed by the DRMP and the preferred alternative poses significant, unmitigated risks to each.

Surface spills

The Denver Post reports that over the last 3 years, the oil and gas industry has reported nearly 2 spills per day or nearly 700 per year, all of which had the potential to contaminate surface water and 15% of which did contaminate ground water. As the State relies on self-reporting by industry, this number must be assumed to be a lower bound. At the scale of development proposed by the DRMP preferred alternative, the North Fork watershed should expect similar spill activity. Multiple thousands of truck trips per well, many of which carry hazardous or noxious chemicals, will likely add to this number. This is yet another example of a risk/cost that is tacitly expected to be borne by the residents down gradient of the oil and gas extraction activity in support of the profitability of the industry and the revenue streams of various governmental agencies. The absence of viable mitigation measures, the absence of mechanisms to compensate affected entities and penalize responsible

parties argues for the realization that the proposed development in the preferred alternative is incompatible with existing uses and with the BLM mandate to manage for multiple use and sustained yield. Further it argues for a "no leasing in the North Fork watershed" option. #4])>

<([#5 Well bore failures

Contamination of ground water by oil and gas development, hydraulic fracturing, and associated activity is well documented and of great concern. Although there is little or no data specific to Colorado or specific to the North Fork, Ingraffea et. al., prominent researchers on the effects of oil and gas development, estimate the failure rate of gas well bores to be between 7% and 60%, depending upon the age of the well.

Further they describe, "Fluid migration from faulty wells is a well-known chronic problem with an expected rate of occurrence." Should such scientific evidence be supported under North Fork conditions, the extremely conservative estimate in the DRMP of 1,271 wells provides that something like 90 wells would begin leaking shortly after completion and nearly 800 wells might be expected to leak over multiple decades.

These wells would leak not only methane but also the 40% to 75% of the fracking fluid volume used to produce the methane. For reasons described earlier, the number of wells in the North Fork is expected to be much higher than that assumed in the DRMP, thereby increasing the expected number of failed wells by a similar factor. #5])>

<([#6 [37.3] [5.3] The topology of the North Fork introduces another risk not addressed either in the scientific literature or in the DRMP. In order for the efficient exploitation of the natural gas resource to occur, wells must be drilled on a grid pattern within the bearing strata such that the horizontal portions of one well cluster meet or nearly meet the horizontal portions of an adjacent cluster. The fracturing operation would be expected to open pathways such that trapped gas might find its way to one or the other well bore and migrate to the collection system. This communication between horizontal well bores provides a pathway for water accumulating in a failed well bore of higher elevation to establish hydrostatic pressure in an adjacent well bore.

BLM_0155791

Should that well bore fail and should it exit the surface at a lower elevation than the first, the result may well be a man-made toxic spring spewing fracking fluid, methane, and other chemicals and radioactive material dissolved in the gas-bearing strata.

The resulting effect is reminiscent of the "Gold King" fiasco in Durango Colorado or the on-going struggle in the watershed above Crested Butte to contain and treat mine outflow from the Keystone Mine. The latter requires a million dollar per year treatment plant to be operated indefinitely.

The sum total of groundwater protection measures defined in the DRMP preferred alternative seems to be found on page 2-47 with an exhortation for companies to extend casings through the aquifer and use freshwater mud for drilling. This is wholly inadequate for the risks involved. Again the residents of the North Fork are being tacitly forced to bear the cost of well-bore failures. The absence of any analysis of well bore failures and their effects, any proposed long term mitigation, or any method to assign responsibility, and funding, for the long-term monitoring and remediation of well bores argues that the proposed development embodied in the DRMP preferred alternative is incompatible with existing enterprise in the Valley and incompatible with the BLM mandate for multiple use and sustained yield. It also argues for a "no leasing in the North Fork watershed" alternative.
#6])>
<([#7 [21.1] [18.3] Seismicity
Wastewater generated during hydraulic fracturing operations is commonly disposed of in injection wells. Several such wells are already proposed for the North Fork watershed. The link between wastewater disposal wells and earthquake exacerbation is now well established in Oklahoma and in Ohio. Further, experiments with similar disposal techniques on the Rocky Mountain Arsenal outside of Denver in the 1960's and 70's produced similar results, i.e. an activation of faults beneath Denver and the Front range. The geology of the North Fork is replete with fault zones, fractures, etc. Highway 133 has experienced multiple, extended closures due to rockslides in the past several years. Indeed, the DRM identifies 683 movement features (e.g. rockslides, debris flows, debris slides, etc.) between Paonia and McClure Pass (DRM at 3-178).

The increased seismic activity resulting from oil and gas operations can be expected to increase the disturbance of these movement features.

Further, increased seismic activity must almost certainly be correlated to increased well bore failure, exacerbating the issues outlined in the previous section.
The geologic character of the North Fork watershed make it uniquely susceptible to induced seismicity and again argues for a "no leasing in the North Fork watershed" alternative. #7])>

<([#8 [21.1] [37.3] Degradation of Watershed
As mentioned previously, agriculture in the North Fork relies exclusively on the timely availability of clean irrigation water. That can only be accomplished via a healthy, vegetated watershed. Multiple years of drought combined with increasing temperatures have stressed the North Fork watershed in multiple ways. Sudden Aspen Decline, a drought and temperature-induced dieback of aspen groves, has caused a decline in the shadowing protecting the snowpack in mid to late spring. The resultant early runoff occurs at a time when farms are

BLM_0155792

not able to use the runoff water to irrigate, The reservoirs fill as they should but are tapped earlier because the runoff water is no longer available when crops are ready to use it. Various beetle infestations threaten to decimate the conifer cover of higher elevations in the watershed, again contributing to snowpack degradation and early runoff. The level of development inherent in the DRMP preferred alternative further exacerbates the degradation of the watershed by road construction, well pad development, pipeline construction and dust. In addition to directly contradicting the DRMP goal of minimizing habitat fragmentation, the DRMP preferred alternative passes the cost of energy extraction on to the residents of the North Fork in the form of decreased irrigation water supply. There is no mitigation for the construction of the infrastructure necessary to support the development scenario likely to occur as a result of the DRMP preferred alternative. This again argues for the adoption of a "no leasing in the North Fork watershed" alternative. #8])>

<([#9 [11.2] Climate Change
The DRMP explicitly acknowledges the fact of climate change (DRMP at 3-15). The effects of climate change will likely increase the amount of land in the North Fork that fails to fully meet the land health standard from the current approx. 50% to something significantly more than 50% (DRMP at 3-18). The effects of climate change are already being felt at the individual farm as lower than typical snow pack, warmer and earlier spring thaws, earlier bud break, warmer summertime highs, warmer falls, etc. As mandated by the Council on Environmental Quality, the BLM must begin to assess the contribution of its actions to climate change and, by extension, to avoid them where possible. When finding oneself in a hole and wishing to get out, the first step is to stop digging. When tasked with combating climate change the first step is to reduce the production of greenhouse gasses and the first places that should be removed from production are those with the highest risk of damage to non oil and gas resources and enterprises. The North Fork watershed is certainly one of those places and should be protected with a no leasing alternative.
#9])>
Conclusion
<([#10 [5.3] The development inherent in the DRMP preferred alternative is incompatible with the existing mandate of the BLM and incompatible with the existing uses of the lands under your management. In stark contrast to the stated mission of the BLM, the preferred alternative will degrade the health, diversity and productivity of public lands and will curtail the use and enjoyment of present and future generations. It will result in neither
multiple use nor sustained yield. It will force the costs of energy extraction onto the residents of the North Fork in multiple ways, supporting the profitability of the oil and gas industry and the tax, royalty and severance income of multiple governmental agencies at the expense of those of us who live here.

Further, the DRMP preferred alternative makes the existence of our vineyard and winery untenable and squanders the time and investment made by a family over the course of more than 2 decades. The adoption of a "no leasing in the North Fork watershed" alternative conversely, fulfills the BLM's mission and preserves and enhances the existing enterprises in the Valley. It also allows us to continue to grow grapes and produce wine sustainably indefinitely, while continuing to enjoy the clean air and water, the safe areas and the dark night skies we came here for.

BLM_0155793

#10])>
Thank you,
Brent Helleckson
Karen Helleckson
Stephanie Helleckson
Jacob Helleckson
Helleckson Vineyards and Stone Cottage Cellars
Brent Helleckson
41716 Reds Rd.
Paonia, CO 81428
brent@stonecottagecellars.com
(970) 527-3444


000384_CastleS_20161029  Organization:  Shannon Castle
Received: 10/29/2016 12:00:00 AM
Commenter1: Shannon Castle - Hotchkiss, Colorado 81419 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 000384_CastleS_20161029.htm  (000384_CastleS_20161029-386400.htm  Size = 3 KB)
Submission Text
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
UFO RMP COMMENTS
1 message
Shannon Castle <castle.s.art@gmail.com>  Sat, Oct 29, 2016 at 10:50 AM
To: uformp@blm.gov
Shannon Castle
PO Box 854-800 Short Rd
Hotchkiss, CO 81419
BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Sta? and RMP Comment Team,

Please consider the important issues raised in my comments on the Uncompahgre Field Office
draft Resource Management Plan. None of the alternatives in this plan provide an acceptable
level of protection for the lands that people in the North Fork Valley rely on for economic

viability and treasure as a way of life.

I live with my family in Hotchkiss, Colorado. We have been here for eleven years and were originally attracted to the area because of the beautiful landscape and the availability of local, organic foods. I am teacher at a local school and an artist. The health and sustainability of the land and our way of life is extremely important to me as a mother and a teacher. I am committed to the future of our valley. I oppose the leasing of North Fork Valley lands to oil and gas companies.

The public recreational use of land in the North Fork Valley would be negatively impacted by hydraulic fracking and other extraction.
Locals and visitors here value our outdoor environment for hiking, biking, fishing, hunting, cross-country skiing, and agro-tourism. The health and safety of our children attending local schools would also be threatened by hydraulic fracking and other extraction based on proximity to the leased land. There are many cases that provide evidence of the negative health and economic impacts of hydraulic fracking on local communities.

<([#1 [5.3] Specifically, the Final Resource Management Plan should:
Include a no-leasing alternative, to adequately evaluate the full range of reasonable management plans.
Include a sub-alternative for each alternative (A1, C1, D1) as was created for Alternative B, so the North Fork Alternative Plan can be properly evaluated against each proposed alternative.
Protect the water and soil quality that our local farmers and ranchers depend on.

Without having considered a no-leasing alternative, nor considering how the North Fork Alternative Plan would be carried out if included in the preferred alternative, the draft RMP fails to full its duty to consider the full range of reasonable management possibilities.
#1])>

I appreciate the opportunity to give feedback about this important issue.


Sincerely,
Shannon Castle
Get a signature like this: Click here!


000385_DodenM_20161031 Organization: Melinda Doden
Received: 10/31/2016 12:00:00 AM
Commenter1: Melinda Doden - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison 12/13/2016 12:00:00 AM

BLM_0155795

Attachments: 000385_DodenM_20161031.htm (000385_DodenM_20161031-388425.htm Size = 3 KB)
UFORMP_000385_DodenM_20161031.pdf (000385_DodenM_20161031-388426.pdf Size = 137 KB)
Submission Text
Melinda Doden <melindadoden@gmail.com> Mon, Oct 31, 2016 at 8:43 PM
Paonia, CO 81428

I am a resident of Paonia, CO and live on Box Elder Street, near BLM lands. I have lived in the North Fork Valley for 17 1/2 years. My family has lived in the North Fork Valley for 3 generations. I am both a home owner and a small business owner. My business is dependent on the healthy environment this valley currently offers, as it is of high value to my clientele and future potential clientele. It is also one of the main reasons people are moving to our valley, and this is strengthening and diversifying our economy. I have several concerns regarding the impact of potential oil and gas development in our valley. From a financial point of view, I am concerned about the impact gas and oil would have on both my business and our property values.

One of the main reasons I value living in this area is the access to clean air, water and the fabulous food that is grown here. The agricultural resources of this valley unique and valuable to our state. It is beyond foolish to jeopardize these valuable resources with the air and water pollution that accompanies the industry of oil and gas extraction. In addition , I enjoy walking, hiking, camping, boating and cross country skiing on the BLM on a regular basis. The areas I recreate on BLM lands include Jumbo Mountain, Stevens Gulch, Terror Creek, the Adobes and both the North Fork and Gunnison rivers. Not only do these recreational resources play a big role in the well being of our residents they are also critical for wildlife habitat. My drinking water comes from the Paonia
municipal water supply near BLM lands that would be left open to oil and gas development in the draft Preferred Alternative. We have high quality drinking water here in Paonia. Again I feel it is short sighted to endanger the quality of this vital resource.

I appreciate the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors. However, the draft plan the "preferred plan" would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off limits to energy development. I support the inclusion of Alternative B1 which balances all the resources managed by the BLM.

I would like to encourage the BLM to listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally driven proposal is the right way to protect the Gunnison Watershed supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

BLM_0155796

Thank you.

Sincerely,
Melinda Doden


000386_GershtenM_20161031  Organization: Mitchell Gershten
Received: 10/31/2016 12:00:00 AM
Commenter1: Mitchell Gershten - Paonia, Colorado 81428
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000386_GershtenM_20161031.htm  (000386_GershtenM_20161031-386203.htm
Size = 3 KB)
Submission Text
11/1/2016  DEPARTMENT OF THE INTERIOR Mail - UFO RMP. HYDROLOGIC REPORT
NORTH FORK VALLEY. Addendum to Gershten Letter (sent by mail)
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=1581aa7f566be035&siml=1581aa7f…  1/2
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
UFO RMP. HYDROLOGIC REPORT NORTH FORK VALLEY. Addendum to Gershten
Letter (sent by mail)
1 message
Mitchell Gershten MD <mjgershten@tds.net>  Mon, Oct 31, 2016 at 6:11 AM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org


Greetings,
<([#1 [37.3] [3] I have recently made aware of this important paper which describes risks to
water systems in the North Fork Valley with development of oil and gas wells. The BLM must
take these risks into account when devising its final RMP and strategies for O and G leasing and
development in this region. The risks of permanent damage to ground water and aquifer systems
is too great to permit any leasing in the North Fork Valley and its environs.. I urge your team to
review this paper carefully and to note its findings in any final documents on this matter. For this
and other reasons already noted, I once again wish to express my support for Alternative B.1. I
do not, in any manner, support implementation of Alternative D.

GROUNDWATER SYSTEMS IN DELTA COUNTY, COLORADO: NORTH FORK
VALLEY AND TERRACES AREA
GIS-Based Hydrological and Environmental Systems Analysis and Formulation of Conceptual
Site Models
Full article located at: http://www.heath-

hydrology.com/DeltaCounty_GWGIS_2013_NorthForkValley_Report.pdf

Quote from conclusion:
"The hydrology of a natural groundwater hydrologic system may be altered by the construction and
operation of proposed oil and gas wells. During drilling and fracking, the oil and gas operations may behave
like a connection mechanism between the deep and shallow aquifers, mixing water of various chemistries
from various bedrock and shallow aquifers. Depending on management strategies for produced water
disposal and use, groundwater levels in the shallow unconsolidated systems may be altered with respect to
the amount, velocity, storage, and direction of the local groundwater system and related regional
groundwater levels and discharges. These management strategies and their effects on the shallow and
bedrock aquifer subsystems should be evaluated in more detail. "
Kolm, K. E., and P.K.M. van der Heijde. 2012. Groundwater Systems of Delta County, Colorado: Oak Mesa
Area -- GIS-Based Hydrological and Environmental Systems Analysis and Formulation of Conceptual Site
Models (With Addendum). Report prepared for Delta County Board of County Commissioners, Integral
Consulting, Louisville, Colorado. #1])>
_____
Mitchell Gershten MD
15426 Fire Mountain Rd
Paonia, CO 81428
11/1/2016 DEPARTMENT OF THE INTERIOR Mail - UFO RMP. HYDROLOGIC REPORT NORTH FORK VALLEY. Addendum to Gershten Letter (sent by mail)
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=1581aa7f566be035&siml=1581aa7f…   2/2


000387_HudekH_20161101   Organization: The Hive Paonia, Heidi Hudek
Received: 11/1/2016 12:00:00 AM
Commenter1: Heidi Hudek - ,
Organization1:The Hive Paonia
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000387_HudekH_20161101.htm (000387_HudekH_20161101-386204.htm Size = 10 KB)

Submission Text

11/1/2016  DEPARTMENT OF THE INTERIOR Mail - UFO RMP

https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=158206bfc0d6a80f&siml=158206bfc...  1/2

UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>

UFO RMP

1 message

heidi@hivepaonia.com  <heidi@hivepaonia.com>  Tue, Nov 1, 2016 at 9:03 AM

To: uformp@blm.gov

To the Uncompahgre Field Office

Regarding its Resource Management Plan,

I am the manager of The Hive Paonia. This is a small business in Paonia, where members receive coworking or office space. The membership is made up of entrepreneurs, many of whom are new to the area. I am writing today in favor of a No Lease Alternative to the BLM Resource Management Plan for the North Fork Valley. A No Lease Alternative is the responsible and most appropriate option for the culture and health of our valley.

As the manager of The Hive Paonia, <([#1 [30] our business relies on entrepreneurs, people who come to this area with new ideas and build businesses which are beneficial. They are vital to the economy of Delta County, and they bring economic stability. They come here to live a life with an abundance of fresh food and outdoor recreation. Maintaining water safety, space for exploration, scenic views, and a healthy environment are integral to attracting and keeping these families here. Oil and Gas development threatens these needs.

The more new residents we attract, the more success is possible for small businesses, consultants, and artists. Creative people are attracted to the inspiration provided by the area's beauty and people who live here. Internet speed upgrades in Paonia will attract more tele-commuters and entrepreneurs.

These people are looking for a quieter life, where they can breath fresh air, grow and purchase fresh food, and have quick access to public lands and recreation – all leading to longer, healthier life. We must retain this quality of life and protect the area from over-development, loud trucks, and polluted water.

Real Estate agents market the healthy setting, organic farms, and wineries. A group of area realtors filed a joint protest stating that oil and gas development "would result in the Federal Government willfully vandalizing a local economy." We need families to build a stable economy. Many people who consider moving here for the quality of life we have, will no longer consider the move if there is oil and gas development – for the safety of their families. #1])>

There are many studies and incidents that prove that the industry causes health threats.

The New York State Department of Health released A Public Health Review of High Volume Hydraulic Fracturing for Shale and Gas Development in December 2014. It found that residents living near "fracking" activities had the following health problems: skin rash, nausea or vomiting, abdominal pain, breathing difficulty, cough, nosebleed, anxiety, stress, headache, and eye and throat irritation. The study led to recommending that "fracking" be banned in New York State. Concerned Health Professionals of New York and Physicians for Social Responsibility cited a number of studies in The Compendium of Scientific, Medical, and Media Findings Demonstrating Risks and Harms of Fracking (Unconventional

Gas and Oil Extraction). One was a study in rural Colorado stating that there are several chemicals emitted by natural gas development known to increase risk of birth defects, and

finding congenital heart defects and neural tube defects in births mothers living within a 10 mile radius of natural gas wells. (pg 76) Health Professionals in Vernal, UT reported a 6- fold increase in infant death rates in a three year period, and the air quality in Uintah County, UT – which was formerly pristine – received an "F" rating by the American Lung Association's 2013 State of the Air Report.

<([#3 [37.2]) While developing a RMP, the BLM is required to honor Source Water Protection Plans, as were developed by the Towns of Paonia, Crawford and Hotchkiss. These Protection Plans were not taken in consideration by the BLM for its Preferred Alternative. Please consider these plans. #3])>

<([#4 [37.3]) Please also consider the permanent removal of water required to support the drilling process. Our hydrologic cycle and the water needs down the flow would be greatly damaged if the amount of water required for the potential development of the Preferred Alternative were taken from our environment – an environment which is more often troubled by drought. Drinking and irrigation water sources have been contaminated by naturally occurring gasses and radioactive materials released by geologic disturbance, processing chemicals, leaks, spills, and airborne contaminants. According to the Center for Western Priorities, 2015 Colorado Oil and Gas Toxic Release Tracker, there were 615 spills in Colorado in 2015! Colorado does not have regulations in place to manage radioactive waste from oil and gas operations, and these operations are exempt from critical sections of the Clean Water Act, the Safe Drinking Water Act, and other laws designed to protect our water resources. Please take the time to analyze the risks of exposure to these chemicals and radioactive waste. #4])>

<([#5 [41.1]) Please also consider pipeline safety. Rural gas gathering lines are exempt from Federal pipeline safety regulations. Extreme weather causing flash floods, mudslides and geologic instability can cause damage to pipelines that has yet to be considered in our safety. From 2003 to 2013 there were 85 incidences in which storms or other natural conditions damaged pipelines resulting in failure. In 1994 flooding in the San Jacinto River led to the failure of eight hazardous liquid pipelines. The escaping liquid ignited, lead to injuries of 547 people. These are just some of many examples as to the importance of considering the safety of residents and our water. #5])>


<([#6 [18.3]) Please conduct a human health impact assessment before approving a Resource Management Plan #6])> .A No Leasing Alternative is the most responsible way to protect the North Fork Valley. However, the next best compromise is The North Fork Alternative (B1), because it prohibits development on the edges of towns, away from farms and residences, schools, parks, and community facilities. If we must have a compromise, please include all proposed actions in the North Fork Alternative, B1, in the final RMP.

Please consider the health of current residents, and the needs which will attract new residents to our vibrant valley. I am interested in your response and being informed of ways I may help the UFO in their conclusions and maintenance of our public lands. Please send a reply and keep me informed of available opportunities.

Thank you for your time and consideration.

Heidi Hudek

--

Heidi Hudek

Manager at The Hive Paonia
(970)778-9072
http://hivepaonia.com/

000388_CerianiJ_20161023  Organization:  Stucker Mesa Domestic Water Company, Jean
Ceriani
Received: 10/23/2016  12:00:00  AM
Commenter1: Jean Ceriani - Paonia, Colorado 81428
Organization1:Stucker  Mesa Domestic Water Company
Commenter Type: Local Government
Classification: Substantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000388_CerianiJ_20161023.htm  (000388_CerianiJ_20161023-386205.htm  Size =
13 KB)
Submission  Text
10/27/2016  DEPARTMENT OF THE INTERIOR Mail - UFO/UFO 2016 DRAFT RMP
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=157f283e1c2d66ce&siml=1...  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
UFO/UFO 2016 DRAFT RMP
1 message
Jean Ceriani <jceriani@paonia.com> Sun, Oct 23, 2016 at 11:06 AM
To: uformp@blm.gov
Cc: Neil Kornze <director@blm.gov>,  ruth Welch <rwelch@blm.gov>,  Barb Sparrow
<bsparrow@blm.gov>,  Dana Wilson
<dmwilson@blm.gov>,  town of Paonia <paonia@townofpaonia.com>,  Doug Atchley
<datchley@deltacounty.com>,  Bruce
Hovde <bhovde@deltacounty.com>,  Mark Roeber <mroeber@deltacounty.com>,  Robbie
LeValley
<rlevalley@deltacounty.com>,  Kerry Donovan <kerry.donovan.sd@gmail.com>,  Millie Hamner
<millie.hamner.house@state.co.us>,  Bob Lario <blario@tds.net>,  CHC
<info@citizensforahealthycommunity.org>,  Western
Slope Conservation  Center <info@theconservationcenter.org>
Find enclosed our letter of concern for the BLM/UFO 2016 Draft RMP.
Thank you for your time.
Jean Ceriani, President
Stucker Mesa Domestic Water Company
BLM draftRMP10.23.16.doc
327K
Stucker Mesa Domestic Water Company
POB 998
Paonia, Colorado  81428

October 2016
UFO RMP
2465 South Townsend Ave.
Montrose, CO 81401
(via e-mail to: uformp@blm.gov)
RE: BLM/UFO 2016 DRAFT RMP
The Stucker Mesa Domestic Water Company (SMDWC) has significant concerns with the BLM Draft RMP particularly regarding the agency's preferred alternative, D, and its potential impact of oil and gas development on both SMDWC's watershed and infrastructure. We request that you abandon Alternative D and select alternative B1, the North Fork Option, or better yet, remove all BLM lands in the entire North Fork of the Gunnison watershed from consideration for liquid mineral extraction via hydraulic fracturing at this time and at any time in the future.

SMDWC considers itself to be a stakeholder in decisions concerning the proposed RMP. As such, we request updates from the BLM as its decision process on this RMP proceeds. We further request your alerting us to opportunities for further comment or stakeholder action on this and any other proposals for land use in the North Fork Valley that may affect the integrity and safety of our water supply.

Herein are comments on the Draft RMP. We have two domestic water concerns about possible drilling in our watershed as proposed in Alternative D. They include:

1) Potential impact on domestic water springs
2) Potential impact on domestic water pipeline

<([#1 [37.2] 1) Stucker Mesa Domestic Water Company receives water from four springs, one of which, known as Vought Springs, is located in T14S/R92W Section 34 at Lat: 38 degrees 52.661' Long: W107 degrees 39.328' Elevation 6825'. This spring is due west of Stucker Mesa Road in Sections 34 and 35. Drilling for petroleum in this area could negatively and permanently affect the quality and quantity of water from this spring.

2) The pipeline that carries water from the Vought Springs to the company cistern lies under a corner of Section 34 just below Stucker Mesa Rd. A drilling caused rupture of this line would leave all households below this point without water. SMDWC brings water to 21 taps and 28 permanent and 6 part time residents on Wakefield and Stucker Mesas along Stucker Mesa Rd, above and to the northwest of Paonia. The company has existed since 1940, supplying domestic and stock water to its shareholders and contractors. Its decree on springs above Vought Springs was confirmed by The Water Court in 1951. The springs and pipeline have been providing water since
1906.

While the water supply has been mostly sufficient throughout the years, drought and dry conditions have caused shortages. In 2007, SMDWC received a decree on the Vought Springs, which it developed and added to its water supply. Since that time, the quantity of water available to shareholders has been sufficient to meet their needs. SMDWC cannot adequately serve its families in the future should that water supply be permanently
disrupted in any way.

We are concerned that access to the area in Sections 34 and 35 (as noted in 1 above) would require construction of a road up a very steep gully, probably on top of our pipeline (only 18 inches below the surface) and through a part of the Vought Springs aquifer. This action would be unacceptable.

The mere act of drilling into the Vought Springs aquifer is unacceptable. Surface spills of fluids or those emanating from the well, whether fracking fluid or those associated with the oil or gas, could have a devastating impact on our water supply.

We are concerned that airborne dispersal of VOCs and particulates could be absorbed into the ground water that feeds Vought Springs, as we believe these springs are under surface water influence as well. Waiting until the damage is done is unacceptable. #1])>

We are also concerned about the risk of seismic activity caused by fracking and related activities, as has recently been reported in Ohio. In the 1960's Denver experienced an unprecedented spate of small earthquakes for several years. It was determined that the cause was the injection of contaminated water from the Rocky Mountain Arsenal into deep wells, which was used as a way to dispose of various poisons. The injection was stopped, and the earthquakes stopped.

The SMDWC has direct experience with local soil instability. We replaced a couple thousand feet of our pipeline that was destroyed in a landslide. We know there are underground faults in the vicinity of our pipeline and springs. These have stopped coal mining to the east of our springs that are located above Vought Springs and are noted on the application for coal exploration on Oak Mesa. There are likely faults under, or near the Vought Springs that are not known at this time.

The area around Vought Springs is very steep, making it more susceptible to landslides. The are that is closest to Vought Springs, in addition to being very steep, was burned in the Wakefield Fire, and has no trees, only shallow rooted grasses and forbs, also adding to the risk of landslides.

<([#8 [37.3] If drilling, road building, fracking, heavy traffic, and soil disturbance causes seismic activity or landslides, it could have disastrous impacts on the SMDWC. Sections of our pipeline could be destroyed. The Vought Springs could be destroyed. Our collection system could be destroyed. The destruction might be reparable, at great expense, or not. #8])>

<([#9 [30.3] There is also the negative economic impact on the SMDWC shareholders should their domestic water source suffer damage. A water tap would probably currently sell for $15,000. Several years ago, one sold for $10,000. At 21 taps, the value of the company, not counting infrastructure, may be as high as $315,000. #9])>

<([#5 [37.2] In 2012 we strongly objected to BLM offering drilling leases in any area that might impact the source of water to the Vought Springs. We believe the area in Sections 34 and 35 (as noted in 1 above) is directly adjacent to the source of that water. Drilling there would be much too close for comfort. We do not believe there can be adequate assurance of no impact or mitigation for this threat to our water supply.

After review of comments received in 2012, BLM removed the parcel – 6191-- of our concern from its revised lease proposals. Our concerns have not diminished, and in fact have increased. In light of the large body of research concerning current practices in oil and gas extraction that has been conducted in just the last few years, we fail to understand on what basis BLM wishes to open up the area around Vought Springs to drilling, even with stipulations. We further believe that BLM has utterly failed to take current research results into consideration in its support of Alternative D as its preference. This is an outright violation of NEPA. #5])>

The shareholders of SMDWC have other concerns as well. These include:

3) Potential impact on local agriculture

4) Potential impact on wildlife

5) Potential impact on hunting

3) <([#7 [30.3] There are several farms and ranches on Stucker and Wakefield Mesas that depend

on SMDWC for stock water and water for food production. These farms and ranches are managed free of chemicals. Any threats to the health of the land and livestock that might arise from oil and gas drilling pose severe economic repercussions and would be totally unacceptable. #7])> 4) There are at least two elk herds that migrate through the area. Their presence in the area and healthiness concern all of us. Any disturbance to their habitat might prove not only hazardous to their health, but possibly fatal if they were removed from their food supply. 5) The three property owners on Wakefield Mesa lease their land for hunters or allow access to BLM lands for hunting purposes. Oil and gas development in the area, and particularly along the elk travel routes, could compromise a small, but significant, portion of income for two of the ranchers.

For the above stated reasons, we respectfully request that your preferred Alternative, D, be removed from the RMP from further consideration and that you put forth Alternative B1 as your preferred alternative or simply remove all possible future liquid mineral extraction via hydraulic fracturing from the BLM lands in the North Fork Valley.

Thank you.

Sincerely,

Jean Ceriani, President

Stucker Mesa Domestic Water Company


000389_KittelsonK_20161030 Organization: Cycling Western Colorado, Kristina Kittelson

Received: 10/30/2016 12:00:00 AM

Commenter1: Kristina Kittelson - ,

Organization1:Cycling Western Colorado

Commenter Type: Individual

Classification: Substantive

Submission Category: Unique

Submitted As: E-Mail

Form Letter Category: Potential form letter

Form Letter Master:

Current Task: Done Assigned/Due: ewozniak

Attachments: 000389_KittelsonK_20161030.htm (000389_KittelsonK_20161030-386206.htm Size = 7 KB)

Submission Text

10/30/2016 DEPARTMENT OF THE INTERIOR Mail - Uncomompahgre Field Office Draft RMP Public Comment

https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=15816fbf0f56da9e&siml=15... 1/2

UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>

Uncomompahgre Field Office Draft RMP Public Comment

1 message

kristina@cyclingwesterncolorado.com <kristina@cyclingwesterncolorado.com> Sun, Oct 30, 2016 at 1:04 PM

To: uformp@blm.gov

To Whom it May Concern,


My name is Kristina Kittelson, founder of Cycling Western Colorado, a tourism-based website

providing information on
where to mountain bike and road ride in Western Colorado as well as were to eat, stay and what
to do off the bike.
The communities I highlight include Cortez, Gateway, the Grand Valley area (Fruita, Grand
Junction, Palisade), Montrose,
Paonia and Ridgway.

How the BLM manages the land in these areas is important to me both professionally and
personally. In addition to CWC,
I am the part-time coordinator for the Colorado Plateau Mountain Bike Trail Association, Inc.
(COPMOBA). As a user group, I believe mountain bikers should have access to non-motorized
mountain bike trails. Many areas of Western Colorado have a tremendous amount of motorized
trails in comparison to non-motorized. There should be a more equitable distribution. Mountain
biking trails support a diversified economy through outdoor recreation and tourism in these
communities, many which are feeling negative economic impacts from the declining coal
industry. In addition, believe mountain biking promotes a healthy lifestyle and encourages
people to get outside and enjoy nature, which in turn
contributes to healthy communities.

I would like to submit the following comments in regards to the BLM Uncompahgre Field Office
Draft RMP. In general, I support Alternative B and where it applies, Alternative B1.

<([#3 [27.1] Specifically, in regards to the Paonia area, I encourage you to make the BLM land
that includes Jumbo Mountain a Special Recreation Management Area (SRMA) due to the
unique value, importance, and distinctiveness of this tremendous recreational resource. I support
the inclusion of the North Fork Alternative B1 in the final plan, which will protect most of the
North Fork Valley from oil& gas leasing on BLM lands on and surrounding Jumbo Mountain
due to the negative effects on recreation, air quality, views, access, traffic, water quality, habitat
impacts and other concerns. I support the designation of BLM lands on and surrounding Jumbo
Mountain as an Ecological Emphasis Area due to unique winter habitat it provides for mule deer
and other wildlife. #3])>

<([#4 [27.1] In the Montrose area, non-motorized recreation is currently underrepresented in
BLM lands surrounding this community, and I support the designation of more non-motorized
SRMAs to prioritize the development of non-motorized trail systems. In particular, the
following:

Kinikin Hills ERMA: I prefer that the Kinikin Hills parcel be designated an SRMA and RMZ2
be designated for non-motorized trail development. It has terrain that is suitable for mountain
bike trails and would provide trails for all levels of riders. It has easy access from the town of
Montrose as well as from Highway 550. Ideally, a non-motorized trail system here could be
accessed from a trailhead off of Uncompahgre Road. With a long riding season, easy access from
town and a major highway, a non-motorized trail system here would serve Montrose residents
and visitors alike.

In the proposed Dry Creek SRMA, I support the preferred alternative D for RMZ4 (Linscott

Canyon/Hwy 90), which designates it as an area for priority development of non-motorized singletrack. A trailhead with substantial parking, restrooms and camping is currently being proposed by Montrose County as part of the Rim Rocker Trail project. In addition to serving OHVs setting out on the Rim Rocker trail, the trailhead facilities will provide a staging area for mountain bike races and events. A ~10 mile trail system with a long loop suitable for racing will provide a unique venue for mountain bike events that currently does not exist in Montrose, Delta or Ouray County. Mountain bike races and events held at this site would provide an economic benefit to Montrose County and bring visitors from Colorado and surrounding states. A race venue here would also benefit the local high school mountain bike race team and could host statewide high school races that would bring racers and their families to Montrose for several days.

In the Spring Creek SRMA, I would prefer that RMZ3 include non-motorized singletrack as an additional focus. Non-motorized trail development in this parcel could connect the Buzzard Gulch trail system with the newly constructed Spring Canyon Connectors and Spring Canyon trail. This would create a challenging, non-motorized, loop ride for more adventurous riders. Currently, mountain bikers most frequently access the trails in Spring Canyon by driving or riding on
Dave Wood Road; replacing road use with a singletrack trail would greatly enhance the experience for non-motorized users.

Also in the Spring Creek SRMA, I support the designation of the Buzzard Gulch trail system as a non-motorized RMZ RMZ1 Alternative D). The current Buzzard Gulch provides beginner and intermediate mountain bikers, hikers and equestrians with a quality singletrack experience close to town. Further development of the trail system with a small loop suitable for young children with parents and a more challenging trail for advanced riders would provide riding for all ability levels and families.
#4])> <([#2 [20.1] I am also concerned that the Lands with Wilderness Characteristics designation in Dry Creek includes the Coyote Ridge and Coyote Cutoff trails. In the preferred Alternative D, these trails would no longer be open to mountain bikes. These trails are valuable to the mountain bike community and should stay open to mechanized use. They are two of the trails in the Dry Creek area that are most enjoyable for mountain bikers due to their grades and trail design. They provide a challenge to intermediate and advanced riders and allow them to create longer rides in the Dry Creek area. #2])>

<([#1 [32.1] [30.3] Finally in the Gateway area, many communities are facing enormous economic impacts due to the declining coalmine industry. I encourage you to take into consideration that creating a travel management plan supporting mountain biking trails will help these ailing towns diversify their economies through outdoor recreation #1])> .

Thank you for your time and consideration.
Kristina Kittelson
Chief Cycling Officer
(970) 210-0389
www.cyclingwesterncolorado.com

BLM_0155806

Eat, Sleep, Ride, Repeat!

000390_SparksW_20161027 Organization: Witt Sparks
Received: 10/27/2016 12:00:00 AM
Commenter1: Witt Sparks - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000390_SparksW_20161027.htm (000390_SparksW_20161027-386207.htm Size = 1 KB)
Submission Text
10/27/2016 DEPARTMENT OF THE INTERIOR Mail - Uncompahgre Field Office Draft Resource Management Plan
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=158062ce47562dfc&siml=1...  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Uncompahgre Field Office Draft Resource Management Plan
1 message
Witt Sparks <wittsparks@gmail.com>  Thu, Oct 27, 2016 at 6:45 AM
To: uformp@blm.gov
Hello,
I'd like to express my support for enhanced recreational opportunities (new trails and access to existing trails) for quiet users throughout the Uncompahgre Planning Area. As a hiker and mountain biker, I'd like to see more trails suitable for these purposes.
Mountain biking especially encourages young people to get outdoors, explore public lands, and exercise. All of these items are becoming increasingly important in our digitally connected world where so much of our time is spent indoors.
Mountain biking appeals to younger generations because it is faster and more exciting that other forms of recreation such as hiking.
Please help to encourage youth participation in the outdoors by maintaining and enhancing recreational opportunities for mountain bikers in the Uncompahgre Planning Area.
Thank you.
Witt Sparks

000391_KennyM_20161028 Organization: Marc Kenny
Received: 10/28/2016 3:47:29 PM
Commenter1: Marc Kenny - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique

BLM_0155807

Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments:Submission Text
10/31/2016 DEPARTMENT OF THE INTERIOR Mail - Uncompahgre Plateau Resource Management Plan
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=1580c703c31b613e&siml=… 1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Uncompahgre Plateau Resource Management Plan
1 message
Marc Kenney <mkenney@rccwest.com> Fri, Oct 28, 2016 at 11:57 AM
To: uformp@blm.gov
To whom it may concern:

I am writing in regards to the request for public comment on the Uncompahgre Plateau Resource Management Plan. I
have spend a bit of time on the Uncompahgre Plateau doing various activities (camping, hiking, backpacking, hunting,
rock climbing, mountain biking, and dirt biking). I think the Plateau facilitates all these activities quite well, except single
track dirt biking. Many of the motorized trails on the north end are either discontinuous or shared with 4-wheelers, side x
sides, and/or are roads. Roads and 4-wheeler trails are not compatible with dirt bikes and are not single track. What I
would LOVE to see is a plan to provide long single track loops. Single track trails, with minimal width and disturbance to
the natural terrain. There are some mountain bike trails that could be considered being opened to motos … but I'm sure
that would be greatly opposed. There was a time when some of these mountain bike trails were open to motos and they
were in much better shape then than they are currently. That is because the moto traffic kept things open and ridden in.
Now they are a mess and hard to even bike. There are some nice one-way single track trails, but you have to ride on
roads to connect them and you have to ride them backwards or ride roads to get back to your starting point. The south
end of the Plateau is a little better in regards to single track moto loops, but it would be great to get some more trails
down on that end too. But in my opinion the north end needs the most work and would get a lot of use from the Grand
Junction users (because it is closer to GJ).

<([#1 [32.1] I would strongly encourage the BLM work with the Bookcliff Rattlers and MTRA
to design and layout dirt bike single track trails using as much of existing as possible to create

various loops options on the north end. Further these trails would make great mountain biking trails too. I'm thinking of Butterknife, Sarlacc, Sidewinder, West Bench, and other shared single track moto and dirt bike trails. #1])> I think most of these trails work really well for both user groups.

Thank you, good luck, and have a great day.

Marc Kenney


000392_LaneD_20161030  Organization: Dennis Lane
Received: 10/30/2016 12:00:00 AM
Commenter1: Dennis Lane - Eckhert, Colorado 81418
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000392_LaneD_20161030.htm (000392_LaneD_20161030-386386.htm Size = 1 KB)
Submission Text
10/30/2016 DEPARTMENT OF THE INTERIOR Mail - Uncompahgre RMP
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=158175d6e2736201&siml=...  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Uncompahgre RMP
1 message
Dennis Lane <dblane4647@gmail.com>  Sun, Oct 30, 2016 at 2:52 PM
To: uformp@blm.gov
As a lifelong 70 year old resident of Western Colorado, I have scanned over your entire draft plan of the subject and
have studied thoroughly the parts pertaining to my own interests concerning the Adobe badlands, grazing, oil, gas &
mining, on road and off road access, and especially target shooting and general access to the entire region.
While I firmly believe that alternative 1 is more than enough bureaucratic control, I also realize that it is not going to
happen in today's political climate. I find that alternative 2 is totally unacceptable and alternative 4 is very little better.
Therefore I strongly urge you to adapt alternative 3 as the end result of this entire process. I thank you for any
consideration you give my thoughts and for the opportunity to comment on this process.
Thank you,

Dennis Lane
Box 350
Eckert, Co. 81418

000393_LudlowM_20161101  Organization:  Oxbow Mining LLC, Elk Creek Mine, Michael
Ludlow
Received: 11/1/2016  12:00:00  AM
Commenter1: Michael Ludlow  - Somerset, Colorado 81434
Organization1:Oxbow  Mining  LLC, Elk Creek Mine
Commenter Type: Private  Industry
Classification:  Substantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due:  ewozniak
Attachments: 000393_LudlowM_20161101.htm  (000393_LudlowM_20161101-386387.htm
Size = 3 KB)
Submission  Text
11/1/2016  DEPARTMENT OF THE INTERIOR  Mail - Uncompahgre RMP
https://mail. google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=15820314b9691d88&siml=1582031...  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Uncompahgre RMP
1 message
Mike Ludlow <Mike.Ludlow@oxbow.com>  Tue, Nov 1, 2016 at 8:00 AM
To: "uformp@blm.gov"  <uformp@blm.gov>
I would like to submit the following  comment to be considered by BLM in writing  the final
Resource Management Plan for
the Uncompahgre/North  Fork Valley.

<([#1 [22.1] The extraction of coal mine methane should be considered  separately  from coal bed
methane and natural gas extraction in the RMP. As drafted the RMP does not distinguish  any
differences  in Appendix  B, Restrictions  to Fluid Mineral Leasing. Millions of cubic feet of
methane are contained  in active and abandoned  mines in the North Fork Valley. This methane is
escaping to the atmosphere through the ground strata. The leasing of this coal mine methane
should be treated differently  for development  purposes on public lands. This coal mine methane
is located in the valley and should  not be subjected to the same restrictions  as other gas deposits.
The restrictions  are written to protect people and public  lands from drilling  and hydraulic
fracturing impacts. Leasing and extraction of this coal mine methane would allow for beneficial
use of this resource rather than allowing  it to escape to the atmosphere as a greenhouse gas that
has the potential  to increase climate change. #1])>

Thank you for consideration  of this comment. I am available  at the contact below to further

discuss this or to assist in
draft changes.

Michael W. Ludlow
President
Oxbow Mining, LLC., Elk Creek Mine
P.O. Box 535
Somerset, Co. 81434
970-929-5494  Office
970-261-5142  Cell


000394_KoskiP_20161030  Organization:  West End Trails Alliance,  Paul Koski
Received: 10/30/2016 12:00:00 AM
Commenter1: Paul Koski - Nucla, Colorado 81424
Organization1:West End Trails Alliance
Commenter Type: Organization (nonprofit/citizens group)
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 0900394_KoskiP_20161030.htm  (000394_KoskiP_20161030-386388.htm  Size = 12 KB)
Submission Text
10/30/2016  DEPARTMENT OF THE INTERIOR Mail - WETA Comments on the UFO-RMP
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=1581706f55fbdbe0&siml=1...  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
WETA Comments on the UFO-RMP
1 message
Paul Koski <westend@copmoba.org>  Sun, Oct 30, 2016 at 1:16 PM
To: uformp@blm.gov
Please find the attached pdf document with our comments on the RMP.
Paul Koski
RMP Comment.pdf
72K
22 October 2016 !
!BLM-
Uncompahgre Field Office!
2465 South Townsend Ave.!
Montrose, CO 81401!
!Re:
Comments on the UFO- Resource Management Plan!
!!

The West End Trails Alliance (WETA) is a local grass roots advocacy group committed to developing and promoting Public Lands access in western San Miguel and Montrose Counties plus the area in Mesa County surrounding Gateway, much of which is covered in the Uncompaghre Field Office- Resource Management Plan. The entire West End of the UFO offers a very large and unique area featuring three large tracts currently being administered as Wilderness plus thousands of acres more of wilderness like lands that have historically seen mineral exploration and extraction activity. The existing trails and roads which were created offer
locals and visitors alike a relatively easy opportunity to explore and enjoy these wild places with minimal impact. Public lands use policy greatly effect our small West End communities specifically when it comes to economic development. As you know, the West End contains hundreds of miles of old mining trails and two track, most of which are visible from satellite imagery and found on the BLM Surface Management maps. During the initial scoping process in Naturita, participants were told by UFO staff members that trails visible from the air would be considered as existing travel routes. On the ground exploration of many of these trails have resulted in a growing number of routes that have become popular with many mountain bike and hiking enthusiasts.!

!<([#1 [27.2] West End communities currently face an impending economic disaster with the scheduled closing of the Nucla Station power plant and supplying coal mine by 2022. The State of Colorado, Montrose County, Region 10 and the Department of Local Affairs among others have already begun the discussion about diversification of these local economies. One of the most promising is the development of outdoor recreation. We are currently involved with an initiative called Blueprint 2.0 which will create a plan to develop an outdoor recreation industry here in the West End based on successful trail models implemented in other Colorado communities. We believe a working relationship with the BLM-UFO is necessary in order to develop recreational features such as camp sites, trail signage, kiosks, trail connectors and stacked loop trail systems which will enhance current efforts to identify existing trails for area residents and visitors. The resource Management Plan should address these efforts that local communities, impacted by surrounding Public Lands, are currently undertaking. #1])> !

!<([#3 [32.2] The RMP's travel management sections allows for identification of trails to be considered. We have listed many trails currently being used and to be proposed with our comments. We would like to see these routes recognized and considered in the future for their unique historic and recreational values. This is not a complete list however, as more are being considered, explored and mapped on a ongoing basis.! #3])>

! Thank you for considering our comments. !
Sincerely,
West End Trails Alliance
Board of Directors - Kelvin Verity, John B Stewert, Paul Koski and Katie Sapp
PO Box 281
Nucla, CO 81424

<([#4 [32.2] West End Trails for consideration in the UFO- Resource Management Plan
Note: Not a complete list
Trail
Name
!Y-11 or Shamrock Trail!

BLM_0155812

! Historic cow trail has become a popular mountain bike single track with easy access from Hwy 141 near Uravan. Offers access into Saucer Basin on the north side of the Basin. One of the few single track trails in the West End with unique views of the confluence area downstream from Uravan.!

!Paradox Trail with Spradlin Park Bypass (under construction)!

! Established in 1995, this epic 118 mile Paradox Trail connects the Tabeguache Trail on the Uncompahgre Plateau with the Kokopelli Trail in Utah.!

!Blue Mesa Loop!

! Utilizes an old jeep road just below the rim of Blue Mesa on the west side then climbs up to Blue Mesa and joins the existing two track system there to complete the loop. Great views of Sew em Up Mesa WSA, the Narrows section of Hwy 141 south of Gateway high above the Dolores River.!

!North Bench Trail (Out and back)!

! An existing grazing access road running along a scenic bench high above the San Miguel River from near Tabeguache Creek heading SE towards Coal Canyon and beyond almost to Tuttle Draw before the two track enters private lands.!

Saucer Basin Loop!

! The old two track begins at CR EE22 near the NE corner of Saucer Basin and finds its way down into this scenic valley containing unusual fin and cliff formations. Existing two track and trails eventually bring hikers and riders to the south rim of Saucer Basin overlooking the Paradox Valley over 1,500 ft. below. Trail users can complete the loop by following the rim SE until it hooks back up to an old two track and EE22.!

!Sawtooth Ridge Loop!

! This area lies between Hwy 141 on the north and Hwy 90 on the east and south. The area contains one of the largest expanses of continuous slick rock in the WestEnd. Shallow canyons also cut through the area with large pines in the canyon bottoms. There is existing access from both Highways on old two track. Visually a real treat with challenging yet fun terrain
for bikers and hikers.!

! !

Nyswonger Mesa Loop!

! This ride uses two parallel old two track roads beginning off Hwy 90 just before it leaves the Paradox Valley to the SW. The upper road ends at the west buttress cliffs of Nyswonger Mesa where remnants of an old ladder mark the way up onto the mesa top. The old two track trail system there will lead mountain bikers off the north side on a steep switchbacked trail. Nice views off in each direction and directly above the Paradox Valley, Dolores River WSA and Bedrock. !

!

!

! !

Catch Em Up Trail (Bedrock)!

! Historic cow trail which allows users a quick but steep access to the west end of Davis Mesa and the existing two track trail system. Beautiful views of the Paradox Valley and a challenging hike.!

!Dry
Creek Trail!

! Access is available off an existing BLM road east of Dry Creek after leaving the county road at the Coke Oven Ranch. Once in the creek bottom hikers follow an abandoned two track up the canyon. Very quiet and isolated as the creek winds its way through massive cliffs towards Dry Creek Basin. Evidence of flash flooding is apparent.!
! !
North Spradlin Park Boundary Trail (hiking only- to be proposed)!
! Although denied for a possible solution for mountain bikers, this trail will be proposed to allow public access along the southern boundary of the Tabeguache SMA. About 800 ft of new trail would be created to link up existing two track trail on both sides. Allows access for hikers and equestrians.!
!Naturita Public Lands Access (south)!
! Exiting two track climbs from Hwy 141 near Ferrell Gas on the west side of town.
Allows public access onto the flats and existing trail system just south and above the town of Naturita.!
!Martin Mesa Canyon (hiking only)!
! Short out and back up an existing trail into the main drainage arms of Martin Mesa. Quiet and scenic.!
!Horse Collar Arch Trail (hiking only!
! Historic trail constructed with the purpose of allowing hikers down into the Martin Mesa drainage and to view the unusual Horse Collar Arch which the water has etched out over time to create a large hole and a drop of over 150 feet. Easy access off Hwy 141 near the Hanging Flume.!
!Beehive Canyon Trail!
! Small tight canyon near Hwy 141 and Biscuit Rock with access off CR Q13. Old two track / single track trail leads mountain bikers and hikers up the small canyon eventually connecting with CR P12 above to make a loop.!
!Naturita to Nucla Trail (multi use - to be proposed)!
! This long talked about trail would utilize existing two track on BLM lands which lie just south of the Hopkins Field County Airport. New trail sections would need to be constructed in order to enter the town of Naturita on public lands.!
!East and North Nucla trail System (stacked loop systems to be proposed)!
! With the upcoming completion of the Paradox Trail Reroute in 2017, WETA is already looking at proposing two stacked loop trail systems to the north and east of the town of Nucla. These areas holds much potential for recreational use including mountain biking and hiking.!

Sew Em Up Mesa Trail (County Line)!
! Unmarked trail leading up to the rim of Sew Em Up Mesa WSA. A unique and easy access off Hwy 141 at the boundary of Montrose and Mesa Counties. Large boulders, towering cliffs and a quiet canyon await hikers into this pristine area.!
Sew Em Up Mesa Trail ( Roc Creek and the HWY 141 Narrows Spring)!
! Petroglyphs await hikers wishing to get off Hwy 141 and experience the quiet of Sew Em Up Mesa WSA near Roc Creek and just past the Narrows Spring Box north on Hwy 141.!
!Long Park Trail- West End!
! Just off CR EE22, hikers can find their way to the high rim of the Paradox Valley on a gentle loop. There is also an old two track access to the east rim of Saucer Basin with fantastic vistas into Basin with its unusual sandstone fins.

BLM_0155814

Burn Canyon Trail System (under construction)
! This large area is currently proposed as a SRMA which WETA supports. Over 30 miles
of multi use trails will be featured here when completed.!
!Thunder Trails to Burn Canyon System connector (to be proposed)
! Two popular trail systems in close proximity need to be connected and to provide access
across Naturita Canyon. !
!MailBox Park Trails - Norwood to Nucla (to be proposed)!
! This is another long talked about trail which would connect the communities of Norwood
to Nucla and Naturita via Mailbox Park. There are enough existing two track trails that could be
connected with new single track trails which will avoid private lands and complete the Norwood
to Nucla Trail. #4])>


000395_WinneR_20161031 Organization: The Rose, Roberta Winne
Received: 10/31/2016 12:00:00 AM
Commenter1: Roberta Winne - Hotchkiss, Colorado 81419
Organization1:The Rose
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000395_WinneR_20161031.htm (000395_WinneR_20161031-386389.htm Size =
4 KB)
Submission Text
11/1/2016 DEPARTMENT OF THE INTERIOR Mail - RMP comment
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=1581c28511a6a8b2&siml=1581c285… 1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
RMP comment
1 message
robbie winne <robwinne@hotmail.com> Mon, Oct 31, 2016 at 1:11 PM
To: "uformp@blm.gov" <uformp@blm.gov>
Attn: Barb Sharrow
District Manager
RML letter.docx
13K
To: Bureau of Land Management, Uncompahgre Field Office
Re: Comments regarding Draft Resource Management Plan & Environmental
Impact Statement
Date: November 30, 2016
I have lived in the North Fork Valley for twenty-six years. I have worked in various
fields but at present own and manage a retail business in Hotchkiss. In those
years I have seen several cyclical boom/bust economic turns in the Valley. This

BLM_0155815

latest one arrived on the coattails of the 2008 nationwide recession from which many of us have not yet risen to a modicum of prosperity. I cannot ignore the economic hardships that face us now; indeed, that have faced us starkly for the last eight years. However, dispensing of our precious resources in a way from which there is no return does not fit the definition of "multi-use" and does not seem to be the most far-sighted approach, or the most beneficial path to a lasting fiscal balance.

<([#1 [30.3] In the last ten years we have seen a steady growth of sustainable agricultural businesses: wineries, fruit orchards, cider production, organic vegetable farms, hops field (not to mention the still-problematic and hence undeveloped cultivation of legal marijuana). We are also anticipating a nascent mountain bike trail system with its attendant economic benefits. All of these businesses provide realized and potential tax bases, employment opportunities, and a positive regional brand that attracts visitors and investors. To overlook the multitude of rare scenic and regional attractions and risk undermining them, as the full implementation of extractive mining threatens to do, impacts our water sources, air quality, wildlife, recreational advantages, and biologic equilibrium. This, in turn, threatens our livelihoods, our collective health, and our enviable qualities of life.

The effects of extractive oil and gas leasing in communities have been observed and documented. The impact of highly paid, transient work forces changes the economic and social structures of the communities that host the activity. A boom economy creates a rampant inflation of services and property. Businesses benefit in the short run from a boom, but social cohesion and long-term viability of these communities are deleteriously affected. The short-term gains in grocery, liquor, gasoline sales, for example, must be weighed against the loss of a more diverse economy that attracts businesses like tourism, recreation, and farming. Not incidentally, these businesses are all thriving and in various stages of development in the North Fork Valley. The costs to the infrastructure of a "boom town" are high. Higher costs for road maintenance, public safety, and health and education services come with an industry that, after inhabiting a community, may leave it changed, denuded, unrecognizable. #1])>

As a property owner whose land use depends upon irrigation water for agricultural purposes and upon well water for household use, I urge you to adopt North Fork Alternative Plan B1 and to employ conservation protections included in Alternative B. As a business owner, I urge a protective conservation approach toward our public lands in order to maintain our unique regional character and potential as a desirable destination for those who would continue to enjoy our agricultural diversity, our multi-use public lands, and our rural communities.

Thank-you for your consideration:

Roberta Winne

Owner: The Rose

130 W. Bridge St. Hotchkiss, Co 81419


000397_WolcottS_20161031 Organization: Gunnison County Board of County Commissioners , Paula Swenson

Received: 10/31/2016 12:00:00 AM

Commenter1: Paula Swenson - ,

Organization1:Gunnison County Board of County Commissioners

Commenter Type: Local Government

BLM_0155816

Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000397_WolcottS_20161031.htm  (000397_WolcottS_20161031-387500.htm  Size = 10 KB)
Submission Text
11/1/2016 DEPARTMENT OF THE INTERIOR Mail - Comments on Uncompahgre RMP from Board of County Commissioners of Gunnison County Colorado
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=158216b2c260ecfc&siml=158216b2…  1/2
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Comments on Uncompahgre RMP from Board of County Commissioners of Gunnison County Colorado
1 message
Laura Seymour <LSeymour@gunnisoncounty.org>   Tue, Nov 1, 2016 at 1:42 PM
To: "uformp@blm.gov"  <uformp@blm.gov>
Cc: David Baumgarten <DBaumgarten@gunnisoncounty.org>

Good afternoon,
Please find a comment letter related to the Uncompahgre Draft RMP/EIS from the Board of County Commissioners of
Gunnison County.

Thank you,

Laura Seymour
Administrative Assistant III
Gunnison County Attorney's Office
200 East Virginia Avenue
Gunnison, CO 81230
Phone: (970) 641-7615
Fax: (970) 641-7696

ATTORNEY-CLIENT PRIVILEGED COMMUNICATION
CONFIDENTIALITY NOTICE

This electronic transmission may contain confidential information belonging to the sender which is protected by the
attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are
not the intended recipient, you are hereby notified that any disclosure, copying distribution or the taking of any action in
reliance on the contents of this information is strictly prohibited. If you have received this

BLM_0155817

electronic transmission in
error, please immediately notify our office to arrange for return of the documents.


Final Uncompahgre RMP Comment Letter.pdf
208K
11/1/2016 DEPARTMENT OF THE INTERIOR Mail - Comments on Uncompahgre RMP from
Board of County Commissioners of Gunnison County Colorado
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=158216b2c260ecfc&siml=158216b2…  2/2


Gunnison
Gunnison County Board of County Commissioners
Count
ft
Phone: (970) 641-0248 • Fax: (970) 641-3061
Email: bocc@gunnisoncounty.org • www.GunnisonCounty.org
November 1, 2016
Project Manager, Uncompahgre RMP
Bureau of Land Management
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401
uformp@blm.gov
Re: Draft Resource Management Plan and Draft Environmental Impact Statement for the
Uncompahgre
Field Office
Greetings:
The Board of County Commissioners of Gunnison County, Colorado ("Gunnison County")
appreciates the opportunity to comment, and respectfully submits these comments, regarding the
"Draft Resource Management Plan and Draft Environmental Impact Statement for the
Uncompahgre
Field Office" ("RMP EIS").
Gunnison County appreciates that the RMP EIS presents five distinctly different alternatives.
Planning issues addressed included categories such as travel management, energy development,
recreation management, lands and realty/community growth and expansion, wildlife and fish,
and
special designations. The draft alternatives also address designation of Areas of Critical
Environmental
Concern and Wild and Scenic River suitability and findings.
The five alternatives can be summarized as:
Alternative A
Alternative A meets the requirement that a no-action alternative be considered. This alternative
continues current management and prevailing conditions derived from existing planning
documents.

BLM_0155818

Alternative B
Alternative B emphasizes improving, rehabilitating, and restoring resources and sustaining the
ecological integrity of habitats of all priority plant, wildlife and fish species, while allowing appropriate
development scenarios for allowable uses. It particularly targets the habitats "needed for conservation
and recovery of federally listed, proposed, or candidate threatened and endangered plant and animal
species."
Alternative B.1
Alternative B.1 is a partial alternative specific to oil and gas leasing and development in the
North Fork and Smith Fork drainages of the Gunnison River. This alternative would close certain areas to
oil and gas leasing and would also impose development setbacks with strict surface use restrictions,
including "no surface occupancy", "controlled surface use", and timing limitations in places where
leasing may be allowed. RMP EIS 8.
Alternative C
Alternative C provides for a mix of users on BLM administered lands and mineral estates that
would be based on "making the most of resources that target social and economic outcomes, while
protecting land health." RMP EIS, at ES-8.
Alternative D
"Alternative D is the agency preferred alternative, which emphasizes balancing resources and
resource use among competing human interests, land uses, and the conservation of natural and cultural
resource values, while sustaining and enhancing ecological integrity across the landscape, including
plant, wildlife and fish habitat. This alternative incorporates a balanced level of protection, restoration,
enhancement and use of resources and services to meet ongoing programs and land uses. Goal and
objectives focus on environmental, economic, and social outcomes achieved by strategically addressing
demands across the landscape." RMP EIS, at ES 8-9
Gunnison County prefers the balanced approach that informs Alternative D, with the intent that
the foundation, information, analysis and site specific conditions identified in Alternative B.1 will be
brought forward to supplement and advise future oil and gas lease sale nominations.
Regarding livestock grazing, Gunnison County notes that Alternative D reduces allocated acres
open for all classes of livestock grazing, reduces available animal units months, and closes certain
acreage to livestock, as follows:
Livestock Grazing (acres)
Alternative A Alternative B Alternative C Alternative D

Allocated acres 658,540 510,076 647,900 611,560
open for all
classes of
livestock grazing
Closed to all
classes of
livestock grazing
(acres)
17,260 165,730 27,900 64,240
Available animal
unit months
(AUM)
38,364 29,862 37,926 36,424
RMP EIS, Table ES-3, at ES 11
Regarding fluid mineral leasing, Gunnison County notes that Alternative D maintains to a great
degree the acreage open to fluid mineral leasing, but would subject a much higher portion of
those
areas than currently subjected to both no surface occupancy constraints and timing limitations, as
follows:
Fluid Mineral Leasing (acres)
Alternative B Alternative C Alternative D
219,580 44,220 50,000
696,450 871,810 865,970
5,460 141,300 119,910
Alternative A
Closed to fluid 44,220
mineral leasing
Open to fluid 871,810
mineral leasing
Open to leasing 229,830
subject only to
standard terms
and conditions
(that is, not
subject to NSO or
controlled surface
use)
Open to leasing
subject to No
Surface
Occupancy
Open to leasing
720 97,960 7,620 50,580
77,200 201,870 107,170 238,680
subject to Timing
Limitations

RMP EIS, Table ES-3, at ES 11-12

Regarding planning criteria and legislative constraints, Gunnison County notes:

This section includes as two of a number of planning criteria:

" • The planning team will work cooperatively with the State of Colorado, tribal governments, county and municipal governments..."RMP EIS, at 1-11.

<([#1 [6.2] " • Decisions in the RMP will strive to be compatible with existing plans and policies of adjacent local, state and federal agencies, as long as the decisions are consistent with the purposes, policies and programs of federal law, and regulations applicable to public lands." RMP EIS, at 1-11.

Gunnison County is concerned that the use of the word "adjacent"—when used to describe local government—suggests that BLM land somehow is separate from—and only neighboring to—private land in Colorado counties, and that local government regulation of uses on BLM lands is impliedly preempted. Neither statute nor case law supports this implication.

As Gunnison County noted in its correspondence dated May 16, 2016, to Mr. Neil Kornze,Director, BLM, regarding Resource Management Planning, Proposed Rules, Notice Federal Register,February 25, 2016, 81 FR 9674: "The proposal ignores that local governments have relevant police- power authority significantly more expansive than 'land use.' These authorities include protection of public health, safety and welfare, and environmental and wildlife protection considerations..." The RMP EIS terminology of "plans and polices...of local agencies" fails to take notice of the legal authorities of local governments.

As the Court of Appeals noted in Board of County Commissioners of Gunnison County v. BDS International, LLC, 159 P.3d 773,783 (Colo. App. 2006):

" Relying on the Property Clause of the United States Constitution, a panoply of federal laws concerning the use and disposition of federal lands, and case law from other jurisdictions, (Cross-Appellant) argues that the County may not implement any regulations concerning oil and gas operations on federal lands. We are not persuaded...(W)e conclude that neither the federal statutory scheme nor the case law relied upon by (Cross-Appellant) supports the conclusion that Congress intended to preempt all local regulation in the area of oil and gas operations (on federal lands).

#1])> Thank you.


000398_GershtenM_20161031 Organization: Mitchell Gershten

Received: 10/31/2016 12:00:00 AM

Commenter1: Mitchell Gershten - Paonia, Colorado 81428

Organization1:

Commenter Type: Individual

Classification: Substantive

Submission Category: Unique

Submitted As: E-Mail

Form Letter Category: Unique

Form Letter Master:

Current Task: Done Assigned/Due: ewozniak

Attachments: 000398_GershtenM_20161031.htm (000398_GershtenM_20161031-386390.htm Size = 20 KB)

Submission Text

10/31/2016 DEPARTMENT OF THE INTERIOR Mail - RMP comment letter

https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=1581aaf9928e5139&siml=1…   1/1

UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>

RMP comment letter

1 message

Mitchell Gershten MD <mjgershten@tds.net>   Mon, Oct 31, 2016 at 6:19 AM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org

_____

Mitchell Gershten MD
15426 Fire Mountain Rd
Paonia, CO 81428
Please note that I review email no more than once every day or so and will respond when able. Should you require immediate communica?on, input or ac?on from me, please call 719-989-1570
Vigilance without conscious action is meaningless.
UFORMPGershtenResponse-rev.1.doc
52K
Dana Wilson  Mitchell Gershten MD
BLM Uncompahgre Field Office  Donna Gershten
2465 South Townsend Ave  15426 Fire Mountain Rd
Montrose, CO 81401  Paonia, CO 81428
October 15, 2016
Re: UFO-RMP Comment and Declaration of Impact from oil and gas development
Ms. Wilson,
After extensive review of the draft UFORMP, we offer the following summary of our comments:
1) The BLMs preferred alternative D is unacceptable to us.
2) We strongly support adoption and implementation of the North Fork Alternative Plan, B.1. Among other important findings, this plan clearly identifies lands that should be designated no-lease, no surface occupancy. This is a critical provision that should be included in any final draft of the RMP.
3) The Uncompahgre Resource Area and the North Fork Valley are unique in the west and every effort must be made to aggressively preserve the wild and rural characteristics of this region.
-Risks of water and air pollution must be minimized.
-Fragmentation of animal habitat and migration patterns must not be permitted.
-Further industrialization of the public lands is unacceptable
-Damage to wildlife grazing and wintering grounds must be avoided
-Damage to world class recreational, hunting and fishing opportunities is not acceptable.
4) <([#1 [37.2] The BLM must complete more extensive analyses of the hydrology of the entire region but specifically of the North Fork Valley. These data must be included in the final EIS prior to any consideration of leasing for oil and gas development. #1])>
5) The industrialization that would come with expanded oil and gas development activities in this region poses:

BLM_0155822

a) an unacceptable risk of contamination of irrigation water & crops from: chemical contamination, damage to irrigation canal access and bridges, silting in of rivers and irrigation ditches, airborne volatile organic compounds and airborne silicates

b) an unacceptable risk to potable drinking water supplies for the towns of Somerset, Paonia, Hotchkiss, Crawford and Delta as well as for those individuals served by private water companies including: Bone Mesa Water
Company, Stucker Mesa Water Company, and Pitkin Mesa Pipeline Company,

c) unacceptable risk of decreased monetary value and loss of investment in irrigation shares of multiple irrigation ditches in the North Fork (in effect- a taking by the Federal Government in the service of private industry),

d) unacceptable risks to already drought reduced, inadequate water supplies to support fracking and other drilling operations,

e) unacceptable risk to public health from airborne contaminants, ozone and smog,

f) uacceptable risk to farming operations and the broader economic viability in the North Fork.

6) Other valid concerns as regards further O and G development in the valley include:

a) the willingness of the BLM to offer leases on lands in which no gas is felt to exist. This allows for speculative leasing and use of lands of trading chips to exact concessions from the agency, nearby landowners or municipalities. Thus, while we support that the North Fork largely be designated a No Lease/No surface occupancy region, the BLM should lease only those lands, in which there is a high probability of success.

b) inadequate highways and insufficient funding to support frack fluid or waste water transport on existing roads,

c) decreased recreational and multiple use resource value on BLM lands from industrial oil and gas activities,

d) decreased quality of life for valley residents,

e) decreases in residential, farm and ranchland property values and

f) apiary issues

Background: We are farmers in the North Fork Valley and I am a physician working as an internist in Grand Junction. We produce crops and fruit on our farm on Pitkin Mesa, near Paonia. This production is done organically and feeds our family for most of the year.

Fire Mountain Canal: You may know that a significant portion of the valley receives its irrigation water from the Fire Mountain Canal that obtains the vast majority of its water largely from Paonia Reservoir. This project was originally developed in partnership with the US Bureau of Reclamation and has a long, detailed history of its inception and construction which can be found on the Fire Mountain Canal and Reservoir website. The canal runs 34.7 miles from just west of Somerset to the west end of Rogers Mesa. It runs at 175 cfs at its origin, supplying 488 shareholders with over 220,000 shares of water. This is equal to approximately 300 acre-feet. These waters irrigate not only our farm, but also quite a number of commercially viable farm operations, large and small all along its length. Simple perusal of maps of previously proposed leases and lands deemed available for lease in the UFORMP show that not only are these at the source waters for the Paonia Reservoir, but they also lie above and in some cases directly transect the canal itself.

BLM_0155823

There are multiple intolerable risks to this water supply system posed by any oil and gas development of these leases. Erosions of soils, potential damage to the canal access points and bridges by truck traffic, spills of fuels and fluids in proximity to drainages spilling into the canal are all significant concerns. In addition, we have strong concerns about the contamination of the water by volatile organic compounds such as benzene, toluene, ethylbenzene, xylene, gasoline range organics, diesel range organics, methylene chloride, methane, methanol, isopropanol and others as well as precipitation into the water of airborne particulates known to be present in fracking operations including diesel exhausts, nitrogen oxides, ozone silica and others. The presence of these and scores of other volatile compounds in the drilling pits associated with each well also poses an untenable risk to water and farming. Recent disclosures about the association of the highly toxic compound hydrogen sulfide makes placement of any such operations near food production ill advised in the extreme.

The health effects of these compounds are very well understood by toxicologists and physicians, thus any close proximity of wells, drill pads and waste pits to water sources, farming operations and human habitations is simply unacceptable.

We can provide you with documentation of known chemicals in drilling operations and well pits if you wish.

There is also risk of major financial losses to owners of Fire Mountain shares. At the present time, one share of Fire Mountain water costs approximately 330 dollars. Calculations reveal that the current value of that water without including the costs of the entire infrastructure from the dam, spillways, gates and the canal proper is $ 75, 240,000. This is a very significant sum and the BLM should not carelessly place this value of the company and its shareholders at any risk if leasing proposed in the draft RMP is allowed to proceed.

Fire Mountain Canal shares are frequently bought and sold, have appreciated significantly over time and represent considerable value to individual portfolios. Losses to company and shareholder value on the basis of any BLM decisions would be ill considered and will likely lead to legal actions to recover any losses. Further, given the investment of the US Bureau of Reclamation in this project, it seems short sighted to threaten it cavalierly.

Finally, as regards our ongoing drought, has the BLM completed studies addressing the adequacy of water resources for hydraulic fracturing on the scale proposed for this region ? What other resources will be sacrificed in order to provide for the many millions of gallons of water needed to frack each well ? Shouldn't stakeholders in those resources be consulted prior to taking these waters forever out of the usable supply ? Do the gas companies have a recognized Colorado water right for the waters they draw from streams nearby to their wells ? If not, how is it permissible for them to access those waters ?

Domestic Water: As Pitkin Mesa residents, we obtain our drinking water from the Pitkin Mesa Pipeline Company in which we hold a share. At present, each share is valued at $22,000 and there are ~ 195 shares operative ( 277 maximum permissible) with a total share value of nearly $ 4,290,000(maximum $6,094,000), again not including infrastructure.

Our springs are located on Gunnison National Forest lands about 9 miles north of

Paonia in Sections 14 and 23, T12S, R92W and are charged by subsurface collection of precipitation percolating through talus and glacial deposits into groundwater storage. The springs are dependent entirely upon precipitation and surface runoff for their supply and recharge and do so from an area of greater than 1 square mile (data supporting this can be found at the Pitkin Mesa Pipeline Company office). Surface area collection for our springs makes it vitally important that air quality nearby the springs is maintained at the highest levels.

As described above, oil and gas operations are well known to emit compounds that could easily find their way into our drinking water supply. It is unknown how VOCs emitted from any operations would travel but this is a risk that we are not willing to accept. The BLM has the responsibility to avoid harm to citizens, property and their economic interests. Any precipitation of these compounds into our water is thus not at all acceptable and is to be avoided.

Further, <([#5 [37.3] the BLM appears to have inadequately addressed the hydrology of the Uncompahgre region in general and the North Fork Valley in particular. Until this is done, it appears premature to approve any activities with potentially adverse effects on water resources in our region. As such, we request here that prior to full implementation of the RMP, that the BLM complete and include a full and detailed description of and analysis of potential impacts to groundwater across the UFO resource area, and in particular in the North Fork region in its final Environmental Impact Statement. #5])> Health: Many of our friends and neighbors suffer with reactive airways disease, coronary artery disease and COPD. Any degradation of air quality from particulates as well as organics will certainly lead to exacerbations in their health conditions. Further, it is well described from cities all across the country that the combination of particulate matter of 2.5 microns or less in diameter with volatile compounds including ozone leads to the production of smog. In this closed valley, often prone to inversions, air quality will decline dramatically, at times further worsening the conditions of those with pulmonary diseases.

Agriculture/Apiary: While it is true that Delta County is one of the poorer counties in the state of Colorado, there are many farmers and ranchers here working hard to develop and maintain a strong and viable agricultural economy. Products from this valley, many of them organic, are highly valued, supporting restaurants in the nearby communities of Aspen, Carbondale, Glenwood Springs, Delta, Montrose and Denver.

Viticulture is becoming an important area of economic vitality as well and wines from the valley are regularly recognized for their quality. This valley has long produced high quality beef, lamb and cheeses from its prized hay and waters. The valley was recently recognized as "An American Provence" by UCCS geographer Thomas Huber. It has taken decades for the people of this valley to develop the characteristics that make it so. It is thus painfully obvious from state experience with oil and gas development that placing such operations here will ruin this forever. Destroying the decade's long efforts and financial investments of many hundreds of people in creating and cultivating a special agricultural zone is callous, rude and utterly unacceptable.

We are not able to calculate the total value of the infrastructure related to agriculture, nor do we know the combined annual revenue from agricultural

operations in the North Fork. We are certain, however, that this number is quite large and thus detailed deliberations should be made before placing any of that value at unnecessary risk from oil and gas operations.

Finally, loss of agricultural resources translates into further job losses for the area, many for people whose families have lived here for generations. Processes replacing people who know and have close ties to the lands with a transient workforce of 'roughnecks' seems ignorant of basic human cultural values. These values should never be sacrificed in the pursuit of profit.

We raise bees on our farm for honey production and for pollination purposes. We know at least of 5 other producers here on Pitkin Mesa. Some of these are commercial ventures. Bees are very highly sensitive to organic toxins, both in proximity to the hives as well as from collection from flowers. Airborne organic compounds have been shown to readily precipitate and to adhere to many plant parts. Concentration of these organic compounds within hives has been shown to lead to hive non-viability and death. Colony Collapse Disorder was first noted here in the US in 2006. While many have impugned the Varroa mite and have also discussed the likely multifactorial etiologies for this, there is extensive literature discussing the role of pesticides and other organic compounds in the deaths of bees. Bees are enormously important to agricultural operations and the risks of nearby drilling are simply too great.

Recreation: Our family uses many of these lands for recreation and has done so for years. The land is rich in diversity and beauty and we regularly hike, bike and camp on these lands. Many of our neighbors and friends ride horses and hunt on some of these lands as well. The presence of access roads, frack trucks, rigs, wellbores, compressors, diesel engines, waste pits etc. will forever alter the character of these lands and ruin them for all other uses. Damage to wildlife habitat and ungulate migration patterns is also of great concern. These operations have been well documented to alter life histories and migration patterns of many species of animals. Pollution of local streams, ponds and springs would contribute further to unnecessary stress on wildlife. Already this is being noted to have affected herds in the Northwest portions of the state, from the Piceance region onward. Decline in herd viability and numbers have been noted, and rather than address the root cause of these losses, managers are now seeking to extirpate critical predator populations rather than address a powerful industry's predations. This is simply wrong and we do not wish to see similar issues here.

As you well know, found within the UFO lands are three wilderness areas, the West Elks, the Gunnison Gorge and Snowmass-Raggeds. In addition, close by there is the Black Canyon of the Gunnison National Park. Degradation of wilderness values by air pollution or increased industrial traffic to and from any oil and gas operations nearby is also unacceptable and must be considered in any leasing decision for this and other areas. Wilderness areas and the National Park bring tourists from all over the world to enjoy these high quality lands and vistas and these tourists help inject much needed capital into our local economies. As such, the BLM would do well to promote these aspects of our public lands, rather than those that are merely extraction based.

At present, there is no means to transport any significant volume of recoverable gas

BLM_0155826

from the valley. With exception of the Bull Mountain facility, there is no pipeline infrastructure in place and planning, permitting, and constructing any such pipelines is years in the future. The closest gathering and pipeline facility is many miles away from proposed lands considered for leasing and getting a pipeline built to link up with it would also be years in the future, if even feasible in the least. Transportation: While there are three main approaches into the valley, none are even remotely adequate to handle the volume of truck and drilling equipment traffic that would ensue from development of these parcels. Two of the access roads are mountainous and significantly curved, making a risk of accidents and rollovers with their attendant spills of toxic materials unacceptably high.

Further, Hwy 133 near the Paonia Reservoir is famously unstable with shifting soils that even now, without major truck traffic is subject to frequent rockslides and damage. The toll on the infrastructure from industrial activities will be devastating and would adversely affect the day-to-day transportation and commerce of the local community. This is not acceptable.

In closing, the BLM must recognize that there are other values deeply important to people and to the nation, and that these values are equally if not more important than the mere extraction of minerals and materials from public lands. The BLM has a duty to us and to the country to perform its responsibilities with as little damage as possible to competing interests of high societal, economic and cultural value. We recognize that the agency takes it mandate from the Congress and that it must act in accordance with the Congress dictates. However, it is also an agency that must balance those mandates with the competing desires offered by citizens. It is our strong desire that the North Fork Alternative Plan be adopted as the preferred option for the UFO RMP. At present, the draft document has not adequately considered all the options sufficiently and we request that it not proceed until subsequent drafts do so.

Thank you for your time and attention. Please respond in writing.

Sincerely,

Mitchell Gershten MD

Donna Gershten

Cc:: Ruth Welch, Colorado State BLM Director

Neil Kornze, BLM National Director

United States Senator Cory Gardner

United States Senator Michael Bennet

Congressman Scott Tipton

Governor John Hickenlooper

State Senator Kerry Donovan

State Representative Millie Hamner

Delta County BoCC

Gunnison County BoCC


000399_Hockenbery_20161028 Organization: Mary Hockenbery

Received: 10/28/2016 12:00:00 AM

Commenter1: Mary Hockenbery - Hotchkiss, Colorado 81419

Organization1:

Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000399_Hockenbery_20161028.htm (000399_Hockenbery_20161028-386391.htm
Size = 6 KB)
Submission Text
11/1/2016  DEPARTMENT OF THE INTERIOR Mail - UFO RMP
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=1580d06e2c2c279f&siml=1580d06e...  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
UFO RMP
1 message
Mary Hockenbery <ravensdreamscape@gmail.com>  Fri, Oct 28, 2016 at 2:40 PM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org
To the BLM employees concerned with the UFO RMP,
Attached please find a copy of my comment letter about the UFO RMP, I sent the hard copy of
the letter via Priority Mail
USPS and the local post office assures me that it will be delivered by November 1st. In case it
does not get there in
time I am sending it via email also.
Thank You,
Mary Hockenbery
blm letter.doc
11K
Mary Hockenbery
PO BOX 624
Hotchkiss,CO 81419
October 28, 2016
To BLM Uncompahgre Field Office: RE Draft RMP
I am writing this letter to express my concerns about the Draft RMP for the BLM Uncompahgre
Field
Office.
I am an 8 year resident of the Town of Hotchkiss. This year I was elected to serve as a Hotchkiss
Town
Trustee. This letter is in NO WAY an official Town of Hotchkiss letter – I mention that I serve
as a
Trustee because I love my Town and the surrounding area enough to have put in 5 years of
volunteer
work as a Downtown Beautification Committee member (and chief flower waterer) and then
decided to
dedicate to a higher level of public service as an elected official.

BLM_0155828

Three years ago I bought an abandoned church in Hotchkiss and created a gallery and arts center – the
Church of Art. I have recently closed the gallery but will continue to use the Church of Art to work
with young people - creating public art to further beautify our town. I bought the Church to help move
our North Fork Valley Creative District forward. As you may know, the Colorado State Office of
Economic Development is home to Colorado Creative Industries – the Department responsible for
administering the 18 Creative Districts around the State of Colorado. The Creative District program
comes from the State of Colorado recognizing that Creative Industries are a major economic driver in
the state. The NFV Creative District is unique in that it takes in the entire NFV and also recognizes
Agricultural Creatives and Value Added Agriculture as part of our unique attraction and heritage. Value
Added Agriculture is an important rural economic driver and is recognized as such by the USDA.
Shortly after we moved to Hotchkiss – August 2008 – Delta county was hit hard by the national
economic collapse and is still struggling to recover. We are very slowly rebuilding our economy in a
new way – recognizing our organic farms, creative industries and tourism are vital to our economic
recovery.
Lastly, I am a grandmother to 7 beautiful young people ages 6 – 22 and I recognize that Climate
Change is real, is accelerating, and is a very real threat to their health and well-being. As it is for all
humans and other living beings on this planet Earth. Even if we were to stop any more development of
fossil fuels at this point Climate Change will be wreaking havoc with food production, accelerating
violent weather disasters, rising sea levels – all of which we can't afford – literally. Climate Change
will be an economic disaster as well as a moral failing of humans to change behaviors that are harmful
to the Earth – the only home we have.
<([#1 [30.3] I am writing this letter to question why this Draft RMP allows for gas leasing in the lower and central
NFV - when many years of exploratory drilling have shown little in the way of commercially
viable resources in these areas. Allowing leasing in these areas creates conflict with our
economic recovery and will economically harm many residents in our valley while providing
very little local economic benefit in the way of permanent jobs. The losses far outweigh the
benefits. Having a lease sale go forward in the future would be devastating to our communities
and our efforts to create a sustainable long term economy based on our diverse assets.
#1])> <([#2 [11.3] Also, this Draft RMP needs to assess in depth the impact of local gas leasing

BLM_0155829

on Global Climate
Change. #2])> We all have a responsibility to manage resources in a way that recognizes future impacts –
long range impacts – not just the "here and now" demands of one industry – oil and gas. It is past time
for "business as usual."
I take this quote from a Sepetember 3, 2016 article in The Guardian titled Breakthrough as US and
China agree to ratify Paris climate deal "If the Paris agreement comes into force this year as hoped,
it means the nearly 200 governments party to it will become obliged to meet emissions-cutting pledges
made before the deal last December. For example, the EU has a "national determined contribution" of
cutting emissions by 40% by 2030 on 1990 levels, and the US by up to 28% by 2025 compared with
2005." Our Federal Government recognizes that we must cut our dependence on fossil fuels. The UFO
draft RMP needs to address this in depth and not work at cross purposes with other federal agencies
and programs.
In closing I request that you continue to work on the UFO Draft RMP in a way that addresses the concerns brought up in this letter.
Thank you,
Mary Hockenbery


000400_InouyeD_20161028   Organization: Department of Biology Rocky Mountain Biological
Laboratory, David Inouye
Received: 10/28/2016 12:00:00 AM
Commenter1: David Inouye - Hotchkiss, Colorado 81419-7315
Organization1: Department of Biology Rocky Mountain Biological Laboratory
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 000400_InouyeD_20161028.htm (000400_InouyeD_20161028-386392.htm Size = 32 KB)
xUFORMP_000400_InouyeD_20161028.pdf (000400_InouyeD_20161028-386393.pdf Size = 607 KB)
Submission Text
10/31/2016  DEPARTMENT OF THE INTERIOR Mail - letter of comment about the BLM
Uncompahgre Field Office Draft Resource Management Plan
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS

%20comment&search=cat&th=1580dd0353cf1b9f&siml=1…   1/1

UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>

letter of comment about the BLM Uncompahgre Field Office Draft Resource
Management Plan

1 message

David Inouye <inouye@umd.edu>   Fri, Oct 28, 2016 at 6:19 PM
To: uformp@blm.gov
Cc: director@blm.gov,  rwelch@blm.gov,  jmeyer@blm.gov,  tpfifer@blm.gov,
datchley@deltacounty.com,
bhovde@deltacounty.com,  mroeber@deltacounty.com,  rlevalley@deltacounty.com,
kerry.donovan.sd5@gmail.com,
millie.hamner.house@state.co.us

Please see the attached letter of comment about the Uncompahgre Field Office Draft Resource
Management Plan.

--

Dr. David W. Inouye
Professor Emeritus
Department of Biology
University of Maryland
College Park, MD 20742-4415
inouye@umd.edu
Principal Investigator
Rocky Mountain Biological  Laboratory
PO Box 519
Crested Butte, CO 81224

Letter to BLM about RMP.docx
131K

1

28 October 2016
BLM
Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 814101
Submitted  via uformp@blm.gov
Cc: director@blm.gov,  rwelch@blm.gov,  jmeyer@blm.gov,  tpfifer@blm.gov,
datchley@deltacounty.com,  bhovde@deltacounty.com,  mroeber@deltacounty.com,
rlevalley@deltacounty.com,  kerry.donovan.sd5@gmail.com,  millie.hamner.house@state.co.us,

I am providing  this comment letter on the Uncompahgre Field Office Draft Resource
Management Plan. I will document in this letter why I believe strongly that you should
adopt a no-leasing  option  in a revised RMP.

I am a resident of the North Fork Valley, and am concerned about the potential  for
negative effects on my health, my quality  of life, and the value of real estate I own if there is
significant  development  of oil and gas resources in the planning  area. In 2003 my wife and I
purchased our 34-acre property, which is adjacent to a 25-acre BLM inholding  (parcel
324303400011  in the Delta County Assessor's office records). We purchased our property
because we were attracted by the isolation,  views, solitude,  and wildlife.  We have watched

eagles, bear, elk, deer, coyotes, bobcat, and wild turkeys on our property. We are concerned about the impacts that development of gas production facilities on BLM property in the study area would have on our property.

The oil and gas industries can have a significant negative effect on property values of nearby properties because of the negative effects they can have on noise, air pollution, light pollution, and water pollution. We are concerned that if BLM property is developed for oil or gas extraction in the study area that we will no longer find the quiet, clean air, and solitude that attracted us to that area, that there would be potential health impacts from air pollution, and that the stream on our property and Fire Mountain Canal water we rely on for irrigation could be contaminated. These impacts would reduce the value of our property when we try to sell it in the future.

Human health effects of oil and gas extraction activities

<([#1 [18.3] I don't think the Draft RMP pays sufficient attention to the adverse health effects that

could result from large-scale oil and gas extraction activities, especially given the many recent research reports about such activities. I will highlight here some recent studies in Colorado. For example, a recent "study was designed to characterize and quantify emission rates and dispersion of air toxics, ozone precursors, and greenhouse gases from oil and gas operations in the Denver-Julesburg Basin on the northern Front Range of Colorado. Based on a review of critical knowledge gaps and input from a study Technical Advisory Panel, particular focus was placed on quantifying emissions of individual volatile organic compounds (VOCs), methane, and ethane 2

from oil and gas production sites and from hydraulic fracturing ("fracking") and flowback, important steps in the completion of new wells."

(http://www.colorado.gov/airquality/tech_doc_repository.aspx?action=open&file=CSU_NFR_Report_Final_20160908.pdf). Reported dated 15 September 2016, accessed 28 September 2016. The chemicals released by fracking, flowback, and production included methane, ethane, propane, i-pentane, n-pentane, benzene, toluene, ethylbenzene, and m+p-xylene, at concentrations that can be predicted to have potential health impacts on humans for at least hundreds of meters from the release site. The consequences of the release of these chemicals for air quality and human health must be considered. They are likely to have impacts on local vegetation and wildlife as well. Such risks led the Governor of New York to ban fracking in that state in December 2014. The risks include both air and water pollution.

A recent study (McKenzie, L. M., et al. 2014. Birth outcomes and maternal residential proximity to natural gas development in rural Colorado. Environmental Perspectives 122:412-417) examined associations between maternal residential proximity to natural gas development and birth outcomes in a retrospective cohort study of 124,842 births between 1996 and 2009 in rural Colorado. They calculated inverse distance-weighted natural-gas well counts within a 10-mile radius of maternal residence to estimate maternal exposure, and found an association between density and proximity of natural gas wells and the prevalence of congenital heart defects and possibly neural tube defects. The chemicals responsible are probably the same cohort described in the study described above.

Additional information on the health consequences of gas drilling is available in these publications, which are not cited in the RMP, but should be considered in a revision:
Bamberger, M., Oswald, R. (2012). Impacts of Gas Drilling on Animal and Human Health. New Solutions: A Journal of Environmental and Occupational Health, 22(1): 51-77.

The researchers conducted interviews with animal owners in six states–Colorado, Louisiana, New York, Ohio, Pennsylvania, and Texas–affected by gas drilling. They also interviewed the owners' veterinarians, and examined the results of water, soil, and air testing as well as the results of laboratory tests on affected animals and their owners. The study highlights the possible links between gas drilling and negative health effects, along with the difficulties associated with conducting careful studies of such a link.

Colborn T, Kwiatkowski C, Schultz K, Bachran M. 2012.Natural Gas Operations from a Public Health Perspective, Human and Ecological Risk Assessment: an International Journal 17(5):1039-1056.

The authors examined the chemicals known to be used in natural gas fracking procedures. Researchers were able to compile a list of 632 chemicals, though this list is incomplete due to trade secret exemptions given to the energy companies by Congressional allies. Many of the chemicals are toxic and represent the 'bad boys' of health concerns–causing everything from skin and eye irritation to cancer and mutations. They also highlight the "side effect" of air pollution 3 and the resulting irreversible damage to lung tissue, along with damage to vegetation in the surrounding area.

McKenzie L, Witter RZ, Newman LS, Adgate JL, 2012, Human Health Risk Assessment of Air Emissions from Development of Unconventional Natural Gas Resources, Science of the Total Environment,424:79-87.

Researchers from the Colorado School of Public Health used EPA guidance to estimate chronic and subchronic non-cancer hazard indices and cancer risks from exposure to hydrocarbons for two populations: (1) residents living $> \frac{1}{2}$ mile from wells and (2) residents living $= n \frac{1}{2}$ mile from wells. Risks were higher for those living less than a 1/2 mile from wells than those living further from drilling sites.

Stephen G. Osborn, Avner Vengosh, Nathaniel R. Warner, and Robert B. Jackson Methane contamination of drinking water accompanying gas-well drilling and hydraulic fracturing PNAS 2011 108: 8172-8176.

Scientists found methane contamination of drinking water associated with shale-gas extraction. Average and maximum methane concentrations in drinking-water wells increased with proximity to the nearest gas well. Researchers also found a potential explosion hazard with the related concentrations of methane.

Kassotis, C. D., et al. Estrogen and Androgen Receptor Activities of Hydraulic Fracturing Chemicals and Surface and Ground Water in a Drilling-Dense Region. 2013. Endocrinology DOI: http://dx.doi.org/10.1210/en.2013-1697

This study found that a selected subset of chemicals used in natural gas drilling operations and also surface and ground water samples collected in a drilling-dense region of Garfield County, Colorado, can exhibit estrogen and androgen receptor activities. Water samples were collected, solid-phase extracted, and measured for estrogen and androgen receptor activities using reporter gene assays in human cell lines. Of the 39 unique water samples, 89%, 41%, 12%, and 46% exhibited estrogenic, antiestrogenic, androgenic, and antiandrogenic activities, respectively. Testing of a subset of natural gas drilling chemicals revealed novel antiestrogenic, novel antiandrogenic, and limited estrogenic activities. The Colorado River, the drainage basin for this region, exhibited moderate levels of estrogenic, antiestrogenic, and antiandrogenic activitiessuggesting that higher localized activity at sites with known natural gas–related spills surrounding the river might be contributing to the multiple receptor activities observed in this

water source. The majority of water samples collected from sites in a drilling-dense region of Colorado exhibited more estrogenic, antiestrogenic, or antiandrogenic activities than reference sites with limited nearby drilling operations. Our data suggest that natural gas drilling operations may result in elevated endocrine-disrupting chemical activity in surface and ground water. Vidic, R. D., et al. 2013. Impact of shale gas development on regional water quality. Science 340 (6134): DOI: 10.1126/science.1235009

#1])> 4

<([#2 [37.3] [3] Horizontal drilling and hydraulic fracturing make the extraction of tightly bound natural

gas from shale formations economically feasible. These technologies are not free from environmental risks, however, especially those related to regional water quality, such as gas migration, contaminant transport through induced and natural fractures, wastewater discharge, and accidental spills. The focus of this Review is on the current understanding of these environmental issues.

Jackson RB, B Rainey Pearson, SG Osborn, NR Warner, A Vengosh. 2011. Research and policy recommendations for hydraulic fracturing and shale-gas extraction. Center on Global Change, Duke University, Durham, NC.

The potential for contamination from wastewaters associated with hydraulic fracturing depends on many factors, including the toxicity of the fracturing fluid and the produced waters, how close the gas well and fractured zone are to shallow ground water, and the transport and disposal of wastewaters. Despite precautions by industry, contamination may sometimes occur through corroded well casings, spilled fracturing fluid at a drilling site, leaked wastewater, or, more controversially, the direct movement of methane or water upwards from deep underground. During the first month of drilling and production alone, a single well can produce a million or more gallons of waste water that can contain pollutants in concentrations far exceeding those considered safe for drinking water and for release into the environment. These pollutants sometimes include formaldehyde, boric acid, methanol, hydrochloric acid, and isopropanol, which can damage the brain, eyes, skin, and nervous system on direct contact. Another potential type of contamination comes from naturally occurring salts, metals, and radioactive chemicals found deep underground. After hydraulic fracturing, fracking fluids and deep waters flow through the well to the surface along with the shale gas.

#2])> <([#3 [18.3] Data from a recent study suggest that natural gas drilling operations may result in

elevated endocrine-disrupting chemical activity in surface and ground water. The majority of water samples collected from sites in a drilling-dense region of Colorado exhibited more estrogenic, antiestrogenic, or antiandrogenic activities than sites with limited nearby drilling operations. (Kassotis, C. D., et al. Estrogen and Androgen Receptor Activities of Hydraulic Fracturing Chemicals and Surface and Ground Water in a Drilling-Dense Region. 2013. Endocrinology DOI: http://dx.doi.org/10.1210/en.2013-1697)

#3])> <([#4 [10.3] One of the consequences of oil and gas development is impacts on air quality. For 17

years, the American Lung Association has analyzed data from official air quality monitors to compile the State of the Air report. Although most residents and visitors probably think the air is clean in Montrose County, neighboring Mesa County gets an F for the number of high ozone days, and Gunnison County gets a C grade in the ALA report card (http://www.lung.org/our-initiatives/

BLM_0155834

healthy-air/sota/city-rankings/states/colorado/).  Some of that ozone likely comes from oil and gas production in those counties, and some from nearby parts of Utah. On the Front Range, where many counties get an F rating, a study found that oil and gas production accounts for about 17 percent of overall ozone contribution.  These results suggest that air quality in the study area for the RMP is at risk from future oil and gas development, and the only way to avoid these consequences is to not drill new wells. #4])>

5

<([#5 [18.3] This is a graph from Web of Science [SEE ATTACHMENT] (10/28/16), showing the number of scientific publications since 2012 that have the keywords "fracking" and "health". It documents how rapidly our knowledge of this intersection is growing. Would it be imprudent to make a decision now that would lock us into exposure to adverse health effects of oil and gas development for decades to come? With the kinds of adverse effects already documented in the studies listed above? I think it would be. We need to confirm the science before deciding to proceed with oil and gas development that can threaten human health.

As a group, these studies raise serious concerns about the health and environmental impacts of development of natural gas wells. These impacts would have serious consequences for the economy of the North Fork valley, which depends on clean air and water for agriculture, recreation, tourism, and domestic consumption.  These impacts and consequences need to be addressed, as the only way to guarantee that there will be no such environmental and health consequences is a no-fracking option.  If these health effects are engendered by permitting oil and gas development in the study area, how will they be mitigated?  I'm not sure they can be. Who will pay for the consequences to individuals exposed to these effects?

#5])> Climate change consequences of oil and gas development

On p. 92 the draft RMP states: " <([#6 [11.3] It may be difficult to discern whether global climate
change is already affecting resources in the analysis area of the RMP. It is important to note that projected changes are likely to occur over several decades to a century. Many of the projected changes associated with climate change may not be measurably discernible within the reasonably foreseeable future."

Note that this text is largely copied from a 2008 BLM report from Oregon that stated "It may be difficult to discern whether global climate change is already affecting resources, let alone the Planning or Decision Areas for the RMP. In most cases there is more information about potential or projected effects of global climate change on resources. It is important to note that projected changes are likely to occur over several decades to a century. Therefore many of the projected changes associated with climate change described below may not be measurably discernible within the reasonably foreseeable future." - Environmental Assessment OR-030-08-006 (Copying unattributed text like that would be considered plagiarism in the

BLM_0155835

scientific literature.)

This statement was mostly incorrect in 2008, and the RMP statement is definitely incorrect now. Global climate change is already affecting the ecology of the analysis area. I have conducted research on this topic (at the Rocky Mountain Biological Laboratory) since 1971. The

6

growing season is significantly longer than it used to be a few decades ago, the timing of hibernation by marmots and other mammals has been changing, plants and animals are moving up in elevation and disappearing from some lower elevations, the timing of runoff in streams has changed, the timing of bird migration has changed, and the frequency of "false springs" has increased (a warm spell in early spring followed by a late frost), resulting in increased frost damage to both wildflowers and agriculture (for example, last year's disastrous frost that wiped out almost all fruit production in the North Fork Valley). Some of my publications about these changes in Gunnison County include:

Inouye, D. W., W. A. Calder and N. M. Waser. 1991. The effect of floral abundance on feeder censuses of hummingbird populations. Condor 93:279-285.

Inouye, D. W. and A. D. McGuire. 1991. Effects of snowpack on the timing and abundance of flowering in Delphinium nelsonii: implications for climate change. American Journal of Botany 78(7):997-1001.

Inouye, D. W., W. A. Barr, K. B. Armitage, and B. D. Inouye. 2000. Climate change is affecting altitudinal migrants and hibernating species. Proceedings of the National Academy of Sciences 97(4): 1630-1633.

Inouye, D. W. 2000. The ecological and evolutionary significance of frost in the context of climate change. Ecology Letters 3(5):457-463.

Inouye, D. W., M. A. Morales, and G. J. Dodge. 2002. Variation in timing and abundance of flowering by Delphinium barbeyi Huth (Ranunculaceae): the roles of snowpack, frost, and La Niña, in the context of climate change. Oecologia 130: 543-550.

Inouye, D. W., F. Saavedra, and W. Lee-Yang. 2003. Environmental influences on the phenology and abundance of flowering by Androsace septentrionalis L. (Primulaceae). American Journal of Botany 90(6):905-910.

Saavedra, F., D. W. Inouye, M. V. Price and J. Harte. 2003. Changes in flowering and abundance of Delphinium nuttallianum (Ranunculaceae) in response to a subalpine climate warming experiment. Global Change Biology 9: 885-894.

Inouye, D. W. 2007. Impacts of global warming on pollinators. Wings 30(2): 24-27.

Inouye, D. W. 2008. Effects of climate change on phenology, frost damage, and floral abundance of montane wildflowers. Ecology 89(2): 353-362. [Rated "Recommended" by Faculty of 1000]

Miller-Rushing, A. J., D. W. Inouye, and R. B. Primack. 2008. How well do first flowering dates measure plant responses to climate change? The effects of population size and sampling frequency. Journal of Ecology 96: 1289-1296.

Miller-Rushing, A. J. and D. W. Inouye. 2009. Variation in the impact of climate change on flowering phenology and abundance: An examination of two pairs of closely related wildflower species. American Journal of Botany 96:1821-1829.

7

Forrest, J., D. W. Inouye, and J. D. Thomson. 2010. Flowering phenology in subalpine communities: Does climate variation reshuffle species assemblages? Ecology 91(2):431-440.

Lambert, A., A. J. Miller-Rushing, and D. W. Inouye. 2010. Changes in snowmelt date and summer precipitation affect the flowering phenology of Erythronium grandiflorum Pursh (glacier

BLM_0155836

lily, Liliaceae). American Journal of Botany 97(9): 1431–1437.

Aldridge, G., D. W. Inouye, J. R. K. Forrest, W. A. Barr, and A. J. Miller-Rushing. 2011. Emergence of a mid-season period of low floral resources in a montane meadow ecosystem associated with climate change. Journal of Ecology 99(4): 905-913.

Boggs, C. L., and D. W. Inouye. 2012. A single climate driver has direct and indirect effects on pollinator numbers. Ecology Letters 15(5):502-508. [Rated "must read" by Faculty of 1000]

Anderson, J. T., D. W. Inouye, A. McKinney, and T. Mitchell-Olds. 2012. Phenotypic plasticity and adaptive evolution contribute to advancing flowering phenology in response to climate change. Philosophical Transactions of the Royal Society 279(1743): 3843-3852. [Rated "must read" by Faculty of 1000]

McKinney, A. M., P. J. CaraDonna, D. W. Inouye, b. barr, D. Bertelson, and N. M. Waser. 2012. Asynchronous changes in phenology of migrating Broad-tailed Hummingbirds and their early-season
nectar resources. Ecology 93(9):1987-1993.

Iler, A. M., and D. W. Inouye. 2013. Effects of climate change on mast-flowering cues in a clonal montane herb, Veratrum tenuipetalum (Melanthiaceae). Amer. J. Bot. 100:1-7.

Iler, A. M., T. T. Høye, D. W. Inouye, and N. M. Schmidt. 2013. Nonlinear flowering responses to climate: Are species approaching their limits of phenological change?
Philosophical Transactions of the Royal Society, themed issue 368: 20120489

Iler, A. M., D. W. Inouye, T. T. Høye, A. J. Miller-Rushing, L. A. Burkle, and E. Johnston. 2013. Maintenance of temporal synchrony between syrphid flies and their floral resources despite differential phenological responses to climate. Global Change Biology 19(8):2348–2359.

CaraDonna, P. J., A. M. Iler, and D. W. Inouye. 2014. Shifts in flowering phenology reshape a subalpine plant community. Proc. Nat. Acad. Sci. (USA) 111(13): 4916-4921. [Recommended by Faculty of 1000]

Wright, Karen W., K. L. Vanderbilt, D. W. Inouye, C. D. Bertelsen, and T. M. Crimmins. 2015. Turnover and reliability of flower communities in extreme environments: Insights from long-term
phenology data sets. Journal of Arid Environments 115:27-34.

Pyke, G. H., J. D. Thomson, D. W. Inouye and T. J. Miller. 2016. Effects of climate change on phenologies and distributions of bumble bees and the plants they visit. Ecosphere 7(3): DOI 10.1002/ecs2.1267
8

Petry, W. K., J. D. Soule, A. M. Iler, A. Chicas-Mosier, D. W. Inouye, T. E. X. Miller, K. A. Mooney. 2016. Sex-specific responses to climate change drive rapid shifts in population sex ratio. Science 353: 69-71.

Compagnoni, A., A. J. Bibian, B. M. Ochocki, H. S. Rogers, E. L. Schultz, M. E. Sneck, B. D. Elderd, A. M. Iler, D. W. Inouye, H. Jacquemyn, and T. E. X. Miller. The effect of demographic correlations on the stochastic population dynamics of perennial plants. Ecological Monographs, in press.

These changes, with potential negative consequences for the flora and fauna of the study area, are already well documented and would be exacerbated by the greenhouse gases that would be produced by oil and gas development. As would the effects of climate change on the orchards and vineyards of the North Fork Valley.

Less than a mile from my house there was a major forest fire about 15 years ago, and the vegetation has still not recovered. A paper out this fall reports: "Increased forest fire activity

across the western United States in recent decades has contributed to widespread forest mortality, carbon emissions, periods of degraded air quality, and substantial fire suppression expenditures. Although numerous factors aided the recent rise in fire activity, observed warming and drying have significantly increased fire-season fuel aridity, fostering a more favorable fire environment across forested systems. We demonstrate that human-caused climate change caused over half of the documented increases in fuel aridity since the 1970s and doubled the cumulative forest fire area since 1984. This analysis suggests that anthropogenic climate change will continue to chronically enhance the potential for western US forest fire activity while fuels are not limiting." http://www.pnas.org/content/early/2016/10/05/1607171113.abstract

In summary, I don't think it is "difficult to discern whether global climate change is already affecting resources in the analysis area of the RMP.". We don't have to wait several decades to a century to see the effects of continued/increasing fossil fuel use. #6])>

Effects on outdoor recreation

I am a hunter and fisherman, as well as a conservation biologist and ecologist. I have taken my kayak and white water raft on rivers in the study area. <([#7 [14.1.3] Last week, a Denver Post article

about the declining deer population in Colorado reported that ".... state biologists have determined that oil and gas drilling in deer habitat is hurting the ability of deer to recover.". It seems likely that other big game populations are also in danger of declining if there is large-scale oil and gas development in the study area. Road-kills are a major source of mortality already (I see many on Highway 133) and any increase in the number of roads, or of traffic on existing roads, will undoubtedly result in more roadkills, and disrupt traditional migration routes. How would these negative effects be mitigated if additional development occurs? Or could they be mitigated?

#7])> Water quality is an important issue for fisheries, which support recreational fishing (a big economic driver in the study area). Will people who now kayak and raft on rivers in this area still

9

want to do that if they know that the water is contaminated with drilling/production waste?<([#8 [37.3] The

experience from the 2015 Gold King Mine waste water accident in Colorado shows that there can be a significant economic and environmental cost from such accidents. Oil and gas development will threaten both water quality and the volume of in-stream flows that support this economic and recreational activity. There are already too many spills from oil and gas drilling and production in Colorado. 615 in 2015 alone (http://www.denverpost.com/2016/03/17/oil-and-gas-

companies-in-colorado-reported-615-spills-in-2015/), of which 90 contaminated groundwater. There were 777 spills the previous year. An unavoidable conclusion is that increased oil and gas development in the study area will result in groundwater contamination. #8])> <([#9 [14.1.1] If drilling/production waste water is stored in pounds, what efforts would be made to

protect wildlife from coming into contact with contaminated water? Big and small game animals would potentially be attracted to storage ponds, and unless they are covered they pose a threat to waterfowl as well. #9])> <([#10 [10.3] [10.5] Would there be any volatile chemicals released from waste storage ponds?

How would that air pollution be monitored and mitigated?

#10])> Economic losses from loss of methane from wells

BLM_0155838

<([#11 [11.5] If any new wells are permitted, they should be required to capture methane released by
drilling and development of oil and gas. Not only is methane a potent greenhouse gas that contributes to global climate change, but it is also a potentially valuable resource. #11])> If it is flared or
simply vented, there is an economic loss to the federal government, as well as the state and local municipalities that could benefit from that income.

<([#12 [18.3] Potential earthquake risk from underground disposal of fracking wastes
Is enough known about the geology of the study area to provide certainty that injection of fracking wastes would not cause an increased potential for earthquakes? "Oklahoma's three largest earthquakes since 2011 have accounted for approximately two-thirds of the energy unleashed during the state's spate of induced seismicity. Potential remains for another magnitude 5.0 or greater temblor — and there still has not been a sizable aftershock from the state-record Pawnee quake last month — but indications are that man-made earthquakes have returned to a downward trend [following a reduction in underground disposal of fracking wastes].
Jeremy Boak, director of the Oklahoma Geological Survey, presented that information this month during an hourlong talk at the Oklahoma Corporation Commission's annual Oil and Gas Institute on OU-Tulsa's campus. Boak discussed his concern that an underground "pressure pulse" could trigger another large quake."http://www.tulsaworld.com/homepagelatest/three-quakes-
since-make-up-two-thirds-of-oklahoma-s/article_ec758a9f-2944-5fc0-8150-
1658da9c22fb.html
#12])> 10
Regulation of rural gathering lines
<([#13 [41.2] The draft RMP does not address the fact that at present major gas pipelines in the study
area are not regulated, by either the state or federal government. There have been some dramatic and fatal accidents in the past year from pipelines in other parts of the country, and I am concerned that there is already the potential for these kinds of accidents in the study area from existing transmission lines. #13])> I think there should be a moratorium on new drilling until rural
gathering lines are regulated, to help minimize the potential for a major accident in the study area.
In closing
Given all of these potential hazards and negative impacts of oil and gas development, I request that you adopt a no-leasing alternative as the logical conclusion for management in the study area. The economics of fossil fuel extraction are changing rapidly; witness the decline of coal mining in the North Fork Valley in the past few years, and the rapid increase in renewable energy development. For example, last year I installed enough solar panels that I am now a net producer of electricity. Social attitudes toward fossil fuels are also changing rapidly, as the feasibility of replacing fossil fuels with renewable resources is demonstrated. At least five countries around the world have already or will soon be independent of fossil fuels for most or all energy demands (http://theantimedia.org/5-countries-that-prove-the-world-doesnt-need-fossil-fuels/).
The USA is on track to follow their lead and we should not develop fossil fuel resources that will put areas like the North Fork Valley at risk.

BLM_0155839

Sincerely,
Dr. David W. Inouye
38213 Hwy 133
Hotchkiss, CO 81419-7315
inouye@umd.edu
Professor Emeritus Principal Investigator
Department of Biology  Rocky Mountain  Biological  Laboratory
University  of Maryland  Crested Butte, CO 81224
College Park, MD 20742-4415
Past-President, Ecological  Society  of America


000401_ShoemakerS_20161028  Organization:  Paonia Chamber of Commerce, Susan
Shoemaker
Received: 10/28/2016  12:00:00  AM
Commenter1: Susan Shoemaker - Paonia, Colorado  81428
Organization1:Paonia  Chamber of Commerce
Commenter Type: Private Industry
Classification:  Substantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000401_ShoemakerS_20161028.htm  (000401_ShoemakerS_20161028-
386395.htm  Size = 10 KB)
Submission  Text
11/1/2016  DEPARTMENT OF THE INTERIOR Mail - Draft Resource Management Plan for
the Uncompahgre  Field Office comments
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=1580d65b4bdd8e26&siml=1580d65...  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Draft Resource Management Plan for the Uncompahgre  Field Office comments
1 message
Paonia Chamber <naturally@paoniachamber.com>  Fri, Oct 28, 2016 at 4:23 PM
To: uformp@blm.gov
Cc: Jon Schulz <jonrschulz@aol.com>,  Doris Danielsen <jambi@tds.net>,  Annette Pretorius
<annettepretorius@gmail.com>,  Carri Gillenwater <cgillenwater@firstcoloradobank.com>,
Betsy Marston
<betsym@hcn.org>,  Frederick Zimmer <frederick@elementaldb.com>,  Debbie Kimball
<debsimkim@gmail.com>,  Kathy
Swartz <kswartz@solarenergy.org>,  "Alex Johnson, Executive  Director"
<info@theconservationcenter.org>
Dear BLM-UFO Staff and RMP Comment Team,
Attached please find the Paonia Chamber of Commerce comments  and recommendations  letter
for the Draft Resource Management Plan. Thank you for the opportunity  to comment on this
plan. Please consider the attached input from The Paonia Chamber of Commerce on the Draft

Resource Management Plan (RMP).
Sincerely,
Susan Shoemaker, Office Manager
(970) 527-3886
Paonia Chamber of Commerce
PO Box 366
136 Grand Avenue
Paonia, CO 81428
Paonia Chamber ltr to BLM, RMP 28oct2016 Letterhead.pdf
448K
1
Paonia Chamber of Commerce
October 26, 2016
BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401
Re: Draft Resource Management Plan for the Uncompahgre Field Office
Dear BLM-UFO Staff and RMP Comment Team,
Thank you for the opportunity to comment on this plan. Please consider this input from
The Paonia Chamber of Commerce on the DRAFT Resource Management Plan (RMP).
Recommendations Concerning the Draft RMP
1.1 Please continue to include and consider the NFA (Alternative B-1) in
the RMP.
The role of the Paonia Chamber of Commerce is to support and promote existing
businesses in the town and region and to encourage appropriate new
businesses.
Of the proposed alternatives in the RMP, Alternative B-1 maintains the possibility
of continuing to develop a diverse, robust, thriving economy for Paonia and Delta
County not overly vulnerable to the booms and busts typical of energy
extraction.
Significant effort has been expended to understand what is needed to develop economic
prosperity in Paonia, North Fork communities, and Delta County: Paonia Vision and Planning,
Vision 2020, Heart and Soul, Region 10 Economic Development Plan for Delta County and
nearby areas. Certain FACTS have emerged from these efforts.
In every case, the critical need to reduce our vulnerability to the booms and busts associated with
energy extraction have been identified and emphasized. This does mean that planning for oil and
gas extraction as a significant part of an overall economic recovery plan would be very foolish.

Paonia Chamber of Commerce
The one viable and best solution identified for Paonia and Delta county is
development of a diverse and balanced economy based on food
production and processing (especially organic and naturally grown),
recreation, tourism, internet businesses, and the creative arts –
businesses that are already successful, in sync with major national trends,
and growing.
We, as citizens, community leaders, and Directors of the Paonia Chamber of

BLM_0155841

Commerce, are focused on continuing efforts to support and develop this economy.

In case it is not blindly obvious, the economic survival and potential of this area depends on the reality (and, indeed, the perception) of this area as a region of clean air, clean water, productive agricultural land, beautiful landscapes, fantastic food and beverages, healthy wildlife, and awesome culture.

1.2 <([#3 27.1] Also, please seriously consider designating the BLM lands on and around Jumbo Mountain as a Special Recreation and Ecological Emphasis Management Area because of their unique value, importance, and distinctiveness of the recreational area and criticality of the area as winter habitat for mule deer and other wildlife.

#3])> 2.0 Correct Significant Deficiencies in the Draft RMP and Planning Process

Based on FACTS emerging from areas already fracked, it is likely that the scale and nature of proposed gas and oil development in the Uncompahgre planning area will create massive negative systemic impacts across the entire region – damaging every resource the people of Western Colorado value – except resource extraction. Not only will these actions adversely impact current residents, agriculture and businesses of the present generation but future generations as well.

<([#4 [5.7] [5.6] The BLM has an important legal mandate:

Sustain the health, diversity, and productivity of America's public lands and resources through balanced stewardship to enhance the quality of life for all citizens, meeting their needs today without compromising their ability to meet those needs in the future.

Unfortunately the Draft RMP is fatally flawed as it is and cannot possibly accomplish this mandate. It takes a very reductionist and micro view of the situation, ignoring the "elephants" in the room, ignoring significant near term as well as long term cumulative and permanent impacts. A systems perspective is required and totally lacking. #4])>

For this RMP to meet the BLM mandate, it's deficiencies must be corrected to prevent the region from being turned permanently into a toxic, dangerous, industrialized wasteland through its leasing and development plans. Here are some of the issues and impacts that must be addressed to prevent this:

-<([#5 [5.6] The RMP must protect the resources that citizens of Western Colorado value by becoming far more balanced – by addressing significant impacts not covered by the Draft RMP #5])> .

-<([#6 [21.1] The RMP must address the question of whether or not this oil and gas development is really needed as well as the appropriate scale and timing of leasing and proposed development. At best natural gas is a short-term transition fuel eventually to be replaced by other energy sources #6])> .

-<([#7 [11.3] The RMP must address the impact of massive losses of methane and flaring during drilling and operations and the use of that methane that is finally produced on climate change. Natural gas is extracted by fracking is not the clean transition fuel that has been advertised, it is worse than coal.

#7])> -<([#8 37.3] The RMP must address the massive destructive use of water in the fracking process in a region where water supplies are already overdrawn and pervasive long term drought is the most likely reality for the foreseeable future. It must also address potential impacts to city and

private water system watersheds, and irrigation systems including their watersheds.
#8])> <([#9 [18.3] [14.1.3] The RMP must address the adverse impacts of oil and gas development on
human, agricultural animal, and wildlife health.
#9])> <([#10 [18.4] The RMP must address the cumulative system impacts of oil and gas development on community health and function (things like physical infrastructure, health services, crime, community safety, and policing).
#10])> <([#11 [41.2] The RMP must deal with the actual impacts of modern fracking technology and not imply that it is equivalent to older less damaging technologies.
#11])> <([#12 [5.6] The RMP must not ignore the fact that current regulatory policy and processes have been totally inadequate to minimize the destructive impacts of modern oil and gas development.
#12])> <([#13 [30.3] [14.1.3] The RMP must address the massive impacts to wildlife, wildlife habitat,
and hunting, along with related economic issues.
#13])> <([#14 [30.3] The RMP must deal with the impacts to regional and state food security.
#14])>
The RMP must protect the current and long term productivity of public lands -emphasizing resource extraction to the detriment of all other resources is a violation of BLM's mandate.
The RMP must enhance the quality of life for all citizens, not just the managers, owners and shareholders of oil and gas companies.
The RMP must protect the ability of future generations to meet their
needs. That means you must include and properly address the issues and
impacts identified here.
?nThe assertion that this gas and oil development is about meeting our
needs today may have some merit, but please spare yourselves some
embarrassment by not asserting that this is about energy for Americans, it
is about extracting the resource in the cheapest way possible to sell in
international markets to the highest bidder.
<([#16 [31.3] The RMP must address the very real risks that will be created by deep well wastewater injection in the area, one of the most geologically unstable areas of Colorado.
Earthquakes and mudslides damage to infrastructure critical to the economic function of the region. Impacts to oil and gas infrastructure must be assessed as well.
#16])> We are hopeful that this input will help you to design a Resource Management Plan that will meet BLM's legal mandate, and protect our public lands and resources while
allowing appropriate levels of resource development
Sincerely,
Paonia Chamber of Commerce.


000402_RatnerJ_20161028 Organization: Western Watersheds Project, Jonathan Ratner
Received: 10/28/2016 12:00:00 AM
Commenter1: Jonathan Ratner - Pinedale, Wyoming 82941 (United States)
Organization1:Western Watersheds Project
Commenter Type: Organization (nonprofit/citizens group)
Classification: Substantive
Submission Category: Unique

Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison 12/7/2016 12:00:00 AM
Attachments: 000402_RatnerJ_20161028.htm (000402_RatnerJ_20161028-387536.htm Size = 106 KB)
UFORMP_000402_RatnerJ_20161028_WPP_HasAttach.pdf (000402_RatnerJ_20161028-387535.pdf Size = 629 KB)
Submission Text
DEIS Comments
1 message
Jonathan B Ratner <jonathan@westernwatersheds.org> Tue, Oct 25, 2016 at 2:16 AM
To: uformp@blm.gov
Jonathan B Ratner
WWP – Wyoming Office
PO Box 1160
Pinedale, WY 82941
Tel: 8777463628
Fax: 2084754702


Working to protect and restore Western Watersheds
Wyoming Office
PO Box 1160
Pinedale, WY 82941
Tel: (877) 746-3628
Fax: (208) 475-4702
Email: Wyoming@WesternWatersheds.org
Web site: www.WesternWatersheds.org


14 attachments
Exerpt from Winnemucca RMP protest RE bighorn sheep .docx 154K
393K
RMBS North Delta Final EA and FONSI Protest 071516 Final.pdf
1255K
2 Exhibit A Pages from BLM RMP Planning Handbook.pdf
259K
6 Exhibit E BLM Manual 7200 Water Resource Managment.pdf
223K
3 Exhibit B DOI Manual 520 DM 1 Wetlands and Floodplain.pdf
68K
4 Exhibit C BLM Manual 1737 Riparian Wetland Management.pdf
1148K
5 Exhibit D BLM Manual 6720 Aquatic Resource Management.pdf
442K
45d Prineville BLM Grazing Matrix Table.pdf
305K

45a Prineville BLM Alternatives Grazing Comparison Chart.pdf
207K
45b Prineville BLM Grazing Guidelines Allotment Evaluations.pdf
459K
45c Prineville BLM Grazing Matrix Memo.doc
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=157faf7e31f51801&siml=157faf7e31…   2/2
26K
82 Carter WyomingBLMRangeRecommendations.pdf
373K
92 A
ScienceBased Tool for Assessing Grazing Capacity Catlin et al.pdf
394K


Project Manager, Uncompahgre RMP
Bureau of Land Management
Uncompahgre Field Office
2465 South Townsend Ave
Montrose, CO 81401
Re: RMP Comments
"A thing is right when it tends to preserve the integrity, stability, and beauty of the biotic community. It is wrong when it tends otherwise."
"We abuse land because we regard it as a commodity belonging to us. When we see land as a community to which we belong, we may begin to use it with love and respect. There is no other way for land to survive the impact of mechanized man, nor for us to reap from it the esthetic harvest it is capable, under science, of contributing to culture." - Aldo Leopold

"What we do with the public lands of the United States tells a great deal about what we are, what we care for and what is to become of us as a nation."
- Senator Henry M. Jackson

"And [multiple use is] harmonious and coordinated management of the various resources without permanent impairment of the productivity of the land and the quality of the environment with consideration being given to the relative values of the resources and not necessarily to the combination of uses that will give the greatest economic return or the greatest unit output."
- Federal Land Policy and Management Act 43 U.S.C. § 1702(c)

"In managing the public lands the Secretary [of the Department of the Interior] shall, by regulation or otherwise, take any action necessary to prevent unnecessary or undue degradation of the lands." - Federal Land Policy and Management Act 43 U.S.C. § 1732(b)

Dear Field Office Manager,
<([#3 [6] The first and foremost consideration must be the legal and regulatory framework within which the BLM operates. The overarching law is FLPMA. FLPMA requires that the BLM:

Section 102 (2) the national interest will be best realized if the public lands and their resources

are periodically and systematically inventoried and their present and future use is projected through a land use planning process coordinated with other Federal and State planning efforts

Section 102 (8) the public lands be managed in a manner that will protect the quality of scientific, scenic, historical, ecological, environmental, air and atmospheric, water resource, and archeological values; that, where appropriate, will preserve and protect certain public lands in their natural condition; that will provide food and habitat for fish and wildlife and domestic animals; and that will provide for outdoor recreation and human occupancy and use

Section 201 (a) The Secretary shall prepare and maintain on a continuing basis an inventory of all public lands and their resource and other values (including, but not limited to, outdoor recreation and scenic values), giving priority to areas of critical environmental concern. This inventory shall be kept current so as to reflect changes in conditions and to identify new and emerging resource and other values. The preparation and maintenance of such inventory or the identification of such areas shall not, of itself, change or prevent change of the management or use of public lands.(emphasis added)

Compliance with this subsection is the prerequisite of all planning and must be completed prior to initiation of the RMP revision process. Note also that the next Section B mentions funding. This indicates Section B is discretionary, whereas Section A is mandatory.

Section 202 (c) In the development and revision of land use plans, the Secretary shall–
(1) use and observe the principles of multiple use and sustained yield set forth in this and other applicable law;
(2) use a systematic interdisciplinary approach to achieve integrated consideration of physical, biological, economic, and other sciences;
(3) give priority to the designation and protection of areas of critical environmental concern;
(4) rely, to the extent it is available, on the inventory of the public lands, their resources, and other values;
(5) consider present and potential uses of the public lands;
(6) consider the relative scarcity of the values involved and the availability of alternative means (including recycling) and sites for realization of those values;
(7) weigh long-term benefits to the public against short-term benefits;
(8) provide for compliance with applicable pollution control laws, including State and Federal air, water, noise, or other pollution standards or implementation plans; (emphasis added)

Section 302 B In managing the public lands the Secretary shall, by regulation or otherwise, take any action necessary to prevent unnecessary or undue degradation of the lands.

The regulations implementing the FLPMA planning requirements are at 43 CFR 1600.

43 CFR 1601.0-2 Objective.

The objective of resource management planning by the Bureau of Land Management is to maximize resource values for the public through a rational, consistently applied set of regulations and procedures which promote the concept of multiple use management and ensure participation

BLM_0155846

by the public, state and local governments, Indian tribes and appropriate Federal agencies. Resource management plans are designed to guide and control future management actions and the development of subsequent, more detailed and limited scope plans for resources and uses. (emphasis added)

It is clear from the above that RMP's are required to provide specific requirements, standards and limitations that are overarching for the Field Office and that guide the sitespecific decisions later. The DEIS RMP direction are little more than aspirational with no requirements. This violates FLPMA.
#3])>
This is made even more clear under Definition N, which states:

(n) Resource management plan means a land use plan as described by the Federal Land Policy and Management Act. The resource management plan generally establishes in a written document:

(1) Land areas for limited, restricted or exclusive use; designation, including ACEC designation; and transfer from Bureau of Land Management Administration;
(2) Allowable resource uses (either singly or in combination) and related levels of production or use to be maintained;
(3) Resource condition goals and objectives to be attained;
(4) Program constraints and general management practices needed to achieve the above items;
(5) Need for an area to be covered by more detailed and specific plans;
(6) Support action, including such measures as resource protection, access
development, realty action, cadastral survey, etc., as necessary to achieve the above;
(7) General implementation sequences, where carrying out a planned action is dependent upon prior accomplishment of another planned action; and
(8) Intervals and standards for monitoring and evaluating the plan to determine the effectiveness of the plan and the need for amendment or revision.

43 CFR 1610.4-4 requires that the BLM:

The Field Manager, in collaboration with any cooperating agencies, will analyze the inventory data and other information available to determine the ability of the resource area to respond to identified issues and opportunities. The analysis of the management situation shall provide, consistent with multiple use principles, the basis for formulating reasonable alternatives, including the types of resources for development or protection. Factors to be considered may include, but are not limited to:

(a) The types of resource use and protection authorized by the Federal Land Policy and Management Act and other relevant legislation;
(b) Opportunities to meet goals and objectives defined in national and State Director guidance;
(c) Resource demand forecasts and analyses relevant to the resource area;
(d) The estimated sustained levels of the various goods, services and uses that may be attained under existing biological and physical conditions and under differing management practices and degrees of management intensity which are economically viable under benefit cost or cost

effectiveness standards prescribed in national or State Director guidance;

(e) Specific requirements and constraints to achieve consistency with policies, plans and programs of other Federal agencies, State and local government agencies and Indian tribes;

(f) Opportunities to resolve public issues and management concerns;

(g) Degree of local dependence on resources from public lands;

(h) The extent of coal lands which may be further considered under provisions of §3420.23(a) of this title; and

(i) Critical threshold levels which should be considered in the formulation of planned alternatives.

43 CFR 1610.7-2 requires:

Areas having potential for Areas of Critical Environmental Concern (ACEC) designation and protection management shall be identified and considered throughout the resource management planning process (see §§1610.4–1 through 1610.4–9).

(a) The inventory data shall be analyzed to determine whether there are areas containing resources, values, systems or processes or hazards eligible for further consideration for designation as an ACEC. In order to be a potential ACEC, both of the following criteria shall be met:

(1) Relevance. There shall be present a significant historic, cultural, or scenic value; a fish or wildlife resource or other natural system or process; or natural hazard.

(2) Importance. The above described value, resource, system, process, or hazard shall have substantial significance and values. This generally requires qualities of more than local significance and special worth, consequence, meaning, distinctiveness, or cause for concern. A natural hazard can be important if it is a significant threat to human life or property.

BLM Manual 1601 Land Use Planning further describes the requirements the BLM must comply with in the development of an RMP:

Section .1 B. The land use planning process is the key tool used by the BLM, in coordination with interested publics, to protect resources and designate uses on Federal lands managed by the BLM. Planning is critical to ensuring a coordinated, consistent approach to managing these lands. This Manual and Handbook provide guidance for preparing new Resource Management Plans (RMPs), plan revisions, plan amendments, other equivalent plans (e.g., plans adopted from other agencies), and subsequent implementation-level plans. Procedures and requirements are set forth to ensure that the BLM's plans meet regulatory and statutory requirements. (emphasis added)

Section .2 .02 Objectives. These plans help ensure that the public lands are managed in accordance with FLPMA (43 USC 1701 et seq.) and other applicable laws and regulations, under the principles of multiple use and sustained yield; in a manner that recognizes the Nation's need for domestic sources of minerals, food, timber, and fiber; and in a manner that will protect the quality of scientific, scenic, historical, ecological, environmental, air and atmospheric, water, and archaeological values. Where appropriate, lands will be managed to preserve and protect certain public lands in their natural condition to provide food and habitat for fish and wildlife and domestic animals, and to provide for outdoor recreation and human occupancy and use. The

BLM_0155848

BLM will encourage collaboration and public participation throughout the planning process. To accomplish the above, the BLM will:

A. Provide on a continuing basis an inventory of all public lands and their resource and other values. This inventory shall be kept current so as to reflect changes in conditions and to identify new and emerging resource and other values (FLPMA, Sec. 201 (a)).
B. Use an interdisciplinary process for evaluating resource information that considers physical, cultural, and biological resources in conjunction with social and economic factors to decide appropriate public land uses.
C. Ensure opportunities for participation by Indian tribes, State and local governments, other Federal agencies, and the public in a way that coordinates land use inventory, planning, and management activities with these other jurisdictional entities. Such participation will help ensure that land use plans for public lands are consistent with the plans and policies of these entities to the maximum extent consistent with Federal law
(FLPMA, Sec. 202 (c) (9)), and that policies of approved Indian tribal land resource management programs are considered (FLPMA, Sec. 202 (b)).
D. Use collaborative and multijurisdictional approaches, to the extent possible, to encourage consistency in planning across different land ownerships and jurisdictions.
E. Provide to the public a documented record of land allocations and permissible resource uses and constraints.
F. Provide a framework to guide subsequent implementation decisions. (emphasis added)
Section .3 2. reiterates the requirements of FLPMA:

"Sec. 201 requires the Secretary of the Interior to prepare and maintain an inventory of the public lands and their resource and other values, giving priority to areas of critical environmental concern (ACECs), and, as funding and workforce are available, to determine the boundaries of the public lands, provide signs and maps to the public, and provide inventory data to State and local governments.

F. The Colorado River Basin Salinity Control Act, 43 U.S.C. 1593, requires a comprehensive program for minimizing salt contributions to the Colorado River from BLM lands.

Section .06 requires:

2. The BLM's mission is to sustain the health, diversity, and productivity of the public lands for the use and enjoyment of present and future generations. Land use plan decisions will further this mission by identifying desired outcomes and actions that restore and maintain the health of the land; preserve natural and cultural heritage; reduce threats to public health, safety, and property; and provide opportunities for environmentally responsible recreational and commercial activities.

3. When making land use plan decisions, the BLM will consider information from all available sources, including scientific data gained from resource assessments, information regarding ecosystem protection and restoration needs, the reasonably foreseeable development of consumptive and nonconsumptive uses, and social and economic information.

BLM_0155849

The Manual provides specific definitions for the requirements that a RMP must contain:

Goal: a broad statement of a desired outcome. Goals are usually not quantifiable and may not have established time frames for achievement.

Guidelines: actions or management practices that may be used to achieve desired outcomes, sometimes expressed as best management practices. Guidelines may be identified during the land use planning process, but they are not considered a land use plan decision unless the plan specifies that they are mandatory. Guidelines for grazing administration must conform to 43 CFR 4180.2.

Land Use Allocation: the identification in a land use plan of the activities and foreseeable development that are allowed, restricted, or excluded for all or part of the planning area, based on desired future conditions.

Land Use Plan Decision: establishes desired outcomes and actions needed to achieve them. Decisions are reached using the planning process in 43 CFR 1600. When they are presented to the public as proposed decisions, they can be protested to the BLM Director. They are not appealable to IBLA.

Objective: a description of a desired condition for a resource. Objectives can be quantified and measured and, where possible, have established time frames for achievement.

Planning Criteria: the standards, rules, and other factors developed by managers and interdisciplinary teams for their use in forming judgments about decision making, analysis, and data collection during planning. Planning criteria streamline and simplify the resource management planning actions.

Resource Use Level: the level of use allowed within an area. It is based on the desired outcomes and land use allocations in the land use plan. Targets or goals for resource use levels are established on an area-wide or broad watershed level in the land use plan. Sitespecific resource use levels are normally determined at the implementation level, based on site-specific resource conditions and needs as determined through resource monitoring and assessments.

Standard: a description of the physical and biological conditions or degree of function required for healthy, sustainable lands (e.g., land health standards). With the exception of some specific oil and gas related requirements, most of the other defined above. Livestock grazing is a perfect example of this problem. It fails to implement limitations or specific requirements.

BLM H-1601-1 Land Use Planning Handbook, likewise provides further specificity and reiteration of the requirements the BLM must follow in the development of RMP's:

Land use plans and planning decisions are the basis for every on-the-ground action the BLM undertakes.

BLM_0155850

Land use plans ensure that the public lands are managed in accordance with the intent of Congress as stated in FLPMA (43 U.S.C. 1701 et seq.), under the principles of multiple use and sustained yield. As required by FLPMA and BLM policy, the public lands must be managed in a manner that protects the quality of scientific, scenic, historical, ecological, environmental, air and atmospheric, water resource, and archaeological values; that, where appropriate, will preserve and protect certain public lands in their natural condition; that will provide food and habitat for fish and wildlife and domestic animals; that will provide for outdoor recreation and human occupancy and use;

Land use plans are one of the primary mechanisms for guiding BLM activities to achieve the mission and goals outlined in the Department of the Interior (DOI) Strategic Plan.

Handbook at 1A

Decisions in land use plans guide future land management actions and subsequent sitespecific implementation decisions. These land use plan decisions establish goals and objectives for resource management (desired outcomes) and the measures needed to achieve these goals and objectives (management actions and allowable uses). Section 202(c) of FLPMA (43 U.S.C. 1712) requires that in developing land use plans, the BLM:

1. Use and observe the principles of multiple use and sustained yield;
2. use a systematic interdisciplinary approach to integrate physical, biological, economic, and other sciences;
3. give priority to designating and protecting areas of critical environmental concern (ACECs);
4. rely, to the extent available, on an inventory of public lands, their resources, and other values;
5. consider present and potential uses of public lands;
6. consider the relative scarcity of the values involved and the availability of alternative means and sites for realizing those values;
7. weigh long-term benefits to the public against short-term benefits;
8. provide for compliance with applicable Tribal, Federal, and state pollution control laws, standards, and implementation plans; and
9. to the extent consistent with the laws governing the administration of public lands, coordinate the land use inventory, planning, and management activities of public lands with land use planning and management programs of other Federal departments/agencies and state/local governments, as well as the policies of approved Tribal and state land resource management programs. The BLM must, to the extent practical, assure that consideration is given to those Tribal, state, and local plans that are germane in the development of land use plans for public lands. Land use plans must be consistent with state and local plans to the maximum extent consistent with Federal law. Refer to FLPMA for the full text of Federal responsibilities detailed under Section 202(c)(9).

Handbook at IIA

Further defining the required components of an RMP, the Handbook states in Section II B: Types of Land Use Plan Decisions

Land use plan decisions for public lands fall into two categories: desired outcomes (goals and objectives) and allowable (including restricted or prohibited) uses and actions anticipated to

achieve desired outcomes.

1. Desired outcomes

Land use plans must identify desired outcomes expressed in terms of specific goals and objectives. Goals and objectives direct the BLM's actions in most effectively meeting legal mandates; numerous regulatory responsibilities; national policy, including the DOI Strategic Plan goals; State Director guidance (see 43 CFR 1610.0-4(b)); and other resource or social needs. Desired outcomes should be identified for and pertain to resources (such as natural, biological, and cultural), resource uses, (such as energy and livestock grazing), and other factors (such as social and economic conditions). Definitions and examples of goals and objectives are listed below:

Goals are broad statements of desired outcomes (e.g., maintain ecosystem health and productivity, promote community stability, ensure sustainable development) that usually are not quantifiable. Since the release of the original Handbook, the BLM has worked with RACs to develop Land Health Standards applicable to all ecosystems and management actions. These Land Health Standards must be expressed as goals in the land use plan. Goals can also be drawn from the Departmental and/or the DOI Strategic Plan or other sources. A sample goal for a Land Health Standard is: "Maintain healthy, productive plant and animal communities of native and other desirable species at viable population levels commensurate with the species and habitat's potential." A sample goal from the Strategic Plan is: "Sustain desired biological communities on Department of the Interior-managed and -influenced lands and waters in a manner consistent with obligations regarding the allocation and use of water." These goals, or modifications thereof, could be used in a land use plan.

<([#4 [5] Objectives identify specific desired outcomes for resources. Objectives are usually quantifiable and measurable and may have established timeframes for achievement (as appropriate). A sample objective is: "Manage vegetative communities on the upland portion of the Clear Creek Watershed to achieve, by 2020, an average 30 to 40 percent canopy cover of sagebrush to sustain sagebrush-obligate species." When quantified, the indicators associated with Land Health Standards are one possible source of objectives.

While the DEIS has goals, the objectives as defined above are noticeably missing. #4])>
<([#5 [5] 2. Allowable uses and management actions anticipated to achieve desired outcomes (goals and objectives)

After establishing desired outcomes, the BLM identifies allowable uses (land use allocations) and management actions for different alternatives that are anticipated to achieve the goals and objectives.

a. Allowable uses. Land use plans must identify uses, or allocations, that are allowable, restricted, or prohibited on the public lands and mineral estate. These allocations identify surface lands and/or subsurface mineral interests where uses are allowed, including any restrictions that may be needed to meet goals and objectives. Land use plans also identify lands where specific uses are excluded to protect resource values. Certain lands may be open or closed to specific uses

based on legislative, regulatory, or policy requirements or criteria to protect sensitive resource values. If land use plan decisions close areas of 100,000 acres or greater in size to a principal or major use for 2 years or more, Congress must be notified of the closure upon its implementation as prescribed in 43 CFR 1610.6.

The land use plan must set the stage for identifying site-specific resource use levels. Sitespecific use levels are normally identified during subsequent implementation planning or the permit authorization process. At the land use plan level, it is important to identify reasonable development scenarios for allowable uses such as mineral leasing, locatable mineral development, recreation, timber harvest, utility corridors, and livestock grazing to enable the orderly implementation of future actions. These scenarios provide a context for the land use plan's decisions and an analytical base for the NEPA analysis. The BLM may also establish criteria in the land use plan to guide the identification of site-specific use levels for activities during plan implementation.

b. Management actions. Land use plans must identify the actions anticipated to achieve desired outcomes, including actions to maintain, restore, or improve land health. These actions include proactive measures (e.g., measures that will be taken to enhance watershed function and condition), as well as measures or criteria that will be applied to guide day-today activities occurring on public land. Land use plans also establish administrative designations such as ACECs, recommend proposed withdrawals, land tenure zones, and recommend or make findings of suitability for congressional designations (such as components of the National Wild and Scenic River System). While protection and restoration opportunities and priorities are often related to managing specific land uses (such as commodity extraction, recreation, or rights-of-way corridors), they can be independent of these types of uses as well. In certain instances, it is insufficient to simply remove or limit a certain use, because unsatisfactory resource conditions may have developed over long periods of time that will not correct themselves without management intervention. For example, where exotic invasive species are extensive, active restoration may be necessary to allow native plants to reestablish and prosper. In these cases, identifying restoration opportunities and setting restoration priorities are critical parts of the land use planning process.

Again, the 'direction' contained in the DEIS utterly fails to meet the above requirements. #5])>

<([#1 [5.3] Appendix C of the Handbook states:

The application of program-specific guidance for land use plan decisions will vary, depending on the decision category, and must be applied as follows:
I. Natural, Biological, and Cultural Resources: Decisions identified must be made during the land use planning process if the resource exists in the planning area.
II. Resource Uses: Decisions identified must be made during the land use planning process if the BLM anticipates it may authorize or allow a resource use. If uses are allowed, decisions must also be made regarding intensity and limits or restrictions.
Again, take livestock grazing as an example, the DEIS 'direction' fails to implement requirements and limitations needed to meet goals.
#1])>

III. Special Designations: Special designation decisions identified must be made during the land use planning process when the BLM anticipates it may authorize or allow uses which could disqualify inventoried resource values from designation. Special designation decisions may be made during the land use planning process when there is no threat to the inventoried resource.

IV. Support: Support needs and decisions may be determined through the land use planning process, based on individual planning situations. Appendix C of the Handbook provides the heart of the planning process. Given its importance to complying with FLPMA, we are providing it, with highlights, in its entirety as Exhibit A.

Please review the The Department of the Interior Departmental Manual 516 DM1 provides important guidance for the development of DEIS:

1.2 Policy. It is the policy of the Department:
A. To provide leadership in protecting and enhancing those aspects of the quality of the Nation's environment which relate to or may be affected by the Department's policies, goals, programs, plans, or functions in furtherance of national environmental policy;

Section D states, in part:

(4) Shall monitor, evaluate, and control on a continuing basis their activities as needed to protect and enhance the quality of the environment. Such activities will include both those directed to controlling pollution and enhancing the environment and those designed to accomplish other program objectives which may affect the quality of the environment. They will develop programs and measures to protect and enhance environmental quality. They will assess progress in meeting the specific objectives of such activities as they affect the quality of the environment.

<([#6 [5] Section E states, in part:

(2) Shall use information obtained in the NEPA process, including pertinent information provided by those persons or organizations that may be interested or affected, to identify reasonable alternatives to proposed actions that will avoid or minimize adverse impacts to the human environment while improving overall environmental results.
(3) Shall monitor, evaluate, and control their activities on a continuing basis to further protect and enhance the quality of the environment.

Subsection 1.19 Methodology and Scientific Accuracy (40 CFR 1502.24).
Conclusions about environmental effects will be preceded by an analysis that supports that conclusion unless explicit reference by footnote is made to other supporting documentation that is readily available to the public. Bureaus will also follow Departmental procedures for information quality as required under Section 515 of the Treasury and General Government Appropriations Act for Fiscal Year 2001 (Pub. L.106-554, 114 Stat. 2763).

The DEIS failed to comply with this requirement.
#6])>
<([#7 [7] [3] The Department of the Interior Departmental Manual 520 DM1 provides important

guidance for the development of RMP. We provide a highlighted version of this in full as Exhibit B.

We particularly draw your attention to the Policy statement, Section 1.7 C 4, 5 and 10 as well as 1.8.

These requirements were not implemented in the DEIS.
#7])>

<([#8 [7] [3] We also provide as highlighted version of BLM Manual 1737 Riparian-Wetland Area Management as Exhibit C. Of critical importance are:
.06 Department of the Interior and BLM Policy (p9)
.11C 1 through 6 (p12) which define RMP minimum requirements
.41A (p19) grazing related RMP requirements for the protection of riparian areas
.41B (20) Wetland management requirements for RMP's
.42A 1, 2 and 3 RMP requirements for soil and water
.45A and D - RMP requirements for fish and wildlife habitat
Page 30 Salinity Control Act requirements
These requirements were not implemented in the DEIS.
#8])>

<([#9 [5] [7] [3] We also provide as highlighted version of BLM Manual 6720 Aquatic Resource Management as Exhibit D. Of critical importance are:
.04J Manager responsibilities
.06 BLM Policy
.11 and .12 Inventory requirements
.13B (p9) RMP requirements
.16 (p11) RMP requirements
These requirements were not implemented in the DEIS.
#9])>

<([#10 [7] [3] We also provide as highlighted version of BLM Manual 7200 Water Resource Management as Exhibit E. Of critical importance are:
Objectives (p3)
.06C RMP requirements
.21 Planning and RMP requirements
These requirements were not implemented in the DEIS.
#10])>

<([#11 [7] [3] We also provide as highlighted version of BLM Manual 6840 Sensitive Species Management as Exhibit F. Of critical importance are:

.04E5 (p5) State director responsibilities
.06 (p7) ESA and Sensitive Species requirements
Section D on p9
.12 (p14) Sensitive Species RMP requirements
.2 (p15)
.22 (p36 and on) Section A
.22D4C (p41) RMP requirements
These requirements were not implemented in the DEIS.
#11])>

Without question, private livestock grazing is the most important RMP topic. Livestock grazing

BLM_0155855

is permitted on 99% of the total Field Office acres. Livestock grazing has caused and is causing the most impacts over the entire Field Office. BLM permitted livestock grazing has caused a permanent ~50% loss in the productivity over most parts of the Field Office. BLM permitted livestock grazing has destroyed most of the riparian and hydrologic function throughout the Field Office. BLM permitted livestock grazing has degraded the water storage capacity of riparian areas throughout the Field Office which has lead to reduced flows, elimination of once productive fisheries and loss of riparian habitat. BLM permitted livestock grazing has not been properly managed. Trespassing livestock and excessive utilization are the rule not the exception. The BLM has known about these violations of permit terms and conditions for decade after decade, it has also known the ecosystem degradation caused by this lack of action for decade after decade, but has failed to take any effective actions to fulfill its public trust and legal responsibilities.

The RMP will not be morally or legally defensible if this most important of issues is not addressed properly. The RMP EIS must thoroughly and defensibly review the failures of the past RMP and what actions must be taken to correct these failures. The current DEIS fails to do this.

<([#2 [23.5] The BLM must include in each RMP alternative and in the final selected alternative a voluntary waiver and retirement provision for all grazing permits.
The RMP must include measurable (i.e. quantifiable) standards for livestock grazing including maximum upland and riparian utilization of 30% on any herbaceous graminoids; maximum bank or wetland trampling annually not to exceed 10% of hydric and mesic soils areas; maximum use of woody browse by all sources not to exceed 15% of new leader growth annually. #2])>
<([#38 [23.2] In addressing range management in the revision the BLM should use and reference the quantitative data (including the methodologies used to collect them and the time they were collected) pertaining to the current and expected acreages which meet, or fail to meet, desired vegetative condition, and trends in vegetative condition. Using out-dated data or using methodologies which are no longer accepted, would be inappropriate. As we previously cited, the BLM's own planning handbook requires the use of the best available information. For example, the critical values of riparian areas were not well known even twenty years ago, so that most analyses at the time did not apply to riparian areas #38])> .

<([#39 [23.5] In many areas, winter use by wildlife follows the end of the livestock grazing period. It would be worthwhile to establish a standard and a monitoring plan for total use (by both wildlife and livestock) on an annual basis to determine if the standards for livestock use are achieving the desired objectives. In some areas, it is likely that combined use would be greater than expected for both riparian and upland total utilization and stricter standards may be necessary for livestock utilization. #39])>

It is widely recognized in the range management literature that monitoring is the key to successful range management program. <([#12 [23.5] The RMP revision should include standards/requirements for a range management monitoring protocol for both upland and riparian areas. Details of the stream stability monitoring protocol, including the frequency and intensity with which it will be utilized, and so forth, should be provided in the RMP revision. #12])>

BLM_0155856

<([#40 [23.2] The EIS must disclose the type, location, and number of the various "range improvements" (fencing, water developments, water pipelines, access roads, and so forth) that currently exist on the public lands that will be managed under the direction of the RMP revision. What cumulative impacts have these "improvements" had on vegetation, wildlife habitat, water quality, riparian areas, soils, and habitat fragmentation? What changes/impacts to upland vegetation, water quality, habitat values, and other resources near these developments have occurred as a result of these "improvements?" Have these management activities been successful at accomplishing the goals for which they were implemented?
These questions must be answered #40])> .

<([#41 [15.3] [34.2] Additionally, the EIS should document how domestic grazing activities on allotments has affected habitat for threatened, endangered, and sensitive species in the project area. How has vegetation changed as a result of a century of livestock grazing? #41])>

<([#13 [37.3] Claims based on the absence of streams from 303d lists or absence of monitoring data are not sufficient to document that water quality is not impaired. Research has shown that when livestock are present, fecal coliform bacteria increase, temperature increases due to removal of shading vegetation and streams become silt-laden, destroying their native aquatic life. Other factors such as eroding stream banks, cattle defecating in streams, etc. are violations of Narrative or Anti-degradation Standards. The altering of stream flows by degraded watershed conditions that allow greater runoff and siltation as well as late season dewatering of streams must all be considered.
#13])>

<([#14 [23.1] The RMP must address how it will handle the buy-out of grazing permits by conservation and other organizations, and should identify how it will retire such permits through the planning process. BLM should work with permittees to identify those who are interested in retiring their permits or being relocated to prevent resource damage. #14])>

<([#42 [23.1] Grazing permits should require public access easements across private land. If permittees refuse to grant access to public lands, then all permits should be cancelled. #42])>

<([#43 [23.2] [23.1] It is imperative that BLM, in its RMPs, recognize the value of ungrazed watersheds both from an economic and environmental point of view. Not all areas should be grazed by livestock. This should be based on a determination of suitability for livestock grazing considering alternative uses and their benefits as well as the current condition of the land. In addition, sensitive soils must be protected. This includes soils which occur on steep slopes, are susceptible to severe wind and water erosion or have been degraded from their potential by removal of ground covering vegetation and cryptogrammic crusts. It also means that in areas of weed infestations, generally caused as a result of livestock grazing, livestock should be eliminated to allow recovery. Unsuitable areas should be mapped and allotments in those areas phased out to provide necessary protections. Those areas that are to continue being grazed by livestock must be stocked and managed in accordance with the condition of the land and its vegetation. #43])>

<([#44 [23.2] In areas to be grazed by livestock, the amount of forage produced must be determined and allocations of forage to watershed protection (50%), wildlife (25%) and livestock

(25%) be made as recommended by Holechek et al (1998)1. [1 Holechek, Jerry L., Rex D. Piper and Carlton H. Herbel. 1998. Range Management Principles and Practices. 542 pp. Prentice-Hall, New Jersey.]
Field data collection will be necessary to accomplish this. #44])>

To summarize key components that the RMP must address:

<([#15 [23.1] ? Drought – The RMP must lay out a clear and effective drought policy #15])>

<([#45 [37.1] [37.5] ? PFC – The BLM initiated in 1991, a program called Riparian-Wetland Initiative for the 1990's, Among other things, this initiative called for management improvements to insure that at least 75% of the BLM stream miles reached the minimum of PFC by 1997. The BLM has failed miserably in meeting this goal. The RMP must commit to and provide the direction necessary to maintain all streams in the FO at a minimum of PFC #45])>

<([#46 [23.5] [23.1] ? Fundamentals of Rangeland Health – Implementing the 4180 regulations within the FO has been spotty at best and in those areas that compliance with Standards and Guidelines have been reviewed, the actions proposed have either never been implemented or been proven to be ineffective. The RMP must correct this deficiency and implement a schedule and regular feedback loops to complete the processes required under 4180. It also must prioritize reviews based on the need for change, such as I Category allotments first #46])>

? <([#47 [23.2] The EIS and RMP must address the fact that livestock sizes, and thus forage consumption, have increased dramatically since the AUM was defined. Failure to address this critical issue will lead to legal vulnerability under NEPA, APA and the False Claims Act. #47])>

? <([#48 [23.2] To comply with FLMPA, TGA, PRIA, NEPA and the APA, the EIS and RMP must only approve livestock grazing within the limits of current productivity and suitability, not capacities determined many decades ago. Current data shows that productivity on BLM lands has declined significantly over the last 20-40 years.
#48])>
? <([#49 [5] The EIS and RMP must analyze the successes and failures of the current RMP and analyze the validity of the assumptions and accuracy of the analysis of the EIS conducted to develop the current RMP. Such analyses are critical to learning from the mistakes of the past as well as to comply with NEPA
#49])>
? <([#50 [15.2] The RMP must provide clear management direction for the protection of ESA listed and BLM Sensitive Species
#50])>
PFC
In 1991 the BLM initiated a program called "Riparian-Wetland Initiative for the 1990's" (See BLM/WO/GI-91/001+4340). This initiative called for achievement of four overarching goals:
? Restore and maintain riparian-wetland areas so that 75% or more are in proper functioning condition by 1997
? Protect riparian-wetland areas and associated uplands through proper management and to avoid

BLM_0155858

or mitigate negative impacts
? Ensure an aggressive riparian-wetland information and outreach program
? Improve partnerships and cooperative restoration

Strategies to implement these goals include:
? Inventory and Classification to determine current status and potential
? Land Use and Activity Planning revisions describing actions needed to meet these objectives
? Monitoring to determine if management actions are meeting goals and objectives
? Avoiding or mitigating impacts on riparian-wetland areas

Little progress has been made in the 20 years since.

<([#16 [37.1] The RMP must address this poor performance and lay out an action plan to achieve the goals laid out in the BLM's "Riparian-Wetland Initiative for the 1990's".
We would like the reader to note that attaining PFC is only the lowest acceptable level. PFC is not a goal but the basis on which other resource goals are met. We request the BLM review its own manual, TR 1737-15, for a more complete description of what PFC is and is not. We especially direct the BLM's attention to page 16 of this manual for a very clear description of the fact that PFC is only the lowest basis on which all other values are built upon. As such, the RMP must delineate management objects that go far beyond PCF to include watershed health values, fisheries values, water quality values and wildlife values. #16])>

FUNDAMENTALS OF RANGELAND HEALTH
<([#51 [23.1] The RMP must include timelines and priorities for the completion and review of progress of the Fundamentals of Rangeland Health Standards and Guidelines assessments and determinations as required under the 4180 regulations.

For further details on the implementation of the 4180 regulations, we request that the BLM review its 1/19/01 Manual Transmittal Sheet for H-4180-1 Rangeland Health Standards. We specifically bring the BLM's attention to its duties to make "significant progress" towards meeting Standards and Guidelines. The RMP must provide direction to achieve the Fundamentals of Rangeland Health and the Standards and Guidelines, and in those situations, of which there are many, where these are not being met, the RMP must provide sufficient direction that results in the required "significant progress". #51])>

<([#52 [23.5] The RMP must also provide feedback loops so that once Standards and Guidelines (S&G) evaluations are completed, that the BLM requires regular reviews to insure "significant progress" is being made. #52])>

LIVESTOCK SIZES, FORAGE CONSUMPTION AND THE AUM
<([#17 [23.2] The BLM can not just assume that an AUM is 800 lbs of forage consumption per month. The RMP/EIS must analyze the current and potentially available forage to satisfy the forage consumption by the number of livestock it currently permits or proposes to permit. It can not assume that the forage capacity determined 20-40 years ago is applicable today. #17])>
The Society for Range Management (SRM) in 1974 defined an Animal Unit "to be one mature

(1000 lb.) cow or the equivalent based upon average daily forage consumption of 26 lbs. dry matter per day."2.[2 Society for Range Management. 1974. Glossary of terms used in range management.] SRM also defined an Animal Unit Month as "The amount of feed or forage required by an animal-unit for one month." NRCS defined the forage demand for a 1,000 pound cow as 26 pounds of oven-dry weight or 30 pounds air-dry weight of forage per day3. [3 USDA. 1997. National Range and Pasture Handbook.] It is important to ensure that forage consumption rates by livestock are based on the size of animals present on the allotment and a reasoned estimate of their daily consumption rates. The following analysis provides some background and justifies a more current forage consumption rate for cow/calf pairs. It is BLM's obligation to ensure this forage is accurately accounted for as this is its fiduciary duty to the American People. Undercounting forage consumption by livestock results in undercharging for that forage. This is potentially defrauding the American public under the False Claims Act4 [4 Title 18 USC Section 1001.]

The University of Nevada Agricultural Experiment Station published a report on cattle production in 1943 5 (Brennan and Harris, 1943) [5 Brennan, C.A. and Fred B. Harris. 1943. Fourteen Years Cattle Production and Ranch Earning Power in Northeastern Nevada 1928 to 1941. University of Nevada Agricultural Experiment Station, Reno, Nevada.] That report analyzed 14 years of ranch operation for eleven ranches in northeastern Nevada. At that time, a mature cow was considered one unit and a branded calf or weaner as ½ cow unit, for a combined total of 1.5 cow units per cow/calf pair. Bulls were considered 1.5 cow units. For the period 1938 – 1940, the average turnoff weight (when they left the range) of mature cows was 959 pounds, calves were 381 pounds and bulls were 1222 pounds. This means that in the 1930's, a cow/calf pair was 1340 pounds. With breeding, supplements and hormones, weights have increased over time, for example, Anderson et al (ca 2000) calculated a 35% increase in dressed weights per animal between 1975 and 1995 6.[6 http://agecon.uwyo.edu/RiskMgt/marketrisk/TheCattleCycle.pdf]

USDA market statistics7 [7 http://www.ams.usda.gov/mnreports/SJ_LS712.txt] give the average weights of slaughter cattle for the week ending August 14, 2004 as 1251 pounds. The estimate for the same week in 2005 for slaughter cattle average weight was 1260 pounds. The USDA National Agricultural Statistics Service data for average live weight of cattle slaughtered in 2004 was 1242 pounds compared to 1187 pounds in 1995, or an increase of nearly 8.5% in those 10 years8.[8 http://www.usda.gov/nass/pubs/agr05/acro05.htm] The Livestock Monitor is a newsletter produced by the North Dakota State University Extension Service Livestock Marketing Information Center in cooperation with USDA State Extension Services9. [9 http://www.ag.ndsu.nodak.edu/aginfo/lsmkt/monitor.htm] The Livestock Monitor shows for the week ending August 6, 2005, live weights of slaughter cattle averaged 1258 pounds. The potential weights of mature cows can be even larger than these numbers. For example, NRCS in its National Range and Pasture Handbook, referenced above, defines body condition scores. A body condition score of 6 which is described as "Good, smooth appearance throughout. Some fat deposits in brisket and over the tailhead. Ribs covered and back appears rounded." This body condition score relates to a pregnancy percentage of 88%, which is important as a goal for cow/calf operations as dry cows are usually culled and replaced and the weight gain of calves is important for income. According to Dr. Larry W. Olson, Extension Animal Scientist at Clemson University, a medium frame cow in body condition score 6 could easily weigh 1300 – 1400

BLM_0155860

pounds10.[10  Email correspondence with Dr. Olson dated 8/18/05.]

Holechek et al (2001) summarized the weaning weights of calves grazed on various types of rangelands at different stocking rates11. [11 Holechek, Jerry L., Rex D. Pieper and Carlton H. Herbel. 2001.Range Management: Principles and Practices, Fourth Edition. Prentice-Hall, New Jersey. 587p]. The data for the period since 1990 produced an average weaning weight of 430 pounds and a range of 382 – 475 pounds. Ray et al (2004) gave a weaning weight of 480 pounds for calves. Using the current market statistics for slaughter cattle at about 1250 pounds and assuming a calf weight of 300 pounds to allow for weight gain during the grazing season, an estimate for the average weight of a cow/calf pair during the grazing season of 1,500 pounds seems reasonable.

As pointed out above, the NRCS used 26 lbs/day of oven dry weight for a 1,000 pound cow and stated this was equivalent to 30 pounds per day air-dry weight. The NRCS Range and Pasture Handbook value of 30 pounds air-dry weight would be 3% of body weight for a 1,000 pound cow. Applying this to the estimate of a current weight of 1,500 pounds for a cow/calf pair, the daily forage consumption would be 45 lbs of air-dry forage per day, or for a month (30.4 days), 1368 pounds of forage per AUM.

The forage needs for domestic sheep must also be determined. Based on current USDA published weights for ewes and lambs, adult domestic sheep weigh from 165 to 440 pounds,12 [12 http://www.wildlifeprairiestatepark.org/animalpages/domestic_sheep.htm] and lambs about 129 pounds.13[13  http://www.usda.gov/nass/pubs/agr04/04_ch7.pdf]  A low-end estimate of the weights of a sheep and two lambs grazing on these allotments would be 400 pounds (200 pounds for the ewe and 100 pounds each for two lambs). The forage consumption rate for sheep given in the 1964 R4 Range Analysis Handbook cited above was 3.3% of body weight per day consumed as air dry forage weight. Using these estimated weights of mature sheep (ewes) and lambs with two lambs per ewe and a total weight of 400 pounds would result in forage consumption of 13.2 pounds per day for each mature sheep with two lambs, or 6.6 pounds per day for a mature ewe weighing 200 pounds.

Forage consumption rates must be calculated based on the current weights and consumption rates of livestock in order to provide the forage needed for wildlife, plant community sustainability and watershed protection and to ensure the public trust is not violated by undercharging for the actual weights of cattle and calves grazed.

<([#53 [23.1] The current RMP authorizes a certain number of AUM's. However, that is based on an AUM equivalent to 800 lbs of forage per month. The most current information, reviewed above shows that number to be 1368 lbs/month per AUM. Therefore, if sufficient forage were available to satisfy all needs, the numbers of livestock grazed should be reduced to account for the increases in weight and correct the erroneous assumption that 800 lbs/month is an accurate consumption figure. Using the ratio between the current RMP's forage amount per AUM divided by the correct figure above, gives a needed reduction in permitted numbers and/or seasons of use of 42% to account for the RMP's understated forage consumption, without accounting for wildlife, plant and watershed needs.
#53])>

CAPABILITY AND SUITABILITY ANALYSIS
The EIS can not just move forward allotment condition and use information from the current RMP to satisfy its NEPA, FLPMA, PRIA and APA requirements.

BLM RMP Planning Handbook Appendix C requires that lands available or not available for livestock grazing be determined by considering: other uses for the land; terrain characteristics; soil, vegetation and watershed characteristics; the presence of undesirable vegetation, including significant invasive weed infestations; and the presence of other resources that may require special management or protection, such as special status species, special recreation management areas (SRMAs), or ACECs.

Sec. 201. [43 U.S.C. 1711] states:
(c) In the development and revision of land use plans, the Secretary shall–
(1) use and observe the principles of multiple use and sustained yield set forth in this and other applicable law;
(2) use a systematic interdisciplinary approach to achieve integrated consideration of physical, biological, economic, and other sciences;
(3) give priority to the designation and protection of areas of critical environmental concern;
(4) rely, to the extent it is available, on the inventory of the public lands, their resources, and other values;
(5) consider present and potential uses of the public lands;
(6) consider the relative scarcity of the values involved and the availability of alternative means (including recycling) and sites for realization of those values;
(7) weigh long-term benefits to the public against short-term benefits;
(8) provide for compliance with applicable pollution control laws, including State and Federal air, water, noise, or other pollution standards or implementation plans; …

<([#54 [9.1] Therefore, BLM must give priority to ACECs and the inventory must be current and reflect changes in conditions and identify new and emerging resources and other values. The revised RMP and the DEIS must show that the BLM identified the emerging issues of the public's increasing desire for wilderness values, unspoiled wildlife habitat, protected resources, and the value of public lands.
#54])>
<([#55 [14.1.1] BLM should define specifically what, if any, animal damage control or predator control activities will be allowed and in what manner. The WWP opposes all animal damage control, predator control and wildlife services proposals made to date. The majority, if not all, of these types of activities are not appropriate and should not be allowed on public lands.
#55])>
<([#56 [15.2] The BLM should establish goals, objectives, standards and limitations to ensure the protection of and recovery of threatened, endangered, sensitive and special status species. BLM should designate critical habitat for every endangered, sensitive, threatened and special status species. These habitat areas should be managed with the species survival and recovery as the highest and most valuable use. The BLM should look at all options for protecting activity centers through special status land designations, including, but not limited to, Areas of Critical Environmental Concern, Research Natural Areas, Outstanding Natural Areas, Wilderness Study Areas, Suitable Wild, Scenic and Recreational River miles, or other administrative designations.

BLM_0155862

#56])>

<([#18 [37.2] One of the thorniest issues that the BLM has to consider is water quality of streams flowing through the lands it manages. The revision should provide a comprehensive plan for watershed analysis, restoration, monitoring, and adaptive management; particularly where livestock impact water quality; and to inventory, monitor and develop site-specific plans for riparian management, tailored to watershed needs as identified through these processes. The DEIS does not accomplish this. #18])>

<([#57 [37.1] [37.5] No BLM action or plan would be complete without considering TMDL listing, status, and planning. Therefore state data and information are incorporated by reference with the specific request that the BLM insure that TMDL goals are met and water quality is not further degraded. Furthermore, the revision should include details of the actions the BLM intends to take relative to state listed Water Quality Limited Stream Segments. The EIS needs to include a thorough discussion of how the BLM intends to meet its legal obligations under the federal Clean Water Act, State Water Quality Standards and FLPMA requirements in managing water quality limited segments (WQLSs). The RMP must also require water quality monitoring to determine the impacts of its authorized activities. #57])>

<([#58 [37.5] The BLM should also develop an expanded monitoring plan. Many activities on BLM lands degrade water quality but the BLM may not have a clear grasp on its waters' quality. This RMP revision and EIS must expand on other agencies' and individuals' monitoring efforts, to insure that no data-gaps exist on BLM lands. #58])>

<([#59 [37.5] Overall, the BLM must comply with the Clean Water Act. To this end, the BLM should look to required CWA reporting, such as 305(b) reports, the 303(d) list, and triennial reviews, and consider how high quality waters can be protected and how degraded waters can be improved. Additionally, the BLM should specially insure that anti-degradation provisions are met, and that principles of anti-degradation are applied to all facets of the RMP. #59])>

<([#60 [23.1] The RMP/EIS can not present livestock grazing as a given with little difference in AUM's between alternatives. This would not be a reasonable range of alternatives. #60])>

<([#61 [23.2] With current GIS technology, availability of soil surveys, and vegetation type information, developing a capability analysis is a relatively simple task. Without balancing the currently available livestock AUM's with the physical and biological limitation of the land, the BLM avoids the most basic scientific principles which are aimed at providing for sustainable use without impairment. As a result of having no capability determination, combined with a realistic forage capacity determination, BLM cannot assure that sufficient forage exists to support the proposed livestock numbers and ignores the forage and habitat needs of wildlife and the need for nutrient cycling and soil protection provided by retaining plant matter to hold the soil and add nutrients.

#61])> A review of range science studies which we include as Appendix A, shows that forage for livestock should be allocated at conservative levels of about 25 - 30% utilization. This is necessary so that overgrazing does not place palatable, or preferred native species at risk of

BLM_0155863

decline, prevents over grazing in dry years and provides forage and habitat for wildlife and watershed protection. As can be seen throughout the FO, failure to adjust for topographic, soil and other limitation and apply conservative use principles has lead to severely degraded conditions including soil erosion, loss of native forage species and infestations of noxious weeds and invasives.

<([#19 [34.3]

Grazing and rest requirements for key species of grass can be critical. Native cool-season perennial bunchgrasses can be very sensitive to defoliation and growing season use. For example, Anderson (1991)14 stated in regards to bluebunch wheatgrass, "Effects of growing season defoliation injury are well documented: basal area, stem numbers and both root and forage yields are reduced and mortality can be high. ... Defoliation to very short stubble heights during the boot stage has been reported to essentially eliminate plants within as few as three years. ... Vigor recovery has been found to require most of a decade, even with complete protection from grazing." The author went on to describe experiments in which a single clipping of the grass during the growing season produced 43% less herbage and 95% fewer flower stalks the following year than unclipped plants. Under a deferred system in eastern Oregon, it was reported that bluebunch wheatgrass could not be 14 Anderson, Loren D. 1991. [14 Anderson, Loren D. 1991. Bluebunch wheatgrass defoliation, effects and recovery – A Review. BLM Technical Bulletin 91-2, Bureau of Land Management, Idaho State Office.] Bluebunch wheatgrass defoliation, effects and recovery – A Review. BLM Technical Bulletin 91-2, Bureau of Land Management, Idaho State Office. maintained at 30 – 40% use in the boot stage (early June). A one time removal of 50% of the shoot system during active growth may require six years' rest even in an area with 17" precipitation.15 Anderson (1991) [15 Mueggler, W.F. 1975. Rate and pattern of vigor recovery in Idaho fescue and Bluebunch wheatgrass. Journal of Range Management 28(3):198-204.] also makes the point regarding bluebunch wheatgrass that, "The belief that range improvement will occur after one or two years of rest following a single season of more than 'light' use during the growing season is erroneous." Mueggler (1975) also determined that Idaho fescue of moderately low vigor required 3 years of rest for recovery and that plants of bluebunch wheatgrass and Idaho fescue in very low vigor may require 8 years and 6 years of rest, respectively for recovery. BLM failed to consider the recovery, growth and maintenance requirements for these sensitive native grasses. #19])>

<([#62 [23.2] A failure by the BLM in its RMP to analyze utilization, stocking rates and precipitation is a failure to meet NEPA requirements for analysis. The failure to provide sustainable utilization rates for upland and riparian area herbaceous vegetation, aspen suckers and riparian shrubs and incorporate those into grazing permits as terms and conditions leaves management uncontrolled and subject to bias, violating FLPMA.

We provide in C_Grazing Capacity Info Proposed Outline, a scientifically and legally defensible methodology for determining capability and suitability of BLM lands for livestock grazing. We request the BLM incorporate this process into the RMP as well as the EIS alternatives. #62])>

SPECIAL STATUS SPECIES

<([#20 [15.3] The RMP must provide scientifically defensible and clear direction for the recovery and management ESA listed and BLM Sensitive Species. The DEIS fails to accomplish

this.

BLM must ensure full compliance with BLM Manual MS-6840.06.E (Special Status Species Management). BLM Manual MS-6840.06.E requires that "protection provided by the policy for candidate species shall be used as the minimum level of protection for BLM sensitive species"— that is:
Consistent with existing laws, the BLM shall implement management plans that conserve candidate species and their habitats and shall ensure that actions authorized, funded, or carried out by the BLM do not contribute to the need for the species to become listed. BLM Manual MS-6840.06.C & .06.E. See BLM Manual MS-6840.06.C (1&3) (discussing BLM's responsibility to confer with U.S. Fish & Wildlife Service regarding individual species' needs). #20])>

BLM Manual MS-6840.06.C.2 imposes a series of additional substantive obligations on the BLM regarding candidate [and therefore sensitive] species management:

2. For candidate species [and sensitive species] where lands administered by the BLM or BLM authorized actions have a significant effect on their status, [the BLM shall] manage the habitat to conserve the species by:

? Ensuring candidate [and BLM sensitive species] are appropriately considered in land use plans (BLM 1610 Planning Manual and Handbook, Appendix C).
? Developing, cooperating with, and implementing range-wide or sitespecific management plans, conservation strategies and assessments for candidate [and sensitive] species that include specific habitat and population management objectives designed for conservation, as well as management strategies necessary to meet those objectives.
? Ensuring that BLM activities affecting the habitat of candidate [and sensitive] species are carried out in a manner that is consistent with the objectives for managing those species.
? Monitoring populations and habitats of candidate [and sensitive] species to determine whether management objectives are being met.

Additionally, BLM must ensure compliance with BLM Manual MS¬6840.22. Provisions here require BLM to take a broad and proactive approach to special status species management, and in the context of planning require that, "Land use plans shall be sufficiently detailed to identify and resolve significant land use conflicts with special status species without deferring conflict resolution to implementation-level planning." (emphasis added).

<([#21 [14.1] Take for instance, bighorn sheep, the DEIS fails to even mention let alone implement the BLM's bighorn sheep manual.
#21])>
Migratory Birds: Woodyard et al (2003) conducted bird censuses along an elevational gradient in east-central Nevada. These censuses were conducted in study plots monitored in 1981 and 1982 by Dean E. Medin and found fewer species and total numbers of birds (62% less)16 [16 Woodyard, John, Melissa Renfro, Bruce L. Welch and Kristina Heister. 2003. A 20-year recount of bird populations along a Great Basin elevational gradient. USDA Forest Service Rocky Mountain Research Station Research Paper RMRS-RP-43]. Parrish et al (2002)17 [17 Parrish, Jimmie R., Frank Howe and Russell Norvell. 2002. Utah Partners in Flight Avian Conservation

BLM_0155865

Strategy Version 2.0. Utah Division of Wildlife Publication No. 02-27. 305p.] also describe the declines in these birds due to a variety of factors relating to habitat. They provide descriptions of the birds in Utah most in need of conservation and describe their habitat requirements, threats and management considerations. They discuss habitats most in need of conservation. Habitats such as shrub-steppe occurring in the Pocatello Resource Area are described as in need of protection. Medin et al (2000) provide a discussion of bird-habitat relationships for the Great Basin that provide insight into the habitats that occur in the Pocatello Resource Area and their relationships to these birds. Many of these birds are dependent on riparian areas18.[18 Medin, Dean E., Bruce L. Welch and Warren P. Clary. 2000. Bird habitat relationships along a Great Basin elevational gradient. USDA Forest Service Rocky Mountain Research Station Research Paper RMRSRP-23. 22p.]

Paige and Ritter (1999) cite population declines of 63% and 70% in shrub dependent and grassland bird species during the last 30 years across the U.S. In the Intermountain West, more than 50% of shrub- and grassland species show downward trends with sagebrush steppe as the highest priority for conservation based on trends for habitat and bird populations35. They provide detailed descriptions of the history, characteristics and management of these systems with management recommendations. They note that cattle grazing in sagebrush steppe first select grasses and forbs and avoid browsing on sagebrush. In addition, even light grazing can put pressure on the herbaceous plants favored by livestock and intensive spring grazing prevents bunchgrasses from reproducing, eventually eliminating the palatable native bunchgrasses. They also discuss the response time for recovery of these systems and parasitism by cowbirds, a significant factor in decline of songbirds in some areas.

Taylor (1986) evaluated the effects of cattle grazing on birds nesting in riparian habitats19 [19 Taylor, Daniel M. 1986. Effects of cattle grazing on passerine birds nesting in riparian habitat. Journal of Range Management 39(3):254-258.] . He found that increased grazing resulted in decreases shrub volume and density and decreased bird abundance. "The longer the time since a transect was last grazed correlated significantly with increases in bird abundance, shrub volume and shrub height". Bird species decreased with increased grazing, bird counts were 5 to 7 times higher on an area ungrazed since 1940 than on 2 areas grazed annually until 1980 and 11 to 13 times higher on a transect that was severely disturbed.

Krueper et al (2003) studied the changes in vegetation and breeding birds in the San Pedro River, Arizona following removal of cattle in 1987 20 [20 Krueper, David, Jonathan Bart and Terrell D. Rich. 2003. Response of vegetation and breeding birds to the removal of cattle on the San Pedro River, Arizona (U.S.A.). Conservation Biology 17(2):607-615.] . Birds were monitored for five years. Mean numbers detected along riparian transects increased by 23% per year or from 103/km in 1986 to 221/km in 1992. Earnst et al (2004) compared songbird abundance in 2000-2001 to that in 1991-1993, following cattle removal from the Sheldon National Wildlife Refuge in 1990 21 [21 Earnst, Susan L., Jennifer A. Ballard, and David S. Dobkin. 2004. Riparian songbird abundance a decade after cattle removal on Hart Mountain and Sheldon National Wildlife Refuges. USDA Forest Service PSW-GTR-191.]. Of 51 species for which abundances were sufficient to calculate changes, 71% exhibited a positive trend. Detections of ground/low cup and high cup nesting species, ground/understory foraging species, aerial and overstory foraging species increased significantly. Rich (2002) evaluated the ability of riparian PFC

BLM_0155866

assessments as employed by BLM and noted that they lacked the ability to incorporate assessment of land breeding bird communities22. [22 Rich, Terrell D. 2002. Using breeding land birds in the assessment of western riparian systems. Wildlife Society Bulletin 30(4):1128-1139.] He constructed a list of riparian-obligate birds that should occur on the site during the breeding season and used that to score the site based on the percent of those occurring there.

<([#22 [16.3] The RMP/EIS must review the habitat requirements for migrant birds, the effects of livestock grazing at the permitted numbers in combination with all other habitat altering management proposed and provide prescriptions that will assure migrant birds and their habitat improve.
#22])>

CURRENT RMP PERFORMANCE AND ACCOMPLISHMENTS

<([#63 [5] In order to comply with NEPA and the APA, the BLM must conduct a thorough review of the performance and accomplishments of the current RMP as well as the validity and accuracy of the current RMP's NEPA documents. Further, the BLM must analyze how effectively the RMP and ROD have been implemented, what goals and objective have been met and why aspects of the RMP and ROD were not implemented or not implemented effectively. Such analyses must form the foundation for any RMP revision. Such analyses are fundamental not only compliance with the law by basic management principles.
#63])>

ECONOMIC ANALYSIS
<([#64 [30.3] The RMP/EIS must adequately and honestly analyze the economic impacts of livestock grazing on BLM lands. The BLM has pandered to "lifestyles" for ranchers while ignoring the actual contribution of the livestock grazed to the local and regional economy or the economic impacts of the land degradation that takes place from livestock grazing. The Fish and Wildlife Service publishes reports on the value of wildlife-associated recreation that shows values of hundreds of millions of dollars to billions of dollars of revenue related to hunting, fishing and wildlife watching in each western state23. [23 U.S. Department of Interior, U.S. Fish and Wildlife Service, U.S. Department of Commerce and U. S. Census Bureau. 2002. 2001 National Survey of Fishing, Hunting and Wildlife-Watching Associated Recreation. 170 p.] In addition, the cost of polluted water, loss of watershed storage due to soil compaction and loss of herbaceous cover are not counted in the costs of livestock grazing. As the reference below shows, in actuality, rural communities as well as livestock permittees depend on other sources of income. Laws require that public lands be administered in the long-term interests of the American people and not a handful of stockmen, who are permittees, on the public lands.

Livestock permittees are a small minority of livestock producers in the eleven western states and are insignificant in their numbers or their economic contribution to the States, their local and regional economies. Their numbers and contribution pale in comparison to the natural values of our public lands. Dr. Thomas Power, Chairman of the University of Montana's Economics Department, in Wuerthner and Matteson (2002)24 points out the minimal economic contribution of federal public lands livestock grazing to local, state and regional economies in the West. [24 Wuerthner, George and Mollie Matteson. 2002. Welfare ranching: the subsidized destruction of the west.
Island Press.] That reference can be found on-line at:

BLM_0155867

http://www.publiclandsranching.org/htmlres/PDF/wr_TAKING_STOCK.pdf
#64])>
Dr. Power also points out that the majority of public lands livestock producers depend on non-agricultural sectors of these local, state and regional economies for employment, not livestock production. It is not in the public's interest to blindly continue livestock grazing at unsustainable stocking levels in order to provide a short-term benefit to this small minority, while ignoring the values displaced by livestock grazing.

Dr. Power shows that "Livestock grazing on federal lands is generally unimportant to local economies and even less so to state and regional economies. In terms of income and numbers of jobs provided, the contribution of federal lands grazing is less than 0.1% across the West. Farm and ranch operations are increasingly reliant on non-farm income sources to be financially feasible, while livestock grazing competes with other uses of public lands – such as clean water, recreation, wildlife habitat – that contribute to the ongoing vitality of western economies."

In his analysis of the economies of individual rural counties, Dr. Power showed that federal lands grazing does not contribute significantly to those economies across the west. In fact, given the high percentage of ranching families that have jobs, either full or part time outside the ranch (60 – 70%), it is ranchers that depend on the other economic sectors for their ability to persist, not federal grazing. Dr. Power states, "It is not that towns depend on agriculture, but that agriculture increasingly depends on the vitality of urban and nonagricultural rural economies to provide the nonfarm
income that keeps farm operations alive."

Dr. Power states that claims about the relative importance of federal grazing to the economies of western states can be analyzed by answering these questions:
1. "What portion of the value produced by cattle and sheep operations is associated with feed used?
2. What portion of the feed for those cattle and sheep operations comes from grazing on federal lands?
3. What portion of the total agricultural activity involves raising cattle and sheep?
4. What part of the total economy is represented by agriculture?"

<([#65 [30.3] The RMP Economic analyses should include consideration of this information and the following:
? costs of administration
? costs of installation and maintenance of range improvements borne by the BLM and/or funded by county range improvement funds
? grazing fees collected and their distribution to various entities
? grazing fees collected and net return to the Forest Service and the American people, and separate out the dollars returned to grazing permittees and local counties.
? value of livestock grazing gross revenue to the permittee at current market rates
? value of wildlife-associated recreation (DOI 2002)
? loss in value of wildlife associated recreation to livestock grazing by using equivalent AUMS consumed by livestock as applied to wildlife needs (AUMs) and economic benefits
? cost of soil erosion and loss of groundwater recharge and streamflow

BLM_0155868

? cost of water pollution
? the net contribution of the individual livestock operations under consideration to
the county and regional economy
? compare the individual livestock operation in dollars and jobs to the local, state and regional
economy and report what percentage this allotment comprises of this total
? compare these various economic values with other economic and employment sectors at those
local, state and regional levels.
#65])>

BEDROCK ISSUES
The RMP and EIS must consider the bedrock management principles that direct all activities on
BLM lands. FLPMA is one of these key bedrock laws. FLMPA requires the BLM to manage
public lands under the principle of multiple use and sustained yield.

The definition of multiple use in FLPMA is long, but key provisions include the following:

? Public lands and their resource values must be managed so that they "best meet the present and
future needs of the American people;"
? It is appropriate that some land be used "for less than all of the resources;"
? There must be harmonious and coordinated resource management that is done "without
permanent impairment of the productivity of the land and the quality of the environment with
consideration being given to the relative values of the resources and not necessarily to the
combination of uses that will give the greatest economic return or greatest unit output."
43 U.S.C. § 1702(c)

Sustained yield as defined in FLPMA can be achieved either by "high-level annual" or "regular
periodic" output of resources, so long as this is accomplished in a way that can be maintained in
perpetuity and is consistent with the definition of multiple use. 43 U.S.C. §1702(h).

These definitions give substance to the requirement that land use plans and resulting
management actions are to use and observe multiple use and sustained yield principles. The
purpose of this planning process must be to produce a plan that "best" meets the present and
future needs of the American people. The RMP cannot adequately meet these needs, or generally
meet these needs, or largely meet these needs, it must "best" meet them. FLPMA explicitly
requires that what is "best" must be viewed from the perspective of the present and the future
and all alternatives, including the proposed action, must be designed to satisfy this requirement.
What is best now may not meet future needs, and since future needs may be unknown in some
respects, the only way to "best" insure that future needs are met is to develop and select
alternatives that have a large built in margin of safety. To achieve a large built in margin of
safety the plan should emphasize resource and ecosystem protection, which will best ensure that
future options are retained.

Furthermore, what is "best" must be determined with reference to the needs of the
American people as a whole, not a small subset of the American people. FLPMA explicitly
provides that the plan that is developed need not accommodate all resource uses on all
lands. This provision has special significance relative to grazing, oil and gas leasing, exploration,
and development because too often essentially all lands are made available by the BLM for oil

and gas extraction. By this legally required measure, rare, unique, and sensitive native species have a relative value far in excess of more common or easily replaced public land resources, or resources that can be provided from other lands. The same is true of many other resources, such as cultural and wilderness resources. Accordingly, the alternative plans that are developed, and particularly the preferred alternative, must give special emphasis to protecting and providing for relatively rare resources.

The FLPMA Section 1702(c) permanent impairment and Section 1732(b) prevention of unnecessary or undue degradation provisions are extremely important. They must inform and be the basis of all RMP direction.

<([#66 [6.1] The BLM must base its management decisions upon inventories of the resources that occur on the public lands. The BLM must structure a comprehensive inventory program to inform the RMP process. This is a crucial and frequently overlooked aspect of the planning process. #66])>

<([#67 [37] The EIS and RMP must also address CWA compliance, including monitoring, antidegradation and Class I waters issues. We are attaching a letter by Raymond Corning discussing some of these issues. #67])>

ECONOMICS

<([#68 [30.3] The Revised RMP should also contain a complete and unbiased economic analysis of livestock grazing, including the income to the federal government and counties of permitting grazing on allotments within the planning area and an accurate and thorough breakdown of costs of administering livestock grazing in the planning area. Costs should include restoration of habitats, monitoring, fence maintenance, and administrative and planning expenses. The costs of livestock grazing in terms of loss in ecological services should be analyzed. Ecological services compromised by livestock grazing include watershed function as a result of reduced ground cover, soil compaction and loss of infiltration capacity and water storage, soil erosion, loss of forage and habitat for native species. The forage consumed by livestock must be valued in terms of the value of deer and other wildlife species displaced, the loss of hunting and wildlife watching opportunities Further, in terms of the value of livestock grazing itself, Dr. Thomas Power (Power 2002) has developed questions that allow a determination of the significance of forage used on public lands to the economy as a whole. These are:

5. "What portion of the value produced by cattle and sheep operations is associated with feed used?

6. What portion of the feed for those cattle and sheep operations comes from grazing on federal lands?

7. What portion of the total agricultural activity involves raising cattle and sheep?

8. What part of the total economy is represented by agriculture."

The following references provide insight into non-market or ecosystem service valuations of natural resources: (1) Daily, Gretchen C and Katherine Ellison. 2002. The New Economy of Nature; (2) Committee on Assessing and Valuing the Services of Aquatic and Related Terrestrial Ecosystems, National Research Council. 2004.Valuing Ecosystem Services: Toward Better Environmental Decisionmaking. Washington DC: National Academies Press; (3) Loomis, John.,

Paula Kent, Liz Strange, Kurt Fausch, and Alan Covich. Measuring the Total Economic Value of Restoring Ecosystem Services in an Impaired River Basin: Results from a Contingent Valuation Survey. Ecological Economics. 33, pp. 103-117. 2000. (4) Loomis, John. Environmental Valuation Techniques in Water Resource Decision Making. Journal of Water Resources Planning and Management, Vol. 126, No. 6, pp. 339-344. November/December 2000. #68])>

RESOURCES
<([#69 [5.4] Attached we provide a range of information we request the BLM to review and provide analysis of in the EIS and move into management direction in the RMP. If the BLM feels that any of the information supplied is not applicable to the RMP planning process, we request the BLM to supply rationale in the EIS to justify that decision. Without such justification the BLM will not be complying with NEPA and the APA. #69])>

<([#23 [7] We also request the BLM to review its own analyses, management and monitoring direction contained in:
BLM Application of Environmental Laws, September 1995
BLM TR 1734-6 Interpreting Indicators of Rangeland Health
BLM TR 1737-20 Grazing Management Processes and Strategies for Riparian-Wetland Areas
BLM TR 1737-17 A Guide to Managing, Restoring and Conserving Springs in the Western United States
USDA FS RMRS-GTR-160 Survey Responses From the Intermountain West: Are we Achieving the Public's Objectives for Forests and Rangelands
US EPA Managing Change – Livestock Grazing on Western Riparian Areas, 1993
USDA FS Research Paper INT-RP-492 Response of a Depleted Sagebrush Steppe Riparian System to Grazing Control and Woody Plantings, 1996
USDA FS Research Paper INT-425 Bird and Small Mammal Populations in a Grazed and Ungrazed Riparian Habitat in Idaho, 1990
Montana BLM Riparian Technical Bulletin #3 Effective Cattle Management in Riparian Zones – A Field Survey and Literature Review
Montana BLM Riparian Technical Bulletin #4 Successful Strategies for Grazing Cattle in Riparian Zones, 1998
BLM TR 1737-14 Grazing Management for Riparian Wetland Areas, 1997
BLM TR 1730-2 Biological Soil Crusts: Ecology and Management, 2001
BLM TR 1737-3 Inventory and Monitoring of Riparian Areas, 1989
USDA FS PNW-GTR-361 Role of Nonmarket Economic Values in Benefit-Cost Analysis of Public Forest Management, 1996
USDA FS RMRS-GTR-47 Monitoring the Vegetation Resources in Riparian Areas
USDA FS RMRS-GTR-121 Guide to Effective Monitoring of Aquatic and Riparian Resources
USDA FS RMRS-RP-40 Counter Misinformation Concerning Big Sagebrush, 2003
USDA FS RMRS-GTR-141 Big Sagebrush: A Sea Fragmented into Lakes, Ponds and Puddles, 2005
We incorporate by reference all of the above and request that the BLM analyze each of them and add these to the administrative record. #23])>

<([#24 [7] The DEIS stated that it was in compliance with WO IM 2012-169 but this is not the case.
Clearly, just looking at the bighorn sheep issue, the IM was not implemented.

Let's look at Action #19 as an example of the failure to provide appropriate limitations and requirements. This "action" states: Action: Address climate change effects on soil and water resources, vegetation, and habitats and apply appropriate management to protect these resource values.

But this is a broad goal that lacks any specificity that would allow it to be implemented. As discussed in the earlier section on RMP requirements, this type of general,, 'apple pie' type statement does not drive or direct action. Appropriate actions would be such things as limitations on forage utilization, requirements for biological soil crust coverage by soil type with timeframes and repercussions if BSC recovery is not attained. This type of specificity, which the BLM's planning requirements mandate is totally absent from the DEIS.

In Action #25 we see that the BLM proposes to manage most of its lands to allow <50% of the areas to fail Rangeland Health Standards as long as the failing areas are "stable". This clearly does not comply with the 43 CFR 4180 mandate:
Manage the remaining lands, streams, and wetlands to fully meet the BLM Colorado Public Land Health Standards or to meet with problems where needed to support resource uses, provided that lands meeting with problems are stable or trend toward achieving the BLM Colorado Public Land Health Standards. #24])>

Action #37 applies only to oil and gas, no other soil disturbing activity and that too only where BSC is in excellent condition. The vast majority of the FO has very low levels of BSC because of the impacts of livestock grazing but no recovery or protection actions are provided.

Goal #71 stunningly elevates resource extraction above other FLPMA requirements across nearly all the FO. Clearly, this does not comply with the wide range of requirements discussed above.

Frequently, we see such as in #74:

<([#70 [34.1] Objective:
Manage naturally occurring riparian and wetland areas to maintain or improve hydrologic and riparian vegetation conditions

But this is another typical way for the BLM to eliminate requirements. These kinds of statements must be changes to maintain areas exceeding objectives/standards and improve area not exceeding.

Another frequently abused weasely words rendering direction meaningless is the use of words such as "pursue" and "analyze" and "prioritize". All these modifiers render the subsequent direction utterly meaningless.

BLM_0155872

The primary impact to vegetation and the spread of weeds is livestock grazing yet the DEIS fails to address this primary issue.
#70])>
<([#75 [14.1.1] #103 designates ecological emphasis areas but authorizes the same ecologically degrading activities, such as livestock grazing, in them. This renders the whole ecological emphasis area concept meaningless. #75])>

<([#76 [3] The elimination of #109 prioritized resource extraction of wildlife needs. #76])>

<([#77 [3] #116 fails to implement the recent WO IM regarding bighorn sheep management. #77])>

<([#27 [16.1] #126 is another example of meaningless direction that looks good on paper but does
nothing:
Action:
Use adaptive management to conserve and avoid impacts on populations of Birds of Conservation Concern, Partners-in-Flight priority species, and other species of concern.
The action needs to properly define adaptive management triggers and response actions. As currently written it provides no management direction.
#128 is similar in its worthlessness: #27])>

<([#28 [16.1] Action:
Apply appropriate restrictions and mitigation to minimize impacts on migratory birds.
It is the RMP that is required to define what those "appropriate restrictions and mitigation" measures are and when they are to be applied.
#136 is the same rubbish: #28])>

<([#29 [16.1] Action:
Promote BLM-sensitive species conservation to reduce the likelihood and need for species to be listed
This is a general goal not an action.

#543 is just pure corruption. The BLM is so spineless that it allows the only significant impact to BSC to continue in the postage stamp sized ACEC to protect BSC.

It is quite similar to the bighorn sheep section that prohibits goat grazing that impacts bighorn sheep, because goat grazing does not exist, very much like prohibiting Martian landing sites, but leaves domestic sheep, which is very much a threat to bighorn sheep essentially unaddressed.
#29])>

<([#30 [3] [31.2] On p. 317 we see the statement: "The "meeting the standard with problems" category implies that less than half of the assessment sites within a soil polygon had a soil indicator rating of less than satisfactory, but overall, the soil condition in the polygon was meeting the standard."

We could find no support, either in the 4180 regulations or elsewhere to support the policy that 49% of a land area failing Rangeland Health Standards meets Rangeland Health Standards.

Please provide the regulatory basis for this approach in the revised EIS.
#30])>
<([#31 [23.1] We see on 3-21 the statements:
The most recent salinity management efforts in the UFO have concentrated on nonstructural controls, such as managing soil surface-disturbing activities such as livestock grazing and off-highway vehicle (OHV) use to minimize salinity yields.

Because high concentrations of selenium occur in Mancos Shale and soils derived from this formation, land management practices and actions that reduce soil surface disturbance and deep water percolation minimize the yield of selenium offsite, much like salinity management.

Yet the primary surface disturbing activity across the FO, livestock grazing, has no requirements or limitations put in place to reduce salinity or selenium.
#31])>
<([#32 [37.2] [37.5] 3-29 states:

Water quality of UFO surface waters is assessed and monitored by several means. The land health assessments conducted over the most recent ten-year period assessed water quality against BLM Colorado Public Land Health Standard 5. Data assessed for land health assessments include water chemistry, bacteriological analyses, density, and composition of aquatic macroinvertebrates, and the potential for accelerated levels of sediment, salinity, and selenium.

This statement implies that the BLM actually monitors the water quality impacts of its authorized actions. I deal with dozens of FO's in Wyoming Utah and Colorado and none of them do this. Is the UFO actually monitoring water quality impacts of its actions, such as e. coli, sediment from livestock grazing on each allotment it administers or is the above statement stretching the truth?

In the FEIS please clarify what data is being collected, where and how often and what percent of the FO the data collection efforts cover.

The DEIS lists a large number of water bodies on the 303d list, but the proposed RMP does not implement actions to bring these water bodies into compliance with the CWA.

3-32 states that the BLM is mandated to reduce salinity but the proposed RMP is entirely silent on requirements and limitations to reduce salinity from most of its action, including the most significant source of increased salinity, livestock grazing. #32])>

<([#33 [37.2] 3-33 states:
As part of the land health assessment process, several UFO streams with primary-contact recreation activities were monitored for fecal and Escherichia coliform bacteria concentrations. There is a strong correlation between these bacteria and the occurrence of other pathogens. Based on a limited number of samples per site (usually one or two
samples collected in spring or summer months), none of the sampled streams exceeded state

criteria for bacteria.

Please provide information as to the dates when this sampling occurred and when livestock were present on the applicable allotment. WWP and the Forest Service have collected thousands of e. coli samples and exceedances of standards only occur when livestock are present. Natural background levels of e. coli are rarely above 25 CFU. So if your data was not collected when livestock were present on the allotment, the results are meaningless to conclude there are no exceedances.

3-37 states:

However, because many livestock tanks were constructed prior to state permit filings or being cataloged in BLM databases, the actual number is considered to be much higher. Many of the tanks are poorly maintained or non-functional and cause accelerated levels of erosion and sedimentation. Invasive weed species commonly become established on areas disturbed by livestock tanks, which can degrade watershed conditions.

Certainly, if the BLM were serious about salinity, erosion and selenium control it would have inventoried these for the AMS and then put in specific actions in the RMP to deal with this problem. #33])>

<([#34 [34.3] [23.1] [16.3] 3-46 states:
Across all ten land health assessment units, cool season grasses were underrepresented in the plant communities. This is probably the result of livestock grazing in the spring and fall periods when these grasses are most vulnerable. Often perennial forbs are also underrepresented in the same areas. The reduced cool season grass and forb cover may make it easier for exotic species such as cheatgrass to move in. On many crucial big game winter ranges throughout the planning area, moderate to severe hedging of palatable shrubs is common. Usually reduced vigor of these shrubs is also evident.
Yet the RMP puts in place no requirements or limitations to recover cool season bunch grasses, eliminate growing season grazing or deal with the over-allocation of forage and winter range problems it fully knows about. The proposed RMP utterly fails to address these major FO-wide problems.

3-72 states:
Within the last 10 years, two newly designated wilderness areas have effectively protected a substantial portion of the species' range from development-related impacts, and the Dominguez-Escalante and Gunnison Gorge NCAs have added or are likely to add new protections specific to the conservation of the Colorado hookless cactus.

But this inaccurately portrays the situation. None of these designations protect, and the RMP fails to implement protections, from the primary disturbance factor for this species, livestock grazing. The RMP fails to provide adequate protections in the BLM's rush to continue the status quo grazing. #34])>

<([#35 [5.3] Appendix C contains various BMP's but the RMP does not implement these. For

instance in the livestock section we see rest and not doing repeated spring grazing yet the RMP fails to implement these BMP's despite the fact that repeated spring grazing is one of the major grazing problems on the FO.
#35])>
So Appendix C looks good on paper but is worthless on the ground.

8.<([#36 [37.5] Colorado Best Management Practices and other scientifically developed practices that enhance land and water quality should be used in the development of activity plans prepared for land use.
But again these are not only undefined but not implemented.
#36])>
Appendix G suffers from the same failure.

GEOLOGY, SOILS, AND WATER
<([#37 [31.5] • Implement guidelines from BLM Technical Reference 1737-17 (Sada et al. 2001), to
protect or restore the functions of springs.
• Measures designed to minimize erosion and water quality deterioration will be required in the site-specific plans for surface-disturbing land use activities.
• Implement BMPs from the BLM/USGS Mancos shale research findings (Murphy 2011) applicable to livestock management, recreation management (e.g. location and limitations of OHV use areas), rights-of-way, and other surface disturbing activities.
• Implement guidelines from BLM Technical Reference 1730-2 (BLM 2001), to protect or restore the functions of biological soil crusts.
Yet the RMP fails to implement any of these nor does the RMP require the implementation of these. So again it looks good on paper but is designed to be worthless from a resource protection perspective.
#37])>
M<([#73 [31.5] aintaining healthy soil surface conditions on Mancos shale landscapes is more effective for the long term in limiting the yield of sediment, salinity and selenium than physical retention/detention structures
Again the RMP fails to put in place any requirements or limitations to achieve this. This is particularly obvious from the perspective of livestock which is the primary impact to soil surface conditions. #73])>

?? <([#74 [23.1] Minimize livestock grazing and trailing impacts in riparian areas to protect vegetation, habitat values, streambank stability, and water quality.
Yet the RMP puts in place NO requirements or limitations to achieve this.

The livestock grazing section of Appendix G is another example of where the RMP fails to implement basic protections.
#74])>
<([#72 [14.1.2] Appendix K fails to comply with the WO IM on bighorn sheep management. It also fails to utilize current science. We provide as an attachment a review of the use of this model in the North Delta process. #72])>

<([#71 [23.3] The analysis also fails to address disease transmission from cattle.

From a recent RMP revision:

https://eplanning.blm.gov/epl-frontoffice/
eplanning/planAndProjectSite.do?methodName=renderDefaultPlanOrProject
Site&projectId=36859&dctmId=0b0003e88040d6d4

2.4.6 Alternative L – Allow Domestic Sheep and Goat Grazing on All Allotments with Leasing Terms and Conditions to Reduce Potential Interspecies Contact The BLM considered an alternative that would make all four allotments available for domestic sheep and goat grazing with application of the leasing terms and conditions identified in Appendix C to reduce the potential for contact with bighorn sheep. These terms and conditions have previously been identified, recommended, or implemented by the USFS and the BLM as best management practices (BMPs).
However, when bighorn sheep CHHR occur in or adjacent to a domestic sheep allotment, and especially when the allotment is within bighorn herd home range, development and implementation of effective separation measures is difficult; and contact between the species will most likely still occur. In other words, special terms and conditions to avoid contact between bighorn and domestic sheep that are known to be in close proximity are generally ineffective to ensure separation of the species. Furthermore, even with these extra measures, control of domestic sheep, or monitoring and locating bighorn sheep in forested/ dense vegetation or steep/rocky/rugged terrain is very difficult. Accordingly, without a large buffer between domestic and wild bighorn sheep, extra measures are not likely to result in a significant reduction in the risk of contact (Schommer 2009). No known studies, research, or peer reviewed literature has documented the effectiveness of BMPs preventing contact and disease transmission when domestic sheep or goats grazed within or adjacent to occupied bighorn sheep habitats.
Appendix C contains a more detailed review of the effectiveness of BMPs.
The Partridge Creek allotment overlaps with bighorn sheep CHHR and the Marshall Mountain Allotment is in close proximity to CHHR. The Hard Creek allotment overlaps with the Little Salmon area of concern. The terrain on all three of these allotments is interspersed with dense vegetation and forested areas, with additional areas that are steep, rocky, and rugged. Therefore, application of the specified terms and conditions on these allotments would likely be ineffective at significantly reducing the potential for contact between bighorn sheep and domestic sheep. Hence, for the Partridge Creek, Hard Creek, and Marshall Mountain Allotments, this alternative would be effectively the same as Alternative A under which all four allotments would be available for domestic sheep grazing but without specified terms and conditions. Differing from the other three allotments, the Big Creek Allotment is not in or near bighorn sheep CHHR or the Little Salmon area of concern and has more open and moderately sloped rangeland. However, for this allotment, this alternative would be essentially the same as Alternatives B, which also makes Big Creek available for domestic sheep or goat grazing with application of the terms and conditions. Therefore this alternative was not analyzed in detail.

Appendix K relies on BMP's which have been shown to be ineffective and it ignores completely the WO IM for bighorn sheep which requires effective separation. #71])>

BLM_0155877

CONCLUSION:

The current RMP revision is BLM's traditional faith-based, politics-based management where no requirements or limitations are imposed. The BLM should review the Standards of Ethical Conduct for Federal Employees25 [25 http://www.usdoj.gov/jmd/ethics/generalf.htm] that are based on Executive Order 12674, as amended by Executive Order 12731. In particular, three of the broad principles I believe apply here are:

"(1) Public service is a public trust, requiring employees to place loyalty to the Constitution, the laws and ethical principles ab ve private gain.

(5) Employees shall put forth honest effort in the performance of their duties.

(8) Employees shall act impartially and not give preferential treatment to any private organization or individual."

Just because the BLM will be outsourcing much of this process does not mean it has any less legal or ethical responsibilities to the American people. I bring this up because, after years of working on livestock grazing and other issues on public lands and, with other WWP staff, having reviewed EAs and EISs on hundreds of grazing allotments and other projects, it is my belief that these documents are used to justify decisions that are already made and basically constitute a "shell game" in which evident degradation by livestock is explained away in every case due to some other cause even though livestock grazing is widely recognized in the scientific literature as a cause of degradation to riparian areas, water quality, plant communities, soils and wildlife. I cannot recall a single instance in all these cases, no matter how serious the environmental degradation, when the agency (Forest Service or BLM) performed an objective, science-based monitoring and analysis process directed at making an objective and logical decision concerning livestock grazing.

Invariably, the decisions arrived at through these NEPA documents have amounted to a continuation of the status quo with at best, cosmetic changes that make little or no difference on the ground. It is time for BLM to demonstrate to the public that it will engage in an honest, objective process in order to restore the public trust.

Sincerely yours,
Jonathan B Ratner
Director, WWP –Wyoming Office


000403_HamnerM_20161031 Organization: Colorado House of Representatives, Millie Hamner
Received: 10/31/2016 12:00:00 AM
Commenter1: Millie Hamner - Denver, Colorado 80203
Organization1:Colorado House of Representatives
Commenter Type: State Government
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000403_HamnerM_20161031.htm (000403_HamnerM_20161031-387496.htm

BLM_0155878

Size = 7 KB)
Submission Text
Date:10/31/2016
Commenter:Millie Hamner
Organization:
Email:millie.hamner.house@state.co.us
Address:200 East Colfax Avenue, Room 307, Denver, CO 80203
Phone:303-866-2952
Comment:
State Representative
MILLIE HAMNER
Colorado State Capitol
200 East Colfax Avenue, Room 307
Denver, Colorado 80203
Capitol: 303-866-2952
Email: millie.hamner.house@state.co.us
October 27th, 2016
Dear Director Kornze,
I represent citizens in the North Fork Valley of Southwest Colorado and support the work that
Citizens for a Healthy Community (CHC) has done to protect them from the potential impacts of
oil and gas development in the Delta County water, air and foodshed. I respectfully request that
the Bureau of Land Management (BLM) Uncompahgre Field Office adopt the most protective
possible management measures when considering oil and gas leasing in its revised Resource
Management Plan for public lands and federal minerals in the North Fork Valley area.
CHC along with six other community organizations representing diverse interests in the North
Fork Valley, including ranching, farming, wine making, real estate, and business submitted a
community alternative called the North Fork Alternative for BLM's consideration in revising the
Uncompahgre Field Office Resource Management Plan. I want to thank BLM for including it as
a sub-alternative among the four alternatives BLM is considering. I understand that this
alternative, which would close 75% of public lands in a sensitive watershed to oil and gas leasing
was not included in the preferred alternative. I also understand that BLM did not consider a
reasonable no-leasing alternative for the sensitive area, which if contaminated would potentially
destroy the State of Colorado's largest concentration of organic farms, and a significant
foodshed.
Throughout my six years as the State Representative for HD61, I have fought to conserve our
district's clean air and fresh water, and have worked hard to protect my constituents from
potential deleterious impacts from oil and gas development in residential areas. As part of my
efforts, I have promoted the use of sound science in decision-making, and advocated for
regulations that put the health and safety of my constituents first. <([#2 [30] Activities on public
lands should not have the potential to destroy clean air, abundant fresh water and foodsheds,
which the public depends on. The North Fork economy, the recreational opportunities it
provides, and the hundreds of thousands of people who depend on the food produced here rely
on clean air and water. Gold Medal fishing, prized big-game hunting, and award-winning fruits,
vegetables, and wines could be seriously impacted by air pollution or surface, ground, and/or
water contamination that have been linked with oil and gas extraction #2])> .
<([#3 [18.3] [11.3] [41.1] [41.2] To my knowledge, BLM has not conducted a human health

impact assessment, analyzed new hydraulic fracturing and multi-stage drilling technologies, taken a hard look at the implications of climate change on the region, the local economy and other resources BLM is obligated to manage, nor considered the impact of the rural gas gathering lines exemption from Federal pipeline integrity regulations. #3])>

I have seen overwhelming opposition from my constituents to oil and gas leasing proposals in the North Fork Valley area. I share their belief that the North Fork Valley is a special place that must be protected from oil and gas development. Thank you for your consideration.
Sincerely/Respectfully,
State Representative Millie Hamner,
Colorado House of Representatives - District 61
Cc:
Sally Jewell
Secretary
US Department of the Interior
1849 C Street, N.W.
Washington DC 20240
Janice Schneider
Assistant Secretary for Land and Minerals Management
US Department of the Interior
1849 C Street, N.W.
Washington DC 20240
Mike Tupper?
Acting Assistant Director, Resources and Planning?
Bureau of Land Management
1849 C Street NW, Rm. 5644
Washington DC 20240
mtupper@blm.gov
Mike Nedd?
Assistant Director - Energy, Minerals, and Realty Management?
Bureau of Land Management
1849 C Street NW, Rm. 5625
Washington DC 20240
E-mail: mnedd@blm.gov
Ruth Welch
State Director
Bureau of Land Management
2850 Youngfield Street
Lakewood, Colorado 80215-7093
Barb Sharrow
District Manager (Acting)
Bureau of Land Management
2465 South Townsend Avenue?
Montrose, Colorado 81401
Dana Wilson
Uncompahgre Field Office Manager (Acting)

BLM_0155880

Bureau of Land Management
2465 South Townsend Avenue?
Montrose, Colorado 81401


000404_TembrockL_20161031  Organization:  Luke R Tembrock
Received:  10/31/2016  12:00:00  AM
Commenter1: Luke R Tembrock - ,
Organization1:
Commenter Type: Individual
Classification:  Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison  10/31/2016  12:00:00  AM
Attachments: 000404_TembrockL_20161031.htm  (000404_TembrockL_20161031-388427.htm
Size = 10 KB)
UFORMP_000404_TembrockL_20161031.pdf  (000404_TembrockL_20161031-388428.pdf
Size = 882 KB)
Submission  Text
Luke Tembrock <101020tembrock@gmail.com>  Mon, Oct 31, 2016 at 3:32 PM


Luke R Tembrock, Ph.D.
Research Scientist
Bioagricultural  Sciences and Pest Management
Colorado  State University
Fort Collins,  CO 80523
Phone 970-490-4467


Date: 31 October 2016

Introduction
I am writing to respond to the draft resource management plan 1610 (COS050) such that my
comments regarding resource management in the area under question are included in public
record.

I was born and grew up in the area included in the RMP specifically  1045 3100 Rd, Hotchkiss
CO. We raised apples on our land and as such benefited from one of the most important
resources coming from surrounding  public lands – irrigation water. I currently live in Fort
Collins,  CO but my parents and numerous friends still live in the area. As such I travel back to
the North Fork area and the Western Slope on a regular basis to visit my friends and recreate on
the beautiful  public lands in the area. I hope to return to the North Fork as a permanent resident
and therefore I see my comments as directly affecting the place I will one day live.

In recent years I have started to advocate on behalf of the citizens of the North Fork in regards to
developing  a stronger recreation economy.  This advocacy was amplified  when the coal mines in

the area began to close and a need for a diversified economy became apparent. I do not have any specialized education associated with recreation economics aside from my direct engagement with the activities I love most – mountain biking and skiing as well as backpacking rafting, fishing, botanizing, hunting (animals and fungi) and rock climbing. From my perspective I have seen these activities when properly managed by federal agencies, participants, and local governments salvage former mining camps such as Moab and Crested Butte into world class communities for recreation. The upper North Fork has an immense capacity to host a vibrant recreation economy but without cooperation and development from federal agencies, recreation groups, and local governments the benefits will largely be unrealized.

In addition to my interest in seeing a thriving recreation economy develop I work as a research scientist at Colorado State University where I study the impact of invasive species to crop systems as well as how human activities impact the genetic diversity of both cultivated and wild plant species. As such my comments will also reflect my professional perspectives in regards to how resource management could impact the biological and agricultural systems in the area being considered for draft resource management plan 1610 (COS050).

Alternative B and B.1

In my opinion I find alternative B and where it applies B.1 to be the best management strategies for the preservation of ecosystem processes, species diversity and by preserving these natural processes and aspects also the best management strategy for developing a robust economy centered on outdoor recreational activities. I respond to specific details of the RMP in the subsections below. If not otherwise discussed in a subsection I support alternative B or B.1 where it applies.

Climate (lines 16-21)

I support alternative B or D (same wording) in this section because these plans implement active strategies in studying and responding to the effects of climate change while the other plans have no such measures. In addition alternatives B and D implement the best strategies (lines 20 and 21) for the survival and preservation of plant populations.

Land Health (lines 22-27)

I support Alternative B as it encompasses all lands in stabilization actions not just ACECs WSAs and other specified areas as in alternative D.

Soils and Water Resources (lines 28-58)

I support alternative B and B.1 where it applies because this strategy applies the strongest protections to reduce soil erosion and thus protect water quality. In particular the reduction of selenium and saline runoff into fresh water systems. Selenium has been shown to be a major problem for human and environmental health and measures to reduce its release into water ways should be taken (e.g. http://www.who.int/water_sanitation_health/dwq/chemicals/selenium.pdf)

BLM_0155882

Vegetation (lines 59-92)

I support alternative B because it provides for revegetation actions in all suitable areas not just ACECs WSAs and other specified areas as in alternative D. A thriving plant ecosystem is the basis for healthy wildlife and the primary mechanism in preventing erosion and thus maintaining healthy waterways. In regards to line 88 referring to weed control actions in BLM areas I support alternative B because it is the only alternative that employs "early detection and rapid response". This is the best means of weed control as it is most effective in eliminating an invasive species and requires the least amount of resources to do so (e.g. http://www.fs.fed.us/invasivespecies/documents/FICMNEW_EDRR.pdf).

Cultural Resources (lines 207-238)

I support alternative B because it provides the best protection for and interpretation of the numerous historical sites throughout the planning area. I did not see inclusion of the Eagle Rock archeological site (38.7747, -107.8884)in list of historical sites, which should be included as it is one of the most important paleo-indian finds in North America (e.g. http://www.gjsentinel.com/news/articles/eagle-rock-shelter-north-of-delta-on-gunnison-pred). Preservation and interpretation of such cultural sites is essential in developing a robust recreation economy (e.g. https://www.nps.gov/meve/learn/news/13_05_ecobene.htm).

SRMAs (lines 377-428)

I fully support the designation of Jumbo Mtn as an SRMA (and all others as delineated in Alt. B) as proposed in alternative B.1 (that is all BLM lands on Jumbo Mtn up to the boundary with USFS land on the eastern perimeter) with the exception of the prohibition on competitive events (Appendix J-28, SRPs). It is important to the economy of Paonia to be able to hold several nonmotorized competitions on the Jumbo trails every year as these events can be major economic drivers for the community (e.g. http://www.steamboattoday.com/news/2013/may/19/bikingseries-part-2-how-fruita-did-it/; http://www.pinkbike.com/news/economic-impacts-of-mountainbike-tourism-2016-update.html; http://headwaterseconomics.org/wphw/wpcontent/uploads/Trail_Study_13-coldwater-mountain-bike-trail.pdf).

In the North Fork area essentially no established mtn biking areas exist (see https://www.mtbproject.com/) despite numerous landscapes with superb terrain for mtn biking. The trails on Jumbo have been built outside of established protocols and as such cannot be utilized for the gain of the community as trail systems like 18 road in Fruita (e.g. http://www.gjsentinel.com/sports/articles/a-good-change). In my opinion the trails on Jumbo surpass those at 18 Rd but without the initial backing from the BLM to create an SRMA the full potential of the Jumbo trails cannot be realized. Support has been building for Jumbo to become an SRMA with the town council, and local trail advocacy and mtn bike clubs fully supporting the jumbo SRMA as outlined in alternative B/B.1. In addition to the economic gains that could come about from designating Jumbo as an SRMA, the acknowledgement of trails on Jumbo will allow trail building expertise, environmental considerations, signage, and enforcement to come together to produce a more sustainable trail network. Lastly the location of the Jumbo trails is

quite unique in that the trails are located very close to town and thus the type of impacts on the land seen at locations like 18 rd can be shifted to the urbanized areas of Paonia reducing the impact to natural landscapes.

In addition to the trails on Jumbo, I and other active community members (please cross reference with the COPMOBA/DAMB RMP letter for specifics on these areas) are interested in developing mtn bike trails on Young's Peak north of Crawford, McDonald Mesa North of Youngs Peak area, Elephant Hill south of Jumbo Mtn, Stevens Gulch area North of Jumbo, Paonia State Park/Paonia reservoir area, Hotchkiss High School Area, Powell Mesa/Oak Mesa, and North Delta. The protections and resources that come with an SRMA or ERMA would make trail development in these areas easier but as this is out of the prevue of this RMP I will make mention of this conceptual proposal in hopefully informing the upcoming travel management planning that is to come about after approval of the latest RMP. As the designation of SRMAs and ERMAs requires extra agency funding we would actively seek outside funding from USDA rural develop grants, Great Outdoors Colorado, and private donors to construct and maintain trails in these areas and defray expense to the BLM. I include maps below of Jumbo Mtn, Elephant Hill, and Young's Peak. Conceptual and existing trails can be explored in detail at (http://caltopo.com/m/87L0).

Thank you for your time and consideration – please feel free to contact me regarding my comments.

Map Descriptions
Jumbo Mtn
All routes shown in yellow and red are existing routes (except for the red route leading north from slantindicular). All segments in blue are proposed connector routes.

Elephant Hill
All solid yellow routes are proposed routes for non- motorized travel. Dotted yellow routes represent non-motorized winter routes located on preexisting roads.

Youngs Peak
All routes shown in red or yellow are proposed routes. Some primitive trails exist in the western area of Young's peak.

Please note that these plans represent proposed routes and are in the conceptual stages only and will be refined at a later date when preparing for a formal proposal.

000405_AbrahamN_20161101 Organization: Neshama Abraham
Received: 11/1/2016 12:00:00 AM
Commenter1: Neshama Abraham - Boulder, Colorado 80304
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail

Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000405_AbrahamN_20161101.htm  (000405_AbrahamN_20161101-386401.htm
Size = 2 KB)
Submission  Text
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Don't Frack the North Fork Valley
1 message
Neshama Abraham <neshamaabraham@gmail.com> Tue, Nov 1, 2016 at 9:13 PM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org

Hi BLM Staff,

My family and I are looking to move to the town of Paonia from the Front Range. We are drawn
by the exceptionally clean air and water and the abundance of local organic farming. We would
not want to move to a place where fracking is happening. Fracking pollutes the water and the air,
and would harm the pristine natural beauty of the land. It would likely eliminate the organic
produce and wine movement which is a growing source of jobs for Paonia. Please do not allow
oil & gas development in the North Fork Valley.

Relying on natural gas and oil is also unsustainable for the environment. We have excellent and
multiple sources of alternative energy. It is myopic and stupid to continue to pursue O&G with
its destructive climate change impacts when we can use renewable energy.
Please think long term about the importance of protecting the land, water, air and economy of the
North Fork Valley. I am opposed to fracking this beautiful portion of Colorado.
Thank you for taking my comment in opposition to O&G development on BLM lands.

Neshama Abraham
1460 Quince Ave.
Boulder, CO 80304
303-413-8252
neshamaabraham@gmail.com


000406_RiceM_20161101_AmericanRivers Organization: American Rivers, Matt Rice
Received: 11/1/2016 12:00:00 AM
Commenter1: Matt Rice - Denver, Colorado 80202
Organization1:American Rivers
Commenter Type: Organization (nonprofit/citizens group)
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali

BLM_0155885

Attachments: 000406_RiceM_20161101_AmericanRivers.htm
(000406_RiceM_20161101_AmericanRivers-381913.htm  Size = 45 KB)
Submission Text
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
American Rivers comments on Uncompahgre Draft Resource Management Plan
1 message
Matt Rice <MRice@americanrivers.org>  Tue, Nov 1, 2016 at 9:49 AM
To: "uformp@blm.gov" <uformp@blm.gov>
Good Morning,

Please find attached American Rivers' comments on the Uncompahgre Draft Resource
Management Plan. Please do
not hesitate to contact me if you have any questions.

Sincerely,

Matt

Matt Rice
American Rivers
Director, Colorado River Basin Program
1536 Wynkoop Street, Office 321
Denver, CO 80202
W 303.454.3395 | C 803.422.5244

American Rivers_Uncompahgre_comments.pdf
609K
November 1, 2016
Bureau of Land Management
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401
Dear Field Manager:
American Rivers is pleased submit the following comments on the Draft Resource
Management Plan for the Bureau of Land Management Uncompahgre Field Office.
Qualifications and interest
American Rivers protects wild rivers, restores damaged rivers, and conserves clean
water for people and nature. American Rivers is headquartered in Washington, DC with
offices throughout the country including Denver, Glenwood Springs, and Durango and
more than 200,000 members, supporters, and volunteers nationwide.
American Rivers, its partner organizations, and their members have carefully researched
both the field and documented values of free-flowing rivers across the BLM
Uncompahgre Field Office. They also are readily available to discuss and clarify the
comments below, regarding resource management plan protections for potential wild &
scenic rivers (w&s) and to provide other assistance and information as may be useful to
you.

BLM_0155886

We have conferred with partner organizations and individuals that have participated in the BLM's wild & scenic review process completed so far and who have previously submitted comments during RMP scoping and during w&s eligibility and suitability reviews. Representatives of these organizations also participated in the citizen-engagement processes hosted by the BLM and by others during consideration of wild & scenic suitability.

Legal and procedural requirements

We appreciate the BLM's conscientious and professional compliance with requirements regarding wild & scenic analyses and decisions within the RMP process, including section 5(d)(a) of the Wild and Scenic Rivers Act and by the BLM Manual at 8351 and 6400. Beyond mere compliance, we also thank the BLM for its thoroughness in reviewing potential rivers at each stage of its w&s analysis—including initial inventory of rivers, eligibility report, and suitability report—and for its extra efforts in community outreach and in field assessment of potential rivers.

<([#32 [39.1] We believe that the w&s suitability findings included in the BLM's Wild and Scenic River Suitability Report, February 2013 (included as Appendix P to the draft RMP), provides a fair and sound analysis and set of recommendations. We believe that the suitability findings should be fully implemented in the final RMP, as represented in the draft RMP preferred Alternative D #32])> .

Critique of working groups

One component in the w&s suitability analysis was a series of public-engagement meetings and negotiations, structured separately for the Gunnison River basin and the San Miguel-Dolores River basin.

The citizens' working group focused on eligible segments within the Gunnison River basin was loosely organized and marginally facilitated, open to a frequently changing array of interested individuals, without consistent representation, and with changing protocols for discussion and decision-making.

As a result, no consensus was reached on recommendations to the BLM. Two reports were submitted from that process: One report recommended no stream segments be found suitable; the other recommended three segments be found suitable (Monitor Creek, Potter Creek, Roubideau Creek segment 1). Both reports are included on the BLM's internet site for the emerging management plan, and we appreciate that fact that both were considered by the BLM in crafting its draft RMP.

For the San Miguel and upper Dolores river basin, the BLM's Southwest Resource Advisory Council (RAC) appointed a diverse citizens committee to review candidate rivers.

The sub-RAC, as it was known, was thoughtfully and fairly structured, was professionally facilitated and recorded, hosted nine public-comment meetings, and included a deliberately selected membership intended to represent a comprehensive spectrum of community and resource interests.

That group studied each eligible river in detail and recommended thirteen stream segments be found suitable, those recommendations later affirmed by the full RAC and forwarded to the BLM. In many instances, river segments were adjusted in length—most typically to remove private land from suitability implications—and some were adjusted in classification to better fit local water use and other resource needs.

Watershed approach to rivers management and protection

The BLM's suitability findings in the San Miguel-Dolores River basin are correspondingly well founded in careful analysis, in strong public engagement and support, and in a constructive spirit of compromise and mutual accommodation among protection, commodity, and community interests.

Moreover, the suitability findings for the San Miguel River, for portions of the Dolores River, and for key tributaries to both are consistent with suitability determinations in adjacent federal land management units. Specifically, w&s suitability findings recently established or affirmed in the watershed by the San Juan National Forest, the BLM Tres Rios Field Office, and the BLM Grand Junction Field Office will now be complemented by similar findings of suitability—and corresponding protective management—in the Uncompahgre Field Office.

That consistency is further enhanced by the BLM's recent realignment of management districts, now including in the entire Dolores River watershed in one coordinating district.

The call for a comprehensive and coordinated watershed approach to rivers management and protection was a frequent and consistent refrain during the working group processes. The management decisions noted above, the BLM organization restructuring, and now strong and well-founded suitability decisions in the Uncompahgre Field Office provide affirmative response to those requests.

Opportunities for federal-state cooperation

The BLM's administrative management and protection for potential wild & scenic rivers, through eligibility or suitability, affords an important opportunity to comprehensively address river values. A combination of federal land management prescriptions under the RMP and streamflow protections using the State of Colorado's Stream and Lake Protection Program will ensure the continued health and natural vibrancy of the full spectrum of river flow and river corridor features.

<([#1 39.1] Correspondingly, we appreciate the position recently taken by the Colorado Water Conservation Board (CWCB) (which manages the state stream protection program), acknowledging the potential value of wild & scenic suitability findings in both watersheds and requesting several specific accommodations from the BLM.

Specifically, we encourage the BLM to a) incorporate into its final RMP preparation information and documents prepared under the state's Basin Roundtable process, b) acknowledge existing state instream flow water rights affecting w&s-suitable stream segments and encourage cooperation on the selective expansion of those rights and establishment of new rights to complement the suitability status, c) affirmation of stipulation between the CWCB and the Dolores Water Conservation District in the matter of CWCB staff recommendation for instream flow appropriation on the Dolores River, d) incorporate updates regarding CWCB instream flow water rights, both established and pending, e) include clarification regarding effects that w&s suitability may or may not have on potential development conditional water-storage rights held by Montrose County, and f) provide clarifications regarding the effects that w&s suitability may or may not have on continued operation of McPhee Reservoir and the Dolores Project.

#1])> While we understand that the pending RMP is probably not the correct context in which to address potential federal legislation, we encourage the BLM to otherwise acknowledge and affirm the its openness to streamflow protection for potential w&s

rivers by means other than pursuit of federal reserved water rights.

<([#33 [39.1] At the same time, we recommend that the BLM should not adjust its RMP suitability findings for stream segments being discussed for possible federal legislation (upper Dolores River, La Sal Creek e.g.), leaving final or adjusted determinations to Congress or to future BLM administrative processes. It is important that legislative deliberations benefit from the BLM's professional and objective assessment of particular stream values and of their potential for inclusion in the Wild and Scenic Rivers System or other protective designation. #33])> <([#2 [39.1] Specific stream segments

We strongly endorse all the w&s suitability findings included in the BLM's Wild and Scenic Suitability Report, highlighted in Appendix P to the draft RMP, and we urge you to include those findings in the final RMP, along with protective management prescriptions appropriate to suitability status and classification.

Further, we urge the BLM to fully and reliably implement, in the RMP, other protection measures for rivers and river corridors determined to be w&s eligible but found not suitable. In many instances, a combination of recommendations from the citizen working groups andacknowledgements in the draft RMP have asserted that suitability was not necessary for certain stream segments specifically because other measures are in place to protect the free-flowing condition and the outstandingly remarkable values that warranted the original eligibility determination. It is important that the BLM ensure the continued protection of values identified under eligibility.

Related, the BLM, through the RMP and otherwise, should continue to monitor the presence and effectiveness of those alternative protection measures. If those measures fail or are discontinued for any stream segments that had been found eligible, the BLM should promptly reconsider, through RMP amendment, eligibility and suitability for those segments. #2])>

<([#3 [39.1] Gunnison River Basin

Gunnison River Segment 2

As documented the BLM's w&s eligibility report, this regionally significant river warrants strong and enduring protection as an important recreational opportunity, as the hydrologic heart of unique adjacent public lands, and as essential habitat for at least two endangered species of native fish, along with three other species of ancient native fish that are imperiled primarily because of loss of habitat or changes in river flows.

Other federal programs—primarily the Endangered Species Act—and evolving federal management efforts—including re-operation the Aspinall Unit dams upstream— contribute, or will contribute, to the reliability of those critical-habitat flows.

It therefore is not necessary to apply a finding of wild & scenic suitability to this portion of the Gunnison River, so long as those other federal measures are implemented and properly maintained. If those measures are either removed or fail to protect the native fish and their habitat, the BLM should reconsider a finding of suitability in future planning processes #3])> .

<([#4 [39.1] Monitor Creek

This stream is an important feature flowing through the heart of federal lands with wilderness character and wilderness characteristics, which are included in a citizens' wilderness proposal. The stream is also associated with national forest lands upstream that have been congressionally designated for protection of wilderness values. These wilderness values should be considered and protected through strong protective management for this stream and its corridor.

The BLM's classification of this stream segment as wild affirms those wilderness characteristics and values, and further warrants strong protection for the stream and corridor.

Protection of this stream will benefit private lands downstream and will help ensure continued healthy streamflow and water quality contribution to the Gunnison River.

In addition to the outstandingly remarkable values identified by the BLM (vegetation), the BLM should also identify and protect the unique and outstanding wildlife and recreation values found along this stream. #4])>

The landscape surrounding Monitor Creek is naturally contiguous with, and an essential ("regionally important") component of, the wildlife habitat (and Outstandingly Remarkable Value (ORV)) identified by the BLM for nearby Roubideau Creek (desert bighorn sheep). The features, condition, and importance of this wildlife habitat along Monitor Creek are of importance equal to that found along Roubideau Creek.

Recreation opportunities found in and near the Monitor Creek corridor correspond to the general wilderness character and wilderness characteristics for the area— specifically outstanding opportunities for solitude and for a primitive and unconfined type of recreation. While this type of recreation opportunity is slightly different from the recreational ORV identified by the BLM for Roubideau Creek (that ORV based primarily in the popularity of that stream corridor), the version found along Monitor Creek is an outstanding recreational opportunity nonetheless. Indeed, the more primitive and solitude-preserving recreation opportunities noted here for Monitor Creek are also present in Roubideau Creek, which is included, stream and corridor, in the Roubideau (Camel Back) Wilderness Study Area, thus necessarily defined by those same backcountry recreation opportunities.

Meanwhile, a finding of wild & scenic suitability for Monitor Creek—a finding most directly applicable to the lands in the stream corridor—will provide reliable and enduring form of protection for the continued health of the rare plant communities identified in the BLM's eligibility report (narrowleaf cottonwood/strapleaf willow/silver buffaloberry riparian forest).

Federal ownership of 100% of this stream segment, and of 96.2% of corridor lands along the stream simplify the implementation of protective management through a finding of wild & scenic suitability. The 104.9 acres of private land within the stream corridor are actually separate from the stream, further simplifying protective management, especially if that management were applied specifically to the federal lands.

<([#34 [39.1] We recommend that the full length of the Monitor Creek segment be found suitable, applicable at least to the federal lands in the stream corridor. The stream's outstandingly remarkable values should be expanded to include recreational opportunities and wildlife habitat. #34])>

<([#5 [39.1] Potter Creek

This stream is an important feature associated with adjacent lands with wilderness character and characteristics, which are included in a citizens' wilderness proposal. The stream is also associated with national forest lands upstream that have been congressionally designated for protection of wilderness values. These wilderness values should be considered and protected through strong protective management for this stream and its corridor.

The BLM's classification of this stream segment as wild affirms those wilderness characteristics and values, and further warrants strong protection for the stream and corridor.

Protection of this stream will benefit private lands downstream and will help ensure continued healthy streamflow and water quality contribution to the Gunnison River.

In addition to the outstandingly remarkable values originally identified in the BLM's eligibility

report (vegetation), the BLM should also identify and protect the unique and outstanding wildlife and recreation values found along this stream. #5])>

The landscape surrounding Potter Creek is naturally contiguous with, and an essential ("regionally important") component of, the wildlife habitat (and ORV) identified by the BLM for adjacent Roubideau Creek (desert bighorn sheep). The features, condition, and importance of that wildlife habitat along Potter Creek is of importance equal to that found along Roubideau Creek.

Recreation opportunities found in and near the Potter Creek corridor correspond to the general wilderness character and wilderness characteristics for the area—specifically outstanding opportunities for solitude and for a primitive and unconfined type of recreation. While this type of recreation opportunity is slightly different from the recreational ORV identified by the BLM for Roubideau Creek (that ORV based primarily in the popularity of that stream corridor), it is an outstanding recreational opportunity nonetheless. Indeed, the more primitive and solitude-preserving recreation opportunities noted here for Potter Creek are also present in Roubideau Creek. Roubideau Creek and its corridor are included in the Roubideau (Camel Back) Wilderness Study Area, which is necessarily defined by those same backcountry recreation opportunities.

<([#35 [39.1] Meanwhile, the BLM's decision to remove the one outstandingly remarkable value originally identified in the agency's eligibility report [for Potter creek] is in error. The BLM's rather arbitrary distinction between a classification as critically imperiled globally (G1) and vulnerable throughout its range (G2) is not well founded.

A plant community that is currently vulnerable throughout its range warrants the highest possible level of protection in each of its occurrences, lest damage from human activity, climate change, or other harmful factors translate vulnerable to imperiled. The best way to avoid plant community failures in the future is an active protection in the present. A finding of suitability, and accompanying protective management, is an appropriate and timely tool for this plant community.

A finding of wild & scenic suitability for Potter Creek—a finding most directly applicable to the lands in the stream corridor—will provide a highly reliable and enduring form of protection for the continued health of the rare plant communities identified in the BLM's eligibility report (narrowleaf cottonwood/strapleaf willow/silver buffaloberry riparian forest).

Federal ownership of 100% of this stream segment, and of 98.5% of corridor lands along the stream simplify the implementation of protective management through a finding of wild & scenic suitability. The 44.3 acres of private land are located at the far lower end of the stream segment, further simplifying protective management, especially if that management were applied specifically to the federal lands.

We recommend that the full length of the Potter Creek be found suitable, applicable at least to the federal lands in the stream corridor. The stream's outstandingly remarkable values should continue to include the highlighted vegetation communities, and they should be expanded to include recreational opportunities and wildlife habitat. #35])> <([#6 [39.1] Roubideau Creek Segment 1

This stream is an important feature flowing through and enhancing lands with wilderness character and characteristics, both within the long-standing Roubideau (Camel Back) Wilderness Study Area and in the larger citizens' wilderness proposal of the same name. The stream is also associated with national forest lands upstream that have been congressionally designated for

protection of wilderness values. These wilderness values should be considered and protected through strong protective management for this stream and its corridor.

The BLM's classification of this stream segment as wild affirms those wilderness characteristics and values, and further warrants strong protection for the stream and corridor. Protection of this stream will benefit private lands downstream and will help ensure continued healthy streamflow and water quality contribution to the Gunnison River.

A finding of wild & scenic suitability for Roubideau Creek Segment 1—a finding most directly applicable to the lands in the stream corridor—will provide a highly reliable and enduring protection for the continued health of the ORVs identified in the BLM's eligibility report, including: rare plant communities (narrowleaf cottonwood/strapleaf willow/silver buffaloberry riparian forest); wildlife (northern leopard frog, desert bighorn sheep); cultural; and recreational (primitive and non-mechanical exploration and exercise).

Federal ownership of 93% of this stream segment, and of 94.8% of the land in the stream corridor simplifies the effective implementation of protective management. We recommend that the full length of the Roubideau Creek Segment 1 be found suitable, applicable at least to the federal lands in the corridor.

#6])> <([#7 [39.1] Roubideau Creek Segment 2

The continued health of this stream segment is an important community and ecological priority, and the BLM's future management of its lands along that stream should ensure the continued vibrancy of the outstanding wildlife and vegetation values found there. The relatively low percentage of federal land ownership along the stream and in the stream corridor (45.5%, 60.2%) makes management under a finding of wild & scenic suitability difficult. Other protective designations and measures should instead be used for Roubideau Creek Segment 2.

#7])> <([#8 [39.1] Deep Creek

The continued health of this stream segment is an important community and ecological priority, and the BLM's future management of its lands along that stream should ensure the continued vibrancy of the outstanding wildlife and vegetation values found there.

In particular, the critical rarity of greenback cutthroat trout warrants the highest level of protective management, especially management and cooperative measures to ensure reliable and seasonally natural stream flows.

The relatively low percentage of federal land ownership along the stream and in the stream corridor (22.7%, 15.8%) makes management under a finding of wild & scenic suitability difficult. Other protective designations and measures should instead be used for Deep Creek, so long as those other methods continue to successfully protect the trout and its habitat.

#8])> <([#9 [39.1] West Fork Terror Creek

The continued health of this stream segment is an important community and ecological priority, and the BLM's future management of its lands along that stream should ensure the continued vibrancy of the outstanding wildlife and vegetation values found there.

The relatively low percentage of federal land ownership along the stream and in the stream corridor (39.2%, 47.5%) makes management under a finding of wild & scenic suitability difficult. Other protective designations and measures should instead be used for West Fork Terror Creek, so long as those other methods continue to successfully protect the trout and its habitat. #9])>

<([#10 [39.1] Beaver Creek

Traversing a narrow corridor of public land, this stream holds important potential for preserving and enhancing stream-related natural values for a broad, otherwise private-land, geography. The

creek is also an important contributing tributary to the San Miguel River. Federal land ownership of nearly 100% will simplify effective implementation of protective management.

We recommend that the full length of Beaver Creek be found suitable with modifications recommended by the SWRAC. #10])>

Dry Creek

This stream traverses a uniquely un-roaded landscape, providing important wildlife support and general ecological vibrancy. It is also a seasonally large streamflow contributor to the San Miguel River.

The very distinctive scenery and geology of the area—formed in large part by the creek itself—warrant strong protective management for the stream and corridor.

Nearly 100% federal ownership of land along the stream corridor, and extensive federal land beyond the corridor, simplify effective implementation of protective management.

<([#11 [39.1] We concur with the SWRAC recommendation that the Dry Creek segment may be sufficiently protected by ACEC designation and no-surface-occupancy stipulations, so long as those alternative measures continue to protect the stream's free-flowing condition and identified ORVs.

#11])> <([#12 [39.1] Naturita Creek

This rare habitat for exemplary populations of endangered native fish and/or fish species of concern warrants the strongest possible protection, for both streamflows, related corridor vegetation, and water quality.

While the low percentage of federal ownership along the corridor might preclude a finding of suitability or wild & scenic designation, other immediate, effective, and enduring administrative protections—including cooperative measures with landowners and with other government agencies—should be included in the resource management plan and its implementation. #12])>

<([#13 [39.1] Saltado Creek

Traversing a relatively narrow corridor of public land, this stream holds important potential for preserving and enhancing stream-related natural values for a broad otherwise private-land geography. The creek is also an important and reliable streamflow-contributing tributary to the San Miguel River.

The healthy and remarkably undisturbed nature of this segments riparian vegetation and soils, worthy of strong protection itself, helps ensure clean streamflow in the San Miguel River.

100% federal land ownership along the lower four miles of the segment simplifies effective implementation of protective management.

We recommend that the full length—certainly the federally owned portion—of Saltado Creek segment be found suitable with modifications recommended by the SWRAC. #13])>

<([#14 [39.1] San Miguel River Segment 1

This large, regionally iconic river is inherently significant, and it provides important streamflow contribution to the Dolores River, itself severely diminished above its confluence with the San Miguel. This flow contribution is particularly important for the surviving population of endangered native fish, and/or fish species of concern, inhabiting the portion of the Dolores River just below that confluence. With flows from the upper reaches of the Dolores still highly variable and generally low, the San Miguel flow contribution is critical and must be protected. This segment includes unparalleled scenery and attendant natural and cultural features. The patchwork of federal-private land ownership along the segment may complicate protective management, but the segment's features warrant the extra effort that might be necessary to

BLM_0155893

secure a finding of suitability and to implement cooperative measures to protect those features. We recommend that all of San Miguel River Segment 1 be found suitable. #14])>

<([#15 [39.1] San Miguel River Segment 2

This relatively short segment of the San Miguel River contains unusually undisturbed stream and corridor features, warranting the strongest possible protection. The corridor includes stunning geological and landform scenery, much of it formed by the river itself, along with a uniquely undisturbed and vibrant riparian ecosystem.

Federal land ownership along the segment is 100%, simplifying effective implementation of protective management.

We recommend that San Miguel River Segment 2 be found suitable with modificationsrecommended by the SWRAC.

#15])> <([#16 [39.1] San Miguel River Segment 3

This segments uniquely wild condition affords recreational experiences important to local economy and to local sense of place. The segment also provides critical habitat for endangered native fish and/or fish species of concern, which must be protected in order to ensure continued local use of the river's flows.

While federal land ownership along the segment is only 72.5%, the bulk of private land is found at one location, facilitating the cooperative measures important for implementing protective measures essential for this segment.

We recommend that San Miguel River Segment 3 be found suitable with modificationsrecommended by the SWRAC.

#16])> <([#17 [39.1] San Miguel River Segment 5

In addition to ensuring strong and enduring protection for the public lands segments of the river traversing primarily federal public lands, the BLM should engage landowners and other land managers in Segment 5 to ensure cooperative measures to a) protect a continuous healthy stream corridor and b) to ensure natural-hydrograph flow contributions to the Dolores River. These and other measures should be undertaken to, among other things, enhance and preserve important habitat for imperiled native fish noted in the BLM's Final Eligibility Report.

We recommend that San Miguel River Segment 5 be found suitable with modifications recommended by the SWRAC.

#17])> <([#18 [39.1] San Miguel River, segment 6

This final segment to the San Miguel River's confluence with the Dolores River is of critical importance to a) preserve the beauty and natural dynamics of the confluence, to ensure a final, reliable, and healthy contribution to streamflows important for imperiled native fish uniquely flourishing in the segment and just downstream from the confluence, and c) to protect and enhance the healthy native riparian vegetation along the segment.

While less than 70% of the land along segment is federally owned, 100% of the final two miles above the confluence is federally owned, facilitating effective implementation of protective management.

We recommend that San Miguel River segment 6—or at least the federal portion—be found suitable with modifications recommended the SWRAC.

#18])> <([#19 [39.1] Tabeguache Creek Segment 1

This stream traverses a uniquely un-roaded, wild landscape on public lands, providing important wildlife support and general ecological vibrancy along the stream itself, and complementing congressionally designated national forest lands protected upstream.

Reliable protection is also needed for the segment's uniquely and flourishing riparian vegetation

communities, and noted in the BLM's Final Eligibility Report.

Federal land ownership along the segment is 100%, simplifying effective implementation of protective management. We recommend that Tabeguache Creek Segment 1 be found suitable with modifications recommended by the SWRAC.

#19])> <([#20 [39.1] Tabeguache Creek Segment 2

This segment contributes reliable and significant volume of streamflow to the San Miguel River, and the health of segment should be protected in order to maintain and enhance the quality of the contributed streamflows.

The segment's superior examples of unique stream-dependent riparian vegetation communities should themselves be preserved and enhanced.

Although less than 70% of the land along the segment is federally owned, 100% of the land immediately above the stream's confluence with the San Miguel River is federally owned. This facilitates effective implementation of protective management.

We reluctantly concur with the SWRAC recommendation that the free-flowing condition and outstandingly remarkable values of Tabeguache Creek Segment 2 be protected by means other than w&s suitability.

#20])> <([#21 [39.1] Lower Dolores River

Few rivers in the southwestern United States boast the stunning scenery, distinctive and colorful geology, and outstanding recreation opportunities as those found along the Dolores River. The heart of a broader landscape of ecologically rich public lands (well beyond a one-quarter-mile-each-side wild and scenic study corridor), the Dolores River is an essential element of larger land values and of management decisions affecting those values. Because this iconic river is already significantly diminished and threatened by river impoundment upstream of the UFO study area, every possible protection must be applied to the river and to its corridor. A decisive finding of suitability is essential to, and appropriate for, that protection.

The esthetically and economically important recreation opportunities provided by the Lower Dolores River segment present sufficient justification for protecting the natural appearance and health of that segment. The existence of healthy populations of regionally imperiled native fish, as noted in the BLM's eligibility and suitability reports, make that protection even more important.

In conjunction with a finding of suitability, and protective management, for the San Miguel River segments upstream, corresponding protections for this segment complete an important recognition of the two rivers' importance, locally and nationally.

While just over 65% of the land along the segment is federally own, 100% of the upper portion of the segment is federally owned. This facilitates effective implementation of protective management for that federal portion; it also facilitates—and warrants— cooperative agreements and actions in the lower portions, lined primarily by private land, to help complete that protective management.

We recommend that that full length of Lower Dolores River segment—or at least the upper federally owned portion—be found suitable with modifications recommended by the SWRAC.

#21])> <([#22 [39.1] North Fork Mesa Creek

This segment warrants the strongest of protective measures for two basic reasons. First is the BLM-recognized presence of globally imperiled narrowleaf cottonwood/strapleaf willow/silver buffaloberry riparian woodlands along the segment. Second, and related, the segment contributes perennial, high quality streamflows to Mesa Creek, and thus to the severely depleted Dolores River itself.

A finding of suitability for this segment corresponds to the BLM's separate finding of eligibility for the upstream segment of the North Fork. In any case, the Uncompahgre and Grand Junction field offices should confer and protect effective coordinated protective management for both segments.

While just over 68% of the land along the segment is federally owned, 100% of the upper portion of the segment is federal. This facilitates effective implementation of protective management, and facilitates the implementation of cooperative agreements and actions for portions of the segment lined with private land.

We reluctantly concur with the SWRAC recommendation the free-flowing condition and outstandingly remarkable values of North Mesa Creek be protected by means other than w&s suitability.

#22])> <([#23 [39.1] Dolores River, segment 1

Identified as eligible in the San Juan Public Lands management plan, this segment complements and is essentially a component of Dolores River Segment 2. As such, its extensive and diverse outstandingly remarkable values and values-related flows, warrant the highest possible protection.

Suitability is consistent with the values and protective management for the adjacent Wilderness Study Area.

Such protections are described in our comments related to Dolores River Segment 2, and we advocated those protections for Dolores River segment 1 as well.

We recommend that the full length of Dolores River segment 1 be found suitable with modifications recommended by the SWRAC.

#23])> <([#24 [39.1] Dolores River Segment 2

Few rivers in the southwestern United States boast the stunning scenery, distinctive and colorful geology, and outstanding recreation opportunities as those found along the Dolores River. The heart of a broader landscape of ecologically rich public lands (well beyond a one-quarter-mile-each-side wild and scenic study corridor), the Dolores River is an essential element of larger land values and of management decisions affecting those values. Because this iconic river is already significantly diminished and threatened by river impoundment upstream of the UFO study area, every possible protection must be applied to the river and to its corridor. A decisive finding of suitability is key to that protection.

With the longest and most diverse list of outstandingly remarkable values (seven) recognized in this segment, the segment is eminently qualified for the highest possible protective status and measures.

The healthy presence of regionally imperiled native fish in this segment and downstream, as recognized in the BLM's Final Eligibility Report, the importance of protecting the stream and supportive corridor in this segment is greatly magnified.

Only 47% of land along the segment is federally owned, but 100% of the corridor land in the upper half of the segment is federal. This facilitates the effective implementation of protective measures in that federal portion and facilitates cooperative agreements and measures for providing similar protections to the rest of the segment.

We recommend that the full length of Dolores River segment 2—or at least the federally owned upper portion—be found suitable with modifications recommended by the SWRAC.

#24])> <([#25 [39.1] Ice Lake Creek Segment 2

This important tributary to La Sal Creek warrants strong protection for it free-flowing condition, water quality, and stream corridor values. We concur with the SWRAC recommendation that,

BLM_0155896

because of its short length and concerns about adjacent land and water uses, Ice Lake Creek should be protected by means other than w&s suitability. #25])>

<([#26 [39.1] La Sal Creek Segment 1

We concur with the SWRAC recommendation that, because of extensive private land ownership in the segment, the values of La Sal Creek Segment 1 should be protected by means other than w&s suitability. #26])>

<([#27 [39.1] La Sal Creek Segment 2

This stream traverses a distinctive canyon corridor, affording a stunning backdrop to outstanding recreation opportunities. The stream itself provides important streamflow source for the Dolores River, and it includes essential and healthy riparian environment in an otherwise arid area.

The presence of healthy populations of regionally imperiled native fish, and the presence ofglobally rare riparian ecosystem, provide complete justification for the strongest possible protective status and measures in this segment. In addition, the segment provides essential streamflows and healthy continuity for riparian habitats in the Dolores River Canyon Wilderness Study Area immediately downstream, and to the Dolores River itself.

Federal land ownership along the segment is 84.5%, facilitating effective implementation of protective management, particularly in the upper portion, which is 100% federal. We recommend that La Sal Creek segment 2 be found suitable with modifications recommended by the SWRAC. #27])> <([#28 [39.1] La Sal Creek, segment 3

If ever a stream segment were suitable under that definition of the Wild and Scenic Rivers Act, this is one. The segment lies wholly within the Dolores River Canyon Wilderness Study Area, supporting regionally rare riparian and scenic vibrancy. That habitat health is reflected in the presence of healthy populations of regionally imperiled native fish.

In addition, La Sal creek is among the more significant streamflow contributors to the severely depleted Dolores River.

Federal ownership of land along the segment is 100%, facilitating—and requiring—the strongest possible form of protective management. We recommend that the full length of La Sal Creek segment 3 be found suitable.

#28])> <([#29 [39.1] Lion Creek

This stream traverses important un-roaded geography, including distinctive canyon features on both sides. It also contributes seasonal streamflows to La Sal Creek, which itself is so important to surround wilderness-quality lands and to the Dolores River.

While the length, location and federal ownership percentage of Lion Creek may not warrant a finding of suitability, the segment—and its streamflows—should be protected in other manners to ensure its continuing contribution to the health of the watershed.

#29])> <([#30 [39.1] Spring Creek

This stream traverses important un-roaded geography, including distinctive canyon features on both sides. It also contributes seasonal streamflows to La Sal Creek, which itself is so important to surrounding wilderness-quality lands and to the Dolores River.

While the length, location and federal ownership percentage of Spring Creek may not warrant a finding of suitability, the segment—and its streamflows—should be protected in other manners to ensure its continuing contribution to the health of the watershed. #30])>

<([#31 [39.1] Additional river segment

Roc Creek

Current w&s eligibility status for Roc Creek segments in the Manti-La Sal National Forest management plan warrant equal or stronger status and protection for segments in the UFO

planning area, where Roc Creek traverses unique and sensitive areas with wilderness characteristics (both as identified by citizen inventory and by the BLM's own wilderness characteristics review) and other unique stream-related features.

The UFO's failure to find Roc Creek even eligible is doubly incongruous, both in light of those remarkable stream-related values and in light of the Manti-La Sal National Forest's determination that its portion of Roc Creek is eligible (with Wild classification and with Scenic and Geologic/Hydrologic Outstandingly Remarkable Values identified).

This should be corrected with UFO affirmation of Roc Creek's eligibility, plus determination that it is suitable.

#31])> <([#36 [39.1] Summary

We recommend that the BLM reach a finding of suitability, and implement corresponding strong protective management measures for:
• Monitor Creek
• Potter Creek
• Roubideau Creek Segment 1
• Beaver Creek
• Saltado Creek
• San Miguel River Segment 1
• San Miguel River Segment 2
• San Miguel River Segment 3
• San Miguel River Segment 5
• San Miguel River Segment 6
• Tabeguache Creek Segment 1
• Lower Dolores River
• Dolores River Segment 1
• Dolores River Segment 2
• La Sal Creek Segment 2
• La Sal Creek Segment 3
• Roc Creek

#36])> <([#37 [39.1] We recommend that the BLM implement the strongest possible protective management

measures, other than a finding of wild & scenic suitability, for:
• Gunnison River Segment 2
• Roubideau Creek Segment 2
• Deep Creek
• West Fork Terror Creek
• Dry Creek
• Naturita Creek
• Tabeguache Creek Segment 2
• North Fork Mesa Creek
• Ice Lake Creek Segment 2
• La Sal Creek Segment 1
• Lion Creek Segment 2
• Spring Creek

#37])> Thank you very much for your careful consideration of these comments.

Sincerely,

BLM_0155898

Matt Rice
Director, Colorado River Basin Program
American Rivers
1536 Wynkoop St, Denver, CO 80202
303-454-3395
mrice@americanrivers.org

000407_BachranM_20161029  Organization: Mary Bachran
Received: 10/29/2016 12:00:00 AM
Commenter1: Mary Bachran - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison 12/13/2016 12:00:00 AM
Attachments: 000407_BachranM_20161029.htm  (000407_BachranM_20161029-388430.htm Size = 4 KB)
UFORMP_000407_BachranM_20161029.pdf  (000407_BachranM_20161029-388431.pdf Size = 509 KB)
Submission Text
Mary Bachran <marybachran@gmail.com> Sat, Oct 29, 2016 at 10:26 AM

511 Box Elder Ave
Paonia, CO 81428
970-433-1433

I have lived in the North Fork Valley since 2002. My father moved here in 1980 and farmed a small acreage above the town of Paonia until 2008, at the time of his death. I was part of that operation during his life and remain connected to the people who bought his land and have continued to farm it in the intervening years.

My father moved here to come back to a place that replicated his youth growing up on the west side of Grand Mesa, where his father ranched until he lost the land during the 1930's. Our family has a long history on the Western Slope of Colorado, beginning in the late 1800's when my great-great grandfather worked in the mines in Aspen and lost his life there. All the generations of my family have lived close to the land, nurtured it and were nurtured by it. We appreciated the clean air, the pristine water, the abundance of wildlife, the silence and the stars.
Allowing oil and gas development in this small valley will endanger all of that and profit only a few who have no stake in the history and legacy of this land.

I am not a farmer, but I do grow organic fruit, vegetables and flowers on my small plot of land inside the city limits of Paonia. I take my dog for a hike every morning on Jumbo Mountain and am fed by the views unencumbered by smoke, the air that carries the scent of sage, cedar and

juniper, not the stench of diesel fuel exhaust, and the silence broken only by my breath and the soft sound of paws and feet on dirt. I treasure the ability to walk in the wilds, just minutes from my home, to grow my garden knowing the air and water I use are not tainted by industrial pollutants, to hear my neighbors, not trucks. I am thrilled to be able to drink local wines made with unpolluted grapes, to eat organic foods created by local farmers, ranchers and artisan chefs, to watch the kids in town roam the streets in safety, parents not worried about the influx of crime and drug use that gas development brings to the surrounding communities. I am grateful that the air is not laced with BTEX and ozone and that babies will not develop asthma, or other breathing disorders, due to the pollution associated with gas development. I love my home. I love my town. I love this valley. And I want to keep it clean.

I have studied the impacts of oil and gas development across the nation, but particularly in Rifle and Parachute and the surrounding areas. I have seen the changes there, dealt with the huge uptick in truck traffic, air pollution, light pollution, noise pollution. I have read about the health effects to the people living adjacent to this type of industrial development. Not just the operating wells, but the drilling, the waste water ponds, the spills and leaks. I do not want the North Fork Valley to become a sacrifice zone. I do not want to see us become another Rifle or Parachute. We have too much to lose for a short term monetary gain that won't even be felt by most of the people who live in this area. This Valley is a treasure and should be protected as such. I urge the BLM to include all the actions in the North Fork Alternative (B1) in the final RMP. This includes the communities of Paonia, Crawford and Hotchkiss, the lands that surround them, the watersheds that provide all our water (municipal, irrigation and free running), the wildlife, their ranges and migration corridors, and the air we all breathe. I want to see long term protection for all our resources.

I also urge you to include all the conservation protections included in Alternative B. I especially want to see Jumbo Mountain designated at a Special Recreation Management Area to preserve the trails and woods that I use almost every day of the year.

Please protect this Valley and the lives and work of those who live here. You are welcome to contact me for any assistance I can provide. Thank you for your attention.

Sincerely,
Mary Bachran


000408_BattenD_20161027  Organization:  Dave Batten
Received: 10/27/2016 12:00:00 AM
Commenter1: Dave Batten - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali

BLM_0155900

Attachments: 000408_BattenD_20161027.htm  (000408_BattenD_20161027-386402.htm  Size = 7 KB)
Submission  Text
11/1/2016  DEPARTMENT OF THE INTERIOR Mail - Comments on the Uncompahgre district RMP
https://mail. google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS %20comment&search=cat&th=158079550cb5b7ea&siml=1580795…  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Comments on the Uncompahgre district  RMP
1 message
Batten, David <David.Batten@enmu.edu>  Thu, Oct 27, 2016 at 1:18 PM
To: "uformp@blm.gov"  <uformp@blm.gov>

Attached are my comments on the RMP.

Thank you for the opportunity  to help you make these important  decisions  for the future of our public  lands.

Dave Batten
Confidentiality  Notice:
This e-mail, including  all attachments, is for the sole use of the intended  recipient(s) and may contain confidential  and privileged  information  as defined
under FERPA. Any unauthorized  review, use, disclosure or distribution  is prohibited  unless specifically  provided  under the New Mexico Inspection  of
Public Records Act. If you are not the intended  recipient, please contact the sender and destroy all copies of this message
BLMRMPMyComments.docx
32K

Dear Uncompaghre Field Office Managers,
Thank you for allowing  me the opportunity  to make comments to the Uncompahgre Field Office Draft Resource Management Plan. I appreciate the immense effort required  to provide these alternatives  for public  review. I understand how difficult  it is to choose a rational path between the many competing  interests  for public  land.
In general, I applaud  the compromises  that you have reached in your recommendation  of Alternative D. I have some specific suggestions  to make considering  ways to strengthen the protections  for our federal lands under your administration.
<([#1 [39.1] Starting with the Wild  and Scenic Rivers designation, I appreciate your including the
sixteen segments in Alternative D, and I believe it is very important  to include  all these segments in the final version of your RMP. I strongly  support protecting these segments for their outstanding  values and their free-flowing  streams. I do question the wisdom of excluding  some segments of continuous  streams with wild  and scenic characteristics. I would  encourage you to include  most of the segments that are included  in Part B but currently  are not included  in Part D. I especially encourage you to give all of the Dolores segments the strongest protections  that you can, in order to help rectify the mistakes made by the Grand Junction  and Tres Rios districts in

the past. #1])>

<([#3 [39.1] On the other hand, I also see no point in giving wild and scenic status to tiny and isolated sections of streams, such as the Gunnison River segment 2, Deep Creek, and Terror Creek, though I support maintaining other kinds of protections on these segments. I feel that the protections provided for these segments by Alternative D are sufficient, even if those segments are not suitable for inclusion in the WSR designation.
#3])>

Wilderness characteristics and ecological protection. In general, I support the maximum amounts of wilderness-protection. I favor protections that encourage diversity of plants and wildlife. I hate to see declines in bird populations for example, and favor measures that ensure survival of declining species, such as the Gunnison Sage Grouse. The same applies, of course, to mammals, insects, and rare plants. For these reasons, I support the protections included in the Alternatives B and/or B.1, for the most part.

As a specific example, I visited the North Delta adobe badlands this summer, and was quite interested to learn that there are threatened or endangered plants in that area, including one species of wild buckwheat that occurs only in Montrose and Delta counties. At the same time, this area is part of the habitat of the small herd of pronghorns that is just hanging on to existence between Delta and Grand Junction. This landscape also harbors prairie dogs, and because of them, burrowing owls. I feel, therefore, that the maximum acreage should be extended protections in this area. I recommend reinstating the 6180 acres of lands with wilderness character into the final management plan, along with the full extent of the greater salt brush area of critical environmental concern. Finally, I know the BLM does not have sufficient funding to patrol areas as much as would be desirable, but it's important that BLM policies such as travel restrictions (i.e., motorized vehicles in wilderness study areas) be enforced.

Recreation. I favor foot traffic over other kinds of trail use, and I wish everybody else did, too. However, I recognize that people have strong feelings about their recreation choices, and so far on hikes I have never had a problem with other users on horses, bicycles, motorcycles or ATVs. In principle, for the sake of the plants and animals in our public lands, I favor the most limited travel options. I do recognize that much of the population of both locals and tourists have a variety of travel preferences, and don't take kindly to reductions in their choices of where they can go. I would rather have a friendly relationship with my fellow trail users than to insist that everybody have the exact same values as me.

Nevertheless, in order that you can make an educated decision as to the relative numbers involved in the range of opinions in our area, I will try to state my preference clearly. It is important to minimize damage to the soils and plant and animal life, so I favor closing some roads and trails to motorized and mechanized travel, and I favor seasonal closures for trails in sensitive wildlife areas. Therefore, I favor the protections built into Alternatives B and B.1. I recommend beefing up the acreage for travel restrictions as much as you consider the best possible compromise.

One last comment. <([#2 [11.3] I noticed in the air quality section of the draft RMP that you are planning for a threefold increase in $CO_2$ emissions in the next ten years (or perhaps that is over

the 2008 values), and I have a question. Aren't we bound by the Paris accords to reduce emissions of all greenhouse gases? I wonder if it shouldn't be a part of the RMP to make every effort to help get those greenhouse gases down in every aspect of government, which presumably includes considering the CO2 emissions of users of our public lands.

#2])> Once again, I would like to thank you for soliciting my opinion on these important issues. Constructing a resource management plan is a monumental effort, as evidenced by the three volumes of the draft plan and its supporting documents (and thank you, by the way, for including shapefiles in the supporting documents—they were very helpful for visualizing the spatial extent of the different plans). And thank you also for your good-faith effort to achieve a compromise between the myriad competing interests of the residents and other users of western Colorado's natural resources.

Sincerely,
Dave Batten
Citizen of Montrose City and County


000409_DayB_20161031  Organization: Black Canyon Audubon Society , Bill Day
Received: 10/31/2016 12:00:00 AM
Commenter1: Bill Day - Delta, Colorado 81416 (United States)
Organization1:Black Canyon Audubon Society
Commenter Type: Organization (nonprofit/citizens group)
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000409_DayB_20161031.htm (000409_DayB_20161031-386403.htm Size = 16 KB)
Submission Text
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
BCAS comments on RMP
1 message
Bill Day <billday@paonia.com> Mon, Oct 31, 2016 at 5:16 PM
To: uformp@blm.gov
Hi,
I am attaching UFO RMP comments from Black Canyon Audubon Society.
Thanks,
Bill Day
BCAS UFO RMP comments Oct 16 JH and BD review 2.docx
44K
October 30, 2016

RE: UFO Draft RMP
Black Canyon Audubon Society
PO Box 387

Delta, CO 81416
www.BlackCanyonAudubon.org

UFO Decision Makers,
Thank you for the opportunity to comment on the Bureau of Land Management – Uncompahgre Field
Office (BLM-UFO) Resource Management Plan (RMP). Following are the comments from Black Canyon
Audubon Society, which has approximately 300 members, most of whom live in the UFO planning area:
We appreciate all of BLM's work on the RMP. We consider it to be extremely important and a big
improvement over the current plan. Most of the Draft RMP agrees with our general public land planning
beliefs, including the following:

-Planning has to look at future conditions, including climate, demographics, and what the real
economy will be like, not what it has been or we wish it would be.
-With the future population and recreational use, the multiple-use mandate can only be achieved
through zoning and special designations. Unfortunately, it takes more planning to achieve the
same results when we have more people.
-No Surface Occupancy (NSO) and No Ground Disturbance (NGD) stipulations should be used to
protect much of BLM surface ownership.
-Cumulative impacts should be considered, including past actions or inactions as well as future
actions.
To briefly summarize our view of the RMP, we believe that only Alternatives B and B1 adequately
address our interests in many parts of the plan. Only Alternatives B and B1 really plan for long-term and
UFO-wide wildlife habitat, and for non-consumptive uses and non-motorized recreation. Our most
serious problem with the other alternatives is their lack of habitat connectivity and shortage of
undeveloped core areas of habitat.
Following are our comments on specific lines of the alternatives and their impacts:
Table 2-1, page 2-11, Restrictions for Ground Disturbing Activities, No Ground Disturbance. Alternative
B is excellent, and is very important. The other alternatives do not include enough NGD.
The following lines are from Table 2-2:
<([#2 [11.1] Lines (L) 17-19. The actions here are the same, but they all require preserving
connectivity, which shows the necessity of incorporating all of the Ecological Emphasis Areas
(EEAs) from Alternative B into the preferred alternative. BLM discusses this on page 4-151, and
we agree. "These protections would provide the most intact natural landscapes, the greatest
amount of corridor conservation for species movements, and the greatest resiliency against
climate change or other long-term changes that might require species or communities to move
over time." #2])>

BLM_0155904

L 44. No lease setbacks. The larger setback from Alternative B1 is better.

<([#3 [37.1] [3] L 45-50, and L55. Municipal water setbacks. No Surface Occupancy stipulations as described for Alts C and D do not allow for as much protection of this critically important resource as No Lease. Under C and D horizontal drilling could occur sub-surface under a flood plain, irrigation canal, reservoir, and water course, introducing the possibility of major water pollution and degradation. The rationale for larger setbacks and/or No Lease stipulations can be found by examining how far toxic chemical plumes have travelled at various locations around the state, such as at Leaking Underground Storage Tanks and chemical use facilities at Commerce City and Denver. For example, the underground VOC plume and Superfund clean-up at Chemical Sales Co. covered 5 square miles. L 69. Exemplary, ancient, rare, and relict vegetation. Only Alternative B has NGD and NSO stipulations. These should be in the final preferred alternative. #3])>

<([#4 [3] [14.1.1] L 71. Non-game wildlife. Alternative B is good. We do not agree with Alternative D's plan to manage all land primarily for resource production and big game, except for special designations and a few others. This prioritization needs to change and/or all of the proposed EEAs and Areas of Critical Environmental Concern (ACECs) from Alternative B need to be included in Alternative D.

#4])> <([#5 [14.1.1] L 103-105. Ecological Emphasis Areas (EEAs). Numerous reasons, from page 4-129 and 130, and Volume 3 Appendix D introduction, from this RMP show that only Alternative B is sufficient. All of the EEAs in their full size and management from Alternative B should be incorporated into the final preferred alternative. Among these reasons are the previously mentioned need for more elevations for wildlife to use in adapting to climate change; the loss of most migration routes in the past, which should be considered under cumulative impacts of past management; and the importance of big game on local economies.
The Naturita, Dry Creek, Tabeguache, and Adobe EEAs should be carried forward to the preferred
alternative in their full Alternative B sizes. Adobe, as it is in Alternative D, is insufficient because much of the white-tailed prairie dog habitat is omitted. This includes one of the UFOs few recent burrowing owl nests.

#5])> <([#6 [3] L. 127. Migratory birds. Alternatives B and D are good. Lines 126 and 128 are good in mentioning lists of species, but don't tell us what actions might be taken. In all cases, the habitat needs to be protected even when the birds are not nesting.

#6])> <([#7 [16.1] L 133. Special Status and Sensitive Species (SSS). Maybe some combination of Alternatives B and D would be better. Preserving habitat is usually best, but Alternative D doesn't include enough habitat protections. Apparently no Pinyon-Juniper species are included in Alternative D.

#7])>

<([#8 [16.1] L 177. NGD in prairie dog towns. Alternative B is better because of the slightly earlier closure, but NGD should apply all year, because of the status of the two prairie dog species and other SSS that rely on them.

#8])> <([#9 [16.1] L 178. No shooting in prairie dog towns. Hunting could be allowed, but not target shooting, which could be done elsewhere. It is hard to say that BLM is trying to preserve the Special Status Species otherwise.

#9])> <([#10 [35.1] L251. Visual Resources. Alternatives B and B1 are much better for wildlife and recreation. We agree with this RMP in Volume 2, page 4-132 that Visual Resource Management (VRM) Classes I and II are important.

BLM_0155905

#10])> <([#13 [20.1] L 265. Lands with Wilderness Characteristics (LWCs). We agree with this document, which calls LWCs core areas regarding wildlife on page 4-154. All of the few remaining eligible areas should be managed to protect their wilderness characteristics. #13])> <([#12 [3] L 332-336. No Leasing (NL) and No Surface Occupancy (NSO). We generally agree with Alternative B1 regarding Line 333, No Leasing and Line 336 No Surface Occupancy stipulations. NSO is especially needed for Exemplary vegetation, all EEAs, the larger four- mile buffer around Gunnison sage-grouse leks, VRM Class 1, and for the areas described in Alternative B1's list, including setbacks from water, agricultural areas, and big game migration corridors.

#12])> <([#14 [27.1] L 380. Special Recreation Management Areas (SRMAs). We favor SRMAs in general and support BLM's effort to manage these areas through zones. We are concerned about the possibility of causing too much human activity to be drawn towards some of the most important wildlife habitat, which is discussed well on page 4-135. Recreation, especially motorized recreation, has to be planned carefully in or near the EEAs and other important wildlife areas. Most of these areas, such as Jumbo Mountain (in its Alternative B full size), are probably fine. It is pretty hard for commenters to tell how the areas overlap, with which uses and zones in different alternatives. BLM has to plan this very carefully, regardless of what general comments say. Dry Creek, Spring Canyon, and Ridgway/Kinikin Hills might be especially important ones to look at closely.

#14])> <([#15 [32.1] L 478 and 480. Travel closures. Alternative B is better because it has more ACECs and EEAs and includes elk calving areas.

#15])> <([#16 [9.1] L 524. Areas of Critical Environmental Concern (ACEC). Again, we prefer Alternative B. Proposed areas that don't qualify have already been eliminated. La Sal, Salt Desert, and Tabeguache should be included in the final preferred alternative. Some of the others, including the Gunnison Sage-grouse ACECs, should get at least EEA or similar status.

#16])> <([#17 [39.1] L 586. Wild and Scenic Rivers. It is hard to see why any of the segments that are really suitable would not be included. If any have to be left out, maybe segments too small to manage could be. Alternative B makes more sense.

#17])> <([#18 [14.1.3] Page 3-66. Habitat fragmentation is understated. The part about damaging some species and benefiting others is misleading. Typically, fragmentation is detrimental to species (such as Sage-grouse) that can afford disturbance the least because they have already declined. Changes resulting in habitat fragmentation usually only benefit the few species (ravens, red fox) that are already increasing.

#18])> <([#19 [2] Page 3-80. Prairie dogs. BLM accurately says threats include plague, habitat loss, and recreational shooting. BLM has most of the responsibility for the survival of these two declining species and for the other species that depend on them.

#19])> <([#20 [16.2] P 3-82. Burrowing owls. Burrowing owls have been observed for most of the last several years in the part of the Salt Desert ACEC that is not proposed as an EEA in Alternative D, according to reports on West Slope Birding Network.

#20])> <([#21 [3] Volume 2, pages 126-135. This section (4.3.5 Environmental Consequences, Fish and Wildlife) is all very good, and explains very well why only Alternative B satisfies the Multiple Use components of wildlife and non-motorized recreation, especially regarding the designations of LWCs, EEs and ACECs. All of the travel management and energy citations on pages 129 and 130 should be considered in every part of the RMP.

#21])> <([#22 [5.7] Page 4-8. Cumulative impacts. We like the example of migrating elk as a resource that has been affected by past and current actions. This is exactly the case (along with

mule deer) throughout the UFO and is why we believe all of the proposed EEAs from Alternative B should be in the eventual preferred alternative.
#22])> <([#23 [16.1] Page 4-142. Special Status Species. The bullets on NGD and especially on roads are good. Road density and distance of roads from Special Status Species is as important as anything in this plan. This is why we need more EEAs, LWCs, and ACECs in Alternative D. #23])> <([#24 [16.1] Page 4-153. BLM discusses the much lessened impacts to Special Status Species under Alternative B, due largely to the larger area of EEAs and ACECs. This summarizes what we think is the most important part of the RMP and why we want to see all of these protected areas put into the final preferred alternative.
#24])> <([#25 [30.3] Pages 4-460 and 461. We agree with BLM that special designations, including wilderness, increase nonmarket values, property values, and economic activity. Actions that emphasize resource development have greater negative impacts on nonmarket values and quality of life. This applies to oil and gas development in particular.
#25])> <([#26 [5.6] Page 4-484. NEPA requirement for short term use versus long term productivity. As BLM states, Alternative B provides the greatest long-term productivity. This should be a big part of planning, and it makes it hard to justify considering the more resource production oriented alternatives.
#26])> <([#27 [3] Volume 3, Table B-6, No Ground Disturbance stipulations for surface disturbing activities. Alternative B is excellent. Alternative D does not have enough regarding soil, wildlife, visual resources, cultural, hydrology, public water, SRMAs, or ACECs. The LWC stipulations in Alternative D should be extended to all or most of the above. #27])>


<([#1 [5.3] Finally, we urge the BLM to take a serious look at "No Exit: Fixing the BLM's Indiscriminate Energy Leasing," published by The wilderness Societyhttps://wilderness.org/sites/default/files/TWS%20No%20Exit%20Report%20Web.pdf ). This report's veracity is born out by the RMP's preference to lease roughly 95% of the acreage within the UFO analysis area. Given that the US is now producing much more oil and gas domestically than it is using while damaging more habitat and non-mineral resources than at any time in the past century, it hardly makes sense for BLM to continue down the path of indiscriminate wholesale leasing. The glut of oil and gas is expected to continue for the near future while the extinction of flora and fauna species is expected to accelerate. It seems that the BLM is continuing the abandonment of its multiple use mandate in favor of leasing to multinational corporations for speculative purposes. This leasing obsession also flies in the face of the recent Paris Agreement on Climate Change. It is hypocritical to promise the rest of the world that we will reduce greenhouse gases as soon as possible while simultaneously encouraging domestic fossil fuel extraction via the BLM's leasing program. The BLM should adopt a policy of carefully analyzing its energy leasing program as well as site specific projects as it relates to the Paris Agreement and the quantities of greenhouse gases either generated or prevented from entering the atmosphere. #1])>
Summary
To summarize some of our main points, we think the BLM-UFO RMP document contains sufficient
reasons to incorporate all of the EEAs and LWCs and nearly all of the ACECs from Alternative B into the
final preferred alternative. This is the most important part of the plan for long-term preservation of the

BLM_0155907

remaining wildlife core areas and connectivity of the UFO. We also support Alternative B1 regarding oil
and gas development, and Alternative B regarding NGD stipulations.
These points are all made again in Table 2-6, Summary Comparison of Environmental Comparisons,
especially on Lines 6 and 9 (No ground disturbance), Line 15 (Fish and Wildlife / EEAs), Line 18 (Special
Status Species), Line 34 (LWCs), Line 43 (Fluid minerals), Line 65 (ACECs), and Line 87 (socioeconomics).
Thank you for considering our comments. We look forward to working further with the BLM and would
be happy to provide additional information on any of our comments if needed. We also look forward to
finalization of the Resource Management Plan.
Sincerely,
Jon Horn
President, Black Canyon Audubon Society
(970) 209-5404

Jon Horn Bill Day Robin Nicholoff
Black Canyon Audubon Society
PO Box 387
Delta, CO 81416
billday@paonia.com


000410_BolandB_20161027  Organization: Boyd Boland
Received: 10/27/2016 2:23:14 PM
Commenter1: Boyd Boland - Hotchkiss, Colorado 81419 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 000410_BolandB_20161027.htm (000410_BolandB_20161027-386584.htm Size = 29 KB)
Submission Text
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Comment on the Uncompahgre Draft Resource Management Plan
1 message
Boyd Boland <boyd.boland.paonia@gmail.com>  Thu, Oct 27, 2016 at 9:41 AM
To: uformp@blm.gov
To Whom It May Concern:

Please see the attached letter containing my comment on the Uncompahgre Draft Resource
Management Plan.
Sincerely,
Boyd N. Boland
BLM comment.docx
137K

13575 3740 Road
Hotchkiss, Colorado 81419
October 27, 2016
Project Manager, Uncompahgre RMP
Bureau of Land Management
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

Re: Draft Resource Management Plan: Uncompahgre Planning Area
To Whom It May Concern:

I write to comment in opposition to Alternative D, the BLM's preferred
alternative, contained in the Draft Resource Management Plan/Draft Environmental
Impact Statement for the Colorado Bureau of Land Management Uncompahgre Field
Office (the "Draft RMP").

<([#1 [5] Initially, it cannot be ignored that the Draft RMP is incomprehensible. It is
incomprehensible in its volume, totaling more than 1,985 pages. [Footnote 1: The Draft RMP
includes an Executive Summary and Chapters 1-3, totaling 673 pages; Chapters 4-5, totaling 496
pages; Appendix A (on a CD-ROM), totaling 254 pages; and Appendices B-Q, totaling 562
pages.]
It is incomprehensible in its massive use of cross-references. See, e.g., Draft RMP at
Table 2-2. It is incomprehensible in its content. See, e.g., id. at Appendix Q
(Equations 1-83). And it is incomprehensible in its adoption of a Preferred
Alternative without any meaningful explanation, analysis, or justification. See id. at
§2.5.1 (concluding without explanation that "[t]he Field Manager recommends
Alternative D as the preferred alternative" which "consists of components
(objectives and actions) of the other alternatives considered. . ."). #1])>
<([#2 [21.1] As you know, the North Fork Valley recently confronted many of the issues
raised in the Draft RMP in connection with the BLM's Preliminary Environmental
Assessment and proposed Finding of No Significant Impact concerning the August
2012 proposed lease sale of approximately 30,000 acres of public lands (the "2012
Proposed Lease Sale"). The BLM reported that, in response to the 2012 Proposed
Lease Sale, it received 2,982 comment letters during the public scoping period,
including letters from 2,904 individuals and 61 organizations. Final Environmental
Assessment, dated 11/16/2012. The 2012 Proposed Lease Sale received an
"overwhelmingly negative response . . . from ranchers, coalmen, farmers, anglers
and hunters," Mitchell Gershten, North Fork oil/gas lease sales are still a bad idea,

DELTA COUNTY INDEPENDENT, December 14, 2012, and the BLM ultimately withdrew the parcels. The public's strong reaction to the 2012 Proposed Lease Sale demonstrated the North Fork community's overwhelming opposition to oil and gas development. In the face of that recent experience, Citizens for a Healthy Community proposed the North Fork Alternative Plan, characterized as Alternative B.1 by the BLM, which reflects the community's sentiments. But once again, in connection with the Draft RMP, the BLM has ignored those concerns and proposes a pro-development plan.
#2])>
The major differences between the North Fork Alternative Plan (Alternative B.1) and the BLM's preferred plan (Alternative D) are that the North Fork Alternative Plan would "close certain areas to oil and gas leasing and would also impose development setbacks with strict surface use restrictions. . . ." Draft RMP at ES-8. See id. at 4-276 (noting that Alternative B.1 "would be the most restrictive to oil and gas exploration and development activities because a larger percentage of the planning area would be unavailable for leasing, and areas open to leasing would have major restrictions").

<([#3 [5.3] The Draft RMP generally fails to compare the North Fork Alternative Plan (Alternative B.1) to the BLM's preferred alternative (Alternative D), but in the few instances where a comparison is made it is apparent that Alternative B.1 presents the more sensible alternative. #3])> For example, the Draft RMP reports:

1. <([#4 [5.6] Oil and Gas Development Will Affect the North Fork Valley Disproportionately. "Nearly all management actions proposed in Chapter 2 are planning-level decisions rather than implementation decisions and do not result in direct, on-the-ground changes," but "decisions could result in on-the-ground changes." Id. at 4-1. "The Uncompahgre Field Office . . . Reasonably Foreseeable Development Scenario . . ., based on federal minerals and without any development restrictions estimated that up to 418 new exploratory and development coalbed natural gas and conventional gas wells could be drilled on BLM surface and split-estate within the decision area during the planning period. . . ." Id. at 4-2. "Most oil and gas development on BLM-administered lands within the planning area has been in the North Fork of the Gunnison River area." Id. at 4-10.
#4])>
2. Impacts on Air Quality. "In general, the major contributor to total pollutant emissions growth over the life of the plan is predicted to be predominantly attributable to activities associated with oil and gas development." Id. at 4-20. That emissions growth "could cause impacts related to short-term and long-term exposure to hazardous air pollutants." Id. at 4-21. The Draft RMP notes that "[e]missions from oil and gas (fluid minerals) development are a major contributor to total estimated emissions" and that those emissions are the result of "well drilling and completion, road and well pad construction, flaring and venting, compressor operations, dehydrator and separator operations, tank venting and load out, wellhead fugitives, pneumatic device operations, and vehicle traffic." Id. at 4-25. The BLM found that the North Fork Alternative Plan (Alternative B.1) would "result

BLM_0155910

in the lowest total air pollutant emissions in future planning years . . . because it includes lower predicted reasonably foreseeable development for oil and gas development" and "would likely result in the least adverse impacts on air quality." Id. at 4-21. Nonetheless, the BLM adopted Alternative D as its preferred alternative, even though it would result "in the second-highest estimated emission levels." Id.

3. Impacts on Soils. The BLM's preferred alternative (Alternative D) includes more predicted oil and gas development than does the North Fork Alternative Plan (Alternative B.1). Id. at 4-21. The Draft RMP notes that mineral exploration and development "have affected and will likely continue to affect soils," and that "[a]lternative B would provide the greatest protection of soil resources. . . ." Id. at 4-79. Nonetheless, the BLM adopted Alternative D as its preferred alternative.

4. Impacts on Water Resources. The Draft RMP notes the dangers to water resources in areas open to oil and gas development, stating:

Lands that are open for fluid minerals leasing have the potential for future health and safety risks related to oil, gas, and geothermal exploration, development, operation, and decommissioning. The number of acres open for leasing is proportional to the potential for long-term direct health and safety impacts. Use, storage, and transportation of fluids, such as produced water, hydraulic fracturing fluids, and condensate, have the possibility of spills that could migrate to surface or groundwater, causing human health impacts.

* * *

Theoretically, improperly completed wells or perforations into zones of geological weakness (i.e., faults or fractures) could create conduits that allow hydrofracturing fluids, produced water, and methane to migrate to groundwater resources. If a groundwater source is contaminated, there are few cost-effective ways to reclaim that water; thus, the long-term impacts of groundwater contamination are considerable.

Id. at 4-83. In addition, the Draft RMP acknowledges that "[c]ontamination of irrigation waters [from oil and gas development] could affect the ability of local organic farms to maintain their designations." Id. at 4-84.

The risk of long-term damage to water resources is less under the North Fork Alternative Plan (Alternative B.1) because it would limit oil and gas development, but the BLM has adopted Alternative D as its preferred alternative.

5. Impacts on Vegetation. The Draft RMP acknowledges that surface disturbance to the soil through mineral exploration and development "ha[s] affected and will likely continue to affect vegetation." Id. at 4-125. Although the BLM fails directly to compare the impacts on vegetation under the North Fork Alternative Plan (Alternative B.1) and its preferred plan (Alternative D), the BLM admits that surface disturbance "could occur as a result of permitted activities (e.g. mineral exploration and development, ROWs, and forestry)," id. at 4-107, and that those

BLM_0155911

activities "often involve vegetation removal, which would reduce condition of native vegetation communities and individual plant species, alter age class distribution, reduce connectivity, and encourage the spread of invasive species." Id.

The Draft RMP also acknowledges:
In addition, activities that would disturb soils could cause
erosion, topsoil and biological soil crust loss, and soil
compaction. This could affect vegetation's ability to regenerate
and could facilitate weed introduction and spread. Soil
compaction results in decreased vegetation cover and more
exposure of the soil surface to erosion. Soil compaction may
also affect the size and abundance of plants by reducing
moisture availability and precluding adequate taproot
penetration to deeper horizons. Furthermore, surface-disturbing
activities could increase dust, which could cover
existing vegetation and impair plant photosynthesis and
respiration. Resulting impacts could include lowered plant
vigor and growth rate, altered or disrupted pollination, and
increased susceptibility to disease, drought, or insect attack. As
a result, surface-disturbing activities could affect the density,
composition, and frequency of species in an area, thus affecting
native vegetation condition. Id. at 4-107 through 108 (citations omitted).
The North Fork Alternative Plan (Alternative B.1) would decrease surface
disturbance through limiting oil and gas development and would provide greater
protection to the area's vegetation. Nonetheless, the BLM has adopted Alternative
D, with its greater impact on vegetation, as its preferred alternative.

6. Impacts on Fish and Wildlife. The Draft RMP states that "[e]nergy
development in the planning area is likely to include primarily exploration of fluid
minerals (oil and gas). . . ." Id. at 4-130. The Draft RMP explains:
Oil and gas development causes relatively small site
disturbances at individual well pads but generally occurs over
wide areas and results in networks of new roads, pipelines, and
other facilities. Hydraulic fracturing could disturb surface
water and groundwater hydrology and impact water quality.

The impacts on fish and wildlife from energy development and
mining are those associated with industrial developments,
roads, utilities, and increased traffic described above. Direct
and indirect habitat losses are most significant when the
operations occur in specialized or sensitive habitats, or the
development is widespread, as it is for oil and gas leasing. Big
game and nesting raptors are among species that appear to
have special sensitivities to widespread energy developments.
Id. The Draft RMP also acknowledges that the construction of facilities and roads
associated with mineral development "will likely contribute to ongoing regional

habitat loss, degradation, and fragmentation and disturbance to terrestrial wildlife. Impacts are likely to be most significant for species that require large landscapes for seasonal movements and dispersal, such as mule deer and elk. . . ." Id. at 4-140. The North Fork Valley is noted for its big game hunting, including particularly elk and mule deer. In addition, there are abundant raptors in the area, including bald and golden eagles, hawks, and owls. The BLM's preferred alternative (Alternative D) would have a significantly greater adverse impact on the area's wildlife, due to greater oil and gas development, than would the North Fork Alternative Plan (Alternative B.1).

7. Impacts on Wildland Fire Ecology and Management. The Draft RMP is unequivocal that "[i]ncreasing energy development . . . increases the probability of human-caused ignitions and can require costly suppression efforts to protect life, property, and infrastructure." Id. at 4-175. These risks are greater under the BLM's preferred alternative (Alternative D) than under the North Fork Alternative Plan (Alternative B.1) because Alternative D permits greater energy development.

8. Impacts on Visual Resources. The Draft RMP again is unequivocal:
The scenic quality of the planning area is of national
significance and an important part of the local and state
economy. Many people live and recreate in the planning area
because of its remoteness and visual qualities. The visual
setting is an important part of local lifestyles and, for most
travelers, the scenery or visual resource is an important part of
their visit. Both tourists and residents drive across this
landscape expecting to see open mountain vistas, deep
canyons, dramatic cliffs and mesas, and vast rolling sagebrush-covered
lands.
Id. at 4-199.
The BLM admits that "[a]ctions likely to have the greatest future effect on visual resources in the cumulative impact analysis area are activities associated with energy and minerals development. . . . Energy development, which depends on a variety of external factors, could have widespread and long-term effects on visual resources. . . ." Id. at 4-212.
The North Fork Alternative Plan (Alternative B.1) would minimize adverse impacts on the nationally significant scenic quality of the North Fork Valley by limiting oil and gas development and would provide greater protection to the area's scenery. Nonetheless, the BLM has adopted Alternative D, with its greater impact on scenic quality, as its preferred alternative.

9. Impacts on Recreation and Visitor Services. The adverse impact of oil and gas development on the North Fork Valley's Recreation and Visitor Services apparently is undisputed. In particular, the Draft RMP states that "[o]n lands open to fluid mineral leasing and geophysical exploration, if developed, any additional oil and gas facilities, equipment, noise, dust, vehicles, night lighting, pipelines, and human activity would alter the recreation setting in certain areas during

construction and operation. This would interfere with recreationists' goals and would influence their opportunities and activities." Id. at 4-294. In addition, "[i]ncreased oil, gas, and locatable and mineral materials exploration and development have altered physical recreation setting characteristics through the construction of energy and communication facilities, roads, and related infrastructure. As a result, many areas have trended away from a more natural setting, and users seeking a backcountry or primitive experience have been displaced." Id. at 4-322 through 323.

10.<([#8 [30.3] Impacts on Socioeconomics. It is difficult to understand why the BLM would prefer an alternative with so many adverse impacts on the planning area. The explanation appears to lie in connection with the BLM's socioeconomic analysis. In this regard, the Draft RMP states that the BLM's preferred alternative (Alternative D) "would aim to balance resource uses, such as energy development, with resource conservation, resulting in economic opportunities associated with resource development and preserving scenic and environmental values." Id. at 4-475. A closer look at the Draft RMP demonstrates that the BLM's conclusion is fatally flawed.
First, the BLM does not even attempt to quantify the economic impact of oil and gas production on the resource area, admitting that "[f]or some resources, it was determined that the level of uncertainty for production or use did not allow for meaningful economic modeling output. Oil and gas production falls into this category. . . ." Id. at 4-452. Due to the speculative nature of oil and gas production, "economic modeling would not result in meaningful output." Id. [Footnote: Consequently, the BLM's principal justification for adopting Alternative D as its preferred alternative--to allow for the "economic opportunities associated with resource development"--lacks any factual support.]
Because the BLM has not attempted to quantify the value of oil and gas production, it similarly does not attempt to quantify the economic impact of federal royalties on the community's economy, stating that "impacts would depend on level of resource extraction and would vary. . . ." Id. at 4-463.

As a result of the BLM's inability to quantify the economic impact of oil and gas production in the planning area, the Draft RMP contains no evidence that oil and gas development would produce any economic benefit whatsoever. The only evidence contained in the Draft RMP is to the contrary--that oil and gas development is "historically not a major presence within the planning area." Id. at 4-478. The Draft RMP notes further that "[w]ithin the North Fork Valley, currently 116 gas wells have been drilled on federally managed oil and gas leases, including split-estate lands. Of these wells, 15 are presently producing natural gas, 29 are shut-in but capable of production, and 72 have been drilled, abandoned, and plugged." Id. Consequently, the Draft RMP fails to provide any evidence that oil and gas production provides any economic benefit to the planning area or has any meaningful impact on meeting the nation's oil and gas needs. #8])>

BLM_0155914

In addition, the BLM acknowledges that natural gas drilling (as opposed to production) would have a minimal impact on the area economy:

Natural gas drilling is on an increasing trend throughout the nation and the planning area. Across all alternatives, for natural gas development, the economic contributions to the planning area represent a small fraction of jobs and income. . . . [O]il and gas extraction for the total five planning area counties examined, including both drilling and support, accounted for an estimated 34 out of 1,304 jobs in the mining sector in 2009. . . . While BLM management decisions could result in changes in acres available for exploration, development, and leasing, the relative economic impact of oil and gas leasing on federal mineral estate is expected to remain low. . . .

Id. at 4-462.

<([#9 [30.3] Moreover, the BLM acknowledges the adverse impacts that the boom and bust economies created by oil and gas drilling can have on small communities like those of the North Fork Valley, stating:

The BLM has limited control over the pace of development because it authorizes only economic activities but does not perform these activities. An abrupt shift in the pace of development could result in short-term impacts on the demand for housing and community services. It also could have short-term impacts on the supply of tax revenues from residences or businesses to support community services due to short-term changes in job opportunities and the resulting change in in-migration or out-migration trends. Any such impacts would likely be more severe for smaller communities, which are less likely to be able to absorb a sudden influx of new residents, or to continue to support existing infrastructure if out-migration were to increase suddenly.

#9])>

Id. at 4-453.

<([#10 [30.3] Meanwhile, the Draft RMP establishes that the economy of the planning area is driven by recreation, agriculture, and tourism. In particular, the Draft RMP states that "[r]ecreation plays an important role in the planning area's economy, contributing directly through the purchase or access fees, special use permits, fishing and hunting licenses, and the services of local guides and outfitters, and indirectly through the purchase of commodities, such as gasoline, accommodations, and food and beverages." Id. at 4-456. The economic impact from hunting and fishing licenses and CPW fees in Delta County in 2007 is reported to be $27,840,000.00. Id. at Table 4-82.

With respect to the impact of agriculture on the planning area economy, the Draft RMP reports:

Locally, agriculture represents approximately 3.6 percent of jobs in the planning area counties, based on 2010 numbers. . . . Impacts on local communities might be greater, as agriculture represents a traditional livelihood and plays an important role in the sense of place and history of these communities. For example, the North Fork Valley represents a region where traditional agriculture uses have maintained importance due to the presence of organic and conventional small-scale farms, orchard, and wineries. Delta County is home to the highest concentration of organic farms in any Colorado county and supports the West Elk American Viniculture Area. Additionally, the area supports agritourism, visits to farms and orchards to pick produce or view operations. Based on the 2012 agricultural census, Delta County had contributions of $2,827,000 from farm-related sources, including $293,000 from agritourism operations.
Id. at 4-459.

Finally, with respect to tourism, the Draft RMP states that "industrial development that substantially alters the visual characteristics of the landscape might, over time, result in fewer tourists visiting the area from afar and spending money in local hotels, restaurants, and shops." Id. at 4-460.

Looking beyond the area's economy, the Draft RMP found that "[a]ll five socioeconomic units cited the scenic beauty of the landscapes and sense of community as strong factors in their decision to live and work in the area. While no monetary value can be placed on these, they do play an important role for both retaining residents and attracting new visitors. These factors could be impacted in all socioeconomic units by future land use decisions and development in the area." #10])>
Id. at 4-461.

In an apparent attempt to justify its decision to adopt a pro-development alternative as preferred, the BLM states repeatedly throughout the Draft RMP that it must abide by the "multiple use mandates of the [Federal Land Policy and Management Act]. . . ." Id. at ES-1. See, e.g., id. at 2-4 (stating that planning goals must "[m]eet the multiple purpose mandates of the Federal Land Policy and Management Act"); 2-15 (stating that the "intent of Congress, as stated in the FLPMA," is to ensure that "public lands are managed . . . under the principles of multiple use and sustained yield"); and Table 2-2 (stating that management must "[c]omply with state and federal laws, regulations, policies, and standards, including FLPMA multiple use mandates").

The BLM's stated commitment to multiple use, at any cost, is made clear at page 4-482 of the Draft RMP:

Surface-disturbing activities would result in unavoidable adverse impacts under current BLM policy to foster multiple uses. Although these impacts would be mitigated to the extent possible, unavoidable damage would be inevitable. Long-term conversion of areas to other uses such as mineral and energy development would increase erosion and change the relative abundance of species within plant communities, the relative distribution of plant communities, and the relative occurrence of seral stages of those communities. Where ecological emphasis areas are not protected by stipulation, oil and gas development would result in unavoidable long-term wildlife habitat loss where developed. These activities would also introduce intrusions that could affect the visual landscape. Unavoidable damage to cultural and paleontological resources from permitted activities could occur if resources undetected during surveys were identified during ground-disturbing activities.

* * *

[M]ineral resource development . . . would introduce additional ignition sources into the planning area, which would increase the probability of wildland fire occurrence and the need for suppression activities.
* * *

As recreation demand increases, recreation use would disperse, creating unavoidable conflicts as more users compete for a limited amount of space. In areas where development activities would be greater, the potential for displaced users would increase.

Id. at 4-482.

<([#11 [6] The BLM misapprehends the FLPMA's multiple use mandate, and its conclusion that ecological damage is an "unavoidable adverse impact" of multiple use is wrong. To the contrary, as the Tenth Circuit Court of Appeals ruled in New Mexico ex rel. Richardson v. Bureau of Land Mgmt, 565 F.3d 683, 710 (10th Cir. 2009):

The Act does not mandate that every use be accommodated on every piece of land; rather, a delicate balancing is required. "Multiple use" requires management of the public lands and their numerous natural resources so that they can be used for economic, recreational, and scientific purposes without the infliction of permanent damage.

BLM_0155917

It is past doubt that the principle of multiple use does not require BLM to prioritize development over other uses. As we have reasoned in the past, if all the competing demands . . . were focused on one particular piece of public land, in many instances only one set of demands could be satisfied. A parcel of land cannot both be preserved in its natural character and mined. Accordingly, BLM's obligation to manage for multiple use does not mean that development must be allowed. . . . Development is a possible use, which BLM must weigh against other possible uses--including conservation to protect environmental values, which are best assessed through the NEPA process. Thus, and alternative that closes [an area] to development does not necessarily violate the principle of multiple use. . . .
#11])>
(Original emphasis; internal quotations and citations omitted.)
To summarize, the BLM's choice of Alternative D as its preferred alternative will result in substantial damage to the natural and physical environment of the North Fork Valley and the relationship of people with that environment; available evidence demonstrates that the economic harm to the North Fork Valley resulting from oil and gas development is greater than the potential economic benefit from that development; and the concept of multiple use does not mandate that every use, no matter how adverse to the community, must be accommodated on every parcel of public land.

For these reasons, I oppose the BLM's adoption of Alternative D as the Agency's preferred alternative, and urge it to adopt the North Fork Alternative Plan (Alternative B.1) instead.
Sincerely,
Boyd N. Boland


000413_ChmielL_20161031  Organization: Leonard Chmiel
Received: 12/6/2016 1:21:19 PM
Commenter1: Leonard Chmiel - Hotchkiss, Colorado 81419 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 000413_ChmielL_20161031.htm (000413_ChmielL_20161031-386405.htm Size = 6 KB)
Submission Text
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>

Persource Management Plan
1 message
Leonard Chmiel <chmiel@tds.net>  Mon, Oct 31, 2016 at 5:50 PM
To: uformp@blm.gov
Dana Wilson
BLM Uncompahgre Field Office
2465 South Townsend Ave
Montrose, CO 81401

Leonard Chmiel
Nancy Bogenrief
12255 3600 Rd. Mountain Rd
Hotchkiss, CO 81419

October 3o, 2016

Re: UFO-RMP Comment and Declaration of Impact from oil and gas development

Ms. Wilson,

After review of the draft UFORMP, we offer the following comments.


We appreciate the opportunity to comment on the Uncompahgre Field Office's draft Resource Management Plan (draft
RMP).

I've lived in the North fork Valley for 16 years. <([#1 [30.3] I have witnessed a marked shift in the economy here in this short period of time. New full time residents have supplanted the traditional sources of income. Doesn't seem the draft Preferred Alternative RMP recognizes that fact, and it is an important fact.
The Uncompahgre Field Office planning area in the preferred alternative RMP hasn't taken into account that the Valley community has become the creative and entrepreneurial locus of a for all of Western Colorado, for many in Utah and the Front Range.

The draft RMP only briefly mentions current direction of agriculture in the North Fork Valley. This is a gross omission. Organic farming, ranching, orchard culture, and vineyards including my own are having a pronounced economic effect and will become even greater in the future. The advent of High Speed Internet provided by DMEA in the near future will provide high tech entrepreneurs with the incentive to move here. This addition to the Valley's community will broaden the economic base for all of Delta County. These folks will be moving here for the benefits of the Valley as it is now, not for minimal opportunities for employment from leasing of it's surrounding BLM lands, To imagine this influx of people moving here to enjoy the "benefits" of industrialization of the valley is a bit of a stretch.

40 CFR 1502.15 in my understanding, requires a succinct description of the environment of the

BLM_0155919

area that is under
consideration.  Seems to me this has not been done in the BLM Preferred Alternative and is a
glaring omission of this requirement.  #1])>

As mentioned above, I have been a resident of the North Fork Valley for 16 years. I've invested in planting of over three
hundred trees, in the construction of a home, and studio.  I am a professional artist and have been all my working/adult
life. My paintings are in the collections of several major museums, including the Denver Art Museum, The Autry
Museum of the American West Los Angeles, the National Cowboy and Western Heritage Museum in Oklahoma City, The
National Western Stock Show Coors Invitational in Denver, the Santa Fe Art Museum and the Steamboat Springs Art
Museum. The latter mounted a 51 piece retrospective of my 45 years as a fine artist this last December. A 200 page
book of my work distributed by the University of New Mexico press in 2011 has sold well over 1800 copies to date. A
second edition has been discussed. The book includes images of many paintings done from hikes locally and indeed
from my own property. I moved to the valley because it and it's surrounding environment are a rich source of reference
material for my landscape paintings, and for it's healthy environment.

In addition I have also developed an organically farmed vineyard and have installed subsurface drip irrigation on 3.9
more acres to increase the vineyard potential. My application for a winery license is in the approval system. This benign
development has cost many tens of thousands of dollars. Pumps, a lined irrigation reservoir, sand media filters,
thousands of feet of buried pipe and electrical infrastructure including computer control. As an owner of shares of Fire
Mountain Canal and Reservoir Company, the inevitable accidental discharge of toxic chemicals used by the O&G
industry into the Fire Mountain Canal or Paonia Reservoir or in any part of the watershed of the North Fork River would
render all this investment of time and money moot for organic certification.

My domestic water and that of my immediate neighbors is drawn from a spring near the streambed of Jay Creek. We
have spent many, many, more thousands of dollars on the development of the spring resource and infrastructure to
deliver the water to our homes. Any intrusion of the toxic chemicals used for fracking the wells above or near this spring
located several hundred yards south of proposed leasing of BLM land nearby would be catastrophic for us all. The risk of

contamination is overwhelming and should not be ignored

This valley is recognized for its unique agriculture. It contains the highest concentration of organic farms, orchards and
vineyards in Colorado. The valley community's many, art, organic farms, cottage industries, agro-tourism, and
recreation industries deserves protection from any threat of environmental degradation that would harm these endeavors.
Our local businesses that depend on hunting and fishing require undisturbed wildlife habitat and migration pathways and
would suffer irreparably from any diminution or disruption. In addition to my above job description I am an ardent hunter,
fly fisherman and hiker.

In closing I strongly urge the Umcompagre Field Office of the BLM to recommend the adoption my favored
Alternative B 1. The North Fork Valley Alternative, to preserve this treasure for the present and future generations.
Sincerely yours
Leonard Chmiel


000414_JohnsonM_20161031 Organization: Mick Johnson
Received: 10/31/2016 12:00:00 AM
Commenter1: Mick Johnson - Evergreen Park, Illinois 60805 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000414_JohnsonM_20161031.htm (000414_JohnsonM_20161031-386404.htm
Size = 2 KB)
Submission Text
11/1/2016 DEPARTMENT OF THE INTERIOR Mail - Comment Letter from Mick and Betsy
Johnson
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=1581d1af528ba2d7&siml=1581d1af... 1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Comment Letter from Mick and Betsy Johnson
1 message
Johnson, Betsy C. <betsy.johnson@redcross.org> Mon, Oct 31, 2016 at 5:37 PM
To: "UFORMP@blm.gov" <UFORMP@blm.gov>
Mick and Betsy Johnson

9215 S. Sawyer Ave.
Evergreen Park, IL 60805
October 30, 2016

BLM, Uncompahgre Field O?ce
2465 S. Townsend Ave
Montrose, CO 81401
Re: Draft Resource Plan for the Uncompahgre Field Office

Dear BLM-UFO Sta? and RMP Comment Team,
Thank you for this opportunity to share our comments on the draft Uncompahgre plan. The outcome for us
is simple. As soon-to-be retirees with a potential of twenty to thirty more years of existence, we have
chosen Colorado as our permanent home, pulling up our urban roots to live up the hill from our son and his
husband on Dry Gulch Road in Paonia. We are coming for love of family. We also are excited about
exploring the Jumbo trails, and savoring the Minnesota Creek vistas. Each day we are learning more ways
to love the North Fork Gunnison River Valley as a rare place on Earth that ?nds creative solutions to save
both jobs and the environment with thoughtful and inclusive choices.
That is why we ask you to please consider including all proposed actions in the North Fork Alternative, B1,
in the final RMP. B1 ensures the optimal protection of the water supplies, the natural habitats, and the
spectacular views that our soon-to-be community cherishes.
We're ready to spin wool from our sheep and make honey from our bees, and be a part of one of the last
pristine and protected spots in the United States. We are grateful to be able to call Paonia our next and last
home, and want to do anything we can do to contribute to its long and happy future!

Mick and Betsy Johnson
Phone 708-710-9093


000415_BaxterE_20161028  Organization: Ed Baxter
Received: 10/28/2016 12:00:00 AM
Commenter1: Ed Baxter - Cedaredge, Colorado 81413 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique

BLM_0155922

Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000415_BaxterE_20161028.htm (000415_BaxterE_20161028-386585.htm Size = 3 KB)
Submission Text
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
comment on RMP
1 message
Peggy Baxter <peggybax@gmail.com>   Fri, Oct 28, 2016 at 5:45 PM
To: uformp@blm.gov
Ed and Peggy Baxter
18779 2375 Road
Cedaredge CO 81413
970-856-6225
BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Sent VIA email to: uformp@blm.gov

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,

We appreciate your consideration of the issues raised in this lettert on the Uncompahgre Field Office draft
Resource Management Plan. As presented, none of the alternatives offer the level of protection these lands warrant, that communities and the public in your planning area have specifically asked for and favored, and which federal law requires.

The following are illustrations of how this plan negatively affects us.

The watershed for both our domestic and our irrigation water lies in its entirety in the area made available for
leasing increasing the risk of our water's contamination from the estimated 2300 truck trips necessary for each
well.
Our way of life will be altered significantly by the truck traffic our roads. Our school buses use the same roads as
these large trucks will use. Our neighbors whose livelihoods have been saved by their country markets will not
attract the tourist business that has kept them afloat.
Just the truck traffic alone will significantly impact our air quality that has drawn people to this area.
Water in our area is fully allotted. With each well requiring over a million gallons of water to drill, our area's way of life will be significantly altered by the use of water for industrial

development as opposed to agriculture.

<([#1 [5.3] Specifically, the final Resource Management Plan should include a no-leasing alternative, to adequately evaluate the full range of reasonable management plans. Without having considered a no-leasing alternative the draft RMP fails to fulfill it's duty to consider the full range of reasonable management possibilities. #1])>

Our family has lived in this area for over 40 years. As our parents did before us, we are watching our grandchildren
being raised to respect the gifts of nature and our agricultural way of life. As far as we are concerned, the
industrialization of our county has no place here.

Sincerely,

Ed and Peggy Baxter
--


000416_SanbornJ_20161027 Organization: Jen Sanborn
Received: 10/27/2016 12:00:00 AM
Commenter1: Jen Sanborn - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000416_SanbornJ_20161027.htm (000416_SanbornJ_20161027-386586.htm Size = 4 KB)
Submission Text
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
comments on UFO RMP
1 message
Jen Sanborn <jensanborn@skybeam.com> Thu, Oct 27, 2016 at 3:41 PM
To: uformp@blm.gov

Hello. I am a resident of the North Fork Valley in Delta County, specifically the Bone Mesa area. I
am an organic dairy farmer who works outside 90% of the day. I understand that you are finalizing
a resource management plan for this area. I have a few comments:

Water is the Queen of the West. And around here she is also King. My house water flows off Mt.

BLM_0155924

Lamborn via Mayes Spring, managed by Bone Mesa Water District. I depend on clean water every day of the year, without exception. My livestock water comes from various irrigation ditches, the closest to me is the Stewart mesa ditch which runs into the Davenport ditch and into my fields and troughs. Our house is situated in a ravine with a creek that flows every day from May through October. If anything were to happen to any of this water, we'd be sunk. I am in no position to haul water to keep my business going, nor do I want to expose my family to potential contamination due to drilling just upstream from us. The industry safeguards that they have in place fall far short of protecting our waters. Their focus seems to be on clean up. By then it's too late for us. All it takes to ruin an organic farmer or rancher is one incident. The best practice is to keep them completely away from any watersheds.

Now, I can hear the industry telling me (and you) that they have "Best Management Practices" in place to keep this from happening. But here's the thing. I lived in Rifle, CO for 25 years. I served on Rifle's City Council for two terms, specifically through the last boom and bust. I KNOW what happens in water sheds when oil and gas are active in the area. I know how they don't manage to report a spill for 24-72 hours. My husband worked on a fracking crew for 8 years. We know how they cover up small spills on the job site. How nobody is supposed to talk into the radio if there is a spill. How the protective plastic containers are put under the machinery mostly for show. That when the job is done, they sometimes get buried right there onsite. Accidents will happen, and their mentality is to clean it up to the best of their ability, as simply as possible. But digging up acres of my soil to clean up every drop still has its consequences to me. It would be devastating.

We left Rifle to get away from the industry. I want clean air and clean water, as I feel it is my right.
In a valley, full of organic agriculture, I cringe at the very thought of oil & gas coming here.

Farming is the livelihood of so many residents here. I feel it is way too much to risk to all of us for the profits of a few.

I support the NFV Alternative Plan in its entirety. Much care and consideration has been put in it. I know that you have worked very hard on your part of the plan as well. However, this valley is unique. It has so many assets that will be directly threatened by too much oil & gas activity. This plan was put together with the input of the residents here. We know this land well and we are the ones that will continue to live here with the consequences.

Please consider the North Fork Alternative Plan as the strongest alternative. It doesn't say NO to oil & gas, it just controls where they can go, keeps them out of vulnerable areas, and holds them accountable.

36682 Back River Rd.
Paonia, CO 81428


000417_ConjourD_20161031  Organization: David Congour
Received: 10/31/2016 12:00:00 AM
Commenter1: David Congour - Montrose, Colorado

BLM_0155925

Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000417_ConjourD_20161031.htm (000417_ConjourD_20161031-386587.htm
Size = 3 KB)
Submission Text
11/1/2016 DEPARTMENT OF THE INTERIOR Mail - Uncompahgre Draft Resource Plan
Comments - Energy
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=1581bcf5f51decb7&siml=1581bcf5f...   1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Uncompahgre Draft Resource Plan Comments - Energy
1 message
david congour <hodad@montrose.net> Mon, Oct 31, 2016 at 11:34 AM
To: uformp@blm.gov
Cc: "Franz, Sherman (Edd)" <efranz@blm.gov>, Emily Hornback <emily@wccongress.org>

I'd like to comment of the Draft Resource Management Plan:
I am opposed to continued leasing of our public lands to natural gas producers in the area
covered in the draft Uncompahgre Resource Management Plan. The price of natural gas keeps
falling, and so the industry wants to increase the number of wells drilled to continue their
profitability (as stated in pg. 3-121 of the draft). This is not of concern to the majority of
residents of the area in question. The most important concern of the majority of us (as well as the
many tourists who visit) is the preservation of the natural beauty of these lands, which, once
scarred, may never return to their original splendor.

All of the people that I have talked to wonder why we would even consider sacrificing our wild
areas for the sake of a few years of profitability for gas producers, especially since renewable
energy job creation is outpacing fossil fuel industry job creation nationwide:
http://fortune.com/2016/01/12/solar-jobs-boom/
The future of energy production in this country lies with renewables technology, as locally
represented by Solar Energy International in Paonia, who are training workers for the jobs of the
future; jobs that will not produce permanent scars on the landscape.

The true value of our public lands comes from their natural beauty, which has long been a draw
for tourists and residents alike. Why even consider allowing them to be damaged any further?
Tourism will provide much more in the way of revenue in the long term than fossil fuel
extraction. I am cognizant of the fact that BLM has been mandated to support a balanced
approach to "development" of our public lands; but they should be developing usage that will
provide for the long term enjoyment of these areas by the greatest number of users, i.e.,
recreational users, not interlopers out to make a buck.

BLM_0155926

We are now in the process of transitioning from the mindset of public lands for resource extraction and short term profits, to public lands for recreational enjoyment for centuries to come. Please consider the arguments I have made, and include them in your decision making process, and thank you for listening to my opinion.

Finally, I'd like to thank all of the employees of the BLM who are working so hard to preserve the integrity and beauty of our public lands!
David J. Congour
Montrose, Colorado
--
970.901.8757


000418_CristolJ_20161031  Organization: Jeff Cristol
Received: 10/31/2016 12:00:00 AM
Commenter1: Jeff Cristol - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000418_CristolJ_20161031.htm  (000418_CristolJ_20161031-386588.htm  Size = 4 KB)
Submission Text
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Fwd: UFO comments on URM Plan
1 message
Pfifer, Teresa <tpfifer@blm.gov>  Mon, Oct 31, 2016 at 4:18 PM
To: BLM_CO UFO_RMP <uformp@blm.gov>
---------- Forwarded message ----------
From: Jeff Cristol <jeff@adventuretourproductions.com>
Date: Mon, Oct 31, 2016 at 4:12 PM
Subject: UFO comments on URM Plan
To: tpfifer@blm.gov
Hello Teresa,

I don't know if you remember me, but we did an EIS for property access above Sawpit in the early
90's. I hope this finds you well.
Please accept my following comments regarding the UFO revision of the BLM Uncompahgre Resource Management Plan.
I am a Colorado native and have lived in the state my entire life. Throughout that time I have seen the fight

BLM_0155927

between the oil/resource extraction industry and the tourist based economic interests. I have watched as the
tourism industry has grown and matured in the state. I have seen how, especially in mountain communities,
the trend has been to replace (as here in Telluride and most historic mountain towns) an extractive based
mining economy with a sustainable tourism based one. The change has been continuous, rapid and
pervasive.

Colorado is a desirable place to live for many reasons: jobs, natural beauty and a general healthy lifestyle.
The oil industry has given us lots of jobs, but with the regular boom has come regular and painful busts.
(Yes, I'm old enough to even remember the big plans for oil shale extraction in the 70's). Because of these
simple reasons I favor weighing future resource uses in favor of tourism and environmental planning.

I feel that too much land is open to oil and gas development and too little is protected for future generations
that will be left unspoiled. I am concerned as I watch the present oil boom cause more truck traffic, more
disturbed areas, more new roads, while it degrades air quality and threatens our water purity. I live here in
order to be close to our outdoor locations for the activities I take part in: hiking, biking, back country skiing,
kayaking, paragliding, and camping. I share in these sports with my friends and family.

I also have made a living either directly (working outdoors guiding and teaching) or building houses in the
Telluride area, which has a market and economy based entirely on tourism. I recently met a few folks who
work in the oil fields near Rifle as they were visiting the San Juans, and they explained they had come to the
state specifically for the oil industry jobs and would probably move away after the present boom passed.
This is a clear example of not sustainable or long term use of our lands. All of this is without even looking at
the impacts of further extraction of fossil fuels on long term global warming. Another big reason to oppose
this type of use.

We recreate throughout the Uncompahgre Resource use area, even though we live in San Miguel County, we
own property in Ouray County and spend almost every weekend off camping and playing on our

public
lands. This is why we live here. It is our future economy as well as our present economic base.

Thank you for your kind consideration of these comments. I know you face a challenge trying to balance the
various conflicting uses, and the oil and gas industry is very powerful with huge amounts of money to throw
into the fight. Please listen to the people who have lived here our entire lives and who have worked so hard
to keep Colorado the wonderful state it is.

Regards,
Jeff Cristol
Jeff Cristol
970.729.0078
telluridetandems.com
telluridevideos.com
jeff@adventuretourproductions.com
www.adventuretourproductions.com


000419_DeanK_20161101  Organization: Katie Dean
Received: 11/1/2016 12:00:00 AM
Commenter1: Katie Dean - Hotchkiss, Colorado 81419 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison 12/13/2016 12:00:00 AM
Attachments: 000419_DeanK_20161101.htm  (000419_DeanK_20161101-388436.htm  Size = 2 KB)
UFORMP_000419_DeanK_20161101.pdf  (000419_DeanK_20161101-388435.pdf  Size = 86 KB)
Submission Text
Katie Dean <ktd81419@yahoo.com>  Tue, Nov 1, 2016 at 2:50 PM

To Whom It May Concern:

I am writing to comment on the BLM's UFO proposed RMP and to state my support for
alternative B1, the North Fork Alternative.

My husband runs Thistle Whistle Farm near Hotchkiss, a small organic farm marketing mainly
vegetables to locals, surrounding mountain communities, and to the front-range. Our farm
activities include a wide range of educational programs for locals and to groups and individuals

BLM_0155929

from around the state and beyond. Our success as a small farm comes from our reputation for high-quality, chemical-free produce, grown in a relatively pristine environment with clean air, water and soil. Our success as a farm education destination comes from this same reputation.

In addition, I own Hotchkiss Counseling, a business I run out of a house we own in downtown Hotchkiss. I have local clients, and am working to serve clients from the surrounding areas as well. I am working to set up a retreat center, and the beautiful environs is part of what draws people to the area for healing.

The North Fork Alternative, alternative B1 in your proposed RMP, incorporates the best mix of land use
values that will protect our livelihood here. Any threat, and for marketing purposes even a perceived threat, will hamper our ability to operate our businesses.

I urge the BLM to adopt alternative B1 in its RMP, the alternative that will best guide the BLM's decisions for the lands surrounding the North Fork Valley.

Sincerely,
Katherine Dean, MSW, LCSW
PO Box 868
10872 3500 Rd.
Hotchkiss, CO 81419
9704244179


000420_HovdeC_20161101 Organization: Robbie LeValley
Received: 11/1/2016 12:00:00 AM
Commenter1: Robbie LeValley - ,
Organization1:
Commenter Type: Local Government
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 000420_HovdeC_20161101.htm (000420_HovdeC_20161101-387723.htm Size = 384 KB)
xUFORMP_000420_HovdeC_20161101_DeltaCounty.pdf (000420_HovdeC_20161101-387722.pdf Size = 28852 KB)
Submission Text
11/1/2016 DEPARTMENT OF THE INTERIOR Mail - Delta County comments for Uncompahgre Resource Management Plan
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&q=Delta&qs=true&search=query&th=1582205fbda061a8&siml=1582205fbda061a8 1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Delta County comments for Uncompahgre Resource Management Plan

BLM_0155930

1 message
Robbie LeValley <rlevalley@deltacounty.com>   Tue, Nov 1, 2016 at 4:28 PM
To: "UFORMP@blm.gov" <UFORMP@blm.gov>
Cc: Doug Atchley <datchley@deltacounty.com>, Bruce Hovde <bhovde@deltacounty.com>,
Mark Roeber
<mroeber@deltacounty.com>, Bruce Bertram <bertram@tds.net>

Robbie Baird LeValley
Delta County Administrator
970-874-2102

NOTICE: This email transmission from the County of Delta, and any documents, ?les, or previous email messages a??ached to it,
are intended solely for the individual(s) to whom it is addressed and may contain informa on that is con?den al, legally
privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby no ?ed
that any unauthorized review, forwarding, prin ng, copying, distribu on, or use of this transmission or the informa on it
contains is strictly prohibited. A misdirected transmi??al of this email does not cons tute waiver of any applicable privilege. If you
received this transmission in error, please immediately no fy the sender and delete the original transmission and its
a??achments. Notwithstanding the foregoing, sender and receiver should be aware that all incoming and outgoing emails may be
subject to the Colorado Open Records Act, C.R.S. 24-72-100.1 et seq. Thank you.
3 attachments
DeltaCountyBoCCSignedcopyUFORMPCommentsNov2016.pdf
4162K
2013 Delta County - North Fork Valley Study Report_201401271219308031.pdf
4484K
2012 Delta County - Oak Mesa Study Report Opt_201502091542397768.pdf
2353K
DELTA COUNTY, COLO ADO
BOARD OF COUNTY COMMISSIONERS
COUNTY COURTHOUSE • 501 PALMER STREET • SUITE 227 • DELTA • COLORADO • 81416-1796
PHONE: (970) 874-2100 FAX: (970) 874-2114
www.deltacounty.com
Dist. 1: C. Douglas Atchley - Dist. 2: C. Bruce Hovde - Dist. 3: J. Mark Roeber
November 1, 2016
RMP Project Manager
2465 South Townsend Avenue
Montrose, CO 81401
UFORMP@b1m.gov
RE: Resource Management Plan Comments

BLM_0155931

Project Manager,

Delta County appreciates the opportunity to submit comments on the Uncompahgre Field Office's (UFO) Draft Resource Management Plan (RMP) Revision and Environmental Impact

Statement. Delta County has been a participating partner throughout the UFO RMP revision process and incorporates its earlier comments in this response. Delta County continues to support full multiple use opportunities balanced against the positive and negative impacts and the protection of private property rights within the UFO area.

Bureau of Land Management (BLM) lands comprise a significant portion of Delta County's open space and resource area and any revisions changing the available usage or access to these lands and mineral resources has a corresponding impact on the residents of Delta County. Delta County has carefully considered the impacts of the Alternatives addressed in the draft RMP. The underlying base of any RMP is by its nature is filled primarily with stated restrictions on or elimination of various singular use activities. The impacts of any restrictions on or the elimination of any use of BLM lands must be weighed against resulting loss or gain of economic, aesthetic, and/or social benefits.

With the exception of fluid mineral leasing, Delta County favors Alternative C with some changes discussed below as Alternative C preserves a greater amount of multiple use and protection of private party rights within the plan. Alternative C also provides a greater separation between broad requirements and site specific issues that should only be addressed during the review of proposed site specific activities. Alternative C, therefore, allows for greater flexibility for the public and the BLM to address and regulate those sight specific requirements through various then current permitting processes. Specific comments related to Fluid Mineral and the preferred RMP language for Delta County is noted in subsequent sections.

Areas of concern in the RMP for Delta County are noted below:

Table 2.1 Comparative Summary of Alternatives

0 Visual Resource Management

o <([#1 [35.1] Table 2-1 Page 2-9, Application of VRM to lands where surface ownership is private or held by the State equates to application of a management action to the surface estate. The RMP defines visual resource management as:

o "The inventory and planning actions taken to identify visual resource values and to establish objectives for managing those values, and the management actions taken to achieve the visual resource management objectives." Glossary-40.

o Applying a management action such as a VRM designation is by BLMs stated definition an attempt to manage land. As the visual resource of land is certainly on the surface estate, applying such an action on privately held land is beyond BLMs scope

#1])> Table 2.2 Description of Alternatives

® Land Health

o <([#2 [3] Page 2-25, Line 24, Given the lower precipitation rate over the entire UFO resource area, it is more realistic to manage for upward trend for land health

o Page 2-27, Line 26, add recreation to actions that can cause land health

problems #2])>

—  _

® Soils and Water Resources

o <([#3 [3] Page 2-47, line 55, provide for the same requirements stated in Alternative D for Oil and Gas wells located within 1000 feet of a domestic well

o Page 2-29, Line 32, work with permittee before removing water structures #3])> o <([#4 [37.1] [3] Page 2-46, Line 52, Delta County does not believe that water owned by the people of the State of Colorado being appropriated by a federal agency such as BLM. Utilizing CWCB to act as a proxy to develop in-stream flow rights amounts to a federal appropriation of water that will adversely impact the people of Colorado by limiting the ability to develop water for future beneficial uses. The No Action Alternative would be preferable to this proposed action.

#4])> o <([#5 [37.1] [3] Page 2-46 Line 53, The management action presented across Alternatives

B, C and D does not represent an appropriately broad range of alternatives Water owned by the people of the State of Colorado should not be appropriated by a federal agency such as BLM. Accordingly, BLM should not propose an action which would result in a federal appropriation of water. Such appropriations adversely impact the people of Colorado by depriving them of the ability to develop water for future beneficial uses. The No Action Alternative would be preferable to these proposed actions. Alternatively, we recommend that BLM develop an Alternative D that would not involve filing on additional water rights.

#5])> o <([#6 [3] Page 2-57 Line 79, we request that Alternative D be amended to add the language "provided that pursuit of such opportunities does not impact valid existing rights and uses within the targeted area".

o Vegetation

o Page 2-53, Line 71, add livestock grazing where the language describes uplands to support big game species habitat and fuels reduction given the threats listed for Gunnison Sage grouse

o Page 2-57 Line 79, we request that Alternative D be amended to add the language "provided that pursuit of such opportunities does not impact valued existing rights and uses within the targeted area."

o Page 2-62, Line 89, add threatened and endangered species for weed control treatments

#6])> •

•

•

•

0

Special Status Terrestrial Wild Life

o

<([#7 [16.1] Designate defined habitats as species occupied habitats. Without that specific notation, non-occupied habitats could become un-necessarily

extensive and restrictive. Habitats at site specific locations would be
addressed during the application for a specific activity.
Page 2-95, Line 152, designate defined habitats as species occupied
habitats. Without that specific notation, non-occupied habitats could
become un-necessarily extensive and restrictive.
Page 2-102-105, Line 161-167, Gunnison Sage Grouse, see comment
regarding Gunnison Sage Grouse plan amendment.
Page 2-113, Lines 176-179, prairie dog restrictions (need to review
applications). Site specifics do not belong in a RMP
Page 2-119,Line 187, Water Fowl and Shore Birds, river corridor buffers
Resources #7])>
o
Cultural Resources

Support Alternative C
<([#8 [12.2] [3] Page 2-126-135, Line 216-238, (need to review application buffers)
#8])>
Visual Resources
o <([#9 [3] [35.1] Page 2-138-9, Line 251, Seems to restrict use of private property.
o Page 2-140, Line 253, designating Adobe Badlands as VRM Class II is
restricting recreational value and potential.
#9])> Forestry and Woodland Products
o <([#10 [3] [17.1] Page 2-154, Line 275, Manage as non-commercial. Do not put acreage
limits on harvestable acres given the length of the RMP and the
uncertainly of what treatments may be needed in the future.
o Page 2-158, Line 280, Use Alternative D action which also includes
biomass for insect and disease control.
o Page 2-155 Line 278; do not restrict harvest in ACECs, SRMAs and other
designations due to treatments that may be needed to maintain the
original characteristics.
#10])> Fluid Minerals
o <([#11 [37.3] Delta County has received significant input from constituents regarding
fluid mineral resources in the North Fork. Delta County has a long history
of collaboration with all sides of this issue. Delta County was one of the
first counties in the state to add additional stipulations to the oil and gas
industry through its Specific Development Regulation (SDR) process.
o The above mentioned Specific Development Regulations are used in
combination with federal and state requirements to address site specific
concerns.
o Delta County is submitting the attached Hydrology reports that were
researched for the County. There are four distinct reports that cover the
entire county. These studies outline pathways of potential impacts to
groundwater from development of any kind.
#11])> o Alternative D is favored for addressing Fluid Minerals above Alternative C
except where noted below.
o <([#12 [22.1] Delta County feels very strongly that converting methane to electricity will

BLM_0155934

be part of the diverse energy grid going forward within Delta County.
Delta County feels that the current alternatives do not allow for expansion
of this energy source and request that the draft final RMP EIS expand the
area available for Fluid Mineral leasing in the coal areas around coal mines
so that they could provide additional useable product for any methane to
electricity project. Specifically, Delta County requests an area generally an
east-west band in the Paonia-Somerset Known Recoverable Coal Resource
Area bounded by the southern surface outcropping of the coal interval
and the norther boundary determined by those points where the
overburden exceeds 3500 feet above the B seam of the Mesa Verde coal
interval be left open for leasing so that expansion could occur in these
areas.
#12])> o <([#13 [21.1] Delta County prefers site specific management of the fluid mineral leasing
which takes into consideration all of the federal, state and local
regulations, and technical advancements at the time of application. Delta
County supports landscape management that incorporates a balanced
level of economic viability, protection, restoration, enhancement and use
of resources. Delta County has been consistent in their priority of multiple
uses across all public lands and protection of private property rights
associated with split estates.
o Delta County prefers a balanced approach to the fluid mineral leasing with
the intent that the foundation, information, analysis and site specific
conditions identified at the site level is brought forward to supplement
and advise future oil and gas lease sale nominations.
o Delta County supports all forms of energy as they feel strongly that a
diverse energy grid is critical to our homeland security and economy.
#13])> o <([#14 [3] [17.1] Page 2494, Line 336, Remove the NSO restriction on privately owned
surface property above federally owned mineral estate. Infringes on
Private property rights of the surface owner.
0
o Page 2-201, Line 337, Remove the CSU restriction on privately owned
surface property above federally owned mineral estate. Infringes on
Private property rights of the surface owner.
o Page 2-205, Line 338, Remove the NSO and Surface Disturbance
restrictions on privately owned surface property above federally owned
mineral estate. Infringes on Private property rights of the surface owner.
#14])>

Mineral Materials
o <([#15 [3] Page 2-213, Line 353, Insert "with the private surface owner approval" for
the disposal of mineral materials on privately owned surface. Infringes on
Private property rights of the surface owner.
#15])>
Recreation and Visitor Services
<([#16 [3] [27.1] Page 2-220, Line 371, Provide for the same requirements as for

Alternative D to control competitive events in ERMA's.
Page 2-220, Line 372, (need to consider maximum number of group size)
Page 2-221, Line 374, (Consider target shooting buffer restriction as in Alternative D)
Page 2-243, Line 395, the mental benefits section does not belong in a RMP. This language opens the BLM up to additional litigation and undoes process. Who determines what creates the well-being and happiness of an individual.
Extensive Recreation Management Area:
o Pages 2-289-299, Lines 431-468, (review inclusion of areas and applications) Important for the BLM to work with adjoining counties when designating ERMAs.
#16])>

Travel and Transportation Management
o
o
<([#17 [32.1] [3] Page 2-302, Line 476, The North Delta Off Highway Vehicle (OHV) area totals 8,560 acres. The difference between the acres designated open (5,250) in Alternative C and the total acres is 3,310 acres. Those 3,310 acres in the northern portion of the North Delta OHV area should be designated as restricted to designated routes and not removed from the overall area. Although there are concerns about threatened and endangered species in the northern area, there are many existing routes currently and historically used in the present open OHV designation. The North Delta OHV area should be managed as an ERMA
Page 2-307, Line 481, amend Alternative D to allow motorized/mechanized travel for big game retrieval during CPW authorized big game hunting seasons. This consideration allows for additional hunting opportunities for hunters with differing physical abilities.
o Both Alternatives B and D would eliminate open area designations and not allow cross-country travel. While this is portrayed in Table 4-61, this report mentions the elimination of the North Delta OHV area of cross-country travel under Alternative B, but omits from mentioning the same elimination in Alternative D. Alternative C would expand the open area designation by including Kinikin Hills in addition to the North Delta OHV area. Alternative A would maintain the status quo; at least until a designated route system is potentially implemented (within 5 years of completing the RMP).
#17])>

Wild and Scenic Rivers
o<([#31 [39.1] [3] Page 2-359, Line 586, within the full array of management tools that BLM utilizes is the ability to protect the free-flowing nature and Outstanding Recreational Values for the stretches of waterways identified as eligible

BLM_0155936

for designation. Delta County does not support any recommendation of
these waterways as suitable for Wild and Scenic designation.
o BLM should not use an administrative determination (WSR suitability) as
the basis for imposing land use restrictions on adjoining land.
#31])>
Lands with Wilderness Characteristics
<([#32 [3] o Page 2-148, Line 264, to manage for solitude given the increase in
recreation and directive to allow for increased use is not feasible. #32])>
o Ecological Emphasis Areas
o <([#33 [14.1.1] The UFO RMP calls out 12 areas as Ecological Emphasis Areas for the basis
of unprotected core wildlife and native plant habitat and associated
movement, dispersal, and migration corridors. In researching FLMPA and
other BLM legal documents, Delta County can find no legal basis for
Ecological Emphasis Areas (EEAs). Additionally, the RMP specifically calls
out the multiple use mandate of the BLM as causing habitat
fragmentation. Multiple use and sustained yield are the reason BLM lands
were set aside and continue to be managed for today. This is especially
troubling when cross referencing the livestock grazing language in an EEA.
EEAs appear to be a way to designate defacto Wilderness Study Areas
without going through the extensive studies and public process. This
designation is not backed up by any legal designation nor is the
prioritization given an EEA needed with the tremendous number of
planning tools at the BLM's disposal. This is deficiency in this plan and
should be removed. Protecting wildlife and plant habitat is already
occurring within the planning tools and designations that BLM has.
#33])>


Recreation
o <([#34 [3] [27.1] Page 2-243, Line 395, not sure the benefits section belongs in a RMP.
Leaves it subject to interpretation and increased conflict. Restored mind
from unwanted stress; improved mental well-being are very subjective
terms and will only add to the long list of factors that the BLM could
potentially be sued over. In addition, these emphasis factors clearly will
create special use categories for landscapes and will reduce the multiple
use mandates for BLM. In addition, this language will be used against the
livestock industry. Delta County views this language that is used
throughout the recreation section as another example of where the RMP
is too prescriptive and site specific.
#34])> o <([#35 [27.1] Page 2-239, Line 394, Delta BoCC would prefer Jumbo Mountain was
designated as an ERMA to ensure flexibility and multiple use in that area
where private land is intermingled with BLM.
#35])> 0


Comprehensive Travel and Transportation Management
o <([#36 [3] [32.1] Page 2-307, Line 481 Alternative D is amended to allow
motorized/mechanized travel for big game retrieval during CPW

authorized big game hunting seasons. This limited allowance will preserve
hunting opportunities for hunters with differing physical abilities. #36])>
o <([#37 [2] Both Alternatives B and D would eliminate open area designations and not
allow cross-country travel. While this is portrayed in Table 4-61, this
report mentions the elimination of the North Delta OHV area of cross-country
travel under Alternative B, but omits from mentioning the same
elimination in Alternative D. Alternative C would expand the open area
designation by including Kinikin Hills in addition to the North Delta OHV
area. Alternative A would maintain the status quo; at least until a
designated route system is potentially implemented (within 5 years of
completing the RMP). #37])>

0 Wilderness Study Areas
o <([#38 [40.1] Continue to push for Congress to release the Adobe Badlands WSA and
manage it for an ERMA. The Adobe Badlands Area should be managed for
recreation and allow for the cross country travel of this area to reduce the
burden on adjoining areas.
#38])> p
0
0
National Trails and Byways
o <([#25 [3] [25] The Old Spanish Trail was in part created and maintained as a livestock
driveway. The RMP should reflect that trailing and using the Old Spanish
Trail by livestock is authorized.
#25])>
Livestock Grazing
o <([#26 [3] Page 2-165 Line 298, reactivate Winter-Monitor allotment
o Page 2-166 Line 299, Trailing overnight in sensitive areas. This needs to
be clarified to not unduly penalize moving through an area.
o Paget-163, Line 294, add counties to the statement regarding supporting
local agricultural communities
o Page 2-164, Line 295, maintain the ability to increase AUMs
o Page 2-165, Line 297, before acreage is removed for AUM on ACEC, write
language in to change management of livestock use. Increase the
flexibility of management.
o Page 2-166, Line 299, define that trailing livestock is not the same as
gathering and moving livestock from pasture to pasture.
o Page 2-168, Line 302, add counties to the fourth bullet for consultation
o Page 2-169, Line 303, add Colorado Resource Monitoring Imitative to the
list of plans to base decisions on. In addition, include the MOU with CCA,
CWGA, BLM, USFS, and Department of Ag.
o Page 2-167, Line 300, no mention of using livestock as tool for vegetation
treatments. Targeted grazing is an economical, viable tool and has been
extensively researched to benefit sage grouse and big game habitat. In
addition, targeted livestock grazing has been successfully used to extend
the life of mechanical vegetation treatments on oak brush and other

shrubs.
o Page 2-167, Line 301, Alternative B is very subjective and open to individual interpretation. Closure of permits is sufficiently covered in other sections of the RMP.
o Page 2-170, Line 304, add forage quantity to Alternative D. Increases to forage can also come from improved management in Alternative C
o Page 2-172, Line 306, Major ecological damage does not equate to maintaining range improvements
o Page 2-172, Line 307, alternative C is more feasible and allows for the sustainability of multi-generational use of working landscapes. #26])>

o <([#27 [23.2] Grazing is but one of many factors influencing grass height with others including precipitation, soils and temperature. Grass and forb vegetation expressed as herbaceous cover and height in sagebrush ecosystems is subject to wide annual variation that is related to precipitation. Grass height also depends on shrub density and morphology of the shrub community. Grass and forb height and diversity do matter, as documented by numerous studies, but to say that grass height alone can predict whether or not a nest will be successful is not consistent with recent science. Enforcing an annual stubble height requirement is at best, suspect.
#27])> o <([#28 [23.1] The BLM Instruction Memorandum and Handbook provides clear direction
that before any adjustment is made, rangeland monitoring and vegetation trend must show a downward trend and that livestock grazing is the causal factor. Plant composition at any one point in time varies because plant communities are constantly changing in composition and production owing to changes in environmental influences and site potential (Rangeland Health: New Methods to Classify, Inventory and Monitor Rangelands 1994). An ecological site is recognized and described on the basis of the characteristics that differentiate it from other sites in its ability to produce and support a characteristic plant community. This variation on the landscape makes managing for a single standard not reflective of the ability of the various sites to produce the desired vegetation and does not account for the full breadth of environmental influences that determine vegetation composition and structure #28])> .
o <([#29 [23.1] Page 2-175, Line 316, given that the Desert bighorn sheep were introduced into the UFO, utilize current rotations and life cycle of the domestic sheep and wild sheep to reduce the potential for interaction. The 9-mile buffer reduces the available forage and managed grazing that the majority of the sheep grazing adheres to. Delta Board of County Commissioners (BoCC) represents 11,267 head of sheep in our county and we see similar pressures to reduce sheep grazing in numerous BLM and USFS planning documents. The UFO RMP is covered by the MOU between the Colorado Department of Agriculture, Colorado Parks and Wildlife, Colorado Wool growers and BLM. The MOU covered what would

be done in the case of contact and how to minimize risk. These guidelines already accomplish the temporal and spatial separation which the RMP claims will effectively redress disease transmission. The mentioned practices provide for the separation needed and are closer to what is actually seen on the landscape. The experiments mentioned in the UFO RMP have been conducted under laboratory conditions and in small pens and again do not reflect the largeness of the landscape. The Delta BoCC urges BLM to discontinue using the presence of bighorn sheep as a means to reduce or eliminate domestic sheep grazing in the Uncompahgre Resource Area.

o Delta County opposes any reduction or elimination of AUMs based on the proximity of bighorn sheet to domestic sheep grazing areas, and encourages the BLM and permittees to work together to minimize the risk of potential contact between domestic and bighorn sheep. In 2014, Colorado Parks and Wildlife, the Colorado Wool Growers Association, the Colorado Department of Agriculture and the BLM and USFS renewed the Memorandum of Understanding for Management of Domestic Sheep and Bighorn Sheep. This MOU is not mentioned or referenced in the RMP. Additionally, the RMP does not mention the USDA Agriculture Research Service specific to the potential disease transmission and impacts from contact on large landscapes. The RMP should contain the full body of research and not selected citations. The degree of risk of potential disease transmission from domestic sheep to bighorns in open range conditions is unknown and it is not clearly understood even in experimental confinement settings.

o This document details the management of potential interaction and should be included in the RMP. Currently used management practices that were agreed upon by all parties include constant herder supervision, compliance monitoring, turning out bred females, adhering to on/off dates for grazing allotments, removal of sheep after the grazing season, removal of stray domestic sheep, hazing of bighorn sheep nearing domestic sheep flocks and reporting known contact, and cleaning up salting areas upon departure. These guidelines already accomplish temporal and spatial separation. #29])>

Table 2.3 Renewable Energy exclusion and Avoidance Areas
® Solar, Wind and Hydropower

o<([#30 [28.1] Page 2-377, Line 640, Given the hundreds of species that are listed in the mega settlement with Wild Earth Guardians and Center for Biological Diversity and the ever increasing potential for hundreds of more species, this section is tying the hands of the BLM for decades to even mitigate habitat for renewable energy. Technology is ever changing and there is significant need to retain flexibility of where the renewable energy infrastructure can be located.

-- - -

#30])> ._

Table 2.6 Summary of Environmental Consequences

© Summary of Environmental Consequences
o <([#24 [3] Page 389, line 9, Alternative B is written to equate all use to vegetation
diversity. These landscapes are disturbance driven and need periodic use
to maintain diversity in the age classes of primarily shrubs. This particular
section makes broad generalizations.
o Page2-391 Line 391, the statement that SRMAs could concentrate weed
populations is a stretch. Weeds are not discriminatory of which method
of dispersal they take advantage of.
o Page 2-407, Line 39. Alternative D, improving range improvements is
allowed if it is compatible with other resources uses, however this is not
defined and subject to interpretation and potential abuse.
o Chapter 4 Page 4-131, the benefits of livestock grazing should also be
included in this section. The one paragraph on this page only presents
one side of the equation.
o Chapter 4 Page 4-235, no such management term as low duration grazing
system. Duration is generally described as short or long. If big game
herbivory is found to be the causal effect of a downward trend, livestock
should not be the mitigation tool for this particular impact.
o Acreage closed to grazing for VRM I and II are not clearly defined and
subject to misinterpretation.
#24])>
0 Socio-Economic Considerations
o <([#18 [30.3] 2012 Colorado Agriculture Statistics data indicates that Livestock sales for
Delta County are $35,966,700 annually. This is direct sales information
and does not include a multiplier. When a conservative multiplier of 2.4 is
used, the impact to Delta County is $86,320,080 strictly from the livestock
industry. Attached to our comments, is a fact sheet from Colorado State
University Extension. Colorado Agriculture Statistics shows 11,267 head of
sheep in Delta County and 17,000 cattle.
o Data indicates that grazing as a land use in the UFO is not strictly for
traditional and cultural importance, it contributes to the overall economic
well-being of Delta County. This is a more accurate way to reflect
livestock grazing in the RMP.
o IMPLAN calculates economic impact based on forage used in the UFO;
however additional analysis needs to include the value of the livestock for
the entire year. Livestock grazing within the UFO fills a critical winter and
spring niche that is vital to the overall economic health of the livestock
industry and thus Delta County. If livestock grazing is reduced within the
UFO, the operating costs increase for livestock operators and thus
increase the likelihood of producers scaling back and reducing numbers.
#18])> <([#19 [32.2] [30] The BLM should work closely with the various user groups and
counties when
designating uses for specific trails and areas. Multiple use of roads and other routes in
the UFO are important economic drivers for the entire regions. Within the UFO planning
area, there are existing county roads upon which counties have clear jurisdictional and
maintenance responsibilities. Delta County urges the BLM to consult with the affected

BLM_0155941

counties to prepare an accurate inventory of roads.
#19])> <([#20 [8] All management decisions related to Gunnison Sage Grouse habitat should be amended
to defer to the BLM's Gunnison Sage-Grouse Rangewide Resource Management Plan
Amendment and Environmental Impact Statement, which is currently in draft form.
#20])> <([#21 [27.4] The UFO RMP does not address the cumulative impact of continued decrease in areas for
recreation and what that continual narrowing of where the public can go on the
remaining open areas. The USFS and BLM have been given directives to get more people
outdoors and with that mean an increased usage. More and more recreationists are
discovering this area and the continual narrowing of choices will have a major impact on
the landscapes that are open. This is not discussed in this document.
#21])> In conclusion, <([#22 [30] Delta Board of County Commissioners urges the BLM to seriously consider
the local economies when planning for the next 20-30 years. Delta County is 57%
federally owned and the decisions made in these planning documents have real
consequences as noted in the last three years with the decline of our coal industry. Delta
County is diversifying its economy; however the base of the economic engine is still
related to dependency on federal lands. It is easy for those that are not near the ground
to make decisions because it is the politically correct or it looks good on a map but these
are real jobs and people that need to able to count on the dependability and sustained
yield of the BLM lands.
#22])> <([#23 [27.4] [35.4] The view shed in Delta County that is often prioritized and wildlife habitat that is
highlighted is due to large landscapes of habitat that are not fragmented but are highly
productive because they are a working landscape. That working landscape is tied to the
ability to utilize BLM lands and the two are connected and dependent on each other.
The large landscapes contribute to the recreationist's satisfaction and the view shed adds
to a tourist's willingness to provide a favorable review of the area. Single species
management of BLM lands or continued restricted use of our public lands will have
unintended consequences that will not be undone with the next plan or NEPA document.
Delta County Board of Commissioners urges the multiple use mandate of the BLM to
continue and to not be marginalized as is documented in the Uncompahgre Field Office
Draft Resource Management Plan.
#23])> Thank you for your attention and consideration of our comments.
Sincerely,
Delta Board of County Commissioners
ruce Hovde, Chairman C. Douglas A chley, Vice Chairm
aLL7
Cc: Montrose County Commissioners
Mesa County Commissioners
U.S. Senator Michael Bennet
U.S. Senator Coiy Gardner
Congressman Scott Tipton
Governor John Hickenlooper
J. Marc Ro- ter, Commissioner

Attachments

GROUNDWATER SYSTEMS IN DELTA COUNTY, COLORADO:
NORTH FORK VALLEY AND TERRACES AREA
GIS-Based Hydrological and Environmental Systems Analysis and
Formulation of Conceptual Site Models
Authors:
Dr. Kenneth E. Kolm, Hydrologic Systems Analysis, LLC., Golden, Colorado
and
Paul K.M. van der Heijde, Heath Hydrology, Inc., Boulder, Colorado
Prepared For:
Delta County Board of County Commissioners, Colorado
Contract # 2013-CT-027
Report Date: October 31, 2013
Front Page: Orchards on the terraces of the North Fork Valley near Paonia. (June 2012).
North Fork Valley and Terraces Groundwater System, Delta County, Colorado HSA/HHI page i
Table of Contents

1. INTRODUCTION ................................................................................................ 1
2. DEVELOPMENT OF CONCEPTUAL MODELS OF THE NORTH FORK VALLEY
AND TERRACES (NFVT) STUDY AREA ........................................................... 4
2.1 Climate ............................................................................................................ 4
2.2 Topography and Geomorphology ..................................................................... 7
2.3 Surface Water Characteristics and Springs ..................................................... 9
2.4 Hydrogeologic Framework ............................................................................. 13
2.4.1 Regional Hydrogeologic Units .................................................................... 14
2.4.2 Hydrogeologic Units of the NFVT Area ...................................................... 16
2.4.3 Hydrostructural Units of the NFVT Area .................................................... 19
2.5 Groundwater Flow Systems........................................................................... 23
2.6 Groundwater System Conceptual Site Models by Subsystem ....................... 25
2.6.1 Mesa Top and Hillslope Shallow Aquifer Subsystems ..................... 26
2.6.2 Valley Bottom Shallow Aquifer Subsystems ......................................... 27
2.6.3 Regional Bedrock Aquifer Subsystems ....................................... 31
2.7 Anthropogenic Influences ............................................................................. 33
2.7.1 Effects of Land Use Changes on Groundwater Systems ........................ 33
2.7.2 Potential Effects of Oil and Gas on Hydrology ...................................... 36
3. GIS MAPS, LAYERS, DATABASES, AND DATA SOURCES ...................................... 38
3.1 GIS and GIS Maps ........................................................................................ 38
3.2 Use of GIS in the NFVT Area Study ............................................................. 38
3.3 GIS Map, Layers, and File Structure ............................................................ 40
3.4 Data Sources ................................................................................................. 41
4. SUMMARY AND CONCLUSIONS ...................................................................... 44
5. REFERENCES ................................................................................................ 47
APPENDIX 1. GIS LAYER FOR SPRINGS AND SEEPS FROM CDSS WATER
RIGHTS INFORMATION DATA BASE ................................................................ 49

BLM_0155943

North Fork Valley and Terraces Groundwater System, Delta County, Colorado HSA/HHI page ii

List of Tables

Table 1 Average Maximum, Minimum and Mean Monthly and Annual
Temperature, and Average Monthly and Annual Precipitation, Snow Fall
and Snow Depth for Paonia 1 SW (0506306)
for period 1/1/1893 to 3/31/2013 ................................................... 6
Table 2a Correlation of Geological and Hydrogeologic Units in the North Fork
Valley and Terraces Study Area: Unconsolidated Sediments.................. 21
Table 2b Correlation of Geological and Hydrogeologic Units in the North Fork Valley
and Terraces Study Area: Bedrock Units ...................................................... 22

List of Figures

Figure 1 Location of the North Fork Valley and Terraces and the Oak Mesa Study
Areas in Relationship to the Major Watersheds, Delta County, Colorado ..... 1
Figure 2 North Fork Valley Display Area, Showing the Water Planning Areas and
the Oak Mesa and the North Fork Valley and Terraces Study Areas ............. 2
Figure 3 North Fork Valley Display Area, Showing the Oak Mesa and the North
Fork Valley and Terraces Study Areas and the Oak Mesa Display Area ...... 3
Figure 4 Location of NWS/COOP Weather Stations in and near Delta County ......... 5
Figure 5 Average Monthly Precipitation, Snow Fall and Snow Depth for Paonia
1 SW (0506306) for period 1/1/1893 to 3/31/2013 .............................. 6
Figure 6 Spatial Distribution of the Average Annual Precipitation in the NFVT Area,
Delta County, Colorado (Source: Natural Resources Conservation Service
2011) ................................................................................... 7
Figure 7 Topography in the NFVT Area ...................................................…........... 8
Figure 8 Watersheds, Streams and Ditches in the NFVT Area ............................ 9
Figure 9 Hydrograph Analysis of Surface Water Stations along the North Fork River 10
Figure 10 Springs and Seeps in Relationship to Streams and Irrigation Ditches in the
NFVT Area ........................................................................…............. 11
Figure 11 Springs and Seeps in Relationship to the Hydrogeological Units in the
NFVT Area ............................................................................... 12
Figure 12 Generalized Map Showing Regional Geographic and Geological Features ... 15
Figure 13 Composite Large Scale Map of the Geology of Delta County ................... 16
Figure 14 Generalized Northeast-Southwest Geological Cross Section Representative
for Delta County ...................................................................... 17
Figure 15 Map Showing the Shallow Unconsolidated Hydrogeologic Units in the
NFVT Area ............................................................................... 18
Figure 16 Map Showing Top of Bedrock Hydrogeologic Units in NFVT Area .......... 19
Figure 17 Map Showing Major Hydrostructures (Faults and Fracture Zones) in the
NFVT Area ............................................................................... 20
North Fork Valley and Terraces Groundwater System, Delta County, Colorado HSA/HHI page
iii
Figure 18 Map Showing the Locations of the Cross-sections Representative for the
Conceptual Site Models in the NFVT Area on Top of the Hydrogeologic
Units ................................................................................... 25
Figure 19 Cross-sectional View of the Conceptual Site Model of the Mesa Top and
Hillslope, and Valley Bottom Shallow Aquifer Subsystems (A-A' in Figure

BLM_0155944

18) ……………………………………………..……………………… 27
Figure 20 Cross-sectional View of the Conceptual Site Model of the Mesa Top and Hillslope, and Valley Bottom Shallow Aquifer Subsystems (B-B' in Figure 18) ………………………………………………………………... 28
Figure 21 Google Earth View of the Mesa Top and Hillslope, and Valley Bottom Shallow Aquifer Subsystems ……………………………………………. 29
Figure 22 Plan View of the Conceptual Site Model of the Mesa Top and Hillslope, and Valley Bottom Shallow Aquifer Subsystems …………………………. 29
Figure 23 Cross-sectional View of the Conceptual Site Model of the Valley Bottom Shallow Aquifer Subsystems (C-C' in Figure 18) …………………………. 30
Figure 24 Cross-sectional View of the Conceptual Site Model of the Regional Bedrock Subsystems (D-D' in Figure 18) …………………………………..… 32
Figure 25 Google Earth View of the Regional Bedrock Aquifer Subsystems ………… 32
Figure 26 Plan View of the Conceptual Site Model of the Regional Bedrock Subsystems …………………………………………………………… 33
Figure 27 Anthropogenic Influences: Irrigated Areas and Irrigation Ditches in the NFVT Area ……………………………………………………………. 34
Figure 28 Anthropogenic Influences: Wells in the NFVT Area ………………………. 35
Figure 29 Anthropogenic Influences: Oil/Gas Lease Parcels in Relationship to Hydrogeology in the NFVT Area (Source: Delta County GIS, 2013) ……….. 36
Figure 30 Delta County GIS Map Showing Streams, Ditches and Roads on Top of County-wide Geology …………………………………………………… 39
Figure 31
NFVT GIS Map Showing Streams, Ditches and Roads on Top of Hydrogeologic Unconsolidated and Bedrock Units and Hydrogeologic Structures …………………………………………………………………. 39
Figure 32 GIS Map Showing the Attribute Table for the Hydro(logic) Structures Layer in the NFVT Area ……………………………………………………. 40

North Fork Valley and Terraces Groundwater System, Delta County, Colorado HSA/HHI page iv
North Fork Valley Display Area
EZZI North Fork Valley Study Area
EZI Oak Mesa Study Area
Delta County Boundary
Highways
- Ditches and Enhanced Streams
- Rivers
Streams
I I Lakes
Lower Gunnison River Watershed
Upper Gunnison River Watershed
Uncompahgre River Watershed
North Fork Gunnison River Watershed
q 2 4 6 8 10 Miles
11111111111
North Fork Valley and Terraces Groundwater System, Delta County, Colorado HSA/HHI page 1

BLM_0155945

1 INTRODUCTION

Under an agreement with Delta County, Colorado, Hydrologic Systems Analysis LLC (HSA) of Golden, Colorado, in conjunction with Heath Hydrology, Inc. (HHI) of Boulder, Colorado, was tasked to perform a study of the groundwater resources of the valley and terraces of the Upper North Fork River area from Hotchkiss to northeast of Paonia in Delta County, Colorado (Figure 1). The delineation of the study area is based on the nature and extent of the major hydrogeological systems present and some water resources related land use considerations (Figure 2). The study area is located in the North Fork and Upper Gunnison watersheds and roughly coincide with the Delta County water planning areas 1h, 1g, 1i, 1j, 1k, 3a, 3b, 3d, and 4c, located in the North Fork watershed (Figure 1 and 2). The study area is to the southeast and adjacent to the previously conducted Oak Mesa groundwater study (Kolm and van der Heijde, 2012) (Figure 1 and 3). It should be noted that for display purposes in this report a rectangular area is used, referred to as Display Area, which includes both the North Fork study area and the Oak Mesa study area (Figure 3). However, all analyses regarding the groundwater systems in this report are focused on the irregular shaped North Fork Valley and Terraces (NFVT) Study Area.

Figure 1. Location of the North Fork Valley and Terraces and the Oak Mesa Study Areas in Relationship to the Major Watersheds, Delta County, Colorado.

This study includes a Hydrologic and Environmental System Analysis (HESA) of the groundwater system in the study area and the development of GIS databases and maps of hydrogeologic and hydrologic characteristics of this groundwater system. The HESA is documented in this report, which also contains a description of the development and use of the GIS databases and maps. The report and GIS databases provide support for planning, zoning and Delta County Water Planning Areas

n North Fork Valley Display Area

177A North Fork Valley Study Area

Oak Mesa Study Area

- Ditches and Enhanced Streams

- Rivers

- Streams

- Highways

0 1

A

2 3 4 5 Miles

I 1111111 i I

i

North Fork Valley and Terraces Groundwater System, Delta County, Colorado HSA/HHI page 2

other decision-making tasks of county staff, including those related to protection of groundwater resources for use as public or communal water supplies.

Figure 2. North Fork Valley Display Area, Showing the Water Planning Areas and the Oak Mesa and the

North Fork Valley and Terraces Study Areas.

The GIS maps have been created, in part, from previously published, or otherwise available public information, as well as the results of the HESA. Additional data layers and evaluation were needed to construct the GIS database – particularly with respect to the hydrogeologic layers. The HESA included a few scoping site visits to the study area; no additional fieldwork has been conducted. The maps (and underlying databases) have been

BLM_0155946

produced using the ARCGIS/ARCMAP GIS software system.

The North Fork Valley and Terraces groundwater study included the following tasks:

1. Conduct a comprehensive HESA and formulate relevant conceptual hydrologic site models to provide the physical framework for the availability, sustainability and vulnerability assessments;

2. Refine the hydrogeologic nomenclature developed in the previous study;

=I North Fork Valley Study Area

El Oak Mesa q isplay Area [2012 Study]

Oak Mesa Study Area [2012 Study]

- Highways
- Ditches and Enhanced Streams
- Rivers
- Streams

Lakes

ti

0 1 2 3 4 5 Wes

II I 1 I I I

North Fork Valley and Terraces Groundwater System, Delta County, Colorado HSA/HHI page 3

3. Digitize existing geologic maps – to the extent and detail necessary for the project – and converting them to hydrogeologic system layers in the GIS, including layers showing hydrogeologic units and characteristic stacks of such units, and hydrostructures; and

4. Adapt additional hydrological and other GIS maps and databases needed to evaluate the groundwater resources in the county; these databases will contain data from various public domain sources.

Figure 3. North Fork Valley Display Area, Showing the Oak Mesa and the North Fork Valley and Terraces Study Areas and the Oak Mesa Display Area.

It should be noted that that these maps and databases will not obviate the need for additional hydrogeologic analysis on a site-specific/parcel-specific basis by developers and/or the County, or in any water right, geotechnical, or environmental study requiring due diligence. These maps and the associated groundwater evaluation procedure are intended to be used as indicators only, as part of a multi-step land use decision-making process, and to provide a starting point for further study of the County's groundwater resources.

North Fork Valley and Terraces Groundwater System, Delta County, Colorado HSA/HHI page 4

2 DEVELOPMENT OF CONCEPTUAL SITE MODELS OF THE NORTH FORK VALLEY AND TERRACES (NFVT) STUDY AREA

HESA is an approach used to conceptualize and characterize relevant features of hydrologic and environmental systems, integrating relevant considerations of climate, topography, geomorphology, groundwater and surface water hydrology, geology, ecosystem structure and function, and the human activities associated with these systems into a holistic, three-dimensional dynamic conceptual site model (CSM). This watershed-based, hierarchical approach is described by Kolm and others (1996) and codified in ASTM D5979 Standard Guide for Conceptualization and Characterization of Ground Water Systems (ASTM 1996(2008)). The CSM of the NFVT study area covers elements of climate, topography, soils and geomorphology, surface water characteristics, hydrogeologic framework, hydrology, and anthropogenic activity

BLM_0155947

as related to the shallow groundwater systems in the study area.

Based on field surveys and a preliminary HESA, a number of hydrogeologic subsystems were identified within the NFVT study area. Each of these subsystems has a unique hydrogeologic setting and groundwater flow system and is described in detail in forthcoming sections of the report. Furthermore, current anthropogenic modifications of the natural hydrologic features in these subsystems were identified, including groundwater recharge from large scale irrigation ditches and reservoirs. A brief discussion of potential modification of natural flow patterns and impacts on water budgets from proposed oil and gas activities is included.

2.1 Climate

The climate in the study area has both local and regional components and includes effects of elevation and slope aspect (i.e., steepness and orientation with respect to the prevailing winds and sun exposure). The presence of Grand Mesa and West Elk Mountains further influences the climate at the lower elevations by orographic precipitation effects, causing enhanced precipitation on the windward side and local and regional rain shadows on the leeward sides. From the relevant weather stations of the National Weather Service (NWS) Cooperative Network (COOP) near the study area Paonia 1SW (COOP 056306), located south of the town of Paonia, has been selected as representative for the study area (Figure 4). Table 1 shows monthly and annual long-term averages for temperature, precipitation, snowfall and snow depth (WRCC, 2013); Figure 5 summarizes the average total monthly precipitation (i.e., rain and snowfall SWE - Snow Water Equivalent), snowfall (i.e., thickness of freshly fallen snow), and snow depth (i.e., snow pack) for Paonia for the period 1883 -2013. Note that the long-term average annual precipitation of 15.4 inches for the period 1883-2013 does not differ much from the average annual precipitation of 15.2 inches for the period 1981-2010 (WRCC, 2013).

The NWS data were used by the Natural Resources Conservation Service (NRCS) to prepare a map of spatially distributed precipitation corrected for elevation (see Figure 6). As these data sources show, there is a significant precipitation gradient in the area from about 45 inches annually at the top of Grand Mesa and 30 inches on Mount Lamborn to about 16 inches near Paonia and 12 inches near Hotchkiss.

Orchard Mesa

•

N

0 5

i I 11111

Bonham Reservoir

41

West Muddy

Ranger

•

Wilcox Ranch

Of /'

./ 4,

.C,J•

A

dtation

Cedaredge

Delta
A Olathe
10 Miles
•

North Fork Valley and Terraces Groundwater System, Delta County, Colorado HSA/HHI page 5
Figure 4. Location of NWS/COOP Weather Stations in and near Delta County.
Precipitation type (rainfall versus snowfall), amount, and temporal and spatial
distribution are important for determining the amount of recharge that a groundwater system may
receive, particularly as infiltration from precipitation to the shallow bedrock groundwater
systems. Average annual precipitation determines the climate of the project area, and in the case
of the North Fork Valley, the topographically higher terrains near Grand Mesa and West Elk
Mountains are subhumid and cool and have excellent recharge potential, both from rainfall in the
spring, summer, and autumn months, and from the melting of snowpack throughout the winter
and early spring, especially where covered by gravels and slope deposits. By comparison, the
lower parts of the hydrologic system, including the terraces and stream valleys between Paonia
and Hotchkiss and near Crawford, are mostly semi-arid and have a small recharge potential,
mostly from rain and snow throughout the winter and spring. The summer months are
characterized by high evaporation rates and are too desiccated for significant groundwater
infiltration and recharge. Thus, most of the natural recharge in the near-surface aquifers occurs
during a very short period of time in the winter and early spring. It should be noted that the
LL
C
L
0) 0
O 71
11 J1- )1 m J1 J1- , -III
• Avel age Total Precipitation (in.)
• Avel age Total Snow Fall (in.)
• Avel age Snow Depth (in.)
14.00
12.00
10.00
8.00
6.00
4.00
2.00
0.00

North Fork Valley and Terraces Groundwater System, Delta County, Colorado HSA/HHI page 6
entire study area has groundwater recharge potential, with even the driest areas probably
receiving about 1- 2 inches of recharge annually. This is important when considering the
ultimate groundwater system flow directions and areas of groundwater recharge.
Table 1. Average Maximum, Minimum and Mean Monthly and Annual Temperature, and Average Monthly
and Annual Precipitation, Snow Fall and Snow Depth for Paonia 1 SW (0506306)
for period 1/1/1893 to 3/31/2013.
(Source: Western Regional Climate Center (WRCC), Desert Research Institute, Reno, Nevada).

BLM_0155949

Figure 5. Average Monthly Precipitation, Snow Fall and Snow Depth for Paonia 1 SW (0506306) for period
1/1/1893 to 3/31/2013.
(Source: Western Regional Climate Center, Desert Research Institute, Reno, Nevada).

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Max. Temperature (F) | 38.6 | 44.9 | 53.9 | 63.0 | 73.0 | 83.6 | 89.2 | 86.5 | 78.1 | 66.6 | 52.4 | 40.2 | 64.2 |
| Average Min. Temperature (F) | 13.8 | 20.4 | 27.5 | 33.9 | 41.6 | 49.3 | 56.1 | 54.7 | 46.8 | 36.5 | 26.1 | 16.2 | 35.2 |
| Average (Mean) Temperature (F) | 26.1 | 32,6 | 40.7 | 48.5 | 57.3 | 66.4 | 72.7 | 70.6 | 62.5 | 51.6 | 39.3 | 28.3 | 49.7 |
| Average Total Precipitation (in.) | 1.20 | 1.19 | 1.46 | 1.34 | 1.37 | 0.75 | 1.07 | 1.33 | 1.48 | 1.60 | 1.26 | 1.33 | 15.39 |
| Average Total Snow Fall (in.) | 11.9 | 9.0 | 6.3 | 2.4 | 0.2 | 0.0 | 0.0 | 0.0 | 0.1 | 0.8 | 4.7 | 11.9 | 47.1 |
| Average Snow Depth (in.) | 4 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | |

North Fork Valley Study Area
Highways
q itches and Enhanced Streams
Rivers
Streams
Lakes
Precipitation [in/yr]
7-10
11 _ 15
MI 17 - 20
21 -25
- 27 - 30
-31-35
II= 37 - 40
-41-45
47 - 50
-51-55
0 1 2 3 4 5 Mites
North Fork Valley and Terraces Groundwater System, Delta County, Colorado HSA/HHI page 7
Figure 6. Spatial Distribution of the Average Annual Precipitation in the NFVT Area, Delta County,
Colorado (Source: Natural Resources Conservation Service 2011).

2.2 Topography and Geomorphology
The surface elevation in the NFVT study area ranges from about 1,600 m (~5,200 ft) in the North Fork valley near Hotchkiss to about 2,000 m (~6,500 ft) on the terraces and mesas along the North Fork and its tributaries (Figure 7). The topography of the study area has three distinct terrains: 1) steeply sloping to gently rolling, gullied bedrock (mostly shale) uplands; 2) poorly dissected, connected and disconnected, continuous and discontinuous hillslope fans and mass wasting features, and alluvial terraces; and 3) continuous alluvial valley bottoms.

BLM_0155950

On the north side of the North Fork Valley, the fans, mass wasting features, and alluvial terraces are separated by fractured-controlled drainages derived from Grand Mesa. Each of these features functions as separated systems and are not connected across the drainages. On the south side of the North Fork Valley, including Lamborn and Stewart Mesas, the fans, mass wasting features, and alluvial terraces are dissected by local drainages derived from the West Elk Mountains. Each of these features also functions as separated systems and are not connected

1=1 No* Fork Valley Study Area

Highways

- Ditches and Enhanced Streams

- Rivers

Streams

1 , Lakes

Elevation in Feet IUSGS 2011]

< 5.000

5,000 - 5,500

5,500 - 6,000

1 6,000 - 6,500

6,500 - 7,000

7,000 - 7,500

7,500 - 8,000

8,000 - 8,500

FA! 8,500 - 9,000

9,000 - 9,500

9,500 - 10,000

10,000 - 10,500

10,500 - 11,000

11,004

0 1

A

2 3 4 5 Mifes

I l i I i I i I i I

North Fork Valley and Terraces Groundwater System, Delta County, Colorado HSA/HHI page 8

across the drainages. The effects of the dissection on the groundwater systems will be discussed in the Groundwater System Conceptual Site Models sections.

The deeper bedrock groundwater systems, if not topographically dissected by the surficial processes, will be continuous and regional in nature. Examples of these regional systems are observed in sedimentary bedrock underlying the study area, and these deeper bedrock systems can be a source of regional groundwater. These systems are recharged by, or discharging into, the shallow groundwater systems depending on the geomorphic geometry. Most of the alluvial terraces, fans, and river bottoms in the study area are isolated topographically, which causes discrete and localized groundwater systems and can result in discrete and localized springs.

The topographic gradients in the NFVT area can be divided into two types: 1) steep gradient bedrock slopes (greater than 2% slope); and 2) low gradient (less than 2% slope) fan and terrace levels and alluvial valley bottoms. The topographic gradient is useful in estimating the surface of the water table and for estimating the amounts of infiltration versus overland flow and interflow.

BLM_0155951

Figure 7. Topography in the NFVT Area.
(Sources: Natural Resources Conservation Service 2011; Delta County 2011).
I-I North Fork Valley Study Area
- Highways
Ditches and Enhanced Streams
- Rivers
Creeks
Pipelines
Lakes
Lower Gunnison River Watershed
= Upper Gunnison River Watershed
North Fork Gunnison River Watershed
i
0 1 2 3 4 5 Miles
1 II1 I I 1 i I
North Fork Valley and Terraces Groundwater System, Delta County, Colorado HSA/HHI page 9

2.3 Surface Water Characteristics and Springs

The NFVT study area contains parts of two major watersheds: North Fork and Smith Fork, and various tributaries, including Minnesota, German, Reynolds, Bell, McDonald, and Cottonwood Creeks, Alum Gulch, and the lower portions of Leroux Creek, Jay Creek, Roatcap Creek, and Terror Creek (Figure 8). Streams can be gaining (from groundwater) or losing (to groundwater), dependent on local hydrology and time of year. For example, Minnesota Creek and Cottonwood Creek are gaining streams in their upper reaches where springs discharge from the gravels above the contact between the Tertiary intrusions and the Mancos Shale. In the central reaches of these streams, surface water most likely enters (recharges) the alluvium (Qal) along the river and may recharge underlying bedrock, resulting in loosing stretches of these streams. The gaining and losing dynamics of these streams is seasonal, with bank full conditions occurring during the spring runoff, and during monsoon rains resulting in losing conditions, and low water conditions occurring during the rest of the year resulting in gaining conditions. In the lower reaches of these streams near the confluence with the North Fork, the streams would be primarily gaining as ground water would be discharging from the alluvial aquifer back into the stream. There would be a net loss due to well use and irrigation evapotranspiration.

Figure 8. Watersheds, Streams and Ditches in the NFVT Area.
(Sources: Natural Resources Conservation Service 2011; Delta County 2011).
USGS 09132500 NORTH FORK GUNNISON RIVER NEAR SOMERSET, CO.
USGS 09134100 NORTH FORK GUNNISON RIVER BELOW PAONIA, CO
USGS 09136100 NORTH FK GUNNISON RIVER ABOVE MOUTH NR LAZEAR, CO
Discharge,
cubic feet per second
USGS 09132500
USGS 09134100
USGS 09136100
Mi8
3000
2000
1000

100
10
Jul Jan Jul Jan Jul Jan Jul
2010 2011 2011 2012 2612 2013 2013
North Fork Valley and Terraces Groundwater System, Delta County, Colorado HSA/HHI page
10
The North Fork River is generally a losing river in the upper reaches of the study area
below Somerset due to ditch diversions – specifically into Fire Mountain Canal, irrigation
practices, and groundwater recharge to the alluvial aquifer (Qal) (Figure 9). The river is showing
a significant loss of streamflow by Paonia (Figure 9). The North Fork River becomes gaining in
the reaches near Hotchkiss due to the pinching out of the alluvial system and the added ground
water and surface water from Rogers Mesa and the Leroux Creek hydrologic system (see Lazear
hydrograph in Figure 9). Groundwater flow back to the River is driven by groundwater recharge
in nearby alluvium and upland alluvial terraces from infiltration of precipitation, leaky irrigation
ditches, and flood irrigation water, and loosing stretches of tributaries along the edges of the
modern alluvial valley. The North Fork may be locally gaining or losing due to local irrigation
dynamics, and seasonality of river stage (spring flooding and monsoon storm runoff verses
autumn low stream flow).
Figure 9. Hydrograph Analysis of Surface Water Stations along the North Fork River
[downloaded from USGS National Water Information System, 09/30/2013;
Note that for station 09134100, only seasonal records are available).
There are three categories of springs that are identified on the older USGS maps and in
the water rights records in Delta County (Figures 10 and 11): 1) Bedrock controlled/derived; 2)
Gravel/Shale interface control/derived; and 3) Gravels derived with topographic and geomorphic
control. The Bedrock controlled/derived springs are located on the south side of the study area at
or near the Tmi/Km interfaces, or in nearby alluvial/glacial gravels where the Tertiary Intrusive
bedrock (Tmi), which is the fractured crystalline aquifer, abuts against the Cretaceous Mancos
Shale (Km), which is a confining unit, forcing groundwater to the surface (Figure 11). The
Gravel/Shale interface springs (Figure 11) are located at the Qs/Km interfaces along drainages or
the edges of mesas where the alluvial fans (Qgf) and mass wasting materials (Qs), which are the
potential unconsolidated aquifers, abut against the Cretaceous Mancos Shale (Km), which is a
— North Fork Valley & Terraces study area
— Major rivers
— Streams
— Ditches and enhanced streams
—._ Lakes and reservoirs
— Hignways
Viitatershed thydrol.uniti Upper Gunnison R.
Watershed [isydrol.unitj North Fork Gunnison R.
Watershed Ihyd rol unit] Lower Gunnison R
North Fork Area Appropna led Springs and Seeps [COSS 2013]
APprOproated Flow Rafe
• <0.01cfs
IlllV&
• am - 0.04 ars
e aos - o.i cfs

- 0.11 - 1.0 cfs
., 1.0 cfs
Springs & wells [USGS WR185-42301
Appmpruale Flow Rafe
- .0.01 cfs
- 0.01 - 0.04 cfs
- 0.05 - 6.1 cfs
- 0.11 - 1.0 as.
A
4
.
.
60: . it
Toms
4 •
• .
i,
,.
N
••
W,*
•• %• .
eo •
•
. •
• • %
•
•••
" ''IL-.--'
,
f;OPtilikk
Alt,-
h Hsi
lik
•
%
,
•
• —
••
1!!;
"f...-
..
..
dit, •
ir

BLM_0155954

....
4 .011 11111.

..
k
ill0"b— 11111• '
ffil•-•
t...
Ill
.:
.
•

.
:1
1i
'.
0 2 4 6 Miles i \ •
I .,
iiii

North Fork Valley and Terraces Groundwater System, Delta County, Colorado HSA/HHI page 11

confining unit, forcing groundwater to the surface (Figure 11). The Gravels derived with topographic and geomorphic control springs (Figure 11) are located in the modern alluvium (Qal) and alluvial terraces (Qat). These hydrogeologic units will be discussed in section 2.4. The NFVT area has Crawford Reservoir and some smaller reservoirs, as well as many ponds (primarily related to farmland modifications and sub-urban development requirements), and an extensive network of irrigation and water diversion ditches (Figure 8; see also Section 2.7). Crawford Reservoir is located on the Smith Fork, and affects the surrounding groundwater system as a hydrologic system head boundary (constant head in annual assessments, variable head with season in monthly assessments). Most of the smaller reservoirs and ponds, by comparison, are affiliated with local landowners, and affect only the local surrounding groundwater system. These ponds are filled with groundwater by direct discharge, or by wells or springs supplying local groundwater – most of which is sustained by irrigation, leaky ditches, or to a lesser extent, direct precipitation. These ponds leak into the local aquifer system depending upon location, and tend to concentrate nutrients.

Figure 10. Springs and Seeps in Relationship to Streams and Irrigation Ditches in the NFVT Area.
(Sources: USGS 1986; CDSS 2013; see Appendix 1).
II= North Fork Valley & Terraces study area
— North Fork R.
Towns
North Fork Area Appropriated Springs and Seeps [CUSS 20131
Appropriated Flow Rale
• < 0.01 Ste
• 0.01 - 0.04 eft
• 0.05 - 0.1 Os
• 0.11 - 1.0 ofs

BLM_0155955

lb > 1.0 ofs
Springs  8 wells [USES WRI85A 230. 11
Approximate  Flow Rate
• -.0.01 ars
• 0.01-0.04 cfs
• 0.05 - 0.1 sfs
• 0.11 • 1.0 cfs
— North Fork  1 Oak Mesa hydro-structures
Alluvium'
Younger Valley Gravels
Younger River Terraces
Fans and Lower Mesa Gravels
Hillside  [Slope] Deposits
=I Older Mesa Top Gravels
Tin"-  Tertiary Intrusions
Two - Wasatch [incl.  Ohio Creek Formation)
.
. Knw - Mesaverde Formation [incl.  Rollins  Sandstone]
I 1 Km- Mancos Shale
= KW:,- Dakota-6w I' 0 Canyon Formation
] I Jrrme - Morrison  & lAlanakah  Formations.  Enlrada  Sandstone
N
A
•
• •
iiiI111  • ill
l• • :•
•
• •
Al
•
•
•
• •
..
• • ,
•
i..•
•
• if.
. • otchkiss
-..
it
: ,
icir
-

BLM_0155956

r ... •
e
SAW
n
•
• .4 •
.
a
•
...
• a onia
• 1.1
•
•
ip . •
•
•
11111111'
, •
% O* •
• .
..
..
•
•
• •
f•
!
-•-- .
*40
1
•••111,.
••11
•
•
,
.
•
• •
"--
d
' •
•
...- .. —
,
.'•.,,

BLM_0155957

. '
41
So
0
2 4 6 Mies
I d I i I i I

North Fork Valley and Terraces Groundwater System, Delta County, Colorado HSA/HHI page 12

Figure 11. Springs and Seeps in Relationship to the Hydrogeological Units in the NFVT Area. (Sources: USGS 1986; CDSS 2013; see Appendix 1).

The extensive network of ditches has been inventoried by Delta County (Figure 10; see Section 3 for details). Generally, some ditches flow more or less continuously, at least during part of the year, others are only used when fields are being irrigated. Some ditch alignments coincide with stream sections, resulting in so-called "enhanced streamflows" or "enhanced streams." Other ditch alignments contour throughout the landscape, and affect the various streams and mesas that are traversed. Most ditches are unlined, and leak water into the subsurface. More modern practices of piping have minimized this water loss. Wetlands and phreatophyte vegetation are indicators of groundwater discharge to the land surface. The irrigation ditches located on the terraces and along stream valleys often have wetlands, phreatophytes and seeps, indicative of leaky, unlined ditch perimeters, which can be a source of significant groundwater recharge to a hydrogeologic unit that may naturally be dry in normal conditions, but may be an aquifer due to long time ditch leakance into the hydrologic system. Given this situation, there may be an effect of increased surface water flow in springs and drainages due to reservoir and ditch releases that ultimately can affect groundwater recharge to shallow and bedrock systems in various areas. These diversions and anthropogenic changes to

North Fork Valley and Terraces Groundwater System, Delta County, Colorado HSA/HHI page 13

the surface water system must be accounted for in the water balance calculations, including springs, for the overall hydrologic system of the NFVT area.

There are two major ditches affiliated with the North Fork River located on the north side of the NFVT study area: 1) Fire Mountain Canal; and 2) Farmer's Ditch (Figure 8). The Fire Mountain Canal, the uppermost of the two ditches, traverses the mesas and tributaries significantly above the modern North Fork floodplain and alluvium. As is indicated by wetlands, phreatophytes, and springs/seeps, this unlined ditch leaks water into the groundwater systems of the upland alluvial fans (Qgf and Qs), and some tributaries (Qal) that are crossed by the ditch, which serve as aquifers used for irrigation and drinking water for landowners located topographically below the ditch. By comparison, the Farmer's Ditch primarily outlines the edge of the modern North Fork alluvium (Qal) and terraces (Qat), and the leaky nature of the ditch directly affects both the alluvial aquifer, and therefore the North Fork stream flows. Both ditches operate independently of each other, and affect different hydrologic systems (groundwater, primarily). However, most of the springs in this area and affiliated water rights will be associated with the effects of the Fire Mountain Canal.

The ditches located south of the North Fork River are mostly affiliated hydrologically with the local drainages that serve as the water source. For example, the Minnesota ditch system is affiliated with Minnesota and German Creeks, although the effects of these ditches extend to Reynolds Creek and most of Lamborn Mesa. The Stewart (Mesa) Ditch is affiliated with Bell

BLM_0155958

Creek and most of Stewart Mesa. Similarly, various ditches are affiliated with Cottonwood Creek. In addition, various pipelines and water storage facilities, intended originally for irrigation and drinking water, have enabled water from springs above the study area to be delivered and distributed through Lamborn and Stewart Mesas. These "cross diversions" will affect the local groundwater systems of Lamborn and Stewart Mesas.

## 2.4 Hydrogeologic Framework

Bedrock and unconsolidated materials have traditionally been classified as either aquifers or aquitards based upon being able to provide sufficient water for irrigation and industrial and municipal consumption, In this context, an aquifer is a permeable body of rock that is saturated with water and is capable of yielding economically significant quantities of water to wells (human and agricultural use) and springs (human and ecological use). A low-permeability formation overlying an aquifer is often called an aquitard or confining unit. As the terms "aquifer" and "aquitard" are rather ambiguous (e.g., what are economically significant quantities? or how confining is a low-permeability unit with respect to the transport of contaminants?), the use of these terms is replaced by that of the term hydrostratigraphic unit or hydrogeologic unit, in combination with terms qualifying the permeability and/or saturation of the unit (e.g., saturated, high-permeable hydrogeologic unit). A hydrogeologic unit is a geologic formation, part of a formation, or a group of formations with similar hydrologic characteristics (e.g., similar permeability characteristics and storage capacity). It should be noted that hydrogeologic units may not equate to geological units such as formations, formation members, and formation groups due to the frequently encountered variability of the flow characteristics of such geologic units. The term aquifer in this report is used to indicate a significant source of North Fork Valley and Terraces Groundwater System, Delta County, Colorado HSA/HHI page 14 water supply from hydrogeologic units, and may include the qualifier potential (i.e., potential aquifer) when parameter uncertainty exists, especially with respect to average saturated thickness and water table fluctuations.

From a groundwater flow and water supply perspective, the most important property of rocks is the incorporated pore space and related permeability. The pore space, which defines the amount of water storage within a hydrogeologic unit, may be contemporaneous with the rock formation (primary or matrix porosity), or due to secondary geological processes, such as fracturing, faulting, chemical solution, and weathering (secondary porosity, fracture/karst porosity). The degree of connectivity and the size of the pore openings define the permeability of the rock, that is, the ease with which fluid can move through the rock. As with porosity, permeability may be primarily matrix based (matrix permeability), fracture and/or karst based (fracture/karst permeability), or may be a combination of both (Davis and DeWiest, 1966). Unconsolidated sediments and clastic materials, as found in the North Fork Valley, and observed draping down the west and southwest sides of Mt. Lamborn and Landsend Pk., are geologically very young and consist primarily of silts, sands, and gravels. They are generally very porous and permeable, but can be quite variable in their thickness, continuity, and hydraulic properties. For example, field observations revealed that the thickness of the unconsolidated sediments in the NFVT study area ranges from less than 1 ft to greater than 100 ft. Estimates of hydraulic conductivity (K) range from 0.1 to 500 ft per day (Watts, 2008). These hydrogeologic units most likely contain the greatest amount of groundwater.

Consolidated sedimentary rock and intrusive volcanic rock, by comparison, are often

quite porous, but variable in permeability. Most fine-grained detrital rocks like shale, claystone, and siltstone may have relatively high matrix porosities, but very low permeabilities (Davis and DeWiest, 1966). These fine-grained bedrock hydrogeologic units are the dominant confining layers of sedimentary groundwater systems, with small hydraulic conductivity values typically less than 0.01 ft per day. Coarser-grained sedimentary rock, such as sandstone, can pair relatively high matrix porosity with significant permeability, and may contain significant amounts of groundwater.

The hydraulic properties of sedimentary and crystalline intrusive igneous rock may be largely enhanced when fractures and faults are present (Davis and DeWiest, 1966). As a case in point, most of the sandstones and crystalline intrusive rocks in and near the NFVT study area have enhanced permeability due to fracture and fault density and connectivity. Significant secondary porosity and permeability are developed through faulting, fracturing, and weathering of the sedimentary and intrusive igneous rock, especially in association with active faults, fracture zones, and near-surface stress-release.

2.4.1 Regional Hydrogeologic Units

From a regional perspective, the county-wide geology is part of the southern edge of the Piceance Basin (Figure 12), the northern edge of the Black Canyon of the Gunnison uplift, and the western edge of the Uncompaghre uplift. As a result, the sedimentary bedrock stratum

CO,

0

‹k%

qil

, -

A

4,0 4 ,, /

,

..,

e,

. d'-,5

°Gypsum

Meeker

Avon

Glenwood Springs

Carbondale

ollp

,

pse

Grand

Junctio

o 5 10 15 2G-

1=1

M

tr)

01[

0 eteki,

e4-

BLM_0155960

West Elk Mountains

◇,

tp

Gunnison

North Fork Valley and

Terraces Display Area

Delta

Oak

Mesa

Paonia

0 Hotchkiss

North Fork Valley and Terraces Groundwater System, Delta County, Colorado HSA/HHI page 15

ranges from younger rock to the north and east, to older rock in the south and west, and the stratum shows a regional dipping trend to the north and east (see Figures 13 and 14). The youngest bedrock units in the county are the Tertiary intrusive (quartz monzonite) and extrusive (basalt) units of the West Elk Mountains and Grand Mesa volcanic field. These units form mountains and high plateaus in the northern and eastern part of the county. It is in these sedimentary and volcanic units that regional groundwater flow systems are known to occur (Freethey and Cordy, 1991; Geldon, 2003).

Figure 12. Generalized Map Showing Regional Geographic and Geological Features (After Topper and others, 2003; Tweto and others, 1978).

Given the regional geology of the NFVT area, the hydrogeologic framework present in the North Fork watershed is not as complex as the Oak Mesa region studied previously (Kolm and van der Heijde, 2012). Upon reviewing various groundwater reports (Ackerman and Brooks, 1986; Brooks, 1983; Brooks and Ackerman, 1985; and Cordilleran Compliance Services, Inc., 2002, among others) and (hydro-)geologic maps (Ellis and others, 1987; Hail, 1972a, 1972b;

Geological Units

CO • Alluvium  — Streams and thteges

F-1 CO - Basalt !Lava Ocrorol Borers

- Gracia! Odft 7 I Lawes awl memoirs

CO • Bohan Deposes

kl.lwrdtik

Csi -Yours) &owns iTerrooso tans. den...der...11s] CZZI NorM Fork Valley Shinty Arse

Opo - Ole Growls 10n ndge and nresa tops]

1-7 C%s • Lendstde Deposits [Bette..., tees]

To- Basalt Bea eoieer

- Besse Cakes and Pine demeans]

? TO • Green Roar Tomah.

? Tpp - Green Peer Formation  - PerseCule Creek Member

MI Mre-Ternary rnerussens PC•re ekes. 005 leeeerhens]

Yu • Uinta Foromliem

I-1 Ter - Wasatch Tisemakon

1--1 Two -'Wasatch and Oh. Creek Fpgneopqg

? 000•OelaVa Sandstone .0d Burro Canyon Formation

IM11 Kim - Mamas Shale

BLM_0155961

I 1 Kew- Mead Verde Grew Or Foonatk.
Imb • Weisel Forme., • Brushy Basin Member
.ms - Monsoon Formation - Set Wash Sandetone ?Monter
Jmxy - rikediSOP Cr,] Wow!, Formations drd Entrups Sarrarrarar
Jae - Summerville Forrest. and Eames!. Sandstone
TRc - Chore Formation
F 11 TPur - Wingate Gaudette:
? oC • Preeenarnurn Crysielloe Rock
A
0 2 4 6 8 10 miles
North Fork Valley and Terraces Groundwater System, Delta County, Colorado HSA/HHI page 16
Tweto and others, 1978), it appears that the NFVT study area hydrological systems consist of multiple distinct hydrogeologic and hydrostructural units, including unconsolidated units consisting of various Quaternary-aged, highly permeable deposits, multiple water-bearing and confining bedrock units, and highly transmissive fault and fracture zones. The major hydrogeologic unconsolidated and bedrock units are presented in Figures 15 and 16 and described in Tables 2a and 2b; the major hydrostructural units are presented in Figure 17.
Figure 13. Composite Large Scale Map of the Geology of Delta County
(Based on Tweto and others, 1976; Tweto and others, 1978; Whitney, 1981; Williams, 1964).
2.4.2 Hydrogeologic Units of the NFVT Area
There are two significant groups of hydrogeologic units in the NFVT study area:
1) Quaternary unconsolidated clastic materials (Figure 11; Table 1a), which are predominantly glacial-fluvial outwash plains and terrace gravels (older mesa top gravels and glacial drift), hillside (slope) deposits, alluvial fans and bajadas (coalescing fans) and lower mesa gravels, younger valley gravels and river terraces, and alluvial valley bottom deposits; overlying 2) Cretaceous bedrock units (Figure 12; Table 1b), including the following potentially water-bearing
unit: Cretaceous Dakota Sandstone and Burro Canyon Formation (Kdb). The
SW NE
FEET
tii
12000 cc
-,
10000
=
o --I
C.) a-
z
0
03
FEET
— 12000
10000
Ce
— 8000

6000
4000
2000
8000
6000
4000
2000
0 2.5
i
5 MILES
I

Tb - Basalt {Lava flows]
Tu - Uinta Formation
Tg - Green River Formation
Tw - Wasatch Formation
Kim,- Mesa Verde Group or Formation
Km - Marcos Shale
? Kdb - Dakota Sandstone and Burro Canyon Formation
Jure - Morrison Formation and Entrada Sandstone
TRw o - Wingate Sandslone and Chinle Formation
? pC Precamtinum Crystalline Rock

North Fork Valley and Terraces Groundwater System, Delta County, Colorado HSA/HHI page 17

Dakota/Burro Canyon hydrogeologic units have porosity values ranging from 0.7 – 12% (Robson
and Banta, 1995). The Mancos Shale unit (Km) may act as a thick, poorly transmissive confining layer (Robson and Banta, 1995). Other units that are mapped in the NFVT area that may influence the hydrologic systems include the Tertiary Intrusive fractured crystalline aquifer near Crawford, CO (Tmi). These Tmi hydrogeologic units are responsible for the very important groundwater systems around Mt. Lamborn and Landsend Pk. that provides spring water as drinking water and irrigation water to the citizens of the NFVT study area.

Figure 14. Generalized Northeast-Southwest Geological Cross Section Representative for Delta County.

(From Brooks and Ackerman, 1985).

From a water supply perspective, the unconsolidated clastic sediments, specifically when composed of larger size particles (>2.5 mm or 0.1 in) and observed to have sufficient saturated thickness and horizontal continuity, may provide a significant and accessible water supply. The water supply function of bedrock units, with the exception of the Tmi units located mostly near Crawford and to the east of the study area, is largely dependent on rock type, large-scale structure and degree of fracturing, layer geometry and orientation, and the spatially variable hydrologic inputs and outputs, and may vary significantly dependent on location. The focus of this project was on both the shallow groundwater flow systems in the Quaternary unconsolidated clastic materials, which is a source of drinking and irrigation water for several municipalities and

Unconsolidated Hydrogeologica I Units
Owl - Alluvium
4gy - Younger Valley Gravels

.1 Gat- Younger River Terraces
Qgf - Fans and Lower Mesa Gravels
Os - Hillside (Slope) Deposits
Qg o - Older Mesa Top Gravels
North Fork Valley Study Area
Highways
Ditches and Enhanced Streams
- Rivers
Streams
Lakes
0 1
A
2 3 4 5 Miles
11111111111
North Fork Valley and Terraces Groundwater System, Delta County, Colorado HSA/HHI page 18

households, and the Cretaceous Mancos Shale bedrock confining unit that may protect the integrity and water quality of the shallow drinking water systems, particularly from nearby energy development activities. In addition, the Cretaceous Dakota-Burro Canyon and Tertiary intrusive hydrogeologic units are considered as a source for water supply.

Figure 15. Map Showing the Shallow Unconsolidated Hydrogeologic Units in the NFVT Area. The Quaternary unconsolidated clastic units (Qal, Qgy, Qat, Qs, Qgf, and Qgo in Table 2a and Figure 15) are locally heterogeneous, with predominantly a mix of coarser and finer materials in the older alluvial deposits, and finer materials in the younger deposits. These deposits, which are moderately to highly permeable, are recharged by infiltration from precipitation that is non-uniformly distributed due to the slope steepness, slope aspect, and to position in the landscape, and by the incidental leaky irrigation ditch and irrigation return flow. The unconsolidated units are variably to fully saturated based on spatial location and seasonal precipitation events. There may be lateral and vertical groundwater flow connection between the unconsolidated materials and the Tertiary and Cretaceous sedimentary units in the underlying bedrock formations.

Bedrock Hydrogeological Units
r1 =1 7mi - Tertiary Intrusions
Two - Wasatch [incl. Ohio Creek
Formation]
Kmv - Mesaverde Formation [incl.
Rollins Sandstone]
Km - Mancos Shale
Kdb - Dakota-Burro Canyon Formation
Jmwe - Morrison & Wanakah
Formations, Entrada Sandstone
North Fork Valley Study
Highways
- Ditches and Enhanced Streams
- Rivers
- Streams

Lakes

0 1 2 3 4 5 Miles

I i I'll

North Fork Valley and Terraces Groundwater System, Delta County, Colorado HSA/HHI page 19

Figure 16. Map Showing Top of Bedrock Hydrogeologic Units in NFVT Area.

2.4.3 Hydrostructural Units of the NFVT Area

Hydrostructures most likely exist subregionally and locally (Figures 12 and 17), and may be responsible for various springs and groundwater discharge and recharge areas observed in lower Terror, lower Roatcap, lower Jay, and lower Leroux Creeks, as well as several unnamed drainages on the north side of the North Fork Valley. In addition, hydrostructures may influence the hydrogeology and hydrologic systems of Cottonwood, McDonald, Bell, German, and Minnesota Creeks, and the main North Fork Valley. Hydrostructures in this study area are associated with preferential groundwater flow along fault and fracture zones that are observed or hypothesized to transmit groundwater either vertically or laterally along the fault or fracture planes or zones. These structures may serve as distinct hydrogeologic units, may enhance the permeability of sections of hydrogeologic units, may connect multiple hydrogeologic units together, or may restrict the thickness and flow of overlying unconsolidated deposits resulting in springs and groundwater discharge areas.

North Fork Valley Study Area

- Highways

Ditches and Enhanced Streams

- Rivers

Streams

Lakes

- Hydro-structures

Unconsolidated Hydrogeological Units

Qgy - Younger Valley Gravels

Qat Younger River Terraces

Cfgf - Fans and Lower Mesa Gravels

Os - Hillside (Slope) Deposits

A Ogo Older Mesa Top Gravels

Bedrock Hydrogeological Units

1.1 Tmi - Tertiary Intrusions

Two - Wasatch [incl. Ohio Creek Formation]

Kmv mesaverde Formation [incl. Rollins Sandstone]

Km - Mancos Shale

Kdh - Dakota-Burro Canyon Formation

Jmwe - Morrison & Wanakah Formations, Entrada Sandstone

0 1

A

2 3 4 5 Mlles

I 111 t IL

North Fork Valley and Terraces Groundwater System, Delta County, Colorado HSA/HHI page

BLM_0155965

20

Figure 17. Map Showing Major Hydrostructures (Faults and Fracture Zones) in the NFVT Area. Each fault and fracture zone should be evaluated for the following characteristics: 1) fault and fracture plane geometry, including the vertical or horizontal nature of the fault/fracture plane and the relations of rock types and geometry on both sides of the structure; and 2) the transmissive nature of the fault/fracture plane or fault/fracture zone, including the nature of fault gouge, if any (clay, gravel) and tectonic setting of fault/fracture plane or zone (extension or compression). The fault/fracture plane geometry is important to evaluate if groundwater can move horizontally across the zone from one transmissive unit to another, or whether the groundwater is forced to move vertically upward to the surface, in many cases, or downward into a different hydrogeologic unit, or laterally parallel to the fault and fracture zone like a geotechnical French drain. The tectonic setting helps determine whether the fault/fracture plane is "open"—able to easily move water (extension), or "closed"—not able to easily move water (compression).

North Fork Valley and Terraces Groundwater System, Delta County, Colorado HSA/HHI page 21

Geological Unit Geological Subunit Hydrogeological Unit

Hydro-geological Unit

Symbol

Composition Hydrogeological Characteristics Permeability/Storativity Depth to Water (small/ moderate/ large/ highly fluctuating)

Extent (local/ sub-regional/ regional)

Recharge Type (natural/ anthropogenic)

Alluvium (Qa); alluvium and eolian deposits (Qae)

Alluvium Qal Poorly sorted riverine gravel, sand and silt deposited mainly in stream channels and floodplains in major stream valley bottoms; moderately to well bedded deposits

Generally good local phreatic aquifer with matrix based permeability; limited variations in groundwater levels; often sustained by local and sub-regional discharge to adjacent stream or directly by stream.

high matrix-permeability; high storativity

small local natural

Younger gravel (Qg, Qgy) Younger valley
gravels

Qgy Poorly sorted sands and gravels;
pebbles and cobbles in sand to silt
matrix

Potentially good, spatially continuous
phreatic aquifer with high matrix based
permeability; may be supported by
underlying bedrock.

high matrix-permeability; high
storativity

highly fluctuating local natural and
anthropogenic

Glacial drift, till, moraine (Qd,
Qm, Qpt)

Quaternary glacial
deposits

Qd Heterogeneous, poorly sorted
deposits of boulders, gravel, sand, silt
and clay

Potentially good local phreatic aquifer with
variable matrix based permeability and high
water table gradients.

high matrix-permeability; high
storativity

highly fluctuating local natural and
anthropogenic

Landslide deposits, colluvium,
mudflow deposits, talus (Ql,
Qcl, Qs, Qls, Qta);

unconsolidated deposits
derived from the Wasatch
Formation and Basalt cap on
Grand Mesa (Quw)

Hillside (slope)
deposits

Qs Loose gravels and rock debris with
mixed matrix composition (sand-clay)
on valley sides, valley floors and
hillslopes; deposited by gravitational
processes

Potentially good, highly localized phreatic
aquifer with high matrix based permeability
and high water table gradients.

high matrix-permeability; high

storativity

highly fluctuating local natural and
anthropogenic

Old/older gravels (Qgo, Qgd) Older mesa top
gravels

Qgo Poorly sorted sands and gravels;
pebbles and cobbles in sand to silt
matrix

Potentially good, spatially continuous
phreatic aquifer with high matrix based
permeability; may be prone to significant
(seasonal) water table fluctuations; tends to
recharge bedrock systems

high matrix-permeability; high
storativity

moderate local natural and
anthropogenic

Middle gravel (Qgm) and fans
(Qf)

Fans and lower mesa
gravels

Qgf Poorly sorted sands and gravels;
pebbles and cobbles in sand to silt
matrix

Although having high matrix based
permeability, location in topography
precludes any significant groundwater
presence.

high matrix-permeability; high
storativity

highly fluctuating local natural and
anthropogenic

High level alluvium (Qat);
younger terraces (Qad);
alluvial gravels (Qga)

Younger river
terraces

Qat Poorly sorted sands and gravels;
pebbles and cobbles in sand to silt
matrix; forms terraces above current
North Fork level

Potentially good, spatially continuous
phreatic aquifer with high matrix based
permeability.

high matrix-permeability; high
storativity

BLM_0155968

highly fluctuating local natural and
anthropogenic
Table 2a. Correlation of Geological and Hydrogeologic Units in the NFVT Study Area:
Unconsolidated Sediments.
North Fork Valley and Terraces Groundwater System, Delta County, Colorado HSA/HHI page
22
Geological Unit Geological Subunit Hydrogeo-logical
Unit
Hydro-Unit
Symbol
Composition Hydrogeological Characteristics Permeability/Storativity Depth to Water
(small/ moderate/ large/
highly fluctuating)
Extent
(local/
sub-regional/
regional)
Recharge Type
(natural/
anthropogenic)
Tertiary Intrusive
Rocks
Tertiary Intrusive
Rocks
Tmi Granodiorite and quartz monzonite;
may occur as dikes and sills
Fractured crystalline system with very low matrix
permeability; not a (sub-)regionale aquifer; may
produce locally water in fracture zones and support
adjacent unconsolidated aquifers. These
characteristics may extend into adjacent
rocks,methamorphosed during the Tertiary
intrusion.
mostly low permeability,
localized zones with moderate
fracture permeability;
low storativity
large local natural
Wasatch
Formation (Tw) -
including Ohio
Creek Member
Wasatch
Formation
Two Channel sandstones and overbank
siltstones and shales; conglomerate;

carbonaceous shales and lignite near
base

Overbank sandstones form a good aquifer system
with moderate to good matrix and fracture based
permeability; may be a locally good water producer;
siltstones and shales are confining layers; outcrops
are recharge areas for a regional flow.

layers with very low
permeability and layers with
moderate matrix and fracture
permeability; low to moderate
storativity

large regional natural

Barren Member

Upper Coal-bearing Layer

Lower Coal-bearing Layer

Rollins Sandstone Member
Undivided

Upper and Lower Sandstone
Members of Mancos Shale
(Kms, Kmsl)

Fort Hays Limestone Member
of Mancos Shale (Kmf)

Lower Mancos Shale, including
Frontier Sandstone and
Mowry Shale members (Kml)

Dakota Sandstone
and Burro Canyon
Formation (Kdb)

Dakota Sandstone
and Burro Canyon
Formation

Kdb Well indurated, medium to coarse
grained quartzose sandstones in well-cemented
thick beds and
conglomerate with occasional
siltstones and carbonaceous shale

Good regional bedrock aquifer system; sandstones
have both moderate matrix and fracture based
permeability; sub-regionally aquifer with recharge in
outcrop areas.

moderate matrix and fracture
permeability; moderate
storativity

large regional natural

Morrison

BLM_0155970

Formation (Jm,
Jmb, Jms);
Morrison,
Wanakah and
Entrada
Formations
undivided (Jmwe)
Morrison and
Entrada
Formations
Jmwe Morrison Form. (Jm): Siltstones and
claystones throughout with
sandstones becoming more common
in lower sections, and limestone near
base; Entrada Form. (Je): fine-grained,
well-sorted sandstones; Je is
overlain by Jm
Entrada is a very good, regionally sustainable aquifer
with moderate to good matrix and fracture based
permeability. Morrison shales are confining layers
while the lower Morrison sandstones and limestone
may serve as local to sub-regional aquifers.
layers with very low
permeability and layers with
moderate matrix and fracture
permeability; low to moderate
storativity
large regional natural
Mancos Shale
(Km)
Mancos Shale
(undivided)
Km
Undivided Mesa Verde Group Kmv
(undivided)
natural
Mesa Verde
Group (Kmv)
Silty to sandy shale with bentonites
with minor limestone- and sandstone
beds; when undivided, lower section
includes Ft Hays limestone
very low permeability rock
with some moderately
permeable beds; low
storativity

BLM_0155971

Mostly aquitard with very low permeability  serving highly  fluctuating as a confining  layer for underlying  or embedded aquifers; however, locally  moderate aquifer conditions  when highly  fractured or in areas with sand lenses and sandy beds.

n.a.

Interbedded sandstones and siltstones, shales and carbonaceous shales and coals.

Good regional bedrock aquifer system; sandstones and coals have both moderate matrix and fracture based permeability;  may locally  be a good water producer; shales are confining  layers; outcrops are recharge areas for regional  flow.

layers with very low permeability  and layers with moderate matrix and fracture permeability;  low to moderate storativity

large regional  natural

Table 2b. Correlation  of Geological  and Hydrogeologic  Units in the NFVT Study Area: Bedrock Units.

North Fork Valley and Terrace Study Area, Delta County, Colorado HSA/HHI page 23

Three broad hydrostructure  sets occur in the NFVT area: 1) the northwest-trending fractures that parallel  or connect with the Roatcap Creek fault zone and associated en-echelon faults to the east; 2) the northeast-trending  North Fork Valley lineament,  which parallels  the Upper Leroux Creek fault zone; and 3) the radial fracture zone/lineaments  that emanate from the West Elk Intrusions  of Mt. Lamborn and Landsend Pk., which include  the major lineaments  of Cottonwood,  Bell, and Germen Creeks (Figure 17).

The northwest-trending  fractures are relatively  young, as the geomorphic  systems of lower Roatcap Creek, lower Cottonwood  Creek, lower Bell Creek, and lower German Creek are responding  with considerable downcutting,  allowing for partial to full penetration  of the unconsolidated  hydrogeologic  unit aquifers. It is hypothesized that the northwest fracture zones are "open" and function like  French drains. Groundwater  moves horizontally  and vertically upward along the northwest-trending  fracture zone planes, and vertically  up along the plane near the lower reaches of the various drainages (evidenced by gaining  reaches in streams or increase groundwater  head with depth in local wells).

The northeast-trending  North Fork Valley lineament  and associated en-echelon lineaments  and fracture zones, are also "open." For example, along the North Fork Valley, groundwater  in bedrock systems moves horizontally  along the fault plane, and vertically downward from unconsolidated  materials in the upper reaches above Paonia, where it recharges the regional bedrock systems. Groundwater  moves vertically  upward from bedrock systems into unconsolidated  materials in the lower reaches below Hotchkiss, where it discharges into the North Fork River. Therefore, the effects of anthropogenic  activities,  such as irrigation  or oil and gas activity,  may propagate to the land surface along the North Fork Valley (Figure 17).

The radial fracture zone/lineaments  that emanate from the West Elk Intrusions  of Mt.

BLM_0155972

Lamborn and Landsend Pk., which include the major lineaments of Cottonwood, Bell, and Germen Creeks (Figure 17), are relatively young, as evidenced by the geomorphic system where considerable downcutting has occurred allowing for full penetration of the unconsolidated aquifers. These fracture zones are in extension or "open" due to the radial and tangential nature of fracture patterns around intrusive bodies. Groundwater within these fracture zone moves horizontally along the fracture zone plane parallel to the stream, and vertically up along the fracture zone plane near the headwaters (evidenced by springs and gaining streams). Because of orientation and "openness" of the fracture zones, the effects of anthropogenic activities, such as oil and gas development in the uplands to the west of Mt. Lamborn and Landsend Pk., may affect the unconsolidated hydrogeologic units groundwater system to the south of this North Fork Valley (Lamborn and Stewart Mesa areas, for example).

2.5 Groundwater Flow Systems

Groundwater flow is the movement of water from the earth's surface into the subsurface (groundwater infiltration and recharge), through the subsurface materials (groundwater flow and storage), and from the subsurface back to the Earth's surface (groundwater discharge), expressed in terms of flow directions, patterns and velocities. The driving force for groundwater flow is a difference in (piezometric) "head" or groundwater levels, as expressed, for example, by the water table. The general CSM of the groundwater flow system consists of 1) water inputs (recharge); 2) storage in and movement through subsurface hydrogeologic units (groundwater flow); and North Fork Valley and Terrace Study Area, Delta County, Colorado HSA/HHI page 24 3) outputs (discharge) based on climate (infiltration of precipitation and snowmelt). Groundwater interaction with streams, vegetation (evapotranspiration), and human activity (irrigation, urbanization, wells and individual sewage disposal systems [ISDS], reservoirs and ponds, oil and gas activity) will affect groundwater movement to varying degrees. The CSM also incorporates topography (steepness, slope aspect, degree of landscape dissection), geomorphology, and soil and rock properties. Because of the time-space variance of these inputs and outputs, a groundwater system often shows significant variations in water levels, water storage, flow velocities, and flow patterns. Some of the variations are seasonal; others may be related to multi-year periods of above-average or below-average precipitation. This results in variations in the availability of water from these hydrogeologic units.

Based on the HESA approach (Kolm and others, 1996), and previously collected supporting data, the subregional and local scale (typically less than 100 square miles) shallow groundwater flow systems are delineated. The broad hydrologic system inputs include infiltration of precipitation as rain and snowmelt, areas of losing streams and rivers (upper North Fork River above Paonia, CO., upper Minnesota and upper Cottonwood creeks) in some locations, infiltration and runoff from water bodies (cattle and house ponds), upland irrigation areas (leaking ditches, irrigation return flow), and inter-aquifer transfer of groundwater between unconsolidated materials and bedrock systems. Mesa Top and Hillslope subsystems consist of the hydrologic processes of surface runoff (overland flow) and rapid near-surface runoff (interflow or shallow through-flow); saturated groundwater flow in parts of the bedrock units, landslides, terraces, and valley bottoms; and discharge to springs and seeps, graining streams, by plants as evapotranspiration, and by pumping wells. In general, shallow groundwater flow in these systems is towards the valley bottoms, perpendicular to the major streams. Where permeable bedrock units intersect mesa tops, hillslopes, and valley bottoms, local recharge may force the groundwater into a more regional pattern determined by geological structure,

BLM_0155973

independent from local topography and hydrography, as is observed in the southwest part of the study area near the Black Canyon of the Gunnison uplift. The NFVT groundwater systems are a complex mix of predominantly the shallow aquifer systems underlain by a more confining hydrogeologic unit: the Cretaceous Mancos shale. Locally and subregionally, various hydrostructures influence interconnectivities of the shallow units with deeper bedrock systems. The Mesa Top (terrace, fan, and bajada) subsystems, located in close proximity to the Valley Bottom subsystems, have a unique, sometimes complex groundwater story, often resulting from human interference. Under natural conditions, these subsystems have hydrologic system inputs and outputs, similar to Hillslope subsystems. However, natural and anthropogenic influences have frequently attached these subsystems hydrologically to adjacent Valley Bottom subsystems.

The Valley Bottom subsystems, where stream-aquifer-wetland interactions occur, are areas of both groundwater recharge and discharge, and groundwater flow can have a rather diffuse character and often flows towards or aligns more or less with the streams and rivers. These subsystems depend primarily on interactions with the North Fork River, and Minnesota and Cottonwood creeks; and the management of subregional ditches and corresponding spring storage.

The wetlands associated with the local hydrogeologic subsystems in the North Fork River, and in Minnesota and Cottonwood Creeks are a mix of slope-type and riverine-type

QNorth Fork Valley Study Area
- Highways
Ditches and Enhanced Streams
- Rivers
Streams
Lakes
North Fork Terraces and Valley Profiles
Unconsolidated Hydrogeological Units
Gal - Alluvium
Ggy - Younger Valley Gravels
Gat - Younger River Terraces
Qgf - Fans and Lower Mesa Gravels
Gs - Hillside (Slope) Deposits
Ogo - Older Mesa Top Gravels
Bedrock Hydrogeological Units
Tmi - Tertiary Intrusions
Two - Wasatch [incl. Ohio Creek
Formation]
Kmv - Mesaverde Formation (incl.
Rollins Sandstone]
Km - Mancos Shale
i=1 Kdb - Dakota-Burro Canyon Formation
Jmwe - Morrison & Wanakah
Formations, Entrada Sandstone
A
0 1 2 3 4 5 Mr/es
I I I Lir 11.1

BLM_0155974

North Fork Valley and Terrace Study Area, Delta County, Colorado HSA/HHI page 25
classifications given the groundwater support of various ditches and irrigation schemes,
unconsolidated hydrogeologic unit groundwater systems, and hydrostructures.

2.6 Groundwater System Conceptual Site Models by Subsystem

Based on the presence and orientation of various hydrogeologic and hydrostructural units,
hydrography and topography, three CSMs will be discussed in the NFVT study area:

1. Mesa Top and Hillslope Shallow Aquifer Subsystems;

2. Valley Bottom Shallow Aquifer Subsystems; and

3. Regional Bedrock Aquifer Subsystems.

The conceptual models are discussed in forthcoming sections and illustrated by cross-sectional
and plan view figures. The locations of representative cross-sections are shown in Figure 18.

Figure 18. Map Showing the Locations of the Cross-sections Representative for the
Conceptual Site Models in the NFVT Area on Top of the Hydrogeologic Units.

North Fork Valley and Terrace Study Area, Delta County, Colorado HSA/HHI page 26

2.6.1 Mesa Top and Hillslope Shallow Aquifer Subsystems

As stated in Section 2.4.2, there are two significant hydrogeologic groups in the Mesa
Top and Hillslope Shallow Aquifer Subsystems:

1. Quaternary unconsolidated clastic units (Qgy, Qat, Qs, Qgf, and Qgo in Table 2a and
Figure 15), which are predominantly terrace gravels, and alluvial fans and bajadas;
and

2. Cretaceous bedrock unit of the Mancos Shale (Km) (Table 2b and Figure 16).

The shallow Quaternary unconsolidated materials in these subsystems are ubiquitous, and
include glacial-alluvial, mass wasting, and paleo-alluvial (terrace) deposits (Figure 15 and Table
2a). These highly-permeable deposits are locally heterogeneous, with a mix of coarser and finer
materials in all of the deposits. These deposits are underlain by a paleotopographic surface
carved out by paleofluvial systems that eventually deposited the Quaternary unconsolidated
materials that are the aquifers being evaluated.

The general aspects of groundwater flow in the Quaternary unconsolidated materials have
been discussed in Section 2.5. Specifically, the shallow groundwater on the north side of the
North Fork Valley is dominated by the Quaternary unconsolidated materials, which receive
natural recharge by infiltration of precipitation (snow and rain), and major recharge from the Fire
Mountain Canal, leaky irrigation ditches and reservoirs locally, and return flow from flood
irrigation locally (Figures 19 and 20). The unlined Fire Mountain Canal is a "line" groundwater
recharge source at the top of the irrigated field areas, and water leaks from the canal into all of
the connected gravels underneath and downgradient. In addition, water leaks from the Fire
Mountain Canal into the valley bottom alluvium of the cross-drainages, such as Leroux, Jay, and
Roatcap Creeks due to the fracture zones that underlie the creeks (Figures 19 and 20) sometimes
creating "springs".

Groundwater flow on top of these local gravel-capped mesas then moves with topography
or subsurface paleo-topography to discharge into the incised drainages that bound the mesas, or
discharge directly out the front of the mesa (at the gravel/Mancos Shale interface). In both cases,
springs may develop and are claimed as being new springs. The shallow groundwater subsystems
in this Mesa Top and Hillslope area have little connection to the local bedrock or the regional
groundwater systems, or to the alluvial system. Google Earth can be used to visualize these
relationships (for example, Figure 21).

Similar systems exist on the south side of the North Fork Valley in the areas designated

BLM_0155975

Lamborn and Stewart Mesa, for example, This region is dominated by the Quaternary unconsolidated materials, which receive natural recharge by infiltration of precipitation (snow and rain), and major recharge from the Minnesota ditch and several leaky irrigation ditches and reservoirs locally, and return flow from flood irrigation locally supplied by the large springs on the flanks of Mt. Lamborn and Landsend Pk and distributed by water tower, pipes, and ditches to the various fields (Figures 19 and 20). The unlined Minnesota Ditch is a "line" groundwater recharge source at the top of the surrounding irrigated field areas, and water leaks from the ditch into all of the connected gravels underneath and downgradient (Figure 8).

WEST EAST
Precipitation Precipitation
es
C
W
0
Surface
•S S,
re
Elevation •
.g
.c
E
5550 ft R S 3
to
o ~
2
.-.,_J t..)
2 _c
co
€.)
5 |' ' -.c
rti i:[ t
c)
v — o 1T, -5
td i
LL •
4 0
d 0 d
0-
A:5
1 ... Z .!::• ,
R R
Paania
Minnesota Creek
krusviLowng
H!
Gaining

BLM_0155976

toi
Surface
Elevation
5600 fl
R
_c
0
6 75,
U)
Surface
Elevation
6250 ft
Oa -Alluvium
Qgf - Fans and Lower Mesa Gravels
Qs - Hillside (Slope) Deposits
Km - Mancos Shale
Fracture Zone
-1— Groundwater Flow
• Possible Upward Flow from Deep Bedrock Systems
Spring (Projected on Cross-section)
11
Domestic Well [Projected on Cross-section]
Evapotranspiration (ET)
0 Groundwater Flow out of Plane of Cross-section
North Fork Valley and Terrace Study Area, Delta County, Colorado HSA/HHI page 27
Figure 19. Cross-sectional View of the Conceptual Site Model of the Mesa Top and Hillslope,
and Valley Bottom Shallow Aquifer Subsystems (A-A' in Figure 18).

Groundwater flow on top of these local gravel-capped mesas and fans then moves with
topography or subsurface paleo-topography to discharge into the incised drainages that bound the
mesas, or discharge directly out the front of the mesas (at the gravel/Mancos Shale interface). In
both cases, springs may develop and are claimed as being new springs for water rights and water
use purposes (Figures 19, 20 and 21). Some springs on the south side of the area discharge
directly into the Valley Bottom Subsystems of Minnesota, Bell, German, Reynolds, McDonald,
and Cottonwood Creeks (Figures 19, 20 and 22). The shallow groundwater subsystems in this
Mesa Top and Hillslope area on Lamborn and Stewart Mesas usually have a strong connection to
the Valley Bottom subsystems, but very little connection to local bedrock or the regional
groundwater systems due to the underlying Mancos Shale (for visualization, see Figure 22).

2.6.2 Valley Bottom Shallow Aquifer Subsystems

As stated in Section 2.4.2, there are three significant hydrogeologic groups in the Valley
Bottom Shallow Aquifer Subsystems:

1. Quaternary unconsolidated clastic materials (Qal and Qat in Table 2a and Figure 15),
which are predominantly alluvial valley bottom and terrace deposits;

•C '415
rti
CI) Surface
Elevation

BLM_0155977

5850 ft
Surface
Elevation
5500 ft
NORTH C23 SOUTH
Precipitation Precipitation
R RID
No Flow Unit
2
LL Ift
D
Surface
Elevation
6000 ft
Qa - Alluvium
Qat - Younger River Terraces
Qgf - Fans and Lower Mesa Gravels
Qs - Hillside (Slope) Deposits
Km - Mancos Shale
Fracture Zone
n Groundwater Flow
? Possible Upward Flow from Deep Bedrock Systems
Spring (Projected on Cross-section)
• Evapotranspiration (ET)
CD Groundwater Flow out of Plane of Cross-section
n Ditch
North Fork Valley and Terrace Study Area, Delta County, Colorado HSA/HHI page 28
2. Cretaceous Mancos Shale bedrock unit (Km in Table 2b and Figure 16); and
3. Northeast-trending North Fork Valley lineament hydrostructure (Figure 17).
The shallow Quaternary unconsolidated materials in this subsystem are ubiquitous, and
include modern alluvium and terrace deposits (Figure 15 and Table 2a). These highly-permeable
deposits are locally heterogeneous, with a mix of coarser and finer materials in the alluvial
deposits (usually coarser sediments on the bottom grading to finer sediments on top). These
deposits are underlain by a paleo-topographic surface carved out by paleo-fluvial systems that
eventually deposited the Quaternary unconsolidated materials that are the aquifers being
evaluated.
Figure 20. Cross-sectional View of the Conceptual Site Model of the Mesa Top and Hillslope,
and Valley Bottom Shallow Aquifer Subsystems (B-B' in Figure 18).
R ReCharge to Unconsolidated Sediments (Qal, Qat,Qgt, Qs) from Streams or Ditches
q Discharge from Unconsolidated Sediments (Qal, Qat, Qgf) to Streams or Springs
-4— Direction Shallow Groundwater Flow (Qal, Qat, Qgf. Os)
• Spring
Stream
-- Ditch or Enhanced Stream
North Fork Valley and Terrace Study Area, Delta County, Colorado HSA/HHI page 29
Figure 21. Google Earth View of the Mesa Top and Hillslope, and Valley Bottom Shallow

Aquifer
Subsystems.
Figure 22. Plan View of the Conceptual Site Model of the Mesa Top and Hillslope,
and Valley Bottom Shallow Aquifer Subsystems.
SOUTHWEST NORTH EAST
Precipaalepn Prec+pilalion
Ga -Alluvium
Km - Mamas Shale
Fracture Zone
— North Fork River
Groundwater Flow
Possible Upward Flow from Deep Bedrock Systems
Discharge/recharge Between Stream and Quaternary Units
Evapotranspiration (ET)
Domestic Well [Symbolic Location as Projected on Cross-section]
North Fork Valley and Terrace Study Area, Delta County, Colorado HSA/HHI page 30
The general aspects of groundwater flow in the Quaternary unconsolidated materials have
been discussed in Section 2.5. Specifically, the groundwater in the North Fork Valley Bottom
subsystem is dominated by the Quaternary unconsolidated materials, which receive natural
recharge by infiltration of precipitation (snow and rain), and major recharge from the Farmers
Ditch, leaky irrigation ditches locally, return flow from flood irrigation locally, groundwater
discharge from the Mesa Top and Hillslope subsystems (Figures 19, 20, 22, and 23). The
unlined Farmers Ditch is a "line" groundwater recharge source at the top of the irrigated
bottomland field areas, and water leaks from the canal into all of the connected sands and gravels
underneath and downgradient. In addition, water leaks from the Farmers Ditch directly into
"springs" (Figure 10).
Groundwater flow in the Valley Bottom subsystem is generally in the same direction as
the North Fork River (Figure 23). However, with the Farmers Ditch on the north side of the
River, and the Stewart ditch on the south side of the River, groundwater flow is generally from
the valley sides towards the River (Figures 19, 20, 22 and 23). The shallow groundwater system
is recharged by water from the surface water system between Somerset and Paonia as well, and
groundwater discharges back to the North Fork River near Hotchkiss and Lazear (Figures 8,19,
20, 22 and 23). In addition, the North Fork River northeast-trending hydrostructure underlies the
entire valley. If there is connectivity between the deeper aquifers and the Valley Bottom
subsystem, it would occur along this lineament probably as an upward gradient between a deeper
bedrock system and the Valley Bottom subsystem (Figure 23). Otherwise, the Cretaceous
Mancos Shale unit would serve as a confining layer between the bedrock systems and the Valley
Bottom subsystem.
Figure 23. Cross-sectional View of the Conceptual Site Model of the Valley Bottom Shallow
Aquifer
Subsystems (C-C' in Figure 18).
North Fork Valley and Terrace Study Area, Delta County, Colorado HSA/HHI page 31
Similar Valley Bottom subsystems exist on the south side of the North Fork Valley in the
Minnesota, Bell, and Cottonwood Creek areas, for example (Figure 19), These creeks are
dominated by the Quaternary alluvium and younger gravels, which receive natural recharge by
infiltration of precipitation (snow and rain), and major recharge from the leaky irrigation ditches

BLM_0155979

locally, return flow from flood irrigation locally, and groundwater discharge from the Mesa Top and Hillslope subsystems (Figures 19, 20, 22 and 23).

Groundwater flow in these Valley Bottom subsystems is generally in the same direction as the corresponding stream (Figures 22 and 23). However, with the Mesa Top and Hillslope subsystems discharging groundwater towards the Valley Bottom subsystems, groundwater flow is generally from the valley sides towards the corresponding streams. The shallow groundwater systems are also recharged by water from the surface water systems upstream from the study area (losing stream reaches), and groundwater discharges back to the corresponding streams near their confluence with the North Fork River (Figures 19 and 22). In addition, two sets of hydrostructures: the northwest-trending lineaments and fracture zones, and the radial lineaments/fracture zones may underlies most of the major drainages in the Valley Bottom subsystems. If there is connectivity between the deeper aquifers and the Valley Bottom subsystems, it would occur along these lineaments including Cottonwood, Bell, German, and Minnesota Creeks probably as an upward gradient between a deeper bedrock system and the Valley Bottom subsystem. Otherwise, the Cretaceous Mancos Shale unit would serve as a confining layer between the bedrock systems and the Valley Bottom subsystems (Figures 19 and 22).

2.6.3 Regional Bedrock Aquifer Subsystems

The regional hydrogeologic units in the NFVT study area, discussed in Section 2.4, are the Tertiary and Cretaceous bedrock units (Figure 16 and Table 2b), including the following potentially water-bearing units: Cretaceous Dakota Sandstone and Burro Canyon Formation (Kdb); and the Tertiary intrusive rocks (Tmi). The Mancos Shale unit (Km) may act as a thick, poorly transmissive confining layer (Robson and Banta, 1995) (Table 2b). The shallow Quaternary unconsolidated materials in this subsystem are not ubiquitous as in other areas of the County, and the overlying materials are primarily soils and eolian materials that provide reasonable conditions that allow recharge to the regional bedrock system mostly in upland areas (Figures 16).

The general aspects of the bedrock hydrogeology and hydrostructures are discussed in Section 2.5. The bedrock units are variably to fully saturated based on location and proximity to recharge area. The Dakota Burro Canyon aquifer is saturated to the north of the outcrop (recharge) area as evidenced by the spring line observed in Alum Gulch parallel to the Smith Fork lineament/fracture zone (see Figures 24 and 26). Groundwater recharge by precipitation (snow and rain) occurs in the outcrop area, and groundwater flows laterally to the north along the dip of the bedrock, where it becomes incorporated into the regional groundwater flow system. The groundwater flow direction in the regional bedrock systems is from south to north beneath the North Fork Valley and Grand Mesa (Figures 14, 24 and 26). This flow direction is toward the oil and gas activities, drinking water supplies, and Delta County in general (for visualization, see Figure 25).

_c
Er
4
C,
ET
4
f2
waned timonfinad

BLM_0155980

1 MOO

E

403

V

NORTH SOUTH

D

- Surrece 5ivation  653011

In Oa -Alluvium

? Km - Mancos Shale

? Kdb - Dakota-Burro Canyon Formation

Kmwe - Morrison and Wanakah Formation

Entrada Sandstone

Fracture Zone

Groundwater Flow

• Possible Upward Flow from Bedrock

Spring

Domestic Well [Projected on Grass-section]

Groundwater Flow out of Plane of Cross-section

Surface Etemees

59201

Popiertal

rimy

System

North Fork Valley and Terrace Study Area, Delta County, Colorado HSA/HHI page 32

Figure 24. Cross-sectional View of the Conceptual Site Model of the Regional Bedrock Subsystems

(D-D' in Figure 18).

Figure 25. Google Earth View of the Regional Bedrock Aquifer Subsystems.

e Spring

— Stream

— Ditch or Enhanced Stream

- Direction Shallow Groundwater Flow (Cal, Gal, Qgf)

- Direction Flow in Unconfined Bedrock System (Kdb)

.= Direction Flow in Confined Bedrock System (Kdb)

R Recharge lo Unconsolidated Material and Bedrock by Ribcipiletion and Infillralion

(g) Regional Recharge to Bedrock by Losing Stream

IR] Regional Recharge to Bedrock by Irrigation Ditch

© Discharge from Bedrock to Stream or Springs

q Discharge from Unconsolidated Sediments (Cial, Oat, Qgf) to Streams or Springs

North Fork Valley and Terrace Study Area, Delta County, Colorado HSA/HHI page 33

Figure 26. Plan View of the Conceptual Site Model of the Regional Bedrock Subsystems.

2.7 Anthropogenic Influences

Human activity in the NFVT study area has affected both the surface and subsurface parts of the hydrologic systems. Past land use and human activity was mostly associated with agricultural production and reservoir construction and operation, and has resulted in removal of native vegetation, introduction of irrigation and high-ET (evapotranspiration) crops, construction

BLM_0155981

of (often leaking) irrigation ditches, and the drilling of primarily domestic wells. This activity has resulted in long-term increase of water levels in local, shallow aquifers of the Quaternary materials both on top of the Mesa Top and Hillslope subsystems, such as Lamborn and Stewart Mesas, near the major irrigation transport corridors, such as the Fire Mountain Canal and Farmers Ditch, and in the high valleys of Minnesota and Cottonwood Creeks.

2.7.1 Effects of Land Use Changes on Groundwater Systems

Traditionally, agricultural activities take place on the bottomlands and terraces of the valleys, while most grazing activities focus in a relative small area on the uplands. Agricultural production is supported by surface water irrigation, often delivered through an extensive conveyance system. The main irrigation method in use is flood irrigation, which tends to provide

Ezzi North Fork Valley Study Area
- Highways
Ditches and Enhanced Streams
- Rivers
Streams
Lakes
=1 Irrigated Parcels 2005 [CDSS Div 4]
I Irrigated Parcels 2000 [CDSS Div 4]
Irrigated Parcels 1993 [CDSS Div 4]
q 1 2 3 4 5 Miles
1 lilt111

North Fork Valley and Terrace Study Area, Delta County, Colorado HSA/HHI page 34

more water to the fields than can be consumed by vegetation. Excess water from irrigation results in infiltration to the water table and recharge of the groundwater system (i.e., irrigation return flow). At this time, this part of Delta County is not experiencing a shift from agricultural to nonagricultural land use at the same rate as many other areas of the western United States. The NFVT study area consists primarily of mesa top, hillslope, bottomland and terraces, limiting the irrigated areas to the top and lower portions of the subsystems (Figures 22 and 25). Here, there are a number of mostly unlined irrigation ditches that are excavated primarily in unconsolidated Quaternary deposits (Figure 27). When carrying water, the ditches may leak, as evidenced by the phreatophytes often found alongside. The ditch system in the study area contains two types of ditches: 1) primary ditches, which carry water during most of the growing season; and 2) secondary ditches, which carry water only during an actual irrigation cycle. The water leaking from the ditches may be used by vegetation and discharged as evapotranspiration, or may recharge the underlying groundwater system, forming a local groundwater mound or divide. As most of the groundwater systems in the study area are local in nature, ditch leakage may contribute significantly to the local water balance, increase the water table elevation, and alter groundwater flow patterns.

Figure 27. Anthropogenic Influences: Irrigated Areas and Irrigation Ditches in the NFVT Area (Source: Delta County GIS, 2010; CDWR GIS, 2011).

E21 North Fork Valley Study Area
Highways
Ditches and Enhanced Streams
- Rivers
Streams
Lakes

• Wells - Decreed [CDWR database 2009]
• Wells Other [CDWR database 2009]
• Selected Wells [from USGS WRI85-4230]
ti
q 1 2 3 4 5Miles
1 i I i 1 1 1 1 1
North Fork Valley and Terrace Study Area, Delta County, Colorado HSA/HHI page 35
As discussed previously, irrigation return flow and leaky irrigation ditches can be a significant recharge element in the local and regional groundwater balance. Taking irrigated fields out of production and re-allocating ditch-conveyed water reduces recharge of groundwater resulting in lowered water tables, reduced groundwater discharges to wetlands and streams, and decreased water supplies. Note that the change in irrigation acreage between 1993 and 2005 has been minimal (Figure 27).

The water wells in the NFVT study area are clustered mostly along the North Fork River, and throughout the unconsolidated Quaternary deposits of the Mesa Top, Hillslope, and Valley Bottom subsystems (Figure 28). Most of these wells serve domestic water supply needs, or the needs of municipalities located along the North Fork of the Gunnison River (Hotchkiss, for example), and the effect on the groundwater system locally may be significant. However, if additional water is needed by urban or agricultural development, or water is displaced by oil and gas activities, for example, the compound effect on the groundwater system could be more significant in the future, resulting in a possible lowering of the water table, changes in flow direction, decreasing discharge to streams or increasing stream loss to groundwater, draining of wetlands, or even depletion of local aquifers.

Figure 28. Anthropogenic Influences: Wells in the NFVT Area
(Source: CDWR GIS, 2011).
riNorth Fork Valley 8 Terraces study area
— North Fork R.
Towns
Oil Gas Lease Parcels Feb 2013 [DC 2013]
North Fork Area Appropriated Springs and Seeps
Appropriated Flow Rate
• , 0.01 ch.
• 0.01 - 0.04 cfs
• 0.05- 0.1 de.
• 0.11 -1.0 ors
• > 10 LIS
Spring e 8 Weft [Li SC S 1NRie5-4230]
• .. •
4.01•0
• •
• •• . •
n •
• • •
•
n
• tilg

BLM_0155983

• • '4 ",,

•

n

4

• pc..54•., mai

•

Isill.

•

•

..

*a

1

'

• 111.

11111pp

iii

i

SOO

•

•.

• •

•

...--

OF

d

• .

Approximate  Flow Rate

• Paonia ..

• o 0.01 cis

_.-.•-•.— ___

•

. !

•

• • • a7

ice

-•••\

,

• 0.01 - 0.04 ots

• 0.05 - 0.1 ors

• 0.11-1.0 cis

— North Fork!  Oak Mesa hydro-vatic/ores

Alluvium

Younger Varney Gravels

Younger River Terraces

—I Fans and Lower Mesa Gravels

r 1 Hillside  (Slope) Deposits

Mil Older Mesa Top Gravels
Tmi - Tertiary Intrusions
M Two - YVasetch [incl.. Ohio Creek For-metier)]
Krtyr - Mesaverde Formation [incl. Rains Sandstone)
•
1111 .1111/
4"4
IC
•
•
0111r otrtkiss
.....
..,•
•
"
%
r.•
•
IIlIIIIIIhi.
0
• • 4
\ \
N
.
1 Z.-- --------,' '
1^,
•-•. --•— •--
•
• •
•
•
•
•
'14.0 Mrda..
• )
•
1 I Krn • Mancos Shale
11
= Kdb - Dakota-Burro Canyon FOrrlabOn
JenWe - Morrison 8 Wanakah Formations Entrada Sandstone
N
frit\
•
,
1
,i1111,:i .

BLM_0155985

- I
- 6
+.
\
Cra
'
- 
am—
- 
- ..
- 
- I.

1:1 2 4 6 MIES
1.111

North Fork Valley and Terrace Study Area, Delta County, Colorado HSA/HHI page 36

2.7.2 Potential Effects of Oil and Gas on Hydrology

The hydrology of a natural groundwater hydrologic system may be altered by the construction and operation of proposed oil and gas wells. During drilling and fracking, the oil and gas operations may behave like a connection mechanism between the deep and shallow aquifers, mixing water of various chemistries from various bedrock and shallow aquifers. Depending on management strategies for produced water disposal and use, groundwater levels in the shallow unconsolidated systems may be altered with respect to the amount, velocity, storage, and direction of the local groundwater system and related regional groundwater levels and discharges. Changes to the natural groundwater system will likely have ecological, geo-hydrological, and, potentially, legal consequences. The effects of water disposal after fracking and oil and gas well development are not discussed in this report as relevant information on the planned oil and gas development and operations is not available at this time. These management strategies and their effects on the shallow and bedrock aquifer subsystems should be evaluated in more detail. The locations of the oil/gas lease parcels in the NFVT area are shown in Figure 29.

Figure 29. Anthropogenic Influences: Oil/Gas Lease Parcels in Relationship to Hydrogeology in the NFVT

Area (Source: Delta County GIS, 2013).

North Fork Valley and Terrace Study Area, Delta County, Colorado HSA/HHI page 37

The mesa top and upper hillslope parts of the Mesa Top and Hillslope, and Valley Bottom Shallow Aquifer Subsystem are least likely to be affected by oil and gas operations because they are located in the recharge area and have a shallow groundwater flow system above the bedrock dewatering zone (Figures 19, 20, 22, 23 and 29). However, the potential for groundwater discharge from the deeper bedrock to the shallow aquifers in the Valley Bottom subsystems in the North Fork River Valley, and in the Minnesota, German, Bell, McDonald, and Cottonwood Creek drainages, due to hydrostructures, may be affected by fracking or other oil and gas drilling activities (Figures 19, 20, 22, 23 and 29), which could affect the water supply and water quality. In addition, significant amounts of shallow aquifer water quality may be affected by the surface water runoff and groundwater recharge affected by drill site activities and

BLM_0155986

water disposal (Figures 19, 20, 22, 23 and 29).

The regional groundwater subsystem may be affected by the oil and gas operations, but these systems are not currently being explored for water supplies. However, the interconnectivity between these deeper systems and the shallow unconsolidated systems is currently undetermined (Figures 19, 20, 22, 23 and 29).

North Fork Valley and Terrace Study Area, Delta County, Colorado HSA/HHI page 38

## 3 GIS MAPS, LAYERS, DATABASES, AND DATA SOURCES
U

### 3.1 GIS and GIS Maps

Geographical information system (GIS)-based maps provide a flexible and efficient way to analyze and display spatial information. The strength of a GIS system is that data from various sources can be collected in local or remotely accessed databases, which can be easily maintained and updated. GIS maps support optimal analysis, specifically in hydrogeologic evaluations at different scales, geographic distribution densities, and different levels of accuracy and information value.

A GIS map consists of a series of layers, each containing a single or multiple topological features. These features can represent a variety of geographic items, such as rivers and lakes, roads, towns and cities, land use, land ownership, wells, etc. Selected features can be further described with associated attribute tables and linked to other types of information by their attribute tables or via their spatial location. At each step of a geographic analysis, individual features can be displayed, analyzed, and combined with other features via layers, and individual features interrogated with respect to their attributes. Switching scales, like enlarging (zooming in to) a particular detail or regionalizing (zooming out) to encompass a larger set of features can be accomplished at any time; the ability to selectively visualize (switch) layers, perform advanced searches, and use select and overlay capabilities, further enhances the utility of a GIS map.

The GIS maps resulting from this study allow for informed planning and management of groundwater resources in the NFVT area. The database formats that have been used in this study include ESRI shape files, database tables, georeferenced images, and ESRI GRID files (for the digital elevation model [DEM], among others). The GIS map and database for NFVT study were prepared using

ArcViewPPTMP version 8.3 and evaluated using Arc-DesktopPPTMPP version 10.2

(ESRIPP®PP, Redlands, California).

U3.2 Use of GIS in the NFVT Area Study

In this study, GIS has been used in support of the HESA described in Chapter 2 and in the preparation of report figures. In addition, the GIS maps and databases will provide a base for further studies of the hydrology and hydrogeology of NFVT area, as well as other parts of Delta County. Two multi-layer GIS maps have been prepared for this study: 1) a map with hydrologic and hydrogeologic features of Delta County (Figure 30); and 2) a map with hydrologic and hydrogeologic features of the NFVT area (Figure 31). The GIS maps consist of a number of layers representing various data types relevant to the assessment of the groundwater resources at user-specified locations. Below is a detailed description of the layers and the related data sources.

a 1.1.1 , . P. VA,

R...ry. Ns ....L.,n,k .eKw 1..41..K61110

BLM_0155987

.. .
—
rk E.. .—. 11•clan., in. S. imn .,.••••, anrcen•E V.1 10. WO
D 8 lil e.
t . ., ... . 1.5,1
. 14 MI Ca Sali D ., .L -• 0,D,, 4: ,-J..r ci :: t- tO - ;RIB P ...: A 6 A 7 133.,
10.ail...t.i. C.
- -• : 3.1 1 :
44
, 21 41.04 Cm* 44.4., IN 2021
.r: e wee kart., sueroen
El
r. - • a 0 MI o........,
—Imes
. el f.',.., 0,0 f SLr...., .. V...11.e 4 t614
0 a 0*. Cmmyl.... IX ssui
Milan  Ina ream.
-^,r9.....r+
w 0 Nil C....Resik !DC ISM
• a (.... L.., Ie.. (VC 101.13
• 0 it.;11.1.15awiwirt[41114
a ID •........1••,01113
D Instee Pareel.391] jef.SS S. 11
E D higli.  i.c.• 101 WM. S1
, izi Slipted N. ,. SOS 101S1 3*.
• 0 W. • Vase. KUHR 1rt•lvse21 ,11
. 0 .... 1..10.1•• ...Ws. M1
.....,, 1.4.,..p1....45 ...p... IP, KM IMP
Ms - kith..
so,. Basal R•1•1.911
laC141 • 4141 0411TAI.
Clge-S.....c....
CIL.o - Vey, Crank rl•rases forts evisrad, &emit.]
CIO, • de dm. 10.• .se •• pr.stepsi
OSA • |•••••91••• •• go.... *AM
mn- p.m n ...t
Wei4.0..lrevant
1.19-C.1••Fe..00.
W..-ltid-Teeny  Irthiens ILL.k• like.." Uiceid•ca
CI le • 1.... lenn•en
ZI'r. • .4.11 and On. C..4 R...
MC& - 1.11. Sand.. Ind Owns Csnysn Fem..,
Mr., • ..........
tu......... ,44.0......h.......
Ulm. Lt.. [.... 11nalay I....n LW..
Mims • Skonam  1-ormaeon - S. 11.11. 5111.1.nt  Iamb.

BLM_0155988

E:].. 1.•.• F. Wah., , 1...1.4 4.4• 5.51Mtrn

p. - mnill.,nrr.c.  End F.... Snag.

MIAs - Chinrelroirr•ion

um& • 111•11141  ,141•1•It

Op. 11.4.r. C IMO. 1.1.

.11 [1 .0.1.11,4,,.T.11.5.....1,  VOLCSALII

• 0 Yeltersixd  [h.drel.a•Cl11..rth  Fat Comm, R. acs Mill

••'1Z

•Ili-ea.

1

- a ee..c.,..e.H.,..a3.1x.20121.

w D s,,nn,  8.... wv.....Fres..6,1

0 q •

gp 1 . • ,......— F... ... .•..h,,,.c..,...,,...

p II,-

_.…

….i.

• 3. 1

4Pla

421VA4%

.

\

. . Z. d, .., f . ...:14.10.  11.1,*  .A.:4 A Al e.ai e

1 .

ARM' .4.tE,

A

..rivellyroirre i

l4A . i ..0 1

Iferro

r

e

10'

Vi/ K

..

ri IV

,

if

I

1...... .•11M

• -}ea

.40#

AY: .a.

4.

4IP..•

..

..-

BLM_0155989

:
.
—
W
.'
-
.,..
9
,
.1 •'
'i
W
e
`*•
%.
Vin
1
' ' *'..- •II.
,Virkt I • .
..,1
.... • ...,...• Aft , 4,
.." 1 1 •••
"
1;..1406- .
••44•'• • Vor
. ....
.
-..r'. ...Oe't '''. .-'''
.."
- 4 ••
,)/
111• -
.....,,
...•
.
..-.- • '
eye
".• •• .- .
al
"r.
'• Crij) ITTi•Vn /
.4. .•//, •-' •r: V•1
'. ' %
'-. t-
.k
..1.•

BLM_0155990

,,...-
....
V. 4
• moil  0 • •
11eelalai  011.0..SS3  Pert
11.  1•• ••••
111401.01.1
d
10 .rt•Serl WA. ni•••••••1•••••  .01
as 1.1..k.10.1•1.1•151.11.1151/
r1.
a 0.u
•
4••••••.  IN As.]
r•••  IN Mt)
,A •,•••••••  4.1
a PI ...OM. IX lat E
a, a Iliel••  a 1..4 Wt...Ix •11111
a a Ail...1.1115,141[11,111
••••11........01.11
a S....10C101
111 a 1., le,  ,•,1
ES 1•1. Ore.. [cunt. ..c1.1
a 1,16 • .n
a
• Ix... Ix.. lr un vx,,
l..+al
• 5•••••5•-••![....X.r.1
• W.F... h.... 511.p .
.
.. 1••••
r.a
• • 041
• OA. - •1•1
• 0/4-0.1.
• 6.11.• ISA.
•
0 1,4... 21051C.D.r
ICSMS.1
14.M.s.;
0
g••1
a .1/1 1.11••.11 -1.1./0131-
- .••••• •••••]••••
a
? T•11,1,1..111131.."101.11•  1,111, Yen..

BLM_0155991

a 111 ? . 1...•/...111.1.4101•11- M... O. Cr. •. 1.•
? Tr, C.. h....,
111.0-14201.• •
•••••
• •••• •••.1.0,....11.401.31 • Sim. vde
IS*. •
• a NAn Penn., hyav-wn 1.'4,0441 - IgnIppo
n . 1.1.11.
• ware. V.,. Irefin...1...R0131
ht.. 1.1.1.
a 11145 1FM 1(.1
wag. 2.•
• Ss: r LI: f.
- a • • 03 rr. - 170 • AD.
2314111111 1111E1111 fee
North Fork Valley and Terrace Study Area, Delta County, Colorado HSA/HHI page 39
Figure 30. Delta County GIS Map Showing Streams, Ditches and Roads on Top of County-wide Geology.
(The left display area is the table of contents [TOC] showing all available layers;
the right side of the window is the map display area showing the activated layers.)
Figure 31. NFVT GIS Map Showing Streams, Ditches and Roads on Top of Hydrogeologic Unconsolidated
and Bedrock Units and Hydrogeologic Structures.
(The left display area is the TOC showing all available layers;
the right side of the window is the map display area showing the activated layers.)
p 4..,..... , ......p.......na -....
-.1 • Miami
a. I 444 11.• r.....• m .... ,..4.4•4••4, Vxlerme. 4.4^4.4.4 .9
.. il '.
...
. . , , ,,,,
• V CS 17 M ion • •., •: - - • m • fa g 4l' ]ci?:::: -- ti- : ii
rw
1: t i x - .
......,,,,.......
I
. z
.: a• • • +a . i , _
I j
• r =
0 ....,• . ,..., be,. 0... reemwan
1=
id ...i.o,•00.0.44.ttlItat
0 .11,1.0 51..4.,..p60.1.' Wo,...71.
0 C. [...,....1,.1.3.1
ci T.:—. IV N/13

BLM_0155992

65 .V...4. lc, .Z.HI
0 ........1....a IN NM
1.
11111111
. x
:.! • It • 4, tA
....a
• 0 pct....Ad rm....4 5....Y. PC Mill
. g aps44,444  .:44.I44441.4201411
ECIKTnii
.
114 a .1.9,1.,4,..20411
.A 2 Si..... IN 1 ,1111
114....:..4'..14-•••••1
4,..m :4•44.. irtck 4A.•11.
..6 0 ,.... we E,1E3
ii1 P,..1r 1..., .... Mx,.
as W. • Oc....11[ErAR .1........1
ra 0 W. • .... N13,......,.. E1.3
• r
.
'"Gri.,....-% ""E.........
-rm. 1,••••1
.41 a 4.^91,......11645,1ft  „P7.
, 0 1,............S ,ro...r
e
13
—dii.e, -,:.:-.•
.4.1.
5
r [........-....-.
E. El .4,41.14.4.6.201[11150.•41
ffi 0 r.,...10....d.199310155.41
i El P.44174.4,•1.0  H140 E051
n g 14.14 4•1....11 , 4404- 4...pet
-.•
.1. El ma. 4 wk..e,,,,,n..4  4,444.44  X0.11 - .4* M.
, Li P... Fe. VW, 10•••••.114.01-116)/  • 1.0,1.......
TO N. «. V•14.1....4.4141.541.2(all  1.4 . no.* °lie [ ra re*
* ti 1.1.......W .E iv.... R.14112011$  • .1.1..40•IMMit.  wt.., *wt.!
, 0 4..F.., •,•..*0-..01..4.110111  -P4,41544
, 0 1,, reo74.4,4,1•9-4.41  ,44.4101.11-  4:4444744.0.44  Cr,. 49...44.
1: CI ...P.A...6.3,0.9-.044.4 Atli - .i...14. d e %YAW:. 11pcnulmy•  Cr........n.
, 0 =EDDA ie.!
+ 0 .15 OM 1.1.1
E.• 0 O. Cot, EMIC15.1....11.11.1.1953  .11.:1 UM. WM Mt MI,

BLM_0155993

.-./r
-de
i 4 .._...

___.
914 -...
4
.1.
LY

.
1114 f [
1105'.
•

.
-3$
34
.
LT
A
"

.
1.
F.E
-For.
'van.
-1'1.1"
%MN
..
44.0ougaTer
..... '.... "' k '...!.....
,..4.
iiiW4.4.• r;.:.
414,•: G.. 4,Z,
Md. Lien..........1
5,, rc, Lrt-wrl F-Ntl.nr 2.7,
C.*
,
[.23i-.....V[A m {.•...
.,. T. a-m.
—
-,
Le
c.a...k..-1,-....N.
P.,.
ho ........1.......-• • G:.A.a...
.
tkrtn Pen ....Mew byElEo.riva I

BLM_0155994

---.
MC.
, ... •
4444 -

North Fork Valley and Terrace Study Area, Delta County, Colorado HSA/HHI page 40
Enabling the Table of Contents (TOC; the left side of the display in Figures 29 and 30) in
ArcGIS provides information on the layers displayed in the Map Display area (the right side of
the display in Figures 30 and 31). The GIS layers of the Delta County and NFVT maps contain
three types of geographic information: 1) general geographic information (county border, roads,
towns, DEM-elevations) used primarily for orientation purposes; 2) hydrologic information
(including precipitation, watersheds, streams, lakes/ponds, irrigation ditches, and irrigated areas);
and 3) hydrogeologic information (including hydrogeologic units, faults and hydro-structures,
springs and wells). Most layers have been georeferenced with respect to State Plane, Colorado
Central Zone, NAD83 (units of measure in feet), except for some public data obtained from state
and federal sources.

U3.3 GIS Map, Layers, and File Structure

Each line in the TOC is a GIS layer representing a set of features of the same type, such
as streams, parcels, wells, etc. By clicking on a check box in the TOC, elements of the activated
layer become visible in the map display area. A layer may consist of point values (e.g., wells),
line features (e.g., roads, streams, ditches), and area features (e.g., parcels, lakes, hydrogeologic
units). Right-clicking on a layer in the TOC and selecting the open attribute table option,
provides additional information on the layer, such as the names of particular features (Figure 32).
This additional information can be used to label the features in the map display area.

Figure 32. GIS Map Showing the Attribute Table for the Hydro(logic) Structures Layer in the
NFVT Area
(right side of figure).

The order of the layers in the GIS maps may be changed, affecting which layer(s) are in
the foreground in the map and which layers are in the background. When enabled, a layer is
shown on top of the layer listed below it in the TOC. When this layer is opaque, the layer
0

North Fork Valley and Terrace Study Area, Delta County, Colorado HSA/HHI page 41
beneath it is not visible. Some layers are (partially) transparent, others are opaque, dependent on
the type of information they display and the use in the assessment procedure. Layer
transparency/opaqueness can be changed by the user using the layer properties option under the
display tab. The order of the layers can be changed by the user by dragging a layer to the desired
location in the TOC.

The map is designed to show relevant labels (text) for most of the layers based on the
contents of one of the fields in the attribute table, such as stream name, well number, etc. When
zooming in on a particular area of the map, additional information of a selected layer can be
displayed by activating the Label feature. This can be done by right-clicking the layer and
selecting Label Feature. The label feature can be set by right-clicking the layer, selecting
Properties, clicking the Label tab, and selecting the appropriate field of the database table.
Database information regarding a particular feature on the map can also be obtained by using the
(Identify) option from the Tools toolbar, clicking on the feature of interest, and selecting the
appropriate layer in the popup Identify Results window.

U3.4 Data Sources

BLM_0155995

Delta County and NFVT area GIS maps retrieve various files included in six relative-path subdirectories: 1) CDOT; 2) CDSS; 3) Delta_County; 4) HHI; 5) NRCS; and 6) USGS_DEM. The directories reflect the various data sources used for the map. Selection of the relative-path option in the GIS program provides for straightforward portability between computers. Note that layers that refer to a state-wide data set (such as the NRCS precipitation file), or a multi-county data set (such as the CDSS irrigated areas files), have been clipped on the maps to show only the Delta County or NFVT area coverage.

The CDOT (Colorado Department of Transportation) subdirectory contains the Colorado county boundaries (counties files). In this project this layer is primarily used for general orientation purposes. The CDOT GIS data can be downloaded from: http://apps.coloradodot.info/dataaccess/.

The CDSS subdirectory contains six sets of GIS files and databases downloaded from the Colorado Decision Support System (CDSS), which is managed by the Colorado Water Conservation Board and the Colorado Division of Water Resources (CDWR). These file sets are 1) irrigated areas in CDWR Division 4 on the Western Slope as of 1993 (Irrigated_Parcels_1993-new files); 2) irrigated areas in CDWR Division 4 on the Western Slope as of 2000 (Irrigated_Parcels_2000-new files); 3) irrigated areas in CDWR Division 4 on the Western Slope as of 2005 (Irrigated_Parcels_2005 files); 4) decreed wells included in the CDWR's Hydrobase (co_wells_decreed-new files); 5) other wells included in the CDWR's Hydrobase (co_wells_other-new files), and 6) precipitation stations in Colorado (co_precipstations files). The well data reflect the Hydrobase status of July 2009. The irrigated areas data sets provide a single year snapshot of the irrigated lands and crop types of the western slope of Colorado. In the GIS maps, the 2000 data layer lies on top of the 1993 data layer, and the 2005 data layer lies on top of the 1993 and 2000 data layers, showing the irrigated acreage taken out between 1993 and 2005. The CDSS can be downloaded from: http://water.state.co.us/DataMaps/Pages/default.aspx#onlinedata.

North Fork Valley and Terrace Study Area, Delta County, Colorado HSA/HHI page 42

The Delta_County subdirectory contains selected files received from the Delta County GIS department in June 2012. Coverages used in this project include county boundary, highways, roads, streams and ditches, lakes, irrigation ditches (and enhanced streams), water planning areas, and towns. The ditch data provided by the county does not distinguish between primary and secondary ditches. Additional field verification is needed to assess the hydrologic importance of individual ditches. It should be noted that the GIS-based aerial photography provided by the county has been used, in conjunction with GIS-based topographic images obtained from the NRCS data portal and GoogleTM Earth imagery, to remotely assess topography, vegetation and hydrology.

The HHI subdirectory contains the databases produced for this project by Heath Hydrology, Inc. It contains various hydrogeology files (NorthFork_OakMesa_Hydrogeol_xxx, NorthFork_OakMesa_Hydrostructures, DeltaCounty_Geology, NorthForkArea_Springs, Springs-Wells_USGS1986); files showing precipitations stations relevant for Delta County climate (dc_precipstations; which is a subset of the CDSS database of precipitation stations), and files related to the location of the study area (OakMesa_DisplayArea, OakMesa_StudyArea, NorthForkValley_ StudyArea, and NorthFork_OakMesa_ClippingArea). The DeltaCounty_Main_Streams files were created to separately show the county's major rivers and are based on Delta County's stream layer. The hydrogeology layers resulted from digitizing and

BLM_0155996

evaluating the 1:48,000 scale geologic maps of the Cedaredge and Hotchkiss areas (Hail, 1972a, 1972b), and the 1:100,000 scale geologic map of the Paonia and Gunnison area (Ellis and Others, 1987), and combining and editing the GIS versions (Day and Others, 1999) of the Leadville, Montrose, Grand Junction and Moab

1PPoPP

x

2PPoPP

quadrangle geologic maps (scale 1:250,000) (Tweto and Others, 1976; Tweto and Others, 1978; Whitney, 1981; Williams, 1964). The North Fork/Oak Mesa hydro-structures layer is in part based on the 1:100,000 scale geologic map of the Paonia and Gunnison area (Ellis and Others, 1987), and enhanced through analysis of geomorphic features by the project team.

The springs and seeps included in the water rights database (NorthForkArea_Springs files) reflect the status of September 2013. The springs and seep data can be found at: http://cdss.state.co.us/onlineTools/Pages/WaterRights.aspx. More details about this springs and seeps layer can be found in Appendix 1.

Selected wells and springs used in a study of the groundwater resources of the North Fork Gunnison River basin have been digitized from a low-quality scanned image of an appendix of the report (Ackerman and Brooks, 1986). It should be noted that the location of these wells and springs are approximate and may be inaccurate.

There are seven GIS layers and databases for the hydogeologic units in the NFVT area (i.e., "hydro units" for short) (Figures 15, 16 and 31): 1) a layer showing the Quaternary unconsolidated deposits grouped by their hydrogeological characteristics (North Fork Valley Hydro Units - Unconsolidated Sediments); and 2) six layers each showing the extent of an individual bedrock hydrogeologic unit (North Fork Valley Hydro Units – Tertiary Intrusions, North Fork Valley Hydro Units - Wasatch and Ohio Creek Formation, North Fork Valley Hydro Units - Mesaverde Formation [incl. Ohio Creek member and Rollins Sandstone], North Fork Valley Hydro Units - Mancos Shale, North Fork Valley Hydro Units - Dakota-Burro Canyon, and North Fork Valley Hydro Units – Morrison & Wanakah Formations, Entrada Sandstone). When all six bedrock layers are activated, the GIS map shows top bedrock (see Figure 16).

North Fork Valley and Terrace Study Area, Delta County, Colorado HSA/HHI page 43

The NRCS subdirectory contains state-wide averaged annual precipitation data for the period 1961–1990 obtained from the NRCS (precip_a_co files). These data have been developed from the NWS precipitation data using PRISM (Parameter elevation Regression on Independent Slopes Model), which utilizes a rule-based combination of point measurements and a DEM and includes consideration of topographic facets (Daly and Johnson, 1999). The NRCS subdirectory also includes files for the location and name of the 1:24,000 (7.5 minute) quadrangles in Delta County (quads24k_a_co029) and the 1:250.000 (2 degree) quadrangles (quads250k_a_co), and data for the watersheds in the county (wbdhu12_a_14020002 - 06) and topography (drg_s_co29). The NRCS data can be downloaded from: TUhttp://datagateway.nrcs.usda.gov/GatewayHome.htmlUT.

The USGS_DEM subdirectory contains the raster-based DEM and the 100ft elevation contours for Delta County. In the database, surface elevations are stored in meters; however, in the TOC of the GIS maps, the elevations are given in feet for display purposes. The USGS DEM was downloaded from the NRCS Data Gateway portal in May 2012 and is based on the USGS version published in April 2012.

BLM_0155997

North Fork Valley and Terrace Study Area, Delta County, Colorado HSA/HHI page 44
4 SUMMARY AND CONCLUSIONS
A Hydrologic and Environmental Systems Analysis (HESA) of the groundwater system
of the North Fork Valley and Terrace area (NFVT) in Delta County, Colorado, and the
development of supporting GIS databases and maps of hydrogeologic and hydrologic
characteristics, have been completed to provide support for planning, zoning, and other decision-
making
tasks of county staff, including those related to protection of groundwater resources for
use as public or communal water supplies. This study consisted of the following tasks:
1) conduct a comprehensive HESA and formulate relevant conceptual hydrologic models to
provide the physical framework for assessment of potential impacts of anthropogenic system
modifications on groundwater resources and interrelated surface water resources; 2) develop a
consistent and practical hydrogeologic nomenclature that can be expanded to county-wide use;
3) digitize existing geologic maps and convert them to hydrogeologic system layers and
databases in the GIS, including layers showing hydrogeologic units and characteristic stacks of
such units, and hydrostructures; and 4) adapt additional hydrological and other GIS maps and
databases needed to evaluate the groundwater resources in the county; these databases will
contain data from various public domain sources.
The HESA analysis showed that there are two significant groups of hydrogeologic units
in the NFVT study area:
1) Quaternary unconsolidated clastic materials (Figure 15; Table 2a), which are
predominantly glacial-fluvial outwash plains and terrace gravels (older mesa top gravels and
glacial drift), hillside (slope) deposits, alluvial fans and bajadas (coalescing fans) and lower mesa
gravels, younger valley gravels and river terraces, and alluvial valley bottom deposits; overlying
2) Cretaceous and Tertiary bedrock units (Figure 16; Table 2b), including the following
potentially water-bearing units: Cretaceous Dakota Sandstone and Burro Canyon Formation
(Kdb) and the Tertiary Intrusive fractured crystalline aquifer near Crawford, CO (Tmi). The
Mancos Shale unit (Km) may act as a thick, poorly transmissive confining layer,
The Quaternary unconsolidated clastic units (Qal, Qgy, Qat, Qs, Qgf, and Qgo), which
are moderately to highly permeable, are recharged by infiltration from precipitation that is non-
uniformly
distributed due to the slope steepness, slope aspect, and to position in the landscape,
and by the incidental leaky irrigation canal or ditch, and irrigation return flow. These units may
be fully or partially saturated based on spatial location and seasonal precipitation events, and
there may be lateral and vertical connection (upward or downward groundwater flow depending
on position in the hydrologic system) between the unconsolidated materials and the Tertiary
intrusive units and Cretaceous sedimentary units in the underlying bedrock formations.
Three broad hydrostructure sets occur in the NFVT area: 1) the northwest-trending
fractures that parallel or connect with the Roatcap Creek fault zone and associated en-echelon
faults to the east; 2) the northeast-trending North Fork Valley lineament, which parallels the
Upper Leroux Creek fault zone; and 3) the radial fracture zone/lineaments that emanate from the
West Elk Intrusions of Mt. Lamborn and Landsend Pk., which include the major lineaments of
Cottonwood, Bell, and German Creeks (Figure 17). These hydrostructures function as French
drains in the bedrock hydrogeologic units, and are responsible for various springs and
groundwater discharge areas (gaining reaches) observed in lower Roatcap, lower Cottonwood,
lower Bell, and lower German creeks. These hydrostructures move significant quantities of

groundwater horizontally and vertically, interconnecting shallow aquifers; and in the North Fork Valley, potentially interconnecting the shallow aquifers with deep bedrock aquifers.

North Fork Valley and Terrace Study Area, Delta County, Colorado HSA/HHI page 45

Based on the presence and orientation of various hydrogeologic and hydrostructural units, hydrography and topography, three CSMs observed in the NFVT study area: 1) Mesa Top and Hillslope Shallow Aquifer Subsystems; 2) Valley Bottom Shallow Aquifer Subsystems; and 3) Regional Bedrock Aquifer Subsystems; are discussed. Specifically, the Mesa Top, Hillslope, and Valley Bottom Shallow Aquifer Subsystems in the NFVT area are dominated by the Quaternary unconsolidated materials, which receive recharge by infiltration of precipitation (snow and rain throughout the study area), leaky irrigation ditches (for example, the Fire Mountain, Farmer's, and Stewart ditches), infiltration at irrigation sites and fields (ubiquitous on the slopes north of the North Fork River, along the bottomlands of the North Fork River, and on Stewart and Lamborn Mesas), and losing streams, such as the lower reaches of Minnesota, Cottonwood, Leroux, Jay, Roatcap, Bell, and German creeks and the reaches of the North Fork River above and around Paonia, CO.

Groundwater flows on top of the local gravel-capped mesas, then moves with topography or subsurface paleo-topography to discharge into the incised drainages that bound the mesas, or discharge directly out the front of the mesa (at the gravel/Mancos Shale interface) where springs may develop and are claimed as being new springs. The shallow groundwater subsystems in the Mesa Top and Hillslope area north of the North Fork Valley have little connection to the local bedrock or the regional groundwater systems, or to the alluvial system of the North Fork Valley. By comparison, the shallow groundwater subsystems in the Mesa Top and Hillslope area on Lamborn and Stewart Mesas usually have a strong connection to the local Valley Bottom subsystems, such as Cottonwood and Minnesota Creeks, but very little connection to local bedrock or the regional groundwater systems due to the underlying Mancos Shale.

Groundwater flow in the Valley Bottom subsystem is generally in the same direction as the North Fork River, and with the Farmers Ditch on the north side of the River, and the Stewart Ditch on the south side of the River, groundwater flow is generally from the valley sides towards the River. The shallow groundwater system is recharged by water from the surface water system between Somerset and Paonia, and groundwater discharges back to the North Fork River near Hotchkiss and Lazear. In addition, the North Fork River northeast-trending hydrostructure underlies the entire valley, and if there is connectivity between the deeper aquifers and the Valley Bottom subsystem, it would occur along this lineament probably as an upward gradient between a deeper bedrock system and the Valley Bottom subsystem. Without a large hydrostructure, the Cretaceous Mancos Shale unit would serve as a confining layer between the bedrock systems and the Valley Bottom subsystem. Similar Valley Bottom subsystems exist on the south side of the North Fork Valley in the Minnesota, Bell, and Cottonwood Creek areas. However, with the Mesa Top and Hillslope subsystems discharging groundwater towards the Valley Bottom subsystems, groundwater flow in these smaller drainages is generally from the valley sides towards the corresponding streams.

The Regional Bedrock Subsystems in the NFVT study area include the following potentially water-bearing units: Cretaceous Dakota Sandstone and Burro Canyon Formation (Kdb); and the Tertiary intrusive rocks (Tmi). The bedrock units are variably saturated based on location and proximity to recharge area. The Dakota Sandstone and Burro Canyon aquifer is partially saturated in the recharge area north of the Smith Fork, as evidenced by the springs in the Alum drainage. Groundwater flows laterally downdip to the north as an unconfined or water

table system, and becomes part of the regional confined groundwater flow system after passing under the Mancos Shale at Alum Creek. The groundwater flow direction in the regional bedrock systems is from south to north beneath the NFVT study area and Grand Mesa, and Delta County in general.

North Fork Valley and Terrace Study Area, Delta County, Colorado HSA/HHI page 46

Land use and human activity is mostly associated with agricultural production and reservoir construction and operation, and has resulted in removal of native vegetation, introduction of irrigation and high-ET (evapotranspiration) crops, construction of (often leaking) irrigation ditches, and the drilling of primarily domestic wells. This activity has resulted in long-term

increase of water levels in local, shallow aquifers of the Quaternary materials both on top of the Mesa Top and Hillslope subsystems, such as Lamborn and Stewart Mesas, near the major irrigation transport corridors, such as the Fire Mountain Canal and Farmers Ditch, and in the Valley bottoms of Minnesota and Cottonwood Creeks, and the North Fork River. At this time, this part of Delta County is not experiencing a shift from agricultural to nonagricultural land use at the same rate as many other areas of the western United States.

The hydrology of a natural groundwater hydrologic system may be altered by the construction and operation of proposed oil and gas wells. During drilling and fracking, the oil and gas operations may behave like a connection mechanism between the deep and shallow aquifers, mixing water of various chemistries from various bedrock and shallow aquifers. Depending on management strategies for produced water disposal and use, groundwater levels in the shallow unconsolidated systems may be altered with respect to the amount, velocity, storage, and direction of the local groundwater system and related regional groundwater levels and discharges. These management strategies and their effects on the shallow and bedrock aquifer subsystems should be evaluated in more detail.

The potential for groundwater discharge from the deeper bedrock to the shallow aquifers in the Valley Bottom subsystems in the North Fork River Valley, and in the Minnesota, German, Bell, McDonald, and Cottonwood Creek drainages, due to hydrostructures, may be affected by fracking or other oil and gas drilling activities, which, in turn, could affect the water supply and water quality. In addition, significant amounts of shallow aquifer water quality may be affected by the surface water runoff and groundwater recharge affected by drill site activities and water disposal.

The GIS maps resulting from this study provide for use in planning and management of groundwater resources in the NFVT area. The database formats that have been used in this study include ESRI shape files, database tables, georeferenced images, and ESRI GRID files (for the DEM, among others). The GIS map and database for the NFVT study were prepared using ArcViewPPTMPP

version 8.3 and evaluated using Arc-DesktopPPTMPP

version 10.2 (ESRIPP®PP, Redlands,

California).

Two multi-layer GIS maps have been prepared for this study: 1) a map with hydrologic and hydrogeologic features of Delta County; and 2) a map with hydrologic and hydrogeologic features of the NFVT area. The GIS maps consist of a number of layers representing various data types relevant to the assessment of groundwater resources at user-specified locations. The GIS layers of the Delta County and NFVT maps contain three types of geographic information: 1) general geographic information (county border, roads, towns, imagery) used primarily for

orientation purposes; 2) hydrologic information (including precipitation, watersheds, streams, lakes/ponds, irrigation ditches, and irrigated areas); and 3) hydrogeologic information (including hydrogeologic units, faults and hydrostructures, springs, and wells.

North Fork Valley and Terrace Study Area, Delta County, Colorado HSA/HHI page 47

5 REFERENCES

Ackerman, D.J., and T. Brooks. 1986. Reconnaissance of Ground-Water Resources in the North Fork Gunnison River Basin, Southwestern Colorado. U.S. Geological Survey. Water Resources Investigations 85-4230.

ASTM Standard D5979, 1996 (2008), Standard Guide for Conceptualization and Characterization of Groundwater Systems. ASTM International, West Conshohocken, PA, DOI: 10.1520/D5979-96R08.

Brooks, T. 1983. Hydrology and subsidence potential of proposed coal-lease tracts in Delta County, Colorado. U.S. Geological Survey. Water Resources Investigations 83-4069.

Brooks, T., and D.J. Ackerman. 1985. Reconnaissance of Ground-Water Resources in the Lower Gunnison River Basin, Southwestern Colorado. U.S. Geological Survey. Water Resources Investigations 84-4185.

Cordilleran Compliance Services, Inc. 2002. Hydrogeology of the South Flank of the Grand Mesa in the Vicinity of Cedaredge and Paonia, Delta County, Colorado. Prepared for Gunnison Energy Corporation.

Daly, C., and G.L. Johnson. 1999. PRISM Spatial Climate Layers: An Overview of the USDA-NRCS Spatial Climate Mapping Project. PRISM Guide Book. PRISM Group, Oregon State University in cooperation with USDA-NRCS.

Davis, S.N., and R.J.M. DeWiest. 1966. Hydrogeology. John Wiley & Sons, New York.

Day, W.C., G.N. Green, D.H. Knepper, Jr., and R.C. Phillips. 1999. Mineral Resource Assessment Area, Southwestern Colorado and Digital Data for the Leadville, Montrose, Durango, and Colorado Parts of the Grand Junction, Moab, and Cortez 1o X 2o Geologic Maps'. U.S. Geological Survey. Open-File Report 99-427.

Ellis, M.S., D.L. Gaskill, and C.R. Dunrud. 1987. Geologic Map of the Paonia and Gunnison Area, Delta and Gunnison Counties, Colorado. U.S. Geological Survey. Coal Investigations Map C-109.

Freethey, G.W., and G.E. Cordy. 1991. Geohydrology of Mesozoic Rocks in the Upper Colorado River Basin in Arizona, Colorado, New Mexico, Utah, and Wyoming, Excluding the San Juan Basin. U.S. Geological Survey. Professional Paper 1411-C.

Geldon, A.L. 2003. Hydrologic Properties and Ground-Water Flow Systems of the Paleozoic Rocks in the Upper Colorado River Basin in Arizona, Colorado, New Mexico, Utah, and Wyoming, Excluding the San Juan Basin. U.S. Geological Survey. Professional Paper 1411-B.

Hail, W. J., Jr. 1972a. Reconnaissance Geologic Map of the Cedaredge Area, Delta County, Colorado. U.S. Geological Survey. IMAP 697.

North Fork Valley and Terrace Study Area, Delta County, Colorado HSA/HHI page 48

Hail, W. J., Jr. 1972b. Reconnaissance Geologic Map of the Hotchkiss Area, Delta and Montrose Counties, Colorado. U.S. Geological Survey. IMAP 698.

Kolm, K. E., and P.K.M. van der Heijde. 2012. Groundwater Systems of Delta County, Colorado: Oak Mesa Area -- GIS-Based Hydrological and Environmental Systems Analysis and Formulation of Conceptual Site Models (With Addendum). Report prepared for Delta County Board of County Commissioners, Integral Consulting, Louisville, Colorado.

Kolm, K. E., P.K.M. van der Heijde, J.S. Downey, and E.D. Gutentag. 1996. Conceptualization

and Characterization of Ground-Water Systems. In: Subsurface Fluid-Flow (Ground Water and Vadose Zone) Modeling, ASTM STP 1288, J. D. Ritchey and J. O. Rumbaugh, eds., American Society for Testing and Materials, West Conshohocken, PA.

Robson, S.G., and E.R. Banta. 1995. Groundwater Atlas of the United States: Colorado Plateau Aquifer. U.S. Geological Survey, HA 730-C.

Topper, R., K.L. Spray, W.H. Bellis, J.L. Hamilton, and P.E. Barkmann, 2003. Ground Water Atlas of Colorado. Colorado Geological Survey, Special Publication 53.

Tweto, O., R.H. Moench, and J.C. Reed. 1978. Geologic Map of the Leadville 1 Degree x 2 Degrees Quadrangle, Northwestern Colorado. U.S. Geological Survey. Miscellaneous Investigations Series Map I-999, scale 1:250000.

Tweto, O, T.A. Steven, W.J. Hail, and R.H. Moench. 1976. Preliminary Geologic Map of the Montrose 1 Degree x 2 Degrees Quadrangle, Northwestern Colorado. U.S. Geological Survey. Miscellaneous Field Studies Map MF-761, scale 1:250000.

Watts, K.R., 2008. Availability, Sustainability, and Suitability of Ground Water, Rogers Mesa, Delta County, Colorado—Types of Analyses and Data for Use in Subdivision Water-supply Reports. U.S. Geological Survey. Scientific Investigation Report 2008–5020.

Whitney, J.W. 1981. Surficial Geologic Map of the Grand Junction 1 Degree x 2 Degrees Quadrangle, Colorado and Utah. U.S. Geological Survey. Miscellaneous Investigations Series Map I-1289, scale 1:250000.

Williams, P.L. 1964. Geology, Structure, and Uranium Deposits of the Moab Quadrangle, Colorado and Utah. U.S. Geological Survey. Miscellaneous Geologic Investigations Map I-360, scale 1:250000.

North Fork Valley and Terrace Study Area, Delta County, Colorado HSA/HHI page 49

APPENDIX 1

GIS LAYER FOR SPRINGS AND SEEPS FROM CDSS WATER RIGHTS INFORMATION DATA BASE

Two of the GIS layers in the NFVT project, the North Fork Area Appropriated Springs and Seeps [CDWR 2013] layer and the Springs & Wells [USGS 1986] layer, contain information on springs and seeps in the NFVT area. Typically, springs and seeps indicate places where water flows naturally from a rock or the soil onto the land surface or into a body of surface water. They represent the contact between (saturated) groundwater and the land surface at that location. Springs usually emerge from a single point and result in a visible and measurable flow of water, or contribute measurably to the flow of a stream or the volume of a reservoir or pond. Seeps tend to be smaller than springs, with a more distributed character, and often no visible runoff, especially in the (semi) arid West where, in many cases, the water emerging in seeps is lost to evapotranspiration. Springs may be an expression of discharge of shallow groundwater from an unconfined aquifer, or of discharge from deeper aquifers at the contact between (more) permeable and (near) impermeable formations at or near the land surface, in fracture zones, or through karst conduits.

In the NFVT study area, plotting the location of springs and seeps have been very helpful in analyzing the characteristics of localized groundwater systems, and in determining where regional groundwater systems may interact with shallow groundwater systems and streams. Of particular interest is the relationship found between (leaking) irrigation ditches and other water conveyances and spring discharges from shallow groundwater in the NFVT area.

The USGS study of the groundwater resources of the North Fork of the Gunnison watershed, published in 1986 (Ackerman and Brooks, 1986), was primarily concerned with

water
quality as an indicator of the usability of a groundwater resource. The study provided a limited analysis by sampling a number of wells and a few springs in alluvial and bedrock aquifers of the North Fork watershed between 1977 and 1982. The approximate location of the wells was indicated on a plate enclosed with the report. For the purpose of this study, the particular plate was downloaded from the USGS web site and imported and georeferenced in the GIS, after which the location of the wells and springs were determined and entered in the data base of the Springs & Wells [USGS 1986] layer. It should be noted that the wells and springs in this report only represent a small subset of all wells and springs in the study area.

The springs and seeps included in the North Fork Area Appropriated Springs and Seeps [CDWR 2013] layer are taken from the Water Rights data base of the State of Colorado. According to the web site of the Water Information Program, Durango, Colorado (www.waterinfo.org/rights.html; accessed on October 2013), a "water right" under Colorado water law, is the right to utilize the waters of the State based on the priority of a party's appropriation of a specified amount of water, at a specified location, for specified uses. The essence of a water right is its place in the priority system. Colorado's "first in time, first in right" or "prior appropriation" doctrine applies to both surface water and groundwater tributary to a surface stream. Water rights are adjudicated by Water Courts. The Colorado Decision Support System, managed by the Colorado Water Conservation Board (CWCB) and the Colorado Division of Water Resources (CDWR), maintains a data base of all water rights in the state accessible through the Web CDSS Water Rights Data Selector (http://cdss.state.co.us/onlineTools/Pages/WaterRights.aspx). This data base provides detailed North Fork Valley and Terrace Study Area, Delta County, Colorado HSA/HHI page 50 water rights information for water structures such as ditch diversions, reservoirs, pipelines, springs, seeps and wells. Scanned images of associated water rights decrees can be downloaded for additional information and details. The data base identifies the water right, among others, by category (called 'structures'), such as ditches, wells (well fields), reservoirs, pipelines, springs, seeps, and mines, among others.

As the Colorado state statutes do not specifically define a spring, the State may consider a water right to be of the type 'spring' when it is excluded of other categories, especially wells. If the spring development meets the following conditions, it is excluded from requiring a well permit or compliance with the Water Well Construction Rules (Guide to Colorado Well Permits, Water Rights, And Water Administration, CDWR 2012):

1. The structure or device used to capture or concentrate the natural spring discharge must be located at or within 50 feet of such spring;

2. The structure or device used to capture or concentrate the natural spring discharge must be no more than ten feet below ground surface; and

3. The owner must adjudicate (obtain a water right through the water court) the structure or device as a spring, which would then be subject to administration in the priority system with all other water rights.

If the spring development fails to meet the above conditions, it must be considered a well, which withdraws groundwater, and all of the laws associated with a well apply. If the spring development does meet the above conditions, it is not mandatory that it be considered a spring subject to administration in priority.

In this project, the Water Rights data base has been used to identify springs and seeps that are present or have been identified in the past to be located within the NFVT study area.

BLM_0156003

Although springs in the Water Rights data base may have been categorized in connection with reservoirs or ponds, or with pipelines, in this study the selection is limited to those structures that are labeled 'springs' or 'seeps' in the Water Rights data base. The location of the springs and seeps is provided in terms of the PLSS legal land description system (Range, Township, Section, and Quarter Sections (Q160 – 160 acre, Q40 – 40 acre, Q10 – 10 acre)). The data base includes a field for the amount of the water right in cfs [cubic feet per second] as defined by a Water Court action, to some extent indicative of the maximum sustained flow rate that may occur at the spring or seep.

For this study, all springs and seeps in the 'North Fork and Tributaries' area were selected from the Water Rights data base and exported to a MS Excel file [included with the GIS files]. This file includes, among others, the name of the structure, its unique ID, the appropriation and adjudication dates, and the maximum allowed flow rate of the water right. Based on the PLSS location information in this file, only the springs and seeps within the NFVT display area were entered in the GIS data base. In the GIS, the location of the springs and seeps were taken at the center of the Q10 quarter section. The GIS data base also includes the water right ID, its earliest appropriation date, and its maximum allowed flow rate. Other data are available in the MS Excel files CDSS Springs North Fork & Tribs in Delta County and CDSS Seeps North Fork & Tribs in Delta County. Because of the limitations in location accuracy of the PLSS system, the accuracy of the location of the springs and seeps in the GIS is about 100 to 150ft and due diligence and field verification may be needed for any other purpose than this study.

North Fork Valley and Terrace Study Area, Delta County, Colorado HSA/HHI page 51

To evaluate the importance of the springs and seep areas in the Water Rights data base for the current study, the appropriated maximum flow rate has been divided in 5 groups (see the North Fork Area Appropriated Springs and Seeps [CDWR 2013] layer): 1) <0.01 cfs (< 4.5 gpm); 2) 0.01 – 0.04 cfs (4.5 – ~20 gpm); 3) 0.05 – 0.1 cfs (~20 – 45 gpm); 4) 0.11 – 1.0 cfs (~45 – 450 gpm); and 5) > 1.0 cfs.(> ~450 gpm).

The spring and seep data from the Water Rights and the spring data from the USGS report appear to be rather complementary and cover most of the significant springs and seep areas in the NFVT area, at least to the extent needed for the evaluation of the hydrogeology and groundwater flow systems in this study. Additional spring information may be obtained from the pipeline, reservoir, and pond structures in the Water Rights data base.

GROUNDWATER SYSTEMS IN DELTA COUNTY,
COLORADO: OAK MESA AREA

GIS-Based Hydrological and Environmental Systems Analysis and
Formulation of Conceptual Site Models

Authors:
Dr. Kenneth E. Kolm and Paul K.M. van der Heijde
Integral Consulting Inc.
Louisville, Colorado

Prepared For:
Delta County Board of County Commissioners, Colorado

Contract Effective Date: May 4, 2012
Report Date: August 31, 2012

Front Page: West Reservoir on Oak Mesa Facing East (June 2012)

Oak Mesa Groundwater System, Delta County, Colorado Integral Consulting Inc. page i

BLM_0156004

Table of Contents

1. INTRODUCTION ............................................................................................. 1
2. DEVELOPMENT OF CONCEPTUAL MODELS OF THE OAK MESA STUDY
AREA .......................................................................................................... 3
2.1 Climate ................................................................................................... 3
2.2 Topography and Geomorphology ........................................................... 6
2.3 Surface Water Characteristics ............................................................... 7
2.4 Hydrogeologic Framework .................................................................... 9
2.4.1 Regional Hydrogeologic Units ...................................................... 10
2.4.2 Hydrogeologic Units of the Oak Mesa Study Area ........................ 13
2.4.3 Hydrostructural Units of the Oak Mesa Study Area ....................... 18
2.5 Groundwater Flow Systems ................................................................... 19
2.6 Groundwater System Conceptual Site Models by Subsystem ................ 20
2.6.1 Mesa Top, Hillslope, and Valley Bottom Shallow Aquifer Subsystems.. 20
2.6.2 Regional Bedrock Subsystems ....................................................... 24
2.7 Anthropogenic Influences ..................................................................... 26
2.7.1 Effects of Land Use Changes on Groundwater Systems ................. 27
2.7.2 Potential Effects of Coal Mine Hydrology ..................................... 29
3. GIS MAPS, LAYERS, DATABASES, AND DATA SOURCES ..................... 31
3.1 GIS and GIS Maps ................................................................................ 31
3.2 Use of GIS in the Oak Mesa Study ....................................................... 31
3.3 GIS Map, Layers, and File Structure ..................................................... 33
3.4 Data Sources ......................................................................................... 34
4. SUMMARY AND CONCLUSIONS ............................................................. 37
5. REFERENCES .............................................................................................. 40
Appendix 1. Climate Data for the Oak Mesa Area, Delta County ........................... 42

List of Tables

Table 1a Correlation of Geological and Hydrogeologic Units in the Oak Mesa Study
Area: Unconsolidated Sediments. ..................................................................... 16
Table 1b Correlation of Geological and Hydrogeologic Units in the Oak Mesa Study
Area: Bedrock Units ......................................................................................... 17

Oak Mesa Groundwater System, Delta County, Colorado Integral Consulting Inc. page ii

List of Figures

Figure 1 Location of the Oak Mesa Area, Delta County, Colorado............................ 2
Figure 2 Average Total Monthly Precipitation, Snow Fall and Snow Depth for
Bonham Reservoir (station 050825), Colorado for Period 7/1/1963 to
5/31/2012 ......................................................................................................... 4
Figure 3 Average Total Monthly Precipitation, Snow Fall and Snow Depth for
Cedaredge (station 051440), Colorado for Period 1/1/1898 to 5/31/1994 ..... 5
Figure 4 Average Total Monthly Precipitation, Snow Fall and Snow Depth for Delta
(station 052192), Colorado for Period 1/1/1893 to 12/31/1999 ..................... 5
Figure 5 Comparison between the Average Total Monthly Precipitation at the
Bonham Reservoir, Cedaredge and Delta Stations for the Period 1/1/1971 –
12/31/2000 ....................................................................................................... 6
Figure 6 Spatial Distribution of the Average Annual Precipitation in the Oak Mesa
Area, Delta County, Colorado........................................................................... 7

Figure 7 Topography and Surface Water in the Oak Mesa Study Area, Colorado ....... 8
Figure 8 Generalized Map Showing Regional Geographic and Geological Features ... 11
Figure 9 Composite Large Scale Map of the Geology of Delta County ....................... 12
Figure 10 Generalized Northeast-Southwest Geological Cross Section Representative for Delta County .......................................................................................... 12
Figure 11 Map Showing the Shallow Unconsolidated Hydrogeologic Units in the Oak Mesa Study Area .................................................................................... 13
Figure 12 Map Showing Top of Bedrock Hydrogeologic Units in the Oak Mesa Study Area ............................................................................................... 14
Figure 13 Map Showing Major Hydrostructures (Faults and Fracture Zones) in the Oak Mesa Study Area ..................................................................................... 15
Figure 14 Map Showing the Locations of the Cross Sections Representative for the Conceptual Site Models in the Oak Mesa Study Area .................................... 21
Figure 15 Cross-sectional View of the Conceptual Site Model of the Mesa Top, Hillslope, and Valley Bottom Shallow Aquifer Subsystems (B-B' in Figure 14) ....................................................................................................... 22
Figure 16 Plan View of the Conceptual Site Model of the Mesa Top, Hillslope, and Valley Bottom Shallow Aquifer Subsystems ......................................... 23
Figure 17 Google Earth View of the Mesa Top, Hillslope, and Valley Bottom Shallow Aquifer Subsystems ................................................................................. 24
Figure 18 Cross-sectional View of the Conceptual Site Model of the Regional Bedrock Subsystems (A-A' in Figure 14) ...................................................... 25
Figure 19 Plan View of the Conceptual Site Model of the Regional Bedrock ................ 26
Figure 20 Google Earth Image of Anthropogenic Influences: Irrigation Ditches and Reservoirs in the Oak Mesa Study Area ........................................................ 27
Figure 21 Anthropogenic Influences: Irrigated Areas and Irrigation Ditches in the Oak Mesa Study Area .................................................................................... 28
Figure 22 Anthropogenic Influences: Wells in the Oak Mesa Study Area ..................... 29
Oak Mesa Groundwater System, Delta County, Colorado Integral Consulting Inc. page iii
Figure 23 Delta County GIS Map Showing Streams, Ditches, and Roads on Top of County-wide Geology .................................................................................. 32
Figure 24 Oak Mesa GIS Map Showing Streams, Ditches and Roads on Top of Hydrogeologic Unconsolidated and Bedrock Units and Hydrogeologic Structures ....................................................................................................... 32
Figure 25 GIS Map Showing the Attribute Table for the Hydro(logic) Structures Layer in the Oak Mesa Area (right side of figure) ......................................... 33

Oak Mesa Groundwater System, Delta County, Colorado Integral Consulting Inc. page 1

# 1 INTRODUCTION

Under an agreement with Delta County, Colorado, Integral Consulting Inc. (Integral) of Louisville, Colorado, was tasked to perform a groundwater study of the Oak Mesa area of Delta County, Colorado (Figure 1). This study included a Hydrologic and Environmental System Analysis (HESA) of the groundwater system in the study area and the development of GIS databases and maps of hydrogeologic and hydrologic characteristics of this groundwater system. The HESA is documented in this report, which also contains a description of the development and use of the GIS databases and maps. The report and GIS databases provide support for

BLM_0156006

planning, zoning and other decision-making tasks of county staff, including those related to protection of groundwater resources for use as public or communal water supplies.

This study consisted of the following tasks:

1. Conduct a comprehensive HESA and formulate relevant conceptual hydrologic models to provide the physical framework for assessments of potential impacts of anthropogenic system modifications on groundwater resources and interrelated surface water resources;

2. Develop a consistent and practical hydrogeologic nomenclature that can be expanded to county-wide use;

3. Digitize existing geologic maps and convert them to hydrogeologic system layers and databases in the GIS, including layers showing hydrogeologic units and characteristic stacks of such units, and hydrostructures; and

4. Adapt additional hydrological and other GIS maps and databases needed to evaluate the groundwater resources in the county; these databases will contain data from various public domain sources.

These tasks were completed in a manner that when future studies of adjacent sections of the county are conducted, there will be a continuous and consistent hydrogeological and hydrological GIS coverage.

It should be noted that that the reported HESA results and the GIS maps and databases will not obviate the need for additional hydrogeologic analysis on a site-specific basis in any project requiring due diligence, such as water right assessments, geotechnical studies, or environmental or water resources impact evaluations.

Figure 1. Location of the Oak Mesa Area, Delta County, Colorado.

Oak Mesa Groundwater System, Delta County, Colorado Oak Mesa Groundwater System, Delta County, Colorado Integral Consulting Inc. page 2 Integral Consulting Inc. page 2

Figure 1. Location of the Oak Mesa Area, Delta County, Colorado.

Oak Mesa Groundwater System, Delta County, Colorado Integral Consulting Inc. page 3

## 2 DEVELOPMENT OF CONCEPTUAL SITE MODELS OF THE OAK MESA STUDY AREA

HESA is an approach used to conceptualize and characterize relevant features of hydrologic and environmental systems, integrating relevant considerations of climate, topography, geomorphology, groundwater and surface water hydrology, geology, ecosystem structure and function, and the human activities associated with these systems into a holistic, three-dimensional dynamic conceptual site model (CSM). This watershed-based, hierarchical approach is described by Kolm and others (1996) and codified in ASTM D5979 Standard Guide for Conceptualization and Characterization of Ground Water Systems. The CSM of the Oak Mesa study area covers elements of climate, topography, soils and geomorphology, surface water characteristics, hydrogeologic framework, hydrology, and anthropogenic activity as related to the shallow groundwater systems in the study area.

Based on field surveys and a preliminary HESA, a number of hydrogeologic subsystems were identified within the Oak Mesa study area. Each of these subsystems has a unique hydrogeologic setting and groundwater flow system and is described in detail in forthcoming sections of the report. Furthermore, current anthropogenic modifications of the natural hydrologic features in these subsystems were identified, including groundwater recharge from large scale irrigation ditches and reservoirs. A brief discussion of potential modification of natural flow patterns and impacts on water budgets from dewatering by a proposed underground coal mine is included.

BLM_0156007

2.1 Climate

The climate in the study area has both local and regional components and includes effects of elevation and slope aspect (i.e., steepness and orientation with respect to the prevailing winds and sun exposure). The presence of Grand Mesa further influences the climate at the lower elevations, causing local and regional rain shadows. From the relevant weather stations of the National Weather Service (NWS) Cooperative Network near the study area, three have been selected as representative: Bonham Reservoir (station 050825) located in Mesa County on northern slope of Grand Mesa near the top; Cedaredge (station 051440) located midway down the south side of Grand Mesa; and Delta (station 052192) located in the Gunnison River Valley. Figures 2, 3, and 4 summarize the average total monthly precipitation (i.e., rain and snowfall SWE - Snow Water Equivalent), snowfall (i.e., thickness of freshly fallen snow), and snow depth (i.e., snow pack) for these stations. Figure 5 shows a comparison between the average total monthly precipitation at the three stations. The NWS data were used by the Natural Resources Conservation Service (NRCS) to prepare a map of spatially distributed precipitation corrected for elevation (see Figure 6). As these data sources show, there is a significant precipitation gradient from about 45 inches annually at the top of Grand Mesa to about 12 inches annually near Hotchkiss. Tables showing monthly long-term averages for temperature, precipitation, snowfall and snow depth are included in Appendix 1.

r

I

•

0

r r I

,ii

Oak Mesa Groundwater System, Delta County, Colorado Integral Consulting Inc. page 4

Precipitation type (rainfall versus snowfall), amount, and temporal and spatial distribution are important for determining the amount of recharge that a groundwater system may receive, particularly as infiltration from precipitation to the shallow bedrock groundwater systems. Average annual precipitation determines the climate of the project area, and in the case of Oak Mesa, the topographically higher terrains are subhumid and cool. This northern part of the hydrologic system, represented by Bonham Reservoir, Colorado, has excellent recharge potential, both from rainfall in the spring, summer, and autumn months, and from the melting of snowpack throughout the winter and early spring. Similarly, the midlevel parts of the hydrologic system, represented by Cedaredge, Colorado, have good, but lower, recharge potential, both from rainfall in the spring, summer, and autumn months, and from the melting of snowpack throughout the winter and spring. By comparison, the lower parts of the hydrologic system, represented by Delta, Colorado, are semi-arid and have minimal recharge potential, mostly from rain and snow throughout the winter and spring. The summer and autumn months are characterized by high evaporation rates and are too desiccated for significant groundwater infiltration and recharge. Thus, most of the recharge in the near-surface aquifers occurs during a very short period of time in the early spring. It should be noted that the entire study area has groundwater recharge potential, with even the driest areas probably receiving about 1 inch of recharge annually. This is important when considering the ultimate groundwater system flow directions and areas of groundwater recharge.

0.00

10.00

BLM_0156008

20.00

30.00

40.00

50.00

60.00

70.00

Jan

Feb

Mar

Apr

May

Jun

Jul

Aug

Sep

Oct

Nov

Dec

Average Total
Precipitation (in.)

Average Total Snow Fall
(in.)

Average Snow Depth (in.)

Figure 2. Average Total Monthly Precipitation, Snow Fall and Snow Depth for Bonham Reservoir (station
050825), Colorado for Period 7/1/1963 to 5/31/2012
(Source: Western Regional Climate Center, Desert Research Institute, Reno, Nevada).

I JI H. n n n nil

•

•

o

Oak Mesa Groundwater System, Delta County, Colorado Integral Consulting Inc. page 5

0.00

2.50

5.00

7.50

10.00

12.50

15.00

Jan

Feb

Mar

Apr

May

Jun

Jul

Aug

Sep

Oct

Nov

Dec

Average Total

Precipitation (in.)

Average Total Snow Fall

(in.)

Average Snow Depth (in.)

Figure 3. Average Total Monthly Precipitation, Snow Fall and Snow Depth for Cedaredge (station 051440),

Colorado for Period 1/1/1898 to 5/31/1994

(Source: Western Regional Climate Center, Desert Research Institute, Reno, Nevada).

0.00

1.00

2.00

3.00

4.00

5.00

6.00

Jan

Feb

Mar

Apr

May

Jun

Jul

Aug

Sep

Oct

Nov

Dec

Average Total

Precipitation (in.)

Average Total Snow Fall

(in.)

Average Snow Depth (in.)

Figure 4. Average Total Monthly Precipitation, Snow Fall and Snow Depth for Delta (station 052192),

Colorado for Period 1/1/1893 to 12/31/1999

(Source: Western Regional Climate Center, Desert Research Institute, Reno, Nevada).

Oak Mesa Groundwater System, Delta County, Colorado Integral Consulting Inc. page 6

0.00

1.00

2.00

BLM_0156010

3.00

4.00

5.00

Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec

Bonham Reservoir (32.79" annually)

Cedaredge (12.07" annually)

Delta (8.01" annually)

Figure 5. Comparison between the Average Total Monthly Precipitation at the Bonham Reservoir, Cedaredge

and Delta Stations for the Period 1/1/1971 – 12/31/2000

(Source: Western Regional Climate Center, Desert Research Institute, Reno, Nevada).

2.2 Topography and Geomorphology

The surface elevation in the Oak Mesa study area ranges from about 1,700 m (˜5,600 ft) north of Hotchkiss to about 2,800 m (˜9,200 ft) 1.5 miles northeast of West Reservoir (Figure 7). The topography of the Oak Mesa area has three distinct terrains: 1) poorly-dissected uplands, terraces and plateaus; 2) connected and disconnected, continuous and discontinuous hillslope fans and mass wasting features; and 3) continuous alluvial valley bottoms. The poorly-dissected uplands indicate that surface water and shallow groundwater systems will be continuous, but localized by topography. However, the deeper bedrock groundwater systems, if not topographically dissected by the surficial processes, will be continuous and regional in nature. Examples of these regional systems are observed in sedimentary bedrock underlying Oak Mesa, and these deeper bedrock systems can be a source of regional groundwater. These systems are recharged by, or discharging into, the shallow groundwater systems depending on the geomorphic geometry. At the top of Oak Mesa and its northeast, north, and northwest sides, the alluvial terraces, fans, and river bottoms are often isolated topographically, which causes discrete and localized groundwater systems.

The topographic gradients in the Oak Mesa study area can be divided into two types: steep gradient hill slopes (greater than 2% slope) characteristic of the northwest and northeast sides of Oak Mesa; and 2) low gradient, high terrace levels and alluvial valley bottoms characteristic of the top of Oak Mesa and the surrounding river valleys (Leroux Creek, Roatcap Creek) bordering Oak Mesa. The topographic gradient is useful in estimating the surface of the water table and for estimating the amounts of infiltration versus overland flow and interflow.

Precipitation [in/yr]

<10

12 - 14

14 - 16

16 - 18

18 - 20

MI 20 - 22

22 - 24

24 - 26

26 - 28

28 - 30

ImII 30 - 32

32 - 34

34 - 36

BLM_0156011

IIIm 36 - 38
IM 38 - 40
>40
10-12 .,
-
--.2 •
f r
.
v
.
-I
st
,
1
— _
I• •
1 s'
• _
.2.,
- - - - -
de4 •C
c••
-
•
Z
'
.0 _
—
I .
- •
a
1•
••:• ••
c..t. •
•
.
to
w
--1,
•
ff-
• _-_ • -1 oak Mesa area
— Rivers
Streams and ditches
. Lakes and reservoirs
— Highways

BLM_0156012

— Roads

IP/- I

ci

•

••

i s

.

.•

...' 1

.

•

N

A

0 1 2 4

111111[11

7, •

—•

Miles

s

_ ,-

Oak Mesa Groundwater System, Delta County, Colorado Integral Consulting Inc. page 7

Figure 6. Spatial Distribution of the Average Annual Precipitation in the Oak Mesa Area, Delta County,

Colorado (Source: Natural Resources Conservation Service 2011).

2.3 Surface Water Characteristics

The study area contains parts of four distinct watersheds (Figure 7): 1) Leroux Creek main stem and tributaries, covering the western and northwestern part of the study area; 2) Roatcap Creek drainage, bordering the east and northeast side of the study area; 3) Jay Creek, partially penetrating the middle of Oak Mesa from north to south; and 4) North Fork of the Gunnison River to the south. Streams can be gaining (from groundwater) or losing (to groundwater), dependent on local hydrology and time of year. For example, Roatcap Creek is a gaining stream in its upper reaches where springs discharge from the gravels to the surface. In the central reaches of Roatcap Creek, just east of Oak Mesa, surface water decreases and the shallow and bedrock groundwater systems are recharged by surface water. Similarly, the upper

Elevation in Feet

CI < 5,000

I 15,000 - 5,500

i E 5,500 - 6,000

I 16,000 - 6,500

= 6,500 - 7,000

= 7,000 - 7,500

El 7.500 - 8,000

! 8,000 - 8,500

! 8,500 - 9,000

! 9,000 - 9. 500

! 9,500 - 10.000

BLM_0156013

! 10,000  - 10,500

! 10,500-  11,000

1

\\

..

,.ckC' c, •

I

14.

.

.

.

Ali

.

es

.

!> 11,000  . 4,

`7' .

..,.

0

0 4

t 10ak Mesa area

— Rivers

Streams and ditches

Lakes and reservoirs

— Highways

- Roads

0

4

.

4

14011 ,'"

e-11111.111111.1.

i

• / •

i

f

1

.4 all

ok

Ni

A

111 il`

,

;i

....

0 1 2 4

BLM_0156014

li i ill I il
-'1NPP
Miles ° '

Oak Mesa Groundwater System, Delta County, Colorado Integral Consulting Inc. page 8
Figure 7. Topography and Surface Water in the Oak Mesa Study Area, Colorado.
(Sources: Natural Resources Conservation Service 2011; Delta County 2011).

reaches of Jay Creek are gaining reaches due to surface water supplied by the West Reservoir
and the alluvial groundwater system associated with Jay Creek. In the central reaches of Jay
Creek, in the center of Oak Mesa, surface water decreases and the shallow and bedrock
groundwater systems are recharged. By comparison, most of the reaches of Leroux Creek,
located to the west of Oak Mesa, are gaining reaches due to groundwater discharge from
surrounding surficial aquifers and nearby releases of reservoir water. The North Fork of the
Gunnison has minimal effect on the Oak Mesa groundwater systems.

Oak Mesa Groundwater System, Delta County, Colorado Integral Consulting Inc. page 9
The Oak Mesa study area also contains a few reservoirs and ponds (primarily related to
farmland modifications and [sub-]urban development requirements), and local networks of
irrigation and water diversion ditches (Figure 7; see also Section 2.7). Some ditches flow more
or less continuously, at least during part of the year, others are only used when fields are being
irrigated. Some ditch alignments coincide with stream sections, resulting in so-called "enhanced
streamflows" or "enhanced streams." This is specifically the case with the lower section of Cow
Creek and sections of Leroux Creek in conjunction with the Overland Ditch. Springs, seeps, and
most wetlands are indicators of groundwater discharge to the land surface. The irrigation ditches
located on the terraces and along stream valleys often have phreatophytes and seeps, indicative
of leaky, unlined ditch perimeters. Non-bottomland ditches can transport water over long
distances from the diversion points. One of the critical ditches to observe is the extension of the
Overland Ditch onto Oak Mesa to fill West Reservoir. This leaky ditch, and the reservoir,
recharges the shallow groundwater system in surrounding areas of Oak Mesa. Similarly, the
irrigation ditches along Roatcap Creek and Leroux Creek alter the shallow groundwater flow
locally in their respective drainages, and contribute additional groundwater recharge to the
shallow and bedrock aquifer systems. Finally, there is the effect of increased surface water flow
in Jay, Leroux, and Roatcap creeks due to reservoir and ditch releases that ultimately can affect
groundwater recharge to shallow and bedrock systems in various areas. These diversions and
anthropogenic changes to the surface water system must be accounted for in the water balance
calculations for the overall hydrologic system of the Oak Mesa area.

2.4 Hydrogeologic Framework

Depending on their capability to provide sufficient water for irrigation and industrial and
municipal consumption, bedrock and unconsolidated materials have traditionally been classified
as either aquifers or aquitards. Here, an aquifer is a permeable body of rock that is saturated
with water and is capable of yielding economically significant quantities of water to wells
(human and agricultural use) and springs (human and ecological use). A low-permeability
formation overlying an aquifer is often called an aquitard or confining unit. As the terms
"aquifer" and "aquitard" are rather ambiguous (e.g., what are economically significant
quantities? Or how confining is a low-permeability unit with respect to the transport of
contaminants?), increasingly the use of these terms is replaced by that of the term
hydrostratigraphic unit or hydrogeologic unit, in combination with terms qualifying the
permeability and/or saturation of the unit (e.g., saturated, high-permeable hydrogeologic unit). A

BLM_0156015

hydrogeologic unit is a geologic formation, part of a formation, or a group of formations with similar hydrologic characteristics (e.g., similar permeability characteristics and storage capacity). It should be noted that hydrogeologic units may not equate to geological units such as formations, formation members, and formation groups due to the frequently encountered variability of the flow characteristics of such geologic units. The term aquifer in this report is used to indicate a significant source of water supply from hydrogeologic units, and may include the qualifier potential (i.e., potential aquifer) when parameter uncertainty exists, especially with respect to average saturated thickness and water table fluctuations.

From a groundwater flow and water supply perspective, the most important property of rocks is the incorporated pore space and related permeability. The pore space, which defines the Oak Mesa Groundwater System, Delta County, Colorado Integral Consulting Inc. page 10 amount of water storage within a hydrogeologic unit, may be contemporaneous with the rock formation (primary or matrix porosity), or due to secondary geological processes, such as fracturing, faulting, chemical solution, and weathering (secondary porosity, fracture/karst porosity). The degree of connectivity and the size of the pore openings define the permeability of the rock, that is, the ease with which fluid can move through the rock. As with porosity, permeability may be primarily matrix based (matrix permeability), fracture and/or karst based (fracture/karst permeability), or may be a combination of both (Davis and DeWiest, 1966). Unconsolidated sediments and clastic materials, as found in the stream valleys, and observed on top of and draping down the northwest and northeast side of the Oak Mesa Plateau, are geologically very young and consist primarily of silts, sands, and gravels. They are generally very porous and permeable, but can be quite variable in their thickness, continuity, and hydraulic properties. For example, field observations revealed that the thickness of the unconsolidated sediments in the Oak Mesa study area ranges from less than 1 ft to greater than 100 ft. Estimates of hydraulic conductivity (K) range from 0.1 to 500 ft per day (Watts, 2008). These hydrogeologic units most likely contain the greatest amount of groundwater.

Consolidated sedimentary rock, by comparison, is often quite porous, but variable in permeability. Most fine-grained detrital rocks like shale, claystone, and siltstone may have relatively high matrix porosities, but very low permeabilities (Davis and DeWiest, 1966). These fine-grained bedrock hydrogeologic units are the dominant confining layers of sedimentary groundwater systems, with small hydraulic conductivity values typically less than 0.01 ft per day. Coarser-grained sedimentary rock, such as sandstone, can pair relatively high matrix or vesicle porosity with significant permeability, and may contain significant amounts of groundwater.

The hydraulic properties of sedimentary rock may be largely enhanced when fractures and faults are present (Davis and DeWiest, 1966). As a case in point, most of the sandstones in the Oak Mesa study area have enhanced permeability due to fracture and fault density and connectivity. Significant secondary porosity and permeability are developed through faulting, fracturing, and weathering of the sedimentary rock, especially in association with active faults, fracture zones, and near-surface stress-release.

2.4.1 Regional Hydrogeologic Units

From a regional perspective, the county-wide geology is part of the southern edge of the Piceance Basin (Figure 8), the northern edge of the Black Canyon of the Gunnison uplift, and the western edge of the Uncompahgre uplift. As a result, the sedimentary bedrock stratum ranges from younger rock to the north and east, to older rock in the south and west, and the stratum shows a regional dipping trend to the north and east (see Figures 9 and 10). The youngest

BLM_0156016

bedrock units in the county are the Tertiary intrusive (quartz monzonite) and extrusive (basalt) units of the West Elk Mountains and Grand Mesa volcanic field. These units form mountains and high plateaus in the northern and eastern part of the county. It is in these sedimentary and volcanic units that regional groundwater flow systems are known to occur (Freethey and Cordy, 1991; Geldon, 2003).

°Gypsum

Glenwood Springs

Oak Mesa Groundwater System, Delta County, Colorado Integral Consulting Inc. page 11 Figure 8. Generalized Map Showing Regional Geographic and Geological Features (After Topper and others, 2003; Tweto and others, 1978).

Given the regional geology of the Oak Mesa area, the hydrogeologic framework present in the Oak Mesa watersheds is complex. Upon reviewing various groundwater reports (Ackerman and Brooks, 1986; Brooks, 1983; Brooks and Ackerman, 1985; and Cordilleran Compliance Services, Inc., 2002, among others) and (hydro-)geologic maps (Ellis and others, 1987; Hail, 1972a, 1972b; Tweto and others, 1978), it appears that the Oak Mesa study area hydrological systems consist of multiple distinct hydrogeologic and hydrostructural units, including unconsolidated units consisting of various Quaternary-aged, highly permeable deposits, multiple water-bearing and confining bedrock units, and highly transmissive fault and fracture zones. The major hydrogeologic unconsolidated and bedrock units are presented in Figures 11 and 12 and described in Tables 1a and 1b; the major hydrostructural units are presented in Figure 13.

Geological Units

oo -nkro.or

? 06 - Saanh /Law 'bowel

On - Glenn. NA [1119

0a- EMIon nomads

Vec.N Grovels [Terrnev5. Wm. & Awash dep.rm]

OSP -Old Greens 10,, rape owl mew IPPat

? Ole- landslide Demsrts lOnAtmum. le4e4

? Tb • game Rs. natal

IN lin- au* otos and Rein Verne:K.0

? TO-Greer Rena ForrbeInn

tern- Green truer terrmatIon -Perrachree Reek Member

TrI1 • MA.Tecrwry intrtrgieng [Meeks, does. seas, leowebNell

Tv • INILO Fixrraik.

Tw-%Walch Fnenunr.

two - WataLch and Ohio Creek Forrnernens

Kdb • Dekets SenOstene mid Burro Cerro, Fanned.

Km- Mences5hora

Keen-Mesa Verde Grow or Former/on

Jrnb - Pneensan Former:a -tensed Ger. Number

_Inn • Mende. Fermarien • Salt With Sanded:gm Member

Jmxa-lyrrnen and NIonokoh FOrrerlPens and fnlmde SandUrne

Jne - Surbreenvele re-melkin red Entrada Gardner.,

tRc - Garda Farrah.

TRee • Thew Sandeenes

BLM_0156017

cC-Recnecrare, Crarelltner Rank
N
0 2.5
A
5 10 Miles
I 1 1 1 1 1 1 1 1
Legend
- Smears and dreceee
- Revere
and ronerberre
- 1-62hnaen
;11 .: Oak MytS area
Grand Junction Quadrangle
SW NE
2.5 5 MILES
1
Tb
Tor
Tg
Tw
Kmv
Km
- Tertiary Basalt
- Uinta Formation
- Green River Formation
- Wasatch Formation
- Mesaverde Formation
- Mancos Shale
Kdb - Dakota Sandstone and
Burro Canyon Formation
Jrn • Morrison Formation
Je - Entrada Sandstone
Trwo - Wingate Sandstone and
Chinle Formation
pE - Precambrian
Oak Mesa Groundwater System, Delta County, Colorado Integral Consulting Inc. page 12
Figure 9. Composite Large Scale Map of the Geology of Delta County
(Based on Tweto and others, 1976; Tweto and others, 1978; Whitney, 1981; Williams, 1964).
Figure 10. Generalized Northeast-Southwest Geological Cross Section Representative for Delta County
(From Brooks and Ackerman, 1985).
Unconsolidated Hydrogeological Units
Alluvium pap
1 1 Younger Valley Gravels (W.
E I
Younger River Terraces [Rat)

BLM_0156018

InFans and Lower Mesa Gravels (Oat)
Hillside (Slope) Deposits ips)
MIOlder Mesa Top Gravels pcio)
177 Bedrock
Legend
Streams and ditches
- Rivers
Lakes and reservoirs
- Highways
Roads
2 Oak Mesa area
0.5 1 2 Miles
III!
Oak Mesa Groundwater System, Delta County, Colorado Integral Consulting Inc. page 13
Figure 11. Map Showing the Shallow Unconsolidated Hydrogeologic Units in the Oak Mesa Study Area

2.4.2 Hydrogeologic Units of the Oak Mesa Study Area
There are two significant groups of hydrogeologic units in the Oak Mesa study area:
1) Quaternary unconsolidated clastic materials (Figure 11; Table 1a), which are predominantly glacial-fluvial outwash plains and terrace gravels (older mesa top gravels and glacial drift), hillside (slope) deposits, alluvial fans and bajadas (coalescing fans) and lower mesa gravels, younger valley gravels and river terraces, and alluvial valley bottom deposits; overlying
2) Tertiary and Cretaceous bedrock units (Figure 12; Table 1b), including the following potentially water-bearing units: Tertiary Wasatch Formation (Tw); Cretaceous Mesaverde Formation (Kmv), including the Ohio Creek, Barren, and Upper and Lower Coal Bearing members (Kmvc), as well as the Rollins Sandstone member (Kmvr). The Mesaverde hydrogeologic units have porosity values ranging from $0.7 - 12\%$ (Robson and Banta, 1995); and Upper and Lower Coal Bed members have good transmissivities ranging from $1.5 - 16.7$ ft squared per day (Brooks, 1983). The Mancos Shale unit (Km) may act as a thick, poorly transmissive confining layer (Robson and Banta, 1995). Other units that lie under the Oak Mesa Bedrock Hydrogeological Units

MIT Wasatch Formation ire)
Mesa Verde Formation incr. Ohio Creek Member (Kmv)
Rails Sandstone (Kim)
1
Mancos Shale (Km)
Dakota•Burrn Canyon iKdb)
Legend
— Streams and ditches
- Rivers
Lakes and reservoirs
— Highways
Roads
Oak Mesa area
A
0 0.5 1 2 Miles

BLM_0156019

Oak Mesa Groundwater System, Delta County, Colorado Integral Consulting Inc. page 14
Figure 12. Map Showing Top of Bedrock Hydrogeologic Units in the Oak Mesa Study Area.
area, but are not deemed critical for this part of the study, include the Dakota – Burro Canyon
(Kdb) sandstone aquifer; and the Morrison-Entrada Formation (Jme), which may act as both an
aquifer and confining layer.

From a water supply perspective, the unconsolidated clastic sediments, specifically when
composed of larger size particles (>2.5 mm or 0.1 in) and observed to have sufficient saturated
thickness and horizontal continuity, may provide a significant and accessible water supply. The
water supply function of bedrock units, by comparison, is largely dependent on rock type, large-
scale
structure and degree of fracturing, layer geometry and orientation, and the spatially variable
hydrologic inputs and outputs, and may vary significantly dependent on location. The focus of
this project was on both the shallow groundwater flow system in the Quaternary unconsolidated
clastic materials, which is a source of drinking water for several municipalities, and the bedrock
aquifers that may supply water to the shallow drinking water systems, and may be affected by
coal mining activities.

Legend

StreamS and ditcheS
- Rivers
"1 Lakes arid reservoirs
- Highways
-
Roads
Oak Mesa area
- Hydro-structures
0 0.5 1 2 Miles
11111;111

Oak Mesa Groundwater System, Delta County, Colorado Integral Consulting Inc. page 15
Figure 13. Map Showing Major Hydrostructures (Faults and Fracture Zones) in the Oak Mesa
Study Area
(See Figures 11 and 12 for legend of hydrogeologic units; location of gas well from COGCC GIS
Database, 2010).

The Quaternary unconsolidated clastic units (Qal, Qgy, Qat, Qs, Qgf, and Qgo in
Table 1a and Figure 11) are locally heterogeneous, with predominantly a mix of coarser and finer
materials in the older alluvial deposits, and finer materials in the younger deposits. These
deposits, which are moderately to highly permeable, are recharged by infiltration from
precipitation that is non-uniformly distributed due to the slope steepness, slope aspect, and to
position in the landscape, and by the incidental leaky irrigation ditch and irrigation return flow.
The unconsolidated units are variably to fully saturated based on spatial location and seasonal
precipitation events. There may be lateral and vertical groundwater flow connection between the
unconsolidated materials and the Tertiary and Cretaceous sedimentary units in the underlying
bedrock formations.

Oak Mesa Groundwater System, Delta County Colorado Integral Consulting Inc. page 16
Geological Unit Geological Subunit Hydrogeological
Unit
Hydro-geological

BLM_0156020

Unit
Symbol
Composition  Hydrogeological  Characteristics  Permeability/Storativity  Depth to Water
(small/ moderate/
large/ highly
fluctuating)
Extent
(local/
sub-regional/
regional)
Recharge Type
(natural/
anthropogenic)
Alluvium  (Qa); alluvium  and
eolian  deposits  (Qae)
Alluvium  Qal Poorly sorted riverine gravel, sand
and silt  deposited  mainly  in stream
channels  and floodplains  in major
stream  valley  bottoms;  moderately
to well bedded deposits
Generally  good  local  phreatic  aquifer with
matrix  based  permeability;  limited  variations
in groundwater  levels;  often sustained  by
local  and sub-regional  discharge  to adjacent
stream  or directly  by stream.
high  matrix-permeability;  high
storativity
small local  natural
Younger gravel (Qg, Qgy) Younger valley
gravels
Qgy Poorly sorted sands and gravels;
pebbles  and cobbles  in sand to silt
matrix
Potentially  good, spatially  continuous
phreatic  aquifer with high matrix based
permeability;  may be supported  by
underlying  bedrock.
high  matrix-permeability;  high
storativity
highly  fluctuating  local  natural and
anthropogenic
Glacial  drift, till,  moraine (Qd,
Qm, Qpt)
Quaternary  glacial
deposits
Qd Heterogeneous,  poorly  sorted

deposits of boulders, gravel, sand, silt
and clay
Potentially good local phreatic aquifer with
variable matrix based permeability and high
water table gradients.
high matrix-permeability; high
storativity
highly fluctuating local natural and
anthropogenic
Landslide deposits, colluvium,
mudflow deposits, talus (Ql,
Qcl, Qs, Qls, Qta);
unconsolidated deposits
derived from the Wasatch
Formation and Basalt cap on
Grand Mesa (Quw)
Hillside (slope)
deposits
Qs Loose gravels and rock debris with
mixed matrix composition (sand-clay)
on valley sides, valley floors and
hillslopes; deposited by gravitational
processes
Potentially good, highly localized phreatic
aquifer with high matrix based permeability
and high water table gradients.
high matrix-permeability; high
storativity
highly fluctuating local natural and
anthropogenic
Old/older gravels (Qgo, Qgd) Older mesa top
gravels
Qgo Poorly sorted sands and gravels;
pebbles and cobbles in sand to silt
matrix
Potentially good, spatially continuous
phreatic aquifer with high matrix based
permeability; may be prone to significant
(seasonal) water table fluctuations; tends to
recharge bedrock systems
high matrix-permeability; high
storativity
moderate local natural and
anthropogenic
Middle gravel (Qgm) and fans
(Qf)

Fans and lower mesa
gravels
Qgf Poorly sorted sands and gravels;
pebbles and cobbles in sand to silt
matrix
Although having high matrix based
permeability, location in topography
precludes any significant groundwater
presence.
high matrix-permeability; high
storativity
highly fluctuating local natural and
anthropogenic
High level alluvium (Qat);
younger terraces (Qad);
alluvial gravels (Qga)
Younger river
terraces
Qat Poorly sorted sands and gravels;
pebbles and cobbles in sand to silt
matrix; forms terraces above current
North Fork level
Potentially good, spatially continuous
phreatic aquifer with high matrix based
permeability.
high matrix-permeability; high
storativity
highly fluctuating local natural and
anthropogenic
Table 1a. Correlation of Geological and Hydrogeologic Units in the Oak Mesa Study Area:
Unconsolidated Sediments.
Oak Mesa Groundwater System, Delta County Colorado Integral Consulting Inc. page 17
Geological Unit Geological Subunit Hydrogeological
Unit
Hydro-geological
Unit
Symbol
Composition Hydrogeological Characteristics Permeability/Storativity Depth to Water
(small/ moderate/
large/ highly
fluctuating)
Extent
(local/
sub-regional/
regional)
Recharge Type

BLM_0156023

(natural/
anthropogenic)
Wasatch formation (Tw) -
without Ohio Creek
Member
Wasatch Formation  Tw Channel sandstones and overbank
siltstones and shales; conglomerate;
carbonaceous shales and lignite near
base
Overbank sandstones form a good aquifer
system with moderate to good matrix and
fracture based permeability; may be a locally
good water producer; siltstones and shales
are confining layers; outcrops are recharge
areas for a regional flow.
layers with very low
permeability and layers with
moderate matrix and fracture
permeability; low to moderate
storativity
large regional natural
Undivided
Ohio Creek Member
Barren Member
Upper Coal-bearing Layer
Lower Coal-bearing Layer
Rollins Sandstone Member Rollins Sandstone Kmvr Fine grained massive sandstone Moderate
local aquifer where fractured. Primarily fracture permeability;
low storativity
large local natural
Undivided
Upper and Lower Sandstone
Members of Mancos Shale (Kms,
Kmsl)
Fort Hays Limestone Member of
Mancos Shale (Kmf)
Lower Mancos Shale, including
Frontier Sandstone and Mowry
Shale members (Kml)
Dakota Sandstone and
Burro Canyon Formation
(Kdb)
Dakota Sandstone
and Burro Canyon
Formation
Kdb Well indurated, medium to coarse

BLM_0156024

grained quartzose sandstones in well-cemented
thick beds and
conglomerate with occasional
siltstones and carbonaceous shale
Good regional bedrock aquifer system;
sandstones have both moderate matrix and
fracture based permeability; sub-regionally
aquifer with recharge in outcrop areas.
moderate matrix and fracture
permeability; moderate
storativity
large regional natural
Morrison Formation (Jm,
Jmb, Jms); Morrison,
Wanakah and Entrada
Formations undivided
(Jmwe)
Morrison and
Entrada Formations
Jme Morrison Form. (Jm): Siltstones and
claystones throughout with
sandstones becoming more common
in lower sections, and limestone near
base; Entrada Form. (Je): fine-grained,
well-sorted sandstones; Je is
overlain by Jm
Entrada is a very good, regionally sustainable
aquifer with moderate to good matrix and
fracture based permeability. Morrison
shales are confining layers while the lower
Morrison sandstones and limestone may
serve as local to sub-regional aquifers.
layers with very low
permeability and layers with
moderate matrix and fracture
permeability; low to moderate
storativity
large regional natural
Mancos Shale (Km) Mostly aquitard with very low permeability
serving as a confining layer for underlying or
embedded aquifers; however, locally
moderate aquifer conditions when highly
fractured or in areas with sand lenses and
sandy beds.
Good regional bedrock aquifer system;
sandstones and coals have both moderate

BLM_0156025

matrix and fracture based permeability; may locally be a good water producer; shales are confining layers; outcrops are recharge areas for regional flow.

layers with very low permeability and layers with moderate matrix and fracture permeability; low to moderate storativity

Mancos Shale (undivided)

Km

Mesa Verde Group (Kmv) large including Ohio Creek Member

Mesa Verde Group (undivided) Coal-bearing Members

Kmvc

Kmv regional

n.a. natural

Interbedded sandstones and siltstones, shales and carbonaceous shales and coals

Good regional bedrock aquifer system; sandstones and coals have both moderate matrix and fracture based permeability; may locally be a good water producer; shales are confining layers; outcrops are recharge areas for regional flow.

layers with very low permeability and layers with moderate matrix and fracture permeability; low to moderate storativity

large

Interbedded sandstones and natural siltstones, shales and carbonaceous shales and coals

regional natural

Silty to sandy shale with bentonites with minor limestone- and sandstone beds; when undivided, lower section includes Ft Hays limestone

very low permeability rock with

BLM_0156026

some moderately permeable
beds; low storativity
highly fluctuating
Table 1b. Correlation of Geological and Hydrogeologic Units in the Oak Mesa Study Area:
Bedrock Units.
Oak Mesa Groundwater System, Delta County, Colorado Integral Consulting Inc. page 18
2.4.3 Hydrostructural Units of the Oak Mesa Study Area
Hydrostructures most likely exist subregionally and locally (Figures 8 and 13), and are
responsible for various springs and groundwater discharge and recharge areas observed in
Roatcap, Jay, and Leroux creeks. Hydrostructures in this study area are associated with
preferential groundwater flow along fault and fracture zones that are observed or hypothesized to
transmit groundwater either vertically or laterally along the fault or fracture planes or zones.
These structures may serve as distinct hydrogeologic units, may enhance the permeability of
sections of hydrogeologic units, may connect multiple hydrogeologic units together, or may
restrict the thickness and flow of overlying unconsolidated deposits resulting in springs and
groundwater discharge areas.
Each fault zone should be evaluated for the following characteristics: 1) fault plane
geometry, including the vertical or horizontal nature of the fault plane and the relations of rock
types and geometry on both sides of the fault; and 2) the transmissive nature of the fault plane or
fault zone, including the nature of fault gouge (clay, gravel) and tectonic setting of fault plane or
zone (extension or compression). The fault plane geometry is important to evaluate if
groundwater can move horizontally across the fault zone from one transmissive unit to another,
or whether the groundwater is forced to move vertically upward to the surface, in many cases, or
downward into a different hydrogeologic unit. The tectonic setting helps determine whether the
fault plane is "open"—able to easily move water (extension), or "closed"—not able to easily
move water (compression).
Three broad hydrostructures occur in the Oak Mesa area: 1) the northwest-trending
Roatcap Creek fault zone and associated en-echelon faults to the east; 2) the northeast-trending
Upper Leroux Creek fault zone and en-echelon lineaments such as the Dever Creek lineament;
and 3) the north-south-trending Jay Creek lineament-fracture zone and associated en-echelon
lineaments such as Lower Leroux Creek and faults such as the west Oak Mesa fault (Figure 13).
The Roatcap Creek fault zone delineates the edge of the potential upland bedrock and
unconsolidated groundwater systems to the east of Oak Mesa. Therefore, the effects of
anthropogenic activities such as coal mining located to the west on Oak Mesa may not propagate
further to the east of this boundary. The fault zone is relatively young, as the geomorphic system
of Roatcap Creek is responding with considerable downcutting, allowing for full penetration of
the bedrock aquifers. It is hypothesized that the Roatcap fault zone is "open" and that it behaves
like a French drain. Along its trace, groundwater moves horizontally along the fault plane, and
vertically up along the fault plane near the headwaters (evidenced by springs). In the middle
reaches, groundwater moves downward from unconsolidated materials, where it recharges the
regional bedrock systems (indicated by reaches of losing stream flows).
The Leroux Creek fault zone and en-echelon lineaments are also "open." Along the
Leroux Creek fault zone, groundwater moves horizontally along the fault plane, and vertically
downward from unconsolidated materials, where it recharges the regional bedrock systems in the
northeast-trending reaches along the fault. The Leroux Creek fault zone delineates the edge of
the potential bedrock and unconsolidated groundwater systems to the northwest of Oak Mesa.

BLM_0156027

Therefore, the effects of anthropogenic activities, such as coal mining located to the east on Oak Mesa, may not propagate further to the west of this edge. Dever Creek similarly is an "open" lineament/fracture zone that functions as French drain. Along the Dever Creek zone, groundwater moves from the surrounding gravels and bedrock into the upper reaches of the stream near natural gas well 12-22 (Figure 13).

The Jay Creek lineament/fracture zone dissects the Oak Mesa Plateau in a north-south direction. Because of its orientation, the effects of anthropogenic activities, such as coal mining located beneath Oak Mesa, may affect the bedrock groundwater system to the north of this area. The Jay Creek lineament/fracture zone is relatively young, as evidenced by the geomorphic system where considerable downcutting, allowing for full penetration of the bedrock aquifers, has occurred. It is hypothesized that the Jay Creek fracture zone is "open." Groundwater within the fracture zone moves horizontally along the fault plane, and vertically up along the fault plane near the headwaters (evidenced by a gaining stream). In the middle reaches of Jay Creek before it exits Oak Mesa, groundwater moves downward from unconsolidated materials where it recharges the regional bedrock systems (indicated by reaches of losing stream flows). It is hypothesized that underground mining activity will most likely be affected by the hydrological setting of Jay Creek.

## 2.5 Groundwater Flow Systems

Groundwater flow is the movement of water from the earth's surface into the subsurface (groundwater infiltration and recharge), through the subsurface materials (groundwater flow and storage), and from the subsurface back to the Earth's surface (groundwater discharge), expressed in terms of flow directions, patterns and velocities. The driving force for groundwater flow is a difference in (piezometric) "head" or groundwater levels, as expressed, for example, by the water table. The general CSM of the groundwater flow system consists of 1) water inputs (recharge); 2) storage in and movement through subsurface hydrogeologic units (groundwater flow); and 3) outputs (discharge) based on climate (infiltration of precipitation and snowmelt). Groundwater interaction with streams, vegetation (evapotranspiration), and human activity (irrigation, urbanization, wells and individual sewage disposal systems [ISDS], reservoirs and ponds, mining) will affect groundwater movement to varying degrees. The CSM also incorporates topography (steepness, slope aspect, degree of landscape dissection), geomorphology, and soil and rock properties. Because of the time-space variance of these inputs and outputs, a groundwater system often shows significant variations in water levels, water storage, flow velocities, and flow patterns. Some of the variations are seasonal; others may be related to multi-year periods of above-average or below-average precipitation. This results in variations in the availability of water from these hydrogeologic units.

Based on the HESA approach (Kolm and others, 1996), and previously collected supporting data, the subregional and local scale (typically less than 100 square miles) shallow groundwater flow systems are delineated. The broad hydrologic system inputs include infiltration of precipitation as rain and snowmelt, areas of losing streams (Roatcap, Jay, and Leroux creeks) in some locations, infiltration and runoff from water bodies (West Reservoir, cattle ponds), upland irrigation areas (leaking ditches, irrigation return flow), and inter-aquifer transfer of groundwater between unconsolidated materials and bedrock systems. Hillslope subsystems consist of the hydrologic processes of surface runoff (overland flow) and rapid near-

Oak Mesa Groundwater System, Delta County, Colorado Integral Consulting Inc. page 19

Oak Mesa Groundwater System, Delta County, Colorado Integral Consulting Inc. page 20

BLM_0156028

surface

runoff (interflow or shallow through-flow); saturated groundwater flow in parts of the bedrock units, landslides, terraces, and valley bottoms; and discharge to springs and seeps, graining streams, by plants as evapotranspiration, and by pumping wells. In general, shallow groundwater flow in these systems is towards the valley bottoms, perpendicular to the major streams. Where permeable bedrock units intersect mesa tops, hillslopes, and valley bottoms, local recharge may force the groundwater into a more regional pattern determined by geological structure, independent from local topography and hydrography. The Oak Mesa groundwater systems are a complex mix of all these mechanisms.

The mesa top terrace, fan, and bajada subsystems, located in close proximity to the valley subsystems, have a unique, sometimes complex groundwater story, often resulting from human interference. Under natural conditions, these subsystems have hydrologic system inputs and outputs, similar to hillslope subsystems. However, natural and anthropogenic influences have frequently attached these subsystems hydrologically to adjacent valley bottom subsystems.

The valley bottom subsystems, where stream-aquifer-wetland interactions occur, are areas of both groundwater recharge and discharge area. Here, groundwater flow can have a rather diffuse character and often flows towards or aligns more or less with the streams. These subsystems depend primarily on interactions with the Roatcap, Jay, and Leroux creeks; and the management of subregional ditches and corresponding reservoir storage.

The wetlands associated with the local hydrogeologic subsystems in the Roatcap, Jay, Leroux, Cow, and Dever creeks are predominantly of the slope-type with some riverine-type classifications given the groundwater support of various bedrock groundwater systems and hydrostructures.

2.6 Groundwater System Conceptual Site Models by Subsystem

Based on the presence and orientation of various hydrogeologic and hydrostructural units, hydrography and topography, two CSMs will be discussed in the Oak Mesa study area:

1. Mesa Top, Hillslope, and Valley Bottom Shallow Aquifer Subsystems; and

2. Regional Bedrock Subsystems.

The conceptual models are discussed in forthcoming sections and illustrated by cross-sectional and plan view figures (Figures 14, 15, 16, 17, 18, and 19).

2.6.1 Mesa Top, Hillslope, and Valley Bottom Shallow Aquifer Subsystems

As stated in Section 2.4.2, there are two significant hydrogeologic groups in the Mesa Top, Hillslope, and Valley Bottom Shallow Aquifer Subsystems:

1. Quaternary unconsolidated clastic materials (Qal, Qgy, Qat, Qs, Qgo, and Qgf in Table 1a and Figure 11), which are predominantly terrace gravels, alluvial fans and bajadas, and alluvial valley bottom deposits; and

Legend

Oak Mesa area

:niches and enhanced streams

- Rivers

- Streams and ditches

Lakes and reservoirs

Towns

- Highways

- Roads

- Oak Mesa hydro-StrUCtleeS

BLM_0156029

Alluvium  pal]
Younger Valley  Gravely  Kigv]
Yawner River  Tanen Pall
Fans arid Lower Mesa Gravels  {ay]
. I inilarde  iSlope)Deposits  Ps]
1.1 Older Mesa Tap Gravels (ago]
1.__,,) ',Vasaich Formation  [TW]
Mesaverde Formation  p<mv]
=I Rollins  SandSiena Ilkmw]
Mancos Shale [Km]
I Dakota-Burro Canyon [kat]
A
0 0.5 1 2 Miles

Oak Mesa Groundwater System, Delta County, Colorado Integral Consulting  Inc. page 21

2. Tertiary and Cretaceous bedrock units (Table 1b and Figure 12), including  the
following  potentially  water-bearing units: Tertiary Wasatch Fm (Tw); Cretaceous
Mesaverde Formation (Kmv), including  the Ohio Creek, Barren, and the Upper and
Lower Coal Bearing members, as well as the Rollins  Sandstone Member (Kmvr); and
the Mancos Shale unit (Km).

Figure 14. Map Showing  the Locations of the Cross-sections Representative for the
Conceptual Site Models in the Oak Mesa Study  Area.

The shallow  Quaternary unconsolidated  materials in this subsystem are ubiquitous,  and
include glacial-alluvial,  mass wasting, and modern alluvial  deposits (Figure 11 and Table 1).
These highly-permeable  deposits are locally  heterogeneous,  with a mix of coarser and finer
materials in the alluvial  deposits.

The general aspects of groundwater flow in the Quaternary unconsolidated  materials have
been discussed in Section 2.5. Specifically,  the shallow  groundwater in the Oak Mesa area is
dominated  by the Quaternary unconsolidated  materials, which receive recharge by infiltration  of
precipitation  (snow and rain), leaky irrigation  ditches and reservoirs, and losing  streams swelled
to capacity from reservoir storage (Figures 15 and 16). Recharge by infiltration  of precipitation
and snowmelt  is greatest at the highest elevations  in the north part of the study area at the top and

WEST C.?
4116 EAST
Preelpitalicin
preclpllaaon
Precipitavon
Evapa-
Iranspiralion
Evepa-
IranspiretIon
a
.1 ;
O Evapc-transpdaton
A
Evapp-
IranSplralean

a
13 ? 49y - Younger Valley Gravels
? Qs - Hillside Deposits
? ago - Older Mesa top Gravels
? Kim - Mesaverde Formation
? - Rollins Member of Mesaverbe E
1 Kai - Manors Sbale
— • • — • • — Top Coal-bearing Members
Groundwater Flow
0 Groundwater Flow into Plane of Gross-section
0
Groundwater Flow out of Plane of Cross-section
Fault (arrows indicate direction of movement)
Fracture Zone
Lineament
Stalk Groundwater Level in Well
Oak Mesa Groundwater System, Delta County, Colorado Integral Consulting Inc. page 22
on the north-facing sides of Oak Mesa (Qs, Qgo), and the headwaters of Leroux, Cow, Jay, and Roatcap creeks. The Overland Ditch extension onto Oak Mesa is a "line" groundwater recharge source on the top and northeast side of Oak Mesa, and the headwaters of Roatcap Creek. In addition, the Overland Ditch carries water into upper Leroux Creek and Cow Creek, where these losing streams and leaky irrigation ditches recharge the Qs, Qat, and Qgy materials. West Reservoir, on Oak Mesa, acts as an area of enhanced groundwater recharge into the underlying Quaternary materials. In addition, releases from West Reservoir enhance the surface water flows in upper Dever and Jay creeks, resulting in increased groundwater recharge to alluvium in the upper part of these drainages.

Figure 15. Cross-sectional View of the Conceptual Site Model of the Mesa Top, Hillslope, and Valley Bottom Shallow Aquifer Subsystems (B-B' in Figure 14).

Groundwater flow on top of Oak Mesa then moves with topography into Dever Creek to the west and Jay Creek to the east. In addition, groundwater that flows through the hillslope deposits in the northeast area eventually discharges into Roatcap Creek, and, likewise, groundwater that flows through the hillslope deposits in the northwest area eventually discharges into Cow Creek. The presence of aspen trees serves as an indicator of an active shallow groundwater system in this area (Figures 15, 16, and 17). The absence of phreatophytes and seeps or springs in the southern section of Oak Mesa suggests that no groundwater flows to the south to daylight out in the southern slopes of Oak Mesa. Groundwater levels from wells completed in bedrock provide additional evidence that very little groundwater infiltrates into the underlying bedrock on Oak Mesa proper (Ackerman and Brooks, 1986). The shallow groundwater system in this area has little connection to the local bedrock or the regional groundwater systems.

Legend
I Oak Mesa area
— Ditches and enhanced streams
— Rivers
— Streams and ditches
j Lakes and reservoirs

Towns
— Highways
Roads
— Oak Mesa hydro-structures
I I Alluvium  [pal]
[ I Younger Valley Gravels [4gy]
L I Younger River Terraces [oat]
Fans and Lower Mesa Gravels [CIA
Hillside (Slope) Deposits [as]
? Older Mesa Top Gravels [ago]
Wasatch Formation [Tw]
Mesaverde Formation [Kmvj
? Rollins  Sandstone [Kmvr]
1 1 Mancos Shale [Km]
r I
Dakota-Burro Canyon [Kdb]
Rp Recharge from precipitation into gravel
arid through gravel into bedrock
Rd - Recharge from leaky ditch
Rb - Recharge from precipitation directly
into bedrock
Ri - Recharge from reservoir/lake
Ds - Discharge to stream
—> - Direction of groundwater flow
0 0.5 1
A
2 Miles
Ittclttl
Oak Mesa Groundwater System, Delta County, Colorado Integral Consulting  Inc. page 23
Figure 16. Plan View of the Conceptual Site Model of the Mesa Top, Hillslope,
and Valley Bottom Shallow Aquifer Subsystems.
In the valley of Jay Creek, the groundwater system flows parallel to the creek. Jay Creek
becomes a losing stream about half way down the Mesa, and the stream and shallow
groundwater system recharge the Cretaceous Mesaverde Bedrock system at about the Coal
Bearing members unit, which has been confirmed by drilling (Ackerman and Brooks, 1986).
Likewise, in the valley of Roatcap Creek, the groundwater system flows parallel to the creek.
Roatcap Creek becomes a losing stream about halfway down the valley from the headwaters to
the North Fork of the Gunnison River. The stream and shallow groundwater system recharge the
Cretaceous Mesaverde Bedrock system at about the Coal Bearing members units. Dewatering of
the Cretaceous Mesaverde Bedrock system by coal mining may affect the surface water and
shallow groundwater flow of the Jay Creek and Roatcap Creek systems (Figures 15, 16, and 17).
The groundwater system flows in the valley of Leroux Creek parallel to the creek.
Leroux Creek and the Leroux Creek aquifer receive a great deal more water then most creeks
Oak Mesa Groundwater System, Delta County, Colorado Integral Consulting  Inc. page 24
surrounding Oak Mesa. Leroux Creek and the Leroux Creek aquifer receive large quantities of
water from other bedrock and alluvial aquifers on Grand Mesa. Leakage from the Overland