services to tourists.
2020 TS/BT 4. The Town should strive to work with other community leaders to facilitate the creation of a youth and/or a community center.

28
Policy Statement: The Town shall create a parks plan for the Hotchkiss community including a trail/bike path plan and the placement of pocket parks.
Year Responsible Description
2020 TS/BT 1. Create a parks plan for the Hotchkiss community including a trail/bike path plan and the placement of pocket parks.
2020 PC/BT 2. Adopt new land use regulations that require new development to be designed with trail/bike paths/sidewalks.
2015 TS/BT 3. Complete the planned trail from Hotchkiss Middle School to Hotchkiss High School
Studying TS/BT 4. Construct a parking area, access trail and trail system on the Town of Hotchkiss Waste Water Treatment property

Policy Statement: The Town realizes the importance of tourism to the local economy and shall create a plan to actively promote tourism including hunting, fishing, camping, snowmobiling, and agricultural tourism.

F. SMALL TOWN ATMOSPHERE: Maintain and preserve the current small town atmosphere
The results from the dot voting, survey and written comments stated that the majority of the citizens of the Town would like to maintain the present small town feeling and atmosphere.
Policy Statement: Promote a small town atmosphere by encouraging and maintaining a community spirit and closeness in the way the Town of Hotchkiss conducts business and makes decisions.

29
Policy Statement: Establish land use regulations/zoning that promotes and establishes a small town atmosphere.
Year Responsible Description
2020 PC/BT 1. Define and encourage art centers, festivals, carnivals, ice cream socials and other activities in areas of the Town to bring the community together; including Neighborhood Watch.
2020 BT 2. Permit the placement of banners advertising local events in all areas of the Town whenever possible.
2009 Adopted PC/BT 3. Adopt zoning regulations that allow a mixed use of residential and low impact commercial land uses with a mix of housing types that presently exist. Maintain current zoning.
2020 PC/TS 4. Encourage the preservation and development of the unique qualities and characteristics which presently exist in Hotchkiss's neighborhoods.
2009 Adopted PC/BT 5. Adopt zoning regulations that direct growth and protect existing area from incompatible land uses. Maintain current zoning.

Policy Statement: The Town shall work with, and encourage, the Postal Service to maintain a central location in Hotchkiss.

Year Responsible Description

2020 BT 1. Develop a working relationship with the US Postal Service if /when they decide to relocate and/or construct a new post office, with the goal of maintaining a down town central location.

Policy Statement: The Town shall facilitate for better promotion of school sports and activities.

Year Responsible Description

2020 BT/TS 1. Develop a working relationship with schools to facilitate communication and the flow of information to the public.

30

Policy Statement: The Town will create a public park plan. (See Recreation Goal)

Year Responsible Description

2007 BT/PC 1. Require new residential subdivisions to dedicate either property or funds to facilitate the construction implementation of the park plan.

G LAND USE REGULATIONS: Protect the residents from incompatible land uses.

The residents spoke and there is strong support for the management of growth and land use planning along with a building code.

Policy Statement: The Town shall adopt and implement a land use plan with implementation planning tools such as zoning to insure compatible land uses which addresses the following citizen concerns:

1 Protects and maintains private property rights and values.

2 Allows a mixed use of residential and low impact commercial land uses anywhere in Town unless covenanted otherwise.

3 Directs moderate impact commercial and industrial land uses to be located within one block on either side of Bridge Street.

4 Directs high impact industrial and commercial land uses to locate in designated areas with other similar uses.

5 Permit new mobile homes either in designated areas or mobile home parks.

6 Multifamily (apartments) shall be permitted in designated areas only.

7 Establish height restrictions for new and remodeled buildings in all areas of the Town.

8 Designate future growth areas around the Town.

9 Coordinate development with the school district to address impacts

1 0 Encourage in fill development to avoid strip commercial development along Highways 92 and 133 out of town.

11. Identify environmental impacts of new development

31

BLM_0157347

Year Responsible  Description

Complete 2009 PC/BT 1. Planning Commission  and Board of Trustees shall develop adopt a zoning regulation.

Complete 2008 BT/TS 2. The Town shall adopt the International  Building  International Residential  Building  Codes.

2015 PC/BT 3. The Town shall explore  the adoption  of sign code regulations

Policy Statement: The Town and Delta County shall work together to create an intergovernmental  growth management agreement (IGA).

Year Responsible  Description

IGA with County PC/TS 1. Identify urban services boundaries and growth tiers around the Town based on present and future availability  of municipal  services.

Ongoing PC 2. Create an annexation  plan and policy

Complete & Ongoing  TS/PC/BT 3. Develop a working  relationship  with Delta County Board of Commissioners,  Delta County Planning  Commission  and the Leroux Creek Area Planning Committee.

Ongoing BT 4. Work to have the IGA state that all new development  in Tier 1 shall comply with Town of Hotchkiss  Regulations.

Policy Statement: The Town shall protect the public  health, safety and welfare of its citizens.

Year Responsible  Description

Complete & Ongoing  TS/BT I. Emergency response preparedness plan

Fire Dept. Complete  & Ongoing  PC/TS 2. Establish  and map wild lands wildfire interface and create fire reduction  mitigation  measures.

Fire Dept. Complete  & Ongoing  PC/TS 3. Map all hazard areas within the Town and growth management area and create mitigation  measures.

32

H. SENIOR CITIZEN: Promote and support a vibrant senior community; including  encouraging  the development  of senior housing/apartments/nursing  homes and assisted living.

The survey revealed that senior apartments, assisted living  complexes and nursing  homes were easily  the highest rated type of housing  need in the Hotchkiss community.

Policy Statement: The Town shall actively  seek the creation and promotion  of senior citizen  apartments, assisted living  and nursing homes so that as our population  ages they may remain within  our community.

1. Identify senior housing  areas on land use plan.

2. Construct ADA (handicapped  accessible) approved  sidewalks and street crossings and paths.

Policy Statement: The Town shall promote and support activities  geared towards seniors to encourage a vibrant active community.  (See Transportation  and Recreation Goals)

Year Responsible  Description

2021 Ongoing BT 1. Actively  support, promote and assist the Senior Citizen  Center.

BLM_0157348

2021 PC 2. Ensure the walking paths/trails/sidewalks plan shall be designed to be senior accessible.
2021 TS/BT 3. Develop a working relationship with the North Fork Pool, Park and Recreation District to promote recreational activities, (e.g. covered pool, water aerobics, horseshoe pit, etc.) related to seniors.

I. COMMUNITY SPIRIT: Encourage a continual effort to show pride in
the appearance of the Town.
Clean up the Town, take pride in Hotchkiss and make it not only the friendliest place
around but a place where people would want to stop, spend money and enjoy the
atmosphere were concerns expressed the process.
Policy Statement: The Town shall facilitate and show leadership and encourage a
continual effort to show pride in the appearance of the Town to benefit our citizens and
visitors.
33
Year Responsible Description
2012 BT 1. The Town shall facilitate a spring and fall clean-up day and work with Delta County
to reduce the landfill fees.
Ongoing TS/BT 2. The Town shall maintain clean streets and well maintained Town buildings.

Policy Statement: The Town shall develop a streetscape plan for the downtown
commercial center, with a five year implementation schedule for sidewalk improvements,
benches, trees, flower planters and decorative street lighting.
Year Responsible Description
2020 BT 1. Encourage in a formal planning process with the Town, Chamber of Commerce and
businesses to create and facilitate the streetscape plan.

J. TOURISM: Encourage and participate with the Hotchkiss community to
embrace and create a tourism friendly environment.
Policy Statement: The Town realizes that tourism of all types' benefit the Town,
including the attractions of the agriculture uses that surround its borders that adds greatly
to the economic life, visual beauty and quality of life for the Town's citizens. The Town
shall actively support tourism in any reasonable way, including the continuance of nearby
agricultural uses that contribute to this part of our economy.

34
Year Responsible Description
Ongoing BT 1. Encourage and support agriculture related manufacturing businesses that use
local produce to create value added products to locate within the Town.
Ongoing BT 2. Encourage and support the idea of agriculture tourism and eco-agri tourism.
Ongoing BT 4. The Town will develop a working relationship with the Chamber of Commerce,
business leaders and citizens to facilitate the slogan "The Friendliest Town Around".
2013 BT 5. The Town may explore the installation of an RV dump station.
2015 BT 6. The Town, and Board of County Commissioners, shall work towards a formal
memorandum of understanding concerning cooperation in the development and use of the
Delta County Fairgrounds as a park, playground, and festival/event site as well as offering

services to tourists.

## VI. COMPONENTS & IMPLEMENTATION OF THE COMMUNITY MASTER PLAN
## A. IMPLEMENTATION TOOLS - "HOW DO WE GET TO WHERE WE WANT TO GO"

The Hotchkiss Community Master Plan is a document that directs growth; it is not law or a regulation. It is used as a tool to give the public and local decision makers guidance in their decision making process and the public direction in how they desire to see their Town develop over time. Therefore, land use planning regulations will have to be adopted by the Town in order to implement the Hotchkiss Community Master Plan and move the community towards achievement of their desired vision.

One of the main land use planning tools is zoning. Zoning is defined as the division of the Town by legislative regulations into areas, or zones, which specify allowable land uses for real property along with other criteria-like lot size restrictions, building height limitations, setbacks from property lines, etc. The purpose of zoning is to delineate areas or zone districts in the Town within which regulations and requirements uniformly govern the use, placement, spacing and size of land and buildings. Zoning protects the residents from incompatible land uses which are Goal G. of the master plan. The majority of the citizens of Hotchkiss, when surveyed, agreed they wanted

35

some type of land use regulation. Fifty (50%) percent of all respondents of the survey felt that new mobile homes should either be located in mobile home parks or designated areas of the Town. Forty-seven percent (47%) felt that multifamily (apartments) should be located in designated areas while only 25% stated they could be located anywhere. Forty-three percent (43%) of all respondents of the survey and sixty four (64%) percent of in town residents desire to have no building taller than two to three stories in the Town (height restrictions). Forty-six (46%) percent of in town residents and forty three (43%) percent of all respondents felt high impact businesses should not be allowed inside the town limits. While thirty three (33%) percent of all respondents (and specific in Town residents) felt high impact uses should he located in designated areas with other similar uses.

Zoning is flexible tool that can be tailored to fit the specific vision and goals of the citizens of Hotchkiss. There is no set rule about how to create the different zone districts, classifications and standards, permitted and conditional uses for each zone district and the overall district regulations. Any number or type of zone districts may be proposed.

In order to make this happen, the Planning Commission will create a zoning ordinance and zoning map for the Town. Public informational meetings will be held and, since zoning is a regulation, public hearings will be held before the Planning Commission and Board of Trustees to receive public comments.

The end product of this process will be a Town of Hotchkiss Land Development Code (LDR) which would contain the subdivision regulations, zoning classifications and standards, provisions for the protection of existing nonconforming land uses and structures, and all regulations associated with the development of land in the Town.

BLM_0157350

When adopted by the Board of Trustees, it will be the main tool to ensure that the citizens of Hotchkiss' vision and goals will be achieved sometime in the future.

A majority of the citizens of Hotchkiss stated in the survey, and through the comments received, that they are in favor of the adoption of the International Residential and Building Codes for new construction and significant remodeling of existing structures. These regulations are not considered land use tools to implement the community master plan, but are regulations concerned with safety of buildings and structures constructed. Adoption of the related permitting process is also necessary to provide practical enforcement of many of the implementation goals of the Master Plan.

B. THINGS WE DO NOT WANT TO SEE CHANGED

It was the goal of the Planning Commission to identify issues and things that need to be changed based on what they heard. The Commission and citizens also identified things that they do not want to see changed. These include things that are many of the important reasons why we live in this community. The goal of the Planning Commission is to ensure the public that these themes will be preserved in the future

"Friendly Small Town Atmosphere" should be preserved, even though we are growing and will continue to grow and change. That theme received the most votes and 36

comments of concern from the citizens. "Pedestrian Friendly" was another theme the citizens stated that they strongly supported "Opportunity and Freedom to Live Diverse Lifestyles" and "A Mix of Residential, Commercial and Public Uses within Certain Areas of the Town" were two more themes which the Planning Commission will attempt to preserve while creating the land use tools necessary to implement the Hotchkiss Community Master Plan.

C. INTERGOVERNMENTAL AGREEMENT WITH DELTA COUNTY

The Planning Commission has expressed a desire to implement a discussion with Delta County to create an intergovernmental growth management agreement. The Delta County Master Plan provides that joint planning areas should be established to define the urban service boundaries around each municipality to direct development in and near municipalities where adequate infrastructure is available and services can be efficiently provided.

With a limited amount of space for development existing within the town, the Town of Hotchkiss already is growing out into the County. Growth tiers (urban utility service boundaries) would be identified around the Town of Hotchkiss based on present and future availability of municipal services. Other municipalities in Delta County have identified two tiers; one tier would consist of property which is generally served by municipal utilities and may be subject to annexation by the municipality in a limited timeframe and the other tier consists of property which lies within the municipality's "201 Plan" (the area that can be served with municipal sewer and/or water.)

Different visions, goals, regulations, ordinances, design specification and standards exist between Delta County and Town of Hotchkiss. Development that occurs just outside of the Town boundaries, within an urban service boundary would be subject to County regulations, which may be different than the regulations within the Town

Although county regulations can change over time, relying solely upon the County to

effectively implement the elements of the Town of Hotchkiss Community Master Plan over the long-term is not likely to be effective. As the Town grows outward, it inherits developments built to County standards and specifications that do not _necessarily fit the vision and goals of the Town. Therefore, the intergovernmental agreement (IGA) allows property located within the urban service boundaries (tiers) to be developed using the Towns regulations and ordinances so that when it is eventually annexed into the Town, it will fit the vision and goals of the Town. An IGA allows for development to comply with Town regulations, rather than County regulations, even though the property is located in the County.

The community will determine the actual area included in the urban service boundaries or tiers. Comments received at the public hearing on the master plan strongly recommend that both sides of Highway 92 west and south of the town and Highway 133 towards Paonia within the three (3) mile planning area be included in the urban service boundaries.

37

## D. ANNEXATION

The Town of Hotchkiss has had relatively few annexations in the past, but this appears to be changing. The Community Master Plan has identified the preferred locations tor future residential development to occur outside of the current town limits. The locations identified in the survey were 30% chose south of the Town across the river, 29% thought east of the Hotchkiss High School and 21% felt Lower Barrow Mesa. Fifty five (55%) of business owners who live outside of the Town chose south of town across the river and not one out-of-town responding resident chose Hanson Mesa.

As you can see from the above results, other criteria needs to be created to determine where Hotchkiss is going to grow. The Town is limited, since it is located at the bottom of a bowl with hills existing on three sides, which limits the amount of easily developable area. The Planning Commission has discussed this and has formulated the following list of general criteria to review vacant land annexations:

1 The property is eligible for annexation pursuant to the requirements of state law;
2 Proposed land uses needs to be consistent with the Town of Hotchkiss Community Master Plan;
3 There is a need for additional developable land to meet identifiable needs;
4 The Town has the physical and economic capabilities and the capacity to provide the same level of services to the site that is provided to other parts of Town within a reasonable period of time;
5 The developer has the ability to develop within a reasonable period of time;
6 The developer of the site has the ability to install all required services and facilities; and
7 There is a positive cost-benefit (to the Town) analysis of the annexation

Future annexations will occur when the owner(s) of the land that is eligible for annexation initiate the annexation process. The Town needs to consider annexation petitions based on the above noted criteria, and should require findings that support the need for additional developable land in order to maintain an orderly, compact growth pattern. Any annexation should be within the Town's service capability and be compliance with the goals and policies of the Community Master Plan. The Town currently requires a pre-annexation agreement from any out-of -town landowner

BLM_0157352

requesting utilities from the Town.

38
Hotchkiss Master Plan - Appendix
Appendix I - Demographics of the Town of Hotchkiss
(Source 2010 United States Census)
Profile of General Demographic Characteristics: 2000- 2010 Hotchkiss Town, Colorado
AGE/GENDER 2000 2010 RELATIONSHIP 2000 2010
Total Population 868 944 Household Population 854 854
Males 453 464 House 417 422
Females 575 480 Spouse 213 197
Under 5 60 49 Children 275 248
5 to9 71 60 Group Quarters Pop 4 0
10 to 14 66 56 In 0 0
15 to 19 78 73 Non-in 4 0
20 to24 58 53 Household Type
25 to 34 120 103 Total Households 412 422
35 to44 155 120 Family 271 247
45 to 54 129 149 w/children* 130 105
55 to 59 36 61 Married couple family 213 197
60 to 64 38 61 w/children* 90 76
65 to 74 74 84 Female householder 34
74 to 84 63 55 w/children 30 20
85 and up 23 20
Race Non family households 145 175
White 902 877 Householder living alone 125 147
Black/ African 0 I Avg. household size 2.34 2.24
American
Amer. Indian 10 8 A vg. Family size 2.91 2.93
Asian/Pac Island 5 5 Housing Occupancy/Tenure
Asian Indian 0 4 Total House Units 451 471
Chinese 0 I Occupied Housing Units 412 422
Filipino 2 0 Vacant Housing Units 39 49
Japanese I 0 Seasonal, Recreational or 2 I
Korean I 0 Vacancy Rate 8.5% 8.6%
Vietnamese 0 0 Owner occupied units 281 284
Other Asian 0 0 Renter occupied units 131 138
Pacific 0 0 Owner Occupied MH Size 2.36
Other 51 42 Renter occupied MH Size 2.29
Hispanic/Latino
Hispanic/Latino 90 139
Mexican 55 136
Puerto Rican 0 0
Cuban 0 0
Other His panic 31 3

39

I

Appendix III - Additional Domestic Water Data

All raw water shares owned by the Town include:

Town owned Raw I Number of Shares

Water

*Leroux Creek #1 .50 cfs

decree

*Leroux Creek Water A1 - 75 (stored water)

Assn

*Leroux Creek Water Bl - 170 (stored water)

Assn

*Leroux Creek Water B2 - 100 (stored water)

Assn

Overland W uter 300 (stored water) Approx. 1.5 cfs when available

Company (ditch runs only from June 1 (about) to Sept. 1 (on a

good water year). Note: Water decree includes

municipal use

Fire Mountain Ditch 848- .58 cfs

Co.

*Highiine Ditch Co. 63 shares

1 907 decree

North Fork /Gunnison 1 cfs raw (.5 cfs converted)

*=Water currently used for ra,,,. 'vatcr supply

I Gallons per

Year

Estimated

Yield

117,945,000

24,437,160

55,391,000

Spring run-off

.5 cfs

Note: The volume calculations are hased on the ideal of one share equaling one acrefoot
of water. In a typical year the actual yield would be between 65% and 80% of the
idea/listed value.

40

•

Actual Taps Served & Actual & Approximate Water Usage

Total EQ 9residential unit equivalent) taps served by the Hotchkiss water treatment plant
(Dec. 2000)

Number of taps Description of tap

561 Residential on town-owned system (in (462) and out (99) oftown)

126 Commercial taps- (in (122) and out (4) oftown)

90 Hanson Mesa (2003) (several inactive) no commercial

338 Roger Mesa- (2003) (some ag and commercial)

BLM_0157354

959.5 Total Residential EQ units
126 Total Commercial taps (not counting some commercial use on Rogers Mesa
Total combined usage in 2003: 102,024,811 gallons
Total combined usage in 2011: 90,939,000 gallons
It has been estimated that the total water treated at the plant Is divided up approximately as follows for 2011:
Town of 59%
Hotchkiss
Rogers Mesa 36%
Hanson Mesa 5%
(February, 2012- actual usage for 2011)
Appendix III continued- Additional Domestic Water Data
Hanson Mesa usage for 2011 4,326,400
Rogers Mesa usage for 2011 33,207,000
Town usage in town and out for 2011 53,405,600
41
Month by Month total Usage 2003/2011 (includes HMPC and RMDWC)
Month Gallons Water Rogers Mesa I Hanson Mesa
Prodttc.cd Usage Usage
Separated out Separated out
January 2003 6,809,451
January 2011 7,546,000 2,152,000 300,600
Febmary 2003 5,752,114 2,582,200
Febmary 2011 6,199,000 1,830,000 295,800
March 2003 ~.9~7,6}§_ -
March 2011 5,693,000 2,171,000 298,000
April2003 8,470,460
April 2011 6,340,000 2,647,000 290,400
May2003 9,053,025
May 2011 7,392,000 3,131,000 276,700
June ?.003 9,951,100
*June 2011 *10,773,000 *4,020,000 430,000
*July 2003 *14,055,880 *705,000
July 2011 10,265,000 3,547,000 3n6,700
August 2003 10,581,245
August 2011 10,574,000 j ,747,000 *565,900
September 2003 10,464,510 714,300
September 2011 7,719,000 2,954,000 296,100
October 2003 7,302,650
October 2011 6,380~ 000 2,487,000 318,700
November 2003 6,580,590 :B9,600
November 2011 6,093,000 2,298,000 356,600
December 2003 7,046,170
December 2011 5,966,000 2,225,000 270,900
Yearly Peak = *BOLD (Source: Public Works Director)

BLM_0157355

Appendix III continue - Additional Domestic Water Data

In-Town (EQ) residential living units: served with water 430.5 (2003)

Overall Annual residential usage average: 72,238.83 gallons per tap (6,019.9 gallons per month per EQ tap on a 12 month average) Q:lote: this combines in-town and (l 01) out -of-town taps) CA lath: 38,394,936/53 1.5 eq taps -Tmvn system = 72,238.83112 mos = 6,019.9)

Note: For the purposes o[this overview. units served with a single tap - but described as apartments, are counted as 0 EO units. Trailers arc counted a l EQ unit per trailer. even. though some have extensive landscaping and some very Little.

Out of Town EQ residential living units served with water - 101 (November 2003 - 421 ,940 Total - approx. 4,178 gal for the month per EQ unit.)

42

Commercial in-town meters billed - 1 00

(Average usage in 2003 - 110,954.23 gallons per tap or 9,246.19 gallons per month on a 12 month average.

(Note: This combines in-town and out-of-town taps) Quite a few commercial buildings have a single tap and are sent a single bill consisting of the base rate plus actual usage.

Commercial out-of-town - 4 (four) (total usage Nov. 2003 - 66,740 gallons or 16,685 per tap.) (Total commercial usage, both in-town and out, for 2003 was 11,539,240)

The Hotchkiss High School used 41,100 gallons in November 2003- (possibly a typical school in-session month)

Taps sold on the High school line, from the river south to the HS, are currently split 60% Town and 40% to the School District. (Source: Dec. 29, 1980 contract between School District & Town). All Schools combined used a total of 636,395 gallons during 2003. Currently new taps on the line are very limited and are subject to approval by the Delta County School District.

The North Fork Pool IS categorized separately, but IS included m the totals for Commercial

Town owned facilities: Town Hall- shops, standpipe. etc. used 8,381,160 gallons during 2003.

Hanson Mesa Pipeline Company (90taps) is categorized separately. During the 2001 year the company used approximately 5,000,000 gallons of water of 5.30% of all the water used in the Town system. In 2003 Hanson Mesa used a total of 5,678,300 gallons. (5567 gallons per month/per tap average using 85 active and 5 inactive taps)

Rogers Mesa Domestic Water Company (348 taps including some ag business commercial) in 2003 the total was 44,444,700 gallons treated. (1 0,643 gallons per month/per tap average in 2003)

RMDWC supply their own water and pay the Town based on the overall cost of treatment. They currently sell five domestic water taps per year on a lottery basis. Their current (2003) plans are to sell no more than 10 additional taps with their current limited raw water supplies. They were a partner on past upgrades to the plant including a new million gallon tank.

43

Rogers Mesa Domestic Water Co. Water Rights

(Water treated by the Town on contract)

BLM_0157356

Leroux Creek Water Assn AI - 150 shares (stored water) 48,874,000 gal per year

B 1 - 160 shares (stored water) 52,133,000 gal per year
B2 - 240 shares spring runoff

For further detailed information about system specifics please consult Town of Hotchkiss Water System Assessment- December 1999- Consolidated Consulting Services
44

DRAFT 4: 4.24.2013
Town of Hotchkiss
Source Water Protection Plan
Delta County, Colorado
May 2013
Written by: Kimberly Mihelich
Source Water Specialist
Colorado Rural Water Association
For the Community Water Provider:
Town of Hotchkiss, PWSID#ll5352
DRAFT 4: 4.24.2013
Cover photo: View, looking southwest, of the Town of Hotchkiss (Michael Owens, Town of Hotchkiss)
DRAFT 4: 4.24.2013
TABLE OF CONTENTS

LIST OF TABLES AND FIGURES ......................................................................................... S
ACRONYMS ................................................................................................................... 6
EXECUTIVE SUMMARY ................................................................................................... 7
INTRODUCTION .............................................................................................................. 8
Purpose of the Source Water Protection Plan ...................................................................... 8
Protection Plan Development .......... .... .. .................... ...... ... ....................
................................................ 9
Stakeholder Participation in the Planning Process ............................................ .................... 9
Steering Committee ........................... ............... .. .......... .. ...
................. ............................................. 10
Development and Implementation Grant ........................... ... ...... ..................................... .......... 11
WATER SUPPLY SETTING ...•.................................................................................................
12
Location and Description ................ ..... ... ... ................ .. ....... ....................... ..... .. ...... ..
........ 12
Physical Characteristics ........................ .. ....... .. .. .... ..
............................................................ 13
Hydrologic Setting ..................................................... .. .. .. ..... .. ... ........ .. .................... ... ....
........... ... 14
Drinking Water Supply Operations ..... .................................................. .......................... 15

OVERVIEW OF COLORADO'S SWAP PROGRAM ................................................................... 18

Source Water Assessment Phase ...................................................................................... 19

Source Water Protection Phase ........................................................................................ 19

SOURCE WATER PROTECTION PLAN DEVELOPMENT ................................................... 21

Source Water Assessment Report Review ........................................................... 21

Defining the Source Water Protection Area ........................................................... 21

Potential Contaminant Source Inventory and Other Issues of Concern ........................... 23

Priority Strategy ........................................................................................... 25

Susceptibility Analysis of Water Sources ................................................................ 26

DISCUSSION OF POTENTIAL CONTAMINANT SOURCES AND ISSUES OF CONCERN ............... 28

Public Land Management ..................................................................................... 28

Coal Mining Development ................................................................................ 30

Oil and Gas Development ............................................................................... 30

Spills & Accidents on Roads ............................................................................. 33

Wildfires ............................................................................................ 35

Terrorism ........................................................................................... 37

3

DRAFT 4: 4.24.2013

Recreational Activities .................................................................................. 38

Reservoir Operations & Maintenance ................................................................ 39

Fuel Storage Tanks .................................................................................... 41

Timber Harvesting .................................................................................... 41

Vandalism ............................................................................................ 42

Miscellaneous Residential Practices ................................................................... 42

Cattle/Wildlife Grazing ................................................................................ 43

Septic Systems ........................................................................................ 45

Road Maintenance ..................................................................................... 46

Abandoned Wells ...................................................................................... 46

SOURCE WATER PROTECTION MEASURES .................................................................. 48

Best Management Practices .............................................................................. 48

Evaluating Effectiveness of Best Management Practices ............................................. 48

BIBLIOGRAPHY ........................................................................................ 56

APPENDICES ............................................................................................................... 59
4
DRAFT 4: 4.24.2013
LIST OF TABLES AND FIGURES
Tables
Table 1: Primary Contact Information for the Town of Hotchkiss ............................................. 8

Table 2: Planning Meetings .............................................................................................. 9

Table 3: Stakeholders and Steering Committee Members ............................................... 10

Table 4: Stream segments within the Leroux Creek Watershed and their Designated Uses ....... 15

Table 5: Updated Susceptibility Analysis .................................................................................... 27

Table 6: Status of Abandoned Wells within Hotchkiss's SWPA ................................................... 46

Table 7: Source Water Protection Best Management Practices ................................................... 49
Figures
Figure 1: Location of the Town of Hotchkiss and its intake within Delta County, Colorado ......... 12

Figure 2: Leroux Creek watershed within the North Fork of the Gunnison River basin .............. 14

Figure 3: Town of Hotchkiss's Drinking Water Supply Operations ............................................. 16

Figure 4: Source Water Assessment and Protection Phases ....................................................... 18

Figure 5: Town of Hotchkiss Source Water Protection Area ....................................................... 22

Figure 6: Schematic drawing of the potential source of contamination to surface and groundwater ............................................................................................................... 23

Figure 7: Sign leading to Grand Mesa National Forest lands ...................................................... 28

Figure 8: COGCC Rule 317B buffer zones in the Source Water Protection Area .......................... 32

Figure 9: Corner of 3100 Rd. and Stoney Creek Rd. within the Town of Hotchkiss's SWPA ......... 33

Figure 10: Wildfire threat within Hotchkiss's SWPA .................................................................. 35

Figure 11: Rate of wildfire spread in Hotchkiss's SWPA ............................................................ 36

Figure 12: View of Gambel Oak slope with major risk for wildfire ............................................. 36

Figure 13: Recreational activities within Hotchkiss's SWPA ....................................................... 38

Figure 14: Reservoir within the Town of Hotchkiss's SWPA .......................................................

39
Figure 15: Common residential practices that may be potential sources of contamination to surface or groundwater ......., ...................................................................................................................
43
Figure 16: Cattle grazing within the Town of Hotchkiss's Source Water Protection Area ............
44
Figure 17: Schematic of a septic system .................................................................................................
45
Figure 18: Abandoned Wells within Hotchkiss's SWPA ...................................................................
47

5
ACRONYMS
AST
BLM
BMP
COOT
CDPHE
COGCC
CRWA
EPA
GIS
PSOC
SDWA
SWAA
SWAP
SWPA
SWPP
USDA
USFS
Aboveground Storage Tank
Bureau of Land Management
Best Management Practice
Colorado Department of Transportation
Colorado Department of Public Health and Environment
Colorado Oil and Gas Conservation Commission
Colorado Rural Water Association
Environmental Protection Agency
Geographic Information System
Potential Source of Contamination
Safe Drinking Water Act
Source Water Assessment Area
Source Water Assessment and Protection
Source Water Protection Area
Source Water Protection Plan
United States Department of Agriculture
United States Forest Service

BLM_0157360

6
DRAFT 4: 4.24.2013
DRAFT 4: 4.24.2013

EXECUTIVE SUMMARY

There is a growing effort in Colorado to protect community drinking water sources from potential contamination. Many communities are taking a proactive approach to preventing the pollution of their drinking water sources by developing a source water protection plan. A source water protection plan identifies a source water protection area, lists potential contaminant sources and outlines best management practices to implement to decrease risks to the water source. Implementation of a source water protection plan provides an additional layer of protection at the local level beyond drinking water regulations.

The Town of Hotchkiss values a clean, high quality drinking water supply and decided to work collaboratively with area stakeholders to develop a Source Water Protection Plan. The source water protection planning effort consisted of public planning meetings and individual meetings with water operators, government, and agency representatives during the months of August 2012 to March 2013, at the Hotchkiss Town Hall. During the development of this Plan, a Steering Committee was formed to develop and implement this Source Water Protection Plan. Colorado Rural Water Association was instrumental in this effort by providing technical assistance in the development of this Source Water Protection Plan.

The Town of Hotchkiss obtains its drinking water from a surface water intake off the Leroux Creek via the Highline Canal. The Source Water Protection Area for these water sources includes the drainage area for Leroux Creek and extends northwest approximately seventeen miles upstream from the Town's intake on US Forest System lands. This Source Water Protection Area is the area that the Town of Hotchkiss has chosen to focus its source water protection measures to reduce source water susceptibility to contamination.

The Steering Committee conducted an inventory of potential contaminant sources and identified other issues of concern within the Source Water Protection Area. Through this process, it was determined that the highest priority potential contaminant sources and/or issues of concern are: wildfires, coal mining development, oil and gas development, spills or accidents on roads and terrorism. Other noted water quality threats include: recreational activities, reservoir construction and maintenance, fuel storage tanks, timber harvesting, vandalism, miscellaneous residential practices, cattle and wildlife grazing, septic systems, road maintenance, and abandoned wells.

The Steering Committee developed several possible best management practices that may help reduce the risks from the potential contaminant sources and other issues of concern. The best management practices are centered on the themes of building partnerships with community members, businesses, and local decision makers; raising awareness of the value of protecting community drinking water supplies; and empowering local communities to become stewards of their drinking water supplies by taking actions to protect their water sources. At the completion of this Plan, the Steering Committee will oversee implementation.

7
DRAFT 4: 4.24.2013

INTRODUCTION

The Town of Hotchkiss operates a community water supply system that supplies drinking water to approximately 968 residents located within Delta County, Colorado. The Town of Hotchkiss obtains their drinking water from a surface water intake on Leroux Creek via the Highline Canal

BLM_0157361

in the Leroux Creek watershed. The Town of Hotchkiss recognizes the potential fur contamination of the source of their drinking water, and realizes that it is necessary to develop a protection plan to prevent the contamination of this valuable resource. Proactive planning and implementing contamination prevention strategies are essential to protect the long-term integrity of their water supply and to limit their costs and liabilities.1

Table 1: Primary Contact Information for the Town of Hotchkiss

PWSID CO0115352 PWS Name Town of Hotchkiss Name Michael Owens Title Public Works Director Address PO Box 369 Hotchkiss, CO 81419 Phone 970-872-3663 Website www.townofhotchkiss.com

Purpose of the Source Water Protection Plan

The Source Water Protection Plan (SWPP) is a tool for the Town of Hotchkiss to ensure clean and high quality drinking water sources for current and future generations. This Source Water Protection Plan is designed to:

• Create an awareness of the community's drinking water sources and the potential risks to water quality within the watershed;
• Encourage education and voluntary solutions to alleviate pollution risks;
• Promote management practices to protect and enhance the drinking water supply;
• Provide for a comprehensive action plan in case of an emergency that threatens or disrupts the community water supply.

Developing and implementing source water protection measures at the local level (i.e. county and municipal) will complement existing regulatory protection measures implemented at the state and federal governmental levels by filling protection gaps that can only be addressed at the local level.

1

The information contained in this Plan is limited to that available from public records and the Town of Hotchkiss at the time that the Plan was written. Other potential contaminant sites or threats to the water supply may exist In the Source Water Protection Area that are not identified in this Plan. Furthermore, identification of a site as a "potential contaminant site" should not be interpreted as one that will necessarily cause contamination of the water supply.

8

DRAFT 4: 4.24.2013

Protection Plan Development

The Colorado Rural Water Association's (CRWA) Source Water Protection Specialist, Kimberly Mihelich, helped facilitate the source water protection planning process. The goal of the CRWA's Source Water Protection Program is to assist rural and small communities served by public water systems to reduce or eliminate the potential risks to drinking water supplies through the development of Source Water Protection Plans, and provide assistance for the implementation of prevention measures.

The source water protection planning effort consisted of public planning meetings and individual meetings with water operators, government, and agency representatives.

Information discussed at the meetings helped the Town of Hotchkiss develop an understanding of the issues affecting source water protection for the community. The Steering Committee then made recommendations for management approaches to be incorporated into the Source

Water Protection Plan. In addition to the planning meetings, pertinent data and other information pertaining to Source Water Protection Area was gathered via public documents, internet research, phone calls, emails, and field trips to the protection area. A summary of the meetings is represented below.

Table 2: Planning Meetings

'. I ' .. - . '

FlFSt Planning :Meeting - Presentation on the protess of developing a Sour-ce Water
August 29, 20U Prot~ton Plan for the Town Qf. Ho~chklss. Review of the State's Source Water Assessmeht for Town of Hotchkiss.

October 1, 2012
Second Planning Meeting- review delineation of Source Water Protection Area. Begin discussion of potential sources of contamination

~

'! November 14, Thli'd Plannii)B Meetlng- oiscdSslon of PQtential so1lrces of contamination and other ~~ 201!2
lssJ.Ies of ron Clem within the Source Water Prot~C::tion Area

December 11, 2012
Fourth Planning Meeting- Prioritization of potential sources of contamination and other issues of concern.

~anuar;y17, 2013 Fifth Planning Meeting - COntJnu.e dlscusslon of priorftJzatlon of potential sources- of
_contamination an'd other Issues of concern. Dev.e1op best management praGtlces.

March 7, 2013 Sixth Planning Meeting- Review draft SWPP
May9, 2013 Present final SWPP to Hotchkiss Town Coundl

...
.• ... •,, r "" •
· Stakeholder Participation in the Planning Process

Local stakeholder participation is vitally important to the overall success of Colorado's Source Water Assessment and Protection (SWAP) program. Source water protection was founded on the concept that informed citizens, equipped with fundamental knowledge about their drinking water source and the threats to it, will be the most effective advocates for protecting this valuable resource. Local support and acceptance of the Source Water Protection Plan is more

9

~

DRAFT 4: 4.24.2013

likely where local stakeholders have actively participated in the development of their Protection Plan.

The Town of Hotchkiss's source water protection planning process attracted interest and participation from 24 stakeholders including local citizens and landowners, private businesses, w<:~tcr opcr<:~tors, loc<:~l <:~nd state governments, and agency representatives. Stakeholders were
notified of meetings via letters, emails and phone calls. During the months of August 2012 through March 2013, six stakeholder meetings were held at the Hotchkiss Town Hall to encourage local stakeholder participation in the planning process. Input from these participants was greatly appreciated.

Steering Committee

BLM_0157363

During the development of this Plan, a volunteer Steering Committee was formed from the stakeholder group to develop and implement this Source Water Protection Plan. Specifically, the Steering Committee's role in the source water protection planning process was to advise Lhe Town of Hulchkiss in the identification and prioritization of potential contaminant sources as well as management approaches that can be voluntarily implemented to reduce the risks of potential contamination of the untreated source water. All members attended at least one Steering Committee meeting and contributed to planning efforts from their areas of experience and expertise. Their representation provided diversity and !ed to a thorough Source Water Protection Plan. The Town of Hotchkiss and the Colorado Rural Water Association are very appreciative of the participation and expert input from the following participants.

Table 3: Stakeholders and Steering Committee Members

. -- ..-
'

., --
I •.
We "-d-e-ll Ko on tz Tow n Ma yor .r ownof Hotthkl ss .,!. X ~
Michael Owens Public Works Director Town of Hotchkiss X
- l.eonard McCulloch Water Operator ~ Town of Hotchkiss . X
Joanne Fagan Town Engineer Town of Hotchkiss X
Paul Healy GIS Coordinator
-.-
D~ita County 2.t.o ·~
~ ....'. ' '~--'
Rob Fiedler Emergency Management Delta County
Robbie LeValley County Administrator DeJta COunty d'.
Larry Hudnall Environmental Health Specialist Delta County
Unda Bledsoe
.,
Lands·and Minerals Specialist us For-est Sorrvice

·, ·,
• .,', ··~·
Albert Borkowski Special Uses Program Manager US Forest Service
Jedd Sonde.;gard Hydrologist Bureau of land Management "' ~ -- ..
Paul Schmucker Water Commissioner Colorado Division of Water Resources
Doug Flitz FireChfef 1:.' ::- ~ Hotchkiss Fire Department ' ~
.~ c
Jim Ware Permittee Leroux Creek Cattle Pool
10
DRAFT 4: 4.24.2013
Gale Ware ~resident
.\ ... r!; LerQtJX Creek Cattle Pool
. _.,_ .. ·y, ·' "t
Steve Weist Manager Special Projects Oxbow Mining Inc.
Mark Sinlth' President Leroux Creek Water Assaaat1o.n :
'

Jim Blankenship Superintendent Hanson Mesa Water

Sarah Sauter Executive Direct.or n~.~-~ ' Wester(\ Slope Cor:iservatlon  Center ~
Cassandra Shenk  Distribution  Technician  Rogers  Mesa WC
David Smuih  KydroTerra  ln.c. -~ •.  _.i;~l ~j
L ~ .. ,.- -~ ' „_:'co . ~- '¥ .•
Rob Gill  Bear Ranch/7X
Thomas Wills  RepoJiter  1 Narth Fork.  Merchant Herald
,·
-~.
Kimberly  Mihelich  Source Water Specialist Colorado  Rural Water Association
Development  and Implementation  Grant
The Town of Hotchkiss  has been awarded a $5,000  Development  and Implementation  Grant
from the Colorado  Department of Public Health and Environment  (CDPHE). This funding  is
available  to public  water systems and representative  stakeholders  committed  to developing
and implementing  a source water protection  plan.  A one to one financial  match (cash or inkind)
is required. The Town of Hotchkiss  was approved  for this grant in July 2012,  and it expires
on July 17, 2014.  The Town of Hotchkiss  intends  on using the funds  to implement
management  approaches  that are identified  in this Plan.
11
-~
WATER SUPPLY SETTING
Location  and Description

_,
DELTA
COUNTY
Leroux cfeek
-=-==----==--•Miles
0 0.5 1 2 3 4
DRAFT 4:4.24.2013
Legend
• Hotchkiss  Intakes
--Highline  Canal
-- Rivers/streams
USFS Ranger Districts
BLM Land
Figure  1: Location  of the Town of Hotchkiss  and Its intake  within  Delta County,  Colorado
12
DRAFT 4: 4.24.2013
The Town of Hotchkiss  is a small rural town, covering  an area of approximately  0.67 square
miles,  and is located  in Delta County  on the western slope of Colorado  in the heart of the North
Fork Valley.  Primary access to the Town is through Colorado  State Highway  133 or through
State Highway  92. The Town of Hotchkiss  has 412 households,  271 families,  and a small town
charm.  Future projections  by the Town of Hotchkiss  estimate that growth will increase over the
next ten years.
The Town was incorporated  in 1900 and named for Enos T. Hotchkiss,  who had staked an early
land claim  on the site where the Town is now situated  (Town of Hotchkiss,  CO). Municipal
affairs are governed  by the Hotchkiss  Town Council.  The North Fork Valley  is a popular

destination for hunting and fishing as well as a popular attraction for its local wine and organic fruit and vegetable operations.

The majority of the Town of Hotchkiss's source waters originates on public lands and travels through both public and private lands before reaching an intake outside the Town boundaries. The private land includes unincorporated areas of Delta County. The public lands include Gunnison National Forest Lands, managed by the Grand Valley Ranger District, and BLM lands managed by the Uncompahgre Field Office. Land use on private land consists of agricultural and rural residential development. Delta County has no zoning and limited controls on land use.

Physical Characteristics

The Town of Hotchkiss sits at an elevation of 5,35lfeet and is located at latitude 38° 47' 57" N, longitude 107° 43' 1" W. The Leroux Creek watershed, in which the Town's source water originates, has a mountainous topography, with elevations ranging from 6800 to over 11,000 feet above sea level. It is in the Colorado Plateau Physiographic Province and lies mostly within Grand Mesa National Forest lands between the Grand Mesa and Oak Mesa. The Grand Mesa is an erosional remnant within the lower Piceance Basin that consists of tertiary volcanic rocks and is capped by lava flow. The Piceance Basin is a sedimentary rock aquifer located in western Colorado (Topper, Spray, Bellis, Hamilton, & Barkmann, 2003).

The climate within the source water area is generally semiarid with an estimated average annual precipitation of 27.6 inches based on Mountain Data from NRCS SNOTEL Overland Reservoir Sites (USDA Natural Resources Conservation Service, 2013). Overland Reservoir lies within Hotchkiss's source water area.

Soils in the Leroux Creek Drainage consist mainly of clay loams or aridisols in the lower portion of the basin while soils higher in the basin originate from sandstone parent materials. The soils at the highest elevations located on National Forest typically consist of mollisols with enriched organic matter.

13

DRAFT 4: 4.24.2013

Hydrologic Setting

Leroux Creek is the principal source of drinking water for the Town of Hotchkiss. The Leroux Creek watershed drains approximately 44 square miles (28,432 acres) and is part of the North Fork of the Gunnison River watershed basin (Hyc..lrulugk Uuit Cuc..lt:! (HUC) 14020004L Lriuulary

to the Gunnison River. The headwaters of Leroux Creek originate approximately 16.5 miles north of the Town of Hotchkiss, within U.S. Forest System lands, and receive flow from high mountain snowmelt fed lakes. Leroux Creek flows into the North Fork of the Gunnison River southwest of Town, which joins the Gunnison River a few miles farther downstream. Once the two branches merge, it winds through the canyon lands of west central Colorado, joining the Colorado River west of Grand Junction, CO (Hotchkiss, Paonia, and Crawford Chambers of Commerce). The Gunnison River Basin is part of Colorado Water Division Four with the office of the Division Engineer in Montrose, CO.

Intake

12 --== ---===::::lMiles  0 2 4 8

North Fork of the

Figure Z: Leroux Creek watershed within the North Fork of the Gunnison River basin

BLM_0157366

14

DRAFT 4: 4.24.2013

Water Quality Standards

Under the Clean Water Act, every state must adopt water quality standards to protect, maintain and improve the quality of the nation's surface waters. The State of Colorado's Water Quality Control Commission has established water quality standards that define the goals and limits for all waters within their jurisdictions. Colorado streams are divided into individual stream segments for classification and standards identification purposes (Table 4}. Standards are designed to protect the associated classified uses of the streams (Designated Use}. Stream classifications can only be downgraded if it can be demonstrated that the existing use classification is not presently being attained and cannot be attained within a twenty year time period (Section 31.6(2}(b}). A Use Attainability Analysis must be performed to justify the downgrade.

Table 4: Stream segments within the Leroux Creek Watershed and their Designated Uses

,', I • • • • ' •• ,,_ 0. I 't,• l;" I : . ,, .'I -

Leroux Creek COGUNF05_7000 HUC: 14020004

Source: EPA "Water Quality Assessment and TMDL Information," 2013

Drinking Water Supply Operations

Water Supply and Infrastructure

Agriculture

Aquatic Life Cold Water-Class 1

Domestic Water Source

Recreation Primary Contact

The Town typically provides water to its customers from flow and storage of waters from Leroux Creek. The Town also has water available from the Overland Reservoir, the Fire Mountain Canal and from a flow right on the North Fork of the Gunnison River upstream of Town. The Town of Hotchkiss has approximately five miles of ten-inch pipe delivering the raw water from the High line Canal to a settling pond just prior to the Horse Park Water Treatment Plant.

The water from the settling pond is pretreated by mixing a flocculent into the water and running it through a clarifying system utilizing tube settlers. The clarified water then travels through two Pall Aria AP6 membrane filtration skids capable of producing 750 gallons per minute (GPM} of treated water. Post treatment consists of fluoride for healthy bones and teeth and chlorine gas for disinfection.

Following disinfection contact time, the treated water is then put into the distribution system. The beginning of the distribution system has a one million gallon tank and a 350,000 gallon tank used for domestic water storage. Approximately three miles of 10-inch water main delivers water to the Town of Hotchkiss. Just north of Hotchkiss is another storage tank capable of storing 450,000 gallons of domestic water.

15

DRAFT 4: 4.24.2013

The Horse Park Water Treatment Plant provides water for 614 taps and fire protection in the l own of Hotchkiss' distribution system, as well as providing domestic water for two consecutive water systems, Hanson Mesa Domestic Pipeline Company and Rogers Mesa Domestic Water Company.

Figure 3: Town of Hotchkiss's Drinking Water Supply Operations

BLM_0157367

Top Left: Leroux Creek just above the High Line Canal diversion; Top Right: High Line Canal Headgate off
Leroux Creek to the High Line canal; Bottom Left: Town of Hotchkiss' raw water inlet from High Line Canal;
Bottom Right: Town of Hotchkiss Domestic Water Storage

16

DRAFT 4: 4.24.2013

Water Supply Demand Analysis

The Town of Hotchkiss serves an estimated 614 connections and approximately 968 residents and other users in the service area annually. The water system currently has the capacity to produce one million gallons per day (MGD). Current estimates by the water system indicate that the average daily demand is approximately 0.215 MGD, and that the average peak daily demand is approximately 0.367 MGD. Using these estimates, the water system has a surplus average daily demand capacity of 0.785 MGD and a surplus average peak daily demand capacity of 0.633 MGD.

In the event that the Leroux Creek water supply became unusable for a period of time due to potential contamination, the Town of Hotchkiss has enough capacity to supply its users for a period of time before it became a problem. During irrigation season, the Town is able to get water from either the Overland Reservoir or the Fire Mountain Canal within a day or so. If Leroux Creek were to become unusable outside the irrigation season, the Town could treat water from the North Fork of the Gunnison River, which would take a bit longer. The ability of Town of Hotchkiss to meet either of these demands for an extended period of time is also affected by the amount of treated water the water system has in storage at the time Leroux Creek becomes unusable, however, their storage tanks contain enough treated water to sustain demand for approximately four days.

The Steering Committee believes the development and implementation of a source water protection plan for Town of Hotchkiss and its community can help to reduce the risks posed by potential contamination of its water sources. Additionally, the Town of Hotchkiss has developed an emergency response plan (available upon request from Town Hall) to coordinate rapid and effective response to any emergency incident that threatens or disrupts the community water supply.

17

DRAFT 4: 4.24.2013

OVERVIEW OF COLORADO'S SWAP PROGRAM

Source water assessment and protection came into existence in 1996 as a result of Congressional reauthorization and amendment of the Safe Drinking Water Act. The 1996 amendments required each state to develop a source water assessment and protection (SWAP} program. Colorado Department of Public Health and Environment's (CDPHE) Water Quality Control Division, assumed the responsibility of developing Colorado's SWAP program. The SWAP program protection plan is integrated with the Colorado Wellhead Protection Program that was established in amendments made to the federal Sate Drinking Water Act (SDWA, Section 1428} in 1986.

Colorado's SWAP program is an iterative, two-phased process designed to assist public water systems in preventing potential contamination of their untreated drinking water supplies. The two phases include the Assessment Phase and the Protection Phase as depicted in the upper and lower portions of Figure 4, respectively.

BLM_0157368

Figure 4: Source Water Assessment and Protection Phases

18

DRAFT 4: 4.24.2013

Source Water Assessment Phase

The Assessment Phase for all public water systems consists of four primary elements:

1. Delineating the source water assessment area for each of the drinking water sources;

2. Conducting a contaminant source inventory to identify potential sources of contamination within each of the source water assessment areas;

3. Conducting a susceptibility analysis to determine the potential susceptibility of each public drinking water source to the different sources of contamination;

4. Reporting the results of the source water assessment to the public water systems and the general public.

The Assessment Phase involves understanding where the Town of Hotchkiss's source water comes from, what contaminant sources potentially threaten the water sources, and how susceptible each water source is to potential contamination. The susceptibility of an individual water source is analyzed by examining the properties of its physical setting and potential contaminant source threats. The resulting analysis calculations are used to report an estimate of how susceptible each water source is to potential contamination. A Source Water Assessment Report was provided to each public water system in Colorado in 2004 that outlines the results of this Assessment Phase.

Source Water Protection Phase

The Protection Phase is a voluntary, ongoing process in which all public water systems have been encouraged to voluntarily employ preventative measures to protect their water supply from the potential sources of contamination to which it may be most susceptible. The Protection Phase can be used to take action to avoid unnecessary treatment or replacement costs associated with potential contamination of the untreated water supply. Source water protection begins when local decision-makers use the source water assessment results and other pertinent information as a starting point to develop a protection plan. As depicted in the lower portion of Figure 4, the source water protection phase for all public water systems consists of four primary elements:

1. Involving local stakeholders in the planning process;

2. Developing a comprehensive protection plan for all of their drinking water sources;

3. Implementing the protection plan on a continuous basis to reduce the risk of potential contamination of the drinking water sources; and

4. Monitoring the effectiveness of the protection plan and updating it accordingly as future assessment results indicate.

The water system and the community recognize that the Safe Drinking Water Act grants no statutory authority to the Colorado Department of Public Health and Environment or to any other state or federal agency to force the adoption or implementation of source water

19

DRAFT 4: 4.24.2013

protection measures. This authority rests solely with local communities and local governments. The source water protection phase is an ongoing process as indicated in Figure 4. The evolution of the SWAP program is to incorporate any new assessment Information provided by the public water supply systems and update the protection plan accordingly.

20

DRAFT 4: 4.24.2013

SOURCE WATER PROTECTION PLAN DEVELOPMENT

Source Water Assessment Report Review

The Town of Hotchkiss has reviewed the Source Water Assessment Report along with the Steering Committee. These Assessment results were used as a starting point to guide the development of appropriate management approaches to protect the source water of Town of Hotchkiss from potential contamination. A copy of the Source Water Assessment Report for Town of Hotchkiss can be obtained by contacting the Town of Hotchkiss or by downloading a copy from the CDPHE's SWAP program website located at:

http://www.colorado.gov/cs/Satellite/CDPHE-WQ/CBON/1251596793639.

Defining the Source Water Protection Area

A source water protection area is the surface and subsurface areas from which contaminants are reasonably likely to reach a water source. The purpose of delineating a source water protection area is to determine the recharge area that supplies water to a public water source. Delineation is the process used to identify and map the area around a pumping well that supplies water to the well or spring, or to identify and map the drainage basin that supplies water to a surface water intake. The size and shape of the area depends on the characteristics of the aquifer and the well, or the watershed. The delineated source water assessment area provides the basis for understanding where the community's source water and potential contaminant threats originate, and where the community has chosen to implement its source water protection measures in an attempt to manage the susceptibility of their source water to potential contamination.

After carefully reviewing their Source Water Assessment Report and the CDPHE's delineation of the Source Water Assessment Area for the Town of Hotchkiss's source, the Steering Committee chose to modify it before accepting it as their Source Water Protection Area for this Source Water Protection Plan. The original assessment area did not include protection zones around the Highline Canal, and it also excluded the Overland Reservoir, which is a storage reservoir for the Town of Hotchkiss. The Source Water Protection Area therefore was created by expanding the assessment area to include them.

The Town of Hotchkiss's Source Water Protection Area is defined as:

1. Zone 1 is defined as a 1,000 foot wide band on either side of the stream segments (including the High line Canal).

2. Zone 2 extends 1/4 mile beyond each side of the boundary of Zone 1 (2,320 feet from the drainage network).

3. Zone 3 is made up by the remainder of the source water assessment area up to the watershed boundary.

21

[)KAFI 4: 4.24.2013

The Source Water Protection Area is illustrated in the following map:

Town ()f Hotchkiss Source Water Protectton Area

• lolakles & Di~IH!>ioos

·-tflgtlllr:~oeCanal

- Otaina~ NetwOf'k

HotdJl9.ss SIM'A

Figure 5: Town of Hotchkiss Source Water Protection Area

22

DRAFT 4:4.24.2013

Potential Contaminant Source Inventory and Other Issues of Concern

Many types of land uses have the potential to contaminate source waters: spills from tanks, trucks, and railcars; leaks from buried containers; failed septic systems, buried or injection of wastes underground, use of fertilizers, pesticides, and herbicides, road salting, as well as urban and agricultural runoff. While catastrophic contaminant spills or releases can wipe out a water resource, groundwater degradation can result from a plethora of small releases of harmful substances. According to the USEPA, nonpoint-source pollution (when water runoff moves over or into the ground picking up pollutants and carrying them into surface and groundwater) is the leading cause of water quality degradation (GWPC, 2008).

Figure 6: Schematic drawing of the potential source of contamination to surface and groundwater

In 2001 - 2002, as part of the Source Water Assessment Report, a contaminant source inventory was conducted by the Colorado Department of Public Health and Environment to identify selected potential sources of contamination that might be present within the source water assessment areas. Discrete2 contaminant sources were inventoried using selected state and federal regulatory databases including: mining and reclamation, oil and gas production, above and underground petroleum tanks, Superfund sites, hazardous waste generators, solid waste disposal, industrial and domestic wastewater dischargers, and water well permits. Dispersed contaminant sources were inventoried using then recent land use I land cover and transportation maps of Colorado, along with selected state regulatory databases. The contaminant inventory was completed by mapping the potential contaminant sources with the aid of a Geographic Information System (GIS).

The State's contaminant source inventory consisted of draft maps, along with a summary of the discrete and dispersed contaminant sources inventoried within the source water assessment area. The Town of Hotchkiss was asked, by CDPHE, to review the inventory information, fieldverify

selected information about existing and new contaminant sources, and provide feedback

1 The WQCD's assessment process used the terms "discrete" and "dispersed" potential sources of contamination. A discrete source is a facility

that can be mapped as a point, while a dispersed source covers a broader area such as a type of land use (crop land, forest, residential, etc.).

23

DRAFT 4: 4.24.2013

on the accuracy of the inventory. Through this Source Water Protection Plan, the Town of Hotchkiss is reporting its findings to the CDPHE.

After much consideration, discussion, and input from local stakeholders, the Town of Hotchkiss and the Steering Committee have developed a more accurate and current inventory of contaminant sources located within the Source Water Protection /\rea. Upon completion of this contaminant source inventory, the Town of Hotchkiss has decided to adopt it In place of the original contaminant source inventory provided by the CDPHE.

Contaminant Source Inventory (in no particular order}:

• Septic Systems
• Fuel Storage Tanks
• Miscellaneous Residential Practices
• Wildfires
• Road Maintenance

BLM_0157371

• Spills/ Accidents on Roads
• Timber Harvesting
• Cattle/Wildlife Grazing
• Recreational Activities
• Reservoir Construction & Maintenance
• Abandoned Wells
• Oil and Gas Development
• Coal Mining Development

In addition to the discrete and dispersed contaminant sources identified in the contaminant source inventory, the Steering Committee has also identified other issues of concern that may impact the Town of Hotchkiss's drinking water source.

Additional Issues of Concern (in no particular order}:
• Terrorism
• Vandalism

24

DRAFT 4: 4.24.2013

Priority Strategy

After developing a contaminant source inventory and list of issues of concern that is more accurate, complete, and current, the Steering Committee began the task of prioritizing this inventory for the implementation of the Best Management Practices outlined in this Source Water Protection Plan (see Table 7).

The strategy which the Town and Steering Committee used was based on three criteria.

1. Contaminant Hazard- The contaminant hazard is an indication of the potential human health danger posed by contaminants likely or known to be present at the contaminant source. Using the information tables provided by CDPHE (see Appendices E-H), the Steering Committee considered the following contaminant hazard concerns for each contaminant source:

• Acute Health Concerns - Contaminants with acute health concerns include individual contaminants and categories of constituents that pose the most serious immediate health concerns resulting from short-term exposure to the constituent. Many of these acute health concern contaminants are classified as potential cancer-causing (i.e. carcinogenic) constituents or have a maximum contaminant level goal (MCLG) set at zero (O).

• Chronic Health Concerns- Contaminants with chronic health concerns include categories of constituents that pose potentially serious health concerns due to long-term exposure to the constituent. Most of these chronic health concern contaminants include the remaining primary drinking water contaminants.

• Aesthetic Concerns- Aesthetic contaminants include the secondary drinking water contaminants, which do not pose serious health concerns, but cause aesthetic problems such as odor, taste or appearance

2. Potential Volume -The volume of contaminants at the contaminant source is important in evaluating whether the source water could become contaminated at concentrations that may pose a health concern to consumers of the water in the event these contaminants are released to the source water. Large volumes of contaminants at a specific location pose a greater threat than small volumes.

3. Likelihood of Release- The more likely that a potential source of contamination is to

BLM_0157372

release contaminants, the greater the contaminant threat posed. The regulatory compliance history for regulated facilities and operational practices for handling, storage, and use of contaminants were utilized to evaluate the likelihood of release. Based on the above criteria, the Steering Committee has ranked the potential contaminant source inventory and issues of concern in the following way:

25

DRAFT 4: 4.24.2013

Prioritized Potential Contaminant Sources and Issues of Concern

• HIGH PRIORITY:

o Coal Mining Development

o Oil and Gas Development

o Spills/Accidents on Roads

o Wildfire

o Terrorism

• MODERATE PRIORITY:

o Recreational Activities

o Reservoir Construction and Maintenance

o fuel Storage 1 anks

o Timber Harvesting

o Vandalism

• LOW PRIORITY:

o Miscellaneous Residential Practices

o Cattle/Wildlife Grazing

o Septic Systems

o Road Maintenance

o Abandoned Wells

Susceptibility Analysis of Water Sources

The Town of Hotchkiss's Source Water Assessment Report contained a susceptibility analysis3 to

identify how susceptible an untreated water source could be to contamination from potential sources of contamination inventoried within its source water assessment area. The analysis looked at the susceptibility posed by individual potential contaminant sources and the collective or total susceptibility posed by all of the potential contaminant sources in the source water assessment area. The CDPHE developed a susceptibility analysis model for surface water sources and ground water sources under the influence of surface water, and another model for groundwater sources. Both modeis provided an objective analysis based on the best available information at the time of the analysis. The two main components of the CDPHE's susceptibility analysis are:

1. Physical Setting Vulnerability Rating- This rating is based on the ability of the surface water and/or groundwater flow to provide a sufficient buffering capacity to mitigate potential contaminant concentrations in the water source.

2. Total Susceptibility Rating- This rating is based on two components: the physical setting vulnerability of the water source and the contaminant threat.

) The susceptibility analysis provides a screening level evaluation of the likelihood that a potential contamination problem could occur rather than an indication that a potential contamination problem has or will occur. The analysis is NOT

BLM_0157373

a reflection of the current quality of the
untreated source water, nor is it a reflection of the quality of the treated drinking water that is
supplied to the public.
26
DRAFT 4: 4.24.2013
Instructions: Choose one of the two following paragraphs that applies to how you determined
your !otaiSusceptibility Rating. Delete the paragraph which does not apply. Work w/ Mike and
-oanrieqn the foUowi"g paragraph(s)
Upon review of CDPHE's susceptibility analysis, the Steering Committee determined that both
the Physical Setting Vulnerability Rating and the Total Susceptibility Rating for each of the
Town
of Hotchkiss's source(s) are accurate and should remain the same (see table below).
-or-
Upon review of the susceptibility analysis, the Steering Committee determined that the Physical
Setting Vulnerability Rating and the Total Susceptibility Rating needed to be updated to more
accurately reflect the current situation. Instructions: Explain what the revised total
susceptibility rating is based on. (Example: The Steering Committee created a better analysis
through discussion, on-site observation, and review of historical data involving stakeholders
and experts.)
Table 5: Updated Susceptibility Analysis
27
DRAFT 4: 4.24.2013
DISCUSSION OF POTENTIAL CONTAMINANT SOURCES AND ISSUES OF CONCERN
rhe following section provides a brief description ot potential contaminant sources and issues
of concern that have been identified in this plan, describes the way in which they threaten the
water source(s) and outlines management approaches.
Public Land Management
The SPWA for the I own of Hotchkiss is located
almost entirely within Grand Mesa National Forest
land managed by the Grand Valley Ranger District,
within the USFS Rocky Mountain Region. US Forest
Service land use management practices have the
potential to directly affect the quality of Hotchkiss's
source waters. Grand Valley Realty Specialist,
linda Bledsoe, has attended Hotchkiss's SWPP
planning meetings, and her input on US Forest
System lands was greatly appreciated.
Protecting Water Resources
A principal purpose for which the Forest Reserves
Figure 7: Sign leading to Grand Mesa National Forest
lands
(predecessor to the National Forest System) were established was to "secure favorable
conditions of water flows". Throughout its history, the Forest Service has had a very diverse and
broad mission of multiple use management outlined by the National Forest Management Act,
Multiple Use-Sustained Yield Act, Federal Land Policy and Management Act, etc. This means
that the agency balances outdoor recreation and preservation of wildlife habitat, air and water,

BLM_0157374

and other scenic and historical values with environmentally responsible commercial development of the land and its resources. The Forest Service's mandate to manage lands for multiple-use requires balancing present and future resource use with domestic water supply needs as well as many other needs. The greater the proportion of National Forest System lands in a source water area, the greater the potential to be directly affected by Forest Service land use and management activities. It is the desired condition of the National Forest System land managers to "maintain favorable conditions of flow and sustain supplies of high quality raw water while providing for multiple-use management" (GMUG, 2006).

One of the long-term management goals of the Rocky Mountain Region is to manage the forest for water resources:

"Protect the resource. Maintain, and where opportunities exist, restore watershed and forest health to ensure full watershed function exhibiting high geomorphic, hydrologic, and biotic integrity. Ensure that forest management activities occur in a manner that adequately protects the integrity of watersheds (USFS, 2010}."

28

DRAFT 4: 4.24.2013

In October 2009, the Forest Service Rocky Mountain Region and the State of Colorado Department of Public Health and Environment signed a Memorandum of Understanding (MOU) to establish a framework to work together on issues regarding the management and protection of water quality on state defined Source Water Assessment Areas on National Forest System lands in Colorado (see Appendix D). Under this agreement, the Forest Service recognizes a CDPHE-delineated Source Water Area as a "Municipal Supply Watershed" per definition in FSM

2542 (MOU Between CDPHE and USFS Rocky Mountain Region, 2009). The source water protection area for the Town of Hotchkiss that lies within these National Forest lands, will be included in future Revised Forest Plans as a municipal supply watershed. In the interim, the Town should be watchful of new and modified activities requesting permitting with the forest and notify the USFS if the Town is concerned proposed changes in use could impact the Town's water supply.

Forest Plan

At the District level, the Grand Valley Ranger District adheres to the management directives established under the 1991 Amended Land and Resource Management Plan (1991 Forest Plan) for the Grand Mesa, Uncompahgre, and Gunnison (GMUG) National Forest.

The current management area prescriptions within the source water protection area includes:

68- Livestock Grazing (maintain). The area is managed for livestock grazing. Intensive grazing management systems are favored over extensive systems. Range condition is maintained through use of forage improvement practices, livestock management, and regulation of other resource activities. Investment in structural and nonstructural range improvements to increase forage utilization is moderate to high. Structural improvement benefit, or at least do not adversely affect wildlife. Conflicts between livestock and wildlife are resolved in favor of livestock. Nonstructural restoration and forage improvement practices available are seeding, planting, burning, fertilizing, pitting, furrowing, spraying, crushing and plowing. Cutting of encroaching trees may also occur. Investments are made in compatible resource activities. Dispersed recreational opportunities vary between semi-primitive non-motorized and roaded natural. Management activities are evident but harmonize and blend with the natural setting.

7A- Wood Fiber Production. Management emphasis is on wood fiber production and

BLM_0157375

utilization of large roundwood of a size and quality suitable for sawtimber. Engelmann sprucesubalpine
fir clearcuts are less than 5 acres in size to promote natural regeneration. The area generally will have a mosaic of fully stocked stands that follow natural patterns and avoid straight lines and geometric shapes. Management activities are not evident or remain visually subordinate along Forest arterial and collector roads and primary trails. Roaded-natural recreation opportunities are provided along forest arterial and collector roads. Semi-primitive motorized recreation opportunities are provided on those that are closed

29

DRAFT 4: 4.24.2013

Coal Mining Development

Exploratory coal mine drilling is currently occurring on Oak Mesa by Oxbow Mining Inc. just outside of the Town of Hotchkiss's SWPA. Steve Weist with Oxbow Mining Inc. has attended Hotchkiss's SWPP planning meetings, and his input on coal mining impacts was greatly appreciated. If the exploration drilling shows positive results, Ox!Juw Mining may apply for coal leases by July 2013. Potential for this drilling and/or coal mining in this area to impact the watershed is low because it would occur outside the Leroux Creek drainage and SWPA.

Mining operations in the SWPA have a low potential to contaminate drinking water supplies from either point source discharges (i.e. mine tunnels or adits) or nonpoint source discharges from run-off over waste rock or tailing piles, because mining regulations require all runoff from mining activities to be contained and treated before allowing it to be discharged. The mineral makeup of the surface and sub-surface materials does not contain acid bearing material so there is minimal possibility of acidic, metal-laden water emanating from inactive mines within the SWPA.

Coal Mining aevetopment Best Management Practites Recommendations:

1. Stay infor.med of any pptentlal coot mining devet~pment within th~ 'protection area and become· involved in the public process to encour-age BMPs to protect water quality.

2. Mine planning information is gsua}ly available at local libmr1es to assist the "J)Ublic in being informed aiSGllt activities oc:curring in tne1r area Encourage industry repre.sentative to ·snare infGrmatiQn abeu1: their eperation, including GAernieals utilized as part of their eperations, within the source water protectien area by. inviting them to pa~i~pate in the Tewn of HPtchklss Source Wat-eF Pretectjen Ste~ingGommi~ee ·meetings.

3. As part of the r annual refresher tirai.ning for MSHA' (Mine Safety. and Health Admlhistr:at1 on~,
encourage industry to educate all employ,ees and s_ub<iontractors on the lo~tion of the seurc-e water protection areas., Emerg~ncy Res'?onse Plans, Storm Water Management plans} and Spill Response Plans.

Oil and Gas Development

Although many areas of Colorado are experiencing an oil and gas boom, there is currently no oil and gas drilling within the Town of Hotchkiss's Source Water Protection Area. The potential for oil and gas development in the protection area is moderate. In fact, as of February 6, 2013, the Bureau of Land Management (BLM) announced the deferral of all parcels in the North Fork Valley associated with the February 2013 Oil and Gas Lease Sale (BLM - Uncompahgre Field Office, 2013). It is unknown, however, how long the deferral will last.

Colorado Oil and Gas Conservation Commission: Rule 3178

The oil and gas industry in Colorado is regulated by the Colorado Oil and Gas Conservation

Commission (COGCC). The mission of the COGCC is "To promote responsible development of Colorado's oil and gas natural resources." The Colorado legislature passed House Bill1341 in 30

DRAFT 4: 4.24.2013

spring 2007 to increase environmental and public health protections in the face of unprecedented oil and gas development. House Bill 1341 directed the Colorado Oil and Gas Conservation Commission to make and enforce rules consistent with the protection of the environment, wildlife resources, and public health, safety, and welfare. In 2008, the COGCC developed and passed new rules that became effective on May 1, 2009 on federal land and April1, 2009 on all other land.

One of the new rules, Rule 317B, protects public water systems by protecting the source of their drinking water. It creates protection zones, or buffer zones, combined with performance requirements applicable within 5 miles upstream of the surface water intake. The most protected Internal Buffer Zone is located within 300 feet of a water segment and is a drilling excluding zone. The purpose for protecting this zone is that a significant release in these areas would likely contaminate surface water used as a drinking water source. Enhanced drilling and production requirements also apply in areas ~ mile from the water supply segment, in an Intermediate and Extended Buffer Zone (Colorado Oil and Gas Conservation Commission, 2008).

31
u
DRAFT 4: 4.24.2013
Legend
Intakes & Diversions
--Drainage Network
0 0.3J.6 1.2 1.8 2.4
• • Miles
Internal Buffer Zone (300 ft)
Intermediate Buffer Zone (500ft)
Extended Buffer Zone (1/2 Mile)

Figure 8: COGCC Rule 3178 buffer zones in the Source Water Protection Area

32

DRAFT 4: 4.24.2013

Oil ahd Gas Development Best Management Practices Recommendations:

1. Stay informed of any potential oil and gas developments on federal lands within the protection area and become involved in the public process to encourage BMPs to protect water quality.

2. Encourage industry representative to share information about their operation, including chemicals utilized as part of their operations; within the source water protection area by inviting them to participate in the Town of Hotchkiss Source Water Protection Steering Committee meetings.

3. Encourage the local community to become actively involved in participating in local and regional oil and gas forums.

4. Encourage industry to educate all employees and subcontractors on the location of the source water protection areas, Emergency Response Plans, Storm Water Management plans, and Spill Response Plans.

BLM_0157377

5. The Town of Hotchkiss request county notification of application for permit to drill (APD). The Town and/or Steering Committee will provide comment.

6. The Steering Committee will encourage th~ ~ ndustry to comply with and implement all actions in the approved Storm Water Management Plan to prevent or minimize storm water runoff impacts to the source waters.

7. The Steering Committee will encourage the industry to:

a. Administer a Spill Prevention, Control, and Countermeasures Plan to prevent surface water and ground water contamination

b. Immediately notify the water providers of any spills, and

c. Use proper equipment & vehicle maintenance BMPs to prevent chemicals from contaminating ground water.

8. Develop an action plan with the Town of Hotchkiss, Hotchkiss Fire Protection District, Industry Representatives and local residents' for spill response and/or other emergencies.

Spills & Accidents on Roads

The Source Water Protection Area is located outside the boundaries of the Town and is accessed by County Road 3100, a two-lane gravel road. The majority of the roads within the protection area are maintained by the Delta County Road and Bridge Department, including National Forest System Roads (NFSRs) on Grand Mesa National Forest under agreements with the Forest Service. The roads in the SWPA are used for residential, recreational, timber, cattle, and reservoir maintenance access.

Figure 9: Corner of 3100 Rd. and Stoney Creek Rd. within

Vehicular spills may occur along the the Town of Hotchkiss's SWPA transportation route within the source water protection areas from trucks that transport fuels, waste, and other chemicals that have a potential for contaminating the source waters. Chemicals from accidental spills are often

33

DRAFT 4: 4.24.2013

diluted with water, potentially washing the chemicals into the soil and infiltrating into the groundwater and/or running off into surface waters. Roadways are also frequently used for tHega1 dumpfng cf harardous or other p-ote-nttatty ·trarmfut wastes.

Road Spills/Accidents B.est Management Practices Recommendations:

1. Meet wilh lll~ f::fulchkl Fire District to discuss their emergency response plans for responding to t:la-zardous and non-hazardousvehicular spills within the SWPA. Include this information in tt're emerg~ncy plans for the Town of Hotchkiss and ask Hotchkiss Fire District to do likewise

Pro.v•de Information to the local fire departments:

a. Importance of the Source Water Protection Plan

b. location of the intakes anctSourc~ Water ProtectiQn Area

c. Overview of the Emergency-Contingency, Plan

d Personnel to be notified in the event of an emergen cy

Educate the public on how tc;> call"91 " to report any pills wUhin the WPA,

BLM_0157378

P4ace-signage on public roads-within the protection areas to educate the pUblic about repartlhg spills on the roadw~v..

34

DRAFT 4: 4.24.2013

Wildfires

The Town of Hotchkiss's Source Water Protection Area sits in the upper Leroux Creek Basin and has a considerable risk of damage from wildfire. In describing the risk of wildfire to the area, the term "low frequency, high consequence" may be appropriate. The general area is very fireprone as shown in Figure 10, and numerous wildfires have occurred within a five-mile radius in the past under a variety of conditions and circumstances (see Appendix 1). Nationally, wildfires are primarily naturally caused (i.e., lightning), however, a significant percentage of wildfires in the area have been human caused. With a higher level of usage in the area due to subdivisions and home sites, a higher number of ignitions may be possible.

There is mixed ownership and jurisdiction in the area of concern, including private and federal lands, along with two Fire Protection Districts having responsibility for initial attack, which can complicate dispatch and initial attack effectiveness, allowing a potential fire to escape control. In addition, access and egress to the area is limited to one road, 3100 Road, which could complicate suppression efforts. In fact, suppression may be delayed while responders assist the evacuation of area residents and recreational users.

Fire season, traditionally described as May through early July, is now considerably longer, with wildfires occurring state-wide in virtually any month in the calendar. Fire weather and dangerous fuel conditions in the area have historically risen to extreme levels many days per year, with the number of such periods likely to increase along with the longer fire season. Mitigating the wildfire danger using fuel reduction techniques like tree thinning may have

35

DRAFT 4: 4.24.2013

limited short-term benefit, as much of the vegetation in the creek bed and surrounding slopes is fast growing. Other fuels are located on steep slopes, some on private lands and others on federal lands. These factors can lead to a high rate at wildfire spread as indicated In Figure 11 below. A comprehensive approach to fuels treatment that would provide long-term protection to Leroux Creek seems unlikely.

Figure 11: Rate of wildfire spread In Hotchkiss's SWPA

A large hot fire in the creek bed and surrounding lands can have an impact on source waters by removing vegetation and decreasing infiltration during rain events. This can result in soil erosion and sediment and ash pollution in drinking water. Large rain events can produce mudslides, and debris flow capable of destroying water infrastructure and altering clarity and pH of the source waters.

PHOTO: DOUG FRITZ, HOTCHKISS FIRE DISTRICT

Hotchkiss Fire District is in the process

of developing strategies and plans to
manage the wildfire risk to the Source
Water Protection Area. These
strategies include the following:
Figure 12: View of Gam bel Oak slope with major risk for wildfire
36
DRAFT 4: 4.24.2013
• Hotchkiss Fire District will work with Montrose BLM's and the Grand Mesa,
Uncompahgre and Gunnison National Forest's Fire Management Officer (FMO) in 2013
to develop modeling on fire behavior in the area to understand how a wildfire may
affect the area.
• Using such modeling, Hotchkiss Fire District will develop a plan to suppress wildfire in
the Source Water Protection Area in 2013, and will conduct several exercises to train
firefighters on the plan.
• The area will be included in Hotchkiss Fire District's Community Wildfire Protection Plan,
scheduled for updating in 2014. As part of this effort, homeowners in the area will be
encouraged to create or improve Defensible Space near their homes, as well as improve
their home's resistance to wildfire.
• Hotchkiss Fire District will seek out opportunities to reduce the fuels on private lands
near the west side of the northern part of Redlands Mesa, utilizing available cost-share
grants, continuing our successful fuels mitigation efforts in the District.
Fuels Reduction Plan- The District Ranger will continue to implement the National Fire Plan
to reduce fuels within the areaiof National Forest lying within the source water protection
area. The Forest Servke will provide an oppOrtunity for the public during their NEPA
process. The Steering Committee will become acti"ely involved in reviewing the plan and
providing comment when needed on source water protection concerns.
2. Expl6re opportunities to work With private landowners for landscape scale fuel reduction
·and defensible space projects:
3. Fire Prevention-The District Ranger will continue to implement their fire prevention plan
which Includes public education programs: Fire Wise Program and Project Learning Tree.
4. Share a copy of the SWPP with Delta County Sheriffs Department as it pertains to fire bans
and resfrictions. Encourage collaboration with Sherriffsoffice in reviewing fire prevention
m res .
5 . Develop fire ~sponse plantfOrthe Souree Water Protection Area with BtM
6. Requ~St F.itll Suppr.essron destgoatlon on Source Water. Protection Area with a plan to
mange amount of vegetation Jn he atea
Terrorism
Although there have been no major acts ofterrorism to Hotchkiss's water supply, this is still a
concern for the Steering Committee. The potential for these acts are low due to the
remoteness of the area, however, this is a high priority concern because impacts from a
terrorist could be huge. Water infrastructure could be targeted directly or water can be
contaminated through the introduction of poisonous chemicals or disease-causing biological
agents (Gieick, 2006). Signs are posted around storage tanks and treatment facilities that state
"No Trespassing: Town of Hotchkiss Municipal Water Supply". The Steering Committee
recommends taking other preventative measures by displaying signage at the roadways that
37

DRAFT 4: 4.24.2013

lead to the watershed and developing outreach material that explains the importance of source water protection.

Terrorism Best Management P.ractices:

1. Continue to inspect watershed and intakes for signs of errorism.

2. Qisplay signage at roadways leading lo the waler:>hetl and devt:!lup uulte<tdlrmllt:!ri~llhat explains the importance of source water protection.

Recreational Activities

There are many types of recreation occurring in Hotchkiss's SWPA including camping, hiking, horseback riding, fishing, boating and canoeing, skiing, snowshoeing, and off-road-vehicle use which pose threats to forested lands, grasslands, reservoirs and streams. Some undesirable impacts include severely eroded soils, user-created unplanned roads, disrupted wetland ecosystems, as well as general habitat destruction and degraded water quality throughout forested lands. To help minimize the impacts, the Forest Service approved and implemented the Grand Mesa National Forest Travel Plan, which restricts motorized travel by the public to designated roads and trails. In addition the Grand Mesa Recreation Map includes the ({Leave No Trace" ethics. These ethics include guidelines that visitors should follow such as: keeping campsites at least 100 feet from lakes and streams and outside of meadows; digging toilets at ieast 100 feet from the nearest water supply; burning or packing out trash; hobbling horses at least 100 feet from lakes and streams; etc. Maybe the "education" part can be something at the sign post at the forest boundary and/or our public contacts throughout field season.

PHOTOS: KIMBERLY MIHELICH, CRWA

Figure 13: Recreational activities within Hotchkiss's SWPA

38

DRAFT 4: 4.24.2013

Boating Activities

Boating activities occur on reservoirs within the Leroux Creek watershed. Two cycle motors, which are commonly used on small boats, release emissions directly into the water. Environmental impacts from boating may include: increased fuel amounts in source waters due to spills or direct emissions release; increased pollutant concentrations in aquatic organisms and sediments; increased erosion rates; increased nutrients, leading to an increase in algae and a decrease in oxygen (eutrophication); and high levels of pathogens. Water pollution from boating and marinas is linked to several sources such as poorly flushed waterways, boat maintenance, discharge of sewage from boats, and the physical alteration of shoreline, wetlands, and aquatic habitat (US Environmental Protection Agency, 1996).

Recreationar ~ctlvlt1es Best Management,P.rattice.s Recammendations:

1. Wor-k with USFS to encourage and edUcate about setback's for campsites from surface water.

2. Work with USfS to ed~_cateceampers abGLJt proper waste containment and dlsposal.

a. Mlnlrt'fle the effect$ of reereatJona'l actMtles Within the watershed from both mo Orized and non•motorize"d actMtles. Continue to provide multiple uses while restricting mGtor:ized vehicles to designafed roa.Os. a d trails under the Gr:and Mesa Tra'lel Plan. Prev.ent recreational vehicle damage to stream banks and upland areas within the protectlan ar as. Restore or close areas deg.raded by vehicular usage.

4 For those permitte'd aCtivities utJUzlhg horses or otherrantmals, the permittees will be advised about the source water prote¢tlon plan and that p~7actires sucth as avoiding bavinganimals in or n~r rese..rvoir ~aslns) ditches, and stteams cb'" •rrt ~uo f~IIAutGrt

5. Work With USfS to encourag~an,d educate bQ
protection on the ~serve:» irs within thelr Sc:>tm
6. , Explore working wlffi the USFS to evelop
Source W.ater Prolectton Area.
Reservoir Operat ions & Maintenance
39
FhmrP. 14! RP.!I:P.rvnlr within thP. Tnwn nf Hntchkl!i:!1:1
!10 SWPA
DRAFT 4: 4.24.2013
There are many small reservoirs within the Town of Hotchkiss's SWPA within the Grand Mesa
National Forest. The reservoirs are privately owned mostly by Leroux Creek Water Users
Association and require ongoing maintenance and reconstruction. if the maintenance work is
not conducted properly, there can be short-term or long-term damage to wetlands, streams or
ponds, floodplain, fisheries, state and federal rare and endangered species habitat, drinking
water sources, and other resources.

Maintenance of Reservoirs

Maintenance activities may include removal of debris upstream of a dam, dam or spillway
repairs, clearing shoreline vegetation, removing nuisance aquatic vegetation, managing
eutrophication, work on outlet structures, and other in-lake work. Any of these activities may
include partial or complete drawdown of the reservoir, however, the reservoirs are typically
drained every year depending upon the weather situation.

Releasing sediment-laden waters downstream can lower water quality below standards and
affect fisheries and wildlife habitat. Increasing turbidity can also interfere with disinfection at
water supplies downstream. Releasing too much water too fast or with precipitation events can
damage public and private property {including homes and roadways) and affect water users
(including in-stream uses, shore recreation and withdrawals).

Reser'Volr Operatians & Mamtenance Best Management:' Practices Recommendations:
~- Pr.ov:i~e inf~nnati(:U1 tQ the r:e:servoir ew.l'lers anc;t mctnJ•ger.s about the ·sour:-~ water
protecti.on plan and how tHey, can flelp with prorectin·g the drinking water sources.
2. Implement st<Jrm water t)est management pra<ttices to decrease sedimentation to the
reservoir and downstream waterways~.
COmpl~ wi.t'h all foJ:e$t_sJ!rvice regulath:ms and pennJts.
Comply with State Engineers Office regulations to ensure structuFal fntegrity of dams.
Ensure proper ap_pllcation afpestlcldes and herbicides

Zebra and Quagga Mussels

The introduction and spread of the invasive aquatic species zebra mussel (Dreissena
polymorpha) and quagga mussel (Dreissena rostriformis burgensis) into the waters of Colorado
is a concern for drinking water suppliers. The zebra and quagga mussels are invasive nonnative
freshwater bivalve mollusks. Both species of mussels were originally native to the lakes of
southeast Russia and were accidentally introduced into other countries from ocean-going ships.
The mussels were first discovered in the United States in the Great Lakes in 1988 and spread to
a large number of waterways throughout the country. These mussels do not have many natural
predators in North America and can have both economic and environmental impacts.

Zebra mussels are able to anchor themselves to native mussels making it impossible for native
mussels to function. In addition they can grow and clog water system pipes associated, making
40

DRAFT 4: 4.24.2013

water flow difficult or impossible. Many water systems have had to spend millions of dollars cleaning these mussels from their facility, retrofitting facilities with devices to keep mussels out, and monitoring for them (USGS- Southeast Ecological Science Center, 2012).

Zebra alild Quagga Mussel Best Management Practkes Recommendations:

1. Develop a public education campaign that provides information to reservoir users about the zebra and quagga mussels and how to prevent transmission of them into reservoirs on the Grand Mesa. Information may include:

Good boat hygiene (Decontamination Protocol included in the Appendices of this report)

Disposal of live bait in the trash

Opportunities for public education include: newspaper articles, signage at the reservoir, brrochures, and stations at the reservoirs.

2. Work together with agencies (i.e. U.S. fish and Wildlife, Colorado State Parks, Colorado Division of Wildlife) to explore opportunities for preventing the spread of these invasive species.

Fuel Storage Tanks

There are households within the Town of Hotchkiss's SWPA that contain aboveground storage tanks (ASTs) on their property. Most storage tanks contain petroleum products such as motor fuel or heating oil. These petroleum products are composed of volatile organic compounds {VOCs) which can pose a serious threat if released into the environment via leaky storage tanks. Storage tanks can become leaky due to corrosion, failure of the piping systems, spills and overfills, as well as equipment failure and human operational error. Even a small spill can have a serious impact. A single pint of oil released into the water can cover one acre of water surface area and can seriously damage an aquatic habitat. A spill of one gallon can contaminate a million gallons of water (US Environmental Protection Agency, 2001).

Storage Tank BesH~1anagement P.r.actice.s Re-oommendatlons;

1. Gather information on the., status of ASTswlthfn the SWPA using the Colorado Storage Tank Information (COSTIS) website at httpt//costls.cdle.state.C!o.us.

2. Encourage fuel vendors o field-check AST .to assess the condition of the tanks, location to the source water, and secondary containment surrounding the tanks.

3. Educate the tank owners on the need to asje_$Sthelr stoFage system and develop a system that guards against leaks .antl spHis that may potentially contaminate the watef supply.

Timber Harvesting

Timber harvesting occurs within the Town of Hotchkiss's SWPA. Timber harvesting can potentially generate several forms of non-point pollution. Disturbance of land surfaces from

41

DRAFT 4: 4.24.2013

road construction, log landings, and skid trails are the primary causes of sediment transport into streams from this activity. Other potential impacts include: debris from timber harvesting ending up in the stream, oils and fuels used In machinery washing Into streams, and an Increase in temperature levels as a result of clearing timber along stream banks.

1mber HaTVesting B~st Management Practices Recommendations:

1. Implement Water Conservation Practices, BMPs, guidelines, and proper design criteria to prevent or reduce sediment delivery to water bodies within the watershed.

2. Work wilh timber har;vesting companies to edocate them about fuel spills, lubricants, care

BLM_0157383

when driving trucks that contain fuels, etc.

Vandalism

Although there have been no major acts of vandalism to Hotchkiss's water supply, this is still a concern for the Steering Committee. Similar to terrorism, the potential for acts of vandalism is low due to the remoteness of the area. This is still a concern, however, because impacts from acts of vandalism could be huge. Signs are posted around storage tanks and treatment facilities that state "No Trespassing: Town of Hotchkiss Municipal Water Supply". The Steering Committee recommends taking other preventative measures by displaying signage at the roadways that lead to the watershed and developing outreach material that explains the importance of source water protection.

Vanda!jsm B:est Management PragJcf!s:

1. Continue to inspect watershed and Intakes for signs of vandalism.

2. Display signage at roadways leading to the watershed and develop ou.treach material that explains tile importance of sour-ce water protection.

Miscellaneous Residential Practices

The Town of Hotchkiss's Source Water Protection Area includes the Stoney Creek Subdivision located northwest of Town boundaries as well as other rural residential dwelling and potential for future subdivisions over time. Common household practices may cause pollutants to runoff residential property and enter the surface or groundwater as indicated in Figure 15 below.

Prevention of surface and groundwater contamination requires education, public involvement, and people motivated to help in the effort. Public education will help people understand the potential threats to their drinking water source and motivate them to participate as responsible citizens to protect their valued resources. The Town will need to coordinate with the County since all the private lands within the protection area are under county jurisdiction.

42

DRAFT 4: 4.24.2013

Figure 15: Common residential practices that may be potential sources of contamination to surface or groundwater

Misce1Janeous Residential Practices Best Management Practlees Recommendations:

L Conduct public education and outr~a.cli programs forSWPA residents to encour:age practices that will protect their drinking water source. Topics may include: sourte water profectipn, household hazardous waste-storage and disposal, fertilizer usage, pet waste cleanup".water conseNat:len, eaJi washing, and secondary containm'en't! for above gmund fuel storage tanks. Opp0rtunities for public educatioh ln_clude: newspaper arttcles,~ poster displays at loeahrtillty offi~s and public buildings, water bill inserts, flyers, creek festivals, public forums, workshops and eommunity events, county fair, sheep dog tria1s.

a. Participate In ll>elta Conservation District's annual worl<stlops and provide materjafs about the Sour:ee Water Protection Plan and BMPs to prevent contamination of the source waters

4. Provide Information concerning the SWPP in the annu$1 onsumer Confidence Report (€CR), Insert an additional letter or paragraph in the CCR abpJJt the com- leted SWPP an_d Information on how they can llelp prevent pollutants from entering the source waters,

5, Post a copy of, the SWPP on the Town's ,webstte

Cattle/Wildlife Grazing

Land within the Town of Hotchkiss's Source Water Protection Area is home to many wild animals such as deer, elk and bears, who feed upon the land. In addition to wildlife grazing, livestock (cattle) grazing occurs on the federal lands within the SWPA. Livestock operators are

authorized to graze on areas called allotments through an approved USFS grazing permit. Cattle-grazing within Hotchkiss's SWPA is managed by Leroux Creek Cattleman's Association. Jim and Gail Ware of Leroux Creek Cattle Pool have attended Hotchkiss's SWPP planning meetings, and their input on grazing impacts was greatly appreciated.

43

DRAFT 4: 4.24.2013

While this grazing activity is a low concern to the Steering Committee, this activity can impact riparian health, stream-channel conditions and water quality. The most common water quality impacts include pathogen contamination, sedimentation, and increased water temperatures from loss of vegetative stream coverage. Grazing activities with the highest potential for direct and indirect impacts to water resources Include long-term concentrated grazing In riparian areas, and trampling/trailing near water sources. Direct bank damage may add large amounts of sediment directly into streams, especially in wet meadow streams or erosive topography that is prone to gully formation.

The Leroux Creek Cattle Pool has taken great strides to mitigate impacts from cattle grazing within Leroux Creek's watershed. Their management scheme is based on deferred rotation. This means their grazing permit is split into four pastures and cattle are rotated through each pasture to prevent over-grazing. This ensures that vegetation can achieve maximum growth during periods when no grazing occurs, allowing for a higher variety of vegetation and healthier In addition, salt blocks are placed away from water sources so as to keep cattle

Figure 16: cattle grazing within the Town of Hotchkiss's Source Water Protection Area

Qtttetwlldlife Graslng Best Managem n iPractices Recommendations:

1. Minimize the effects of livestoakgra-zing on water sources within the Town of Hetchklss source water protetttion areas, as outlined in the grazing permitS and allotment management plans ~ssued byr-the Forest Service and BtM.

2. Share a copy of the SWPP witfl Leroux 9eek <;attle Pool.

44

Septic Systems

The Stoney Creek Subdivision and other residential areas within Hotchkiss's Source Water Protection Area consist of properties that rely on onsite wastewater treatment systems (OWTS) or septic systems to dispose of their sewage. A septic system is a type of onsite wastewater system consisting of a septic tank that collects all the sewage and a leach field that disperses the liquid effluent onto a leach field for final treatment by the soil. When onsite wastewater systems are properly designed, constructed, and maintained, they effectively reduce or eliminate most human health or environmental threats posed by pollutants such as nitrogen, phosphorus, and disease-causing bacteria and viruses in household wastewater. However, they require regular maintenance or they can fail. Unapproved, aging, and failing septic systems have a large impact on the quality

DRAFT 4: 4.24.2013

and safety of a water supply. The failure to pump solids Figure 17: Schematic of a septic system

that accumulate in the septic tank can eventually clog the
lines and cause untreated wastewater to back up into the home, to surface on the ground, or to
seep into groundwater. If managed improperly, these residential septic systems can contribute
excessive nutrients, bacteria, pathogenic organisms, and chemicals to the groundwater.
In Delta County individual sewage disposal systems are permitted by Delta County Health
Department. The County Health Department administers and enforces the standards, rules, and
regulations outlined in the State of Colorado's Revised Statute 25-10-105. Delta County
requires that a permit be issued for the installation, repair, replacement or alteration of any
new or existing OWTS in Delta County (Delta County Planning and Community Development
Dept.); however, because there is no formal building permit process, it can be difficult for the
County to become aware of any new development in remote parts of the county.
1. Develap a publicectucation prqgramfor prop.erty owneFS within the SWPA to provide basic
informatlan on the Source. Water Protection Rlan. Pubfic.e'du~tion will include: the proper
use . .and maintenance of thetr septic s-Ystems and how fl:le sour<:e1of theJr drinking water can
be.affected by an inadequa~ely functioning septlt system. .
Work with Delta founty Health Department to develop a malllng list of resie:lents within the
SWPA wtto have septtc syst~s an~ sene:! tnem educational materials.
Encourage Delta County Health Department to work: closely with Delta COunty Planning and
Community Development Department on subdivision revlew for s-eptic; system uses
The Qlonty Healt'h Department will be encouraged to use this oppor.t,unity to educate the
_property owner on th'e link between good septic practlcres and protecting source water.
45
DRAFT 4: 4.24.2013
Road Maintenance
Dust abatement that contains chemicals such as magnesium chloride may be applied to parts of
the roadway within the protection area. Dust suppressants abate dust by changing the physical
properties of the road surface by creating a hard, compact surface. The use of chemical dust
suppressant:> pr~v~nts road particulates from becoming airborne.
Magnesium chloride, used in dust abatement, is highly soluble in water and has the potential to
move through the soil with water. The movement is dependent on the rate and frequency of
rainfall, the drainage characteristics, and soil type. If the soil surface is not bound together well
or if the rain event is extreme, dust suppressant treated soil particles can be carried by overland
flow into streams, rivers, and ditches. Potential water quality Impacts include elevated chloride
concentrations in streams downstream of application areas and shallow groundwater
contamination (US Environmental Protection Agency, 2002).
Road Maintenance Best ManagementiPractices Recommendations:
1. lt~ep informed on :the road mainterwnce pracrtices and salledules within the Source W~ter
Protection Area (SWPA) including: grading, de-idng, dust abatement and Best
Management l?r.actlces used.
2. Provide Belta County Road and Btidge D1strlct 3 ahd USF-S wJth a copy of the SOurce
Water
Ptotection Plan and map of the protection ar.ea. neourage them to use road Best
Management Practices to pr~vent read mat~ria lsfrom entering the seurae waters.
Abandoned Wells
There are six identified abandoned natural gas wells located on US Forest System and private
lands within Hotchkiss's SWPA. Abandoned wells can be a direct route for contaminants to

drinking water sources if they are not properly abandoned. As shown in Table 6, the six wells identified in the SWPA have been properly abandoned in accordance to the COGCC Rule 319A. Because aii of these weils have been properly abandoned, this is a low concern to the Steering Committee, however they recommend keeping informed oft he status of each abandoned well.
Table 6: Status of Abandoned Wells within Hotchkiss's SWPA
•status Code
AL- Abandoned Location
46
~0 0.5 1 2
- - •161es
DRAFT 4: 4.24.2013
DA- Dry and Abandoned
PA- Plugged and Abandoned
Legend
Salus
• ,ej.
0 OA
• PA
Figure 18: Abandoned Wells within Hotchkiss's SWPA
Abandoned Wells Best Management Practices Reoo.mmendatlons:
1. Work wiJih the USFrS to stay lnforme'd on ttle status of abandoned wells that exist within the SWPA.
2. Sec.ure an~ cap wells that are temporarily not being used and permanehtJy cap we11s that are abandoned.
47
DRAFT 4: 4.24.2013
SOURCE WATER PROTECTION MEASURES
Best Management Practices
The Steering Committee reviewed and discussed several possible best management practices that could be implemented within the Source Water Protection Area to help reduce the potential risks of contamination to the community's source water. The Steering Committee established a "common sense" approach in identifying and selecting the most feasible source water management activities to implement locally. The focus was on selecting those protection measures that are most likely to work for the community. The best management practices were obtained from multiple sources including: Environmental Protection Agency, Colorado Department of Public Health and Environment, Natural Resources Conservation Service, and other source water protection plans as well as ideas from the Steering Committee.
The Steering Committee recommends the best management practices listed in Table 7, "Source Water Protection Best Management Practices" be considered for implementation by:
• Town of Hotchkiss • Leroux Creek Water Users
• Delta County Association
• Bureau of Land Management • Mining Companies
• US Forest Service • Oil and Gas Industry
• Leroux Creek Cattle Pool • Timber Harvesting Companies
Evaluating Effectiveness of Best Management Practices
The Town of Hotchkiss is committed to developing a tracking and reporting system to gauge the

effectiveness of the various source water best management practices that have been implemented. The purpose of tracking and reporting the effectiveness of the source water best management practices is to update water system managers, consumers, and other interested entities on whether or not the intended outcomes of the various source water best management practices are being achieved, and If not, what adjustments to the Source Water Protection Plan will be taken in order to achieve the intended outcomes. It is further recommended that this Plan be revised at a frequency of once every 3-5 years or if circumstances change resulting in the development of new water sources and source water protection areas, or if new risks are identified.

The Town of Hotchkiss is committed to a mutually beneficial partnership with the Colorado Department of Public Health and Environment in making future refinements to their source water assessment and to revise the Source Water Protection Plan accordingly based on any major refinements.

48

Table 7: Source Water Protection Best Management Practices

Issues

Coal Mining

Development

Oil and Gas Development

Best Management Practices

1. Stay lnfarmed of any p.,ot~tlal co~ I mln1hg ctevelopment wlthm tile protectic:m area and become involved In the public process to encourage BMPs to protect water. quail~.

2. Encourage Jndustry representative to share infQrmation about their operation, Including c;hemlcals utilized as part of their aperations, within the sot~rce water pi"at~ctlon area by Inviting them to participate in the Town of Hotchkiss Sour€e Water Protectlon Steering Committee meetings.

3. Encourag~ lndus~r;y ta educate all employees and subcontractors on the loq~tion of the source water protection areas~ Emergency Respense Plans, Storm Water Management tans, and Spill Response Plans.

1. Stay informed of any potential oil and gas developments on federal lands within the protection area and become involved in the public process to encourage BMPs to protect water quality.

2. Encourage industry representative to share information about their operation, including chemicals utilized as part of their operations, within the source water protection area by inviting them to participate in the Town of Hotchkiss Source Water Protection Steering Committee meetings.

3. Encourage the local community to become actively involved in participating in local and regional oil and gas forums.

4. Encourage industry to educate all employees and subcontractors on the location of the source water protection areas, Emergency Response Plans, Storm Water Management plans, and Spill Response Plans.

5. The Town of Hotchkiss request county notification of application for permit to drill (APD). The Town and/or Steering Committee will provide comment.

6. The Steering Committee will encourage the industry to comply with and implement all actions in the approved Storm Water Management Plan to prevent

or minimize storm water runoff impacts to the source waters.

49

DRAFT 4: 4.24.2013

lmplementers

1. Steering .Committee, Town
of Hotchkiss

2. Steering Committee,
Industry Representatives

3. Steering Committee,
Industry Representatives

1. Steering Committee, BLM,
USFS

2. Steering Committee,
Industry Representatives

3. Steering Committee, BLM

4. Steering Committee,
Industry Representatives

5. Delta County, Steering
Committee

6. Steering Committee,
Industry Representatives

DRAFT 4: 4.24.2013

7. The Steering Committee will encourage the industry to: 7 Steering Committee,

a. Adm~ nister a Spill Preventi·:~n, Control, and Countermeasures Plan to lndustrv
Representatives

prevent surface water and ground water contamination

b. Immediately notify the water providers of any spills, and

c. Use proper equipment & vehicle maintenance BMPs to prevent
chemicals from contaminating ground water.

8. Develop an ac:tion plan with the Town of Hotchkiss, Hotchkiss Fire Protection 8. Town of
Hotchkiss,

District, Industry Representatives and local residents for spill response and/or Hotchkiss Fire
Protection

other eme1·gencies. Dist rict, Industry
Representatives

Spnls/Accldents on Roads 1. Meet with the Hotchkiss Fire District to disc ss their emergency
response plans 1. Steering Committe·~. Town

for responding to hazardous a neil non-hazardous vehicular spills within the SWPA. of
Hotchkiss, Hotchkiss Fire

Include this information in the emergency plans for the Town of Hotchkiss and ask Protectron
District

Hotchkiss Fire District to do likewise

2. Provide information to the local fire departments: 2 Steering Committe·~

a. Importance of the Source Water Protection Plan

' b. Location of the intakes and Source Water Protection Area

c. Overview of the Emergency Contingency Plan

d. Personnel to be notified  In the event of an emergency
3. Educate the pubficon how to call "911" to repart any spills within the SWPA. 3 Steering
Committe~
I
; 4. Place sign ge on public roads within the protection a eas ta educate t epublic  4 Steering
Committe~,  Delta
a boot reporting spills on the roadway. County, USFS

.;
Wildfires 1. Fuels Reduction Plan -The District Ranger will continue to implement  the National
1. USFS, BLM, Steerin5
Fire Plan to reduce fuels within  the areas of National  Forest lying  within  the Committee
source water protection area. The Forest Service will provide an opportunity  for
the public during their NEPA process. The Steering Committee will become
actively involved in reviewing the plan and providing  comment when needed on
source water protection concerns. 2. Hotchkiss Fire Prot,~ction
District, West Region
2. Explore opportunities  to work with private landowners for landscape scale fuel Wildfire
Council,  Colorado
reduction andl defensible space projects. State Forest Service
50
T-errorism -~
.o
Recreational Activities
3. Fire Prevention The District Ranger will continue to implement  their fire
prevention plan which includes  public  education programs: Fire Wise Program and
Project Learning Tree.
4. Share a copy of the SWPP with Delta County Sheriffs Department as it pertains to
fire bans and restrictions.  Encourage collaboration  with Sherriff's office in
reviewing fire prevention  measures
5. Develop fire response plans for the Source Water Protection Area with BLM
6. Request Full Suppression designation  on Source Water Protection Area with a plan
to manage amount of vegetation in the area
1. Contlnue  to lnsp_ect watershed and Intakes for'slgns of terrorism.
2. Display signage at roadways leading to th~ watershed and develol') outreach
materTal that explains  the importance· of source water protection.
1. Work with USFS to encourage and educate about setbacks for campsites from
surface water.
2. Work with USFS to educate campers about proper waste containment and
disposal.
3. Minimize the effects of recreational activities  within  the watershed from both
motorized  and non-motorized  activities.  Continue to provide multiple  uses while
restricting  motorized  vehicles to designated roads and trails under the Grand
Mesa Travel Plan. Prevent recreational vehicle damage to stream banks and
upland areas within  the protection  areas. Restore or close areas degraded by
vehicular usage.
4. For those permitted  activities  utilizing  horses or other animals,  the permittees will

be advised about the source water protection plan and that practices such as avoiding having animals in or near reservoir basins, ditches, and streams should be followed.

5. Work with USFS to encourage and educate boaters about the importance of source water protection on the reservoirs within their Source Water Protection

51

DRAFT 4: 4.24.2013

3. USFS

4. Delta County Sheriff's
Department, Steering
Committee

5. BLM, Hotchkiss Fire
Protection District

6. BLM, Hotchkiss Fire
Protection

1. System Operators

2. Town of Hotchkiss, USFS

1. Town of Hotchkiss, USFS

2. Town of Hotchkiss, USFS

3. USFS

4. USFS

5. Steering Committee, USFS

DR.AFT 4: 4.24.2013

Area.

6. Explore wiJrking with the USFS to develop boating prohibitions on reservoirs E. Steering Committee, USFS

within the Source Water Protection Area:

Reservoir Operatto11s"&: , 1. Provide Information to the reservol~ awners and managers about the source 1. Steering Committee, USFS

Maintenance

I ~

water protection plan and how they can help with protecting the drinking water sources.

~

2. Implement storm water best management practices to decrease sedimentation to 2. Reservoir Owners

: the reservoir and downstream waterways.

3. Comply with all for;estservlce reg\Jiations and permits. 3. Reservoir Owners

4. Comply with State Engineers Office regulations to ensure structural integrity of 4. Reservoir Owners

1;, dams. '

5. Ensure pr•:lper application of pesticides and herbicides 5. Reservoir Owners

Fuel Storage Tanks 1. Gather inf•:lrmation on the status of ASTs within the SWPA using the Colorado 1. Steering Committee

Storage Tank Information (COSTIS) website at http://costis.cdle.state.co.us.

2. Encourage· fu,el vendors to field-check AST to assess the condition of the tanks, 2. Steering

Committee
location to the source water, and secondary containment surrounding the tanks.
3. Educate the tank owners on the need to assess their storage system and develop a 3. Steering Committee
system that guards against leaks and spills that may potentially contaminate the
water supply.
Tlmber Harvesting T 1. lmJi)lement Water Cons~rvatlon Practices, BMPs, guidelines, and proper design 1. USFS
criteria to prevent or reduce sediment delivery to water bodies within the
watershea.
2. Work with timber harvesting comp~nies to educate them about fuel spills, 2. USFS, Steering Committee,
lubricants, care when driving trucks that contain fuels, etc. Timber Harvesting Companies
Vandalism 1. Continue to inspect watershed and intakes for signs of vandalism. 1. Water System Operators
52
Mlscellaneous
Residential Practfees
Cattle/Wildlife Grazing
Septic Systems
2. Display sign age at roadways leading to the watershed and develop outreach
material that explains the importance of source water protection.
1. Con.duct public educatfon andoutreach programs for SWPA Fesidents to
encourage prac.tlces that will protect their drinking water source. Topics may
include: source water protection, household hazardous waste storage and
disposal, fertilizer usage, pet waste cleanup, water conservation, car washing, and
secondary containment for above ground fuel storage tanks.
2. Opportunities for public education Include: newspaper articles, poster displays at
local utility offices and public buildings, water bill Inserts, flyers, creek festivals,
public forums, workshops and community events, county fair, sheep dog trials.
3. Participate In Delta Conservation District's annual workshops and provide
materials about the Source Water Protection Plan and BMPs to prevent
contamination of the source waters
4. Provide Information concerning the SWPP in the annual Consumer Confidence
Report (CCR). Insert an additional letter or paragraph in the CCR about the
completed SWPP and information on how they can help prevent pollutants from
entering the source waters.
5. Post a copy of the SWPP on the Town's website
1. Minimize the effects of livestock grazing on water sources within the Town of
Hotchkiss source water protection areas, as outlined in the grazing permits and
allotment management plans issued by the Forest Service and BLM.
2. Share a copy of the SWPP with Leroux Creek Cattle Pool.
1. Develop a public education program for property. owners wtthin the SWPA to
provide basic lnformat1on on the Source Water Protection Plan. Public education
will include: the proper use and maintenance of their septic systems and how the

BLM_0157392

source of their drinking water can be affected by an inadequately functioning septic system.

2. Work with Delta County Health Department to develop a mailing list of residents within the SWPA who have septic systems and send them educational materials.

53

DRAFT 4: 4.24.2013

2. Town of Hotchkiss, USFS,
Delta County
1. Steering Committee,
Water Utility, Town of
Hotchkiss
2. Steering Committee
3. Steering Committee
4. Town of Hotchkiss
5. Town of Hotchkiss
1. USFS, Leroux Creek Cattle
Pool
2. Town of Hotchkiss
1. Delta County Health
Department, Steering
Committee
2. Steering Committee, Delta
County Health De artment
DRAFT 4: 4.24.2013

,, ··· _ ··
'.

3. Enc9urage Delta County Healt Departm.ent to work closely with Delta County 3. D~lta County Heal h
, Planning and Community Development Department on subdivision review for Department s~trc system uses . .

4 . The County Health Department wlll be enc0uraged to use this opportunity to 4. Delta County Health !
educate ttte pro.perty owner on the link between good septic practkes and Department protecting so.urcre water.

Road Maintenance 1. Keep informed on the road maintenance practices and schedules within the L Steerin5 Committee
Source Water Protection Area (SWPA) including: grading, de-icing, dust abatement and Best Management Practices used.

2. Provide Delta County Road and Bridge District 3 and USFS with a copy of the 2. Steering Committee, USFS,
Source Water Protection Plan and map of the protection area. Encourage them to Delta County Road &
use road Best Management Practices to prevent road materials from entering the Bridge District 3
source waters.

Abandoned Wells 1. Work with the VSFS to stay Inform~ on tlie status of abandoned wells that

exist L Steering Comm· tee, USFS
within the.SWPA.
I
2. Secure and cap wells that ar~ temgofarily n.ot being used and permanently aap 2. USFS
wells tha are abandoned.
Federal Land 1. The Forest Service plans to begin the revision process for its Land and Resource
L USFS, Steering Committee
Management Plans Management Plan (Forest Plan) for the area sometime in the future. The Forest
Service will educate and involve the public in the opportunities for public input at
public meetings. The Steering Committee should become actively involved in
reviewing the plan and providing comment when needed on source water
protection concerns.
2. The Steering Committee should actively participate in the public participation 2. Steerin5 Committee
process for revision of the GMUG's 1993 Oil and Gas Leasing EIS.
3. The BLM's Uncompahgre Basin Field Office is currently revising its Resource 3.. Steerin5 Committee
Management Plan, and members of the Steering Committee should participate in
the public comment process for that effort.
54
W~er Utility-Supply ·
and Operations
4. The Steering Committee will participate in any revisions made to Delta County's
Specific Development Regulations pertaining to the source water area.
1. Perform regular Inspection of the surface water Intakes~ wells and springs.·
2. Pr~otect areas aroond intakes with fencing and sign age. For those facilities locat ed
on federal lands obtain permissron oHhe-appropriate land management agency
prior tp fencing or erecting signs.
3. Ensure that the water treatmeflt plant is properly managed, operated and
maintained to prevent contamination Of the drinking water.
4. Store chemicals properly at the treatment plant.
5. Ensure that all emptoyees are familiar with the. Source Water Protection Plan,
emerget~cy and contingency plan, and hazardous spill response.
6. Placement.of Federal Offense Warning signs at the treatment plant.
55
DRAFT 4: 4.24.2013
4. Town of Hotchkiss
1. System Operators
2. System Managers
3. System Managers
4. System Managers
5. System Manager
6. System Managers
DRAFT 4: 4.24.2013
BIBLIOGRAPHY

BLM_0157394

MOU Between CDPHE and USFS Rocky Mountain Region. (2009).

Anchor Point Group. (2011). Delta County, Colorado Community Wildfire Protection Plan DRAFT

ver. 2 3-18-2011. Boulder, CO: AMEC Earth & Environmental.

BLM - Uncompahgre Field Offic.e. (2013, February 8). Oil & Gas Lease Sale February 2013. Retrieved February 27, 2013, from US Department of the Interior Bureau of Land Management:

http:/ /www.blm.gov/co/st/en/BLM_Informatlon/nepa/ufo/august_lease_sale.html

Bryant, C. W. (2008). How Living Off the Grid Works. Retrieved February 22, 2013, from How Stuff Works: http: /science.howstuffworks.com/environmental/green-science/living-offthe-grid2.htm

Colorado Department of Natural Resources. (2011, May 5). Physiographic Provinces of Colorado. Retrieved February 26, 2013, from Colorado Geological Survey:

http:/ /geosurvey.state.co.us/geology/topography/Pages/Physiographic.aspx

Colorado Department of Public Health and Environment- Water Quality Control Division. (2010). Regulation #93 Colorado's Section 303{D) List of Impaired Water and Monitoring and Evaluation List.

Colorado General Assembly. (2007). House Bill 07-1341.

Colorado General Assembly. (2012). House Bi/112-1003.

Colorado Geological Survey. (2003 ). Principal sources of ground-water contamination. Retrieved

February 22, 2013, from Ground Water Atlas of Colorado:

http://geosurvey.state.co.us/WATER/GROUNDWATERATLAS/Pages/GroundwaterAtlasofColorado.aspx

Colorado Oil and Gas Conservation Commission. (2008). Drilling, Development, Producing and Abandonment. Denver, CO: Colorado Oil and Gas Conservation Commission.

Colorado Oil and Gas Conservation Commission. (2013, April). COGIS- Facility Inquiry. Retrieved

April 24, 2013, from Colorado Oil and Gas Conservation Commission:

http:/ /cogcc.state.co.us/

Colorado Oil and Gas Conservation Commission. (2013, January 14). Colorado Oil and Gas Conservation Commission. Retrieved April 24, 2013, from Series Drilling, Development, Production and Abandonment:

http:/ /cogcc.state.co.us/RR_Docs_new/rules/300series.pdf

Colorado Parks & Wildlife. (2010, February 23). Colorado Boatable Waters Directory. Retrieved February 28, 2013, from Colorado Parks & Wildlife:

http:/ /parks.state.co.us/Boating/BoatableWaters/Pages/BoatableWaters.aspx

Defense Advanced Research Projects Agency (DOD) Information Sciences Office. (2001, August

31). 5.1.5 Colorado Plateau Physiographic Province. Retrieved February 26, 2013, from Automated IFSAR Terrain Analysis System:

http://www.agc.army.mil/publications/ifsar/lafinal08_01/five/S.l.S_frame.htm

Delta County. (2001). Delta County Individual Sewage Disposal System Regulations. Retrieved February 27, 2013, from Delta County, Colorado:

http:/ /www.deltacounty.com/DocumentCenter/Home/View/946

56

DRAFT 4: 4.24.2013

Delta County Planning and Community Development Dept. (n.d.). Septic Systems. Retrieved February 27, 2013, from Delta County, Colorado: http://www.deltacounty.com/index.aspx?nid=279

EPA Office of Water. (n.d.). Protecting the Nation's Water Supplies from Terrorist Attack. Retrieved March 28, 2013, from Air War College: http://www.au.af.mil/au/awc/awcgate/epa/secqanda.htm

Gleick, P. H. (2006, August 14). Water and Terrorism. Retrieved 28 March, 2013, from The Pacific Institute: http://www.pacinst.org/reports/water _terrorism.pdf

Golwer, A. (2006). Traffic and transport: Control and protection. In W. H. Organization, Protecting Groundwater for Health - Managing the Quality of Drinking-water Sources. London: IWA Publishing.

Grand Mesa, Uncompahgre, and Gunnison National Forests. (1991). Amended Land and Resource Management Plan. Delta, Colorado: US Forest Service.

Ground Water Protection Council. (2007). Ground Water Report to the Nation: A Call to Action. Oklahoma City: Ground Water Protection Council.

Hotchkiss, Colorado. (n.d.). Retrieved February 22, 2013, from Wikipedia- The Free Encyclopedia: http://en.wikipedia.org/wiki/Hotchkiss,_Colorado#cite_note-GR1-5

Hotchkiss, Paonia, and Crawford Chambers of Commerce. (n.d.). Heritage and History. Retrieved February 26, 2013, from North Fork Valley of Colorful Colorado: http://www.northforkvalley.net/

The Weather Channel, LLC. (n.d.). Monthly Averages for Hotchkiss, CO {81419}. Retrieved February 26, 2013, from The Weather Channel: http://www.weather.com/weather/wxclimatology/monthly/graph/81419

Topper, R., Spray, K. L., Bellis, W. H., Hamilton, J. L., & Barkmann, P. E. (2003). Ground Water Atlas of Colorado. Denver, Colorado: Colorado Geological Survey.

Town of Hotchkiss, CO. (n.d.). About the Town. Retrieved February 22, 2013, from Town of Hotchkiss, Colorado: http://townof Hotchkiss.com/about-hotchkiss

U.S. Environment Protection Agency. (2010). 2010 Waterbody Report for Leroux Creek. Retrieved February 22, 2013, from Water Quality Assessment and Total Maximum Daily Loads Information: http://www.epa.gov/waters/ir/index.html

US Environmental Protection Agency. (1996). Managing Non point Source Pollution from Boating and Marinas. Retrieved February 28, 2013, from United States Environmental Protection Agency: http://water.epa.gov/polwaste/nps/outreach/point9.cfm

US Environmental Protection Agency. (2001, July). Source Water Protection Practices Bulletin - Managing Above Ground Storage Tanks to Prevent Contamination of Drinking Water. EPA Office of Water.

US Environmental Protection Agency. (2002, May). Potential Environmental Impacts of Dust Suppressants: "Avoiding Another Times Beach". Retrieved February 28, 2013, from United States Environmental Protection Agency: http://www.epa.gov/esd/cmb/pdf/dust.pdf

USDA- Natural Resources Conservation Service. (2013, March 28). Snow- Precipitation Update. Retrieved March 28, 2013, from ftp://ftp.wcc.nrcs.usda.gov/data/snow/update/co.txt

57

DRAFT 4: 4.24.2013

BLM_0157396

USDA Natural Resources Conservation Service. (2013, April). Colorado SNOTEL Sites: . Retrieved
April24, 2013, from NRCS National Water and Climate Center:
http://www.wcc.nrcs.usda.gov/snotei/Colorado/colorado.html
USDA Natural Resources Conservation Service, CSU Cooperative Extension, Colorado Dept. of
Agriculture, Colorado Dept. of Public Health and Environment WQCD, Colorado Dept. of
Natural Resources, State Soil Conservation Board; and the US EPA (n.d.). Well*/\*
SystPetroleum
Storage Management.
USFS Grand Valley Ranger District. (2012, March). Boating Regulations on the Grand Mesa
National forest.
USGS- Southeast Ecological Science Center. (2012, December 14). Frequently Asked Questions
about the Zebra Mussel. Retrieved February 28, 2013, from U.S. Geological Survey:
http://fl.biology.usgs.gov/Nonindigenous_Species/Zebra_mussei_FAQs/zebra_mussel_f
aqs.html
58
DRAFT 4: 4.24.2013
APPENDICES4
A. Contingency Plan
B. Source Water Assessment Report
C. Source Water Assessment Report Appendices
D. MOU Between CDPHE and U.S. Forest Service Rocky Mountain Region
E. Table A-1 Discrete Contaminant Types
F. Table A-2 Discrete Contaminant Types (SIC Related)
G. Table B-1 Dispersed Contaminant Types
H. Table C-1 Contaminants Associated with Common PSOC's
I. Hotchkiss Wildfire Risk Summary Report
4 All appendices are located on the CD version of this SWPP.
59

500130_TembrockW_20160707 Organization: William Tembrock
Received: 7/7/2016 12:00:00 AM
Commenter1: William Tembrock -,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500130_TembrockW_20160707.htm (500130_TembrockW_20160707-
388803.htm Size = 1 KB)
Submission Text
7 July 16

BLM_0157397

BLM,

Thank you for the meeting in Hotchkiss,

My support is for the "North Fork Alternative Plan."

60 plus precent of all federal land is leased why do you want even more especially close to people and water sources?

We know wells polute so keep them away from people and water.

I am concerned about people getting sick and contamination of my domestic water and irrigation water.

Please listen to the caring people of the North Fork.

Sincerely,

William J. Tembrock


500131_HeidemanB_20161027  Organization: Bernie Heideman

Received: 10/27/2016 12:00:00 AM

Commenter1: Bernie Heideman - Hotchkiss, Colorado 81419 (United States)

Organization1:

Commenter Type: Individual

Classification: Substantive

Submission Category: Unique

Submitted As: Regular mail

Form Letter Category: Form letter plus text

Form Letter Master: Form Letter J

Current Task: Review Assigned/Due: zghali

Attachments: 500131_HeidemanB_20161027.htm (500131_HeidemanB_20161027-388935.htm

Size = 9 KB)

Submission Text

10/27/16

UFORMP

BLM

Uncompahgre Field Office

2465 South Townsend Avenue

Montrose, Colorado 81401


Dear RMP Draft Committee,

Thanks for having this RMP process and being open to the possibility of the North Fork Alternative. It has given us a chance to think about this valley and what has been happening here.

We came to the North Fork Valley in the early 70's. We bought a 10 acre apple orchard and became part of the first organic apple growers here. We started Big B's Juices about 30 years ago and ran that company for 18 years. It is going strong and expanding its' markets and products. The valley now has Big B's Juices producing organic apple juices and hard cider, Leroux Creek Foods (now called Wacky Apple) producing organic apple sauce, Rogers Mesa Fruit, packing organic cherries, apricots, peaches, pears and apples, and many organic wine operations. There has been a transition from predominantly chemically sprayed fruit to organically grown fruit. In addition there are many organic farmers and ranchers sustainably raising organic fruits, vegetables, meat, eggs, herbs, and other farm products.

All of this organic agriculture can't be sustained without clean air and clean water. The valley is at the forefront of creating sustainable agriculture and a sustainable economy: All dependent on clean air and clean water.

This area is listed as a Colorado Creative District. In the area are a large public Montessori School, and a public Waldorf School both embracing the nurturing of our young people. The valley is home to KVNF Public Radio Station, which was the first small town public radio station in the US. Last summer there were three "visioning" gatherings that brought young people to the valley. Tribal Vision, The Visionary Summit, and The Wake Up Express all brought young people to the valley. This valley is actively trying to lead the way toward a sustainable economy and a sustainable form of agriculture and will continue to host such visioning gatherings next year. The valley hosts Cherry Days, Cider Fest, the Harvest Festival, and the Delta County Fair.

Further evidence for the uniqueness of this valley:

a) It has been described as "An American Provence" in the book by the same name written by University
of Colorado professor, Thomas Huber. He compares the North Fork Valley with its vineyards to the famous wine
growing region of southern France. http://www.merchantheraid.com/geograpber-says-the-north-fork-is-anarnerican-
provence/ This valley was also featured in the book At Mesa's Edge: Cooking and Ranching in Colorado's North Fork Valley https://www.amazon.com/At-Mesas-Edge-Ranching-Colorados/dp/0618221263

b) This valley was designated by the state of Colorado as a Colorado Certified Creative District in 2013.
Information on the significance of this designation can be viewed at
http://www.coloradocreativeindustries.org/showcase/colorado-creative-districts

c) Delta County was recently awarded three Blueprint 2.0 Initiatives by the Colorado Office of Economic Development and International Trade. The Initiatives include Strengthening Local Business Brand,
Adaptive Reuse Workshop and Tourism Promotion. http://choosecolorado.com/h-gov-donna-lynne-announcescolorado-
bluepl·int-2-0-initiative-recipients/
2.

d) The North Fork Valley has also been designated as an American Viticulture Area by the U.S. government. This designation was officially adopted in 2001 and codified at 27 CFR
https://www.gpo.gov/fdsys/pkg/CFR-2016-t.itle27-voli/pdf/CFR-2016-title27-voll-sec9-I72.pdf An American
Viticulture Area is a delineated grape-growing region having distinguishing features as established in Federal
regulation and a name and delineated boundary. This is only one of two such designated areas in Colorado

e) The North Fork Valley has been featured in a number of articles by the New York Times including coverage of
previous attempts to pursue drilling http://www .nytimes.com/20 I 3/02/03/us/coiorado-com.munities-take-on-fightagainst-

energy-land-leases.html? FO and many other articles like this one:
http://www.nytimes.com/2014/06/19/garden/he-found-bis-comer-of-the-sky. htmf.

<([#1 Fracking for natural gas is incompatible with the direction the valley is going. Fracking causes air and water pollution. Any injection wells creates other possibilities for earthquakes and pollution. There is no doubt that fracking is hazardous to the environment. We have read that the total carbon footprint is larger for fracked gas than the carbon footprint of coal (http://www.ucsusa.org/clean energy/our-energy-choices/coal-and-other-fossilfuel/environmental-impacts-of-natural-gas.html ). We asked a geologist why we seem to have chosen to pursue fracked natural gas as a bridge fuel and he said it was because fracking is UNDERREGULATED. This is totally unacceptable. It is now legal to export fracked natural gas. We must not choose to damage this sustainable farming community to make a few dollars exporting natural gas. It makes no sense. #1])>

I want a RMP for our local BLM public lands that doesn't threaten the sustainable use of farm land. That means that there must be monitoring in place to monitor any degrading of the air and water quality and the industries involved must have resources in place to mitigate any lowering of the air and water quality. The current proposed RMP doesn't have sufficient monitoring required. We know there is precedent that coal companies were made to assure no loss of water to ditch companies when they mined under the headwaters of an agricultural ditch. Terror Creek Ditch is one example of that. If industry can't correct any problems they create, THEN THEY SHOULDN'T BE DRILLING. And I would include some way to cover any problems should they declare bankruptcy. We need to include the environmental costs of any new drilling or mining in the cost of the energy they produce. Again, if we can't do it right, we shouldn't be doing it.
We are at a point in the history of the human experiment, where we are considering our impact on the climate. We must learn how to be sustainable. How can we provide for what humans need in an equitable and sustainable way (so as to avoid resource wars)? It makes no sense to take a chance on the sustainability of this agricultural resource for the sake of natural gas extraction. We know there are cost effective renewable resources for producing energy. We must choose, as a country, to embrace them NOW. There are tremendous pressures from the oil and gas industry to cash in on their energy reserves. But these pressures must be resisted. (Similarly, we must change many institutions in our society to be sustainable. This includes agriculture.) On the one hand we have agreed to the Paris Accord on Climate change and yet fracking goes on, pretending it is important to the transition to all renewable energy. We are pretending that fracking is innocuous even when there is clear evidence of pollution, spills, gas contaminating water, increase in earth quakes, and health consequences to neighbors of gas wells.
We support the North Fork Alternative Bl although we would prefer the NO FRACKING alternative.

<([#2 [21.1] The draft RMP states that "When there are conflicts among resource uses or when a land use activity could result in unacceptable or irreversible impact on the environment, the BLM may restrict or prohibit some land uses in specific areas."
Based on the comments presented above, there is definitely a conflict between the extraction of the gas resource and the prevailing land use in the North Fork Valley. Additionally, the land use activity of producing natural gas would result in unacceptable and irreversible impacts on the

BLM_0157400

environment in the North Fork Valley. Therefore, the leasing of any federal fluid minerals within the borders of the NF AP should be prohibited and this prohibition on further leasing incorporated into the alternative chosen for the revised RMP or at the very least, those in Alternative B1. This is the only way to preserve and protect the integrity of this unique and renowned part of Colorado.

#2])> Gas exploration and development is not compatible with the economic culture of this valley and in fact, its very presence would threaten its highly regarded reputation as an organic agricultural area. At the bare minimum, I urge you to please include all proposed actions in the North Fork Alternative, B1, in the final RMP.

Thank you for your consideration,

Bernie and Adrianna Heideman

11126 3500 Rd

Hotchkiss, CO 81419

970-872-2172

heideman@paonia.com


500132_DatskoR_20160823_HasAttach Organization: Robert Datsko
Received: 8/23/2016 12:00:00 AM
Commenter1: Robert Datsko - Ridgeway, Colorado 81432 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 8/23/2016 12:00:00 AM
Attachments: 500132_DatskoR_20160823_HasAttach.htm
(500132_DatskoR_20160823_HasAttach-388814.htm Size = 6 KB)
UFORMP_500132_DatskoR_20160823_HasAttach.pdf
(500132_DatskoR_20160823_HasAttach-388816.pdf Size = 503 KB)
Submission Text
First Name Robert Last Name Datsko Date 8-23-16
Mailing Address 510 Redcliff Circle, Unit 202
City Ridgeway
State CO Zip 81432
E-mail Address: Robertdatsko@yahoo.com


I have a concern that commercial interest and especially oil & Gas drilling and/or fracking will cause excess light pollution in RMP/EIS area. Dark night skies are a valuable resource to humans and wildlife. With light pollution increasing nationwide, there are increasingly fewer places people can go to enjoy and be inspired by dark starry skies. The area of the RMP/EIS is on of these rare special places and should be protected from light pollution.

Fracking operations typically cause lots of light pollution. Many bright lights and bright flares from gas being burned off are huge sources of light pollution. And totally incompatible with the need to maintain these BLM lands so that future generations can enjoy their natural beauty and

dark skies.

The population of the Bakken oil field area in North Dakota (see Exhibit A) is relatively small, yet the tremendous light pollution created by there is comparable to many large hight population metropolitan areas in the U.S.
I feel that serious consideration of protecting the natural beauty of these BLM lands is the RMP area including dark skies is critical.

I feel that the oil and gas drilling and fracking operation in this area is incompatible with the above objective.
If these operations are permitted, then strict lighting and gas flare rules must be followed. And less excessive glare lighting will actually add to the safety of oil workers (see Exibit B)

The international dark sky association (IDA, see darksky.org) has published the following guidelines to help protect the night skies:

1. Light only what and where you need.
2. Use energy efficient blubs and only as bright as you need (use lowest watt bulb that is practical)
3. Shield all lights and direct them down. There must be no glare visible horizontally upward.
4. Only use light when you need it. Consider a timer or motion sensor to activate light.
5. Use only "soft white" or amber bulbs burning in the 3000*K range. These produce a warm amber color that minimizes light pollution produced. Prohibiting "daylight" bulbs that burn in the 5000*K range, produce a stark, harsh blue-white color and cause extreme light pollution.

One additional suggested requirement:
All gas flares must be fully enclosed in a vertical metal shroud to eliminate all horizontal glare from the flare (shield the flare)

Thank you for your consideration.
Sincerely,
Rob Datsko


Exhibit B
Pioneer Rig No.29
THE STARRY SKIES of lonesome West Texas have inspired many a cowboy poet. But more recently, the country has become better known for its pumpjacks and its vast resources beneath the ground.

The Permian Basin is a vast reach of New Mexico and Texas home to one of the nation's greatest fossil fuel deposits. The boom of recent years in American oil and gas drilling and hydraulic fracturing- now on the decline- brought bright flames and facilities for transporting fuel and housing workers. These oil fields glow at night because drilling and refinery operations burn off vast amounts of gas to maintain proper pressure or simply because the flammables are too tough to transport. Billions of dollars' worth of fossil fuels are lost to the practice every year.

Floodlights and portable light towers are also found throughout the oil fields. This light pollution seeps into Big Bend National Park, another Of the recently minted Dark-Sky Parks. McDonald Observatory in the nearby Davis Mountains also looks out onto the Permian Basin. And in 2011, the Texas Legislature passed a law mandating shields on outdoor lights throughout the counties surrounding the observatory. But that didn't stop the counties to its north from granting some 5,000 oil-drilling permits between 2010 and 2015. The flares aren't the biggest problem, either. Stacey Locke says he, too, learned to love the night under these heavens. So, as fights erupted between night-sky proponents and drilling companies, Locke- the CEO and president of Pioneer Energy Services, which provides contract drilling services -"has become an unlikely ally of the observatory. In recent years, Locke has teamed with veteran McDonald Observatory astronomer Bill Wren on a plan to protect the heavens

and the oil exploration. They started with a single, typical site -Rig No. 29. Even the workers there were unhappy with the lighting conditions because of glare from "360 lights," an unshielded, blast-resistant lamp that cast a dangerous glare on instrument panels. The workers had crammed a rag into the wire mesh around the light to help block some of the stray light. Similar skyglow problems plagued the stairwell. The study Wren and Locke published based on their work at Rig No. 29 showed that not only could they improve dark skies in West Texas, they could also reduce costs and make oil drilling safer for workers.

500134_NoName_20160901  Organization:
Received: 9/1/2016 12:00:00 AM
Commenter1: - ,
Organization1:
Commenter Type: Anonymous
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison 12/15/2016 12:00:00 AM
Attachments: 500134_NoName_20160901.htm  (500134_NoName_20160901-388817.htm  Size = 17 KB)
UFORMP_500134_NoName_20160901.pdf  (500134_NoName_20160901-388818.pdf  Size = 881 KB)
Submission Text
8/24/2016

New peer-reviewed published paper by Digiulio & Jackson, Pavillion Wyoming aquifers contaminated by fracking: Only one industry is allowed to inject toxic ...
Ernst v. EnCana Corporation
Landowner Jessica Ernst sues EnCana and Alberta government regulator's over water contamination
Current lawsuit not only in Pavillion Wyoming

New peer-reviewed published paper by Digiulio & Jackson, Pavillion Wyoming aquifers

BLM_0157403

contaminated by tracking: Only one industry is allowed to inject toxic chemicals into underground sources of drinking water - hydraulic fracturing

Postedon ~..._2.ll~ byadmin ~l ·,..\---- ~ { ~ ~ lM.-~

Only one industry is allowed to inject toxic chemicals into underground sources of drinking water - hydraulic

fracturing or ".{racking."

Who fixes aquifers frac'd by Encana?

When?

***

Impact to Underground Sources of Drinking Water and Domestic WelLS' fi·om Production Well Stimulation and Completion Practices in the Pavillion, Wyoming, Field by Dominic C. DiGiulio and

Robert B. Jackson, embargoed to March 29, 2016, Journal of Environmental Science and Technology

[IMAGE].. ,

From Digiulio and Jackson's ~:

• Domestic Well

• Production Well * P & A Production Well

t EPA Monitoring Well

h up://ww w .ernst versusencanu·.c:a/ new -peer-rev icwed-pub I is hed-pnper-by -dig ui I io-jackson-on I y -one-indus 1 ry-is-ai l owed-to-i nject-Loxi c-chcmical s-i nto-undcrg rou nd -~o. .

• I /9

R/?4/?0in N~w p~.~r-re.vi~w~rl p11hlish~rl r~r"r hy Digi11Iin lir J~rksnn, P~villion Wyoming aquifers contaminated by fracking: Only one industry is allowed to inject toxic ...

Figure 1. Central portion of the Pavillion Field illustrating locations ofrlnnw.stir. watPr wP!Is, prorlur.tion wP./Is,

plugged and abandoned (P&A) wells, and EPA monitoring wells (labeled). The entire Field, with labels for

production and domP.sh"r. wPTls and approximate

locations of unlined pits, is illustrated in Figure SI As. The geographic area in which the Field is located is

illustrated in Figure SIAl.

Compare to Encana's energy wells at Rosebud:

Shallow Gas Wells Drilled and Frac'd Near Rosebud, Alberta

Circles: EnCana Wells Perforated and or Hydraulically Fractllred Abo11e the Base of Groundwater Protection before Aprii 2D06

Sojid dots: Enema Wells Perforated and or Hydraulically Fr;:;ctu red ,-'\bi}lle 200m IJefore April 2006

[IMAGE]- approx•n>ate location of Em~t propertyj - 1 mi le

http: //www .ernstvers usencana.ca/new -peer-rev iewed-published-paper-by-d igui I i o-jackson-onl y-onc-i nd ustry-i s-allowed-to-i nject-tox i c-chemical s-i nto-underground-so. , . 2/9

8/24/2016 New peer-reviewed published paper by Digiulio & Jackson, Pavillion Wyoming aquife1s contaminated by fracking: Only one industry is allowed to inject toxic ...

[IMAGE]

1600

1400

.~ s 1200

......J 1000 (/}

<~ 800 '-' •• • = 600 • 0 " ~~ 400

~

w 200 ·

0

-200

1960

• Top of Acidizcd Interval- Wind River Formation

• Top of Hydraulic Fracturing Interval ~Wind River Formation

.. Top of Acid1zcd Interval - Fort Ut1ion Formation

~ To ofH ·draulic Fracturin Interval~ Fort Union Fom1ation

r --Appro ·1 'ate Lana sur ace~

•

• - .

• •

~ .. t

,· "

"" .. ,·.

1970  1980  Year 1990 2000 20t0

a

0

~200

~400

-600

-800

-1000

~1200

-1400

~1600

-1800

Figure 2. (a) Elevation in absolute mean seal level (AMSL) and approximate depth below ground surface of

documented acid and hydraulic

fracturing stimulation stages.

Acid stimulation and hydraulic fracturing occurred as shallowly as 213 and 322 m bgs [m bgs = metres below

ground surface], respectively, at depths comparable to deepest domestic groundwater use in the area (Figure 2a).

[Compare to Encana fracing about 200 gas wells into the fresh water zones at Rosebud, of which about 6o

gas wells were more shallow than 200 metres bgs, including intentionally into the community's drinking

water aquifers, the two most shallow gas wells perfd at 100.5 m and 121.5 m bgs]

http://www.emstversusencana.ca/new-peer-reviewed-published-paper-by-diguilio-jackson-only-one-industry-is-allowed-to-inject-toxic-chemicals-into-underground-so...  3/9

BLM_0157405

8/24/2016  New peer-reviewed published  paper by Digiulio  & Jackson, Pavillion  Wyoming aquifers contaminated  by frackin~::  Only one industry  is allowed to inject toxic ...

[IMAGE]

h II p:/fwww .ernsr 1rers usencana.ca/new-pcer-rcl• icwcd-p ubi ishcd -paper-by-dig  u i I i o-jackson-ool  y-o nc-i ud ust ry -is-aU owcd-to-i njcc t-toxi c-che mi cal s-into -u r1dcrgrou nd-so. . . 419

8/24/2016  New peer-reviewed published  paper by Digiulio  & Jackson, Pavillion  Wyoming aquifers contaminated  by fracking:  Only one industry  is allowed to inject toxic ...

[IMAGE]

[Pink circles indicate contaminants  found by regulator in Rosebud drinking  water.]

Figure 4. Summary of organic compounds  detected by EPA in MWo1 and MWo2 during  Phase III, IV, and V

sampling events. Glycols,  alcohols,  and low molecular  weight organic acids were not analyzed in Phase III.

Alkylphenols  and methanol (GC-FID method) were only analyzed in Phase V. Organic compounds  detections for

MW01 and MWo2 are summarized  in Table SI E3a and Table SI E4a, respective

Our investigation  highlights  several important  issues related to impact to groundwater from unconventional  oil

and gas extraction.  We have, for the first time, demonstrated impact to USDWs as a result of hydraulic fracturing.

Given the high frequency of injection  of stimulation  fluids into USDWs to support CBM extraction

and unknown  frequency in tight gas formations,  it is unlikely  that impact to USDWs is limited  to the Pavillion  Field requiring  investigation  elsewhere.

Second, well stimulation  in the Pavillion  Field occurred many times less than 500 m from ground surface and, in some cases, at or very close to depths of deepest domestic  groundwater use in the area. Shallow hydraulic  fracturing  poses greater risks than deeper fracturing does, especially  in the presence of well integrity  issues as documented here in the Pavillion  Field.

Additional  investigations  elsewhere are needed. Finally,  while disposal of production  fluids in unlined  pits is

a legacy issue in Wyoming,  this practice has nevertheless caused enduring groundwater contamination  in the

Pavillion  Field. Impact to groundwater from unlined  pits is unlikely  to have occurred only in the Pavillion  Field, necessitating  investigation  elsewhere. [Emphasis  added]

http://www.ernstversusencana.ca/new-peer-reviewed-published-paper-by-diguilio-jackson-only-one-industry-is-allowed-to-inject-toxic-chemicals-into-underground-so.  .• 5/9

acksQfl !!a"illiGA  ¥Gflling  quifclll.oonllll'!1tll.1led,b  f!iackin., · Gnly Gn '-Ad tiStlo/-is.allowcd-!o injccttoxi ...

Why haven't "experts"  like  Dr. John Cherry and frac patent holder Dr. Maurice Dusseault asked Encana and AER

to hand over the data (or ask Ernst for copies of the data she complied  from the regulator's database), analyzed it

and published a paper like this on Encana illegally fracturing much more shallow into Rosebud's drinking water

aquifers in Alberta than Encana did/ does at Pavillion Wyoming?

Too busy with this:

[IMAGE]

Stanford researchers show fracking's impact to drinking water sources Press Release by Rob Jordan, EMBARGOED UNTIL 9 a.m. PDT March 29, 2016

Media contact:

Dominic DiGiulio, Visiting Scholar in Stanford's School of Earth, Energy & Environmental Sciences, (580) 279-

9283, ddig:iuli@stanford.edu

Rob Jackson, School of Earth, Energy, and Environmental Sciences: (650) 497-5841,

rob.iackson@stanford.eduRob Jordan, Stanford Woods Institute for the Environment: (650) 721-1881,

l1

Bjorn Carey, Stanford News Service: (650) 725-1944, bccarey@stanford.ed iJ

Email subject. line: STANFORD: TK

Video/photos: Various photo options (captions and credits in file names):

https: // stanford.app.box.com/files / o /f/7060645141/pavillion

Summary: Common industry_practices may have widespread imnac.ts on drinking water t:es~urces

Only one industry is allowed to inject toxic chemicals into underground sources of drinking water - hydraulic

fracturing or "fracking." Concerns about this practice have riled the U.S. political landscape and communities

around the country, perhaps nowhere more so than in Pavillion, Wyoming, population 231.

hll p://w ww .ernst 1•crs uscncan a.ca/ncw-pccr-r vi cwed-pu bl i shad-paper-by-dig u i I io -jackson -on I y-o nc-i n dust ry -is-a llowcd-to-i njcct-loxi c-chcmical s -i n lo-undc rgrou nd-so. . . 6/9

8/24/2016 New peer-reviewed published paper by Di giulio & Jackson, Pavillion Wyoming aquifers contaminated by fracking; Only one industry is allowed to inject toxic ...

A new Stanford study published in Environmental Science & Technology finds for the first time that fracking operations near Pavillion have had clear impact to underground sources of drinking water. The research paints a picture of unsafe practices ranging from the dumping of drilling and production

fluids containing diesel fuel and high chemical concentrations in unlined pits to a lack of adequate cement

barriers to protect groundwater.

Fracking operators -the well fi eld has gone through several corporate hands since the 1960s [Encana is the

current operator there, and has been for over a decade] -used acid and hydraulic fracturing treatments at the

same depths as water wells in the area. [Just like Encana did at Rosebud, Alberta, but hundreds of

metres more shallow than at Pavillion]

Pavillion, WY

BLM_0157407

ww Methane
[IMAGE]
W30 808
(highest found by the EPA
in 201 0 in citiZen water weJis)
Rosebud Alberta
ww Methane
IJg/L
V 42.800 before steam deaning
V 66,300 after steam de<ming
s 26,200
R 38,360
Ernst 36,525
Hamlet 3,610 (from reservoir, not wells)
Above after Encana frac'd Rosebud
aquifers
L s
4 miles to theSE of Rosebud. where EnCana
did not fra c the aquifers.
Slides from Ernst presentations
"This is a wake-up call," said lead author Dominic DiGiulio, a visiting scholar in Stanford's School of Earth,
Energy & Environmental Sciences. "It's perfectly legal to inject stimulation fluids into underground
http://www.ernstversusencana.ca/new-peer-revi ewed-publi shed-paper-by-diguilio-jackson-onl y-one-induslry-is-allowed-to-inject-toxic-chemicals-into-underground-so. .. 7/9
8.1'A4~J.6-~-t>tt~f~ile&fJap~~aeksGrt;-Ptwtl~tmliftg-~tttfers cl),l&r rtirt l'Cd-by-fmol..'ifl~ne-Tndus~WC'd o-Mjeet-toxie=--drinking
water resources. This may be causing widespread impacts on drinking ·water resources."
[At the time ofF.ncana fracing and contaminating the: drinking w:tte:r aquife:rs at Rose:hml, Alberta, in 2004, it was illegal. Since then, Alberta regulators and politicians steadily & secretly removed water protections and deregulated (while lying to the public and claiming the opposite), making it now legal to frac drinking water supplies, vertically, horizontally, and with deviated or slant well bores, and making it legal to now divert fresh water from shallow frac'd zones without a
permit under the Water Act.]
"Decades of activities at Pavillion put people at risk. These are not best practices for most drillers," said
co-author Rob Jackson, the Michelle and Kevin Douglas Provostial Professor at the School of Earth, Energy &
Environmental Sciences. "There are no rules that would stop a company from doing this anywhere
else," added .Jackson, a senior fellow at the Stanford Woods Institute for the Environment and at the Precourt
Institute for Energy. [Meanwhile, every jurisdiction, including in Canada, boast (lie) they have the best regulations

in the world protecting health and drinking water supplies and that fracing is absolutely safe]
As part of the so-called frackwater they inject into the ground, drilling companies use proprietary blends that can
include potentially dangerous chemicals such as benzene and xylene. When the wastewater comes back up after
usc, it often includes those and a range of potentially dangerous natural chemicals.
The study, based on publlcally available records and documents obtained through the Freedom of Information Act, is part of J acl{Son's ongoing research on shallow fracking and its impact on groundwater. He and his colleagues have done various studies across the United States and in the Pavillion
Field, an area of Wyoming's Wind River Basin pocked by more than 180 oil and gas wells, some of them plugged
and abandoned.
Back in 2008 [residents of Rosebud began complaining of their water wells going dry or becoming contaminated
in 2004], the residents of Pavillion complained of a foul taste and odor in their drinking water and questioned
whether it was related to physical ailments. In 2011, the EPA issued a preliminary report putting the tiny town at
the center of a growing fracking debate.
The EPA report, which linked shallow fracking to toxic compounds in aquifers, was met with heavy criticism from the drilling industry and state oil and gas regulators [globally, is there such a
thing as a regulator, when it comes to fracking unconventional oil and gas?]. Three years late, having never
finalized its findings, EPA turned its investigation over to Wyoming [which Encana took over with a $1.5 million
US dollar donation, aka bribe to control the state's investigation outcome 1. The state released a series of
reports without firm conclusions, and, as oflast month, has said there are no firm plans to tal(e further action. In the meantime, the Agency for Toxic Substances and Disease Registry has advised area residents to avoid bathing, cooking or drinking with water from their taps.
The new Stanford study goes a step beyond the 2011 EPA report
to document not only the occurrence of fracking chemicals in
underground sources of drinking water, but their impact on that
water, making it unsafe for use.
hltp://www.emstversusencana.ca/new-peer-reviewed-published-paper-by-diguilio-jackson-only-one-industry-is-a11owed-to-inject-toxic-chemicals-into-underground-so... 8/9
8/24/2016 New peer-reviewed published paper by Digiulio & Jackson, Pavillion Wyoming aquifers contaminated by fracking: Only one industry is allowed to inject toxic ...
The ripple effect goes well beyond Pavillion.
"Geologic and groundwater conditions at Pavillion are not unique in the Rocky Mountain region," said DiGiulio.
"This suggests there may be widespread impact to underground sources of drinking water as a result of unconventional oil and gas extraction."
To avoid what happened in Pavillion, Jackson and DiGiulio suggest further investigation and

BLM_0157409

regulations to limit

shallow fracking [What good will that do? Companies and regulators will just ignore them, as they

did/ do in Canada and everywhere else fracing occurs. Besides, Davis in the UK called for 6oo .metres minimrrm s eparation between fracs and drinking water aquifers in 2012, to zero action from regulators anywhere. A few months later, the AER (then ERCB) deregulated with Frac Directive 083 to enable further ultra shallow shale and sands frac impacts to drinking water without any mandatory baseline monitoring] and require deeper protective casings. [What good will

that do when companies perforate the casing and frac directly into drinking water supplies, destroying the protection?] Wyoming does not require cementing to surface casing [no wonder, with

companies like Encana perforating and fracing right into drinking water supplies!], and only two U.S. states, Colorado and Texas, have special requirements for shallow hydraulic fracturing [Is anyone

investigating to see if those requirements are being heeded by companies? With the many frac hits, damages and water contamination cases in Colorado and Texas, it appears unlikely]. Safeguards mean little, however, if they are not enforced- something the U.S. Environmental Protection Agency

has done a mixed job with, according to Jackson. "The EPA has consistently walked away from investigations where people and the environment appear to have been harmed" by fracking's impact on groundwater, Jackson said. -30- [Emphasis added]

This entry was posted in Global Erac News. Bookmark the~-

Ernst v. EnCana Corporation

Proudly powered by WordPress.

http://www.ernstversusencana.ca!new-peer-reviewed-published-paper-by-diguilio-jackson-only-one-industry-is-allowed-to-inject-toxic-chemicals-into-underground-so...  9/9

500135_YorkS_20161101  Organization: Sandy York
Received: 11/1/2016 12:00:00 AM
Commenter1: Sandy York - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison 12/15/2016 12:00:00 AM
Attachments: 500135_YorkS_20161101.htm (500135_YorkS_20161101-388820.htm  Size = 5 KB)
UFORMP_500135_YorkS.pdf (500135_YorkS_20161101-388822.pdf  Size = 145 KB)
Submission Text
To Whom It May Concern:

My name is Sandy York and I currently own a home and am a resident of Paonia, CO. Please "incorporate by reference" my previous letter for details on how this sale effects me and the parcel that effect my household water supply and my irrigation shares/rites. But this isn't just about me. It is about us. WE THE PEOPLE of the North Fork Valley, WE THE PEOPLE of Delta County, WE THE PEOPLE of the western slope, WE THE PEOPLE of Colorado, and WE THE PEOPLE of the United States of America. Please let me give you at least 3out of 6 facts as to why I think gas-drilling never need to be near residents. Ones that your EA did not take into account.

FACTS:

1. There are know and studied environmental concerns with hydraulic fracturing (Department of Energy report of 2011 indicated a substantial risks for environment and serious health consequences for those who live close to drilling operations.)-one incident which is confirmed as related to natural gas drilling is in Pavillion Wyoming.
MY CONCERN: Of the 9000 miles of streams in Colorado only 168 miles are GOLD MEDAL WATERS and we live on the North Fork of the Gunnison River, the headwaters for a GOLD MEDAL WATERWAY. Do we really want to risk one incident into those waterways? Perhaps an Environmental Impact statement taking these Gold Medal waterways into account is needed especially in regard to horizontal fracking which your EA did not take into account.

2. Emissions associated with natural gas development and production, is from combustion, NOX(example: diesel trucks running continuously for 36 hours during the fracking process) Another group of emissions that are routinely
vented in to atmosphere that linked with natural gas itself are volatile organic compounds- BTEX/ (VOCs), neurotoxins. The VOC's are especially impactful on health. Health effects of exposure to these chemicals include neurological problems, birth defects, premature births, and cancer. MY CONCERNS for this are professional. Never in my 40 years as a Speech and Language therapist have I had the number of neurological issue with children on my caseload. I currently have 10 non-verbal neurological impaired children in 3 pre-schools in Delta CO. Schools, in the city of Delta and that is just my caseload. Currently as part of the childfind team- we take referrals from doctors, parents, teachers, and NICU referrals from St. Mary's hospital in Grand Junction. This year is it highest number I have ever had and the year is not over. This includes the increased number of NICU infants from St. Mary's Hospital in Grand Junction. I use to tell people that were pregnant to stop drinking their tap water and now maybe I should tell them to stop breathing the air. I believe we are already in "HARM'S WAY" in regard to this, from drilling already on the western slope.

3. An Analysis of potential adverse impacts to air quality was taken at Walker Field in Grand Junction, which is some 60 miles away and at a substantially lower elevation in a desert valley floor. Which does not fully consider the
daily diurnal winds that occur in the south facing slopes of the Grand Mesa. When coupled with inversions that are common in this North Fork area, the impact can be significant and should be and have not been analyzed, especially in regard to the negative impacts to agriculture located in

the North Fork Valley. This green lovely valley provides 68% of the apples grown in Colorado. This needs to be studied prior to the sale-now-not later.

The Preamble to the constitution states that WE THE PEOPLE established the Constitution for many reasons, one of them being to promote the general welfare, and I do not believe that drilling natural gas around residents, schools. waterways, watersheds, nursing homes, ets. promotes our general welfare, nor does it insure domestic tranquility.- and that is why I support the NO ACTION/NO LEASING/NORTH FORK ALTERNATIVE. Please reference my previous letter in regard to the other 3 facts and "incorporate by reference". I know that leasing does
not impact the environment-but what that individual/company does with that lease could and would if natural gas drilling occurs in this pristine valley. The BLM cannot put off analyzing the impacts of oil an gas development to a future date, all impacts must be analyzed before the selling of these leases. PLEASE 63% of the North Fork
Valley wrote you not to lease to natural gas drilling individuals and/or companies. LISTEN TO US AND DO NOT PUT US IN HARM'S WAY. And if you do,( and I believe that oil and natural gas drilling does, for I am a former resident and land owner in Parachute, Colorado and I have seen, smelled, heard, the up close and personal horrors that occurred there on my 40 acreas backed to BLM land), then you will hear from me again and again and again. I believe it goes against my constitution rights and I will stand up for what I believe in time and time again.

Sincerely,

Sandy York
208 Minnesota Ave.
Paonia, Co. 81428
970-901-2944
sandykyork@gmail.com


500136_YorkS_20161101  Organization: Sandy York
Received: 11/1/2016 12:00:00 AM
Commenter1: Sandy York - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison 12/15/2016 12:00:00 AM
Attachments: 500136_YorkS_20161101.htm (500136_YorkS_20161101-388823.htm Size = 17 KB)
UFORMP_500136_YorkS_.pdf (500136_YorkS_20161101-388825.pdf Size = 652 KB)
Submission Text
Dear Bureau of Land Management,
Please accept my comments on the new RMP. I am a resident of Paonia Colorado and this is not

the first letter I have written in regard to the risk to watersheds, humans, and animals of Natural gas fracking. In my first letter I gave you current research facts, in my second letter I appealed to you from my heart. I am 65 years old and have worked since I was 14 years of age. I have raised 4 sons, gotten numerous degrees and seen pristine beautiful lovely vista and a former landowner from Parachute Colorado. I have been up close to the horrors of natural gas drilling and fracking. The noise and vibration of the fracking, which literally made my dog, cower in the corner. The smell of chemicals-the bright glaring lights coming through my bedroom window, the greasy film on my plants and cars, let alone my hair when I was outside upwind from the rig that lay near my property. The caution signs that state that Hydrogen Sulfide is probably present. I left-took a loss on my home and started over. Now after about 15 years I have finally recovered and will retire in about 4 years in a house paid for- in what I thought would be free from these horrors. And here they come again. Please stop this madness. <([#1 [30.3] Your reports do not consider many factors one being the fact that this is now an agriculture organic farm area and no longer a coal town, plus the outfitters for elk in this area exceed 54 million per year, and if fracking begins, the elk will leave. #1])> I have enclosed a recent article from Mother Earth News. It tells you of recent research done by Dominic C. DiGiulio and Robert B. Jackson who published their research about fracking flaws in the journals of "Environmental Science and Technology". Their
published findings show that not only did fracking operations pose an above and below ground risk to drinking water, they strongly affected both. Just one more thing--- would you lease these parcels if your property was near it--- if the answer to that is no-then do not lease these parcels that are near me or anyone-and if the answer is yes-then come buy my place for what I owe and I will move away. What you do to the earth-you do to yourself. Please don't add any more wells to this area PLEASE STOP!!!! Let me retire without these horrors outside my windows. I request the BLM place a moratorium on all oil and gas development in the North Fork area and if a no leasing option is not a possibility in this area then please consider the North Fork Alternative.

Sincerely,
Sandy York MS/CCC/SLP
208 Minnesota Ave.
Paonia, CO. 81428
970-901=2944
8/24/2016  Stanford researchers show fracking's impact to drinking water sources

Stanford News (http://news.stanford.edu/)

MARCH 29, 2016
Stanford researchers show fracking's impact to drinking water sources
A case study of a small Wyoming town reveals that practices common in the fracking industry may have widespread impacts on drinking water resources.
BY ROB JORDAN

Only one industry is allowed to inject toxic chemicals into underground sources of drinking water- hydraulic
fracturing, or "fracking." Concerns about this practice have riled the U.S. political landscape and

BLM_0157413

communities
around the country, perhaps nowhere more so than in Pavillion, Wyoming, population 231.

A new study by Stanford scientists published in Environmental Science & Technology
(http://pubs.acs.org/journal/esthag) finds for the first time that fracking operations near Pavillion
have had clear impact underground sources of drinking water. The research a picture of unsafe
practices including the dumping of
drilling and production fluids containing diesel fuel, high chemical concentrations in unlined pits
and a lack of
adequate cement barriers to protect groundwater. The well field has gone through several
corporate hands since
the 1960s, but various fracking operators have used acid and hydraulic fracturing treatments at
the same depths as

Environmental Protection Agency staff members sample a monitoring well for contaminants
from hydraulic fracturing. water A Stanford study in Pavillion, Wyoming, finds that practices
wells in the area. common in the fracking industry have affected the community's drinking water.
(Image credit Dominic DiGiulio)

"This is a wake-up call," said lead author Dominic DiGiulio, a
visiting scholar at Stanford School of Earth, Energy &
Environmental Sciences. "It's perfectly legal to inject stimulation fluids into underground
drinking water
resources. This may be causing widespread impacts on drinking water resources.'
"Decades of activities at Pavillion put people at risk. These are not best practices for most
drillers," said co-author Rob Jackson (http://earth.stanford.edu/rob-jackson), the Michelle and
Kevin Douglas Provostial Professor at the School of Earth, Energy & Environmental Sciences
(http://earth.stanford.edu/).
As part of the so-called frackwater they inject into the ground, drilling companies use proprietary
blends that can include potentially dangerous chemicals such as benzene and xylene. When the
wastewater comes back up after use, it often includes those and a range of potentially dangerous
natural chemicals.

http://news .stanford .edu/20 !6/03/29/pavillion-fracking -water-0329!6/ 1/3
8/24/2016 Stanford researchers show fracking's impact to drinking water sources

"There are no rules that would stop a company from doing this anywhere else," said Jackson,
who is also a senior fellow at the Stanford Woods Institute for the Environment
(http://woods.stanford.edu) and at the Precourt Institute for Energy (http://energy.stanford.edu/).
The study, based on publicly available records and documents obtained through the Freedom of
Information
Act, is part of Jackson's ongoing research on shallow fracking and its impact on groundwater. He
and his
colleagues have done various studies across the United States and in the Pavillion Field, an area
of Wyoming's
Wind River Basin pocked by more than 180 oil and gas wells, some of them plugged and

BLM_0157414

abandoned.

Back in 2008, the residents of Pavillion complained of a foul taste and odor in their drinking water and questioned

whether it was related to physical ailments. In 2011, the U.S. Environmental Protection Agency issued a

preliminary report putting the tiny town at the center of a growing fracking debate.

The EPA report, which linked shallow fracking to toxic compounds in aquifers, was met with heavy criticism from the drilling industry as well as state oil and gas regulators. Three years later, having never finalized its findings, EPA turned its investigation over to Wyoming. The state released a series of reports without firm conclusions, and, as of last month, has said it has no firm plans to take further action. In the meantime, the federal Agency for Toxic Substances and Disease Registry has advised area residents to avoid bathing, cooking or drinking with water from their taps.

The new Stanford study goes a step beyond the 2011 EPA report to document not only the occurrence of fracking chemicals in underground sources of drinking water but also their impact on that water that is making it unsafe for use.

The ripple effect goes well beyond Pavillion.

"Geologic and groundwater conditions at Pavillion are not unique in the Rocky Mountain region," said DiGiulio. "This suggests there may be widespread impact to underground sources of drinking water as a result of unconventional oil and gas extraction."

To avoid what happened in Pavillion, Jackson and DiGiulio suggest further investigation and regulations to limit shallow fracking and require deeper protective casings. Wyoming does not require the cementing of surface casings, and only two U.S. states, Colorado and Texas, have special requirements for shallow hydraulic fracturing. Safeguards mean little, however, if they are not enforced - something the EPA has done a mixed job with, according to Jackson.

"The EPA has consistently walked away from investigations where people and the environment appear to have

been harmed" by fracking's impact on groundwater, Jackson said.

Media Contacts

Dominic DiGiulio, Stanford School of Earth, Energy & Environmental Sciences: (580) 279-9283, ddigiuli@stanford.edu

Rob Jackson, School of Earth, Energy & Environmental Sciences: (650} 497-5841, rob.jackson@stanford.edu

Rob Jordan, Stanford Woods Institute for the Environment: {650) 721-1881, rjordan@stanford.edu

http:/ /news.stanford.edu/20 16/03/29/pavillion-fracking-water-032916/ 2/3

8/24/2016 Stanford researchers show fracking's impact to drinking water sources

e(mailto:?

subject=An%20interesting%20article%20from%20Stanford%20News&body=I%20want%20to

%20share%20this%

http://news .stanford .edu/20 16/03/2 9/pavill i on-f racking -water -032 916/ 313

BLM_0157415

8/24/2016  The Depths of Hydraulic Fracturing and Accompanying Water Use Across the United States- Environmental Science & Technology (ACS Publications)

Environ. Sci. Techno/. · Environ. Sci. Techno/. Lett.

Brow•e the Journal About the Journal

Policy Analysis •revious Article Next Artich Table of Contents

The Depths of Hydraulic Fracturing and Accompanying Water Use Across f the United States

Rober!_!:!.:. Jacksor(t:f:§, _!;l_l~_f.!, .. Low .t . Am Pick~'· Man-: KB£1..Qt. ~.!£.1:'li<;i.i!:'li.CJ.t, and Kai~-~'2!!.2.1.

TSchool of Eanh. Energy, and Environmental SCiences. Woods InsOiule for the Environment, an Precourt Institute for

Energy, Stanford University, Stanford, California 94305, United States

1 Nicholas Institute for Environmental Policy Solutions, Duke University, Durham, North Carolina 27708, United States

J. School of Environment and Natural Resources, OARDC, The Ohio State University, Wooster, Ohio 44691, United States

Environ. Sci. Techno/., 2015. 49 (15). pp 8969-<!976

001: 1 0.1 021/acs.est.5b01228

Publication Date (Web): July 21. 2015

Copyright© 2015 American Chemical Society

'Phone: 1-650-497-5841; fax: 1-650-498-5099; e-mail: rob jackson@stanford.edu

Abstract

Reports highlight the safety of hydraulic fracturing for drinking water if it occurs "many hundreds of

meters to kilometers underground". To our knowledge, however, no comprehensive analysis of I hydraulic fracturing depths exists. Based on fracturing depths and water use for -44 000 wells reported between 2010 and 2013, the average fracturing depth across the United States was 8300 It (-2500 m). Many wells (6900; 16%) were fractured less than a mile from the surface, and 2600 wells (6%) were fractured above 3000 It (900 m), particularly in Texas (850 wells), California (720),

Arkansas (310), and Wyoming (300). Average water use per well nationally was 2400000 gallons

(9200000 L), led by Arkansas (5200000 gallons), Louisiana (5100000 gallons), West Virginia (5000000 gallons), and Pennsylvania (4500000 gallons), Two thousand wells (-5%) shallower than one mile and 350 wells (-1%) shallower than 3000 It were hydraulically fractured with >1 million gallons of water, particularly in Arkansas, New Mexico, Texas, Pennsylvania, and I California. Because hydraulic fractures can propagate :woo tt upward, shallow wells may warrant I

i special safeguards, including a mandatory registry of locations, full chemical disclosure, and, where horizontal drilling is used, predrilling water testing to a radius 1000 It beyond the greatest lateral extent. J

http:// pubs .acs.org/doi/abs/ I 0.1 021/acs.est.SbO 1228

Article Options

BLM_0157416

/---8/24/2016  The Depths of Hydraulic Fracturing and Accompanying Water Use Across the United States- Environmental Science & Technology (ACS Publications)

View: ACS Active View PDF I PDF I PDF w/ Links I Full Text HTML 1 W~•nn, Rohert R : ' "" " h i

Citing Articles : Related Con;ent l

Citation data is made available by participants in CrossRef's Cited-by Linking service. For a more comprehensive
list or citations to this article, users are encouraged to perform a search in Sctrmder.

Impact to Underground Sources of Drinking Water and Domestic Wells from Production Well Stimulation and Completion Practices in the Pavillion, Wyoming, Field
Dominic C, DiGiulio and Robert B. Jackson
Environmental Science & Technology2016 50(8), 4524-4536
Abstract I Full Text HTML I PDF I PDF w/ Links

Water Use and Management In the Bakken Shale Oil Play in North Dakota
R. M. Homer. C. B Harto, R. B. Jackson, E. R. Lowry, A. R. Brandt, T. W. Yeskoo, D. J. Murphy, and C. E Clark
Environmental Science & Technology 2016 50 (6), 3275-3282
Abstract I Full Text HTML I PDF I PrJF w/1 inkr,

Products
Journals A-Z
eBooks
1155 Sixteenth Street N.W. CftEN
Washington, DC 20036
CftEN Archives
!J';ICPf.'r13047075 A(5 LegrKy Archivf.'s
Copyright © 2016
ACS Mobile
American Chemical Society Video
Partners
User Resources
Aboul Us
ACS Members
Librarians
Authors & Reviewers
Website Demos
Privacy Policy
Mobile Site
c&e
Graduate students at private schools
may unionize
Chemistry teaching and research assistants
among those looking lo neyullale terms ur
employment
ChemChlna's Syngenta acquisition
clears hurdle
Green light from U.S. security committee

BLM_0157417

comes amid more industry restructuring
ACS Meeting News: Super cool
catalysts oxidize carbon monoxide
ACS Meeting News: Radiochemical
synthesis of fluorinated pyridine offers
new view of the brain
ACS Meeting News: Arnma!l could help
us eat healthy
C&EN Online Current Issue News ASS Feed
More From Archives
Support
Gel Help
For Advertisers
Institutional Sates
Live Chat
http://pubs .acs .org/doi/abs/ l 0.1 021/acs .est.5b0 1228 2/2
8/24/2016 Print Article
New Study on Fracking and Water Contamination
According to yet another study, the hydraulic fracturing (fracking) process used to extract natural
gas can cause drinking water contamination.
August/September 2016
http://www.motherearthnews.com/renewable-energy/energy-policy/does-hydraulic-fracturing-contaminatedrinking-water-zmOz 16aszkin.aspx
By Shelley Stonebrook
Fracking drills go much deeper than our
freshwater aquifers, and unfortunately water
contamination near fracking sites does occur.
Photo by Aunt Spray/Fotolia
For years, researchers, environmentalists, and community members living near horizontal
hydraulic fracturing
("fraculic") sites have argued that this questionable method of extracting natural gas
contaminates drinking
water. In 2011, the U.S. Environmental Protection Agency (EPA) published a controversial draft
report regarding
an investigation of groundwater pollution related to fracking operations near Pavillion,
Wyoming. After
examining above- and belowground instances of contamination, the report found that fracking
processes can
contaminate drinking water. However, EPA scientists were unable to show a widespread,
systemic pattern of
risk, and the investigation was prematurely withdrawn.
Eventually, one of the EPA scientists leading the original investigation, Dominic C. DiGiulio,
left the agency for
a job at Stanford University. This year, he and Robert B. Jackson published findings from the
Pavillion study in
Environmental Science & Technology. Their published findings show that not only did fracking

BLM_0157418

operations pose
an above- and belowground risk to drinking water, they strongly affected both. Most significantly, the report
showed that natural gas companies in Pavillion have failed to maintain aboveground, unlined pits known as
"legacy wells," resulting in local well contamination. Further, the report shows that current fracking in the region
can impact and has affected underground sources of drinking water.
The natural gas industry has refuted that fracking could affect the water supply, but this research provides

http://www .motherearthnews .com/print.aspx?id={04 D8F865-DA3 7-4987 -A338-7E079DB
BAAA I} 1/2
8/24/2016 Print Article

evidence to the contrary. Wenonah Hauter, executive director of the environmental nonprofit Food & Water
Watch, says, "Had the EPA finalized its own study with similar findings on Pavillion years ago, we might have already turned the corner toward a clean energy future."

http://www.motherearthnews.com/print.aspx?id={04D8F865-DA37-4987-A338-
7E079DBBAAA1} 2/2

500137_EtchartE_20161031_HasAttach Organization: Ernie Etchart
Received: 10/31/2016 12:00:00 AM
Commenter1: Ernie Etchart - Montrose, Colorado 81403 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison 12/15/2016 12:00:00 AM
Attachments: 500137_EtchartE_20161031_HasAttach.htm
(500137_EtchartE_20161031_HasAttach-388827.htm Size = 71 KB)
UFORMP_500137_EtchartE_20161031_HasAttach.pdf
(500137_EtchartE_20161031_HasAttach-388828.pdf Size = 1824 KB)
Submission Text
Oct. 31, 2016

Etchart Livestock, Inc.
13621 5875 Road
Montrose, CO 81403

Project Manager, Uncompahgre RMP
Bureau of Land Management
Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401
uformp@blm.gov

To Whom it May Concern:
Etch art Livestock, Inc. has comments and concerns we are expressing with you over BLM Draft
for the Uncompahgre Field Office RMP Revision process.

My brother and I operate Etchart Livestock, Inc., holding grazing allotments in this FO which are
as follows; Dave Wood, Cushman, Big Sandy Wash, Shavano Mesa and Canal Allotments.
These are comments and concerns we have and are in no particular order. EL believes that we
are in good standing with the BLM and the allotments we hold are in good condition with
upward trends. We have not been contacted about any resource problems, deterioration of
range, or any other problem with these allotments, by BLM.

There seems to be some vague, unspecific concerns by BLM on grazing allotments within this
UFO. Can BLM be more specific? And so, why does BLM not advise permittees if there are
problems? With this RMP Draft, BLM expresses some broad sweeping changes never before
discussed with us as permittees. Permittees have had little to no involvement with the RMP
revision process. Why weren't we more involved by BLM? If current grazing practices that
permittees are using successfully today continue to provide grazing allotment conditions with
favorable and upward resource trends, why is BLM making changes? <([#1 [23.1] Livestock
grazing
allotments should be managed on an allotment-by-allotment basis for optimum resource
conditions and upward trends.
#1])>
Land Health Assessments are being used to determine causal effect within this RMP revision. Is
that legal? This leaves an opportunity for incorrect human perceptions to dictate causal effects
by in our case livestock grazing. We also have concern over the qualifications of personnel
gathering information for LHA review. Can BLM quantify seasonal worker qualifications and
.. experience? What information/data does BLM have on these allotments in question? Again, we
have not been notified by BLM over resource issues.

Biological soil crusts have conflicting science because of plant health, growth and regeneration .
BLM has never discussed this issue with us either. Can BLM show us where our grazing
management and practices have had negative impacts to bio-crusts on soil?

BLM expresses plans to create SRMA designated areas, which are within these allotments in
question. As I understand, SRMA's will be higher in priority than livestock grazing within these
designations. BLM also identifies potential conflicts that SRMA's and increased human
recreation will have on livestock (livestock harassment, grazing disturbances, death to livestock,
livestock protection dog conflicts, ect.), but yet BLM continues to push for SRMA designations.
Livestock permittee will have no chance in conflict resolution if SRMA's are established. Our

livestock are just like wildlife in that they need undisturbed solitude to graze not only for livestock health but for range health. Disturbed livestock will move more, thus the ability to provide correct livestock disbursement. Sheep are in late term pregnancy while using these areas of proposed designation, thus causing undue stress to the ewes due to increased human disturbances. Why is BLM so eager to encourage conflict with the different uses? Do BLM 4100 regulations prohibit livestock disturbance? Under this RMP Draft, BLM is shallow in attempting to work with other uses, making recreational use highest in priority, ultimately cutting livestock grazing use.

Why is BLM so eager to promote conflict between uses in this Draft RMP? We would prefer not having any recreational use designation, but BLM seems determined to create the designations. Consider changing the SRMA designations within the allotments in question to ERMAs, so that all multiple uses can mitigate and work thru conflicts as they arise. We cannot afford to lose aums because SRMAs trump livestock grazing. It's difficult to replace winter grazing lands. Is BLM moving away from the multiple-use concept that Congress had established?
In regards to the desert bighorn/domestic sheep issue, we support and refer to the Colorado Wool Growers Association comments 100%. Keep in mind that the desert bighorn was introduced into this UFO in the mid 1980's. In particular, many were introduced on domestic sheep allotments. The concern for interaction between bighorns and domestic sheep was already an issue, but the concern or risk was acceptable enough to Colorado Division of Wildlife to move forward. There was no EA or EIS completed for this action, and BLM told domestic sheep permittees that no negative impacts would come of the introduction of bighorn sheep. BLM has also entered in agreement in the Bighorn/Domestic Sheep MOU. Why is BLM so quick
to dismiss this agreement?

Please refer to CWGA comments, as we stand by those firmly.

In closing, we are deeply disappointed with BLM over this RMP revision. Etchart Livestock felt that we had a working relationship with BLM, thought we had good standing with BLM in regards to livestock grazing. We know our allotments in question have been utilized in accordance with BLM standards. But going thru this RMP revision, we believe it to be a hostile take-over in land use, favoring recreation and bighorn sheep. The efforts we have made in resource maintenance and improvement are irrelevant in this revision, at least in the vision of BLM.

Ernie Etchart
Etchart Livestock, Inc.
George Etchart
Etchart Livestock, Inc.
Etchart Livestock, Inc.
13621 5875 Road
Montrose, Colorado 81403

Colorado Wool growers Association
•PO Box 292 Delta, CO 81416-0292 (970)874-1433 (970)874-4170fax.

BLM_0157421

cwgawool@aol.com  o coloradosheep.org
Project Manager. Uncompahgre RMP October 3 1. 2016
Bureau of Land Management
Uncompahgre Field Officc
2465 South Townsend Ave
Montrose. CO 8140 I
uformp@blm.gov
RF.: Draft Resource Management Plan and EIS- Uncompahgre Field Office
The Colorado Wool Growers Association represents BLM and USFS permittees throughout the state. and appreciates the opportunity to provide input for the draft RMP.
The CWGA supports Alternative C with some changes referenced below: and also supports the comments submitted by the Delta County Board of County Commissioners which are incorporated in this document by reference.
The CWGA opposes any reduction or elimination of aums based on the proximity of bighorn sheep to domestic sheep grazing areas. and encourages the BLM and permittees to work together to minimize the risk or potential contact between domestic and bighom sheep. In 2014. Colorado Parks & Wildlife (CPW). the Colorado Wool Growers Association (CWGA), the Colorado Department of Agriculture (CDA). and the BLM and USFS renewed the Memorendum of Understanding for management of Domestic Sheep and Bighom but we don't see the MOU referenced in the RMP.

Comments – Apendix K Bighorn/Domestic Sheep Risk of Association Modeling
Exaggerated Risk of Contact
We are very concerned about the reliance upon and incorporation of the USFS flawed Payette modeling as a baseline to manage BLM domestic sheep allotments With the Uncompahgre RMP. Both the Payetle modeling and the Snow Mesa EA (K 15) failed to follow scilentific standards for
risk assessment (see attached Comments on snow Mesa Allotment Analysis: Assessment of Risk of Physical Contact between Rocky Mountain Bighom Sheep and Domestic Sheep in the Snow· Mesa Sheep Allotment Grazing Landscape -- M Thurmond DVM. PhD September 7 2015).
The United States Animal Health Association ( USAHA) recently passed Resolution -13 - Enshuring Sound Science-Based Animal Health Polocies. The resolution (attached) states lJSAHA's concern regarding the USDA's need to have clear and sound evaluation criteria for scientific studies used to support federal animal health policies ... " It is induced with our comments because the BLM is almost exclusively relying upon the USFS's biased "data" for Uncompahgre RMP.

The RMP is fundamentally tlawed by using the Probability of Interaction (Pol) Model in its risk assessment. This ill-conceived notion lies at the root of the inaccuracies produced by the Risk of Contact ("RoC") Model utilized by the RLM. Even more inaccurately, contact is almost universally equated with guaranteed disease transmission. While the RMP concedes a lack of confirming research, it selectively cites certain literature to bolster its argument to reduce domestic sheep grazing. Consequently. the RMP is craned with an unfounded and faulty assumption --that contact between bighorn sheep and domestic sheep automatically results in disease transmission and die-offs.
The deliberate bias and inaccuracies built into the RoC is staggering. "The RoC model estimates

the probability that foraying bighorn sheep will reach a domestic sheep allotment. However, within an allotment it is not possible to determine where and when domestic sheep would consistently occur or for how long. Use of some areas with an allotment may present less chance of contact with bighorn sheep than others, while some areas may have higher probability of contact. Consequently, because of this uncertainty, the RoC model predicts potential interspecies contact by using the assumption that contact with an allotment result in interspecies contact (K-9)." This assumption is so far removed from the reality of what actually takes place when grazing. that it would be laughable: if not for the fact that the BLM and USFS arc using the results from this flawed process to reduce or eliminate domestic sheep grazing. Further compounding the issue. the BLM cites the unsubstantiated USFS claims in the Snow Mesa EA (K-15). stating that "a disease occurring in a bighorn herd every 25 years or less would result in a high risk to bighorn long term viability and low probability of population persistence."
However. both BLM and USFS documents fail to mention that in reality, there has not been any bighorn die-offs or confirmed disease transmission in the Snow Mesa area caused by domestic sheep, despite the fact that domestic and bighorn sheep have both been in the same area for a number of years.

The Pol model notes that in order for the model to be usefuL the number of variables needs to be kept small to retain enough predictive power to be useful (K3). Death in bighorns as a result of pneumonia-causing bacteria is a factorial issue including internal and external such as lack of genetic diverity (inbreeding), nutritional deficits, parasite loads, weather conditions, overall health of the bighorn population, etc.

So, combining the Pol model and the Risk of Contact (RoC) model is of no value, as both models fail to include parameters that would
shift the risk assessment results away from the "'high risk'. category, and instead gives a predetermined and exaggerated risk of contact rating.

The potential for contact is not only quite low but it is also further minimized by best management practices already used by permittees. These measures accomplish the need to balance multiple-use demands with the management practices to support viable populations of bighorn sheep and a healthy domestic sheep industry.

Currently used management practices include constant herder supervision, compliance monitoring, adhering to on/off dates for grazing allotments, removal of sheep after the grazing season, removal of stray domestic sheep, hazing of bighorn sheep nearing domestic sheep flocks, reporting known contact, and cleaning up salting areas upon departure. These guidelines already accomplish temporal and spatial separation.

Furthermore, the herding instinct of range sheep, guiding them to stay in a manageable bunch and not scatter, complements the above-listed practices. Domestic sheep that wander from the main band are much more likely to be killed by a predator than to encounter a bighorn sheep. The bands of ewes have at least one herder with them or within close proximity to them throughout the day, and the sheep are bedded near camp at night to reduce the risk of predator attacks. Herders have been instructed to chase away any bighorn sheep, if they were to see any. Livestock protection dogs also guard the sheep. The livestock protection dogs keep intruders out of the sheep. An intruder is typically a coyote, bear, or lion, but can also be anything the guardian dog does not recognize such as a bighorn sheep. The livestock protection dogs position themselves between the intruder and the domestic sheep to prevent contact. To this end, the BLM has no reason, need, authority nor expertise to dictate the number of livestock dogs recommended by the RMP.

BLM_0157423

These rigorous practices already present a strong line of defense in preventing contact with bighorn sheep. However, one of the most disturbing aspects of the RMP is that it abandons land and forage management in favor of single species management by prioritizing bighorn sheep populations (despite lack of scientific evidence) over agriculture.

In April 2014, the CWGA, Colorado Parks & Wildlife, Colorado Department of Agriculture, and the BLM and USFS renewed the aforementioned existing MOU. The purpose of the MOU is to provide general guidance for cooperation in reducing contact between domestic and bighorn sheep in order to minimize potential interspecies disease transmission and to ensure healthy bighorn sheep populations while sustaining an economically viable domestic sheep industry in Colorado. The RMP contravenes the cooperative intent of the MOU, and ignores research data from the USDA Agricultural Research Service ("ARS").

Flawed Information Regarding the Potential for Disease Transmission

The RMP clearly demonstrates a bias against domestic sheep, with leading statements such as, "Transmission of M. haemolytica from domestic sheep to bighorn sheep was irrefutable. as demonstrated by Lawrence et al (2010) .... (Kl)" In particular, the Lawrence et al. 2010 study cited in the RMP was not conducted under conditions relevant to reality as it was a pen study which forced the animals to have fence line contact and ultimately to commingle. Additionally, the results of the Lawrence study are misinterpreted and deliberately misused. The Lawrence study simply showed that the domestic sheep and bighorns exchanged respiratory bacteria (just the same as humans would that were standing very close to each other). It did not prove that the green-fluorescent labeled M haemolytica bacteria exchanged from the domestic sheep to the bighorn sheep is what killed the bighorns. It is also important to point out that in order to cause the fluorescent tagged bacteria to show up in the culture dishes and on the slides, researchers had to use antibiotics to kill the other bacteria present in order to be able to photograph the fluorescent tagged bacteria. In other words, the bacteria of interest was selectively and biasedly grown; further evidence that is was likely at a very low level in the animals and not the cause of illness in the bighorn sheep in that study. Researchers also used a greater magnification in the photos within the publication in order to make the fluorescent tagged bacteria more noticeable vs. the other bacteria present. This not-so-subtle manipulation during the research phase, created yet another "study" with a predetermined outcome biased against domestic sheep. To understand the results and implications of the study, we request that the BLM contact Don Knowles, DVM with the USDA Agricultural Research Service (USDA - WSU -Pullman, WA) since he was one of the researchers involved in this project, and is not interested in perpetuating inaccurate information.

Thus far, all of the experiments related to disease transmission have been conducted under laboratory conditions--in pens with controlled conditions and using animals that have been acclimated to those conditions. Such studies are very different from what might actually happen as far as disease transmission on the open range, where herd management practices are designed to avoid domestic-bighorn contact. Available research cited in the RMP focuses on the potential for contact, without looking at a broad scope of what else is going on with the bighorn populations. None of the studies cited in the RMP have proven that bighorn sheep and domestic sheep currently have high risk of contact on the range, or that contact almost inevitably results in disease.

In fact, all captive studies and experiments that have tried to prove Mannheimia haemolytica to be the "bighorn killer," responsible for wild sheep die-offs, were clearly biased and many of the

BLM_0157424

policy decisions that have been made are based on the biased and faulty science. This is obvious from the continued reference to Mannheimia haemolytica research in the Uncompahgre RMP. Supporting this assertion of faulty research is the recent identification of a completely different bacterium (Mycoplasma ovipneumoniae - Movi) that is now identified as being the real cause of bighorn sheep pneumonia. What is clear is that bighorn pneumonia is a complex disease phenomenon and for decades has been, and quite honestly remains, incompletely understood. What is understood, however, that respiratory pneumonia in both livestock and wildlife is stress induced. Most wildlife researchers continue to ignore devastating effects of capture myopathy on bighorns, and the stress creating by handling and putting bighorns in an unfamiliar environment. It's no wonder that bighorns died in the early pen "studies" that were done.

The RMP further states that "no one form of evidence can conclusively demonstrate that bighorn sheep in the wild coming into contact with domestic sheep frequently leads to die-off's; however, taken together, the experiments and observations from the laboratory and the field do indicate that wild bighorn sheep coming into contact with domestic sheep does pose a risk of disease transmission and die-offs in free-ranging bighorn populations." This illogical premise betrays a continued lack of credibility, accountability, and a desire to misrepresent the available facts. As stated herein, the experiments and lab observations are not representative of the actual conditions on the range. They are forced simulations that require close contact in order to ensure transmission of pneumonia-causing bacteria. Furthermore, there is a scarcity of reliable data available from the field; hence, the BLM's reliance on outdated records that have little if any bearing on current conditions. Determining a course of action based on these faulty sources of information would be both illogical and contrary to the Agency's statutory mandates.

The degree of risk of potential disease transmission from domestic sheep to bighorns in open range conditions is unknown and it is not clearly understood even in experimental confinement settings. Forced enclosure experiments ("pen studies") are not indicative of, and do not provide a direct correlation to, what happens in open range situations. Therefore, we strenuously object to the BLM continued efforts to use bighorn sheep as a means to eliminate domestic sheep grazing on our western rangelands.

Risk of Contact (RoC) Process Crippled by Lack of Data

The BLM is following suit with the U.S. Forest Service by using its flawed modeling process and inaccurate research references. A lack of objective scientific accuracy cripples support for the revocation or reduction of the grazing allotments. The mathematical modeling studies utilized by the U.S. Department of Agriculture Forest Service's Bighorn Sheep Working Group to determine potential contact are fundamentally flawed. By starting with set mathematical formulas using specific mathematical parameters, a conclusion to a possible scenario is generated based on inaccurate input. The obvious problem with this method is in how and what parameters are chosen. Input of inaccurate data will result in the output of inaccurate answers. This modeling method allows the operator to tailor the data in order to fit a preordained conclusion. This same modeling method has been shown to be erroneous in comparisons of simulations to real outcomes. Such issues cause the proposal to fail the standards of quality, integrity, and utility of the Data Quality Act ("DQA") and the best available science standards of the Environmental Species Act ("ESA"). They also run afoul of Presidential orders on scientific integrity and transparency.

The basic flaws of the RoC modeling process are clearly explicated in the RMP itself when it states that '·much of the needed data was not available for individual Colorado bighorn

BLM_0157425

populations.  The BLM made the following  assumptions ...." Key input  factors such as bighorn range and suitable  habitat are assumed, while  failing  to incorporate  management practices that discourage or eliminate  contact. Not only  does the method  not qualify  as the best available science, but the BLM intends to implement  draconian, unfair policies  due to these imbalanced and inaccurate predictions.  At best, the results are guesswork alone and, by any standard of common sense, should  therefore not become the basis of agency policy.  The entire Pol I RoC modeling  is based on estimates, speculations, assumptions, and pre-determined parameters to arrive at a predetermined outcome of "high risk." There are simply  too many facets to this multi-factorial issue, too many assumptions,  and too much of selectively  omitted  input  information  to make this  modeling  accurate or useful.

In summary,  as the BLM approaches the ongoing  concern of contact between bighorn  sheep and domestic  sheep, the agency's apprehension  regarding potential  contact relies on a litany  of biascd and discouragingly  well-established  fallacies.  Chief among these false premises is a lack of empirical  science regarding the potential  contact risk of bighorn  sheep and domestic sheep. Not only is scientific  information  regarding rates of contact and potential  disease transmission  scarce. but the modeling  process has too many assumptions  to be useful. Furthermore, let's not lose sight of the fact, that the percentage of potential  habitat overlap is very small.  Consequently,  the possibility  of contact is minimal,  as is the potential  for the transmission  of any pneumonia causing

bacteria that may or may not negatively  impact bighorns.  Allowing  unscientific  studies and flawed modeling  to become the bedrock of the anti-grazing  movement betrays the bias so deeply ingrained  in both the BLM and USFS.

Livestock  Grazing  and Forage Management

The CWGA has numerous concerns with the RMP. The RMP proposes sweeping changes that do not equally  balance grazing,  and other multi-use  activities  with environmental  concerns. Additionally,  the RMP introduces many subjective  concepts (Special Recreation Management Area Targeted Benefits - "restored mind  from unwanted stress; improved  mental  well-being", etc) that clearly  favor recreation, and open up the BLM to numerous lawsuits, as it creates very subjective  special-use categories for land that is Congressionally  mandated as multi-use.  The continual  splintering  and development of additional  special designation  categories simply  creates more regulatory  and administrative  overburden; and further restricts the BLM' s ability  to do crucial on-the-ground  activities,  such as accurate, and up-to-date range monitoring.  Multiple-use activities  such as livestock  grazing  and mineral extraction are economic  drivers for local communities  and should not be restricted due to environmental  extremism and recreation. The RMP wants to further restrict livestock  grazing  yet fails to provide  clear evidence as to why that's necessary; instead, it relies upon numerous,  artificially  constructed "What-if"  scenarios. Despite the voluminous  size of this document,  it fails to demonstrate the need to reduce aums, or the impacts to the permit  renewal process when the RMP is finalized.

BLM' s single-minded  approach of always reducing  aums, often times  ignores  actual forage conditions  and utilization,  by failing  to increase aums when range conditions  warrant increased utilization.  The BLM increasingly  relics upon inaccurate computer modeling  (bighorn sheep), and artificially  created matrices (bighorns  and forage manage) to create a pre-determined outcome of reducing/eliminating  livestock  grazing.  We find it egregious for a land management agency to spend more time on administration,  modeling,  and matrices, than it does meeting monitoring  requirements  in the field,  where the real data exists. For a number of years, the BLM has been severely deficient in fulfilling  its role to accurately and fairly  monitor range conditions.

Determinations regarding forage utilization need to be done in conjunction with the permittee, and monitoring sites need to be indicative of the overall allotment. Additionally, inadequately trained staff (seasonal and/or inexperienced) often times make causal observations that are incorrect, but end up in EAs, EISs, and RMPs. The RMP lacks specificity at a number of levels, and indicates that meeting numerous dubious parameters will be addressed during the permit renewal process, without disclosing the effects on the permittee during the permit renewal process.

Placing restrictions on sheep grazing favors recreation, single-species management (bighorn sheep), and environmental extremism over multiple-use and adaptive range management; and it will only serve to advance a radical agenda to permanently end livestock grazing on our western rangelands. Instead of unilaterally adopting strict policies without permittee input, we urge the BLM to support adaptive management by working actively with the permittees. We strongly urge the BLM to comply with its mandate to manage for multiple-use.

In closing, we would like to reiterate the negative impact that regulatory overburden is having on our members. It's egregious that the government keeps expanding at the administrative level, and every document that comes out is larger than the last. It's incredibly difficult for individuals or small organizations to be able to effectively evaluate and comment on these documents due to the sheer size. sometimes in excess of a thousand pages, not including the dozens of reference documents that should be closely scrutinized for their accuracy. It is imperative that the federal government start streamlining its management processes, in order to effectively focus on on-the-ground management of our public lands.

Respectfully,

Angelo Theos


Attachments:

United States Animal Health Association (USAHA) Resolution 43 - Ensuring Sound Science Based
Animal Health Policies

Comments on Snow Mesa Allotment Analysis: Assessment of Risk of Physical Contact between Rocky Mountain Bighorn Sheep and Domestic Sheep in the Snow Mesa Sheep Allotment Grazing
Landscape (M Thurmond DVM, Phd- September 7, 2015)

UNITED STATES ANIMAL HEALTH ASSOCIATION
2016 Resolution
120th Annual Meeting
October 13-19,2016- Greensboro, NC
RESOLUTION NUMBER: 43 APPROVED
SOURCE: COMMITTEE ON SHEEP AND GOATS
SUBJECT MATTER: Ensuring Sound Science-Based Animal Health Policies
BACKGROUND INFORMATION:
Science-based animal health policies are fundamental to the United States Department of Agriculture in their efforts to issue decisions, develop regulations, and identify diagnostic test needs.

In some cases, policies and decisions are justified by in-house studies that are not subject to a rigorous outside and independent scientific review. In other cases, potential conflicts of interest develop when a study that serves as the foundation for a regulatory decision has been published in a scientific journal with an editorial board that includes individuals from government agencies through which the decision will be issued.

Clear and sound evaluation criteria for scientific studies used to support federal animal health policies are key to retaining public trust and confidence in agency actions.

RESOLUTION:
To ensure the development of science-based animal health policy, the United States Animal Health Association urges the United States Department of Agriculture (USDA), the United States (US) Department of Homeland Security and the US Department of Interior to establish Department-wide criteria for evaluating research that is used to support animal health policy decisions. The following actions would help establish sound evaluation criteria and help increase trust and confidence in the policy making process:
• Initiate an independent and unbiased review of the science and/or methodologies used to support broad policy decisions.
• Establish a validation process for prediction models, risk assessments, spread models, or other diagnostic or analytical methods that are to be used.
• Require any studies proposed to be undertaken by an agency or department, intended to be used to justify or direct animal health policy or decision making, be subject to an independent scientific review which would be consistent with a previously established rigorous outside, independent review processes in place for evaluation of competitive grant proposals at USDA.

BLM_0157428

Comments on Snow Mesa Allotment Analysis:
Assessment of Risk of Physical Contact between Rocky Mountain Bighorn Sheep and
Domestic Sheep in the Snow Mesa Sheep Allotment Grazing Landscape
M. Thurmond DVM, PhD
September 7, 20 15

General Comment.
At the crux of this environmental assessment (EA) report is the question: ·Does the EA
represent application and practice of ' best available science'? We see that definitions of
'science' have many variations, including pursuit of knowledge and truth, and a highly
disciplined practice involving dispassionate search for underlying mechanisms about the world
and universe. Good science is expected to represent application of well-designed studies,
critical, truthful, and reasoned interpretation of scientific literature, and non-fallacious logical
conclusions. Such pursuits must employ a skeptical, but unbiased and non-prejudicial mindset,
and a willingness to change one's mind when data and logic so indicate.
Without doubt, the EA represents a miscarriage of science, as demonstrated by multiple
violations of basic scientific methods, reasoning, and ethics. The report demonstrates a
misunderstanding or ignorance of the need for critical and unbiased thinking, a lack of basic
knowledge in medicine, epidemiology, and disease mechanisms, and poor understanding of
study designs, methodologies, and requisite assumptions. Decades of research and
methodological development have been ignored or dismissed by this EA. The EA consistently
misrepresents results of studies, and incorporates multiple fallacies to draw erroneous

BLM_0157429

conclusions about published data, observations, and testimonials. More specifically, the EA represents a fundamental failing in properly addressing infectious diseases, their processes, mechanisms, etiologies, agent transmission, and risk assessments, without which one cannot, or should not, attempt a risk assessment 1,2

Specific Comments.
Throughout the EA, false statements of fact are presented, based on citations given. Some typical examples follow:
1. Page 4: para 2
Re: The italicized clause from the second paragraph: "Although habitat degradation from fire suppression, highways, livestock grazing, and human disturbance is of concern, the susceptibility of bighorn sheep herds to population declines or extirpation due to respiratory diseases, which can be transmitted by domestic sheep or goats (Besser et al. 2012b, Cassirer et al. 2013), appears to be the greatest concern for bighorn sheep population persistence on the Rio Grande National Forest (USDA Forest Service 2010)."
The EA lacks scientific foundation for this statement based on its citations, and thus has falsified its testimony to the public about what is truthfully known. The Besser et al methodology makes no mention of, nor presents any results for, any domestic sheep used as subjects (only bighorn sheep (BHS) were used) and it did not examine so-called 'transmission of respiratory disease ', or transmission of an agent for that matter. Cassirer et al2013 also did not examine 'transmission of respiratory disease' or any domestic sheep, and presented no such data. Thus, there is no factual foundation offered in these papers to conclude anything about domestic

sheep or about transmission. This persistent misrepresentation of published results is a serious scientific offence found throughout the EA report, and suggests the papers and literature as a whole were not reviewed by scientists with the necessary background in epidemiology of infectious diseases or not read at all --- or findings were surreptitiously misrepresented.
2. The statement that respiratory diseases are transmitted not only is false; it also represents a misunderstanding of disease and, specifically of infectious diseases. Diseases (eg. pneumonia) are not transmissible; rather, the infectious agents, like bacteria, viruses, prions, worms, and external parasites, believed to cause or be factors in some disease, can be transmissible. Pneumonia ---a disease---manifests when many conditions (eg. weather, immunity, parasite load, poor nutrition, infectious agents) merge to reach a critical stress point when the host can no longer cope immunologically and a disease process ensues. Exposures to factors of season, age, nutrition, etc, or to the disease processes, are not themselves transmissible from animal to animal. Thus, although reference to the misnomer 'disease transmission' is not uncommon, its use makes no sense and actually confuses the true distinction between transmission of an infectious disease agent and manifestation of disease. For decades, the scientific literature has been quite solid in defining conditions that bring about epidemics of respiratory diseases and the various mechanisms that underlie the disease processes. The persistence in presenting the notion throughout the report that pneumonia is transmissible reveals seriously flawed comprehension of basic science of disease, disease processes, and epidemiology, especially given that much of the necessary expertise is available at the Agricultural Research Service (ARS) branch of the USDA.
3. Page 4, para 3,
Re: The EA offers the following as fact: "The primary disease agents are respiratory diseases to which domestic sheep and goats are typically resistant or unaffected, and to which bighorn

sheep have little resistance (Cassirer et al. 2013, Besser et al. 2012a, 2012b and 2014, George et al. 2008, Western Association of Fish and Wildlife Agencies 2012)."

Again, as noted above, this statement demonstrates a lack of understanding of basic infectious diseases, and the terminology, as well as unscientific and untruthful documentation of statements of fact. A disease agent is not a disease, as stated, and the methods and results described in the studies do not jibe with the quote given here. George et al 2008 offers a testimonial, as indicated by the title of the paper. None of the studies examined 'typical' resistance of BHS or of sheep and goats to respiratory diseases, or any resistance at all for that matter. Besser et al 2014 suggests transmission to BHS of M ovipneumoniae after 21 days exposure to an experimentally infected domestic sheep in a stressful and closely confined pen environment. Regardless of any perceived internal validity of the study, external validity (ability to generalize results outside the context of the experiment) is poor at best because inferences cannot be made to exposure under normal range conditions. The study was (necessarily) a contrived exposure, using artificial inoculation of donor sheep forced to undergo repeated and frequent close physical nose-to-nose contact in a stressful environment. Each of these elements of exposure taken individually would enhance the likelihood of agent transmission; taken together, one would expect an even greater chance of transmission. Thus, a general conclusion or inference cannot be made legitimately to the broader, and real, question of transmission by agents acquired by natural infection and under contact scenarios of real range conditions. A critical scientific review of these papers and of the literature broadly by the U.S. Forest Service (FS) would have prevented such misinformation from appearing in an EA.

The other potential problem with Besser et al 2014 is how the study was influenced by behavioral factors, akin to a 'Hawthorne effect', whereby conditions imposed during the study would be responsible for the results, in part by subject behavioral changes, forced or otherwise. Such conditions of the study could include stress and anxiety imposed on both BHS and domestic sheep forced to cope with enclosed, crowded conditions, thereby 1) reducing their immune capability to defend against the agent, which could increase shedding of an infectious agent; 2) forced close nose-to-nose contact. and 3) forced repeated and frequent exposures to other animals increasing cumulative dose of agent exposure over time, all of which would increase chance of transmission of an infectious disease agent targeting the respiratory system. In addition, inoculation with an artificially grown infectious agent could alter ability of an animal to offer an immune defense, and artificial infection of a donor could result in abnormally high shedding from the donor, thereby increasing infection probability as well. Thus, enhanced probability of infection is compatible simply with these artificial conditions imposed by the nature of the experiment. Such conditions not only jeopardize internal validity of the study, but also negate any external validity. A critical review by the FS should have raised these issues and truthfully placed results in a proper scientific context.

The reference ·Western Association of Fish and Wildlife Agencies 20 12' could not be found, which represents another problem with transparency and ·truth in advertising' by citing foundation for fact that cannot be accessed.

4. Page 4, para 4: "However, when contact between bighorn sheep and domestic sheep or goats is documented, the severity of the bighorn sheep die-off is typically more pronounced. "

Again, this is an unsubstantiated statement, without any factual foundation, and no citation. The statement infers that BHS can experience die-offs without contact with domestic sheep, a point, by the way, the FS chose not to discuss further. No epidemiological study has been reported that

addresses the claim being made.

5. Page 5, para I: •'Jt is recognized that opposing arguments question this science and dispute the connection. "

The dispute here should lie, at the onset, in lack of science, as well as 'the connection'. Mere compilation of studies with fallacious conclusions, as noted herein, does not science make. It is necessary that each study be critiqued for proper methodology, reasonable results given the methods, and logical conclusions. Moreover, mere publication does not mean a study represents any sense of the truth or that findings have any validity, as admonished by the National Academies of Science.4

Here the FS is acknowledging awareness that its science is being questioned, but it appears immune to correction or even consideration. It gives no indication what the arguments or disputes are, or why such arguments and differences of opinion and interpretation should be ignored. Arguments have been raised before, regarding the Payette EA, but it appears the USDAIFS remains steadfast in ramrodding bad science to foster the notion of disease risk, when truthfully there may actually be little real risk at all.

6. Page 5, para 1: "The majority of literature, however, supports the potential for disease transmission between domestic sheep and bighorn sheep, and documents bighorn die-offs after contact with domestic sheep. Research continues on the science of disease transmission, bighorn mortality events, and the potential for development of effective vaccines. But until the science is

better understood, it is prudent to consider and implement management actions designed to keep the species separate as a means to prevent the potential for disease transmission and subsequent bighorn mortality events. "

Here the FS has changed its mind. Rather than saying there is ·---the connection.' (ie. between domestic sheep and BHS die-offs), as noted in the previous quote (point 5), the EA says the literature supports the 'potential ' for disease transmission, and suggests that until the science is better understood (when we know the truth), we should separate the species. As noted in these comments, when read and logically critiqued. the literature does not provide convincing science that domestic sheep pose a threat, potentially or otherwise, to BHS. Absent from all the literature noted in the EA is a single epidemiological study that addresses the question head on. The National Academies report' on risk assessment states that "Well-conducted epidemiological studies that show a positive association between an agent and a disease are accepted as the most convincing evidence about--- risk.". To date, no such studies have been reported. Without attributable risk estimates derived from epidemiologic studies, no reasonable science-based risk assessment can proceed. When such critical data cannot be obtained to achieve minimal results necessary, ethics and good conscience science dictate that risk assessment efforts ·---must be forsaken'. 2

Pursuit of science does not simply mean that one should add to its collection of presumably confirming observations without attempting studies that would refute the notion of contact or degree of disease causality. If one ·cherry picks' observations of only white swans, and never seeks out black swans, he will never be able to falsify the (erroneous) notion that all swans are white. Thus, by continuing only to ·cherry pick' observations that appear to fall in line with a notion of domestic sheep causing disease in BHS, one can never arrive at the truth. This EA statement also calls to question the purpose of undertaking a risk assessment, which, presumably, is to arrive at sound estimates of risk upon which sound decisions can be made. 1 The EA says that until we know the science (the actual truth), and thus any legitimate

risk estimates, we should proceed with segregation of the species. If the decision is to be based on such capricious reasoning and no solid science, why bother with a risk assessment?

7. Page 5, para I: "The majority of literature, however, ---documents bighorn die-offs after contact with domestic sheep."

Here the EA illustrates classical fallacies of reasoning that bias interpretations of observations applied throughout the EA and published studies cited in the EA. One fallacy applied throughout the BHS literature is the post hoc ergo propter hoc fallacy, meaning literally 'after this therefore because of this', or sometimes 'post-test' effects that render a study externally invalid. Using the fallacious logic shown here, an observation of a man developing cancer after being observed riding a bicycle would be interpreted to mean that riding a bicycle caused cancer. The FS is saying that because there was an observation of contact that presumably appeared before a die-off, the die-off must have been caused by that contact. The FS is being specious in not revealing the other outcomes one needs to record before a logical conclusion can be drawn. For example, what if there were observations of sheep contact with no observations of die-offs (why does the FS not report those?), or if there were no observations of contact and many observations of die-offs (no FS report?), or no observations of contact and no die-offs. The FS has biased its 'science' by ignoring these other critical comparisons, which can be addressed only in a methodical, well designed study. This type of non-critical thinking has no place in 'currently available science', let alone in an elevated position at the core of an argument.

Another fallacy being applied, and common in what some call pseudoscience5 , is reliance on anecdotal or testimonial evidence, whereby chance incidents are given weight of legitimate data or results, with presumed meaningful conclusions. For example, the FS cites George et al 2008 as supporting the statement "The primary disease agents are respiratory diseases to which domestic sheep and goats are typically resistant or unaffected, and to which bighorn sheep have little resistance". George et al notes an incidental observation made of a domestic sheep before a dead BHS was found as evidence that the domestic sheep caused the BHS death. In addition to applying the post hoc ergo propter hoc fallacy, the FS (and the paper) also applies the anecdotal/testimonial fallacy. Certainly, interesting observations can be a nidus for important hypothesis development, which then would be tested using appropriate scientific methodology. Use of untested and non-validated anecdotal information as a keystone for a cause-and-effect argument in an EA, however, does not wash in legitimate science. Clearly, if one reads the paper, one can see that no data are presented to support the statement made by the FS.

A fallacy commonly applied by the FS, especially with respect to 'co-mingling' studies, relates to conclusions drawn when BHS and domestic sheep are placed in pens together (comingled).

A typical conclusion drawn is that 'co-mingling with domestic sheep causes disease in BHS'. Here the fallacy is 'correlation-equals-causation'. Years ago, the high correlation between coffee consumption and lung cancer was, erroneously, thought by some to show that coffee caused lung cancer. Now we understand that the high correlation between coffee consumption and smoking was responsible for the spurious appearance of a cause-and-effect relationship with cancer, mainly because most smokers also drink coffee. As noted in 12. A. below (with regard to Besser et al2012a), non-transmission explanations for disease, such as recrudescence of an existing latent infection in co-mingled stressed BHS are consistent with results of many of the studies involving comingling. These other possible causes were ignored or not understood by the FS, and thus the EA did not give necessary and appropriate

consideration to legitimate alternative explanations for observed data, which, again, shows bias (intentional or not) against domestic sheep.

8. Page 5, para 3: "The risk of contact between foraying bighorn sheep and domestic sheep corresponds to the number of bighorn sheep in a herd, proximity of domestic sheep allotments, the distribution of bighorn sheep source habitats (suitable habitat) across the landscape, and the distance and frequency of bighorn sheep forays outside their Core Herd Home Range. "
This statement of •fact' has no foundation in data or logic and thus is speculative at best.
As stated, it represents simply an hypothesis--- or an idea. Hypotheses may have elements of presumably sound logic, or even supporting data, but, this statement has no scientific evidence for validity; no hypothesis testing and validation has been reported to indicate any truth to this statement. Yet, the FS proceeded to leverage this speculative notion as foundation for an untested, unvalidated 'foray analysis' (see pt. 10 below). Again, the FS justifies its EA by presenting factually unsupported statements as statements of scientific fact, truly a miscarriage of science.

9. Page 5, para 4: "As part of this analysis process, the Risk of Contact Tool, prepared by the USDA Forest Service Bighorn Sheep Working Group (USDA Forest Service 2013), was used to help evaluate bighorn sheep movements outside their CHHR, and assess the potential for risk of contact between bighorn sheep and domestic sheep allotments in the Snow Mesa Landscape. "

No reference could be obtained for 'USDA Forest Service 2013·. Good ·available'
science dictates that all methods be reported, transparent, and easily available, and not hidden from view. After some help, a reference was made available for how the FS might have addressed contact between BHS and domestic sheep.6 The paper presented a theoretical depiction of contact between a BHS and a domestic sheep, which remains untested and unvalidated, even for the Hells Canyon BHS herds from which it was developed. No data were presented to indicate in fact that contacts had ever taken place. The risk of contact and specifically the foray analysis that provides underlying parameters for the 'risk contact tool ' are examined in more detail below (see pt. 1 0).

I 0. Comments on 'Risk of Contact Tool':
The EA indicates a so-called 'Risk of Contact Tool ' was used to ··---help evaluate bighorn sheep movements outside their CHHR, and assess the potential for risk of contact between bighorn sheep and domestic sheep allotments in the Snow Mesa Landscape." The 'tool ', as presented in the EA, merely describes a user interface to input assumed values into some unknown computer program. No mention was made as to how calculations were conducted, or methodology or data used, again revealing a problem with non-transparency or ' full disclosure'. After some futility, a paper was obtained from USDA, presumably offering a methodology wherein a so-called ' foray analysis' model was created to depict hypothetical ranges for BHS movement and distances a BHS might foray outside a herd's home range and cross into an allotment. No mention was found in the EA, however, as to whether the 'tool' utilized this foray analysis. The study employed a kernel density methodology, which assumes a normally distributed density and independent observations, to estimate boundaries of BHS home ranges.
The study has several fatal flaws that preclude any application to BHS home ranges or forays at all, including those in the Snow Mesa area. These include:
a. The paper described poorly the actual methods used. No indication was given for where foray data points began, or what direction they took. It does not pass the transparency or scientific repeatability test, whereby methods must be sufficiently described so as to permit replication

BLM_0157434

of the study by others.

b. The study analyzed multiple location data points from the same collared BHS subjects to document their locations at various times. Use of non-independent observations produces what is called 'autocorrelation' and renders any analysis invalid because the statistical theory that underpins the kernel density method relies on true independence (only one observation allowed per animal).[7]

c. The theory behind the kernel density method also relies on the assumption of data normality, meaning that the spatial density of BHS would have to appear on a map as a single symmetrical (Gaussian) 'hill'. Instead, data and projected boundaries presented in the Payette risk assessment showed multiple ·hills' of density, clearly violating this critical assumption of the statistical methods.[7] The Snow Mesa EA failed to present the data on BHS home range analysis, which represents a significant faux pas in science. Hiding one's data serves to cast more doubt on legitimacy and ethics of the 'science', not to mention scientific requirements for data transparency in risk assessment.[1]

d. Collared BHS used to obtain foray data points were not randomly sampled from their herd(s), which were in the Hells Canyon area, meaning one cannot assume they represented BHS from their own home herd, let alone other herds. This is a fundamental assumption (not formally stated in the EA) necessary in order to use results in estimating foray distances and probabilities.

Lack of random selection precludes the assumption that foraying BHS were representative of BHS herds, and thus disallows any generalized inferences about foraying animals --- into the Payette area, or the Snow Mesa area for that matter.

e. One also cannot assume that data used in the foray model were from animals that represented normal foraying behavior. Again, the researchers, perhaps unknowingly, imposed a 'Hawthorne-type effect' (noted above), whereby the traumatic and fear-inducing process by which BHS were trapped, captured, sedated, examined, and radio-collared could impose a foraying behavioral change on the BHS. In an effort to flee their home area in which they experienced the noxious event, these radio-collared BHS may well have forayed farther and more frequently, compared with a non-radio-collared (normal) BHS. Because there were no ' control groups' in this study, as current available science would prefer, one cannot truthfully claim or assume that the traumatic process of collaring did not itself explain the foraying data reportedly observed in the study. Thus, a simple explanation for the foray results is that the act of being radio-collared caused the animals to foray frequently and far, and the data would have no relevance to foray behavior of non-collared, normal BHS.

f. The BHS studied[6] were not from any BHS herd near Snow Mesa, and thus could not be assumed to represent BHS in the Snow Mesa analysis. The study considered that BHS would avoid heavy brush areas, where predators could be found. The study failed to consider, however, that predators, like Lions and wolves, could be expected to be found stalking domestic sheep in an allotment. Predator fear would motivate BHS to avoid and move away from such allotment areas, not towards them. Again, failure to include an element of negative risk that would have diminished potential exposure (contact) between BHS and domestic sheep reveals more evidence that a strong ·anti domestic sheep' bias was designed into the EA.

g. The 'href' method is an archaic and biased estimator of bandwidth for the kernel density analysis. Its use results in over-smoothing of estimated grid lines and thus an over-projection of an estimated outer boundary of a herd.[7] Over-projection of hypothetical boundaries results

subsequently in over-projection of hypothetical foray destinations as well. The error would bias results toward a higher likelihood of a hypothetical BHS reaching an allotment and contacting a domestic sheep.

h. After 12 years of study,6 no data of actual forays into the Payette allotments was documented, and no effort at validation of the foray analysis was reported for the Payette or Snow Mesa BHS. Validation is a process whereby models are tested with real data to estimate accuracy--- in this case how many forays, what distances, etc. actually were observed. None of these critical and required data was reported. The National Academies of Science' Reference Manual on Scientific Evidence4 notes that predictive models must demonstrate accuracy through a validation process.

i. As a consequence of these violations of basic and critical assumptions and requirements, any results or conclusions of the foray analysis are rendered invalid, including reported probability estimates of contact with domestic sheep. Thus, the USDA's 'Risk of Contact Tool ', which is based on the 'foray analysis', is invalid as well.

j. The EA presented no data to indicate that forays ever took place into the targeted sheep allotments. Without actual good quality, real data, a prerequisite to good science, one can only speculate about contact.

k. An obvious danger exists when unfounded assumptions and flawed and non-validated models, such as those applied in the Snow Mesa EA, become insinuated into the fabric of a risk assessment. The assessment outcome being pursued, for or against a policy, can be subtly

directed via assumptions and models to achieve desired results. Agencies can do this because risk assessments can apply several assumptions, which ·· - -- lead to quite different predictions of risk." , and thus have "--- provided the opportunity for case-by-case manipulations of risk assessment results to achieve predetermined risk management objectives ---·.2

11. Comments on risk of contact:

Page 26: The EA proposes a sequence for transmission events, using the foray model and assuming a hypothetical BHS has reached an allotment:

"For disease transmission to occur, the bighorn must (4) come into physical contact with a domestic sheep in the allotment; and (5) contract a disease from the domestic sheep. "

The sequence offered here belies any resemblance to events and conditions that actually take place in order for an infectious disease agent to be transmitted. The proposed sequence is incorrect and specious in reference to 'disease transmission' (as noted above, pneumonia is not ·transmitted') and in omitting critical events and conditions that must be met before transmission of an infectious agent can occur. The EA neglected to address the fact that a BHS must be in the same small spatial location as a domestic sheep whereby contact is even possible within the duration of time the BHS occupies that allotment space. If it were in that small space, there is some probability that contact will be made with a domestic sheep; it is not 100% and it is not 0% (unless no domestic sheep are in the allotment). The EA gives no indication that it understands the need for these contact probabilities as is required to properly characterize risk of agent transmission. If contact is made, it must be nose-to-nose contact in order to transmit an agent that resides in respiratory mucosae (ie. manifest in pneumonia) and it must be of sufficient duration to allow passage of a sufficient dose of the putative agent from the donor to cause infection (note that the FS does not tell us what that agent is or anything about dose-response, all of which is required information in a risk assessment'). If that specific type of contact and duration occurs, then one must know if the domestic sheep is in fact infected with the agent. If it

is infected, it must be shedding a dose of agent that is sufficient to infect a susceptible BHS following nose-to-nose contact for the sufficient duration of time. If all those events and conditions are met, AND, if the BHS is indeed susceptible to infection (again probability will not be 100% or 0%), then transmission is likely to take place. Thus, there is a series of very specific and requisite events and conditions that must take place (and that must be accounted for in any risk assessment) in order for an infectious agent to be transmitted, and to properly model risk of transmission. This process should be described in considerable detail in any risk assessment. 1 Each of these events has some estimated probability for the hosts and agent being considered, the product of which would represent an estimate of the (overall) probability of an infectious agent being transmitted. The EA did none of this. Contrary to the FS' misinformation about disease transmission, an infected animal does not automatically develop disease, especially pneumonia. An infected BHS may or may not develop disease, and, if infected, may or may not transmit the agent to another BHS, depending on events and conditions indicated above. The serious mischaracterization of infectious disease transmission, again, illustrates a significant failure of the FS to apply science that is currently available. One is compelled, therefore, to discount altogether any findings or conclusions offered in the EA.

12. Comment on Risk Assessment Outcomes:

A. Page 27 last para: "This analysis utilizes recent disease transmission information as a reference to better inform the outcome of each alternative in regards to their likelihood of

providing for the long-term viability of bighorn sheep in S-22, S53 and S-36 and the Central San Juan's Bighorn Herd as a whole. We assume a moderate probability that a contact will result in a disease transmission event. In this case, a moderate probability is defined as 0.25%, or 1 out of every four contacts. We believe that this is a conservative estimate given the recent literature published on this subject (Besser et. al. 20 12a, 20 12b and 20 14). "

Perhaps a typo, but a 0.25% probability represents 1 out of every 400 contacts, not 1 out of 4. The FS again misrepresents the facts presented in its cited papers, and shows an inability to critically evaluate published information, as is required and expected if practicing ·best available science'. The finding of disease in one of four BHS by Besser et al 20 12a is quite readily consistent with recrudescence of a latent infection (a previously acquired ·commensal' infection that has been 'silent') as a consequence of faltered immune capability following stress of forced pen confinement, abnormal diet, over-crowding, etc. and not necessarily with transmission from one animal to another. A conclusion that some agent was transmitted from domestic sheep to a BHS was not supported by any data presented in the paper. Consequently, one cannot conclude that this study necessarily provides justification of high estimates of transmission probability; it is inappropriate, and unethical, to 'spin' results in order to provide seemingly factual support for one's hypothesis. As noted above, methods applied in Besser et al2012b did not employ domestic sheep as subjects and did not examine transmission. Thus, there are no data to be found in that paper on transmission from sheep to BHS. The Besser et al2014 paper, as critiqued above (see pt. 3), used laboratory-prepared inoculum to artificially induce infection in a donor sheep, which, along with Hawthorne-like effects of the study, would be expected to create significant artificial influences on transmission, thereby negating any possible inference to transmission or transmission probabilities under typical range conditions. None of the papers, therefore, truthfully provides any justification at all for the extraordinarily high rates of transmission assumed by the FS. The fact that the FS makes a claim that these papers offer some insight into transmission rates further erodes the EA 's science credibility by demonstrating a

lack
of proper scientific skepticism and critical analysis of the literature involving basic sciences of infectious diseases.

B. Re: Page 29, para 1: "The risk of physical contact between bighorn sheep and a domestic sheep allotment, with the potential for disease transmission followed by a potential subsequent bighorn mortality event, was given a qualitative rating of "High', '"Moderate", or '·Low", based on three factors carried forth throughout this analysis including 1). Number of years between bighorn sheep making contact with the allotment 2). Disease potential expressed in years and 3). (Allotment) Distance from Bighorn Sheep CHHR with adequate source connective habitat available. "

The qualitative ranking of risk (low, medium, high) has no basis in fact, and can only represent contrived and fictitious assumptions. The justification for these rankings appears to lie in application of erroneous assumptions of transmission risk values (see pt. 12) and the 'Risk of Contact Tool ' which, as noted above (see pt. ll) was based on a non-validated 'foray analysis' that had multiple fatal flaws and erroneous assumptions. Thus, these qualitative rankings lack any scientific legitimacy, foundation, or validity, and any estimates of parameters derived from the foray analysis ( eg. years between BHS making contact with the allotment, disease potential expressed in years, distance from BHS core herd home range) likewise are invalid and meaningless.

9

13. Comments on risk assessment:

rn 1983, the National Academies of Science published a report, referred to as the 'Redbook' 1
, that provides guidelines for science applied to risk assessments, and other
evaluations involving risk estimation, which would be used by government to establish policy. Motivation, in part, for the report was from stakeholders' concern"--- that the scientific interpretations in risk assessments will be distorted by policy considerations, and they seek new institutional safeguards against such distortion:·? The National Academies of Science's guidelines for proper science in risk assessments was intended to be just such a safeguard. The Redbook describes the required steps and content for a scientifically rigorous risk assessment, namely hazard identification, dose response assessment, and exposure assessment, all of which require research. Risk assessment should be carried out using risk assessment standards, and··--risk
managers should not attempt to alter those standards in specific cases simply to ensure that some pre-determined management objective is more easily achievable.".2

Clearly, the Snow Mesa EA did not follow scientific standards for risk assessment, which were developed more than three decades ago. 1 As importantly, the EA reveals just such attempts to ensure a pre-determined objective, in this case the banning of domestic sheep. The risk assessment provided in the EA did not address the risk hazard (specific agent(s), their effects and mechanisms of action), dose response (dose of agent required, immunity, or contact duration), to mention only a few of the critical elements. As noted above, the FS failed to adequately and properly critique and utilize current literature and to faithfully and truthfully interpret and present results of published studies to the public. The National Academies of Science report states that ·'Well conducted epidemiologic studies that show a positive association between the agent and the disease are accepted as the most convincing evidence about --disease." Yet, not a single epidemiologic study has been reported on the subject of domestic

BLM_0157438

sheep as a cause of die-offs in BHS. Not only does the USOA/FS' effort not rise to the level of ·currently available good science', it failed to achieve the standards for risk assessment science established more than 30 years ago by the National Academies of Science.

The Redbook also identifies the need for independent scientific review panels to examine risk assessments, thus providing some assurance that the science is right. Science expects, if not demands, that the 'rules of the game' be applied equally and fairly for all sides of an issue, not tilted toward one side with no recourse allowed for correction. It is regrettable that the USDA/FS did not submit this EA for an outside, independent scientific review, or even to the Agricultural Research Service ( ARS~, where considerable expertise lies, for critical review. In not opening itself to scientific review, and thus not providing transparency in methods, assumptions, and data used, the USDA/FS is acknowledging it has something to hide, namely' poor science and failure to follow standards for risk assessments. This is not a new problem, where scientific issues grounding concern for legitimate risk assessments include ·'---the alleged distortion of science by government risk assessors, to ensure that risk managers received the answers they wanted, so that they could decide to regulate, or not to regulate, depending upon how they perceived the social, economic, and political pressures under which they were operating.'"?  It appears the USDA/FS has pursued just such distortion.
10
References:
l. Risk Assessment in the Federal Government: Managing the Process, National Academy Press, 1983.
2. Rodricks Joseph V., Calculated Risks, The toxicity and human health risks of chemicals in our environment. Second edition, Cambridge University Press, Cambridge, 2007.
3. http://srmo.sagepub.com/view /the-sage-encyclopedia-of-social-science-research-methods/n387.xml
4. Reference Manual on Scientific Evidence, Federal Judicial Center, National Academies Press, 20 II
5. Jason Braithwaite, 2006, U Birmingham, UK. Seven Fallacies of Thought and Reason: Common
Errors in Reasoning and Argument from Pseudoscience,
http://www.academia.edu/316243/Seven_Fallacies_of_Thought_and_Reason_Common_Errors_i
n_Reaso
ning_and_Argument_from_Pseudoscience
6. O'Brien J et al. Incorporating foray behavior into models estimating contact risk between bighorn
sheep and areas occupied by domestic sheep. Wildlife Society Bulletin 2014, 38(2):321-331
7. Walter, David W. et at, What Is the Proper Method to Delineate Home Range of an Animal Using Today's Advanced GPS Telemetry Systems: The Initial Step. In: USA Modem Telemetry


500139_PitterleT_20161028 Organization: Thomas Pitterle
Received: 10/28/2016 12:00:00 AM
Commenter1: Thomas Pitterle - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive

BLM_0157439

Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison 12/15/2016 12:00:00 AM
Attachments: 500139_PitterleT_20161028.htm (500139_PitterleT_20161028-388829.htm Size = 1 KB)
UFORMP_500139_PitterleT_20161028.pdf (500139_PitterleT_20161028-388830.pdf Size = 177 KB)
Submission Text
From: Thomas Pitterle – Owner, County Excavating, Paonia, CO
10-28-16

Dear BLM,
Please withdraw the lands around watersheds that lead into the North Fork Valley from oil and gas leasing. The long history of Delta County being a poor county has preserved a quality of life that many people seek. I own County Excavating in Paonia. All of my new customers are moving in from various industrialized areas and really appreciate the quality of life here. Clean air, clean water, organic foods in abundance. It all goes away, along with property values, if these operations are allowed here. The new economy in this valley centers around the many newcomers moving here, services for them, agri-tourism, organic everything, entertainment, arts, recreation and excellent hunting. Property values are up. The economy is robust. We don't need money or jobs. You could do us a solid by respecting the wishes of the majority of residents in the North Fork Valley. You probably love where you live. Imagine a meth lab set up wind from your home and the meth heads have government immunity. They're making money, but you don't benefit at all and can't do anything about it. Please help us to preserve the North Fork!
Thomas Piterle


500140_SaksonJ_20161101 Organization: Jake Sakson
Received: 11/1/2016 12:00:00 AM
Commenter1: Jake Sakson - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison 12/15/2016 12:00:00 AM
Attachments: 500140_SaksonJ_20161101.htm (500140_SaksonJ_20161101-388832.htm Size = 1 KB)
UFORMP_500140_SaksonJ_20161101.pdf (500140_SaksonJ_20161101-388831.pdf Size = 173 KB)
Submission Text
Dear Dana Wilson,
The North Fork Valley is and environmental gem and the organic farming epicenter of Colorado.

The NFV has the potential if it continues on its trajectory to lead Colorado and our country in sustainability and health. As a property owner in Paonia I am personally at great health risk if oil and gas development ensues in the North Fork. Not only are there tremendous health risks associated with oil and gas but economic dangers as well. Property values will drop and our community's economy will be DESTROYED. Our economy's biggest asset is our environment. Especially clean air and water. At the top of this list is organic agriculture, food and wine production in which we lead the state. This gives birth to agri-tourism. Also other recreation opportunities abound, hiking, fishing, hunting. All this will end, our community will get SICK and the blood will be on your hands.

Being situated at the top of the Colorado River watershed the impact of oil and gas drilling will stretch across the west.

I implore you to promote and explore a NO LEASE alternative for the NFV and let our community and economy flourish. At the very least alternative B1 must be adopted.

Sincerely,
Jake Sakson
Paonia, CO 81428


500141_WrghtR_20160808  Organization: Robert Wrght
Received: 8/8/2016 12:00:00 AM
Commenter1: Robert Wrght - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison 12/15/2016 12:00:00 AM
Attachments: 500141_WrghtR_20160808.htm (500141_WrghtR_20160808-388833.htm  Size = 2 KB)
UFORMP_500141_WrghtR_20160808.pdf (500141_WrghtR_20160808-388836.pdf  Size = 272 KB)
Submission Text
08-08-2016
I live in Paonia, in western CO's North Fork Valley. I moved here 8 years ago after feeling ill as a downwinder from Silt and Rifle. Headaches, nausea and bronchial irritation drove me to move here. Since I arrive in '08 all those problems have ended.

Now I see your 30 year proposals for oil and gas allowances here, directly threatening the pristine air, water and quality of life here, that many including myself have relocated here to retire in health. I am an adamant supporter of NO leases in the NFV!! Bu if the BML is saying you must choose or we will for you. I'd go with the North Fork Alternative – B1, as it is the only one that considers what we have and the protections we are entitled to as the people who actually reside here. Please don't ruin my life and lifestyle with a decision from folks who don't live here or know of the uniquity of this area, the organic farm fresh food, the Burgeoning resilient economy, the clean air and unpolluted waters and food. There is millions of tons of gas

elsewhere, across the nation that is already tapped, enough for thousands of years supply. It is senseless to frack the NFV just for spite and control.
Please, make a decision that will let you sleep good at night knowing that you have not contributed the risky and possibly destruction of this very special piece of America.
Love,
Robert Wrght
Paonia Resident and patron


500143_RewL_20161017  Organization: REW Land and Cattle LLLP
Received: 10/17/2016  12:00:00  AM
Commenter1: - Paonia, Colorado 81428 (United States)
Organization1:REW  Land and Cattle LLLP
Commenter Type: Private Industry
Classification:  Substantive
Submission  Category: Unique
Submitted  As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison  12/15/2016  12:00:00  AM
Attachments: 500143_RewL_20161017.htm  (500143_RewL_20161017-388837.htm  Size = 4 KB)
UFORMP_500143_RewL_20161017.pdf  (500143_RewL_20161017-388841.pdf  Size = 125 KB)
Submission  Text
REW Land and Cattle LLLP
38797 Back River Road
Paonia, Co 81428


October 17, 2016


Project Manager,
REW Land and Cattle LLLP appreciates the opportunity  to submit comments on the Uncompahgre Field Office's (UFO) Draft Resource Management Plan (RMP) Revision and Environmental  Impact Statement.  REW LAND and Cattle LLLP continues to support full multiple
use opportunities  balanced against the positive and negative impacts and the protection of private property rights within the UFO area.


REW Land and Cattle LLLP likes Alternative C with some changes discussed below as Alternative C preserves a greater amount of multiple  use and protection of private party rights within the plan. Alternative  C also provides a greater separation between broad requirements and site specific issues that should  only be addressed during the review of proposed site specific activities.  Alternative C) therefore, allows for greater flexibility  for the public and the BLM to address and regulate those sight specific requirements through various then current permitting processes.

BLM_0157442

The few portions of Alternative C that REW Land and Cattle LLLP believes should be changed or removed noted below and identified by the page and corresponding line number in Table 2.2 (Description of Alternatives) in Chapter 2 of the proposed RMP.

Special Status Terrestrial Wild life
<([#1 [16.1]
o Page 2-95, Line 152, designate defined habitats as species occupied habitats. Without that specific notation, non-occupied habitats could become un-necessarily extensive and restrictive. #1])>

o <([#7 [8] Page 2-102-105, Line 161-167, Gunnison Sage Grouse,. Need to write language that allows for range improvements. When Alternative C says no permanent structures, that includes range improvements #7])> .

o Land Health
o <([#8 [34.1] Page 2-25, Line 24, Given the lower precipitation rate over the entire UFO resource area, it is more realistic to manage for upward trend for land health #8])>
o <([#9 [34.1] Page 2-27, Line 26, add recreation to actions that can cause land health problems #9])>
<([#10 [23.1] Page 2-164, Line 295, maintain the ability to increase AUMs #10])>
o <([#11 [23.1] Page 2-165, Line 297, before acreage is removed for AUM on ACEC, write language in to change management of livestock use. Increase the flexibility of management. #11])>
o <([#12 [23.1] Page 2-166, Une 299, define that trailing livestock is not the same as gathering and moving livestock from pasture to pasture. #12])>
o <([#13 [23.1] Page 2-169, Line 303, add Colorado Resource Monitoring Imitative to the list of plans to base decisions on. In , include the MOU with CCA, CWGA, BLM, Department of Ag. #13])>
o <([#14 [23.1] Page 2-167, Line 300, no mention of using livestock as tool for vegetation treatments. Targeted grazing is an economical, viable tool and has been extensively researched to benefit sage grouse and big game habitat. In addition, targeted livestock grazing has been successfully used to extend the life of mechanical vegetation treatments on oak brush and other shrubs.
#14])> o <([#6 [23.1] Page 2-167, Line 301, No permits or allotments should be closed. #6])> o <([#5 [23.1] Page 2-172, Line 306, Major ecological damage does not equate to maintaining range improvements
#5])> o <([#4 [23.1] Page 2-172, Line 307, alternative c is more feasible and allows for the sustain ability of multi-generational use of working landscapes #4])>
o <([#3 [30.2] Data indicates that grazing as a land use in the UFO is not strictly for traditional and cultural importance, it contributes to the overall economic well-being of Delta County. This is a more accurate way to reflect livestock grazing in the RM P. #3])>
o <([#2 [30.3] IMPLAN calculates economic impact based on forage used in the UFO; however additional analysis needs to include the value of the livestock for the entire year. Livestock grazing within the UFO fills a critical winter and spring niche that is vital to the overall economic health of the livestock industry and thus Delta County. If livestock grazing is reduced within the UFO, the operating costs increase for livestock operators and thus increase the

likelihood  of producers scaling back and reducing  numbers.
#2])>
Sincerely,  REW Land and Cattle LLLP


500144_WestC_20161030  Organization:  Callie West
Received: 10/30/2016  12:00:00  AM
Commenter1: Callie  West - Paonia, Colorado  81428 (United States)
Organization1:
Commenter Type: Individual
Classification:  Nonsubstantive
Submission  Category: Unique
Submitted  As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison  12/15/2016  12:00:00  AM
Attachments: 500144_WestC_20161030.htm  (500144_WestC_20161030-388842.htm  Size = 12
KB)
UFORMP_500144_WestC_20161030.pdf  (500144_WestC_20161030-388843.pdf  Size = 419
KB)
Submission  Text
October 30, 2016
From: Callie  West
PO Box  1532
Paonia CO 81428


Dear BLM Uncompahgre  FO Staff and RMP Comment Team,


Please listen to the local community  in Crawford, Hotchkiss and Paonia and adopt Alternative
B1
"the North Fork Alternative" for the area in and around the North Fork  Valley. This locally
driven
proposal is the right way to protect the Gunnison  Watershed, support farmers and continue
building  a sustainable  rural economy on Colorado's  Western Slope.
Local government agencies such as the Delta County Board of County Commissioners,  along
with
local chambers of commerce and a team of community  members including  the Western Slope
Conservation  Center, Valley Organic Growers Association,  the West Elk  American Viticultural
Area,
realtors, ranchers, outfitters and guides all participated in the creation of the Alternative  B1 "the
North Fork Alternative" submitted  to the BLM. This community  driven effort resulted in an
expertly researched, high quality  proposal.
In 2014 the BLM published  "BLM Recreation Strategy- Connecting  with  Communities" (copy
attached to this letter). This document outlines  the BLM's new, national strategy for managing
recreation resources to "offer the greatest benefits possible  to individuals  and communities  and to
better enable communities  to achieve their own desired, social, economic, and environmental
outcomes." Alternative  B1 "the North Fork Alternative"  represents exactly the strategy the

BLM is calling for!

"The BLM recognizes that it is part of a greater whole. Public lands are connected to and integrated with communities - not federally designated islands separated from them. This recreation strategy is different because it focuses on proactive engagement with communities, locally based government agencies, and service provider businesses, and emphasizes benefits from the perspective of community networks of service providers."

Alternative B1 "the North Fork Alternative" is resource-based, built from the "ground up" and is the best alternative that supports the community's hard efforts to diversify our local economy. It proposes strong protections for the public uses and resources our community values most, including the existing coal mining and agricultural economies; a clean, dependable water supply; community, recreation and public-use areas; scenic and sensitive lands; river corridors; and wildlife areas while allowing for the balanced development of all our resources. It also supports Special Recreation Management Area designation for Jumbo Mountain.

The natural gas industry creates few long term jobs and the "boom and bust" cycle would have negative impacts to our recreation and tourism industry which has provided increasing, significant revenue to our local economy.

Has the BLM considered earthquakes, newer drilling technologies and the fact that rural gas gathering lines are unregulated in Alternative D, the "preferred plan"?

Has the BLM considered the sources for the millions of gallons of valuable water required for oil and gas development in Alternative D, the "preferred plan"?

I urge your local field office to follow the BLM mandate and "focus on proactive engagement with

communities, locally based government agencies, and service provider businesses ... " etc., by adopting Alternative Bl "the North Fork Alternative"

Thank you for Reading.

Callie West


"There are appropriate places for oil and gas drilling. It's not here (in the North Fork Valley)."
US Senator Michael Bennet of Colorado- Friday Oct. 28, 2016


"In July 2013, Secretary Sally Jewell outlined six priorities for the Department of the Interior:
• Celebrating and Enhancing America's Great Outdoors
• Strengthening Tribal Nations
• Powering the Future
• Engaging the Next Generation
• Ensuring Sustainable, Secure Water Supplies
• Building a Landscape-Level Understanding
-The BLM's Recreation & Visitor Services Strategy supports all of the priorities"
2


BLM Recreation Strategy - Connecting with Communities
How Is This Strategy for the BLM's Recreation
Program a New Approach?
The Bureau of Land Management (BLM) manages recreation
resources and visitor services to offer the greatest benefits

possible to individuals and communities and, as envisioned ilil this strategy, to better enable communities to achieve their own desired social, economic, and environmental outcomes. BLM public lands-once described as "the lands nobody wanted" are now recognized as America's Great Outdoors, a "Backyard to Backcountry" treasure. They are uniquely accessible. More than 120 urban centers and thousands of rural towns are located within 25 miles of BLM lands.

BLM lands fill a distinctive niche in the federal recreation marketplace-one that offers a competitive advantage for communities and businesses. Moreover, the close proximity of varied stakeholders to BLM lands creates many opportunities for the BLM and communities to collaborate, set mutual objectives for proposed recreation opportunities, and pool resources toward shared goals. '

The BLM recognizes that it is part of a greater whole. Public lands are connected to and integrated with communities not federally designated islands separated from them. This recreation strategy is different because it focuses on proactive engagement with communities, locally based government agencies, and service provider businesses, and emphasizes benefits from the perspective of community networks of service providers. It is not business as usual; it is a serious effort to reposition resources (recreation setting management and visitor services, program funding, operational knowledge and skills, and the BLM culture and brand) in support of community values while optimizing benefits for the public.

The recreating public has steadily grown, and visitors to public lands now number about 59 million. It is paramount that the BLM and community networks of service providers plan and work efficiently together on a routine basis to help one another be as successful as possible, especially during difficult economic times.

What Are Community Networks
of Service Providers?

They are the driving forces in our cities and towns. These networks include locally based government agencies at all levels (city, county, tribal, state, and federal). Private sector industries and businesses are also key service providers, including outfitters, tour operators, lodging, restaurants, nature and youth centers, chambers of commerce, tourism industry associations, sporting goods and retail stores, and other nongovernmental organizations.

What Steps Will the BLM Take To Reposition Its
Resources Externally?

An important goal of the BLM's overall national strategy is to

"Be a Good Neighbor." Toward this end, the BLM recreation program intends to develop closer ties to and accountability with the communities that the agency serves. The BLM will seek out and develop sustained relationships with service providers, engaging productively with representatives, listening well to understand community values and quality of life issues, and helping identify recreation opportunities that not only deliver outstanding recreation experiences to visitors and preserve the distinctive character of public lands recreation settings, but also respond to the specific desires and capacity of service providers (as consistent with federal law and policy).

Long-term land management plans will be flexible enough to change as the needs of communities and the demands of the public change. Under an outcome-focused approach, the BLM will leverage financial resources to support key needs of network providers-for example, to provide important portal facilities and maintain top-priority sites and services. To make the most of investments in recreation, the BLM will assign priority to opportunities that support the recreation needs of both visitors and local residents.

What Steps Will the BLM Take To Reposition Its Resources Internally?

There are many things that the BLM can and will do internally to support this national strategy. First, the agency will devote resources to building employee skills and knowledge with respect to community partnerships. Agency recruitment, retention, and training will seek to build on existing workforce strengths; mentoring and knowledge-sharing of best practices beyond the agency's administrative boundaries will enable the BLM to capitalize further on current expertise in community relations.

Equally important is the need to stay up-to-date about the interests of service providers and visitors. Ongoing discussions with representatives of community networks will help the BLM maintain relevant and responsive partnerships. The BLM will also use in-depth visitor assessments to evaluate and measure how well partnerships are meeting the public's desired outcomes, and then adjust its management practices as necessary. Inventory records and data will be maintained so that they are accurate and current and tied to nationally set standards, to better enable decision makers at all levels to develop useful policies and actions.

The BLM will use print as well as electronic and social media to market recreation opportunities and share information with the public as effectively as possible. Community service providers are often better able than the BLM to tailor and market messages to specific audiences. Therefore, the BLM will engage the creativity of individuals and organizations that can measure and describe the benefits of recreation on public lands effectively to these audiences.

Similarly, the BLM hopes that by working together creatively, community networks and the BLM may find previously untapped sources of funding

that will help sustain and support local communities.  The BLM will continue to rely on appropriated funds to maintain sites but will target both public and private funding to priority sites and services, as these are determined through collaboration with community networks of service providers.  The agency will continue to seek operational efficiencies to realize cost savings and will use fee revenues to improve recreation opportunities at the sites, and in or near the communities, where the fees are collected.

Vision: By increasing and improving collaboration
-with community networks of service providers, the
BLM will help communities produce greater well-being
and socioeconomic health and will deliver outstanding
recreation experiences to visitors while sustaining the
distinctive character of public lands recreation settings.
locally Based Government
Agencies include~ municipal and county
governments, the National Association of
Counties, tribal governments, state and
regional agencies, other federal agencies,
schools, etc.
Private Sector Industry and
Business including outfitters and tour
Operators, lodging and restaurant
nature and youth centers, chambers of commerce, tourism industry associations,
sporting goods and retail, other
nongovernmental organizations, etc.

In July 2013, Secretary Sally Jewell outlined six
priorities for the Department of the Interior:
• Celebrating and Enhancing America's Great Outdoors
• Strengthening Tribal Nations
• Powering the Future
• Engaging the Next Generation
• Ensuring Sustainable, Secure Water Supplies
• Building a Landscape-Level Understanding
The BLM's Recreation & Visitor Services Strategy
supports all of these priorities.


500145_FrankC_20160808 Organization: Christine Frank
Received: 8/8/2016 12:00:00 AM
Commenter1: Christine Frank - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique

BLM_0157448

Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison 12/15/2016 12:00:00 AM
Attachments: 500145_FrankC_20160808.htm (500145_FrankC_20160808-388844.htm Size = 3 KB)
UFORMP_500145_FrankC_20160808.pdf (500145_FrankC_20160808-388845.pdf Size = 372 KB)
Submission Text
August 08, 2016

Dear Ms. Wilson:
I have been a climate change activist since 2005, the year of Hurricane Katrina as well as the year I became a grandmother. I am deeply concerned about the future of Earth's climate system and whether or not it will remain habitable for human life in the future so that my granddaughter and her generation will have a chance to survive. <([#1 [11.3] There is nothing in the Draft BLM RMP on the climate impacts of expanding fossil fuel extraction if it were allowed in the North Fork Valley in the next 30 years. #1])> <([#2 [11.3] There is no data in the plan on subsequent greenhouse gas emissions from oil and gas development and how they will contribute to continued global warming. #2])> <([#3 [28.1] There is also nothing in the RMP calling for the development of renewable wind and solar power, which would allow us to keep the dirty hydrocarbons in the ground and drastically reduce greenhouse gas emissions.
#3])> I am an organic gardener, and it is vital that the food my family grows is fit for human consumption free of heavy metals, endocrine disrupting compounds, polycyclic aromatic hydrocarbons, and other persistent pollutants- the whole nine yards. Our garden is watered from the same irrigation ditch that serves Stewart Mesa, and we expect it to remain pure and fresh, free of fracking chemicals and the radioactive materials that are dredged to the surface w/ the extraction process. We also expect the air to remain clean for the same human health concerns. My son is an artisanal plaster & stucco contractor, who is deeply concerned over the future of his livelihood and his ability to continue to support his family. For that reason, he wants the multi-use nature of the North Fork Valley to be respected so that real estate and land values for his potential clients do not plummet – as much as 15-25% ! - the moment oil and gas development begins here. His biggest fear as a contractor is that people will flee the valley because the quality of life has been ruined, and he will lose his means to make a living. <([#4 [30.3] There is nothing the RMP about the impacts of Oil and Gas leasing on land values.
#4])> I support a just transition for all workers in dirty industries – coal, oil, natural gas – to make the shift to green jobs that produce wind & solar technologies and 100% clean mass transit systems. <([#5 [30.3] There is nothing in the BLM's RMP that even suggests such a just transition on the data to clean energy developments let alone how it could benefit the North Fork Valley and other communities on the Western Slope while ensuring job security and protection of the earth's climate #5])> .
I strongly urge the adoption of Alternatives B & B1 that would close 75% of the land to oil & gas leasing to protect the North Fork's organic food system, air and water quality, human health, wildlife habitats, and ecosystems. But I prefer no oil and gas leasing or development anywhere any more. Not here, not now, not ever! There are plenty of jobs to be had in clean, green technologies to save the climate and the planet's other matrices, without which no life can exist

on Earth.
Sincerely,

Christine Frank 507-210-9279  christinelynnfrank@gmail.com
23 ½ Alder Cove, Paonia, CO 81428-2019


500146_KaechP_20160809  Organization:  Patti Kaech
Received: 8/9/2016  12:00:00  AM
Commenter1: Patti Kaech - ,
Organization1:
Commenter Type: Individual
Classification:  Nonsubstantive
Submission  Category: Unique
Submitted  As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison  12/15/2016  12:00:00  AM
Attachments: 500146_KaechP_20160809.htm  (500146_KaechP_20160809-388847.htm  Size = 1 KB)
UFORMP_500146_KaechP_20160809.pdf  (500146_KaechP_20160809-388846.pdf  Size = 166 KB)
Submission  Text
8/9/16
Dear Ms. Wilson,
Thank you for the extension of commenting  on the RMP. I am a realter in the North Fork Valley
and all the alternatives except B1 is going to decimate my career and livelihood  in the North
Fork.
Communities  have a 15% drop in real estate values when fracking moves in. there are some
communities  where that not the case but only where theres not enough housing to begin with.
You have a responsibility  to listen to our voices and know that I will be bankrupt if fracking
happens with your preferred Alt D.
Thanks for listening
Patti Kaech


500147_BradfordD_20161008  Organization:  David Bradford
Received: 10/8/2016  12:00:00  AM
Commenter1: David Bradford - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification:  Substantive
Submission  Category: Unique
Submitted  As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison  12/15/2016  12:00:00  AM
Attachments: 500147_BradfordD_20161008.htm  (500147_BradfordD_20161008-388848.htm

Size = 5 KB)
UFORMP_500147_BradfordD_20161008_HasAttach.pdf (500147_BradfordD_20161008-388849.pdf Size = 367 KB)
Submission Text
David Bradford
P.O. Box 1331
Paonia, CO 81428-1331
Email: stirruphigh@tds.net
October 8, 2016

Re: Uncompahgre Resource Management Plan Revision

Dear Madam/Sir:

I am writing in regards to the Draft Uncompahgre Resource Management Plan
(RMP) revision and associated Draft Environmental Impact Statement (EIS). I am a
retired U.S. Forest Service rangeland management specialist with 34 years with the
agency- 20 in this area. I have the following comments for the proposed EIS.

<([#1 [5.1] I find it very difficult to impossible to review this document in an electronic format.
It is worse than cumbersome. This is a large, complex document that needs to be provided in
physical form.
#1])>
<([#3 [27.1] I do not support the listing of Jumbo Mountain/McDonald Creek as a Special
Emphasis Area. The description of the reasoning seems extremely weak. Fragmentation in the
North Fork Valley is more problematic than fragmentation of the public lands in the Jumbo
Mountain/McDonald Creek area. The loss of large, open space ranches to increased residential
development is causing more
fragmentation of habitat in the North Fork Valley #3])> . The effects of unmanaged recreation,
primarily the explosion of user-created bicycle trails in the Jumbo Mountain area also is causing
a reduction in habitat effectiveness. There are over ten miles of user created trails in the Jumbo
Mountain area- and numerous unsafe wooden bridges built by these bicycle users. Many of these
trails have ground
disturbances- mostly jumps also built by the users.
What impacts have these bicycle enthusiasts had on TES plant species? What impacts is this
high-density trail system having on wildlife? <([#2 [34.2] I am enclosing a topo map showing
the trails I have
mapped using a GPS unit. In addition there are numerous populations of noxious weeds that are
on the increase in the Jumbo Area, primarily hoary cress and Russian knapweed. These are
issues than need to be addressed in the RMP, not just designating the Jumbo
Mountain/McDonald Creek as a Special Emphasis Area.
#2])> Livestock grazing is an important economic activity in the Resource Planning area.
Livestock grazing on BLM managed public lands is very important to the
sustainability of ranches in Delta County. The livestock grazing on these public
lands provides spring, fall and winter grazing for these ranches. The elimination of
livestock grazing or reduction in use could affect the viability of these ranches. <([#5 [23.1] Any

proposed elimination or reduction in use must be based on documented trends in rangeland conditions. If range resource conditions have been identified to be unsatisfactory, strategies for improved management should be considered before livestock grazing reductions are considered. #5])> <([#6 [30.3] If reductions in livestock grazing are considered the analysis must also evaluate the economic impacts of these reductions on the individual ranch operation and on the county. The base ranch operations for ranches holding public land grazing permits are providing significant amounts of open space and wildlife habitat. If ranches are forced to graze the private lands more heavily or to sell out due to livestock reductions, what impacts will this have on conditions on these private lands? I do not support any alternative that eliminates or reduces livestock grazing unless there is a documented problem in rangeland conditions that cannot be resolved with improved management. #6])>

I do not support the North Fork alternative for oil and gas development. <([#7 [21.1] The elimination of gas and oil leases in the upper North Fork Valley is unreasonable and unnecessary. These resources could and should be developed #7])> . <([#8 [21.1] However, I do not support the sale of leases in the Paonia area, especially south of the North Fork of the Gunnison River. These areas have very low potential and should not be put up for bid unless there is documented evidence that there are developable gas and oil resources in this area. #8])>

<([#4 [5.1] Finally, I do not believe any comments that are submitted should be allowed to have personal identifiable information withheld. People need to be accountable for their comments and if their names and contact information are not part of the public record, they should not be included in this public process.

#4])> I appreciate the opportunity to offer input to the Uncompahgre Resource Management Plan Revision.


Sincerely,
David Bradoford
DB: db


500149_KennedyA_20161028 Organization: April Kennedy
Received: 10/28/2016 12:00:00 AM
Commenter1: April Kennedy - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/15/2016 12:00:00 AM
Attachments: 500149_KennedyA_20161028.htm (500149_KennedyA_20161028-388851.htm
Size = 2 KB)
UFORMP_500149_KennedyA_20161028.pdf (500149_KennedyA_20161028-388850.pdf Size = 167 KB)
Submission Text

BLM_0157452

Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.
Reference page number or section in RMP (optional):
Title of comment (area or trail name): East Paradox Rock Art and Lower Tabegauche Unit
Name: April Kennedy
Address: PO Box 669
Email (optional): Phone (optional):

Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping,
photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views,
etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may
which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density',
etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping
routes/areas, travel
management, etc):

The east paradox rock art area and lower tabegauche unit are within an hour drive of my home
and I enjoy accessing these areas for hiking, mountain biking and observation of nature. These
areas are unique in that there are desert plants and native American petroglyphs not found in
other landscapes. This offers residents and visitors of these areas and experience in nature that
they can not find anywhere else.
These areas should be Areas of Critical Environmental Concern and I would ask the BLM to
restore them to their full acreage in the final RMP. Additionally, I would ask the BLM to create
more meaningful protections for the rock art and plants by disallowing occupancy by oil and gas,
keeping areas closed to motorized travel excluding right of way development, and prohibiting
target shooting.

Please turn in comments to the BLM by September 1st, 2016
Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP
Or email: uformp@blm.gov

500150_AlderdiceD_20161101 Organization: David Alderdice
Received: 11/1/2016 12:00:00 AM
Commenter1: David Alderdice - Hotchkiss, Colorado 81419 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail

BLM_0157453

Form Letter Category: Form letter plus text
Form Letter Master: Form Letter J
Current Task: Review Assigned/Due: mmccarter
Attachments: 500150_AlderdiceD_20161101.htm (500150_AlderdiceD_20161101-388819.htm
Size = 19 KB)
Submission Text
BLM, Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401
Re: Draft Resource Management Plan for the Uncompahgre Field Office
Dear BLM-UFO Staff and RMP Comment Team,
Thank you for the opportunity to comment on the Uncompahgre Field Office's draft Resource
Management Plan (draft RMP). As presented, I believe that none of the alternatives offer the
level of protection
these lands warrant, or that the local citizens and communities in your planning area have
specifically asked for
and favored, and which federal law requires.
I am writing to ask the BLM to include all proposed actions in the North Fork Alternative, Bl, in
the final RMP. The North Fork Alternative boundaries include the communities of Hotchkiss,
Paonia and
Crawford and include areas that supply municipal water, irrigation, and domestic water
companies, impact the
scenic features of the Valley, and are high quality wildlife lands.
I am writing to ask the BLM to ensure the strongest level of long-term protection for resources of
particular concern included in Alternative B 1, such as water supplies and riparian areas; scenic
qualities of the
valley; undeveloped wildlife lands including winter range and migration corridors.
While I strongly support the No Fracking Alternative, I am writing to ask the BLM to include, at
the minimum, all conservation protections in Alternative Bin the final RMP. (These include, but
are not
limited to, those listed ~hove.)
Also, I believe <([#1 [5.3] the final Resource Management Plan should include a no-leasing
alternative, to
adequately evaluate the full range of reasonable management plans; include a sub-alternative for
each
alternative (AI, Cl, 01) as was created for Alternative B, so the North Fork Alternative Plan can
be properly
evaluated against each proposed alternative.
#1])> I moved to the area 13 year ago and have seen many changes - many small to medium
organic farms
have started up or flourished, CSA (Community Supported Agriculture) programs and orchards
have multiplied,
the region has been discovered as a prime grape growing area by viticulturalists and wineries are
now abundant.
I hear this Valley called the Napa Valley of Colorado. High-end tourism has been and is
continuing to grow, in

addition to the already established influx of hunters, cyclists, fisherman, hikers, backpackers, concert goers, and

sight-seers that appreciate the Valley's beautiful views, recreational access to public lands, and the many other

amazing offerings this Valley has to offer. Many families are drawn to raise their children here by the friendly

local people, the safe atmosphere, the clean air and the good locally grown organic food. I chose the area

because of the organic farming and the amazing recreational wilderness access. I appreciate the natural beauty,

clean air, clean water, quiet nights, quality of life, and abundant wildlife. That lifestyle is injeopardy with the

BLM's preferred alternative RMP. I would be directly and negatively impacted by oil and gas development by

increased heavy truck traffic, the possihle impacts on my drinking water and irrigation water, the air quality,

and the wildlife impacts that development of the area would have. As a small business owner I have already

been affected as some of my colleagues and students have already moved away from the NFV in search of

places were their water supply and air quality are not being continually threatened by proposed oil and gas

leases in their backyard. My livelihood would also be ever more negatively impacted by more oil and gas

development in the area because we rely in part on tourism dollars to support our family. The fact that my

family's irrigation water comes from Fire Mountain Canal and Farmer's Ditch, whose headwaters are deep in a

section ofBLM that would be developed under your preferred alternative, is very concerning as we are raising a

two year old and our organic garden produce is a big source of his healthy diet. Industrial activities are

inappropriate for water drainages. I value the preservation of all public lands and the uses they provide to my

neighbors and wildlife.
• The current Resource Management Plan currently in effect was approved at least 26 years ago and did not

account for the many changes that have occurred since that time.
• The socioeconomic benefits being derived from the agricultural operations that now exist in the North

Fork Valley have changed in importance and character and unfortunately have not been accounted for in

the current draft RMP either.
• The draft RMP only contains a brief acknowledgement of the existence of the unique agriculture that

occurs in the North Fork Valle and has not adequately or appropriately described what makes the

BLM_0157455

North

Fork Valley of such unique agricultural, artistic and entrepreneurial importance to all of Colorado and

surrounding states nor given it the protections it deserves regarding water quality, air quality, and general

standard of living.

• This omission of fully describing this valley does not constitute meeting the requirement of "succinctly

describing the environment of the area(s) to be affected by the alternatives under consideration" as

required by 40 CFR 1502.15.

This valley is recognized for its unique agriculture (it contains the highest concentration of organic

farms, orchards and vineyards in Colorado), local business, art, agribusiness, agritourism, and recreation

industries and deserves protection from any threat of environmental degradation that would harm these

endeavors.

Evidence for the uniqueness of this valley:

a) It has been described as "An American Provence" in the book by the same name written by University of Colorado professor, Thomas Huber. He compares the North Fork Valley with its vineyards to the

famous wine growing region of southern France. http://www.merchantherald.com/geographer-says-the-northfork-

is-an-american-provence/ This valley was also featured in the book At Mesa's Edge: Cooking and

Ranching in Colorado's North Fork Valley http://www.amazon.com/At-Mesas-Educ-Ranching-Colorados/dp/0618221263

b) This valley was designated by the state of Colorado as a Colorado Certified Creative District in

2013. Information on the significance of this designation can be viewed at http://www.coloradocreativeindustries.org/showcase/colorado-creative-districts

c) Delta County was recently awarded three Blueprint 2.0 Initiatives by the Colorado Office of Economic Development and International Trade. The Initiatives include Strengthening Local Business

Brand, Adaptive Reuse Workshop and Tourism Promotion. http://choosecolorado.com/lt-gov-donna-lynne-announces-

colorado-blueprint-2-0-initiave-recipients/

d) The North Fork Valley has also been designated as an American Viticulture Area by the U.S. government. This designation was officially adopted in 2001 and codified at 27 CFR https://www.gpo.gov/fdsvs/pkg/CFR-2016-title27-vol1/pdf/CFR-2016-title27-vol1-sec9-172.pdf An American

Viticulture Area is a delineated grape-growing region having distinguishing features as established in Federal

regulation and a name and delineated boundary. This is only one of two such designated areas in Colorado

BLM_0157456

e) The North Fork Valley has been featured in a number of articles by the New York Times including

coverage of previous attempts to pursue drilling http://www.nytimes.com/20 13/02/03/us/colorado-communitiest

ake-on-fight-against-energy-land-leases.html?_r=0 and many other articles like this one: http://www.nytimes.com/2014/06/19/garden/he-found-his-corner-of-the-skv.html.

The potential environmental consequences presented in this draft RMP do not in any way address the depth and

breadth of potential effects to the valley from fluid mineral exploration and production. This is in direct conflict

with BLM regulation 40 CFR 1610.4-6: Estimation of effects of alternatives, which requires that the Field

Manager "will estimate and display the physical, biological, economic, and social effects of implementing each

alternative considered in detail." Without acknowledging and describing the North Fork Valley in detail, this

requirement cannot and has not been achieved.

The inadequacy of the draft RMP is further exemplified by the following:

1) Chapter 1, Section 1.4 and Table 1.3: This section and table fail to appropriately and adequately

acknowledge and discuss the North Fork Alternative Plan (NF AP) presented to the BLM during scoping by

citizens and governmental entities in the North Fork Valley. The section summarizing the scoping comments

received does not include this important scoping submittal and has consequently resulted in the lack of any

meaningful reference to this agriculturally important area throughout the remainder of the draft RMP. This

violates the Council on Environmental Quality (CEQ) regulation at 40 CFR 1501.7(a)(2) which requires the

lead agency to determine the significant issues to be analyzed in depth in an Environmental Impact Statement.

This absence of acknowledgment of the North Fork Valley's unique qualities is also in direct conflict with

Section 1500.1 (b) of the CEQ regulations which states that "NEP A documents must concentrate on the issues

that are truly significant to the action in question, rather than amassing needless detail."

2) Chapter 1, Table 1-2, Step 7: By not appropriately including the North Fork Valley and the potential

negative environmental effects to it by the various proposed alternatives as a "planning issue," this draft RMP

does not adequately meet the requirement that the preferred alternative be the "alternative that best resolves

planning issues."

3) Chapter 2, Section 2.2.3: The lack of adequate discussion and acknowledgement of the North Fork Valley

in Chapter 1 (as discussed above) has created a situation where the significance of each alternative to potentially

impact the human and natural environment within the BLM planning area is missing from the fundamental

underpinnings of the analysis. This absence of appropriate consideration is evident throughout the remainder of

the document and in taking this approach, this document does not meet the level of analysis required by CEQ

regulations (40 CFR 1502.1; 1502.2; 1508.8; 1508.14 and 1508.27(a), (b)(3), (b)(4) and (b)(6)) or the

National Environmental Policy Act, Section 101(b).

4) Chapter 2, Table 2-1 and, Appendix D, Ecologic Emphasis Areas: The North Fork Valley should have

been included in this portion of the analysis. Although it does not fit the BLM's routine (boilerplate) areas of

analysis - unprotected core wildlife and native plant habitat and associated movement, dispersal, and migration

corridors - does not make this ecologically unique area any less worthy of consideration. In fact, minimizing

impacts to this culturally and agriculturally significant geographic area should be the core value addressed

throughout the draft RMP and presented under each of the Alternatives in Tables 2-1 through 2-6.

5) Chapter 3, Section 3.1.3 Geology and Soils: The following statement is included in this section; "There

are no farmlands of national or statewide importance on BLM-administered lands within the planning area

(emphasis added). However, according to a report by the Soil Conservation Service, "irrigated and prime

irrigated lands of statewide importance, most of which are situated at low elevations on valley floors, occur in

3

the Uncompahgre, North Fork, Surface Creek, and Smith Fork drainage basins" (Soil Conservation Service

1980).

Analysis of potential impacts to irrigated and prime irrigated lands existing within the Uncompahgre

planning area (North Fork Valley) resulting from federal actions taking place on ELM-administered lands must

be analyzed and disclosed in Chapter 4 and they are not. Chapter 4 is completely silent on the impacts to

irrigated and prime irrigated lands occurring within the valley floors in the plmming area which violates 40 CFR

1508.14.

6) Chapter 3, Section 3.1.5, Vegetation & Chapter 4, Section 4.3.4 Vegetation: Section 3 .1.5 fails to

acknowledge or discuss any of the agricultural crops existing in the North Fork Valley, including the large
amount of organic agriculture and vineyards, which is part of the Uncompahgre Field Office planning area.
Omission of these existing and important resources in Chapter 3 has resulted in the complete omission of
possible effects to these resources in Chapter 4, Environmental Consequences. This violates CEQ regulations
at 40 CFR 1502.15; Affected Environment and 40 CFR 1508.8; Effects.
7) Chapter 4, Section 4.1.1 Analytical Assumption, fifth bullet: This bullet asserts that "Direct and indirect
impacts of implementing the RMP primarily occur on the decision area lands:" This is a seriously flawed
assumption because many of the direct and indirect impacts of implementing the RMP on lands underlain by
federal fluid mineral estate have the potential to seriously impact the people (and their livelihoods) living in the
North Fork Valley including myself and my family.
"Planning area" is defined as the Uncompahgre Field Office boundary, including all lands, regardless of
land ownership (emphasis added), except the Gunnison Gorge NCA Planning Area and the DominguezEscalante
NCA" and is depicted on Figure 1-1 provided in the draft RMP. Whereas "decision area lands" are
limited to public lands and federal mineral estate managed by the USDOI, Bureau of Land Management. The
federal mineral estate managed by the BLM is depicted on Figure 1-2, also provided in the draft RMP.
The North Fork Valley's organic and traditional farming, fruit growing and viticulture areas occur less than
one mile, in many places, from the BLM decision area boundary (but within the Uncompahgre planning area).
This proximity is especially true for the thousands of acres of land surrounding Paonia, Hotchkiss and Crawford
that would be made available for fluid minerals leasing according to the BLM' s preferred alternative.
Obviously, these agricultural lands are at risk of being either directly or indirectly impacted by gas activity
occurring on the adjacent or contiguous decision area land.
8) Chapter 4, Section 4.3.2 Soils and Geology: Because Chapter 3, Section 3.1.3 dismisses the need for
identifying and describing irrigated and prime irrigated lands occurring within the planning area, this Section is
completely silent on the environmental consequences of federal actions on these agriculturally significant lands.
This is a serious omission which only further reinforces the fact that the BLM did not take the

environment
actually in existence in the planning area into consideration which violates 40 CFR 1502.15 of the CEQ
regulations.
9) Chapter 4, Section 4.3.3 Water Resources: The following statement is made on page 4-84, "The organic
farming industry relies on clean water for agricultural production. Contamination of irrigation waters could
affect the ability of local organic farms to maintain their designations. " This is the only mention of organic
farming in the entire draft RMP. Such a serious threat to the North Fork Valley cannot be allowed to ever occur.
And the only way to prevent it is to close the entire area within the NF AP area to any new oil and gas leasing or
at the very least, adopt Alternative B1. Oil and gas drilling is incompatible with the existing land uses currently
occurring in this valley.
4
The oil and gas industry in Colorado has reported at least 5,188 spills from statewide operations over the
last ten years to the Colorado Oil and Gas Conservation Commission. It is not a matter of if a spill will happen,
but when a spill associated with drilling activity occurring up valley and upstream from the North Fork Valley
will create long-term devastating effects on the soils, surface water and groundwater supporting this agricultural
area.
Appendix D speaks directly to habitat fragmentation and the importance of the connectivity between the
West Elk Wilderness and The Grand Mesa. ANY development, including recreation, will further degrade and
fragment the quality of the habit in the RMP area that the BLM is charged to protect. Not that we shouldn't do
any development, but that it must be extremely careful and perhaps limited to quiet use.
In Conclusion:
The draft RMP states that "When there are conflicts among resource uses or when a land use activity could
result in unacceptable or irreversible impact on the environment, the BLM may restrict or prohibit some land
uses in specific areas."
Based on the comments presented above, there is definitely a conflict between the extraction of the gas
resource and the prevailing land use in the Nolih Fork Valley. Additionally, the land use activity of producing
natural gas would result in unacceptable and irreversible impacts on the environment in the North Fork Valley.

BLM_0157460

Therefore, the leasing of any federal fluid minerals within the borders of the NF AP should be prohibited and
this prohibition on further leasing incorporated into the alternative chosen for the revised RMP or at the very
least, those in Alternative Bl. This is the only way to preserve and protect the integrity of this unique and
renowned part of Colorado and its habitat.
Gas exploration and development is not compatible with the economic culture of this valley and in fact, its
very presence would threaten its highly regarded reputation as an organic agricultural area as well as a great
vacation destination. At the bare minimum, I urge you to please include all proposed actions in the North Fork
Alternative, B1, in the final RMP. Without having considered a no-leasing alternative, nor considering how the
North Fork Alternative Plan would be carried out if included in the preferred alternative, the draft RMP fails to
fulfill its duty to consider the full range of reasonable management possibilities.
Again, I strongly oppose any hydraulic fracturing or new oil and gas well development in or around the
North Fork Valley of the Gunnison River. This stance and view point seems consistent with most of the Valley
residents as this plan will not bring many (if any) locals new job opportunities and we are all hoping to protect
this special place for generations to come. There have been multiple scientific studies (one recently from Yale)
showing the potential dangerous side effects and diseases (like cancer) linked to the by-products used in oil and
gas extraction on the local population, fauna, wildlife and environment.
I thank you personally for your consideration on this topic, and I thank you for the well-being of future
g~
David Alderdice
35003 Hanson Mesa Road
Hotchkiss, CO 81419
970-872-4238
gaicahimsa@yahoo.com
5


500152_SwigartL_20161027 Organization: Lance Swigart
Received: 10/27/2016 12:00:00 AM
Commenter1: Lance Swigart - Hotchkiss, Colorado (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique

BLM_0157461

Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/15/2016 12:00:00 AM
Attachments: 500152_SwigartL_20161027.htm (500152_SwigartL_20161027-388853.htm Size = 1 KB)
UFORMP_500152_SwigartL_20161027.pdf (500152_SwigartL_20161027-388852.pdf Size = 92 KB)
Submission Text
BLM

You have already received lots of letters. So I will make this short. I encourage you to choose the North Fork Alternative B1 and all other reasonable conservation protections in Alternative B.

Gas and oil developments are extremely damaging to small rural communities. From all the large truck traffic to the rise in crime. One think nobody mentions the price increases in cement and gravel. Take care of what you might unleash on a small rural farming community.

Lance Swigart
Hotchkiss, Colo.
PS. Most of the natural gas produced in this country is going overseas. Is that what we want to do with our natural resources

500153_IndaEtAl_20161101 Organization: Calvin Inda
Received: 11/1/2016 12:00:00 AM
Commenter1: Calvin Inda - ,
Organization1:
Commenter2: Juan Inda - ,
Organization2:
Commenter3: Ross Allen - ,
Organization3:
Commenter4: Ernie Ethchart - ,
Organization4:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/15/2016 12:00:00 AM
Flags:
Attachments: 500153_IndaEtAl_20161101.htm (500153_IndaEtAl_20161101-388855.htm Size = 25 KB)
UFORMP_500153_IndaEtAll_20161101_HasAttach.pdf (500153_IndaEtAl_20161101-388854.pdf Size = 619 KB)
Submission Text

Draft Resource Management Plan and EIS-Uncompahgre Field Office
Comments
Comments included in this summary are from Calvin lnda, Juan lnda, Ross Allen and Ernie Etchart, all grazing
permittees within the Uncompahgre Field Office (UFO).
1. The Draft Resource Management Plan (DRMP) does not go into any evaluation of goals and objectives of the
existing RMP. Without evaluating what was accomplished and not accomplished in the existing document it makes
it very difficult to know if there needs to be any changes in the new RMP and to what extent alternatives B through
Dare even valid. One example would be in the Range Monitoring program that was proposed in the existing RMP
vs. what is proposed in the DRMP. A cursory review of the monitoring files in the UFC indicates that monitoring
data, including Land Health Assessment, trend and utilization studies, have not been collected with any
consistency or reliability since the current RMP was approved.
2. The DRMP proposes significant changes to the Grazing program and does not appear to be in the
congressionally mandated Multiple Use fashion as required through their own directives. Examples would be in
the ACEC program, Recreation program and the Wildlife program (Big Horn Sheep/Domestic Sheep).
3. In Appendix E of the DRMP the UFO has outlined proposed changes from alternative A through D. In reviewing
recent decisions by the UFO many of the changes that have already been made in permittees allotments have not
been carried forward into the DRMP. This is just one example of the inaccuracies of the DRMP.
4. There are no details in the DRMP or explanations as to why changes are being made in grazing permits and
changes that are currently being made in term grazing permits are not included in the DRMP. One example is the
35% maximum utilization on winter sheep allotments when there is absolutely no data or research available to
substantiate this severe limitation .
5. BLM has consistently reduced grazing permits since the implementation of the existing RMP and continues to
do so in the DRMP. Monitoring data collected and to be collected for grazing permits has not and will not be
completed as outlined in either document. Decisions are based on "professional judgement" and ocular
observations and not on scientific data. BLM has proven it cannot keep up with the required monitoring data that
they are supposed to be gathering to make informed scientific decisions let alone what is being proposed in the

BLM_0157463

DRMP.

6. We support and agree with comments made by the Colorado Wool Growers Association in reference to
Appendix K Bighorn/Domestic Sheep Risk of Association Modeling. Please see attached comments by the Colorado Wool Growers Association.

7. We support Alternative A as outlined in the DRMP with limited changes that could be worked out with us.

8. The lack of communication, coordination, and consultation has been severely lacking in the development of the
DRMP. In our opinion UFO needs to go back to the drawing board to ensure all Multiple Use goals and objectives
are considered for all activities, not just special interest activities. In addition all changes/decisions need to be
based on sound and proven scientific studies, not cherry picked studies or parts of studies that this DRMP uses.

Thank you for your consideration.
Sincerely, Calvin lnda, Juan lnda, Ross Allen and Ernie Ethchart.

Colorado Wool growers Association
•PO Box 292 Delta, CO 81416-0292 (970)874-1433 (970)874-4170fax.
cwgawool@aol.com o coloradosheep.org
Project Manager. Uncompahgre RMP October 3 1. 2016
Bureau of Land Management
Uncompahgre Field Ofticc
2465 South Townsend Ave
Montrose. CO 8140 I
uformp@blm.gov
RF.: Draft Resource Management Plan and EIS- Uncompahgre Field Office
The Colorado Wool Growers Association represents BLM and USFS permittees throughout the state. and appreciates the opportunity to provide input for the draft RMP.
The CWGA supports Alternative C with some changes referenced below: and also supports the comments submitted by the Delta County Board of County Commissioners which are incorporated in this document by reference.
The CWGA opposes any reduction or elimination of aums based on the proximity of bighorn sheep to domestic sheep grazing areas. and encourages the BLM and permittees to work together to minimize the risk or potential contact between domestic and bighom sheep. In 2014. Colorado Parks & Wildlife (CPW). the Colorado Wool Growers Association (CWGA), the Colorado Department of Agriculture (CDA). and the BLM and USFS renewed the Memorendum of Understanding for management of Domestic Sheep and Bighom but we don't see the MOU referenced in the RMP.

Comments – Apendix K Bighorn/Domestic Sheep Risk of Association Modeling
Exaggerated Risk of Contact
We are very concerned about the reliance upon and incorporation of the USFS flawed Payette modeling as a baseline to manage BLM domestic sheep allotments With the Uncompahgre RMP. Both the Payetle modeling and the Snow Mesa EA (K 15) failed to follow scilentific standards

for
risk assessment (see attached Comments on snow Mesa Allotment Analysis: Assessment of Risk of Physical Contact between Rocky Mountain Bighom Sheep and Domestic Sheep in the Snow· Mesa Sheep Allotment Grazing Landscape -- M Thurmond DVM. PhD September 7 2015). The United States Animal Health Association ( USAHA) recently passed Resolution -13 - Enshuring Sound Science-Based Animal Health Polocies. The resolution (attached) states lJSAHA's concern regarding the USDA's need to have clear and sound evaluation criteria for scientific studies used to support federal animal health policies ... " It is induced with our comments because the BLM is almost exclusively relying upon the USFS's biased "data" for the Uncompahgre RMP.

The RMP is fundamentally t1awed by using the Probability of Interaction (Pol) Model in its risk assessment. This ill-conceived notion lies at the root of the inaccuracies produced by the Risk of Contact ("RoC") Model utilized by the RLM. Even more inaccurately, contact is almost universally equated with guaranteed disease transmission. While the RMP concedes a lack of confirming research, it selectively cites certain literature to bolster its argument to reduce domestic sheep grazing. Consequently. the RMP is craned with an unfounded and faulty assumption --that contact between bighorn sheep and domestic sheep automatically results in disease transmission and die-offs.
The deliberate bias and inaccuracies built into the RoC is staggering. "The RoC model estimates the probability that foraying bighorn sheep will reach a domestic sheep allotment. However, within an allotment it is not possible to determine where and when domestic sheep would consistently occur or for how long. Use of some areas with an allotment may present less chance of contact with bighorn sheep than others, while some areas may have higher probability of contact. Consequently, because of this uncertainty, the RoC model predicts potential interspecies contact by using the assumption that contact with an allotment result in interspecies contact (K-9)." This assumption is so far removed from the reality of what actually takes place when grazing. that it would be laughable: if not for the fact that the BLM and USFS arc using the results from this flawed process to reduce or eliminate domestic sheep grazing. Further compounding the issue. the BLM cites the unsubstantiated USFS claims in the Snow Mesa EA (K-15). stating that "a disease occurring in a bighorn herd every 25 years or less would result in a high risk to bighorn long term viability and low probability of population persistence."
However. both BLM and USFS documents fail to mention that in reality, there has not been any bighorn die-offs or confirmed disease transmission in the Snow Mesa area caused by domestic sheep, despite the fact that domestic and bighorn sheep have both been in the same area for a number of years.
The Pol model notes that in order for the model to be usefuL the number of variables needs to be kept small to retain enough predictive power to be useful (K3). Death in bighorns as a result of pneumonia-causing bacteria is a factorial issue including internal and external such as lack of genetic diverity (inbreeding), nutritional deficits, parasite loads, weather conditions, overall health of the bighorn population, etc.
So, combining the Pol model and the Risk of Contact (RoC) model is of no value, as both models fail to include parameters that would
shift the risk assessment results away from the "'high risk'. category, and instead gives a predetermined and exaggerated risk of contact rating.
The potential for contact is not only quite low but it is also further minimized by best

management practices already used by permittees. These measures accomplish the need to balance multiple-use demands with the management practices to support viable populations of bighorn sheep and a healthy domestic sheep industry.

Currently used management practices include constant herder supervision, compliance monitoring, adhering to on/off dates for grazing allotments, removal of sheep after the grazing season, removal of stray domestic sheep, hazing of bighorn sheep nearing domestic sheep flocks, reporting known contact, and cleaning up salting areas upon departure. These guidelines already accomplish temporal and spatial separation.

Furthermore, the herding instinct of range sheep, guiding them to stay in a manageable bunch and not scatter, complements the above-listed practices. Domestic sheep that wander from the main band are much more likely to be killed by a predator than to encounter a bighorn sheep. The bands of ewes have at least one herder with them or within close proximity to them throughout the day, and the sheep are bedded near camp at night to reduce the risk of predator attacks. Herders have been instructed to chase away any bighorn sheep, if they were to see any. Livestock protection dogs also guard the sheep. The livestock protection dogs keep intruders out of the sheep. An intruder is typically a coyote, bear, or lion, but can also be anything the guardian dog does not recognize such as a bighorn sheep. The livestock protection dogs position themselves between the intruder and the domestic sheep to prevent contact. To this end, the BLM has no reason, need, authority nor expertise to dictate the number of livestock dogs recommended by the RMP.

These rigorous practices already present a strong line of defense in preventing contact with bighorn sheep. However, one of the most disturbing aspects of the RMP is that it abandons land and forage management in favor of single species management by prioritizing bighorn sheep populations (despite lack of scientific evidence) over agriculture.

In April 2014, the CWGA, Colorado Parks & Wildlife, Colorado Department of Agriculture, and the BLM and USFS renewed the aforementioned existing MOU. The purpose of the MOU is to provide general guidance for cooperation in reducing contact between domestic and bighorn sheep in order to minimize potential interspecies disease transmission and to ensure healthy bighorn sheep populations while sustaining an economically viable domestic sheep industry in Colorado. The RMP contravenes the cooperative intent of the MOU, and ignores research data from the USDA Agricultural Research Service ("ARS").

Flawed Information Regarding the Potential for Disease Transmission

The RMP clearly demonstrates a bias against domestic sheep, with leading statements such as, "Transmission of M. haemolytica from domestic sheep to bighorn sheep was irrefutable. as demonstrated by Lawrence et al (2010) .... (Kl)" In particular, the Lawrence et al. 2010 study cited in the RMP was not conducted under conditions relevant to reality as it was a pen study which forced the animals to have fence line contact and ultimately to commingle. Additionally, the results of the Lawrence study are misinterpreted and deliberately misused. The Lawrence study simply showed that the domestic sheep and bighorns exchanged respiratory bacteria (just the same as humans would that were standing very close to each other). It did not prove that the green-fluorescent labeled M haemolytica bacteria exchanged from the domestic sheep to the bighorn sheep is what killed the bighorns. It is also important to point out that in order to cause the fluorescent tagged bacteria to show up in the culture dishes and on the slides, researchers had to use antibiotics to kill the other bacteria present in order to be able to photograph the fluorescent tagged bacteria. In other words, the bacteria of interest was selectively and biasedly

grown; further evidence that is was likely at a very low level in the animals and not the cause of illness in the bighorn sheep in that study. Researchers also used a greater magnification in the photos within the publication in order to make the fluorescent tagged bacteria more noticeable vs. the other bacteria present. This not-so-subtle manipulation during the research phase, created yet another "study" with a predetermined outcome biased against domestic sheep. To understand the results and implications of the study, we request that the BLM contact Don Knowles, DVM with the USDA Agricultural Research Service (USDA - WSU -Pullman, WA) since he was one of the researchers involved in this project, and is not interested in perpetuating inaccurate information.

Thus far, all of the experiments related to disease transmission have been conducted under laboratory conditions--in pens with controlled conditions and using animals that have been acclimated to those conditions. Such studies are very different from what might actually happen as far as disease transmission on the open range, where herd management practices are designed to avoid domestic-bighorn contact. Available research cited in the RMP focuses on the potential for contact, without looking at a broad scope of what else is going on with the bighorn populations. None of the studies cited in the RMP have proven that bighorn sheep and domestic sheep currently have high risk of contact on the range, or that contact almost inevitably results in disease.

In fact, all captive studies and experiments that have tried to prove Mannheimia haemolytica to be the "bighorn killer," responsible for wild sheep die-offs, were clearly biased and many of the policy decisions that have been made are based on the biased and faulty science. This is obvious from the continued reference to Mannheimia haemolytica research in the Uncompahgre RMP. Supporting this assertion of faulty research is the recent identification of a completely different bacterium (Mycoplasma ovipneumoniae - Movi) that is now identified as being the real cause of bighorn sheep pneumonia. What is clear is that bighorn pneumonia is a complex disease phenomenon and for decades has been, and quite honestly remains, incompletely understood. What is understood, however, that respiratory pneumonia in both livestock and wildlife is stress induced. Most wildlife researchers continue to ignore devastating effects of capture myopathy on bighorns, and the stress creating by handling and putting bighorns in an unfamiliar environment. It's no wonder that bighorns died in the early pen "studies" that were done.

The RMP further states that "no one form of evidence can conclusively demonstrate that bighorn sheep in the wild coming into contact with domestic sheep frequently leads to die-offs; however, taken together, the experiments and observations from the laboratory and the field do indicate that wild bighorn sheep coming into contact with domestic sheep does pose a risk of disease transmission and die-offs in free-ranging bighorn populations." This illogical premise betrays a continued lack of credibility, accountability, and a desire to misrepresent the available facts. As stated herein, the experiments and lab observations are not representative of the actual conditions on the range. They are forced simulations that require close contact in order to ensure transmission of pneumonia-causing bacteria. Furthermore, there is a scarcity of reliable data available from the field; hence, the BLM's reliance on outdated records that have little if any bearing on current conditions. Determining a course of action based on these faulty sources of information would be both illogical and contrary to the Agency's statutory mandates.

The degree of risk of potential disease transmission from domestic sheep to bighorns in open range conditions is unknown and it is not clearly understood even in experimental confinement settings. Forced enclosure experiments ("pen studies") are not indicative of, and do not provide a direct correlation to, what happens in open range situations. Therefore, we strenuously object

to the BLM continued efforts to use bighorn sheep as a means to eliminate domestic sheep grazing on our western rangelands.

Risk of Contact (RoC) Process Crippled by Lack of Data

The BLM is following suit with the U.S. Forest Service by using its flawed modeling process and inaccurate research references. A lack of objective scientific accuracy cripples support for the revocation or reduction of the grazing allotments. The mathematical modeling studies utilized by the U.S. Department of Agriculture Forest Service's Bighorn Sheep Working Group to determine potential contact are fundamentally flawed. By starting with set mathematical formulas using specific mathematical parameters, a conclusion to a possible scenario is generated based on inaccurate input. The obvious problem with this method is in how and what parameters are chosen. Input of inaccurate data will result in the output of inaccurate answers. This modeling method allows the operator to tailor the data in order to fit a preordained conclusion. This same modeling method has been shown to be erroneous in comparisons of simulations to real outcomes. Such issues cause the proposal to fail the standards of quality, integrity, and utility of the Data Quality Act ("DQA") and the best available science standards of the Environmental Species Act ("ESA"). They also run afoul of Presidential orders on scientific integrity and transparency.

The basic flaws of the RoC modeling process are clearly explicated in the RMP itself when it states that '·much of the needed data was not available for individual Colorado bighorn populations. The BLM made the following assumptions ....." Key input factors such as bighorn range and suitable habitat are assumed, while failing to incorporate management practices that discourage or eliminate contact. Not only does the method not qualify as the best available science, but the BLM intends to implement draconian, unfair policies due to these imbalanced and inaccurate predictions. At best, the results are guesswork alone and, by any standard of common sense, should therefore not become the basis of agency policy. The entire Pol I RoC modeling is based on estimates, speculations, assumptions, and pre-determined parameters to arrive at a predetermined outcome of "high risk." There are simply too many facets to this multi-factorial issue, too many assumptions, and too much of selectively omitted input information to make this modeling accurate or useful.

In summary, as the BLM approaches the ongoing concern of contact between bighorn sheep and domestic sheep, the agency's apprehension regarding potential contact relies on a litany of biased and discouragingly well-established fallacies. Chief among these false premises is a lack of empirical science regarding the potential contact risk of bighorn sheep and domestic sheep. Not only is scientific information regarding rates of contact and potential disease transmission scarce. but the modeling process has too many assumptions to be useful. Furthermore, let's not lose sight of the fact, that the percentage of potential habitat overlap is very small. Consequently, the possibility of contact is minimal, as is the potential for the transmission of any pneumonia causing bacteria that may or may not negatively impact bighorns. Allowing unscientific studies and flawed modeling to become the bedrock of the anti-grazing movement betrays the bias so deeply ingrained in both the BLM and USFS.

Livestock Grazing and Forage Management

The CWGA has numerous concerns with the RMP. The RMP proposes sweeping changes that do not equally balance grazing, and other multi-use activities with environmental concerns. Additionally, the RMP introduces many subjective concepts (Special Recreation Management

Area Targeted Benefits - "restored mind from unwanted stress; improved mental well-being", etc) that clearly favor recreation, and open up the BLM to numerous lawsuits, as it creates very subjective special-use categories for land that is Congressionally mandated as multi-use. The continual splintering and development of additional special designation categories simply creates more regulatory and administrative overburden; and further restricts the BLM's ability to do crucial on-the-ground activities, such as accurate, and up-to-date range monitoring. Multiple-use activities such as livestock grazing and mineral extraction are economic drivers for local communities and should not be restricted due to environmental extremism and recreation. The RMP wants to further restrict livestock grazing yet fails to provide clear evidence as to why that's necessary; instead, it relies upon numerous, artificially constructed "What-if" scenarios. Despite the voluminous size of this document, it fails to demonstrate the need to reduce aums, or the impacts to the permit renewal process when the RMP is finalized.

BLM's single-minded approach of always reducing aums, often times ignores actual forage conditions and utilization, by failing to increase aums when range conditions warrant increased utilization. The BLM increasingly relics upon inaccurate computer modeling (bighorn sheep), and artificially created matrices (bighorns and forage manage) to create a pre-determined outcome of reducing/eliminating livestock grazing. We find it egregious for a land management agency to spend more time on administration, modeling, and matrices, than it does meeting monitoring requirements in the field, where the real data exists. For a number of years, the BLM has been severely deficient in fulfilling its role to accurately and fairly monitor range conditions. Determinations regarding forage utilization need to be done in conjunction with the permittee, and monitoring sites need to be indicative of the overall allotment. Additionally, inadequately trained staff (seasonal and/or inexperienced) often times make causal observations that are incorrect, but end up in EAs, EISs, and RMPs. The RMP lacks specificity at a number of levels, and indicates that meeting numerous dubious parameters will be addressed during the permit renewal process, without disclosing the effects on the permittee during the permit renewal process.

Placing restrictions on sheep grazing favors recreation, single-species management (bighorn sheep), and environmental extremism over multiple-use and adaptive range management; and it will only serve to advance a radical agenda to permanently end livestock grazing on our western rangelands. Instead of unilaterally adopting strict policies without permittee input, we urge the BLM to support adaptive management by working actively with the permittees. We strongly urge the BLM to comply with its mandate to manage for multiple-use.

In closing, we would like to reiterate the negative impact that regulatory overburden is having on our members. It's egregious that the government keeps expanding at the administrative level, and every document that comes out is larger than the last. It's incredibly difficult for individuals or small organizations to be able to effectively evaluate and comment on these documents due to the sheer size. sometimes in excess of a thousand pages, not including the dozens of reference documents that should be closely scrutinized for their accuracy. It is imperative that the federal government start streamlining its management processes, in order to effectively focus on on-the-ground management of our public lands.

Respectfully,

Angelo Theos

BLM_0157469

500154_PlatzerN_20161101  Organization: Neal Platzer
Received: 11/1/2016  12:00:00 AM
Commenter1:  Neal Platzer - Montrose, Colorado 81401 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/15/2016 12:00:00 AM
Attachments: 500154_PlatzerN_20161101.htm (500154_PlatzerN_20161101-388857.htm Size = 3 KB)
UFORMP_500154_PlatzerN_20161101.pdf (500154_PlatzerN_20161101-388856.pdf Size = 89 KB)
Submission Text
Name: Neal Platzer Address: 2849 Lost Creek Rd N, Montrose, CO 81401-7617
Email: nsplatzer@gmail.com  Phone: 970-901-2854

1. The land covered in the Uncompahgre RMP Planning Area is very special land for a variety of recreational and grazing uses. This area plus the nearby US Forest service areas have had a wonderful restorative effect on my health since moving here over nine years ago. My health was so bad when I moved here that the only attribute I could grasp was the beauty and solitude when driving back roads. This was still very therapeutic. My health has since improved, largely due to the air quality, water quality and general climate, to the point that I can now also enjoy this area through hiking, mountain biking and snowshoeing. I think maintaining these attributes as we encounter the pressure of more people seeking recreation here is imperative.

2. All of our local public lands in the Western Slope of Colorado, including that in this Draft Resource Management Plan are becoming more popular for recreation, including Jeeping, OHVs, Dirt Biking, Mountain Biking, horseback riding and hiking. Given this growing use, I feel that setting aside all of the areas identified as Lands with Wilderness Characteristics as called out in Alternate B would bring a better balance to the use of this area as all uses and needs for this area grows.

3. As I mentioned in a previous comment specifically related to O&G leasing/development in this region, I believe that this should be limited to private land until a more specific need for access to public land can be shown by the O&G industry. There should be additional protection for Lands with Wilderness Characteristics so that there is no leasing of these lands and that additional restrictions be placed on the nearness to these LwWC so that emissions from any likely neighboring leasing will not impact the pristine nature and air quality of the LwWC areas.

4. In the planning and management of Lands with Wilderness Characteristics, I would like to see in areas where there is access to these lands through trail heads, trail extensions, that more

BLM_0157470

secure protection from abuse of non-motorized I non-mechanized trails be incorporated into these this development. Although I am sure it is a very small percentage of the recreation industry responsible for this violation and damage, I do see it regularly when out hiking and biking. The standard "no motorized vehicles" sign is usually just a target for some mean-spirited motorized traveler.

5. As this plan receives final revisions and moves to be implemented, I look forward to offering any more thoughts, comments, etc. I also offer time and help if needed for any way I can be of service to adequately protect and manage these precious lands.

500155_GallA_20160914 Organization: Adam Gall
Received: 9/14/2016 12:00:00 AM
Commenter1: Adam Gall - Hotchkiss, Colorado (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/15/2016 12:00:00 AM
Attachments: 500155_GallA_20160914.htm (500155_GallA_20160914-388859.htm Size = 7 KB)
UFORMP_500155_GallA_20160914.pdf (500155_GallA_20160914-388858.pdf Size = 200 KB)
Submission Text
Adam Gall
Timber to Table Guide Service
PO Box 873
Paonia, CO 81428

September 14, 2016

To Whom It May Concern,
My name is Adam Gall and my wife and I are the owners and operators of
Timber to Table Guide Service based out of Hotchkiss, CO. We are a small outfitting business offering guided elk and mule deer hunts. Our main focus is educating our hunters about the animals they hunt and the clean, healthy and delicious food they provide us with. We guide all hunters with a focus on youth, women and first time hunters. Our hunts take place on the BLM lands of Oak Mesa northeast of Hotchkiss and some private ground on Sunshine Mesa, directly below Oak Mesa.
As small business owners, we are deeply concerned with the Uncompahgre
Field Office's plan to open up nearly all the BLM ground surrounding the North Fork Valley to oil and gas leasing as their preferred Alternative D indicates in their draft Resource Management Plan. The impact this would have on our valley and the existing businesses would be crushing.

Taking a specific look at one location, Oak Mesa falls into the category of lands available to leasing. Oak Mesa is part of a major migration corridor for elk and mule deer that come off the Grand Mesa and down into their traditional winter ranges. The undisturbed habitat of this area allows for healthy big game herds and a robust hunting economy. Televised hunting shows have taken place here the hunting is so good. There are no established roads, virtually no habitat fragmentation and very little human impact other than during hunting season. Numerous studies exist indicating roads and/or habitat fragmentation as a leading cause of declining and/or unhealthy ungulate populations. That is exactly what the oil and gas industry will deliver.

The hunting opportunities one can experience in the North Fork Valley are world-class. The hunting industry is robust, well-managed and most importantly ... reliable, year after year, decade after decade. There is no boom and bust component to the hunting industry.
The concept of sacrificing the stability and reliability of a well established hunting industry for yet another boom and bust stab at resource extraction is unacceptable. It flies in the face of the BLM's own initiative of Connecting with Communities that they have proposed in their own outreach programs. The reason it flies in our face is because our business community has time and again expressed no interest in our local public lands being offered up to oil and gas leasing. Proof of this lies in the fact that our valley has worked hard over the last 5 years to put together our own proposal for oil and gas leasing in the North Fork Valley. As an invested business owner, I am asking the BLM to choose the North Fork Alternative B1 and all other reasonable conservation protections in Alternative B.
I would love the opportunity to discuss this further with you. I can be reached at 970-527-5430. Thank you for your time.
Sincerely,
Adam Gall
Timber to Table Guide Service

Adam Gall
PO Box873
Paonia, CO 81428

September 14, 2016

Uncompahgre Field Office
2465 Townsend Ave.
Montrose, CO 81401

BLM_0157472

To Whom It May Concern,

My name is Adam Gall and I, along with my wife and 3 year-old daughter, live on Sunshine Mesa outside of Hotchkiss, Colorado. We choose to live here because of the quality of life it provides our family. Clean water, clean air, safe neighborhoods, abundant wildlife, access to public lands, low traffic, few people ... these are a few of the reasons we feel fortunate to call this place home.

It is frustrating, disappointing and alarming to know the BLM is naming Alternative D as their preferred alternative for oil and gas leasing in the North Fork Valley. Multiple times our community has spoken out against surrounding our communities with oil and gas leases. Yet the BLM continues to ignore what we, the public land owners, keep saying. The reasons for not approving of it now are the same as they were 5 years ago:

First, for our family, our domestic water source is Love Gulch. Love Gulch is directly adjacent to and drains BLM land that would be made available for oil and gas development. The roll of the dice that drilling and hydraulic fracturing can be poses a serious threat to our most vital resource: clean drinking water.

Second, our irrigation water comes from Paonia Reservoir and Fire Mountain Canal. There is already a lot of drilling taking place in the Muddy Creek drainages above Paonia Reservoir. Increased drilling above the entire length of the Fire Mountain Canal (a known slide-prone landscape) poses a huge threat to our valuable irrigation water resource. We grow hay, maintain a fruit orchard, grow cut flowers for commercial sale as well as our own vegetable garden with the irrigation water from Fire Mountain ... and we are just a few of the hundreds of people and crops reliant on this canal.

Third, it is a fact that the mere potential of oil and gas leasing and subsequent exploration/drilling decreases property values. Our home and land is a major financial investment for us. Oak Mesa is predominantly managed by the BLM and sits directly adjacent to the north end of our personal property. Drilling here would, without a doubt, negatively impact the market value of our home. and property.

Fourth, the BLM ground north of us (Oak Mesa) as well as throughout the entire North Fork Valley is world class hunting for elk and mule deer. Every fall, for decades, resident and non-resident hunters alike, venture out onto their public lands with hopes of filling their freezers with some of the finest meat on the planet ... and pump millions of dollars into local economies. The herd health in the North Fork area is robust and a reliable economic driver. This is due largely to the fact that the BLM lands these herds use year round are intact and minimally developed. Oil and gas leasing will undo that quickly as road development and major truck traffic will be necessary. Numerous studies show declining herd numbers with increased roads and habitat fragmentation. Why sacrifice a proven long-term revenue generator benefitting many for the sake of a short-term generator that benefits very few?

Our quality of life in the North Fork Valley does not need to be compromised or diminished by the impacts Alternative D would have on our communities. I am strongly asking the BLM to include all proposed actions in the North Fork Alternative B1 in the final RMP. Our valley does not need nor does it want the boom and bust cycle that resource extraction delivers.

BLM_0157473

I would be happy to discuss this further as I've only touched on a few of the issues that oil and gas development would negatively impact in our valley. I may be reached at 970-527-5430.

Sincerely,
Adam Gall


500156_StahlM_20160729  Organization:  Mary Stahl
Received: 7/29/2016  12:00:00  AM
Commenter1: Mary Stahl - Hotchkiss, Colorado  81419
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission  Category: Unique
Submitted  As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500156_StahlM_20160729.htm  (500156_StahlM_20160729-388826.htm  Size = 1 KB)
Submission  Text
July 29, 2016
To BLM or Barb Sharrow
I am writing to express my opposition  to oil and gas development.
I live on a farm in the North Fork Valley. I live on the same farm my folks bough in 1963. I have lived here my entire life, so I have seen many changes some good and some not so good. Drilling will be disastrous. This valley is so beautiful and unique. We have 56 organic farms in Delta County,  the most in the state. I raise organic herbs to sell and I have dairy goats, chickens and geese.
If you drill  here you jeopardize  our way of life and health. We don't want our food and water polluted.  Tourists are not going to want to come and see a bunch of oil and gas wells. So this will have an adverse affect on our economy. It will totally  trash our beautiful valley. So I hope your greed will  not overcome you and you will  reconsider drilling  here. Thank you for taking the time to read my letter.
Sincerely,
Mary Stahl
13647-3740  Road
Hotchkiss, CO 81419


500157_FindlayK_20161002  Organization:  Kay Findlay
Received: 10/2/2016  12:00:00  AM
Commenter1: Kay Findlay  - Paonia, Colorado  81428
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission  Category: Unique

Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500157_FindlayK_20161002.htm  (500157_FindlayK_20161002-388834.htm  Size = 2 KB)
Submission Text
October 10,206
Dana Wilson, Uncompahgre Field Office Manager
Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear. Ms. Wilson,
I am writing regarding the resource management plan for the Uncompahgre field office region, specific to the BLM addressing of possible oil and gas development within the greater North Fork area.
I agree with what Thomas Wills wrote in his North Fork Merchant Herald editorial in which he says:
Leasing land in and surrounding the lower and central valley for gas development when geology and many years of exploratory drilling have shown little in the way of commercially viable resources in these areas has little in the way of positives and lots of negatives. Allowing leasing in these marginal areas only creates conflict and damages the developing local agriculture, tourism and retirement economy by creating massive uncertainty. It also damages property values including those parcels with split estate status with the BLM holding the mineral rights. For these reasons, I believe the BLM should adopt the North Fork Alternative Plan, listed in the resource management plan as a sub-heading (B1) under alternative B (the conservative alternative). According to Thomas Wills, this plan is "a reasonable attempt at mitigating the impacts of possible incompatible industrial development that conflicts with existing uses."
Thank you for your time!
Sincerely,
Kay Findlay
PO Box 781
Paonia, CO 81428


500158_CoyleJ_20161020 Organization: Judy Coyle
Received: 10/20/2016 12:00:00 AM
Commenter1: Judy Coyle - Hotchkiss, Colorado 81419 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali

Attachments: 500158_CoyleJ_20161020.htm  (500158_CoyleJ_20161020-388838.htm  Size = 3 KB)
Submission Text
Oct. 20, 2016

RMP comments
Bureau of land Management
2465 South Townsend Ave.
Montrose, CO 81401

Dear Committee Members:

I am a resident of Colorado since 1965, and a resident of Hotchkiss since 2001. As a life-long resident of
lithe West", I am aware of the delicate balance between dearth and abundance relating to the weather.
We all must remember that Colorado is high desert, be it snow, rain, heat or wind, the natural elements
drive our economy and affects our well being.
During the last 15 years I have seen many changes to the North Fork Valley, some great, others very
threatening. The growth of our local organic growers, has gained recognition for the quality of food and
wine. This economic base has continued to gain recognition nation-wide, and has buoyed the North Fork
Valley when the collapse of the coal industry threatened the economy of the area.
The effects of divestment from the coal industry are still looming, but clean, renewable energy is our
nation's future. Natural gas is called the cleaner "transitional" energy source for our country. The
negative effects of natural gas extraction are becoming better known, but the long term ramifications
are not understood.
Some of the negative effects of gas extraction are: air pollution, noise pollution, light pollution, wildlife
habitat destruction, road deterioration, but most importantly, this extractive practice threatens and
wastes our WATER.
Residents of "the high desert" are very aware of water is our life-blood.  There is sensitivity toward and
an earnest desire to protect and defend this scarce resource. The waste of water should not be allowed.
The fracking process poisons our precious water and transforms it into hazardous waste. This is a travesty on all counts.
<([#1 [30.3] Please don't make the North Fork Valley a Petri dish for another energy extraction enterprise that will
crash our economy again when the final "transition" to clean renewable energy happens. What

BLM_0157476

would
remain of our quiet, vibrant community, that lives dose to and respects nature and its gifts, would be
devastated, the ground and water poisoned. Please don't allow this to happen.
Don't buy into the "transition"; let's go straight for the renewable energy sources NOW. Don't put the
people and the land through a damaging middle stage.
#1])> Thank you for your foresighted consideration,


Judy Coyle
PO Box 746
558 Maple Dr.
Hotchkiss, CO 81419


500159_MillerS_20161101  Organization: Sandy Miller
Received: 11/1/2016 12:00:00 AM
Commenter1: Sandy Miller - Grand Junction, Colorado 81507 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500159_MillerS_20161101.htm (500159_MillerS_20161101-388839.htm  Size = 2 KB)
Submission Text
Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.
Reference page number or section in RMP (optional):
Title of comment (area or trail name): Potter/Monitor Ck area
Name: Sandy Miller
Address: 324 Shadow Lake Ct. GJT, CO 81507
Email (optional): westelk@tds.net Phone (optional):


Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density',

etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel
management, etc):

Even a hot July hike was a great day for my first venture into the Monitor/Potter Creek area. I was struck by two key elements right away = very close to town but so very wild and a place of solitude. It is very important to maintain the areas such as this. It was exciting to observe the geological aspects readily apparent. And to actually see evidence of dinosaur track formations, a rare finding. The fauna is also of note – ponderosa at a low elevation; small leaf cottonwood in abundance, at this elevation. Almost no tamarisk or Russian olive (invasive species) is important to add to the naturalness of the area. I found this to be such a beautiful, natural wild place that needs to be designated and identified as a wilderness area. It expands a current WSA (Camelback), allowing for better management. I value wild areas and applaud the BLM for proposition  – A hike in such solitude will draw me back.


Please turn in comments to the BLM by September 1st, 2016
Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP
Or email: uformp@blm.gov


500160_ImlahD_20160808  Organization:  Deb Imlah
Received: 8/8/2016 12:00:00 AM
Commenter1: Deb Imlah - Crawford, Colorado 81415 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: mmccarter
Attachments: 500160_ImlahD_20160808.htm  (500160_ImlahD_20160808-388840.htm  Size = 1 KB)
Submission Text
8-8-16
RMP choice: I urge you to choose North Fork Alternative Plan B1 – and any others that are protective!

Gina Jones
2465 S. Townsend Ave.
Montrose, CO 81401

To Gina,
There is something so special about Crawford, where I am of fortunate to live! I view amazing

vistas as I drive to Austin Family Farms for their beef that never leaves the ranch – as I pick fruit at Delicious Orchards – as I hike everywhere I can see. I literally suffer physical symptoms at the thought of this sustainable idyllic way of life disappearing. Will my granddaughters miss this? Or will you work to preserve it as a model for life in the future?
Thank you for protecting all of us!
Deb Imlah, PO Box 14, Crawford, CO 81415


500161_PellandE_20160803  Organization:  Erica Pelland
Received: 8/3/2016 12:00:00 AM
Commenter1: Erica Pelland - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500161_PellandE_20160803.htm  (500161_PellandE_20160803-388866.htm  Size = 2 KB)
Submission Text
Dear Gina Jones,
As a resident of the Western Slope, I appreciate the quality of life we have here and the opportunity to enjoy the wilderness for all types of recreation. In addition I value the food that is produced in this part of Colorado and want to see the air, water and soil protected for all who live or visit these many amazing valleys. As stewards of the land, we all have a responsibility to preserve what we can by thoroughly researching and considering the implications of any changes which might cause harm or hurt our economy.
Therefore, I cannot support any increase in natural gas wells in the sensitive watershed of the upper North Fork Area totaling an estimated 30,000 acres without any environmental oversight, public input, and is subject to a dubious valuation process. This is irresponsible due to undisclosed chemicals which are in the fracking fluid. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.
<([#1 [21.1] It is imperative that the BLM should offer a no lease option which permits no increase in
hydraulic fracturing. If that is not a possibility, then the only option I would reluctantly accept is Alternative Plan Bl. #1])>
Yours Sincerely,
Erica Pelland

Cc: Barb Sharrow, Dana Wilson, Ruth Welch, Gov. John Hickenlooper, Sen. Michael Bennet, Sen. Kerry Donovan

500163_BrettE_20161020_FOPT Organization: Friends of the Paradise Theatre, Elaine M Brett
Received: 10/20/2016 12:00:00 AM
Commenter1: Elaine M Brett - Paonia, Colorado 81428 (United States)
Organization1:Friends of the Paradise Theatre
Commenter Type: Organization (nonprofit/citizens group)
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison 12/15/2016 12:00:00 AM
Attachments: 500163_BrettE_20161020_FOPT.htm (500163_BrettE_20161020_FOPT-
388860.htm Size = 6 KB)
UFORMP_500163_BrettE_20161020_FOPT.pdf (500163_BrettE_20161020_FOPT-388861.pdf
Size = 173 KB)
Submission Text
Friends of the Paradise Theatre
PO Box 886
Paonia, CO 81428
October 20, 2016

Re: Draft Resource Management Plan for the Uncompahgre Field Office
Subject: Lifestyle and "small town" community

Why is the UFO Resource Management Plan important to an 88-year old historic theater in
Paonia,
Colorado? It is all about our quality of life.

Since its beginning in 1928, the Paradise (originally Paonia) Theatre has been a community
center of the small town of Paonia and for the North Fork Valley. It was the gathering place for
coal miners, farmers and "townies" for movies, music and other entertainment. The narrative for
the application for historic landmark status describes
"As well as showing movies, holding dance parties and allegedly distilling and selling spirits,
[Thomas] Poulos was a community minded man and sponsored events for school pupils of the
North
Fork Valley. At one event, he estimated 1000 guests were in attendance. There is mention in the
Paonian that he donated three evenings of programing to the Community Chest. He hosted Santa
Clause on Christmas Eve and invited all the children from surrounding towns. A Fireman's Ball,
a
free band concert and movie, a benefit for the Paonia Library were all testaments to his civic
responsibility and community spirit."

Today, the Paradise Theatre is owned and operated by a 501( c)(3) nonprofit, The Friends of the
Paradise Theatre. In 2013, we were at risk of our theater closing. Had that happened, we would
have
lost an important part of our heritage and an important piece of Americana. Now, we are proud

BLM_0157480

to be a part of the revitalization of Grand Ave. in the town of Paonia. We see this hometown treasure as a "heart spot" for our community. It is a gathering place; a place of learning and entertainment; a historic landmark; it is important to the future of our socioeconomic status.

With approximately 50% of Delta County's area dedicated to BLM public land, including lands that
surround our North Fork Valley, the UFO's RMP will have a tremendous impact on our region. If the
public lands are to be used for grazing and recreation, our towns have a chance to develop and grow our agricultural and recreational businesses. We can continue to attract artists and musicians who are
inspired by the landscape. We can remain a respite for urban dwellers and others seeking a peaceful
retreat.

However, should the BLM choose to open the areas surrounding the North Fork Valley to industrial
development, it is the end of life as we know it. Even the mere threat of oil and gas industrialization is contrary to what matters to this community - the small town feel, the inherent value we place on our health, food, water and clean air, our traditions and heritage, our freedom and independence.

We recognize that the sterile act of designating public land for oil and gas development or the paper
exercise of leasing do not in themselves affect the community. However, we have seen here and in other communities that the threat of this type of industrial development has an immediate and lasting effect on real estate, tourism, local economy and the general quality of life.

The threat of 50% of our land being subject to oil and gas development will deter retirees from buying their dream homes. The insinuation of diesel trucks and heavy equipment on our roads will dissuade tourists from considering this area for hiking or biking. The potential for air and water pollution will frighten away organic farmers and healthy food advocates. The desecration of the landscape and the disregard for culture and the arts will discourage artists and entrepreneurs.

By making BLM's public lands in the North Fork Valley available to industrial interests, you will destroy an important piece of Americana.

The BLM's statement in the Socioeconomic Report for the Draft RMP is vague but admirable. "Large variations in the study area, particularly between the UFO planning units, make generalizations about the study area's social and economic conditions complex. Due to the large acreage of public lands in many study area counties, the overall contribution of public lands to local economies may be significant. Influence of public lands at the local level is especially important, particularly in locations where public lands provide a source of employment, such as ranching or energy production, or a significant contribution to quality of life for local residents, such as recreational activities availability or open space preservation. As such, local citizens'

BLM_0157481

concerns, as reflected in the economic strategy workshops will be analyzed during development of the Uncompahgre RMP."

We implore that the BLM consider present and future trends in the socioeconomics of our area. We
recommend that;

1. Oil and gas development not be considered as appropriate use for the area, particularly for the North Fork Valley. The draft RMP should include a "no leasing" alternative.
2. In the least, the BLM should incorporate alternatives Band B.l into the final RMP.
3. In addition, we urge you to designate the Jumbo Mountain area as a Special Recreation Management Area~
4. The BLM must not be swayed by the industry rhetoric which will lead us to yet another "boom & bust" economy at the risk of defacing precious landscapes and compromising our quality of life.

Sincerely,
Elaine M. Brett
On behalf of the Board of Directors
Friends of the Paradise Theatre

FOPT Board of Directors:
Tom Stevens
Elaine Brett
Chris Garre
Erin Jameson
Ben Lehman
Bernadette Steck

500164_PitkinMesaPipelineCo_20161024  Organization:  Pitkin Mesa Pipeline Company
Received: 10/24/2016 12:00:00 AM
Commenter1: - Paonia, Colorado 81428 (United States)
Organization1:Pitkin Mesa Pipeline Company
Commenter Type: Private Industry
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/15/2016 12:00:00 AM
Flags:
Attachments: 500164_PitkinMesaPipelineCo_20161024.htm
(500164_PitkinMesaPipelineCo_20161024-388862.htm  Size = 6 KB)
UFORMP_500164_PitkinMesaPipelineCo_20161024.pdf
(500164_PitkinMesaPipelineCo_20161024-388863.pdf  Size = 164 KB)
Submission Text

Pitkin Mesa Pipeline Company
P.O.B. 402
Paonia, CO 81428

October 24, 2016

Ms. Wilson,
The Pitkin Mesa Pipeline Company is a privately held water company (Public Water System ID CO 0115610) based in Paonia, Colorado. It has been in continuous operation for over 100 years, and supplies domestic water via 195 taps to approximately 500 persons residing on and in close proximity to Pitkin Mesa, just north of Paonia.
Springs supplying our pipeline were adjudicated to the company from a decree filed in 1889. The company collects water from seven springs located on Gunnison Basin Public Lands of the US Forest Service about 9 miles north of Paonia in Sections 14 and 23, T12S, R92W. These springs are primarily fed by subsurface collection of precipitation percolating through talus and glacial deposits into a larger sub-surface groundwater storage in the till deposits. These springs are entirely dependent upon precipitation and surface runoff for their supply and recharge of the underground well system (Wright Engineering Study of 1977, extracting data from U.S. Geological Survey's Professional Paper No. 617 entitled "Quaternary Geology of the Grand and Battlement Mesas Area, Colorado") and do so from an area of greater than 1 square mile.

Our water system was evaluated by the State of Colorado in a Source Water Assessment Report prepared in 2004 and found at that time via susceptibility analysis, physical setting vulnerability and contaminant source threat to be at moderately low risk for contamination. This was, however, well in advance of any major oil and gas activities.
Since then, a Source Water Protection Plan was prepared by the company, filed with the State of Colorado and implemented in 2012. This was done to proactively mitigate surface risks to our water sources.

We note that in public meetings held in Paonia in 2011, Barb Sharrow stated that it was up to individual water districts to protect their own water and that if they did so, the BLM would honor those plans. We thus expect the BLM to do everything possible to allow no leasing within an as yet to be determined radius from our springs. <([#1 [3] [37.2] Further, as a party of interest with a valuable resource we request inclusion in the BLM designation of 'Public Water Sources with Zones of Potential Influence-Table 3-14 in the Draft RMP.
#1])>
During the oil and gas lease sale in 2012, available parcels were noted to be in proximity to our springs. One, 6207, was located approximately 7 miles to the east and south of our spring's catchment area, while another, 6191 was located a similar distance west and south. While the proposed RMP does not specifically identify parcels potentially
available for leasing or for inclusion in any unitization proposals, we have significant, legitimate concerns that absent removal of lands within as yet to be determine radius about our springs, any oil and gas activities, including exploration, road building, drilling, tracking, use of silicates or track fluids, building of waste ponds, release of organics including methane, xylene, benzene, as well as any flaring activities could have adverse effects on the quality of an important, salutary

BLM_0157483

and financially valuable domestic water supply. As a result, we request that the agency only seek to lease those lands with a high probability of extracting oil and gas, hence minimizing unnecessary disturbance. <([#2 [37.3] Despite the tremendous importance of this resource to our members, our Board, and the entire North Fork community, we note that the BLM has not included adequate analysis of groundwater resources in the planning area, or in the North Fork Valley specifically. Given the shallow nature of our resources, this lack of analysis is troubling and potentially problematic from source water protection standpoint. As such, we request here that prior to full implementation of the RMP, that the BLM complete and include a full and detailed description of and analysis of potential impacts to groundwater across the UFO resource area, and in particular in the North Fork region in its final Environmental Impact Statement. #2])>

<([#3 [5.1] We request early notification from the BLM of any and all dates for further comment or stakeholder action on the UFO RMP, subsequent lease sales or any unitization plans or formal filings for unitization on any and all lands in proximity to our source waters and request that the agency consider Cooperating Agency status for our organization.
We further request a written reply to this communication addressing our concerns in detail. #3])>

In summary,

1) The board and members of PMPLC have significant concerns regarding the entry of volatile organic compounds, silicate and other particulates emitted from any oil and gas operations within proximity to our source waters. <([#4 [37.1] As such, the board expects the BLM to implement a no-lease/no surface occupancy management regime in an as yet
to be determined radius surrounding our source waters. We request this closure and stipulation be placed into the revised UFO RMP as implemented.
#4])>

<([#5 [37.3] [37.1] 2) The Board requests that in its final Environmental Impact Statement, the BLM include a full, detailed description and analysis of potential impacts to groundwater across the UFO resource area with particular attention given to the North Fork Valley and its environs.

3) The Board requests inclusion in the BLMs designation of 'Public Water Sources with Zones of Potential Influence.'
#5])>

<([#6 [5.2] 4) The Board requests that the BLM consider Cooperating Agency status for PMPLC.
#6])>

Sincerely,
The Board of the Pitkin Mesa Pipeline Company

Cc:
• Ruth Welch, Colorado State BLM Director
• Neil Kornze, BLM National Director
• United States Senator Cory Gardner
• United States Senator Michael Bennet
• Congressman Scott Tipton
• Governor John Hickenlooper

• State Senator Kerry Donovan
• State Representative Millie Hamner
• Delta County BoCC
• Gunnison County BoCC
• Bob Hurford, Division Engineer, Colorado Division of Water Resources
• US Forest Service Paonia Ranger District
• Aaron Clay, JD, PMPLC Counsel

3

500165_TaylorS_20161004  Organization: Sherrion Taylor
Received: 10/4/2016 12:00:00 AM
Commenter1: Sherrion Taylor - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/15/2016 12:00:00 AM
Attachments: 500165_TaylorS_20161004.htm (500165_TaylorS_20161004-388865.htm Size = 2 KB)
UFORMP_500165_TaylorS_20161004.pdf (500165_TaylorS_20161004-388864.pdf Size = 154 KB)
Submission Text
10-4-16
Sherrion Taylor
PO Box 1056, 510 3rd St.
Paonia, CO 81428

Dear BLM
I am writing this letter to inform you that ALTERNATIVE B1, is the best choice for our county
(Delta), especially Paonia, CO.

We are home gardeners and eat locally. Please do not ruin our water. It will destroy this
community.
Enclosed is an article from "Mother Jones" magazine. I know you are aware of pipeline damage
and malfunction.
Respectfully,
Sherrion Taylor
970-596-4480

Fracking Flaws

For years, researchers, environmentalists, and community members living near horizontal

hydraulic fracturing ("fracking") sites have argued that this questionable method of extracting natural gas contaminates drinking water. In 2011, the US Environmental Protection Agency (EPA) published a controversial draft report regarding an investigation of groundwater pollution related to fracking operations near Pavillion, Wyoming. After examining above- and belowground instances of contamination, the report found that fracking processes can contaminate
drinking water. However, EPA scientists were unable to show a widespread, systemic pattern of risk, and the investigation was prematurely withdrawn.

Eventually, one of the EPA scientists leading the original investigation Dominic C. DiGiulio, left the agency for a job at Stanford University. This year, he and Robert B. Jackson· published findings from me Pavillion study in Environmental Science & Technology. Their published findings show that not only did fracking operations pose an above- and belowground risk to drinking water, they strongly affected both. Most significantly, me report showed that natural gas companies in Pavillion have failed to maintain aboveground, unlined pits known as "legacy wells," resulting in local well contamination. Further, the report shows that current fracking in the region can impact and has affected underground sources of drinking water. The natural gas industry has refuted that fracking could affect the water supply, but this research provides evidence to me contrary. Wenonah Hauter, executive director of the environmental nonprofit Food & Water Watch, says, "Had the EPA finalized its own study with similar findings on Pavillion years ago, we might have already turned the corner toward a clean energy future."


500166_WoodruffMortonS_20160915 Organization: Sue Woodruff-Morton
Received: 9/15/2016 12:00:00 AM
Commenter1: Sue Woodruff-Morton - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500166_WoodruffMortonS_20160915.htm
(500166_WoodruffMortonS_20160915-388879.htm Size = 3 KB)
UFORMP_500166_WoodruffMortonS_20160915.pdf (500166_WoodruffMortonS_20160915-388881.pdf Size = 176 KB)
Submission Text
September 15, 2016
I am writing as a concerned citizen of the North Fork Valley. We moved here because my husband has
asthma. Clean air was the reason why? What we also found was a sustainable agriculture community.
Any healthy foods that you could want, were obtainable. It was a community that retirees would want
to live in.

BLM_0157486

There are a number of items that are not addressed in the BLM Resource Management Plan. There is
nothing mentioning how a rural pipeline disaster would be dealt with. We all know what type of disaster
has now happened in Yellowstone. First it was the death of the fish, no one knew why? Then days later
the river was identified as having an oil spill. Then it was the earthquakes in Oklahoma. It seems that
the earthquakes were caused by oil and gas productions, identified because of waste water disposal
wells. The injection of waste water back into the earth. The North Fork Valley is a balanced, finite
ecosystem, with clean water and clean air. Should an oil and gas company be allowed into this area or
any area most defiantly havoc will occur.

What will happen to the economy of an area that has just defined themselves as an agri-tourism
community with the offerings to tourist coming because of the healthy foods, wineries, the arts and
lifestyle? This is a future that can be passed on to the next generations. Coal mining in this valley is not
a viable economic possibility any longer. It was told to us years ago it would run out. Likewise, the gas
companies will run out of gas and the production will stop like the coal companies. We have hill sides
that are decimated. But we can replant them. But if we lose our water due to spills or the ground shakes
do to earthquakes just to mention these two, our economy will not bounce back as it has from coal to
the sustainable community it has become.

The public safety of this community and the health effects have to take precedence to the oil and gas
companies. This community of people have worked hard to make it sustainable and I hope you will
reconsider the selling of gas leases in our rural community. Vote for plan "NO" and stop the possibilities
of oil and gas companies buying any leases on BLM land.

Sincerely A very concerned Citizen,
Sue Woodruff-Morton


500167_MortonG_20161015  Organization: Geoff Morton
Received: 10/15/2016 12:00:00 AM
Commenter1: Geoff Morton - Crawford, Colorado (United States)

Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500167_MortonG_20161015.htm (500167_MortonG_20161015-388882.htm Size = 3 KB)
UFORMP_500167_MortonG_20161015.pdf (500167_MortonG_20161015-388884.pdf Size = 130 KB)
Submission Text
Oct. 15, 20016
Dear Ms Sharrow,
I am writing to you in regard to the RMP that was recently completed about the development of oil and
gas exploration in the North Fork Valley. I have been a resident of Crawford for 16 years and have a
great interest in our beautiful area that is home to organic farming, wineries, orchards as well as a
destination for tourists, hunters and wildlife lovers throughout the country and world as well as the
home of many people who came to live here to enjoy the clean air, rural lifestyle and scenic beauty or
this area.
The possibility of industrial development of our valley via gas and oil exploration is a threat to our life
style, economy, air and water quality, wildlife habitat, recreation and tourism that are an integral part of
our lives and homes. I strongly support the option of no industrial development for oil and gas
exploration because of the following reasons:
1. The potential to poison food sheds and threaten to wipe out food security for the people of the
Western Slope
2. Irreparable damage to clean air, fresh water, organic farms, orchards and vineyards
3. Significant harm to human and animal health
4. loss of our unique bio-diversity
5. Climate change impacts including frequent and longer lasting heat extremes, longer and more
intense wildfire seasons, lower river flows, larger wildfires, water shortages for irrigated
agriculture
6. Noise pollution in residential areas
7. Damage to our already limited and over used highway and road systems
8. Dangerous driving conditions on narrow two lane roads
9. loss of tourism, hunting and fishing that our economy depends on
10. Damage to our wildlife and domestic animals
Finally, I would like to point out that this kind of industrial development is totally incompatible,

BLM_0157488

with our
valleys economy and lifestyle and our pristine climate and environment. The idea of developing these
public lands to create profit for big oil and gas companies at the expense of our valleys economy, lifestyle and environment is abhorrent and would do permanent damage to our way of life.
Please say no to oil and gas development on the public lands of the North Fork Valley.

Sincerely, Geoff Morton,
37767 Polson Road, Crawford CO
970-921-4141
Geoff Morton


500168_CaascadeR_20161024 Organization: Robyn Cascade
Received: 10/24/2016 12:00:00 AM
Commenter1: Robyn Cascade - Ridgeway, Colorado 81432 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500168_CaascadeR_20161024.htm (500168_CaascadeR_20161024-388886.htm Size = 2 KB)
UFORMP_500168_CascadeR_20161024.pdf (500168_CaascadeR_20161024-388887.pdf Size = 170 KB)
Submission Text
Name: Robyn Cascade
Address: 575 Sabeta Dr. Ridgeway, CO 81432
Email (optional): casbyn813@gmail.com  Phone (optional):

Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel
management, etc):

BLM_0157489

I am writing to specifically request that no matter what proposed alternative is chosen/ reserved as the final document, that the B.1 Alternative (aka the North Fork Alternative) be integral to the final RMP. I buy much of my food from organic growers in the North Fork. I also Know there are wineries and ranches in the region. All this agricultural land is essential to our local food supply and economy on the western slope (and throughout Colorado). Please do not compromise our food by allowing oil and gas leasing in the North Fork. In addition, I value the recreational opportunities as the scenic values that abound in the North Fork Valley. Please do not jeopardize these additional resources by opening the area to additional oil and gas leasing. Thank you for the opportunity to comment.


500170_ChavezJ_20161028  Organization: Jennifer Chavez
Received: 10/28/2016 12:00:00 AM
Commenter1: Jennifer Chavez - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500170_ChavezJ_20161028.htm (500170_ChavezJ_20161028-388890.htm Size = 2 KB)
UFORMP_500170_ChavezJ_20161028.pdf (500170_ChavezJ_20161028-388889.pdf Size = 105 KB)
Submission Text
Jennifer Chavez
Paonia, CO 81428
October 28, 2016

Dear BLM-UFO Staff and RMP Comment Team,

I am a resident of Paonia, CO and I live in town. I teach at North Fork Community Montessori School in Hotchkiss, CO. I am a mother of a 5 and 6 year old. I have lived in the valley for over 10 years and worked one summer for the US Forest Service in the Raggeds Wilderness Area. I am writing to express my support for the inclusion of Alt B 1 into the final Resource Management Plan. It balances the development of our natural resources without threatening our way of life.

Public lands access for hunting, camping, fishing and travel, as well as plentiful and healthy habitat are critical components that help sustain the multi-million-dollar hunting industry in the area. The final plan should include ecological emphasis areas for all critical winter habitat within the North Fork Valley. The final plan should also include the protections of B1 which prohibits

BLM_0157490

surface activities in critical wildlife habitat, and includes both No Leasing and No Surface
Occupancy setbacks from streams, riparian areas, and water bodies.

I agree with Appendix D when it talks about the importance of connectivity between the
wilderness areas.

The BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the
North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally
driven
proposal is the right way to protect the Gunnison Watershed--supporting farmers and
building a sustainable rural economy on Colorado's Western Slope. Please help us protect where
we live.

Sincerely,

Jennifer Chavez


500171_WeltyT_20161028 Organization: Trudy Welty
Received: 10/28/2016 12:00:00 AM
Commenter1: Trudy Welty - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500171_WeltyT_20161028.htm (500171_WeltyT_20161028-388891.htm  Size = 3
KB)
UFORMP_500171_WeltyT_20161028.pdf (500171_WeltyT_20161028-388892.pdf  Size = 175
KB)
Submission Text
Trudy Welty
Paonia, Colorado
81428
October 28, 2016

Dear BLM-UFO Staff and RMP Comment Team,

Please fully consider the issues raised in these comments on the Uncompahgre Field Office 'draft
Resource
Management Plan. As presented, none of the alternatives offer the level of protection these lands
warrant, that communities and the public in your planning area have specifically asked for and
favored, and which federal law requires.

As a resident, with family lineage that has been orchard farmers in the North Fork Valley since the 1920s. I live here for the clean water, the organic foods grown, and clean air for my health and well being.

I have attended the meetings presented both by the BLM and by other professionals who have presented the facts inparticular about the affects of fracking on water resources and contamination.

I support a no leasing policy. I would hope that Delta County would be courageous enough to adopt this policy.
My reasons:

There is no investigation as to the affects elsewhere in Colo. and the results that the land, people and animals have suffered since fracking was allowed many years ago Rifle Col. New Raymer Colo. to name a few.

There are not enough regulations of hydraulic fracking to prevent ground water contaminations. The records show how many splits in 2015. 615 spills. That affected and resulted in contamination of waters and livestock.
There is no goo analysis to the radioactive material that comes up with wastewater.

Paonia secured its source water plans which was not taken into consideration and which the BLM is required to honor this protection plan.

Water is scarce and drought conditions would leave many farms and towns without water. There is a lot of information that the BLM gathered. Still not enough to cover the important aspects for protection of these lands. And not enough say no the fracking for the health and well-being of land, animals and humans. The result of fracking on the Eastern slope has been documented as having tremendous health affects on children and adults. The land is a waste land and will contribute to a dust bowl. As an example that bad not been considered.
In attending the BLM presentation in Hotchkiss, one employee said "we have only issued 38 leases in so many years" My response is: " that is 38 too many. " To jeopardize the future of the land which will affect the future of this country and leave no food or water for the young ones of which to survive is not being protectors of land.
Please do not let this precious land which houses organic farms for the US be destroyed by Big Money.
Again. I implore you to adopt NO FRACKING. in the North Fork Valley as the alternative.

Sincerely,
Trudy Welty
Very concerned Citizen


500172_ChapmanJ_20161022  Organization: Janet Chapman
Received: 10/22/2016 12:00:00 AM
Commenter1: Janet Chapman - Montrose, Colorado 81403 (United States)
Organization1:

Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500172_ChapmanJ_20161022.htm (500172_ChapmanJ_20161022-388894.htm
Size = 1 KB)
UFORMP_500172_ChapmanJ_20161022.pdf (500172_ChapmanJ_20161022-388893.pdf Size =
194 KB)
Submission Text
October 22 2016
60711 W Oak Grove
Montrose, CO 81403

To whom it may concern:
I hope you are concerned and are with. Besides climate change being a threat, man is a threat to
the ecology of our wild lands. Please limit the leasing of oil and gas in the Resource
Management Plan for Uncompahgre region. Your long term management plan is wise to protect
our public lands for the future.
Thank you,
Janet Chapman

P.S. I am an active UVA member of Uncompahgre Valley Association, WCC Western Colorado
Congress, WORC Western Organization of Resource Council and attend meetings of Colorado
River District.


500173_StopherGriffinE_20161019 Organization: Emma Stopher-Griffin
Received: 10/19/2016 12:00:00 AM
Commenter1: Emma Stopher-Griffin - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500173_StopherGriffinE_20161019.htm (500173_StopherGriffinE_20161019-
388895.htm Size = 3 KB)
UFORMP_500173_StopherGriffinE_20161019.pdf (500173_StopherGriffinE_20161019-
388896.pdf Size = 123 KB)
Submission Text
Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

BLM_0157493

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by a web of public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I am opposed not only because I live in Hotchkiss but I also run a local food business that would be greatly impacted by oil and gas. It is not just the potential of contamination that would hurt my growing business; it is also the perspective of having oil and gas near our farms that thousands of my customers in Aspen, Glenwood Springs, Carbondale, Basalt, Crested Butte, and Gunnison would have. My customers buy local food from us because it is good, clean and fair. By allowing oil and gas in the public lands at the top of our watershed and near our farms that would compromise the good and clean aspect of what we offer, potentially killing my business completely.

I am writing to urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

I am in my late 20s and moved to Delta County to build a life here. I have a successful business that is growing and supporting many others farms and businesses in the area; Please adopt a no-lease alternative and allow my family and my business to stay in the area and thrive.

Thank you,
Emma Stopher-Griffin


500174_DudleyK_20161029  Organization: Krista Dudley
Received: 10/29/2016 12:00:00 AM
Commenter1: Krista Dudley - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique

Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500174_DudleyK_20161029.htm (500174_DudleyK_20161029-388897.htm Size = 2 KB)
UFORMP_500174_DudleyK_20161029.pdf (500174_DudleyK_20161029-388898.pdf Size = 111 KB)
Submission Text
Krista Dudley
Paonia, CO 81428
10/29/2016

Dear BLM-UFO Staff and RMP Comment Team,
Please fully consider the issues raised in these comments on the Uncompahgre Field Office draft
Resource Management Plan. As presented, none of the alternatives offer the level of protection these
lands warrant, that communities and the public in your planning area have specifically asked for and
favored, and which federal law requires.

I recently moved to Colorado from the state of Washington. Part of the allure to the North Folk
Valley for me was the clean air, water, fertile land and the small organic farms. Upon moving
here I was appalled to learn about the possibility of fracking in this pristine valley. In reviewing
BLM's proposed alternatives that were presented to the community, I was appalled to discover in
the "preferred" alternative, Alternative D, that 95% of the planning area is being allowed to be
leased to oil and gas companies including most of the parcels that were nominated in the 2009
30,000 acre proposal.

I am requesting that the final Resource Management Plan should:
• Include a no-leasing alternative, to adequately evaluate the full range of reasonable
management plans.
• Include a sub-alternative for each alternative (Al, Cl, Dl) as was created for Alternative B, so
the North Fork Alternative Plan can be properly evaluated against each proposed alternative.

Without having considered a no-leasing alternative, nor considering how the North Fork Alternative
Plan would be carried out if included in the preferred alternative, the draft RMP fails to fulfill it's
duty to consider the full range of reasonable management possibilities.
It is my hope and request to keep fracking out of the North Folk Valley and to continue to work
together to find alternative solutions that will keep our air and waters clean so that this valley might
continue to provide a variety of organic food sources for generations to come.

Sincerely,

Krista Dudley

500175_NicholsS_20161027  Organization: Sydney Nichols
Received: 10/27/2016  12:00:00  AM
Commenter1: Sydney Nichols - Crawford, Colorado  81415 (United States)
Organization1:
Commenter2: Keith Nichols  - Crawford, Colorado  81415 (United States)
Organization2:
Commenter Type: Individual
Classification:  Nonsubstantive
Submission  Category: Unique
Submitted  As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison  12/16/2016  12:00:00  AM
Attachments: 500175_NicholsS_20161027.htm  (500175_NicholsS_20161027-388899.htm  Size
= 5 KB)
UFORMP_500175_NicholsS_20161027.pdf  (500175_NicholsS_20161027-388902.pdf  Size =
147 KB)
Submission  Text
Sydney and Keith Nichols
78344 Black Bear Trail
Crawford, CO 81415

BLM, Uncompahgre  Field Office
2465 So. Townsend  Ave.
Montrose, CO 81401

October 27, 2016

Re: Draft Resource Management Plan for the Uncompahgre  Field Office

Dear BLM-UFO Staff and RMP Comment Team,
This letter is to request that you reconsider the issues raised below regarding the
Uncompahgre  Field Office draft Resource Management Plan. As presented by BLM, Alternative
D, the agency's "preferred" RMP alternative, fails to provide the level of protection  needed by
the North Fork Valley. Communities  and the public  in your planning  area have specifically
asked for and favored such protection,  as required by federal law.

Alternative D allows 95% of the planning  area to be leased to oil and gas companies,
including  most of the parcels that were nominated  in the 2009 30,000  acre proposal. The areas
set aside for leasing under this alternative are extremely close to the three communities  of the
North Fork Valley- Paonia, Crawford, and Hotchkiss. This alternative fails to consider the
uniqueness of the North Fork Valley, a rare, unique and unrivaled  agricultural  area containing
numerous  vineyards,  orchards and vegetable growing operations, and has the highest
concentration  of organic farms in Colorado. This group of communities  is in need of protection

BLM_0157496

from the potential damage of hydraulic fracturing and multi-drilling technologies, injection wells, the potential for earthquakes, and contamination of aquifers.

The area is a rapidly developing center of Colorado tourism, part of which are the many bicycling opportunities. During the summer, Sydney leads bicycling tours weekly and has guided commercial bike rides for out of state visitors. The attraction for these riders is the amazing beauty and magnificent views, which would be significantly diminished by oil and gas development. During the winter, we have unparalleled routes for back country skiing, many of which go through the areas the BLM's preferred alternative sets aside for lease development. Lastly, we have out of state friends who visit the area to avail themselves of the Gold Medal fishing and prized big game hunting. This benefits the local community as well as the economy and tourism of the economy state. As extraction of oil and gas proceeds in this area, much of the fish and game will disappear.

In addition, the BLM's preferred alternative lacks a human health impact assessment. Since BLM first began developing the RMP, there have been hundreds of peer reviewed scientific articles on all aspects of toxins related to unconventional oil and gas production, including studies from public departments of health, major universities, and other health oriented groups.

On a personal level, Sydney has had asthma since childhood, which can be triggered by any number of sources related to oil and gas development. We moved here for the air quality which was exceptionally clean. Sydney had virtually no asthma attacks for the first decade we were here. In addition, we buy and consume many of the local award-winning organic fruits, vegetables, and wines of the North Fork Valley. Many of these farms lie along the north fork watershed and could lose their organic certification as a result of air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.

We believe it incumbent on BLM, and specifically your team, to factor in these potential impacts of oil and gas development on the health and quality of life of the residents of the North Fork Valley, most of whom live closely downwind and downstream of the proposed leasing area. Many of these communities have Water Source Protection Plans, which we believe by their very nature and intent must be considered when developing a RMP for the area.

Production of oil and gas is not the issue here, but rather the areas set aside for such activity. Such development needs to carries out in areas where the potential impact will be felt by far fewer people, communities, wildlife, and local tourism and industries. Alternative B-1 to the RMP, also known as the North Fork Alternative, does not prohibit oil and gas development, but it does shift such activity to low impact areas, specifically protecting the North Fork Valley. The area has spent decades developing its organic farming, award winning wine and vinyards, and tourism. All of this will be in jeopardy under the BLM's preferred alternative RMP. Without having considered a no-leasing alternative, nor considering how the North Fork Alternative Plan would be carried out if included in the preferred alternative, the draft RMP fails to fulfill its duty to consider the full range of reasonable management possibilities. We urge you to reconsider these options.
Sincerely,

BLM_0157497

Sydney and Keith Nichols

500176_StewartC_20161027_TownOfPaonia  Organization: Town of Paonia, Charles Stewart
Received: 10/27/2016 12:00:00 AM
Commenter1: Charles Stewart - Paonia, Colorado 81428 (United States)
Organization1:Town of Paonia
Commenter Type: Local Government
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500176_StewartC_20161027_TownOfPaonia.htm
(500176_StewartC_20161027_TownOfPaonia-388904.htm  Size = 12 KB)
UFORMP_500176_StewartC_20161027_TownOfPaonia.pdf
(500176_StewartC_20161027_TownOfPaonia-388903.pdf  Size = 342 KB)
Submission Text
Town of Paonia
www.townofpaonia.com

October 27, 2016

To Whom it May Concern:

The Town of Paonia would sincerely like to thank the Bureau of Land Management
(BLM) Uncompahgre Field Office for including the North Fork Alternative (B1) in the recent
draft Resource Management Plan (RMP). <([#1 [5.3] The Town respectfully requests that the
BLM adopt
the North Fork Alternative Plan into the final Resource Management Plan for public lands and
federal minerals in the North Fork Valley. This plan is a community driven effort that provides a
management framework for oil and gas leasing and development that is highly protective of the
North Fork Valley's many important features and resources including a thriving agricultural
economy, scenic vistas, and healthy populations of wildlife and game. #1])> The BLM must
adopt
management that protects these resources which make Paonia and the North Fork Valley such a
special place. Inappropriate development over the next twenty years has great potential to cause
air and water pollution, which would significantly degrade Paonia residents' high quality of life.
The Town of Paonia is a municipal water company, Public Water System ID #CO 0115601. It
has been in continuous operation since Paonia incorporated in 1902. Paonia supplies water to
approximately 1631 taps through 1099 accounts with an averaged equivalent of 3300 residents
both in town and outside of town limits, including 27 private water companies.

<([#2 [37.1] [37.5] Paonia's water is acquired via 38 springs and the Town passed Watershed
Ordinance 2003-02 on
February 25, 2003. There is established by the Town of Paonia, Colorado a Watershed

BLM_0157498

Designation ("Watershed") pursuant to Colorado Revised Statutes (C.R.S) 31-15-707(1 )(b). The Watershed is that area in which the Town shall exercise its powers to maintain and protect the Town's waterworks from injury and the Town's water supply from pollution. This Watershed is created under the authority granted in C.R.S 31-15-707(1)(b ), as amended. The Watershed and these regulations are created only for the purpose of protecting the Town's waterworks and water supply. Furthermore, Paonia has also created a Source Water Protection Plan which the BLM needs to consider in the determination of the final RMP. The planning team for the source water protection plan recommended "Source Water Protection Best Management Practices" be considered for implementation by several agencies, including the BLM. The North Fork Alternative stipulates a buffer of oil and gas surface activities within a half of a mile from all source water supplies. The Town of Paonia is voluntarily committed to applying source water assessment and protection principles to finding and protecting new water sources in the future. This is part of the larger ongoing commitment to providing the highest quality drinking water to local residents. The Town of Paonia asks that, in order to protect the quality and quantity of our domestic water, the final UFO RMP include all buffers and oil and gas restriction recommendations in the Source Water Protection Plan and Alternative Bl. #2])>

In addition to drinking water, irrigation water is a major concern in and around the Town of Paonia. Irrigation waters are used not only for animals but the farms and orchards that are highly regarded throughout the state for providing high quality products. Many of these farms and orchards are certified organic and any contamination would jeopardize this certification. The Town's economic diversity relies upon the agricultural industry in the North Fork Valley.

Unforeseen contamination could significantly impact the land and subsequently the agricultural industry that is so vital to the economic stability of this area. Mineral leasing and severance tax funds will not compensate for the loss of agricultural endeavors and its attributed labor force. The North Fork Alternative, B 1, provides protections that would ensure that all agricultural irrigation waters would be protected through the buffer that is stipulated in the the plan. Any proposed areas that could become open for leasing in the final RMP that are on or near critical wildlife habitat, such as the Roeber State Wildlife Area which is designated as a critical habitat area by the Division of Wildlife, should be protected from any potential negative impacts from oil and gas development. This particular area is a fawning area for deer and is closed in the winter. Any human disturbance could affect the wildlife reproduction or migration that is being protected here. The Town has a vested interest in the hunting and recreational activities that take place in proximity to these wildlife areas as these types of activities create an economic interest for residents and draw visitors to the area.

Furthermore, areas that are in close proximity to town limits which are used for recreation must be protected from potential damage due to oil and gas development. In addition to the concerns about the impacts on local recreation areas, any potential development that would be accessed by Town of Paonia streets would severely impact our already degrading roads. Heavy truck traffic is cause for concern at the municipal level. Not only would the increase in traffic cause real damage to the surfaces of our roads, there would be an increase in exhaust fumes and dust which would settle into the valley and deteriorate air quality.

<([#3 [18.3] The Town is very concerned about potential health risks associated with natural gas

development and is concerned that the BLM has not adequately addressed the potential for lasting negative impacts on the citizens of the North Fork Valley if the quality of the air and water in this area were to be compromised due to increased pollutants that come from the drilling process. In the words of a lead researcher from Johns Hopkins Bloomberg School of Public Health, Brian Schwartz "The first few studies have all shown health impacts," he says. "Policymakers need to consider findings like these in thinking about how they allow this industry to go forward."1 #3])> The Town of Paonia has long been committed to providing a high quality of life

for all of the people that call this area home. This quality of life is directly impacted by the quality of air and water in the North Fork Valley. The Town urges the BLM to make decisions using the best available data, as this is a requirement of the National Environmental Protection Act (NEP A). Current information gathered in 2010 needs to be updated as many factors have changed in the North Fork Valley in the past 6 years, including the structure of our economy. Anything that threatens the health of our citizens is not congruent with the quality of life that the Town of Paonia is committed to maintaining for generations to come.

The Town of Paonia has a long legacy of mining and the safety and welfare of the men and women that work in this industry is of foremost concern to the Town. The Town of Paonia is opposed to any industry that would further degrade or risk the coal mining business in this valley. The coal mining industry has worked in harmony with all other industries that have been growing in this area. The mines have invested in the community and given jobs to generations of families. Due to the unknown risks associated with nearby oil and gas development, the Town of Paonia supports limiting the areas where oil and gas development are allowed within our local area.

Livestock grazing is also an important economic activity in the Resource Planning area. Livestock grazing on BLM managed public lands is very important to the sustainability of ranches in Delta County. The livestock grazing on these public lands provides spring, fall and winter grazing for these ranches. The elimination of livestock grazing or reduction in use could affect the viability of these ranches. Any proposed elimination or reduction in use must be based on documented trends in rangeland conditions. If range resource conditions have been identified to be unsatisfactory, strategies for improved management should be considered before livestock grazing reductions are considered. If reductions in livestock grazing are considered the analysis must also evaluate the economic impacts of these reductions on the individual ranch operation and on the county. The base ranch operations for ranches holding public land grazing permits are providing significant amounts of open space and wildlife habitat. If ranches are forced to graze the private lands more heavily or to sell out due to livestock reductions, what impacts will this have on conditions on these private lands? The Town of Paonia does not support any alternative that eliminates or reduces livestock grazing unless there is a documented problem in rangeland conditions that cannot be resolved with improved management.

<([#4 [27.1] Finally, the Town of Paonia strongly encourages the BLM to designate Jumbo Mountain

as a Special Recreation Management Area (SRMA) and manage it as such. #4])> This designation

would allow an area that is already being predominantly used for recreation, such as hiking,

biking, equestrian and ATV use to be managed and maintained for the quality of these uses, as well as historical uses such as hunting and grazing. Management of this area should benefit from BLM resources that will ensure that the trails remain safe and that residents and visitors will enjoy a high-quality experience. The economic growth surrounding recreation activities in our valley is substantial and valuable to the community as it supports multiple businesses throughout town that provide lodging, food, services and goods to the growing numbers of people that are visiting this area in order to access the beautiful trails and public lands that surround the town. The current lack of a management for Jumbo Mountain and user created trails are not sustainable. In order to ensure that trails are well maintained and that the area is managed correctly for decades to come, we urge the BLM to designate and manage the full BLM Jumbo Mountain unit as a Special Recreation Management Area. The final plan should also include an Ecological Emphasis Area to protect critical winter mule deer and elk habitat.

The Town of Paonia would again like to thank the BLM for the ongoing efforts of the Uncompahgre Field Office to develop a reasonable Resource Management Plan that safeguards all resources in the North Fork Valley. Specifically, we appreciate the inclusion of the North Fork Alternative as part of the draft RMP. This locally driven proposal ensures protection of the entire Gunnison Watershed, supports farmers, protects public health, sustains ecological wellbeing
and allows for continued building of a sustainable rural economy. We again request that the BLM adopt the North Fork Alternative B 1 in the final RMP as it is the only alternative that thoroughly addresses the issues identified in this letter.
Sincerely,

Charles Stewart
Mayor
On behalf of the Town of Paonia Board of Trustees

Footnotes
1. October, 2015 Johns Hopkins Study Links Fracking to Premature Births, High Risk Pregnancies. http://hub.jhu.edu/2015/10/12/fracking-pregnancy-risks/

500178_PitterleM_20161028 Organization: Marlyn Pitterle
Received: 10/28/2016 12:00:00 AM
Commenter1: Marlyn Pitterle - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500178_PitterleM_20161028.htm (500178_PitterleM_20161028-388907.htm Size = 1 KB)
UFORMP_500178_PitterleM_20161029.pdf (500178_PitterleM_20161028-388906.pdf Size =

161 KB)
Submission Text
Oct. 28, 16
Dear BLM,
I am writing this letter to ask you to please STOP the leasing of our forest to the gas and oil companies. We who have lived here for 30 plus years are very concerned for our way of life. Please do not allow them to poison our water and the air we breathe. Please stop the leasing and do not allow alternative leasing. You also need to impose a moratorium on oil and gas leasing. It seems to be the general consensus that only Democrats don't want this, while I am a Republican and I do not want oil and gas anywhere in our county. We moved here for the way things are, we are not miners and had to travel to the Roaring Fork for work. We did it and so can anyone else who needs work. I love this place and would live to watch my grandchildren grow up here and get the luxury of drinking the water and breathing clean air. Please hear the cry of Delta County and DO NOT ALLOW THIS.
Sincerely,
Marlyn Pitterle


500179_CransonA_20161028  Organization:  Anateya Cranson
Received:  10/22/2016  12:00:00  AM
Commenter1:  Anateya Cranson - Paonia, Colorado 81428  (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison  12/16/2016  12:00:00  AM
Attachments: 500179_CransonA_20161028.htm  (500179_CransonA_20161028-388909.htm
Size = 1 KB)
UFORMP_500179_CransonA_20161028.pdf  (500179_CransonA_20161028-388908.pdf  Size = 64 KB)
Submission  Text
10/22/16
To: BLM
I love where I live and live here for 26 years. Developing and fracking here not only will infringe on my way of life but also threaten my health and the health of my loved ones and our farm. A leasing ban should be put on all potential leasing properties. Please respect this land and the people who live near it and their need for clean water and air.
Sincerely,
Anateya Cranson
15495 Black Bridge Rd.
Paonia, CO 81428


500180_VorysL_20161101  Organization:  L Vorys
Received:  11/1/2016  12:00:00  AM

Commenter1: L Vorys - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500180_VorysL_20161101.htm (500180_VorysL_20161101-388911.htm Size = 1 KB)
UFORMP_500180_VorysL.pdf (500180_VorysL_20161101-388910.pdf Size = 127 KB)
Submission Text
RMP comments
Bureau of Land Management

To BLM
I don't want my family to be poisoned by oil and gas development and fracking which will pollute the air and water. So please make a no-leasing rule for the land under consideration.
L. Vorys
15521 Black Bridge Rd.
Paonia, CO 81428


500182_CarlsonN_20161020 Organization: Nancy Carlson
Received: 10/20/2016 12:00:00 AM
Commenter1: Nancy Carlson - Hotchkiss, Colorado 81419 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500182_CarlsonN_20161020.htm (500182_CarlsonN_20161020-388913.htm Size = 5 KB)
UFORMP_500182_CarlsonN_20161020.pdf (500182_CarlsonN_20161020-388915.pdf Size = 129 KB)
Submission Text
Nancy Carlson
11498 3150 Road
Hotchkiss, CO 81419


October 20, 2016

RMP Project Manager

2465 South Townsend Avenue
Montrose, CO 81401

RE: Resource Management Plan Comments

Project Manager,
I appreciate the opportunity to submit comments on the Uncompahgre Field Office's (UFO) Draft Resource Management Plan (RMP) Revision and Environmental Impact Statement. I and my agricultural colleagues continue to support full multiple use opportunities balanced against the positive and negative impacts and the protection of private property rights within the UFO area.

I feel that Alternative C with some changes discussed below is the best option. I feel it best preserves a greater amount of multiple use and protection of private party rights within the plan. It also provides a greater separation between broad requirements and site specific issues that should only be addressed during the review of proposed site specific activities. Alternative C, therefore, allows for greater flexibility for the public and the BLM to address and regulate those sight specific requirements through various then current permitting processes.
The few portions of Alternative C that I believe should be changed or removed are noted below and identified by the page and corresponding line number in Table 2.2 (Description of Alternatives) in Chapter 2 of the proposed RMP.

Special Status Terrestrial Wild Life
o Page 2-95, Line 152, designate defined habitats as species occupied habitats. Without that specific notation, non-occupied habitats could become un-necessarily extensive and restrictive.

o Page 2-102-105, Line 161-167, Gunnison Sage Grouse,. Need to write language that allows for range improvements. When Alternative C says no permanent structures, that includes range improvements.


• Land Health
o Page 2-25, Line 24, Given the lower precipitation rate over the entire UFO resource area, it is more realistic to manage for upward trend for land health

o Page 2-27, Line 26, add recreation to actions that can cause land health problems

o Page 2-164, Line 295, maintain the ability to increase AUMs

o Page 2-165, Line 297, before acreage is removed for AUM on ACEC, write language in to change management of livestock use. Increase the flexibility of management.

o Page 2-166, Line 299, define that trailing livestock is not the same as gathering and moving livestock from pasture to pasture.

o Page 2-169, Line 303, add Colorado Resource Monitoring Imitative to the list of plans to base

decisions on. In addition,  include  the MOU with CCA, CWGA, BLM, Department of Ag.

o Page 2-167, Line 300, no mention of using livestock as tool for vegetation treatments. Targeted grazing is an economical, viable tool and has been extensively  researched to benefit sage grouse and big game habitat. In addition, targeted livestock grazing has been successfully used to extend the life of mechanical vegetation treatments on oak brush and other shrubs.

o Page 2-167, Line 301, No permits or allotments should be closed.

o Page 2-172, Line 306, Major ecological  damage does not equate to maintaining range improvements

o Page 2-172, Line 307, alternative c is more feasible and allows for the sustainability  of multi-generational use of working landscapes

o Data indicates that grazing as a land use in the UFO is not strictly for traditional and cultural importance, it contributes to the overall economic well-being of Delta County. This is a more accurate way to reflect livestock grazing in the RMP.

o IMPLAN calculates economic impact based on forage used in the UFO; however additional analysis needs to include  the value of the livestock for the entire year. Livestock grazing within the UFO fills a critical winter and spring niche that is vital to the overall economic health of the livestock industry and thus Delta County. If livestock grazing is reduced within the UFO, the operating costs increase for livestock operators and thus increase the likelihood of producers scaling back and reducing numbers.


I would appreciate your taking time for serious consideration as to the agricultural economic impact the proposed changes will have, if it is not Alternative C with modifications.
Sincerely,
1/7~


500184_LangeU_20161027  Organization: Ulrich Lange
Received: 10/27/2016  12:00:00 AM
Commenter1: Ulrich Lange - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission  Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison  12/16/2016  12:00:00 AM
Attachments: 500184_LangeU_20161027.htm  (500184_LangeU_20161027-388916.htm  Size = 2 KB)

UFORMP_500184_LangeU_20161027.pdf (500184_LangeU_20161027-388918.pdf Size = 111 KB)
Submission Text
Ulrich Lange
40085 Cedar Drive
Paonia, CO 81428
October 27, 2016

Dear Ms. Wilson:
My wife Inge and I live on Pitkin Mesa overlooking the beautiful North Fork Valley around Paonia. We appreciate the beauty of the area and like to keep it that way.
At the same time we realize that we must make use of our mineral resources as long as they benefit our country and can be recovered in the safest way possible. As a former mining engineer I have been involved in the sometimes controversial business of coal mining in various parts of the US. In order to minimize any potential negative impact on the area around mining and drilling activities we expect the government to do its job in securing safety measures on the highest level. As just one example, amongst other things, the gas/oil industry must reveal the components and handling of all "fracking" fluids throughout the entire process of drilling and production. And that is not all.

In addition, the BLM should change its policy in leasing lands to interested parties without paying attention to the potential presence of mineable resources. This leads to social community unrest in the area of potential leasing and helps the gas/oil industry to use such land holdings for speculative purposes only. Such practice cannot be in the interest of our country and must be stopped. The Geological Services of the State of Colorado and the Federal Government must get involved in providing their professional opinions before final decisions are being made. During various conversations with geologists of the Colorado Geological Service I was told that they were not allowed to voice their opinion publicly. This troubles me.

Since the BLM plans to lease lands in the Paonia - Hotchkiss - Crawford triangle which, according to expert geologists, do not show any presence of oil/gas resources I strongly support the North Fork Alternative Management Plan (Alternative B.l).
Please Let me know your comments which I would greatly appreciate.

Sincerely,
Ulrich Lange


500185_WilliamsS_20161027 Organization: Sheelagh Williams
Received: 10/27/2016 12:00:00 AM
Commenter1: Sheelagh Williams - Ridgway, Colorado 81432 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique

BLM_0157506

Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500185_WilliamsS_20161027.htm   (500185_WilliamsS_20161027-388868.htm
Size = 4 KB)
Submission Text
Bureau of Land Management
UFO RMP
2465 South Townsend Avenue
Montrose, CO 81401


27 October, 2016


To Whom It May Concern:
Thank you for this opportunity to comment on the Uncompahgre Field Office's Resource Management
Plan.
First, I would like to commend the BLM for their extensive and well researched work. While there are
definitely areas of concern, there are also areas where the Preferred Alternative provides solid
protection for natural resources.
My primary concern is designation and protection of unique and ecologically important areas. An
increasing population and increased interest in recreation pose a serious risk. These lands require a high
level of protection to maintain their current level of wilderness. Once lost, wilderness can never be
reclaimed.
<([#1 [20.1] The RMP identifies seven areas as Lands with Wilderness Characteristics, totaling 42,150 acres.
However, only three areas totaling 18,320 acres are included in the Preferred Alternative. This is inadequate.
The Roc Creek Area meets ALL the requirements of Wilderness Characteristics. It is of sufficient size. It
meets the criteria for naturalness, outstanding solitude, outstanding primitive and unconfined
recreation and has supplemental values. How can an area which includes OUTSTANDING characteristics
be excluded? Perhaps it was considered in isolation. However, it is directly adjacent to the USFS's 9500
acre Roc Creek Roadless Area which is directly adjacent to the Sewemup Mesa Wilderness Study Area. It
is vital to protect large areas so as to avoid the "island" impact where edges of areas are degraded.
The Dry Creek Basin Lands Area also meets ALL the requirements of Wilderness Characteristics. Public

BLM_0157507

access to perennial creeks in the desert areas is rare and wonderful!
Yet another area which meets ALL the requirements of Wilderness Characteristics is the Camel Back
WSA. This area includes Monitor Creek which contains areas of Fremont cottonwood/skunkbush sumac
riparian woodland which is classified as globally imperiled by the Colorado Natural Heritage Program
and an A ranked area of common coyote willow riparian shrubland. This area is significant in that it
provides improved connectivity across lower elevation scrub lands.
The final area which clearly merits inclusion is the 6180 acre parcel north of the Adobe Badlands. Next
to the current Wilderness Study Area is an Area of Critical Environmental Concern which IS included but
drastically reduced in size and does not include the surrounding salt brush ecosystem. This ecosystem is
critical as it includes the Federally threatened Colorado Hookless Cactus (Schlerocactus glaucus) and the
Federally endangered Clay-loving wild buckwheat (Eriognum pelinophilum) found only in Montrose and
Delta counties. It also includes Ferruginous Hawks, Burrowing Owls, White-tailed Prairie Dogs, pronghorns and possibly kit foxes. Further, the biological soil crusts and lichens are so sensitive to
disturbance.
#1])> Strong and better enforcement of travel management restrictions, especially motorized and mechanized
uses, is required across the board.
<([#2 [39.1] Another aspect of protecting unique and ecologically important areas is the Wild and Scenic River
designation. The BLM is to be applauded for including 104.6 miles of the 154 miles of rivers and streams
in the Preferred Alternative. I urge you to be strong and include the 104.6 miles in the final RMP. The
final RMP should provide river and stream protection equal to or stronger than that provided in adjacent
federal land planning areas to the north and south of these watersheds. I personally would like to see
the following added: Gunnison River segment 2, Deep Creek, Naturita Creek, Ice Lake Creek segment 1
and Spring Creek.
#2])> Thank you again for the opportunity to comment on the Resource Management Plan. It is encouraging
to see data and fact based decision making.

Sincerely,
Sheelagh Williams

BLM_0157508

372 Pleasant Valley Drive
Ridgway, CO 81432

500186_BrettE_20161001  Organization: Elaine Brett
Received: 10/1/2016 12:00:00 AM
Commenter1: Elaine Brett - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500186_BrettE_20161001.htm (500186_BrettE_20161001-388871.htm  Size = 6 KB)
Submission Text
Elaine M. Brett
PO Box 1682
Paonia, CO 81428
BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401
October 1, 2016
Re: Draft Resource Management Plan for the Uncompahgre Field Office
Subject: Jumbo Mountain Recreation Area
I live at the base of Jumbo Mountain and I walk my dogs on the Jumbo Mountain trails. Every day I
see people from the town of Paonia and visitors to the area walking, hiking, running, biking and
overall enjoying the Jumbo Mountain area. It is an amazing space. The varied terrain and the views
of the North Fork of the Gunnison Valley, the West Elk mountains, the Raggeds and the Grand Mesa
are incredible. Jumbo is the home to wildlife including herds of deer, foxes, mountain lions, hawks
and eagles.
Industrial development is not compatible with recreational use. The Jumbo area must remain
undeveloped to support community health and wellness and the benefits of being able to use the trails
on a daily basis. Industrial development is not compatible with a trail-centered tourism economy.
These trails attract visitors from throughout Colorado and support local hospitality and retail
businesses.
I am educated and aware of my surroundings. I love living in the North Fork Valley in Western
Colorado. It provides good, clean food -- an amazing landscape -- fabulous access to recreation -
spiritual renewal - a healthy environment - an incredible small town community - traditions and
history --- and so much more.

I moved here from Washington DC following a 25 year career of dealing with bureaucrats in government and private industry so I know what you are as public servants what you are up against.

You need to administer the laws and regulations that have been handed to you by your superiors and
your agency. You are doing your best to implement what has been given to you. If you do a good job, you will get paid and will receive a good retirement plan. I know this because I am living this
reality now.

I want to trust that you have done a good job and you will use your skills and expertise to devise a
plan that is fair and equitable for the people of this region. I do not want to dispute, line by line the
facts and data that you have compiled. As an American taxpayer, I want to feel comfortable that you
know what you are doing and are implementing plans in the best interest of the "good of the all."

In my 63 years, I have never found a place or community that is like the North Fork Valley. This is a
special place with amazing energy and potential. This is a community that cherishes the land and water and a community that takes care of itself. I live in a county that is about 50% public lands. What the BLM does will affect our lives and those who come behind us. The maintenance of our public lands is a sacred duty. In that spirit, the continuance of the respect for the public land and the
people who are adjacent to that land is of utmost importance.

The RMP is important in laying out the plan for this area for the next 20-30 years. It is true that we
are a low-density population yet, it is true that there is something very special about the community
that resides in this North Fork Valley.

There are many here who depend on the organic and biodynamic farming practices in this place to
feed us with nutritious food - it does not matter whether they are conservative "old-timers" or idealistic "new-comers" - they produce amazing, healthy food that nourishes us. There are creatives
and artists who provide nurturing art that enriches our culture and makes us better human beings. And there are those who practice and educate us on health alternatives. There are the new entrepreneurs who are "inventing" new businesses using the internet and new technologies. They are
our resilient future- not the boom and bust cycle of industrial extraction companies.

I am optimistic and hopeful about this North Fork Valley. And I am concerned ...

If the BLM adopts any actions that will destroy - or have the potential of destroying - the beauty, the
culture, the spirit or the community of this region, it will create a vacuum -a black hole -that decimates a piece of Americana that cannot be replaced.

<([#1 [21.1] Allowing oil and gas leases adjacent to communities like the North Fork Valley is the equivalent to

genocide. You would be killing those people, lifestyles and lands that make America great.
I urge you to incorperate into the UFO RMP plans that prohibit or severely limit oil and gas development.
The BLM should include a "no leasing" alternative.
However, reality dictates that the market continues to demand fossil fuels, therefore, I urge you to accept
Alternatives B and B1 which limit development and maintain special places for all of us to enjoy for years
to come. #1])>
<([#2 [27.1] In addition I urge you to designate the Jumbo Mountain area as a Special Recreation Management Area per Alternative B and to remove oil and gas leasing from the Jumbo area. #2])>
Sincerely,
Elaine M. Brett


500187_KampeA_20161018 Organization: Anastacia Kampe
Received: 10/18/2016 12:00:00 AM
Commenter1: Anastacia Kampe - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500187_KampeA_20161018.htm (500187_KampeA_20161018-388869.htm Size = 4 KB)
Submission Text
Anastacia Kampe
PO Box873
Paonia, CO 81428
October 18,2016
UFO Draft RMP
2465 Townsend Ave
Montrose, CO 81401
My name is Anastacia Kampe, I live on Sunshine Mesa with my family
outside of Hotchkiss, Colorado. We choose to live here because of the quality of life
it provides our family. Clean water, clean air, safe neighborhoods, abundant wildlife,
access to public lands, low traffic, and few people, these are a few of the reasons we
feel fortunate to call this place home.
It is frustrating, disappointing and alarming to know the BLM is naming
Alternative D as their preferred alternative for oil and gas leasing in the North Fork
Valley. Multiple times our community has spoken out against surrounding our
communities with oil and gas leases. Yet the BLM continues to ignore what we, the
public land-owners, keep saying. The reasons for not approving of it now are the

same as they were 5 years ago:

<([#1 [37.3] First, for our family, our domestic water source is Love Gulch. Love Gulch is directly adjacent to and drains BLM land that would be made available for oil and gas development. The roll of the dice that drilling and hydraulic fracturing can be poses a serious threat to our most vital resource: clean drinking water.
Second, our irrigation water comes from Paonia Reservoir and Fire Mountain Canal. There is already a lot of drilling taking place in the Muddy Creek drainages above Paonia Reservoir. Increased drilling above the entire length of the Fire Mountain Canal poses a huge threat to our valuable irrigation water resource. We grow hay, maintain a fruit orchard, grow cut flowers for commercial sale as well as our own vegetable garden with the irrigation water from Fire Mountain ... and we are just a few of the hundreds of people and crops reliant on this canal.
#1])> <([#2 [30.3] Third, it is a fact that the mere potential of oil and gas leasing and subsequent exploration/drilling decreases property values. Our home and land is a major financial investment for us. Oak Mesa is predominantly managed by the BLM and sits directly adjacent to the north end of our personal property. Drilling here would, without a doubt, negatively impact the market value of our home and property. #2])> <([#3 [30.3] Fourth, the BLM ground north of us (Oak Mesa) as well as throughout the entire North Fork Valley is world class hunting for elk and mule deer. Every fall, for decades, resident and non-resident hunters alike, venture out onto their public lands with hopes of filling their freezers with some of the finest meat on the planet...and pump millions of dollars into local economies. The herd health in the North Fork area is robust and a reliable economic driver. This is due largely to the fact that the BLM lands these herds use year round are intact and minimally developed. Oil and gas leasing will undo that quickly as road development and major truck traffic will be necessary. Numerous studies show declining heard numbers with increased roads and fragmentation. Why sacrifice a proven long-term revenue generator benefitting many for the sake of a short-term generator that benefits very few? #3])>
Our quality of life in the North Fork Valley does not need to be compromised or diminished by the impacts Alternative D would have on our communities. I am strongly asking the BLM to include all proposed actions in the North Fork Alternative 81 in the final RMP. Our valley does not need nor does it want the boom and bust cycle that resource extraction delivers.
I would be happy to discuss this further as I've only touched on a few of the issues that oil and gas development would negatively impact in our valley. I may be reached at 970-623-4290.
Sincerely,
Anastacia Kampe


500188_HillC_20161101 Organization: Celeste Hill
Received: 11/1/2016 12:00:00 AM
Commenter1: Celeste Hill - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual

Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500188_HillC_20161101.htm (500188_HillC_20161101-388870.htm  Size = 1 KB)
Submission Text
RMP Comments
Bureau of Land Management
2465 South Townsend Avenue
Montrose, CO 81401

Greetings,
We came to the North Fork Valley almost 21 years ago from Oakland, California- at which time we brought ourselves and our business to this beautiful, pristine valley. Since then the spector of large-scale industrial gas drilling has come to be a sad reality.
I think that oil and gas development as well as fracking on public lands should not be permitted as it would risk the public's health and have the potential to contaminate the water, pollute the air. and poison our foodsheds.
<([#1 [21.1] A no-leasing alternative is the only reasonable conclusion to a rigorous analysis of the risks
posed by oil and gas operations, including tracking technologies and large scale industrialization. Please place a moratorium on oil and gas leasing and impose a ban on these activities until rural gas gathering pipelines are regulated by the Pipeline Hazardous Materials and Safety Administration.
#1])> I have MS and it would be a sad day to leave the place we have called home for 21 years, due to
the greed and short-sightedness of oil and gas companies.
Very Sincerely,
Celeste Hill
PO Box 1209
Paonia CO 81428


500189_FranklinN_20161025 Organization: Nancy Franklin
Received: 10/25/2016 12:00:00 AM
Commenter1: Nancy Franklin - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali

BLM_0157513

Attachments: 500189_FranklinN_20161025.htm  (500189_FranklinN_20161025-388872.htm
Size = 4 KB)
Submission Text
BLM and employees,
First, thanks to each of your who do your part to protect and administer our public lands. As
human culture expands, its apparent that the issues – and your workload – increases, and I'm
grateful for the efforts of each of us in supporting the well-being of ALL.
While researching the proposed Resource Management Plan I learned a very troubling fact: the
US government second largest source of income is mineral extraction. This is a deep dilemma,
endangering the core of our democratic government, our culture, our health and the health of the
entire planet. We can ignore the logical outcomes of this contradiction for a while, but inevitable
these things will reach a tipping point.
I am a Colorado native of 65 years, and have lived on the west slope for 40 of these years.
Specifically, I chose to relocate to this side of the Rockies because of the natural beauty, the
bountiful agriculture the absence of polluted air and the widespread sense of community and
collaboration. Nearly all of my diet, and that of my friends and neighbors consists of food I grow
myself, or food that is grown locally. The north for valley has the largest concentration of
organic farms in Colorado. Increasing the number of oil and gas wells in western Colorado
jeopardizes our drinking water and agricultural water. I live between Cedaredge and Hotchkiss,
so my life may be impacted by proposed leases in the Cedaredge area, as well as the North Fork.
In 2014 over 700 spills were reported at oil and gas operations in Colorado alone. Not only is
there an increased risk of water contamination, but also a higher risk of toxic waste being release
due to seismic activity, flooding, or other phenomena. Such incidents have been documented
throughout the U.S. for many years, and I do not want the wildlife, our lifestyles and our
livelihoods to be endangered by increased fracking in our area. The preferred alternative would
have devastating consequences in the North Fork community, including increased truck traffic
and a burden on our road systems, endangering our organic farms, impacting tourism and local
economy, and endangering human and environmental health. Our community is valued by
residents and visitors because of the very qualities that would be threatened. We find ourselves
fighting the same battle we fought in 2012. Thankfully, our neighbors won their battle regarding
the Thompson Divide, but unfortunately the game of corporate green and control of our so-called
democracy has resulted in the same battle being "swapped" back to us. I'm sorry that the BLM
didn't consider a no-leasing alternative for the North Fork Valley, but I support Alternative B for
UFO and B1 for the North Fork, and ask you to include all of those proposals in the final RMP.
Living here in western Colorado, I've learned a great deal about the value of water – for all life
on earth. The fracking process is contaminating our global water supply – some of it for
centuries or beyond – and these radioactive poisons are being buried throughout the land. Not
only is this unstainable – it's wrong! I'm willing to do my part to shift my lifestyle away from
fossil fuel dependence, as is our community. Let us work together to shift priorities to
sustainable energies, public transportation, and sustainable communities.
Thank you,
Nancy Franklin


500190_GofforthW_20161014 Organization: Town of Crawford, Wanda Goffworth
Received: 10/14/2016 12:00:00 AM
Commenter1: Wanda Goffworth - Crawford, Colorado 81415 (United States)

Organization1 :Town of Crawford
Commenter Type: Local Government
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500190_GofforthW_20161014.htm (500190_GofforthW_20161014-388873.htm
Size = 4 KB)
Submission Text
Town of Crawford
PO Box 56, 425 Hwy 92, Crawford, CO 81415
(970)921-4725

UFO Draft RMP/Uncompahgre Field Office
2465 Townsend Ave. Montrose, Colorado 81401

Oct. 14, 2016

Re: BLM Uncompahgre Field Office Draft Resource Management Plan

Dear BLM Uncompahgre Field Office:
We understand that the Bureau of Land Management (BLM) Uncompahgre Field Office (UFO)
is
currently working to revise its Resource Management Plan (RMP) for our area. The Town of
Crawford
recognizes that there are many important, existing uses on the public lands in our area. We
encourage
the BLM to find a responsible, common sense approach to oil and gas development. While the
Town
recognizes the importance and necessity of energy development, we feel that it must be done in a
responsible way. With this perspective in mind, the Town of Crawford is writing to express our
desire for
a plan that considers a balanced approach to development in the areas adjacent to Crawford;
specifically those aspects of the plan that could negatively impact both Crawford citizens and
resources
important to the Town.
<([#1 [37.1] Of the highest importance to the town is our ability to provide clean and safe
drinking water to Town
Residents. As we have stated to the BLM in the past, with respect to previously proposed lease
sales,
Public lands managed by the BLM are near and intertwined with our drinking water supply and
delivery
system. Protection of this critical resource for the Town of Crawford was recently addressed with
the

implementation of our Towns' Source Water Protection Plan. This plan, adopted in 2013, came to
fruition as a result of a year of meetings with identified stakeholders for the Towns groundwater source,
Wiley Springs. Stakeholders included the Town of Crawford and its' citizens, the BLM and USFS, West Elk
Cattle Pool, adjacent landowners, and the Colorado Dept. of Health. The Town of Crawford requests that
the BLM honor our Source Water Protection Plan in its new Resource Management Plan. For obvious
reasons, the Town's drinking water supply must be protected from an industrial activity that has the
potential for pollution by spills, releases, equipment failure, human error and other potentially unknown
and unintended consequences related to gas and oil drilling and the use of high volume hydraulic
fracturing. Contamination of the Town's drinking water supply or damage to its delivery system cannot
be allowed to occur.
In addition, the Town would like to underscore the importance of maintaining and operating its waste
water system. Crawford utilizes a BLM right of way that provides access to its wastewater treatment
plant. The Town of Crawford also has a wastewater collection main that borders BLM-managed lands. It
is vitally important to the future of the town that our ability to maintain and continue wastewater
treatment at this facility is not impeded by oil and gas activity. The town is supportive of BLM's multiple
use mandate. A perfect example of this mandate in action can be found in Young's Peak. The BLM lands
that border the town on the north include Young's Peak. This peak provides the scenic backdrop for our
town, a hiking trail that provides recreation for town residents, and these lands are right next to the
Crawford School. Surely this is an area where the BLM can agree that it would be inappropriate to lease
for the industrial practice of oil and gas drilling and hydraulic fracturing. #1])>
The Town appreciates the opportunity to provide comments on the BLM's decision-making process.
While we recognize and understand the importance of energy development, we also recognize our
mandate as Town Trustees to protect the health and safety of town residents. While we cannot speak
for the entire RMP, we do ask that the BLM consider a thoughtful and reasonable approach to managing
federally owned lands with regards to the citizens in the area that call this place home.
Sincerely,

Wanda Goffworth
Town of Crawford mayor and Board of Trustees
The Town of Crawford, Colorado

500191_WehrmacherG_20161016  Organization: Goris Werhmacher
Received: 10/16/2016 12:00:00 AM
Commenter1: Goris Werhmacher - Crawford, Colorado 81415 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500191_WehrmacherG_20161016.htm  (500191_WehrmacherG_20161016-388874.htm Size = 1 KB)
Submission Text
10/16/16
For BLM Consideration-
We live on the edge of the Smith Fork Canyon and do not want to be hurt by Fracking related earthquakes/ landslides. Please consider the B1 alternative
Goris Wehrmacher
PO 119
Crawford CO 81415

500192_SchulzJ_20161027  Organization: Jon Schulz
Received: 10/27/2016 12:00:00 AM
Commenter1: Jon Schulz - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500192_SchulzJ_20161027.htm  (500192_SchulzJ_20161027-388875.htm  Size = 6 KB)
Submission Text
BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Jon R. Schulz
PO Box 125

Paonia, CO 81428

October 27, 2016

Re: Draft Resource Management Plan for the Uncompahgre Field Office
Dear BLM-UFO Staff and RMP Comment Team,
Thank you for the opportunity to comment on this plan. Please consider my input.
Please continue to include and consider the NFA (Alternative B-1) in the
RMP.
Alternative B-1 maintains the possibility of continuing to develop a diverse and balanced
economy based on food production and processing (especially organic and naturally grown),
recreation, tourism, internet businesses, and the creative arts- businesses that are already
successful, in sync with major national trends, and growing. All other options are destructive and
preclude that end.

<([#1 [27.1] Also, please seriously consider designating the BLM lands on and around
Jumbo Mountain as a Special Recreation and Ecological Emphasis
Management Area because of their unique value, importance, and distinctiveness of
the recreational area and criticality of the area as winter habitat for mule deer and
other wildlife.
#1])>
<([#2 [41.2] Fix the Significant Deficiencies in the Draft RMP and Planning Process
Based on FACTS emerging from areas already fracked, it is likely that the scale and
nature of proposed gas and oil development in the Uncompahgre planning area will
create massive negative systemic impacts across the entire region- damaging every
resource the people of Western Colorado value - except resource extraction. The
proposed action will damage not only current residents, agriculture and businesses of the present
generation but future generations as well. #2])>

The BLM has an important legal mandate.
Sustain the health, diversity, and productivity of America's public lands and
resources through balanced stewardship to enhance the quality of life for all
citizens, meeting their needs today without compromising their ability to meet
those needs in the future.

The Draft RMP is fatally flawed and cannot possibly meet this legal mandate. It takes a
very reductionist and micro view of the situation, ignoring the "elephants" in the room, ignoring
significant near term as well as long term cumulative and permanent impacts. A systems
perspective is required and totally lacking.

To meet the BLM mandate, deficiencies in the RMP must be corrected to prevent the region
from being turned permanently into a toxic, dangerous, industrialized wasteland through its
leasing and development plans. Here is a partial list of what must be fixed:
• The RMP must protect the resources that citizens of Western Colorado value
by becoming far more balanced - by addressing significant impacts not
covered by the Draft RMP.

• The RMP must address the question of whether or not this oil and gas development is really needed as well as the appropriate scale and timing of leasing and proposed development. At best natural gas is a short-term transition fuel eventually to be replaced by other energy sources.

• <([#3 [11.3] The RMP must address the impact of massive losses of methane and flaring during drilling and operations and the use of that methane that is finally produced on climate change. Natural gas is extracted by fracking is not the clean transition fuel that has been advertised, it is worse than coal. #3])>

•<([#4 [37.3] The RMP must address the massive destructive use of water in the fracking process in a region where water supplies are already overdrawn and pervasive long term drought is the most likely reality for the foreseeable future. It must also address potential impacts to city and private water system watersheds, and irrigation systems including their watersheds. #4])> • <([#5 [41.2] The RMP must address the very real risks that will be created by deep well wastewater injection in the area, one of the most geologically unstable areas of Colorado. Earthquakes and mudslides damage to infrastructure critical to the economic function of the region. Impacts to oil and gas infrastructure must be assessed as well. #5])> • The RMP must address the adverse impacts of oil and gas development on human, agricultural animal, and wildlife health.

2

•<([#6 [18.4] The RMP must address the cumulative system impacts of oil and gas development on community health and function (things like physical infrastructure, health services, crime, community safety, and policing). #6])> • <([#7 [41.2] The RMP must deal with the actual impacts of modern fracking technology and not imply that it is equivalent to older less damaging technologies. #7])> • <([#8 [5.9] The RMP must not ignore the fact that current regulatory policy and processes have been totally inadequate to minimize the destructive impacts of modern oil and gas development. #8])> • The RMP must address the massive impacts to wildlife, wildlife habitat, and hunting, along with related economic issues.

• The RMP must deal with the impacts to regional and state food security.

• <([#9 [5.3] The RMP must protect the current and long term productivity of public lands emphasizing resource extraction to the detriment of all other resources is a violation of BLM's mandate. #9])>

• The RMP must enhance the quality of life for all citizens, not just the managers, owners and shareholders of oil and gas companies.

• The RMP must protect the ability of future generations to meet their needs. That means you must include and properly address the issues and impacts identified here .

The assertion that this gas and oil development is about meeting our needs today may have some merit, but please spare yourselves some embarrassment by not asserting that this is about energy for Americans, it is about extracting the resource in the cheapest way possible to sell in international markets to the highest bidder.

BLM_0157519

I am hopeful that this input will help you to design a Resource Management Plan that will meet BLM's legal mandate, and protect our public lands and resources while allowing appropriate levels of resource development

Sincerely,
Jon R. Schulz
Scientist and Engineer
Paonia, CO


500193_VanWestR_20131113_WesternColoradoCongress  Organization:  Western Colorado Congress, Rein Van West
Received: 11/13/2013 12:57:09 PM
Commenter1: Rein Van West - Grand Junction, Colorado 81502 (United States)
Organization1:Western  Colorado Congress
Commenter Type: Organization (nonprofit/citizens  group)
Classification:  Nonsubstantive
Submission  Category: Unique
Submitted  As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison  12/16/2016  12:00:00  AM
Attachments: 500193_VanWestR_20131113_WesternColoradoCongress.htm
(500193_VanWestR_20131113_WesternColoradoCongress-388926.htm  Size = 2 KB)
UFORMP_500193_VanWestR_20131113_WesternColoradoCongress.pdf
(500193_VanWestR_20131113_WesternColoradoCongress-388931.pdf  Size = 52 KB)
Submission  Text
Western Colorado Congress
An alliance for community  action


TO: Citizens for a Healthy Community
Western Slope Conservation Center
November 13, 2013

Dear Conservation  Partners:
I am pleased to inform you that the Western Colorado Congress unanimously  endorsed the North Fork
Alternative Plan at its November 10, 2013 board meeting, to be considered by the Uncompahgre BLM as
a viable option for inclusion  in its draft Resource Management Plan.
WCC is hopeful that the North Fork Alternative, which resulted from a collaborative  stakeholder process
and enjoys wide-based support in the North Fork and elsewhere, will be given serious consideration  as a
sincere effort to protect both citizens and and natural resources from the impacts of energy

extraction.
Western Colorado Congress will do what it can to support its viability during the next steps of the
process.

Best wishes for success,
Rein van West
Board Chair, Western Colorado Congress


Community Alliance of the Yampa Valley • Routt County Ridgway-Ouray Community Council • Ouray County
Grand Valley Citizens Alliance • Garfield County Uncompahgre Valley Association • Montrose County
Western Colorado Congress of Mesa County
134 North Sixth Street
PO Box 1931
Grand Junction, CO 81502
970-256-7650; 970-245-0686 fax
info@wccongress.org
~ NCC is a member group of the Western Organization of Resource Councils and Community Shares of Colorado


500194_SchwietermanN_20130424_TownOfPaonia Organization: Town of Paonia, Neal Schwieterman
Received: 4/24/2013 12:00:00 AM
Commenter1: Neal Schwieterman - Paonia, Colorado 81428 (United States)
Organization1:Town of Paonia
Commenter Type: Local Government
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500194_SchwietermanN_20130424_TownOfPaonia.htm
(500194_SchwietermanN_20130424_TownOfPaonia-388934.htm Size = 3 KB)
UFORMP_500194_SchwietermanN_20130424_TownOfPaonia.pdf
(500194_SchwietermanN_20130424_TownOfPaonia-388933.pdf Size = 147 KB)
Submission Text
Town of Paonia
P.O. Box 460
Paonia, Colorado 81428-0460

Director Helen Hankins

BLM_0157521

U.S. Bureau of Land Management
Colorado State Office
2850 Youngfield Street
Lakewood, CO 80202
Sent via Electronic Mail to: hhankins@blm.gov

District Manager Lori Armstrong
U.S. Bureau of Land Management
Southwest District Office
2465 S. Townsend Ave.
Montrose, CO 81401
Sent via Electronic Mail to: Valori_Armstrong@blm.gov

Field Office Manager Barbara Sharrow
U.S. Bureau of Land Management
Uncompahgre Field Office
2505 S. Townsend Ave.
Montrose, CO 8140
Sent via Electronic Mail to: bsharrow@blm.gov

24 April 2013
Re: The North Fork Alternative Plan
Dear Ms. Hankins, Ms. Armstrong, and Ms. Sharrow:
The Town of Paonia supports the North Fork Alterative Plan- a community driven effort that
provides a management framework for oil and gas leasing and development that is highly
protective of the North Fork Valley 's important features and resources. <([#1 [5.3] The Town
respectfully
requests that the Bureau of Land Management (BLM) Uncompahgre Field Office adopt the
North
Fork Alternative Plan into its revised Resource Management Plan for public lands and federal
minerals in the North Fork.
#1])>
The North Fork Alternative Plan recognizes the important features and resources that make
Paonia and the North Fork Valley a special place. The BLM should adopt management-as
outlined in the North Fork Alternative Plan-that protects these important resources from
potential harm from oil and gas leasing and development, which has been known to cause air and
water pollution, and has the potential to degrade Paonia residents' high quality of life.
The Town has been actively engaged with the BLM in regards to both the proposed August 2012
and February 2013 lease sales. Most recently the Town filed a formal protest of the February
2013 lease sale because those lands proposed for oil and gas leasing included the town's drinking
water supplies and infrastructure, lands upstream of prime and unique farmlands. and much of
the
valley's irrigation water supplies and infrastructure.

Since the BLM announced these leasing plans in late 20 II, we have seen overwhelming
opposition from our constituents to these proposals. We share the belief that many of our

constituents hold: the North Fork Valley is special place that must be protected from oil and gas development. The BLM should select management as outlined in the North Fork Alternative Plan

Office: (970) 527-4101 • 214 Grand Avenue • P.O. Box 460 • Paonia. Colorado 81428-0460

•

Town of Paonia
P.O. Box 460
Paonia, Colorado 81428-0460


that would protect the many resources that make the North Fork Valley such a special place to so many people.

Respectfully,
Neal Schwieterman, Mayor
On behalf of the Paonia Town Council

cc:
Neil Komze, Principal Deputy Director, Bureau of Land Management
Senator Michael Bennet
Senator Mark Udall
Representative Scott Tipton
Governor John Hickenlooper


Office: (970) 527-4101 • 214 Grand Avenue • P.O. Box 460 • Paonia, Colorodo 81428-0460


500195_NorthForkAgOp_20140615  Organization: North Fork Agriculture Operations
Received: 6/15/2014 12:00:00 AM
Commenter1: - ,
Organization1:North Fork Agriculture Operations
Commenter Type: Organization (nonprofit/citizens group)
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500195_NorthForkAgOp_20140615.htm (500195_NorthForkAgOp_20140615-388937.htm Size = 5 KB)
UFORMP_500195_NorthForkAgOp_20140615.pdf (500195_NorthForkAgOp_20140615-388939.pdf Size = 156 KB)
Submission Text
Director Helen Hankins

BLM_0157523

U.S. Bureau of Land Management
Colorado State Office
2850 Youngfield Street
Lakewood, CO 80202

Field Office Manager Barbara Sharrow
U.S. Bureau of Land Management
Uncompahgre Field Offke
2505 S. Townsend Ave.
Montrose, CO 81401

June 15, 2013

The North Fork Alternative Plan is Good for Agriculture
We are local farmers, ranchers, and growers writing to support the North Fork Alternative Plan-which
provides an oil and gas management framework for leasing and development that is highly protective of
the valley's agricultural resources. As the U.S. Bureau of Land Management revises its Resource
Management Plan (RMP) for the Uncompahgre Field Office, we urge that the agency adopt the strong
protections proposed in the North Fork Alternative Plan.
The North Fork's public lands surround the small, family farms, which occupy many of the lands along
the middle and lower portions of the North Fork and Smith Fork valleys, and these operations rely on the
health and quality of these surrounding and nearby public lands. These public lands contribute to the
unique character and quality of our community, and include major water sources, our primary irrigation
canals and ditches, grazing permits and ranching operations.

Agriculture in the area considered in the North Fork Alternative Plan unites a century-old tradition with
new and emerging trends, and the changing value placed in high-quality, carefully produced food. This
area is known in particular for its high concentration of small and specialty agriculture with a traditional
emphasis on orchards and an emerging recognition for vineyards, wineries, organic produce, local meats,
and sustainable farming. Over ninety percent of the farms are family or individually operated.
Oil and gas development here-and the introduction of an industrial activity, exposure to toxins and
unhealthy air, and contamination of surface and ground water-raises significant risk of harmful impact
to our operations and livelihoods. The North Fork Alternative Plan places the strongest level of

BLM_0157524

protections around our agricultural lands and water sources and supplies. That makes sense for protecting
the existing economy and residents of the valley.

Regarding two issues specifically 'Agriculture' and 'Water Supply' the North Fork Alternative Plan
would provide the following protections:
• NO SURFACE OCCUPANCY (NSO) stipulations within 1/4 mile of any Prime and Unique farmlands, livestock operations and ranches, traditional and organic farms and orchards, and the West Elks American Viticultural Area
• NO LEASING within 1/4 - mile of any municipal or private water system including intakes and springs; NSO stipulations within 1/2 -mile of any private well, municipal or private water system,
including ditches with domestic water decrees; NSO stipulations within 1/4 - mile of any dam, ditch, irrigation intake, canal or other water conveyance.

Letter from North Fork Agriculture Operations
The North Fork Alternative Plan recognizes the important features and resources that make Paonia and the North Fork Valley a special place. The North Fork Alternative Plan would protect these important resources from oil and gas leasing and development, which has been known to cause air and water pollution and has the potential to harm the area's robust and diverse agricultural operations and economy.
The Bureau of Land Management Uncompahgre Field Office should adopt the North Fork Alternative Plan into its revised Resource Management Plan for public lands and federal minerals in the North Fork.

Regards,
Mark Waltermire and Katie Dean
Thistle Whistle Farm
10872 3500 Road
Hotchkiss, CO 81419

Wendy Mitchell
Avalanche Cheese Company
11510 Crawford Road
Paonia, CO 81428

Emily Hartnett
Terra Fata Farm
41474 Red's Road
Paonia, CO 81428

Schuyler Jelsma
Pristine Valley Farm
14609 Peony Lane
Paonia, CO 81428

BLM_0157525

Monica and Wayne Wiitanen, Scott Horner
Small Potatoes Farm
40575 O Road
Paonia, CO 81428

Eugenie (Oogie) McGuire
Desert Weyr
16870 Garvin Mesa Road
Paonia, CO 81428

Elena Goldstein
P. Monkey Ranch
38324 Saddle Mountain Road
Crawford, CO 81415

Cc: Neil Kornze, Principal Deputy Director, U.S. BLM
U.S. Senator Mark Udall
U.S. Senator Michael Bennet
U.S. Representative Scott Tipton
Colorado State Senator Gail Schwartz
Colorado State Representative Millie Hamner
Mike King, Director, Colorado Department of Natural Resources
Paonia Town Council
Hotchkiss Town Council
Crawford Town Council
Delta County Board of County Commissioners
Gunnison County Board of County Commissioners


500196_RealtorsNorthForkValley_20130401 Organization: Realtors of the North Fork Valley
Received: 4/1/2013 12:00:00 AM
Commenter1: - ,
Organization1:Realtors of the North Fork Valley
Commenter Type: Organization (nonprofit/citizens group)
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500196_RealtorsNorthForkValley_20130401.htm
(500196_RealtorsNorthForkValley_20130401-388941.htm Size = 5 KB)
UFORMP_500196_RealtorsNorthForkValley_20130401.pdf
(500196_RealtorsNorthForkValley_20130401-388943.pdf Size = 187 KB)
Submission Text

BLM_0157526

April2013

We support the North Fork Alternative Plan
We are Realtors in the North Fork Valley writing to put our support behind the North Fork Alternative Plan- a community driven effort that provides a management framework for oil and gas leasing and development that is highly protective of the valley's important features and scenic landscape. We represent much of the real estate and housing industry in the North Fork Valley, where many choose to purchase property with scenic views, orchards, farms and ranches in a scenic, pastoral setting. We request that the U.S. Bureau of Land Management, Uncompahgre Field Office adopt the strong protections the North Fork Alternative Plan proposes if it makes any public lands and minerals available for oil and gas leasing in its revised Resource Management Plan (RMP).

Many of the North Fork's public lands surround the occupied, utilized and developed lands of our communities. Likewise, these public lands surround the North Fork's farms, orchards and vineyards and include many major water sources, primary irrigation canals and ditches, and grazing permits for ranching operations. Oil and gas development here - and the introduction of an industrial activity, potential exposure to toxins and unhealthy air, and potential contamination of surface and ground water-raises significant risk of harmful impact to the agricultural operations and farmlands that make this a unique real estate market. In addition, we have seen first-hand that not only the act of drilling and fracking, but the mere threat of oil and gas development, has a significant negative impact on the real estate market and socioeconomic status of our area.

The North Fork Alternative Plan would protect the many important uses on public lands that help to make the North Fork Valley a very attractive place to purchase property. The Plan places strong protections on the valley's scenic areas and views. That makes sense for protecting the existing economy and residents of the valley, and the future real estate market here.

The North Fork Alternative Plan would also protect our valley's place as a leading 'agritourism' destination in Colorado. Growing numbers of visitors come to the North Fork as part of Colorado's agritourism industry. The North Fork is an American Viticultural Area, one of only two in Colorado; has numerous restaurants and markets that specialize in local produce, meats, and products; and celebrates this connection with agriculture in two of the largest festivals held each year in the valley - Cherry Days and the Mountain Harvest Festival - both drawing hundreds of visitors to the valley. These features also draw potential buyers to the real estate market here, and the Alternative Plan would help to protect agritourism as an important component of the North Fork's way of life.
-- ------------------- ------ ----
The North Fork Alternative Plan recognizes the important features and resources that make the North Fork Valley a special place. The North Fork Alternative Plan would protect these important resources from oil and gas leasing and development, which has been known to cause air and water pollution and has the potential to harm the area's robust and diverse agricultural operations and economy.

The Bureau of Land Management Uncompahgre Field Office should adopt the North Fork Alternative Plan into its revised Resource Management Plan for public lands and federal minerals in the North Fork Valley. Doing so will protect real estate values and sales from the negative impacts of oil and gas development.

Sincerely,

Realtors in the North Fork Valley:

Bob Lario
Linda Lario
Shari Davis
Doris Danielsen
Nancy Wood
Bert Sibley
Marsha Jackson
Mike Jackson
Myles Roberts
Bob Pennetta
Mark Schaffer
Liz Heidrick
Bernadette Stech
Glenda Bailey
David Mitchell
Cathy Smith

Cc: Neil Kornze, Principal Deputy Director
U.S. Senator Mark Udall
U.S. Senator Michael Bennet
U.S. Representative Scott Tipton
Colorado State Senator Gail Schwartz
Colorado State Representative Millie Hamner
Mike King, Director, Colorado Department of Natural Resources
Paonia Town Council
Hotchkiss Town Council
Crawford Town Council
Delta County Board of County Commissioners
Gunnison County Board of County Commissioners
f

500197_SteckelC_20130807_TownOfCrawford Organization: Town of Crawford
Received: 8/7/2013 12:00:00 AM
Commenter1: - Crawford, Colorado 81415 (United States)
Organization1:Town of Crawford
Commenter Type: Local Government
Classification: Substantive

Submission  Category: Unique
Submitted  As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison  12/16/2016  12:00:00  AM
Attachments: 500197_SteckelC_20130807_TownOfCrawford.htm
(500197_SteckelC_20130807_TownOfCrawford-388949.htm  Size = 4 KB)
UFORMP_500197_SteckelC_20130807_TownOfCrawford.pdf
(500197_SteckelC_20130807_TownOfCrawford-388948.pdf  Size = 106 KB)
Submission  Text
Town of Crawford
PO Box 56, 425 Hwy 92, Crawford, CO 81415
(970)921-4725

Director Helen Hankins  Field
U.S. Bureau of Land Management
Colorado  State Office
2850 Youngfield  Street.
Lakewood, CO 80202

Office Manager Barbara Sharrow
U.S. Bureau of Land Management
Uncompahgre  Field Office
2505 S. Townsend Ave
Montrose, CO 81401

District  Manager Lori Armstrong
U.S. Bureau of Land Management
Southwest District  Office
2465 S. Townsend Ave.
Montrose, CO 81401

Aug. 7 2013

Re: The North Fork Alternative  Plan

Dear Ms. Hankins, Ms. Armstrong, and Ms. Sharrow:
We understand that the Bureau of Land Management (BLM) Uncompahgre  Field Office (UFO)
is
currently  working  to revise its Resource Management Plan (RMP) for our area. As outlined  in
the North
Fork Alternative  Plan, we recognize  that there are many important,  existing uses on the public
lands in
our area. We encourage the BLM to find a responsible,  common sense approach to oil and gas
development.  While the Town recognizes  the importance and necessity of energy development,
we feel

that it must be done in a responsible way. With this perspective in mind, the Town of Crawford is writing
to express our support for the North Fork Alternative Plan in the areas related to Crawford, more specifically those aspects of the plan that would impact resources important to the Town.
<([#1 [37.1] Of the highest importance to the town is our ability to provide clean and safe drinking water to town
residents. As we have stated to the BLM in the past, with respect to previously proposed lease sales,
public lands managed by the BLM are near and intertwined with our drinking water supply and delivery
system. For obvious reasons, the town's drinking water supply must be protected from an industrial
activity that has the potential for pollution by spills, releases, equipment failure, human error and other
potentially unknown and unintended consequences related to gas and oil drilling and the use of high
volume hydraulic fracturing. Contamination of the Town's drinking water supply or damage to its
delivery system cannot be allowed to occur.
#1])>
In addition, the Town would like to underscore the importance of maintaining and operating its waste
water system. Crawford utilizes a BLM right of way that provides access to its wastewater treatment
plant. In addition, Crawford has a wastewater collection main that borders BLM-managed lands. It
is vitally important to the future of the town that our ability to maintain and continue wastewater
treatment at this facility is not impeded by oil and gas activity. The town is supportive of BLM's multiple
use mandate. A perfect example of this mandate in action can be found in Young's Peak. The BLM lands
that border the town on the north include Young's Peak. This peak provides the scenic backdrop for
our town, a hiking trail that provides recreation for town residents, and these lands are right next to
Crawford School. Surely this is an area where the BLM can agree that it would be inappropriate to lease for the industrial practice of oil and gas drilling and hydraulic fracturing.

The Town appreciates the opportunity to provide comments on the BLM's decision-making process.
While we recognize and understand the importance of energy development, we also recognize our
mandate as town trustees to protect the health and safety of town residents. While we cannot speak
for the entire plan for the North Fork Valley, we do agree with the portion of the North Fork Alternative

BLM_0157530

Plan in regards to the Crawford area springs, wastewater facility and Youngs' Peak area.

Sincerely,

Carolyn Steckel

Mayor

The Town of Crawford, Colorado

cc:

Neil Kornze, Principal Deputy Director, Bureau of Land Management

Senator Michael Bennet

Senator Mark Udall

Representative Scott Tipton

Governor John Hicken looper

Delta County Board of Commissioners

500198_WineriesOfWestElk_20161101  Organization:  The Wineries of the West Elks  American Viticultural Area

Received: 11/1/2016 12:00:00 AM

Commenter1: -,

Organization1:The Wineries of the West Elks American Viticultural Area

Commenter Type: Organization (nonprofit/citizens group)

Classification: Nonsubstantive

Submission Category: Unique

Submitted As: Regular mail

Form Letter Category: Unique

Form Letter Master:

Current Task: Done Assigned/Due: dprobison  12/16/2016  12:00:00 AM

Attachments: 500198_WineriesOfWestElk_20161101.htm

(500198_WineriesOfWestElk_20161101-388953.htm  Size = 3 KB)

UFORMP_500198_WineriesOfWestElk__.pdf (500198_WineriesOfWestElk_20161101-388955.pdf  Size = 102 KB)

Submission Text

Dear Ms. Sharrow,

The intent of this letter is to affirm our support of the North Fork Alternative Plan and its inputs to the revision of the Uncompahgre Field Office Resource Management Plan.

The West Elks American Viticultural Area (AVA) is one of approximately 200 AVA's designated by the United States Department of the Treasury, Alcohol and Tobacco Tax and Trade Bureau (TTB). It is one of only two such areas within Colorado and, as such, recognizes a geographic area possessing a unique combination of climate, geology, soils, physical features, and elevation. The TTB, by its recognition of the AVA, acknowledges that these distinguishing features impart unique, identifiable characteristics to the wine produced from grapes grown in this region. The North Fork Alternative Plan recognizes these characteristics and provides specific protections for them.

The wineries in the North Fork depend upon the public lands surrounding us to provide clean, reliable drinking and processing water and to provide clean, reliable irrigation

water. As an agritourism industry, we depend upon our unspoiled vistas, our unpolluted air, our bucolic atmosphere, our dark night skies, and our quiet background to attract customers to our tasting rooms. The North Fork Alternative Plan acknowledges this dependency and calls for specific protections for these features.

The North Fork Alternative Plan is the culmination of a year-long effort by a diverse group of citizens concerned with the pace of, and process behind, oil and gas exploration and development on public lands surrounding our valley. The members of the West Elks Winery Association endorse this grass roots effort and ask the BLM to incorporate the suggestions contained therein into the revised Resource Management Plan.

Respectfully,

The Wineries of the West Elks American Viticultural Area

Rob Kimball
5680' Vineyards

Eames and Pam Peterson
Alfred Eames Cellars

Ty and Helen Gillespie
Azura Cellars

Lee and Kathy Bradley
Black Bridge Winery

Jeff and Tracey Schwartz
Delicious Orchards

Larry and Nina Parker
Fire Mountain Vineyard

Yvon Gross and Joanna Reckert
Leroux Creek Vineyards

Scott and Lisa Fairbank
Liliputian Winery

Wink Davis and Max Eisle
Mesa Winds Winery

Steve Rhodes
S. Rhodes Vineyard

Brent and Karen Helleckson
Stone Cottage Cellars

John and Joan Mathewson
Terror Creek Winery


Cc: Lori Armstrong, BLM District Manager
Helen Hankins, BLM Colorado State Director
Neil Kornze, BLM Principal Deputy Director
U.S. Senator Mark Udall
U.S. Senator Michael Bennet
U.S. Representative Scott Tipton
Colorado State Senator Gail Schwartz
Colorado State Representative Millie Hamner
Mike King, Director, Colorado Department of Natural Resources
Paonia Town Council
Hotchkiss Town Council
Crawford Town Council
Delta County Board of County Commissioners
Gunnison County Board of County Commissioners


500199_KolbenschlagP_20160622  Organization: Pete Kolbenschlag
Received: 6/22/2016 12:00:00 AM
Commenter1: Pete Kolbenschlag - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500199_KolbenschlagP_20160622.htm (500199_KolbenschlagP_20160622-388958.htm Size = 1 KB)
UFORMP_500199_KolbenschlagP_20160622.pdf (500199_KolbenschlagP_20160622-388957.pdf Size = 121 KB)
Submission Text
Pete Kolbenschlag


June 22, 2016


RE: Uncompahgre Field Office Resource Management Plan Revision and Draft
Environmental Impact Statement


Dear BLM UFO RMP Team:


Please accept this comment and its supporting documents, attached here in

electronic and paper form, into the official comment record on the Draft EIS for the UFO RMP revision, to be included as part of the administrative record.

There can be little doubt that there is strong, wide spread support for the strongest level of protection for public lands, and lands overlying public minerals, in the North Fork Valley.

In addition to the many substantive issues raised in these comments, included herein in their totality by reference and attached, please consider these as solid evidence of that enduring and diverse support.
Sincerely,
Pete Kolbenschlag


500201_WitherC_20160808  Organization: Candy Wither
Received: 8/8/2016 12:00:00 AM
Commenter1: Candy Wither - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500201_WitherC_20160808.htm (500201_WitherC_20160808-388959.htm Size = 2 KB)
UFORMP_500201_WitherC_20160808.pdf (500201_WitherC_20160808-388961.pdf Size = 144 KB)
Submission Text
8/8/16
UFO Draft RMP

<([#1 [21.1] As a part time resident of Paonia I would like to encourage you to consider a no leasing Alternative. #1])> It seems to me that climate warming and climate change has reached a point that we need to more to renewable energy sources as quickly as possible.

<([#2 [27.1] I do applaud your plan to create a special recreation management area for Jumbo Mountain Plan B. I really hope that you include this in your final plan. #2])> I believe that Jumbo Mountain is a wonderful part asset for the community for recreation and open space. It is also an asset for the tourism economy. Communities who set aside these areas permanently for recreation generally improve both the quality of life for those in the community and create an attraction for visitors. I hike on Jumbo Mountain a lot and would appreciate it being conserved for many years. I see a lot of erosion and think active management would improve this.

I do believe that alternative B1 is an acceptable approach if a no leasing alternative is not possible. I hope to review it further and make more specific comments,

Candy Wither
434 North Fork
Paonia, CO
And
Boulder CO 80304

500202_KeenanK_20161013  Organization:  Kristen Keenan
Received: 10/13/2016  12:00:00  AM
Commenter1: Kristen Keenan - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison  12/16/2016  12:00:00  AM
Attachments: 500202_KeenanK_20161013.htm  (500202_KeenanK_20161013-388962.htm  Size
= 3 KB)
UFORMP_500202_KeenanK_20161013.pdf  (500202_KeenanK_20161013-388963.pdf  Size =
114 KB)
Submission  Text
Dana Wilson,

I am writing in opposition  to hydraulic  fracturing.  I ask that you chose the North
Fork Alternative  B1, and all other reasonable  conservation  protections  in
Alternative B. I will say, though,  that BLM did not explore all options.  I suggest that
they go back to the drawing  board and see what it would look  like with zero
fracking. The main reason is because there are so many unknown  and undisclosed
chemicals in the hydraulic  fracturing fluids.  We have no idea what the ramifications
will be if these chemicals  got into our ground water, spilt  on land, or how the will
affect the wildlife.  These are questions that should  be answered before we let
anyone drill  into our land.

I am an environmentalist  living  in this Valley.  I chose to live here because of the
dense and lively  eco-system in the area. In my opinion,  The BLM has also failed to
produce a balanced plan that took into consideration  new horizontal  drilling  and
multi-stage hydraulic  fracturing technologies.  This relatively  new drilling
technology involves  a far greater magnitude of impacts, including:  double the
surface impacts of conventional  drilling;  up to a 333% increase in air pollutant
emissions involving  12 more tons of VOCs and 1 additional  ton of HAPs per well; 5
to 10 times more water; as well as increased noise, larger waste volumes,  habitat
fragmentation and loss, and thousands of additional  round trips of truck traffic per
well. BLM's proposed plan opens 95% of the Uncompahgre planning  area to oil and

gas leasing and development. We are effectively KILLING our eco-system and
putting END TO SUSTAINABILITY in Western Colorado.

I request that the BLM include all proposed actions in the North Fork Alternative,
B1, in the final RMP. The BLM lands within the North Fork Alternative area are
adjacent to the communities of Hotchkiss, Paonia, and Crawford and include areas
that supply municipal water, and irrigation and domestic water companies, impact
the scenic features of the Valley, and are high quality wildlife lands. The BLM should
ensure the strongest level of protection for resources of particular concern that
warrant the strong protections that are included in Alternative B1, such as water
supplies and riparian areas; scenic qualities of the valley and our 'million dollar'
view sheds; undeveloped wildlife lands including winter range and migration
corridors. Please include all other conservation protections in Alternative B.
Regards,
Kristen Keenan
Keenan.Kristen@gmail.com

Cc: S. Jewell, N. Kornze, M. Tupper, R. Welch, B. Sharrow, G. Jones, B. Hovde, M. Bennet, S.
Tipton, J. Polis

500203_McCainJ_20161025  Organization: James McCain
Received: 10/25/2016 12:00:00 AM
Commenter1: James McCain - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500203_McCainJ_20161025.htm (500203_McCainJ_20161025-388965.htm Size
= 17 KB)
UFORMP_500203_McCainJ_20161025.pdf (500203_McCainJ_20161025-388966.pdf Size =
507 KB)
Submission Text
James McCain
40881 Hwy 133
Paonia, Co 81428
(970)-361-7441
October 25, 2016

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

BLM_0157536

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,
Please fully consider the following comments as federal law requires. Alternative B1 should at the very least be offered in each of the possible alternatives.

The preferred alternative in the draft RMP is remarkably similar to the "development" alternative, in
terms of fluid mineral leasing. If the preferred alternative were to become the final RMP, and fluid
mineral development were to meet or exceed the expectations published in the Reasonably Foreseeable Development Scenario, it would completely change life as we know it in the North Fork Valley (NFV). The NFV is, as you ought to be well aware, the greatest concentration of organic farms in Colorado, with vast agricultural, scenic, recreational and natural resources. The Economic Development Analysis performed by Better Cities and funded by Delta County and DCED recommends an economy based in agriculture, value-added food exports, tourism, arts, and hospitality. These industries are incompatible with heavy fluid mineral extraction. To sacrifice all those values and potential, and to instead industrialize the valley would be reckless and irresponsible.

I am an organic farmer, an artist and my partner and I are in the process of opening adding a Bed and
Breakfast Retreat our farm outside Paonia in late Spring 2017. We rely on the good water and air quality for our livelihood and health. Our customers travel from all over the world to have the opportunity to visit this amazing valley. They come for the organic food that our valley has become
known for. They travel to see this pristine landscape, they love to see the diversity of wildlife that is
unique to our area. If there is expanded oil and gas development it will leave a huge portion of this
valley without a viable form of income. The tourists will no longer seek us out as a destination. I understand that there is a need for the BLM to allow industry to profit from our local resources, but that cannot be at the expense of our invaluable shared resources, such as clean water and air. With your current Alternatives your office is almost guaranteeing our valley the fate of so many other
communities that have been poisoned by oil and gas accidents. <([#1 [5.3] You must reconsider and add B1
alternative to all of the possible Alternative plans.
#1])>
Over 11% of organic farms across the US now share a watershed with active drilling, and that number is expected to rise to up to 31%, as projected by FracFocus. According to the COGCC, Over 700 spills were reported at oil and gas operations in Colorado in 2014. The spills released more than a million gallons of oil and other chemicals. 11% of them contaminated water sources. There is rapidly mounting scientific evidence that produced water can contain toxic chemicals including natural mineral salts, chemical additives, dissolved hydrocarbons, toxic metal ions, and materials. These chemicals cause cancer, they alter endocrine function, they affect human and

animal reproductive systems, and they affect cognitive development in children. These facts are becoming well-known. If a spill were to occur upstream of the NFV that contaminated the irrigation water that feeds our farms, ranches, orchards, and vineyards, not only would it be unethical to sell our products, but the market would reject them. 4% of the UFO planning area is employed in the agricultural sector but in the NFV it's closer to 15%. It's bad enough that natural gas is putting our coal miners out of work. We don't need the oil and gas industry displacing our local hunting, fishing, recreation, agricultural and tourism economies, as well. Natural gas production does not provide enough stable, full-time employment to sustain the valley's economy. What it will achieve is to threaten the economic diversity we are striving to create in order to provide the stable, prosperous economy we desire. The BLM is aware of this, yet they chose to ignore this fact when they created their preferred alternative.

The following points illustrate areas in which the draft RMP is lacking adequate information:

<([#2 37.4] • The draft RMP does not consider the cumulative effect that the level of fluid mineral extraction
(drilling) outlined in the Reasonably Foreseeable Development Scenario will have on existing domestic and commercial water supplies, including springs, wells or surface water. The BLM has the means to estimate this figure and yet it does not.
#2])>
<([#3 37.3] • The draft RMP makes no mention of wastewater disposal for fluid mineral development.
Drilling uses a lot of water in the process of extracting natural gas. What is acceptable in terms of wastewater disposal on our public lands? The only time wastewater is mentioned is in the ACEC's portion of the Environmental Impacts section: "Energy and minerals development could impact ACEC values by .... contaminating surface water from wastewater spills and runoff containing drilling fluids." (4-346) These same negative impacts would occur anywhere fluid mineral development is allowed to take place, why is it not mentioned anywhere else?
#3])>

<([#4 37.2] • The BLM admittedly does not have mapping of the planning area's groundwater hydrology,
which makes it difficult for future project EIS's to predict the impact of fluid mineral development on private and commercial water sources. #4])>

<([#5 5.3] • In the draft RMP, the NFAP is tacked onto the 'conservation' Alternative B, as a sub-alternative
B1. All parts of the planning area not covered in the NFAP are overlaid with alternative B. This makes it appear that the NFAP and alternative B1 are much more restrictive than the public intended, since the public only proposed to protect the North Fork Valley. By tacking the NFAP onto alternative B, it appears that the public proposed to remove 95% of the entire planning area from being available for leasing, which is not an accurate representation. If overlaying the NFAP onto another alternative is their way of analyzing the plan, they should overlay the NFAP over each alternative, so it's effect on each proposed plan can be accurately evaluated. Otherwise, it appears that the BLM tacked the NFAP onto the conservation alternative as a matter of protocol. without giving it serious consideration. #5])>

BLM_0157538

<([#6 [18.3] • The draft RMP does not adequately address human health impacts. The only mention of
potential health impacts in relation to fluid minerals is that "energy and mineral development...includes inherent risks for workers and the public related to safety during construction and operation, as well as the potential introduction of hazardous materials that could impact human health should exposure occur. Introduction of hazardous materials could indirectly affect health due local air, soil, or water contamination" and "Contaminated surface waters pose health risks to recreational users who may come into contact with those waters. Development activities in the vicinity of drinking water aquifers (groundwater) pose a risk of contaminating those aquifers and causing health impacts on groundwater consumers." (Page 4-445) The document makes no mention of the effects that water contaminated with mineral salts, chemical additives, dissolved hydrocarbons, toxic metal ions, and radioactive materials will have on human health, agriculture, livestock, or the economy. The document does not address mitigation or protocols to manage incidents of air/water/soil contamination, nor does it mention any existing legislation that would regulate such potential risks.
#6])>
• The draft RMP repeatedly describes how fluid mineral development would negatively impact, to some unknown degree, other resources such as wildlife habitat and migration corridors, grazing land, soil productivity, vegetative diversity, special status fish and aquatic wildlife, air quality, and visual resources, as well as non-market values including ecosystem services, natural amenities, scenic beauty, human health, quality of life, and sense of place.

• The draft RMP estimates that ecosystem services in the planning area could provide up to $1.492 million in value. (4-461)

• The draft RMP states that natural amenities like proximity to wilderness areas, national parks and other special protection areas tend to have a positive impact on tourism, property values, population growth due to positive net migration, higher incomes, and employment growth.

• The draft RMP states that approving an alternative that emphasizes "resource development over conservation likely would result in more impacts on nonmarket values and how planning area individuals perceive their own quality of life." (4-460)

• The draft RMP repeatedly states that, at the projected rate of fluid mineral development outlined
in the Reasonably Forseeable Development Scenario, oil and gas development would not have a significant impact on regional employment or the economy. It makes some mention of severance taxes but does not give estimates of what the income amount could be. It states that current employment in the planning area by oil and gas is less than .01 %, and is not expected to increase to greater than 1%. "Across all alternatives, for natural gas development, the economic contributions to the planning area represent a small fraction of jobs and income." (Page 4-462)

• "Agriculture represents 3.6% of jobs in the planning area ... The North Fork Valley represents a region where traditional agricultural uses have maintained importance due to the presence of organic and conventional small-scale farms, orchards, and wineries. Delta County is home to

BLM_0157539

the highest concentration of organic farms of any Colorado county." ( 4-459)

• Given the previous five points, why does the UFO's draft RMP prefer an alternative that will produce a net negative impact on the planning area's economy, natural resources, and quality of life?

<([#7 [18.3] • The draft RMP did not address possible environmental disasters caused by or affecting fluid
mineral development. It is possible that wastewater injection wells can cause seismic activity. There is no mention of this in the RMP. It is also possible that naturally occurring mudslides and avalanches could affect the safety and integrity of extraction infrastructure. There was a close call on May 25, 2014, when a mudslide came within feet of burying a drilling pad near Colbran, Co. and killed three people. The West Elk Mountains are geologically unstable and these issues need to be mentioned in the RMP to provide a basis for future EIS's to address these risks.

• The draft RMP does not adequately address the possibility of explosions, or lightning strikes, and the risk that these events can pose to nearby residences, structures, property and other natural resources when natural gas and other flammable/explosive materials are involved. The planning area is often subject to drought conditions, in which fires can quickly get out control. The RMP states that "mineral resource development .... would introduce additional ignition sources into the planning area, which ... could increase the potential for high-intensity wildland fires." (4-482) That is the extent of the content of this issue, briefly mentioned in the "Unavoidable Adverse Impacts" section. We can avoid this "adverse impact" by designating places where wildfires are a risk as unsuitable for fluid mineral extraction.

• The draft RMP does not address how fluid mineral development would strain local emergency services such as volunteer fire, ems and rescue groups. In the fall of 2015, there was a report of flames in the forest alongside Hwy 133. Paonia Volunteer Fire Dept was dispatched to the scene, over an hour's drive from their station. It turned out that one of the wells was flaring gasses and hadn't notified the local authorities as they were required, by law. This had the effect of wasting volunteers' time and could have been detrimental if there had been a real emergency during the time the fire department's limited resources were tied up investigating this false alarm. If there were a true emergency in this remote location, where is the nearest HAZMAT team that is qualified to deal with oil and gas spills? What is the response time? The specifics should be determined in project EIS's but the issue needs to be mentioned in the RMP that guides future EIS's. #7])>

• In 2012, North Fork Valley residents submitted over 3000 comments to the BLM in protest of a 30,000 acre lease sale. We were successful in fighting back that sale, and the latter 20,000 acres lease sale, in part because the BLM had relied on a 30-year old RMP, which did not consider how the valley had changed over the last 30 years, nor the impacts of hydraulic fracturing and multi-stage drilling technologies, which are relatively new technologies. The BLM's draft RMP still does not consider how the changes in technology will impact the land, human health, wildlife habitat-- including hunting and fishing populations, the environment, and the local economy. Relative to oil and gas, Alternative D, BLM's preferred alternative, is only a

.1% improvement over the existing 30-year RMP.

<([#8 [11.3] • The draft RMP does not mention climate change and the extent that fluid mineral development
would contribute to atmospheric C02. This is now required under NEPA. The final RMP needs to include this analysis. #8])>

<([#9 [40.3] • The draft RMP does not consider proximity to designated wilderness areas such as the West Elk
Wilderness and Raggeds Wilderness, which are protected with Class 1 Airshed classifications. What would be the air quality impacts caused by adjacent development. There is currently a proposed well pad within 1 mile of the Wilderness Area border.
#9])>

<([#10 [5.3] Specifically, the draft Resource Management Plan needs to:
• Include a no-leasing alternative, to adequately evaluate the full range of reasonable management plans.
• Include a sub-alternative for each alternative (Al, C1, D1) as was created for Alternative B, so the North Fork Alternative Plan can be properly evaluated against each proposed alternative.
• Address the issues of human health, water quality, air quality, emergency response, environmental disasters, climate change and the effect on existing surface and ground water sources in relation to fluid mineral extraction.
#10])>

<([#11 [5.3] And the final RMP should:
• Include NL protections for land with highly erodible selenium soils, land within .5 miles of any water body, including streams and rivers, and land within .25 miles of any public or private water supplies.
• Preserve the valuable visual assets and scenic character of the NFV by protecting the visual landscape and prominent landmarks with NL and VRM Class I and II designations
• Include NSO protections for land with high geologic hazard risk, land designated as big game range, land in the Jumbo Mountain area, and within 100-year floodplains
• Include NSO protections for lands with selenium soils, agricultural land, water conveyances such as irrigation canals and springs, trout streams, scenic corridors and community facilities including schools and parks.
#11])>
Furthermore, I believe that this plan is incomprehensible in the size and range of its intended management area. The plan is lumping a huge range of biomes into one large control system. This is
possibly the worst way to manage this large of an area. It would be a much more feasible plan if each
of the forest services were tasked with the management of their area of management. Therefore I believe the BLM needs to consider a cluster of smaller management plans specific to each of the areas unique and vastly different resources. Also, without having considered a no-leasing alternative, nor considering how the North Fork Alternative Plan would be carried out if included in the preferred

alternative, the draft RMP fails to fulfill it's duty to consider the full range of reasonable management
possibilities. Not only did the BLM neglect to even consider a no-leasing option, but they tacked the
NFAP onto the 'conservation alternative' and then proceeded to create a preferred alternative that included almost no elements from the conservation alternative nor the NFAP. That is hardly the balanced approach to resource management that the RMP process is intended to produce.

Thank you for taking the time to consider my comments. I hope you are able to create a final RMP that succeeds in it's mission to sustain the health, diversity, and productivity of the public lands
for the use and enjoyment of present and future generations.

Sincerely,
James McCain


500204_GaydosP_20161026  Organization: Paul J. Gaydos
Received: 10/26/2016  12:00:00  AM
Commenter1: Paul J. Gaydos - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison  12/16/2016  12:00:00  AM
Attachments: 500204_GaydosP_20161026.htm  (500204_GaydosP_20161026-388968.htm  Size = 2 KB)
UFORMP_500204_GaydosP_20161026.pdf  (500204_GaydosP_20161026-388969.pdf  Size = 100 KB)
Submission Text
BLM Uncompahgre Field Office

Dear Ma'am, Sir,

This letter pertains to the BLM's RMP and EIS providing information
intending to cause changes to proposed action.
It appears that the BLM's mission statement has been influenced and
skewed by certain industries. The BLM's mission statement does not direct
or allude to such use.

There upon definition is required.
" ... to sustain"; to hold, keep in existence, maintain sustenance for.
" ... the health"; physical will-being, freedom from dis-ease, condition of.
" ... diversity"; differences, variety (in the natural state).

" ... and productivity";  fertile, abundant productivity,  (that is what nature of itself  does i.e. producing  by and of itself all that it is).
" ... of the public";  the people as a whole, for benefit of all.
" ... lands for the use of (being there) and enjoyment  of present and future generations.".

The BLM is obligated  to conscience prudent and shrewd management and policy making.
Such policy making precludes such harm, pollution  and destruction by extractive industries.  Such use is abominable.
Hence, the CHC' North Fork Alternative  Plan wisely proposes a sagacious policy.
What the BLM and the public  have to fear is the results of avarice stupidity  and ignorance.

Respectfully,
Paul J. Gaydos

P.s. "Let there be light"  Gen. 1:2

500205_KroehlerC_20161008  Organization:  Corbett Kroehler
Received:  10/8/2016  12:00:00  AM
Commenter1:  Corbett Kroehler - Orlando, Florida  32839 (United States)
Organization1:
Commenter Type:  Individual
Classification:  Nonsubstantive
Submission  Category:  Unique
Submitted  As: Regular mail
Form Letter Category:  Unique
Form Letter Master:
Current Task: Review Assigned/Due:  dprobison  12/16/2016  12:00:00  AM
Attachments:  500205_KroehlerC_20161008.htm  (500205_KroehlerC_20161008-388971.htm
Size = 2 KB)
UFORMP_500205_KroehlerC_20161008.pdf  (500205_KroehlerC_20161008-388970.pdf  Size =
52 KB)
Submission  Text
October 8, 2016

Neil Kornze, Director
Bureau of Land Management
Room  5665
1849 C Street NW
Washington,  DC 20240

RE: Protect Our Wild Public Lands in Colorado

Dear Director Kornze:
From the lowland expanses of the arid Colorado Plateau to the 12,000-foot craggy Rocky Mountain peaks
of subalpine forest, the BLM's Uncompahgre field district offers stark contrasts in topography.
According to the agency's own estimates, 500,000 visitors recreate annually on BLM lands managed by
the Uncompahgre Field Office in southwestern Colorado. These visits are an integral piece of Colorado's
economy; according to a study commissioned by The Pew Charitable Trusts, a total of $275 million a year
is spent in communities within 50 miles of recreation sites by visitors engaging in quiet (nonmotorized)
recreation activities on BLM lands.
Places like Shavano Creek and Camel Back are wild and remote landscapes deserving of management
which keeps them as they are: accessible to hikers, backpackers, sportsmen and others who enjoy these
places in low-impact ways. As you know, local residents have asked the BLM to preserve outstanding
opportunities for solitude and adventure - an economic driver for the region, as well as vital wildlife
corridors that safeguard healthy populations of deer and elk that attract hunters from across the nation.
However, the current recommendations in the draft resource management plan do not go far enough to
fully protect these important areas.
As an American citizen and taxpayer, these are my public lands and I demand a say in their future.
I exhort you to recognize and conserve the remaining wild places in the Uncompahgre region so that
present and future generations can continue to experience this pristine wilderness.

Sincerely,
Mr. Corbett Kroehler
5104 Stratemeyer Drive
Orlando, FL 32839
email corbettkroehler@yahoo.com
mobile 321.663.9740


500206_GreenJ_20161101  Organization: Joan Green
Received: 11/1/2016 12:00:00 AM
Commenter1: Joan Green - Glenwood Springs, Colorado 81601 (United States)
Organization1:
Commenter Type: Individual

Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500206_GreenJ_20161101.htm (500206_GreenJ_20161101-388980.htm Size = 1 KB)
UFORMP_500206_GreenJ_20161101.pdf (500206_GreenJ_20161101-388981.pdf Size = 45 KB)
Submission Text
To Senator Scott Tipton,
I am a homeowner in the North Fork Valley and I am seriously concerned about the looming threat that Hydraulic Fracturing poses to the North Fork Valley.
The threats include loss of value of my primary life investment, my home. Pollution to the air, water and soil in my home land that impact health of the ecosystem including residents. Hydraulic fracturing is a threat to our local economy. We will not build a stable local economy by exploiting the environment.
Oil and Gas drilling negatively impact ranching, farming, wine production, tourism, recreation, hunting and real estate. These things are essential to the economy and lifestyle in the North Fork Valley.
The benefits of hydraulic fracturing are limited to an elite few and do not trickle down to local communities. The responsibility of dealing with cleaning up after the industrial mess of hydraulic fracturing is left to local citizens and local environmental agencies.
For these reasons I strongly urge you as a leader in Colorado to join with the progressive counties, states and countries that ban Hydraulic Fracturing for the protection and well being of the natural resources, wildlife and human life.
At minimum I urge you to support North Fork Alternative B1.
Joan Green
995 Glen Oak Ln
Glenwood Spg. CO 81601


500209_SalembierP_20161010 Organization: Philip Salembier
Received: 10/10/2016 12:00:00 AM
Commenter1: Philip Salembier - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500209_SalembierP_20161010.htm (500209_SalembierP_20161010-388982.htm Size = 1 KB)

UFORMP_500209_SalembierP_20161010.pdf (500209_SalembierP_20161010-388983.pdf Size = 39 KB)
Submission Text
October 10, 2016

Bureau of Land Management
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401

Re: RMP, Alternative B1
I support the NF Alternative B1 to the RMP. I believe any other alternative is not compatible use of our land: compatible with the thousands of jobs in the organic farming wine and ranching industries in the valley. Even if nothing untold happens with oil and gas drilling, the mere threat is enough to devalue the farms, wineries, orchards and ranches that are the backbone of our economy.
The heavily regulated coal companies have proved themselves good neighbors for many years. The oil and gas companies have no such track record. The have shown themselves to be reckless with little regard for the communities in which they work. We want long term, sustainable and responsible economic development. The oil and gas companies do not meet these criteria.
Please protect the lands by adopting Alternative B 1.

Thank you,
Philip Salembier (registered voter)
PO Box 631
Paonia, CO 81428


500210_MortonG_20161015 Organization: Geoff Morton
Received: 10/15/2016 12:00:00 AM
Commenter1: Geoff Morton - Crawford, Colorado (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500210_MortonG_20161015.htm (500210_MortonG_20161015-388984.htm Size = 3 KB)
UFORMP_500210_MortonG_20161015.pdf (500210_MortonG_20161015-388985.pdf Size = 65 KB)
Submission Text
Oct. 15, 20016
Subject: BLM RMP for oil and gas exploration in the North Fork Valley

Attention: Barb Sharrow, District Manager BLM Montose CO

Dear Ms Sharrow,
I am writing to you in regard to the RMP that was recently completed about the development of oil and
gas exploration in the North Fork Valley. I have been a resident of Crawford for 16 years and have a
great interest in our beautiful area that is home to organic farming, wineries, orchards as well as a
destination for tourists, hunters and wildlife lovers throughout the country and world as well as the
home of many people who came to life here to enjoy the clean air, rural lifestyle and scenic beauty of
this area.

The possibility of industrial development of our valley via gas and oil exploration is a threat to our life
style, economy, air and water quality, wildlife habitat, recreation and tourism that is an integral part of
our lives and homes. I strongly support the option of no industrial development for oil and gas
exploration because of the following reasons:

1. The potential to poison food sheds and threaten to wipe out food security for the people of the Western Slope
2. Irreparable damage to clean air, fresh water, organic farms, orchards and vineyards
3. Significant harm to human and animal health
4. loss of our unique bio-diversity
5. Climate change impacts including frequent and longer lasting heat extremes, longer and more intense wildfire seasons, lower river flows, larger wildfires, water shortages for irrigated agriculture
6. Noise pollution in residential areas
7. Damage to our already limited and over used highway and road systems
8. Dangerous driving conditions on narrow two lane roads
9. loss of tourism, hunting and fishing that our economy depends on
10. Damage to our wildlife and domestic animals

Finally, I would like to point out that this kind of industrial development is totally incompatible, with our
valleys economy and lifestyle and our pristine climate and environment. The idea of developing these
public lands to create profit for big oil and gas companies at the expense of our valleys economy, lifestyle and environment is abhorrent and would do permanent damage to our way of life.

Please say no to oil and gas development on the public lands of the North Fork Valley.

Sincerely, Geoff Morton, 37767 Polson Road, Crawford CO 970-921-4141

500212_RoganJ_20161101  Organization:  John Rogan
Received: 11/1/2016  12:00:00 AM
Commenter1: John Rogan - Aspen, Colorado 81611 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016  12:00:00 AM
Attachments: 500212_RoganJ_20161101.htm  (500212_RoganJ_20161101-388986.htm  Size = 1 KB)
UFORMP_500212_RoganJ_20161101.pdf  (500212_RoganJ_20161101-388987.pdf  Size = 44 KB)
Submission Text
Dana Wilson
UFO Manager
2465 S. Townsend Ave
Montrose, CO 81401

Dear Dana Wilson,
I am a resident of the North Fork Valley and I oppose the use of public lands for private gain and hydraulic fracturing.
I utilize public lands for hiking, camping, water sports, mountain biking and recreating. The preservation of our public lands is beneficial for the lifestyle here in the North Fork Valley, the wildlife, and the well being of our citizens.
The threat that the Gas and Oil industry poses to the environment, economy and community do not balance the benefit that hydraulic fracking brings to a chosen few, who for the most part live outside of the North Fork valley.
As stewards of our public lands and natural resources, I encourage you to stop the practice of hydraulic fracturing on public lands.
I encourage you to adopt the North Fork alternative B1 and to exceed those standards.
Sincerely,
John Rogan
Name: Address: 3131 Moraen Creek Rd. Cabin 38
Aspen CO 81611

500213_JonesB_20161101  Organization: Buck Jones
Received: 11/1/2016  12:00:00 AM
Commenter1: Buck Jones - Snowmass Village, Colorado 81615 (United States)
Organization1:

Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500213_JonesB_20161101.htm (500213_JonesB_20161101-388989.htm Size = 2 KB)
UFORMP_500213_JonesB_20161101.pdf (500213_JonesB_20161101-388988.pdf Size = 59 KB)
Submission Text
Dear Joe Meyer,

I oppose all options included in the Draft RMP. The damage caused by hydraulic fracturing and how it
spreads its toxins through the air, soil and water to impact every living being must be considered by all
of us. I have so many concerns. Where do I begin! The more I learn-- l find too many gaps in the Draft
RMP which opens the valley and all of us to many hazards.

<([#1 [18.3] [5.6] The BLM did not take a hard look at direct, indirect, and cumulative impacts
as required by NEPA,
including:
• BLM failed to meaningfully analyze greenhouse gas emissions and the impacts of climate
change, including the severity of these impacts and social cost of carbon;
• BLM failed to consider impacts on human health and should have performed a comprehensive
health impact assessment ("HIA");
• BLM failed to consider various drilling technologies, including horizontal drilling and multi-stage
fracking in its analysis;
• BLM failed to consult with the Pipeline Hazardous Materials and Safety Administration and
failed to consider the potential impacts that an exemption from safety rules would have on
human health, the environment, and wildlife.
• BLM did not properly analyze methane and other air pollutants, or consider mitigation
measures to reduce these impacts
#1])>
The economy, the health of the residents and visitors and the future of this valley require all to step
back and reconsider any steps forward with the Draft RMP. I see too many problems and not enough
safe, considered analyses or well thought out plans to protect the valley for future generations.
Therefore, I demand that the BLM issue a moratorium on all oil and gas leasing and hydraulic
fracturing.

BLM_0157549

With regards,
Buck Jones
TazStetsonLLC
PO Box 5268
Snowmass Vlg CO 81615

Cc: M. Bennet, J. Hickenlooper, S. Jewell, N. Kornze, R. Welch

500219_RogenM_20161101  Organization: Mary Rogen
Received: 11/1/2016 12:00:00 AM
Commenter1: Mary Rogen - Grand Junction, Colorado 81507 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500219_RogenM_20161101.htm (500219_RogenM_20161101-388991.htm Size = 1 KB)
UFORMP_500219_RogenM_20161101.pdf (500219_RogenM_20161101-388990.pdf Size = 28 KB)
Submission Text
Ruth Welch,
I am a Colorado citizen for healthy soil, water, air and people.
I oppose hydraulic fracturing in the North Fork Valley.
Please ban oil and gas in the North Fork Valley.
Please use open space for the good of the environment and it's residents.
At a bare minimum, please adhere to the North Fork Alternative B1 guidelines and explore reasonable alternatives for a renewable future.
Sincerely,
Mary H. Rogen


Name: Mary H. Rogen Address: 236 ½ Little Park Rd. Grand Jct. CO 81507


Cc: B. Sharrow, D. Wilson, G. Jones, M. Roeber, B. Hovde, M. Bennet

500220_BerilinL_20161101  Organization: Leonard Berilin
Received: 11/1/2016 12:00:00 AM
Commenter1: Leonard Berilin - Carbondale, Colorado 81623
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive

Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500220_BerilinL_20161101.htm (500220_BerilinL_20161101-388967.htm  Size = 1 KB)
Submission Text
To the BLM,
I am a Colorado resident who enjoys visiting the North Fork Valley
for Mountain Biking and water recreation.
I enjoy the serenity and peace of the public lands in the North Fork
valley and the Paonia Reservoir.
I am concerned about the threat posed to public lands and public
health by the gas and oil industry.
I urge you to ban the practice of hydraulic fracturing in the North
Fork Valley.
At minimum, adopt the North Fork Alternative Bl.
Thank you for protecting the environment and public health.
Sincerely,
Leonard Berilin

Address: 659 Lincoln Ave
Carbondale, CO 81623

Cc: S. Jewell, N. Kornze, R. Welch, B. Sharrow, D. Wilson, M. Roeber, M. Bennet


500221_HemsellA_20161101 Organization: Amibalila Hemsell
Received: 11/1/2016 12:00:00 AM
Commenter1: Amibalila Hemsell - Ridgeway, Colorado 81432
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500221_HemsellA_20161101.htm (500221_HemsellA_20161101-388972.htm
Size = 3 KB)
Submission Text
RMP COMMENT
Dana Wilson and Barb Sharrow,
I am in support of the North Fork Alternative Plan (B1). I surely am not completely
satisfied with the NFAP, but it appears to be the best option. I believe this is the most
responsible option because it takes into consideration the value of Delta County's water

shed and natural water systems. I am very fond of hunting in the North Fork region. If any of the other RMP plans are used, I don't believe I will be coming to hunt in the North Fork area any more. I like to insure that my family is eating game that is living in the most pristine environments. It is common knowledge that hydraulic fracturing can contaminate the air, land and water. A clear indication of this can be seen because France, Bulgaria, Germany and Scotland and states, such as New York and Vermont completely banned hydraulic fracturing in order to protect their citizens' health and their environment and economic futures. I hope you fully consider the impact on your citizens as well as your outdoor recreation/tourism.

I'm also opposed to the final environmental impact statement for SG Interests I Ltd.'s Master Development Plan Proposal and BLMS's preferred alternative to develop up to 146 natural gas wells, four water disposal wells, and associated access roads and pipelines for the same reasons mentioned above.

<([#1 [5.3] Lastly, I don't believe the BLM has explored all alternative option, as I did not see a no

leasing option in the RMP plans. #1])> One concern I have is for the birds that will drink from the open waste water pools at the sites, as there are many undisclosed chemicals in the hydraulic fracturing fluids. We don't if them drinking this water will give them a disease or outright kill them. I know it's the BLM's duty to help protect sensitive species, which in this region we have the Bald eagle, Golden Eagle, among many other birds on your sensitive species list.

Please consider how the future generations will look back on these big decisions you are making. I believe deciding a no leasing alternative will leave you on the right side of history.

Sincerely,
Amibalila Hemsell
340 County Rd 24
Ridgeway, CO 81432


500223_JohnsonJ_20161101   Organization: Jennifer Johnson
Received: 11/1/2016 12:00:00 AM
Commenter1: Jennifer Johnson - Carbondale, Colorado 81623
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500223_JohnsonJ_20161101.htm (500223_JohnsonJ_20161101-388973.htm Size = 2 KB)
Submission Text
225 North 5th Street, Suite 702
Grand Junction, CO 81501
Scott Tipton,

<([#1 [2] I am opposed to Western Colorado Lease Exchange and Conservation Act of 2016 because it is irresponsible to locate oil and gas operations in a food shed, it is irresponsible to lease federal land for oil and gas development without federal, state, and local environmental review, it is irresponsible to impose oil and gas development on impacted communities without appropriate compensation for health, economic, and environmental impact, and it is irresponsible to not consider the food and environmental security in the national security equation #1])> . I am a resident of the North Fork Valley and I ask that you chose the North Fork Alternative, B1, and all other reasonable conservation protections in Alternative B. Avoidance, or not allowing harmful activity like Hydraulic Fracturing in sensitive places, such as the eco-system of the North Fork Valley, is the first step of proper mitigation, and one that the BLM must consider and should adopt in appropriate places. Places such as watersheds, view-sheds, and critical wildlife lands, all of which are found in the North Fork Valley, should be safeguarded by closing this area to oil and gas leasing or imposing strict No Surface Occupancy requirements. After all, the job of the BLM is to protect our watersheds and visual landscape. The BLM proposes to lease practically EVERY ACRE of the North Fork to oil and gas. This is unacceptable. Chose the North Fork Alternative, B1, and all other reasonable conservation protections in Alternative B.

Thank you,
Jennifer Johnson
552 Jacobs Place
Carbondale, CO 81623


Cc: Jared Polis, Millie Hamner, Kerry Donovan


500224_SullivanS_20161101 Organization: Sharon Sullivan
Received: 11/1/2016 12:00:00 AM
Commenter1: Sharon Sullivan - Grand Junction, Colorado 81503
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500224_SullivanS_20161101.htm (500224_SullivanS_20161101-388974.htm Size = 2 KB)
Submission Text
Dana Wilson,
I am a Colorado citizen for healthy soil, water, air and people.
I oppose hydraulic fracturing in the North Fork Valley.
<([#1 [41.2] Please consider that option that fracking is something that could seriously hurt Colorado. Right now the majority of our land is pristine, open, and

healthy. That is how people envision Colorado. Imagine someone wanting to move here and coming to visit only to find unsightly hydraulic fracturing machines spread about. Imagine taking a hike in the mountains and then running across one of these eyesores. Worse yet, what if you already lived here and they put one near your home and one of the mystery chemicals in the fluid seeped into the ground water and affected the drinking water. #1])> There are so many scary and real possibilities, you must consider joining New York, Vermont, and Maryland in banning fracking or instating a moratorium until more research has been conducted.

At a bare minimum, please adhere to the North Fork Alternative B 1 guidelines and explore reasonable alternatives for a renewable future.

Sincerely,
Sharon Sullivan
Name: Sharon Sullivan
Address: 949 Santa Clara
Grand Junction
CO 81503

Cc: B. Sharrow, D. Wilson, G. Jones, M. Roeber, B. Hovde, M. Bennet

500226_CareyH_20161101 Organization: Hugh Carey
Received: 11/1/2016 12:00:00 AM
Commenter1: Hugh Carey - Crawford, Colorado
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500226_CareyH_20161101.htm (500226_CareyH_20161101-388975.htm Size = 3 KB)
Submission Text
TO THE BLM:
<([#1 [18.3] [41.2] I am concerned that the BLM didn't consider the damage of fracking or do a human health
impact study on fracking operations before drafting the RMP. A recent study released by John Hopkins indicates that an increase of health problems in areas near hydraulic fracturing is directly related:
"New research suggests that Pennsylvania residents with the highest exposure to active natural gas wells operated by the hydraulic fracturing ('fracking') industry are nearly twice as likely to suffer from a combination of migraine headaches, chronic nasal and sinus symptoms and severe fatigue.
Researchers from the Johns Hopkins Bloomberg School of Public Health, reporting online Aug. 25 in the journal Environmental Health Perspectives, say their findings add to a growing body

BLM_0157554

of evidence linking the £racking industry to health problems.

'These three health conditions can have debilitating impacts on people's lives,' says first author Aaron W. Tustin, MD, MPH, a resident physician in the Department of Environmental Health Sciences at the Bloomberg School. 'In addition, they cost the health care system a lot of money. Our data suggest these symptoms are associated with proximity to the fracking industry.' "

Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations? #1])> The only way to prevent destroying the human health of

10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing and issue a moratorium.

Regards,

Hugh Carey 2401 Clear Ford Rd, Crawford, CO 9707787078

http://www.jhsph.edu/news/news-releases/2016/study-unconventional-natural-gas-wellsassociated-
with-migraine-fatigue-chronic-nasal-and-sinus-sym_ptoms.htm1

Cc: N. Kornze, S. Jewell, R. Welch, M. Bennet, Delta County Commissioners, J. Hickenlooper


500227_LerkozrykL_20161101 Organization: Justine Lerkozyk
Received: 11/1/2016 12:00:00 AM
Commenter1: Justine Lerkozyk - Glennwood Springs, Colorado 81601
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500227_LerkozrykL_20161101.htm (500227_LerkozrykL_20161101-388976.htm
Size = 1 KB)
Submission Text
Dana Wilson
UFO Manager
2465 S. Townsend Ave
Montrose, CO 81401


Dear Dana Wilson,

I utilize public lands for hiking, camping, water sports, mountain biking and recreating. The preservation of our public lands is beneficial for the lifestyle here in the North Fork Valley, the wildlife, and the well being of our citizens.

The threat that the Gas and Oil industry poses to the environment, economy and community do not balance the benefit that hydraulic fracking brings to a chosen few, who for the most part live outside of the North Fork valley.

As stewards of our public lands and natural resources, I encourage you to

BLM_0157555

stop the practice of hydraulic fracturing on public lands.
I encourage you to adopt the North Fork alternative B1 and to exceed those standards.
Sincerely,

NAME: Justine Lerkozyk
ADDRESS: 2600 S. Oakhurst
Glennwood Springs CO 81601

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

500230_RocessA_20161101 Organization: Amy Rocess
Received: 11/1/2016 12:00:00 AM
Commenter1: Amy Rocess - Glenwood Springs, Colorado 81601
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500230_RocessA_20161101.htm (500230_RocessA_20161101-388977.htm Size = 2 KB)
Submission Text
Dana Wilson:
I ask that you chose the North Fork Alternative B1, and all other reasonable conservation protections in Alternative B. More ideally, however, would be if BLM would explore the idea of having zero hydraulic fracturing. There are many reasons why, but <([#1 [41.2] it is fearsome that there are so many undisclosed chemicals in the hydraulic fracturing fluids. We have no idea what will happen if these chemicals got into our ground water or how they will affect the wildlife. These are questions that need to be answered.
#1])> I live in this Valley and care deeply about our environment. I chose to live here because of the dense and lively eco-system in the area. To me, it seems as though we are effectively killing our eco-system and putting an end to sustainability in Western Colorado.
The BLM should ensure the strongest level of protection for our resources. I hope that you reconsider doing any hydraulic fracturing until more research has been conducted and we know what actually could be the long-term affects.
Thank you,
Amy D. Rocess
602 W. 12th St.
GWS, CO 81601

Cc: S. Jewell, R. Welch, B. Sharrow, B. Hovde, M. Bennet, S. Tipton, J. Polis

500232_ShortellT_20161101 Organization: Tim Shortell
Received: 11/1/2016 12:00:00 AM
Commenter1: Tim Shortell - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500232_ShortellT_20161101.htm (500232_ShortellT_20161101-388978.htm Size = 2 KB)
Submission Text
October 12, 2016

Barb Sharrow
District Manager
Bureau of Land Management
2465 South Townsend Ave
Montrose, CO 81401

I am writing to express my strong opposition to increased oil and gas leasing in the North Fork Valley,
and therefore my strong opposition to the BLM's "Preferred Alternative" for the Resource Management
Plan of the Uncompaghre Field Office region as it relates to oil and gas development in this area.
On a local level oil and gas development will negatively impact both the local communities, which rely
heavily upon clean air and water for the sustainability of the many organic farms and recreational
activities, and the wild communities, which rely upon unfragmented healthy ecosystems for their
wellbeing.
I can not understand why the BLM is supporting the acceleration of fossil fuel extraction from
undeveloped land while, at the same time, governmentally funded climate scientist are in consensus
that in order mitigate climate change we, as a country, need to be leaving much of the fossil fuels in the
ground.
An appropriate compromise, if it is even fathomable to compromise the health of the environment, is
the adoption of Alternative B as listed in the BLM's RMP.
Thank you for considering my opinion as you move forward with this extremely important decision
concerning the future of the North Fork Valley and beyond.

Sincerely,
Tim Shortell
PO Box 1174
Paonia, CO 81428


500233_BartahJ_20161101  Organization:  JM Bartah
Received: 11/1/2016 12:00:00 AM
Commenter1: JM Bartah - Eagle, Colorado 81631
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500233_BartahJ_20161101.htm (500233_BartahJ_20161101-388979.htm  Size = 2 KB)
Submission Text
Attn: Dana Wilson
RE: Draft Resource Management Plan
I am a resident of the Roaring Fork Valley. I enjoy many of the natural resources
provided by the North Fork Valley. I am opposed to fracking and have great
concerns around the industry and its harmful effects on the environment and
community.
• <([#1 [41.2] Fracking harms the environment. The clean water in the North Fork Valley
benefits many in the Roaring Fork who enjoy fresh organic produce form the
North Fork.
• Fracking is a threat to the local economy. Local business that rely on tourism
and visitors from out of town will be harmed by the pollution and traffic that
fracking brings.
• Human health and wellness is not supported by fracking industries.
• The benefits of fracking do not stay in local communities, however, the
responsibilities of clean up and reclamation do.
#1])> I support the ban of fracking in the North Fork Valley's public lands and throughout
Colorado.
I support renewable energy and clean energy, which is abundant and cost effective.
I stand with the North Fork Valley uniting the North Fork and The Roaring Fork
Valleys for a healthy and sustainable future for Colorado.
I propose no land swaps, and no hydraulic fracturing!
Let Colorado stand strong with other forward thinking communities, states and
countries that have banned hydraulic fracturing all together.
Sincerely,
Name: J M Bartah
PO BOX 5887
Eagle, CO 81631

BLM_0157558

Street Address:
City, State, Zip:
Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet, J. Polis


500237_DangremondS_20161101  Organization:  Shari Dangremond
Received: 11/1/2016 12:00:00 AM
Commenter1: Shari Dangremond - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: mmccarter
Attachments: 500237_DangremondS_20161101.htm  (500237_DangremondS_20161101-
388940.htm Size = 1 KB)
Submission Text
Shari Dangremond
PO Box 1266
Paonia, CO 81428


Dana Wilson, Uncompahgre Field Office Manager
RE: Resource Management Plan Revision
2465 S. Townsend Ave.
Montrose, CO 81401
Dear Ms. Wilson:
I hope you will consider the North Fork Alternative Plan, listed in the RMP, alternative B and
B1.
The negative impacts of possible gas development on the newly developing industries in the
area, including wineries, organic agriculture, agri-tourism and increased tourism, would be very
bad for our economy! Even the perception that the valley irrigation was contaminated due to the
BLM allowing Leasing could be devastating and affect property values.
Also, I feel that we, as a society, must move away from rampant energy consumption as a way of
life. I am willing, an do make an effort to minimize my personal energy consumption, and find
that far from being a deprivation my life is better for it. I seldom drive, don't have a computer or
T.V. I don't miss it – I like reading or walking in whatever nature is avalible.
So I hope you will consider my opinion in your plans for the North Fork.
Sincerely,
Shari Dangremond


500242_WalshM_20161101  Organization:  Mark Walsh
Received: 11/1/2016 12:00:00 AM
Commenter1: Mark Walsh - Hotchkiss, Colorado 81419 (United States)
Organization1:
Commenter Type: Individual

Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Form letter plus text
Form Letter Master: Form Letter L
Current Task: Review Assigned/Due: mmccarter
Attachments: 500242_WalshM_20161101.htm (500242_WalshM_20161101-388960.htm Size = 12 KB)
Submission Text
BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Thank you for the opportunity to comment on the draft Uncompahgre Field Office resource management plan (RMP). It is essential that the BLM consider ways to protect natural resources like wildlife, domestic and irrigation water, wild and scenic rivers, air quality, and recreation. The Preferred Alternative (D) in the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, thus endangering wildlife, recreation, wilderness-quality lands, and cultural sites. It would risk the air and water quality, along with the scenic viewsheds, which our local communities and economics· depend upon. It' would also put our public lands and adjoining communities at risk for negative impacts from development activities including, large-scale oil and gas drilling and lease speculation. The BLM should adopt a final plan that makes important wildlife habitat, recreation areas, and sensitive air, water; and, viewsheds off limits to energy development. The only acceptable alternative addressed in the draft RMP that would protect North Fork Valley (NFV) residents, would be the North Fork Alternative (B1) in the draft RMP; and it is essential to the NFV that all the components of Alternative B1 be addressed and included in the final RMP.

The final RMP decision impacts me in many ways, which are described below. I am a resident of Hotchkiss, Colorado, in the NFW, and have owned and lived on Sunshine Mesa, adjacent to BLM lands, for 20 years. This is beautiful sloping, southeast facing farmland, extremely suitable for farming, with great potential for viticulture in this important wine producing region. I believe that the following potential impacts and factors must be more thoroughly scrutinized before making any decision for the preferred alternative in the final RMP:

• Water impacts:

-Domestic water

My domestic water comes through a small water company, Sunshine Mesa Domestic, which is sourced through springs on BLM land in the target area of the draft RMP. This is just one of many small water companies that could be adversely affected by BLM's final RMP. Most of the domestic water sources in the NFV are surface springs and streams that are either on or near BLM lands affected by this plan. The final plan must protect the health of the watershed for the greatest number of users. Our communities are heavily invested in developing both domestic and agricultural water systems for their homes, farms and ranches. The final plan must exclude all oil and gas activities within a half-mile of all surface and ground domestic water sources, including municipal water supplies that risk being impacted by surface spills and well failure.

-Irrigation water

Surface water irrigation is supplied to me and thousands of others by the Fire Mountain canal, a

vital water source from the Paonia Reservoir, in an area that would be left open to oil and· gas development in the draft RMP Preferred Alternative. The final plan must protect local agriculture by excluding oil and gas activities within a quarter mile of ditches, domestic water decrees, dams, irrigation intakes, or canals. This is a minimum distance required to safeguard direct and rapid impacts from surface spills and other contamination from oil and gas activity.

-stream and surface water quality

The final plan must protect streams and surface water quality, protecting ecological resources, aquatic habitat, recreational attractions, water storage, and flood control by closing areas within a half mile of lakes, ponds, wetlands, and reservoirs to oil and gas activities including leasing. The final plan should also recognize that perennial water sources, riparian areas, intermittent streams and ponds, and ephemera/seasonal waters are priority habitats with adequate protections from all surface activities.

-Federally listed and threatened aquatic species

The final plan must designate known habitats of rare and threatened fish species as Right of Way exclusion areas and prohibiting oil and gas surface activities. The same holds true for riparian zones and wetlands. Roads, pipelines, powerlines, and well pads will negatively impact water quality and reduce available habitat for local fish species.

• Air impacts

The final plan must protect the health of the airshed. The NFW is affected by daily up and down-valley winds and any oil and gas activities occurring in higher elevations could have direct impact on air quality at lower elevations, including from dust, methane, VOCs, ozone, and other particulates and gases hazardous to public health. The BLM does not have the adequate information to assess airshed impacts of oil and gas activities.

• Economic impacts:

-Recreation

River and trail recreation are a growing economic opportunity in the NFV, with these industries bringing millions of dollars to communities in Colorado. The North Fork Alternative provides protection from oil and gas development for streams and river corridors, trailhead areas, the flanks of the West Elk Mountains, and the Jumbo Mountain area. These protections should be included in the final plan.

-Agritourism

The final plan must protect the idyllic character and scenic beauty of the NFV, which is home to the West Elk Wine region and has been called Colorado's Farm-to-Table Capital. That character would be jeopardized by oil and gas activity. Alternative B1 requires development setbacks from agricultural lands, prevents damage to Visual qualities, and best preserves the current rural character of the valley. ·

• Scenic viewshed impacts

The NFV sits at the very heart of the West Elk Loop Scenic Byway, world renowned for its scenery and rural character. Oil and gas development could jeopardize the scenic qualities of the area. The final plan should include Alternative B1, which provides the adequate protections for the valley's scenic features.

• Real estate impacts

Real estate sales in the NFV continue to be driven by those seeking a rural, non-industrial, and agricultural lifestyle. The final plan must protect the investments locals have made in the value of their home and land, and should not allow for speculative oil and gas leasing which

discourages homebuyers from purchasing in our communities, producing real and direct negative economic impacts on our communities.
• Public health and safety impacts:
-Pipeline safety and integrity
<([#3 [41.1] Pipeline safety and integrity management was not mentioned in the draft RMP. The integrity of the pipeline can be compromised not only from faulty construction, but from .flooding, mudslides, earthquakes, and geological instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline. ·
Rural gas gathering pipelines must be regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.
#3])> -Traffic
The final plan must adequately mitigate the traffic impacts of oil and gas activity within the North Fork of the Gunnison Watershed. Local residents rely on a handful of narrow state highways for daily transportation and emergency access. Oil and gas activities would significantly increase the number and frequency of oversized trucks and machinery transported on our highways, increasing the risk of accident and emergency vehicle blockage while negatively impacting the experience of everything on and near the roadways.
-Seismic activity
New data indicates deep injection wells and other oil and gas activities increases seismic activities. The final plan must assess and mitigate potential impacts of human-caused earthquakes, particularly in the North Fork region which is prone to unstable soils and landslides.
• Recreation impacts:
-Trails
The BLM lands on and surrounding Jumbo Mountain are a well-used and well-loved recreation asset for North Fork residents. The final plan should include the entire Jumbo Mountain unit as a special recreation management area to protect the quality of the recreation experience. This area is essential for quality of life, recreation tourism, and the businesses that rely on those tourists. The final plan should also include an Ecological Emphasis Area to protect critical winter mule deer and elk habitat.
-Hunting and fishing
Public lands access for hunting, camping, fishing and travel, as well as plentiful and healthy habitat are critical components that help sustain the multi-million-dollar hunting industry in the area. The final plan should include ecological emphasis areas for all critical winter habitats within the North Fork Valley. The final plan should also include the protections of B1 which prohibits surface activities in critical wildlife habitats and includes both no Leasing and No Surface Occupancy setbacks from streams, riparian areas, and water bodies.
-Future recreation development
Local economic studies indicate that the economic future of our region will depend upon the diverse industries already present, including land- and water-based recreation. The final plan should include special recreation management areas and extensive recreation management areas for all lands identified as high recreation value by local residents and businesses. Recreation activities include mountain biking, horseback riding, motor biking, OHV use, trail running,

BLM_0157562

hunting, fishing, and backpacking among others. These areas include Jumbo Mountain, Stevens Gulch, the North Fork of the Gunnison River corridor, Smith Fork river corridor, McDonald Creek, Elephant Hill, Lone Cabin, Adobe Butte, and Roubideaux Canyon.

• Wildlife impacts:

My property is directly on a winter migration route of 300-400 elk from the river valley to the BLM land above me. Oil and gas drilling would directly affect this winter range. The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands and Stevens Gulch. The badlands is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest. Stevens Gulch is home to a population of Purple Martins that are not found in other areas. It also has one of the largest mature aspen stands in the world, providing prime habitat for elk and deer, and provides important connectivity between the valley bottoms and the roadless lands in the Grand Mesa National Forest.

In conclusion, I believe that the BLM should listen to the local residents in Crawford, Hotchkiss, and Paonia and include all provisions of the North Fork Alternative, B1, for the area in and around the NFV. This locally-driven proposal is the right way to protect the entire Gunnison Watershed, supporting farmers, protecting public health, sustaining ecological well-being, and building a sustainable rural economy on Colorado's Western Slope. The BLM owes it to all citizens that this area be protected as much as possible in perpetuity.

Sincerely,

Mark Walsh

PO Box 719

Hotchkiss, CO 81419


500244_MilvenanJ_20160801 Organization: J. Scott Milvenan

Received: 8/1/2016 12:00:00 AM

Commenter1: J. Scott Milvenan - Paonia, Colorado 81428 (United States)

Organization1:

Commenter Type: Individual

Classification: Nonsubstantive

Submission Category: Unique

Submitted As: Regular mail

Form Letter Category: Unique

Form Letter Master:

Current Task: Done Assigned/Due: mmccarter

Attachments: 500244_MilvenanJ_20160801.htm (500244_MilvenanJ_20160801-388964.htm Size = 2 KB)

Submission Text

August 8, 2016

I am a recent immigrant to the North Fork Valley, specifically Lamborn Mesa just outside Paonia. I am a retired physician who now owns an organic farm. We chose the Paonia area because we wanted to be a part of the largest collection of organic farms in Colorado. We searched for several years to find a property with adequate water rights. As you know, the North Fork Valley is, in essence, high desert land, only fertile due to irrigation. Between Hotchkiss and

BLM_0157563

Delta and between Delta and Grand Junction, it is obvious what the area would look like without irrigation. Water is the most precious resource to the North Fork Valley and we must not risk contamination due to oil and gas drilling. The oil and gas industry has reputedly claimed that the water used in hydraulic fracturing is disposed of safely and without environmental detriment. Studies suggesting the opposite have already been made in Wyoming, West Virginia and Texas. This is scarily reminiscent of the tobacco company studies relating evidence that smoking was harmless. Common sense alone would prevent one from injecting wastewater into the ground in a water starved area of organic farms. I support banning oil and gas drilling in the North Fork Valley. However, I fully understand our need to remain energy independent. If BLM land is open to oil and gas lease, I support the North Fork Alternative B1. None of the other proposals are acceptable to me. Please don't ruin one of Colorado's greatest resources for a small amount of additional oil and gas.

Thank you for extending the comment period,

J. Scott Milvenan, M.D.

14099 Thompson Rd

Paonia, CO 81428


500245_BaldwinS_20161101  Organization: Susan Sky Baldwin

Received: 11/1/2016 12:00:00 AM

Commenter1: Susan Sky Baldwin - Olathe, Colorado 81425 (United States)

Organization1:

Commenter Type: Individual

Classification: Substantive

Submission Category: Unique

Submitted As: Regular mail

Form Letter Category: Unique

Form Letter Master:

Current Task: Review Assigned/Due: mmccarter

Attachments: 500245_BaldwinS_20161101.htm (500245_BaldwinS_20161101-388927.htm  Size = 2 KB)

Submission Text

Please consider this a public comment on

BLM's Uncompahgre Field Office Draft Resource Management Plan.

Reference page number or section in RMP (optional):

Title of comment (area or trail name): Roubideau - Potter Creek trails

Name: Susan Sky Baldwin

Address: 4261 Colorado Rd, Olathe, CO 81425

Email (optional): susanskybaldwin@  Phone (optional):


Consider answering one or more of these questions:

(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):

(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential

data and resource knowledge when possible):

(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may

which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel
management, etc):

1) In the late spring (after water levels subside) and in late fall, I enjoy riding my horse either alone or with friends. We all agree it is a spectacular area that is only a few miles west of where we live outside Olathe, so we can go here without having to drive very far. Sometimes the access road is very bad – large pot holes.
2) We usually don't see others once we leave the parking area so it provides an experience of solitude along with the beauty. We also like trying to find old remnants of history of the area like old cabins, root cellars or corrals and pondering what life must have been like for these early pioneers.
We enjoy trying to find or site Bighorn Sheep. I have noticed just very small groups however. We also enjoy the special beauty of having bushes and trees along the creeks which brings its own plant and bird diversity.
3) BLM is going to have to control the area at the end of the road as more people use this area so it doesn't become damaged and destroyed. <([#1 [9.1] I would like to see this area as an ACEC in the RMP #1])> .

Please turn in comments to the BLM by September 1st, 2016
Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP
Or email: uformp@blm.gov


500246_OReillyE_20160808  Organization: E.C. O'Reilly
Received: 8/8/2016 12:00:00 AM
Commenter1: E.C. O'Reilly  - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type:
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: mmccarter
Attachments: 500246_OReillyE_20160808.htm  (500246_OReillyE_20160808-388929.htm  Size = 1 KB)
Submission Text
August 8, 2016
To Dana Wilson
Thank you for giving opportunity to comment to the RMP for the NF Valley and the Western Slope. I am a resident of Paonia and purchased property four years ago when I decided to live here moving from Utah! The specifics of what the area offered in regards to quality of life and

the resources of healthy air and water to made access to clean food, organic orchards, farms and ranches with decades of history drew me in. I chose this area for it's ruralness and access to wilderness and style of living. I support the B1 alternative as it addresses more specifically the needs of residents, as myself, who live here. I regularly make use of Jumbo Mountain and am in full support of keeping this valued land open to the growing recreation needs in the area.
E. C. O'Reilly
PO 173
230 Oak Ave
Paonia, CO 81428


500247_StevensS_20161031  Organization:  Sara Stevens
Received: 10/31/2016  12:00:00  AM
Commenter1: Sara Stevens - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type:
Classification: Nonsubstantive
Submission  Category: Unique
Submitted  As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: mmccarter
Attachments: 500247_StevensS_20161031.htm  (500247_StevensS_20161031-388932.htm  Size = 1 KB)
Submission  Text
S.Stevens
13703  4100 Rd.
Paonia, CO 81428

UFO RMP
To whom it may concern:
I am a resident of Paonia, Delta County and have farmed here for 27 years. I live  up on Lamborn Mesa. I chose to live here for the clean water and air, the quality  of life, organic orchards and farms. This area is known for its "clean living"
Please, BLM, protect the North Fork! Our ditch water comes down from the Minnesota and Beaver Reservoirs, and we depend on this water for growing our crops. Any oil and gas developments  would greatly impact our quality of life, our health, our tourism and our resources.
Sincerely, Sara Stevens


500248_SiksonJ_20161031  Organization: Jake Sikson
Received: 10/31/2016  12:00:00  AM
Commenter1: Jake Sikson - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type:
Classification: Nonsubstantive
Submission  Category: Unique
Submitted  As: Regular mail

Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: mmccarter
Attachments: 500248_SiksonJ_20161031.htm (500248_SiksonJ_20161031-388936.htm  Size = 1 KB)
Submission  Text
Dear Joseph Meyer
I recently bought property in Paonia and I hope to raise family here. I do not want to have to leave because the water and air quality becomes toxic. The economy here is based on nature and agriculture we need these to remain clean so the people here can thrive.
Thank you
Jake
Jake Sikson
PO box 242
Paonia, CO 81428


500249_SteitzM_20160910  Organization:  Martin  Steitz
Received:  9/10/2016  12:00:00  AM
Commenter1:  Martin  Steitz - Forest  Lake, Minnesota  55025  (United States)
Organization1:
Commenter Type: Individual
Classification:  Nonsubstantive
Submission  Category: Unique
Submitted  As: Fax
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: mmccarter
Attachments: 500249_SteitzM_20160910.htm  (500249_SteitzM_20160910-388938.htm  Size = 2 KB)
Submission  Text
Martin  Steitz
21853 lden  Avenue Place North
Forest  Lake, MN 55025
zentrout@me.com


September  10, 2016
Barbara Sharrow, Uncompahgre  Field  Manager
BLM
2465 South  Townsend  Avenue
Montrose,  Colorado  81401


Dear Field  Manager Sharrow,
I am writing  today to ask you to protect our vulnerable  public  lands  in western  Colorado's Uncompahgre region.  I feel that the draft resource management plan (RMP) for the Uncompahgre Field  Office should  be strengthened  to better safeguard lands  with wilderness  character as well as critical  habitat  for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character -roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas-places that contain vulnerable networks of interconnected habitat and migration corridors-throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely yours,
Martin Steitz


500250_HeuscherP_20161028 Organization: Pauline Heuscher
Received: 10/28/2016 12:00:00 AM
Commenter1: Pauline Heuscher - Cedaredge, Connecticut 81413 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500250_HeuscherP_20161028.htm (500250_HeuscherP_20161028-388885.htm
Size = 3 KB)
Submission Text
BLM Uncompahgre Field Office Draft Resource Management Plan
I Appendix D&F ACECs
My letter requests inclusion of several areas in the Paradox Valley along HWY 90 as
Areas of Critical Environment Concern and an area along HWY 141 fur inclusion as an
ACEC.
A. <([#1 [9.1] The most impressive petroglyph panel that I have ever viewed in Colorado is in
the W. Paradox Valley ACEC just north of HWY 90. There are other petroglyphs in this same
area. The large petroglyph is as impressive as the famous petroglyphs and pictographs of the
"Great Gallery in Horseshoe Canyon' or the "Hunting Scene" both of Utah. They must be
protected under ACECs for several reasons: they have outstanding cultural values and I noticed
bullet holes above the large panel – protection is vital #1])>

B. As a photographer, I was not only delighted to capture the petroglyphs but also the beauty of
the views from atop the mesa (N. of HWY 90 looking toward Utah's La Sal Mtns. and looking

toward the Roc Creek area. I have visited Sewemup Mesa and noticed that the Roc Creek LWC is by the Roc Creek Roadless Area that is next to Sewemup. Inclusion of the Roc Creek LWC helps to provide contiguous protection of ecologically important riparian habitat. BLM should leave the Roc Creek LWC in the Resource Management Plan.

C. There are native ruins atop a mesa close to HWY 141 in the Tabeguache area. This area deserves protection as an ACEC.

II Energy: and Resource Management
The Hubbard Park and Muddy Creek area above Paonia has been targeted for oil and gas drilling. The Preferred Option bas too many acres allowed for drilling I am strongly opposed to that option. PLEASE SUPPORT B1.

Reasons to support B1:

A. <([#2 [14.1.1] The Hubbard Park area is one of few prime habitat areas for the purple martin birds.
This species of birds is very sensitive to disruption of their habitat. There are few areas in western Colorado that have the habitat that the purple martins need other than this area proposed for drilling. BLM has an obligation to consider this issue and choose B1.
#2])>

PAGE 02/03
01 / 01 / 2008  04:53  9702459054   HEUSCHER

B. <([#3 [30.3] Agriculture is this areas' main business-ranching and in particular organic farming. This North Fork area is in the watershed of the proposed drilling and that will affect water quality and water quantity which is of prime importance to growers and ranchers. Paonia area is famous state wide as a great resource for organic food not only for the West Slope but also for the entire state of Colorado.
#3])>
Thank you for your attention to these matters.
Sincerely,
Pauline Heuscher

Page 2 – comt: resource and energy management
Comments to BLM
Pauline Heuscher
24601 Sorrento Ln
Cedaredge 81413
pheuscher@gmail.com

500251_NoName2_20161101 Organization:
Received: 12/16/2016 11:10:48 AM
Commenter1: - ,

BLM_0157569

Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 500251_NoName2_20161101.htm (500251_NoName2_20161101-388888.htm
Size = 1 KB)
Submission Text
Dear BLM,
Hey guys there is clear scientific evidence that fracking impacts human life. Fracking harms our
habits. Children and pregnant women are the most adversely affected. The North Fork is a secure
location for families to thrive, and these big industry propositions will create noticeably less
effective conditions for the well-being of our youth.
I support no-leasing of any BLM lands. Managing, in my opinion, mutually excludes the right to
sell or lease lands for private interests. Why? Because this land has been here longer than all of
us and we need to respect how it labors to sustain us. When we disrespect these lands it parallels
a disregard and disrespect for our children and their posterity. How do we explain there is no
clean drinking water or wildlife? If we damage this now, when will we have the chance to try
again?
Thank you for your considerations.


500252_KolbinschlagP_20160811 Organization: Peter Kolbinschlag
Received: 8/11/2016 12:00:00 AM
Commenter1: Peter Kolbinschlag - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 500252_KolbinschlagP_20160811.htm (500252_KolbinschlagP_20160811-
388901.htm Size = 2 KB)
Submission Text
Dear Gina Jones,
Uncompahgre Field Office
Bureau of Land Management
2465 South Townsend Avenue
Montrose, CO 81401


The North Fork Valley is currently being threatened by oil and gas development
in a number of ways by the Bureau of Land Management (BLM). I am opposed to the

Final Environmental Impact Statement (FEIS) for SG interests I, Ltd's Master Development Plan (MPD) proposal, and BLM's preferred alternative to develop up to 146 natural gas wells, four water disposal wells, and associated access roads and pipelines. BLM's Final Environmental Impact Statement would allow a 146-well Master Development Plan for the Bull Mountain Unit northwest of the Paonia Reservoir to move forward. It is irresponsible to locate oil and gas operations in a sensitive watershed, which directly feeds the largest concentration of organic farms in the state.

Oil and Gas development would contaminate soil, water, and air in the valley. It would adversely affect human health and cause increases in respiratory, endocrine, immune, and cardiovascular disease. Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources including agriculture and wildlife. Ozone levels as modeled by the BLM for the Bull Mountain area already exceed the EPA threshold of 70ppb.

Please consider the option of not leasing. Hydraulic fracturing is a dangerous way to acquire a non-renewable resource. The North Fork Valley is a leader in renewable energy, making SG development in the area incredibly contradictory to what the Valley as a whole stands for.

Thank you,
Peter Kolbinschlag
229 Hwy 133
Paonia, CO 81428


500253_MerryP_20161101  Organization: Prima Merry
Received: 11/1/2016 12:00:00 AM
Commenter1: Prima Merry - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 500253_MerryP_20161101.htm (500253_MerryP_20161101-388905.htm  Size = 2 KB)
Submission Text
Gina Jones,
I am a Colorado resident who is opposed to the Final Environmental Impact Statement (FEIS) for SG Interests I, Ltd's Master Development Plan (MDP) proposal, and ELM's preferred alternative to develop up to 146 natural gas wells, four water disposal wells, and associated access roads and pipelines. This plan is irresponsible and potentially hazardous to clean air, fresh water, and food sheds. As an organic farmer, this plan upsets me, and leaves me in fear of going out of business. Who really wants to eat food from an organic farm whose irrigation water comes so close from a natural gas well or water disposal well? Please consider that.

Development in the North fork would contaminate soils, water, and air. This valley has a long agricultural history and With the closure of the coal industry, the valley is just now experiencing the opportunity to re-invent itself. Hydraulic Fracturing, just like coal before it, will soon enough prove itself unsustainable, pushing the valley further into poverty. Rather, we should focus on cleaning up our environment and creating revenue from our excellent agro-tourism industry.

Leasing BLM land for SG interests is unethical and unfair to the people of the North Fork, Colorado, and the country as a whole. It is entirely irresponsible to permanently remove water from the hydraulic system. We don't know what the undisclosed chemicals used in hydraulic fracturing are. These chemicals could destroy BLM land. Our unique biodiversity may never recover. No leasing MUST be explored as an option. What Will this do to our watersheds? -

I urge you, before leasing our beautiful land to be pumped and destroyed in the conquest of quick revenue, please consider all that would be destroyed by doing so. Let this Valley flourish, not just for a few years, but also for generations. Let us have our own sustainable economy. I am opposed to any oil and gas leasing in the North Fork Valley.

Sincerely,
Prima Merry
110 Clark Avenue
Paonia, CO 81428


500254_MillerR_20161027 Organization: Pickin' Productions, Rob Miller
Received: 10/27/2016 12:00:00 AM
Commenter1: Rob Miller - Paonia, Colorado 81428 (United States)
Organization1:Pickin' Productions
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 500254_MillerR_20161027.htm (500254_MillerR_20161027-388914.htm Size = 3 KB)
Submission Text
ROBMLLER
PICKIN' PRODUCTIONS
PO Box 1690, Paonia, CO 81428
970.260.6493
pickinproductions®gmail.com
www.pickinproductions.com


October 27, 2016
BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

BLM_0157572

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,
I'm pleased to have the opportunity to comment on the draft Uncompahgre plan. I strongly encourage the BLM to get behind including the Alt B1 plan. I have read thru the options, and it seems to be the one that balances our community's well-being and the fact that there has to be drilling somewhere. Even tho my livelihood isn't in the energy sector, I still get that drilling is a reality. However, it seems like striving for a balance is what we should be going for.

I live in downtown Paonia and am a dad to two teenage girls. They were born here and consider The North Fork Valley home, and at least one of the two is determined to stay here "all her life". She
rides horses, and plays outside all the time. Protecting this community and it's water supply is a paramount concern to us. I've seen a lot of changes since I moved here 17 years ago. We do not want to see this town, this valley, turn into the likes of Rifle or one of the heavily drilled communities
in our neighborhood. The mines have closed, and this community is on the verge of picking itself up
by the bootstraps and making it work - with wineries, tourism, agriculture, the arts - and MOUNTAIN BIKING!

I have brought my bike up Jumbo Mountain 117 times since this past April. The open space that Mt.
Jumbo provides could be the most crucial part of this discussion. To me, personally, it is. I've watched towns like Ridgway and Gunnison thrive in part because of the draw their trails provide. Bringing people to Paonia is crucial for it's future success. And the trail on Jumbo are the key part to
that success. Please DO NOT INCLUDE Mt Jumbo in any future drilling speculation. Thank you.

And I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis
areas" to preserve habitat connectivity and wildlife corridors.

I would like the BLM to include all proposed actions in the North Fork Alternative, 61, in the final
RMP. The North Fork Alternative boundaries include the communities of Hotchkiss, Paonia and Crawford and include areas that supply municipal water, irrigation, and domestic water companies,
impact the scenic features of the Valley, and are high quality wildlife lands. It ensures the strongest
level of long-term protection for resources of particular concern included in Alternative B1, such as
water supplies and riparian areas; scenic qualities of the valley and our wonderful views;

undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thank you again
for accepting my comments for the RMP process. The outcome is important to me because it will affect my home and community for years to come.

Sincerely,
Rob Miller
Pickin' Productions


500255_StoneM_20161101  Organization: Marilyn Stone
Received: 11/1/2016 12:00:00 AM
Commenter1: Marilyn Stone - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500255_StoneM_20161101.htm (500255_StoneM_20161101-388920.htm Size = 2 KB)
Submission Text
BLM staff
I moved to the North Fork Valley because is is not only beautiful but it is a place where I can be active all year round by taking advantage of cross country skiing in the winter on Kebler Pass, Stevens Gulch and Grand Mesa. I bowhunt for elk up Stevens Gulch Rd near Hubbard Park. I hike near Hubbard Park and have seen herds of elk on Terror Crk Trail (point Lark Tr). Increased traffic, noise and surface disturbance will drive elk away.
I also moved here to enjoy organic gardening and to be able to buy from organic farmers. Our irrigation and drinking water is primarily surface water (reservoirs, open irrigation ditches and creeks) which makes our water vulnerable to the frequent spills of oil/gas development. My irrigation water comes from the Minnesota Res. And Beaver Res. Plus Lucas Crk. My drinking water comes from springs on Mt Lamborn.
I lived in Denver for 18 years and many times discovered by "cold symptoms" were due to polluted air. I haven't had those "cold symptoms", e.g. sore throat, stuffy nose since I moved to the North Fork Valley. The winds emanating from potential and already leased areas endanger the good air quality.
<([#1 [18.3] Risks have been identified but not impacts on human health. There is a wealth of emerging research on negative health impacts.
The RMP does not identify the action plan implemented should the risks to air, water, wildlife and human health occur. #1])>
Sincerely,
Marilyn Stone

PO Box 1534
Paonia 81428


500256_TaylorC_20160808 Organization: Carolyn Taylor
Received: 10/8/2016 12:00:00 AM
Commenter1: Carolyn Taylor - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 500256_TaylorC_20160808.htm (500256_TaylorC_20160808-388921.htm Size = 1 KB)
Submission Text
8/8/16
Dana Wilson, UFO
I do not want one single resource, drilling and fracking for gas and oil to damage all of our natural resources the North Fork Valley has to offer, ie. Food, recreation, (specifically on Jumbo Mtn.) hunting, fishing, horseback riding and hiking.
Our valley is the largest organic farming community inn the state. We should not be dependent on a 3rd party for our food and once it is poisoned by fracking our valley will be barren and useless.
I'm worried about my property values once the drilling moves in. I'm worried about the water quality if drilling happens ½ mile from my farm.
I'm worried about the organic food produced in the N Fork Valley. This area has not been looked at closely enough "in the big picture", as a food producing valley.
I hike 3 seasons on Jumbo Mtn. and enjoy the Golden Eagles nest, mtn biking, horseback riding for the 16 years I've lived here.
Carolyn Taylor
41993 Minnesota Ck Rd.
Paonia, CO 81428


500257_TaylorS_20160808 Organization: Sherrion Taylor
Received: 8/8/2016 12:00:00 AM
Commenter1: Sherrion Taylor - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali

Attachments: 500257_TaylorS_20160808.htm  (500257_TaylorS_20160808-388922.htm  Size = 1 KB)
Submission Text
August 8, 2016
Dear Dana at BLM Uncompahgre Field Office
This letter is being written at the meeting held at in Paonia Colorado at the Paonia High School. Many concerned residents attended this gathering because we are concerned about our environment. I am a five year resident of Delta County/Paonia down-towner.
We eat organic food, make organic wine and grow a large amount of our food. This is a luxary! To have access to clean water is paramount to our survival in the North Fork Valley. Clean air, clean water is our number one goal. You cannot allow any fracking in the area – no more on McClure Pass – that water goes into our drinking and irrigation water that we water our gardens with. Stevens Gulch has to be controlled plus Jumbo Mountain must be protected for recreation, water and farming.
Please have a conscience/ some real integrity and moral insight to investigate the real threat to this beautiful valley.
We would lose - our food, health and land – of this area is polluted.
Think – is $ more important than the livelihood of the residents of the North Fork Valley – NO LEASING PERIOD! Pipes leak and break – STOP – think and act to promote Alternative B1 for the North Fork oil and gas leasing.
Thanks,
Sherrion Taylor, 510 3rd, # 1056, Paonia, CO 81428


500258_DiehlB_20160808  Organization: Bryan Diehl
Received: 8/8/2016 12:00:00 AM
Commenter1: Bryan Diehl - Paonia, Colorado
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 500258_DiehlB_20160808.htm  (500258_DiehlB_20160808-388924.htm  Size = 1 KB)
Submission Text
August 8, 2016
UFO Draft RMP / Uncompahgre Field Office
Montrose, CO
The reason to have no fracking above my home in Paonia is the same as it is in all locals: Global warming is going exponential; we need to get off fossil fuels as quickly as possible to save our planetary environment.
The BLM is proposing licenses to pollute. This is sick.
Byran C. Diehl
434 N. Fork Ave

Paonia, CO

500259_WitherC_20160808  Organization:  Candy Wither
Received: 8/8/2016 12:00:00  AM
Commenter1: Candy Wither - Paonia, Colorado
Organization1:
Commenter Type: Individual
Classification:
Submission  Category: Unique
Submitted  As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500259_WitherC_20160808.htm  (500259_WitherC_20160808-388925.htm  Size =
1 KB)
Submission  Text
August 8, 2016
UFO Draft RMP
As a part time resident of Paonia I would like  to encourage you to consider a no leasing
alternative. It seems to me that the climate warming and climate change has reached a point  that
we need to move to renewable energy sources as quickly  as possible.
I do want to applaud your plan to create a special recreation management  area for Jumbo
Mountain Plan B. I really hope that you include this in your final plan. I believe that Jumbo
Mountain  is a wonderful  asset for the community  for recreation and open space. It is also an
asset for the tourism  economy. Communities  who set aside these areas permanently for
recreation generally improve  both the quality  of life for those in the community  and creates an
attraction for visitors. I hike on Jumbo a lot and would appreciate it being conserved for many
years. I see a lot of erosion and think active management would improve this.
I do believe  that alternative B1 is an acceptable approach if a no leasing alternative is not
possible. I hope to review it further and make more specific comments,
Candy Wither
434 North Fork
Paonia CO
& Boulder CO 80304


500260_Noname3_20161101  Organization:
Received: 11/1/2016 1:26:05  PM
Commenter1: - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission  Category: Unique
Submitted  As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: mtrieger 12/13/2016  12:00:00  AM

BLM_0157577

Attachments: xUFORMP_500260_Noname3_20161101.pdf (500260_Noname3_20161101-388432.pdf Size = 116 KB)
Submission Text
Dear BLM
-I am 12 years old and I like my health I have irrigation and my 10 ducks swim in it if oil goes in it the ducks might die or get sick and we eat the eggs!
-Our irrigation leads to our garden and I love vegetables and I don't want to eat food with fuel on it!
-I like to hike I've made it to the top of Mount Lamborn! I don't want to not hike! I don't even play video games.
-I go to the river park at least once a week I love the river don't let it have oil in it that's the fishes home how would you like it if someone dumped oil in your home and on your family!
Think about that
Thank you


500261_WegnerB_20161101 Organization: Brian Wegner
Received: 11/1/2016 12:00:00 AM
Commenter1: Brian Wegner - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: mtrieger 12/13/2016 12:00:00 AM
Attachments: 500261_WegnerB_20161101.htm (500261_WegnerB_20161101-388434.htm Size = 2 KB)
xUFORMP_500261_WegnerB_20161101.pdf (500261_WegnerB_20161101-388433.pdf Size = 222 KB)
Submission Text
BLM UFO Draft RMP/DEIS
Public Comment
I am opposed to the BLM's alternatives and the preferred Alt D plan. These are big picture comments related to the national strategy and fiscal policy.
1. The US currently faces a natural gas surplus that is driving oil and gas E&P companies to seek export markets/build LNG export terminals in order to increase demand and increase the price of natural gas. US strategy/national security policy should seek to preserve/conserve national resources for future use, while also promoting national competitiveness from low NG prices. Producing more NG at this point is completely counter-productive to these strategic goals.
2. US government policy that encourages oil and gas production, especially on publicly owned lands, completely contradicts the actions required to combat further global warming and future climate change. Production of more oil and NG (1) serves to reduce the price of these fossil fuels, encouraging more use, and (2) reduces incentives and affordability of clean energy sources by comparison. If we are serious about slowing down global warming, we must keep the carbon

BLM_0157578

in the ground, not burn it into our atmosphere.

3. BLM's duty to the public includes getting the best financial return on publicly owned land as possible. With oil at $50 a barrel and NG < $3, BLM is giving away valuable resources on the cheap. At some point in the future (even 100 years – if you believe the USA will still be around then), the prices of oil and NG will almost certainly increase. The earth only has so much oil and NG, despite the fact that the dreaded "peak oil" date may be extended a bit beyond estimates of 10 years ago. Besides preserving the natural beauty and environment of UFO publicly- owned lands, now is not the time to divest of natural resources, when prices are so low.

Brian Wegner
Paonia, CO 81428


500262_RehfeldtM_20160808  Organization: Melissa Rehfeldt
Received: 8/8/2016 12:00:00 AM
Commenter1: Melissa Rehfeldt - Paonia, Colorado (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: mtrieger 12/13/2016 12:00:00 AM
Attachments: 500262_RehfeldtM_20160808.htm  (500262_RehfeldtM_20160808-388439.htm
Size = 2 KB)
xUFORMP_500262_RehfeldtM_20160808.pdf  (500262_RehfeldtM_20160808-388438.pdf  Size
= 216 KB)
Submission Text
August 8, 2016
Hello,
I am a resident of Paonia, CO. I have chosen to live in this wonderful valley because of its unique ecosystem and the abundance of water and healthy, fertile soil that exists here. We have numerous acres of organic farm land; including wineries, orchards, space for animals to graze – all receive irrigation water from either snow melt/ runoff and the Paonia Reservoir. If any amount of contamination seeped into the ground or a surface spill happened our rich farm land would be destroyed, our river ways and ground water would become unusable not only for irrigations and everyday use but also for the animals and fish. The land would slowly die including plant life, once we kill the land there would be nothing left to manage. Our economy is changing, coal mining is on its way out and we are relying on agriculture, real estate and recreational use of our land to supply our valley with growth. We are already exceeding the EPA's allowed amount of emission of 70 parts per million. If we allow drilling and fracking to happen it would inevitably destroy our way of life and fragile economy. The amount of truck traffic would greatly increase and pollute our air.

<([#1 [21.1] I ask you to deeply consider a no fracking alternative to be written up and accepted #1])> to protect our amazing north fork valley. To keep our food clean our public land healthy for the use of all humans and animals. And I want to thank you for all your work and efforts for

your public land. Also for extending the comment period
Thank you
Melissa Rehfeldt
Black Bridge Rd.
Paonia, Colorado


500263_JonesS_20160924_COHVCO_HasAttach Organization: COHVCO/TPA/CSA, Scott Jones
Received: 9/24/2016 12:00:00 AM
Commenter1: Scott Jones - Longmont, Colorado 80504 (United States)
Organization1:COHVCO/TPA/CSA
Commenter2: D. E. Riggle - ,
Organization2:Trails Preservation Alliance
Commenter Type: Organization (nonprofit/citizens group)
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: mmccarter
Attachments: 500263_JonesS_20160924_COHVCO.htm
(500263_JonesS_20160924_COHVCO_HasAttach-388446.htm Size = 231 KB)
xUFORMP_500263_JonesS_20160924_COHVCO_HasAttach.pdf
(500263_JonesS_20160924_COHVCO_HasAttach-388992.pdf Size = 6136 KB)
Submission Text
COHVCO
Protecting YOUR motorized off highway access to public lands.
TRAILS PRESERVATION ALLIANCE
www.ColoradoTPA.org
September 24, 2016
Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401.
Re: Uncompahgre Field Office RMP

Dear Sirs:

Please accept this correspondence and enclosed attachments as the comments of the Organizations identified regarding the Uncompahgre Field Office("UFO") Draft Resource Management Plan("the Proposal") in favor of Alternative "C" of the Proposal. While we are supportive of Alternative C of the Proposal, there are many factors that must be addressed to insure that the planning process is relying on the most accurate information possible in balancing resources. We are vigorously opposed to Alternative B of the Proposal for reasons that are more specifically addressed in these comments, the Organizations believe Alternative D could be easily adapted to become the most favorable alternative for the Organizations. Our main concern with Alternative D in its current form is the loss of the North Delta OHV area and associated

open riding opportunities. The Organizations submit that the North Delta area is truly suitable for an open riding designation and these open riding areas are diminishing rapidly throughout the State, which will make any of these opportunities highly valued in the future.

After review of the Proposal, the valuation of recreational activity on the UFO is badly undervalued, in terms of total spending, total jobs that result from recreation and the per day average spending amounts from the recreational activity. The variation of the UFO per day spending estimate of $10.01 and the public's experience on these issues is simply shocking.

The Organizations are also very concerned that with the large number of Areas of Critical Environmental Concern that are proposed in the RMP, that the impacts to multiple use access are not accurately reflected in the summary of Alternative C, or any other alternative of the Proposal. It has been the Organizations experience that when ACEC are designated, this designation lays the foundation for closure of these areas to multiple use recreation, even when the management issues to be addressed are simply unrelated to multiple use recreation. Our concerns about imbalance in these areas is compounded by the fact that the economic contribution of recreational activity is badly underestimated, which will result in an erroneous balance between resource protections and the benefits of resource utilization being struck.

Prior to addressing the merits of the Proposal, we believe a brief summary of each Organization is needed. The Colorado Off-Highway Vehicle Coalition ("COHVCO") is a grassroots advocacy organization seeking to represent, assist, educate, and empower all of the more than 150,000 registered Colorado OHV recreationists in the protection and promotion of off-highway motorized recreation throughout Colorado. COHVCO is an environmental organization that advocates and promotes the responsible use and conservation of our public lands and natural resources to preserve their aesthetic and recreational qualities for future generations.

The Trail Preservation Alliance ("TPA") is a 100 percent volunteer organization whose intention is to be a viable partner, working with the United States Forest Service (USFS) and the Bureau of Land Management (BLM) to preserve the sport of trail riding. The TPA acts as an advocate of the sport and takes the necessary action to insure that the USFS and BLM allocate to trail riding a fair and equitable percentage of access to public lands.

CSA was founded in 1970 to unite the more than 30,000 winter motorized recreationists across the state to enjoy their passion. CSA has become the voice of organized snowmobiling seeking to advance, promote and preserve the sport of snowmobiling through working with Federal and state land management agencies and local, state and federal legislators in telling the truth about our sport. For purposes of these comments, CSA, COHVCO and TPA are collectively referred to as "The Organizations".

1. The Organizations are vigorously opposed to Alternative B of the Proposal.

The Organizations are vigorously opposed to the many single use areas that are proposed under Alternative B of the Proposal. While there may be lands available for the large scale expansion of single use recreational areas, it has been the Organizations experience that funding for most trails and recreation on federal public lands is seriously limited and the Organizations do not

BLM_0157581

believe there will be any changes in this relationship in the future. While there may be short term money available to build a trail, often this money is simply not available for the long term maintenance and upkeep of the area once the grant funding has been exhausted. Often these long term maintenance issues result in limited facility maintenance and trash pickup, which impairs any user groups recreational experience. As a result of the limited funding that is available, multiple use recreation areas must be the standard moving forward so that any funding can be leveraged to the maximum extent possible for the benefit of the most users.

2. The Organizations vigorously support the fact that travel management has not been undertaken at the field office level.

The Organizations vigorously support the decision not to attempt to undertake Travel management decisions at the Field Office level, as it has been the Organizations experience that planning for small scale usage, such as particular trails or routes, simply cannot be effectively undertaken at the Field Office level as there is simply too much data, too many interests to be balanced that may not be entirely understood and too many routes. Often important routes are lost simply due to an oversight in the inventory process and users being asked to review too large an area. The Organizations are aware that many Field Offices in Colorado have undertaken travel management on these smaller scales and found it highly successful in developing high quality sustainable plans with good community support.

3(a). NEPA mandates detailed statements of high quality information for all decisions made in the planning process.

Prior to addressing the Organizations more specific concerns at the field office level on specific issues in the DRMP, the Organizations believe a brief review of NEPA requirements provided in regulation, various implementation guides and relevant court rulings is warranted to allow for comparison of analysis provided in the DRMP and the proper standard. The Organizations believe that the high levels of quality analysis that is required by these planning requirements frequently gets lost in the planning process. The Organizations are very concerned that the need to document the cause and effect relationship between management changes and impacts that will result must be accurate. This simply must be remedied in supplemental works to detail how impacts are related to changes. The Organizations believe meaningfully analyzing this cause and effect relationship will result in significant changes to the preferred alternatives proposed in supplemental works.

It is well established that NEPA regulations require an EIS to provide all information under the following standards:
" ... It shall provide full and fair discussion of significant environmental impacts and shall inform decision makers and the public of the reasonable alternatives which would avoid or minimize adverse impacts or enhance the quality of the human environment.. ... Statements shall be concise, clear, and to the point, and shall be supported by evidence that the agency has made the necessary environmental analyses .... "[1]

1 See, 40 CFR 1500.1

The regulations included the development of the Council of Environmental Quality, which expands upon the detailed statement theory for planning purposes.
"You must describe the proposed action and alternatives considered, if any (40 CFR 1508.9(b)) (see sections 6.5, Proposed Action and 6.6, Alternative Development). Illustrations and maps can be used to help describe the proposed action and alternatives."2

2 See, BLM Manual H-1790-1- NATIONAL ENVIRONMENTAL POLICY ACT HANDBOOK - pg 78.

These regulations clearly state the need for the quality information being provided as part of this relationship as follows:
"The CEQ regulations require NEPA documents to be "concise, clear, and to the point" (40 CFR 1500.2(b), 1502.4). Analyses must "focus on significant environmental issues and alternatives" and be useful to the decision-maker and the public (40 CFR 1500.1). Discussions of impacts are to be proportionate to their significance (40 CFR 1502.2(b))." 3

3 See, BLM Manual H-1790-1- NATIONAL ENVIRONMENTAL POLICY ACT HANDBOOK - pg 4.

<([#3 [9.1] The Organizations are very concerned with the expansions of Areas of Critical Environmental concern that is proposed in the DRMP have not been fully reviewed as management standards for these areas are not identified and recreational usage has been badly undervalued.
#3])>
6. Courts reviewing economic analysis in public planning apply a very strict standard of review.

FLPMA statutory mandates and BLM planning standards require economics to be addressed with best available science at the earliest possible stages of developing an RMP and to be integrated into the planning process throughout. These minimum requirements for the amount of research and analysis that is required for satisfaction of these basic planning requirements is heightened when economics is identified as a priority issue in the DRMP. The Organizations believe a brief analysis of relevant court ruling on the quality and accuracy of economic analysis in an EIS is very relevant. The Courts have held:
"an EIS serves two functions. First, it ensures that agencies take a hard look at the environmental effects of proposed projects. Second, it ensures that relevant information regarding proposed projects is available to members of the public so that they may play a role in the decision making process. Robertson, 490 U.S. at 349, 109 S.Ct. at 1845. For an EIS to serve these functions, it is essential that the EIS not be based on misleading economic assumptions."4

4 See, Hughes River Watershed Conservancy v. Glickman; (4th Circ 1996) 81 f3d 437 at pg 442; 42 ERC 1594, 26 Envtl. l. Rep 21276 at pg

The Court then discussed the significance of economic analysis in planning as follows:
"Misleading economic assumptions can defeat the first function of an EIS by impairing the agency's consideration of the adverse environmental effects of a proposed project. See, South La. Envtl. Council_ Inc. v. Sand, 629 F.2d 1005, 1011-12 (5th Cir.1980). NEPA requires agencies to

balance a project's economic benefits against its adverse environmental effects. Calvert Cliffs' Coordinating Comm. v. United States Atomic Energy Comm'n, 449 F.2d 1109, 1113 (D.C.Cir.1971). The use of inflated economic benefits in this balancing process may result in approval of a project that otherwise would not have been approved because of its adverse environmental effects. Similarly, misleading economic assumptions can also defeat the second function of an EIS by skewing the public's evaluation of a project."5

5 See, Hughes River Supra note 4 at pg 10.

The Court in the Hughes River decision invalidated an EIS based on an error in economic contribution calculations of approximately 32%.6 As more specifically addressed later in these comments, the Organizations vigorously assert the error in economic calculations in the GJFO planning is easily more than twice the 32% the Hughes River Court found sufficient to overturn the EIS in that matter.

<([#4 [30.3] 4b. Economic contributions are the sole means of integrating recreation in a multiple use planning process.

The Organizations are intimately familiar with the interdisciplinary team process used for balancing of multiple uses at the field office level of planning that occur before the NEPA review process has really started. Often interdisciplinary team meetings are long and difficult meetings that divert significant office resources away from other more short term management issues, making the need for quality work and materials critical to successful team meetings. The intense nature of these meetings mandates that every member of the team have a complete toolbox full of quality information for these meetings and that all toolboxes have been subjected to stringent review to insure that some issues or concerns are not artificially overvalued in the balancing process. If only certain members have a full toolbox others have a toolbox that has been artificially over valued , these members have the highest probability of prevailing on particular issues in the planning process which will result in a proposal that does not accurately reflect a range of alternatives for multiple use. This situation will merely reflect which parties in the interdisciplinary team meetings had the best resources. This situation must be avoided at all costs.

Economics and recreational access have been identified as management issues in the DRMP. NEPA regulations clearly state how management issues are to be addressed in NEPA analysis as follows:
"The CEQ regulations require NEPA documents to be "concise, clear, and to the point" (40 CFR 1500.2(b), 1502.4). Analyses must "focus on significant environmental issues and alternatives" and be useful to the decision-maker and the public (40 CFR 1500.1). Discussions of impacts are to be proportionate to their significance (40 CFR 1502.2(b))." 7

6 See, Hughes River, Supra note 4 at pg 12
7 BLM Manual H-1790-1- NATIONAL ENVIRONMENTAL POLICY ACT HANDBOOK - pg 4.

A toolbox for the recreational planner will include mapping and inventory of resources and

quality economic information regarding demand for particular usages based on visitor use information and economic benefits for particular usages. The recreational planner does not have the Wilderness Act, Wild and Scenic River inventory or Endangered Species Act to rely on in the planning process, they only have economic benefits to the local community to rely on. Given that the economic benefit from an average recreational usage is 6x higher than that estimated in the UFO, the Organizations assert that protecting lands will look far more valuable than utilization for recreational activity. The impact of proposed ACEC will be totally disproportionate to any benefits that could accrue from these designations. #4])>

<([#6 [30.3] 4c. Proper integration of economic information in the planning process is an ongoing issue in federal planning.

The proper integration of accurate economic information is often a weakness of the public lands planning process in Colorado, which has resulted in the creation of many other longer term problems when decisions reflecting an imbalanced multiple uses are implemented. This concern was recently identified as a major planning issue that is not just limited to Colorado. The Western Governors' Association released its Get Out West report in conjunction with its economic impact study of recreation on public lands in the Western United States which specifically identified that proper valuation is a significant management concern as follows: "Several managers stated that one of the biggest challenges they face is "the undervaluation of outdoor recreation" relative to other land uses."8

8 Western Governors Association; Get out West Report; Managing the Regions Recreational Assets; June 2012 at pg

The Get Out West report from the Western Governors' Association also highlighted how critical proper valuation of recreation is to the development of good management plans based on multiple use principals. The Get Out West report specifically found:
"Good planning not only results in better recreation opportunities, it also helps address and avoid major management challenges - such as limited funding, changing recreation types, user conflicts, and degradation of the assets. Managers with the most successfully managed recreation assets emphasized that they planned early and often. They assessed their opportunities and constraints, prioritized their assets, and defined visions."9

9 Get Out West Report at pg 5.

The Organizations believe our concerns regarding the UFO DRMP and those expressed in the Western Governor's Get Out West report virtually mirror each other. This concern must be addressed prior to finalization of the UFO RMP in order to avoid increases to many other management issues that were sought to be minimized with the creation of the DRMP. There can simply be no factual argument made that recreation has not been significantly undervalued in the UFO and this has directed the range of alternatives provided for multiple use recreation on the UFO when other restrictions are more fully applied in the future. The Organizations believe that the failure to proportionally analyze economics has lead to erroneous conclusions and an imbalance of multiple usage of the GJFO.

BLM_0157585

5a. Extensive research from a wide range of sources reaches conclusions that are irreconcilable with UFO conclusions regarding recreational spending.

The Organizations devote a significant portion of these comments discussing spending profiles of users developed from a wide range of sources ranging from partner agencies of the BLM to state and local government agencies and user groups. These analysis provide research that can be generally grouped into conclusions on three broad categories:
1. Total recreational spending of a user group at regional, state or local levels;
2. Average per day spending of user groups and recreational users in general; and
3. Jobs that result from this recreational spending.

The general use of the three broad categories for presentation of recreational spending information would provide numerous manners to cross check and double check the consistency of any office level planning initiatives with the conclusions of this research. As more specifically addressed in the following sections of these comments, the UFO conclusions are wholly inconsistent with these research conclusions on all three broad categories.

The Organizations must note the findings are basically consistent with each other regarding the average spend of particular user groups regardless of the entity that performed the research. The Organizations believe the variables that would be more applicable to establishing variations in total recreational spending at the planning office level would be the result of comparative opportunity and suitability of resources and opportunities that are provided on the planning office. These variables would directly impact the comparative totals for user groups and the total visitor days to the planning office. At no point in these analysis documents is there an arguable basis provided for the per day spending profiles that have been developed in the UFO planning process. The UFO conclusions are simply inconsistent with all other research and directly impacted the preferred alternative and the range of alternatives presented.
#6])>
7b. The Western Governors' Association recently concluded that recreational spending is the driver for western economies.

As previously noted there are three general categories for providing conclusions of recreational spending information. The first the organizations will be addressing is a total spending on a variety of geographic levels. Recreational usage of public lands is a significant portion of the Colorado economy, especially in the smaller mountain communities that have already lost more traditional sources of revenue, such as timber, farming and mining. The critical nature of recreational economics to the western economies was recently highlighted in the Western Governors Get our West Report that specifically stated:
"Spending on outdoor recreation is a vital part of the national and western economies. It means jobs and incomes and can be the lifeblood of many rural communities in the West. This snapshot helps highlight the value of this often overlooked sector- one that is not otherwise measured as a traditional pillar of the US economy. "10

10 Western Governors Association; A Snapshot of the Economic Impact of Outdoor Recreation; June 2012 at pg 4

BLM_0157586

This report provided the following comparison of recreational activity to many other major industries. [See attachment for Graph: An Overlooked Economic Giant]11

11 Id at pg 1

The Organizations completely agree that recreational economic contributions are an overlooked economic giant in the RMP and will simply note that any activity that has an average daily spend in the $10 range simply will not support any valid assertion of that activity being an economic driver from an organization with the credibility of the Western Governors' Association.

<([#7 [30.3] 8a. The total spending attributed to all recreational activities in the RMP is facially incorrect.

The Organizations are deeply concerned regarding the lack of analysis of the existing resources from Federal, State and local communities in addition to information provided from user groups. The failure to develop accurate analysis methodology in the UFO planning process has resulted in economic analysis calculations as part of the DRMP that are simply irreconcilable with any other calculations regarding recreational total spending in the planning areas. RMP summarizes the total recreational economic contributions to the UFO planning area as follows:

[See Attachment for Table 4-88: Economic Impacts from Recreation Activities: 2013, 2022, and 2032 (2012 Dollars)]

A brief summary of the conclusions regarding total spending on recreational activities in the Montrose, Ouray, Gunnison and Delta County areas will immediate result in one conclusion. GJFO research has reached conclusions that are entirely inconsistent with the conclusions of all other analysis.
1. Colorado Parks and Wildlife has concluded that hunting and fishing in the Montrose, Ouray, Gunnison and Delta County areas, which encompass the UFO planning area, results in over $112.4 million in annual spending to these counties.12
12 Colorado Division of Wildlife; Final Report: The Economic Impacts of Hunting, Fishing, and Wildlife Watching in Colorado; Sept 26, 2008 prepared by BBC Research and Consulting; at Section 3 pg 16.
2. Colorado Department of Tourism recently concluded that travel to Montrose, Ouray, Gunnison and Delta County resulted in over $292 million in spending in 2011. 13
13 Colorado Tourism Office- Office of Economic Development and International Trade; The Economic Impact of Travel in Colorado 1996-2011; prepared by Dean Runyan Associates at pgs 40 &43.
3. The Colorado Off-Highway Vehicle Coalition has concluded that over $129 million is spent in the UFO planning from the use of registered off highway vehicles, not including four wheel drive vehicles registered for road usage. 14
14 Colorado Off Highway Vehicle Coalition; Economic Contribution of Off-Highway Vehicle Recreation in Colorado; Executive Summary; July 2009 prepared by The Louis Berger Group; at pg ES-6.

These are spending amounts that are entirely consistent with the Western Governors' summary of

outdoor recreation as a significant economic driver of western communities. As these current spending profiles are more than 20x the projected spending on the UFO, the Organizations vigorously assert the UFO projections are incorrect and insufficient for NEPA or the analysis required for management issues.

The Organizations believe the total spending amount is simply incorrect as it cannot be reconciled with the research provided by any federal or state agencies or user groups which have analyzed the spending of particular user groups. The variations in total spending between the GJFO and all other user groups is far in excess of the 32% the Hughes River Court found sufficient to strike down the NEPA analysis in that matter on. These analysis simply must be corrected and multiple uses rebalanced on more accurate analysis of recreational spending and the public must be provided the opportunity to meaningfully comment on the revised proposal.

8b. UFO conclusions regarding per day recreational spending analysis is facially incorrect.

There are three categories that economic information is frequently provided in and the Organizations clearly have issues with total spending conclusions in the UFO plan. The UFO conclusions are also wholly inconsistent with conclusions regarding per day spending as well. The Organizations believe that reducing the total recreational spending found in the DRMP to a per day per user total allows for more meaningful analysis of the undervaluation of all recreation in the DRMP. The development of a least common denominator of recreational spending permits more meaningful analysis and comparison of the wide range of resources that are currently available as many analysis do not provide a total planning office spend.

As previously noted, the DRMP projects that total recreational spending on the UFO is only $3.9 million per year as follows:

[See Attachment for Table 4-88: Economic Impacts from Recreation Activities: 2013, 2022, and 2032 (2012 Dollars)] 15

15 DRMP at pg 4-468

The UFO socio-economic study estimates visitation for recreational activity as follows:

[See Attachment for Table 2-2: Trends in Visitation (2008-2009*]

As the DRMP provides both a total recreational spend and a total number of recreational visitor days, the average recreational daily spend relied on for development ofthe DRMP is able to be developed by dividing the total spend by the total days as follows:

$3.9 million/396,340 = $10.01 per day per user average recreational spending

The Organizations believe any assertion that the average recreational user spends $10.01 is ever more incorrect as this amount is merely an average. For this conclusion to be correct, it would mean there are large recreational groups that are able to recreate for significantly less than $10 per day to offset those user groups directly addressed in these comments, who on average spend

lOx this amount per day. The Organizations believe this facially incorrect conclusion is the direct
result of the failure to meaningfully analyze economics has lead to conclusions in the DRMP.

6d. Western Governors Association research directly conflicts with UFO conclusions on average
daily recreational spending.

The Organizations note that while the Western Governors Study cited above did not provide
specific calculations regarding average spending of recreational users, the study was issued with
a large number of companion site specific case studies. 16 Many of these case studies did provide
a total visitor days number and a total spending amount as part of their analysis.

16 See, Western Governors' Association; The West; A Wealth of Recreational Opportunities
Report.

After calculating the average daily spend for a wide range of recreational activities in locations
throughout the west, the Organizations are forced to conclude that these case studies are entirely
consistent with the Forest Service NVUM data as these case studies had a total spending range of
low $20 per day to a high of $190 per day and the bulk of areas finding an average spend in the
$45 to $70 per day range. Again these conclusions simply cannot be reconciled with the
spending amounts determined in the UFO planning process.
#7])>
7a. Basic consistency of BLM planning with USFS NVUM data is mandated by multiple
Executive Orders and BLM national office requirements.

Prior to expanding the analysis of economic concerns to analyze research from other federal
agencies, the Organizations believe a brief discussion of the history of these federal analysis and
the relationship of these Forest Service analysis to BLM planning is warranted. Forest Service
NVUM data has been collected pursuant to multiple Executive Orders that were equally
applicable to all federal agencies. As a result of these executive orders, the BLM national office
in Washington DC has recently announced that the methodology used by the USFS in their
NVUM process is now being relied on for the analysis of recreational spending on BLM lands as
well. This acceptance of NVUM process would lead to basic consistency of conclusions within a
geographic area. As more extensively discussed later in these comments, the conclusions of the
Region 2 NVUM data, or any forests that make up Region 2, and UFO conclusions are simply
not reconcilable.

On September 11, 1993 President Clinton issued Executive Order #12,862 which addressed
Setting Customer Service Standards for All Federal agencies. Order 12,862 specifically
provided:
"All executive departments and agencies (hereinafter referred to collectively as "agency" or
"agencies") that provide significant services directly to the public shall provide those services in
a manner that seeks to meet the customer service standard established herein and shall take the
following actions: (a) identify the customers who are, or should be, served by the agency;"

As a direct result of EO 12,862 the Forest Service embarked on compiling significant amounts of
data regarding the demographics and spending habits of recreational users of USFS lands. The

BLM_0157589

USFS clearly identified that understanding the customer is of paramount importance to providing good customer service and developing good planning to provide a high quality customer service to recreational users. The results of this research has developed in the National Visitor Use Monitoring process and has uniformly been recognized as best available science regarding visitation and spending on public lands.

The on-going importance of the issues originally addressed in EO 12,862 was recently reaffirmed with the issuance of EO 13,571 on April 27, 2011 by President Barack Obama. With the issuance of EO 13,571 by President Obama, the BLM Washington Office entered into a cooperative agreement with the USFS to adopt NVUM findings and apply NVUM methodology to BLM lands. The background and benefits of this cooperative agreement are specifically outlined on the BLM's National Recreation Offices webpage as follows:
"Background
In an effort to identify a uniform, agency-wide program to collect scientifically-defensible visitor use estimates, the BLM entered into an Interagency Agreement with the USDA Forest Service (FS). The program provides a pilot test of the Forest Service National Visitor Use Monitoring (NVUM) program at three BLM Field Offices (Moab, UT, Roseburg, OR, Dolores, CO) to determine the viability of this comprehensive visitor use methodology for possible long-term, BLM-wide application.
Benefits
It is critical that the BLM has a standard consistent bureau-wide, scientifically-defensible method for visitor monitoring. Implementing this pilot program allows BLM to evaluate, adapt, and modify (as needed) the FS NVUM system, providing BLM with valid and reliable baseline data, trend analysis, demand assessment, and forecasting. Such visitor monitoring information enables BLM to incorporate statistically valid visitor use monitoring information into planning and management decisions as well as long-term monitoring assessment. The FS NVUM system provides BLM with accurate data with high confidence levels for reporting to Congress and constituents, thereby building credibility and establishing legal protection in decision-making. This program would also provide input for estimating regional socio-economic impacts associated with BLM visitor use. The program would provide insight into the recreation settings and recreation experiences that BLM visitors want on the public lands. Finally, by working with the FS, BLM can achieve significant savings in research and development costs while also being able to have comparable data with a sister agency. This inter-agency, inter-department effort represents a major achievement between the two Departments and sister agencies."17

17 http://www.blm.gov/wo/st/en/prog/Recreation/national recreation/visitor_use_surveys.html as viewed 5/3/2013

Given the clear vision provided by the BLM national office made to comply with the mandates of multiple Executive Orders, the Organizations have to question why any BLM Field Office would not undergo a basic comparison of economic conclusions to the USFS NVUM data. It is the Organizations position that type of review simply did not happen in this case, resulting in conclusions being reached in the DRMP that are in violation of both Presidential Executive Orders and the BLM National Office position on this issue. These conflicts must be resolved and the public allowed to comment after multiple uses are rebalanced pursuant to these mandates.

7b. Consistency of BLM planning with USFS NVUM data is required under existing science partnership agreements between USFS and BLM.

In addition to the adoption of NVUM data as the accepted conclusions and methodology for recreational spending analysis pursuant to Executive Orders, interagency strategies also address the critical need to rely on partner organizations research on particular issues to develop plans in a cost effective and timely manner. These partnerships are a critical tool in complying with requirements to develop plans in reliance with best available scientific research requirements. The need to manage in compliance with rapidly evolving bodies of research is specifically identified as a major concern for the BLM moving forward, as identified in the 2008 BLM Science Strategy, which states:
"In this era of rapidly expanding knowledge and methodologies of predicting future environmental changes, it is critical to keep up with the state of knowledge in resource management. By making use of the most up-to-date and accurate science and technology and working with scientific and technical experts of other organizations, we will be able to do the best job of managing the land for its environmental, scientific, social, and economic benefits." 18

18 BLM Science Strategy 2008- Doc ld BLM/RS/PL-00/001+1700 at pg iv.

The role that strategic planning documents play in determining the resources currently available and in identifying those resources that need to be developed is specifically and extensively discussed in the provisions of the 2008 BLM science strategy. This discussion specifically identifies:
"National management issues will be focused to reflect how they apply to the various biogeographic regions of the United States. The BLM identifies and prioritizes the science needs and problems that threaten the targets and goals from the National Strategy. Targets are established for managing specific goals or objectives ...... The science needed to address the regional management issues will be defined. Science may include existing resource inventory, monitoring, and other data, as well as new information derived from research and project efforts."19

19 Id at 16

BLM's Science Strategy identifies a wide range of scientific research partners for the exchange of credible information and to be used to address issues that may arise. One of these partners is the US Forest Service 20, making the extensive works of the Forest Service's research stations and NVUM research cited in these comments fully applicable to management of BLM lands.

20 ld at pg 10.

7c. Forest Service NVUM data conclusions on daily average recreational spending are completely irreconcilable with UFO conclusions.

As outlined in the previous two sections of the Organizations comments, basic consistency of economic analysis performed as part of BLM planning with NVUM data conclusions and research are now required by both BLM National office management standards, BLM science

strategies and multiple Presidential Executive Orders. While these planning requirements are clear, a comparison of the conclusions reached in the NVUM analysis and the UFO planning efforts leads to a single overwhelming conclusion. The Executive Orders and National BLM directives simply have not been complied with in the UFO planning process.

The US Forest Service recently released new National Visitor Use Monitoring data and research for the Rocky Mountain region. The conclusions of this research find that average recreational spending per day is totally irreconcilable with UFO findings regarding recreational spending on public lands. The USFS NVUM data for Region 2 found the average recreational spending for a party on a trip was $1,059 dollars.21 The average trip was 5.7 days in length22 and the average party consisted of 3 people.23 As a result the average spending can be developed by dividing the average trip total by the average trip length and the average party size.

21 USDA Forest Service; Visitor Use Report- USDA Forest Service Region 2; June 20, 2012 at pg 28.
22 Id.
23 Supra note 21 at pg 19.

The USFS NVUM research and analysis concludes that the average daily recreational spending total in R2 is $61.92 per day. The Organizations vigorously assert this total is utterly irreconcilable with the GJFO conclusion that the average recreational user spends $10.01 per day and must be corrected to accurately balance multiple use in the UFO process.

7d. NVUM multiplier application for calculations of spending for particular user groups brings GJFO conclusions into conflict with all other research documents available.

While the NVUM data can be relied to develop an average daily spend for all recreation on USFS lands, these materials were not the sole materials relied on for our concerns previously expressed. NVUM materials were supplemented with specific information on the spending habits of particular recreational user groups, and application of these multipliers to the average daily spending found in NVUM data yields conclusions that are entirely consistent with research from State Agencies and user groups. 24 Despite the wide range of sources of information sources from federal, state and user group analysis, these findings are all generally consistent with the USFS regional NVUM conclusions. Recent BLM analysis is the only research that is available that is inconsistent with the NVUM research.

24 Styles & White; USDA Forest Service & Michigan State University; Spending profiles of National Forest Visitors, NVUM Four Year Report; May 2005.

Several examples of the impact of the multipliers support this position and consistency as follows. The USFS NVUM research has concluded that hunters spend approximately 2-3 times the average recreational user of public lands.25 Application of this multiplier to the regional NVUM average daily spend of $61.92 would result in a hunting specific daily spend ranging from $123.84 to $185.76 per day. In 2008, CPW concluded the average daily hunting spending was $106 per day for in state hunters and $216 per day for out of state hunters.26 While these spending totals do not exactly correspond, the Organizations believe they are basically

BLM_0157592

comparable spending amounts.

25 Styles and White at pg 18.
26 Colorado Division of Wildlife; Final Report- The Economic Impacts of Hunting, Fishing and Wildlife Watching in Colorado; prepared by BBC Research and Consulting; at Section Ill pg 11.

The COHVCO economic contribution analysis addressed more completely in other sections of these comments does not provide an average daily spending amount, the Organizations believe that the USFS NVUM estimation that average daily spending on motorized recreation is comparable to hunting is accurate and consistent with the overall COHVCO findings. The consistency of NVUM data can be more directly compared with many other State and user groups analysis of motorized economic contribution within Region 2. An example of the consistency would be the recently released economic analysis of snowmobile users from the Wyoming Department of Parks.27 This analysis concluded that the in state snowmobiler spent $98.29 and the average out of state snowmobiler spent $159.80 per day and specifically excluded the cost of purchasing equipment from these calculations. It must be noted that these findings are 10-15 times the average daily spending found in the GJFO. The Organizations believe the USFS NVUM findings are again generally consistent with these conclusions, and provides further basis for our concerns regarding the basic accuracy of the UFO analysis.

27 University of Wyoming- Department of Agriculture and Applied Economics & Wyoming State Parks; Wyoming Comprehensive Recreational Report Summary of Key Findings 2011-2012; at pg 2.

The application of the NVUM multiplier for hunting, camping and motorized recreation to the average spending totals found in UFO planning documents simply yields totals that are in no way consistent with the calculations provided in these State and User Group analysis referenced above. Application of the largest multiplier {3x) from the NVUM analysis to the UFO per day recreational spend ($10.01) yields a total of $ 30.03 for an average hunting or motorized user spend. The Organizations believe there is simply no factual argument that can be made that UFO spending is consistent with these separate analysis documents or the NVUM conclusions. These inconsistencies simply must be addressed to balance multiple usage.

8. The economic contribution of trail networks has been concretely established in communities adjacent to the planning area.

As previously addressed, the Organizations are deeply concerned with the inconsistency of the UFO economic analysis with the conclusions that are reached on a regional and state level for recreational spending. The Organizations vigorously assert totals such as those reached by federal, state and user groups research are simply not obtainable at the levels of per day spending that are found in the GJFO. The UFO conclusions are also wholly inconsistent with economic contribution analysis of many local trail networks that are locally adjacent to the UFO, and should have been taken into account.

The Paiute Trail system in Utah contributes 38 million a year to a four county area from approximately 600 miles of trails. 28 This trail network is approximately 200 miles from the

UFO and is a regional destination for the motorized community. The Organizations believe the economic contributions of the GJFO total recreational contribution being estimated at 7.2 million is totally irreconcilable with the Paiute Trail network conclusions. The Organizations believe this is further evidence that the UFO calculations are simply incorrect. These conclusions warrant that the economic contribution calculations must be redone to develop accurate analysis and a proper balance of multiple uses on the UFO.

28 http://www.sharetrails.org/uploads/EconomicStudies/New%20Paiute%20Trail%20Econom ic%20StudyPAIUTE%20ATV%20TRAIL%20ECONOMIC%20OUTCOMES.pdf

<([#2 [30.3] 9. The UFO recreational jobs analysis is directly conflicting with research from other organizations.

As previously noted, the Organizations are deeply concerned with the inconsistency of UFO economic contribution analysis with state level and regional analysis from a wide range of sources on both total spending and per day recreational spending amounts. The Organizations assert that a hard look at a priority management issue would not have been concluded by a mere comparison of spending, but must also include analysis of factors that are directly tied to the recreational community and its spending. Accurate analysis of employment profiles in the UFO planning area and the total employment in the recreational field would be factors that are related to the total recreational spending. When the conclusions that are reached regarding employment in the UFO planning process and those from other sources are compared, these calculations are equally inconsistent.

The UFO RMP asserts 36 jobs as a result of recreation on the UFO planning area.29 By comparison previously cited documents identify exponentially larger numbers of persons employed in recreational activities in the planning areas, which are more specifically calculated as follows:
• COHVCO found that 1,564 persons are employed in positions related to motorizedrecreation in the UFO planning area;30
• CPW found that 1,170 persons are employed in Montrose, Ouray, Gunnison and Delta County areas in positions that are directly related to hunting and fishing activities;31
• Colorado Tourism found that 3,150 persons are employed in positions related to tourism and travel in Montrose, Ouray, Gunnison and Delta County counties;
• The Paiute Trail in Utah concludes that 146 jobs directly result from their 600 miles of trails;

29 DRMP at pg 4-468.
30 COHVCO study at pg 17.
31 CPW study Section IV page 16&17.

The Organizations are deeply concerned that comparison of recreational employment research conducted by the UFO and the conclusions that are reached by State and local partners and user groups analysis. The Organizations vigorously assert the inconsistencies in employment calculations are direct evidence that UFO conclusions are incorrect. The Organizations vigorously assert these conclusions must be corrected and multiple use rebalanced after accurate economic contribution conclusions have been reached. #2])>

BLM_0157594

<([#1 [32.5] 10. Restricting travel to designated routes has been highly effective in mitigating many management concerns.

The Organizations are intimately familiar with management of motorized recreation in areas with sensitive, threatened or endangered plants and have found that moving from an open riding area to a designated route system has been highly effective in dealing with possible impacts to plants in the area from recreational usage. As the UFO has taken this step only in 2009, the Organizations are unclear if the benefits have been reviewed and properly taken into account in the planning process. There is simply no analysis of how proposed management standards relate to the relevant and importance criteria that are identified for the ACEC areas as these management standards simply have not been provided as part of the draft RMP.

The Organizations are also concerned that similar management standards are employed for plant species regardless of the category of the Endangered Species Act, if the species is present on the ESA list at all. Given the fact that many species do not appear to be on the Endangered species list, economic concerns and multiple usage must be meaningfully addressed in the planning process. The significant benefits of moving to a designated trail system clearly would benefit plants in the area, and the Organizations believe a meaningful discussion of why this management alternative is insufficient must be provided.
#1])>
<([#5 [15.6] 11. Accurate implementation of endangered species listing decisions is critical to any long term recoveries.

Prior to addressing the specific concerns on particular species, the Organizations must provide a brief summary of our participation in endangered species issues as the basis for why accurate representation of current best available science is an issue for the Organizations. This is a major concern as almost all public lands in Colorado are possible habitat for some form of wildlife. The Organizations believe the summary is necessary in order to develop a complete understanding of the level of frustration that has been experienced in review of the ACEC portions of the DRMP. The Organizations have been active partners with Colorado Parks and Wildlife and the US Fish and Wildlife Service in the management of several endangered species, including the lynx and wolverine. The Organizations have been actively involved in multiple year stakeholder meetings regarding the Wolverine in the hope of developing sufficient management clarity to allow the wolverine to be reintroduced and avoid many of the issues that have plagued the lynx reintroduction. The Organizations will note that failing to properly review up to date management standards for the species often result in much of the conflict that plagues ESA issues. Clarifying management standards to avoid this type of management for endangered species has been a primary goal of these efforts. The Organizations believe the DRMP is a perfect example of management for endangered species that must be avoided. Once an ACEC area is created based on a possible listing this immediately creates a situation where the ACEC management and boundary areas could, and often do, conflict with subsequent decisions from the USFWS as science on many species is often rapidly changing and advancing.

The issues that plagued the lynx include many of the issues that are now proposed to be relied on in the DRMP, such as attempting to manage issues and uses that simply do not impact the

species and the failure to properly address economics in the habitat designation process. The Organizations are deeply troubled that proposed DRMP management of endangered species void any efforts of user group/agency partnerships. While the Organizations have only been directly involved in the lynx and wolverine issues, the Organizations are aware there are numerous partnership groups addressing many endangered species such as the Greater and Gunnison Sage grouse and many of the fish species living in the Colorado River. This will directly undermine the efforts of these partner groups and result in the wasting of the significant resources that have been devoted by both agency and partner groups to address the true threats to these species.

In addition to the lynx, the Organizations believe the examples of the genetically pure trout species and various amphibians in Colorado are relevant to explaining our concerns on this issue, even if these species are not of major concern on the UFO. While the concerns with Trout management are discussed at length subsequently, the Organizations will note that designation of an ACEC will never remove hybrid fish from the waterways occupied by the genetically pure fish, but the ACEC designation does create the perception that habitat areas adjacent to these waterways are contributing to the decline of the species. It has been the Organizations experience that once shorelines are drawn into question, these areas are immediately highlighted for loss of route in the area under the assumption that this benefits the species. That simply is not true and not scientifically based.

The Organizations experience with the Boreal toad raises similar concerns, as the decline of almost all amphibian species in Colorado is the result of respiratory virus that most experts believe is transported by birds. The designation of an ACEC area will not stop birds from transporting the virus, but again conveys the message that a lack of habitat is contributing to the decline of the Boreal Toad.

The Organizations are deeply concerned regarding the lack of review that has occurred on ESA species and the integration of this into the ACEC designation process. While brief reviews and erring on the side of closure may be acceptable in the short term, history has taught us that this management has been ineffective in benefitting the species and resulted in significant unintended economic impacts to the Colorado economy.
#5])>
<([#8 [9.1] 12a(1). ACEC analysis must be strictly reviewed and related planning decisions must be addressed.

The Organizations are very concerned regarding the size and number of ACEC that are proposed in the DRMP, especially when these designations are balancing recreational usage of the same area that has been estimated at a level that is one-sixth its actual value. It has been the Organizations experience that any routes that fall within an ACEC designation are at risk of closure in subsequent travel management efforts simply because of the ACEC designation. As a result, the Organizations submit that the overly broad designation of ACEC areas poses a serious threat to recreational access being provided on the UFO.

The Organizations are intimately familiar with the inventory work provided by Rocky Mountain Wild in the recommendation of ACEC areas in planning and submit these inventory are a wish list of management by environmental organizations rather than a peer reviewed scientific

BLM_0157596

analysis of the planning area. Often standards for the management of species are badly out of date in these inventory and rely on the most restrictive management standards ever proposed rather than the consensus management position on a species that has been reached by experts on the species and adopted by the USFWS as best available science.

The Organizations are very concerned that the ACEC analysis appears to make the determination that any sensitive or possibly threatened or endangered species is in this status due to a lack of habitat and that planning restrictions will help the species recover. As a result of this conclusion, any habitat in a proposed ACEC appears to make that ACEC important. The Organizations are very concerned that no basis is provided for this determination and after a review of the sensitive species and potential threatened or endangered species that many species decline is rarely related to a lack of habitat. This is a serious concern moving forward.

In addition to our concerns regarding the assumption that species are declining due to a lack of habitat a review of the Rocky Mountain Wild Proposal for ACEC on the UFO operates with a critical flaw when reviewing species importance, mainly that all threatened species are treated the same for protection. This simply is not the case as it is well established that plant species simply do not receive similar levels of protection under the ESA and other planning requirements. As the Ninth Circuit recently vigorously reaffirmed:
"Section 9(a)(2) contains separate protections for plants, but does not use the term "take." See 16 U.S.C. § 1538(a)(2). Section 9 thus demonstrates that when Congress uses the word "take," it means to describe an adverse action against animals, not plants. And, as the district court noted, unlike the section 9(a)(l) protections for "fish or wildlife," the section 9(a)(2) prohibitions relating to plants require "deliberate or malicious conduct."32

32 See, Center for Biological Diversity vs. BLM & USFWS et al; Case: 14-15836, 08/15/2016, 10: 10086302 at page 12.

Planning for habitat when habitat is not the problem diverts critically needed resources away from other issues where significant benefit could be achieved with those limited resources.

12a(2). "Potentially BLM Sensitive species" is not defined and is irrelevant to ACEC analysis.

The Organizations have been forced to addressed Rocky Mountain Wild ACEC inventory with all too much frequency and address the fact that often terms are used in the inventory that completely lack legal basis and offend any logical review of the analysis. These terms are frequently applied to artificially create an importance and urgency, that simply does not exist, in the designation of ACEC. Land managers simply feel compelled to do something to address these issues. The usage of these wildly artificial terms creating overvaluation of the resource also make lesser management decisions proposed seem more reasonable. Again the Organizations submit that this terms is simply not relevant for ACEC analysis but several ACEC analysis take this term into account when reviewing an area. While a BLM sensitive species can be the basis for listing, the Organizations are unable to identify any basis for protection of a potentially sensitive species or factors that would be relied on by managers to make such a determination. This must be strictly reviewed in the RMP development.

BLM_0157597

12a(3). Too many "globally significant riparian areas" a relied on for the analysis of ACEC areas.

The Organizations would be remiss if specific concern was not raised regarding the frequent usage of the term "globally significant riparian areas" as the basis for designation of several ACEC (ROUBIDEAU-POITER-MONITOR ACEC & ROUBIDEAU CORRIDORS ACEC). The Organizations are unsure what this term even means and submit that asserting there are several globally significant riparian areas on the UFO simply lacks any basis in fact or law. Are there locally relevant riparian areas on the UFO? That answer is clearly yes but these are not to the level of importance that warrants the creation of an ACEC.

A Google search seeking further information on the basis or origin of the term "globally significant riparian areas" reveals no responses, which the Organizations submit speaks volumes to the validity of this term in ACEC analysis. The Organizations vigorously assert there is no generally accepted scientific basis for such a term being relied on for the management of areas, and that these areas simply do not exist on the UFO. While there certainly could be an area that would fit such a term, it would be located at the mouth of major rivers, such as the Mississippi, Nile, Amazon or other major waterway.

12b. Abuse of the USFWS listing process should not provide the basis for ACEC designations.

The Organizations submit that the Rocky Mountain Wild, and related entities, behavior in the ESA petitioning process for the several species of Beardtongue and Penstemon should not be rewarded with the designation of any ACEC areas. Designation of any ACEC area for these species would provide the management decisions that the USFWS has specifically and clearly failed to provide despite decades of efforts to list these species on the ESA list.

Such a decision would be directly contrary to efforts currently in place within the DOl to address these ongoing systemic abuses of the ESA listing process by several environmental organizations. The Organizations submit that the abuse of the listing process cannot create the basis for creation of any special management areas in associated RMP amendments as such a special designation outside the ESA petition process would completely undermine the value and ongoing refinement of the ESA process and render the expertise of the USFWS valueless on these species. The Organizations must also question why land managers would ever rely on these inventory for management as Rocky Mountain Wild and their partners have chosen to abuse the ESA petitioning process for decades and to a level that has been universally condemned by all parties, including President Obama. Creating ACEC areas in management simply invites this unacceptable behavior to be brought into the management of local field offices.

After a review of the 25 filings/documents with the USFWS that have resulted from The Penstemon and Beardtongue species over the last 33 years, this course of action is clearly the abuse of the ESA petitioning process that the USFWS has chosen to address with heightened citizen petitioning requirements under the ESA33 and UWFWS efforts to prioritize species based on the necessity of listing. 34 It must be noted that the clearly identified basis for not listing these plant species, mainly unclear threats and challenges to the species, would have resulted in these species being identified as a low priority for listing. As a low priority for listing resources would

BLM_0157598

be targeted to scientific research to determine why the species is declining in order to insure that management actions being taken were actually benefitting the species.

33 See, DEPARTMENT OF THE INTERIOR Fish and Wildlife Endangered and Threatened Wildlife and Plants; Revisions to the Regulations for Petitions Federal Register I Vol. 80, No. 98 I Thursday, May 21, 2015 I pg 29286
34 See, DEPARTMENT OF THE INTERIOR, Fish and Wildlife Service Draft Methodology for Prioritizing Status Reviews and Accompanying 12- Month Findings on Petitions for Listing Under the Endangered Species Act, Federal Register /Vol. 81, No. 10 I Friday, January 15, 2016 I pg 2229.

The Organizations vigorously submit that many departments within the DOl have looked at many of the factors identified for the creation of these ACEC areas and have previously determined that these factors do not warrant management action under the ESA. many of these decisions are highly relevant to the factors addressed in the creation of an ACEC. The Organizations vigorously assert that these previous management decisions must be honored, rather than avoided by designation of ACEC areas.

12c. Cold desert shrubland Commuities are not special or important and do not warrant ACEC designation.

The Organizations again must oppose the weight that is given to terms such as "cold desert shrubland" communities in ACEC analysis. The Organizations are aware of extensive research and analysis that remains ongoing on these areas from a variety of sources, including novel discussions around the ability of these areas to possibly off-set global warming, but at no point is this term, or related areas, even proposed to be the basis for any management. The Organizations are entirely unable to identify a total amount of acreage on the continent or any site specific review of the UFO to address this factor. Given that no special management for these areas is proposed, the Organizations submit this is again a term relied on to attempt to create importance where there simply is no importance to the area.

12d. There is simply no analysis of management actions that need to be taken once an ACEC designation has been made.

The Organizations are vigorously opposed to the increased designation of 22 ACEC areas, which is a 4x expansion of the existing number of ACEC currently managed. Our concerns on this designation are compounded by the fact that at no point in the ACEC appendix is there any discussion of the special management attention that is to be undertaken in these new ACEC areas. The ACEC report clearly identifies BLM and statutory requirements for the need for special management as follows:
"2.2 Special Management Attention
Special management attention refers to management prescriptions developed during RMP preparation expressly to protect the important and relevant values of an area from the potential effects of proposed actions deemed to be in conformance with the terms, conditions, and decisions of the RMP (BLM Manual 1613.12). These management measures would not be necessary or prescribed if the critical and important features were not present."35

35 See, UFO ACEC report at pg 1

The Organizations submit that NEPA analysis simply cannot occur on the impacts of designation of 4x more ACEC areas when basic information such as management to be undertaken is not clearly identified.
#8])>
The Organizations have already expressed concern regarding reliance on Beardtongue and Penstemon as the basis for special management under an ACEC designation and this concern is based on the recent listing decision from the USFWS on these species. The USFWS reasoning for the withdrawal of the proposed listing of two plant species is as follows:
"SUMMARY: We, the U.S. Fish and Wildlife Service, withdraw the proposed rule to list Graham's beardtongue (Penstemon grahamii) and White River beardtongue (Penstemon scariosus var. albifluvis) as threatened species throughout their ranges under the Endangered Species Act of 1973, as amended. This withdrawal is based on our conclusion that the threats to the species as identified in the proposed rule no longer are as significant as we previously determined. We base this conclusion on our analysis of new information concerning current and future threats and conservation efforts. We find the best scientific and commercial data available indicate that the threats to the species and their habitats have been reduced so that the two species no longer meet the statutory definition of threatened or endangered species. Therefore, we are withdrawing both our proposed rule to list these species as threatened species and our proposed rule to designate critical habitat for these species."36

36 See, USFWS proposed listing of Endangered and Threatened Wildlife and Plants; Withdrawal of the Proposed Rules To List Graham's Beardtongue (Penstemon grahamii) and White River Beardtongue (Penstemon scariosus var. albifluvis) and Designate Critical Habitat, Federal Register I Vol. 79, No. 151 I Wednesday, August 6, 2014 I Proposed Rules

This statement is highly relevant to our concerns about the possible designation of ACEC areas as the USFWS has clearly and strongly said these plants are not eligible for listing under the ESA. Given that the USFWS has clearly stated that they are unsure as to the factors that are contributing to the decline of the species, the Organizations submit that ANY management restrictions that could be put in place in the ACEC process would not be supported by best available science.

<([#9 [16.1] 13a. Cutthroat trout habitat management appears to conflict with the primary threat to the species.

Cutthroat trout management is clearly an area where previous management activities by agencies left significant room for improvement, which has resulted in a high degree of public sensitivity to this issue. Understanding this relationship and threats will be exceptionally relevant to avoiding future conflicts between users and the agency. The failure to properly identify the threats to cutthroat trout in the planning area directly allows management standards to be applied that fail to address true threats to the species, including the fact that many cutthroat trout in Colorado are actually hybrid fish, that were recently found to be the primary threat to the native species.

BLM_0157600

USFWS decisions specifically addressing cutthroat trout management are simply never accurately addressed in the DRMP and creation of ACEC areas. The specter of arbitrary management decisions immediately becomes a concern with this type of management history and clearly expand the possibility of conflict on an issue the public is already exceptionally sensitive too. The Organizations believe a brief summary of the management history of management and threats to cutthroat trout will help to understand why management of this species is such a sensitive issue for the public. Researchers have uniformly found the primary threat to the species to be:

"At the time of Recovery Plan development, the main reasons cited for the subspecies' decline were hybridization, competition with nonnative salmonids, and overharvest (USFWS 1998). "[37]

37 See, US Fish and Wildlife Service; Greenback Cutthroat Trout; 5 year summary and evaluation; May 2009 at pg 4. See also pg 39

The hybridization of the cutthroat was the result of management activities that occurred at an unprecedented level in Colorado. The scale of previous management activity does provide a significant amount of context to the levels of frustration. Research has concluded:

"Between 1885 and 1953 there were 41,014 documented fish stocking events in Colorado by state or federal agencies. The vast majority of these involved brook trout (Salvelinus fontinalis), rainbow trout (Oncorhynchus mykiss) and cutthroat trout (0. clarkii) (Fig. 3, supporting information). Remarkably, over 750 million fish of these three species were stocked from hatcheries into streams and lakes in Colorado over this period of time. Introductions of brook trout and rainbow trout probably had devastating effects on native cutthroat trout populations because brook trout are superior competitors and rainbow trout hybridize with cutthroat trout (Young & Harig 2001)." [38]

38 Metcalf et al; Historical stocking data and 19th century DNA reveal human-induced changes to native diversity and distribution of cutthroat; Molecular Ecology (2012) 21,5194-5207.

These concerns regarding hybrid fish are not new. The June 2006 Conservation strategy and agreement between FWS and the Forest Service provides 7 objectives and 11 strategies for the Colorado Cutthroat trout, all of which seek to address the impacts of stocking 750 million threats to the cutthroat trout.[39] Again no mention of motorized recreation impacts to the trout habitat are mentioned or could just designations of large land areas for the benefit of the species.

39 CRCT Conservation Team. 2006. Conservation agreement for Colorado River cutthroat trout (Oncorhynchus clarkii pleuriticus) in the States of Colorado, Utah, and Wyoming. Colorado Division of Wildlife, Fort Collins. at pg 3-4.

It should be noted that the 2006 Conservation Strategy does provide a rather lengthy discussion of habitat issues involved in the management of the trout. [40] This discussion immediately centers around removal of non-native fish in Colorado waterways used by the cutthroat to avoid predation, hybridization and effects of superior competition of non-native fish. None of these standards are cited here due to their length and lack of relevance to travel management. The 2006 Conservation Agreement does not even arguably imply any travel management issues, as all habitat discussions are all related to preserving cutthroat trout from non-native species. If there

BLM_0157601

were trail related habitat issues, the Organizations have to believe they would have been discussed in this section. The lack of discussion on this issue is a clear indication of the truly low levels of concern that surround routes adjacent to water bodies.

40 See 2006 Conservation Strategy at pg 9.

The 2006 Conservation Agreement provides a general management standard for motorized access in habitat areas as follows:
"by implementing conservation measures to avoid streamside habitat degradation while approving new grazing, logging, and road and trail construction proposals; by moving existing roads and trails away from streamside habitats and rehabilitating disturbed riparian habitats; All of these positive activities are ongoing throughout the subspecies' range and are implemented based on agency priorities and funding levels on an annual basis." 41

41 See, USFWS 5 year listing decision at pg 35.

Given the unprecedented level of impact from previous stocking of 750 million threats to the Colorado cutthroat trout in Colorado waterways, the Organizations believe the low level of any threat from a trail possibly adjacent to the waterway would be readily apparent. Given the scale and type of threat from the 750 million threats to the cutthroat trout, the Organizations believe closing every trail in the state would result in no benefit to the cutthroat trout.

Throughout the reintroduction of the cutthroat trout, significant effort and resources have been allocated to maintaining fishing access to the waterways where the cutthroat trout has been reintroduced. While this commitment to maintaining fishing access to these waterways is commendable, it clearly will contribute significantly to user conflicts when areas in the vicinity of these water bodies are closed for other uses. If there was a genuine concern for the cutthroat trout, a closure of the body water to fishing would be the most direct way to minimize a primary threat to the fish, mainly the possible incidental taking of the fish. Application of management standards that allow active pursuits to take a fish will appear significantly arbitrary, when use of OHV by the fisherman to access the chosen fishing location is deemed a larger threat to the fish than the active fishing pursued once there. There is simply no rational argument to be made that an OHV being ridden near a body of water presents a higher level of threat to the fish than active fishing activity, even if fishing is catch and release. This type of arbitrary management also allows a primary threat to the species to continue while prohibiting a low risk secondary factor. This simply makes no sense but clearly could be the result of designation of ACEC areas of large size for this factor.

A history of the cutthroat trout in Colorado reveals the primary, and overwhelming, threat to the cutthroat trout is previous management attempts to stock or reintroduce the trout, which experts have summarized the as DEVESTATING to the cutthroat trout. The scale of mismanagement of the trout is an issue that is widely known to the public in Colorado and an issue where there is an exceptionally high level of sensitivity to new management decisions. Clearly, land managers asserting a trail closure is necessary to address prior mismanagement of a species is a questionable decision. Such decisions are made even more questionable and volatile as listing decisions have consistently concluded OHV recreation is a low risk to the trout and should be

BLM_0157602

done only on an "as needed" basis. This falls well short of the management of any area as an ACEC to benefit the species.
#9])>
<([#10 [14.1.1] 13b. Other aquatic issues are managed under ACEC standards that has little to do with the threats to the species.

Two additional aquatic species sought to be managed with ACEC designations(Dolores River Slick Rock Canyon; LaSal; Roubideau Corridor and Robideau Porter Monitor ) encompassing more than 60,000 acres to be managed in a manner that does not relate to the threat the species are the Bluehead and Flannelmouth Sucker. The Organizations vigorously assert that the management of 60,000 acres will in no way relate to the threats to the species that are entirely occurring in the waterways where they are living. The threats to these species is shockingly similar to the threats to various genetically pure species of trout.
The Rangewide Conservation Assessment and Strategy for the Bluehead and Flannelmouth Sucker outlines the primary threats to these species as follows:
" 6) Enhance and maintain habitat for roundtail chub, bluehead sucker, and flannelmouth sucker.
- Enhance and/or restore connectedness and opportunities for migration of the subject species to disjunct populations where possible.
- Restore altered channel and habitat features to conditions suitable for the three species.
- Provide flows needed for all life stages of the subject species.
- Maintain and evaluate fish habitat improvements throughout the range.
- Install regulatory mechanisms for the long-term protection of habitat (e.g., conservation easements, water rights, etc.).
7) Control (as feasible and where possible) threats posed by nonnative species that compete with, prey upon, or hybridize with roundtail chub, bluehead sucker, and flannelmouth sucker.
- Determine where detrimental actions occur between the subject species and sympatric nonnative species.
-Control detrimental nonnative fish where necessary and feasible.
- Evaluate effectiveness of nonnative control efforts.
- Develop multi-state nonnative stocking procedure agreements that protect all three species and potential reestablishment sites.
8) Expand roundtail chub, bluehead sucker, and flannelmouth sucker population distributions through transplant, augmentation (i.e., use of artificially propagated stock), or reintroduction activities as warranted using a genetically based augmentation/reestablishment plan."42

42 See, RANGE-WIDE CONSERVATION AGREEMENT AND STRATEGY FOR ROUNDTAIL CHUB Gila rabusta, BLUEHEAD SUCKER Catostomus discobo/us, AND FLANNELMOUTH SUCKER Catostomus /atipinnis Prepared for Colorado River Fish and Wildlife Council; Publication Number 06-18 September 2006 at pg 48.

The state of Wyoming recently updated their Sucker analysis and succinctly outlined the threats to the species as follows:
"Problems:
- Hybridization between native flannelmouth and bluehead sucker, and nonnative white sucker Catostomus commersoni, longnose sucker Catostomus catostomus, and Utah sucker Catostomus ardens is occurring. Some combinations are fertile and will lead to introgression.

BLM_0157603

- The effects of water development and reservoir construction exacerbated by drought have cut off this species' migratory corridors, degraded its habitat, and encouraged the spread of nonnatives. Competition with and predation by nonnative species (i.e., Catostomus sp., creek chub Semotilus atromaculatus, redside shiner Richardsonius balteatus, burbot Lota Iota, brown trout Salmo trutta, and lake trout Salvelinus namaycush) further limit three species populations. Conservation actions:
-Chemically treat Big Sandy River, Little Sandy and Muddy Creeks to remove nonnative species and reduce the risk of hybridization.
- Continue mechanical removal of nonnative species from Big Sandy River, and Little Sandy and Muddy (tributary to Little Snake River) Creeks.
- Develop methods for salvage, transport, holding, and repatriation of native species during chemical treatments.
-Construct a barrier upstream of Big Sandy reservoir to prevent recolonization of treated stream reaches by nonnative fish.
- Continue to partner with other agencies and conservation organizations (e.g., BLM, Little Snake River Conservation District, and Trout Unlimited) to address conservation needs for this species."43

43 See, Wyoming State Wildlife Action Plan- 2010; Species Accounts; Wyoming Game and Fish Department Fish at pg 1-V 3-4.

The Organizations note that none of the challenges or proposed management address issues that might occur on the shore of a creek that is habitat, but rather all management is directed towards minimizing contact between genetically pure fish and hybrid fish. Again designation of an ACEC of more than 60,000 acres to manage this issue creates the perception that a lack of non-aquatic habitat is causing the decline of the species. This could not be further from the truth.

The Organizations would be remiss if the close relationship of some of the proposed Bluehead and Flannelmouth sucker management standards to recent management of the Zuni Bluehead sucker was not raised. This is important as the USFS recently listed critical habitat for the Zuni and none of the habitat areas were in Colorado.
#10])>
<([#11 [15.2] 14. Lynx management standards provided in the ACEC designations appear to address many issues excluded from management by best available science.

The Organizations again must express serious concern with the possible designation of the San Miguel ACEC expansion based on lynx habitat possibly being in the area. As the Organizations have been involved in years of discussions with national experts on the lynx, the Organizations can vigorously state that the population issues with the lynx are the result of overhunting and poisoning of the species around 1900 and that all national experts agree that there is no lack of habitat for a lynx in Colorado. Additionally, CPW reintroduced the lynx around 2000 in Colorado and the species has flourished. CPW now estimates that the population is above carrying capacity for the state. The only reason the species has not been delisted is the lynx was listed at the landscape level and only Colorado has undertaken a reintroduction, which was plagued by many management challenges, and now the lynx cannot be removed from listing on any level other than by a landscape level delisting.

BLM_0157604

The Organizations were active participants in stakeholder meetings leading to the issuance of the 3rd edition of the Lynx Conservation Assessment and Strategy in 2013, which document was specifically adopted by the BLM and USFWS. The Organizations are very concerned that this document is simply never mentioned in relevant parts of the RMP and lynx issues have been relied for many management changes. The Organizations wanted to highlight some of the more significant changes in lynx management standards in the 2013 LCAS including:

• Recreational usage of lynx habitat is a second level threat and not likely to have substantial effects on the lynx or its habitat. Previous theory and management analysis had placed a much higher level of concern on recreational usage of lynx habitat; 44

44 See, Interagency Lynx Biology Team. 2013. Canada lynx conservation assessment and strategy. 3rd edition. USDA Forest Service, USDI Fish and Wildlife Service, USDI Bureau of Land Management, and USDI National Park Service. Forest Service Publication R1-13-19, Missoula, MT. 128 pp. at pg 94. (Hereinafter referred to as the "2013 LCAS")

• Lynx have been known to incorporate smaller ski resorts within their home ranges, but may not utilize the large resorts. Dispersed motorized recreational usage certainly does not create impacts that can be equated to even a small ski area; 45

45 2013 LCAS at pg 83.

• Road and trail density does not impact the quality of an area as lynx habitat;46

46 2013 LCAS at pg 95.

• There is no information to suggest that trails have a negative impact on lynx; 47

47 2013 LCAS at pg 84.

• Snow compaction from winter recreational activity is not likely to change the competitive advantage of the lynx and other predators;48

48 2013 LCAS at pg 83.

• Snow compaction in the Southern Rocky Mountain region is frequently a result of natural process and not recreational usage; 49

49 2013 LCAS at pg 26.

• Winter recreational usage of lynx habitat should only be "considered" in planning and should not be precluded given the minimal threat this usage poses to the lynx; and 50

50 2013 LCAS at pg 94.

• Failing to manage habitat areas to mitigate impacts of poor forest health issues, such as the spruce and mtn pine beetle, is a major concern in lynx habitat for a long duration. 51

51 2013 LCAS at pg 91.

The Organizations are aware that the 2013 LCAS represents a significant change in management standards for a wide range of issues from the 2000 LCAS and Southern Rockies Lynx Amendment. It is our intent in providing a copy of the 2013 LCAS at this time that complete incorporation of this best available science, which reflects the minimal impacts of recreational

usage of lynx habitat will streamline any site specific planning issues in the future. The RMP standards must be brought into consistency with best available science that has been clearly stated on this issue and submit that lynx habitat in Colorado is simply not a factor to be addressed in the creation of ACEC areas. #11])>

<([#12 [15.2] 15. Gunnison Sage Grouse ACEC designations must address the limited impacts of recreation on the species.

The Organizations are very concerned regarding the ambiguity of Grouse management standards proposed in the DRMP and how this will impact multiple use recreation as there is no clarity provided in the designation of the ACEC areas and this factor has been heavily relied on for the designation of ACEC areas. This concern is based on the fact that surface disturbing activities appear to have included trail usage in other areas of the DMRP and these usages have been specifically found to be of minimal concern with sage grouse habitat. This is an issue that has been extensively discussed in the multiple listing decisions addressing both the Gunnison and Greater Sage Grouse and with a wide range of partner groups and conservation committees for the management of the grouse. The necessity of a complete exclusion of surface occupancy and disturbance has been specifically addressed by the state of Colorado as follows:
"The new rules require that permittees and operators determine whether their proposed development location overlaps with "sensitive wildlife habitat," or is within restricted surface occupancy (RSO) Area. For greater sage grouse, areas within 1 km (0.6 mi) of an active lek are designated as RSOs, and surface area occupancy will be avoided except in cases of economic or technical infeasibility (CDOW, 2009, p. 12). Areas within approximately 6.4 km (4 mi) of an active lek are considered sensitive wildlife habitat (CDOW, 2009, p. 13) and the development proponent is required to consult with the CDOW ... "52

52 See, Endangered and Threatened Wildlife and Plants; 12-Month Findings for Petitions to List the Greater SageGrouse (Centrocercus urophasianus) as Threatened or Endangered 12 month finding; March 2010 at pg 64.

The Organizations are very aware there are a large number of issues involved with the decline of all Grouse species, including urbanization of habitat, grazing, oil and gas exploration and increased predation. While there are a large number of threats to the grouse, recreational usage of habitat areas has been a concern that has been consistently identified as a lower level threat. The low level threat of recreation to the Grouse is clearly identified in the listing decision issued in 2013 for the Gunnison Sage Grouse, which specifically states:
"Recreational activities as discussed above do not singularly pose a threat to Gunnison sage-grouse. However, there may be certain situations where recreational activities are impacting local concentrations of Gunnison sage grouse, especially in areas where habitat is already fragmented such as in the six small populations and in certain areas within the Gunnison Basin." 53

53 Endangered and Threatened Wildlife and Plants; Endangered Status for Gunnison Sage-Grouse; 78 Fed. Reg. 2486 (Jan. 11, 2013) at pg 2533. (hereinafter referred to as the "Grouse status proposal")

In the recently released listing decision for the Greater Sage Grouse, recreational activity was

BLM_0157606

also identified as a low priority threat.54 Management of the impact of roads on Grouse in habitat areas is a key component in the habitat designation process as the listing decision notes that all grouse habitat is at least indirectly impacted by roads. 55 The Organizations are keenly aware that wildlife response to a high volume, high speed arterial road is consistently higher than the response to a low speed, low volume forest service type road. Research indicates that Grouse display a hierarchical response to levels of road use.56 Road access to recreational areas is a key component of most users recreational experience on public lands and this access is frequently only provided by low speed, low volume forest service roads. Frequently many of these routes see very minimal levels of usage during the week, which should be taken into account in management of these routes.

54 Endangered and Threatened Wildlife and Plants; 12-Month Findings for Petitions to List the Greater SageGrouse (Centrocercus urophasianus) as Threatened or Endangered, Fed. Reg. (March 5, 2010) at Pg 75.
55 See, Grouse Status proposal at pg 2499.
56 Aldridge et al; Crucial Nesting Habitat for Gunnison Sage Grouse; A Spatially Explicit Hierarchical Approach; Journal of Wildlife Management; Vol. 76(2); February 2012; 391-406 at pg 404.

FWS research also notes the adoption of a designated system for recreational purposes is of significant benefit to the sage grouse. The 2010 USFWS listing decision discussed changes to designated trails on USFS lands as follows:
"As part of the USFS Travel Management planning effort, both the Humboldt-Toiyabe National Forest and the lnyo National Forest are revising road designations in their jurisdictions. The Humboldt-Toiyabe National Forest released its Draft Environmental Impact Statement in July, 2009. The lnyo National Forest completed and released its Final Environmental Impact Statement and Record of Decision in August 2009 for Motorized Travel Management. The ROD calls for the permanent prohibition on cross country travel off designated authorized roads." 57

57 12-month findings for petition to list the Greater Sage Grouse(Centrocercus urophasianus) as threatened or endangered. Fed Reg. (March 5, 2010) at pg 92.

Clearly, if the designated route system that was being adopted by these Forests was insufficient for the protection of Sage Grouse habitat, such a position would have been clearly stated in this discussion given the large body of research that exists for the management of the Sage Grouse.

Research indicates that seasonal closures of a designated trail system for the protection of leks is a highly effective tool, which the status decision specifically notes as follows:
"The BLM and Gunnison County have 38 closure points to minimize impacts to Gunnison sage-grouse within the Basin from March 15 to May 15 each year (BLM 2009, p. 40). While road closures may be violated in a small number of situations, road closures are having a beneficial effect on Gunnison sage-grouse through avoidance or minimization of impacts during the breeding season."58

58 See, Grouse Status proposal at pg 2532 .

BLM_0157607

The Organizations believe that seasonal closures of routes will also only be effective if the nesting areas are seasonally closed to other uses as well. Clearly closing a route to address concerns regarding its proximity to leks and nesting areas will not be effective if grazing, lek viewing and other activities identified as similar or higher risk activities for the habitat areas are continued.

The Organizations again believe Grouse management is an issue that a range of alternatives for recreational trails usage could be provided for and simply has not been. As the FWS has specifically addressed the effectiveness of designated routes and seasonal closures on a significantly smaller scale than those proposed in the DRMP, the Organizations believe this is a viable option for the management of these areas. The Organizations are vigorously opposed to any more restrictive standards in the DRMP as these standards would not be based on best available science and would directly contradict the ongoing and extensive efforts of partner groups and committees to determine appropriate management standards for the Grouse that preserve economic contributions of public lands. Given the lack of analysis provided for particular routes or areas to be closed in the DRMP, the Organizations are simply unable to provide more site specific comments on this issue.
#12])>
<([#13 [9.1] 16. Gunnison Sage Grouse habitats established by the USFWS are not accurately reflected in the creation of ACEC.

The Organizations are very concerned with the impact that the potential listing of the Gunnison Sage Grouse had on development of ACEC proposal in 2013. As the Gunnison Sage Grouse has been listed and was provided designated habitat areas in 2014, the Organizations believe this overly cautious planning process for ACEC for grouse habitat can be significantly tightened to avoid unintended consequences in subsequent planning. The Organizations submit that the ACEC designations in the RMP bear little to no relationship to the critical habitat that was subsequently designated. These are the types of conflicts that can result when there are concurrent planning efforts being conducted with multiple agencies that are not reconciled.

An example of the overly broad designation of proposed ACEC areas to protect the Gunnison Sage Grouse in comparison to the designated critical habitat found in the recent USFWS listing would be the West Montrose County ACEC. This ACEC would designate 22, 930 acres of ACEC to protect 290 acres of critical habitat. 59 Sims Cerro Gunnison Sage Grouse ACEC proposal would create an ACEC of 25,620 acres to protect 6,970 acres of critical habitat identified by the USFWS. As these ACEC areas more than 10x the size of the designated habitat, the Organizations must question the basis for this designation. The basis for these designations is brought into further concern as these ACEC encompass areas that were specifically found NOT to be habitat areas by the UWFWS. Designation of modeled but unoccupied habitat has become an issue of huge controversy in both the Gunnison and Greater sage grouse listing efforts. No more acceptable here than in designation of critical habitat as SERIOUSLY undermines partnership efforts.

59 See, UFO ACEC Report at pg 51.

ACEC designations would Significantly larger geographic areas would be protected as ACEC

than were ever analyzed under related Gunnison Sage Grouse planning efforts. Gunnison Sage Grouse listing decisions provide the following outline of identified habitat as follows:

[See attachment for Figure] 60
60 See, DEPARTMENT OF THE INTERIOR Fish and Wildlife Service SO CFR Part 17 Threatened Wildlife and Plants; Designation of Critical Habitat for Gunnison Sage-Grouse; Federal Register /Vol. 79, No. 224/Thursday, November 20, 2014 /Rules and Regulations at pg 69357

Clearly the proposed boundaries for these ACEC to protect gunnison sage grouse habitat simply do not relate in any manner to the analysis area for habitat or decisions that have been made in associated USFWS planning efforts since the ACEC report was published. This simply is improper and must be updated to avoid a myriad of issues including unintended management consequences.
#13])>
<([#14 [16.1] 17. Prairie Dog management standards must be balanced with multiple use impacts from lack of clarity in standards.

Organizations are deeply concerned with proposed management of white Tailed Prairie dog habitat in the DRMP and related ACEC areas proposed for the protection of these species, such as the Salt Desert Shrublands, Roubideau and Fairview South ACEC covering almost SOk acres. The Organizations are aware the prairie dog remains a sensitive species for BLM management purposes, but submit that the DRMP management simply cannot be reconciled with relevant management decisions from other managers. The DRMP proposes to manage the species as follows:
"Allowable Use: STIPULATION TL-25: Gunnison and White-Tailed Prairie Dog. Prohibit surface use and surface-disturbing and disruptive activities within 300 feet of active prairie dog colonies from April 1 to July 15 to protect reproduction. "61

61 See, UFO DRMP at pg 2-114.

Again recreational usage is frequently a factor important in development and related implementation of ACEC and now clearly identified in the RMP. Such management would result in major closures for minimal risks that have been identified by relevant experts who have concluded:
"Indirect effects of energy development on prairie dogs and their ecosystem may include (1) increased exposure to shooters and OHV users because of improved road access into remote areas - Gordon et al. (2003) found that shooting pressure was greatest at colonies with easy road access, as compared to more remote colonies; and (2) invasion of habitats by invasive and noxious weeds."62

62 See, Seglund, A.E. and P.M Schnurr. 2010. Colorado Gunnison's and white-tailed prairie dog conservation strategy. Colorado Division of Wildlife, Denver, Colorado, USA. at pg 126.

Additionally, this management fails to address the primary threat to the species identified when USFWS determined listing was not necessary in 2010. In this document recreational concerns for

the species were entirely centered on recreational shooting, as the USFWS clearly states: "We conclude that the best scientific and commercial information available indicates that the white-tailed prairie dog is not now, or in the foreseeable future, significantly threatened by the overutilization for commercial, recreational, scientific, or educational purposes."63

63 See, Dept of Interior; Endangered and Threatened Wildlife and Plants; 12-month Finding on a Petition to List the White-tailed Prairie Dog as Endangered or Threatened Federal Register I Vol. 75, No. 104 I Tuesday, June 1, 2010 I at 30354

The Organizations vigorously assert that any management actions that are proposed or ACEC management standards that are proposed MUST be narrowly tailored to avoid impacts to recreational usage of roads and trails in these areas as these have been consistently and vigorously determined to NOT be a priority threat to the species.
#14])>
<([#15 [16.1] 18. Kit fox threats are often outside land manager ability to address as many threats are on private lands or under state management.

The Organizations are aware that the kit fox is a BLM sensitive species, but the Organizations vigorously opposed to any assertion that the protection of possible habitat areas will contribute to any recovery of the species. The Organizations will note that the kit fox is not a major species in Colorado and has often been managed with the swift fox in Colorado, which has a much larger range and historical presence in the state and is also able to breed with the kit fox and generate a swift fox offspring. Given the large scale designations proposed in the ACEC/RMP the Organizations are forced to assume that the term kit fox and swift fox have been used interchangeably. The Organizations are vigorously opposed to any management that would be based on the San Joaquin Kit Fox, a species in southern California, as this species is geographically unrelated to the kit fox in Colorado.

The Organizations are aware that at one point OHV recreation was the basis for a highly theoretical concern for kit fox habitat and was specifically identified as an area where research was needed in 2006 Conservation Assessment and Strategy for the kit fox. This research was conducted and the 2011 Conservation assessment and strategy for the kit fox clearly found: "While swift foxes continue to be used for commercial, recreational, scientific, or educational purposes, populations appear to be stable throughout the range. It is the SFCT's view this factor has not risen to the level of a threat."64

64 See, Dowd Stukel, E., ed. 2011. Conservation assessment and conservation strategy for swift fox in the United States - 2011 Update. South Dakota Department of Game, Fish and Parks, Pierre, South Dakota. Conservation assessment and strategy at pg 52 (Hereinafter referred to as the Swift fox Conservation assessment and Strategy")

In the 2011 Conservation Assessment and Strategy high speed arterial type roadways were specifically and extensively reviewed and found to not to be a threat to the species.65 Given these conclusions the Organizations must question the relevance of an ACEC that addresses kit fox habitat as these ACEC areas and management standards are addressing issues that clearly pose far less of a threat than a high speed arterial road. In the 2011 Conservation Assessment and

BLM_0157610

Strategy there is simply no mention of OHV recreation as a possible threat, which clearly relates to the fact this activity most commonly occurs on low speed low volume forest roads where risks are greatly reduced..

65 See, Swift Fox Conservation assessment and strategy at pg 58.

North Dakota Fish and Wildlife provides a very neat summary of the primary threats to the kit fox, which are outlined as follows:
"Reasons for Decline: The swift fox has declined as a consequence of the increase in agriculture and the disappearance of the native prairies. Widespread shooting, trapping, and poisoning campaigns aimed at wolves, coyote, and red fox also reduced swift fox populations. Swift fox are very easy to trap and very susceptible to poisoned bait. They also get hit by cars when foraging along the sides of roads."66

66 https://www.fws.gov/northdakotafieldoffice/endspecies/species/swift_fox.htm

The Organizations vigorously assert that protecting habitat areas in a resource management plan simply bears no relationship to reducing these threats to the species as hunting and baiting of the fox are not habitat issues and are clearly within the management authority of state wildlife managers. Again the presence of kit fox habitat does not create importance in the area to warrant the designation as an ACEC.
#15])>
<([#16 [20.1] 19a. The Organizations are vigorously opposed to Wilderness type designations as these significantly impair forest health.

As previously noted the Organizations have significant concerns regarding the lack of NEPA analysis of many issues surrounding management changes proposed for ACEC areas and these concerns would extend to areas proposed to be Wilderness characteristics areas as well. The Organizations are also aware of a significant amount of research that is clearly best available science on Wilderness issues that weighs heavily against designation of additional areas as WCA as the restrictive management impacts a variety of resources. The Organizations can simply find no reference to any of these works on the DRMP but believe them to be highly relevant management issues to be reviewed if designations are expanded.

The scope of these threats and of the impact to public access is outlined in the Forest Service Report, prepared at the request of Senator Udall and discussed in other sections of these comments. A copy of the Udall report is submitted in conjunction with these comments. The Organizations would note that many of the Forest health issues raised in the report mirror factors to be balanced in WCA management in BLM guidance. Management of forest health and fires are issues that are specifically addressed in the new BLM WSA manual as follows:
"2. Fire a. General. This section of the manual cannot be used without incorporating standard agency fire management policies and techniques found in other BLM documents, such as the Guidance for Implementation of Federal Wildland Fire Management Policy, but not repeated here.
i. Managing fire. The overall goal of managing fire in WSAs is to allow the frequency and intensity of the natural fire regime to play its inherent role in the ecosystem. This means both

BLM_0157611

allowing fire where ecosystems evolved in the presence of fire, and preventing unnatural spread of fire in ecosystems that evolved without broad-scale fires.

ii. Biological constraints. The overall goal may be affected by past human actions. These may include fire suppression leading to fuel buildup creating the possibility of unnaturally severe fires, or the invasion of non-native annual grasses leading to the unnatural spread of fire in ecosystems that evolved without broad-scale fires.

iii. Management constraints. The overall goal may be affected by budgets, national fire management demands, suppression of fire on adjacent land before it moves into the WSA, or undesired consequences of wildfire moving out of the WSA (such as wildfires that may pose a danger to human life and/or property)."67

67 See, BLM manual 6330 at pg 1-13.

The Organizations vigorously assert that these factors weigh heavily against the expansion of any WCA areas in management. Colorado needs to learn from the negative forest health impacts that have resulted from existing Wilderness areas and not allow additionally management restrictions to be brought into place that can limit land manager responses in the future. #16])>

<([#17 [17.2] 19b. Udall Forest Health Report.

The Organizations believe there is significant research prepared at the request of Senator Udall that must be addressed as part of any Wilderness or similar designation process as best available science. The Organizations are aware that Senator Udall's request was directed toward pine beetle impacts, but believe these findings are exceptionally relevant to the management of public lands in general. General management of public lands was also within the scope of the Senator's request.68 The Organizations are aware that the UFO planning area has been spared much of the pine beetle impact but many of these same issues are present on the UFO but involve juniper incursions and other invasive species that need to be actively managed.

68 Id at pg 25.

The conclusions of this report specifically identify that designated Wilderness and improperly managed Roadless areas were a contributing factor to the pine beetle outbreak69 and a limiting factor in the FS response70. Given the stark nature of these conclusions and the large scope of the request from Senator Udall, the Organizations vigorously assert these concerns must be addressed in the designation of any further WSA/WCA or similar designations.

69 USFS; A review of the Forest Service Response: The Bark Beetle outbreak in Northern Colorado and Southern Wyoming; A report by the USFS at the request of Senator Mark Udall; September 201 1; Executive Summary at pg i.
70 ld at pg 12.

19c. State Forest Service reports identify Wilderness as a significant Impairment to Forest Health.

The state of Colorado has also developed planning documents addressing forest health that must

be addressed in the DRMP. The Colorado State Forest Service conducted its annual forest health analysis in 2010, which outlined the numerous insect and disease threats that face Colorado's forests. This is an annually published report which consistently finds that active forest management was critical in addressing these threats to Colorado forests. This plan specifically outlined the significant areas that are impacted by the mountain pine beetle epidemic and addressed the significant impacts to safety and enjoyment of recreational usage in these areas as a result of the beetle epidemic.

The 2010 report also provided specific insect impacts maps for the State71. A comparison of the high impact areas for beetles to designated Wilderness areas reveals an exceptionally high correlation between designated Wilderness and areas that are hardest hit by the beetle epidemic. These maps were exceptionally similar to the forest health and fire risk maps that were provided in the Colorado SCORP. The Organizations concerns regarding the failure to address the SCORP are addressed in other portions of these comments.

71 Colorado State Forest Service; 2010 Report on the health of Colorado Forests; January 2011: maps included as unpagenated introduction to the report.

The 2011 State Forest Service Forest Health report addressed the concerns between forest health and the spruce beetle outbreak in and around the Wolf Creek pass area, which the State Forest Service directly attributes to the inability of land managers to address blow down areas in the Weminuche Wilderness area.72 The 2011 report provides a historical analysis of many other blow down areas that could have been managed but were not due to land management restrictions. The inability to mitigate these blow down specifically resulted in massive spruce beetle outbreaks in the area. 73 The Organizations will note at the time of preparation of these comments the West Fork Complex fire is currently burning completely out of control in this area and has forced the complete evacuation of the town of South Fork, providing concrete proof of many of the negative impacts of failing to actively manage these areas. Clearly the massive superheated burn area will not improve wildlife habitat or any recreational usage of these areas for a significant period of time going forward.

72 Id at pg 9.
73 Id at pg 10.

Again the Organizations believe these reports are clearly best available science that has clearly found there is a critical need for the active management of public lands in order to maintain basic health and sustainable. The Organizations believe cost effective and easy access is a key component of the active management of these areas. The Organizations believe these analysis and conclusions must be addressed in any WSA/WCA review and balanced in any expansion of such management in the UFO DRMP.
#17])>
<([#18 [40.1] 19d. Watershed health managements standards identify the critical need for active management of these areas.

The Organizations must note that the designations and management of WCA/WSA areas fails to analyze the need for active management in protecting watershed health in these areas. The need

for management to address priority watershed management issues is specifically identified in regional management documents prepared under FSM 2520. The Organizations must again note the USFS is a science partner with the BLM and the Organizations believe these issues and management standards are clearly based on best available science. The regional priorities identify forest thinning as the priority management issue in watershed areas to protect against wildfire risks and this need is are simply never addressed in the designation of WSA/WCA in the DRMP. Forest Service research identifies a wide variety of adverse impacts to watershed health from a lack of ability to actively manage a watershed. The Organizations believe these management priorities are accurately addressed in USFS regional watershed guidelines and the reasoning for the variance between the DRMP and regional guidelines must be addressed.

Region 2 mangers have completed this requirement under FSM 2520 in partnership with the Colorado Forest Service and the Denver Water Department. These guidelines have been adopted by all 11 front range counties for management of Watershed areas. The regional guidelines for protection and management of watersheds outlines significantly different management objectives and requirements for watersheds as these guidelines identify the need for thinning and removal of trees as the management priority, of which motorized access and routes is a key tool. Issues such as stream bank stabilization and fisheries habitat enhancement are simply never addressed in regional watershed management guidelines. The project appears to directly contradicts the concerns and direction for management provided in the management guidelines. Clearly this issue must be resolved prior to moving forward with any expansion of WCA type management. #18])>

20. Conclusion

The Organizations are cautiously supporting Uncompahgre Field Office{"UFO") Draft Resource Management Plan("the Proposal") Alternative "C". While we are supportive of Alternative C of the Proposal, there are many factors that must be addressed to insure that the planning process is relying on the most accurate information possible in balancing resources. We are vigorously opposed to Alternative B of the Proposal for reasons that are more specifically addressed in these comments, the Organizations believe Alternative D could be easily adapted to become the most favorable alternative for the Organizations. Our main concern with Alternative D in its current form is the loss of the North Delta OHV area and associated open riding opportunities. The Organizations submit that the North Delta area is truly suitable for an open riding designation and these open riding areas are diminishing rapidly throughout the State, which will make any of these opportunities highly valued in the future.

After review of the Proposal, the valuation of recreational activity on the UFO is badly undervalued, in terms of total spending, total jobs that result from recreation and the per day average spending amounts from the recreational activity. The variation of the UFO per day spending estimate of $10.01 and the public's experience on these issues is simply shocking.

The Organizations are also very concerned that with the large number of Areas of Critical Environmental Concern that are proposed in the RMP, that the impacts to multiple use access are not accurately reflected in the summary of Alternative C, or any other alternative of the Proposal. It has been the Organizations experience that when ACEC are designated, this designation lays the foundation for closure of these areas to multiple use recreation, even when the management

issues to be addressed are simply unrelated to multiple use recreation.

Our concerns about imbalance in these areas is compounded by the fact that the economic contribution of recreational activity is badly underestimated, which will result in an erroneous balance between resource protections and the benefits of resource utilization being struck. Please feel free to contact Scott Jones at 518-281-5810 or via email at scott.jones46@yahoo.com or via USPS at 508 Ashford Drive, Longmont CO 80504 if you should wish to discuss these matters further or if you should wish to have further information regarding these concerns.

Sincerely,
Scott Jones, Esq.
COHVCO/TPA Authorized Representative
CSA President

D.E. Riggle
Director of Operations
Trails Preservation Alliance

500264_BullockJ_20161101_HasAttach Organization: Joe Bullock
Received: 11/1/2016 12:00:00 AM
Commenter1: Joe Bullock - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: mtrieger 12/13/2016 12:00:00 AM
Attachments: 500264_BullockJ_20161101_HasAttach.htm
(500264_BullockJ_20161101_HasAttach-388450.htm Size = 7 KB)
xUFORMP_500264_BullockJ_20161101_HasAttach.pdf
(500264_BullockJ_20161101_HasAttach-388453.pdf Size = 2750 KB)
Submission Text
To: joe
Company: joes magic foods
Fax #: 197 2405367
From: Joe Bullock
Recipient Information
Sender Information
Email address: bullockphoto@yahoo.com (from 67.176.170.246)
Phone #: 9999999999
Sent on: Monday, October 31 2016 at 4:00PM EDT

Teresa, I understand you are in need of leasing our BLM lands for land usage and revenu but

please look at their track record as there are other options. (Recreation, Hunting, Farming, Hemp etc ... ) Communities are being torn apart as in Battlement mesa. Farm lands are being contaminated from accidents and natural desasters as in the Boulder flood. Most importantly our food is in jepordy: In the proposed region is Colorado's largest concentration of organic farms and orchards. If nearly 900,000 acres go to the oil and gas industry are food supply is in imminent danger to their under-regulated industry*. In Colorado alone the track record is alarming; some are considering it a natural holocaust of daily accidental spills and larger disasters have occurred. Weather changes of mountain floods, landslides as well as other natural disasters are imminent over time*. These critical farmlands would be irreparably harmed. The food safety of all farms located within an industrial oil and gas zone would be forever questioned.

Thank You for making a choice for the health of our nation and not the wealth of a few.

Joe Bullock
Cholaca Inc.
Joes Magic Foods
HempCures.Org
444 Stahl Rd.
Paonia, CO 81428
(970) 871-9240
Joesmagicfoods@gmai.com

This fax was sent using the FaxZero.com free fax service. FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is
spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #17986715. We will
add your fax number to the block list.
111
p.l
faxzero.com

Fracking Madness!! February 5, 20161 By Alicia Silverstone
• Tweet this article
• Share on Facebook
• Share on Google+
• Pin on Pinterest

Fracking (also called hydraulic fracturing) is an extreme and unsafe method of extracting fossil fuels from
the ground that harms our drinking water, food, health, environment, and climate and has been even linked
to earthquakes. Not to mention, it keeps us from shifting away from fossil fuels and into renewable energy!
Fracking is carried out by drilling deep into the ground and injecting millions of gallons of toxic fluid- a

BLM_0157616

mix of water, sand, and harsh chemicals -at a high enough pressure to fracture the rock and release oil or
gas. Doesn't that sound nuts?? The scariest part is that fracking is exempt from major environmental laws
such as the Safe Drinking Water Act!

p.~
faxzero.com

I recently went to an event focused on this issue that was hosted by Mark Ruffalo. Man is he great! I love
him as an actor and a person. He is a genuine, intelligent, and heartfelt man who cares so passionately
about change. It was so great to talk to a like-minded activist about all things eco! Mark has been a key face
behind the fracking movement since the beginning, so a huge thank you to him for all of his involvement in
this, truly! Anyways, one of the most shocking parts of the evening was realizing this toxic process is
impacting even organically grown fruits, nuts, and vegetables!!

WaterDefense.org
The Nation
You might be wondering how this yucky wastewater can even be re-used on plants ... ? This is because of a
recycling program implemented to help deal with water shortages. It seems like a cool idea on the surface,
but since this process requires heavy chemical use, it's no good! Take Chevron, they recycle 2J million.
gallons of their wastewater each day and sell it to farmers who use it on about 45,000 acres of crops,
which equals about 10% of Kern County's farmland. Crazy right? It's almost hard to grasp what this means
in plain terms ... And in addition to recycling water, chemicals can migrate along fissures through
abandoned wells, leaky well casings, or spill from holding ponds or pipelines. If your like me, your
probably thinking there's no way a farm can be certified organic if the water it's using is filled with
chemicals. Unfortunately, these standards strictly ban petroleum-derived fertilizers commonly used in
convention agriculture, but the same rules do not prohibit farmers from irrigating their crops with
petroleum-laced wastewater gained from oil and gas wells. Insane and scary right?? For this reason it's
extremely important to know where your food is coming from, in comparison to where fracking wells can

BLM_0157617

be found. You can find a map here of where drilling sites are located.

On top of this, the impacts fracking has on human health are frightening. Theo Colborn, an environmental
health analyst, identified 632 chemicals used in natural-gas production. More than 75 percent of them could
affect sensory organs and the respiratory and gastrointestinal systems; 40 to 50 percent have the potential
impacts on the kidneys and on the nervous, immune and cardiovascular systems; 37 percent act on the
hormone system; and 35 percent are linked with cancer of mutations ... If you haven't seen the
documentary Gasland, it gives an upclose look at how fracking is effecting individuals health all over the
country. I encourage you to watch it and share it with your family and friends!

p . 3
faxzero.com

Join me in taking a stand. There is SO much to be done! Banning fracking is what needs to happen, and
we're getting there! Fracking was banned in the state of New York, so I'm optimistic. Let's stop the
contamination of irrigation, ban fracking on public lands, and stop this madness that's making many very
sick.
Take Action:
Email, Tweet.. sign this petition, and/or send a message on Facebook, and call Governor Jerry Brown's
office at (916) 445-2841 and tell him he needs to stop relying on destructive fossil fuel extraction processes
and start transitioning to renewable energy immediately! We simply can't say California is 'green' while
we frack!!

Ban Fracking on Public Lands

Sign this petition for members of Congress, call your Congress person, and share news and action on social
media!
What's going on in your community in regards to fracking? Have you organized to achieve a ban?
How can we alert each other of what farms are using this recycled wastewater??
Photo Credit: Tree-hugger
p.4

500265_noname_20161101  Organization:
Received: 11/1/2016 12:00:00 AM

BLM_0157618

Commenter1: - ,
Organization1:
Commenter Type: Anonymous
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: mtrieger 12/13/2016 12:00:00 AM
Attachments: 500265_noname_20161101.htm (500265_noname_20161101-388463.htm Size = 2 KB)
xUFORMP_500265_noname_20161101.pdf (500265_noname_20161101-388462.pdf Size = 210 KB)
Submission Text
From – anonymouse XIIV
Dearest representative of my human family and land, I humbly but assertively insist on a no leasing alternative for our BLM land in and surrounding the North Fork Valley. I understand that allowing out BLM land to be subject to the will of oil companies is beneficial to many of your pockets from a short term point of view. Please allow yourself to look at the perspective I am about to present in this short writing, BEFORE you decide this is a worth compromise or harmless to you and your Earth. Imagine you stand (or sit) in the middle of a lush field. Hundreds of thousands of blades of grass tremble sensually as the winds wild uneven caressing breeze blows on your side. Beez float as freely and gracefully from flower to tree to hive as water can streamline through crevice and cave and rock. Rocks made of compressed sand and chunks of lava rock are strewn all about amidst a plethora of other beautiful minerals and stones and the mystical sight that awaits your eyes upon looking up is of fruit orchards ancient juniper forests and crystal clean rivers all woven intricately into a diverse healthy eco-system. The north fork valley produces a large percentage of colorados food crop. Ask yourself, with the recent surge in renewable energy resources like the tesla turbine and solar panels it this perspective worth murdering brutally for the sake of oil?
Please read me with an open mind and heart.


500266_EleneL_20161101 Organization: Elene L
Received: 11/1/2016 12:00:00 AM
Commenter1: Elene L - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: mtrieger 12/13/2016 12:00:00 AM
Attachments: 500266_EleneL_20161101.htm (500266_EleneL_20161101-388466.htm Size = 2 KB)
xURORMP_500266_EleneL_20161101.pdf (500266_EleneL_20161101-388465.pdf Size = 55

KB)
Submission Text
Dear Gina Jones,
As a resident of the Western Slope, I appreciate the quality of life we have here and the opportunity to enjoy the wilderness for all types of recreation. In addition I value the food that is produced in this part of Colorado and want to see the air, water and soil protected for all who live or visit these many amazing valleys. As stewards of the land, we all have a responsibility to preserve what we can by thoroughly researching and considering the implications of any changes which might cause harm or hurt our economy.

Therefore, I cannot support any increase in natural gas wells in the sensitive watershed of the upper North Fork Area totaling an estimated 30,000 acres without any environmental oversight, public input, and is subject to a dubious valuation process. <([#1 [41.2] This is irresponsible
due to undisclosed chemicals which are in the fracking fluid. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals. #1])>

It is imperative that the BLM should offer a no lease option which permits no increase in hydraulic fracturing. If that is not a possibility, then the only option I would reluctantly accept is Alternative Plan B1.

Yours Sincerely,
Elene L


Cc: Barb Sharrow, Dana Wilson, Ruth Welch, Gov. John Hickenlooper, Sen. Michael Bennet, Sen. Kerry Donovan

500267_PetersonS_20161101  Organization: Sarah Peterson
Received: 11/1/2016 12:00:00 AM
Commenter1: Sarah Peterson - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500129_PetersonS_20161101.htm  (500267_PetersonS_20161101-388474.htm
Size = 2 KB)
Submission Text
BLM,
As the comment period for deciding the fate for the North Fork Valley comes to a close, in regards to hydraulic fracturing, I am writing to say thank you in advance for making the right

decision. Thank you for listening to the residents of this valley and putting their interests in front of the interests of oil and gas executives. Thank you for understanding the importance of protecting this beautiful valley and the people, plants and animals that call it home. Thank you for looking at the big picture and realizing the impact that fracking would have on not only this valley and the people who live downstream, but also the entire planet, as <([#1 [11.3] [41.2] fracking releases methane and will contribute to global climate change #1])> . Thank you for doing your job and researching in depth the impact that hydraulic fracturing would have on the future generation. I know that this decision must not have been an easy one, as the pressures you face to produce revenue must be strong, so thank you for making the right choice. Thank you for putting the interests of the people and the planet above the interest of making more $ - that is a revolutionary act!

Thank you!
Sarah Peterson
38620 Pittein Road
Paonia, CO 81428


FormLetterA Organization: The Pew Charitable Trusts
Received: 10/25/2016  12:00:00 AM
Commenter1: - ,
Organization1:The Pew Charitable Trusts
Commenter Type: Organization (nonprofit/citizens group)
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterA.htm (FormLetterA-387724.htm  Size = 2 KB)
Submission Text
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Please recognize and protect wilderness in the Uncompahgre region
1 message
leonardway@hotmail.com  <leonardway@hotmail.com>   Tue, Oct 25, 2016 at 2:44 PM
To: uformp@blm.gov


Dear Barbara Sharrow, Uncompahgre field manager:
I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act.

<([#1 [14.1.1] Additionally, the BLM has identified more than 242,500 acres of potential

BLM_0157621

Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office.

While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations. #1])>

Sincerely,


FormLetterAA Organization:
Received:
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterAA.htm (FormLetterAA-385193.htm Size = 2 KB)
Submission Text
To The Uncompahgre Region BLM Office:

I am writing to provide you with my objections to the proposed expansion of hydraulic fracturing in the North Fork Valley as laid out in the Draft Resource Management Plan.

The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important pariof the valley's economy. <([#1 [41.1] The safety of these visitors is a concern in that the BLM proposed RMP does not address pipeline safety, pipeline maintenance or inspections. BLM did not consider how hunters, campers, and hikers could be impacted if there was extreme weather resulting in flooding, mudslides and geological instability, which could compromise the integrity of pipelines and result in leaks and potential explosions. Here is an example of somewhere this has already happened. Let's learn from history and avoid this happening in the North Fork Valley.

In October 1994, flooding along the San Jacinto River led to the failure of eight hazardous liquid pipelines and also undermined a number of other pipelines. The escaping products were ignited, leading to smoke inhalation and burn injuries of 547 people.

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and

BLM_0157622

oil pipelines that I am shocked by the absence of this important
consideration. Pipelines fail. The public knows this and the government knows this. That is why
there are federal pipeline safety regulations to ensure proper construction of pipelines are
reporting of pipelinã failures for proper oversight. However, rural gas gathering lines are exempt
from federal pipeline safety regulations.

I am requesting that the BLM issue a moratorium on oil and gas leasing until rural gas gathering
pipelines are regulated to prevent leaks, spilts and explosions in order to ensure that a web of gas
gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the
environment, risk human and animal life, and other economic and environmental risks not
considered by the BLM.
#1])>


FormLetterAAA Organization:
Received: 11/29/2016 9:46:19 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterAAA.htm (FormLetterAAA-385194.htm  Size = 2 KB)
Submission Text
Dear Dana Wilson,

I enjoy the bounty of healthy food and wine that comes from the beautiful North Fork Valley. I
amconcerned about the possibility of more hydraulic fracturing wells in the North Fork Valley. I
know that
the natural resources of the North Fork are of great value economically and to the health and
wellbeing of all who benefit from the valley's food and wine.

<([#1 [18.3] In addressing the Draft RMP, I have many concerns and in particular note that the
BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane,
nitrogen oxide, and hydrogen
sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or
accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and
cardiovascular systems of people. Has the BLM completed studies on the impact of the
chemicals used in the fracking fluids and
how they affect human health? A thorough analysis of gas and oil opeartions needs to be
completed before any options can be considered. #1])>

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links
below truck collisions, train derailments result in spills which have caused untold damage. There

are also methane and other leaks which result in increased asthma and other health problems. <([#2 [41.2] Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. #2])>

We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. Therefore, I can only consider the NO LEASING option for the RMP.


FormLetterAAAA Organization:
Received: 1/4/2017 1:41:27 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: UFORMP_FormLetterAAAA.htm (FormLetterAAAA-391713.htm Size = 3 KB)
Submission Text
Bureau of land Management
2465 S. Townsend Ave
Montrose, CO 81401
Barb Sharrow and Gina Jones:
I shop at farmers markets because I want to know my farmer and trust my farmer and that the food I buy and serve to my family and friends is safe. Much of what I buy at farmers markets comes from the Western Slope of Colorado, in particular the North Fork Valley. <([#1 [2] I understand that the North Fork Valley is being threatened by oil and gas development in a number of ways by Bureau of land Management (BLM) actions: 1) a Draft Resource Management Plan for the Uncompahgre Field Office, with a preferred alternative which seeks to open almost every acre of Bureau of land Management (BLM) minerals to oil and gas leasing #1])> ; and 2) BLM's Final Environmental Impact Assessment which would allow a 146-well Master Development Plan for the Bull Mountain Unit, northwest of Paonia Reservoir to move forward. In addition Representative Scott Tipton is proposing to legislatively exchange 30,000 acres in the Thompson Divide for 30,000 acres in Delta County, without any environmental oversight or public input.
The North Fork Valley of Southwest Colorado is one of the most beautiful, fertile, and unique places in the world. It has been compared to Provence, France. It merits protection from oil and gas development.
The BLM and Representative Tipton have not considered the uniqueness of this valley- the fact that it is home to the largest concentration of organic farms in the State of Colorado, and that tens of thousands of people like me, on the Western Slope and Front

BLM_0157624

Range, depend on the clean food this valley provides to farmers markets, grocery stores, community supported agriculture programs, and restaurants.

Clean water and clean air are the lifeblood of this community and the foundation of its biodiversity and natural beauty; not only for agriculture but also for hunting, fishing, hiking, camping, mountain biking-all the recreational activities that have made outdoor recreation a multibillion dollar industry that employs 6 times more people than the oil and gas industry and results in over 600 billion dollars of consumer spending.

BLM can and should designate the North Fork Valley a fully protected area from oil and gas development by adopting a no-leasing alternative. I am opposed to any oil and gas leasing in the North Fork Valley.

Sincerely,

Address:

CC: Neil Kornze, Mike Tupper, Mike Nedd, Ruth Welch, Dana Wilson, Gina Jones, Mark Roeber, Bruce Hovde, Paual Swenson, Michael Bennet, Jared Polis,


FormLetterAv2_PewCharitableTrusts Organization: The Pew Charitable Trusts
Received: 10/2/2016 12:00:00 AM
Commenter1: - ,
Organization1:The Pew Charitable Trusts
Commenter Type: Organization (nonprofit/citizens group)
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterAv2.htm (FormLetterAv2_PewCharitableTrusts-387725.htm Size = 2 KB)
Submission Text
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Protect our wildlands in the RMP
1 message
Charla Brown <robert.burnett8@gmail.com> Sun, Oct 2, 2016 at 5:17 PM
Reply-To: robert.burnett8@gmail.com
To: UFORMP@blm.gov
Dear
I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region.
<([#1 [20.1] [14.1.1]
The Draft RMP has made a great first step in identifying and proposing to protect some of our most sensitive and unique areas, however thousands of acres are still being left without the protections they deserve.
I feel that the Draft Resource Management Plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.
Specifically, I urge the BLM to:

•Include more lands with wilderness characteristics in the final RMP, particularly the Adobe Badlands unit, the Lower Tabeguache unit and the Shavano Creek unit.
•Include all of the identified areas of critical environmental concern and restore them to their originally identified acreage in the Final RMP.
•Include all 242,500 acres of ecological emphasis areas and restore them to their full acreage in the final RMP.
I urge you to maximize conservation for lands with wilderness character as well as critical habitat in the Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and rugged landscapes we know and love in western Colorado.
#1])>
Thank you.
Charla Brown
PO Box 170
Crested Butte, CO 81224


FormLetterB_CHC Organization: Citizens for a Healthy Community
Received: 10/25/2016 12:00:00 AM
Commenter1: - ,
Organization1:Citizens for a Healthy Community
Commenter Type: Organization (nonprofit/citizens group)
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterB.htm (FormLetterB_CHC-387726.htm  Size = 5 KB)
Submission Text
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message
Citizens for a Healthy Community <sheasworth@gmail.com>  Tue, Oct 25, 2016 at 9:20 PM
Reply-To: sheasworth@gmail.com
To: uformp@blm.gov
The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter
Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.
I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative,

BLM_0157626

as it relates to oil and gas development, in the Draft Resource Management Plan and
Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.
The BLM's preferred alternative would open almost every acre of public lands in the region to
oil
and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically
in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to
industrializing this economically and ecologically unique area with gas wells, pipelines,
storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
The potential for human, animal and environmental damage is too high.
Development would contaminate soils, water, and air, and impair human health, including
increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in
transitioning the economy to one based on agro-tourism, recreation, renewable energy,
agriculture, and organic/clean food. In addition, development would contribute to increased
greenhouse gas emissions and climate change impacts on community resources, including
agriculture and wildlife.

<([#1 [21.1] A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of
the risks posed by oil and gas operations including fracking technologies, and large-scale
industrialization. Because BLM did not consider new information on earthquakes, human health
impact, climate change impact, and environmental damage caused by hydraulic fracturing,
injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its
draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing
alternative, which is the only option to protect the North Fork Valley, and everyone who depends
on it for food and recreation for generations to come. In addition, unregulated gas gathering
pipelines on public lands present an unacceptable risk to human life and the environment. BLM
should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are
properly regulated under the Pipeline Hazardous Materials and Safety Administration. #1])>
Date
Name
Email Address
Phone Number
City
State
Zip

I am: An organic farmer, A resident, A consumer of NFV/Delta County produce and meat and
poultry, An Independent, A homeowner, Interested/impacted citizen
Signature.
Please sign using the cursor below to write your name. This digital signature is legally binding
and confirms your agreement with the comment letter above. Thank you.

BLM_0157627

FormLetterBB Organization:
Received: 11/29/2016 9:51:48 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterBB.htm (FormLetterBB-385195.htm Size = 4 KB)
Submission Text
Dear Dana Wilson and Barb Sharrow,
As a resident in the North Fork Valley, I am grateful every day for this pristine environment with
fresh air, water and good soil as well as incredible scenic beauty. I am against all the options in
the Draft RMP for many reasons. I have to ask how you can consider allowing additional oil and
gas development in this valley. The industrialization of the North Fork valley would destroy the
economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing
and all the related businesses.
<([#2 [37.3]
There are so many concerns which have not been addressed in the Draft RMP. In communities
where hydraulic fracturing is occurring, toxic compounds have found their way into water while
some have leaked
at drilling sites or while transporting fluids and water. Their damage to various human organs has
been documented.
A couple of more concerns which need to be addressed and analyzed follow:
1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals
and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen
sulfide
on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of
VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive,
immune, reproductive, and cardiovascular systems
Farmers, ranchers and residents in the North Fork Valley do not have extra water for hydraulic
fracturing.
And after the proposed drilling, the remaining water would be filled with toxins and is not
anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees.
Fracking will drive away our growing agro-tourism business and our quality conscious
customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned
water.
#2])>
<([#1 [41.2] How can the BLM say that oil and gas development with hydraulic fracturing will
not harm human health when you haven't carried out a thorough analysis of oil and gas
operations and their impact on human
health? Why are you ignoring the many stories of people whose lives have been lost or their

BLM_0157628

health compromised from living near oil and gas development? (Refer to *) The BLM has a responsibility to
prevent such documented damage. #1])>
The only option I can accept is a no-leasing alternative.


FormLetterBBB Organization:
Received: 11/29/2016 9:55:36 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterBBB.htm (FormLetterBBB-385196.htm  Size = 3 KB)
Submission Text
Dana Wilson or Current UFO Manager,
I oppose the options presented in the Draft Resource Management Plan for the Uncompahgre Region. If I had to choose one it would be Alternative B-1, however there should be a no-leasing option considered. Not exploring a no-lease option is a flagrant mistake.
<([#1 [41.2] There are so many concerns that have not been addressed in The Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked at drilling sites or while transporting fluids and water. The damage to various human organs from these toxins has been documented. #1])>
<([#2 [41.1] Also a big concern is that rural gas gathering lines are exempt from federal pipeline safety regulations. The web of unregulated pipelines creates an increased risk to health and safety. BLM did not consider pipeline safety and integrity management in its Draft Resource Management Plan. #2])>
<([#3 [41.2] How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when they haven't carried out a thorough analysis of oil and gas operations and its impact on human health? Why are you ignoring the many stories of people whose lives have been lost or their health compromised from living near oil and gas development? Please consider a no-leasing option or issue a moratorium on all leasing until more research has been completed. #3])>


FormLetterBBBB Organization:
Received: 1/4/2017 1:43:46 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter

Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: UFORMP_FormLetterBBBB.htm (FormLetterBBBB-391714.htm  Size = 2 KB)
Submission  Text
Uncompahgre Field Office
Bureau of Land Management
2465 South Townsend Avenue
Montrose, CO 81401
Attn: Gina Jones
The North Fork Valley of Southwest Colorado is one of the most beautiful,
fertile, and unique places in the world. It has been compared to Provence, France. It
merits protection from oil and gas development.  <([#1 [2] The North Fork Valley is currently
being threatened by oil and gas development in a number of ways by Bureau of
Land Management (BLM) actions. A draft resource management plan for the
Uncompahgre Field Office, with a preferred alternative, seeks to open almost every
acre of BLM minerals to oil and gas leasing. #1])> BLM's Final Environmental  Impact
Assessment would allow a 146-well Master Development Plan for the Bull Mountain
Unit northwest of the Paonia Reservoir to move forward.
I am opposed to the Final Environmental  Impact Statement (FEIS) for SG
Interests I, Ltd's Master Development Plan (MPD) proposal, and BLM's preferred
alternative to develop up to 146 natural gas wells, four water disposal wells, and
associated access roads and pipelines.  It is irresponsible  to locate oil and gas
operations in a sensitive watershed, which directly feeds the largest concentration
of organic farms in the state. Oil and Gas development would contaminate soils,
water, and air in the valley.  It would adversely affect human health and cause
increases in respiratory, endocrine, immune, and cardiovascular disease.
Development would contribute to increased greenhouse gas emissions and climate
change impacts on community resources including agriculture and wildlife.  Ozone
levels as modeled by the BLM for the Bull Mountain area exceed the EPA threshold
of 70 ppb.
Sincerely,
Name:
Address:
CC: s. Jewll, N. Kornze, B. Sharrow, D. Wilson, M. Roeber, M. Bennet


FormLetterC Organization:
Received: 12/8/2016 9:54:20 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission  Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali

Attachments: FormLetterC.htm (FormLetterC-387727.htm Size = 2 KB)
Submission Text
Dear Uncompaghre Field Office Manager,
I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.
<([#1 [39.1]
However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.
Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.
•Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.
• Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.
• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.
I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado. #1])>


FormLetterCC Organization:
Received: 11/29/2016 10:00:31 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterCC.htm (FormLetterCC-385197.htm Size = 3 KB)
Submission Text
To The Acting Uncompahgre Field Office Manager,
I am opposed to all the options offered in the BLM's Draft Resource Management Plan for the North Fork Valley and demand that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.
It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human

BLM_0157631

health- <([#1 41.1] I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk. #1])> Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With the increase in natural gas wells, will we also start experiencing earthquakes along with increased health risks, such as asthma and neurological diseases? Read the article below that discusses the definitive link between injection wells and earthquakes.

As noted in the article, the consequences of hydraulic fracturing are costing communities unexpected expenses and also human lives. We can't take that chance.

<([#2 41.2] As mentioned in the wilderness.org article, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been

exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking. #2])>

I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing.


FormLetterCCC Organization:
Received: 11/29/2016 10:03:51 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterCCC.htm (FormLetterCCC-385198.htm Size = 3 KB)
Submission Text
Dear Dana Wilson,


I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public conftdence that a web of gas

gaihering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Not being very familiar with BLM, I looked up the BLM's description of who we are and what we do. It states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health,

diversity, and productivity of America's public lands for the use and enjoyment of present and

future generations." I realize that the BLM needs to bring in income, and I would like to believe that the choice
would also focus on sustaining the health and diversity of the country's public lands. In my opinion the BLM has failed in this as addressed in the following:

<([#1 [18.3] In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health. The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter

2. casing, dritling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter

3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter
#1])>
I question the BLM considering additional oil and gas development, and fracking when you have not analyzed oil and gas operations, pipeline safety and their impact on human health? The BLM has a
responsibility to "sustain[ing] the health and diversity of the country's public lands." <([#2 [41.1] Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety iegulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.
#2])>


FormLetterCCCC Organization:
Received: 1/4/2017 1:50:05 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:

Current Task: Review Assigned/Due: zghali
Attachments: UFORMP_FormLetterCCCC.htm (FormLetterCCCC-391715.htm  Size = 2 KB)
Submission Text
Uncompahgre Field Office
Bureau of Land Management
2465 South Townsend Avenue
Montrose, CO 81401
Attention: Gina Jones and Barb Sharrow,
The North Fork Valley is currently being threatened by oil and gas
development in a number of ways by the Bureau of Land Management
(BLM). I am opposed to the Final Environmental Impact Statement (FEIS)
for SG interests I, Ltd's Master Development Plan (MPD) proposal, and
BLM's preferred alternative to develop up to 146 natural gas wells, four
water disposal wells, and associated access roads and pipelines. BLM's
Final Environmental Impact Statement would allow a 146-well Master
Development Plan for the Bull Mountain Unit northwest of the Paonia
Reservoir to move forward. It is irresponsible to locate oil and gas
operations in a sensitive watershed, which directly feeds the largest
concentration of organic farms in the state.
Oil and Gas development would contaminate soil, water, and air in the
valley. It would adversely affect human health and cause increases in
respiratory, endocrine, immune, and cardiovascular disease. Development
would contribute to increased greenhouse gas emissions and climate change
impacts on community resources including agriculture and wildlife. Ozone
levels as modeled by the BLM for the Bull Mountain area already exceed the
EPA threshold.
<([#1 [21.1] Please consider the option of not leasing. #1])> Hydraulic fracturing is a
dangerous way to acquire a non-renewable resource. The North Fork Valley
is a leader in renewable energy, making SG development in the area
incredibly contradictory to what the Valley as a whole stands for.
Thank you,
Cc: s. Jewll, R. Welch, N. Kornze, D. Wilson, M. Roeber, B. Hovde, M.Bennet,


FormLetterD_CBD Organization: Center for Biological Diversity
Received: 10/24/2016 12:00:00 AM
Commenter1: - ,
Organization1:Center for Biological Diversity
Commenter Type: Organization (nonprofit/citizens group)
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterD.htm (FormLetterD_CBD-387728.htm  Size = 2 KB)
Submission Text

BLM_0157634

UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Uncompahgre Plan Must Phase Out Climate Pollution
1 message
Dean Webb <dm_webb@live.com>                    Mon, Oct 24, 2016 at 9:38 PM
Reply-To: dm_webb@live.com
To: uformp@blm.gov
Dear Uncompahgre Field Office Manager,
<([#1 [11.1]
The draft management plan for the Uncompahgre Field Office fails to seriously address climate
change, which is the most significant threat to Colorado's public lands and the planet.
Every alternative analyzed in the plan would allow coal mining to continue at current levels for
the next 10-20 years, a decision that your own environmental impact statement admits could
result in more than half a billion tons of climate pollution. In fact, every single alternative
analyzed in the environmental impact statement would increase climate pollution over baseline
levels, and none would limit any fossil fuel production from moving forward, regardless of the
impact to the community and environment. Every alternative would allow more leasing, fracking
and drilling for oil and gas.
Federal public lands must be part of the climate solution, not the problem. I therefore urge you
to:
--adopt goals for the planning area that include significantly reducing climate pollution from
BLM -approved actions on these lands;- analyze and select an alternative that prohibits new
leases for climate -polluting fossil fuels, including coal, oil and natural gas;
--honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the
costs of climate
pollution (the "social cost of carbon"); and help communities in the area transition to cleaner
economies rather than continuing to promote reliance on dirty fuels.
#1])>
Thank you for your attention to this important issue.
Sincerely,
Dean Webb
4522 36th Ave W
Seattle, WA 98199
US


FormLetterDD Organization:
Received: 11/29/2016 10:12:54 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterDD.htm (FormLetterDD-385555.htm Size = 3 KB)

BLM_0157635

Submission  Text

To The Acting UFO Manager,

I am firmly against the options presented in the BLM's Draft Resource Management Plan for the Uncompahgre Region and ask that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

<([#2 [41.2] It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would

damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. #2])> <([#1 [41.1]

I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk.

In addition, BLM did not consider the lack of pipeline safety inspections in rural areas. The National Association of Pipeline Safety Representatives, an association representing state pipeline safety officials, produced a compendium of state pipeline regulations showing that most states with delegated authority from PHMSA to conduct intrastate inspections do not have expanded regulations that cover increased oversight of gathering companies building gathering pipelines in rural areas are generally not subject to inspection and do not have to report the location and characteristics of much of the gathering pipelines being installed. It only makes sense that before a decision is made on leasing the lands, BLM would thoroughly conduct an assessment on the possible repercussions from unregulated rural gas gathering pipelines. #1])>

Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us; Please act in the interest of the people and follow the BLM's mission statement at the same time.


FormLetterDDD Organization:

Received: 11/29/2016 10:15:03 AM

Commenter1: - ,

Organization1:

Commenter Type:

Classification: Substantive

Submission Category: Unique

Submitted As: Regular mail

Form Letter Category: Master form letter

Form Letter Master:

Current Task: Review Assigned/Due: zghali

Attachments: FormLetterDDD.htm (FormLetterDDD-385556.htm  Size = 2 KB)

Submission Text

Dear Dana Wilson,


In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus

on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

<([#1 [18.3] In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a
result of drilling, continuous operations or accidents, and their impact on people's health. #1])>
<([#2 [18.3] BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact_of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
#2])>
How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see,the, Shalefield Stories vol. 2 published by Friends of the Harmed in 2015. www.shalefieldstories.org Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health impact analysis.
In Solidarity,


FormLetterDDDD Organization:
Received: 1/4/2017 1:53:31 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: UFORMP_FormLetterDDDD.htm (FormLetterDDDD-391716.htm Size = 2 KB)
Submission Text
To the BLM,
I spend time in the North Fork Valley enjoying the many benefits of
the rivers and reservoirs. I swim, fish and boat on the flowing waters
of the North Fork River. I am deeply concerned about the threat

that Hydraulic Fracturing poses on the life sustaining waters of the North Fork River, the Paonia and Crawford reservoirs, the many streams, lakes and ponds, the irrigation water ....
There is no good reason to threaten our valuable natural resources. The Hydraulic Fracturing industries do not support local culture and economy and have proven to be irresponsible in their practices.
Hydraulic Fracturing has been proven to harm human health as well as the health of wildlife and fish. Please protect biodiversity!
Respiratory, cardiovascular, immune and endocrine disease has been linked to hydraulic fracturing.
Our local food, wine and life rely on clean water, air and soil.
Communities polluted by hydraulic fracturing have reduced local economy and real estate values.
Please protect the waterways of The North Fork Valley!
Stop development of Bull Mountain, No unfair land swaps, no Fracking!!
<([#1 [2] At a bare minimum, I support the North Fork Alternative B 1 . #1])>


FormLetterE Organization:
Received: 12/8/2016 10:02:41 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterE.htm (FormLetterE-387729.htm Size = 2 KB)
Submission Text
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Uncompahgre Resource Management Plan Comment
1 message
sharynestelle@gmail.com <sharynestelle@gmail.com> Fri, Oct 21, 2016 at 9:21 PM
Reply-To: sharynestelle@gmail.com
To: uformp@blm.gov


Dear Uncompahgre Field Office:
Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas.

Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,
Sharyn Dreyer
1150 Vine St.
Denver, CO 80206


FormLetterEE Organization:
Received: 11/29/2016 10:17:40 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterEE.htm (FormLetterEE-385557.htm  Size = 3 KB)
Submission Text
To the BLM Director,

<([#1 [41.1] The Draft RMP for the Uncompahgre Region is inadequate and must be revised. Until this is done, I request that the BLM issue a moratorium on oil and gas leasing. Currently, rural gas gathering pipelines are exempt from federal regulations. The moratorium is needed until
iurat gas gathering pipelines are regulated to prevent leaks, spills, explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage tne environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not include pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. Nevertheless, rural gas gathering lines are exempt from federal pipeline safety regulations.

There are so many situations which demand that pipeline safety be a priority. Extreme weather can cause flooding, mudslides or geological instability resulting in damage to the pipelines and culminating in leaks, spills and potential explosions. With a number of gas pipelines on BLM leases, campsites could be in danger with the possibility of forest fires damaging the environment and r:isking human and animal lives. In addition, the integrity of the pipeline can be compromised from faulty construction. Why weren't pipeline safety inspections included in the draft RMP?

#1])>

<([#2 [41.1] Also, the Draft RMP did not consider forest fire risks fr.om pipeline explosions. Our wilderness and wooded areas are far too valuable for tourism and local hunting to risk without doing a proper assessment of pipeline safety. Here is a real event that took place, showing how things can easily go wrong. On December 11, 20t2, a 2O-inch-diameter gas transmission line ruptured in a sparsely populated area about 106 feet west of Interstate 77 (I-77) in Sissonville, WV. An area of fire damage about 820 feet wide extended nearly 1,100 feet along the pipeline right-of-way. Three houses were destroyed by the fire, and several other houses were damaged. Reported losses, repairs, and upgrades from this incident totaled over $8.5 million, and major transportation delays occurred. I-77 was closed in both directions because of the fire and resulting damage to the road surface. The northbound lanes were closed for about 14 hours, and the southbound lanes were closed for about 19 hours while the road was resurfaced, causing delays to both travelers and commercial shipping.

http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR1401.

pdf

#2])>

The BLM should issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.


FormLetterEEE Organization:
Received: 11/29/2016 10:31:13 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterEEE.htm (FormLetterEEE-385558.htm Size = 3 KB)
Submission Text
Dear BLM Director:

I urge the BLM to issue a moratorium on oil and gas leasing in the North Fork Valley until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and ensure that a web of gas
gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal lives, and create other economic and environmental risks not considered by the BLM.

<([#1 [18.3] In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health. The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:
. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide
and particulate matter
. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter #1])>

I question the BLM considering additional oil and gas development and hydraulic fracturing when they have not analyzed oil and gas operations, pipeline safety and their impact on human health. <([#2 [41.1] The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exemPt from federal pipeline safety regulations.
The integrity of the pipeline can be compromised not only from faulty construct¡on, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the
pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. #2])> The moratorium needs to be issues on all oil and gas leasing or
a no leasing option should be pursued.

FormLetterEEEE Organization:
Received: 1/4/2017 1:55:39 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter

Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: UFORMP_FormLetterEEEE.htm (FormLetterEEEE-391717.htm   Size = 3 KB)
Submission  Text
Dear Gina Jones,
My family came to the North Fork Valley because of the quality  of life, the healthy produce and meat that we are able to purchase, the pristine waters and clean air and peaceful lifestyle.
As a resident of this valley, I am opposed to any increase in hydraulic fracturing. I am against the Final Environmental  Impact Statement (FEIS) for SG Interests I, Ltd's Master Development Plan(MDP) proposal and all the options. With the addition of 146 natural gas wells, the negative impacts on the environment  decreasing air, water and soil quality would hurt everyone and every type of wildlife. The ozone levels as modeled by the BLM for the Bull Mountain area already exceed the EPA threshold of 70ppb. The BLM did not adequately review the direct, indirect and cumulative  impacts as required by NEPA, some of which include greenhouse gas emissions and how they impact the climate including  the severity of these impacts and social cost of carbon. Various types of drilling technologies  were not considered in the BLM's analysis. And the BLM did not consult with the Pipeline Hazardous Materials and Safety Administration or
consider the potential impacts an exemption from safety rules would have on any living  beings as well as al the environment.  Even with the many methane leaks which have occurred in connection with hydraulic  fracturing, the BLM did not properly analyze methane and other air pollutants or consider mitigation  measures to reduce these impacts.
I like to think of Colorado as a forward thinking  state and a leader in many areas. let Colorado and the BLM be at the forefront in this industry  by showing the rest of the world that we care for the health and wellbeing  of all and in making any changes, the issues mentioned  above area are addressed and analyses are carried out before any more natural gas wells are permitted.
I feel it is irresponsible to increase fracking due to undisclosed chemicals which are in the fracking fluid. <([#1 [21.1] Therefore, a no leasing option should be considered, as we don't know the
ramifications of those chemicals put into our ground water or potentially  spilled  or consumed by animals. The no lease option is the best way to protect the North Fork Valley and ensure our community can continue to thrive in the future. While that is the only  option I feel is valid, if you won't consider a no-Iease option, then Plan B1 would be the next least damaging option.
#1])> Yours Sincerely,
Cc: Barb Sharrow, Dana Wilson, Sally Jewell, Sen. Cory Gardner, Sen. Michael Bennet


FormLetterF_EarthJustice Organization: EarthJustice
Received: 12/8/2016 10:20:39 AM
Commenter1: - ,
Organization1 :EarthJustice
Commenter Type: Organization (nonprofit/citizens  group)
Classification: Substantive
Submission  Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:

Current Task: Review Assigned/Due: zghali
Attachments: FormLetterF_EarthJustice.htm (FormLetterF_EarthJustice-387730.htm Size = 3 KB)
Submission Text
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Stop a "do-nothing" climate plan for Colorado's public lands
1 message
Brenda Probasco <info@earthjustice.org>  Wed, Oct 19, 2016 at 10:39 AM
Reply-To: Brenda Probasco <probasco.brenda@gmail.com>
To: Field Office Manager <uformp@blm.gov>
Oct 19, 2016
Field Office Manager
2465 South Townsend Avenue
Montrose, CO 81401
Thank you for reading my letter.
<([#1 [11.1]
I am deeply concerned that the draft management plan for the
Uncompahgre Field Office fails to seriously address climate change, the
most significant threat to Colorado's public lands and to the planet.
Every alternative the BLM is considering would allow coal mining to
continue at current levels for the next 10 to 20 years, a decision that
your own environmental impact statement (EIS) admits could result in
more than half a billion tons of climate pollution. In fact, every
single alternative the EIS analyzes would increase climate pollution
over baseline levels, and none would result in any reduction of coal
production. Every alternative would allow more leasing, more fracking
and more drilling for oil and gas.
Federal public lands must be part of the climate solution, not continue
to make the problem worse. I therefore urge the BLM to:
- Adopt goals for the planning area that include significantly
reducing the climate pollution from BLM-approved actions on these lands
- Seriously consider alternatives that prohibit new leases for
climate-polluting fossil fuels, including coal, oil and natural gas
- Honestly disclose the direct and indirect climate emissions of
fossil fuel leasing, including the costs of climate pollution (the
"social cost of carbon")
- Take a hard look at how to work with communities in the area to
transition from fossil fuels to cleaner economies
#1])> Thank you for your attention to this important issue.
Sincerely,
Brenda Probasco
Gulfport, FL 33707-3664
probasco.brenda@gmail.com


FormLetterFF Organization:
Received: 11/29/2016 10:38:37 AM

BLM_0157643

Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterFF.htm (FormLetterFF-385559.htm Size = 3 KB)
Submission Text
To the BLM:

As an individual who appreciates the biological diversity and lively eco-system of this area, I
feel it is irresponsible to increase fracking without a more in depth study due to the unknown and
undisclosed chemicals that are in the fracking fluids. How can we know the consequences to our
ground water if this spills on the land and how this will affect the wildlife? These concerns must
be addressed before we allow any more drilling.

<([#1 [41.1] I am also concerned about pipeline safety. There continue to be many leaks and
spills, and pipelines do fail. Pipeline explosions can cause forest fires. Extreme weather as we
sometimes experience in Colorado could result in damaged pipelines. The BLM's Draft Resource
Management Plan did not consider pipeline safety and integrity management. While there are
federal pipeline safety regulations to ensure proper construction of pipelines and reporting of
pipeline failures for proper oversight, rural gas gathering lines are exempt from federal pipeline
safety regulations. In not considering pipeline safety, the BLM ignores how a leak or accident
might affect residents, visitors (hikers, hunters, campers, anglers) wildlife and the environment.
#1])>

<([#2 [41.2] Illnesses resulting from exposure to toxins from drilling or pipeline spills and leaks
are also of great concern and environmental damage can only increase with the new horizontal
drilling and multi-stage hydraulic fracturing technologies. Will a significant number of new
natural gas wells, result in earth quakes (see beiow fracking studies: link between injection wells
and earthquakes) and more health risks, such as asthma and neurological diseases? The article
below addresses
the costly consequences of hydraulic fracturing in terms of dollars and lives. From the
Wilderness article about our neighboring county: "Since Garfield County, Colorado has
experienced fracking development, residents who live within a half mile of the natural gas wells
have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known
to cause respiratory and neurological problems, according to a three-year study from the
Colorado School of Public Health." Methane is also mentioned as a problem related to fracking.
#2])>
I like to think of Colorado as a forward thinking state and a leader in many areas. Let Colorado
and the BLM be at the forefront in this industry by showing the rest of the world that we care for
the health and wellbeing of all by addressing the issues mentioned with a thorough study of
current technologies anã by issuing a moratorium on gas and oil leasing until rural gas gathering

pipelines are regulated.

Sincerely,

FormLetterFFF Organization:
Received: 11/29/2016 10:48:01 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterFFF.htm (FormLetterFFF-385560.htm  Size = 2 KB)
Submission Text
Dear Dana Wilson,
Not being very familiar with the BLM, I looked up the BLM's own description of what it is and
what it does. It states that the "(BLM) may best be described as a small agency with a big
mission: To sustain the health, diversity, and productivity of America's public lands for the use
and enjoyment of present and future generations." I realize that the BLM needs to consider
productivity, but I would like
to believe that the choice would also focus on sustaining the health and diversity of the country's
public lands. In my opinion the BLM has failed in this.

<([#1 [18.3] In the Draft RMP, the BLM never addresses the volatile organic compounds
(VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released,
leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on
the environment and people's health.
In particular, the BLM did not take into consideration the following:

1. truck transportation of water, fluids and sand
2. casing, drilling and hydraulic fracturing
3. flaring and condensate tank flaring #1])>

I question the BLM considering additional oil and gas development and fracking when it has not
analyzed oil and gas operations and their impact on human health.
I would also like to know why the BLM ignores the articles on thousands of people who either
lost their lives or had their health compromised from living near oil and gas development. The
BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands."
Can you really trust those who keep
allowing repeated spills and damage to the environment in fracking operations? I can only
consider a NO Leasing alternative.
Sincerely,

FormLetterFFFF Organization:
Received: 1/4/2017 1:59:21 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: UFORMP_FormLetterFFFF.htm (FormLetterFFFF-391718.htm Size = 2 KB)
Submission Text
Irresponsible Oil and Gas Development
Petition
I am opposed to Representative Tipton's Western Colorado Lease Exchange and
Conservation Act of 2016 because:
o It is irresponsible to locate oil and gas operations in a food shed
o It is irresponsible to lease federal land for oil and gas development without federal, state.
and local environmental review
o It is irresponsible to impose oil and gas development on impacted communities without
appropriate compensation for health. economic. and environmental impact
o It is irresponsible to not consider food and environmental security in the national security
equation

North Fork Valley/Delta County specific reasons for my opposition:
o Development is in the middle of the watershed
o Development would destroy local efforts in transforming the economy to one based on
agro-tourism. recreation. renewable energy. agriculture. organic/clean food
o Development would destroy the unique biodiversity
o Development would contaminate soils. water and air and lead to increases in respiratory.
endocrine. immune, cardiovascular disease
o Development would adversely impact real estate values
I am: [Please check all that apply]
o An organic farmer
o A conventional farmer
o A rancher
o A resident
o A consumer of NFV/Delta County produce and meat and poultry
o A Republican
o A Democrat
o An Independent
o A homeowner
o A food business owner
o A scientist/geologist
o A Realtor

o A hotel/recreation business owner
o A tourist/visitor to Delta County/NFV
o Other

Additional Comments:
Signed,
Print Name
Date
Signature
Email Address
Street addresss, city, state, zip code

By signing this petition you authorize the public distribution of your name and contact information for the stated
purpose.

FormLetterG_WSCC Organization: Western Slope Conservation Center
Received: 10/23/2016 12:00:00 AM
Commenter1: - ,
Organization1:Western Slope Conservation Center
Commenter Type: Organization (nonprofit/citizens group)
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterG_WSCC.htm (FormLetterG_WSCC-387731.htm Size = 2 KB)
Submission Text
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Support Alternative B1 in the Final RMP
1 message
Richard Grossman <mail@population-matters.org> Sun, Oct 23, 2016 at 4:54 PM
Reply-To: mail@population-matters.org
To: UFORMP@blm.gov

Dear
Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to
protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development

potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative,
B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to
ensure the protection of the resources that make the North Fork such a unique and special place
to live.
Alternative B1 ensures the strongest level of long-term protection for resources of particular
concern, such as water
supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds;
undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you
again for accepting my comments for the RMP process.

Richard Grossman
800 Heartwood Lane
Bayfield, CO 81122


FormLetterGG Organization:
Received: 11/29/2016 10:53:12 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterGG.htm (FormLetterGG-385561.htm Size = 2 KB)
Submission Text
Dear Barb Sharrow, Gina Jones and Dana Wilson,
I am a resident of Colorado who loves this state and the beauty that I see every day. I treasure the
watersheds and know how much the health and wellbeing of everyone and every tree, plant,
animal, bird and insect mean to those of us in the North Fork Valley. Already we have many
endangered species and humans who suffer from asthma and neurological diseases.

Some of the negative impact on people, critters and the environment are due to the chemicals
used in hydraulic fracturing as well as spills caused. As mentioned in the report from the NYS
Department
of Health noted below, the price is too high to allow fracking to increase in our valley. <([#1
[21.1] Due to the undisclosed chemicals in the fracking fluid, it would be irresponsible to
proceed without further study. Therefore, a no leasing option should be considered because we
don't know the ramifications of those chemicals put into our ground water or potentially spilled
or consumed by animals. #1])> I am a steward of the land and want to care for it so that future
generations will be able to live here without fear of drinking the water, eating the food or even

BLM_0157648

breathing the air. We in Colorado need to be in the forefront by taking a stand to preserve what we have. There are too many unanswered questions to allow the BLM's RMP for the North Fork Valley to be approved. None of the options included protect us or include adequate assessments of the possible impacts.

I sincerely recommend that you do not allow any of the options mentioned in the RMP. There should be a NO LEASE option! While I recommend that you don't do anything, if you must select an option, then the only one to consider is Alternative Plan B1.


FormLetterGGG Organization:
Received: 11/29/2016 10:54:21 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterGGG.htm (FormLetterGGG-385562.htm Size = 2 KB)
Submission Text
Dear Joe Meyer,


All of us who would have to live with the impact on the environment from hydraulic fracturing ask you to note that in Utah on October 6th, a federal judge denied the BLM's approval for drilling 16 sites in the Uinta Basin due to insufficient analysis of the impact as the project grows.

The Draft BLM Uncompahgre Resource Management Plan for our valley also did not adequately address the impact on the environment for the following:

- <([#1 [37.3] leaks or spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites. #1])>
- <([#2 [41.2] possible environmental disasters caused by or affecting fluid mineral development. It is possible that wastewater injection wells can cause seismic activity. There is no mention of this in the RMP.
#2])> -<([#3 [18.3] the possibility of explosions, or lightning strikes and the risk that these events can pose to nearby residences, structures, property and other natural resources when natural gas and other explosive materials are involved. The planning area is often subject to drought
conditions in which fires can quickly get out control.
#3])> -<([#4 [18.3] potential toxic emissions such as the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.
#4])>
The impact on human health and our valley's environment has to be a priority. Why hasn't the

BLM conducted a human health impact assessment? These are just a few of my concerns. Therefore, I demand that the BLM not move forward with any options laid out in the Draft RMP and issue a moratorium.
Sincerely

FormLetterGGGG Organization:
Received: 1/4/2017 2:09:51 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: UFORMP_FormLetterGGGG.htm (FormLetterGGGG-391719.htm Size = 2 KB)
Submission Text
Uncompahgre Field Office
2465 South Townsend Ave
Montrose, CO 81401
Attention: Gina Jones
As a farmer/rancher who makes his living from the land and depends on the quality of the air and all
natural resources for my crops and animals as well as my family, I am very concerned about the possibility of the development of 146 natural gas wells in the Bull Mountain Unit. I oppose the Final
Environmental Impact Statement (FEIS) for SG Interests I, Ltd's Master Development Plan (MOP)
proposal and all the options which would allow 146 new natural gas wells in the Bull Mountain Unit
Studies have shown that the impact on communities' health, lowering of real estate values as well as how
our resources are affected far outweigh any financial gain from hydraulic fracturing. From what I have
read, much of the damage occurs from spills which percolate into ground water. This is a huge problem
since we are all downstream, we irrigate with a lot of surface water and the groundwater is shallow.
The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below truck
collisions, train derailments result in spills which have caused untold damage. There are also methane
and other leaks which result in increased asthma and other health problems. The BLM has not produced
a balanced plan taking into consideration new horizontal drilling and multi-stage hydraulic

fracturing
technologies. This relatively new drilling technology involves a far greater magnitude of impacts,
including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant
emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more
water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of
additional round trips of truck traffic per well.
We are effectively killing our precious eco-system and putting an end to sustainability in Western
Colorado.
Regards,
Street
City, State, Zip Code
http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking
http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/2557


FormLetterH_CHC Organization: Citizens for a Healthy Community
Received: 12/8/2016 10:27:07 AM
Commenter1: - ,
Organization1:Citizens for a Healthy Community
Commenter Type: Organization (nonprofit/citizens group)
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterH_CHC.htm (FormLetterH_CHC-387732.htm Size = 3 KB)
Submission Text
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
No oil and gas leasing on public lands in the North Fork Valley
1 message
laura collins <lkielman@att.net> Tue, Oct 25, 2016 at 9:15 PM
Reply-To: lkielman@att.net
To: uformp@blm.gov
Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch
I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.
I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the

south of France.
<([#1 [21.1] I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.
The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.
It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional
greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing.

At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable. #1])>
Thank you,
laura collins
95818


FormLetterHH Organization:
Received: 11/29/2016 10:59:00 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterHH.htm (FormLetterHH-385563.htm Size = 3 KB)
Submission Text
Dear Gina Jones and Barb Sharrow,
As a farmer/rancher who makes his living from the land and depends on the quality of the air and all natural resources for my crops and animals as well as my family, I am very concerned about the possibility of an increase of any natural gas wells as proposed by the BLM's RMP.

Studies have shown that the impact on communities' health, lowering of real estate values as well as how our resources are affected far outweigh any financial gain from hydraulic fracturing. From what I have read, much of the damage occurs from spills which percolate into ground water. This is a huge problem since we are all downstream. We irrigate with a lot of surface water and the groundwater is shallow.

BLM_0157652

<([#1 [18.3] Also among my concerns is the fact that the BLM has not included a human health analysis. A strict standard should be set with regular testing if any development occurs to ensure that the quality we have is not lessened. I see too many gaps which have not been supplied to make me feel that the proper safety nets will be in place or proper monitoring. #1])>

<([#2 [41.2] It would be irresponsible to increase fracking due to undisclosed chemicals which are in the fracking fluid. Therefore, a no leasing option should be considered because we don't know the ramifications of

those chemicals put into our ground water or potentially spilled or consumed by animals. #2])>

Therefore, I cannot condone or accept any of the plans offered by the BLM in the latest RMP. I recommend that a no lease plan be considered and adopted as the only acceptable way to protect and preserve the economy and quality of life in this valley.

Regards,


FormLetterHHH Organization:
Received: 11/29/2016 11:02:04 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterHHH.htm (FormLetterHHH-385564.htm  Size = 3 KB)
Submission Text
To the BLM,
I am a resident in the North Fork Valley. We moved here because of the quality of life, the caring farmers and ranchers and the pristine environment. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.


<([#1 [18.3]
In The Draft RMP the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.
BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals

BLM_0157653

and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems #1])>

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the article below which addresses health concerns. http://jama.jamanetwork.com/article.aspx?articleid=1167312  Why is the BLM not paying attention to the thousands of people who either lost
lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented
damage. A no-leasing alternative is the only logical and reasonable choice.


FormLetterHHHH Organization:
Received: 1/4/2017 2:11:37 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: UFORMP_FormLetterHHHH.htm (FormLetterHHHH-391720.htm  Size = 2 KB)
Submission Text
Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401
Attn: Dana Wilson
I am a tourist who frequently visits the North Fork Valley. I love the beautiful landscape, the high quality food, the clean air and water. I have been supporting hotels and other businesses in the area for twenty-plus years. <([#1 [21.1] This is why I am asking you to please choose the North Fork Alternative, B1, and all other reasonable conservation protections in Alternative B. This is only secondary to my first choice, which would be to have zero hydraulic fracturing. How did you not consider this as a reasonable alternative?
#1])> Hydraulic Fracturing presents many dangers still unknown to us. Some that we have already seen come in the impact of transportation of hazardous materials, impact on water and air quality, road degradation, increased heavy truck traffic, and an impact on wildlife. As a tourist from the east coast, I come to the North Fork every year to get away from those things exactly; to enjoy nature and a clean quality of life that is

BLM_0157654

becoming harder and harder to find in this country. Hydraulic fracturing has already been banned in Bulgaria, Germany, France, and Scotland, as well as in New York, Maryland, and many counties across America. In America, we have seen an all out disaster occur in Flint, Michigan.

I can't speak for everyone, but I can certainly say for myself that hydraulic fracturing in the North Fork Valley will end my adventures travelling here. I love it so much, but the health risks are just not worth it. Please take my comments into consideration.

Thank you very much, and please take this seriously.

Name:

Mailing Address:

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet


FormLetterI_WildEarthGuardians Organization: WildEarth Guardians

Received: 10/28/2016 12:00:00 AM

Commenter1: - ,

Organization1:WildEarth Guardians

Commenter Type: Organization (nonprofit/citizens group)

Classification: Substantive

Submission Category: Unique

Submitted As: E-Mail

Form Letter Category: Master form letter

Form Letter Master:

Current Task: Review Assigned/Due: zghali

Attachments: FormLetterI_WildEarthGuardians.htm (FormLetterI_WildEarthGuardians-387733.htm Size = 3 KB)

Submission Text

UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>

Keep Our Fossil Fuels in the Ground

1 message

Michael Maggied <action@wildearthguardians.org> Fri, Oct 28, 2016 at 11:40 AM

Reply-To: Michael Maggied <pbcup@mindspring.com>

To: Bureau of Land Management Uncompahgre Field Office <uformp@blm.gov>

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office

2465 S. Townsend Ave.

Montrose, CO 81401

Dear Uncompahgre Field Office,


I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon

BLM_0157655

pollution.
More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk. In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.
Please, stop catering to the demands of the fossil fuel industry. The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons. It is a crown jewel of
Colorado and the American West.


<([#1 [21.1] [22.1] I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:
1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;
2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and
3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends. #1])>

Thank you for putting our climate, our health, and our future first.
Sincerely,
Michael Maggied
2240 E Arbor Cir
Mesa, AZ 85204-1419
pbcup@mindspring.com


FormLetterII Organization:
Received: 11/29/2016 11:08:45 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterII.htm (FormLetterII-385565.htm Size = 4 KB)
Submission Text
Dana Wilson,
I urge the BLM to issue a moratorium on all oil and gas leasing. <([#1 [41.2] At this point in

time, it would be irresponsible for the BLM to move forward as the Draft RMP failed to mention pipeline integrity

management and pipeline safety. It is very plausible that the integrity of the pipeline could be compromised, not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Leaks and spills could occur along the pipeline, which could contaminate the soil and water. Faulty construction or a compromised pipeline from any geological incident could also result in a rupture or explosion. We have already seen instances of this happening within the United States. What makes this problem even more uncertain is that right now rural gas gathering pipelines are not regulated. This is a danger. Rural gas pipelines need to be regulated to prevent leaks, spills, explosions and also to give the public confidence that these pipelines will not endanger campsites, start forest fires, damage the environment, or result in animal or human fatalities. #1])>

<([#2 [18.3] In addition, the Draft RMP also does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the

respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. #2])> The BLM did not analyze or consider that pipeline maintenance, the use of waste ponds for the storage of flow back fluids, and that truck transportation of water, fluids and sand all can result in the release of VOCs, methane and hydrogen sulfide and result in negatively affecting the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

How can the BLM have conducted a proper comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. <([#3 [41.1] [21.1] However, because rural gas gathering lines are exempt from the federal pipeline safety regulations, the moratorium is needed to protect the North Fork Valley until rural pipelines are regulated. At this point, the BLM should not move forward with any options laid out in the Draft RMP. #3])>


FormLetterIII Organization:
Received: 11/29/2016 11:12:21 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterIII.htm (FormLetterIII-385566.htm Size = 3 KB)
Submission Text
To the BLM,

The Department of the Interior came out with a study on the impact of climate change on national parks, which referenced at the end of this letter.

It is not just the parks which need to be considered. All public lands need to be included in regard to climate change. As temperatures rise and warmer seasons extend, water becomes even more precious.

Most of the domestic water sources in the NFV are surface springs and streams that are either on or near BLM lands affected by the BLM's Draft RMP. Our communities depend on water for farms, ranches and

homes. There is no extra water for hydraulic fracturing now, and with increased demands from warmer weather and higher temperatures due to climate change, the North Fork Valley would be in a crisis.

<([#1 [41.2] [37.3]

The BLM did not consider the permanent removal of water from the hydrologic cycle and that there are insufficient water supplies necessary to support fracking and other drilling operations, particularly in this period of persistent drought. These concerns were not addressed in the Draft RMP

- Risk of contamination to irrigation water and crops from:
- Fracking chemical contamination of ground and surface waters
- Damage to irrigation canal access and bridges o Airborne volatile organic compounds
- Airborne silicates
- Silting in of rivers and irrigation ditches
- Increases in diesel exhaust from transportation, well and compressor sites 5 Risk of loss to irrigation shares for multiple irrigation ditches in the North Fork.
- Drinking Water 5 Risk to drinking water supplies for North Fork communities, potentially affecting 30,000 + people

#1])>

The additional demands of fracking would overwhelm our already limited water supply. Therefore, I reject all options in the Draft RMP and demand that the BLM issue a moratorium. Anything else would destroy

our economy and community.

In Solidarity,

https://www.doi.gov/pressreleases/interior-secretary-jewell-announces-study-showing-spring-starting-earlier-national


FormLetterIIII Organization:
Received: 1/4/2017 2:13:29 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: UFORMP_FormLetterIIII.htm (FormLetterIIII-391721.htm Size = 3 KB)

Submission Text
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose CO 81401
Dear Gina Jones,
As a Colorado resident, I am opposed to the Final Environmental Impact Statement (FEIS) for SG
Interests I, Ltd's Master Development Plan(MDP) proposal and all the options. With the addition of 146
natural gas wells, the negative impacts on the environment decreasing air, water and soil quality would
hurt everyone and every type of wildlife.
A lot of us count on the quality food which is grown in the North Fork valley. Colorado products are
marketed as some of the finest and healthiest in the country. That will totally change if the BLM allows
any increase in hydraulic fracturing in the Bull Mountain Unit. The roads will be overwhelmed with so
much truck traffic, that bicyclists, tourists and residents will find it impossible to travel. The damage to
the environment and to anyone in the area will be felt and will impact the economy negatively as a
consequence.
The damage won't be confined to the fragile ecosystem of the NFV. As shown in the links below: truck
collisions and train derailments result in spills which have caused untold damage. There are also
methane and other leaks which result in increased asthma and other health problems. The BLM has not
produced a balanced plan taking into consideration new horizontal drilling and multi-stage hydraulic
fracturing technologies. This relatively new drilling technology involves a far greater magnitude of
impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air
pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10
times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and
thousands of additional round trips of truck traffic per well. Lastly, we have no idea which chemicals are
in the fracking fluids and have no idea of the impact they will have on wildlife or the environment.
This is an inappropriate use of public lands. We are the stewards of this land and have a responsibility to
protect it for future generations. Please do not move forward with this proposal.
Yours truly,

Street
City, State, zip

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking
http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

FormLetterJ Organization:
Received: 12/8/2016 4:16:41 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterJ.htm (FormLetterJ-387772.htm  Size = 13 KB)
Submission Text
Comments regarding the Uncompahgre Field Office .doc
46K
1
To: Dana Wilson, Acting Uncompahgre Field Manager
Thank you for the opportunity to comment on the Uncompahgre Field Office's draft Resource
Management Plan (draft RMP).

<([#1 [30.3] The RMP currently in effect was approved at least 26 years ago (1989/scoping
began in 1983) and it in no way accounts for the socioeconomic benefits being derived from the
agricultural operations that now exist in the North Fork Valley. Unfortunately, this draft RMP is
no better. It contains only cursory acknowledgement of the existence of this valley within the
Uncompahgre Field Office planning area and has not adequately or appropriately described what
makes it of such unique agricultural, artistic and entrepreneurial importance to all of Colorado,
the resort towns surrounding the valley
(Aspen, Telluride and Crested Butte) and surrounding states. This omission of fully describing
this valley does not constitute meeting the requirement of "succinctly describing the environment
of the area(s) to be affected by the alternatives under consideration" as required by 40 CFR
1502.15.

This valley has been formally identified through multiple means as a truly unique place:

a) It has been described as "An American Provence" in the book by the same name written by
University of Colorado professor, Thomas Huber. He compares the North Fork Valley with its
vineyards to the famous wine growing region of southern France.
http://www.merchantherald.com/geographer-says-the-north-fork-is-an-american-provence/

b) This valley was designated by the state of Colorado as a Colorado Certified Creative District

in 2013. Information on the significance of this designation can be viewed at
http://www.coloradocreativeindustries.org/showcase/colorado-creative-districts

c) Delta County was recently awarded three Blueprint 2.0 Initiatives by the Colorado Office of
Economic Development and International Trade. The Initiatives include Strengthening Local
Business Brand, Adaptive Reuse Workshop and Tourism Promotion.
http://choosecolorado.com/lt-gov-donna-lynne-announces-colorado-blueprint-2-0-initiative-
recipients/

d) The North Fork Valley has also been designated as an American Viticulture Area by the U.S.
government. This designation was officially adopted in 2001 and codified at 27 CFR
https://www.gpo.gov/fdsys/pkg/CFR-2016-title27-vol1/pdf/CFR-2016-title27-vol1-sec9-172.pdf
An American Viticulture Area is a delineated grape-growing region having distinguishing
features as established in Federal regulation and a name and delineated boundary. This is only
one of two such designated areas in Colorado.

These accolades, awards and designations are presented here to make a point - - this valley is
recognized for its unique agriculture (it contains the highest concentration of organic farms,
orchards and vineyards in Colorado), local business, art, agribusiness, agritourism, and recreation
industries and deserves protection from any threat of environmental degradation. Gas exploration
and development is
not compatible with the economic culture of this valley and in fact, its very presencewould
threaten its highly regarded reputation as an organic agricultural area.
#1])>
<([#2 [3] [5.6] Additionally, this draft RMP has been written using the standard BLM RMP
boilerplate/template language. There is nothing boilerplate about the North Fork Valley. Its
presence in the Uncompahgre planning area requires that effects to it from actions occurring in
the BLM decision area must be thoroughly considered. This has not been done.

The potential environmental consequences presented in this draft RMP do not in any way
address the depth and breadth of potential effects to the valley from fluid mineral exploration and
production. This is in direct conflict with BLM regulation 40 CFR 1610.4-6: Estimation of
effects of alternatives, which requires that the Field Manager "will estimate and display the
physical, biological, economic, and social effects of implementing each alternative considered in
detail." Without acknowledging and describing the North Fork Valley in detail, this requirement
cannot and has not been achieved. #2])>

<([#3 [3] [5.3] The inadequacy of the draft RMP is further exemplified by the following:
1) Chapter 1, Section 1.4 and Table 1.3: This section and table fail to appropriately and
adequately acknowledge and discuss the North Fork Alternative Plan (NFAP) presented to the
BLM during scoping by citizens and governmental entities in the North Fork Valley.
The NFAP was submitted in order to provide the BLM with information about the uniqueness
and renowned agricultural productivity of the valley and supported the request to remove the
BLM land surrounding this valley from any future leasing. However, the section summarizing
the scoping comments received does not include this important scoping submittal and has
consequently resulted in the lack of any meaningful reference to this agriculturally important and

BLM_0157661

productive area throughout the remainder of the draft RMP. This violates the Council on Environmental Quality (CEQ) regulation at

40 CFR 1501.7(a)(2) which requires the lead agency to determine the significant issues to be analyzed in depth in an Environmental Impact Statement.

This absence of acknowledgment of the North Fork Valley's unique qualities is also in direct conflict with Section 1500.1(b) of the CEQ regulations which states that "NEPA documents must concentrate on the issues that are truly significant to the action in question, rather than amassing needless detail."

#3])>

2) <([#4 [5.3] Chapter 1, Table 1-2, Step 7: By not appropriately including the North Fork Valley and the potential negative environmental effects to it by the various proposed alternatives as a "planning issue," this draft RMP does not adequately meet the requirement that the preferred alternative be the "alternative that best resolves planning issues." #4])>

3) <([#5 [5.3] [3] Chapter 2, Section 2.2.3: The lack of adequate discussion and acknowledgement of the North Fork Valley in Chapter 1 (as discussed above) has created a situation where the significance of each alternative to potentially impact the human and natural environment within the BLM planning area is missing from the fundamental underpinnings of the analysis. This absence of appropriate consideration is evident throughout the remainder of the document and in taking this approach, this document does not meet the level of analysis required by CEQ regulations (1502.1; 1502.2; 1508.8; 1508.14 and

1508.27(a), (b)(3), (b)(4) and (b)(6)) or the National Environmental Policy Act, Section 101(b). #5])>

4) <([#6 [5.3] [3] [14.1.1] Chapter 2, Table 2-1 and Appendix D, Ecologic Emphasis Areas: The North Fork Valley

should have been included in this portion of the analysis. Although it does not fit the BLM's routine (boilerplate) areas of analysis - unprotected core wildlife and native plant habitat and associated movement, dispersal, and migration corridors – does not make this ecologically unique area any less worthy of consideration. In fact, minimizing impacts to this culturally and agriculturally significant geographic area should be the core value addressed throughout the draft RMP and presented under each of the Alternatives in Tables 2-1 through 2-6.

#6])>

5)<([#7 [31.2] [3] Chapter 3, Section 3.1.3 Geology and Soils: The following statement is included in this section; "There are no farmlands of national or statewide importance on BLM-administered lands within the planning area (emphasis added). However, according to a report by the Soil Conservation Service, "irrigated and prime irrigated lands of statewide importance, most of which are situated at low elevations on valley floors, occur in the Uncompahgre, North Fork, Surface Creek, and Smith Fork drainage basins" (Soil Conservation Service 1980). #7])>

<([#8 [3] [31.3] Analysis of potential impacts to irrigated and prime irrigated lands existing within the

Uncompahgre planning area (North Fork Valley) resulting from federal actions taking place on BLM-administered lands must be analyzed and disclosed in Chapter 4 and they are not. Chapter 4 is completely silent on the impacts to irrigated and prime irrigated lands occurring within the valley floors in the planning area which violates 40 CFR 1508.14. #8])>

6) <([#9 [34] Chapter 3, Section 3.1.5, Vegetation & Chapter 4, Section 4.3.4 Vegetation: Section 3.1.5 fails to acknowledge or discuss any of the agricultural crops existing in the North Fork Valley which is part of the Uncompahgre Field Office planning area. Omission of these existing and important resources in Chapter 3 has resulted in the complete omission of possible effects to these resources in Chapter 4, Environmental Consequences. This violates CEQ regulations at 40 CFR 1502.15; Affected Environment and 40 CFR 1508.8; Effects. #9])>

7) <([#12 [5.6] [3] Chapter 4, Section 4.1.1 Analytical Assumption, fifth bullet: This bullet asserts that "Direct and indirect impacts of implementing the RMP primarily occur on the decision area lands:" This is a seriously flawed assumption because many of the direct and indirect impacts of implementing the RMP on lands underlain by federal fluid mineral estate have the potential to seriously impact the people (and their livelihoods) living in the North Fork Valley.

"Planning area" is defined as the Uncompahgre Field Office boundary, including all lands, regardless of land ownership (emphasis added), except the Gunnison Gorge NCA Planning Area and the Dominguez-Escalante NCA" and is depicted on Figure 1-1 provided in the draft RMP. Whereas "decision area lands" are limited to public lands and federal mineral estate managed by the USDOI, Bureau of Land Management. The federal mineral estate managed by the BLM is depicted on Figure 1-2, also provided in the draft RMP.

The North Fork Valley's traditional and organic farming, fruit and grape growing areas occur less than one mile in many places from the BLM decision area boundary (but within the Uncompahgre planning area). This proximity is especially true for the thousands of acres of land surrounding Paonia, Hotchkiss and Crawford that would be made available for fluid minerals leasing according to the BLM's preferred alternative. Obviously, these agricultural lands are at risk of being either directly or indirectly impacted by gas activity occurring on the adjacent or contiguous decision area land. #12])>

8) <([#10 [3] [31.3] Chapter 4, Section 4.3.2 Soils and Geology: Because Chapter 3, Section 3.1.3 dismisses the need for identifying and describing irrigated and prime irrigated lands occurring within the planning area, this Section is completely silent on the environmental consequences of federal actions on these agriculturally significant lands. This is a serious omission which only further reinforces the fact that the BLM did not take the environment actually in existence in the planning area into consideration which violates 40 CFR 1502.15 of the CEQ regulations. #10])>

9) <([#11 [3] [30.3] Chapter 4, Section 4.3.3 Water Resources: The following statement is made on page 4-84, "The organic farming industry relies on clean water for agricultural production. Contamination of irrigation waters could affect the ability of local organic farms to maintain their designations." This is the only mention of organic farming in the entire draft RMP. Such a serious threat to the North Fork Valley cannot be allowed to ever occur. And the only way to prevent it is to close the entire area within the NFAP area to any new oil and gas leasing. Oil and gas drilling is absolutely incompatible with the existing land uses currently occurring in this valley. #11])>

BLM_0157663

Conclusion:
The draft RMP states that "When there are conflicts among resource uses or when a land use
activity could result in unacceptable or irreversible impact on the environment, the BLM may
restrict or prohibit some land uses in specific areas."

Based on the comments presented above, there is definitely a conflict between the extraction of
the gas resource and the prevailing land use in the North Fork Valley.

Additionally, the land use
activity of producing natural gas would result in unacceptable and irreversible impacts on the
environment in the North Fork Valley. Therefore, the leasing of any federal fluid minerals within
the borders of the NFAP should be prohibited and this prohibition on further leasing incorporated
into the alternative chosen for the revised RMP. This is the only way to preserve and protect the
integrity of this unique and renowned part of Colorado.

Thank you for your consideration,

FormLetterJJ Organization:
Received: 11/29/2016 11:16:37 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterJJ.htm (FormLetterJJ-385567.htm  Size = 2 KB)
Submission Text
UFO
2465 S Townsend Ave
Montrose, CO 81401
Dear Dana Wilson and Barb Sharrow,
I am a homeowner in the North Fork Valley. I am writing to ask that you chose the North Fork
Alternative, B1, and all other reasonable conservation protections in Alternative B. <([#1 [41.2] I
find it unfair and irresponsible to lease federal land for oil and gas development without federal,
state, and local environmental review. The numerous
impacts Hydraulic Fracturing will have on our land include, but are not limited to, chemical
contamination of ground and surface waters, damage to irrigation canal access and bridges,
airborne volatile organic compounds, airborne silicates, the silting of rivers and irrigation
ditches, and an increase in diesel exhaust from
transportation, well, and compressor sites. #1])> How can I conscientiously raise my children in
an area that threatens a risk to human health from exposure to chemicals associated with oil and
gas development? How can I live in an area that poses a risk to public health from airborne

BLM_0157664

contaminants, ozone and smog, as well as contamination of ground and surface water sources? Never-mind my own decreased quality of life that is an inherent trait of Hydraulic Fracturing in this area, but how, as a single humanity, can we partake in a practice that has a risk of accelerating climate change by contributing methane and other greenhouse gases into the atmosphere? Let us not forget, Hydraulic Fracturing is exempt from the Clean Air and Water Act.

Hydraulic Fracturing will hurt Colorado, and it will hurt the planet as a whole. My decreased property value and daily paranoia of a spill near my home are just two more reasons hydraulic fracturing is unfair to myself and anyone else who lives or owns property in the North Fork Valley. Please, let us not ruin the development of this valley, this state, for short-term gains. Thank you,


FormLetterJJJ Organization:
Received: 11/29/2016 11:17:19 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterJJJ.htm (FormLetterJJJ-385568.htm  Size = 2 KB)
Submission Text
To the BLM,

The Department of the Interior came out with a study on the impact of climate change on national parks, part of which is quoted here and referenced at the end of this letter.

"Using sound science as the basis of this report, we can see that climate change is already impacting our nation's national parks," said Secretary Jewell. "Our challenge in real time is planning for and adapting to these changes - like the need to address increasing threats of invasive species, stresses on native species and changing visitor patterns driven by warmer weather. It's clear that one of the biggest challenges our national parks face in their second century will be adaptive management in the face of a changing climate.....The bottom line is not just that parks are susceptible to climate change. In fact, they have already changed," said Jake Weltzin, an ecologist with the U.S. Geological Survey and a co-author on the study. "Many park managers are already managing in an extreme environment....' According to Jonathan Jarvis, Director of the National Park Service, climate change is ... the greatest threat to the integrity of our
national parks that we have ever experienced.'"

It is not just the parks which need to be considered. All public lands need to be included in regard to climate change. As temperatures rise and warmer seasons extend, water becomes even more precious.

Most of the domestic water sources in the NFV are surface springs and streams that are either on or near BLM lands affected by the BLM's Draft RMP. Our communities depend on water for farms, ranches and
homes. There is no extra water for hydraulic fracturing now, and with increased demands from warmer weather and higher temperatures due to climate change, the North Fork Valley would be in a crisis.

The additional demands of fracking would overwhelm our already limited water supply. Therefore, I reject all options in the Draft RMP and demand that the BLM issue a moratorium. Anything else would destroy
our economy and community.

In Solidarity,

https://www.doi.gov/pressreleases/interior-secretary-jewell-announces-study-showing-spring-starting-earlier-national

http://onl inelibrary.wiley.comldoi/10.1002/ecs2.1465/full


FormLetterJJJJ Organization:
Received: 1/4/2017 2:18:13 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: UFORMP_FormLetterJJJJ.htm (FormLetterJJJJ-391722.htm Size = 2 KB)
Submission Text
Uncompahgre Field Office
2465 South Townsend Ave
Montrose, CO 81401
Dear Gina Jones and Dana Wilson,
I am writing in opposition to hydraulic fracturing. I am opposed to the Final
Environmental Impact Statement (FEIS) for SG Interests I, Ltd's Master Development
Plan(MDP) proposal and all the options. I ask that you address the issues I raise and
do a thorough analysis before proceeding with any new wells.
As an environmentalist who appreciates the biological diversity and live eco-system of
this area, I feel it is irresponsible to increase fracking without a more in depth study
due to the unknown and undisclosed chemicals which are in the fracking fluids. How
can we know the consequences to our ground water if this spills on the land or how
this will affect the wildlife? These concerns must be addressed before we allow any
more drilling on our land.

BLM_0157666

Also the BLM needs to take into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies. This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado.
Regards,

Street
City, State, Zip Code

FormLetterK_TWS Organization: The Wilderness Society
Received: 11/1/2016 12:00:00 AM
Commenter1: - ,
Organization1:The Wilderness Society
Commenter Type: Organization (nonprofit/citizens group)
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterK_TWS.htm (FormLetterK_TWS-387734.htm  Size = 4 KB)
Submission Text
BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401
Re: Draft Resource Management Plan for the Uncompahgre Field Office
Dear BLM-UFO Staff and RMP Comment Team,
I appreciate the opportunity to provide public comment on the long awaited RMP for the UFO. It certainly seems to have been a long time coming and, no doubt, has taken considerable efforts on the part of your office. I've lived in the North Fork Valley for 27 years and have regularly utilized its trails and river ways for recreational activities over the course of those years. Additionally, I have resided throughout most of those years on land that is part of 400 acres that have been conserved through conservation easements to preserve the agricultural and wildlife elements of the properties. I mention this fact as a means of conveying my commitment to and belief in the necessity of wildlife habitat and open space to the quality of life in this region. However, the draft plan (or: Alternative D, the "preferred plan") would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development. I support the inclusion of Alternative B1 which balances all the resources managed by the BLM.

I would hope that your agency which is charged with protecting public lands will follow the collaborative efforts of community members from the North Fork Valley who developed the Alternative B1 as a means of balancing the desires of the community with your statutory obligations. The final plan should include ecological emphasis areas for all critical winter habitat within the North Fork Valley. The final plan should also include the protections of B1 which prohibits surface activities in critical wildlife habitat, and includes both No Leasing and No Surface Occupancy setbacks from streams,
riparian areas, and water bodies.
<([#1 [20.1] The final plan must protect all lands with wilderness characteristics, including the Terror Creek, one of the Ecological emphasis areas. This area is home to a population of Purple Martins that are not found in other areas. It also has one of the largest mature aspen stands in the world, providing prime habitat for elk and deer, and provides important connectivity between the valley bottoms and the roadless lands in the Grand Mesa National Forest. Hunting in this area is an important part of both our culture and our economy. #1])>

The BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.
Sincerely,
Donna Littlefield


FormLetterKK Organization:
Received: 11/29/2016 11:22:41 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterKK.htm (FormLetterKK-385569.htm Size = 2 KB)
Submission Text
I am writing to request that the BLM issue a moratorium on oil and gas leasing, At this point in time, it would be irresponsible for the BLM to move forward.


<([#1 [41.1]
The Draft RMP failed to mention pipeline integrity management and pipeline safety. It is very plausible that the integ¡ity of tne pipeline could be compromised, not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic insability. Leaks and spills could occur along the pipeline, which could contaminate the soil and water. Faulty construction or a compromised pipeline from any geological incident could also result in a rupture or expiosion. We have, already seen instances of
this happening within the United States. What makes this problem even more uncertain is that

right now rural gas gathering pipelines are not regulated. This is a danger. Rural gas pipeiines need to be regulated to prevent leaks, spills, explosions and also to give the public confidence that these pipelines will not endanger campsites, start forest fires, damage the environment, or result in animal or human fatalities.

How can the BLM have conducted a proper comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight.

#1])> However, because rural gas gathering lines are exempy from the federal pipeline safety regulations, the moratorium is needed to protect the North Fork Valley until rural pipelines are regulated. At this point the BLM should not move forawrd with any options laid out in the Draft RMP.

Respectfully,

FormLetterKKKK Organization:
Received: 1/4/2017 2:33:54 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterKKKK.htm (FormLetterKKKK-391723.htm Size = 1 KB)
Submission Text
To Whom it may Concern,
I am a resident of the North Fork Valley and I oppose the Final Environmental Impact Statement for SG Interests and any and all fracking in The North Fork Valley and our watershed.
The risks involved in fracking include harm to our natural environment that may be irreparable, loss of wildlife and habitat, decrease in land and real estate value, environmental pollution of air and water, increase in birth defects and decrease in community health and wellness.
The North Fork Valley is home to many organic farms. These are a great resource to all of Colorado and should be protected by the Bureau of Land Management not threatened. The North Fork is a sanctuary for wildlife and wild lands. People come from all over the world to enjoy the beauty and pristine environment here. Do not allow private industries greed and poor practices to threaten our home and environment.

As a North Fork Valley resident, I stand with my community members for the health and wellbeing of our environment, economy and community. Ban Fracking in The North Fork Valley!


FormLetterL_CHC WSCC Organization: Citizens for a Healthy Community
Received: 10/25/2016 12:00:00 AM
Commenter1: - ,
Organization1:Citizens for a Healthy Community
Commenter2: - ,
Organization2:Western Slope Conservation Center
Commenter Type: Organization (nonprofit/citizens group)
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterL_CHC WSCC.htm (FormLetterL_CHC WSCC-387735.htm Size = 13 KB)
Submission Text
SUPPORT for the RMP alternative protecting the North Fork Valley - NO OIL AND GAS LEASING
1 message
Ben Lehman <rblehman@gmail.com>  Tue, Oct 25, 2016 at 12:45 PM
To: uformp@blm.gov, rmpcomments@citizensforahealthycommunity.org

To the responsible, reasonable, and sensible people of the Bureau of Land Management Uncomphagre Field Office:

I am a resident and businessowner in Paonia, Colorado and live on Pitkin Mesa near plenty of BLM lands.

I have lived in the North Fork Valley for 4 years. I met my wife here. I eat food from here and recreate in the surrounding lands here. I have gotten to know the landscape, watershed, and local economies and cultures intimately. This is my HOME and I utilize the nearby BLM lands for hiking, photography, camping, relaxation, hunting, and much more. Their protection and the preservation of their near-pristine qualities is VITALLY important to me, my family, and the community at large. (And the State/Country/World as well, I'd argue!)

My drinking and irrigation water comes from the Fire Mountain Canal on the northern side of the valley as well as the Paonia municipal water supply near BLM lands that would be left open to oil and gas development in the draft Preferred Alternative. The intake for my irrigation ditch comes from the Paonia Reservoir upstream of our community. This intake is near BLM lands that would be left open to oil and gas development in the draft Preferred Alternative and MUST be protected.

I recreate on BLM lands all around my community, as mentioned above. I have been enjoying these recreational activities at these locations for 4 years now and deserve to continue to do so long into my retirement year, as do all of the community members whose livelihoods and quality of life depend on the health of the natural resources in this corner of Colorado. The final plan MUST include protections for these recreation resources and lands.

NOW TO ADDRESS THE RMP AND THY ALTERNATIVE B IS THE ONLY ACCEPTABLE OPTION:
Thank you for the opportunity to comment on the draft Uncompahgre Field Office resource management plan. I'm delighted that the BLM is doing its job and considering ways to protect important natural resources like wildlife habitat, domestic and irrigation water, wild and scenic rivers, air quality, and recreation. In particular, I support the designation of ecological emphasis areas and special recreation management areas. These will preserve habitat connectivity, wildlife corridors, undeveloped open space, and recreation opportunities within our region.

However, the Preferred Alternative in the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wildlife, recreation, wilderness-quality lands, and cultural sites. It would also risk the air and water quality, along with the scenic viewsheds, upon which our local communities and economies depend. Much of the area doesn't even have oil and gas reserves that are feasible for development. The Preferred Alternative would put our public lands and adjoining communities at risk for negative impacts from development activities including large-scale oil and gas drilling as well as lease speculation. The BLM must adopt a final plan that makes important wildlife habitat, recreation areas, and sensitive air, water, and viewsheds off-limits to energy development.

Substantive concerns

<([#1 [37.1] Water
Domestic Water Sources -
The final plan must protect the health of the watershed for the greatest number of users. Our communities have invested countless dollars developing both domestic and agricultural water systems for their homes, farms and ranches. The final plan must exclude all oil and gas activities within a half-mile of all surface and ground domestic water sources, including municipal waters supplies, that risk being impacted by surface spills and well failure. Most of the domestic water sources in the North Fork Valley are surface springs and streams that are either on or near BLM lands affected by this plan. #1])>

<([#2 [37.1] Irrigation water and agriculture - The final plan must protect local agriculture by excluding oil and gas activities within a quarter mile of ditches, domestic water decrees, dams, irrigation intakes, or canals. This is a minimum distance required to safeguard direct and rapid impacts from surface spills and other contamination from oil and gas activity. #2])>

<([#3 [37.1] Streams and surface water quality - The final plan must protect streams and surface water quality, protecting ecological resources, aquatic habitat, recreational attractions, water storage, and flood control by closing areas within a half mile of lakes, ponds, wetlands, and

BLM_0157671

reservoirs to oil and gas activities including leasing. The final plan should also recognize that perennial water sources, riparian areas, intermittent streams and ponds, and ephemeral/seasonal waters are priority habitats with adequate protections from all surface activities. #3])>

<([#4 [10.3] Air
The final plan must protect the health of the airshed. The North Fork Valley is affected by daily up and down-valley winds and any oil and gas activities occurring in higher elevations could have direct impact on air quality
at lower elevations, including from dust, methane, VOCs, ozone, and other particulates and gases hazardous to
public health. The BLM does not have the adequate information to assess airshed impacts of oil and gas
activities. #4])>

Economic Impacts
Recreation - River and trail recreation are a growing economic opportunity in the North Fork, with these industries bringing millions of dollars to communities in Colorado. The North Fork Alternative provides protection from oil and gas development for streams and river corridors, trailhead areas, the flanks of the West Elk Mountains, and the Jumbo Mountain area. These protections must be included in the final plan.

Agri-tourism - The final plan must protect the idyllic character and scenic beauty of the North Fork Valley, which is home to the West Elk Wine region and has been called Colorado's Farm-to-Table Capital. That character would be jeopardized by oil and gas activity. Alternative B1 requires development setbacks from agricultural lands, prevents damage to visual qualities, and best preserves the current rural character of the valley.

Scenic Viewsheds -
The North Fork Valley sits at the very heart of the West Elk Loop Scenic Byway, world renowned for
its scenery and rural character. Oil and gas development could jeopardize the scenic qualities of the area. The final plan should include Alternative B1, which provides the adequate protections for the Valley's scenic features.

<([#5 [30.3] Real Estate - Real estate sales in the North Fork Valley continue to be driven by those seeking a rural, non-industrial, and agricultural lifestyle. The final plan must protect the investments locals have made in the value of their home and land, and should not allow for speculative oil and gas leasing which discourages homebuyers from purchasing in our communities, producing real and direct negative economic impacts on our communities. #5])>

<([#6 [18.3] Public health and safety
Traffic impacts - The final plan must adequately mitigate the traffic impacts of oil and gas activity within the North Fork of the Gunnison Watershed. Local residents rely on a handful of narrow state highways for daily transportation and emergency access. Oil and gas activities would significantly increase the number and frequency of oversized trucks and machinery transported on our highways, increasing the risk of accident and emergency vehicle blockage.

BLM_0157672

#6])>

<([#7 [18.3] Seismic activity - New data indicates deep injection wells and other oil and gas activities increases seismic
activities. The final plan must assess and mitigate potential impacts of human-caused earthquakes, particularly
in the North Fork region which is prone to unstable soils and landslides.
#7])>

<([#8 [27.1] Recreation
Jumbo Mountain Trails - The BLM lands on and surrounding Jumbo Mountain are a well-used and well-loved recreation asset for North Fork residents. The final plan should include the entire Jumbo Mountain unit as a special recreation management area to protect the quality of the recreation experience. This area is essential for quality of life, recreation tourism, and the businesses that rely on those tourists. The final plan should also include an Ecological Emphasis Area to protect critical winter mule deer and elk habitat. #8])>

<([#9 [30.3] Hunting and Fishing -
Public lands access for hunting, camping, fishing and travel, as well as plentiful and healthy habitat are critical components that help sustain the multi-million-dollar hunting industry in the area. The final plan should include ecological emphasis areas for all critical winter habitat within the North Fork Valley. The final plan should also include the protections of B1 which prohibits surface activities in critical wildlife habitat, and includes both No Leasing and No Surface Occupancy setbacks from streams, riparian areas, and water bodies. #9])>

<([#10 [27.1] [30.3] Future Recreation Development -
Local economic studies indicate that the economic future of our region will depend upon the diverse industries already present, including land- and water-based recreation. The final plan should include special recreation management areas and extensive recreation management areas for all lands identified as high recreation value by local residents and businesses. Recreation activities include mountain biking, horseback riding, motor biking, OHV use, trail running, hunting, fishing, and backpacking among others. These areas include Jumbo
Mountain, Stevens Gulch, the North Fork of the Gunnison River corridor, Smith Fork river corridor, McDonald Creek, Elephant Hill, Lone Cabin, Adobe Butte, and Robideau Canyon.
#10])>

<([#11 [20.1] Wildlife
Adobe Badlands -
The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands.
This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the
Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.
Stevens Gulch - The final plan must protect all lands with wilderness characteristics, including the areas up Stevens Gulch. This area is home to a population of Purple Martins that are not found in other areas. It also has one of the largest mature aspen stands in the world, providing

prime habitat for elk and deer, and provides important connectivity between the valley bottoms and the roadless lands in the Grand Mesa National Forest. Hunting in this area is an important part of both our culture and our economy. #11])>

<([#12 [15.2] Federally listed and threatened aquatic species - The final plan must designate known habitats of rare and threatened fish species as Right of Way exclusion areas and prohibiting oil and gas surface activities. The same holds true for riparian zones and wetlands. Roads, pipelines, powerlines, and well pads will negatively impact water quality and reduce available habitat for local fish species.
#12])>

IN CONCLUSION:

In conclusion, the BLM should listen to the local residents in Crawford, Hotchkiss, and Paonia and adopt the North Fork Alternative, B1, for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the entire Gunnison Watershed--supporting farmers, protecting public health, sustaining ecological well-being, and building a sustainable rural economy on Colorado's Western Slope.

THE DAMAGES THAT A FAILURE TO ADOPT ALTERNATIVE B WOULD CREATE ARE INEXCUSABLE, IRRESPONSIBLE TO CURRENT AND FUTURE GENERATIONS, AND ABSOLUTELY MUST NOT BE ALLOWED TO ENCROACH ON THE NORTH FORK VALLEY. THANK YOU FOR HEARING THE CITIZENS AND MAKING THE RIGHT CHOICE. NO OIL AND GAS LEASING.
NO OIL AND GAS LEASING.
NO OIL AND GAS LEASING.
Thank you.

- R. Ben Lehman, Paonia resident and business-owner.
R. Ben Lehman
Please explore my latest work at:
WWW.LEHMANIMAGES.COM


FormLetterLL Organization:
Received: 11/29/2016 11:28:02 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterLL.htm (FormLetterLL-385570.htm  Size = 3 KB)
Submission Text
October 2016


Hello BLM decision makers,

The times are changing.  In the North Fork area of SW Colorado, organic agriculture (more organic agriculture than anywhere else in the state), vineyards, hops, hemp, marijuana, photography, art, tourism, holistic medicine, hunting, solar energy, energy research, online work, fine cuisine, realestate, retirement enclaves, outdoor recreation and body-work have superseded extractive industries as the primary sources of income. To frack this area would displace our existing economy. To frack any area that is moving ahead with the times and creating a healthy sustainable future, is to try to turn back time and destroy the future.

Media has helped our well-informed citizenry know of broken casings, toxic sludge released into our water, water theft and water removed permanently from the water cycle, drought, outbidding farmers for precious water, air pollution, noise pollution, our future hijacked, hideous ruin of nature, erosion (Paonia Dam is not designed to withstand huge silt build-up), earth-quakes, animal populations traumatized, weakened, and bottle-necked, desecrated view-sheds, taxpayer burden for clean-up, taxpayer debt for road repair and truck traffic accommodation, accidents caused by large trucks, radiation
released, sickness and chronic disease such as cancer and asthma (the American Lung Association has given Mesa and Garfield counties an "F" rating for air quality, the NOAA found that air quality in parts of Western Colorado is worse than in the worst urban centers in the U.S.), as well as crews of strangers who bring crime: violence, drugs and prostitution. How can the BLM possibly ask us to trust these mega corporations who are out to exploit a boom/bust economy just as fast as they can, grabbing profits from overseas sales before environmental laws stop them? How can we allow them to enter our beloved human, plant and animal communities with their "proprietary chemicals",
secrecy on every front, blame passing, cover-ups, accidenþ assured techniques, price-fixing, bankruptcies, lawsuits, and bribing of victims so they will keep quiet? Thousands do cry out. We have been defending this healthy little corner of the world from oil and
gas bullies for over 20 years.

The BLM must adopt a no-frack stance in light of the Paris Agreement. Climate crisis will not wait for us to wake up. At the very least you can put a moratorium on leasing until the decade old RMP information is updated. The pipelines haven't even had an RMP. There is absolutely no upside to the hostile take-over of our robust economy---which you
have proposed by allowing more gas wells. All our livelihoods and LIVES are threatened should industry continue to release greenhouse gases. The only choice with integrity is "Alternative P", the protection/prosperity alternative. France. Bulgaria, Germany,
Scotland, Vermont, New York, and many small U.S. communities have banned fracking. Here in one of the most beautiful healthy places on Earth we can ban it too.
DO NOT SELL US OUT.

With deep regard for life,


FormLetterLLL Organization:
Received: 11/29/2016 11:34:42 AM
Commenter1: - ,
Organization1:

BLM_0157675

Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterLLL.htm (FormLetterLLL-385571.htm Size = 3 KB)
Submission Text
Dear Barb Sharrow,
I am a long-time resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

<([#1 [18.3]
Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, cardiovascular systems of people.
The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural
gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipeline and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane, and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems #1])>

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations? Please see the Shalefield Stories vol. 2 published by Friends of the Harmed in 2015.
www.shalefieldstories.org Why is the BLM not acknowledging
the people whose health has been damaged or those who have died near fracking operations? The only way to prevent destroying the human health of 10,000
plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

FormLetterLLLL Organization:
Received: 1/4/2017 2:36:23 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterLLLL.htm (FormLetterLLLL-391724.htm Size = 3 KB)
Submission Text
Uncompahgre Field Office
Bureau of Land Management
2465 South Townsend Avenue
Montrose, CO 81401
To Gina Jones,
I am a homeowner in the North Fork Valley who is opposed to the
Final Environmental Impact Statement (FEIS) for SG Interests I, Ltd's Master Development
Plan (MDP) proposal, and BLM's preferred alternative to develop up to 146 natural gas
wells, four water disposal wells, and associated access roads and pipelines. In my
immediate personal interest, development on BLM land in SG interests would adversely
impact real estate values. It would destroy local investments and resources required in
transitioning the economy of the North Fork to one based on agro-tourism, recreation,
renewable energy, agriculture, and organic food. The Gold Medal fishing, prized Big game
hunting, and award-winning fruits, vegetables, and wines cannot afford the air pollution or
surface ground water contamination that are inevitably associated with oil and gas
extraction. Development would contaminate soils, water, and air and would impair human
health. You do not know what at least a third of the chemicals used in Hydraulic
Fracturing are, and so it is highly irresponsible to lease public land without a full
disclosure. It is irresponsible to use public lands to potentially destroy clean air, abundant
fresh water, and food sheds, which the public depends on for life. <([#1 [2] Why have we not
explored the option of not leasing the land? #1])>
Ozone levels as modeled by the BLM for the Bull Mountain area excess the EPA
threshold of 70ppb. Development would contribute to increased greenhouse gas
emissions and climate change impacts on community resources including agriculture and
wildlife. Development would DESTORY the unique biodiversity of the North Fork.
The uniqueness of this valley should have been considered by the BLM and was
not. Think about our landowners, business owners, organic growers, and even
conventional farmers. Then consider the tens of thousands of people from outside the
valley depend on the clean food this valley provides. BLM should designate the North Fork
Valley a fully protected area from oil and gas development by adopting a no-leasing
alternative. I am strongly opposed to any oil and gas leasing in the North Fork Valley.
Sincerely,
Cc: Sally Jewell, Janice Schneider, Neil Jornze, Mike Tupper, Mike Nedd, Ruth Welch, Scott R.

BLM_0157677

Tipton, Millie Hamner, Kerry Donovan, Michael Bennet, Cory Gardner

FormLetterM Organization:
Received: 11/1/2016 12:00:00 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterM.htm (FormLetterM-387743.htm Size = 10 KB)
Submission Text
RE: Resource Management Plan Comments

Project Manager,
The Delta Conservation District appreciates the opportunity to submit comments on the
Uncompahgre Field Office's (UFO) Draft Resource Management Plan (RMP) Revision and
Environmental Impact Statement. The Delta Conservation Board continues to support full
multiple use opportunities balanced against the positive and negative impacts and the protection
of private property rights within the UFO area.
We support Alternative C with some changes and additions outlined in the following text. We
believe Alternative C preserves a greater amount of multiple use and protection of private party
rights within the plan. Alternative C also provides a greater separation between broad
requirements and site specific issues that should only be addressed during the review of proposed
site specific activities. Alternative C, therefore allows for greater flexibility for the public and the
BLM to address and regulate those sight
specific requirements through various then current permitting processes.
The few portions of Alternative C that the Delta Conservation Board believes should be changed
or removed noted below and identified by the page and corresponding line number in Table 2.2
(Description of Alternatives) in Chapter 2 of the proposed RMP.
Special Status Terrestrial Wild Life
o <([#1 [16.1] [3] Page 2-95, Line 152, designate defined habitats as species occupied habitats.
Without
that specific notation, non-occupied habitats could become un-necessarily extensive
and restrictive. #1])>
<([#2 [8] [3] o Page 2-102-105, Line 161-167, Gunnison Sage Grouse, Need to write language
that
allows for range improvements. When Alternative C says no permanent structures, that
includes range improvements. #2])>
• Land Health
o <([#6 [3] Page 2-25, Line 24, Given the lower precipitation rate over the entire UFO resource
area, it is more realistic to manage for upward trend for land health
#6])> o <([#7 [3] Page 2-27, Line 26, add recreation to actions that can cause land health

BLM_0157678

problems
#7])> o<([#8 [23.1] [3] Page 2-164, Line 295, maintain the ability to increase AUMs #8])>
o <([#9 [3] [23.1] Page 2-165, Line 297, before acreage is removed for AUM on ACEC, write
language in to
change management of livestock use. Increase the flexibility of management.
#9])> o <([#10 [23.1] [3] Page 2-166, Line 299, define that trailing livestock is not the same as
gathering and
moving livestock from pasture to pasture.
#10])> o <([#11 [3] [23.1] Page 2-169, Line 303, add Colorado Resource Monitoring Initiative to
the list of plans tobase decisions on. In addition, include the MOU with CCA, CWGA, BLM,
Department of Ag.
#11])> o <([#12 [23.1] [3] Page 2-167, Line 300, no mention of using livestock as tool for
vegetation treatments.
Targeted grazing is an economical, viable tool and has been extensively researched to
benefit sage grouse and big game habitat. In addition, targeted livestock grazing has
been successfully used to extend the life of mechanical vegetation treatments on oak
brush and other shrubs.
#12])> o <([#16 [23.1] [3] Page 2-167, Line 301, No permits or allotments should be closed.
#16])>
o<([#15 [23.1] [3] Page 2-172, Line 306, Major ecological damage does not equate to
maintaining range
improvements.
#15])> o <([#14 [3] [23.1] Page 2-172, Line 307, Alternative C is more feasible and allows for
the sustainability of
multi-generational use of working landscapes.
#14])> o <([#13 [30.3] Data indicates that grazing as a land use in the UFO is not strictly for
traditional and
cultural importance, it contributes to the overall economic well-being of Delta County.
This is a more accurate way to reflect livestock grazing in the RMP. #13])>
o <([#3 [30.3] IMPLAN calculates economic impact based on forage used in the UFO; however
additional analysis needs to include the value of the livestock for the entire year.
Livestock grazing within the UFO fills a critical winter and spring niche that is vital to theoverall
economic health of the livestock industry and thus Delta County. If livestock grazing is reduced
within the UFO, the operating costs increase for livestock operators and thus increase the
likelihood of producers scaling back and reducing numbers. #3])>
<([#4 [2] Water / ROW issues:
The issue of perpetual easements for irrigation ditches that traverse BLM holdings is not
addressed in the RMP. The government is promoting and financing piping of irrigation ditches
and that brings up 2 issues:
o Irrigation ditches have a perpetual ROW. Currently the BLM will not allow a ditch
company to straighten a piped ditch outside of its existing perpetual right without losing that
right and trading it for a 30 year term ROW. The BLM needs to be more flexible here as that
would save the government money, clean up erosion issues in existing ditches and reduce
pipeline operating costs.
o 5% of a project construction cost is allocated to mitigate the environmental impact of
drying up ditches. It would be wise for the BLM to adopt a policy that focuses the

location of the mitigation near the proposed piping project, and that a priority of the allocated funds be directed to ensure water access for wildlife. #4])>

<([#5 [37] Another water issue that should be addressed is, under no circumstance should the Federal government be allowed to appropriate waters that impact the beneficial use of the people of Colorado. #5])>

Oil and Gas issues:

<([#17 [19.1] The board should not support any language that infringes on privately owned surface property that is situated above a federally owned mineral estate. #17])>

<([#18 [19.1] The BLM is disingenuous when it promotes drilling on private agricultural land to provide access to federal minerals. Instead, the BLM should develop a "corridor rule" that allows for easier access to federal land that border prime farm land, provided that the adjacent land owner supports mineral activity in BLM land that is adjacent to his or her land.

#18])> <([#19 [37.3] The BLM should take a more active interest in the dewatering of coal seam wells for natural gas exploitation on the federal estate. They should ensure that studies (during the dewatering process) are undertaken to verify that ground and surface water is not expropriated by fresh water coal seam dewatering operations.

#19])> <([#20 [3] [37.1] Apply the following requirements (as taken verbatim from Alternative D) to oil and gas well bores that are within 305 meters (1,000 feet) of a domestic water well, beginning at the ground surface and extending through the freshwater aquifer:

• Extend surface casing through the freshwater aquifer.

• Require freshwater mud for drilling the surface casing.

#20])> <([#21 [35.1] [3] Visual Resource Management (VRM):

The Board recommends all applications of VRM that apply to privately held land are removed from the document. This has the potential of usurping private land owner rights.

#21])>

FormLetterMM Organization:
Received: 11/29/2016 11:37:03 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterMM.htm (FormLetterMM-385572.htm Size = 2 KB)
Submission Text
Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401
Dana Wilson:

<([#1 [41.1] How can the BLM have conducted a comprehensive environmental risk

assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight.

It is important to know that rural gas gathering lines are exempt from federal pipeline safety regulations. That is right, exempt from federal safety regulations. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. #1])>

Please issue this moratorium so that more research can be done on pipeline safety. I don't want to have to read any headlines in our papers like this one from New Mexico "Pipeline Exploslon Kills 10 Campers ln N.M."
Please read this article:
http://abcnews.go.com/US/story?id=96090&page=1


FormLetterMMM Organization:
Received: 11/29/2016 11:39:27 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterMMM.htm (FormLetterMMM-385573.htm  Size = 4 KB)
Submission Text
Dear Barb Sharrow,
I am a new resident in the North Fork Valley. I settled here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to pfotect my way of life. Instead I'm going to ask why you didn't analyze the human healt impacts of fracking operations.
<([#2 [18.3] In The Draft RMp the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide thf are released, leaked' or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health. #2])>

<([#1 [18.3] BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate-matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

5. glycol dehydration to separate wet oil or water out of the natural gas steam and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

#1])>

How are we supposed to trust you when you say oil and gas development, and fracking are safe and will not harm human health when you traue not analyzed oil and gas operations and their impact on human health? Please see the, Shalefield Stories,vol.2 published by Friends of the Harmed in 2015. www.shalefieldstories.org Why is the BLM not paying attention to the thousands of people who either lost lives or has their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Sincerely,


FormLetterMMMM Organization:
Received: 1/4/2017 2:38:05 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterMMMM.htm (FormLetterMMMM-391725.htm  Size = 2 KB)
Submission Text
Dana Wilson,
I am a Colorado citizen for healthy soil, water, air and people.
I oppose hydraulic fracturing in the North Fork Valley.
Please consider that option that fracking is something that could seriously hurt Colorado. Right now the majority of our land is pristine, open, and healthy. That is how people envision Colorado. Imagine someone wanting to move here and coming to visit only to find unsightly hydraulic fracturing machines spread about. Imagine taking a hike in the mountains and then running across one of these eyesores. Worse yet, what if you already lived here and they put one near your home and one of the mystery chemicals in the fluid seeped into the ground water and affected the drinking water. There are so many scary and real possibilities, you must consider joining New York, Vermont, and Maryland in banning fracking or instating a moratorium until more research has been conducted.

BLM_0157682

<([#1 [2] At a bare minimum, please adhere to the North Fork Alternative B 1 guidelines and explore reasonable alternatives for a renewable future. #1])>
Sincerely,
Name
Address
Cc: B. Sharrow, D. Wilson, G. Jones, M. Roeber, B. Hovde, M. Bennet


FormLetterNN Organization:
Received: 11/29/2016 11:46:53 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterNN.htm (FormLetterNN-385574.htm Size = 1 KB)
Submission Text
Dana Wilson,

It is clear that the BLM Uncompahgre Field Office neglected an important risk assessment on pipeline safety when making their Draft Resource Management Plan. <([#1 [21.1] [41.1] The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM. #1])>

Thank you,


FormLetterNNN Organization:
Received: 11/29/2016 11:48:53 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter

Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterNNN.htm (FormLetterNNN-385575.htm  Size = 1 KB)
Submission  Text
To The BLM,

I am writing to present my objections to the draft RMP for the North Fork Valley. In their plan,
the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane,
nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result
of drilling, continuous operations or accidents, and their impact on the respiratory, nervous,
digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals
and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequentventing of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmisston in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide


FormLetterNNNN Organization:
Received: 1/4/2017 2:39:57 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterNNNN.htm (FormLetterNNNN-391726.htm  Size = 3 KB)
Submission  Text
Dear Barb Sharrow, Gina Jones and Dana Wilson,
I am a resident of Colorado who loves this state and the beauty that I see every day. I treasure the
watersheds and know how much the health and wellbeing of everyone and every tree, plant,
animal, bird
and insect mean to those of us in the North Fork Valley. Already we have many endangered
species and
humans who suffer from asthma and neurological diseases.
Some of the negative impact on people, critters and the environment are due to the chemicals

used in hydraulic fracturing as well as spills caused. As mentioned in the report from the NYS Department
of Health noted below, the price is too high to allow fracking to increase in our valley. Due to the undisclosed chemicals in the fracking fluid, it would be irresponsible to proceed without further study.
Therefore, a no leasing option should be considered because we don't know the ramifications of those
chemicals put into our ground water or potentially spilled or consumed by animals. I am a steward of the
land and want to care for it so that future generations will be able to live here without fear of drinking the
water, eating the food or even breathing the air. We in Colorado need to be in the forefront by taking a
stand to preserve what we have. There are too many unanswered questions to allow the BLM's RMP for
the North Fork Valley to be approved. None of the options included protect us or include adequate
assessments of the possible impacts.
<([#1 [21.1] I sincerely recommend that you do not allow any of the options mentioned in the RMP. There should be a
NO LEASE option! While I recommend that you don't do anything, if you must select an option, then the
only one to consider is Alternative Plan B1. #1])>
With Regards,
https://www.google.com/webhp?sourceid=chrome-instant&ion=1&espv=2&ie=UTF-8#q=new%20york%20hydraulic%20fracturing%20study (the final report was issued in May 2015)
cc: Ruth Welch, Neil Komze, Sen. Michael Bennet, Governor John Hickenlooper, Sen. Cory Gardner


FormLetterO Organization:
Received: 11/29/2016 11:52:09 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterO.htm (FormLetterO-385576.htm Size = 1 KB)
Submission Text
Dana Wilson and Barb Sharrow,

I am a Colorado resident who values the quality organic produce, the

pristine wild lands and backcountry experiences, which I enjoy while visiting Paonia and the surrounding areas.

Preserving our national treasures of beautiful mountains, wild flowers, clear flowing waters, and fresh air is a responsibility that we share as citizens, businesses, industry and government.

Let's work together to create great alternatives.

Please ban fracking in the Public Lands in The North Fork Valley and throughout Colorado.

Did you Know:

Fracking is banned in New York, Vermont
Moratorium on fracking in Maryland
Countries that have fully banned fracking:
Germany, Bulgaria, France, Scotland

Isn't there obviously an issue if states and countries are banning this activity?

Please consider all possibilities before deciding that hydraulic fracturing is something that should be done to our land. Be conservative with our resources, as that is the right thing to do.

At bare minimum, please choose Alternative B1 and all other reasonable conservation protections in Alternative B.
Regards,


FormLetterOO Organization:
Received: 11/29/2016 11:53:51 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterOO.htm (FormLetterOO-385577.htm Size = 2 KB)
Submission Text
Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401
To Whom It May Concern:
I was shocked when I learned that the RMP lacked a pipeline safety assessment, as the BLM is a

very professional and well-rounded governmental agency, but this is simply outright negligence.
<([#1 [21.1] [41.1]
The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.
I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.
#1])>
Sincerely,


FormLetterOOO Organization:
Received: 11/29/2016 12:02:09 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterOOO.htm (FormLetterOOO-385578.htm Size = 3 KB)
Submission Text
To The Acting UFO Field Manager:

I strongly urge the BLM to issue a moratorium on all oil and gas leasing due to all of the reasons listed below.

<([#1 [18.3] In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. #1])>

<([#2 [18.3] The BLM did not consider any of the following:
- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and

cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
#2])>
Thank you,


FormLetterOOOO Organization:
Received: 1/4/2017 2:40:55 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterOOOO.htm (FormLetterOOOO-391727.htm  Size = 2 KB)
Submission Text
To the Bureau of Land Management:
Ruth Welch, Barb Sharrow, Dana Wilson,
I am a Colorado resident who enjoys the bounty of Organic food and wine that comes from the beautiful North Fork Valley. I visit the North Fork Valley to enjoy the natural surroundings, the kind people, and the farms and wineries that produce some of the highest quality products that I have had. In this time of modern technologies and agribusiness it is refreshing to spend time in a community that is preserving artisan crafts and skills. I am concerned about the threats posed by hydraulic fracturing in the

North Fork Valley. I consider the natural resources of the North Fork to be of great value. The possible threat of pollution is of grave concern to me. I see the local efforts in agriculture, craft and cottage industry as a great value not only in the North Fork but also through out Colorado and as a model for other communities.

The watershed in the North Fork Valley including the Paonia Reservoir are of great importance to these local industries. Please protect the waterways, the soil health and the innovative industries that rely on the natural environment.

Many countries in Europe have banned fracking. States and counties in the U.S. have also banned fracking. Doesn't that make you wonder if we should too? I view these as forward thinking, prudent and wise governments. Please join these wise ones and ban fracking in the North Fork Valley and throughout Colorado.

Sincerely,

Address:


FormLetterP Organization:
Received: 11/29/2016 12:07:03 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterP.htm (FormLetterP-385579.htm  Size = 2 KB)
Submission Text
To Dana Wilson,

I am a Colorado resident and I am concerned about the health and wellbeing of the people, wildlife and environment that are effected by hydraulic fracturing. I am specifically concerned about the North Fork Valley as it is a producer of organic food for the whole state.

<([#1 [18.3] Hydraulic Fracturing has been scientifically linked to a wide variety of human health issues. Some of these health concerns include:

. Birth defects
. Endocrine disruption
. Respiratory ailments
. Cardio vascular disease
. Immune system function

These are serious ailments that can be prevented by the use of renewable alternative energy use

rather then the polluting gas and oil industry.

I urge you to please take the public health and the environmental health into consideration and BAN hydraulic fracturing in Colorado. #1])>

At minimum adapt the North Fork Alternative B1.

Please protect the people, water, land, air and animals.

Also just stop and ask yourself, what if this was the land outside your home? What if you or one of your family members was affected by the fracking? There are at least a hundred or more undisclosed chemicals in the fluid they use and we don't know the full effects of those fluids. Does that not scare you? Are you not the least bit concerned how this could affect us in the long term? Please ask
yourself these questions.

Thank you.


FormLetterPP Organization:
Received: 11/29/2016 12:09:00 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterPP.htm (FormLetterPP-385580.htm Size = 2 KB)
Submission Text
Dear Barb Sharrow, Dana Wilson, Gina Jones,

The North Fork Valley is viewed as one of the best places to live and to purchase wonderful produce, wines, valued added fruit and vegetable products. It is also celebrated by many as a great place to bicycle, hike, hunt, camp, and enjoy the water ways.

<([#1 [41.2] What if with the increase of 146 natural gas wells, we, too start experiencing earthquakes,increased health risks, such as asthma and neurological diseases? As noted in the two articles below, the consequences of hydraulic fracturing are costing the communities unexpected expense and dollars and lives.

As mentioned in the wilderness.org article, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three year study from the Colorado School

BLM_0157690

of Public Health." Methane is also mentioned as a problem related to fracking.

I cannot condone any increase in natural gas wells ln the sensitive watershed of the upper North Fork Area totaling an estimated 30,000 acres without any environmental oversight, public input, and is subject to a dubious valuation process. This is irresponslble due to undisclosed chemicals which are in the fracking fluid. #1])> <([#2 [21.1] A no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially/spilled or consumed by animals. If that is not possible, then the only option I would consider is Plan B1.
#2])>


FormLetterPPP Organization:
Received: 11/29/2016 12:14:40 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterPPP.htm (FormLetterPPP-385581.htm Size = 2 KB)
Submission Text
To the BLM,
In noting the BLM's lack of studies on the impact to air quality, water quality, soil and the health impact on residents and visitors, I wonder how the BLM can consider moving forward with their RMP. Note the following excerpt from the article at the end of this letter, and be aware that we will oppose the BLM as far as we have to go
to protect our community.
"A federal judge this week invalidated the Bureau of Land Management's approval of a drilling program in the Uinta Basin, saying its underlying environmental analysis was insufficient, given the thousands of wells expected to be drllled in the region that can be expected to contribute to the rural region's worsening air
quality."
As the judge stated regarding the drilling program in the Uinta Basin in Utah, the cumulative impact has to be considered.

<([#1 [18.3] A couple of my many concerns which need to be addressed and analyzed follow:
1. The use of waste ponds for the storage of flow back fluids, drilling muds and other chemicals and water used in the fracking process and the impact of VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive and cardiovascular systems.
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive and cardiovascular systems. #1])>
We do not have surplus water in the valley. Farmers, ranchers and all residents need clean water.

After drilling, the water would be filled with toxins and not safe for agriculture, livestock or humans. Fracking would destroy our economy.

Why is the impact on human health not a priority in the BLM's Draft RMP? I cannot accept any options in the Draft RMP and demand that the BLM issue a moratorium.

Yours truly,


FormLetterQ Organization:
Received: 11/29/2016 12:16:16 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterQ.htm (FormLetterQ-385582.htm  Size = 3 KB)
Submission Text
To Dana Wilson and Barb Sharrow,
I consider the North Fork Valley to have a unique and pristine environment that needs to be preserved for all. How can the BLM align itself and its mission with the oil and gas industry through hydraulic fracturing?
<([#1 [41.2] How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainablity in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of
water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed. #1])>


<([#2 [21.1] How can the BLM consider more drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health and the environment? How can BLM prove that no harm to human health will result from these operations?
A thorough analysis of the human and environmental impact needs to be completed before any leasing options should be considered. The BLM should strongly consider a no-leasing alternative, as that is the only reasonable option at this point in time. #2])>


Regards,


FormLetterQQ Organization:
Received: 11/29/2016 12:20:55 PM

BLM_0157692

Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterQQ.htm (FormLetterQQ-385583.htm Size = 2 KB)
Submission Text
Dear Joe Meyer,
The environment of the North Fork Valley is unique and precious to all of us. <([#1 [41.1] We question why the BLM did not consider include pipeline safety, management etc. in the Draft RMP. Here are four ways that pipeline integrity can be compromised: flooding, mudslides, earthquakes and geologic instability. In addition, leaks and spills occur at the drilling sites and along pipelines contaminating soil and water. And what about ruptures and explosions occuring from faulty construction or a compromised pipeline? These were not addressed in the Draft RMP. #1])> In the quote from the article at the end of this
letter, check out the denial of another hydraulic fracturing project due to lack of analysis of environmental consequences.
A bid for more than one million acres in the Central Valley was denied by a CA judge on September 7th, 2016.
"Judge Michael Fitzgerald found that the BLM failed to consider the dangers of fracking, which is part of the formal application process. Two environmental groups, the Center for Biological Diversity and Los Padres Forest Watch, brought the lawsuit against the BLM.
'The bureau failed to take a 'hard look' at the environmental impact of the resource management plan, when, under the RMP, 25 percent of new wells are expected to use hydraulic fracturing,' Judge Fitzgerald said in his ruling.
'The bureau is therefore obligated to prepare a substantial EIS
[Environmental Impact Statement] to analyze the environmental consequences flowing from the use of hydraulic fracturing'."
The continuing impact of fracking causes me to be unwilling to risk myself and the 10,000 people in this valley. I, therefore, demand that the BLM issue a moratorium on oil and gas leasing and hydraulic fracturing.
Yours truly,


FormLetterR Organization:
Received: 11/29/2016 12:22:37 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter

Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterR.htm (FormLetterR-385584.htm  Size = 2 KB)
Submission  Text
TO BARB SHARROW
I CONSIDER THE NORTH FORK VALLEY TO HAVE A UNIQUE AND
PRISTINE ENVIRONMENT WHICH NEEDS TO BE PRESERVED FOR ALL.
HOW CAN THE BLM'S MISSION ALIGN ITSELF WITH OIL AND GAS INDUSTRY
THROUGH HYDRAULIC FRACTURING?
<([#1 [41.2] HOW HAS THE DRAFT RMP ADDRESSED NEW HORIZONTAL DRILLING
AND MULTI-STAGE HYDRAULIC FRACTURING TECHNOLOGIES? THIS
RELATIVELY NEW DRILLING TECHNOLOGY INVOLVES A FAR GREATER
MAGNITUDE OF IMPACTS, INCLUDING: DOUBLE THE SURFACE IMPACTS
OF CONVENTIONAL DRILLING; UP TO A 333% INCREASE IN AIR
POLLUTANT EMISSIONS INVOLVING 12 MORE TONS OF VOCS AND ONE
ADDITIONAL TON OF HAPS PER WELL; 5 TO IO TIMES MORE WATER AS
WELL AS INCREASED NOISE, LARGER WASTE VOLUMES, HABITAT
FRAGMENTATION AND LOSS, AND THOUSANDS OF ADDITIONAL ROUND
TRIPS OF TRUCK TRAFFIC PER WELL. WE ARE EFFECTIVELY KILLING OUR
PRECIOUS ECO-SYSTEM AND PUTTING AN END TO SUSTAINABILITY IN
WESTERN COLORADO. A THOROUGH STUDY OF THE DAMAGE TO ALL
FORMS OF LIFE RESULTING FROM LEAKAGE AND SPILLS OF TOXIC
CHEMICALS AS WELL AS SPILLS OF WATER, FLUIDS AND SANDS WHEN
TRANSPORTED FROM THE DRILLING SITES NEED TO BE REVIEWED AND
ANALYZED. #1])>
HOW CAN THE BLM CONSIDER ADDITIONAL DRILLING SITES FOR
FRACKING WHEN YOU HAVE NOT ANALYZED OIL AND GAS OPERATIONS
AND THEIR IMPACT ON HUMAN HEALTH? HOW CAN BLM PROVE THAT
NO HARM TO HUMAN HEALTH WILL RESULT FROM THESE OPERATIONS?

THE ONLY WAY TO PREVENT DESTROYING THE HUMAN HEALTH OF 1O,OOO
PLUS PEOPLE AND DESTROY AN ECONOMY THAT DEPENDS ON A
HEALTHY ENVIRONMENT IS TO CLOSE OFF 1OO% OF THE NORTH FORK
VALLEY TO OIL AND GAS LEASING. A NO-LEASING ALTERNATIVE IS THE
ONLY LOGICAL AND REASONABLE ALTERNATIVE WHICH CAN RESULT
FROM A HUMAN HEALTH IMPACT ANALYSIS.
REGARDS,

FormLetterRR Organization:
Received: 11/29/2016 12:24:03 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail

Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterRR.htm (FormLetterRR-385585.htm  Size = 3 KB)
Submission  Text
To Dana Wilson  and Barb Sharrow
Re: Hydraulic  Fracturing  in the North Fork Valley
I am strongly  opposed to the fracking industry  coming to the North Fork Valley ond utilizing  our
public lands for private gain. The techniques utilized  for fracking have not been proven safe for
our public lands and water. Our community  relies on clean water and public lands for
agricultural  production,  recreation and the healthy lifestyle  that so many of us live here for.
The North Fork Valley is a hub of agriculture  in Colorado, shipping  produce throughout  the
state. The threats posed by fracking in The North Fork include  damaging  local economy by
potentially  harming  our watershed and polluting  our beautiful farms. The benefits of fracking
will  not impact  our local community,  as the revenue raised will  not stay in the North Fork.
Agriculture  in the North Fork is on economic  driver. It benefits  the
environment,  the community,  and our economy. Agriculture  is on industry  that is essential for
life. Colorado is currently  increasing its population  at alarming  rates. We need to move to a
sustainable  future for our residents that include  access to clean water and healthy food for all
people. The BLM, government  agencies and citizens  of Colorado can unite in encouraging
agriculture,  renewable energies and cottage industries  that contribute  to the vitality,  sustainability
and economic  stability  of the North Fork ond for all of Colorado.


<([#1 [41.2] Please do not allow hydraulic  fracturing  on our public lands. An ounce of
prevention  is worth a pound  of cure ond the damage causes by the oil and gas industries  is
evident  and left to communities  and citizens  to clean up. There is no benefit  for our community
in this risky business. Please take the health and wellbeing  of the people, animals,  environment,
and water into  consideration  and at minimum  support the North Fork Alternative  Plan(B1), at
most ban fracking in Colorodo  like many other wise states and countries  have done. #1])>
Thank you for your consideration,


FormLetterRRR Organization:
Received: 11/29/2016  12:30:23  PM
Commenter1: - ,
Organization1:
Commenter  Type:
Classification:  Substantive
Submission  Category: Unique
Submitted  As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterRRR.htm (FormLetterRRR-385586.htm  Size = 3 KB)
Submission  Text
Dear Barb Sharrow,
I am opposed  to the Final Environmental  Impact Statement (FEIS) for SG Interests I, Ltd's

BLM_0157695

Master Development Plan proposal and BLM's preferred alternative to develop up to 146 natural gas wells four
water disposal wells and associated access roads and pipeline. I am shocked when I see how much we have already damaged land, air and water in other locations causing earth quakes, methane gas leaks and
asthma, birth defects and other illnesses. It would be irresponsible to add more wells when we do not know which chemicals are in the fracking fluid. We don't know the ramifications of those chemicals put
into our ground water or potentially spilled or consumed by animals.
<([#1 [41.2] From what I have read, I believe that the BLM has not considered many factors, the least of which is the new drilling technology which has much greater impact with 333% increase in air pollutant emissions, 5-
10 times more water as well increased noise, an increase in waste, habitat fragmentation and damage to our roads from thousands of additional round trips of truck traffrc per single well! I am stunned that the BLM would consider a plan which opens up 95% of the Uncompahgre planning area to oil and gas leasing and development.
#1])>
And what will be left behind for future generations when the wells are abandoned? The damage will continue for long after the drilling stops.


<([#2 [21.1] I don't feel that the BLM explored all reasonable options and did not consider a no-leasing alternative. That is the only reasonable option. Knowing what we do about the impacts of oil and gas on human health, the environment and climate change, a no-leasing option is the best way to protect the North Fork Valley and ensure our community can continue to thrive in the future.
While that is the only option I feel is valid, if you won't consider a no-lease option, then Plan B1 would be the next #2])>
I request that the BLM include all proposed actions in the North Fork Altemative Bl in the final RMP. The BLM lands within the North Fork Altemalive area are adjacent to the communities of Hotchkiss, Paonia and Crawford and include areas that supply municipalwater and irrigation and domestic water companies. Also I request that the BLM include all other conservation protections in Alternative B.
Sincerely


FormLetterS Organization:
Received: 11/29/2016 12:32:02 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterS.htm (FormLetterS-385587.htm Size = 2 KB)

BLM_0157696

Submission Text

To Dana Wilson or Whom It May Concern,

After reviewing the BLM's Draft Resource Management Plan, it is clear there is a blatant oversight. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

<([#1 [41.1] The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatal-itj-es, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing.

The BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. #1])> For these reasons, I demand either a moratorium until more research is completed or for the Uncompahgre Field Office to add a no leasing alternative to the RMP. More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence.

Regards,

FormLetterSS Organization:
Received: 11/29/2016 12:33:32 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterSS.htm (FormLetterSS-385588.htm Size = 1 KB)
Submission Text
Dana Wilson,

I am writing to request that the BLM choose the North Fork Alternative, B1, and all other reasonable conservation protections in Alternative B. The North Fork and the Roaring Fork Valley's stand together and we need to protect our delicate eco-systems.

There are numerous reasons why I am requesting this, Hydraulic Fracturing has shown to be unsafe time and time again.

BLM_0157697

I live in Colorado because I love the outdoors. I value the clean air and water I am surrounded by on a daily basis. I am anxious over potential for contamination of our water supply from Hydraulic Fracturing. The BLM lands in the North Fork Alternative are adjacent to the communities of Hotchkiss, Paonia, and Crawford, and include areas that supply municipal water, and irrigation and domestic water companies.

Hydraulic Fracturing has not been proven safe, and it's exemption from the nation's Clean Air and Water Act leads me to believe further that this practice is highly unsustainable for the future of the North Fork, as well as the world as a whole. It is irresponsible to impose oil and gas development on impacted communities without appropriate compensation for health, economic, and environmental impact. Please,
let's not ruin the development of this area for short-term, unsustainable energy.

Regards

FormLetterSSS Organization:
Received: 11/29/2016 12:34:46 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterSSS.htm (FormLetterSSS-385589.htm Size = 3 KB)
Submission Text
Dear Barb Sharrow,
The North Fork Valley of Southwest Colorado is one of the most beautiful, fertile, and unique places in the world. It has been compared to Napa Valley, California. It merits protection from oil and gas development.
The North Fork Valley is being threatened by oil and gas development in a number of ways by Bureau of Land Management (BLM) actions:
- A Draft Resource Management Plan for the Uncompahgre Field Office, with a preferred alternative which seeks to open almost every acre of BLM minerals to oil and gas leasing;
- BLM's Final Environmental Impact Assessment which would allow a 146-
well Master Development Plan for the Bull Mountain Unit, northwest of
Paonia Reservoir to move forward.
In addition Representative Scott Tipton is proposing to legislatively exchange 30,000 acres in the Thompson Divide for 30,000 acres in Delta County, without any environmental oversight or public input.

<([#1 [30.3] The uniqueness of this valley-as home to the largest concentration of organic farms in the State of Colorado, Gold Medal fishing, prized big-game hunting aware winning fruits and wines-should have been considered by the BLM and was not. Tens of thousands of people from

outside the valley depend on the clean food this valley provides to farmers markets, grocery stores, community supported agriculture programs, and restaurants.

Clean water and clean air are the lifeblood of this community and the foundation for agriculture, and all the recreational activities that have made outdoor recreation a multibillion dollar industry that employs 6 times more people than the oil and gas industry and results in over 600 billion dollars of consumer spending--hunting, fishing, hiking, camping, mountain biking.

#1])>

BLM can and should designate the North Fork Valley a fully protected area from oil and gas development by adopting a no-leasing alternative. I am opposed to any oil and gas leasing in the North Fork Valley.

Thank you,

FormLetterT Organization:
Received: 11/29/2016 12:39:56 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterT.htm (FormLetterT-385590.htm Size = 2 KB)
Submission Text
Dana Wilson,

I am a resident of this valley writing to ask that you chose the North Fork Alternative, B1, and all other reasonable conservation protections in Alternative B. The issues brought to light by hydraulic fracturing affect me on both a personal and broader humanitarian level. First and foremost, hydraulic fracturing releases greenhouse gas emissions and impacts climate change. This poses a great risk to accelerating climate change by contributing methane and other greenhouse gases into the atmosphere.

<([#2 [41.2] Then, there is the more personal aspect of the situation. Hydraulic fracturing has impacts on the physical and mental health of humans. How can we expect to live normally when we are paranoid of each bite of food-each sip of water? Hydraulic fracturing creates risk to drinking water supplies for North Fork communities, potentially affecting 30,000 plus people. In the Valley, there are insufficient water supplies necessary to support fracturing and other drilling operations, particularly in this period of persistent drought. Beyond this, hydraulic fracturing is a risk to public health from airborne contaminants, ozone and smog, as well as contamination of ground and surface waters. #2])>

How can we possibly let this happen? Unsafe hydraulic fracturing in the North Fork Valley will be detrimental to residents of the valley and ultimately to co-inhabitants of this planet Earth. I am opposed to representative Tipton's Western Colorado Lease Exchange and Conservation Act of 2076. Please consider this letter.

Sincerely,


FormLetterTT Organization:
Received: 11/29/2016 12:46:54 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterTT.htm (FormLetterTT-385591.htm Size = 2 KB)
Submission Text
Dear Gina Jones,
As a resident of the Western Slope, I appreciate the quality of life we have here and the
opportunity to enjoy the wilderness for all types of recreation. In addition, I value the food that is
produced in this part of Colorado and want to see the air, water and soil protected
for all who live or visit these many amazing valleys. As stewards of the land, we all have a
responsibility to preserve what we can by thoroughly researching and considering the
implications of any changes which might cause harm or hurt our economy.
Therefore, I cannot support any increase in natural gas wells in the sensitive watershed of the
upper North Fork Area totaling an estimated 30,000 acres without any environmental oversight,
public input, and is subject to a dubious valuation process. This is irresponsible
due to undisclosed chemicals which are in the fracking fluid. Therefore, a no leasing option
should be considered because we don't know the ramifications of those chemicals put into our
ground water or potentially spilled or consumed by animals.
<([#1 [41.2] It is imperative that the BLM should offer a no lease option which permits no
increase in hydraulic fracturing. #1])> If that is not a possibility, then the only option I would
reluctantly accept is Alternative Plan B1.
Yours Sincerely,


FormLetterTTT Organization:
Received: 11/29/2016 12:49:11 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterTTT.htm (FormLetterTTT-385592.htm Size = 2 KB)
Submission Text

BLM_0157700

To Joe Meyer,

Recently I was reminded that according to NEPA, all government agencies are required to take a hard look at climate change. Then I read a study in which Secretary Jewell states, "Using sound science as the basis of this report, we can see that climate change is already impacting our nation's national parks.... 'According to Jonathon Jarvis, Director of the National Park Service, climate change is ... the greatest threat to the integrity of our national parks that we have ever experienced.'"
It is not only the parks that need lo be considered. All public lands must be included...<([#1 [11.3]
I don't believe that the BLM took a comprehensive or hard look analysis of direct, indirect, and cumulative impacts, as required by NEPA.
The BLM failed to meaningfully analyze greenhouse gas emissions and the impacts of climate change, including the severity of these impacts and social cost of carbon and the BLM failed to consider various drilling technologies, including horizontal drilling and multi-stage fracking in its analysis.
The BLM did not properly analyze methane and other air pollutants or consider mitigation measures to reduce these impacts. The BLM has not completed a thorough analysis of the aforementioned areas. And the additional demands of fracking would overwhelm our area and deplete our limited water supply. #1])>


Therefore, I reject all options in the Draft RMP and demand that the BLM issue a moratorium.
Regards,


FormLetterU Organization:
Received: 11/29/2016 12:53:37 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterU.htm (FormLetterU-385593.htm Size = 3 KB)
Submission Text
I am writing in opposition to hydraulic fracturing. I ask that you chose the North Fork Alternative B1, and all other reasonable conservation protections in Alternative B. I will say, though, that BLM did not explore all options I suggest that they go back to the drawing board and see what it would look like with zero fracking. The main reason is because there are so many unknown and undisclosed
chemicals n the hydraulic fracturing fluids. We have no idea what the ramifications will be if these chemicals got into our ground water, spilt on land, or how the will affect the wildlife. These are questions that should be answered before we let anyone drill into our land.

I am an environmentalist living in this Valley. I chose to live here because of the dense and lively eco-system in the area. <([#1 [41.2] In my opinion, The BLM has also failed to produce a balanced plan that took into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies. This relatively new drilling technology involves a far greater magnitude of impacts, including: double the
surface impacts of conventional drillng; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and 1 additional ton of HAPs per well; 5 to 10 times more water; as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. #1])> BLM's proposed plan opens 95% of the Uncompahgre planning area to oil and
gas leasing and development. We are effectively KILLING our eco-system and putting END TO SUSTAINABILITY in Western Colorado.

I request that the BLM include all proposed actions in the North Fork Alternative, B1, in the flnal RMP. The BLM lands within the North Fork Alternative area are adjacent to the communities of Hotchkiss, Paonia, and Crawford and include areas that supply municipal water, and irrigation and domestic water companies, impact the scenic features of the Valley, and are high quality wildlife lands. The BLM should
ensure the strongest level of protection for resources of particular concern that warrant the strong protections that are included in Alternative B1, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration
corridors. Please include all other conservation protections in Alternative B.

Regards,


FormLetterUU Organization:
Received: 11/29/2016 12:56:44 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterUU.htm (FormLetterUU-385594.htm Size = 2 KB)
Submission Text
Dear Barb Sharrow,
I am a resident of Colorado who loves this state and the beauty that I see every day, I treasure the watersheds and know how much the health and wellbeing of everyone and every tree, plant, animal, bird and insect mean to those of us in the North Fork Valley. Already we have many endangered species and humans who suffer from asthma and neurological diseases.

Some of the negative impact on people, critters and the environment are due to the chemicals used in hydraulic fracturing as well as spills caused. As mentioned in the report from the NYS Department
of Health noted below, the price is too high to allow fracking to increase in our valley. <([#1 [21.1] Due to the undisclosed chemicals in the fracking fluid, it would be irresponsible to proceed without further study. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals. #1])> I am a steward of the land and want to care for it so that future generations will be able to live here without fear of drinking the water, eating the food or even breathing the air. We in Colorado need to be in the forefront by taking a stand to preserve what we have. There are too many unanswered questions to allow the BLM's RMP for the North Fork Valley to be approved, None of the options included protect us or include adequate assessments of the possible impacts.

I sincerely recommend that you do not allow any of the options mentioned in the RMP. There should be a NO LEASE option!
With Regards,


FormLetterUUU Organization:
Received: 11/29/2016 12:58:16 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterUUU.htm (FormLetterUUU-385595.htm  Size = 2 KB)
Submission Text
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, C0 81401
Dear Dana Wilson,
I am writing to ask that you please choose the North Fork Alternative, B1, and all other reasonable conservation protections in Alternative B.
I live in the North Fork for the hiking, biking, fishing, and hunting. <([#1 [41.2] Hydraulic Fracturing will leave a great impact on the wildlife inhabiting the North Fork Valley. It is clear that the BLM did not take a hard look at direct, indirect, and cumulative impacts, including the impact of human health, as well as consultation with the
Pipeline Hazardous Materials and Safety Administration and failed to consider the potential impacts that an exemption from safety rules would have on human health, the environment, and wildlife. #1])> Hydraulic Fracturing is irresponsible and threatens to end the way of life that keeps those alike and myself in the North Fork Valley. We don't just fish and hunt for sport, this is a lifestyle. Development here would

BLM_0157703

absolutely destroy local efforts in transforming the economy to one based on agro-tourism, recreation, agriculture, and organic clean food. It would also destroy our unique biodiversity. Finally, development of Hydraulic Fracturing in the North Fork Valley would contaminate our soils, water, and air. For those reasons and many
more chose the North Fork Alternative, B1, and all other reasonable conservation protections in Alternative B.

Best,


FormLetterV Organization:
Received: 11/29/2016 1:06:26 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterV.htm (FormLetterV-385596.htm  Size = 2 KB)
Submission Text
Dear Joe Meyer,
The pristine environment of the North Fork Valley is unique and valued greatly by all who reside here or visit. I oppose all the options in the BLM's RMP for the following reasons:
<([#1 [41.1] The BLM not consider include pipeline integrity, safety, inspections or management in the Draft RMP. We know that


Pipeline integrity can be compromised through flooding, mudslides, earthquakes and geologic instability.
In addition, leaks and spills occur at the drilling sites and along pipelines contaminating soil and water.
And what about ruptures and explosions occurring from faulty construction or a compromised pipeline?

None of these were addressed in the Draft RMP.
How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in its Draft Resource Management Plan? Pipelines fail. Unfortunately, rural gas gathering pipelines do not fall under federal safety regulations.
This must be addressed.
#1])>
The continuing impact of fracking throughout the country results in my being unwilling to risk myself and the 10,000 people in this valley. I, therefore, demand that the BLM issue a moratorium on oil and gas leasing and hydraulic fracturing.
Yours truly,

BLM_0157704

FormLetterVVV Organization:
Received: 11/29/2016 1:18:47 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterVVV.htm (FormLetterVVV-385597.htm Size = 2 KB)
Submission Text
Dear Barb Sharrow, Gina Jones and Dana Wilson,

While I love Colorado and appreciate the quality produce and fresh foods from the North Fork Valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing and am even considering moving to another state.

Colorado products are marketed as some of the finest, tastiest and healthiest in the country. That will totally change if the BLM allows the proposed RMP for the North Fork valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

The damage won't be just confined to the fragile ecosystem of the NFV. As shown in the links to the articles below, truck collisions train derailments result in spills, which have caused untold damage.
There are also methane and other leaks, which result in increased asthma and other health problems. <([#2 [41.2] The BLM has failed to produce a balanced plan, which takes into consideration new drilling and
fracking technologies. Which result in a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well plus 5-10 times more water, increased noise,
larger volumes of waste, habitat disruption etc. Lastly, we have no idea, which chemicals are in the fracking fluid and have no idea of the impact they will have on wildlife or the environment. #2])>

<([#1 [21.1] The BLM has not considered all options. Where is the No Lease option? That must be included as an alternative plan. #1])> I request that the BLM include all proposed actions in the North Fork Alternative Bl in the final RMP. The BLM lands within the North Fork Alternative area are
adjacent to the communities of Hotchkiss, Paonia and Crawford and include areas that supply municipal water and inigation and domestic water companies. Also I request that the BLM include all other conservation protections in Alternative B.

Thank you.

FormLetterW Organization:
Received: 11/29/2016 1:28:52 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterW.htm (FormLetterW-385598.htm Size = 1 KB)
Submission Text
BLM Uncompahgre Field Office

Dear Ma'am, Sir,

This letter pertains to the BLM's RMP and EIS providing information
intending to cause changes to proposed action.

It appears that the BLM's mission statement has been influenced and
skewed by certain industries. The BLM's mission statement does not direct or allude to such use.

There upon definition is required.
" . . . to sustain"; to hold, keep in existence, maintain sustenance for.
" . . . the health"; physical will-being, freedom from dis-ease, condition of.
" . . . diversity"; differences, variety (in the natural state).
" . . . and productivity"; fertile, abundant productivity, (that is what nature of itself does i.e.
producing by and of itself all that it is).
" . . . of the public"; the people as a whole, for benefit of all.
" . . . lands for the use of (being there) and enjoyment of present and future generations.".

The BLM is obligated to conscience prudent and shrewd management
and policy making.
Such policy making precludes such harm, pollution and destruction by
extractive industries. Such use is abominable.
Hence, the CHC North Fork Alternative Plan wisely proposes a
sagacious policy.
What the BLM and the public have to fear are the results of avarice
stupidity and ignorance.

Respectfully,

FormLetterWW Organization:
Received: 11/29/2016 1:29:48 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterWW.htm (FormLetterWW-385599.htm  Size = 2 KB)
Submission Text
Dear Dana Wilson,

As a representative of the youth of colorado r find it unfair and also incredibly destructive that
hydraulic fracturing is now a reality that I must live with. After reading new stories on Flint,
Michigan, ltoo have found myself living in a state of fear, wondering when our water will no
longer be drinkable' Is the risk really worth the "reward" if the "reward" guarantees damaging
our environment and has the potential
to ruin our water supply?

Growing up in Colorado, I naturally am someone who has a love of nature. This valley has been
my home much of my life. I have recently learned that fracking has the potential to contaminate
the ground
and surface waters which potentially threatens to damage or kill crops and livestock. There also
seem to be plenty of other problems surrounding fracking. For example, the risk of loss to
irrigation shares for multiple irrigation ditches in the North Fork, insufficient water supplies
necessary to support both fracking and other drilling and farming operations and the broader
economic viability of the North Fork. Is this worth it? Is this a message of "hope" and
"optimism" we want to provide to the valley's youth, better yet, this country's youth?

It is irresponsible to impose oil and gas development without federal, state and local
environmental reviews. Hydraulic fracturing will be the end of the North Fork Valley, a place
with so much to offer,
environmentally speaking. Therefore, I oppose all options in the BLM's Draft Resource
Management Plan and ask for a no lease option as the only one which will protect all of us and
our precious environment.

Sincerely yours,

FormLetterWWW Organization:
Received: 11/29/2016 1:35:11 PM
Commenter1: - ,
Organization1:
Commenter Type:

Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterWWW.htm (FormLetterWWW-385600.htm  Size = 3 KB)
Submission Text
Dear Barb Sharrow,
The North Fork Valley of Southwest Colorado is one of the most beautiful, fertile, and unique places in the world. It has been compared to Napa Valley, California. It merits protection from oil and gas development.

The North Fork Valley is being threatened by oil and gas development in a number of ways by Bureau of Land Management (BLM) actions:
- A Draft Resource Management Plan for the Uncompahgre Field Office, with a preferred alternative which seeks to open almost every acre of BLM minerals to oil and gas leasing;
- BLM's Final Environmental Impact Assessment which would allow a 146-well Master Development Plan for the Bull Mountain Unit, northwest of Paonia Reservoir to move forward.
In addition Representative Scott Tipton is proposing to legislatively exchange 30,000 acres in the Thompson Divide for 30,000 acres in Delta County, without any environmental oversight or public input.

<([#1 [30.3] The uniqueness of this valley-as home to the largest concentration of organic farms in the State of Colorado, Gold Medal fishing, prized big-game hunting aware winning fruits and wines-should have been considered by the BLM and was not. Tens of thousands of people from outside the valley depend on the clean food this valley provides to farmers markets, grocery stores, community supported agriculture programs, and restaurants.
Clean water and clean air are the lifeblood of this community and the foundation for agriculture, and all the recreational activities that have made outdoor recreation a multibillion dollar industry that employs 6 times more people than the oil and gas industry and results in over 600 billion dollars of consumer spending--hunting,
fishing, hiking, camping, mountain biking.
#1])> BLM can and should designate the North Fork Valley a fully protected area from oil and gas development by adopting a no-leasing alternative. I am opposed to any oil and gas leasing in the North Fork Valley.

Thank you,


FormLetterX Organization:
Received: 11/29/2016 1:38:53 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive

Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterX.htm (FormLetterX-385601.htm  Size = 2 KB)
Submission Text
To Joe Meyers,
As the concern for our pristine North Fork Valley grows, I want to know why the BLM did not consider the impact on recreation, hunting and fishing in the Draft RMP.
A bid for more than one million acres in the Central Valley was denied by Judge Michael Fitzgerald who found that the BLM failed to consider the dangers of fracking...'The bureau failed to take a'hard look'at the environmental impact of the resource management plan....'Judge Fitzgerald said in his ruling.'"

<([#1 In the Draft Uncompahgre RMP, the BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals nor the impact on the hunting and fishing economy:
Impacts on hunting due to changes in wildlife migration and reproduction habits.
BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.
Proximity damage to Wilderness, Wilderness Study Areas and National Parks.
Impacts from noise pollution, negatively affecting wildlife, and bird migration patterns. Impacts from light pollution from drilling rigs on wildlife and recreational expectations and experience #1])>

<([#2 [21.1] I am unwilling to consider any of the options in the BLM's Draft RMP due to continuing negative impact of fracking on the environment and everyone living, working or vacationing in areas near fracking. I demand that the BLM issue a moratorium on oil and gas Íeasing and hydraulic fracturing.
#2])> Sincerely,


FormLetterXX Organization:
Received: 11/29/2016 1:41:42 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali

Attachments: FormLetterXX.htm (FormLetterXX-385602.htm Size = 3 KB)
Submission Text
To The BLM:

I am opposed to all of the options offered in the BLM's Draft Resource Management Plan for the Uncompahgre region. I believe that it is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of
organic farms in Colorado. This development would destroy the unique biodiversity, contaminate soils, water and air, and impair human health by increasing the risk of respiratory, endocrine, immune, and cardiovascular diseases. In addition, I noticed that there is nowhere in the Draft RMP that pipeline safety, maintenance or inspection is
mentioned.
The residents, farmers and ranchers in this watershed truly care for the resources, and as stewards of the land want to make sure that future generations continue to enjoy the quality of life that is currently available in this valley.
<([#2 [41.2] A thorough analysis must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With a significant number of new natural gas wells, will we too have earthquakes and more health risks, such as asthma and neurological diseases? The article below addresses the consequences of hydraulic
fracturing in terms of dollars and lives. We can't take that chance.
As mentioned in the wilderness.org article cited below, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and
toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health." Methane is also mentioned as a problem related to fracking. #2])>

I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. <([#1 [21.1] I urge the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a
web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, and risk human and animal life. #1])>
Regards


FormLetterXXX Organization:
Received: 11/29/2016 1:43:54 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali

Attachments: FormLetterXXX.htm (FormLetterXXX-385603.htm Size = 2 KB)
Submission Text
To The Acting UFO Manager,

I am firmly against the options presented in the BLM's Draft Resource Management Plan for the Uncompahgre Region and ask that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. <([#1 [41.1] I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk.

In addition, BLM did not consider the lack of pipeline safety inspections in rural areas. The National Association of Pipeline Safety Representatives, an association representing state pipeline safety officials, produced a compendium of state pipeline regulations showing that most states with delegated authority from PHMSA to conduct intrastate inspections do not have expanded regulations that cover increased oversight of gathering companies building gathering pipelines in rural areas are generally not subject to inspection and do not have to report the location and characteristics of much of the gathering pipelines being installed. It only makes sense that before a decision is made on leasing the lands, BLM would thoroughly conduct an assessment on the possible repercussions from unregulated rural gas gathering pipelines. #1])> Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. Please act in the interest of the people and follow the BLM's mission statement at the same time.

Sincerely,


FormLetterY Organization:
Received: 11/29/2016 1:50:13 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterY.htm (FormLetterY-385604.htm Size = 3 KB)
Submission Text
Dear Barb Sharrow, Gina Jones and Dana Wilson,

While I love Colorado and appreciate the quality produce and fresh foods from the North Fork valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing and am even considering moving to another state.

Colorado products are marketed as some of the finest, tastiest and healthiest in the country. That

BLM_0157711

will totally change if the BLM allows the proposed RMP for the North Fork valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

The damage won't be just confined to the fragile ecosystem of the NFV. As shown in the links to the articles below, truck collisions train derailments result in spills, which have caused untold damage.

There are also methane and other leaks, which result in increased asthma and other health problems. <([#1 [41.2] The BLM has failed to produce a balanced plan, which takes into consideration new drilling and

fracking technologies. Which result in a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well plus 5-10 times more water, increased noise,

larger volumes of waste, habitat disruption etc. Lastly, we have no idea, which chemicals are in the fracking fluid and have no idea of the impact they will have on wildlife or the environment. #1])> <([#2 [21.1] The BLM has not considered all options. Where is the No Lease option? That must be included as an alternative plan. #2])> I request that the BLM include all proposed actions in the North Fork Alternative B1 in the final RMP. The BLM lands within the North Fork Alternative area are

adjacent to the communities of Hotchkiss, Paonia and Crawford and include areas that supply municipal water and irrigation and domestic water companies. Also I request that the BLM include all other conservation protections in Alternative B.

Thank you.

Sincerely,


FormLetterYY Organization:
Received: 11/29/2016 1:53:36 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterYY.htm (FormLetterYY-385605.htm Size = 3 KB)
Submission Text
To The Acting Uncompahgre Field Office Manager,
I am opposed to all the options offered in the BLM's Draft Resource Management Plan for the North Fork Valley and demand that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.
It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. <([#2 [41.1] I am also concerned that nowhere in the Draft RMP are pipeline safety,

maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk. #2])>

<([#1 [41.2] Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With the increase in natural gas wells, will we also start experiencing earthquakes along with increased health risks, such as asthma and neurological diseases? Read the article below that discusses the definitive link between injection wells and earthquakes. As noted in the article, the consequences of hydraulic fracturing are costing communities unexpected expenses and also human lives. We can't take that chance.

As mentioned in the wilderness.org article, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking. I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. #1])>


Regards,


FormLetterYYY Organization:
Received: 1/4/2017 2:43:53 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterYYY.htm (FormLetterYYY-391728.htm Size = 2 KB)
Submission Text
Uncompahgre Field Office
2465 South Townsend Ave
Montrose, CO 81401

To: Gina Jones
I am opposed to the Final Environmental Impact Statement (FEIS) for SG Interests I, Ltd's Master
Development Plan(MDP) proposal and all the options. With the addition of 146 natural gas wells, four
water disposal wells and associated access roads and pipelines. The Bull Mountain Unit is approximately
19,670 acres of the most beautiful and fertile places in the world and deserves to be protected

from oil and
gas development.
My reasons for this stance are primarily that it is irresponsible to locate oil and gas operations in a
sensitive watershed which directly feeds the largest concentration of organic farms in the State. This
development would destroy the unique biodiversity. Such development would contaminate soils, water
and air and impair human health increasing the risk of respiratory, endocrine, immune and cardiovascular
diseases.
My family and I live in this watershed because the residents, farmers and ranchers truly care for the
resources and as stewards of the land we want to make sure that future generations continue to enjoy the
quality of life that is currently available in this valley.
Further analysis must be completed before any increase in hydraulic fracturing can be allowed. The price
is too high for all of us.
Yours sincerely
Cc: Sally Jewel, John Hickenlooper, D. Wilson, M. Roeber, Rep. Jared Poils, Barb Sharrow


FormLetterZ Organization:
Received: 11/29/2016 1:56:41 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterZ.htm (FormLetterZ-385606.htm Size = 3 KB)
Submission Text
To BLM UFO Field Manager:
According to the BLM's own mission statement, the "(BLM) may best be described'as a small
agency with a big mission: To sustain the health, diversity, and productivity of Americas public
lands for the use and enjoyment of present and future generations." I realize that the BLM needs
to bring in income, but not at the expense of the health and
diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations
for the following reasons.
<([#1 [18.3] In the Draft RMP, the BLM never addresses the volatile organic compounds
(VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released,
leaked, or spilled as a result of drilling continuous operations or accidents, and their impact on
people's health. #1])>

<([#3 [41.1] Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. #3])>

<([#2 [18.3] I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health. I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? #2])> The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards,


FormLetterZZ Organization:
Received: 11/29/2016 1:59:58 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterZZ.htm (FormLetterZZ-385607.htm  Size = 3 KB)
Submission Text
To Whom It May Concern:
While I love Colorado and appreciate the quality produce and fresh foods from the North Fork Valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing.
While the NFV products are marketed as some of the finest, tastiest and healthiest in the country that will completely change if the BLM allows the proposed RMP for the North Fork Valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.
Why has the BLM not prepared a comprehensive analysis of hydraulic fracturing and the many environmental toxins that are present in the water, air and soil after fracking?
<([#1 [41.1] How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.
The RMP draft document never mentions pipeline safety or pipeline integrity management. The

integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM. #1])>

Sincerely,


FormLetterZZZ Organization:
Received: 1/4/2017 2:45:21 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterZZZ.htm (FormLetterZZZ-391729.htm Size = 2 KB)
Submission Text
Gina Jones and Barb Sharrow,
I am a Colorado resident who is opposed to the Final Environmental Impact Statement (FEIS) for SG Interests I, Ltd's Master Development Plan (MDP) proposal, and BLM's preferred alternative to develop up to 146 natural gas wells, four water disposal wells, and associated access roads and pipelines. This plan is irresponsible and potentially hazardous to clean air, fresh water, and food sheds. As an organic farmer, this plan upsets me, and leaves me in fear of going out of business. Who really wants to eat food from an organic farm whose irrigation water comes so close from a natural gas well or water disposal well? Please consider that.

Development in the North fork would contaminate soils, water, and air. This valley has a long agricultural history and with the closure of the coal industry, the valley is just now experiencing the opportunity to re-invent itself. Hydraulic Fracturing, just like coal before it, will soon enough prove itself unsustainable, pushing the valley further into poverty. Rather, we should focus on cleaning up our environment and creating revenue from our excellent agro-tourism industry.

Leasing BLM land for SG interests is unethical and unfair to the people of the North Fork, Colorado, and the country as a whole. It is entirely irresponsible to permanently remove water from the hydraulic system. We don't know what the undisclosed chemicals used in hydraulic fracturing are. These chemicals could destroy BLM land. Our unique biodiversity may never recover. No leasing MUST

be explored as an option.  What will this do to our watersheds?

I urge you, before leasing our beautiful land to be pumped and destroyed in the conquest of quick revenue, please consider all that would be destroyed by doing so. Let this Valley flourish, not just for a few years, but also for generations. Let us have our own sustainable economy. I am opposed to any oil and gas leasing in the North Fork Valley.
Thank you,

BLM_0157717

**Spreadsheet Placeholder(file available in native format)**

**File Name:**          20170623_Commenters by Number.xlsx

BLM_0157718

CommentWorks® Submission Report
Initiative: CO-UFO-RMP
Client Name: Agency
Author: Sarah Crump
Created Date: Friday, June 23, 2017
Sort Order: No Sort Applied
Selected Options:
Include Commenter
Include Organization
Include Additional Commenters
Include Additional Commenter Organizations
Include Commenter Type
Include Classification
Include Category
Include Submitted As
Include Form Letter Category
Include Form Letter Master
Include Task
Include Attachment Data
Include Bracketing
Include Received Date
Include Flags
Export as HTML
Single File


Number of Submissions: 908

---

000001_PublicJ_20160604  Organization: Jean Public
Received: 6/4/2016 12:00:00 AM
Commenter1: Jean Public - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 00001_PublicJ_20160604.htm (000001_PublicJ_20160604-378670.htm  Size = 1 KB)
Submission Text
Date:06/04/2016


Commenter:Jean Public

Organization:
Email:jeanpublic1@yahoo.com
Address:
Phone:

Comment:
the plan should include the following statements which the public wants: ban all development. we want the following bans

1. no grazing

2. no hunting or trapping

3. no drilling for oil gas mining

4. no new roads

5. no chemical use to kill and murder life on this earth

6. no burning which releaese fine particulate matter which gets into bodies and causes lung cancer, heart attacks, strokes, allergies, pneumonia, and asthma and other ailments

7. no grazing to robber baron cattle ranchers with their cheap cheap use of our national land and then leaving it destroyed. this welfare leaching by robber baron cattle ranchers paying so little to use national land. let them go to private land and pay the rates they should be paying.

8.save our natural wildlife and land for our children to have a place to live. they will need it.

9. stop taxing the citizens of this country into bankruptcy so you employees can have all you want at the taxpayers expense. we are tired of treating you like dictators. this comment is for the public record. please receipt. jean publiee
jeanpublic1@yahoo.com

000002_PungitoreD_20160606  Organization:  Dennis Pungitore
Received: 6/6/2016 12:00:00 AM
Commenter1: Dennis Pungitore  - Denver, Colorado 80237 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Flags:
Attachments: 000002_PungitoreD_20160606.htm  (000002_PungitoreD_20160606-378667.htm

Size = 1 KB)
Submission Text
Date:06/06/2016

Commenter:Dennis Pungitore

Organization:MasTec Power Corp.

Email:Dennis.Pungitore@mastec.com

Address:4600 S. Ulster Street, Suite 800
Denver, CO 80237

Phone:303-475-6149

Comment:
As an avid outdoorsman, hiker, snowshoer, sports shooter, I urge that the BLM adopt Alterative A for the management of the Uncompahgre Public Lands.

Dennis W. Pungitore
Vice President Business Development
MasTec Power Corp.
4600 S. Ulster Street, Suite 800
Denver, CO 80237
303-475-6149


000003_Carlson_20160604 Organization: Carlson
Received: 6/4/2016 12:00:00 AM
Commenter1: Carlson - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000003_Carlson_20160604.htm (000003_Carlson_20160604-378668.htm Size = 1 KB)
Submission Text
Date:06/04/2016

Commenter:Carlson Family

Organization:

BLM_0157721

Email:rwccacgjco@gmail.com

Address:

Phone:

Comment:
Will these new BLM plans interfere with Elk hunting in SW Colorado?

000004_EngJ_20160606  Organization: James Eng
Received: 6/6/2016 12:00:00 AM
Commenter1: James Eng - Loveland, Colorado 80538 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000004_EngJ_20160606.htm  (000004_EngJ_20160606-378669.htm  Size = 1 KB)
Submission Text
Date:06/06/2016

Commenter:James Eng

Organization:

Email:jim.deb.eng@gmail.com

Address:2401 Fairplay Dr.
Loveland, CO 80538

Phone:970-310-8696

Comment:
To whom this may concern,

I want to thank you for your work and concern for the public use of public lands. <([#1 [27.1] I use many of the acres of public lands for recreational activities, hunting, camping and target shooting. I know that there are some areas that may be of concern for the safety of others. I am always concerned and careful when discharging a firearm anywhere. I think that most gun owners are the same as I am. But like in everything there are the few that are careless whether driving a car or shooting a gun. Please do not close down all areas because of a careless few. So I would like to see Alternative A, the no-action or status-quo management strategy take place for public land.

#1])> Thanks so much for your work and concern for our public lands.

Sincerely,
James Eng
2401 Fairplay Dr.
Loveland, CO 80538
970-310-8696

000005_LockeD_20160606  Organization: Darin Locke
Received: 6/6/2016 12:00:00 AM
Commenter1: Darin Locke - Longmont, Colorado 80504 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000005_LockeD_20160606.htm  (000005_LockeD_20160606-378671.htm  Size = 1 KB)
Submission Text
Date:06/06/2016

Commenter:Darin Locke

Organization:

Email:bigdlocke@comcast.net

Address:10901 Oxford Rd, Longmont, CO 8504

Phone:303-437-4435 Fax: 303-713-6227

Comment:
Dear Sirs,

It is my understanding that you are currently taking comments for a Draft management Plan for Public Lands in Southwest Colorado.

I am opposed to any forest service plan that further limits recreational or target shooting on public land.

Thank you,

Darin Locke

BLM_0157723

Attorney at Law

000006_RybonJ_20160606  Organization:  John Rybon
Received: 6/6/2016 12:00:00  AM
Commenter1: John Rybon - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000006_RybonJ_20160606.htm  (000006_RybonJ_20160606-378672.htm  Size = 1
KB)
Submission  Text
Date:06/06/2016

Commenter:John  Rybon

Organization:

Email:john.rybon@gmail.com

Address:

Phone:

Comment:
The loss of land to target shooters is terrible.  There are more target shooters than hunters.  This is
a tragic change to tradition, culture, and rights.

000007_TaylorG_20160606  Organization:  George Taylor
Received: 6/6/2016 12:00:00  AM
Commenter1: George Taylor - Como, Colorado 80432 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000007_TaylorG_20160606.htm  (000007_TaylorG_20160606-378676.htm  Size =
1 KB)
Submission  Text

BLM_0157724

Date:06/06/2016

Commenter:George Taylor

Organization:

Email:georgeandlaurie2016@gmail.com

Address:183 Raven Way, Como, CO 80432

Phone: 719-836-4868

Comment:
I would like to provide the following comments:

My interest in this management proposal pertains to recreational shooting, namely target shooting. I reviewed the report and specifically the Recreation Focus Group Report. My interest is in the four proposals/alternatives and access to recreational shooting.

I favor Alternative A, the status quo.

I am responsible shooter and when I am traveling Colorado; I appreciate being able to shoot on public lands. I am a responsible recreational shootist and follow the principle of leave no trace. If and when I shoot; I make a point to clean-up after shooting and do not shoot or attempt to damage the landscape with inappropriate shooting behavior. I would like the ability to shoot throughout public lands when the area is appropriate for shooting and where a restriction or prohibition does not exist.

George Taylor


000008_StillmanC_20160606 Organization: Chris Stillman
Received: 6/6/2016 12:00:00 AM
Commenter1: Chris Stillman  - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000008_StillmanC_20160606.htm (000008_StillmanC_20160606-378677.htm
Size = 1 KB)
Submission Text
Date:06/06/2016

Commenter:Chris Stillman

Organization:

Email:stillmancw@yahoo.com

Address:

Phone:

Comment:
To whom this may concern at BLM:

<([#1 [27.1] Please keep portions of Colorado's BLM Public Land open to Recreational/Target shooting for responsible and safe shooters.

These lands are precious to me and other Colorado shooters and hunters I know. Public lands are the only places available to people like me in a lower economic status, can afford to sight in our firearms before hunting season. I can not afford membership to belong to expensive shooting clubs or ranges. Public lands give me and my friends an opportunity to enjoy Colorado's beautiful outdoor spaces.
#1])>
Thank you.

Chris Stillman


000009_DouganV_20160606  Organization: Vince Dougan
Received: 6/6/2016 12:00:00 AM
Commenter1: Vince Dougan - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000009_DouganV_20160606.htm  (000009_DouganV_20160606-378678.htm  Size = 1 KB)
Submission Text
Date:06/06/2016

Commenter:Vince Dougan

Organization:

Email:lvdougan@gmail.com

Address:

Phone:

Comment:
I will not be able to attend any of the public meetings on the BLM Uncompahgre Resource Management Plan but I want to voice my opposition to any changes to our current public land use in Colorado. Through Federal Government actions we continue to lose access/usage to/of our Public lands in this state and I want to go on record as opposed to any changes to our current land use and access in Colorado.

Vince Dougan


000010_SmithF_20160606  Organization:  Frank Smith
Received: 6/6/2016 12:00:00 AM
Commenter1: Frank Smith  - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000010_SmithF_20160606.htm  (000010_SmithF_20160606-378679.htm  Size = 1 KB)
Submission Text
Date:06/06/2016

Commenter:Frank Smith

Organization:

Email:Coloradoairbear@aol.com

Address:

Phone:

Comment:
This whole thing is ridiculous. Is this an Obama command? I worked with folks from the BLM for years and there was no guns. What is going on? Have to question all of this!

BLM_0157727

Frank Smith

000011_ThompsonF_20160606  Organization: Fred Thompson
Received: 6/6/2016 12:00:00 AM
Commenter1: Fred Thompson - Littleton, Colorado 80127 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000011_ThompsonF_20160606.htm  (000011_ThompsonF_20160606-378680.htm
Size = 1 KB)
Submission Text
Date:06/06/2016

Commenter:Fred Thompson

Organization:

Email:milehighmountain6697@hotmail.com

Address:11480 West Brandt Pl., Littleton, CO 80127

Phone:

Comment:
Regarding the proposed changes of the Colorado shooting areas over the next 10-15 years, I fully
understand the increase in people coming to Colorado but please don't reduce the area size that
people have to target shoot. I know that we now live in a time that everyone wants to sue for any
little thing and BLM does not want negative exposure either legal or media in the event someone
is injured but we are Colorado not California! Please do not change any of the areas reserved for
target shooting!

Respectfully,

Fred Thompson
11480 West Brandt Pl.
Littleton, Co. 80127

000012_HarperG_20160606  Organization: Greg Harper
Received: 6/6/2016 12:00:00 AM
Commenter1: Greg Harper - ,
Organization1:

BLM_0157728

Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000012_HarperG_20160606.htm (000012_HarperG_20160606-378681.htm Size = 1 KB)
Submission Text
Date:06/06/2016

Commenter:Greg Harper

Organization:

Email:gnhllw@gmail.com

Address:

Phone:

Comment:
I am opposed to Alternative B and D as it unduly restricts target shooting. I am in favor of Alternative A the no-action or status quo plan. Thank you for your consideration.

000013_ReuterD_20160607  Organization: Daniel Reuter
Received: 6/7/2016 12:00:00 AM
Commenter1: Daniel Reuter - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000013_ReuterD_20160607.htm (000013_ReuterD_20160607-378682.htm Size = 1 KB)
Submission Text
Date:06/07/2016

Commenter:Daniel Rueter

Organization:

Email:danielreuter58@yahoo.com

Address:

Phone:

Comment:
Dear BLM Uncompahgre Field Office,

I learned of the following situation:

The Bureau of Land Management's Uncompahgre Field Office has released a plan to manage over
675,000 acres of public land for the next 15 to 20 years. In the draft plan are four management strategies (alternatives) that will affect the future use of the land for hunting, target shooting, and a host of other recreation activities. The plan does not affect hunting; however, each of the alternatives would close acreage to target shooting.

Alternative A, the no-action or status-quo management strategy, would continue to prohibit target
shooting at developed recreational sites. Slightly over 2,000 acres are affected. Alternative B would close nearly 250,000 acres, or well over half of the planning area, to target shooting. Alternative C is the same as Alternative A with respect to target shooting. Alternative D, which is the BLM's preferred management strategy, would close nearly 70,000 acres to target shooting.

PLEASE LEAVE THESE AREAS, MENTIONED ABOVE, OPEN TO TARGET SHOOTING.
THANK YOU.

DAN REUTER
BROOMFIELD, COLORADO


000014_JessopM_20160607  Organization: Marce Jessop
Received: 6/7/2016 12:00:00 AM
Commenter1: Marce Jessop - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000014_JessopM_20160607.htm (000014_JessopM_20160607-378903.htm Size =
1 KB)
Submission Text
Date:06/07/2016

BLM_0157730

Commenter:Marce Jessop

Organization:

Email:framerton@gmail.com

Address:

Phone:

Comment:
As a law abiding citizen, I am again concerned with the motives of a federal controlled BLM!
These tactics always benefit the government and never the tax payer and always lead to the never
ending attack on the second amendment, the constitutional rights of American citizens are your
first responsibility! Do your job! An elected official or government hired worker IS a public
servant, not a dictator! What is your motive?
Yours respectfully, Marce Jessop

000015_CooperM_20160607  Organization: Matt Cooper
Received: 6/7/2016 12:00:00 AM
Commenter1: Matt Cooper - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000015_CooperM_20160607.htm  (000015_CooperM_20160607-379040.htm  Size
= 1 KB)
Submission Text
Date:06/07/2016

Commenter:Matt Cooper

Organization:

Email:coop9351@gmail.com

Address:

Phone:

Comment:

We need less government employees sitting around on the dead ass scheming as to how they can limit the public access, use, or benefit from the lands that were set aside "FOR THE PEOPLE OF THE UNITED STATES OF AMERICA", and NOT for the government benifits. You people are simply hired by us to manage this land, and it's looking like to me it's high time we reassess wether or not you employees are serving our interest.

000016_DavisJ_20160607  Organization: Jeff Davis
Received: 6/7/2016 12:00:00 AM
Commenter1: Jeff Davis - Walsenburg, Colorado
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000016_DavisJ_20160607.htm  (000016_DavisJ_20160607-379041.htm  Size = 1 KB)
Submission Text
Date:06/07/2016

Commenter:Jeff Davis

Organization:

Email:jdeere4500@gmail.com

Address:

Phone:

Comment:

<([#1 [2] I noticed every option for the new plan for Uncompagre district reduces the target shooting areas, yet no hunting areas are restricted. Is there any value or reason for this? #1])>
Jeff Davis
Walsenburg, Co

000017_SorensenJ_20160607  Organization: Jamie Sorensen
Received: 11/3/2016 9:12:07 AM
Commenter1: Jamie Sorensen - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive

BLM_0157732

Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000017_SorensenJ_20160607.htm  (000017_SorensenJ_20160607-379042.htm
Size = 1 KB)
Submission  Text
Date:06/07/2016

Commenter:Jamie  Sorensen

Organization:

Email:jsorenses888@gmail.com

Address:

Phone:

Comment:

Please keep as many acres possible  open for shooting.  To many places are being closed to
shooting.

Thank you,



000018_MaynardA_20160607  Organization:  Annemarie Maynard
Received: 6/7/2016 12:00:00  AM
Commenter1: Annemarie Maynard - ,
Organization1:
Commenter Type: Individual
Classification:  Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000018_MaynardA_20160607.htm  (000018_MaynardA_20160607-379043.htm
Size = 1 KB)
Submission  Text
Date:06/07/2016

Commenter:Annemarie  Maynard

BLM_0157733

Organization:

Email:amintransit@yahoo.com

Address:

Phone:

Comment:
<([#1 [27.1] The Bureau of Land Management's Uncompahgre Field Office has released a fifteen to twenty year plan for over 675,000 acres of public land use. Included in this plan are four separate options to limit target shooting within that acreage. It is no wonder so many of the West's citizens are opposed to public ownership of our lands since that ownership seeks to change the nature of our lives by limiting or curtailing target shooting. All of those lands that are being proposed for closure should remain open to target shooting!
#1])> Annemarie Maynard


000019_BruceR_20160607 Organization: Hisdale County Sheriff Department, Ron Bruce
Received: 6/7/2016 12:00:00 AM
Commenter1: Ron Bruce - ,
Organization1:Hisdale County Sheriff Department
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000019_BruceR_20160607.htm  (000019_BruceR_20160607-379044.htm  Size = 1 KB)
Submission Text
Date:06/07/2016

Commenter:Ron Bruce

Organization:Hisdale County, Colorado Sheriff

Email:st8cop@centurytel.net

Address:

Phone:

Comment:
To Whom It Should Concern:

<([#1 [27.1] Based on my reading of the 4 plans under consideration, I would strongly urge the BLM to adopt Plan A. The other plans, as I understand them, are far too restrictive when it comes to recreational shooting #1])> . My Sheriff's Office hears a steady barrage of anger directed at BLM's perceived over-stepping regarding what was originally intended for BLM's authority. Whether true or not, certainly that perception exists.

So, in conclusion, I would very much favor Plan A. Thank you for your considerations.

Respectfully,
Ronald B. Bruce, Hinsdale County, Colorado Sheriff

000020_SeelhoffJ_20160607 Organization: Jesse Seelhoff
Received: 6/7/2016 12:00:00 AM
Commenter1: Jesse Seelhoff - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000020_SeelhoffJ_20160607.htm (000020_SeelhoffJ_20160607-379045.htm Size = 1 KB)
Submission Text
Date:06/07/2016

Commenter:Jesse Seelhoff

Organization:

Email:jesseseelhoff@gmail.com

Address:

Phone:

Comment:
Blm and national forests shouldn't have any target shooting. I've been hunting in areas without any LEO patrolling. It was like a machine gun party. All game became nocturnal and my hunt was over before it started. Wasted a tag and never hunted there again. Archery is in August so ban shooting from August through March.

BLM_0157735

000021_ReyburnT_20160607 Organization: Tom Reyburn
Received: 6/7/2016 12:00:00 AM
Commenter1: Tom Reyburn - Bartlesville, Oklahoma 74006
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000021_ReyburnT_20160607.htm (000021_ReyburnT_20160607-379046.htm
Size = 1 KB)
Submission Text
Date:06/07/2016

Commenter:Thomas Reyburn

Organization:

Email:sjmtnman@gmail.com

Address:1122 Swan Drive
Bartlesville, OK 74006

Phone: 918-907-0036 (Office)
970-209-4695 (Cell)

Comment:
<([#1 [27.1] I strongly support Plan A due to its approach to shooting recreation. Since an
estimated 100 million Americans own firearms, it would seem that if BLM lands are for "many
uses" that firearms practicing should be high on the list of "many uses." #1])>

Thank you for your consideration.

BTW: I moved to Oklahoma from Lake City, CO last month. My 13 years in SW Colorado
included service in Search and Rescue, Deputy Sheriff Hinsdale County and Alpine Ranger
(Hinsdale and San Juan Counties).
--
Tom Reyburn
SJMtnMan@gmail.com

000022_CroasdaleD_20160607 Organization: Don Croasdale
Received: 6/7/2016 12:00:00 AM
Commenter1: Don Croasdale - ,
Organization1:

Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000022_CroasdaleD_20160607.htm (000022_CroasdaleD_20160607-379047.htm Size = 1 KB)
Submission Text
Date:06/07/2016

Commenter:Don Croasdale

Organization:

Email:don_croasdale@cox.net

Address:

Phone:

Comment:
<([#1 [27.1] Reading the 4 plans under consideration, I would strongly urge the BLM to adopt Plan A. The other plans, as I understand them, are far too restrictive when it comes to recreational shooting.
#1])>
Don Croasdale

000023_ColyerM_20160608  Organization: Marilyn Colyer
Received: 6/8/2016 12:00:00 AM
Commenter1: Marilyn Colyer - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000023_ColyerM_20160608.htm (000023_ColyerM_20160608-379048.htm Size = 1 KB)
Submission Text
Date:06/07/2016

Commenter:Marilyn Colyer

Organization:

Email:marilyncolyer.1@gmail.com

Address:

Phone:

Comment:
I am in favor of Alternative B. Or in truth<([#1 [27.1] I would suggest maybe three safely boundered areas where hill prevent straying bullets and where there is visibility and these would be signed as Target Shooting areas.

The way things are now with people shooting willy nilly into woods just about any where has made much of the public lands very unsafe for all other people apart from shooter, for livestock and for wildlife. It surely is time to bring about a change and stop target shooters using land at random. Until new areas are established and well known and also signing at many roads and also information in newspapers random target shooters should be warned one time and there after fined. #1])>

With the increase in people numbers and many using the public lands we must bring about some changes. Imagine having somebody killed this way? It makes no sense that so many of us are held at bay this way.

Designated target shooting areas are a good solution. Maps of those areas should be posted and also rules of safely on public lands.

000024_PasterzJ_20160608 Organization: James Pasterz
Received: 6/8/2016 12:00:00 AM
Commenter1: James Pasterz - Grand Junction, Colorado
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000024_PasterzJ_20160608.htm (000024_PasterzJ_20160608-379049.htm Size = 1 KB)
Submission Text
Date:06/08/2016

Commenter:James Pasterz

Organization:

Email:jamespasterz@gmail.com

Address:

Phone:

Comment:
I am writing in favor of Alternative A. Restricting the public lands to a minimum for target shooting is my vote.

Dr. James R. Pasterz, D.O. Grand Junction, CO.


000025_DouglassG_20160609 Organization: Gary Douglass
Received: 6/9/2016 12:00:00 AM
Commenter1: Gary Douglass - Montrose, Colorado 81401
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000025_DouglassG_20160609.htm (000025_DouglassG_20160609-379050.htm
Size = 1 KB)
Submission Text
Date:06/09/2016

Commenter:Gary C Douglass

Organization:

Email:elkpilot2001@yahoo.com

Address:430 Golden Drive, Montrose, CO 81401

Phone:

Comment:
I STRONGLY support "Alternative A, the no-action or status-quo management strategy, which would continue to prohibit target shooting at developed recreational sites. " I STRONGLY recommend the adoption of "Alternative A".

"<([#1 [27.1] Alternative A" does NOT add to the plethora of does/don't s; we the general public

are already OVERWHELMED by PC regulations! Additionally, to adequately enforce any other Alternative [for target shooting]would be cost prohibitive...currently insufficient personnel to enforce other regulations other than by complaint. #1])>
Gary C Douglass


000026_FrankJ_20160614  Organization: Jim Frank
Received: 6/14/2016 12:00:00 AM
Commenter1: Jim Frank - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000026_FrankJ_20160614.htm (000026_FrankJ_20160614-379051.htm Size = 1 KB)
Submission Text
Date:06/14/2016

Commenter:Jim Frank

Organization:

Email:jimandrofrank@gmail.com

Address:

Phone:

Comment:
Ladies and gentlemen, I am an avid target shooter and I want to formally oppose ANY plan that reduces the areas that are open to target shooting, hunting, sports shooting, and any other firearm related activity on BLM managed lands.

Thank you,

Jim Frank


000027_GarberJ_20160615  Organization: Jim Garber
Received: 6/15/2016 12:00:00 AM
Commenter1: Jim Garber - Montrose, Colorado 81401
Organization1:
Commenter Type: Individual

BLM_0157740

Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000027_GarberJ_20160615.htm (000027_GarberJ_20160615-379052.htm Size = 1 KB)
Submission Text
Date:06/15/2016
Commenter:Jim Garber
Organization:
Email:jgarber23@bresnan.net
Address:3217 Yarrow Way, Montrose, CO 81401
Phone:
Comment:
<([#1 [27.1] Please register my strongest disagreement to any changes in the current regulations regarding target shooting on BLM Lands. Plan A is, and has been, well thought out and practical for the serious public use for many years. Any expanded restrictions needlessly punish the respectful, law-abiding and appreciative citizens – now and in the future – who relish great enjoyment and satisfaction with the heritage of target shooting on public lands. Additional restrictions will more than likely result in the unintended consequence of fewer responsible eyes and ears on the public land that would witness and report any wrong doing or other violations. #1])>

Thanks & Regards,

Jim Garber


000028_LevensG_20160618 Organization: Geoffrey Levens
Received: 6/18/2016 12:00:00 AM
Commenter1: Geoffrey Levens - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000028_LevensG_20160618.htm (000028_LevensG_20160618-379231.htm Size = 1 KB)
Submission Text
Date:06/15/2016

Commenter:Geoffrey Levens

Organization:

Email:geoffreylevens@gmail.com

Address:446 Vista Drive, #13, Paonia, CO 81428

Phone: 970-312-7138

Comment:
Is it just purely about profit now with the BLM? Why do you seem to be so Hell bent on
industrializing and destroying this beautiful, peaceful, human habitat? It makes it rather difficult
to believe in your sanity and humanity.
Geoffrey Levens, L.Ac.


000029_LevensG_20160618  Organization: Geoffrey Levens
Received: 6/18/2016 12:00:00 AM
Commenter1: Geoffrey Levens - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison 12/7/2016 12:00:00 AM
Attachments: 000029_LevensG_20160618.htm  (000029_LevensG_20160618-387493.htm  Size
= 1 KB)
UFORMP_000029_LevensG_20160618.pdf  (000029_LevensG_20160618-387492.pdf  Size = 94
KB)
Submission Text
Date:06/18/2016

Commenter:Geoffrey Levens

Organization:

Email:geoffreylevens@gmail.com

Address:446 Vista Drive, #13, Paonia, CO 81428

Phone: 970-312-7138

Comment:
Clearly you have not read what I sent! Either that or you truly are insane.

"On Sat, Jun 18, 2016 at 6:16 PM, UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov> wrote: The Project Manager for the Uncompahgre RMP has received your email. Your comments have been received and will be fully considered. Thank you for your interest in the Uncompahgre RMP.

If you are requesting to be added to the mailing list, I will ensure you are.

For information on the BLM Uncompahgre RMP, please visit our web site at: http://www.blm.gov/co/st/en/fo/ufo/uncompahgre_rmp.html

Thank you, Gina
--
RMP Project Manager
BLM Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401"


000030_StanleyA_20160623  Organization: Alice Stanley
Received: 6/23/2016 12:00:00 AM
Commenter1: Alice Stanley - Grand Junction, Colorado 81504
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 00030_StanleyA_20160623.htm  (000030_StanleyA_20160623-379232.htm  Size = 2 KB)
Submission Text
Date:06/23/2016

Commenter:Alice Stanley

Organization:

Email:alice577@acsol.net

Address:577 Greenfield Cir. E. Grand Junction, CO 81504

Phone:

Comment:

I am writing this letter concerning the BLM land grab.

These lands that the BLM is closing, belongs to EVERYBODY not the BLM. They want to close certain areas to certain type of motorized vehicles, only 2 wheel vehicles. I for one know who is behind this, it's Obama, as he doesn't want drilling on any parcel of land, as the Environmentalists are in his hip pocket. They helped get him elected both times, so he feels like he owes them a favor in return. In the first place he knows nothing about drilling, and he listens to the Environmentalists and goes along with what they tell him.

Obama puts the BLM up front and has them do the dirty work, so people will think it is the BLM'S idea, but the people know better what is going on. The BLM doesn't care about elderly people, handicap people or how they can access these parcels of land when they restrict the mode of transportation to get into these places.

<([#1 [5.1] The meeting that the BLM had in Hotchkiss, the people that attended that meeting were not even allowed to have a question and answer session. The public should have been able to have their input as what they thought about the whole situation. The meeting did not last long enough for any of that.
#1])>
Alice Stanley
577 Greenfield Cir. E.
Grand Junction,Colo. 81504


000031_SparJ_20160624 Organization: WildEarth Guardians, Jon Spar
Received: 6/24/2016 12:00:00 AM
Commenter1: Jon Spar - ,
Organization1:WildEarth Guardians
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000031_SparJ_20160624.htm (000031_SparJ_20160624-379233.htm Size = 2 KB)
Submission Text
Date:06/24/2016

Commenter:Jon Spar

Organization:WildEarth Guardians

Email:jsparkkuli@yahoo.com.au

Address:

Phone: 505-232-9616

Comment:
To the decision decider.
I am in favor of the least damaging alternative which is Alt B but am unsure if Alt B1 is more restrictive in which case I am for it.

<([#1 [23.1] Discussion of not allowing any cattle grazing should be part of the stipulation as it is well known the damage done particularly in stream and riparian areas by freely grazing cattle. As climate change becomes an ever increasing stressor on our forests and lands it will be a greater disaster to have cattle adding to that effect.

Only a few people will benefit from allowing their animals to graze on our public lands but all of us (taxpayers/citizens) will pay the bill and suffer the long term consequences of this action as will all the animals and plants that will continue to try and live under ever more trying conditions as the climate heats up. I would advise you take a serious look at the consequences of your actions should you allow further grazing.
#1])>
<([#2 [11.1] All mining and drilling should be abandoned as again, there will be a few who would gladly destroy our public lands and make them unlivable for the native inhabitants for their unquenchable greed. The President recently signed onto the Paris agreement and allowing more fossil fuel extraction is exactly counter to that aim. Mining as well uses enormous amounts of energy and destroys habitat especially surface mining that is so often used for coal. #2])>

We must stop putting carbon in the air and protect as the highest priority the intact biosystems that ultimately support all life.

All the alternatives are still to greater or lesser extent causing permanent harm. Complete protection may not be politically palatable now but is the only right choice for the long term. So while I am stating I am in favor of Alt B or B1 I am only choosing the lesser of all evils not the best solution.

I hope you think about your actions.

Jon Spar, MD
Board WildEarth Guardians.
505-232-9616


000032_WitmanR_20160627 Organization: Randy Witham
Received: 6/27/2016 12:00:00 AM
Commenter1: Randy Witham - Buena Vista, Colorado 81211 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique

Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000032_WitmanR_20160627.htm  (000032_WitmanR_20160627-379234.htm  Size
= 5 KB)
Submission Text
Date:06/27/2016

Commenter:Randy Witham

Organization:

Email:randylwitham@gmail.com

Address:17600 CR 367, Buena Vista, CO 81211

Phone: 719-395-2081 (Home), 401-633-2410 (Cell)

Comment:
Dear BLM Uncompahgre Field Office,

After having reviewed your monstrously large, 1,000+ page draft EA/Mgt Plan and attachments, I
respectfully submit the following public comments:

http://www.blm.gov/co/st/en/fo/ufo/uncompahgre_rmp.html

1). I ask you implement Alternative C. It will do the least possible damage...

I want the very least amount of land closed to recreational target shooting and the most land open
to location/claiming/mining.........and access, use and enjoyment, by us, the landowners. Why is
it every new BLM EA/Mgt Plan and Travel Mgt Plan serves to do just one thing.............close
off access, use and enjoyment to the many to serve the demands of the few?

That said, I offer the following additional comments WRT your plan:

1). <([#1 [39.1] Do NOT implement any Wild and/or Scenic designations on any gold bearing
creeks, streams or
rivers.

In particular, the San Miguel & Dolores Rivers have some of the best and largest gold in the
State of Colorado and suction dredging is one of the best methods of recovering that gold
without any damage to the environment. High Bankers and other powered operations, by gas,
solar or battery power, are effective as well.

This is nothing but a tactic used by the extreme environmentalists, as we have seen in Oregon as just one example, to effectively end all suction dredging and all powered equipment/operations in the state on all federal mining claims in that state. They designate the majority of all streams & rivers as wild and/or scenic and BINGO, closed to all motorized mining operations.

All our rivers, creeks & streams are wild & scenic naturally, and are fine as they are......serving the many needs of a diverse universe of user groups. Designating them as "Wild and/or Scenic" can and will ONLY serve to allow BLM to serve just one user group -- extreme environmentalists -- and implement prohibitions, restrictions and limitations that will deny all others access, use and enjoyment of their public lands.

It will also drive withdrawal from mineral entry/claiming and put at risk all the current claimants as to access, use and enjoyment of THEIR federally recognized mining claims. Wrong as can be. #1])>
2). <([#2 [24.1] Do NOT withdraw any land from mineral entry/claiming.

Again, a favorite tactic that supports only one user group's desires -- extreme environmentalists. Nothing's broken that needs fixing. Nothing. Boaters boat, fishermen fish, hikers hike and claim owners mine on their claims. Withdrawing lands from mineral entry arbitrarily sets up winners & losers. BLM should not be out supporting just one special interest group at the expense of another.

FYI: We already have 123 National Monuments for 100s of millions of acres and 759 Wilderness Areas for almost 110 million acres that the public can do little more than just look at.....like a postcard. Enough has been "saved for future generations" as it is. What we the public need is the federal government and BLM to manage OUR public lands for all user groups....and take down gates, remove boulders, open up our lands, not close them off further. #2])>

3). <([#3 [32.1] Under Public Health & Safety, Line 84, keep all current trails, roads & routes open to the public.

A favorite tactic of the extreme environmentalists is to use revised Travel Mgt Plans to do just one thing.........further limit the public's access to THEIR public lands. We're sick and tired of every new Travel Mgt Plan doing one thing..........putting up more gates, more fencing, more boulders, decommissioning primitive & disbursed camp sites. We are sick of being herded into fee campgrounds, being required to look for and fight for and even make reservations to get a campsite in a campground where we have to endure everyone else's campfire smoke, barking dogs, noise and such. There's nothing wrong with getting away from others, camping out in the wild.

So, no to your consideration to close any routes in the UFO area of responsibility. We need to open the land up more, repair some of the damage done in past plans.

#3])> Thank you.

Randy L. Witham

17600 CR 367
Buena Vista, Colorado 81211
(H) 1-719-395-2081
(C) 1-401-633-2410


000033_DutkaM_20160630  Organization:  Mark Dutka
Received: 6/30/2016 12:00:00 AM
Commenter1: Mark Dutka - Aurora, Colorado 80012 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000033_DutkaM_20160630.htm  (000033_DutkaM_20160630-379235.htm  Size =
1 KB)
Submission  Text
Date:06/27/2016

Commenter:Mark Dutka

Organization:

Email:mjd4570@gmail.com

Address:932 S Dearborn Way Apt 19, Aurora, CO 80012

Phone:

Comment:
Sirs
I find that plan A is best as the level of safety has not been compromised,  as most shooters are
safety minded.  The land needs to be open for all types of recreation including  target shooting.

Thanks

Mark Dutka
932 s Dearborn Way apt 19
Aurora, CO 80012

000034_JohnsonA_20160630  Organization:  Western Slope Conservation Center, Alex Johnson
Received: 6/30/2016 12:00:00 AM
Commenter1: Alex Johnson - Paonia, Colorado 81428
Organization1:Western  Slope Conservation Center

Commenter2: Rien van West - Grand Junction, Colorado 81502
Organization2:Western Colorado Congress
Commenter3: Natasha Leger - Hotchkiss, Colorado 81419 (United States)
Organization3:Citizens for a Healthy Community
Commenter4: Robyn Cascade - Durango, Colorado 81302 (United States)
Organization4:Northern San Juan Broadband
Commenter5: Karen Tuddenham - Telluride, Colorado 81435 (United States)
Organization5:Sheep Mountain Alliance
Commenter6: Matt Reed - Crested Butte, Colorado 81224 (United States)
Organization6:High Country Conservation Advocates
Commenter Type: Organization (nonprofit/citizens group)
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000034_JohnsonA_20160630.htm (000034_JohnsonA_20160630-379236.htm
Size = 2 KB)
Submission Text
Commenter:Alex Johnson

Organization:

Email:director@theconservationcenter.org

Address:PO Box 1612, Paonia, CO 81428

Phone: 970-527-5307

Comment:
Dear Ms. Wilson,
<([#1 [1] On behalf of our respective organizations, we request that the Bureau of Land
Management (BLM) issue a 90-day extension to the public comment period for the draft
Uncompahgre Field O?ce Draft Resource Management Plan (UFO Draft RMP). It is clear that
the original 90 days allotted for this comment period will not be sufficient for our organizations
to fully review the over 2,000-page three-volume UFO Draft RMP document. In order to
contribute substantive comments on every aspect of this very complex Draft RMP, our members,
staff, and board will need an additional 90 days for public comment.
Furthermore, a number of other relevant regional and national NEPA processes are currently or
soon will be underway, most notably the BLM Coal Lease Programmatic EIS, BLM Planning
2.0, Dominguez-Escalante final EIS and proposed RMP, Bull Mountain EIS, and the Grand
Mesa Uncompahgre and Gunnison (GMUG) Forest Plan Revision among others. In order to
meaningfully engage in the BLM UFO Draft RMP public comment period, we need an
additional 90 days to review the document and submit substantive and specific comment. #1])>

Thank you for the opportunity to submit this request.

Alex Johnson
Executive Director
Western Slope Conservaeon Center
PO Box 1612, Paonia, CO 81428
970-527-5307

Rien van West
President
Western Colorado Congress
134 N 6th St, Grand Junction, CO 81502
970-246-7650

Natasha Léger
Interim Executive Director
Citizens for a Healthy Community
PO Box 291
Hotchkiss, CO 81419

Robyn Cascade
Northern San Juan Broadband
Great Old Broads for Wilderness
PO Box 2924
Durango, CO 81302

Karen Tuddenham
Execueve Director
Sheep Mountain Alliance
PO Box 389
Telluride, CO 81435

Matt Reed
Public Lands Director
High Country Conservation Advocates
PO Box 1066
Crested Butte, CO 81224
(303) 505-991


000035_BronfmanJ_20160630 Organization: Joanie Bronfman
Received: 6/30/2016 12:00:00 AM
Commenter1: Joanie Bronfman - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive

Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000035_BronfmanJ_20160630.htm  (000035_BronfmanJ_20160630-379237.htm
Size = 2 KB)
Submission  Text
Date:06/30/2016

Commenter:Joanie  Bronfman

Organization:

Email:bronmacm@aol.com

Address:39335  Pitkin Road, Paonia, CO 81428

Phone:

Comment:
Dear People at the Bureau of Land Management:

I own 3 properties in the North Fork Valley:

1. 39335 Pitkin Road, Paonia
2. 11740 Coal Road, Hotchkiss
3. 11744 Coal Road, Hotchkiss

I have a place on Pitkin Mesa outside of Paonia where I lease some land for agriculture  and I
own a farm that I lease in Hotchkiss. I bought the properties with great joy because of the beauty
of the scenery and healthiness of the locally  grown meat and produce.

<([#1 [21.1] I am very opposed to oil and gas development  and fracking activities. I don't think
they should be permitted  when the public  health risks are great, such as:

- Activities on public  lands that have the potential to poison foodsheds and threaten to wipe out
food security for people on the Western Slope and the Front Range.

- The destruction/pollution  of clean air, abundant fresh water, and foodsheds (including
Colorado's largest concentration of organic farms).

- Significant  harm to human health and a local economy based on agriculture  and organic farms,
recreation, hunting,  and tourism.

- Loss of unique biodiversity  in the State of Colorado.

BLM_0157751

Given what we know about the risks of oil and gas chemicals, and radioactive wastewater to human health, I believe a no leasing alternative for the North Fork Valley is the best way to protect our community and preserve the quality of life North Fork Valley residents have come to treasure and cherish.
#1])>
The North Fork community is a very special one. Our community is made up of farmers, vintners, realtors, ranchers, property owners, business owners, hikers, hunters, anglers, outdoor enthusiasts, as well as concerned and impacted citizens. We know that this would negatively impact on our quality of life, our sources of unpolluted water for domestic and irrigation use, our ability to produce organic meat and vegetables, our property values, our views and our access to outdoor recreation.

Sincerely,

Joanie Bronfman

000036_Datsko_20160702  Organization: Kathy Datsko
Received: 7/2/2016 12:00:00 AM
Commenter1: Kathy Datsko - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000036_Datsko_20160702.htm  (000036_Datsko_20160702-379238.htm Size = 1 KB)
Submission Text
Date:07/02/2016

Commenter:Kathy Datsko

Organization:

Email:kathydatsko@gmail.com

Address:

Phone:

Comment:
After attending the public meeting on Monday June 20 in Ridgway, and after careful study,
<([#2 [11.1] I do not feel Alternative D moves us in a sustainable way towards meeting our

nation's climate commitments. Expanding fossil fuel extraction does not move us in the long term direction that is needed to meet our goals. #2])> Alternatives B and B-1 address the additional need we have to insure quality backcountry wilderness experience for future generations.

<([#1 [5.3] In the public presentation of the plan, the term "alternative D" was consistently not used, and the term "preferred alternative" was substituted. This choice of words, ("alternative A, alternative B, alternative C and Preferred Alternative") seemed passive-aggressive, implying that the Preferred Alternative was agreed on by everyone in the room. In my opinion, saying "and alternative D, which is what BLM is recommending" would be more respectful of those with different views.
#1])>
All said, everyone was very considerate, helpful and informed. Thank you.

Kathy Datsko


000037_BernhardtB_20160706  Organization:  Barb Bernhardt
Received: 7/6/2016 12:00:00 AM
Commenter1: Barb Bernhardt - Montrose, Colorado 81403 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000037_BernhardtB_20160706.htm  (000037_BernhardtB_20160706-379239.htm
Size = 1 KB)
Submission Text
Date:07/06/2016

Commenter:Barbara Bernhardt

Organization:

Email:solituderd@sanjuanlive.net

Address:20409 Solitude Road, Montrose, CO 81403

Phone:

Comment:
Greetings.
Looks like I should send my comments directly to this email address.

<([#1 [15.2] In looking at the UFO-RMP I don't see anything on the Gunnisson Sage Grouse for areas outside of the current ACEC on the north side of the Black Canyon. This is of great concern because there is important habitat not in that area. With no specific protections in planned for the other habitat, the remaining populations and the habitat needed to support/increase both them as well as the entirety of the 5000 or so GuSG estimated to remain will be impossible, and will undermine the FWS goal to eventually remove GuSG from 'Threatened' status. In fact, failure to protect habitat outside of the current ACEC will doom to species to 'Endangered' status. #1])>

Barb Bernhardt
20409 Solitude Road
Montrose, CO 81403


000039_HardyC_20160711 Organization: Sam Houston Trails Coalition, Chris Hardy
Received: 7/11/2016 12:00:00 AM
Commenter1: Chris Hardy - Houston, Texas 77090 (United States)
Organization1:Sam Houston Trails Coalition
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000039_HardyC_20160711.htm (000039_HardyC_20160711-379240.htm Size = 1 KB)
Submission Text
Date:07/11/2016

Commenter:Chris Hardy

Organization: Sam Houston Trails Coalition, a 501(c)(3) corporation

Email:mcrider@hal-pc.org

Address:18110 Wild Oak, Houston, Texas 77090

Phone: 281-744-8256

Comment:
I support no change in the current usage. That area is a great and should allow all the current access.


000039_WarnerV_20160912 Organization: Virginia Warner
Received: 9/12/2016 12:00:00 AM
Commenter1: Virginia Warner - Delta, Colorado 81416

BLM_0157754

Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Review Assigned/Due: mmccarter
Attachments: 000039_WarnerV_20160912.htm (000039_WarnerV_20160912-379241.htm  Size = 3 KB)
Submission Text
Date:09/12/2016

Commenter:Virginia Warner

Organization:

Email:ginnywarner833@gmail.com

Address:Delta CO 81416

Phone:

Comment:
Dear BLM-UFO Staff and RMP Comment Team,

Please fully consider the issues raised in these comments on the Uncompahgre FieldOffice draft Resource Management Plan. As presented, none of the alternatives offer the level of protection these lands warrant, that communities and thepublic in your planning area have specifically asked for and favored, and which federal law requires.

In a few paragraphs, explain how the RMP, as proposed in Alternative D, the "preferred" alternative, could affect you personally. For example, if you live or your child attends a school beside a parcel that was threatened for leasing in the 2009 30,000 acre lease sale, explain how such development might affect your quality of life, health, business, water quality, soil erosion, hunting grounds, wildlife corridors, etc. The preferred alternative allows 95% of the planning area to be leased to oil and gas companies, including most of the parcels that were nominated in the 2009 30,000 acre proposal. If possible, reference court cases, scientific papers, or newspaper articles that demonstrate real, quantifiable negative impacts to back up your concerns.

The following points illustrate areas in which the draft RMP is lacking adequate information:

-Choose topics from the RMP Suggested Comments file that support the personal concerns you addressed in the previous paragraph(s), or compile your own list of specific criticisms on the content or lack of content in the draft RMP.

-Bulleted points are helpful if you have many points to address but it's also fine to write this portion in paragraph form.

Specifically, the final Resource Management Plan should:

-Include a no-leasing alternative, to adequately evaluate the full range of reasonable management plans.

-Include a sub-alternative for each alternative (A1, C1, D1) as was created for Alternative B, so the North Fork Alternative Plan can be properly evaluated against each proposed alternative.

-Reiterate what you expect to see in the final RMP, based on the arguments you included above.

<([#1 [5.3] Without having considered a no-leasing alternative, nor considering how the North Fork Alternative Plan would be carried out if included in the preferred alternative, the draft RMP fails to fulfill it's duty to consider the full range of reasonable management possibilities. #1])>
Please act now to prevent the devastation of our wildlife, lands and all western Colorado stands for!


Sincerely,
Virginia Warner



000040_WadeJ_20160712  Organization: Jon Wade
Received: 7/12/2016 12:00:00 AM
Commenter1: Jon Wade - Cheyenne, Wyoming 82009 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000040_WadeJ_20160712.htm (000040_WadeJ_20160712-379242.htm Size = 1 KB)
Submission Text
Date:07/12/2016

Commenter:Jon Wade

Organization:

Email:jon@thesnowys.net

Address: 7903 Trophy Drive, Cheyenne, Wyoming  82009

Phone:

Comment:
I appreciate your efforts in managing our public lands to accommodate competing uses. I am writing to express my concern in closing areas to public access and motorized access. I am opposed to restricting public and motorized access except in cases where the local natural resource is being impacted. In those cases mitigation should be implemented and the area re-opened to public and motorized access asap.

<([#1 [40.1] I am also opposed to establishment of any additional wilderness areas or designation of other protected areas unless the local residents request that designation. The unintended consequences of living adjacent to areas with special management are unacceptable, and the impacts on residents are seldom mitigated. I request that the wilderness study area designations be removed from these lands because they also bring uncompensated impacts to area residents, and those designations are seldom removed once imposed, even after all study has ended. #1])>
Thanks for considering my concerns,

Jon Wade
7903 Trophy Drive
Cheyenne, Wyoming  82009


000041_GrayE_20160712  Organization:  Eddie Gray
Received:  7/12/2016  12:00:00 AM
Commenter1:  Eddie Gray - Aurora, Colorado 80012 (United States)
Organization1:
Commenter Type:  Individual
Classification:  Nonsubstantive
Submission Category:  Unique
Submitted As:  E-Mail
Form Letter Category:  Unique
Form Letter Master:
Current Task:  Done Assigned/Due:  zghali
Attachments:  000041_GrayE_20160712.htm  (000041_GrayE_20160712-379243.htm  Size = 1 KB)
Submission Text
Date: 07/12/2016

Commenter: Eddie  Gray

Organization:

Email: EdXR650L@aol.com

Address:12872 E Center Ave, Aurora, CO 80012

Phone: 720-629-2888

Comment:
To whom it may concern:

I have enjoyed the vast recreational activities within the Uncompahgre planning area, specifically OHV dirt biking, and camping, and would like to do so for many more years to come. As a Colorado native, it is an appreciated area of natural beauty and access via OHV, whether it be Jeep, motorcycle, or ATV allows people to recreate in an area set aside purposefully.

Thanks,

Eddie Gray
12872 E Center Ave
Aurora, CO 80012
720-629-2888

000042_GannawayR_20160713  Organization: Ryan Gannaway
Received: 7/13/2016 12:00:00 AM
Commenter1: Ryan Gannaway - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000042_GannawayR_20160713.htm  (000042_GannawayR_20160713-379244.htm
Size = 2 KB)
Submission Text
Date:07/13/2016

Commenter:Ryan Gannaway

Organization:

Email:ryangann92@gmail.com

Address:

Phone:

Comment:
I would like to speak out against any future plans for oil and gas drilling in Delta County. I live and work in Paonia, one of the most beautiful and pristine landscapes in colorado. My financial well-being here is reliant on the agricultural industry. There is research showing that fracking pollutes water, ground water and thus soil. If oil and gas industry begins in the North Fork Valley it will destroy the economy here. The North Fork is the organic food epicenter of Colorado providing food for the residents here and beyond.

I understand that the people's voice is important in making decisions in oil and gas drilling. I hope that my voice can represent all the farmers whose livelihood will be destroyed if these permits are passed. Not only will drilling destroy the economy, but will also cause a mass exodus from this area as we are well aware of the health dangers fracking presents. The North Fork Valley is on its way to becoming a leader in environmental consciousness and sustainable living. Fracking will end the progress the people in the community have made in this direction. I am appalled to think about the beautiful natural landscape, immaculate air and water quality could be decimated by oil and gas.

Thank you for representing the people and fighting for the needs of our community.

Sincerely,
Ryan Gannaway


000043_VolckhausenP_20160713  Organization: Phil Volckhausen
Received: 7/13/2016 12:00:00 AM
Commenter1: Phil Volckhausen - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000043_VolckhausenP_20160713.htm  (000043_VolckhausenP_20160713-379245.htm  Size = 1 KB)
Submission Text
Date:07/13/2016

Commenter:Phil Volckhausen

Organization:

Email:philvolck@gmail.com

Address:

Phone:

Comment:
Dear BLM I am one of the many people who vehemently oppose the management Plan that would open our public lands for more gas & oil development in the North fork Valley. I don't need to give you the reasons. You have heard them all. I hope that you choke on the payoffs that you are receiving or come to your senses and realize that this is no good for the present or future of our valley. Phil Volckhausen

000044_DokrayD_20160713  Organization: Dan Dockray
Received: 7/13/2016 12:00:00 AM
Commenter1: Dan Dockray - Telluride, Colorado 81435 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000044_DokrayD_20160713.htm (000044_DokrayD_20160713-379246.htm Size = 2 KB)
Submission Text
Date:07/14/2016

Commenter:Dan Dockray

Organization:

Email:dandockray@hotmail.com

Address:137 W. Colorado Avenue, Telluride CO 81435

Phone: 970-708-0666  Fax: 888-832-2893

Comment:
My understanding is that the BLM is doing a review and asking for comments on how to manage our BLM moving forward into the next 20 years and possibly beyond. I live in San Miguel county, own three businesses and also am an outdoor enthusiast in the area. I believe our land should be protected for public uses like rafting, mountain biking, hiking, camping, dirtbiking, climbing, skiing etc. These sports support our economy here, in fact without good outdoor lands to do sports like this I would certainly be out of business. This is economically a way to preserve jobs in the region that are sustainable and will be here for many generations. Mining, oil and gas jobs do not support the economy for very long, usually disturb and possibly destroy the land, making it unusable for other economic opportunities. Please consider the long term economics of

preserving what our great area has to offer with it's wild lands, these really are an economic powerhouse that will support our region for generations to come. I think it is also notable how many residents in San Miguel County and travelers use the outdoor resources we have. I personally am outdoors fishing, hiking, biking, skiing, rafting, kayaking, dirtbiking, hunting or other activities on a daily basis. I know that all of my business clients come here to enjoy the great outdoors as well, without them we would be in a terrible position.

Thanks for your consideration.

Best regards,

DANIEL E. DOCKRAY

Broker Associate

Telluride Sotheby's International Realty

137 W. Colorado Avenue

Telluride CO, 81435

M. 970-708-0666  F. 888-832-2893

000045_TankaD_20160714  Organization: Dale Tanaka
Received: 7/14/2016 12:00:00 AM
Commenter1: Dale Tanaka - Greeley, Colorado (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000045_TankaD_20160714.htm  (000045_TankaD_20160714-379247.htm  Size = 1 KB)
Submission Text
Date:07/14/2016

Commenter:Dale Tanaka

Organization:

Email:dkt735@aol.com

BLM_0157761

Address:2524 29th Avenue, Greeley, CO 80634

Phone: 970-396-3428

Comment:
<([#1 [32.1] I would like the travel plan to increase the amount of OHV trails in this area, most importantly single track access. Outdoor recreation brings stimulates local economy with minimal environmental impacts #1])> .

Thank you
Dale Tanaka

000046_BilickoM_20160720 Organization: 589th Mountain Movers, Michael Bilicko
Received: 7/20/2016 12:00:00 AM
Commenter1: Michael Bilicko  - Delta, Colorado 81416 (United States)
Organization1:589th Mountain Movers
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000046_BilickoM_20160720.htm  (000046_BilickoM_20160720-379248.htm Size = 2 KB)
Submission Text
Date:07/20/2016

Commenter:Michael Bilicko

Organization:

Email:mjbilicko@gmail.com

Address:19055 Hwy 50, Delta, CO 81416

Phone:

Comment:
I am a disabled war veteran, and cannot get around well at all. I enjoyed target shooting near Delta, on PUBLIC LAND, until in the not so distant past BLM made me a law breaker if I did so. I guess Obama's BLM became God.

Now I find there is nowhere for me to be able to drive (miles from inhabitation) and set up my shooting platform near my vehicle, and then proceed to have fun, what little fun I manage. My wife sets up (or did) targets and I would shoot into an adobe hill to insure safety, (or at least

some type of hill, but adobe insures no ricochets) and picnic and enjoy a day of shooting, and just sitting out in the wilderness.

Now I find you are going to proceed to take even more land away from the American public (some of us cannot walk for a mile to find a suitable, and safe shooting site) So folks like me are just swept away and forgotten. I think you guys say "to hell with these old useless Veterans of War" right? Or maybe you can steer me to an area accessible by vehicle I can go to shoot without going to jail?

Michael J Bilicko
US Army Combat Engineer
589th Mountain Movers
Vietnam 1968/1969
19055 Hwy 50
Delta, Colorado 81416
mjbilicko@gmail.com


000047_DakroubR_20160727 Organization: Roy Dakroub
Received: 7/27/2016 12:00:00 AM
Commenter1: Roy Dakroub - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000047_DakroubR_20160727.htm (000047_DakroubR_20160727-379249.htm
Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:Roy Dakroub

Organization:

Email:dakr8519@bears.unco.edu

Address:

Phone:

Comment:
All public land should be open to recreational shooting among any other recreational activity. If

it's not privatly owned, it's not regulated.

000048_DavisT_20160727  Organization:  Tom Davis
Received: 7/27/2016 12:00:00 AM
Commenter1: Tom Davis - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000048_DavisT_20160727.htm  (000048_DavisT_20160727-379250.htm  Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:Tom Davis

Organization:

Email:tomedavis49@msn.com

Address:

Phone:

Comment:
I would recommend that plan A be the action plan for the future land use. Thanks to you for supporting multi recreational land use within Colorado.

000049_KennedyC_20160727  Organization:  Cody Kennedy
Received: 7/27/2016 12:00:00 AM
Commenter1: Cody Kennedy - Grand Junction, Colorado
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000049_KennedyC_20160727.htm  (000049_KennedyC_20160727-379251.htm  Size = 1 KB)
Submission Text

BLM_0157764

Date:07/27/2016

Commenter:Cody Kennedy

Organization:

Email:gjpd627@gmail.com

Address:

Phone:

Comment:
Dear Gina,

I understand that the BLM is considering closing public lands to target shooting. I am very much against this. For many years I have used the local BLM areas to teach my kids, as wells as other friends, how to shoot. As a police officer, I believe that the best way to know how to safely handle a firearm is to spend time practicing with it. The BLM lands are a perfect place to do this.

Thank you,
Cody Kennedy
Grand Junction, Colorado


000050_MurphyD_20160727 Organization: M4 Ranch Group, Dan Murphy
Received: 7/27/2016 12:00:00 AM
Commenter1: Dan Murphy - Lake City, Colorado 81235 (United States)
Organization1:M4 Ranch Group
Commenter Type: Private Industry
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000050_MurphyD_20160727.htm (000050_MurphyD_20160727-379608.htm Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:Dan Murphy

Organization:M4 Ranch Group

Email:dan@m4ranchgroup.com

Address:PO Box 1060, Lake City, CO 81235

Phone: 970-944-4444; 970-209-1514  Fax: 970-944-5051

Comment:
Gina, I am writing you to add input to the Current BLM Management Plan for Southern Colorado. We are a sporting community, we are based on hunting and shooting recreation. I implore you to maintain open access in Alternative A of your proposed BLM Management Plan.

Sincerely Dan Murphy
Broker/Owner
M4RanchGroup


000051_HattenM_20160727  Organization: Charles Hatten
Received: 7/27/2016 12:00:00 AM
Commenter1: Charles Hatten - Denver, Colorado 80238 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000051_HattenM_20160727.htm (000051_HattenM_20160727-379609.htm  Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:Mike Hatten

Organization:

Email:mhatten.hcf@gmail.com

Address:Denver, CO 80238

Phone:

Comment:
To whom it may concern…respectfully,

I am an avid target shooter. I am fortunate that we have such beautiful lands set aside that I may enjoy the beauty of the outdoors and practice target shooting in that environment safely. I have been a shooter for approximately 50 years and have never had an accident. I advocate for safety on a regular basis.

Please do not restrict my privilege in any way to practice my target shooting skills on public lands.

Thank you,
Charles M. Hatten
Denver, CO 80238

000052_EthertonJ_20160727 Organization: James Etherton
Received: 7/27/2016 12:00:00 AM
Commenter1: James Etherton - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000052_EthertonJ_20160727.htm (000052_EthertonJ_20160727-379610.htm Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:James Etherton

Organization:

Email:mhatten.JME01@comcast.net

Address:

Phone:

Comment:
Shooting on public lands is desirable because where else can one go to simply "plink" at targets or teach your family to use and respect guns?? <([#1 [27.1] Local commercial ranges are limited in number, loaded with rules to limit liability, and are expensive (like $20/hr per person; $40 for a parent (trainer) and child). Designated shooting areas safely removed from the camping area would be highly desirable.
#1])>
James Etherton

000053_MoranJ_20160727 Organization: James Moran
Received: 7/27/2016 12:00:00 AM
Commenter1: James Moran - Westminster, Colorado (United States)

Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000053_MoranJ_20160727.htm (000053_MoranJ_20160727-379611.htm Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:James Moran

Organization:

Email:jmoran63@comcast.net

Address: Westminster, Colorado

Phone:

Comment:
To whom it may concern,

I am an avid shooter and am dismayed to hear that future management plans call for excluding target shooting. Please note, the continued growing restrictions on the use of public lands is not appreciated here in the west.

Jim Moran
Westminster, Colorado

000055_ParisL_20160727 Organization: Lisa Paris
Received: 7/27/2016 12:00:00 AM
Commenter1: Lisa Paris - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali 7/27/2016 12:00:00 AM
Attachments: 000055_ParisL_20160727.htm (000055_ParisL_20160727-379612.htm Size = 1 KB)

Submission  Text
Date:07/27/2016

Commenter:Lisa  Paris

Organization:

Email:sparisdda@aol.com

Address:

Phone:

Comment:
Please do not close any target shooting  areas.

Sincerely,

Paris family

000056_HoganT_20160727  Organization:  Theodore Hogan
Received:  7/27/2016  12:00:00  AM
Commenter1:  Theodore Hogan - Aurora, Colorado 80017 (United States)
Organization1:
Commenter Type: Individual
Classification:  Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due:  zghali
Attachments: 000056_HoganT_20160727.htm  (000056_HoganT_20160727-379613.htm  Size =
1 KB)
Submission  Text
Date:07/27/2016

Commenter:Theodore  K Hogan

Organization:

Email:HoganWeapons@msn.com

Address: 1432 S. Nucla Street, Aurora, CO 80017

Phone: 303-671-8471

Comment:
BLM,

Please consider the loss of land to recreational shooters. As the population of this State increases, less land is available for Shooters. I live in the Denver Metro area and must drive to find a place to shoot outdoors, but there are fewer areas to go to and this should also be considered along with other forms of outdoor entertainment. Closing more land to Shooters that was previously open to them only aggrevates the problem.

Thank You,

Theodore K Hogan


Theodore K. Hogan
1432 S. Nucla Street
Aurora, Colorado 80017

303-671-8471


000057_StrotherJ_20160727  Organization: Jon Strother
Received: 7/27/2016 12:00:00 AM
Commenter1: Jon Strother - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000057_StrotherJ_20160727.htm (000057_StrotherJ_20160727-379614.htm Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:Jon Strother

Organization:

Email:jnstrthr@gmail.com

Address:

Phone:

Comment:
To whom it may concern:

I will keep this short and sweet. Alternative A is really the only option. A status Quo approach to what exists is best.

Regards,
Jon Strother


000058_CraftonJ_20160727 Organization: James Crafton
Received: 7/27/2016 12:00:00 AM
Commenter1: James Crafton - Evergreen, Colorado 80437 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000058_CraftonJ_20160727.htm (000058_CraftonJ_20160727-379615.htm Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:James W Crafton

Organization:

Email:jcrafton@performancesciences.com

Address: PO Box 190, Evergreen, CO 80437

Phone:303-445-9062 Fax:303-670-2902

Comment:
<([#1 [27.1] It is my personal and professional opinion that the BLM is stepping beyond a wise use of OUR resources. These belong to the whole of the American public. Therefore, the use thereof for recreational, energy and any other reasonable purpose should conform to the desires of those utilizing those areas. Thus, several of the plans that have been promulgated by the BLM for land and use management in the Uncompahgre area are clearly contradictory to the desires of the principal users. There are two excellent examples of failure to maximize value. One is recreational shooting in areas where there is no one or nothing that will be disturbed, such as the proposal to ban "target shooting" (whatever that is, because a deer is a "target") on 70,000 to 250,000 acres of public (I'm part owner) land. #1])> Another example is the BLM's over-reach in mineral management by removing or delaying indefinitely approval for public lands on which

oil and gas drilling can occur, a clear violation of the charge to help protect the strategic security of the country.

000059_Jackie_20160727  Organization: Jackie
Received: 7/27/2016 12:00:00 AM
Commenter1: Jackie - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000059_Jackie_20160727.htm  (000059_Jackie_20160727-379616.htm  Size = 2 KB)
Submission Text
Date:07/27/2016

Commenter:Jackie

Organization:

Email:jackschitackerman@yahoo.com

Address:

Phone:

Comment:
My opinion of the BLM wanting to manage more public lands in the Montrose area.
These are public lands, that means the land belongs to the public, NOT the BLM. When I go out on these public lands on foot or with one of my ATVs I respect the land because it belongs to all of us. I do NOT and I will NOT be subject to rules of the BLM, a corrupt government organization. I will shoot any of my many rifles on the public property anywhere I choose, as long as I am not
endangering anyone physically or via unwanted noise. I do not need, nor will I accept being controlled in any manner by a corrupt government organization. (The BLM)

I am a Combat Veteran of the United States. I actually put my life on the line for this country, I actually lost blood on foreign soil in defense of this country and therefore I will do as I damn well please on land that I fought for. I also will respect that land as it cost me dearly in the past. I will NOT accept some corrupt government organization telling me what I can or cannot do on my own property.

I realize the BLM does not want to hear from guys like myself but there it is and I am sticking to

it, at all costs. I have only had one confrontation with a BLM employee in the past. SHE was breaking the law and I pointed that out to her. She did not take that well at all as she was on her own time, not working. She became almost violent when I explained the "rules" to her and that she was physically endangering myself by what she was doing. She threatened me by stating, "my mother is an attorney". I told her I was sorry she had a mother who was an attorney.

I would suggest the BLM let the public enjoy their land in peace.

Jackie

000060_OlszewskiJ_20160727  Organization: Joe Olszewski
Received: 7/27/2016 12:00:00 AM
Commenter1: Joe Olszewski - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000060_OlszewskiJ_20160727.htm  (000060_OlszewskiJ_20160727-379617.htm
Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:Joe Olszewski

Organization:

Email:josephmonao@gmail.com

Address:

Phone:

Comment:
I want to go on record against any and all efforts to curtail shooting on BLM lands. Please do not restrict shooting on these lands. Plan A would be my choice. Thank you for your time.

Joe.

000061_SmithJ_20160621  Organization: Joe Smith
Received: 6/21/2016 12:00:00 AM
Commenter1: Joe Smith - ,
Organization1:

Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000061_SmithJ_20160621.htm  (000061_SmithJ_20160621-379618.htm  Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:Joe Smith

Organization:

Email:thejoesmithradio@gmail.com

Address:

Phone:410-458-3391

Comment:
Dear BLM,

This letter is to request that you choose the North Fork Alternative, B1.

The North Fork Valley is a place filled with beauty and natural resources. It provides many people with jobs, exercise, leisure, and a place to call home.

It is of utmost importance to make sure the water is clean. This water is used to grow many fruits and crops that are imported all over Colorado. All the best peaches come from the North Fork. The crops are a HUGE resource for the people of this valley. With tainted water, it will ruin everything.

Please, make the right decision. Choose the North Fork Alternative, B1.

Thank you,
Joe Smith
--
Joe T. Smith
410-458-3391


000061_SmithJ_20160621_PosDup  Organization: Joe Smith
Received: 7/27/2016 12:00:00 AM
Commenter1: Joe Smith  -,

Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison 12/13/2016 12:00:00 AM
Attachments: 000061_SmithJ_20160621_PosDup.htm (000061_SmithJ_20160621_PosDup-388413.htm Size = 1 KB)
UFORMP_000061_SmithJ_20160621.pdf (000061_SmithJ_20160621_PosDup-388412.pdf Size = 93 KB)
Submission Text
Date:07/27/2016

Commenter: Joe Smith

Organization:

Email:thejoesmithradio@gmail.com

Address:

Phone:410-458-3391

Comment:
Dear BLM,

This letter is to request that you choose the North Fork Alternative, B1.

The North Fork Valley is a place filled with beauty and natural resources. It provides many people with jobs, exercise, leisure, and a place to call home.

It is of utmost importance to make sure the water is clean. This water is used to grow many fruits and crops that are imported all over Colorado. All the best peaches come from the North Fork. The crops are a HUGE resource for the people of this valley. With tainted water, it will ruin everything.

Please, make the right decision. Choose the North Fork Alternative, B1.

Thank you,
Joe Smith
--
Joe T. Smith
410-458-3391

000062_RossC_20160727  Organization:  Charles Ross
Received: 7/27/2016  12:00:00  AM
Commenter1:  Charles Ross - Rio Nido, California  95471 (United States)
Organization1:
Commenter Type: Individual
Classification:  Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000062_RossC_20160727.htm  (000062_RossC_20160727-379619.htm  Size = 1 KB)
Submission  Text
Date:07/26/2016

Commenter:Charles  Ross

Organization:

Email:charlesr@sonic.net

Address:PO Box 110, Rio Nido, CA 95471

Phone:707-869-1675

Comment:
I note that all of your plans leave out target shooting;  this is an recreational activity that is supposed to be a fair use for BLM land under statutes.

Charles Ross

000063_Carlson_20160727  Organization:  Carlson
Received: 7/27/2016  12:00:00  AM
Commenter1:  Carlson - ,
Organization1:
Commenter Type: Individual
Classification:  Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000063_Carlson_20160727.htm  (000063_Carlson_20160727-379620.htm  Size = 1 KB)
Submission  Text

BLM_0157776

Date:07/26/2016

Commenter:Carlson family

Organization:

Email:rwccarcgjco@gmail.com

Address:

Phone:

Comment:
You need to keep hunting open and provide designated target practice areas. BLM may also need to build facilities for target practice and mainain.

Sincerely

000064_Ludwid_20160727 Organization: Drew Ludwig
Received: 7/27/2016 12:00:00 AM
Commenter1: Drew Ludwig - Ophir, Colorado 81426 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000064_Ludwid_20160727.htm (000064_Ludwid_20160727-379621.htm Size = 2 KB)
Submission Text
Date:07/27/2016

Commenter:Drew Ludwig

Organization:

Email:thedrewludwig@gmail.com

Address:221 Granite Ave, Ophir, CO 81426

Phone:970-596-6246

Comment:
Drew Ludwig

221 Granite Ave
Ophir, CO 81426
thedrewludwig@gmail.com
Mountain Guide
Dolores / Paradox area

As a full time resident of San Miguel county and a native son of Grand Junction, I would like to voice my opinion for NO oil and gas leasing on our public lands. As a mountain guide my livelihood depends upon it.

I have spent years running into the undesignated wilderness surrounding the Dolores river canyon near Bedrock. I have seen bear, been stalked by mountain lions and swam in pools of rain water captured by sandstone pockets. I can't begin to tell you how important these places are to me and my sense of self. Without these experiences, I would be a diminished version of myself. Something out there makes me whole, and I must visit the nothing I find out there at least once a month. An oil rig and the infrastructure it takes to bring in that shortsighted version of progress is a step in the wrong direction. The land is fragile and we must extend our timelines to protect these places for future generations. I find value in the blank spaces and that value can not be read on any bottom line.

Thank you for reading,

Drew Ludwig
970-596-6246


000065_GunnardJ_20160727 Organization: Russ Gunnard
Received: 7/27/2016 12:00:00 AM
Commenter1: Russ Gunnard - Lake Wylie, South Carolina 29710
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000065_GunnardJ_20160727.htm (000065_GunnardJ_20160727-379622.htm Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:Russ Gunnard

Organization:

Email:r.gunnard@att.net

Address:17 Shipmaster Court, Lake Wylie, SC 29710

Phone:803-831-1292

Comment:
I am opposed to eliminating target shooting for it is a safe place and readily available. Target shooting does not harm the environment and should not be eliminated.

Thanks.

R. J. Gunnard


000066_Sjaardema_20160727 Organization: George Sjaardema
Received: 7/27/2016 12:00:00 AM
Commenter1: George Sjaardema - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000066_Sjaardema_20160727.htm  (000066_Sjaardema_20160727-379623.htm
Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:George Sjaardema

Organization:

Email:GNCSjarrdema@hotmail.com

Address:

Phone:

Comment:
Leave the shooting status on BLM land as it is. Enough "progressive politically correct action". We do not want Colorado to become any more like California! If California was so great, stay there!

Sincerely;

George Sjaardema

000067_LineberryD_20160727  Organization:  Dennis Lineberry
Received: 7/27/2016 12:00:00 AM
Commenter1: Dennis Lineberry - Castle Pines, Colorado 80108 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000067_LineberryD_20160727.htm (000067_LineberryD_20160727-379624.htm
Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:Dennis Lineberry

Organization:

Email:dennis@geoshepard.com

Address:1012 Pinefield Lane, Castle Pines, CO 80108

Phone:303-978-0337;  303-898-6131

Comment:
Please don't close public land to target shooting.

Dennis Lineberry

000068_BrowningR_20160727  Organization:  Ralph Browning
Received: 7/27/2016 12:00:00 AM
Commenter1: Ralph Browning - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000068_BrowningR_20160727.htm (000068_BrowningR_20160727-379625.htm
Size = 1 KB)

Submission  Text
Date:07/27/2016

Commenter:Ralph  Browning

Organization:

Email:browningralph@comcast.net

Address:

Phone:

Comment:
The land belongs to the Public, that includes me and as an avid gun enthusiast and recreational shooter, the only place where any gun controls should be imposed on my use of my land is active shooting in developed recreational areas, that must be appropriately identified with signage.

I am not a nut or crazy. I am an everyday person who objects to over-governmental regulation, but supports requirements that shooters conduct their shooting safely without endangering other owners of the lands, and cleaning up after themselves to protect our environment.

Thank you for valuing my input.

000069_YoungC_20160727  Organization:  Coy Young
Received:  7/27/2016 12:00:00 AM
Commenter1: Coy Young - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000069_YoungC_20160727.htm  (000069_YoungC_20160727-379626.htm  Size = 1 KB)
Submission  Text
Date:07/27/2016

Commenter:Coy  Young

Organization:

Email:cmy979@gmail.com

Address:

Phone:

Comment:
My name is Coy Young. I live in Dove Creek, Colorado. I would like to put my comments in on this issue, as far as your proposed alternatives, option A is widely the best option. Although I would personally prefer responsible target shooting not be prohibited anywhere so long as done responsibly and everything is cleaned up. I would be extremely disappointed to see any recreational target shooting be prohibited on any lands that is for public use as that would be encroaching on the people's rights.

Thank you.

000070_WoodsL_20160727 Organization: Lonnie Woods
Received: 7/27/2016 12:00:00 AM
Commenter1: Lonnie Woods - Montrose, Colorado 81401 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000070_WoodsL_20160727.htm (000070_WoodsL_20160727-379627.htm Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:Lonnie Woods

Organization:

Email:lonnie@roadkingshocks.com

Address:105 Merchant Drive, Montrose, CO 81401

Phone:970-249-1907 Fax: 970-249-8044

Comment:
Plan A is the best plan.

000071_CoffeeJ_20160727 Organization: Starr Coffee, James
Received: 7/27/2016 12:00:00 AM
Commenter1: James - ,

Organization1:Starr Coffee
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000071_CoffeeJ_20160727.htm  (000071_CoffeeJ_20160727-379628.htm  Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:James and Starr Coffee

Organization:

Email:jscafe@a4isp.com

Address:

Phone:

Comment:
Our preference is Alternative A.

000072_ReeveS_20160727  Organization: Sam Reeve
Received: 7/27/2016 12:00:00 AM
Commenter1: Sam Reeve - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000072_ReeveS_20160727.htm  (000072_ReeveS_20160727-379629.htm  Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:Sam Reeve

Organization:

Email:samreeve@gmail.com

Address:

Phone:

Comment:
I am writing to support target shooting in the BLM as it is today. Alternative A.

Sam Reeve

000073_McIntireS_20160727  Organization: Scott McIntire
Received: 7/27/2016 12:00:00 AM
Commenter1: Scott McIntire - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000073_McIntireS_20160727.htm  (000073_McIntireS_20160727-379630.htm
Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:Scott McIntire

Organization:

Email:macword@gmail.com

Address:

Phone:

Comment:
<([#1 [27.1] Please keep all BLM lands open for activities, including informal target shooting.
As a resident of Colorado, these lands need to remain open to legal and lawful activities of the
general public, which includes shooting sports. While I personally do not engage in either
hunting or other shooting sports, I believe these lands must stay available to those who do.

My request to keep these lands available for target shooting (Alternative A) does not include
bona fide and established recreational areas, which should remain closed to shooting and
hunting. But these represent a small number of acres in comparison to the amount of land in

Alternatives B, C, and D. #1])>

Again, please endeavor to keep our public lands open to the traditional uses that the public enjoys, which includes firearm target practice.

Thank you for listening to the public.

Sincerely,
Scott McIntire
Paonia, CO

000074_DannS_20160727  Organization: Steve Dann
Received: 7/27/2016 12:00:00 AM
Commenter1: Steve Dann - Parker, Colorado 80134 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000074_DannS_20160727.htm  (000074_DannS_20160727-379631.htm  Size = 2 KB)
Submission Text
Date:07/27/2016

Commenter:Steve Dann

Organization:

Email:steve.dann@ceturylink.net

Address:10618 Sedgwick Way, Parker, CO 80134

Phone:303-828-7290

Comment:
The Bureau of Land Management's Uncompahgre Field Office has drafted a plan to manage over 675,000 acres of public land for the next 15 to 20 years. In the draft plan are four management strategies (alternatives) that will affect the future use of the land for hunting, target shooting, and a host of other recreation activities.

<([#1 [27.1] I would like to express my support for maintaining the maximum available use for Public Target Shooting and Hunting uses for the affected areas. I support Alternative A, the no-action or status-quo management strategy, that would continue to prohibit target shooting at

developed recreational sites, while making the maximum available area available for target shooting and hunting related activities. If continuation of Alternative A, is not the public consensus use option, I would support also support Alternative C as a compromise use option.

As Public Funds, particularly those from the Pittman Robertson Act have funded significant recreational opportunities, it seems only fair to ensure that Sportsmen who have provided these funds are allowed to maintain and maximize use of the affected areas. #1])>

Steve Dann
10618 Sedgwick Way
Parker, CO. 80134
PH: 303-828-7290


000075_WilliamsG_20160727 Organization: Gar Williams
Received: 7/27/2016 12:00:00 AM
Commenter1: Gar Williams - Craig, Colorado 81626 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000075_WilliamsG_20160727.htm (000075_WilliamsG_20160727-379632.htm
Size = 2 KB)
Submission Text
Date:07/27/2016

Commenter:Gar Williams

Organization:

Email:gar@specialserviceandsupply.com

Address:PO Box 153, Craig, CO 81626

Phone:

Comment:
To Whom it may concern,

As a long time resident of Colorado, a shooter, past law enforcement officer and a hunter I would like to offer my comments on the proposed land use restrictions on Public Lands in Southwestern Colorado. The Constitution under the Second Amendment, as ratified by the Supreme Court in the Heller vs Washington decision guarantees every citizen who has not been convicted of a

BLM_0157786

felony the right to bear arms. To bear arms responsibly, every citizen must practice their shooting skills, to do this requires a place to shoot. A person who practices with a firearm and practices the safety rules makes hunting and shooting safe sports.

Urban development is rapidly gobbling up land that was previously used for shooting sports. The loss of available places to shoot and target practice on Public Land is a severe problem facing shooters and hunters. Loss of use of these lands could eventually place shooting and hunting on an "Endangered Sport" list similar to the Endangered Species List. Loss of these sports jeopardizes a well established American tradition. The future loss of qualified shooters will adversely affect the security of our nation by limiting the number of marksmen available to protect the nation by serving in the military. Therefor I recommend that the BLM adopt their management proposal either Option A or C as they have the least adverse affect on our ability to shoot on these public lands.

Best regards

Gar Williams
P.O. Box 153
Craig, CO. 81626


000076_DobbsR_20160727  Organization: Robert Dobbs
Received: 7/27/2016 12:00:00 AM
Commenter1: Robert Dobbs - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000076_DobbsR_20160727.htm  (000076_DobbsR_20160727-379633.htm  Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:Robert M. Dobbs

Organization:

Email:r.dobbs@att.net

Address:

Phone:

BLM_0157787

Comment:
It is my firm belief that any other plan other than Alternative A, for the Management Plan for Public Lands in Southwest Colorado would be a gross injustice to Coloradoans.

Thank you.

Robert M. Dobbs.


000077_MorehartM_20160727  Organization: Morgan Morehart
Received: 7/27/2016 12:00:00 AM
Commenter1: Morgan Morehart - Parker, Colorado 80138 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000077_MorehartM_20160727.htm  (000077_MorehartM_20160727-379634.htm Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:Morgan Morehart

Organization:

Email:morgan.morehart@aecom.com

Address:3589 Zane Grey Loop, Parker, CO 80138

Phone:

Comment:
Target shooting is far more than just hitting a target, we really need this land as it is, so we can teach others about GUN SAFETY and the Sport of shooting.

Morgan T. Morehart


000078_SandersC_20160727  Organization: Cody Sanders
Received: 7/27/2016 12:00:00 AM
Commenter1: Cody Sanders - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive

Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000078_SandersC_20160727.htm (000078_SandersC_20160727-379635.htm Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:Cody Sanders

Organization:

Email:sanderstitanpower@hotmail.com

Address:

Phone:

Comment:
My voice is for option a. Don't do anything! Leave our lands public and quit shutting down our land. Open the roads back up as well. We can't even use them to turkey hunt in the spring. Again let people use their land not the governments. No one has asked you to save us from us.

Thanks

Cody Sanders

000079_CookP_20160727 Organization: Peter Cook
Received: 7/27/2016 12:00:00 AM
Commenter1: Peter Cook - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000079_CookP_20160727.htm (000079_CookP_20160727-379636.htm Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:Peter Cook

Organization:

Email:pete@acmeliquor.com

Address:

Phone:

Comment:
I am a supporter of target shooting on public lands and recreational areas. I please request that either no changes are made to the target shooting areas, or they are expanded. Thank you for your time.

Sincerely,

Peter Cook


000080_Magnum_20160727 Organization: Magnum
Received: 7/27/2016 12:00:00 AM
Commenter1: Magnum - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000080_Magnum_20160727.htm  (000080_Magnum_20160727-379637.htm  Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:Magnum

Organization:

Email:magnum@heavilyarmedhiking.com

Address:

Phone:

Comment:
I would like to cast my vote for option A, the keep as is plan and to not alter the existing rules.

BLM_0157790

There is very few places which allow shooting to occur and I do not wish to see any additional restrictions added.

000081_VanOss_20160727  Organization:  Glenn  Van Oss
Received: 7/27/2016  12:00:00  AM
Commenter1:  Glenn  Van Oss - ,
Organization1:
Commenter Type: Individual
Classification:  Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000081_VanOss_20160727.htm  (000081_VanOss_20160727-379638.htm  Size = 1 KB)
Submission  Text
Date:07/27/2016

Commenter:Glenn  Van Oss

Organization:

Email:glenn@vanoss.com

Address:

Phone:

Comment:
Please consider my request for Plan A, as I would not like to see any additional  restrictions placed on land use. Target shooting is often times a non-disruptive  activity, and when done responsibly  there is no lasting impact for the land. If any change is to be made, I would  fully support strong enforcement of the existing rules and regulations  concerning that appropriate use of targets and such.

Thanks

000082_LarsonJ_20160727  Organization: Jackie Larson
Received: 7/27/2016  12:00:00  AM
Commenter1: Jackie Larson - ,
Organization1:
Commenter Type: Individual
Classification:  Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail

Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000082_LarsonJ_20160727.htm  (000082_LarsonJ_20160727-379639.htm  Size = 1 KB)
Submission  Text
Date:07/27/2016

Commenter:Jackie  Larson

Organization:

Email:prrhoti@aol.com

Address:

Phone:

Comment:
I vote for plan "B" to make target shooting  available  on BLM Uncompahgre  land management.
Thank you.

Jackie Larson

000083_GermainA_20160727 Organization: Elizabeth  Germain
Received: 7/27/2016 12:00:00 AM
Commenter1: Elizabeth  Germain - ,
Organization1:
Commenter Type: Individual
Classification:  Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000083_GermainA_20160727.htm  (000083_GermainA_20160727-379640.htm
Size = 1 KB)
Submission  Text
Date:07/27/2016

Commenter:Elizabeth  Germain

Organization:

Email:cometinco@msn.com

Address:

Phone:

Comment:
I want to see Alternative A, everything remains as is, selected. These are public lands and all recreational uses should be available and welcomed. The land should be open for target shooting, except for developed recreational sites.

Thank you
Allen Germain
Denver CO


000084_SchulerM_20160727  Organization:  Mark Schuler
Received: 7/27/2016 12:00:00 AM
Commenter1: Mark Schuler - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000084_SchulerM_20160727.htm  (000084_SchulerM_20160727-379641.htm  Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:Mark Schuler

Organization:

Email:schulermg@gmail.com

Address:

Phone:

Comment:
Dear BLM,

As a six-year Search and Rescue volunteer, a long-time resident of Colorado, and a hunter, I have a deep love of Colorado's natural resources. After reviewing your Management Plan for Public Lands options, I strongly urge you to adopt Plan A. That is, the status quo plan that allows

BLM_0157793

target shooting in all non-developed recreational sites.

000085_GilleyR_20160727 Organization: Ron Gilley
Received: 7/27/2016 12:00:00 AM
Commenter1: Ron Gilley - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000085_GilleyR_20160727.htm (000085_GilleyR_20160727-379642.htm Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:Ron Gilley

Organization:

Email:rongilley@frontier.net

Address:

Phone:

Comment:
To whom it may concern,

As a resident of Colorado and avid outdoorsman, I strongly believe the existing management quidelines for public lands are more than adequate. Therefore, I would encourage you to support continuation of existing plans by supporting Alternative "A".

Ron Gilley

000086_BorghiB_20160727 Organization: Andrea Borghi
Received: 7/27/2016 12:00:00 AM
Commenter1: Andrea Borghi - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique

Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000086_BorghiB_20160727.htm  (000086_BorghiB_20160727-379643.htm  Size = 1 KB)
Submission  Text
Date:07/27/2016

Commenter:Andrea  Borghi

Organization:

Email:andreab@compuserve.com

Address:

Phone:

Comment:
Could  you please choose Alternative  B or C?

Target shooting  is  important  to allow citizen  to practice firearms handling.

Right  now  it is  more  important  than ever allow law abiding  citizen  to practice.

Thanks

Andrea  Borghi

000087_MansourR_20160727  Organization:  Ron Mansour
Received:  7/27/2016  12:00:00  AM
Commenter1:  Ron Mansour - ,
Organization1:
Commenter  Type: Individual
Classification:  Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category:  Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000087_MansourR_20160727.htm  (000087_MansourR_20160727-379644.htm
Size = 1 KB)
Submission  Text
Date:07/27/2016

Commenter:Ron  Mansour

Organization:

Email:rm4news@gmail.com

Address:

Phone:

Comment:
Hello,
I would like to submit my comments regarding future planning of the Uncompahgre area. I am both a citizen of Colorado and a firearms owner. I enjoy both hunting and recreational shooting. I hope that our ability to enjoy our firearms in a recreational manner will not be hindered in the reduction of available shooting areas. I hope I will be able to use the Uncompagre area for recreational shooting the the future.

Thank you for your time.

000088_EricksonM_20160727 Organization: Mike Erickson
Received: 7/27/2016 12:00:00 AM
Commenter1: Mike Erickson - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000088_EricksonM_20160727.htm  (000088_EricksonM_20160727-379645.htm
Size = 1 KB)
Submission Text
Date:07/27/2016

Commenter:Mike Erickson

Organization:

Email:yammymonkey@aim.com

Address:

Phone:

Comment:
As a Colorado resident, and freguent user of BLM and other public lands, I support your option

A for the lands in SW Colorado.

Thanks,
Mike Erickson


000089_DixonR_20160728 Organization: Ronald Dixon
Received: 7/28/2016 12:00:00 AM
Commenter1: Ronald Dixon - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000089_DixonR_20160728.htm (000089_DixonR_20160728-379646.htm Size = 1 KB)
Submission Text
Date:07/28/2016

Commenter:Ronald Dixon

Organization:

Email:occrad@centurytel.net

Address:

Phone:

Comment:
Restore all 2nd Amendment Rights as guaranteed by the U.S. Constitution!


000090_KinkadeD_20160728 Organization: Dale Kinkade
Received: 7/28/2016 12:00:00 AM
Commenter1: Dale Kinkade - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000090_KinkadeD_20160728.htm (000090_KinkadeD_20160728-379647.htm

Size = 1 KB)
Submission Text
Date:07/28/2016

Commenter:Dale Kinkade

Organization:

Email:kvhp@msn.com

Address:

Phone:

Comment:
As a tax paying citisen and gun lover I believe I have as much right to use this land for my enjoyment as any one else. I believe we need to keep safety as top priority when we are in the field. Safety should also be first priority for bikers flying down trails with blind corners where there could be hikers( families with young kids),this is just as dangerous. This land is for all our enjoyment and NO ONE SHOULD HAVE THE RIGHT TO IMPOSE THEIR RIGHTS OVER MY RIGHTS.

000091_SorensonJ_20160728  Organization: Jamie Sorenson
Received: 7/28/2016 12:00:00 AM
Commenter1: Jamie Sorenson - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000091_SorensonJ_20160728.htm  (000091_SorensonJ_20160728-379648.htm
Size = 1 KB)
Submission Text
Date:07/28/2016

Commenter:Jamie Sorensen

Organization:

Email:jsorensen888@gmail.com

Address:

Phone:

Comment:
Please leave as much as you can open to shooting. Now more than ever we need to be armed and proficient to stop terrorist attacks.

Thank you.

000092_Beldohr_20160727  Organization:
Received: 7/27/2016 12:00:00 AM
Commenter1: - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000092_Beldohr_20160727.htm  (000092_Beldohr_20160727-379649.htm  Size = 3 KB)
Submission Text
Date:07/27/2016

Commenter:

Organization:

Email:beldohr1@aim.com

Address:

Phone:

Comment:
To the Bureau of Land Management's Uncompahgre Field Office,

<([#1 [27.1] As a concerned citizen I am sending you my comments on your plan to restrict target shooting on Public Land in Southwest Colorado. The last ten years have seen a steady decline on the places where an average citizen can go to legally  shoot, not for hunting, but just for practice and recreational shooting. Most of the gun ranges have been shut down by subdivisions that build right next to an existing gun range and then complain about the shooting. Now you are removing one of the last places where we can go. You say you are still leaving some places for recreational shooting but all of these places require driving for hours and hours to get to them. We NEED some places left where we can go NEAR our city centers. This is where most people live, not 50 miles into the back woods. Also these places need to have LONG

range shooting, up to 500 yards or more, not just 25 yard pistol ranges and 100 yard rifle ranges. If you give us some place to go legally most of us will, but if there is NO places left to go legally we will still go shooting anyway. #1])>

BLM EXTENDS COMMENT PERIOD ON MANAGEMENT PLAN FOR PUBLIC LANDS IN SOUTHWEST COLORADO

The Bureau of Land Management's Uncompahgre Field Office has drafted a plan to manage over 675,000 acres of public land for the next 15 to 20 years. In the draft plan are four management strategies (alternatives) that will affect the future use of the land for hunting, target shooting, and a host of other recreation activities. The plan does not affect hunting; however, each of the alternatives would close acreage to target shooting.

Alternative A, the no-action or status-quo management strategy, would continue to prohibit target shooting at developed recreational sites. Slightly over 2,000 acres are affected. Alternative B would close nearly 250,000 acres, or well over half of the planning area, to target shooting. Alternative C is the same as Alternative A with respect to target shooting. Alternative D, which is the BLM's preferred management strategy, would close nearly 70,000 acres to target shooting.

The BLM has extended the comment period to November 1st. Comments may be submitted by email to T or by mail to the BLM, Uncompahgre Field Office, 2465 S. Townsend Ave., Montrose, CO 81401.

The draft plan is available at http://www.blm.gov/co/st/en/fo/ufo/uncompahgre_rmp.html (or www.uformp.com). For more information, contact Gina Jones, National Environmental Policy Act Coordinator, at gmjones@blm.gov or (970) 240-5300.

If these public lands are important places where you recreate, please submit your comments to the BLM letting the agency know what lands you believe should remain open to target shooting that are being proposed for closure. There are many competing recreational interests so the future of target shooting totally depends on its importance to you as a local shooter and/or hunter and how involved you become in this planning process.

000093_ReruchaL_20160728  Organization: Larry Rerucha
Received: 7/28/2016 12:00:00 AM
Commenter1: Larry Rerucha - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000093_ReruchaL_20160728.htm  (000093_ReruchaL_20160728-379650.htm  Size = 1 KB)

Submission  Text
Date:07/28/2016

Commenter:Larry  Rerucha

Organization:

Email:larlorcha@live.com

Address:

Phone:

Comment:
Public  land  should  not  be  prohibited  for the use of target shooting.

We the people have the right to use public  land for target shooting.

Regards Larry Rerucha

000094_BryantM_20160728  Organization:  Michael Bryant
Received:  7/28/2016  12:00:00  AM
Commenter1:  Michael  Bryant - Colorado  Springs,  Colorado  80951  (United  States)
Organization1:
Commenter Type: Individual
Classification:  Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due:  zghali
Attachments: 000094_BryantM_20160728.htm  (000094_BryantM_20160728-379651.htm  Size
= 1 KB)
Submission  Text
Date:07/28/2016

Commenter:Michael  Bryant

Organization:

Email:unklemikesbbq@gmail.com

Address:Colorado  Springs,  CO 80951

Phone:

BLM_0157801

Comment:
Hello,
I'm not sure what the comment form is, but I would like to request no additional closures to target shooting in Colorado.

As a recent citizen of Colorado, I've been very disappointed with the availability of affordable locations to train in practical shooting. It is necessary for anyone who carries a handgun for self defense, to train with it regularly. Without training and practice, we become less safe.

Most ranges in Colorado Springs only allow simple target shooting. Pointting a gun straight down a lane at a circle is not practical training for defense. The only way for lower income citizens to train for practical defense scenarios in Colorado Springs, is to go to nonrestricted land. It's very difficult to find these places already.

Please do not send the message that poor people can't afford the right to defend themselves from violent attackers. Allow us to get the practice we need in a safe environment. Do not further restrict our ability to practice safely.

Thank you,
Michael Bryant
Colorado Springs, CO 80951


000095_SchnaderbeckJ_20160728  Organization:  John Schnaderbeck
Received: 7/28/2016 12:00:00 AM
Commenter1: John Schnaderbeck - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000095_SchnaderbeckJ_20160728.htm  (000095_SchnaderbeckJ_20160728-379652.htm  Size = 1 KB)
Submission Text
Date:07/28/2016

Commenter:John Schnaderbeck

Organization:

Email:johnny149169@yahoo.com

Address:

Phone:

Comment:
Do nothing but keep shooting areas open in OUR National Forests which you maintain for the people.

John Schnaderbeck


000096_Coombs_20160729  Organization:  Mike Coombs
Received: 7/29/2016 12:00:00 AM
Commenter1: Mike Coombs - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000096_Coombs_20160729.htm  (000096_Coombs_20160729-379653.htm  Size = 2 KB)
Submission Text
Date:07/29/2016

Commenter:Mike Coombs

Organization:

Email:jebsta@q.com

Address:

Phone:

Comment:
To Whom it Man Concern,

The current plan that is in place where shooting is prohibited in developed recreational sites sufficiently protects the public. Laws about littering if enforced can stop the shooting of garbage and then illegally leaving it. If someone breaks the law or shoots carelessly and hurts someone they need to be prosecuted, just as they would if they hurt someone while driving or other activities.

It seems there are always those who want to take freedoms away and make new laws instead of enforcing the ones that are already in place.

BLM_0157803

As a shooter I am aware of the dangers of a bullet shot in a careless direction. I am aware of the "dumps" that some shooter cause by taking things onto public lands and shooting them and then leaving them. I am aware that shooting makes some people nervous. I am also aware that there are already laws in place that already address these problems. We don't need to shut down our lands to stop them but just inforce the laws that are already in place.

If the laws in place are not enforced what good will it do the make new ones except to stop those of us who are responsible shooters; those who are breaking the laws now are still going to break the new laws you put in place and the same problems will still be there.

Don't punish all for a few bad people.

Thank you,

Mike Coombs

000097_AyadB_20160729   Organization:  Boulos  Ayad
Received: 7/29/2016 12:00:00 AM
Commenter1: Boulos Ayad - Florissant, Colorado 80816 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000097_AyadB_20160729.htm  (000097_AyadB_20160729-379654.htm  Size = 1 KB)
Submission Text
Date:07/29/2016

Commenter:Boulos  Ayad

Organization:

Email:boulosayad@gmail.com

Address:1571 Arapahoe Dr., Florissant, CO 80816

Phone:720-270-9257

Comment:
Please continue to make public lands available to the shooting sports as they are an important part of our heritage and a foundatoin of our freedoms. Constitutionally enshrined activities must be promoted & not just "allowed" on all federal land.

BLM_0157804

Warm regards,

Boulos Ayad


000098_ManiscalcoD_20160730 Organization: Donna Maniscalco
Received: 7/30/2016 12:00:00 AM
Commenter1: Donna Maniscalco - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000098_ManiscalcoD_20160730.htm (000098_ManiscalcoD_20160730-
378673.htm Size = 1 KB)
Submission Text
Date:07/30/2016

Commenter:Donna Maniscalco

Organization:

Email:bwalchok@centurylink.net

Address:

Phone:

Comment:
Please consider all recreational activities in the decision to restrict land use. Leave land for target
shooting. No closing of shooting range sites.


000099_retail_20160730 Organization: Redtail
Received: 7/30/2016 12:00:00 AM
Commenter1: Redtail - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali

BLM_0157805

Attachments: 000099_retail_20160730.htm (000099_retail_20160730-378674.htm Size = 1 KB)
Submission Text
Date:07/30/2016

Commenter:Redtail

Organization:

Email:redtail@outdrs.net

Address:

Phone:

Comment:
Leave it alone. You don't manage lands. All you do is close off our public lands. Our land surely does not need a bunch of beaurocrats to "manage" something they have no idea how to manage. Stay away...we don't need you here.

000100_BruceR_20160730_HinsdaleCountySheriff  Organization:  Ron Bruce
Received: 7/30/2016 12:00:00 AM
Commenter1: Ron Bruce - Lake City, Colorado 81235 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000100_BruceR_20160730_HinsdaleCountySheriff.htm
(000100_BruceR_20160730_HinsdaleCountySheriff-378675.htm Size = 1 KB)
Submission Text
Date:07/30/2016

Commenter:Ron Bruce

Organization:Hinsdale County Sheriff's Office

Email:st8cop@centurytel.net

Address:311 N. Henson St., Lake City, CO 81235

Phone:

Comment:

I and my staff prefer Alternative "A". We find the others as absolutely unacceptable.

Respectfully,

Ronald B. Bruce, Hinsdale County Sheriffs Office

000101_KnoxM_20160801 Organization: Michael Knox
Received: 8/1/2016 12:00:00 AM
Commenter1: Michael Knox - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000101_KnoxM_20160801.htm  (000101_KnoxM_20160801-380367.htm  Size = 1 KB)
Submission Text
Date:08/01/2016

Commenter:Michael D Knox

Organization:

Email:michael.knox@encana.com

Address:

Phone:

Comment:
Public lands are owned by the people not the BLM. I understand restricting target shooting around developed recreation sites, but to close thousands of acres is wrong.

Do not close these lands.

000102_BaldwinD_20160801 Organization:
Received: 8/1/2016 12:00:00 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail

BLM_0157807

Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000102_BaldwinD_20160801.htm  (000102_BaldwinD_20160801-380368.htm
Size = 1 KB)
Submission  Text
Date:08/01/2016

Commenter:David  Baldwin

Organization:

Email:wilddog99@aol.com

Address:

Phone:

Comment:
Dear Sirs/Madam:

<([#1 [27.1] Please use Plan "A" for the future of Southern Colorado.  Add no more acreage that
is prohibited from target shooting.  I use this area regularly and own property in Costilla County.
We have more than enough regulation already. Please let us use the area that we pay for, in ways
that we can enjoy it responsibly.  In fact, I request that areas be constructed to encourage
responsible target shooting, (similar to the range at the Pawnee Recreational Area in Northern
Colorado). in the BLM areas in Southern Colorado (In the Blanca/ San Luis area would be
excellent!).  #1])> The Pawnee shooting area has become a great place to make new friends and
to learn techniques of becoming better at a hobby that I enjoy (target shooting).  You will know
when I am using the Pawnee Recreational Shooting  Area, because I am the guy that after I shoot
- I bring out the rake and clean it up. I like to leave it better than I found it for others. Every time
I start cleaning,
others always pitch in - and soon it ends up looking like a whole work crew is there. I only get to
go two or three times a year, but it is a great time.

Thank You!
Sincerely,
David Baldwin

000103_BaldwinK_20160801 Organization: Kevin Baldwin
Received: 8/1/2016 12:00:00 AM
Commenter1: Kevin Baldwin - Silverton, Colorado
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission  Category: Unique

BLM_0157808

Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000103_BaldwinK_20160801.htm  (000103_BaldwinK_20160801-380369.htm
Size = 1 KB)
Submission Text
Date:08/01/2016

Commenter:David Baldwin

Organization:

Email:wilddog99@aol.com

Address:

Phone:

Comment:
Do not close down any more roads/trails to motorized vehicles. I am tired ot these groups
depriving people access to public lands. Many people have health problems that are not their
fault and these health problems keep them from accessing Colorado's beauty without a motorized
vehicle. Colorado should be accessible to all Americans with or without a motorized vehicle.
This state is not for the elite only who have money and continually sue and force government to
do what they want.

Regards,

Kevin Baldwin
Silverton, CO

"You cannot bring about prosperity by discouraging thrift. You cannot strengthen the weak by
weakening the strong. You cannot help the poor man by destroying the rich. You cannot further
the brotherhood of man by inciting class hatred. You cannot build character and courage by
taking away man's initiative and independence. You cannot help small men by tearing down big
men. You cannot lift the wage earner by pulling down the wage payer. You cannot keep out of
trouble by spending more than your income. You cannot establish security on borrowed money.
You cannot help men permanently by doing for them what they will not do for themselves."
Unknown

000104_LilienE_20160802  Organization: Elizabeth Lilien
Received: 8/2/2016 12:00:00 AM
Commenter1: Elizabeth Lilien - Crawford, Colorado 81415 (United States)
Organization1:
Commenter Type: Individual

BLM_0157809

Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000104_LilienE_20160802.htm (000104_LilienE_20160802-380370.htm Size = 2 KB)
Submission Text
Date:08/02/2016

Commenter:Elizabeth Lilien

Organization:

Email:lisel@paonia.com

Address:39173 Highway 92, Crawford, CO 81415

Phone:

Comment:
I have lived in Crawford, Colorado since 1980. Moving here from New Jersey for the lifestyle, pristine scenery, community feeling, outdoor trails and healthier environment. Slowly some of these amenities are being removed for the profits and leasing to oil and gas, extensive recreation management, ignoring ecological balance and poor management of public lands. The fate of Jumbo Mountain and surrounding lands recreation area is important to me and the rest of the community it serves. This recreational resource is a treasure because of its value not only to human values but for the unique winter habitat of wild life. The removal of all oil and gas leasing on these lands and all BLM land on and surrounding Jumbo Mountain is dire due to the negative effects on air quality, water quality, habitat impacts, views, to name a few. I think limiting non-motorized travel except on designated trails, and proclaiming Jumbo Mountain off limits to target shooting is something to be implemented. <([#1 [27.1] [14.1.1] I urge the BLM's Resource management plan to designate Jumbo Mountain and surrounding lands as an Ecological Emphasis Area, as a Special Recreation Management Area, and to recognize the Jumbo Mountain trail network as a sanctuary for hiking, running, biking, horseback riding, or just sitting and enjoying the remarkable scenery #1])> .

Very sincerely yours,

Elizabeth Lilien
39173 Highway 92
Crawford, Colorado 81415


000105_JacksonG_20160802 Organization: Scott Jackson
Received: 8/2/2016 12:00:00 AM

Commenter1: Scott Jackson - Monument, Colorado 80132 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000105_JacksonG_20160802.htm (000105_JacksonG_20160802-380371.htm Size
= 1 KB)
Submission Text
Date:08/02/2016

Commenter:G. Scott Jackson

Organization:

Email:gscottjackson@reagan.com

Address:270 E. Stirrup Trail, Monument, CO 80132

Phone:719-322-2850

Comment:
Dear Sir or Madam:

Outdoor shooting on public lands is not only an American institution, it is also a right. Please, do
not invoke a plan that will further abridge the public lands available for this time honored
tradition.

Sincerely,

G. Scott Jackson
270 E. Stirrup Trail
Monument, CO 80132
719-322-2850


000106_JacksonA_20160802 Organization: Austin Jackson
Received: 8/2/2016 12:00:00 AM
Commenter1: Austin Jackson - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail

BLM_0157811

Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000106_JacksonA_20160802.htm  (000106_JacksonA_20160802-380372.htm  Size = 2 KB)
Submission  Text
Date:08/02/2016
Commenter:Austin  G. Jackson
Organization:
Email:ajackson16@law.du.edu
Address:
Phone:719-352-5184
Comment:
To Whom It May Concern:
I am writing this email to comment on the proposed land management plan for Uncompahgre. I am
an avid hunter and outdoors-man who loves the vast resources and public lands that Colorado has
to offer, especially  when it comes to places where I can hunt and shoot. As a result, I implore
your office and the BLM as a whole, to reject the portion of your current plan that would close
roughly  70,000 acres to hunting  and shooting  sports. While  I appreciate the general intent of
conservation, I do not believe that hunting  and conservation are mutually  exclusive, rather I
believe that hunting  is a method of conservation. Moreover, taking away such a large portion of
hunting  area would put a much larger pressure on other hunting  areas and have a negative impact
on various other ecosystems. So, while the Uncompahgre area may experience some benefits (for
argument's sake), other areas of the state will  be over-harvested and over-used compared to their
current levels,  thereby exacerbating whatever perceived negative effects are occurring in
Uncompahgre in other areas of the state.
As a proud Coloradan, I cannot and do not support the proposed land management plan for
Uncompahgre and ask that your office not close any areas to hunting  and shooting  in the area
affected by your new land management plan.
Sincerely,
Austin  G. Jackson
J.D. Law Clerk
Ajackson16@law.du.edu
(719) 352-5184


000107_JacksonS_20160803  Organization:  Samantha Jackson
Received: 8/3/2016 12:00:00 AM
Commenter1: Samantha Jackson - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique

Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000107_JacksonS_20160803.htm (000107_JacksonS_20160803-380373.htm Size = 1 KB)
Submission Text
Commenter:Samantha Jackson

Organization:

Email:samanthaljackson17@gmail.com

Address:

Phone:

Comment:
Good morning! I would like to give you my thoughts about the new land management plan you are considering. I would request that you refrain from this plan as it is abridges the abilities of lawful citizens to utilize almost 70,000 acres of land for hunting and shooting, as well as other outdoor activities.

Thank you for your time!

Sincerely,
Samantha Jackson


000108_StraightD_20160803  Organization: Daniel Stright
Received: 8/3/2016 12:00:00 AM
Commenter1: Daniel Stright - Montrose, Colorado 81403 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000108_StraightD_20160803.htm (000108_StraightD_20160803-380374.htm Size = 3 KB)
Submission Text
Date:08/03/2016

Commenter:Daniel Stright

Organization:

Email:dstright@yahoo.com

Address:18151 Puma Trail, Montrose, CO 81403

Phone:

Comment:
[See attached PDF for figures]

RE: <([#1 [18.3] Comments relating to an unremarkable =10 sw mi area of BLM SW of Beaver Hill Subdivision bounded by Spring Canyon (SE), 90 RD(NW) and private property on the NE and SW.

Comments on BLM's findings:

1. In the RMP, this area is identified as a target shooting area. There is a residence about 140 ft to the east of the BLM boundary. There is a potential safety issue if target shooting is allowed by the RMP in this area. #1])>

2. <([#2 [32.2] In the NW ¼ of sec 28-48N-10W there is a public road on private property shown on the RMP
maps. This road is also shown on MC road maps. In the Dry creek travel plan this section of road is shown as closed and on-the-ground signage states that the trail is closed at the private property boundary. My understanding is that this trail was created during earlier chaining and is, in fact, not legal public access. The trail is currently blocked and signed no trespassing. I believe that the Dry Creek Travel Plan recommended the rerouting of this access to the west of the private property.
#2])>
3. <([#3 [32.1] In the RMP draft there are no seasonal closures in the subject 10 sq mi area. In June 2016, Montrose County reached agreement with affected Beaver Hill landowners to open Old Paradox Road as an unmaintained trail for ATVs and high clearance OHVs. The trail connects with Old Paradox Road on BLM in SE ¼ Sec 21-48N-10W, parallels the canyons, travels in deep soils in the bottom of some major drainages, and aligns with the dip of the surface topography. The trail will erode with use (soil disturbance) and heavy rains. In addition, this area is identified by CPW (on private and public lands) as critical mule deer wintering range and as a major mule deer
migration pathway. As a result, the BOCC agreed to impose gated seasonal closures of this trail where it crosses the Beaver Hill Subdivision (at the BLM boundary and at the intersection with Paradox Trail. The dates of the closures are to be determined. The trail has been surveyed and constructed, and a recorded easement has been dedicated to Montrose County. A shape file from MC GIS of this survey is attached to this email.
#3])>

000109_JesslerD_20160804 Organization: Darynne Jessler
Received: 8/4/2016 12:00:00 AM
Commenter1: Darynne Jessler - Valley Village, California 91607 (United States)

BLM_0157814

Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000109_JesslerD_20160804.htm (000109_JesslerD_20160804-380375.htm Size = 1 KB)
Submission Text
Date:08/04/2016

Commenter:Darynne Jessler

Organization:

Email:darynnej@yahoo.com

Address:Valley Village, CA 91607

Phone:

Comment:
Dear BLM,

As a property owner in the state of Colorado I feel it is imperative that we preserve all the striking landscapes of it's south west. The BLM should allow development on very little, if any, of it.

Local communities benefit greatly from the support of hunters and other outdoor enthusiasts. BLM
estimates thatsome 500,000 people visit the Uncompahgre Field Office area for recreational purposes each year. These visits are an integral piece of the state's economy, with $275 million spent annually by people engaging in quiet (nonmotorized) recreational activities in communities within 50 miles of recreation sites on BLM lands.

Places such as the lower Tabeguache Area, the Camel Back Wilderness Study Area, and the Dolores River Canyon Wilderness Study Area addition, for example, are wild and remote public lands deserving management that would keep them as they are: accessible to hikers, backpackers, sportsmen and women, and others who enjoy these places in low-impact ways.

Thank you.
Darynne Jessler
Valley Village CA 91607

000110_DavisE_20160804  Organization:  Ellen  Davis
Received: 8/4/2016 12:00:00 AM
Commenter1: Ellen Davis - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000110_DavisE_20160804.htm  (000110_DavisE_20160804-380376.htm  Size = 3 KB)
Submission Text
Date:08/04/2016

Commenter:Ellen  Davis

Organization:

Email:ellen.jackson.davis@gmail.com

Address:

Phone:

Comment:
Hello,

I hope you are all doing well.

My name is Ellen Davis, I am 22 years old, a life long shooter and a new mother. I have lived in Colorado since 1995. I am writing this letter concerning the target shooting acreage the BLM is discussing closing in Colorado.

Through out that time, I have seen a great deal of positive changes in the large community. It is truly incredible how much Colorado has multiplied in population, and grown business wise in such a small amount of time.

<([#1 [30.1] A few of these businesses and people that have come here include multiple shooting ranges, gun stores, gun smith shops, gun safety and training courses, and hunting. All of which have been a great contribution to the community in ways that not only include the utilization of the Second Amendment by American Citizens, but also a great way of stimulating the economy, and building a more connected and equally knowledgeable community. These staples for our community show the importance of outdoor shooting ranges. The acreage that the BLM is considering closing that is normally used for target shooting is essential to the state of Colorado.

BLM_0157816

#1])>

For the Colorado citizens who choose to carry or use guns this land is very important. It provides the citizens with the opportunity to use their right to bear arms. Hence, it is necessary to have lots of practice, that way each citizen choosing to carry a gun may confidentially do so.

Colorado has a history of providing its citizens with a strong second amendment. In 2013 El Paso County Commisioners opposed President Barrack Obama's 23 Executive Orders by passing a resolution to challenge them. They as well as sheriffs in El Paso, Garfield, Larimer, and West counties announced that they would stand by the people of Colorado and NOT enforce President Barrack Obamas orders because they were against the Constitution of Colorado and the Constitution of the United States of America. Lets continue with Colorado's past history and support Colorado citizens second amendment and still make it easily accessible to practice shooting.

Please think of the possibilities that will arise to help the state of Colorado and most importantly the representation of the right to bear arms in the United States of America. It is truly incredible what our the ancestors of the citizens of the USA went through to fight for our rights. Which is why it is important for the children of these ancestors to exercise ALL of their amendments, ESPECIALLY the second amendment.

Thank you for your time, enjoy the rest of your summer.

Sincerely,

Ellen J. Davis


000111_HanelT_20160805  Organization:  Tom Hanel
Received: 8/5/2016 12:00:00 AM
Commenter1: Tom Hanel - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000111_HanelT_20160805.htm  (000111_HanelT_20160805-380377.htm  Size = 2 KB)
Submission Text
Date:08/05/2016

Commenter:Tom Hanel

Organization:

Email:btomhanel@gmail.com

Address:

Phone:527-4656

Comment:
I have lived on my 40 acres just east of Paonia since 1982. We border BLM and Mtn. Coal property.
My wife and I have hiked, biked and done horse riding for many years on Jumbo.

I started mtn. biking on Jumbo @ 2000-2001 and have seen it grow tremendously especially in the last 9 years. I still ride daily, weather permitting, and never fail to see parked cars at the somewhat temporary access at the top of Pan American in apple valley subdivision.

A community needs quality, accessible hiking/biking trails. I have allowed the public to go thru our property on two well used trails and have seen how popular the many quiet and secluded trails have become. From the eagles nests up above the 7,000' jumbo traverse trail to the many miles of flowing smooth dirt singletrack below I have seen people of all ages enjoy hiking, trail running, dog walking, wild flower counting and even the PHS crosscountry team training. <([#1 [27.1] It is time these [Jumbo Mtn] trails be recognized by the BLM and be protected to the max as a recreation area; and the single paths be preserved. #1])> I am a member of COPMOBA and an advocate of multi use. Mountain biking is a fast growing popular activity that involves families as well as weekend warriors. It has been fun to watch my now 13 yr old grandson fall in love with it and see dads and moms out with their kids.

I urge you to please designate Jumbo SRMA and B1.
Thanks Tom Hanel
527-4656


000112_LeslieE_20160809  Organization: Ethel Leslie
Received: 8/9/2016 12:00:00 AM
Commenter1: Ethel Leslie - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000112_LeslieE_20160809.htm (000112_LeslieE_20160809-380378.htm Size = 3 KB)
Submission Text
Date:08/09/2016

BLM_0157818

Commenter:Ethel Leslie

Organization:

Email:eleslie@gmail.com

Address:PO Box 826, 331 North Fork Ave, Paonia, CO 81428

Phone:

Comment:
I am a resident of Paonia, CO and I support Alternative B and B1 for the future plan. There are multiple reasons for my concern regarding the draft Resource Management Plan. Thank you for including plan B1 in the draft RMP process.

Our business is aviation and we purchased a home and a hangar in Paonia that we planned for our work and our retirement. We chose this location to live for its beauty, climate, clean air and water, abundance of farms, orchards, wineries and the diversity of people who live and work here. Scenic airplane tours are part of the business and people enjoy the aerial view and photo opportunities. Drilling and hydraulic fracturing will have a negative impact on tourism as well as the aerial views of this area. Air pollution and negative impacts on wildlife will affect the business for scenic flights. The area under consideration is one of the most beautiful and environmentally rich areas for wildlife, fish, ranching, farming and recreation. Careful consideration must be given to future use.

<([#1 [27.1] With reference to section 2.3 and 2.3.4 on page 2-7 of the DRMP, alternatives B and B1 protect the areas where I fish north of Hotchkiss and hike in the North Fork Valley close to our area of residence. I routinely hike Jumbo Mountain and support Jumbo Mountain for the designation of Special Recreation Management Area. This area also attracts tourism which is part of the local economy. Alternative B also provides protections for the areas in Ridgway where I hike and camp during the summer and autumn.
#1])>
<([#2 [30.1] The North Fork Valley is an agricultural and ranching community that has organic farms, wineries and ranchlands. Drilling and horizontal hydraulic fracturing have negative impacts to the water, air and land in this area. This area does not have the infrastructure to support the increases in industrialization that are part of drilling and hydraulic fracturing. Our community is developing agriculture, recreation and tourism as the economic base at this time. The ability to sustain and protect the viewsheds, watersheds and wildlife areas is important to the future of this area. I respectfully request that you find Plan B and B1 as the RMP that will be the plan for the future for the Uncompahgre Field Office area. #2])>

Yours truly,

Ethel Leslie
PO Box 826
331 North Fork Ave

BLM_0157819

Paonia, CO 81428

000113_FixmerD_20160809  Organization: Dylan Fixmer
Received: 8/9/2016  12:00:00  AM
Commenter1: Dylan Fixmer - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Form letter plus text
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 000113_FixmerD_20160809.htm  (000113_FixmerD_20160809-380379.htm  Size
= 5 KB)
Submission Text
Date:08/09/2016
Commenter:Dylan  D Fixmer
Organization:
Email:dylan.fixmer@colorado.edu
Address:
Phone:
Comment:
Dear Uncompahgre Field Office BLM,
My name is Dylan Fixmer and I am writing to you today to request that you take interest in
protecting our North Fork Valley and all of Western Colorado for us and future generations. To
do this, you must choose the North Fork Valley Alternative B1 and all other reasonable
conservation protections in Alternative B in the upcoming RMP.

I was a resident of Rifle, Colorado for five years and saw first hand what atrocities the oil and
gas industry commits against the communities it proposes to keep safe. These companies are out
to make money and do not care about the communities they destroy in their wake. Please
consider the following when making your decision about the final RMP.
1.
The RMP Draft has an inadequate analysis
-The BLM did not consider the uniqueness of the North Fork valley, in that it has the highest
concentration of organic farms in Colorado. Neither chapter 2 (Affected Environment) nor
chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and
unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing
operations. An analysis of the effects of drilling and all the associated risks to this agricultural
area must be assessed in detail.

-The BLM did not consider a reasonable no leasing alternative for the North Fork valley.
-The BLM did not analyze the impact of hydraulic fracturing and multi drilling technologies.
-The BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
-The BLM did not consider the impact of extreme weather causing flooding, mudslides, and

geological instability which can compromise the integrity of pipelines and resulting leaks and potential explosions.

-The BLM did not analyze the impact of permanently removing water from the hydraulic cycle.

-The BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.

-The BLM did not consider community source water protection plans put in place to keep our communities safe.

-The BLM did not consider the decreased recreational value of BOM lands from industrial oil and gas activities which are vital to the tourism economy of western Colorado.

## 2. Fracking is dangerous and harmful to communities

-This is an inappropriate use of public lands. Private companies have no right to take away public lands from the public to use for profit.

-The current infrastructure in western Colorado was not intended and will not support the influx of gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks and an increase in transient population workforce.

-For human, animal, and environmental damage is too high. Gas industry uses chemicals that I've been known to cause cancer and other human health issues. To the Denver Post over 700 oil and gas spills were ported in 2014 and 615 were reported in 2015. These are unacceptable numbers for companies claim they are keeping their community safe. A poisoned watershed is an unacceptable consequence for any community.

## 3. What the BLM can do to keep us safe

-Avoidance of fracking in the North Fork Valley is the first step of proper mitigation, and one that the BLM must consider and should adopt in appropriate places such as watersheds view sheds and critical wildlife lands.

-Close the North Fork Valley to oil and gas leasing or impose strict no surface occupancy requirements.

-Choose the North Fork Alternative B1 and all other reasonable conversation protections in Alternative B.

I want to spend the rest of my life in Paonia, Colorado, raise a family, and continue my work as a music teacher here because my community understands the importance of our land and how to live harmoniously with it. The oil and gas companies care nothing for this mentality and will not serve our community as stewards of the land or residents. There are no long term economic benefits to developing oil and gas in the North Fork Valley, yet the destruction caused in the wake of gas and oil boom and bust will be felt for generations. Paonia and the North Fork Valley are already leading the charge with renewable solar energy and will continue to provide clean renewable energy to our state. Please do not throw our community down the drain by inviting the oil and gas companies to destroy it. By choosing Alternative B1 and all other reasonable conservation protections in Alternative B you can protect our community for generations to come.

Thank you for your time and hard work. Please keep me informed of developments and information relating to the final RMP.

BLM_0157821

Sincerely,
Dylan Fixmer

000114_DukeW_20160811  Organization: Wesley Duke
Received: 8/11/2016  12:00:00  AM
Commenter1: Wesley Duke - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000114_DukeW_20160811.htm  (000114_DukeW_20160811-380380.htm  Size = 1 KB)
Submission Text
Date:08/11/2016

Commenter:Wesley Duke

Organization:

Email:wesleyduke22@gmail.com

Address:

Phone:

Comment:
I understand that the Uncompahgre Field Office has drafted a plan to manage over 675,000 acres of public land for the next 15 to 20 years.

in respect to target shooting, please select alternative A, which would only close 2,000 acres and provide the maximum freedom for lawful citizens to enjoy the forest and the sport of target shooting.

In this day and age law enforcement has been increasing pitted against the people they serve. Extending maximum privileges to hunters and shooters, who the BLM has traditionally had an excellent relationship with, would be an act of good faith.

Which I am sure would help unify the people and government.

With best regards,

BLM_0157822

Wesley Duke

000115_ReileyK_20160811  Organization:  Katie Reily
Received: 8/11/2016 12:00:00 AM
Commenter1: Katie Reily - Paonia, Colorado (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000115_ReileyK_20160811.htm  (000115_ReileyK_20160811-380381.htm  Size = 3 KB)
Submission Text
Date:08/11/2016
Commenter:Katie Reily
Organization:
Email:katiereily@gmail.com
Address:
Phone:
Comment:
Hello,
My husband and I have a second home at 212 Minnesota Ave. in Paonia, Delta County, because we love the organic food and the beautiful place in which to hike, camp and fish. I am from Colorado and hope one day to return. I have read up on your revised management plan and am concerned that you have not considered the needs of the people who could be impacted by the pollution of the air, water and soil for food.

I live close to Duke University here in North Carolina and follow the research done by its Nicholas School of the environment. In April of this year, they reported on undrinkable stream water affected by wastewater spills from fracking sites in North Dakota. Aluminum, selenium, and lead. There was soil contaminated with radium. "Unlike spilled oil, which starts to break down in soil, these spilled brines consist of inorganic chemicals, metals and salts that are resistant to biodegradation," said Nancy Lauer, a Ph.D. student of Vengosh's who was lead author of the
study. "They don't go away; they stay. This has created a legacy of radioactivity at spill sites."
-https://nicholas.duke.edu/about/news/ContaminationinNDLinkedtoFrackingSpills
I just don't want to see the risk to the North Fork from fracking.
<([#2 [30.3] It is trying to survive by rebuilding itself as a place for agri-tourism. Down from my house there is a new community commercial kitchen going in for local farmers to process their fruit and vegetables so they can sell to folks in larger cities. Even if the environmental impact turns out to be small the perceived threat will NEVER go away. Please reconsider our request for the no leasing alternative for the North Fork of the Gunnison.
#2])> Thank you for reading my letter.

Katie
our house below:

000116_PietschJ_20160815  Organization:  John Pietsch
Received: 8/15/2016 12:00:00 AM
Commenter1: John Pietsch - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000116_PietschJ_20160815.htm  (000116_PietschJ_20160815-380382.htm  Size =
1 KB)
Submission Text
Date:08/15/2016

Commenter:John Pietsch

Organization:

Email:john.a.pietsch@gmail.com

Address:

Phone:

Comment:
I would like to submit a comment on your four alternatives to land management and target
shooting. I would prefer you leave things alone as possible, and recommend Alternative A and
closing the minimum acreage.

Thank you,

John Pietsch

000117_SrebnikG_20160815  Organization:  Gail Srebnik
Received: 8/15/2016 12:00:00 AM
Commenter1: Gail Srebnik - ,
Organization1:
Commenter2: David Meade - ,
Organization2:
Commenter Type: Individual

BLM_0157824

Classification: Substantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 0000117_SrebnikG_20160815.htm  (000117_SrebnikG_20160815-380383.htm
Size = 2 KB)
Submission  Text
Date:08/15/2016

Commenter:Gail  Srebnik and David Meade

Organization:

Email:ctgailco@gmail.com

Address:38804  Stucker Mesa

Phone:

Comment:
To Whom  It May Concern:
We have lived in the North Fork Valley for over twenty years and have seen many changes. We
want a healthy North Fork Valley and western Slope for decades to come and are concerned
about keeping 95% of the Uncompahgre Field Office (UFO) open to oil and gas development.

<([#1 35.1] [37.1] [14.1.1] We realize change is inevitable but this is our only planet and our
first priority should be to keep it healthy. We would insist that all the proposed actions in the
North Fork Alternative, B1, be included in the final RMP. This includes the communities of
Hotchkiss, Paonia and Crawford and areas that supply municipal water, irrigation, and domestic
water companies. These areas would be affected by your plan and would impact the scenic
features of the Valley as well as effecting the high quality of wildlife lands.

Together we need to ensure the strongest level of long-term protection for resources of particular
concern included in Alternative B1, such as water supplies and riparian areas; scenic qualities of
the valley and our 'million-dollar' viewsheds; undeveloped wildlife lands including winter range
and migration corridors. We should also include all other conservation protections in Alternative
B.
#1])>
When we built our home outside of Paonia, on a mesa, we were attracted to the land, and the
community; by the beauty and resources that abound in the North Fork Valley. To jeopardize the
attractions that draw people here, whether for a visit, or to transplant themselves would cause
irreparable harm to the economic stability in our region.

Respectfully submitted,

BLM_0157825

Gail Srebnik and David Meade
38804 Stucker Mesa

000118_WickhamR_20160815  Organization:  Roger Wickham
Received: 8/15/2016 12:00:00 AM
Commenter1: Roger Wickham - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000118_WickhamR_20160815.htm  (000118_WickhamR_20160815-380384.htm
Size = 4 KB)
Submission Text
Date:08/15/2016

Commenter:Roger Wickam

Organization:

Email:rmwickam@hotmail.com

Address:

Phone:

Comment:
Sandy, my wife, I have lived in Southern Colorado since 1983. Prior to that we spent summers
and some winters since 1977 in Southern Colorado. We owned property in Pagosa Springs since
1977 and lived there until 1999 when we moved to Telluride Colorado. My wife is a private pilot
and has flown to all hard surfaced airports in Colorado. As a passenger we have seen most of the
Colorado land scape. In the early 80,s we flew from Pagosa Springs to Farmington NM on many
occasions up through the early 2000's. I would like to tell you the BLM and land leases has
destroyed, in my opinion, the land between these two towns.

Early on there was only one gas well on highway 1960 with the rest of the land open for nature
and its care takers. Since then it appears that there is a gas well on the corner of every 40 acre
parcel in this area with all the roads and infrastructure to maintain these wells. In addition it has
caused many hardships on adjacent land owners. This is not a pretty sight and should be a black
eye for BLM in general.

In the I70 corridor between Grand Junction and Denver there are fracked wells that leak and leak

BLM_0157826

into the Colorado River. I know that the BLM controls the leasing but not the policing of the lease. Still a black eye for the BLM and the policing agencies. This, if you look on the web, is not restricted to the I70 corridor but throughout Colorado including the east slope. Does no one in government understand if the waters are polluted it causes havoc to clean water going to not hundreds but millions of people. This does not even count all of the wild life and national parks that can be impacted. What happens when they can't drink the water is the BLM going to use the lease income to supply fresh water or stop the contamination. In the old days it was dig, mine and leave. You know how that turned out with the tax payers solving the problems and the ugliness left behind. So today its find, drill, take the resources, and leave. There is no were near enough lease money to solve the problems being and will be left behind.

One of the arguments is that it will create local jobs. Lets use that manpower to clean up the messes already at hand. This includes not only mining and drilling but the after effects of production such as Uranium. Which brings up a point. It seems anyone foreign or domestic can obtain leases from the BLM as high bidder and start taking the resources. I believe strongly that this is not to our National Interest. Canadian firms winning leases for Uranium and producing yellow cake and being able to move it cross boarders and then sell the product to the highest bidder. The Russians obtaining leases for Uranium near the Grand Canyon. Seems real sloppy if we are trying to maintain our National Interest.

In regards to your RMP it does not seem to have anywhere enough protection for the land, the waters, the wild life and all of the users of the national lands.

It for sure does not have enough lease income to solve National Interests and fixing all the problems left behind for the American tax payer. To me it seems the whole lease process and policing need to be revamped to ensure protection of man and nature.

Roger M. Wickham


000119_RipkoskiT_20160820  Organization: Tom Ropkoski
Received: 8/20/2016 12:00:00 AM
Commenter1: Tom Ropkoski - Craig, Colorado 81625 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000119_RipkoskiT_20160820.htm  (000119_RipkoskiT_20160820-380385.htm
Size = 1 KB)
Submission Text
Date:08/20/2016


Commenter:Tommy Ripkosko

Organization:

Email:tommy.ripkoski@icloud.com

Address:850 Finley Lane, Craig, CO 81625

Phone:970-824-6755

Comment:
Public Land should not be closed to any activity of US citizens unless it is proven that there is an abundance of abuse of said property, whereby the property is being destroyed beyond use, or certain sections of property should be closed to secure the safety of adjacent landowners within a reasonable distance of the private and public property line! Otherwise...all public property should be available to the Public for almost any activity! ( An Avid User of Public Lands)

Tom Ripkoski
850 Finley Lane,Craig, Colorado 81625
Ph. 970 824 6755

000120_McGillJ_20160820  Organization:  Joseph McGill
Received: 8/20/2016 12:00:00 AM
Commenter1: Joseph McGill - Cedarage, Colorado 81413 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000120_McGillJ_20160820.htm  (000120_McGillJ_20160820-380386.htm  Size = 3 KB)
Submission Text
Date:08/20/2016
Commenter:Joseph McGill
Organization:
Email:jmcg95@gmail.com
Address:PO Box 1230, Cedaredge, CO 81413
Phone:
Comment:
Hello,
Here are my substantive comments on the plans.

You should know I am a resident of Cedarage, Colorado. This is my home.
My primary concerns surround the oil & gas leasing as well as coal leasing. All alternatives are

way too generous. Specifically:

<([#1 [5.3] Oil & Gas: Between carbon fuels contribution to climate warming, the methane leaks documented at wells in the Four Corners area, the glut of natural gas on the market, the sketchy record of drillers dealing with waste fluids, I cannot believe any of these alternatives are so incredibly generous for leasing. The water on the Grand Mesa is my drinking water as well as the water supply for the numerous orchards, farms and ranches in the area. The North Fork similarly supplies Paonia, Hotchkiss and Somerset. People fish and boat in these waters, some even swim in the lower lakes. Your own analysis says recreation is the single largest use of these lands. Considering we have a glut of these fuels being produced, producing more does not produce significant job counts (compared to the existing agriculture and growing renewables industry - see the Solar Energy Institute and DMEA renewable activities), and not least that those fuels only aggravate Climate Warming, I believe your RMP alternatives fail to recognize the greater community and global concerns. #1])>

Much the same with coal leasing: There should be none. Coal mines are closing with coal in the ground. We do not need new coal mines anywhere. Coal is one of the worst contributors to the warming climate. Leave it in the ground. Multiple use if fine but the one of those possible uses has such a detrimental effect on both the local and global community, it should be left out of the alternatives.

Sincerely,

Joseph McGill

POB 1230

Cedaredge, CO 81413


000121_GannettA_20160826 Organization: Alison Gannett
Received: 8/26/2016 12:00:00 AM
Commenter1: Alison Gannett - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000121_GannettA_20160826.htm (000121_GannettA_20160826-380387.htm Size = 3 KB)
Submission Text
Date:08/26/2016


Commenter:Alison Gannett

Organization:

Email:alisongannett@mac.com

Address:

Phone:

Comment:
Dear BLM,

<([#1 [10.3] [18.3] Attached in a PDF is a new study from Pennsylvania. I would like to contend that the BLM has not done sufficient studies on the human air impacts and cumulative air impacts of Natural Gas Development. The studies have mostly just started in the last few years, and in no way can say conclusively that our health will NOT be impacted in any way shape or form. As a person with brain cancer and severe asthma, myself and many others with health issues will be unusually sensitive to air pollution. You have not proven that it will not affect our health. Our farm participated in the CHC air quality monitoring testing a few years ago, and we work closely with TEDx and know of the data that they have shown. Their testing has shown numerous toxic chemicals in the air around well pads. They have also done baseline data in the North Fork. and from CHC we have baseline data all over the North Fork Valley regarding air quality. #1])> I will be the first in line to sue the BLM if you approve any other plan that the North Fork Alternative B1 plan. Our public lands are for MULTI USE. Is allowing around 95% of our public lands to be available for potential leasing MULTI USE? Please support Alternative B1. The North Fork needs clean air for us humans, our farm animals that we sell all over Colorado, and our organic farms. If you approve one of the other plans, I and other citizens will work tirelessly to prove that your actions/RMP have caused harm to our clean air and our health, just like this study has.

["Associations between Unconventional Natural Gas Development and Nasal and Sinus, Migraine
Headache, and Fatigue Symptoms in Pennsylvania"

Aaron W. Tustin, Annemarie G. Hirsch, Sara G. Rasmussen, Joan A. Casey, Karen Bandeen-Roche, and Brian S. Schwartz http://www.ehponline.org/EHP281]

CONCLUSIONS

UNGD was associated with CRS, migraine headache, and fatigue symptoms in a large population-based survey. Associations were stronger in patients with two or more outcomes. Our work has several advantages over previous studies, making it an important addition to the growing body of evidence that UNGD is associated with adverse health effects. Further research, including more sophisticated exposure and outcome measurements, is necessary to evaluate whether these associations are causal and to elucidate the mechanisms for these findings.

Best,
Alison
AlisonGannett.com
Holy Terror Farm

[See Attached Article]

000122_McCullochS_20160830  Organization:  Stacy McCulloch
Received:  11/8/2016  1:56:17  PM
Commenter1:  Stacy McCulloch  - Crestone, Colorado 81131
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000122_McCullochS_20160830.htm  (000122_McCullochS_20160830-
380388.htm  Size = 1 KB)
Submission Text
Date:08/30/2016

Commenter:Stacy  McCulloch

Organization:

Email:gayatridevi@earth.org

Address:PO Box 603, Crestone, CO 81131

Phone:

Comment:
Dear BLM-UFO Staff and RMP Comment Team,

I, Stacey A. McCulloch, am opposed to oil and gas leasing on public lands in the North Fork
Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing
because it has the potential to lead to loss of the clean air and abundant clean fresh water that
have made this area Colorado's largest concentration of organic farms, and to cause significant
harm to human health and a local economy based on recreation, hunting, tourism, and
agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in
the Draft Resource Management Plan and Environmental Impact Statement for the
Uncompahgre Field Office in Southwest Colorado. The potential for human, animal and
environmental damage is too high and I urge you to stop this immediately!

Sincerely,
Stacey McCulloch
P. O. Box 603
Crestone, CO 81131

000123_SteffensB_20160831  Organization: Bruce Steffens
Received: 8/31/2016 12:00:00 AM
Commenter1: Bruce Steffens - South Fork, Colorado 81154
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000123_SteffensB_20160831.htm  (000123_SteffensB_20160831-380389.htm  Size = 2 KB)
Submission Text
Date:08/31/2016

Commenter:Bruce Steffens

Organization:

Email:steff@gojade.org

Address:PO Box 205, South Fork, CO 81154

Phone:

Comment:
To BLM,

Concerning the proposals: Draft Management Plan for Public Lands in Southwest Colorado to prohibit target shooting and/or hunting on BLM lands. The following are constitutional rights that shall not be infringed upon:

1. THIS IS A DRIECT ATTACK ON OUR 2ND AMENDMENT RIGHTS.

2. THIS IS A DIRECT ATTACK ON THE RIGHT OF FREEDOM AND ENJOYMENT OF ALL FEDERAL LANDS, WHICH ARE OWNED BY US, THE PEOPLE OF THE UNITED STATES OF AMERICA!

3. WE, THE PEOPLE OF THE UNITED STATES, ENJOY TEACHING OUR CHILDREN AND GRANDCHILDREN RESPONSIBLE FIREARM SAFTY AND TEACHING THEM HOW TO SHOOT. YES, IF WE CHOOSE TO SHOOT ON BLM LANDS AND NOT ENDANGER ANYBODY ELSE, SHALL HAVE THE CONSTITUTIONAL RIGHT AND FREEDOM TO DO SO
WITHOUT INFRINGEMENT FROM THE BLM!

4. THE CURRENT POLITICAL SYSTEM IS OVERREACHING ITS AUTHORITY BY TAKING CONTROL AND OVERRIDING THE ORGINAL BLM MANDATE TO OVERSEE GRAZING AND MINERAL USE. NOWHERE DOES ANY LAW GIVE THE BLM AUTHORITY TO SUBVERT THE 2ND AMENDMENT AND THE FREEDOM TO PURSUE THE RIGHT OF ENJOYMENT AND HAPPINESS AS GUAREENTED BY THE U.S. CONSITUTION.

As a voting, taxpaying American citizen, I stand firmly against any attempt by the BLM to diminish my right to use firearms on our public lands.

Sincerely,
Bruce Steffens


000124_BoneE_20160909  Organization: Eugenia Bone
Received: 9/9/2016 12:00:00 AM
Commenter1: Eugenia Bone - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000124_BoneE_20160909.htm (000124_BoneE_20160909-380390.htm  Size = 1 KB)
Submission Text
Date:09/09/2016

Commenter:Eugenia Bone

Organization:

Email:eugeniabone@gmail.com

Address:

Phone:

Comment:
I am one of Colorado's leading food writers and I oppose fracking in the North Fork Valley.

Industrialize the largest concentration of organic farms in the state? One of only a handful of wine regions in Colorado? For what? So an oil and gas company can sell gas to China?! Do no allow this travesty to happen. You will ruin the farmer, rancher and winemaker's livelihoods, tank everyone's property values, and replace it with 20 years of noise, traffic, pollution, soil

BLM_0157833

degradation, low paying jobs (for locals), prostitution, and meth labs.

Haven't you noticed the recent real estate boom in Paonia? All those new people did not move into the valley only to find out the local BLM plans to turn it into Dallas! Do you realize one of those parcels abuts the high school baseball diamond? Kids won't hit homers in Hotchkiss anymore. They'll hit gas rigs. Don't let this happen to our state, our valley, and our children. Don't frack their future.

Eugenia Bone

Author, At Mesa's Edge: Cooking and Ranching in Colorado's North Fork Valley (among many others)
Nominated for a Colorado Book Award, Denver Post Best Seller


000125_ThorupR_20160902  Organization: Janice Thorup
Received: 9/2/2016 12:00:00 AM
Commenter1: Janice Thorup - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000125_ThorupR_20160902.htm (000125_ThorupR_20160902-380391.htm Size = 1 KB)
Submission Text
Date:09/02/2016
Commenter:Janice Thorup
Organization:
Email:janice.thorup@gmail.com
Address:PO Box 631, Paonia, CO 81428
Phone:
Comment:
I am writing to discourage the BLM from leasing to oil and gas companies. <([#1 [18.3] Concerns about health of humans and our land have not been adequately addressed. #1])> The economic gain is but short-term and the consequences could affect generations to come. Our wild areas are important to the human spirit and have rights of their own, which we have too long ignored.
Please protect our wild spaces and resist economic greed, which is the only factor supporting these leases.
Thank you.
Janice Thorup
PO Box 631

BLM_0157834

Paonia, CO 81428

000126_Kavanaugh_20160831 Organization: Town of Telluride, Sean Murphy
Received: 8/31/2016 12:00:00 AM
Commenter1: Sean Murphy - Telluride, Colorado
Organization1:Town of Telluride
Commenter Type: Local Government
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000126_Kavanaugh_20160831.htm (000126_Kavanaugh_20160831-380392.htm
Size = 3 KB)
Submission Text
Date:08/31/2016

Commenter:Tiffany Kavanaugh

Organization:Town of Telluride

Email:tkavanaugh@telluride-co.gov

Address:Telluride, CO

Phone:970-728-2157

Comment:
Attached please find comment on the draft Resource Management Plan for the Uncompahgre
Field Office from Mayor Sean Murphy on behalf of the Town of Telluride.

Thank you for your consideration.

Dear Ms. Sharrow:

Thank you for the opportunity to comment on the Draft Resource Management Plan (RMP) for
the
Uncompahgre Field Office (UFO) of the Bureau of Land Management (BLM). The
Uncompahgre
Field Office of the BLM receives nearly 500,000 visitors every year, who come from all over the
world to recreate in the stunning mountains, pristine river canyons, and remote desert plateaus
that characterize our region. Many people who visit BLM lands in our region also visit Telluride
during their trip, which economically and socially benefits the town and the region.

<([#2 [30.3] Although grazing, oil and gas leasing, and other forms of resource development are

significant and historic uses on lands in the UFO, we ask you to please also consider that protecting the unspoiled beauty and ecological integrity of BLM lands is directly beneficial to our local economy and central to our community values. Draft RMP Alternative B's emphasis on improving and rehabilitating resources aligns with the efforts we continue to implement in our community to preserve and enhance our natural environment. #2])>

<([#3 [20.1] The Town supports Alternative B's focus on managing lands to protect Wilderness Characteristics.
A higher level of protection of these lands within the UFO boundaries would be consistent with our community's values.
#3])>

<([#4 [39.1] Alternative D proposes Suitable Wild and Scenic River segments that, while not as extensive as those presented in Alternative B, represent the results of an inclusive multi-stakeholder compromise. We support these findings and recognize Wild and Scenic suitability as an important tool for protecting our water resources for drinking water, ecological function, recreation, and many other uses. #4])>


<([#1 [11.5] We request that the BLM include actions to reduce climate change in any adopted plan. As a
mountain community, we are directly impacted by climate change. We see these effects in our snowpack levels, in the health of our forests, the distribution of our wildlife and water resources, and our susceptibility to drought and wildfire.
#1])>
Thank you for considering our comments.

Sincerely,
Sean Murphy, Mayor
Town of Telluride


000127_LiebtrauL_20160902 Organization: Lloyd Liebetrau
Received: 9/2/2016 12:00:00 AM
Commenter1: Lloyd Liebetrau - Cedaredge, Colorado 81413 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000127_LiebtrauL_20160902.htm (000127_LiebtrauL_20160902-380393.htm
Size = 3 KB)
Submission Text
Date:09/02/2016


Commenter:lloyd Liebetrau

BLM_0157836

Organization:

Email:lloyd.liebetrau@totalspeed.com

Address:24525 Ute Trail Road, Cedaredge, CO 81413

Phone:303-653-2202

Comment:
Interdisciplinary Team:

Thank you for the opportunity to comment on the Uncompahgre RMP & Environmental Impact Statement. I have been on the CPW State Trails Committee starting in 1990 and currently serve on the OHV sub committee. I also live only 10 miles from the area you have done the environmental study on.

<([#1 [27.1] I'm requesting that the Interdisciplinary Team considers making the "open area" a SRMA.
The North Delta OHV Open Area consists of 8,560 acres and is a very important and often used riding and training area for the OHV community. This area is not only used by the local OHV community but it is also utilized and provides open area opportunities to many people specifically traveling to the Delta area to enjoy the opportunity to ride off trail along with the ability to train new and upcoming riders in the art of OHV recreation.

Our past experience tells us that changing the entire open area to designated trails would be an enforcement and signage nightmare. The motorized community has recreated and enjoyed the area for decades and policing such a major change would be next to impossible. I would also like to note that according to the BLM, they do not have a budget to support additional management. #1])>
I am aware of the concerns of the CPW Fish & Wildlife with the endangered/threatened Colorado Hookless Cactus.

Additionally I have read and recognize the concerns of the run off and salinity issue draining into the Colorado River.

Recommendations to Interdisciplinary Team:

In an effort to have continued use though limited, along with recognizing the concerns of the Managing Agencies, I would suggest the following:

1.) The Interdisciplinary Team considers making the "open area" a SRMA. This would allow the authorizing officer to determine what resources require special management and control measures to meet the management objectives.

2.) <([#2 The Colorado Hookless Cactus has been identified specifically on the northern part of

BLM_0157837

the "open area." [North Delta OHV Open Area] I suggest that the total "open area" be reduced by approximately two thousand acres by eliminating "open riding" on the northern 1/3 of the area and re-designate that area to designated trails only. I do want to make note that the cactus has flourished with the area being open to OHV use for many years so it is clear that it is growing in areas not disturbed by OHV use. Most likely in the bottom of drainage areas were it gets its moisture to survive. These areas are not common places used by OHV's so for added protection - reduce the "open area" and change to designated trails only on the northern part of the area. This would also have a positive affect on the salinity and erosion concerns. #2])>

We also would like to remind the interdisciplinary Team that the "open Area" has a very positive impact on the socio-economic impact on the city and county of Delta with the many out of town visitors that use the area.


000128_EastmentC_20160909 Organization: Charles Eastment
Received: 9/9/2016 12:00:00 AM
Commenter1: Charles Eastment - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000128_EastmentC_20160909.htm (000128_EastmentC_20160909-380394.htm
Size = 1 KB)
Submission Text
Date:09/09/2016
Commenter:Charles Eastment
Organization:
Email:cjeast@toast.net
Address:
Phone:
Comment:
Thank you for giving me the opportunity to give you my input.

I and my family and friends have used the area for years. I have not seen the Colorado Hookless Cactus while in the area, I understand it is in the northern section of this area.
Could the area that the Colorado Hookless Cactus is in be limited to trails with signs in this area rather than being an open area? I'm not in favor of trails through the whole area when it is only the northern part that has the Cactus.


Thanks for your time,
Chuck and JoAnn Eastment

BLM_0157838

000129_BlackburnW_20160901  Organization:  Thunder  Mountain  Wheelers  ATV Club,  Walt Blackburn
Received: 9/1/2016  12:00:00  AM
Commenter1:  Walt Blackburn - Delta, Colorado  81416
Organization1:Thunder  Mountain  Wheelers  ATV Club
Commenter  Type: Organization  (nonprofit/citizens  group)
Classification:  Substantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000129_BlackburnW_20160901.htm  (000129_BlackburnW_20160901-
380395.htm  Size = 4 KB)
Submission  Text
Date:09/01/2016

Commenter:Walt  Blackburn

Organization:Thunder  Mountain  Wheelers  ATV Club

Email:wblack8709@msn.com

Address:PO Box 203, Delta, CO 81416

Phone:970-874-8709

Comment:
Please find attached comments on the Uncompahgre  Resource Management  Plan and
Environmental  Impact Statement submitted  by the Thunder Mountain  Wheelers ATV Club of
Delta CO.

Walt Blackburn
Government  Liason Officer
Thunder  Mountain  Wheelers ATV Club

Interdisciplinary  Team:

Thank you for the opportunity  to comment on the Uncompahgre  RMP & Environmental  Impact
Statement.

The Thunder  Mountain  Wheelers ATV Club or (TMW) represents approximately  450 people and
businesses  on the Western Slope of Colorado, mostly in the Delta and Montrose County areas
who enjoy recreating  on our public  lands with off highway  & full sized 4x4 vehicles. TMW is a
volunteer based non-profit  environmental  concerned organization  that has focused on preserving
and enhancing  the opportunities  of all OHV users in the local area since 1990. TMW enthusiasts

BLM_0157839

provide not only thousands of volunteer hours, but have contributed over 1.3 million dollars over the years to public lands, through the Colorado's OHV Registration and Grant Program.

It is important to note that TMW doesn't expend its energy opposing other forms of recreation or user group, or try to undermine other activities on public lands. We recognize the diverse interests and needs of all Colorado residents and applaud, rather than oppose them.

Specifically:

<([#1 [27.1] The North Delta OHV Open Area consisting of 8560 acres and is a very important and often used riding and training area for the OHV community. This area is not only used by the local OHV community it is utilized and provides open area opportunities to many people specifically traveling to the Delta area to enjoy the opportunity to ride off trail along with the ability to train new and upcoming riders the art of OHV recreation.

Our past experience tells us that changing the entire open area to designated trails would be an enforcement and signage nightmare. The motorized community has recreated and enjoyed the area for decades and policing such a major change would be next to impossible.
#1])>
We are cognizant of the concerns of the CPW Fish & Wildlife with the endangered/threatened Colorado Hookless Cactus. We are appreciative of the limited environment and habitat of this species.

Additionally we have read and recognize the concerns of the run off and salinity issue draining into the Colorado River.

Recommendations to Interdisciplinary Team:

In an effort to have continued use though limited along with recognizing the concerns of the Managing Agencies, TMW would suggest the following:

1.) <([#2 [27.1] The Interdisciplinary Team considers making the "open area" a SRMA. This would allow the authorizing officer to determine that the resources require special management and control measures to meet the management objectives. #2])>

2.) <([#3 [32.1] [15.2] The Hookless Cactus having been identified specifically on the northern part of the "open area." TMW suggest that the total "open area" be reduced by approximately 2 thousand acres by eliminating "open riding" on the norther 1/3 of the area and re-designate that area to designated
trails only. #3])>

3.) <([#4 [32.1] [30.3] Reducing the "open area" and changing to designated trails only on the norther part of the area would have a positive effect on the salinity and erosion concerns. TMW would suggest the team give full consideration to leaving the "Open Area", intact at least in part for the OHV community that has lost over 75% of their trails and riding opportunities over the past two decades. We also would like to remind the Interdisciplinary Team that the

BLM_0157840

"Open Area" has a very positive impact on the socio-economic impact on the City and Delta County with the many out of town visitors that use the area. #4])>

Walt Blackburn
Government Liaison Officer
Thunder Mountain Wheelers ATV Club

000130_WassellP_20160903  Organization: Phil Wassell
Received: 9/3/2016 12:00:00 AM
Commenter1: Phil Wassell - Crawford, Colorado 81415 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: dprobison 12/7/2016 12:00:00 AM
Attachments: 000130_WassellP_20160903.htm (000130_WassellP_20160903-387495.htm Size = 6 KB)
UFORMP_000130_WassellP_20160903.pdf (000130_WassellP_20160903-387494.pdf Size = 2140 KB)
Submission Text
Date:09/03/2016

Commenter: Phil Wassell

Organization:

Email:philwassellart@gmail.com

Address:39457 Davis Rd., Crawford, CO 81415

Phone:

Comment:
Hello Colorado officials, Please see the attached form pertaining to Fracking in the north fork valley and other public lands in Colorado.

Fracking and any other environmentally degrading industry should be banned in this beautiful state. We supply water to a large portion of the south western united states. Why would we willing inject chemicals into that water supply. There is no safe way to frack. The evidence is piling up from every other location where fracking has happened. It is bad for the environment and bad for the people. it is a near sighted attempt at making money fast with no consideration for the future. This needs to end. I am a registered voter and resident of the north fork valley and I am passionately opposed to fracking.

Thank you for your time and consideration,

Phil Wassell

BLM Uncompahgre Field Office Draft Resource Management Plan/DEIS Public Comment

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

1. Poor and inadequate analysis.

<([#1 30.3] -BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction. #1])>

-<([#10 30.3] The North Fork Valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique, and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail. #10])>

-<([#2 21.1] BLM did not consider a reasonable no-leasing alternative for the North Fork Valley #2])>
<([#3 21.2] -BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004. #3])>

<([#5 41.2] -BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies. #5])>

<([#4 41.1] -BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines. #4])>

<([#6 41.1] -BLM did not consider the impact of extreme weather causing flooding, mudslides, and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions. #6])>
-<([#11 37.3] BLM did not analyze the impact of permanently removing water from the

hydrologic cycle.
#11])>
-<([#12 [41.2] BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
#12])>
-<([#13 [18.3] BLM did not conduct a human health impact assessment.
#13])>
<([#14 [10.3] -BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
#14])>
<([#8 [37.5] -BLM did not consider community source water protection plans.
#8])>
<([#7 [30.3] [14.1.3] -The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.  #7])>

-<([#15 [14.1.3] BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
#15])>
<([#9 [27.3] -BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.  #9])>

In addition,

2.It is an inappropriate use of public lands.

-It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water, and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.

3. The potential for human, animal, and environmental damage is too high.

-Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

-Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

3. Climate change impact.

-Development would contribute to increased greenhouse gas emissions and climate change

BLM_0157843

impacts on community resources, including agriculture and wildlife.

I am:

-A resident
-A consumer of NFV/Delta County produce and meat and poultry
-An Independent
-Interested/Impacted citizen
-Other/Educator

Additional Comments: My family moved back to Colorado for its progressive politics and its clean and beautiful environment. Hearing about public land being used for fracking or any other environmentally degrading industry makes me furious. This land is our future! It needs to be handled responsibly and fracking is just the opposite of that. Who do the governing bodies of the state represent, the people or private gas companies? Money and jobs are worthless if they leave our land, water, and air degraded!


000132_RodriguezJ_20160831  Organization: Joyce Rodriguez
Received: 8/31/2016 12:00:00 AM
Commenter1: Joyce Rodriguez - Delta, Colorado
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000132_RodriguezJ_20160831.htm  (000132_RodriguezJ_20160831-380396.htm
Size = 1 KB)
Submission Text
Date:08/31/2016

Commenter:Joyce and Rudy Rodriguez

Organization:

Email:joyru2@msn.com

Address:Delta CO

Phone:

Comment:
The open riding area just north of the Trap Club in North Delta needs to be kept open. This area

is used to train riders close to home and it needs to keep an open area. Our boys learned to ride there along with many friends. Many come back to ride there again.

Thank you,

Joyce and Rudy Rodriguez

000133_EP_20160831 Organization: E Peeeel
Received: 8/31/2016 12:00:00 AM
Commenter1: E Peeeel - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000133_EP_20160831.htm (000133_EP_20160831-380397.htm Size = 2 KB)
Submission Text
Date:08/04/2016

Commenter:E Peeeel

Organization:

Email:

Address:

Phone:

Comment:
As a resident of the Western Slope, I appreciate the quality of life we have here and the opportunity to enjoy the wilderness for all types of recreation. In addition I value the food that is produced in this part of Colorado and want to see the air, water and soil protected for all who live or visit these many amazing valleys. As stewards of the land, we all have a responsibility to preserve what we can by thoroughly researching and considering the implications of any changes which might cause harm or hurt our economy.

Therefore, ◁([#1 [21.1] I cannot support any increase in natural gas wells in the sensitive watershed of the upper North Fork Area totaling an estimated 30,000 acres without any environmental oversight, public input, and is subject to a dubious valuation process. This is irresponsible due to undisclosed chemicals which are in the fracking fluid. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

It is imperative that the BLM should offer a no lease option which permits no increase in hydraulic fracturing. #1])> If that is not a possibility, then the only option I would reluctantly accept is Alternative Plan B1.

Yours Sincerely,

000134_GiobbiC_20160910  Organization: Chambliss Giobbi
Received: 9/10/2016 12:00:00 AM
Commenter1: Chambliss Giobbi - Brooklyn, New York 11218 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Potential Duplicate
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/7/2016 12:00:00 AM
Attachments: 000134_GiobbiC_20160910.htm (000134_GiobbiC_20160910-387519.htm Size = 5 KB)
UFORMP_000134_GiobbiC_20160910.pdf (000134_GiobbiC_20160910-387520.pdf Size = 878 KB)
Submission Text
Date:09/10/2016

Commenter:Chambliss Giobbi

Organization:

Email:chamblissgiobbi@gmail.com

Address:24 East 7th St, Brooklyn NY 11218

Phone:

Comment:
Please read the attached.

BLM Uncompahgre Field Office Draft Resource Management Plan/DEIS Public Comment

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and

BLM_0157846

Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

1. Poor and inadequate analysis.

-BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.

-The North Fork Valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique, and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.

-BLM did not consider a reasonable no-leasing alternative for the North Fork Valley

-BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.

-BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.

-BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.

-BLM did not consider the impact of extreme weather causing flooding, mudslides, and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.

-BLM did not analyze the impact of permanently removing water from the hydrologic cycle.

-BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.

-BLM did not conduct a human health impact assessment.

-BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.

-BLM did not consider community source water protection plans.

-The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.

BLM_0157847

-BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.

-BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addittion,

2.It is an inappropriate use of public lands.

-It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water, and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.

3. The potential for human, animal, and environmental damage is too high.

-Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

-Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

3. Climate change impact.

-Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am:

-A tourist/Visitor to Delta County/NFV
-Interested/Impacted citizen
-Other

000135_NeilA_20160910 Organization: Alexandra Neil
Received: 9/10/2016 12:00:00 AM
Commenter1: Alexandra Neil - New York City,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique

BLM_0157848

Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000135_NeilA_20160910.htm  (000135_NeilA_20160910-380398.htm  Size = 1 KB)
Submission Text
lyre films <lyrefilms@gmail.com>  Sat, Sep 10, 2016 at 8:55 AM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org

Hello,
i am stating my opposition to the industrialization of the North Fork Valley. Please reconsider this plan.
Our family has spent many wonderful years in Crawford. The fracking threat has emerged in our valley with incredible
strength. These parcels include split estates under organic hops fields and vineyards, located in the back yards of our
cheesemakers, cattle and hog farms, and flower gardens, abutting our reservoir, our bolete and chanterelle patches, our
peach and cherry orchards. It is an unbelievably horrific plan and we oppose it completely.
Thank you,
Alexandra Neil
NYC


000136_SullivanJ_20160910  Organization: James Sullivan
Received: 9/10/2016 12:00:00 AM
Commenter1: James Sullivan  - Jefferson, New York 12093
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000136_SullivanJ_20160910.htm  (000136_SullivanJ_20160910-380399.htm  Size = 1 KB)
Submission Text
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
fracking
1 message
james sullivan <jimarisul@earthlink.net>  Sat, Sep 10, 2016 at 9:53 AM

To: uformp@blm.gov
I am opposed to fracking because of the troubles associated with the chemicals, the water use and the waste water. We
are lucky enough to live in upstate NY where the bad news from PA caused a fierce public

reaction that put an end to the
threat. Now the bad news from the Quakes in Kansas should be alarming enough to at least stall this fracking effort in
Colorado so that a proper review of the dangers can be assessed. I doubt after such a review fracking could be
considered as a way to extract petroleum and gas from these tragically flawed processes.
You have a beautiful state. Why would Coloradans take such a chance with ruining their water aquifers, causing
sinkholes, quakes and potentially poisoning their rivers?
It doesn't make sense. Don't do it.
Respectfully, Jim Sullivan
219 Rum Hill Rd. Jefferson NY 12093


000139_BradburyJ_20160911 Organization: Jeanne Bradbury
Received: 9/10/2016 12:00:00 AM
Commenter1: Jeanne Bradbury - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Form Letter
Form Letter Master: Form Letter A
Current Task: Done Assigned/Due: dprobison 12/7/2016 12:00:00 AM
Attachments: 000137_WinklerD_20160910.htm (000139_BradburyJ_20160911-387521.htm
Size = 2 KB)
UFORMP_000139_BradburyJ_20160911.pdf (000139_BradburyJ_20160911-387523.pdf Size =
100 KB)
Submission Text
Date:09/11/2016

Commenter: Jeanne Bradbury

Organization:

Email:jeannebradbury@gmail.com

Address:

Phone:

Comment:
Dear Barbara Sharrow, Uncompahgre field manager:

I am writing today to ask you to protect our vulnerable public lands in western Colorado's
Uncompahgre region. I feel that the draft resource management plan (RMP) for the

BLM_0157850

Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely,

000140_Shishim_20160911 Organization: Dave Shishim
Received: 11/9/2016 11:12:22 AM
Commenter1: Dave Shishim - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000140_Shishim_20160911.htm (000140_Shishim_20160911-380400.htm Size = 2 KB)
Submission Text
Date:09/11/2016

Commenter:Dave Shishim

Organization:

Email:daveshishim@tds.net

Address:

Phone:970-527-3009

Comment:
My name is Dave Shishim and I live in the North Fork Valley; at 40001 Cedar Drive, Paonia,

CO 81428 to be exact.

I am writing to protest your plans for leasing for oil and gas exploration in the North Fork Valley.

<([#1 [30.3] In reading your proposal, you have given scant attention to the impact that these activities would have on the existing economy of the North Fork Valley. The fact is, that oil and gas leasing and exploration would have a tremendously negative impact on the businesses that already exist on the North Fork. We in the North Fork are finally emerging from a number of very dark economic years and the economy that has grown up is one that is based on many small businesses with much small-scale agriculture targeted to a diverse base of residents and non-resident customers. We have successfully marketed the North Fork as "America's Provence" and these many small businesses that have bet their futures on this economy continuing to grow and prosper would be put out of business by the large scale petrochemical extraction that you seek to promote. Whereas the extraction business would be at best very temporary and would not provide meaningful local hiring, the economy that we have built is not only sustainable, but growing. #1])>

As a society, we should not attempt to deprive those who have sacrificed and struggled to build small businesses of the fruits of their labors. Think how many people would want to taste wine in the shadow of a drilling rig or pick fresh fruits in an atmosphere poisoned by the gasses that come with petroleum exploration and extraction. Would you care to stay at a bed and breakfast in the oilfields of west Texas or the gas fields of North Dakota? Of course you wouldn't. Don't take
away from us what we have worked so hard to build.

I encourage you to drop this plan and go elsewhere with it. Surely there are communities who would relish the "opportunity" this presents. The North Fork Valley is not one of them.

Sincerely,
David E. Shishim
daveshishim@tds.net
970-527-3009


000141_EvansL_20160912  Organization: Larry Evans
Received: 9/12/2016 12:00:00 AM
Commenter1: Larry Evans - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000141_EvansL_20160912.htm (000141_EvansL_20160912-380401.htm  Size = 1

KB)
Submission Text
Date:09/12/2016

Commenter:Larry Evans

Organization:

Email:fungus@fungaljungal.org

Address:

Phone:

Comment:
Dear BLM.

Stop. Just stop. Take a minute and review the facts about fracking. There is NO RUSH. Your hasty action could cause irreparable damage to agriculture, private property, and water supplies. Please take the time to perform due diligence before approving a decision that could affect future generations of Coloradans.

Larry Evans


000142_ShishimM_20160911 Organization: Margaret Shishim
Received: 9/11/2016 12:00:00 AM
Commenter1: Margaret Shishim - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000142_ShishimM_20160911.htm (000142_ShishimM_20160911-380402.htm
Size = 5 KB)
Submission Text
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Resource Management Plan
1 message
meerdog@tds.net <meerdog@tds.net> Sun, Sep 11, 2016 at 8:35 PM

To: uformp@blm.gov
September 11, 2016

UFO RMP
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401
Via email

I am writing as a resident of the North Fork Valley and homeowner who chose to move to this special place because of the amazing quality of life that this valley has to offer--clean air, clean water, organic food from local farms and ranches, low traffic volume on the highways, spectacular
views in the valley and along our West Elk Loop Scenic Byway,and recreational opportunities for
residents and visitors alike.

The BLM's Resource Management Plan preferred alternative, which opens up over 100,000 acres
in the North Fork Valley (NFV) to oil and gas drilling, would turn the NFV into an industrial zone
and destroy it forever.

I am protesting BLM's preferred alternative and these are some of the reasons:

1.<([#1 [10.3] Air quality  – studies have been made and documented showing that even low-dose exposure to chemicals and the release of methane in oil and gas development have detrimental health effects including birth defects, respiratory problems, malignancies, rashes, etc. Just recently the EPA has identified the 4 Corners area as a "methane hot spot" due to the number of wells in the area. The BLM has failed in its Draft RMP to conduct a human health impact assessment.
#1])>
2.<([#2 [37.3] Water quality and quantity– my domestic water source(Pitkin Mesa Pipeline) originates from springs that could be contaminated by fracking chemicals or spills. In the year 2015 there were 615 spills, nearly 2 spills every day in Colorado. Also, the irrigation water used for our many organic farms, ranches and vineyards must be clean water. Polluted irrigation water would put farms and ranches out of business and have a huge negative economic impact. Water is our lifeblood. Fracking uses an enormous amount of water and permanently removes that water from the hydrologic cycle. We can't afford to sacrifice our water supply for the benefit of the oil and gas
industry. #2])>

3.<([#3 [30.3] Traffic – my home is located above Highway 133 off of Fire Mountain Rd. There is only one way to get in and out of my residential area—and that is to pull out onto or cross Hwy. 133. The intersection of Fire Mountain Rd. and Hwy. 133 is already hazardous, with limited visibility. Heavy oil and gas truck traffic would make this (and the rest of Hwy. 133 - which is only one lane either way) a very dangerous situation and deadly accidents much more likely.
#3])>

4.<([#4 [35.3] Viewsheds -- the views from my home and in the NFV are spectacular, with dark sky nights, millions of stars and views of the Milky Way. Air and light pollution from drilling activity would have a negative impact on the views, both day and night. #4])>

5.<([#5 [30.3] Property values – there are statistics showing a decrease in property values for homes/properties located near drilling/well activity. I've worked hard on improving my home for 14 years and don't want to see my property value, nor other properties in the NFV, decrease.

6.Recreation – my family and I are cyclists, both road and mountain bike. We also love camping, floating on the river, and hiking. Jumbo Mountain and trails on BLM and Forest Service land are very important to us personally and to many others who live here or come here as visitors. Trail-based recreation, also hunting and fishing, puts millions of dollars into Colorado's economy and also local economies. #5])>

7.The development of oil and gas in the NFV would keep all of us, locals and tourists, off of the public lands…and the key word here is "public" – these lands belong to all of us, not the oil and gas industry.

8.<([#6 [27.1] The BLM, in its final RMP, must designate all BLM lands on and surrounding Jumbo Mountain, lephant Hill, Lone Cabin Rd, McDonald Creek and "C" Hill as a Special Recreation Management Area and remove all oil and gas leasing in these areas. #6])> As well as protecting this area for the public (bikers, hikers, hunters, fishermen, locals and tourists), this will keep driving our economy forward and support our local businesses, including my son's bike repair business in Paonia.

According to the Outdoor Industry Association, as of 2012 outdoor recreation pumped $646 billion
into the US economy. Our economy is thriving in the North Fork Valley, real estate is selling, businesses old and new are benefiting from our best place in the state location and all we have to offer. Let's move forward with
continued opportunities for agriculture, tourism, and recreation and adopt a "No Leasing Alternative" for the North Fork Valley. It's the best way to protect our community.

Sincerely,
Margaret L. Shishim
40001 Cedar Drive
Paonia, CO 81428
meerdog@tds.net


000143_DellenbachR_20160920  Organization: Rick Dellenbach
Received: 9/20/2016 12:00:00 AM
Commenter1: Rick Dellenbach - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique

BLM_0157855

Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000143_DellenbachR_20160920.htm  (000143_DellenbachR_20160920-380403.htm  Size = 1 KB)
Submission Text
Date:09/20/2016

Commenter:Rick Dellenbach

Organization:

Email:rickdellenbach@hotmail.com

Address:

Phone:

Comment:
The current proposals for oil, gas, and coal leases are clearly incompatible with the values and priorities of the Public Domain. Environmental protection and clean energy concerns are vastly more important than the welfare of the fossil fuel industry.


000144_PasterzJ_20160929  Organization: James Pasterz
Received: 9/29/2016 12:00:00 AM
Commenter1: James Pasterz - Grand Junction, Colorado
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000144_PasterzJ_20160929.htm  (000144_PasterzJ_20160929-380404.htm  Size = 1 KB)
Submission Text
Date:09/29/2016

Commenter:James Pasterz

Organization:

Email:jamespasterz@gmail.com

BLM_0157856

Address:

Phone:

Comment:
As a sportsman, and avid hunter and outdoor enthusiast, I do not want to see any more restrictions on our use of public lands. Government intervention is expensive. Lets not burden the taxpayers w more regulations.
Dr. James R. Pasterz, D.O.
Grand Junction ,Co.

000145_DickmanB_20161013  Organization:  Betty Dickman
Received: 10/13/2016 12:00:00  AM
Commenter1: Betty Dickman - Hotchkiss, Colorado
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000145_DickmanB_20161013.htm  (000145_DickmanB_20161013-380405.htm
Size = 1 KB)
Submission  Text
Date:10/13/2016

Commenter:Betty  Dickman

Organization:

Email:bldickman@cox.net

Address:204  W. Main  St., Hotchkiss,  CO

Phone:

Comment:
Dear Sirs;

I join  many others in my concern about fracking in the North Fork Valley. I oppose this operation
because;

1. Oil and gas development  and fracking activities  on public lands  should  not be permitted  when

risks to public health have the potential to poison our foodsheds, pollute the air we breathe and contaminate the water resources we depend upon for life.

2. <([#1 [21.1] A no-leasing alternative is the only reasonable conclusion to a rigorous analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization.

3. a moratorium on oil and gas leasing shoud be imposed until rural gas gathering pipelines are regulated by Pipeline Hazardous Materials and Safety Administration.
#1])>
As a new home owner in Hotchkiss, Colorado, I hate to see the same thing happen here that happened in Oklahoma. Serious damage to the water and soil in the area and earthquake activity that is apparently related to the destruction of the landmass in and around fracking areas.

I vote and will do so as I see appropriate to stop this destruction.

Betty Dickman
204 W. Main St
Hotchkiss, Colorado


000146_HallB_20160929  Organization: Brian Hall
Received: 9/29/2016 12:00:00 AM
Commenter1: Brian Hall - Johnstown, Colorado
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000146_HallB_20160929.htm (000146_HallB_20160929-380406.htm  Size = 1 KB)
Submission Text
Date:09/29/2016

Commenter:Brian Hall

Organization:

Email:brainh18@hotmail.com

Address:Johnstown, CO

Phone:970-646-1540

BLM_0157858

Comment:
Dear BLM folks.

This is concerning your proposal to add un-needed, and unnecessary rules and restrictions on land in SW Colorado. I grew up in Pueblo, I'm familiar with Colorado. Leave our public lands unrestricted.

The land belongs to the people, not you. Do not place anymore un-need restrictions concerning how folks recreate on it, whether it be shooting, camping, hiking, whatever. Alternate A is the only option...period.

We have enough laws, restrictions, you name it. You have closed enough access roads and limited other activities. If people are scared or afraid of guns and shooting sports, tell them to stay in town. It's public land for public use.

Sincerely,
Brian Hall
Johnstown CO
970-646-1540


000147_ShipleyL_20160929  Organization: Luke Shipley
Received: 9/29/2016 12:00:00 AM
Commenter1: Luke Shipley - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000147_ShipleyL_20160929.htm (000147_ShipleyL_20160929-380407.htm Size = 2 KB)
Submission Text
Date:09/29/2016

Commenter:Luke Shipley

Organization:

Email:lkship86@gmail.com

Address:

Phone:

Comment:
To Whom it may concern,

I recently have been informed of the Bureau of Land Management's plan(s) for public land management in the southwest Colorado region. As a hunter, recreational shooter and outdoor enthusiast I am concerned for the plans put forth by BLM. Much of which will greatly affect the public's ability to have safe recreational shooting opportunities on public land. I recently moved back to Colorado where I grew up and have rekindled a love for target shooting. Having made recent trips to do so on public land has proved very enjoyable and vastly superior to the expensive, stuffy and regulated indoor range offerings not mention the lack of extreme long range shooting options. As a safe responsible land owner myself I understand the value of taking care of the land that we use. Cleaning up after ourselves and others who may have left trash and otherwise been abusive to these valued places. That is why I am greatly concerned for what will become of these public lands that I use for hunting and recreation. Please take into consideration the thousands of others who enjoy these lands as I do. It is part of what makes Colorado such an enjoyable place for people like me who cherish the opportunity we have to do these things on some of the most beautiful lands in the nation. Thank you for hearing me out and I hope to hear good things about the decisions being made from this proposal.

Regards,
Luke

000148_PrinceJ_20160930  Organization:  Jon Prince
Received: 9/30/2016 12:00:00 AM
Commenter1: Jon Prince - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000148_PrinceJ_20160930.htm  (000148_PrinceJ_20160930-380408.htm  Size = 1 KB)
Submission Text
Date:09/30/2016

Commenter:Jon Prince

Organization:

Email:platform.308@aol.com

Address:

Phone:719-217-5318

Comment:
Live well.

000149_CordellD_20161013  Organization:  David Cordell
Received: 10/13/2016  12:00:00  AM
Commenter1: David Cordell - Plano, Texas 75023 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000149_CordellD_20161013.htm (000149_CordellD_20161013-380409.htm  Size = 1 KB)
Submission  Text
Date:10/13/2016

Commenter:David  Cordell
Organization:

Email:cordelldm@aol.com

Address:4313  Melanie Lane, Plano, TX 75023

Phone:972-208-9120

Comment:
To whom it may concern:

Although I am not opposed to the use of fossil fuels, indeed my father was a petroleum geologist, I am becoming concerned about the potential effects of fracking and injection wells.

<([#1 [30.1] I urge you to provide further evidence that any activity proposed for the North Fork Valley of Colorado will have no impact on the economic well-being of the citizens of that area and will not be harmful to the environment, including superficial issues like odors and visual distractions. Any drilling activity must include liability requirements to indemnify those who may be harmed by the drilling activity.
#1])>
Thank you for your consideration.

BLM_0157861

David Cordell, 3413 Melanie Lane, Plano, TX 75023, 972-208-9120

000150_CampbellK_20160930  Organization:  Kent Campbell
Received: 9/30/2016 12:00:00 AM
Commenter1: Kent Campbell - Boulder, Colorado 80301 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000150_CampbellK_20160930.htm  (000150_CampbellK_20160930-380410.htm
Size = 1 KB)
Submission Text
Date:09/30/2016

Commenter:James Kentling Campbell

Organization:

Email:j.kent.campbell@gmail.com

Address:5801 Jay Road, Boulder, CO 80301

Phone:

Comment:
Hello,

As a Coloradan who hunts and has 3 kids who are becoming well rounded outdoorsmen and
women, I encourage you to not limit any shooting related activities in the lands administered by
the BLM in Colorado.

It's my understanding BLM's mandate is to promote "mixed use" of it's federal lands. Target
shooting is the required step in giving new hunters the confidence and skills required for hunting.

Shooting sports should have just as much access as any other recreational activity.

Regards,
Kent Campbell
5801 Jay Road
Boulder, CO 80301

000151_HeppM_20161011  Organization:  Matt Hepp
Received: 10/11/2016 12:00:00  AM
Commenter1: Matt Hepp - Ridgway, Colorado 81432 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due:  zghali
Attachments: 000151_HeppM_20161011.htm  (000151_HeppM_20161011-380411.htm  Size = 1 KB)
Submission  Text
Date:10/11/2016

Commenter:Matt  Hepp

Organization:

Email:matthepp@ridgway.us

Address:605  River Park Drive, Ridgway, CO 81432

Phone:970-318-1469

Comment:
Dear BLM Team,

I write to express my individual  opinions  for the Uncompahgre RMP UFO. These are provided independent  of the many special interest groups with stakes in BLM resources. I have lived in Ridgway for over 12 years and enjoy many recreational activities  on our local public lands including  rock climbing,  hiking,  mountain  biking,  and singletrack motorcycling.  I have enjoyed the "wild  west" feel of immense amounts of open public lands in our area but understand that management  of these resources is vital  as more and more users visit  the area. <([#1 [39.1] I feel any free-flowing rivers should be designated Wild and Scenic to the extent possible,  as these are a valuable  resource in the dry West. #1])> <([#2 [32.1] I am highly  supportive  of more purpose-built  singletrack  for both motorized  and non-motorized  uses.

I do NOT support installation  of more ATV and other 2-track routes as there are many many existing  miles of passable 2-tracks in the Uncompahgre BLM lands. #2])>

Matt Hepp
605 River Park Dr
Ridgway, CO 81432
--

BLM_0157863

Matt Hepp, P.E.
Alpine Edge Engineering
605 River Park Dr
Ridgway, CO 81432
970 318 1469

000152_GentryR_20161014  Organization:  Rosie Gentry
Received: 10/14/2016  12:00:00  AM
Commenter1: Rosie Gentry - Crawford, Colorado 81415 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000152_GentryR_20161014.htm  (000152_GentryR_20161014-380412.htm  Size =
5 KB)
Submission Text
Date:10/14/2016

Commenter:Rosie  Gentry

Organization:

Email:rosemary003@tds.net

Address:PO Box 312, Crawford, CO 81415

Phone:970-921-5149  Fax: 970-921-3380

Comment:
I respectfully submit the attached comment letter regarding the BLM Draft Resource
Management Plan for Uncompahgre Region.

Sincerely,

Rosemary Gentry

Dear BLM-UFO Staff and RMP Comment Team,

Please fully consider the issues raised in these comments on the Uncompahgre Field Office draft
Resource Management Plan. As presented, none of the alternatives offer the level of protection
these lands warrant, that communities and the public in your planning area have specifically
asked for and favored, and which federal law requires. I believe that having a no mineral leasing

alternative in the plan is the only right choice for our community and for our public lands.

I am a resident and homeowner in the North Fork Valley, namely Crawford, Colorado. I am opposed to any oil and gas leasing on public lands in the North Fork Valley. The mission of the BLM is stated as "to sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I am objecting to the BLM's Draft Resource Management Plan for the Uncompahgre Region because the plan makes available for mineral leasing over 94% of the region to oil and gas fracking and/or coal development. As recent scientific studies have shown, the environmental harm caused by oil and gas fracking is counter to the BLM's mission to sustain the health and diversity and productivity of our public lands.

The BLM'S Resource Management Plan has obviously relied on outdated resources in formulating a plan that will negatively impact the North Fork Valley for the next 30 years. <([#1 [11.3] The plan does not even consider the impacts of horizontal fracking or coal extraction on climate change. A recent study published in the Proceedings of the National Academy of Sciences showed that methane emissions as a result of fracking in southwestern Pennsylvania were up to 1000 times higher than those estimated by the EPA. From the EPA website they state, "methane is the second most prevalent greenhouse gas emitted in the United States from human activities", and that "pound for pound the comparative impact of methane on climate change is over 20 times greater than carbon dioxide over a one hundred year period." How can the BLM be adhering to its mission to sustain health and diversity on our public lands for future generations when it ignores the effects of methane emissions from oil and gas wells on climate change. The impacts from climate change threaten the very existence of future generations. #1])>

I am a practicing certified public accountant in this valley and have knowledge of the local business economy.<([#2 [30.3] Delta County has made great strides in creating and encouraging an alternative economy to a boom-or-bust one based on fossil fuel extraction. Out of necessity due to the closing of the local coal mines, many dedicated individuals and governmental and non-governmental groups have encouraged this budding economy along with supporting our long standing agricultural economy. This sustainable economy consists of the highest concentration of organic farms in Colorado, all types of agriculture including livestock and orchards, many local vineyards/wineries, and various tourism and agritourism-based businesses. This budding and long standing agriculture economy is reliant on our current clean water and air, abundant water resources, a rural and quiet setting, beautiful vistas and open spaces, outdoor recreation opportunities, healthy wildlife ecosystems and farmland free from threat of toxic contamination. BLM's plan to lease out 95% of the valley for mineral exploration would industrialize our valley and quash this current budding economy. Just the threat of this industrialization is hampering investment in our budding economy. I so reject the BLM's power to force this industrialization on our community and to thwart our community's efforts to grow a sustainable economy. #2])>

In conclusion, a no-leasing alternative is the only reasonable conclusion to the known risks of oil and gas operations and the BLM-proposed large-scale industrialization of our beloved North Fork Valley community. I feel the BLM's preferred alternative plan for our North Fork Valley would denigrate and destroy our very lives here in the North Fork Valley. I further believe that

BLM's failure to address the real and foreseeable negative environmental impacts of oil and gas extraction from public lands threatens the very future of the planet.

Sincerely,
Rosemary Gentry

000153_MosherR_20160928  Organization:  Rossann Mosher
Received: 9/28/2016 12:00:00 AM
Commenter1: Rossann Mosher - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000153_MosherR_20160928.htm (000153_MosherR_20160928-380413.htm Size = 1 KB)
Submission Text
Date:09/28/2016

Commenter:Rossann Mosher

Organization:

Email:rossann.mosher@gmail.com

Address:

Phone:

Comment:
<([#1 [27.1] We would like to comment specifically on the Ridgway Trails Special Recreation Management Area – RMZ 2.
We are private land owners in the area and are in favor of Alternative B because it would prohibit competitive events in the area, as Alternative D could allow. We feel this is the better alternative for wildlife and near-by residents. The trail access areas are quite small and a large competitive event would have a negative impact on the local traffic flow, noise levels, particulate pollution levels (dust), roadside trash levels and wildlife movement through the area. #1])>
<([#2 [32.2] We do however have one concern about Alternative B, under the item of travel management. This item does not specify closing the trails from November through April. This seems like an important omission in terms of the health of local wildlife populations (deer and some birds) who winter throughout this area and then birth their young in the spring in this area. #2])>

Thank you for the opportunity to comment.

Local Residents

000154_KelloggS_20161016 Organization: Scott Kellogg
Received: 10/16/2016 12:00:00 AM
Commenter1: Scott Kellogg - Paonia, Colorado
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000154_KelloggS_20161016.htm (000154_KelloggS_20161016-380592.htm Size
= 3 KB)
Submission Text
Date:10/16/2016

Commenter:Scott Kellogg

Organization:

Email:GTPINC@msn.com

Address:Paonia, CO

Phone:

Comment:
To BLM planning.

Thank you for taking the time to consider the comments from impacted citizens before
?nalizing the Uncompahgre Region RMP. Also for extending the deadline for these comments.
I have lived in the North Fork Valley now for 14 years in the town of Paonia. Specifically in the
downtown area. My concerns on the industrialization of this area come from the many verified
studies on the negative effects that oil and gas leasing will bring to an area. The air and water
will be permanently damaged by this sort of development. Being a valley these negative effects
on the air and water can quickly concentrate on the inhabited and agricultural areas. With many
of the developments being proposed up valley from the town of Paonia, the negative effects can
quickly funnel down the valley in the air and water.

Speaking just of the downtown air quality, anyone in the town of Paonia can easily verify that
throughout the year, and especially in the winter months that the valley air settles in this town so
much so that anyone firing up even their coal furnace is known to everyone else in town. The

BLM_0157867

cooler valley air settles in this town trapping with it whatever toxins are in the air. To propose gas leasing above the town of Paonia virtually guarantees that every evening the toxic vapors, gasses,and chemicals that are a part of the fracking industry would be in every household in town. They will not blow away on our mostly calm evenings or even dissipate until the warmer air in the mornings allows them to rise and escape the valley. This is in effect would be poisoning daily everyone in the downtown and low lying areas of the valley.

An outcome that would fall squarely on the shoulders of the BLM for failure to take into account these inevitable consequences of oil and gas leasing in this areas. Some areas are completely incompatible with leasing of this sort, and this is one of them. BLM should strongly consider the no-lease option for this area, or at least the North Fork Alternative Plan (NFAP). The NFAP of course covering many other vital issues besides just the few I have mentioned here.

Thank you for taking the time to consider my concerns, and the concerns of the many others in these impacted areas.

Scott Kellogg
Paonia, Co


000156_WeinbergerW_20160920  Organization: William Weinberger
Received: 9/20/2016 12:00:00 AM
Commenter1: William Weinberger - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000156_WeinbergerW_20160920.htm (000156_WeinbergerW_20160920-380593.htm  Size = 2 KB)
Submission Text
Date:09/20/2016

Commenter:William B Weinberger

Organization:

Email:wbw@fastmail.us

Address:16641 Farmers Mine Rd., Paonia CO 81428

Phone:

Comment:

My wife and I bought property outside Paonia and moved here from Texas three years ago. We were drawn by the natural beauty, diverse agriculture and healthy environment. We live adjacent to Garvin Mesa and depend on a well for our domestic water as well as a ditch for irrigation.

The prospect of oil and gas drilling taking place on the slopes above our property is terrifying.

Being from Texas, I am familiar with the culture of the oil patch, and I know what happens when oil and gas production moves in. Despite what the oil company executives may tell you about their "commitment to environmental protection", I can tell you that the only commitment they have is to extracting the resource as quickly and cheaply as possible. The roughnecks and supervisors on the ground have one mandate, and that is to maximize production. Cutting corners is a way of life, and environmental regulations are made to be ignored or sidestepped.

Once the wells are drilled, the workers move on to the next field. There is no long-term commitment to the area or local environment. Examples are everywhere, from the enormous environmental damage inflicted on South American rain forests to the ongoing catastrophe that is the Deep Water Horizon spill.

To turn this rapacious industry loose in such a beautiful and productive area as the North Fork Valley would be a tragedy. Once the damage is done, it cannot be undone. Once my well water is full of hydrocarbons, what becomes of my quality of life?

I therefore urge you to include all the proposed actions in the North Fork Alternative, B1, in the final RMP. This is the only way to ensure protection for our pristine water supplies, clean air abundant wildlife and overall economic vitality of our little valley.

Thank you for the opportunity to express my heartfelt concerns.

William B. Weinberger
16641 Farmers Mine Rd.
Paonia, CO 81428


000157_BrettE_20161018 Organization: Elaine Brett
Received: 10/18/2016 12:00:00 AM
Commenter1: Elaine Brett - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000157_BrettE_20161018.htm (000157_BrettE_20161018-380594.htm Size = 8 KB)
Submission Text

Date:10/18/2016

Commenter:Elaine Brett

Organization:

Email:embrett@icloud.com

Address:PO Box 1682, Paonia CO 81428

Phone:

Comment:
Please see attached a copy of my letter to the Uncompaghre Field Office regarding the Draft Resource Management Plan and BLM's stated priorities. A hard copy has been mailed to the BLM office in Montrose, CO.

The "bottom line" summary of my message to the BLM is:

1. Oil and gas development not be considered as appropriate use for the area, particularly for the North Fork Valley. The draft RMP should include a "no leasing" alternative.

2. In the least, the BLM should incorporate alternatives B and B.1 into the final RMP.

3. In addition, I urge you to designate the Jumbo Mountain area as a Special Recreation Management Area.

4. The BLM must not be swayed by the industry rhetoric which will lead us to yet another "boom & bust" economy at the risk of defacing precious landscapes and compromising our quality of life.

Elaine Brett
Paonia, CO

I am a retired professional and have lived in the North Fork Valley for twelve years. During my careers in Washington DC in Medical Diagnostics and Organizational Development, I interfaced with
many public and private organizations. I have done contracting and consulting with a number of Federal agencies at high levels and understand the internal processes of government.

Since coming to the Western Slope of Colorado, I have been actively involved with local government and nonprofits. I have served as Chairperson on a Delta County Planning Area Planning Committee, President of the Black Canyon Regional Land Trust, founder and president of the Western Colorado Food & Ag Council, Board member of the Western Colorado Community Foundation and, President of the Friends of the Paradise Theatre. I am currently an Advisor to Downtown Colorado, Inc., the Orton Family Foundation and Citizens for a Healthy

Community.

I was pleasantly surprised when I saw the following priorities stated on the BLM website:

• The America's Great Outdoors initiative, which is aimed at enhancing the conservation of BLM-managed lands and resources and reconnecting Americans to the outdoors

• The New Energy Frontier, which encourages and facilitates renewable energy development – solar, wind, and geothermal – on the Nation's public lands.

• Cooperative Landscape Conservation, a scientific initiative that recognizes the need to better understand the condition of BLM-managed landscapes at a broad level.

• Youth in the Great Outdoors, which supports programs and partnerships that engage youth in natural resource management and encourages young people and their families to visit, explore, and learn about the public lands.

• Climate Change, which is affecting public lands in ways that could impact on Americans' quality of life. The BLM is responding with two interconnected initiatives: a proposed landscape approach to land management and Rapid Ecoregional Assessments, which will improve the agency's understanding of public land conditions to inform future management decisions.

By strengthening existing and forging new partnerships with stakeholders, the BLM will ensure that the nation's public lands are managed and conserved for future generations of Americans to use and enjoy.

These are noble goals and very much aligned with the community values of the people of The North
Fork Valley. I am wondering to what extent these priorities have been applied to the UFO RMP.

If the BLM applied these priorities, we would be having a different conversation.

• <([#3 [27.1] America's Great Outdoors Initiative in the UFO RMP would look like maximizing outdoor recreation and increasing the Special Recreation Management Areas like Jumbo Mountain. We could make America healthier by dedicating our lands and resources to encouraging outdoor activities. #3])>

• <([#2 [28.1] The New Energy Frontier would promote and expand the efforts of groups like Solar Energy International (SEI) and use our public lands for solar energy generation. The UFO region has plenty of sunny days. Weather data indicates this as a prime region for solar power generation. My personal experience with PV Solar is that conscientious construction that includes consideration for passive solar, PV solar and Thermal solar is more than adequate for our energy needs. The Solarize Delta County program (by SEI) is expanding PV solar usage. Areas such as the "dobies" between Crawford and Paonia and between Hotchkiss and Delta are prime targets for solar energy production.
#2])>

BLM_0157871

• Numerous conservation groups like the Western Colorado Conservation Center, the Delta County School District and other youth groups routinely take advantage of engaging youth in resource management of the BLM public lands. More formal programs could be encouraged by the BLM under the Youth in the Great Outdoors priority area.

• Climate Change affecting all of our lives in Western Colorado has been anecdotally noted by local writers like Craig Childs and local scientists like Dr. Michael Soule, Dr. Theo Colborn and Dr. David Noe. Studies of methane emissions from gas well flame outs and coal mine exhaust are well documented. Potential pollution from diesel trucks and equipment has been documented in both the Eastern States and the West. BLM plans that would allow for continued and expanded gas and oil development will undermine future plans for quality of life and jeopardize the quality of land, water and air and subsequently the survival of plants animals and humans.

<([#1 [30.2] In 2012-2015, I was Program Advisor to the North Fork Heart and Soul Community planning process
http://www.northforkheartsoul.com. In that project, we had the opportunity to look closely at the demographics and socioeconomic impacts of the North Fork Valley. Our team interviewed thousands of local residents and collected stories and data for over two years. We compared the local present situation with census data and other national and state studies. The culmination of the project is reflected in the statements of community values that define "what matters most" to the residents of our community. A comprehensive White Paper can be found on the website. Very few comments from residents favored oil and gas development. While local economy was deemed very important, people did not consider jeopardizing our land, our water and our food a worthwhile alternative. To the best of my knowledge, the BLM has not considered this study in its RMP.
#1])>
What Matters Most

We value our rural and natural environment that has an abundance of resources and opportunities for healthy living, quality food, work, recreation and connection to the land.

We value our small town feel and sense of community.

We envision a steady economy with work opportunities and the ability to grow our traditional and emerging economic sectors.

We value our freedom to live the way we choose, our independence and our personal responsibility to our communities.

We honor our traditions and heritage while looking to the future.

I urge you to consider and seriously apply the BLM's priority areas in the UFO RMP.

I urge you to incorporate into the UFO RMP plans that prohibit or severely limit oil and gas development. The BLM should include a "no leasing" alternative.

BLM_0157872

However, in a real world where market continues to demand fossil fuels … I urge you to accept
Alternatives B and B1 which limit development and maintain special places for all of us to enjoy
for years to come.

In addition, I urge you to designate the Jumbo Mountain area as a Special Recreation
Management Area.

Sincerely,
Elaine M. Brett


000158_BrettE_20161018  Organization: Elaine Brett
Received: 10/18/2016  12:00:00  AM
Commenter1: Elaine Brett - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000158_BrettE_20161018.htm  (000158_BrettE_20161018-380595.htm  Size = 6
KB)
Submission  Text
Date:10/18/2016

Commenter:Elaine Brett

Organization:

Email:embrett@icloud.com

Address:PO Box 1682, Paonia CO 81428

Phone:

Comment:
Please see attached a copy of my letter to the Uncompaghre Field Office regarding the Draft
Resource Management Plan and BLM's stated priorities.  A hard copy has been mailed to the
BLM office in Montrose, CO.

The "bottom line" summary of my message to the BLM is:

1. <([#1 [21.1] Oil and gas development not be considered as appropriate use for the area,
particularly for the North Fork Valley. The draft RMP should include a "no leasing" alternative.
#1])>

2. In the least, the BLM should incorporate alternatives B and B.1 into the final RMP.

3. <([#2 [27.1] In addition, I urge you to designate the Jumbo Mountain area as a Special Recreation Management Area. #2])>

4. The BLM must not be swayed by the industry rhetoric which will lead us to yet another "boom & bust" economy at the risk of defacing precious landscapes and compromising our quality of life.

Elaine Brett
Paonia, CO

I live at the base of Jumbo Mountain and I walk my dogs on the Jumbo Mountain trails. Every day I
see people from the town of Paonia and visitors to the area walking, hiking, running, biking and overall enjoying the Jumbo Mountain area. It is an amazing space. The varied terrain and the views of the North Fork of the Gunnison Valley, the West Elk mountains, the Raggeds and the Grand Mesa are incredible. Jumbo is the home to wildlife including herds of deer, foxes, mountain lions, hawks and eagles.

Industrial development is not compatible with recreational use. The Jumbo area must remain undeveloped to support community health and wellness and the benefits of being able to use the trails on a daily basis. <([#3 [30.3] Industrial development is not compatible with a trail-centered tourism economy. These trails attract visitors from throughout Colorado and support local hospitality and retail businesses. #3])>

I am educated and aware of my surroundings. I love living in the North Fork Valley in Western Colorado. It provides good, clean food -- an amazing landscape -- fabulous access to recreation - spiritual renewal - a healthy environment – an incredible small town community – traditions and history --- and so much more.

I moved here from Washington DC following a 25 year career of dealing with bureaucrats in government and private industry so I know what you are as public servants what you are up against. You need to administer the laws and regulations that have been handed to you by your superiors and your agency. You are doing your best to implement what has been given to you. If you do a good job, you will get paid and will receive a good retirement plan. I know this because I am living this reality now.

I want to trust that you have done a good job and you will use your skills and expertise to devise a plan that is fair and equitable for the people of this region. I do not want to dispute, line by line the facts and data that you have compiled. As an American taxpayer, I want to feel comfortable that you know what you are doing and are implementing plans in the best interest of the "good of the all."

In my 63 years, I have never found a place or community that is like the North Fork Valley. This is a special place with amazing energy and potential. This is a community that cherishes the land

and water and a community that takes care of itself. I live in a county that is about 50% public lands. What the BLM does will affect our lives and those who come behind us. The maintenance of our public lands is a sacred duty. In that spirit, the continuance of the respect for the public land and the people who are adjacent to that land is of utmost importance.

The RMP is important in laying out the plan for this area for the next 20-30 years. It is true that we are a low-density population yet, it is true that there is something very special about the community that resides in this North Fork Valley.

There are many here who depend on the organic and biodynamic farming practices in this place to
feed us with nutritious food - it does not matter whether they are conservative "old-timers" or idealistic "new-comers" - they produce amazing, healthy food that nourishes us. There are creatives and artists who provide nurturing art that enriches our culture and makes us better human beings. And there are those who practice and educate us on health alternatives. There are the new entrepreneurs who are "inventing" new businesses using the internet and new technologies. They are our resilient future – not the boom and bust cycle of industrial extraction companies.

I am optimistic and hopeful about this North Fork Valley. And I am concerned …

If the BLM adopts any actions that will destroy – or have the potential of destroying – the beauty, the culture, the spirit or the community of this region, it will create a vacuum – a black hole – that decimates a piece of Americana that cannot be replaced.

Allowing oil and gas leases adjacent to communities like the North Fork Valley is the equivalent to genocide. You would be killing those people, lifestyles and lands that make America great.

<([#4 [21.1] I urge you to incorporate into the UFO RMP plans that prohibit or severely limit oil and gas development. The BLM should include a "no leasing" alternative. However, reality dictates that the market continues to demand fossil fuels, therefore, I urge you to accept Alternatives B and B1 which limit development and maintain special places for all of us to enjoy for years to come.
#4])>
In addition, I urge you to designate the Jumbo Mountain area as a Special Recreation Management Area per Alternative B and to remove oil and gas leasing from the Jumbo area.

Sincerely,
Elaine M. Brett


000159_BrettE_20161018  Organization: Elaine Brett
Received: 10/18/2016 12:00:00 AM
Commenter1: Elaine Brett - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual

Classification: Nonsubstantive
Submission Category: Potential Duplicate
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000159_BrettE_20161018.htm  (000159_BrettE_20161018-380596.htm  Size = 6 KB)
Submission Text
Date:10/18/2016

Commenter:Elaine Brett

Organization:

Email:embrett@icloud.com

Address:PO Box 1682, Paonia CO 81428

Phone:

Comment:
Please see attached a copy of my letter to the Uncompaghre Field Office regarding the Draft Resource Management Plan and BLM's stated priorities.  A hard copy has been mailed to the BLM office in Montrose, CO.

The "bottom line" summary of my message to the BLM is:

1. Oil and gas development not be considered as appropriate use for the area, particularly for the North Fork Valley. The draft RMP should include a "no leasing" alternative.

2. In the least, the BLM should incorporate alternatives B and B.1 into the final RMP.

3. In addition, I urge you to designate the Jumbo Mountain area as a Special Recreation Management Area.

4. The BLM must not be swayed by the industry rhetoric which will lead us to yet another "boom & bust" economy at the risk of defacing precious landscapes and compromising our quality of life.

Elaine Brett
Paonia, CO

OK folks, so let's be honest. I am a mere mortal. I am educated and aware of my surroundings. I love living in the North Fork Valley in Western Colorado. It provides good, clean food -- an amazing landscape -- fabulous access to recreation - spiritual renewal - a healthy environment –

an incredible small town community – traditions and history --- and so much more.

I moved here from Washington DC following a 25 year career of dealing with bureaucrats in government and private industry so I know what you are as public servants what you are up against. You need to administer the laws and regulations that have been handed to you by your superiors and your agency. You are doing your best to implement what has been given to you. If you do a good job, you will get paid and will receive a good retirement plan. I know this because I am living this reality now.

As a mere mortal, I really have no intent of digesting the 2000+ pages of the UFO RMP and I want to trust that you have done a good job and you will use your skills and expertise to devise a plan that is fair and equitable for the people of this region. I do not want to dispute, line by line the facts and data that you have compiled. As an American taxpayer, I want to feel comfortable that you know what you are doing and are implementing plans in the best interest of the "good of the all."

At the same time, I am a resident of the North Fork Valley and I live at the base of the Jumbo Mountain BLM area.

In my 63 years, I have never found a place or community that is like the North Fork Valley. This is a special place with amazing energy and potential. This is a community that cherishes the land and water and a community that takes care of itself.

I live in a county that is about 50% public lands. Twelve years ago, living in Maryland in suburban DC, that statement had no meaning to me. I had no clue what BLM was and what it meant for this country. I would venture to say that the majority of those outside of the West are equally as clueless.

Now, I am a resident of the North Fork Valley and I live at the base of the Jumbo Mountain BLM area.

The UFO RMP is now vital to my existence and to the people in the town of Paonia and the North Fork Valley. What the BLM does will affect our lives and those who come behind us. The maintenance of our public lands is a sacred duty. In that spirit, the continuance of the respect for the public land and the people who are adjacent to that land is of utmost importance.

The RMP is important in laying out the plan for this area for the next 20-30 years. It is true that we are a low-density population yet, it is true that there is something very special about the community that resides in this North Fork Valley.

There are many here who depend on the organic and biodynamic farming practices in this place to
feed us with nutritious food - it does not matter whether they are conservative "old-timers" or idealistic "new-comers" - they produce amazing, healthy food that nourishes us. There are creatives and artists who provide nurturing art that enriches our culture and makes us better human beings. And there are those who practice and educate us on health alternatives. There are

the new entrepreneurs who are "inventing" new businesses using the internet and new technologies. They are our resilient future – not the boom and bust cycle of industrial extraction companies.

I am a resident of the North Fork Valley and I live at the base of the Jumbo Mountain BLM area.

I am optimistic and hopeful about this North Fork Valley. And I am concerned …

If the BLM adopts any actions that will destroy – or have the potential of destroying – the beauty, the culture, the spirit or the community of this region, it will create a vacuum – a black hole – that decimates a piece of Americana that cannot be replaced.

Allowing oil and gas leases adjacent to communities like the North Fork Valley is the equivalent to genocide. You would be killing those people, lifestyles and lands that make America great.

I urge you to incorporate into the UFO RMP plans that prohibit or severely limit oil and gas development. The BLM should include a "no leasing" alternative.

However, reality dictates that the market continues to demand fossil fuels, therefore, I urge you to accept Alternatives B and B1 which limit development and maintain special places for all of us to enjoy for years to come.

In addition, I urge you to designate the Jumbo Mountain area as a Special Recreation Management Area per Alternative B and to remove oil and gas leasing from the Jumbo area.

Sincerely,
Elaine M. Brett


000160_BrettE_20161018_HasAttach Organization: Elaine Brett
Received: 10/18/2016 12:00:00 AM
Commenter1: Elaine Brett - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison 12/7/2016 12:00:00 AM
Attachments: 000160_BrettE_20161018_HasAttach.htm (000160_BrettE_20161018_HasAttach-387527.htm Size = 10 KB)
UFORMP_000160_BrettE_20161018_HasAttach.pdf (000160_BrettE_20161018_HasAttach-387526.pdf Size = 223 KB)
Submission Text
Date:10/18/2016

Commenter:Elaine Brett

Organization:

Email:embrett@icloud.com

Address:PO Box 1682, Paonia CO 81428

Phone:

Comment:
Please see attached a copy of my letter to the Uncompaghre Field Office regarding the Draft Resource Management Plan and BLM's stated priorities. A hard copy has been mailed to the BLM office in Montrose, CO.

The "bottom line" summary of my message to the BLM is:

1. Oil and gas development not be considered as appropriate use for the area, particularly for the North Fork Valley. The draft RMP should include a "no leasing" alternative.

2. In the least, the BLM should incorporate alternatives B and B.1 into the final RMP.

3. In addition, I urge you to designate the Jumbo Mountain area as a Special Recreation Management Area.

4. The BLM must not be swayed by the industry rhetoric which will lead us to yet another "boom & bust" economy at the risk of defacing precious landscapes and compromising our quality of life.

Elaine Brett
Paonia, CO

I am a retired professional and have lived in the North Fork Valley for twelve years. During my careers in Washington DC in Medical Diagnostics and Organizational Development, I interfaced with many public and private organizations. I have done contracting and consulting with a number of Federal agencies at high levels and understand the internal processes of government.

Since coming to the Western Slope of Colorado, I have been actively involved with local government and nonprofits. I have served as Chairperson on a Delta County Planning Area Planning Committee, President of the Black Canyon Regional Land Trust, founder and president of the Western Colorado Food & Ag Council, Board member of the Western Colorado Community Foundation and President of the Friends of the Paradise Theatre. I am currently an Advisor to Downtown Colorado, Inc., the Orton Family Foundation and Citizens for a Healthy Community.

In 2012-2015, I was Program Advisor to the North Fork Heart and Soul Community planning process
http://www.northforkheartsoul.com. In that project, we had the opportunity to look closely at the demographics and socioeconomic impacts of the North Fork Valley. Our team interviewed thousands of local residents and collected stories and data for over two years. We compared the local present situation with census data and other national and state studies. The culmination of the project is reflected in the statements of community values that define "what matters most" to the residents of our community. A comprehensive White Paper can be found on the website.

What Matters Most

We value our rural and natural environment that has an abundance of resources and opportunities for healthy living, quality food, work, recreation and connection to the land.

We value our small town feel and sense of community.

We envision a steady economy with work opportunities and the ability to grow our traditional and emerging economic sectors.

We value our freedom to live the way we choose, our independence and our personal responsibility to our communities.

We honor our traditions and heritage while looking to the future.

<([#5 [30.2] In spite of the BLM's thorough study, I suggest that the SOCIOECONOMIC BASELINE ASSESSMENT REPORT is flawed in its assumptions and conclusions for the North Fork Valley. It is extremely important that the BLM make their judgments and conclusions based on an accurate assessment of the local population #5])> . I recommend that the BLM look at the following in their final recommendations for the Resource Management Plan:

<([#1 [30.2] 1. Data from the BLM report is old data and does not reflect current migration patterns and the
changes in demographics that are occurring. #1])>

<([#6 [30.2] a. References for population, industries and other demographic parameters are from 2010 and earlier and based on Census data that is even older.
#6])>
<([#7 [30.2] b. Currently, in the North Fork Valley, we are witnessing an influx of "boomer" generation retirees and near-retirees along with representative millennials and Generation Z who seeking a small town, rural quality of life. This dynamic is creating a trending toward volunteerism and mentoring by one group and the rise entrepreneurial businesses by the latter.

c. These patterns are affecting the socioeconomic make up of age, education, consumer behaviors and social equity now and for the future.
#7])>
<([#2 [30.2] 2. The grouping of "Socioeconomic Units" is flawed by placing Paonia in with the

underpopulated
areas of Somerset and Bowie and by not applying the traditional regions of the North Fork Valley, Surface Creek watershed and areas surrounding the city of Delta.

a. Paonia historically and traditionally is regarded as part of the North Fork Valley.

b. The town and the surrounding area is a part of Delta County District 3 which includes Paonia, Hotchkiss and Crawford.

c. Any assumptions about industry trends and linking Paonia to the defunct town of Bowie and the Gunnison County town of Somerset are inaccurate.

d. Currently Paonia has earned the reputation for being "Colorado's Farm-to-Table Capital" and is the anchor of the North Fork Creative District. Value-add food and beverage products and creative industries are dominating the local economy.

e. Due to mine closures, fewer and fewer households are dependent on local mining jobs. #2])>
3. <([#8 [30.2] County or State cumulative data does not reflect the microcosm of the small towns of Paonia,
Hotchkiss and Crawford.

a. Local studies have demonstrated that because of the sharp distinctions of the three regions in Delta County, the county or state rollup of census data does not adequately describe the reality of the towns and their surrounding areas.

#8])> <([#3 [30.2] 4. The BLM report does not reflect current economic drivers that are changing the industries and
lifestyles of current and future residents.

a. In 2015 and 2016, the coal mining industry saw a severe reduction due to global demand and consumer trends. Two of the three mines in Bowie and Somerset closed and the third, West Elk mine, whose corporation has filed bankruptcy, is expected to continue to reduce services and ultimately close as well.

b. The historic coalmine-driven economy is quickly changing and sentiment to continue to expect mining jobs to bolster the local economy is waning.

c. New small businesses including internet-based business are bolstering the local economy. Current installation of broadband internet is making these businesses viable alternatives to the "old" ways of conventional farming and mining. #3])>

5. <([#4 [30.2] The BLM's assessment for Socioeconomic Unit 1 that "Recreational use of land is important
for local area residents" is correct. However, the statement "The key issues are providing the continued access to public lands for traditional agricultural and extractive resource uses while

preserving the quality of life for local residents" would not be supported by most Paonians in that while there is an acceptance of coal extraction, the presence of other extractive industries is viewed as a detriment to the quality of life of the area. #4])> <([#9 [30.2] The statement for Socioeconomic
Unit 2 "Utilization of public land and enhancing environmental values while preserving open space is also important. The key issue is finding the balance that allows residents to retain a lifestyle that meets their needs and provides recreational opportunities for visitors to the area" is accurate for the North Fork Valley.
#9])>
In conclusion, the Report's concluding statement is vague but admirable.

"Large variations in the study area, particularly between the UFO planning units, make generalizations about the study area's social and economic conditions complex. Due to the large acreage of public lands in many study area counties, the overall contribution of public lands to local economies may be significant. Influence of public lands at the local level is especially important, particularly in locations where public lands provide a source of employment, such as ranching or energy production, or a significant contribution to quality of life for local residents, such as recreational activities availability or open space preservation. As such, local citizens' concerns, as reflected in the economic strategy workshops will be analyzed during development of the Uncompahgre RMP."

I hope that the BLM will consider present and future trends in socioeconomics and not rely only on the past to make decisions for the future in the RMP. I recommend that;

1. Oil and gas development not be considered as appropriate use for the area, particularly for the North Fork Valley. The draft RMP should include a "no leasing" alternative.

2. In the least, the BLM incorporated alternatives B and B.1 into the final RMP.

3. In addition, I urge you to designate the Jumbo Mountain area as a Special Recreation Management Area.

4. The BLM not be swayed by the industry rhetoric which will lead us to yet another "boom & bust" economy at the risk of defacing precious landscapes and compromising our quality of life.

Sincerely,
Elaine M. Brett


000161_SteckleyD_20161026 Organization: US DOE Uranium Leasing Program, Deborah Steckley
Received: 10/26/2016 12:00:00 AM
Commenter1: Deborah Steckley - ,
Organization1:US DOE Uranium Leasing Program

Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000161_SteckleyD_20161026.htm (000161_SteckleyD_20161026-380597.htm
Size = 3 KB)
Submission Text
Date:10/26/2016

Commenter:Deborah Steckley

Organization:US Department of Energy, Uranium Leasing Program

Email:deborah.steckley@lm.doe.gov

Address:

Phone:303-410-4802; 720-648-3799

Comment:
Dear BLM,

Thank you for notifying the DOE Office of Legacy Management (DOE-LM) about the comment
period associated with the BLM Uncompaghre Field Office's Draft Resource Management Plan.

DOE-LM's Uranium Leasing Program (ULP) reviewed the draft plan and associated
environmental documents. DOE-LM has no comments to offer as it relates to the ULP.

Please note the DOE-LM NEPA Compliance Oficer, Tracy Ribeiro, will notify BLM if DOE-
LM has comments pertaining to other DOE-LM programs.

Best regards,

Deb

Deborah Steckley
Uranium Leasing Program
O?ce of Legacy Management
U.S. Department of Energy

O?ce: 303-410-4802
Mobile: 720-648-3799

BLM_0157883

FOR IMMEDIATE RELEASE

Contact: Shannon Borders, 970-240-5399

BLM extends comment period for the Uncompahgre Field Office Draft Resource Management Plan

MONTROSE, Colo. – In response to public requests, the Bureau of Land Management Uncompahgre Field Office is extending the comment period for Uncompahgre Field Office Draft Resource Management Plan for 60 days.

The comment period, originally scheduled to close on Sept. 1, 2016, will be extended through Nov. 1, 2016.

"Public input is critical as we work through refining this plan. Hopefully this extension will facilitate that public input." said Dana Wilson, BLM Acting Uncompahgre Field Manager.

The BLM identified a wide range of alternatives in the Draft RMP that analyze impacts to important wildlife, vegetation and cultural resources while balancing the need for resource uses such as grazing, minerals and recreation on about 675,800 acres of BLM-administered surface lands and 971,220 acres of federal mineral estate in Delta, Gunnison, Mesa, Montrose, Ouray and San Miguel counties.

Written comments will be most effective if they are specific to the proposal or analysis and should be submitted by email to uformp@blm.gov or by mail to the BLM, Uncompahgre Field Office, 2465 S. Townsend Ave., Montrose, CO 81401.

Before including your address, phone number, e-mail address or other personal identifying information in your comment, be advised that your entire comment – including your personal identifying information – may be made publicly available at any time. While you can ask us in your comment to withhold from public review your personal identifying information, we cannot guarantee that we will be able to do so.

The plan and associated environmental documents are available at http://www.blm.gov/co/st/en/fo/ufo/uncompahgre_rmp.html (or www.uformp.com).

For more information, contact Gina Jones, National Environmental Policy Act Coordinator, at gmjones@blm.gov or (970) 240-5300.

--
Shannon Borders
Public Affairs Specialist
Bureau of Land Management
2465 S. Townsend Ave.
Montrose, CO 81401
970-240-5399

BLM_0157884

000162_CarpenterS_20161014  Organization: Scott Carpenter
Received: 10/14/2016  12:00:00  AM
Commenter1: Scott Carpenter - Albuquerque, New Mexico 87109 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000162_CarpenterS_20161014.htm  (000162_CarpenterS_20161014-380598.htm
Size = 2 KB)
Submission  Text
Date:10/14/2016

Commenter:Scott Carpenter

Organization:

Email:scottx.a.carpenter@intel.com

Address:7401 San Francisco Rd NE, Albuquerque, NM 87109

Phone:505-400-6124

Comment:
<([#2 As a concerned river advocate I believe that the Dolores and San Miguel River segments
meet suitability requirements for Wild & Scenic designation because of their outstanding
recreational and scenic values, and that the BLM should maintain their suitability as part of their
Resource Management Plan.

I support the Colorado Water Conservation Board's request to manage flows through the
Colorado State Instream Flow Program (ISF) and I also hope the BLM and the Secretary of the
Interior to pursue other flow protections if the ISF's are not sufficient to protect whitewater
recreation and ecological values.
#2])>
I have been fortunate enough to raft and kayak both of these rivers as a private boater and
consider them natural treasures, providing the remote wilderness escape that is getting harder to
find these days. I hope to continue such trips with my family and to share with other boaters.

<([#1 [2] I do disagree with the current McPhee spill requirements, which focuses entirely on the
agricultural value of the Dolores natural run-off, proving to be detrimental to the ecological
riparian areas and to the already limited recreational use. Some duration of the entire peak flows

should be allowed to pass through the dam every season to simulate some degree of the natural cycle and flushing effect. Justification of this argument was proven when fish were observed smothering in the fine silt burden that was released by a recent flash flood, resulting in a massive fish kill event. #1])> Other management factors also come into play, such as the need for public river access at key areas for safe put-in/take-out activities, but that may be for a separate letter to a different agency.

Scott Carpenter
Adobe Whitewater Club Board member
7401 San Francisco Rd NE
Albuquerque, NM 87109
Cell 505 400-6124


000163_DeeringE_20161013  Organization: Eunice Deering
Received: 10/13/2016 12:00:00 AM
Commenter1: Eunice Deering - Hotchkiss, Colorado
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000163_DeeringE_20161013.htm (000163_DeeringE_20161013-380599.htm Size = 2 KB)
Submission Text
Date:10/13/2016

Commenter:Eunice Jean Deering

Organization:

Email:ejeandeering@cox.net

Address:240 W. Main St., Hotchkiss, Colorado

Phone:

Comment:
Dear Sirs;

I join many others in my concern about fracking in the North Fork Valley. I oppose this operation
because;

BLM_0157886

1. Oil and gas development and fracking activities on public lands should not be permitted when risks to public health have the potential to poison our foodsheds, pollute the air we breathe and contaminate the water resources we depend upon for life.

2. <([#1 [21.1] A no-leasing alternative is the only reasonable conclusion to a rigorous analysis of the risks
posed by oil and gas operations including fracking technologies and large-scale industrialization.

3. a moratorium on oil and gas leasing shoud be imposed until rural gas gathering pipelines are regulated by Pipeline Hazardous Materials and Safety Administration.
#1])>
As a new home owner in Hotchkiss, Colorado, I hate to see the same thing happen here that happened in Oklahoma. Serious damage to the water and soil in the area and earthquake activity that is apparently related to the destruction of the landmass in and around fracking areas.

I vote and will do so as I see appropriate to stop this destruction.

Eunice Jean Deering

240 W,Main St
Hotchkiss, Colorado


000164_GannettA_20160930 Organization: Alison Gannett
Received: 9/30/2016 12:00:00 AM
Commenter1: Alison Gannett - Paonia, Colorado
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000164_GannettA_20160930.htm (000164_GannettA_20160930-380600.htm Size = 25 KB)
Submission Text
Date:09/30/2016

Commenter:Alison Gannett

Organization:

Email:alisongannett@mac.com

Address:

BLM_0157887

Phone:

Comment:

Alison Gannett here from Holy Terror Farm, 42485 Highway 133, Paonia, Colorado. <([#1 [2] I am concerned with the storage of waste production from natural gas. Currently, there is no safe storage method. The use of pits and land application present high risk for shallow ground water aquifers and our streams, rivers, lakes, etc. ALL OF OUR WATER here at the farm comes from Terror Creek, and Fire Mountain Canal (via Paonia Reservoir). Since we are chemical free, even a small spill upstream of waste water (such as a wastewater transport vehicle or pit storage (leak or overflow from heavy rain), etc) would potentially contaminate the veggies/fruits/animals we eat and sell for our farm business. We could even unknowingly apply a carcinogenic chemical via our irrigation water to our food sale products (TEDx reports that 30% of fracking chemicals are potentially or known carcinogens). Those with weaker or sensitive immune systems (such as children, elderly, or even myself with brain cancer) will be sensitive to even small amounts of chemicals that are below EPA standards. There is no alert system in place to notify us farmers if there were to be a spill. Based upon the spill reports from the COGCC, we should have every reason to fear for this to happen, as there are spills reported everyday in Colorado.

Until there is mandatory baseline water testing of ALL our local streams, aquifers, wells, and irrigation canals AND a way to alert us if there were to be a spill, I do not believe it is safe to continue drilling for oil and gas. The coal mine right next to me must monitor my water, and I can log on to see all recent water tests to make sure they are in compliance. And without mandatory baseline testing of ALL our drinking water and irrigation water in the North Fork Valley, I do not see how you can issue any planning recommendations until the EPA loophole has been closed (1995 rider on the Energy Act, nicknamed the Dick Cheney Halliburton loophole).
#1])>
If there were to be just one spill that would affect out water, our farm would be devalued forever. My husband and I do not have a retirement fund - all we have is our farm. As we have seen happen to our farm friends in Rifle and Silt, once contamination happens or is even perceived to potentially be close by, their farms become unsellable. They don't want to stay with the poor water, air and soil quality (not to mention traffic, crime, etc), and they can't leave since they can't sell.

In Oklahoma, they tried deep injection to solve this problem, and now have earthquakes instead. With the current exemptions for deep water aquifer contamination, this is no solution either.

Our farm is surrounded on all sides with PUBLIC BLM land. This land is to managed for ALL uses, not just energy extraction. If there is no way to manage waste from drilling (radioactive and toxic chemicals), why would you even consider any leasing at all? At least protect our food and water sources. without either, we will have no life, or quality of life. If you will not accept no leasing, at least pass the North Fork Alternative B1, so that we can not fear for our health and income.

Best, Alison Gannett
Groundwater Threats in Colorado

September 20, 2016
by Kyle Ferrar, MPH
FracTracker has been increasingly looking at oil and gas drilling in Colorado, and we're finding some interesting and concerning issues to highlight. Firstly, operators in Colorado are not required to report volumes of water use or freshwater sources. Additionally, this analysis looked at how wastewater in Colorado is injected, and found that the majority is injected into Class II disposal wells (85%) while recycling wastewater is not common. Open-air pits for evaporation and percolation of wastewater is still a common practice. Colorado has at least 340 zones granted aquifer exemptions from the Clean Water Act for injecting wastewater into groundwater. The analysis also found that Weld County produces the most oil and gas in the state, while Rio Blanco and Las Animas counties produce more wastewater. And finally, Rio Blanco injects the most wastewater of all Colorado counties. Learn more about groundwater threats in Colorado below:

Introduction

Working directly with communities in Weld County, Colorado the FracTracker Alliance has identified issues concerning oil and gas exploration and production in Colorado that are of particular concern to community stakeholder groups. The issues include air quality degradation, environmental justice concerns for communities most impacted by oil and gas extraction, and leasing of federal mineral estates. Analysis of data for Colorado's Front Range has identified areas where setback regulations are not followed or are inadequate to provide sufficient protections for individuals and communities and our analysis of floodplains shows where oil and gas operations pose a significant risk to watersheds. In this article we focus on the specific threat to groundwater resources as a result of particular waste disposal methods, namely underground injection and land application in disposal pits and sumps. We also focus on the sources of the immense amount of water necessary for fracking and other extraction processes.

Groundwater Threats

Numerous threats to groundwater are associated with oil and gas drilling, including hydraulic fracturing. Research from other regions shows that the majority of groundwater contamination events actually occur from on-site spills and poor management and disposal of wastes. Disposal and storage sites and spill events can allow the liquid and solid wastes to leach and seep into groundwater sources. There have been many groundwater contamination events documented to have occurred in this manner. For example, in 2013, flooding in Colorado inundated a main center of the state's drilling industry causing over 37,380 gallons of oil to be spilled from ruptured pipelines and damaged storage tanks that were located in flood-prone areas. There are serious concerns that the oil-laced floodwaters have permanently contaminated groundwater, soil, and
rivers.

Waste Management

In Colorado, wastes are managed several ways. If the wastewater is not recycled and used again

BLM_0157889

in other production processes such as hydraulic fracturing, drilling fluids disposal must follow one of three rules:

1. Treated at commercial facilities and discharged to surface water,
2. Injected in Class II injection wells, or
3. Stored and applied to the land and disposal pits at centralized exploration and production waste management facilities.

Additionally the wastes can be dried and buried in additional drilling pits, with restrictions for crop land. For oily wastes, those containing crude oil, condensate or other "hydrocarbon-containing exploration and production waste," there are additional land application restrictions that mostly require prior removal of free oil. These various sites and facilities are mapped below, along with aquifer exemptions and other map layers related to water quality.

Figure 1. Interactive map of groundwater threats in Colorado

View Map Fullscreen | How Our Maps Work

Injection Wells

In 2015, Colorado injected a total of 649,370,514 barrels of oil and gas wastewater back into the ground. That is 27,273,561,588 gallons, which would fill over 41,000 Olympic sized swimming pools. Injected into the ground in deep formations, this water is forever removed from the water cycle.

Allowable injection fluids include a variety of things you do not want to drink:

-Produced Water
-Drilling Fluids
-Spent Well Treatment or Stimulation Fluids
-Pigging (Pipeline Cleaning) Wastes
-Rig Wash
-Gas Plant Wastes such as:
--Amine
--Cooling Tower Blowdown
--Tank Bottoms

This means that federal exemptions to Underground Injection Control (UIC) regulations for oil and gas exploration and production have nothing to do with environmental chemistry and risk, and only consider fluid source.

Why the concern?

Why are we concerned about these wastes? To quote the regulation, "it is possible for an exempt waste and a non-exempt hazardous waste to be chemically very similar" (RCRA). Since oil and gas development is considered part of the United State's strategic energy policy, the entire

BLM_0157890

industry is exempt from many federal regulations, such as the Safe Drinking Water Act (SDWA), which protects underground sources of drinking water (USDW).

The Colorado Oil and Gas Conservation Commission has primacy over the UIC permits and the Colorado Department of Public Health and Environment (CDPHE) administers the environmental protection laws related to air quality, waste discharge to surface water, and commercial disposal facilities. Under the UIC program, operators are legally allowed to inject wastewater containing heavy metals, hydrocarbons, radioactive elements, and other toxic and carcinogenic chemicals into groundwater aquifers.

The State of CO Injection Wells

According to the COGCC production reports for the year 2015, there are 9,591 active injection wells with volumes reported to the regulatory agency. Additionally, there are of course distinctions within the UIC rules for different types of injection wells, although the COGCC does not provide comprehensive data to distinguish between these types.

Injecting into the same geological formation or "zone" as producing wells is typically considered EOR, although some of the injected water will ultimately remain in the ground. Injecting into a producing formation is an immediate qualification for receiving an aquifer exemption.

EOR operations require considerably more energy and resources than conventional wells, and therefore have a higher water carbon footprint. If the wastewater is "recycled" as hydraulic fracturing fluid, the injections are exempt from all UIC regulations regardless. These are two options for the elimination of produced wastewater, although much of it will return to the surface in the future along with other formation waters. When the produced waters reach a certain level of salinity the fluid can no longer be used in enhanced recovery or stimulation, so final disposal of wastewater is typically necessary. These liquid wastes may then go to UIC Class II Disposal Wells.

Class II Injection Wells

The wells injecting into non-producing formations are therefore disposal wells, since they are not "enhancing production." Of the almost 10,000 active injection wells in Colorado there are OVER 670 class II disposal well facilities; 402 facilities are listed as currently active. These facilities may or may not host multiple wells. By filtering the COGCC production and injection well database by target formation, we find that there are over 1,070 wells injecting into non-producing formations. These disposal wells injected at least 66,193,874 barrels (2,780,142,708 gallons) of wastewater in 2015 alone.

Where is the waste going?

A simple life-cycle assessment of wastewater in Colorado shows that the majority of produced water is injected back underground into class II disposal and EOR wells. The percentage of injected produced waters has been increasing since 2012, and in 2015 85% of the total volume of produced water in 2015 was injected. If we assume that all the volume injected was produced

BLM_0157891

wastewater, this still leaves 60 million barrels of produced water unaccounted for. Some of this volume may have been recycled and used for hydraulic fracturing, but this is rarely the case. Other options for disposal include commercial oilfield wastewater disposal facilities (COWDF) that use wastewater sumps (pits) for evaporation and percolation, as well as land application, to dilute the solid and liquid wastes by mixing them into soil.

Centralized Exploration and Production Waste Management Facilities

Figure 2. Chevron Wastewater Land Application and Pit "Disposal" Facility. Photo by COGCC According to the COGCC, there are 40 active and 71 total "centralized exploration and production waste management facilities" in Colorado. These facilities, mapped in Figure 1 above, are mostly open-air pits used for storage or disposal, or land-application sites.

As can be seen in the Figure 2 to the right, land application sites are little more than farms that don't grow anything, where wastewater is mixed with soil. Groundwater monitoring wells around these sites measure the levels of some contaminants. Inspection reports show that sampling of the wastewater is not usually – if ever – conducted. The only regulatory requirement is that oil is not visibly noticeable as a sheen on the wastewater fluids in impoundments, such as the one in Figure 3 below, operated by Linn Operating Inc., which is covered in an oily sheen.

In most other hydrocarbon producing states, open-air pits or sumps are not allowed for a variety of reasons. At FracTracker, we have covered this issue in other states, as well. In New Mexico, for example, the regulatory agency outlawed the use of pits after finding cased where 369 pits were documented to have contaminated groundwater. California is another state that still uses above ground pits for disposal. At sites in California, plumes of contaminants are being monitored as they spread from the facilities into surrounding regions of groundwater. Additionally, these wastewater pit disposal sites present hazards for birds and wildlife. There have been a number of papers documenting bird deaths in pits, and the risk for migratory bird species is of high concern. Other states like California are struggling with the issue of closing these types of open-air pit facilities. Closing these facilities means that more wastewater will be injected in Class II disposal wells.

Figure 3. Linn energy oily wastewater disposal pit

Production and Injection Volumes

The data published by the COGCC for well production and injection volumes shows some unique
trends. An analysis of injection and production well volumes shows Class II Injection is tightly connected to exploration and production activities. This finding is not surprising. Class II injection wells are considered a support operation for the production wells, and therefore should be expected to be similarly related. Wastewater injection wells are needed where oil and gas extraction is occurring, particularly during the exploration and drilling phases.

Looking at the graphs in Figures 4-6 below, it is obvious that injection volumes have been consistently tied to production of wastewater. It is also clear that the trend since 2012 shows that

BLM_0157892

an increasingly larger percentage of wastewater is being injected each year. This trend follows the sharp increase in high volume hydraulic fracturing activity that occurred in 2012. During this boom in exploration and drilling activity, recycling of flowback for additional hydraulic fracturing activities most likely accounts for some of the discrepancy in accounting for the fact that 200% more wastewater was produced than was injected in 2012. When Figure 4 (below) is compared to the graphs in Figures 5 and 6 (further below) it is also interesting to note that produced water volumes in 2015 are at a 5-year low as of 2015, while production volumes of both natural gas and oil are at a 5-year high. Wastewater volumes are linked to production volumes, but there are many other factors, including geological conditions and types of extraction technologies being used, that have a massive affect on wastewater volumes.

Figure 4. Colorado wastewater volumes by year (barrels)

The graphs in Figures 5 and 6 below show different trends. Gas production in Colorado has remained relatively constant over the last five years with a sharp increase in 2015, while oil production volumes have been continually increasing, with the largest increase of 49% from 2014 to 2015, and 46% the year prior.

Figures 5-6

Colorado's Front Range, specifically Weld County, is increasing oil production at a fast rate. New multiwell well-pads are being permitted in neighborhoods and urban and suburban communities without consideration for even elementary schools. Weld County currently has 2,169 new wells permitted within the county. The figure is higher than the next 9 counties combined. The other top three counties with the most well permits are 2. Garfield (1,130) and 3. Rio Blanco (189), for perspective. Additionally, 74% of pending permits for new wells are located in Weld County.

How Counties Compare

The top 10 counties for oil production are very similar to the top 10 counties for both produced and injected volumes, although there are some inconsistencies (Table 1). For example, Las Animas County produces the second largest amount of produced wastewater, but is not in the top 10 of oil producing counties. This is because the majority of wells in Las Animas County produce natural gas. Natural gas wells do not typically produce as much wastewater as oil wells. The counties and areas with the most oil and gas production are also the regions with the most injection and surface waste disposal, and therefore surface water and groundwater degradation.

Table 1. Top 10 CO counties for gas production, oil production, wastewater production, and injection volumes in 2015.

Aquifer Exemptions

Operators are given permission by the U.S. EPA to inject wastewater into groundwater aquifers in
certain locations where groundwater formations are particularly degraded or when operators are

BLM_0157893

granted aquifer exemptions. Aquifer exemptions are not regions where the groundwater is not suitable for use as drinking water. Quite the contrary, as any aquifer with groundwaters above a 10,000 ppm total dissolved solids (TDS) threshold are fast-tracked for injection permits. When the TDS is below 10,000 ppm operators can apply for an exemption from SDWA (safe drinking water act) for USDWs (underground sources of drinking water), which otherwise protects these groundwater sources. An exemption can be granted for any of the following three reasons. The formation is:

-hydrocarbon producing,
-too deep to economically access, or
-too "contaminated" to economically treat.

Since the first requirement is enough to satisfy an exemption, most class II wells are located within oil and gas fields. Other considerations include approval of mineral owners' permissions within ¼ mile of the well. On the map above, you can see the ¼ mile buffers around active injection wells. If you live in Colorado, and suspect you live within the ¼ mile buffer of an injection well, you can input an address into the search field in the top-right corner of the map to fly to that location.

Sources of Water

The economic driver for increasing wastewater recycling is mostly influenced by two factors. First, states with many class II disposal wells, like Colorado, have much lower costs for wastewater disposal than states like Pennsylvania, for example. Additionally, the cost of water in drought-stricken states makes re-use more economically advantageous.

These two factors are not weighted evenly, though. On the Colorado front range, water scarcity should make recycling and reuse of treated wastewater a common practice. The stress of sourcing fresh water has not yet become a finanacialrestraint for exploration and production. Water scarcity is an issue, but not enough to motivate operators to recycle. According to an article by Small, Xochitl T (2015) "Geologic factors that impact cost, such as water quality and availability of disposal methods, have a greater impact on decisions to recycle wastewater from hydraulic fracturing than water scarcity." As long as it is cheaper to permit new injection wells and contaminate potential USDW's than to treat the wastewater, recycling practices will be largely ignored. Even in Colorado's arid Front Range where the demand for freshwater frequently outpaces supply, recycling is still not common.

Fresh Water Use

The majority of water used for hydraulic fracturing is freshwater, and much of it is supplied from municipal water systems. There are several proposals for engineering projects in Colorado to redirect flows from rivers to the specific municipalities that are selling water to oil and gas operators. These projects will divert more water from the already stressed watersheds, and permanently remove it from the water cycle.

The Windy Gap Firming Project, for example, plans to dam the Upper Colorado River to divert

BLM_0157894

almost 10 billion gallons to six Front Range cities including Loveland, Longmont, and Greeley. These three cities have sold water to operators for fracking operations. Greeley in particular began selling 1,500 acre-feet (500 million gallons) to operators in 2011 and that has only increased . The same thing is happening in Fort Lupton, Frederick, Firestone, and in other communities. Additionally, the Northern Integrated Supply Project proposes to drain an additional 40,000 acre feet/year (13 billion gallons) out of the Cache la Poudre River northwest of Fort Collins. The Seaman Reservoir Project by the City of Greeley on the North Fork of the Cache la Poudre River proposes to drain several thousand acre feet of water out of the North Fork and
the main stem of the Cache la Poudre. And finally, the Flaming Gorge Pipeline would take up to 250,000 acre feet/year (81 billion gallons) out of the Green and Colorado Rivers systems, among others.

Other Water Sources

Unfortunately, not much more is known about sources and amounts of water for used for fracking or other oil and gas development operations. Such a data gap seems ridiculous considering the strain on freshwater sources in eastern Colorado and the Front Range, but regulators do not require operators to obtain permits or even report the sources of water they use. Legislative efforts to require such reporting were unsuccessful in 2012.

Now that development and fracking operations are continuously moving into urban and residential areas and neighborhoods, sourcing water will be as easy as going to the nearest fire hydrant. Allowing oil and gas operators to use municipal water sources raises concerns of conflicts of interest and governmental corruption considering public water systems are subsidized by local taxpayers, not well sites.

Conclusions

In Colorado, exploration and drilling for oil and natural gas continues to increase at a fast pace, while the increase in oil production is quite staggering. As this trend continues, the waste stream will continue to grow with production. This means more Class II injection wells and other treatment and disposal options will be necessary.

While other states are working to end the practices that have a track record of surface water and groundwater contamination, Colorado is issuing new permits. Colorado has issued 7 permits for CEPWMF's in 2016 alone, some of them renewals. While there aren't any eco-friendly methods of dealing with all the wastewater, the use of pits and land application presents high risk for shallow groundwater aquifers. In addition, sacrificing deep groundwater aquifers with aquifer exemptions is not a sustainable solution. These are important considerations beyond the obvious contribution of carbon dioxide and methane to the issue of climate change when considering the many reasons why hydrocarbon fuels need to be eliminated in favor of clean energy alternatives.

By Kyle Ferrar, Western Program Coordinator & Kirk Jalbert, Manager of Community Based Research &
Engagement, FracTracker Alliance

BLM_0157895

Cover photo by COGCC

Cherish and preserve these important words –

"All tyranny needs to gain strength is for people of good conscience to remain silent." - Thomas Je?erson

"The only thing necessary for the triumph of evil is that good men do nothing." - Edmond Burke

"That government of the people, by the people, for the people shall not perish from the earth." - Abraham Lincoln

000165_KelsoJ_20160913 Organization: Jane Kelso
Received: 9/13/2016 12:00:00 AM
Commenter1: Jane Kelso - Crawford, Colorado
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000165_KelsoJ_20160913.htm (000165_KelsoJ_20160913-380601.htm Size = 2 KB)
Submission Text
Date:09/13/2016

Commenter:Jane Kelso

Organization:

Email:paoniaprinter@deltalibraries.org

Address:Crawford, Colorado

Phone:

Comment:
To Whom it may concern,

The North Valley is VERY unique in its beauty and location. Its vast riches of wildlife, fishing, organic orchards and farms, ranches and spring fed water systems bring families here from far and wide to enjoy this quality of life.

I feel the BLM had NOT considered the people's petitions for their strong desire to keep this valley a safe and healthy place to live, free from oil and gas wells.

<([#1 [5.6] I don't think the BLM has fully considered the impact of drilling for oil and gas on the usage of water, in the maintaining the roads, the impact on our air quality, and light pollution.

Drilling for oil and gas is an inappropriate use of our public lands, the land people who live here and vacation here use for hunting, fishing and recreation; the land ranchers use to graze their livestock, the land that supplies the water to our towns and organic farms. This desert climate is a delicate environment that needs to be treated as such!
#1])>
With the ever increasing number of organic farms, orchards and vineyards in the NFV the quality of the land, air and water is vital. This valley provides food to people all over the state and beyond. I know many many of these farmers would move away if the oil and gas wells move in!

I have lived in the NFV since 1989 and serve as a librarian. We offer information and issue library cards daily to new families moving here. 99% of these families come here for the purity of the valley, the healthy lifestyle and food, the sense of community and high ideals people share for a sustainable and diverse economy. Our valley has become very diversified and is sustaining itself without oil and gas and even without the coal mines that have recently shut down.

Our local solar Energy International Center and School is part of a world-wide growing economy in sustainable energy, solar energy being the 2nd fastest growing industry in Colorado.

The potential for human, animal, and environmental damage is too high!

Drilling is an unnecessary action with a risk too high to take.

Thank you

Jane Kelso

Crawford, Colorado


000166_KeuningD_20160930  Organization: Daniel Keuning
Received: 9/30/2016 12:00:00 AM
Commenter1: Daniel Keuning - Pagosa Springs, Colorado 81147 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali

Attachments: 000166_KeuningD_20160930.htm  (000166_KeuningD_20160930-380602.htm
Size = 1 KB)
Submission Text
Date:09/30/2016

Commenter:Daniel Keuning

Organization:

Email:dankeuning@yahoo.com

Address:400 Rifle Place, Pagosa Springs, CO 81147

Phone:

Comment:
Good evening,

Please allow us to continue to use our land for target and sport shooting. This is a way of life for
my family and has created excellent sportsmen and women in my family. Do not take away our
rights to use our land in responsible ways.


000167_LivingstonM_20160930  Organization: Matt Livingston
Received: 9/30/2016 12:00:00 AM
Commenter1: Matt Livingston  - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000167_LivingstonM_20160930.htm  (000167_LivingstonM_20160930-
380603.htm  Size = 1 KB)
Submission Text
Date:09/30/2016

Commenter:Matt Livingston

Organization:

Email:sigml01@gmail.com

Address:

Phone:

Comment:
This is in support of keeping Colorado's public lands available for target shooting.

000168_LargeE_20161006  Organization:  Eliza Large
Received: 10/6/2016 12:00:00 AM
Commenter1: Eliza Large - Port Arkansas, Texas 78373 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000168_LargeE_20161006.htm  (000168_LargeE_20161006-380604.htm  Size = 3 KB)
Submission Text
Date:10/06/2016

Commenter:Eliza Large

Organization:

Email:elizaporta@hotmail.com

Address:603 Parkplace, Port Arkansas, Texas 78373

Phone:

Comment:
To BLM,

You don't really need to read this letter, since it has in it every reason in it why fracking the land is not a good idea ANYWHERE, that you have heard a jillion times before from me and all the other people in the area as well as visitors to the area, thru letters and at meetings.

ALL land is sacred and vital to our existence. Nowhere is it better than another to violate and pollute. If you have a 1st graders view of, "Where does food come from?" , answer being, "the grocery store", then I see how this technology to frack for a resource that has alternatives, could ever be considered. How many studies and verifying facts that this practice creates pollution, contamination, degradation of environment that affects health of people, wildlife, livestock and farming are needed to make government continue to push this through? Do you have families, neighbors, parents, children, gardens, favorite Farmers Markets, pets, or livestock? Do you think this will not affect you or them? Everything is connected, we cannot do one thing no matter how

BLM_0157899

small that it does not have an effect somewhere....very basic biology lesson. Stop this game of trying to justify this technology that has disastrous effects and the game of manipulating people and the earth to fit the greed of the few behind this practice.

People are adjustable, if we don't have gas to power a furnace, we learn another way to stay warm and cook food. This country proves this fact. People in this country band together, come together when there is a need. It's happening already as we build more energy efficient homes and use solar and wind for power and become more energy conscious and conservative.

Let this be the reason to subside the effort to allow this destructive technology through the valley or ANYWHERE!!

So please consider my comments along with the most obvious reasons of degradation to the area: environmental pollution, wrecked roads from trucking, loss of revenue due to tourism declines and nonrelocation of families and retirees to the area due to pollution and contaminated farming and animals that we need for sustenance…(since there are no magical grocery stores supplying North Fork Valley dwellers.)

Just Stop, please.

Go home to your families and continue to feed them vital food, clean water and take them camping in this pristine sanctuary of Earth.

Eliza Large
603 Parkplace
Port Aransas, Texas 78373


000169_WentzelR_20160906  Organization: Ruth Wentzel
Received: 9/6/2016 12:00:00 AM
Commenter1: Ruth Wentzel - Crawford, Colorado 81415
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000169_WentzelR_20160906.htm  (000169_WentzelR_20160906-380605.htm
Size = 2 KB)
Submission Text
Date:09/06/2016

Commenter:Ruth Wentzel

Organization:

Email:ok2bhappy@yahoo.com

Address:39457 Davis Rd., Crawford, Colorado 81415

Phone:

Comment:
I am opposed to oil and gas leasing on public lands in the North Fork Valley.

I oppose the BLM's Preferred Alternative, as it relates to oil and gas development in the draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am a Crawford area homeowner and resident, an organic gardener, a consumer of Delta County grown goods and wines, and an interested/impacted citizen of the North Fork Valley.

<([#1 [30.3] The North Fork Valley now contains the highest concentration of organically grown agriculture in the state of Colorado. These farms and businesses continue to grow, thanks in part to our clean air and water. Given all the new information and scientific evidence of the last 5 years, we now know fluids used in hydraulic fracking have and will continue to contaminate ground and surface water. Clean air and water are the lifeblood of our community! This "plan" is heavily weighted toward Industrial growth, which is incompatible with organic agriculture. Allowing gas drilling would have a negative impact on our local economy.
#1])>
<([#2 [41.2] In addition, the BLM has not analyzed the impacts of hydraulic fracturing and multi-drilling technologies, with regard to ecological damage. Analyzing the effects of drilling as well as rural gas gathering lines, which are exempt from regulation by the Federal Government, must be addressed. #2])> <([#3 [11.3] Ozone levels already exceed the EPA threshold, in some areas. Predicted climate change has not been included in analysis. Potential risks from greenhouse gas emissions have not been quantified. #3])>

We cannot afford to take the risk of environmental and economical damage to our special and unique Valley, by allowing oil and gas development on our public lands. The potential for significant damage is too high.

I support a NO LEASING alternative.

Ruth Wentzel
39457 Davis Rd.
Crawford, Colorado 81415


000170_GannettA_20161005 Organization: Alison Gannett
Received: 10/5/2016 12:00:00 AM
Commenter1: Alison Gannett - Paonia, Colorado
Organization1:

Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000170_GannettA_20161005.htm (000170_GannettA_20161005-380606.htm Size = 1 KB)
Submission Text
Date:10/05/2016

Commenter:Alison Gannett

Organization:

Email:alisongannett@mac.com

Address:Paonia, CO

Phone:

Comment:
<([#1 [37.1] Until the BLM figures out a way to prevent fracking wastewater chemicals from getting into our irrigation farm water or our drinking water, we should place a moratorium on leasing and the management plan. Clearly "management" has not figured out how to prevent spills or leaks, or guarantee us farmers a business future. While the Colorado BLM might not be allowing produced water to be sprayed on our crops, the COGCC website leak and spill list does not leave our water protected (drinking or food irrigation water). We have hundreds of reservoirs and irrigation canals, if not thousands, in this RMP that could get accidentally poisoned, and we farmers would not get notified or compensated. Please support the North Fork Alternative Plan B1, so we have time to figure out how to protect our food, air and water. #1])>

Alison Gannett
Holy Terror Farm
Paonia, CO

[See Attached "Cancer-Causing Chemicals Found in Oilfields Supplying Wastewater to Irrigate Food Crops"]

000171_KirchhoeferM_20160930 Organization: Mark Kirchhoefer
Received: 9/30/2016 12:00:00 AM
Commenter1: Mark Kirchhoefer - Monument, Colorado
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive

Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000171_KirchhoeferM_20160930.htm  (000171_KirchhoeferM_20160930-380607.htm  Size = 1 KB)
Submission  Text
Date:09/30/2016

Commenter:Mark  Kirchhoefer

Organization:

Email:k.10@aol.com

Address:Monument,  CO

Phone:

Comment:
Thanks for your efforts on our behalf concerning our land resources and wildlife  conservation.  I just want to add my support to maintaining  lands for public  target shooting.  I know you are considering  options  for land use at this time.  I really enjoy going into the mountains  with my boys and shooting.  We do it safely and always take out more trash than we brought  in.

Again, thanks for your efforts and for working  to protect our open spaces.

Mark Kirchhoefer
Monument, CO
k.10@aol.com


000172_Carlson_20160929  Organization:  Carlson
Received: 9/29/2016  12:00:00  AM
Commenter1: Carlson - ,
Organization1:
Commenter Type: Individual
Classification:  Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000172_Carlson_20160929.htm  (000172_Carlson_20160929-380608.htm  Size = 1 KB)
Submission  Text

BLM_0157903

Date:09/29/2016

Commenter:Carlson Family

Organization:

Email:rwccacgjco@gmail.com

Address:

Phone:

Comment:
Keep SW Colorado open to hunting and target shooting.

Thank you!

000173_TraynorB_20161010 Organization: Billy Traynor
Received: 10/10/2016 12:00:00 AM
Commenter1: Billy Traynor - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000173_TraynorB_20161010.htm (000173_TraynorB_20161010-380609.htm Size = 1 KB)
Submission Text
Date:10/10/2016

Commenter:Billy Traynor

Organization:

Email:EXENTRIC22@msn.com

Address:

Phone:

Comment:
Hello,

As a citizen and a believer in minimal government I do not believe any additional lands should be closed to target shooting and hunting (N/A in this case). Please refrain from implementing any additional elimination of land for these purposes.

Thanks,

A Fellow American

000174_BlackwellD_20160927  Organization: Dan Blackwell
Received: 9/27/2016 12:00:00 AM
Commenter1: Dan Blackwell - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000174_BlackwellD_20160927.htm  (000174_BlackwellD_20160927-380610.htm
Size = 1 KB)
Submission Text
Date:09/27/2016

Commenter:Dan Blackwell

Organization:

Email:danbwell@q.com

Address:

Phone:

Comment:
As an avid outdoorsman, hunter, shooter, hiker, I hate to see destruction of our public lands by any inconsiderate means from mineral exploration (liquid or solid) and especially from careless public shooters. In the last three years alone, Pikes Peak National Forest has seen an increase in destruction and littering by shooters & non outdoor individuals. Places I used to access to hunt have been turned into parking lots of shot up targets and empty shotgun/rifle shells. It's utterly disheartening!

<([#1 [27.1] I would like to see legislation to detour the use & destruction of public lands for personal financial gains or reckless shooters. Example, permits to shoot on public lands with mandatory hunter education or forestry classes would create a source of income to help manage our resources. Similar to the registration of OHV vehicles. Let those that use our lands for

responsible recreation pay to play. Those that do not comply can be ticketed, another source of income, or assigned to work/cleanup detail.

The Pikes Peak Forest Service can provide further insight into the inappropriate use of lands surrounding Gold Camp Road. #1])> Let's keep our public lands, pack out what you pack in!

000175_KilpatrickJ_20160929 Organization: Jim Kilpatrick
Received: 9/29/2016 12:00:00 AM
Commenter1: Jim Kilpatrick - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000175_KilpatrickJ_20160929.htm (000175_KilpatrickJ_20160929-380611.htm
Size = 2 KB)
Submission Text
Date:09/29/2016

Commenter:Jim Kilpatrick

Organization:

Email:jimkilp@hotmail.com

Address:

Phone:

Comment:
I STRONGLY OPPOSE any INFRINGEMENTS whatsoever to the exercise of our Constitutionally
guaranteed right to keep and bear arms on public lands. Target and recreational shooting are required activities in order to maintain a well-regulated (meant
"well-trained/organized/calibrated" at time of founding) militia (all of the people).

Just like We the People have the RIGHT TO TRAVEL on PUBLIC RIGHTS OF WAY unencumbered without need of ANY LICENSES in customary means of personal conveyances, WTP also have the right to use Public Lands for the exercise of our rights in conjunction with the pursuit of happiness.

The BLM has NO LEGITIMATE AUTHORITY to deny the use of public lands to the people for any

lawful purposes. FYI, any "laws" "rules" "regulations" etc. that are contrary to the guaranteed rights of the people are NOT "law" at all but are known in legal terminology as a "nullity" and unenforceable in any honorable court.

DO NOT PASS ANY BS THAT INFRINGES OUR RIGHTS because I will aggressively pursue both criminal and civil charges against your officers, department et. al. for KNOWING. OR SHOULD HAVE KNOWN, VIOLATION OF CIVIL RIGHTS UNDER COLOR OF LAW!

References:
18 USC Sections 241, 242
42 USC Sections 1983, 1985, 1986
18 USC Section 4
2nd, 9th and 14th Amendments to the U.S Constitution
for starters.

Thank you.

000176_WaschbuschJ_20161013_MontroseCounty  Organization:  Montrose County, Jon Waschbusch
Received: 10/13/2016 12:00:00 AM
Commenter1: Jon Waschbusch - Montrose, Colorado 81401
Organization1:Montrose  County
Commenter Type: Local Government
Classification:  Substantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000176_WaschbuschJ_20161013_MontroseCounty.htm
(000176_WaschbuschJ_20161013_MontroseCounty-380612.htm  Size = 26 KB)
Submission  Text
October 12, 2016
BLM- Uncompahgre Field Office
2465 South Townsend Ave.
Montrose, CO 8 140 1
SUBMITTED VIA ELECTRONIC MAIL
Re: Draft Resource Management Plan for Uncompahgre Field Office
Responsible  Official:

The Board of County Commissioners of the County of Montrose, Colorado is providing  the following  comments with regard to the Draft Resource Management Plan for the Uncompahgre Field  Office. The Board reserves the right to amend or provide  additional  comments at a later date.

<([#1 [5] Page 2-1 - Plan Maintenance: Revisions to maps including  habitat have the potential to

BLM_0157907

significantly impact land use, management actions and the environment. Accordingly, revisions to habitat maps should not be considered to be Plan Maintenance. Revisions to maps included in the RMP should be subject to a NEPA review and the associated notice and participation requirements. This action is necessary to assure that habitat map revisions do not result in adverse impact via the maps nexus to management actions. #1])>

<([#2 [3] [35.1] Table 2-1 Page 2-9: Application of VRM to lands where surface ownership is private or held by the State equates to application of a management action to the surface estate. The RMP defines visual resource management as: The inventory and planning actions taken to ide ntify visual resource values and to establish objectives for managing those values, and the management actions taken to achieve the visual resource management objectives: Glossary-40.

Applying a management action such as a VRM designation is by BLMs stated definition an attempt to manage land. As the visual resource of land is certainly on the surface estate, applying such an action on privately held land is beyond BLMs scope of authority within the RMP. We respectfully request that BLM not apply VRM to lands upon which BLM does not administer the surface estate.
#2])>

<([#3 [3] [20.1] Table 2-1 Page 2-9: The Prefered Alternative (Alt D) of the Draft RMP proposes to manage 6,950 acres to the east of the Camel Back WSA as "Lands Managed to Protect Wilderness Characteristics. The Record of Decision for BLM's Wilderness Study Report published in 1991 expressly analyzed Camel Back WSA and the surrounding area. This analysis included adjacent lands which are now proposed for management as lands with wilderness characteristics. BLM's Record of Decision found a total of zero (0) acres in Camel Back WSA as being "Recommended for Wilderness". Conversely, a total of 10,402 acres were " Recommended for Non Wilderness" (p. 311). The analysis in this ROD described the acreage now proposed as having wilderness characteristics as follows: "The eastern boundary is defined by a variety of noticeable human imprints, including approximately 4 miles of unimproved jeep trail, extensive areas of contour furrowing, and a large chain area ... (p.311). Even the acreage within the WSA was not recommended for Wilderness Designation. Per the ROD: "The limited extent of wilderness qualities within the WSA, and the BLM's preference for other options for managing the area, are the primary reasons for recommending that it be released for uses other than wilderness" (p.311). "Although the WSA does have some rugged terrain and outstanding natural features, the majority of its featu res are very common to lands throughout southern Colorado, and there is nothing to really set the area apart." (p.311).

The current proposal in the Draft RMP contradicts BLM's previous findings with regard to the wilderness characteristics of the Camel Back WSA and surrounding area. It is neither true nor reasonable to suggest that these lands have gained in wilderness characteristics since the 1991 Record of Decision. With it so clearly stated by BLM that the even the Camel Back WSA should not be managed as wilderness, it does not appear rationale to now conclude that adjoining lands should be managed as such.

We respectfully request that BLM apply another management standard to lands adjacent to the existing Camel Back WSA. We offer BLM's own Record o f Decision and the included findings as evidence that these lands do not possess characteristics sufficient to warrant management as

BLM_0157908

lands with wilderness characteristics. We ask that these comments be considered with regard to all sections of the RMP which pertain to lands adjoining the Camel Back WSA. #3])>

<([#4 [3] [20.1] Table 2-l Page 2-9: The preferred Alternative (A It D) of the Draft RMP proposes to manage 7,030 acres in the Dry Creek Basin and 4,340 acres in the vicinity of Roc Creek as "Lands Managed to Protect Wilderness Characteristics·'. It is worth noting that the post FLPMA analyses conducted by BLM did not identify these lands as containing wilderness characteristics nor was any recommendation made to recommend these lands for wilderness study or designation. U.S. Department of Interior. (October, 1991). Wilderness Study Report (Volume Two) Montrose District Study Areas. Bureau of Land Management: Colorado State Office. While we understand BLM's obligation to continually inventory lands, we disagree with the premise that over 18,000 acres of land with true wilderness characteristics has gone undiscovered in Montrose County until 2016. We respectfully request that BLM propose a different management approach for lands in Dry Creek Basin and Roc Creek which are proposed to be managed as land with wilderness characteristics in Alternative D of the Draft RMP. #4])>

<([#5 [3] [21.1] Table 2-1 Page 2-10: With regard to Fluid Mineral Leasing, this table includes a 162,670 acre increase in lands ··open to leasing subject to No Surface Occupancy (NSO)-B LM surface/federal minerals. If the intent of the RMP is to continue to allow for productive leases on these acres as shown in Figure 2-23, it would be more practical to apply CSU restrictions. Although horizontal drilling capabilities have improved in recent years, total elimination of surface occupancy on leased ground would render much of this acreage infeasible for production due to accessibility issues. We believe CSUs would provide the necessary resource protection while a lso maintaining the potential for future resource development. #5])>

The following comments are specific to Table 2-2 - Description of Alternatives:

<([#6 [3] [11.1] Line 21 Page 2-25: The management actions presented across this row (line 21) do not represent an appropriately broad range of alternatives. The No Action Alternative and Preferred Alternative are the only alternatives presented. The management actions described by these alternatives are extremely different. We request that BLM develop an additional management action as Alternative D. This action should attempt to balance multiple use and protection of ecological emphasis areas. #6])>

<([#7 [37.1] [3] Line 31 Page 2-29: We request that Alternative D be amended to be the same as Alternative C in order to avoid setting unattainable standards for water quality which may be inaccurately attributed to specific land use activities (grazing, recreation, travel). #7])>

<([#8 [3] [37.1] Line 38 Page 2-33: We request that Alternative D be made the same as Alternative C. We have two reasons for this request. First, BLM is understaffed to manage the lands that are already under the agency's jurisdiction and addition of more lands would only exacerbate this problem. The second reason is that federal acquisition of the limited private lands available in the west end would further erode the local tax base and depress the economy of Montrose County and the West End. Line 44 Page 2-36: We request that Alternative D be amended to match Alternative C to allow for adaptive management and flexibility in project specific decision making. #8])>

<([#9 [3] [37.1] Line 47 Page 2-38: We request that Alternative D be amended to match the language used in Alternative C to allow for adaptive management and flexibility in project specific decision making.
#9])>

<([#10 [37.1] [3] Line 52 Page 2-46: We take issue with water owned by the people of the State of Colorado being appropriated by a federal agency such as BLM. Utilizing CWCB to act as a proxy to develop in-stream flow rights amounts to a federal appropriation of water that will adversely impact the people of Colorado by limiting the ability to develop water for future beneficial uses. The No Action Alternative would be preferable to this proposed action. #10])>

<([#11 [37.1] [3] Line 53 Page 2-46: The management action presented across Alternatives B, C and D does not represent an appropriately broad range of alternatives Water owned by the people of the State of Colorado should not be appropriated by a federal agency such as BLM. Accordingly, BLM should not propose an action which would result in a federal appropriation of water. Such appropriations adversely impact the people of Colorado by depriving them of the ability to develop water for future beneficial uses. The No Action Alternative would be preferable to these proposed actions. Alternatively, we recommend that BLM deve lop an Alternative D that would not involve filing on add itional water rights. #11])>

<([#12 [3] [34.1] Line 75 Page 2-54: We request that Alternative D be amended to include the 100ft·buffer identified in Alternative B as this will provide greater flexibility for future decision making. #12])>

<([#13 [3] [34.1] Line 79 Page 2-57: We request that Alternative D be amended to add the language "provided that pursuit of such opportunities does not impact valid existing rights and uses within the targeted area". #13])>

<([#14 [3] [34.1] Line 81 Page 2-58: We request that Alternative D be made the same as Alternative C in order to allow for flexibility in future decision making. NSO and SSR restrictions could be selectively applied under this action whereas the current Alternative D contains an arbitrary mandate for application ofNSO and SSR restrictions that could be onerous for future land management decisions. #14])>

<([#15 [3] Line 90 Page 2-62: We request that Alternative D be made the same as Alternative C as this would provide a more realistic and attainable management action.
#15])>

<([#16 [3] [14.1.1] Line 100 Page 2-66: We request that Alternative B be amended to read "Maintain or improve fisheries habitat where consistent with maintaining native species and sports fisheries" This amendment would provide a better balance in the management of fish habitat for multiple uses and recreational values. #16])>

<([#17 [3] [14.1.1] Line 101 Page 2-67: We request that Alternative D be amended to include a provision for allowing work after approved site specific review. The current language would make completion of certain projects including impoundments impossible from a practical standpoint. #17])>

BLM_0157910

<([#18 [3] [14.1.1] Line 106 Page 2-72: We request that Alternative D be amended to include the language, "Design land treatment projects and other facilities to not degrade the quality and quantity of wildlife habitats" This amendment would provide a more reasonable and attainable action.
#18])>

<([#19 [3] Line 112 and 113 Page 2-76 and 2-77 and 2-78: We request that BLM revisit the proposed Alternative D and include language that would allow project specific consideration of surface use activities. As currently written, Alternative D would totally restrict use of the identified lands regardless of the actual impact of a potential use. #19])>

<([#20 [3] [14.1.1] Line 124 Page 2-81: We request that BLM revisit the proposed Alternative B and include language that would allow project specific consideration of surface use activities. As currently written, Alternative B would totally restrict use of the identified lands regardless of the actual impact of a potential use. #20])>

<([#21 [3] [14.1.1] Line 127 Page 2-81: We request that BLM revisit the proposed Alternative 8 and include language that would allow project specific consideration of surface use activities. As currently written, Alternative B would totally restrict use of the identified lands regardless of the actual impact of a potential use. #21])>

<([#22 [3] [16.1] Line 146 Page 2-92: We request that Alternative D be made the same as Alternative C in order to maintain sport fisheries in the UFO. #22])>

<([#23 [3] [16.1] Line 147 Page 2-92: We request that Alternative D be amended to apply SSR, but not prohibit surface occupancy. This change will provide for flexibility in future land management decisions.
#23])>

<([#24 [3] [16.1] Line 148 Page 2-93: We request that Alternative D be amended to match Alternative C in order to allow for flexibility in future decision making.
#24])>

<([#25 [3] [16.1] Line 152 Page 2-95: We request that Alternative D be amended to apply SSR, but not prohibit surface occupancy. This change will provide for flexibility in future land management decisions. #25])>

<([#26 [3] [8] Table 2-2 All Management Actions Specific to Gunnison Sage Grouse Habitat: We request that all management actions in Table 2-2 which are specific to Gunnison Sage Grouse habitat be amended to defer to the Rangewide RMP Amendment. #26])>

<([#27 [3] [16.1] Line 170 Page 2- 105: We request that Alternative D be amended to apply SSR, but not prohibit surface occupancy. This will allow for site specific review and flexibility in future decision making.
#27])>

<([#28 [3] [16.1] Table 2-2 All Management Actions Related to Wildlife Habitat Excluding GuSG: We request that all management actions related to wildlife habitat (excluding GuSG) allow for surface occupancy and surface disturbing activities subject to site specific review with

the ability to apply SSR. This approach will allow for site specific review and flexibility in future decision making. Regulatory certainty and habitat protection can be assured by prohibiting or restricting proposed activities in instances where such activities would adversely impact habitat. #28])>

<([#29 [3] [13.1] Line 204 Page 2-122: We request amending Alternative D to expressly allow for unrestricted suppression tactics when human life or property is at risk. As a local government charged with protection of public safety and welfare, it is unacceptable to prioritize avoidance of fire lines and soil disturbance over public safety. #29])>

<([#30 [3] [20.1] Line 265 Page 2-148: Lands adjoining the Camelback WSA do not contain adequate wilderness characteristics to justify ma nagement as "Lands with Wilderness Characteristics" BLM's prior analyses have demonstrated that these lands do not contain such characteristics. There is no basis for a management action in this RMP that would designate 6,950 acres adjoin ing the WSA as "Lands with Wilderness Characteristics" and this proposed management action should be removed from consideration and replaced with a designation that is supported by factual landscape level conditions.
Additionally, we request that Dry Creek and Roc Creek not be managed as lands with wilderness characteristics due to inadequate evidence to support such a designation. #30])>

<([#31 [3] [20.1] Line 268 Page 2-151: We suggest that BLM not rely on "adjacent lands" to make a determination of wilderness characteristics. Wilderness inventory and assessment should be applied only to the lands being ana lyzed. If BLM makes determinations of wilderness characteristic based on characteristics of adjo ining lands, there is no site specific validity to those determinations. Through this flawed practice, any lands adjoining lands determined to have wilderness characteristics would also be considered to have wilderness characteristics by mere association. There would be no end to this process. #31])>

<([#32 [3] [17.1] Line 289 Page 2-162 Alternative B: Non-commercial woodland products should not have to be purchased by an operator when the creation of such products is ancillary to their operation. Woodland byproducts would be better addressed through permit and operational conditions specific to the permitted activity (mining, O&G production, etc.). We request that Alternative B be amended to address this comment. #32])>

<([#33 [23.1] [3] Line 297 Page 2-165: We request that Alternative D be amended to analyze acreages that may be unsuitable for grazing and apply site specific data to defined criteria as a means of determining what acreage may be withdrawn from grazing availability. #33])>

<([#36 [3] [21.1] Line 336 Page 2-196: We request that Alternative D be amended to allow for surface occupancy and surface disturbing activities subject to site specific review with the ability to apply SSR. This approach will a llow for site specific review and flexibility in future decision making. Regulatory certainty and habitat protection can be assured by prohibiting or restricting proposed activities in instances where such activities would adversely impact habitat. #36])>

<([#37 [3] [39.1] [21.1] Line 336 Page 2- 199: We request that Alternative D be amended to restrict activity around WSR segments only when such segments have received a WSR

designation through Congress. As written, this management action substitutes an administrative determination of "suitability" in-lieu of Congressional action as intended by the WSR Act.
As a general comment with regard to WSR designations, we find it to be a dramatic overreach of authority for BLM to use an administrative determination (WSR suitability) as the basis for imposing NSOs and similar land use restrictions on adjoining land. We respectfully ask that BLM reconsider imposing such restrictions adjoining suitable WSR segments until such time as Congress has formally determined the proposed WSR determinations.
#37])>
<([#38 [3] [39.1] [21.1] Line 337 Page 2-204: We request that Alternative D be amended to restrict activity around WSR segments only when such segments have received a WSR designation through Congress. As written, this management action substitutes an administrative determination of "suitability" in-lieu of Congressional action as intended by the WSR Act.
#38])>

<([#39 [3] [21.1] Line 338 Page 2-205: We request that Alternative D be amended to allow for surface occupancy and surface disturbing activities subject to site specific review with the ability to apply SSR. This approach will allow for site specific review and flexibility in future decision making.
Regulatory certainty and habitat protection can be assured by prohibiting or restricting proposed activities in instances where such activities would adversely impact habitat.
#39])>
<([#40 [39.1] [3] Line 348 Page 2-209: We request that Alternative D be amended to restrict activity around WSR segments only when such segments have received a WSR designation through Congress. As written, this management action substitutes an administrative determination of "suitability" in-lieu of Congressional action as intended by the WSR Act.
#40])>
<([#41 [39.1] [3] [22.1] Line 358 Page 2-214: We request that Alternative D be amended to restrict activity around WSR segments only when such segments have received a WSR designation through Congress. As written, this management action substitutes an administrative determination of "suitability"" in-lieu of Congressional action as intended by the WSR Act.
#41])>

<([#42 [3] [27.1] Line 368 Page 2-219: It is not necessary to recommend withdrawal from mineral entry around recreational sites by the Secretary of the Interior. These sites could be adequately protected via alternative administrative action which would provide the same level of resource protection without the permanent rigidity of a withdrawal.
#42])>
<([#43 [3] [27.1] Line 475 Page 2-301: The elimination of the open areas as proposed in Alternative D will have a detrimental impact to local communities by reducing available recreational opportunities. Tourism and visitation related to the open areas will be adversely impacted. At this point, BLM has invested heavily in the infrastructure serving the open areas and through those efforts, local open areas are well known attractions. We strongly urge BLM to amend Alternative D to include the acreage currently designated as open as well as the opportunity to designate additional open areas. #43])>

<([#44 [3] [32.1] Line 476 Page 2-302: We request that BLM keep the North Delta OHV area

open in order to provide for OHV related recreational opportunities. These opportunities are important to attracting touri sts and visitors to the a rea. #44])>

<([#45 [3] [32.1] Line 480 Page 2-304: The management action proposed in Alternative D would be better addressed through site specific travel management planning. We recommend that BLM remove this management action from the proposed RMP and address the identified areas through site specific, comprehensive travel management planning at a later date. More precisely targeted planning efforts will provide a better balance of resource protection and travel opportunities. #45])>

<([#46 [3] [32.1] Line 481 Page 2-307: We request that Alternative D be amended to allow motorized/mechanized travel for big game retrieval during CPW authorized big game hunting seasons. This limited allowance will preserve hunting opportunities for hunters with differing physical abilities. #46])>

<([#47 [3] [6.2] [32.1] Line 484 Page 2-309: Within the UFO planning area, there are existing county roads upon which counties have clear jurisdictional and maintenance responsibilities. Whether BLM has recognized these roads through an RS 2477 process is irrelevant to the county's jurisdiction. We suggest that in preparation and mapping for travel management activities, BLM consult with the counties to prepare an accurate inventory of roads that are known county jurisdiction. Montrose County will assist BLM in identifying such roads within the county based on road petitions, HUTF maps and other evidence readily available to the county. Recent communication between BLM and county staff on such information has been beneficial to both sides and we look forward to continuing this productive dialogue and exchange of information. #47])>

<([#48 [3] [32.1] Line 488 Page 2-310: It is not practical to require "prior notification" for off route use of emergency vehicles. We suggest this language be removed from the proposed action. #48])>

<([#49 [39.1] [3] [19.1] Line 493 Page 2-312: We request that Alternative D be amended to include WSR segments as ROW Exclusion Areas only when such segments have received a WSR designation through Congress. As written, this management action substitutes an administrative determination of "suitability" in-lieu of Congressional action as intended by the WSR Act. #49])>
<([#50 [3] [39.1] [19.1] Line 494 Page 2-315: We request that Alternative D be amended to include WSR segments as ROW Avoidance Areas only when such segments have received a WSR designation through Congress. As written, this management action substitutes an administrative determination of "suitability" in-lieu of Congressional action as intended by the WSR Act. #50])>

<([#57 [3] [19.1] Line 511 Page 2-322: We request that Alternative D be amended to remove the criteria "Lands that provide public or administrative access" There are other means of assuring that public and administrative access is protected after disposal or transfer of lands which makes this criterion unnecessary and potentially onerous. #57])>

BLM_0157914

<([#56 [3] [19.1] Line 514 Page 2-323: We request amending Alternative B to include language that specifies that acquisitions will only be made on a voluntary basis from willing landowners. This amendment would protect the property rights of landowners in the identified areas. #56])>

<([#55 [3] [9.1] Line 543 Page 2-341: We request that Alternative D not require withdrawal from locatable mineral entry and remain open to mineral entry and surface occupancy subject to valid and existing rights. #55])>

End of Table 2-2 Comments

<([#54 [3] [37.1] Appendix I Drought Management Page 1-2: We recommend that CWCB conduct monitoring of in-stream flow rights held by that agency. It is not an appropriate use of BLM resources to dedicate federal staff to management of state administered water and water use.
#54])>
<([#53 [32.1] [3] [27.1] Appendix J Kinikin Hills SRMA Page J -33: We request that the travel management action for Zone l of this SRMA be amended to a llow for mechanized travel. There are many areas that are accessible only to non-mechanized use (horseback riding, hiking), but there are very few that allow for non-motorized mechanized use (mountain biking). This change would provide much needed opportunities for development of mountain bike trails in the Montrose area. #53])>

<([#52 [3] [24.1] Appendix J Paradox Valley SRMA Page J-45 through J-53: We request that none of the lands within this SRMA be recommended for withdrawal from locatable mineral entry. This area is part of the Uravan Mineral Belt which is a well known formation for uranium and vanadium production. The recreational activities identified in this area can easily coexist with future resource extraction through permit conditions and other administrative controls. #52])>

<([#51 [3] [32.1] [27.1] Appendix J Roubideau SRMA Page J-61 through J-69: We request that all travel management actions for this SRMA allow for motorized and mechanized travel. This area is well known to 4WD and OHV enthus iast and also has excellent potential for development of mountain biking opportunities. #51])>
<([#58 [24.1] As noted in our previous comments, BLM has previously recommended this area [Robideau SRMA] as being unsuitable for wilderness. This recommendation was in part based upon, "a variety of noticeable human imprints". (1991 BLM Wilderness Study Report Volume 2 p.311). Man's presence on this landscape has not diminished since this report. This is an area that can and does support multiple use. We request that all lands within this SRMA remain open to locatable mineral entry. Future resource development can occur in harmony with BLMs intended development of recreational uses in this area. #58])>

<([#34 [3] [37.4] Montrose County Conditionally Decreed Water Rights: Montrose County holds conditional water rights within the San Miguel Basin pursuant to decrees entered in Case Nos. 1OCW164, 1OCW165, 1OCW166 and 1OCW169. The development of reservoir sites associated with these rights represents a reasonably foreseeable action within the RMP planning

area. This action should be included in Draft RMP Section 4.2.2 "Past. Present and Reasonably Foreseeable Future Actions" as well as any other sections that are applicable to this action. #34])>

<([#35 [37.1] [3]
Additionally, Montrose County requests that the following language be included in the RMP: Development of Montrose County's existing conditional water rights within the San Miguel Basin shall be subject to review to the extent required by law. Nothing in this RMP, including an administrative determ1ination of WSR suitability, shall be construed as a limitation or prohibition on the rights of Montrose County with regard to development of the existing water rights decreed in Case Nos. 1OCW164, 1OCW165, 1OCW166 and 1OCW169. #35])>


000177_JohnsonP_20160930 Organization: Philip Johnson
Received: 9/30/2016 12:00:00 AM
Commenter1: Philip Johnson - Paonia, Colorado
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000177_JohnsonP_20160930.htm (000177_JohnsonP_20160930-380613.htm Size = 4 KB)
Submission Text
Date:09/30/2016

Commenter:Phil Johnson

Organization:

Email:pjohnsn3@tds.net

Address:PO Box 683, Paonia, Colorado

Phone:

Comment:
After studying the proposed RMP, although too massive a document to fully absorb, I prefer alternative B for the overall area and B-1 for the North Fork alternative. I am resident of Stucker Mesa near Paonia. I retired from a career in law enforcement but returned to Colorado where I grew up to live in the North Fork valley because of the unique and spectacular mountains, canyons, and rivers. I enjoy hiking, rafting, and visiting natural areas whether desert or mountains. Stucker Mesa has a small regulated water company of about 25 residents that depend on four springs located mostly on the upper drainage of Roadcap Creek. Our very limited water supply would certainly be vulnerable to oil and gas drilling in this area. The economy in the

North Valley depends very much on its water. With the coal mines rapidly closing their operations because of economic and air quality issues, the valley has turned towards organic farming, orchards, the Solar International Institute, wineries, traditional farming and ranching to maintain a sustainable economy. We do not need the boom and bust cycle of the oil and gas industry. However, the RMP would make the majority of their public land eligible for oil and gas leasing. The Master Development Plan on the land leased by SG Interests proposes 146 wells in the North Fork drainage area. I cannot imagine a situation where drilling on a massive scale in the mountains is not damaging to our air and water quality. The roads, pipelines and other infrastructure additions will create damage to the natural terrain which fragment wildlife habitats, cause sedimentation of our streams, and erosion is magnified in mountainous areas. Tourism, hunting, and fishing are important to our economy and people choosing these activities will avoid drilling areas. I also have safety and annoyance concerns of trucks carrying fracking fluids travelling on Highway 133 whether over McClure Pass or to Delta. I can see many hazards along the way and no suitable alternative.

With regards to the overall land outside of the North Fork valley considered by this RMP, I favor alternative B since it is the most protective of our natural terrain. I have hiked or rafted, or driven the back roads over most of the BLM's area considered in this RMP plan. My grandparents had an upper and lower ranch on the Uncompahgre Plateau which they settled in 1914, where my mother was raised. My exposure to visiting the old ranch as a kid and my last 19 years living near Paonia have made me more aware of the land issues in this area. I hope the RMP will include more lands with special wilderness characteristics and other types of protection for lands of critical environmental concerns or unique qualities. I have especially enjoyed hiking the canyons west of Delta, including Potter, Roubideaux, Escalante, Dry Fork, and Monitor. <([#2 [39.1] I have floated the Dolores River between Slick Rock and Bedrock and have been amazed by the canyons winding continuously around cliffs overhanging the river. This is one area that needs wilderness protection. Dominguez Canyon of the Gunnison, and the Dolores should be recommended for Wild and Scenic River Status. #2])> <([#3 [32.1] I also believe that more restrictions or blockages should be made on unauthorized roads created by off road vehicles. I oppose additional trails created for quad tracs and dirt bikes, since there are thousands of miles of 4WD and back roads for them to use within the area. #3])> I appreciate the work that the BLM does to balance the issues of conservation and resource usage, and all the effort it must take to research, write and gather our imput on the Resource Management.

Philip A. Johnson
P.O. Box 683
Paonia, Colorado

000178_GannettA_20161016 Organization: Alison Gannett
Received: 10/16/2016 12:00:00 AM
Commenter1: Alison Gannett - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail

Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Flags:
Attachments: 000178_GannettA_20161016.htm (000178_GannettA_20161016-380614.htm  Size = 2 KB)
Submission Text
<mountainweststrategies@tds.net>
A Rare Moderate-Sized (Mw 4.9) Earthquake in Kansas: Rupture Process of the Milan, Kansas, Earthquake of 12
November 2014 and Its Relationship to Fluid Injection
© 2016 by the Seismological Society of America
Seismological Research
<([#1 [21.1] http://srl.geoscienceworld.org/content/early/2016/09/08/0220160100
Scientific abstract study links earthquake in Kansas to fluid injection. [see attached]

A moratorium on drilling should be in place until safe disposal for wastewater is available. Open pits have multiple problems leaking, overflowing w/sudden storms, transportation spills, etc and deep water injection has now been proven to cause earthquakes. In our unstable soil geology, neither disposal option is viable. It can certainly not be proven "SAFE" by the BLM.

None of the RMP options have considered these new scientific studies on disposal. Further more, the collection/gathering pipelines are currently EXEMPT from regulation. A moratorium on drilling should also be put in place until this issue is resolved. The RMP failed to consider safety to our soil, water and air from this pipeline exemption. Furthermore, according to national sources and COGCC, larger pipelines, even when regulated and inspected, regularly leak and break, contaminating soil, air and water. #1])>

How is it possible that the BLM has assessed completely that the RMP proposed will never harm our farms? A nearby leak would devastate the value of our farm, and could potentially contaminate our water or soil for the rest of my life. We grow and raise all our own food, and are completely selfsustainable.

Without clean air, water and soil, our home is valueless. As a person who has left radioactive water that gave me brain cancer, to come to Paonia 8 years ago for clean water, this is not just about real estate values, clean food and water but one of life or death.

Please support the no drilling alternative or the North Fork Alternative plan B1.

Best,
Alison
AlisonGannett.com
Cooking to Conquer Cancer
Alison Gannett
Holy Terror Farm
42485 Highway 133

Paonia, CO 81428
970.281.7929  office
970.527.3373  farm
970.209.8207  toxic cell

000179_KlausnerJ_20160929  Organization:  John Klausner
Received: 9/29/2016  12:00:00  AM
Commenter1: John Klausner - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000179_KlausnerJ_20160929.htm  (000179_KlausnerJ_20160929-380615.htm
Size = 1 KB)
Submission  Text
Date:09/29/2016

Commenter:John  Klausner

Organization:

Email:youthctk@gmail.com

Address:

Phone:

Comment:
Hello,

As a resident of Colorado and a frequenter to the Southwest I am very opposed to the closing of
land currently open to shooting.  It is becoming  increasingly  expensive to shoot in Colorado.
Closing  public  land is not a good option.

John Klausner

000180_RoseH_20160921  Organization:  Lori Ann
Received: 9/21/2016  12:00:00  AM
Commenter1: Lori Ann - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification:  Substantive

Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000180_RoseH_20160921.htm (000180_RoseH_20160921-380616.htm Size = 3 KB)
Submission Text
Date:09/21/2016

Commenter:Lori Ann Rose, Hugh Michael Rose

Organization:

Email:rosefamilygarderns@gmail.com

Address:40877 Hwy 133, Paonia, CO 81428

Phone:970-527-3859

Comment:
It is my, Hugh Michael Rose's, choice to request and support a no-leasing alternative for the North Fork Valley of Colorado. I am currently a resident of Paonia, Colorado, previously in Crawford, Co., I have been in the North Fork Valley for seven years. My family relocated from the front range to live an agricultual lifestyle. We currently grow most of our own food, with the exception of grain, we run a high-end garden service and are raising two children. We share , trade and sell our surplus throughout the local community. We import local hay and grain for our animals and produce only. No fertilizers or pesticides. We take pride in the fact that we are able to share and trade our produce for equal quality products regularly. <([#1 [30.3] There is a thriving organic community in the valley that will only become more attractive and lucrative in the future. Our clients are regularly asking for advice and ways to forego the "traditional" chemicals they have been using for years. There is a growing consciousness in the nation around the production of are food and it's relation to our personal health and well-being. As I am sure you are aware, there is a huge industry developing around "whole foods". The valley is attracting this population, they are buying homes, choosing to relocate and participate in the local economy.
The oil and gas industry does not support the development of this community nor the local economy, in fact given what we know about the risks of oil and gas chemicals, and radioactive wastewater to human health and environment and the industries previous impacts on local economies, it is certain this industry will deter these people from relocating here and cause current residents to relocate elsewhere. A no-leasing alternative would allow The North Fork Valley to sustain and develop a healthy local agricultural community and economy that has the potential to contribute to the state of Colorado in developing healthy local agricultural areas that allow the State of Colorado to become a healthy, self-sustaining community in and of itself. #1])>
Thank-you,

BLM_0157920

Lori Ann Rose
40877 Hwy 133
Paonia, Co. 81428
(970)527-3859

000181_RoseL_20160921  Organization: Lori Rose
Received: 9/21/2016 12:00:00 AM
Commenter1: Lori Rose - Paonia, Colorado 811428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison 12/7/2016 12:00:00 AM
Attachments: 000181_RoseL_20160921.htm  (000181_RoseL_20160921-387530.htm  Size = 3 KB)
UFORMP_000181_RoseL_20160921.pdf  (000181_RoseL_20160921-387529.pdf  Size = 119 KB)
Submission Text
10/25/2016  DEPARTMENT OF THE INTERIOR Mail - no-leasong alternative/oil and gas industry in the north fork
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=1574f20cbfc4000e&siml=1574f20cb...  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
no-leasong alternative/oil and gas industry in the north fork
1 message
Lori Rose <rosefamilygardens@gmail.com>  Wed, Sep 21, 2016 at 5:40 PM
To: uformp@blm.gov
Please take the time to read the attached letter. I very much appreciate your consideration.
BLM Letter.rtf
3K
To Whom this may Concern, September 21, 2016
It is my, Lori Ann Rose's, choice to request and support a no-leasing alternative for the North Fork Valley of Colorado. I am currently a resident of Paonia, Colorado, previously in Crawford, Co., I have been in the North Fork Valley for seven years. My family relocated from the front range to live an agricultual lifestyle. We currently grow most of our own food, with the exception of grain, we run a high-end garden service and are raising two children. We share, trade and sell our surplus throughout the local community. We import local hay and grain for our animals and produce only. No fertilizers or pesticides. We take pride in the fact that we are able to share and trade our produce for equal quality products regularly. There is a thriving organic community in the valley that will only become more attractive and lucrative in the future. Our

clients are regularly asking for advice and ways to forego the "traditional" chemicals they have been using for years. There is a growing consciousness in the nation around the production of are food and it's relation to our personal health and well-being. As I am sure you are aware, there is a huge industry developing around "whole foods". The valley is attracting this population, they are buying homes, choosing to relocate and participate in the local economy.

The oil and gas industry does not support the development of this community nor the local economy, in fact given what we know about the risks of oil and gas chemicals, and radioactive wastewater to human health and environment and the industries previous impacts on local economies, it is certain this industry will deter these people from relocating here and cause current residents to relocate elsewhere. A no-leasing alternative would allow The North Fork Valley to sustain and develop a healthy local agricultural community and economy that has the potential to contribute to the state of Colorado in developing healthy local agricultural areas that allow the State of Colorado to become a healthy, self-sustaining community in and of itself.

Thank-you,
Lori Ann Rose
40877 Hwy 133
Paonia, Co. 81428
(970)527-3859


000182_DodsonK_20160927 Organization: Kayla Dodson
Received: 9/27/2016 12:00:00 AM
Commenter1: Kayla Dodson - Grand Junction, Colorado 81507
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000182_DodsonK_20160927.htm (000182_DodsonK_20160927-380617.htm Size = 1 KB)
Submission Text
Date:09/27/2016

Commenter:Kayla Dodson

Organization:

Email:kaylaafuera@gmail

Address:2504 Mt Sopris Dr, Grand Junction, CO 81507

Phone:970-615-0693

Comment:

I live in Grand Junction, CO and certainly enjoy driving my car and heating my house with petroleum products and still I am against some mining techniques especially near precious natural resources and near homes, schools and towns. I hope you will consider protecting land, animals and people who live and work in the North Fork Valley area by not allowing fracking.

Thank you,
Kayla Dodson,
2504 Mt Sopris Dr, Grand Junction, CO 81507.
970-615-0693.

000183_ShishimT_20161026  Organization: Teresa Shishim
Received: 10/26/2016 12:00:00 AM
Commenter1: Teresa Shishim - Paonia, Colorado 81248 (United States)
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Form letter plus text
Form Letter Master: Form Letter J
Current Task: Review Assigned/Due: mmccarter
Attachments: 000183_ShishimT_20161026.htm (000183_ShishimT_20161026-388821.htm Size = 7 KB)
Submission Text
Date:10/26/2016

Commenter:Teresa Shishim

Organization:

Email:teresashishim@gmail.com

Address:40847 O Road, Paonia, CO 81248

Phone:970-317-1868

Comment:
To Whom It May Concern:

Thank you for the opportunity to comment on the Draft Resource Management Plan from the Uncompahgre Field Office (draft RMP). I am so fortunate to live in the North Fork Valley and as our economy shifts from a coal producing region to an agri-tourism destination, I am extremely

concerned with how the public lands surrounding my home are managed. I see an incredible opportunity for the growth of tourism in the valley, but in order for this to happen, our water sources should remain protected, our landscape unmarred, and our roads free from heavy truck traffic.

I support the protections outlined in Alternative B1 as those that provide the strongest protection (of any alternative in the draft RMP/EIS) for the important features of the North Fork Valley that dovetail with management on the adjacent and proximate public lands. Only B1 provides the level and type of protections that the resources and public land values of the North Fork warrant.

The North Fork Valley contains the highest concentration of organic farms, vineyards and orchards
in Colorado and as recreation, art and agribusiness opportunities burgeon, we need protection from gas leasing that would threaten these industries.

The North Fork Valley has recognized resources:

a) It has been described as "An American Provence" in the book by the same name written by University of Colorado professor, Thomas Huber. He compares the North Fork Valley with its vineyards to the famous wine growing region of southern France.
http://www.merchantherald.com/
geographer-says-the-north-fork-is-an-american-provence/ This valley was also featured in the book At Mesa's Edge: Cooking and Ranching in Colorado's North Fork Valley
https://www.amazon.com/At-Mesas-Edge-Ranching-Colorados/dp/0618221263

b) This valley was designated by the state of Colorado as a Colorado Certified Creative District in 2013. Information on the significance of this designation can be viewed at http://www.coloradocreativeindustries.org/showcase/colorado-creative-districts

d) It has also been designated as an American Viticulture Area by the U.S. government. This designation was officially adopted in 2001 and codified at 27 CFR
https://www.gpo.gov/fdsys/pkg/
CFR-2016-title27-vol1/pdf/CFR-2016-title27-vol1-sec9-172.pdf An American Viticulture Area is a
delineated grape-growing region having distinguishing features as established in Federal regulation and a name and delineated boundary. This is only one of two such designated areas in Colorado

e) It has been featured in a number of articles by the New York Times including coverage of previous attempts to pursue drilling
http://www.nytimes.com/2013/02/03/us/colorado-communitiestake-on-fight-against-energy-land-leases.html?_r=0 and many other articles like this
one:http://www.nytimes.com/2014/06/19/garden/he-found-his-corner-of-the-sky.html.

I just had the pleasure of working to complete a water quality report from volunteer sampling

efforts in the region. Water quality samples collected indicate that the North Fork Gunnison
River has excellent to good water quality in the upper watershed and excellent to moderate water
quality in the lower watershed (the Volunteer Water Quality Monitoring Network April 2001 –
April 2014 Data Report is to be released in 2016). I am concerned that leasing our land for
energy
development will negatively affect our water quality.

The oil and gas industry in Colorado has reported at least 5,188 spills from statewide operations
over the last ten years to the Colorado Oil and Gas Conservation Commission. Spills happen,
creating long-term devastating effects on soils, surface water and groundwater. Please don't let
this happen to the agriculture of the North Fork Valley downslope from this potential extraction
activity.

Given the following statement made in Chapter 4, Section 4.3.3 Water Resources on page 4-84,
"The organic farming industry relies on clean water for agricultural production. Contamination
of
irrigation waters could affect the ability of local organic farms to maintain their designations,"
we should protect our resources as much as possible and Alternative B1 is the only proposed
alternative that comes close. Oil and gas drilling is just incompatible with the existing land uses
currently occurring in this valley.

In addition to these important water considerations, I am worried that leasing lands for drilling
would negatively impact recreational opportunities for our region. My husband owns and
operates
Shish Kabikes, the local bicycle repair shop. Recreation in the North Fork significantly
contributes to our family's lively-hood. It is obvious from the amount of customers he had this
year versus last year that mountain biking, road biking, and touring are increasing and the North
Fork Valley is rapidly becoming a recreation destination.

Jumbo Mountain deserves designation as a Special Recreation Management Area (SRMA).
Management should prioritize dispersed, trail-based activity, day-use opportunities, outdoor
education, and maintaining the area's natural appearance. Jumbo Mountain sits prominently
within the valley, and the visual resources of the BLM parcels on Jumbo are significant to the
quality of life in the entire valley.

<([#1 [27.1] Jumbo Mountain is not the only area on North Fork BLM lands likely to need
special attention to
better direct recreation activity, especially during the life of the RMP. BLM should anticipate
this eventuality, and consider Extensive Recreation Management Areas (ERMAs) for places such
as
Elephant Hill, Lone Cabin, McDonald Mesa/Creek, and C Hill—all of which are seeing
increasing,
but undirected use.
#1])>
The draft RMP states that "When there are conflicts among resource uses or when a land use
activity could result in unacceptable or irreversible impact on the environment, the BLM may

restrict or prohibit some land uses in specific areas."

There is definitely a conflict between the extraction of the gas resource and the prevailing land use in the North Fork Valley. The land use activity of producing natural gas would result in irreversible impacts on the environment in the North Fork Valley. Please minimize these impacts by implementing Alternative B1. This, aside from not leasing at all, is the only way to preserve and protect the integrity of this unique and renowned part of Colorado.

Gas exploration and development is not compatible with the economic culture of this valley and its presence threatens our valley's highly regarded reputation as an organic agricultural area. Only Alternative B1 meets the needs of our valley.

Thank you for your consideration,

Teresa Shishim
40847 O Road
Paonia, CO 81248
(970) 317-1868
teresashishim@gmail.com

000184_BrettJ_20161017 Organization: Slow Food Western Slope, Jim Brett
Received: 10/17/2016 12:00:00 AM
Commenter1: Jim Brett - Paonia, Colorado 81428 (United States)
Organization1:Slow Food Western Slope
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000184_BrettJ_20161017.htm (000184_BrettJ_20161017-380618.htm Size = 28 KB)
Submission Text
Date:10/17/2016

Commenter:Jim Brett

Organization:Slow Food Western Slop; Valley Organic Growers Association (VOGA)

Email:jmbimagery@icloud.com

Address:PO Box 1682, Paonia, CO 81428

Phone:

Comment:

Thank you for the opportunity to comment on the draft Uncompahgre Field Office Resource Management Plan (RMP). Slow Food Western Slope and the Valley Organic Growers Association (VOGA) are glad the BLM is considering ways to protect important natural resources like domestic and irrigation water, air quality, wild and scenic rivers, wildlife habitat and recreation. In particular, we support the designation of ecological emphasis areas and special recreation management areas. These will preserve habitat connectivity, wildlife corridors, undeveloped open space and recreation opportunities within our region.

Slow Food Western Slope (http://slowfoodwesternslope.org/) functions as a chapter of Slow Food USA, which is a 501(c)3 non-profit organization. Slow Food USA's and its chapters' mission is to create a dramatic and lasting change in the food system. We envision a world in which all people can eat food that is good for them, good for the people who grow it and good for the planet: good, clean and fair food for all.

Our chapter promotes and supports over 60 farmers, orchardists, ranchers, agricultural businesses and winemakers of the North Fork Valley - all of which depend on good and clean water, air and soil.

Valley Organic Growers Association (http://www.vogaco.org/), a 501(c)5 non-profit organization,
was established in 1992 and has a membership of over 80 organic farms, ranches, orchards and agricultural-related businesses and advocates, representing a vibrant and sustainable local economy. Our guiding principles include the maintenance of healthy soil, air and water for the production of nutritious food, free from synthetic inputs.

The North Fork Valley's scenic beauty and temperate growing season have attracted the largest concentration of organic and chemical-free growers in the state of Colorado. Our region has a long history of producing quality high-country, chemical-free food, with a well-deserved reputation that extends around the state and nationally. This history, coupled with the emerging consumer trend for organically crafted products has made this region increasingly known and marketable.

<([#1 [30.3] The North Fork Valley has a forcefully developing market for agri-tourism, farm-stays and agriculture-based education. Products from area farms supply markets and top restaurants in towns around western Colorado, including Aspen, Telluride and Crested Butte and serve many Front Range communities, including Colorado Springs, Golden, Denver, Boulder, Longmont and Fort Collins. The farms' customers have created relationships with the growers and forged a unique community that is the North Fork Valley. These relationships develop as our farmers have been able to furnish organic, high-quality fruits, vegetables, meat, dairy, wine and specialty products.

An October 5, 2016 Aspen Sojourner article
(http://www.aspensojo.com/articles/2016/10/5/beyond-the-roundabout-autumn-perfection-in-paonia) highlights the items mentioned above providing credence the North Fork Valley is a destination that must be protected:

BLM_0157927

"Nestled in the North Fork Valley in Delta County, Paonia is home to the state's largest concentration of organic farmers thanks to its richly fertile land, which yields ample fruit (peaches, apples, cherries, pears, and plums) and veggies while supporting some of the country's best livestock. Incorporated in 1881 and named by founder Samuel Wade after the peony root stock he brought in a covered wagon all the way from Ohio, the town has now grown into a haven for aging flower children, new-agers, liberal activists, and environmentalists…The town of just under 2,000 residents prides itself on its vibrant off-beat culture filled with farm-to table restaurants, progressive media outlets, art galleries, boutiques, and wineries.

"It doesn't get more scenic then driving from Aspen to Paonia in the fall, with expansive views of the western Elk Mountains from McClure Pass. It's a direct route from the Roaring Fork Valley to the North Fork Valley via State Highway 133; the road takes you through Carbondale and Redstone, and is open year-round. The top of the pass is a prime spot for leaf-peeping. The drive then traces Muddy Creek down to Paonia State Park—worth a stop on your way there or back to take in the stunning sight of the Ragged Mountains.

"One of the few regions in Colorado to successfully cultivate and bottle pinot noir, the North Fork Valley is a hotbed for high-altitude grape growing, with plenty of vineyards to explore.

"Continue down the road to the home of Big B's juices and hard ciders, where you can pick apples, along with plenty of other produce, depending on the season. It's the quintessential autumn adventure…

"Founded in 2008 by husband and wife Mike and Gretchen King, [Revolution Brewing] uses locally grown hops with water directly from the springs on nearby Mount Lamborn for beer that's
hand stirred and brewed on a six-barrel system."

Our producers' commitment to quality and the stewardship of clean soil, water and air are crucial to consumers and their perception and choice to buy good and clean food. The potential for soil, air and water contamination as a result of oil and gas development could destroy our Valley's farms', orchards' and ranches' ability to market their products as organic and safe - thereby losing their livelihood. #1])>

Preferred Alternative

The BLM's preferred alternative would open almost every acre of public lands in the region to oil
and gas leasing (865,970 acres or 94.5% of total oil, gas and mineral acreage), and specifically in sensitive air, water and food sheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks and more.

The potential for human, animal and environmental damage is too high.

BLM_0157928

Development would contaminate soils, water and air and impair human health, including increases in respiratory, endocrine, immune and cardiovascular disease.

Development of the public lands would destroy local investments and resources required in transitioning the economy to one based on agri-tourism, recreation, renewable energy, agriculture and organic/clean food. Also, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

<([#2 [5.3] A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks
posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact and environmental damage caused by hydraulic fracturing, injection wells and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed.

BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. If the BLM will not consider a no-leasing alternative, then by all means it must make Alternative B1 as the preferred alternative.

In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.
#2])>
Impact Areas

Oil and Gas Development

As mentioned above, BLM's preferred alternative would open 94.5% of total oil and gas mineral acreage to leasing, which is .1% less than its current 30-year old RMP. BLM divides oil and gas leasing by potential for development. In its preferred alternative, BLM allocates 53% of the federal mineral estate to higher development potential and the remaining 47% to lower development potential. BLM has based its oil and gas drilling assumptions on a 2004 report, which assumes that 1271 wells will be drilled in the planning area.

Also, the RMP does not impose a cap on drilling.

BLM's assumption on the number of foreseeable wells could be significantly understated given, new research, hydraulic fracturing and multi-stage drilling technologies, which were not considered at the time of the report.

Here is at stake with oil and gas development for the North Fork Valley:

BLM_0157929

• Activities on public lands that have the potential to poison food sheds and threaten to wipe out food security for people on the Western Slope and the Front Range.

• The destruction of clean air, abundant fresh water and food sheds (including Colorado's largest concentration of organic farms).

• Significant harm to human health and a local economy based on agriculture and organic farms, recreation, hunting and tourism.

• Loss of unique biodiversity in Colorado.

• The future of the North Fork Valley. The final RMP will guide oil and gas development for the next 20-30 years.

Other Related Oil and Gas Impacts

<([#3 [37.1] Water Resources
Needless to say, water quality is important for good, clean, sustainable agriculture. Clean water is the lifeblood of the North Fork Valley. The BLM proposes to lease practically every acre of the North Fork to oil and gas, which would threaten our drinking and irrigation water.

Extracting fuel from shale formations requires pumping hundreds of thousands of gallons of water, sand and chemicals into the ground to break apart rock and free the gas. Some of that water, along with large quantities of existing underground water, returns to the surface, and it can contain high levels of salt, drilling chemicals, heavy metals and naturally occurring radioactive material. Drinking and irrigation water sources have been contaminated by oil and gas chemicals released through leaks and spills, naturally occurring gases and radioactive materials from disturbance of the geologic formation, and air-borne contaminants.

The oil and gas industry, in particular hydraulic fracturing, is exempt from critical sections of the Clean Water Act, the Safe Drinking Water Act, and other laws designed to protect our water resources. Therefore, there is a lack of meaningful regulation. #3])>

State regulation of hydraulic fracturing as it relates to potential contamination of ground and surface water is limited to casing construction requirements, setbacks, disposal of oil and gas wastes (hazardous materials), and reporting of leaks and spills. Produced water needs to be disposed of and can be disposed of 6 ways in Colorado:

1. Injection into a properly permitted Class II well;

2. Evaporation/percolation in a properly permitted pit;

3. Disposal at permitted commercial facilities;

4. Disposal by roadspreading on lease roads outside sensitive areas under certain conditions;

5. Discharging into state waters, in accordance with the Water Quality Control Act and related rules and regulations; or

6. Evaporation in a properly lined pit at a centralized exploration and production waste management facility permitted by the Colorado Oil and Gas Conservation Commission (COGCC).

For the fluids disposed of, the BLM states that "60 percent goes into deep and closely-regulated waste injection wells, 20 percent evaporates from lined pits and 20 percent is discharged as usable surface water"under permits from the Colorado Water Quality Control Commission." With all of this "deep and closely regulated" activity to protect citizens:

• There were 615 spills, 271 (44%) of which were from produced water, in 2015. That equates to nearly two spills every day in Colorado. 15% of the spills resulted in water contamination, with: 44% within 50 feet of ground water, 31% within 1000 feet of surface water, 39% within feet of a water well, and 9% within 500 feet of cows, pigs, sheep or other livestock as reported in 2015 by the Center for Western Priorities.

<([#5 [18.3] Also, naturally occurring radioactive material comes up with wastewater produced from oil and gas extraction. The waste can remain radioactive for millennia. Excessive radiation exposure can increase cancer risks; radon gas, for example, has been tied to lung cancer. BLM did not analyze the risks of exposure to radioactive waste, and Colorado does not have regulations in place to manage radioactive waste from oil and gas operations. #5])>
<([#6 [37.1] The BLM is required to honor community source water protection plans, which are developed to protect a community's drinking water source from contamination. The towns of Crawford, Hotchkiss, and Paonia secured source water plans, which were not taken into consideration by the BLM in its preferred alternative. #6])>

This video depicts what happened to well water when hydraulic fracturing occurred in Las Animas county in Colorado: https://www.facebook.com/greenpeaceusa/videos/ 10154706072859684/. This is completely unacceptable.

<([#7 [37.3] In addition, the BLM also did not consider the permanent removal of water from the hydrologic cycle or that there are insufficient water supplies necessary to support fracking and other drilling operations, particularly in this period of persistent drought. #7])>

Again, a no-leasing alternative is not only reasonable, but represents the best way to protect the North Fork Valley now and in the future. Alternative B1 would be acceptable if a no-leasing alternative cannot be included in the RMP.

<([#8 [10.3] Air Quality
The final plan must protect the health of the airshed. The North Fork Valley is affected by daily up and down-valley winds and any oil and gas activities occurring in higher elevations could have direct impact on air quality at lower elevations, including from dust, methane, VOCs, ozone

and other particulates and gases hazardous to agriculture and public health.

In Garfield, Mesa, Gunnison and Delta counties, there are 11,825 oil and gas facilities. Within a half mile radius of these facilities, there are over 6,100 people. The American Lung Association gave Mesa County an F Air Quality rating and Gunnison a C rating. Even more disturbing is that Delta county does not monitor air quality.

The BLM does not have the adequate information to assess airshed impacts of oil and gas activities and did not consider that their own modeling of ozone levels in the Bull Mountain area that exceed EPA thresholds of 70 ppb.

The North Fork Valley producers' commitment to quality and the stewardship of clean soil, water and air are crucial to consumers and their perception and choice to buy clean, organic food. The potential for air contamination as a result of oil and gas development could destroy Slow Food and VOGA member farms' ability to market their products as organic and safe. #8])>

<([#9 [18.3] Health Impacts
The BLM did not conduct a human health impact assessment in its Draft Resource Management Plan.

Hundreds of peer reviewed scientific articles exist on all aspects of toxins related to unconventional oil and gas production. The Endocrine Disruption Exchange (TEDX) has published research and aggregated data identifying low-dose exposure to chemicals associated with oil and gas development and operations as Endocrine Disrupting Chemicals (EDC). These chemicals affect not only reproduction and fetal development, but are linked to respiratory health, metabolism issues, malignancy as well as all the problems listed below.

The New York State Department of Health (NYSDOH) released A Public Health Review Of High Volume Hydraulic Fracturing For Shale Gas Development in December 2014. In this study, it found that residents living near fracking activities had the following health problems: skin rash, nausea or vomiting, abdominal pain, breathing difficulties, cough, nosebleed, anxiety, stress, headache, dizziness, and eye and throat irritation. This study led to their recommendation that fracking should be banned in New York State.

The Compendium of Scientific, Medical, and Media Findings Demonstrating Risks and Harms of Fracking (Unconventional Gas and Oil Extraction), Third Edition, October 14, 2015, by Concerned Health Professionals of New York and the Physicians for Social Responsibility cites a number of studies. Below are some studies published in 2015 or 2014. The citing after each will read PSR-C then the page number.

Uncertainty.

• California Council on Science and Technology studied the impacts of well stimulation on human health from the exposure to fracking-related air pollution. The unknown number and toxicity of chemicals mixed in these fluids make it difficult to quantify risk but the paper identifies the potential health risks. One conclusion: that "officials should fully understand the

toxicity and environmental profiles of all chemicals before allowing them to be used in California's oil operations." (PSR-C p. 72)

Birth defects, birth weight, and infant mortality.

• In rural Colorado a study of almost 25,000 births from 1996-2009, congenital heart defects and neural tube defects (defects of the brain, spine or spinal cord) were associated with the density and proximity of natural gas wells within a 10-mile radius of mothers' residences. There are several chemicals emitted by natural gas development known to increase the risk of birth defects. (PSC-C p. 76)

• University of Pittsburgh study of three heavily drilled PA counties found the more exposure a pregnant woman had to gas wells, the higher her risk for a smaller-than-normal baby. Mothers living nearest to a high density of wells were 34% more likely to have babies small for their gestational age. Low birth weight is a leading cause of infant mortality. (PSR-C p. 72, 73)

• Health professionals in Vernal, Utah reported a 6-fold increase in infant death rates over a three-year period. The air quality which was formerly pristine in Uintah County, UT received an "F" rating for ozone in the American Lung Association's 2013 State of the Air Report. The Unitah Basin has 11,200 oil and gas wells. It is known that pregnant women who breathe more air pollution have much higher rates of virtually every adverse pregnancy outcome that exists, said one health professional. (PSR-C p. 76)

• Preliminary data from researchers at Princeton University, Columbia University and MIT used Pennsylvania birth records from 2004 to 2011 to assess the health of infants born within a 2.5-kilometer radius of natural-gas fracking sites. They found that proximity to fracking increased the likelihood of low birth weight by more than half, from about 5.6 percent to more than 9 percent. The chances of a low APGAR score, a summary measure of the health of newborn children, roughly doubled, to more than 5 percent. (PSR-C p. 77)

• Other preliminary studies from Colorado and Pennsylvania comparing infant birth weights and premature births with proximity to wells had similar findings as above. (PSR-C p. 77; 72-73)

Rashes and upper respiratory problems.

• A Pennsylvania, Yale-led study found that health symptoms reported by residents increased in frequency as distance between residence and gas wells decreased. Those living less that one kilometer from drilling activities had increased reports of rashes and upper respiratory problems. (PSR-C p. 73)

Urgent Care & Hospitalization.

• Hospitals in the Bakken Shale region reported a sharp rise in ambulance and emergency room visits since the boom in drilling and fracking. Drug overdoses and oil field related injuries accounted for 50% of the cases in one emergency room. (PSR-C p. 76)

BLM_0157933

• University of Pennsylvania's Center of Excellence in Environmental Toxicology found the increasing number of gas wells in Pennsylvania is significantly correlated with inpatient rates of hospitalization. (PSR-C p.75) #9])>

Animal Health.

• A Yale University School of Medicine study in SW Pennsylvania found evidence that dogs in households less than one kilometer from a gas well had elevated risks for health problems, especially dermal conditions. (PSR-C p.73)

• Food animals have been shown to have increased respiratory and growth problems over time. The life of a food animal is very short compared to that of humans and some wildlife where cumulative effects would be pronounced. (PSR-C p.73) Conditions like these will definitely harm ranchers' and other producers who raise animals and livestock for a living.

<([#11 [27.1] Recreation
In conjunction with the visitor's agri-tourism experience of the North Fork Valley, recreation definitely plays a significant role.

Jumbo Mountain Trails - The BLM lands on and surrounding Jumbo Mountain are a well-used and well-loved recreation asset for North Fork residents and visitors. The final plan should include the entire Jumbo Mountain unit as a special recreation management area to protect the quality of the recreation experience. This area is essential for quality of life, recreation tourism, and the businesses that rely on those tourists. The final plan should also include an Ecological Emphasis Area to protect critical winter mule deer and elk habitat.

Plus, Jumbo Mountain must be open to hiking, mountain biking (including pedal-assisted electric bikes) and horseback riding - no motorized vehicles are allowed. #11])>

<([#12 [14.1.1] Hunting and Fishing - Public lands access for hunting, camping, fishing and travel, as well as plentiful and healthy habitat are critical components that help sustain the multi-million-dollar hunting industry in the area. The final plan should include ecological emphasis areas for all critical winter habitat within the North Fork Valley. The final plan should also include the protections of a no-leasing alternative or at least B1 which prohibits surface activities in critical wildlife habitat, and includes both No-Leasing and No Surface Occupancy setbacks from
streams, riparian areas and water bodies.
#12])>
<([#13 [27.1] Future Recreation Development - Local economic studies indicate that the economic future of our region will depend upon the diverse industries already present, including land- and waterbased recreation. The final plan should include special recreation management areas and extensive recreation management areas for all lands identified as high recreation value by local residents and businesses. Recreation activities include mountain biking, horseback riding, motor biking, OHV use, trail running, hunting, fishing, and backpacking among others. These areas include Jumbo Mountain, Stevens Gulch, the North Fork of the Gunnison River corridor, Smith Fork river corridor, McDonald Creek, Elephant Hill, Lone Cabin, Adobe Butte

BLM_0157934

and Robideau Canyon. #13])>

Conclusion

• The draft RMP repeatedly describes how fluid mineral development would negatively impact, to some unknown degree, other resources such as wildlife habitat and migration corridors, grazing land, soil productivity, vegetative diversity, special status fish and aquatic wildlife, air quality and visual resources, as well as non-market values including ecosystem services, natural amenities, scenic beauty, human health, quality of life and sense of place.

• The draft RMP estimates that ecosystem services in the planning area could provide up to $1,492 million in value. (Chap. 4, pg.461)

• The draft RMP states that natural amenities like proximity to wilderness areas, national parks and other special protection areas have a positive impact on tourism, property values, population growth due to positive net migration, higher incomes and employment growth.

• The draft RMP states that approving an alternative that emphasizes "resource development over conservation likely would result in more impacts on nonmarket values and how planning area individuals perceive their own quality of life." (Chap. 4, pg.460)

So, why is Alternative D preferred - an alternative that will open the planning area to potential oil and gas development that will threaten the North Fork Valley's air, land and water?

Slow Food Western Slope and VOGA are opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. We are opposed to oil and gas leasing here because it has the potential to:

1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and

2) cause significant harm to human health and a local economy based on recreation, hunting, tourism and agriculture. We oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

<([#14 [5.3] Without having considered a no-leasing alternative, nor considering how the North Fork Alternative Plan (B1) would be carried out if included in the preferred alternative, the draft RMP fails to fulfill its duty to consider the full range of reasonable management possibilities. #14])>
And finally, the following is from the BLM's "Who We Are, What We Do" web page (http://www.blm.gov/wo/st/en/info/About_BLM.html):

"The BLM is focusing on the following priorities:

• The America's Great Outdoors initiative, which is aimed at enhancing the conservation of BLM-managed lands and resources and reconnecting Americans to the outdoors.

• The New Energy Frontier, which encourages and facilitates renewable energy development – solar, wind, and geothermal – on the Nation's public lands.• Cooperative Landscape Conservation, a scientific initiative that recognizes the need to better understand the condition of BLM-managed landscapes at a broad level.

• Youth in the Great Outdoors, which supports programs and partnerships that engage youth in natural resource management and encourages young people and their families to visit, explore, and learn about the public lands.

• Climate Change, which is affecting public lands in ways that could impact on Americans' quality of life. The BLM is responding with two interconnected initiatives: a proposed landscape approach to land management and Rapid Ecoregional Assessments, which will improve the agency's understanding of public land conditions to inform future management decisions.

By strengthening existing and forging new partnerships with stakeholders, the BLM will ensure that the nation's public lands are managed and conserved for future generations of Americans to use and enjoy."

We request that the RMP align with these priorities above, especially in regards to the second item that encourages renewable energy. If the BLM does not consider oil and gas development on public lands a priority, then the Uncompahgre Field Office's RMP, which will probably be in for decades, must reflect that.

Jim Brett
Leader, Slow Food Western Slope
Secretary, Valley Organic Growers Association


000185_RorickL_20161019 Organization: Leah Rorick
Received: 10/19/2016 12:00:00 AM
Commenter1: Leah Rorick - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000185_RorickL_20161019.htm (000185_RorickL_20161019-380619.htm Size = 2 KB)
Submission Text
Date:10/19/2016

Commenter:Leah  Rorick

Organization:

Email:leahrorick@outlook.com

Address:

Phone:

Comment:
Dear BLM-UFO Staff and RMP Comment Team,

I am currently a resident of Denver but I grew up in the North Fork Valley of Colorado, my parents still live there and I consider it to be my home. I am absolutely terrified and appalled by the possibility of fracking in that area. There are so many risks and it is truly not worth putting so many homes, people and animals in jeopardy. The likeliness of water contamination is the number one issue, even if it is kept out of drinking water. So many farms, livestock and gardens rely on the natural water resources for survival. I don't believe that is something that can be controlled as easily as gas companies would like us to think and it could and would be devastating if there is a spill. Where is all that waste water supposed to go? In my opinion there is no such thing as a safe place to "dump" It will have an ill effect somewhere somehow. I also know that hydraulic fracturing and injection wells can cause the earth to become unstable. People often make their permanent home in this area and will not be able to vacate if the land and water supply is ruined by these practices. My parents plan to stay in their home forever and they deserve a beautiful, clean and most importantly, a safe place to retire.

Another huge issue is the damage that this take over will do the tourism, hunting and wildlife in the area and for the organic food movement. These things are essential to residents of the North Fork Valley. If the air and water is compromised so will many peoples livelihoods which is absolutely unfair and absurd. I fear that once the oil and gas companies get in there it will be a very long time until they leave and they will leave things immeasurably worse then they found them. If there were not significant risks then fracking would not be banned in New York!

My family and I find it unacceptable to allow such a marvelous place to be desecrated. It is a bad move for our valley and for the Earth in general.

Sincerely,

Leah Rorick

000186_ScotJ_MilvenanE_20161024  Organization:  J. Scot Milvenan
Received: 10/24/2016 12:00:00 AM
Commenter1: J. Scot Milvenan - Paonia, Colorado 81428 (United States)
Organization1:
Commenter2: Eileen Milvenan - Paonia, Colorado 81428 (United States)

BLM_0157937

Organization2:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000186_ScotJ_MilvenanE_20161024.htm (000186_ScotJ_MilvenanE_20161024-380620.htm Size = 14 KB)
Submission Text
Date:10/24/2016

Commenter:J. Scot Milvenan; Eileen Milvenan

Organization:

Email:smilve@comcast.net

Address:14099 Thompson Road, Paonia, CO 81428

Phone:

Comment:
Dear Uncompahgre Field Office Staff,

Please fully consider the issues raised in these comments on the Uncompahgre Field Office draft Resource Management Plan. As presented, none of the alternatives offer the level of protection these lands warrant, that communities and the public in your planning area have specifically asked for and favored, and which federal law requires.

In 2011 my wife and I retired from our medical practices and purchased 12 acres of land in Paonia, Colorado on which to build a farm and spend an active retirement. We chose the North Fork Valley based on three main factors: 1) the natural beauty of the area, which geographer Thomas Huber likens to the Provence region in France and a place to be treasured and protected because of its distinctive attributes; 2) the intriguing fact that most of the fruits, vegetables, and meats we commonly purchased in Colorado came from this particular valley; 3) we wanted to build a home and farm in an enlightened community that values organic living, sustainability, and progressive attitudes toward the environment. The draft RMP and its alternatives are harmful to us, to the health and livelihoods of those in our Paonia community, and to the beautiful land in the valley that deserves protection.

When we first heard of the BLM plans to open public lands to leasing by oil and gas companies, we attended a meeting held by Citizens for a Healthy Community (CHC) in order to learn more about what might be done to protect the land. One of the things the CHC imparted was that any comment letter in opposition to the RMP should reference specific page numbers and portions of

BLM_0157938

the plan that are problematic. To that end, one of the most problematic aspects of the RMP for us is the number of issues that are not addressed in the plan at all or risk factors that are briefly mentioned but not properly explored with the attention they warrant. The overall result is, quite simply, inadequate risk analysis, and it would be unconscionable to proceed under these circumstances. We would like to call the following issues to your attention:

<([#1 [37.3] Water
Living in a place where people are so mindful of their water needs and careful about preserving the quality and quantity of their water makes it particularly tragic to introduce something like hydraulic fracturing that will endanger the water supply. The oil and gas industry, in particular hydraulic fracturing, is exempt from critical sections of the Clean Water Act, the Safe Drinking Water Act, and other laws designed to protect our water resources. That, combined with inadequate analysis of the impact on our water supply, render the draft RMP and its alternatives untrustworthy as viable options. #1])>
-<([#6 [37.2] Per the UFO, BLM did not map the area's hydrology, which makes it difficult for future project environmental impact statements to predict the impact of fracking processes on private and commercial water sources. The BLM has not determined how our springs and aquifers are fed and thus cannot predict how fluid mineral development and disposal will affect them. This lack of information poses too high a risk to our water, potentially affecting 30,000+ people in the valley. #6])>

<([#2 [37.4] -The draft RMP does not consider the cumulative effect that the level of fluid mineral extraction (drilling) outlined in the Reasonably Foreseeable Development Scenario will have on existing domestic and commercial water supplies, including springs, wells or surface irrigation water.
-BLM did not consider the permanent removal of water from the hydrologic cycle and that there are insufficient water supplies necessary to support fracking and other drilling operations, particularly in this period of persistent drought.
Because the BLM does not know the impact fracking will have on the quantity of our limited water, we risk loss to irrigation shares for the multiple irrigation ditches in the North Fork Valley. It is not right that leasing oil and gas companies might get the water they need while local landowners do not.
#2])>
<([#3 [30.3] RMP acknowledges the fact that "Delta County is home to the highest concentration of organic farms of any Colorado county" (4-459) but what of the risk of contamination to irrigation water and crops from:
-fracking chemical contamination of ground and surface waters
-damage to irrigation canal access and bridges
-airborne volatile organic compounds
-airborne silicates
-silting in of rivers and irrigation ditches
-increases in diesel exhaust from transportation, well, and compressor sites
What kind of damage will that cause to the organic agricultural products in this region? It would be devastating. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence and importance of this rare, unique and unrivaled agricultural area. Analyzing the effects of drilling and all the associated risks to our vineyards

and organic farming operations must be addressed in detail. #3])>

<([#4 [18.3] Safety
In addition to the lack of consideration for and understanding of the water supplies in our area, there is an alarming lack of attention paid to safety inspections once fracking is underway and to topographical damage due to fracking and fracking accidents.
-BLM did not consider lack of pipeline safety inspections. BLM failed to consult with the Pipeline Hazardous Materials and Safety Administration and failed to consider the potential impacts that an exemption from safety rules would have on human health, the environment, and wildlife. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration"

With a lack of provisions for necessary pipeline safety inspections comes the added risk of fires, contaminations, and other dangers to the area. To that end:

--BLM did not consider forest fire risks from pipeline explosions.

--Our planning area is often subject to drought conditions, in which fires can quickly get out control. The RMP states that "mineral resource development....would introduce additional ignition sources into the planning area, which...could increase the potential for high -- intensity wildland fires." (4-482) That is the extent of their mention of the issue, in their "unavoidable adverse impacts" section. We can avoid this dangerous risk by designating places where wildfires
are a risk as unsuitable for fluid mineral extraction.

-The draft RMP did not address possible environmental disasters caused by or affecting fluid mineral development. It is now known that wastewater injection wells cause seismic activity. There is no mention of this in the RMP. Even mild earthquakes can destabilize the infrastructure enough to cause an accident. BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers. Seismic activity could also increase potential for rockslides, which are already common in the area and can block the highway for days, causing significant financial losses both in cleanup and loss of business due to road closures. It is also possible that naturally occurring mudslides and avalanches could affect the safety and integrity of extraction infrastructure. The West Elk Mountains are geologically unstable and these issues should be mentioned in the RMP to provide a basis for future environmental impact statements to address these risks.
#4])>
<([#5 [18.3] Human Health
While researching hydraulic fracturing and what we currently know about the health impacts of living in an area where these activities are present, we want to point out that there is no indication that fracking and its associated processes can be done with a minimum risk to human health. Here is an August 2014 list indicating instances of national groups in government, academia and industry calling for more research on health effects of hydraulic fracturing:
http://mdehn.org/wpcontent/uploads/2014/12/calls_for_moreresearch.pdf

BLM_0157940

BLM failed to consider impacts of human health, and should have performed a comprehensive health impact assessment. Not only that, but BLM has not accepted new information in the past four years on the negative health impacts of proximity to fracking processes. There are many locations in the United States with hydraulic fracturing in place and ongoing research on health effects on both those living in close proximity to these wells and on the workers. While these investigations continue collecting and analyzing data, the best practice would be to avoid mineral rights leasing on public lands in the North Fork Valley until there is more definitive information about the effects of hydraulic fracturing on the health of the people living here and proper consideration of those effects prior to formulating the RMP. A conservative approach is best when dealing with the irreplaceable. #5])>

--Jerome Paulson, MD; Medical Director for National & Global Affairs; Director of the Mid-Atlantic Center for Children's Health & The Environment; Child Health Advocacy Institute, Children's National Health System and Professor of Pediatrics and of Environmental & Occupational Health George Washington University states in a public letter to the Secretary of Pennsylvania Department of Environmental Protection on June 30, 2014:

"In protecting children from environmental health hazards, it is essential to recognize that for many reasons children may be more exposed to environmental health hazards than adults in the same location. Moreover, children may have different outcomes than adults similarly exposed. For example, children breathe more air and drink more water per unit of body weight than adults do, Therefore, if the air or water are contaminated, the children will receive a higher dose than the adults. Children also live longer than adults. While that may seem self -evident, it is important in the environmental context because many outcomes of environmental exposures occur years after the exposure. If the delay between exposure and outcome is, for example, 40 years or more, as it may well be in terms of some of the chronic lung diseases of adulthood, if a 60 year old adult is exposed, s/he may not live long enough to develop the adverse outcome. A child, however, will, in all likelihood, live long enough to experience that adverse outcome."

In our estimation, the number of issues left unaddressed or inadequately addressed by the draft RMP render it unsuitable. And if all these issues (beyond the few mentioned here) were addressed and considered to their fullest implications, we believe that the best course of action would be a no -leasing alternative; however, the draft RMP does not even include a no -leasing alternative! Without having considered a no- leasing alternative, the draft RMP fails to fulfill its duty to consider the full range of reasonable management possibilities. Furthermore, development of hydraulic fracturing in the North Fork Valley is not a necessity for Colorado's oil and gas industry, so why threaten the existing economies built around organic farming and ranching?

Unintended Consequences

Finally, it is important to mention how easy it is for those on either side of the coin to list relatively immediate pros or cons to any plan, but we must not discount the fact that this RMP will guide us for the next 20-30 years, with fallout effects potentially lasting far beyond that. It is critical to evaluate any potential plan with that in mind. We are not opposed to progress and innovation, but it has to be done thoughtfully, with an eye toward future consequences and

BLM_0157941

protecting what is irreplaceable on this earth. There are prior mistakes made in this very country from which we should learn.

In 1837 John Deere invented a cast-steel plow that would "solve the problem" of farming the Great Plains. The "sodbusters" used this plow, strong enough to cut through the tough and deep roots of the native prairie vegetation, and in time, were successful in establishing millions of acres of wheat that was generally tolerant of variable weather. When the rain stopped, those rich native root systems of the prairie were no longer there to keep the soil together and protect against erosion.

In The Third Plate: Field Notes on the Future of Food, Dan Barber writes:

"The soil, naked, anchorless, and now dry, turned to dust and, in 1930 started to blow. Dust coated everything... Over the course of the next decade, our country's midsection heaved hundreds of thousands of years' worth of incomparably rich soil into the air. Some regions lost more than 75 percent of their topsoil. The decade came to be known as the Dirty Thirties, and it marks one of the worst environmental disasters in our history... Writers have spared no ink in making the case that the Dust Bowl era is a parable of man's hubris." (p58-60)

Quoting Wendell Barry's essay "The Native Grasses and What They Mean:"

"We came with visions, but not with sight. We did not see or understand where we were or what was there, but destroyed what was there for the sake of what we desired." (p60)

The point is, what began (and seemed like a great idea) in the late 1830s and beyond, didn't show its negative consequences until 1930, and those consequences were dire. When it comes to matters of the earth, we want to proceed with caution, learn from our past mistakes. We fear that those involved in the formulation of the RMP have not fully examined potential adverse implications, not only to the current generation but also to future generations. The North Fork Valley has a thriving organic farming community already established. Please do not allow poorly regulated energy development to endanger it.

Thank you for the opportunity to present our concerns and thank you for your time.

Sincerely,

Scot Milvenan


000187_SmithJ_20161024 Organization: Jean Smith
Received: 10/24/2016 12:00:00 AM
Commenter1: Jean Smith - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail

BLM_0157942

Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000187_SmithJ_20161024.htm  (000187_SmithJ_20161024-380683.htm  Size = 1 KB)
Submission  Text
Date:10/24/2016

Commenter:Jean Smith

Organization:

Email:jbeceteach@gmail.com

Address:

Phone:

Comment:
I am a frequent visitor to the Paonia Region. It is a treasure and should be treated as such. Please don't defile it with drilling rigs or other means of oil extraction.

Jean Smith

000188_WhiteL_20161020  Organization: Laurie White
Received: 10/20/2016 12:00:00 AM
Commenter1: Laurie White - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000188_WhiteL_20161020.htm  (000188_WhiteL_20161020-381167.htm  Size = 1 KB)
Submission  Text
Laurie White <lauriewhitelight@me.com>  Thu, Oct 20, 2016 at 1:39 PM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org

Dear BLM officials,
Living on the front range of Colorado during the intense development of fracked wells , we are witnessing the loss of
clean air in a large part due to methane from wells, and with that increased asthma rates. With

the exception of a few

individual land barons, and a relatively small number of workers for the energy corporations, we are receiving NO benefits from fracking and are virtually subsidizing the extraction industry through the loss of our viewshed, loss of clean air and water, open land access is diminished or lost, sage grouse habitat loss, antelope habitat loss, and a multitude of other keystone species who require prairie and open space. There are too few pristine agricultural and plains areas in Colorado left that have not been denuded by gas and oil roads, with wells belching filth into the valley air, ground water contamination just a matter of time, man made earthquakes in areas where there should not be shaking ground. I strongly urge you protect our public lands in Colorado from extraction and save them for our future generations.

Sincerely
Laurie White
970.690.7960
www.whitelightimage.com

000189_HornbackS_20161020  Organization: Stephen Hornback
Received: 10/20/2016 12:00:00 AM
Commenter1: Stephen Hornback - Montezuma, Colorado 80435 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000189_HornbackS_20161020.htm  (000189_HornbackS_20161020-380978.htm
Size = 1 KB)
Submission Text
Date:10/16/2016

Commenter:Stephen Hornback

Organization:

Email:hstephen21@gmail.com

Address:5255 Montezuma Rd., Montezuma CO 80435

Phone:

Comment:
Dear Uncompaghre Field Office Manager,

With the ongoing impact of population growth and the ever increasing tourism that is inevitable,

BLM_0157944

we must do everything now to protect every inch of free flowing water that we have.

Thank you,

Stephen Hornback


000189_RaleighC_20161010 Organization: Cameron Raleigh
Received: 10/10/2016 12:00:00 AM
Commenter1: Cameron Raleigh - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000189_RaleighC_20161010.htm (000189_RaleighC_20161010-381166.htm Size = 1 KB)
Submission Text
Date:10/10/2016

Commenter:Cameron Raleigh

Organization:

Email:cameron_raleigh@yahoo.com

Address:

Phone:

Comment:
Dear BLM Leadership,

I am writing to ask that you please stop the industrialization of the North Fork Valley and the Grand Mesa. My husband and I were driving on the East end of the Grand Mesa National Forest just days ago and were so saddened to see the pump jacks, pipe yards (some fenced and some just simply dumped in open fields) and oil tanks.

As a cancer survivor myself, we have moved to this area for the healthy living, the organic farms, clean air and beauty of nature unlike any where else. It is tragic to see these pristine and rare areas being ruined by this industrialization that has already claimed and ruined much of the natural landscape in our country.

Oil and gas development and fracking on public lands should not be permitted due to the risks to

BLM_0157945

public health of poisoning our food sources, polluting the air we breathe, and contaminating the water resources we depend on for life! <([#1 [21.1] A no leasing alternative is the only reasonable conclusion. A moratorium on oil and gas leasing should be imposed until rural gas gathering pipelines are regulated by the Pipeline Hazardous Materials and Safety Administration. #1])>
Sincerely,
Cameron Raleigh


000190_HarrisM_20161024  Organization: Mark Harris
Received: 10/24/2016 12:00:00 AM
Commenter1: Mark Harris - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000190_HarrisM_20161024.htm (000190_HarrisM_20161024-380979.htm Size = 1 KB)
Submission Text
Date:10/24/2016

Commenter:Mark Harris

Organization:

Email:m586264@aol.com

Address:

Phone:

Comment:
Dear Ms. Pfifer:

Climate change threatens our health, property, wildlife and national defense. And the federal government's fossil fuel resources are a big part of the problem.

The Uncompahgre region boasts the highest concentration of the state's organic farms, but the BLM plans to allow coal mining to continue at current levels for the next 10+ years.

The "social cost" of carbon pollution is already too high. Every plan proposed by the BLM for the Uncompahgre region would exacerbate this problem.

We can't allow the fossil fuel industry to continue decimating public lands at the expense of our future. More coal leasing, fracking and oil/gas drilling are not a viable energy solutions.

President Obama said, "we're going to have to keep some fossil fuels in the ground." Please propose a plan that would incentivize renewable energy.

Thank you for your consideration on this matter.

Sincerely,
Mark Harris


000191_SealingC_20161024  Organization:  Clee Sealing
Received: 10/24/2016  12:00:00  AM
Commenter1: Clee Sealing - Fruita, Colorado 81521
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000191_SealingC_20161024.htm  (000191_SealingC_20161024-380980.htm  Size = 1 KB)
Submission Text
Date:10/24/2016

Commenter:Clee Sealing

Organization:

Email:sealingc@acsol.net

Address:1670 N 1/2 Road, Fruita, CO 81521

Phone:970-858-9659

Comment:
Once again the environmental groups are asking members to ask you all to make changes to the area wide RMP that will guide your agency for the next 20 years. I'm not going to send in a form letter or plow through all that paperwork. I have another idea. Why don't you all sit down around the coffee bar and come up with a plan so that when you retire, walk out the door of the office and look at the the lands you have been charged with managing you can feel proud and happy with
the job you did and your kids will say thanks.

BLM_0157947

Cheers,

Have a Great Day Hawking
Clee Sealing
1670 N 1/2 Road
Fruita, CO 81521
sealingc@acsol.net
970-858-9659

000192_PattersonN_20161024  Organization:  Nissa Patterson
Received: 10/24/2016  12:00:00  AM
Commenter1: Nissa Patterson - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000192_PattersonN_20161024.htm  (000192_PattersonN_20161024-380981.htm
Size = 2 KB)
Submission  Text
Date:10/18/2016

Commenter:Nissa Patterson

Organization:

Email:nissapatterson@gmail.com

Address:

Phone:

Comment:
Dear Mr. Meyer,

I am writing with concern about the Uncompahgre BLM Draft Resource Management Plan.

My family has visited Paonia 4 times over the past 18 months – investigating it as a place for us to relocate from Albuquerque. Every time we visit it is increasingly clear this is the community for us. My husband owns a small business that he can bring with him and I have a background in managing health programs. We love the small town community, the clean environment and the focus on organic agriculture.

BLM_0157948

We visited again in early October and we were dismayed to find out the details about the RMP. We have seen the devastating affects of fracking in New Mexico and one of the things we loved about Paonia area was the lack of fracking.

My degree is in public health and fracking has clear health hazards- including the VOCs which are highly toxic to human health- particularly children. Not to mention the other chemicals used in the process- none of which belong in an agricultural environment.

Even the American Nurses Associating has passed a resolution stating, in part, that nurses should:

"Collaborate with others in calling for a national moratorium on new permits for unconventional oil and natural gas extraction (fracking) throughout the country until human and ecological safety can be ensured;"

http://www.nursingworld.org/MainMenuCategories/WorkplaceSafety/Healthy-Work-Environment/Environmental-Health/nurses-role-in-recognizingeducating-advocating-healthy-energy-choices.pdf


I respect nurses- when they say something is bad, it is bad.

Our family has decided to delay our moving plans pending the outcome of this decision. Please prevent the BLM from providing leases for fracking.

In concern,

Nissa Patterson MPH


000193_GanoraL_20161008  Organization: Lisa Ganora
Received: 10/8/2016 12:00:00 AM
Commenter1: Lisa Ganora - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000193_GanoraL_20161008.htm  (000193_GanoraL_20161008-380982.htm  Size = 2 KB)
Submission Text
Date:10/08/2016

BLM_0157949

Commenter:Lisa Ganora

Organization:

Email:lnganora@gmail.com

Address:

Phone:

Comment:
Dear BLM Folks,
The North Fork Valley is the agricultural gem of central Colorado. Our extensive and historically orchards, farms, and vineyards depend heavily on clean air and irrigation water. We have the highest concentration of organic farms in the state.

The North Fork is a Garden of Eden! Of all the places in our bountiful state where oil and gas development would be inappropriate, this is the most significant one!

Please consider that our state wealth is not only in petroleum development, but also in valuable argriculture, farming, and ranching and also in the tourism that brings people to the North Fork for Nature's beauty and bounty.

The No Lease option is the only logical path for the conservation of this unique resource which depends heavily on clean water and air. We have just purchased a small farm in the North Fork and would hate to see our new paradise ruined by innapropriate energy development.

And for the bigger picture, it has become scientifically obvious that more carbon dioxide in the atmosphere is the last thing we need. Global warming is already damaging our ecosystem. Let's put our energies into developing renewables like solar and wind now, before we ruin our planet for our children and grandchildren.

Respectfully,
Lisa Ganora


000194_AndersonS_20161002 Organization: Sandy Anderson
Received: 10/2/2016 12:00:00 AM
Commenter1: Sandy Anderson -,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali

Attachments: 000194_AndersonS_20161002.htm  (000194_AndersonS_20161002-380983.htm
Size = 2 KB)
Submission Text
Date:10/02/2016

Commenter:Sandy Anderson

Organization:

Email:samontrose@yahoo.com

Address:

Phone:

Comment:
Dear stewards of our public lands,

I am strongly opposed to allowing oil and gas leasing on public lands in the North Fork Valley of
Delta County. Because of the clean air, water, and soil in this valley, this is one of the largest
concentrations of organic farms in Colorado.

Oil and gas extraction is causing numerous serious long-term damaging effects on the
environment. A serious number of earthquakes attributed to fracking are occurring in many parts
of our country, such as Oklahoma and the Dallas area of Texas, among others. Water pollution,
air pollution, and ground pollution are serious issues where these industries are operating.

<([#1 [5.6] From what I understand, BLM did not analyze the impacts of hydraulic fracturing
and multi-drilling technologies, the impact of unregulated gas gathering pipelines, extreme
weather effects on pipelines, removing water from the hydrologic cycle, injection wells and the
potential for earthquakes and contamination of aquifers, ozone levels, community source water
protection, the impact of the pollution on wildlife, the human health impact, the impact on local
real estate or the organic agricultural economy, or many other crucial aspects.
#1])>
Let's quit looking at short-term financial interests of a few, and look the long term effects. For so
long, our public lands have been given or leased to under regulated industries, such as mines. A
few people made huge profits, many people working for them made small amounts of money,
often at the cost of their health. But our public lands were seriously harmed for the long term,
and we tax payers are the ones who are living with the polluted land, water, and air, and are
footing the bill for the cleanup.

Please do thorough research on all of the areas of concern listed above. The health of our
citizens, our land, our air, our water above and below ground, our natural resources, including
wildlife, and our future generations depend on your careful diligence!

Thank you,

BLM_0157951

Sandy Anderson

000195_FrazierP_20160923  Organization:  Paul Frazier
Received: 9/23/2016 12:00:00 AM
Commenter1: Paul Frazier - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000195_FrazierP_20160923.htm  (000195_FrazierP_20160923-380984.htm  Size = 1 KB)
Submission Text
Date:09/23/2016

Commenter:Paul Frazier

Organization:

Email:paulalanfrazier@gmail.com

Address:

Phone:

Comment:
Hello,

My family and I are residents of Delta county. We work hard to make positive impacts in our community as we farm our thirty acre farm and orchard. We chose to live here because of the variety of wonderful natural resources and rural lifestyles for ourselves, children and grandchildren.

We do not approve of further oil and gas developments on BLM land, as this would certainly impact the natural beauty, atmosphere, and cause us and our families to vacate the community.

Thanks for your consideration of our opinions.

Paul Frazier

000196_RodriguezJ_20160831  Organization:  Joyce Rodriguez
Received: 8/31/2016 12:00:00 AM
Commenter1: Joyce Rodriguez - Delta, Colorado

Organization1:
Commenter2: Rudy Rodriguez  - Delta, Colorado
Organization2:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000196_RodriguezJ_20160831.htm  (000196_RodriguezJ_20160831-380985.htm
Size = 1 KB)
Submission Text
Date:08/31/2016

Commenter:Joyce Rodriquez; Rudy Rodriguez

Organization:

Email:joyru2@msn.com

Address:Delta, CO

Phone:

Comment:
<([#1 [32.1] The open riding area just north of the Trap Club in North Delta needs to be kept
open. This area is used to train riders close to home and it needs to keep an open area #1])> . Our
boys learned to ride there along with many friends. Many come back to ride there again.

Thank you,

Joyce and Rudy Rodriguez
Delta, CO


000197_HinesC_20161018  Organization: Cynthia Hines
Received: 10/18/2016 12:00:00 AM
Commenter1: Cynthia Hines - Crawford, Colorado 81415 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali

BLM_0157953

Attachments: 000197_HinesC_20161018.htm  (000197_HinesC_20161018-380986.htm  Size = 3 KB)
Submission Text
Date:10/18/2016

Commenter:Todd Hines; Cynthia Hines

Organization:

Email:mccowgirl331@gmail.com

Address:1246 7745 Road, Crawford, CO 81415

Phone:

Comment:
<([#1 [30.3] I am opposed to oil and gas leasing on public lands in the North Fork Valley because of the devastating effects the industrialization of this area will have on our efforts to build a sustainable economy based on:

Agriculture - the NFV has the highest concentration of organic farms and orchards in Colorado, is a designated American Viticulture Area, is home to ranches that produce heritage beef, pork, lamb and poultry, as well as goat milk and cheese products.

Tourism and Recreation - The NFV has unparelled beauty and clean soil, water and air that attract thousands of visitors each year, contributing significantly to the local economy. Our open space and lack of traffic congestion will be severely compromised by well pads and the light, deafening noise and large vehicle traffic associated with fracking.

Hunting and Fishing - The NFV is home to numerous gold medal fishing streams and extensive big game hunting. Generations have visited the NFV year after year to pursue these activities, generating a significant portion of the local economy. Many ranches are dependent upon the revenues generated by these activities and could not remain in existence without them.

THE BLM did not consider the significant financial contributions to the local economy from the above activities. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledged the existence of these crucial sources of revenue and therefore did not analyze the effects drilling would have on them. This is a total abdication of the BLM's responsibility to protect the public from the negative effects of oil and gas activities.

The NFV economy is an unique combination of the perpetuation of multi-generation, homesteaded ranches, hunting and fishing and more recent heritage and organic farming and eco-tourism. Not only are these activities generating a sustainable economy for the NFV, they perpetuate our highly valued way of life. A hard-look analysis at the risks posed by oil and gas operations can only lead to the conclusion that a no-leasing alternative is the only alternative that serves

BLM_0157954

the economic interests of the North Fork Valley. #1])>

Sincerely,

Cynthia Hines
1246 7745 Road
Crawford, CO 81415

000198_RaleighC_20161010 Organization: Chuck Raleigh
Received: 10/10/2016 12:00:00 AM
Commenter1: Chuck Raleigh - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000198_RaleighC_20161010.htm (000198_RaleighC_20161010-381165.htm Size = 2 KB)
Submission Text
Date:10/10/2016

Commenter:Chuck Raleigh

Organization:

Email:chasraleigh@yahoo.com

Address:

Phone:

Comment:
Dear BLM Leadership,

On a recent drive through the East end of the Grand Mesa, my wife and I were heart broken to see the landscape of this beautiful, unique and rare national forest, being ruined by huge oil tanks, pump jacks, and pipe yards. Our national forests are supported by public tax payments and to be preserved for the public to use to enjoy the beauty of nature, not industrialization that is already over done in so many other areas across this country.

Oil and gas development and fracking activities should NOT be permitted on public lands. The

risks to public health have the potential to poison our food, pollute the air we breathe, and contaminate the water resources that we and the wildlife depend upon for life.

<([#1 [21.1] There must be no lease alternatives for oil and gas operations including fracking technologies and large scale industrialization.

A moratorium on oil and gas leasing should be imposed until rural gas gathering pipelines are regulated by the Pipeline Hazardous Materials and Safety Administration.
#1])>
The North Fork Valley, it's organic farms and the Grand Mesa are relied upon for health, wellness, fresh air and clean living. This special place is one of the few left, where these priorities are offered and attainable.

Please do not allow it to be ruined!

Sincerely,
Chuck Raleigh


000200_KenosianM_20161014  Organization: Mary Kenosian
Received: 10/14/2016 12:00:00 AM
Commenter1: Mary Kenosian - Eau Claire, Wisconsin 54701
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000200_KenosianM_20161014.htm  (000200_KenosianM_20161014-381168.htm
Size = 5 KB)
Submission Text
Date:10/14/2016

Commenter:Mary Kenosian

Organization:

Email:marlokeno@gmail.com

Address:416 E. Tyler Ave., Eau Claire, WI 54701

Phone:

Comment:
Dear BLM-UFO Staff and RMP Comment Team,

Thank you for extending the time for public comment on this vital issue.

Please fully consider the issues raised in these comments on the Uncompahgre Field Office draft Resource Management Plan. As presented, none of the alternatives offer the level of protection these lands warrant, that communities and the public in your planning area have specifically asked for and favored, and which federal law requires.

This will impact our lives, as we often choose the proposed lease area in our vacation plans. We honeymooned here in 1982 and have come back often since. We won't go back to this area that we love if we have to put up with the noise, traffic, stink and pollution of the oil and gas industry.<([#4 [30.3] In addition to the environmental impacts, there is insufficient consideration of the long-term economic impact to the region.
#4])>
I know what it's like, for in my native Pennsylvania, fracking has driven off wildlife and despoiled areas that used to be great camping and hunting areas. Drilling has made some well water and groundwater undrinkable. Court ruling listed below, along with some other health concerns. A lot of good hunting, fishing, and camping is disturbed in Pennsylvania, some fouled. I don't go back to these places.

-<([#1 [18.2] See the Reuters article about this PA court case: http://www.reuters.com/article/us-pennsylvania-frackingidUSKCN0WC2I8 . The headline for that article: "Pennsylvania Families Win 4.2 Million in Fracking Lawsuit." You don't want to go fishing near Dimock, either, from experience.

-A health concern: Please see the study from Johns Hopkins that shows a 40% increase in http://hub.jhu.edu/2015/10/12/fracking-pregnancy-risks/

-Another health impact-Asthma Exacerbations. Here is a study from Sept. 1st, 2016 from the National Institutes of Health: https://www.ncbi.nlm.nih.gov/pubmed/27428612

-Another health concern, "This study provides evidence that UNGD is associated with nasal and sinus, migraine headache, and fatigue symptoms in a general population representative sample." Abstract from the NIH, full article in Journal of the American Medical Assn., Internal Med. Link: https://www.ncbi.nlm.nih.gov/pubmed/27561132

-In addition, there are many other concerns. How much GHG emission will come from drilling 30,000 acres? As the United States has signed the Paris Treaty, clearly it is incumbent upon the BLM to ascertain the effects of this drilling on $CO_2$ and methane emissions. The Jet Propulsion Laboratory and NASA have already documented large GHG emissions in the 4 corners area: http://www.jpl.nasa.gov/news/news.php?feature=6591
#1])>
-What is the economic impact of this industry on hunting and tourism?

-Plus, what will water use and habitat fragmentation do to the Gunnison sage grouse, designated threatened, and other species, some listed on both the current & the proposed critical habitat map

of the USFWS?  Screenshot below

<([#3 [5.3] Specifically,  the final Resource Management Plan should:

-Include a no-leasing alternative, to adequately evaluate the full range of reasonable management plans.

-Include a sub-alternative for each alternative (A1, C1, D1) as was created for Alternative B, so the North Fork Alternative Plan can be properly evaluated against each proposed alternative. #3])>

<([#5 30.3] -I expect a full exploration of health issues, including the latest peer-reviewed studies. I expect consideration of the Dimock judicial award for water pollution damages and ruling. I expect a study of GHG emissions with regard to Paris Treaty impact, which the US has now signed. And I expect a thorough exploration of the economic impacts on farming, organic farming, tourism, and other money-generating recreational activities.

-I expect a study of the socio-economic impact on the communities of the region. #5])>

<([#2 21.1] Without having considered a no-leasing alternative, nor considering how the North Fork Alternative Plan would be carried out if included in the preferred alternative, the draft RMP fails to fulfill its duty to consider the full range of reasonable management possibilities. #2])>

I love this area. We've been there often for 35 years. And I've seen what the boom-bust cycle has done to other areas of the US affected by fracking, especially Pennsylvania. Short-term gain for a few companies, and some workers, and then-well, take a look at N. Dakota. Life was good, now they've got a huge bill for infrastructure, and vacant housing and ghost man-camps. Bust, and a mess is left. Changed for the worse for decades, perhaps longer.

Thank you for your attention to this matter.

Sincerely,
Mary Kenosian
marlokeno@gmail.com

000201_Garth_20160929  Organization:  Garth
Received: 9/29/2016  12:00:00  AM
Commenter1: Garth - ,
Organization1:
Commenter Type: Individual
Classification:  Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000201_Garth_20160929.htm  (000201_Garth_20160929-381169.htm  Size = 1

KB)
Submission  Text
Date:09/29/2016

Commenter:Garth

Organization:

Email:fullcurlram@yahoo.com

Address:

Phone:

Comment:
I am firmly  against ANY new legislation  proposals by BLM re historic,  existing  dirt access roads
to close or otherwise "micro-manage"  our Federal lands!!

I am firmly  against BLM issuing  any new regulations  that would  affect discharge of firearms on
OUR PUBLIC LANDS.

Increase in personnel  hiring  IS NOT JUSTIFIED  IN ORDER TO NOT LOSE FEDERAL
GRANTS!! If anything  you should  be cutting  back on personnel  hiring!

Sent from my iPhone

000202_FosterM_20160926  Organization:  Mike Foster
Received: 9/26/2016  12:00:00  AM
Commenter1: Mike  Foster - Grand Junction,  Colorado  81506 (United  States)
Organization1:
Commenter Type: Individual
Classification:  Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000202_FosterM_20160926.htm  (000202_FosterM_20160926-381170.htm  Size =
1 KB)
Submission  Text
Date:09/26/2016

Commenter:Mike  Foster

Organization:

Email:mfoster@cbcworldwide.com

Address:639 Pineneedle Ct., Grand Junction, CO 81506

Phone:

Comment:
Dear

I am writing today to ask you to protect the economic integrity of public lands in western Colorado's Uncompahgre region.

The Draft RMP should not lock up public lands with important mineral potential.

<([#1 [20.1] Specifically, I urge the BLM to:

•Reduce the area with wilderness characteristics in the final RMP, particularly excluding the Adobe Badlands unit, the Lower Tabeguache unit and the Shavano Creek unit.
#1])>
I urge you to maximize multiple use and protect mineral assets in order to ensure wide access and economic vitality for future generations.

Thank you.
Mike Foster
639 Pineneedle Ct.
Grand Junction, CO 81506


000203_JanzenP_20160926 Organization: Paul Janzen
Received: 9/26/2016 12:00:00 AM
Commenter1: Paul Janzen - Montrose, Colorado 81403 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000203_JanzenP_20160926.htm (000203_JanzenP_20160926-381171.htm Size = 1 KB)
Submission Text
Date:09/26/2016


Commenter:Paul Janzen

Organization:

Email:paul@intermountainfunding.com

Address:62213 Charolais Dr., Montrose, CO 81403

Phone:

Comment:
Dear

Colorado's economic future is greatly aided by protecting our public lands. These are the resources that will bring in tourist and recreation dollars long after the mineral and gas resources have been plundered. I urge the utmost protection is given to our irreplaceable natural lands.

Thank You,

Paul Janzen
62213 Charolais Dr.
Montrose, CO 81403

000204_MabryK_20161024  Organization: Kate Mabry
Received: 10/24/2016 12:00:00 AM
Commenter1: Kate Mabry - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000204_MabryK_20161024.htm (000204_MabryK_20161024-381172.htm Size = 2 KB)
Submission Text
Date:10/24/2016

Commenter:Kate Mabry

Organization:

Email:kate_mabry@bellsouth.net

Address:

Phone:

BLM_0157961

Comment:
Hello Gina:

Thank you for your reply regarding fracking. Having lived in Southern Colorado with existing coal-bed methane wells on our 100 plus acres and listening as well as witnessing neighbor's first hand experiences, I am not in favor of continued fracking in the U.S. for several reasons that follow:

1) It has been SCIENTIFICALLY proven that fracking harms the unborn leading to death for newborns. This happened to my dear neighbors in Colorado;

2) Fracking due to all the many chemicals pumped into the ground has been scientifically proven to contaminate underground water;

3) The character of the gas company's employees is questionable as many are addicted to drugs...simply ask their safety officers, as our neighbor was one; and

4) When fracking wells, it was my experience to see firsthand that the employees smoke at the well site during high fire danger warnings, the company did not provide a Port-a-Potty for their employees who subsequently used our forest to relieve themselves for a week before I discovered this health and safety violations, and they lied, when failing to show up for a meeting w/me to discuss their infractions. They called the local sheriff deputies to silence me which in turn backfired upon them as the operation was shut down until they were in compliance w/health and safety regulations (federal, state, county).

As you can see, as a former resident of Colorado and employed as a federal park ranger I understand that BLM serves as a public steward of our treasured public lands. IT is PAST TIME to utilize common sense and sound scientific studies when making important decisions on managing these public lands for future generations. I ask you to cease leasing any public lands to oil and gas companies until they can prove that their methods of extracting gas and oil DOES ZERO damage to the environment and no longer threatens the health and safety of the public.

I look forward to hearing from you personally soon.

Thank you,
Kate Mabry


000205_noname_20161024 Organization: Barb
Received: 10/24/2016 12:00:00 AM
Commenter1: Barb - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique

BLM_0157962

Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000205_noname_20161024.htm (000205_noname_20161024-381173.htm Size = 1 KB)
Submission Text
Date:10/24/2016

Commenter:Barb and Dini

Organization:

Email:msreeco81@gmail.com

Address:

Phone:

Comment:
Please don?t just give lip service.

Our environment is already under siege and you have the power to stop any and all oil and gas leasing on public lands.

Really consider all the ramifications IF you do allow this to happen.

I strongly support that NO leasing on public lands in the North Fork Valley take place. DO THE PROPER THING AND PUT A STOP TO ANY LEASING OF ANY KIND AND DO NO HARM TO OUR HABITAT.

000206_Kleinman_20161025 Organization: Amber Kleinman
Received: 10/25/2016 12:00:00 AM
Commenter1: Amber Kleinman - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000206_Kleinman_20161025.htm (000206_Kleinman_20161025-381174.htm Size = 9 KB)
Submission Text
Date:10/25/2016

Commenter:Amber Kleinman; Judd Kleinman

BLM_0157963

Organization:

Email:alchemyamber@gmail.com

Address:

Phone:

Comment:
Dear Teresa Pfifer,

The Uncompahgre Field Office in Montrose Colorado is updating their Resource Management plan for the North Fork Valley. I would like to weigh in on the future plans for the public land surrounding us.

I have been a home owner in Paonia since 2008. We had the fortune of buying a home in the Pan American subdivision which is at the entrance to Jumbo Mountain trails. This daily access to the trails has become my favorite part of the day. The Jumbo Mountain area is the natural spot for a Special Recreation Management Area. This area is already used in this way by the people who live here. Just minutes from town, our community enjoys the quiet expanse to see a sunset, or a brisk walk to check the snow line. It encourages mental and physical wellness. In this natural, unaltered environment, we enjoy the clear view of the mountains and the clean air to breathe. This area should be spared from industrial development, and protected for the use of the people. Living at the base of the access, I see many people walking dogs, riding horses, running, and biking up to the trails every day. I am a member of COPMOBA and our local TAG (Trail Advocates Group), I also host a meet up ride from our house on Sundays. We would like to see the trail system developed and expanded further into the BLM land. This could be a boon for our local economy. Being a mountain biker who travels to ride trails, I know this would draw other bikers to visit. There are also other areas of interest for recreational development in our area - Young's Peak near Crawford, Elephant Hill, Lone Cabin Road, McDonald Creek, and C Hill. Colorado is leading the nation in recreational economy. These areas should be put aside for recreation and would be an asset for our town and for the future of our recreational economy. Industrial development is not compatible with this recreational use and should not be allowed to exist on or around Jumbo Mountain.

<([#1 [37.1] BLM land surrounds the springs that supply our drinking water and the land between Paonia and our water source. This land should be removed from consideration for oil and gas leasing. I was on town council for 4 years and have come to understand how these springs collect water and the fragile nature of the pipes that convey that water to our town. Bell Creek area and L 30 Dr should be off limits to drillling as it is too close to the town water supply. This steep and unstable area is not appropriate for drilling. Any activity of this nature would increase chances that our domestic water would be contaminated during exploration or in the future. We aren't assured by the federal government regulations since hydraulic fracturing has been exempt from the clean air and clean water act. In addition, rural pipelines are exempt from federal regulation as well. With no local control and no federal regulation, our safety is in the

hands of the oil companies and the handful of inspectors that cover this half of the state. In order to protect our drinking water the final RMP must include all buffers and oil and gas restriction recommendations in the Source Water Protection Plan and the North Fork Alternative B1. #1])>

<([#6 [14.1.1] There should not be any drilling around Roeber State Wildlife Area. This area is designated as critical habitat by the Division of Wildlife for mule deer. Any human disturbance could disrupt wildlife calving and migration. #6])>

<([#7 [37.1] The irrigation water that supplies so many farmers in this agricultural area should be protected from drilling as well. The irrigation watershed includes the corridor that runs down from McClure Pass, Jumbo Mountain, Elephant hill, Stevens Gulch, Garvin Mesa, Pitkin Mesa, Stewart Mesa, Bone Mesa, Terror Creek Reservoir, Bell creek, Elephant hill, and Lone Cabin reservoir. There should also be a set back from Lone Cabin Ditch and reservoir. Our water resources should be at least 1/2 mile from oil and gas exploration to remain untainted. Also surface occupancy should be prohibited within the 100 year flood plain. Any contamination that spills over from drilling operations would jeopardize the organic certification of many of our farms. Paonia has the highest concentration of organic farm in the state. #7])>

It is in the interest of our town and the people that live here to preserve and enhance the beauty that is here. The BLM's preferred alternative would negatively impact the scenic beauty of this valley. <([#8 [30.3] The management of the public land around us should enhance the opportunities that exist in the North Fork Valley by maintaining the current visual and scenic resources,the clean air and water, and the non industrialized viewscape. Looking at the mountains around our town gives me peace. To see them lit up with drill rigs would feel polluted and ruin the appeal of our little town. When people see drilling operations they assume our environment is polluted. This does not have to be true to negatively effect the price of property, the sale of organic food, or the boom of agritourism in our valley. The presence of hydraulic fracturing allows one industry to unfairly endanger all others. Presently we have an active real estate market in our valley. Home sales and prices increased after the last BLM lease deferral. Many people moved here because they saw a strong community willing to stand up to the oil and gas industry. I am grateful every day for this pristine environment with clean water, clean air, and incredible scenic beauty. The industrialization of this valley would destroy the economy currently based on healthy farming, ranching, ecotourism, recreation, hunting, fishing and all related small businesses.

The North Fork Valley is in the heart of the West Elk Scenic Byway. The West Elk Wine trail relies on the undeveloped public land in and around our valley. The Garvin Mesa wine loop should be removed from oil and gas leasing. This is a popular tourist attraction which would lose value with drill rigs to look at. The roads in this area are steep and primitive. Increased truck traffic up and down the mesa would be dangerous and deter tourism to the many established wineries in the area. No surface occuancy should be allowed in this area to preserve the already established businesses and the viewscape. This includes Farmers Mine Road, Garvin Mesa Road, and 4175 Drive. #8])>

<([#3 [27.1] Stevens Gulch is a winter recreation retreat for this area. Many cross country skiers use the powerline road and Steven Gulch Road to get out on the snow and get some exercise in

the clean air. Its close proximity town encourages winter recreation for snow shoeing and snowmobiles as well. Stevens Gulch Road should remain clear of Drilling operations. #3])>

The North Fork Valley has the highest concentration of organic farms in the state. We are Colorado's farm-to-table capital. We provide much of the fresh produce sold in farmers markets in Aspen, Telluride, and everywhere in between. There are many established farms, orchards, ranches, and vineyards that would be tarnished with the presence of oil and gas drilling around them. There are few places left in the country where organic farms are not within 8 miles of a gas well. Agritourism relies on the character inherent in a place- clean air, clean water, and a clear viewscape. Agriculture is the dominant economy in our valley and needs to be protected for our viable economic future.

It is widely known by now that wastewater injection wells can cause earthquakes when not done properly. The seismic activity caused by deep injection wells is of concern around Paonia Reservoir because this dam is compromised and the road around the dam has frequent rockslides. If there were any movement around the reservoir and the dam were to break, the result would be a catastrophe. Not only would it flood the valley but the resulting load of silt that has collected in the reservoir would suffocate the rich farmland downstream and ruin the fertile soil for the foreseeable future. This would obviously be an environmental and economic disaster and should be carefully considered before any injection wells are allowed in the area.

The evidence is compelling that there are very real health concerns associated with the presence of drilling in an area. Contaminants in the air and water do effect the people near drilling sites and compromise their health. More reserch needs to be done in this area if only the oil and gas companies would comply. The 'proprietary' chemical mixes they use need to truly be analyzed for their health effects.

I would like to thank you for updating the RMP and for safeguarding all the resources in the North Fork Valley. Out of the millions of acres that the BLM is entrusted to manage, the 0.7% of the BLM land that surrounds us deserves protection from industrialization. I would ask you to implement the North Fork Alternative Plan B1. This locally driven proposal ensures protection for the Gunnison watershed, protects farmers, and public health. This plan provides appropriate protection for key resources, land uses, and the values we hold dear.

Sincerely,

Amber & Judd Kleinman

000207_MammoserL_20161026 Organization: Laurence Mammoser
Received: 10/26/2016 12:00:00 AM
Commenter1: Laurence Mammoser - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail

BLM_0157966

Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000207_MammoserL_20161026.htm  (000207_MammoserL_20161026-
381175.htm  Size = 1 KB)
Submission  Text
Date:10/26/2016

Commenter:Laurence  Mammoser

Organization:

Email:larrym7000@gmail.com

Address:

Phone:

Comment:
The use of Public Lands for recreational use MUST have the HIGHEST PRIORITY!!!

Once public  recreational use is lost, it is LOST FOREVER.

http://www.telluridenews.com/news/article_c848dfce-9b03-11e6-844d-0f7b73d8dcb1.html

Laurence Mammoser
The Pacific NW


000209_BaldwinS_20161020  Organization:  Susan Baldwin
Received: 10/20/2016  12:00:00  AM
Commenter1: Susan Baldwin - Placerville, Colorado 81430  (United States)
Organization1:
Commenter Type: Individual
Classification:  Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000209_BaldwinS_20161020.htm  (000209_BaldwinS_20161020-381176.htm  Size
= 1 KB)
Submission  Text
Date:10/20/2016

Commenter:Susan  Baldwin

Organization:

Email:susanskybaldwin@gmail.com

Address:PO Box 431, Placerville, CO 81430

Phone:

Comment:
Dear Field Manager and Staff:

I want to express my support for a final resource management plan that recognizes the value in protection of sensitive and ecologically important areas be they for wildlife, wild and scenic areas, recreation, or farming. More specifically that these areas would be off-limits to energy development.

I know you are requesting specific comments on specific areas but that would be like "sticking my finger in the dike when the dam is in question". I have been a local resident of Montrose county since 2004 and have just recently moved into San Miguel county. I live, recreate, farm, and work here because of the quality of life I am able to have due to the extensive public lands and available irrigation water. If these public lands are not protected for future generations of farmers, wildlife, and recreation it will be a travesty, because that is where the real value is.

Sincerely,

Susan M. Baldwin
P.O. Box 431
Placerville, CO 81430


000210_SteffensK_20161004 Organization: Kris Steffens
Received: 10/4/2016 12:00:00 AM
Commenter1: Kris Steffens - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000210_SteffensK_20161004.htm (000210_SteffensK_20161004-381177.htm
Size = 1 KB)
Submission Text
Date:10/4/2016

BLM_0157968

Commenter:Kris  Steffens

Organization:

Email:ksteff@gojade.org

Address:

Phone:

Comment:
As an American citizen,  voter and taxpayer…..I strongly object to your proposal to further
restrict target practice on public lands.  After reading  through the documents and comments I find
that your proposals –B and D, are well beyond the scope of your assumed management  powers. I
am 63 years old and I was raised hunting  and target shooting  on public lands and now my
husband and I have raised 4 children  and 9 grandchildren  to respect and appreciate and utilize
those same rights.  It is nothing  short of arbitrary on your part to assume any further rights  to
restrict than what has already been restricted under A and C.

Is it any wonder that there is a strong sentiment  building  in this year's election….as further
evidenced by this proposed abuse of power on behalf of the Federal Government??

Kris  Steffens

000211_HuntG_20161016  Organization:  Graeme Hunt
Received: 10/16/2016  12:00:00  AM
Commenter1:  Graeme Hunt - ,
Organization1:
Commenter  Type: Individual
Classification:  Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000211_HuntG_20161016.htm  (000211_HuntG_20161016-381178.htm  Size = 1
KB)
Submission  Text
Date:10/16/2016

Commenter:Graeme  Hunt

Organization:

Email:graemehunt90@gmail.com

BLM_0157969

Address:

Phone:

Comment:
Dear Sir or Ma'am,

Shooting is a very important sport for me and my family, it is something that we all love and that we can do together. It brings our family closer together and one of the rare hobbies that we ALL actually enjoy. We love to go camping and shoot together during our holidays. We do not have our own land that we can shoot on and that is why public land is so important to us and many other Americans who cannot afford to own land.

It is how we unplug from from our iPads and cell phones and actually do more bonding, something becoming rarer and rarer these days for my family and many American families, maybe even your own family. I know that there are many people like me who feel the same way.

Please reconsider your closing off of 70,000 acres of public lands for shooting. Please keep it open for your fellow Americans and their families who love to sport shoot.

Thank you,

Graeme Hunt


000213_PearsonM_20161025  Organization: Mark Pearson
Received: 10/25/2016 12:00:00 AM
Commenter1: Mark Pearson - Durango, Colorado 81301 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000213_PearsonM_20161025.htm  (000213_PearsonM_20161025-381179.htm
Size = 12 KB)
Submission Text
Date:10/25/2016

Commenter:Mark Pearson

Organization:

Email:mpearson@frontier.net

Address:560 Clear View Road, Durango, CO 81301

Phone:

Comment:
Dear BLM,

I have writing to offer comments on the Uncompahgre Resource Management Plan. I have been visiting areas throughout the Uncompahgre Field Office for over 35 years.

I am pleased to see the RMP's focus on protecting some of the key landscapes in western Colorado, particularly those on either flank of the Uncompahgre Plateau and along the Dolores River Canyon. The undeveloped landscapes including and surrounding Roubideau Creek and Tabeguache Creek are among the most remarkable in Colorado, a fact that was recognized by Congress in 1993 when the two areas received legislative protection. I will offer comments focused on these and other specific geographies within the planning area.

One element I want to compliment BLM for is the identification of Ecological Emphasis Areas. This is a significant step in recognizing the importance of maintaining habitat connectivity across portions of the planning area currently undeveloped or with only scant evidence of human activity.

Roubideau Creek

Roubideae Creek is one of the longest wilderness watersheds in all of Colorado, extending 20 miles from the spruce-fir and aspen forests at the very top of the Uncompahgre Plateau clear down through to the greasewood desert near the Gunnison River. There is no other similar undeveloped and unfragmented watershed anywhere else on the Uncompahgre Plateau, though certainly some other canyon systems such as Dominguez are extaordinary in their own right. But Roubideau is truly one-of-a-kind, hence my sincere appreciation for BLM's recognition of this fact in its various plan components proposed to protect and enhance the watershed's wild nature. Specifically:

-<([#5 [20.1] I concur with the BLM's identification of the lands adjacent to Camel Back WSA as possessing wilderness character. These tributary canyons of Monitor Creek and Potter Creek are an inseparable component of the wilderness character of the larger Roubideau watershed #5])> .

<([#8 [39.1] -I am pleased to support BLM's recommendation as suibable for Wild and Scenic River designation of Roubideau Creek, Monitor Creek, and Potter Creek. As the RMP notes, these creeks possess outstandingly remarkable values in the form of riparian vegetation communities, recreation, wildlife, and cultural values. Roubideau Creek offers one of the most unusual recreation experiences in Colorado owing to it's extraordinary ecological transition from barren desert to lush montane forest, and its large, perennial flows amidst cottonwoods and willows. #8])> I first hiked Roubideau in 1984, and most recently returned in 2015 for an extended hike along the length of the canyon.

BLM_0157971

-The proposed Roubideau Corridors ACEC provides further confimation and administrative protection for the values identified along the stream corridors.

-BLM's application of its Ecological Emphasis Areas concept to the Roubideau/Monitor/Potter creeks region is an additional significant plan component. The Roubideau watershed is the perfect case example for the intended purpose of Ecological Emphasis Areas to preserve continuity of habitats, vegetation communities, and native wildlife. The NSA leasing determination that underlies the Ecological Emphasis Area is important to achieving this intended management outcome.

Tabeguache Creek

Tabeguache Creek is effectively Roubideau's partner on the western flank of the Uncompahgre Plateau. Although the legislative protected area does not extend quite as far as Roubideau in terms of ending at some distance from the San Miguel River, it is an equally remarkable undeveloped watershed. The BLM's component includes the exit of the creek through a narrow canyon of Wingate sandstone walls above towering ponderosa pines into a broader valley dominated by cottonwoods and willows. <([#1 [20.1] While the RMP proposes some additional management recognition and attention to the Tabeguache region, it is not nearly as complete or as protective as that proposed for Roubideau. Specifically:

-There is an expansive area analyzed for its wilderness character adjacent to Tabeguache, and proposed for identification in Alternative B. I encourage BLM to reconsider its decision not to manage these units (Lower Tabeguache and Chavano Creek) for maintaining their wilderness character.

-BLM's preferred management approach to the area surrounding Tabeguache is only to designate it as an Ecological Emphasis Area, apparently in lieu of managing for wilderness character. While this might be an appropriate alternative, it falls short in terms of protective management. The RMP proposes that the Tabeguache Ecological Emphasis Area be left available for surface disturbing oil and gas development, as contrasted with the strict NSO proposed for the Roubideau Ecological Emphasis Area. I strongly encourage BLM to institute NSO stipulations for the Tabeguache Ecological Emphasis Area in recognition of its wilderness character as well as to ensure protection of habitat continuity. #1])>

<([#6 [9.1] -The preferred plan also fails to designate the proposed Tabeguache ACEC, which is another reason to support stronger mineral leasing stipulations such as NSO in the alternative. #6])>
-<([#2 [39.1] The RMP's preferred alternative proposes a portion of Tabeguache Creek as suitable for designation under the Wild and Scenic Rivers Act. I heartedly agree that the few miles within the special management area qualify as a wild segment, but I would add recreation to the list of outstandingly remarkable values. The informal trail along the creek provides an uncommon opportunity to experience a lower elevation, undeveloped riparian corridor as it transitions from cottonwood/will ecosystem to a riparian forest with abundant, large ponderosa pines. BLM has previously characterized the primitive recreation opportunities along

Tabeguache Creek as outstanding in its original identification of the area as a WSA in 1980, and when recommending it for wilderness designation in its 1991 wilderness study report.

-I urge BLM to reconsider its determination not to recommend the lower segment of Tabeguache Creek as suitable for wild and scenic designation. This segment possesses outstanding remarkable cultural as well as vegetative values, and even with a minority of the stream segment in private ownership, BLM can still manage its majority share of the stream corridor to maintain the wild and scenic values. #2])>

Dolores River Canyon

The Dolores River Canyon is one of America's most remarkable scenic recreational wonders. The river carves a canyon of national park caliber, and if only there existed a reliable flow would be one of the two or three most popular wilderness recreation rivers in the West. BLM's proposed plan includes a number of important protective actions to ensure the scenic, ecological, and recreation values of the Dolores and key tributaries are enhanced and perpetuated. Specifically:

-<([#7 [39.1] I strongly support the recommendation as suitable for wild and scenic designation of various segments of the Dolores River and La Sal Creek. The Dolores River segments include the last portion within the WSA, and as well as the scenic canyon at the confluence with the San Miguel. These are indisputably spectacular segments with outstanding scenery and recreation values, as well as providing habitat for sensitive native fish species. #7])>
-La Sal Creek is a canyon I've had the pleasure to visit repeatedly since 1982. I've backpacked and hiked through the canyon, and have repeatedly stopped at the canyon's mouth on numerous float trips. La Sal Creek is a big, clear, perennial stream flowing from the La Sal Mountains into the Dolores, and is practically unique for that reason alone (only Roc Creek may offer a somewhat similar circumstance). The creek sustains a one-of-a-kind riparian woodland found nowhere else along the length of the Dolores or anywhere else in Colorado, according to the Colorado Natural Heritage Program. The canyon offers an inviting and lush destination for exploration, contains outstanding scenery, and at is confluence incorporates petroglyph panels and dinosaur tracks. La Sal Creek is the epitome of what the Wild and Scenic River Act was intended to protect.

-<([#3 [9.1] BLM has proposed La Sal Creek as an Ecological Emphasis Area, which is a useful first step. However, I urge the BLM to also designate the proposed La Sal Creek ACEC. An ACEC designation provides stronger protective management than that envisioned under the Ecological Emphasis Area. Particularly, all of the Ecological Emphasis Area and /or ACEC should be designatied NSO for oil and gas leasing. The proposed conditional surface use stipulations are inadequate to protect all of the values present. #3])>
-<([#4 [9.1] I would like to highlight Nyswonger Mesa as an area in need of increased management attention. The La Sal Creek ACEC would incorporate Nyswonger Mesa, another rationale for designating the ACEC. Nyswonger Mesa is an integral part of the Dolores River Canyon landscape, is inaccessible to motorized use, and is recovering from past uranium

BLM_0157973

exploration activities. It should be off-limits to new surface disturbing activities and should be designated NSO in the plan. I also encourage BLM to look more carefully at Nyswonger Mesa for its wilderness character adjacent to the existing proposed wilderness. #4])> Nyswonger Mesa provides an easy hike of a couple of miles from the Bedrock store, with outstanding views of the nearby La Sal Mountains, culminating in one of the most scenic overlooks of the Dolores River Canyon from a viewpoint high above the confluence of La Sal Creek.

-<([#9 [20.1] I am pleased to see BLM's recognition of Roc Creek's outstanding character through proposed management to protect its wilderness character. Roc Creek is one of those geographic circumstances where fragmented administration could easily result in its wild character being overlooked. But in this case, BLM and the Forest Service have separately recognized the wilderness character of this impressive, majestic deep canyon draining the east slope of the La Sals. The Forest Service has identified its upper section of Roc Creek as an Upper Tier Colorado Roadless Area, and adjacent BLM lands are managed as the Sewemup Mesa WSA by the Grand Junction Field Office, so it is fitting that the Uncompahgre Field Office identify its segment for compatible management to protect wilderness character. #9])>

San Miguel River

<([#11 [39.1] [9.1] The San Miguel River is uncommon in Colorado as one of the few substantial rivers without a major impoundment. The river has been the focus of extensive ongoing conservation efforts demonstrated by the Nature Conservancy's several preserves. I am pleased to support BLM's findings of various segments as suitable for designation under the Wild and Scenic Rivers Act. I also endorse BLM's proposed designation of the San Miguel River ACEC.
#11])>
On final comment related to wild and scenic rivers and protecting natural streamflows.<([#10 [37.1] I encourage BLM and the Colorado Water Conservation Board to continue to partner in identifying and protecting instream flow related values through additional appropriations of flows for fish, wildlife, vegetation, recreation, and scenic values.
#10])>
I appreciate the opportunity to comment and look forward to the final plan.

Sincerely yours,

Mark Pearson

000214_BrownS_20161011 Organization: Sam Brown
Received: 10/11/2016 12:00:00 AM
Commenter1: Sam Brown - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique

BLM_0157974

Form Letter Master:
Current Task: Done Assigned/Due: dprobison 12/14/2016 12:00:00 AM
Attachments: 000214_BrownS_20161011.htm (000214_BrownS_20161011-388498.htm Size = 3 KB)
UFORMP_000214_BrownS_20161011.pdf (000214_BrownS_20161011-388499.pdf Size = 100 KB)
Submission Text
Date: October 11, 2016

Commenter: Sam Brown

Organization:

Email: intisolar@tds.net

Address: 41342 O Road, Paonia, CO 81428

Phone:

Comment:
Dear BLM,
Thank you for extending the deadline for this comment period. I live in Delta County near Paonia and these are my general comments for the Resource Management Plan.

I suggest that the BLM select the conservation alternative B-1 and the North Fork Alternative in planning for the future of the North Fork Valley and the Region. We have had decades of fluctuating coal mining. We are now reinventing our economy after two coal mines have closed and one is idle. Our community is basing our economy on agro-tourism, organic farming and orchards, wineries, a Creative District, hunting, hiking, mountain biking, fishing, and general tourism.

Leasing 90% of our public lands in the Paonia, Hotchkiss, Crawford and Cedaredge area would cause massive industrial development and destroy our beautiful natural environment.

I am very concerned about fracking that could pollute our water, destroy large pieces of nature and destroy our beautiful views. Many areas in the North Fork have low potential for gas development because we are on the edge of the gas field. There are areas that should NOT be drilled and fracked because other resources are vitally important to our economy. Drilling and fracking can pollute our water and will use huge amounts of water. Keeping our wildlife habitat undeveloped, especially winter range and migratory routes, is very important in maintaining healthy wildlife populations. Drilling in watersheds for municipalities or for irrigation would be a bad idea. Air pollution from drilling would be very bad for the quality of our air. Drilling would only bring a few jobs that would not last very long and put our economy back in the up and down cycle of fossil fuel development.

Some areas, such as the North Fork Valley, should not be drilled and fracked because there are

other resources that are valuable to the economy. I am afraid drilling would ruin our economy in the long term for short term gain.

Please have the discipline and foresight not to plunder our environment and ruin our economy. Most people I know do not want gas development because it is inappropriate development that we don't want and it would ruin our economy for the long term.

Sincerely,

Sam Brown
41342 O Road
Paonia, CO 81428


000215_BrownS_20161011  Organization: Sam Brown
Received: 10/11/2016 12:00:00 AM
Commenter1: Sam Brown - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000215_BrownS_20161011.htm  (000215_BrownS_20161011-381180.htm  Size = 2 KB)
Submission Text
InitSolarTds ,intisolar@tds.net.
To: Blm Comment
Tuesday Oct 11, 2016 at 11:24 am

Dear BLM,
I live in Paonia and love all of the public lands in our area. I suggest that the BLM select the conservation alternative B-1 and the North Fork Alternative in planning for the future of the North Fork Valley and the Region. I am an avid outdoor enthusiast and use our public lands frequently for hiking, skiing, and mountain biking. I am a ceramic artist and make my living off of the tourist and teh local eocnomy. I have chosen specifically to live here because of the many public lands that surrond the area.
I want to make some specific comments on areas of BLM land that I use frequently.
I use the BLM sheep runway land above Paonia Reservior between the Koch ranch lands to access the Forest Service lands. This is a very scenic arewa that I walk and ski often throughout the year. This area has the most incredible views of the Ragged Mountains. I also use this area for hunting access to the Forest Service lands.
I use the Jumbo mountian area for hiking becasue it is close to Paonia and easy to access. It is an area that many people use for mountain bikinh recreation.
I use the Lone Cabin Road to bike and ski. It is close to Paonia and has great views of the valley.

It is one place clsoe to Paonia where there are a few nice camping spots that I use.
I frequently use the road to the North Rim of the Black Canyon National Park. I ski and bikek this road and would hate to see gas development on the access road to a National Park.
I frequently hike into the adobe area outside of Delta. It is a very stake and beautiful landscape that has unique opportunities for solitude.
In conclusion, I choose to live here. I could live in other places and sell my potery, even make more money, but I choose to lvie here among these beautiful, unspoiled public lands. my main investmetn is our property, as is true of many people who live here. I am afraid that the destructive characteristics of oil and gas development would decrese property values so much that it would plunder that investment and ruin everythign we have built.
Sincerly,
Sam Brown
41342 O Road
Paonia, CO 81428


000216_GibbG_20161026  Organization:
Received: 10/26/2016  12:00:00  AM
Commenter1: - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 000216_GibbG_20161026.htm  (000216_GibbG_20161026-388581.htm  Size = 4 KB)
Submission Text
10/26/2016  DEPARTMENT OF THE INTERIOR Mail - RMP/EIS Uncompahgre Field Office
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=15801af6ac62fb4d&siml=1...  1/2
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
RMP/EIS Uncompahgre Field Office
1 message
Greta Gibb <gretgibb@gmail.com>  Wed, Oct 26, 2016 at 9:50 AM
To: uformp@blm.gov
Greta Gibb
P.O. Box 484
Paonia, CO 81428

BLM Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

October 10, 2016

BLM_0157977

Dear BLM,

Thank you for giving the public the opportunity to respond to your draft RMP. The following are my comments regarding the Draft RMP and EIS for the Uncompahgre Field Office. I am writing in support of the inclusion of North Fork Alternative Plan B+1 into the final RMP.

You have proposed to lease 90--95% of the North Fork's public lands to oil and gas. This is too much and does not adequately take into consideration many of the interests the BLM needs to oversee and protect. In particular, I am concerned about wildlife habitat, view sheds and water.

<([#1 [14.1.1] Regarding the wildlife, if a high percentage of leasing occurs the wildlife migration patterns will be fragmented. It is my understanding that mule deer populations are declining. Several research articles indicate that this is due to an increase in development, especially from the oil and gas industry. In addition, many other species will suffer. It will affect hunting and wildlife viewing as well. The BLM also needs to consider wildlife, not just oil and gas. Wells, pads, ponds, pipe and roads will fragment the habitat. #1])> Please consider this issue carefully.

As a farmer, I am especially concerned about the water. Little consideration was made about the water. What will happen if we have a prolonged drought. In addition, the likelihood of water contamination is high. The oil and gas industry will suffer no significant consequences, however, the valley's farmers and ranchers will struggle to keep their crops and livestock alive.

<([#2 [2] Our valley is one of the most scenic, beautiful and fertile areas in all of the state. Driving up Highway 133 this last month there were countless people pulled over taking photos. In addition, there were many others just taking a drive to enjoy the stunning beauty. Oil and gas wells scarring the landscape will destroy the breathtaking scenery for everyone. #2])>

It is my hope that you will include the North Fork Alternative Plan B+1 in the final RMP.

Thank you.

Greta Gibb


000217_RubanowM_20161026  Organization: Morgan Rubanow
Received: 10/26/2016 12:00:00 AM
Commenter1: Morgan Rubanow - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali

Attachments: 000217_RubanowM_20161026.htm  (000217_RubanowM_20161026-381181.htm
Size = 7 KB)
Submission Text
Morgan R morgan.rubanow@gmail.com
Wed, Oct 26, 2016 at 3:12 PM
To: uformp@blm.gov
Cc: info@theconservationcenter.org

Hello,
My name is Morgan and I am a current resident of Paonia, Colorado. I have been actively
educating myself on the BLM RMP for our area and I would like to provide some detailed
comments to the BLM office on areas I would like to see improvement (see attached document).
I am in support of the B1 Alternative and would also like to the BLM to consider my additional
comments on the draft plan. Please let me know if you have any issues opening the attached
document. Thank you for you time and for allowing me to participate in the public comment
period on this document,
Morgan Rubanow
MRubanowBLMRMPcomments.pdf 124K


BLM Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401
Re: Draft Resource Management Plan for the Uncompahgre Field Office
To Whom It May Concern,
Thank you for the opportunity to comment on the BLM UFO RMP. I am a resident of Paonia,
Colorado and have recently moved here within the last year from New York. Since moving here
and exploring the landscape, I can truly say that I am impressed by the abundance and variety of
wildlife in this area of Colorado as well as the expansiveness of the public lands monitored by
your office. Part of the reason I am happy that I moved to this area of Western Colorado rather
than the Front Range is due to the easy access of public lands and the natural beauty with
uninterrupted viewshed due to the area's lack of industrial infrastructure. I am writing this
comment today because I am concerned with the proposed protection via the UFO RMP draft,
speaking both as a resident of this area and a conservation scientist (I have a B.S. in Biology and
a Masters in Conservation Science).

As a citizen of the North Fork Valley and a resident of Paonia, I have educated myself on the
matter of the BLM UFO RMP draft and I support the North Fork Alternative, known as B1. I
would like alternative B1 to be the final plan; it is the best alternative to protect our
valuable water resources and wildlife that are vital to our agricultural and recreational economy.
I also agree with Appendix D in terms of the importance of connectivity between the wilderness
areas and I would like the BLM to provide such connectivity as much as possible. <([#1 [15.3]
One concern with the proposed draft (Alternative D) involves the lack of protection for the
Gunnison sage-grouse. First, I would like to ask what scientific research was used to decide the
0.6 mile radius buffer from Gunnison sage-grouse (Centrocercus minimus) leks as an adequate
distance to prevent surface disturbance/exploration (i.e. page 2-103)? Based on the best scientific

BLM_0157979

evidence, it is suggested that the distance necessary between surface disturbance/exploration and an active lek is 4 miles and I ask that the BLM increases this radius from 0.6 miles to 4 miles and to further protect this species by making this area no surface occupancy. This is a standard that was proposed by scientists for the Greater sage-grouse (Centrocercus urophasianus), a very similar species of grouse, during the revamping of the 'Greater sage-grouse federal management plan'. I suggest this for a few reasons; first, females nest within 4 miles of the lek, therefore, the 0.6 mile distance will not provide adequate protection for nesting females (ref: Mark Salvo-Defenders of Wildlife at the Society of Conservation Biology 2016 North American Congress Conference in Madison, WI and Holloran et al. 2005).

Holloran, M., Heath, B., Lyon, A., Slater, S., Kuipers, J., and Anderson, S. 2005. Greater sagegrouse nesting habitat selection and success in Wyoming. The Journal of Wildlife Management. Vol 60:2. Pp 628-649.

Additionally, there is high mortality of sage-grouse chicks (ref: Mark Salvo 2016), so a 4 mile buffer area would benefit this vulnerable species immensely. Lastly, surface disturbances increases the chance of cheatgrass (Bromus tectorum) and weeds to invade the area. This invasion can change the fire regime of the area and outcompete native plants, both of which would affect the sage-grouse negatively (ref: Mark Salvo 2016 and Miller et al. 2011). With climate change, the impact of fire and cheatgrass will increase, so the BLM needs to plan for the unavoidable changes we know that we will see in the future.

Miller, R., Knick, S., Pyke, D., Meinke, C., Hanser, S., Wisdom, M., and Hild, A. 2011. Characteristics of sagebrush habitats and limitations to long-term conseravation In Knick, S.,Connelly, J., eds., Greater Sage-Grouse: Ecology and Conservation of a Landscape Species and Its Habitats, Studies in Avian Biology No. 38: Berkeley, CA, Univ. of California Press, p.145-184.

#1])>

<([#2 [27.1] I would also like the BLM to designate all BLM lands on and surrounding Jumbo Mountain as a Special Recreation Management Area. I personally live at the top of Pan American Avenue in Paonia by the base of the mountain and believe that this area needs to be fully protected to secure the entire viewshed and its use as a recreational area. I can attest that this area is used by a large number of recreational users from bike enthusiasts, hikers, dog walkers, runners, and horseback riders based on my location to the 'trail head' that everyone uses. Additionally, I use these trails nearly every day of the week and want to ensure this area is properly protected so I can continue to enjoy 'my backyard'. This area needs to be set aside for recreational use rather than industrial activity such as oil and gas and I would like to see all oil and gas leases removed from land on and surrounding Jumbo. It is an important area that draws in economic benefits to the town as out-of-towners visit our area to hike or bike and providesspectacular views that make Paonia unique to other nearby towns. It would also prevent possible contamination issues of irrigation water and surrounding lands.

#2])>

<([#3 [32.1] Lastly, I would like the BLM to manage Jumbo Mountain for multiple uses to ensure user and resident safety and I ask that the BLM please perform future travel management planning for motorized and non-motorized uses. The BLM should keep in mind that these trails are in a residential area and that the concerns of the residents should be listened to.

#3])>

In closing, the conservation protections in Alternative B1 should be included in the final plan as

well as the above changes for the benefit of sage-grouse and Jumbo Mountain. Thank you again for accepting my comments for the RMP process. The outcome is important to me since it affects my home and community for years to come.
Sincerely,
Morgan Rubanow

References:
Holloran, M., Heath, B., Lyon, A., Slater, S., Kuipers, J., and Anderson, S. 2005. Greater sagegrouse nesting habitat selection and success in Wyoming. The Journal of Wildlife Management. Vol 60:2. Pp 628-649.

Miller, R., Knick, S., Pyke, D., Meinke, C., Hanser, S., Wisdom, M., and Hild, A. 2011. Characteristics of sagebrush habitats and limitations to long-term conseravation In Knick, S.,Connelly, J., eds., Greater Sage-Grouse: Ecology and Conservation of a Landscape Species and Its Habitats, Studies in Avian Biology No. 38: Berkeley, CA, Univ. of California Press, p.145-184.


000218_RecceS_20160929  Organization: National Rifle Association, Susan Recce
Received: 9/29/2016 12:00:00 AM
Commenter1: Susan Recce -,
Organization1:National Rifle Association
Commenter Type: Organization (nonprofit/citizens group)
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000218_RecceS_20160929.htm (000218_RecceS_20160929-381916.htm Size = 13 KB)
Submission Text
Recce, Susan
SRecce@nrahq.org

Please find attached a letter of comments on the draft management plan for lands in southwest Colorado managed by the Uncompahgre Field Office. I would very much appreciate a reply to let me know that the letter has been received.
Thanks,
Susan Recce,

Chair
Federal Lands Hunting and Shooting Sports Roundtable

Director
Conservation, Wildlife and Natural Resources
National Rifle Association

BLM_0157981

Fairfax, VA

COMMENTS ON MANAGEMENT PLAN FOR PUBLIC LANDS IN SOUTHWEST
COLORADO
September 29, 2016

Bureau of Land Management
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401

Dear Bureau of Land Management (BLM):

The undersigned organizations are signatories, along with the BLM, to the Federal Lands
Hunting, Fishing, and Shooting Sports Roundtable Memorandum of Understanding (MOU). We
share a long- standing and vested interest in access and opportunities on federal public lands for
people to enjoy hunting and recreational shooting. We appreciate the opportunity to comment on
the draft resource management plan (DRMP) for 675,800 acres of public land in southwest
Colorado.

Because the DRMP does not appear to affect hunting opportunities on or access to the planning
area, our comments focus on the effects on recreational shooting of the DRMP's four
management alternatives. Alternatives A and C would maintain closure to recreational shooting
of 340 acres around developed recreation sites. We support the rationale for the continued
closure of developed recreation sites to recreational shooting for the purposes in the DRMP of
public safety and protection of facilities from potential damage.

<([#1 27.1] Alterative B would close nearly 250,000 acres or 37% of the planning area to
recreational shooting. We oppose this alternative as being excessive in meeting the BLM's
multiple use mandates under the Federal Land Policy and Management Act. While this
Alternative would close certain ACECs and SRMAs to recreational shooting, as does Alternative
D (the BLM's preferred alternative), it would also close lands in Wilderness Study Areas and
lands managed to protect wilderness characteristics. Since the Wilderness Act does not prohibit
recreational shooting or hunting, there is no basis for the BLM to preemptively close lands to
recreational shooting that are designated as wilderness or are protected for the future possibility
of being designated as wilderness, any more than there is a basis to close these lands to hunting.

Recommendation: Remove any and all references to recreational shooting closure proposals that
are inconsistent with existing BLM regulations (43 CFR Sec. 8365).
#1])>
<([#2 [16.3] [27.1] Alternative B would also close lands to recreational shooting where there are
prairie dog colonies that have burrowing owls. No supporting data is provided to justify such
closures as necessary for the protection of burrowing owls. Closing lands to public activities that
have been a historic use requires supporting data to make the case for the loss of public access.
That case is not made in the DRMP for Alternative B.

BLM_0157982

Recommendation:  In areas where prairie dog colonies and burrowing owl populations are present as noted in Alternative B, provide analysis and or evidence of existing or predicted impacts to species populations as a result of the presence of recreational shooting prior to restricting the activity. #2])>

<([#3 [27.3] Alternative D proposes to close 49,370 acres to recreational shooting. It would maintain closure of lands around recreational facilities and, like Alternative B, it would close certain ACECs and SRMAs to recreational shooting. The DRMP explains that the ACEC and SRMA closures are designed to "increase the quality of other recreation opportunities", or provide for "quiet trail or water-based activities," or for those "users seeking opportunities for primitive and unconfined recreation." We appreciate the need to provide well-balanced opportunities for a variety of recreation experiences; however, it is impossible to determine if the BLM will achieve the appropriate balance without data on the impacts, individual and cumulative, that these closures will have on shooters who are the only group of recreationists facing the entire loss of access under Alternative D and Alternative B that is currently open to them. All the DRMP states is that "prohibiting target shooting in certain areas would reduce opportunities for this activity." To understand the true impact, one needs to know how many shooters will likely be affected, where the alternative locations to recreate are that have similar or better access, and what the effect will be on crowding and safety of driving displaced recreationists to areas used by other shooters.

For example, a person who recreationally shoots in the North Delta SRMA contacted a member of the Roundtable to say that the area would be well suited for target shooting and does not understand why it is proposed for closure. Under Alternative D on page 2-415 it is called the North Delta OHV area, implying that it will be closed to recreational shooting to accommodate off-highway vehicle (OHV) use. He explains that the area is remote and virtually unused except for target shooting and some OHV use. We share his concern because the DRMP does not lend understanding as to why both activities could not be accommodated if the recreational use is sparse and demand for places to shoot is expected to increase (as described below).

Recommendation: Under Alternative D on page 2-415, the BLM should provide further analysis and explanation regarding the inability of the North Delta OHV area to accommodate recreational shooting. Such analysis should provide the public with a description of how the area is currently used and an explanation as to the types of user conflicts that have been observed and what is predicted in the future. The analysis should also include the number and types of recreational users who would be impacted by the restrictions proposed in Alternative D. #3])>

<([#4 [27.3] [27.1] [27.2] The DRMP notes on page 3-178 that requests for dispersed shooting areas are expected to increase and with that, concerns from adjacent landowners are also expected to increase. However, nothing in the DRMP indicates how the BLM will address the expected increase in recreational shooting and resolve anticipated conflicts with landowners. Neither does the DRMP address how the ability of the BLM to respond to the expected shooting demand will be affected by closing additional public lands as proposed in Alternatives B and D.

On page 3-176, the DRMP states that there are no designated target shooting areas within the planning area, and that the "planning area has several unofficial shooting areas in old borrow

pits, gravel pits and other disturbed areas where there is a history of such use." These popular shooting sites are not identified in the DRMP as being within or outside the areas being proposed for closure in Alternatives B and D.

Recommendation: Identify existing "unofficial shooting areas in old borrow pits, gravel pits and other disturbed areas where there is a history of such use" in the DRMP and provide further explanation as to how these individual areas would be impacted by the various alternatives proposed in the DRMP.
#4])>
<([#5 [27.1] On page 4-311, under Alternative C, the DRMP states that "Designated target shooting areas and ranges would be allowed, which could increase recreational opportunities by providing managed, accessible and designated areas for shooting." A similar statement appears on page 4-316 under Alternative D. We question whether these are valid statements in light of BLM's established policy of not allowing ranges to be built on public lands, including the addition of small improvements such as berms and target holders, as well as a separate policy that terminated the leasing of public lands for range development.

With rare exception, the BLM has steadfastly refused to identify or designate areas for recreational shooting, even if such designations would reduce user conflicts and increase public safety. The "disturbed areas" that the DRMP speaks of seem ideal sites to study for their potential to accommodate more concentrated recreational use as shooting participation increases, as well as their potential to mitigate the proposed closures, reduce user conflicts and positively respond to adjacent homeowner concerns. But we question whether this is a realistic expectation that the DRMP offers the public, when it appears to be diametrically opposed to agency policy.

Needless to say, we would very much support a reversal of these policies which would allow field offices such as the Uncompahgre to pursue these options in a quest to enhance recreational opportunities for all visitors, and to be proactive in addressing the projected increase of those who are looking to these public lands for recreational shooting opportunities. The DRMP would have provided the ideal opportunity to address proactive management of recreational shooting especially if, as noted, pressure for more places to shoot is likely to increase. At the very least, the closures proposed in both Alternatives B and D would exacerbate a set of condition that the BLM has described for the future, a future that the DRMP is supposed to address throughout the next 15 years. Therefore, we strongly encourage the BLM to incorporate the following recommendation.

Recommendation: Incorporate language in the final RMP that would allow the BLM to determine the feasibility of establishing "unofficial shooting areas" (noted above) as managed or unmanaged designated target shooting areas and/or ranges as an implementation level activity. In addition, retain language in the final RMP stating that "designated target shooting areas and ranges would be allowed, which could increase recreational opportunities by providing managed, accessible and designated areas for shooting."
#5])>
<([#6 [5.2] On page 5.2.7 of the DRMP, it states that:

Staff from BLM UFO met with representatives of the local Rod and Gun Club and other

interested firearm shooters on March 13 and April 10, 2013. The purpose of the meeting was to discuss potential management alternatives in the RMP, including areas with limits on or closure to target shooting. As a result of the meetings, the alternatives were further developed and refined. The attendees of the meetings indicated that they are generally agreeable with the actions that are carried forward in the preferred alternative.

Upon inquiring about those two meetings, we were provided with a list of the attendees. The only participants representing recreational shooting interests appeared to be representatives of the local rod and gun club; the other participants were largely representing OHV interests. For such important meetings, it is unfortunate that the private organizations that are signatory to the MOU were not contacted at the time and asked to assist in inviting recreational shooters to participate, especially those shooters who are not affiliated with a gun club and may have no other place to shoot than in this planning area. It would appear that recreational shooting interests were very much underrepresented at the meetings. Further, we question whether those attending who represented recreational shooting interests agreed with BLM's preferred alternative, Alternative D. We were advised by one of the participants that support was not given for Alternative D, but that it was believed the alteratnive was a fait accompli.
#6])>
In summary, we appreciate the fact that additional public lands beyond the closures to recreational shooting as embodied in Alternatives A and C may need to be made in order to provide for a variety of recreational experiences and for the protection of particularly sensitive natural and cultural resources. As noted above, we oppose Alterative B as being excessive in its closures to recreational shooting, as well as for other recreational users who also depend on motorized and mechanized access to these public lands. We also believe that Alternative D does not present a solid case for the closures of the areas identified that would result in nearly 50,000 acres being closed to recreational shooting, particularly in light of the fact that recreational shooting demand is expected to increase. And, importantly, the BLM's mitigation for the closures in light of increased demand is to designate shooting areas and allow ranges, both of which are against BLM's policies that exist today.

Thank you for the opportunity to comment on the DRMP.

Sincerely,
Boone and Crockett Club
Congressional Sportsmen's Foundation
National Rifle Association
National Shooting Sports Foundation
Safari Club International


000219_AndersonK_20160930  Organization: Kevin Anderson
Received: 9/30/2016 12:00:00 AM
Commenter1: Kevin Anderson - Montrose, Colorado 81401 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique

BLM_0157985

Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000219_AndersonK_20160930.htm (000219_AndersonK_20160930-381917.htm
Size = 3 KB)
Submission Text
Kevin Anderson
kevin@grandmesamoto.com
Hello BLM,
Please accept my comments for your Draft RMP/EIS 2016. Thank you.
Kevin Anderson
2535 Iris Court
Montrose, CO 81401

09/29/2016

Hello BLM,

Appreciate the opportunity to comment on your Uncompahgre Draft RMP/EIS.

<([#1 [5] First, as you know your Draft is massive. Most likely took a few years to prepare. My
opportunity to comment being extended is appreciated. The document is like three metropolitan
phone books and deceive the reader. I was looking at the maps in the index portion, then
referencing the map on the next page only to have Alternative B. Not A, C, and D. I'm not sure if
this was on purpose, however deceiving. This document is more than most individuals could
comprehend. #1])>

<([#3 [30.3] One of my largest concerns is the adverse effect of our local economy. Multiple use
of public lands has long been Delta County's cornerstone. In the last three years Delta County
has lost over 1000 coal mining jobs alone! That equates 31,000 lost jobs if this was in the Denver
area. This forces me to believe the economic outcome portion of the Draft is flawed #3])> .

Delta County has been working with broadband initiatives, promoting recreation, and inviting
other businesses to come to our area. I don't think the oppression of public lands is the answer to
help create a better economy.

<([#2 [32.1] That said, Delta has the largest open OHV use area left in Colorado. "North Delta
Adobes" This area has historical motorized use. The Draft notes. "In the past, visitors drove
jeeps, trucks and motorcycles. Today the BLM has seen an increase in use of OHV's of all types
and sizes." The Draft goes on to say these vehicles have contributed to the widening, deepening,
braiding and eroding of some existing routes and increasing the number of hill climb, play and
camping areas. The OHV increased use must be ATV and Side by Sides? These vehicles are
limited by design. Four wheels do not climb steep adobes without rolling.

I would like to see the North Delta Adobes retain their historical use and be left as an open OHV

BLM_0157986

area. This would be a good attribute for Delta's economy in the future. The OHV community has lost over 75 percent of their trails and riding opportunities over the past twenty years. Delta is the center of other commonly visited OHV areas. The passing of House Bill16-1030 will give municipalities the jurisdiction to allow OHV's on their roads to access recreation areas. This could allow access from Delta to public lands without having to trailer. This should also help boost tourism dollars in town at gas stations, restaurants, motels, and campgrounds.

Another concern, the Draft does not have route by route designations. I was told that would come after the gavel drops on the Draft RMP/EIS. I'm concerned the OHV community and public land access will lose again on the next round!
#2])>
Thank you for considering my comment.
Sincerely,
Kevin Anderson.
2535 Iris Court
Montrose, CO 81401


000220_EdsonM_SimmonsJ_20161010  Organization: Michael Edson
Received: 10/10/2016 12:00:00 AM
Commenter1: Michael Edson - Paonia, Colorado 81428
Organization1:
Commenter2: Jan Simmons - Paonia, Colorado 81428
Organization2:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000220_EdsonM_SimmonsJ_20161010.htm
(000220_EdsonM_SimmonsJ_20161010-381918.htm  Size = 8 KB)
Submission Text
michael.edson.mail@gmail.com

Please accept our comments on the Draft UFO RMP. The text is below and also attached as a pdf document.

10 October 2016

Michael Edson
Jan P. Simmons
13331 4100 Road
Paonia, CO 81428

BLM-UFO Staff and RMP Comment Team,

We have lived in Colorado for almost forty years. We chose to retire to the beautiful North Fork Valley nine years ago because of its blend of quiet rural setting, friendly people, organic farms and orchards, scenery, and access to the outdoors. The variety and talent of the people who live here are remarkable, including nationally-acclaimed writers, fashion designers, artists and musicians. The valley supports vineyards, lavender farms, organic fruit and vegetable orchards, specialty beef and sheep ranches, plus goat milk and cheese producers supplying restaurants and food stores in Aspen, Telluride and the Front Range. There are over 58 farmers, orchardists, ranchers, agricultural businesses and winemakers in the North Fork Valley - all of whom depend on good, clean water, air and soil.

We thank the Bureau of Land Management (BLM) Uncompahgre Field Office for including the North Fork Alternative B1 in the draft Resource Management Plan (RMP). We respectfully request that the BLM adopt the North Fork Alternative Plan into the final Resource Management Plan for public lands and federal minerals in the North Fork Valley. This plan was a community-driven effort that provides a management framework for oil and gas leasing and development that is highly protective of the North Fork Valley's many important features and resources including a thriving agricultural economy, scenic vistas, and healthy populations of wildlife and game. The BLM must adopt management that protects these resources which make the North Fork Valley such a special place. Inappropriate development over the next twenty years has great potential to cause air and water pollution, which would significantly degrade valley residents' high quality of life.

<([#1 30.3] 'Non-labor' sources make up over 46% of the income of Delta County according to the U.S. Department of Commerce and Bureau of Economic Analysis released in 2012. Dividends, retirement benefits, interest, and transfer payments are examples of non-labor income. So retirees like us make up a major part of the economy of Delta County, and particularly of the North Fork Valley. Realtors in the North Fork Valley have made it clear in published articles that the perception of potential oil and gas development in the valley reduces property values and makes prospective home buyers hesitant to invest here. The North Fork Alternative Plan B1 outlines a reasonable development plan that would reassure current owners that their home will maintain its value, encourage investment in the area by new potential property buyers, and maintain a major source of income for our area.
#1])>
<([#5 37.1] We are members of the South Lamborn Mesa Water Association (SLMWA). The SLMWA purchases water from the Town of Paonia. The Town of Paonia gets its water from 38 springs around the base of Mount Lamborn. The North Fork Alternative B1 stipulates a buffer of oil and gas surface activities within a half of a mile from all source water supplies. We ask that, in order to protect the quality and quantity of our domestic water, the final UFO RMP include all buffers and oil and gas restriction recommendations in the Town of Paonia's Source Water Protection Plan and North Fork Alternative Plan B1.
#5])>
<([#2 30.3] [37.1] Agricultural irrigation water is a major concern in the North Fork Valley. Irrigation water is used for livestock, and by farms and orchards that are highly regarded throughout the state for providing high quality products. Many of these farms and orchards are certified organic and any contamination would jeopardize this certification. The North Fork

Valley's economic diversity relies upon the ranching and agricultural industry. Unforeseen contamination could significantly impact the land and subsequently the industries that are so vital to the economic stability of this area. Mineral leasing and severance tax funds will not compensate for the loss of agricultural endeavors and its attributed labor force. The North Fork Alternative B1 would ensure that all agricultural irrigation waters would be protected through the buffer that is stipulated in the the plan. #2])>

<([#3 [14.1.1] Roeer State Wildlife Area, which is designated as a critical habitat area by the Division of Wildlife, is not far from our property. Deer from this area graze through our pasture in winter. Roeber SWA and any proposed areas open for leasing in the final RMP that are on or near critical wildlife habitat, should be protected from potential negative impacts from oil and gas development. This particular area is a calving area for elk and is closed in the winter, any human disturbance could affect the wildlife calving or migration. #3])>

<([#6 [35.1] Mount Lamborn and Landsend Peak are icons in the North Fork Valley. They dominate the valley and are seen as you drive up highways 92 and 133 from Delta. Mt. Lamborn is commonly in the background of photos that realtors use to sell homes and property in the valley. Houses around the valley, including ours, are situated to emphasize views of these peaks. We have a clear view of BLM property at the base of Mount Lamborn from our living room windows. The land tilts down from Mt Lamborn such that drilling operations would be highly visible throughout the valley even as far away as Hotchkiss. One area which is potentially leasable in Alternates C and D is less than a mile from our house. Our home value would certainly decline if the view is of prominent drilling rigs rather than the current natural oak, pinyon and juniper vegetation. We therefore support Alternative B1 which does not include this area for oil and gas leasing. #6])>

<([#4 [27.1] [14.1.1] We enjoy hiking, snowshoeing and skiing with our friends and out-of-town visitors in Jumbo Mountain and Lone Cabin areas near Paonia. We strongly encourage the BLM to protect the landscape level recreational opportunities of these places, plus Elephant Hill, McDonald Creek, and "C" Hill, by designating these areas as Special Recreation Management Areas (SRMA) and manage them as such. The economic growth surrounding recreation activities in our valley is substantial, and is valuable to the community as it supports multiple businesses that provide lodging, food, services and goods to the growing numbers of people that are visiting this area in order to access the beautiful trails and wilderness around the North Fork Valley. The current management regime with Jumbo Mountain is not sustainable. In order to ensure that trails are well maintained and that the area is managed correctly for decades to come, we urge the BLM to designate and manage the full BLM Jumbo Mountain unit as an SRMA and provide for motorized and non-motorized uses. The final plan should also include an Ecological Emphasis Area to protect critical winter mule deer and elk habitat. #4])>

Again, we appreciate the inclusion of the North Fork Alternative B1 as part of the draft RMP. This locally-driven proposal ensures protection of the entire Gunnison Watershed, supports farmers, protects public health, sustains ecological well-being and allows for continued building of a sustainable rural economy. We request that the BLM adopt the North Fork Alternative B1 in the final RMP.

Sincerely,
Michael Edson
Jan P Simmons


000222_RazianoR_20161026_COPMOBA  Organization:  Colorado  Plateau  Mountain  Bike  Trail Association, Renata Raziano
Received: 10/26/2016  12:00:00  AM
Commenter1: Renata Raziano - ,
Organization1:Colorado  Plateau Mountain  Bike  Trail  Association
Commenter Type: Organization  (nonprofit/citizens  group)
Classification: Substantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000222_RazianoR_20161026_COPMOBA.htm
(000222_RazianoR_20161026_COPMOBA-381919.htm  Size = 5 KB)
Submission  Text
Renata Raziano
renata.raziano@gmail.com


Hello-
Attached are the comments on the UFO RMP from the Uncompahgre  Chapter of COPMOBA.
Thank you-
Renata Raziano
COPMOBA Board member
Uncompahgre  Chapter Chair
P.O. Box 4602
Grand Junction, CO 81502


October 26, 2016


To Whom it May Concern:


I am writing  on behalf of the Uncompahgre  Chapter of the Colorado  Plateau Mountain  Bike Trail Association to comment on the proposed Uncompahgre Field Office Resource Management  Plan. Nonmotorized  recreation is currently underrepresented in the BLM lands surrounding  Montrose, and we support the designation  of more nonmotorized  SRMAs to prioritize  the development  of more nonmotorized  trail systems.


1. <([#1 [27.1] Kinikin  Hills  ERMA: we would prefer that the Kinikin  Hills  parcel be designated an SRMA and RMZ2 be designated for nonmotorized  trail development. It has terrain that is suitable for mountain  bike trails and a multi-loop  system here would provide  trails for all levels of riders. It is particularly  valuable  given its quick access from the town of Montrose as well as from Highway  550. Ideally,  a nonmotorized  trail system here could be accessed from a trailhead

BLM_0157990

off of Uncompahgre Road. With a long riding season, easy access from town and a major highway, a nonmotorized trail system here would serve Montrose residents and visitors alike. #1])> 2. <([#2 [27.1] In the proposed Dry Creek SRMA we support the preferred alternative D for RMZ4 (Linscott Canyon/Hwy 90) which designates it as an area for priority development of nonmotorized singletrack. A trailhead with substantial parking, restrooms and camping is currently being proposed by Montrose County as part of the Rim Rocker Trail project. In addition to serving OHVs setting out on the Rim Rocker trail, the trailhead facilities will provide a staging area for mountain bike races and events. A ~10 mile trail system with a long loop suitable for racing will provide a unique venue for mountain bike events that currently does not exist in Montrose, Delta or Ouray County. Mountain bike races and events held at this site would provide an economic benefit to Montrose County and bring visitors from Colorado and surrounding states. A race venue here would also benefit the local high school mountain bike race team and could host state-wide high school races that would bring racers and their families to Montrose for several days. #2])>

3. <([#3 [32.1] In the Spring Creek SRMA we would prefer that RMZ3 include nonmotorized singletrack as an additional focus. Nonmotorized trail development in this parcel could connect the Buzzard Gulch trail system with the newly constructed Spring Canyon Connectors and Spring Canyon trail. This would create a challenging, completely nonmotorized, loop ride for more adventurous riders. Currently, mountain bikers most frequently access the trails in Spring Canyon by driving or riding on Dave Wood Road; replacing road use with a singletrack trail would greatly enhance the experience for nonmotorized users.
#3])> 4. <([#4 [27.1] [32.1] Also in the Spring Creek SRMA, we support the designation of the Buzzard Gulch trail system as a nonmotorized RMZ (RMZ1 Alternative D). The current Buzzard Gulch provides beginner and intermediate mountain bikers, hikers and equestrians with a quality singletrack experience close to town. Further development of the trail system with a small loop suitable for young children with parents and a more challenging trail for advanced riders would provide riding for all ability levels and families.
#4])> 5. <([#5 [20.1] Finally, we are concerned that the Lands with Wilderness Characteristics designation in Dry Creek includes the Coyote Ridge and Coyote Cutoff trails. In the preferred Alternative D, these trails would no longer be open to mountain bikes. These trails are valuable to the mountain bike community and should stay open to mechanized use. They are two of the trails in the Dry Creek area that are most enjoyable for mountain bikers due to their grades and trail design. They provide a challenge to intermediate and advanced riders and allow them to create longer rides in the Dry Creek area.
#5])>

Despite a plethora of public land, favorable terrain and mild climate, Montrose has so far been unable to reap the economic rewards of nonmotorized recreation. An historic focus on primarily motorized trails has left Montrose off the map as a destination for quiet trail users, and has left its citizens with few options for peaceful human-powered recreation. Designation of the above SRMAs by the BLM would prioritize nonmotorized trail development and greatly benefit the Montrose area.

Sincerely,
Renata Raziano
COPMOBA Board Member

BLM_0157991

Uncompahgre Chapter Chairperson

000223_CoteC_20161025  Organization: Carla Cote
Received: 10/25/2016 12:00:00 AM
Commenter1: Carla Cote - Ketchum, Idaho 83340 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Form Letter
Form Letter Master: Form Letter J
Current Task: Done Assigned/Due: zghali
Attachments: 000223_CoteC_20161025.htm  (000223_CoteC_20161025-381920.htm  Size = 13 KB)
Submission Text
Attached letter to Dana Wilson for your consideration.
Thank you,
Carla Cote

To: Dana Wilson, Acting Uncompahgre Field Manager

Thank you for the opportunity to comment on the Uncompahgre Field Office's draft Resource Management Plan (draft RMP).
The RMP currently in effect was approved at least 26 years ago (1989/scoping began in 1983) and it in no way accounts for the socioeconomic benefits being derived from the agricultural operations that now exist in the North Fork Valley. Unfortunately, this draft RMP is no better. It contains only cursory acknowledgement of the existence of this valley within the Uncompahgre Field Office planning area and has not adequately or appropriately described what makes it of such unique agricultural, artistic and entrepreneurial importance to all of Colorado and surrounding states. This omission of fully describing this valley does not constitute meeting the requirement of "succinctly describing the environment of the area(s) to be affected by the alternatives under consideration" as required by 40 CFR 1502.15.

This valley has been formally identified through multiple means as a truly unique place:

a) It has been described as "An American Provence" in the book by the same name written by University of Colorado professor, Thomas Huber. He compares the North Fork Valley with its vineyards to the famous wine growing region of southern France.
http://www.merchantherald.com/geographer-says-the-north-fork-is-an-american-provence/

b) This valley was designated by the state of Colorado as a Colorado Certified Creative District in 2013. Information on the significance of this designation can be viewed at
http://www.coloradocreativeindustries.org/showcase/colorado-creative-districts

c) Delta County was recently awarded three Blueprint 2.0 Initiatives by the Colorado Office of

BLM_0157992

Economic Development and International Trade. The Initiatives include Strengthening Local Business Brand, Adaptive Reuse Workshop and Tourism Promotion. http://choosecolorado.com/lt-gov-donna- lynne-announces-colorado-blueprint-2-0-initiative-recipients/

d) The North Fork Valley has also been designated as an American Viticulture Area by the U.S. government. This designation was officially adopted in 2001 and codified at 27 CFR https://www.gpo.gov/fdsys/pkg!CFR-2016-title27-voll /pdf/CFR-2016-title27-voll-sec9-172.pdf An American Viticulture Area is a delineated grape-growing region having distinguishing features as established in Federal regulation and a name and delineated boundary. This is only one of two such designated areas in Colorado.

These accolades, awards and designations are presented here to make a point - - this valley is recognized for its unique agriculture (it contains the highest concentration of organic farms, orchards and vineyards in Colorado), local business, art, agribusiness, agritourism, and recreation industries and deserves protection from any threat of environmental degradation. Gas exploration and development is not compatible with the economic culture of this valley and in fact, its very presence would threaten its highly regarded reputation as an organic agricultural area.

Additionally, this draft RMP has been written using the standard BLM RMP boilerplate/template language. There is nothing boilerplate about the North Fork Valley. Its presence in the Uncompahgre planning area requires that effects to it from actions occurring in the BLM decision area must be thoroughly considered. This has not been done.

The potential environmental consequences presented in this draft RMP do not in any way address the depth and breadth of potential effects to the valley from fluid mineral exploration and production. This is in direct conflict with BL¥ regulation 40 CFR 1610.4-6: Estimation of effects of alternatives, which requires that the Field Manager "will estimate and display the physical, biological, economic, and social effects of implementing each alternative considered in detail." Without acknowledging and describing the North Fork Valley in detail, this requirement cannot and has not been achieved.

The inadequacy of the draft RMP is further exemplified by the following:

1) Chapter 1, Section 1.4 and Table 1.3: This section and table fail to appropriately and adequately acknowledge and discuss the North Fork Alternative Plan (NFAP) presented to the BLM during scoping by citizens and governmental entities in the North Fork Valley.

The NFAP was submitted in order to provide the BLM with information about the uniqueness and renowned agricultural productivity of the valley and supported the request to remove the BLM land surrounding this valley from any future leasing. However, the section summarizing the scoping comments received does not include this important scoping submittal and has consequently resulted in the lack of any meaningful reference to this agriculturally important and productive area throughout the remainder of the draft RMP. This violates the Council on Environmental Quality (CEQ) regulation at 40 CFR 1501.7(a)(2) which requires the lead agency to determine the significant issues to be analyzed in depth in an Environmental Impact

BLM_0157993

Statement.

This absence of acknowledgment of the North Fork Valley's unique qualities is also in direct conflict with Section 1500.1(b) of the CEQ regulations which states that "NEPA documents must concentrate on the issues that are truly significant to the action in question, rather than amassing needless detail."

2) Chapter 1, Table 1-2, Step 7: By not appropriately including the North Fork Valley and the potential negative environmental effects to it by the various proposed alternatives as a "planning issue," this draft RMP does not adequately meet the requirement that the preferred alternative be the "alternative that best resolves planning issues."

3) Chapter 2, Section 2.2.3: The lack of adequate discussion and acknowledgement of the North Fork Valley in Chapter 1 (as discussed above) has created a situation where the significance of each alternative to potentially impact the human and natural environment within the BLM planning area is missing from the fundamental underpinnings of the analysis. This absence of appropriate consideration is evident throughout the remainder of the document and in taking this approach, this document does not meet the level of analysis required by CEQ regulations (1502.1; 1502.2; 1508.8; 1508.14 and 1508.27(a), (b)(3), (b)(4) and (b)(6)) or the National Environmental Policy Act, Section 101(b).

4) Chapter 2, Table 2-1 and Appendix D, Ecologic Emphasis Areas: The North Fork Valley should have been included in this portion of the analysis. Although it does not fit the BLM's routine (boilerplate) areas of analysis - unprotected core wildlife and native plant habitat and associated movement, dispersal, and migration corridors - does not make this ecologically unique area any less worthy of consideration. In fact, minimizing impacts to this culturally and agriculturally significant geographic area should be the core value addressed throughout the draft RMP and presented under each of the Alternatives in Tables 2-1 through 2-6.

5) Chapter 3, Section 3.1.3 Geology and Soils: The following statement is included in tills section; "There are no farmlands of national Of" statewide importance on BLM-administered lands within the planning area (emphasis added). However, according to a report by the Soil Conservation Service, "irrigated and prime irrigated lands of statewide importance, most of which are situated at low elevations on valley floors, occur in the Uncompahgre, North Fork, Surface Creek, and Smith Fork drainage basins" (Soil Conservation Service 1980).

Analysis of potential impacts to irrigated and prime irrigated lands existing within the Uncompahgre planning area (North Fork Valley) resulting from federal actions taking place on ELM- administered lands must be analyzed and disclosed in Chapter 4 and they are not. Chapter 4 is completely silent on the impacts to irrigated and prime irrigated lands occurring within the valley floors in the planning area which violates 40 CFR 1508.14.

6) Chapter 3, Section 3.1.5, Vegetation & Chapter 4, Section 4.3.4 Vegetation: Section 3.1.5 fails to acknowledge or discuss any of the agricultural crops existing in the North Fork Valley which is part of the Uncompahgre Field Office planning area. Omission of these existing and important resources in Chapter 3 has resulted in the complete omission of possible effects to these

resources in Chapter 4, Environmental Consequences. This violates CEQ regulations at 40 CFR 1502.15; Affected Environment and 40 CFR 1508.8; Effects.

7) Chapter 4, Section 4.1.1 Analytical Assumption, fifth bullet: This bullet asserts that "Direct and indirect impacts of implementing the RMP primarily occur on the decision area lands:" This is a seriously flawed assumption because many of the direct and indirect impacts of implementing the RMP on lands underlain by federal fluid mineral estate have the potential to seriously impact the people (and their livelihoods) living in the North Fork Valley.

"Planning area" is defined as the Uncompahgre Field Office boundary, including all lands, regardless of land ownership (emphasis added), except the Gunnison Gorge NCA Planning Area and the Dominguez-Escalante NCA" and is depicted on Figure 1-1 provided in the draft RMP. Whereas "decision area lands" are limited to public lands and federal mineral estate managed by the USDOI, Bureau of Land Management. The federal mineral estate managed by the BLM is depicted on Figure 1-2, also provided in the draft RMP.

The North Fork Valley's traditional and organic farming, fruit and grape growing areas occur less than one mile, in many places, from the BLM decision area boundary (but within the Uncompahgre planning area). This proximity is especially true for the thousands of acres of land surrounding Paonia, Hotchkiss and Crawford that would be made available for fluid minerals leasing according to the BLM's preferred alternative. Obviously, these agricultural lands are at risk of being either directly or indirectly impacted by gas activity occurring on the adjacent or contiguous decision area land.

8) Chapter 4, Section 4.3.2 Soils and Geology: Because Chapter 3, Section 3.1.3 dismisses the need for identifying and describing irrigated and prime irrigated lands occurring within the planning area, this Section is completely silent on the environmental consequences of federal actions on these agriculturally significant lands. This is a serious omission which only further reinforces the fact that the BLM did not take the environment actually in existence in the planning area into consideration which violates 40 CFR 1502.15 of the CEQ regulations.

9) Chapter 4, Section 4.3.3 Water Resources: The following statement is made on page 4-84, "The organic farming industry relies on clean water for agricultural production. Contamination of irrigation waters could affect the ability of local organic farms to maintain their designations. " This is the only mention of organic farming in the entire draft RMP. Such a serious threat to the North Fork Valley cannot be allowed to ever occur. The only way to prevent it is to close the entire area within the NFAP area to any new oil and gas leasing. Oil and gas drilling is absolutely incompatible with the existing land uses currently occurring in this valley.

Conclusion:

The draft RMP states that "When there are conflicts among resource uses or when a land use activity could result in unacceptable or irreversible impact on the environment, the BLM may restrict or prohibit some land uses in specific areas."

Based on the comments presented above, there is definitely a conflict between the extraction of

the gas resource and the prevailing land use in the North Fork Valley. Additionally, the land use activity of producing natural gas would result in unacceptable and irreversible impacts on the environment in the North Fork Valley. Therefore, the leasing of any federal fluid minerals within the borders of the NFAP should be prohibited and this prohibition on further leasing incorporated into the alternative chosen for the revised RMP. This is the only way to preserve and protect the integrity of this unique and renowned part of Colorado.

Thank you for your consideration,
Carla Ellison Cote
PO Box 6095
Ketchum, Idaho 83340
(970) 948-4508
cellisoncote@gmail.com


000224_O'ReillyE_20161019 Organization: Elizabeth O'Reilly
Received: 10/19/2016 12:00:00 AM
Commenter1: Elizabeth O'Reilly - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000224_O'ReillyE_20161019.htm (000224_O'ReillyE_20161019-381921.htm Size = 4 KB)
Submission Text
October 2016
Hello,

Thank You for opportunity to comment on the Resource Management Plan (RMP), 2016. Many things have changed since the plan that was implemented back in the 1980's. Thank You for considering the use of these BLM lands and asking for the public's input.

I have seen a considerable change since 1980 in outdoor recreational use. A higher demand is requested to continue in allowing for this growth. Myself, I have seen and partaken in the explosion of bike riding, be it in the mountains or rural road riding. Hiking, walking & exploring the outdoors for the experience alone has become the normal for many for added health reasons, in conjunction with the strong interests in hunting, fishing & traveling to geological or ancestral sites. One of the benefits of living within Delta County is the availability of BLM lands that provide & answer the request as needs have increased. I prefer that the BLM choose to designate the Jumbo Mountain area as a Special Recreation Management Area (SRMA). I personally enjoy living so close to this area, being in Paonia, that I often spend time biking, walking, hiking & even cross country skiing among the area & often out Lone Cabin Rd, along the many irrigation ditches. It's great to have a variety of outdoor interaction so close at hand to choose from with no

BLM_0157996

visions of industrial activity. Please keep this option available by favoring the Alternative B1 plan.

<([#3 [30.3] I moved to this area in 2011, specifically for the organic food being produced throughout the area. Which since 1980's has seen a huge growth nationwide. The wildlife sightings during migration times or hiking about, the accessibility to clean air, and the lifestyle characteristics that go along with these practices of "healthy" living. My concern for the area is that if Alternative B1 is not chosen, the risk goes higher in affecting the long time ranchers, organic farms/orchards and vineyards along with myself as a resident, drinking the city water in negative ways that challenge the reasons many choose to live here.
#3])>
<([#1 [40.3] I often travel on road 133 to access the Wilderness. This road is always slumping, shifting and moving due to unstable conditions. I can't imagine what an increase in traffic, specifically any related to fracking needs with heavy & numerous vehicles crossing the already stressed pavement will do? Cost CDOT in damages and upkeep ? As designated the "West Elk Scenic Drive" with an increase in truck traffic, gas pads and such will cheapen the Scenic part of the drive for many. Any other alternative choice shows lack of support for the value of these lands beyond just a mineral extraction exchange, i.e. financial and thus the value of "Scenic" is redefined in a manner not consistent with Wilderness.
#1])>
<([#2 [30.3] Please, initiate Alternative B1 to help decrease the above issues I personally think will detract if any other initiative is chosen. If the water is contaminated, if the air is more polluted, if the wildlife are restricted in their habitual patterns and harmed, if the organic industry that resides within Delta County & is making a strong demonstration of an industry worth backing & providing a living is thwarted it will cause me personally to move and many others, if they have the resources to do so. It will stop the growth of our changing Delta County at a critical transitional time and the burgeoning creative district will succumb to wasteland. Not a long term vision I imagine anyone wishes to observe.
#2])>
Currently I own my property here in Delta County and have an additional investment. I am waiting to see what choice the BLM makes to decide if I continue to invest in the area. Any initiative choice that does not support B1 will cause me to retract.

Thank You,
Elizabeth C O'Reilly
p.o. box 173 (230 Oak ave)
Paonia CO 81428


000225_LilienE_20161003  Organization: Elizabeth Lilien
Received: 10/3/2016 12:00:00 AM
Commenter1: Elizabeth Lilien - Crawford, Colorado 81415 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail

Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000225_LilienE_20161003.htm  (000225_LilienE_20161003-381922.htm  Size = 3 KB)
Submission  Text
To Whom It May Concern:
October 1, 2016

I am a resident of Crawford, Colorado since 1980. (now 81 years of age). Coming to this pristine part of Colorado for its quality of life, beauty, healthy environment and community feeling. I own my ten acre sweet spot, am an independent voter, and consumer of North Fork Valley produce and lifestyle. Now all this is threatened by proposals of gas and oil leasing on public lands here in the North Fork Valley. (Crawford being on the list.) I am firmly opposed to this plan. This valley is one of the most beautiful and fertile places in the world. A threat to clean air, fresh water, a healthy environment, loss of organic farms, places of recreation, tourism and agriculture. The plan devised by the Bureau of Land Management is an inappropriate use of public lands, the potential for human, animal and environmental damage is very high, and would destroy local investments and resources required in transitioning the economy to one now based on "agra-tourism", recreation, renewable energy, agriculture and organic life style and food. As an added detriment to this development would contribute to increased greenhouse gas emissions and climate change impacts on community resources including agriculture and wildlife.

<([#1 [5.6] I also need to emphasize the poor and inadequate analysis preformed by the BLM. This analysis did not consider the uniqueness of the North Fork Valley housing the highest concentration of organic farms in Colorado (including vineyards, packing of organic fruit, vegetable growing operations) which will be negatively effected by the plans to drill and multiple risks to this agricultural area. Ignoring the impact of hydraulic fracturing, unregulated gas gathering pipelines, extreme weather causing flooding, mudslides and geological instability. Adding to these is the damage to human health, high ozone levels, water contamination, loss of recreation, and the overall impact on children, animals and all inhabitants due to these plans is just plain wrong . I do not want to forget the climate change impact that this development would effect contributing  to greenhouse gas emissions among other threats to climate change. #1])>
I am a VERY concerned citizen and will continue to object these plans put forth by the Bureau of Land Management. I am not only objecting for the people of the North Fork Valley, but for those in the state of Colorado, for all in the United States of America, but for the whole planet. My main motivation is for the future citizens, our children, grandchildren, great grandchildren and all that follow. As the Native Americans believe, we must protect Mother Earth now for 200 years . (20 generations)

Very Sincerely Yours,
Elizabeth Lilien,
39173 Highway 92
Crawford, Colorado 81415

BLM_0157998

970-921-5337

000226_HickamC_20161025  Organization: Carol Hickam
Received: 10/25/2016 12:00:00 AM
Commenter1: Carol Hickam - Hotchkiss, Colorado 81419 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000226_HickamC_20161025.htm (000226_HickamC_20161025-381923.htm Size = 4 KB)
Submission Text
Carol Hickam
woodyhickam@gmail.com

Please consider my attached comments

Carol Hickam
802 Short Rd. PO Box 503
Hotchkiss, CO 81419

October 25, 2016
To Whom It May Concern:

I agree with all the statements made by the public comment document created by the Citizens for a Healthy Community. I believe I signed such a letter this summer. I wanted to highlight some of my personal concerns.

My son, Jon, and daughter-in-law, Shannon, moved to the Hotchkiss area 11 years ago following the birth of their first child. They believed it was their duty to provide the best lifestyle possible for their child and now 2 children. To them, this means good organic, local food to nourish their bodies, clean air, freedom to explore the land and lots of family time. They own property, 60 acres, that is adjacent to the BLM. They are both very active in the community where Shannon teaches and Jon works for local non-profits. I followed them to this valley once I retired from Denver Public Schools. The lifestyle here feeds my soul; but it is being threatened in a way that sickens and scares me. Every reason we had for moving here is being challenged.

I have a dear friend who grew up in New Raymer, CO. and lives in that area. What fracking has done to the prairie is heartbreaking, i.e. traffic, pollution of all kinds, some wells running dry, ruination of the landscape, etc. But, I did not hear very much protest to fracking from that area. They did not have the diversified, sustainable alternatives that have been developed here. This makes the North Fork Valley a very different situation.

BLM_0157999

<([#1 [18.3] I do not believe the BLM has done its due diligence in performing the required in depth risk analysis. If they have, I have not seen it. If for no other reason, pipelines should not be put in rural areas where they are unregulated. Pipeline safety was not considered. They break despite best efforts at building adequate ones. In addition, recent studies have shown radioactive waste water which only fuels climate change.
#1])>

We are not just an isolated group of people. Tourists are flocking here to escape into the pristine valley where we live. Restaurants and farmer's markets in the front range relying on local, organic foods get much of it from our farmers and ranchers. Our economy does not need fracking to survive. In fact, our local economies are in jeopardy if we have fracking. As the coal mines have shut down, there have been dire predictions for the schools, etc. The Delta County Schools student count is only down by 80.

We are absorbing the loss of the coal industry due to our economy which is enhanced by non-industrialized public lands. Yes, we should do everything possible to support coal miners who have lost jobs along with helping them stay in this community if they choose. But, fracking jobs are not long term employment opportunities. It is the devastation of land and natural resources for short term employment and gain.

I would rather not rely on foreign oil: but there is plenty of oil in the east to provide for us where there is also more water needed for fracking operations. I really, really do not ever want to depend on foreign countries for our food because we don't have enough water or our water is contaminated. And, I don't want our local food ruined by fracking operations.

There is nothing about Alternative D that is acceptable. I only want a No Leasing alternative. I am not even convinced that Alternative B1 does enough to protect public lands; but it is the best of the proposed alternatives. I think if the BLM started from the beginning with the required risk analysis, there would be a No Leasing stance.

Thank you for reading this and considering other options. I am asking for a drastic change in your recommendations for my children and grandchildren more than myself!

Very sincerely,
Carol Hickam


000227_JanusJ_20161019  Organization: John Janus
Received: 10/19/2016 12:00:00 AM
Commenter1: John Janus - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:

Current Task: Done Assigned/Due: zghali
Attachments: 000227_JanusJ_20161019.htm  (000227_JanusJ_20161019-381924.htm  Size = 1 KB)
Submission  Text
Hello  Good people  of the BLM,

Regarding the upcoming  oil and gas lease on the Western Slope of Colorado

<([#1 [30.3] I would like to point out There has not been adequate research and study into the environmental  impacts of oil and gas development  on the Western Slope of Colorado.  Fracking wastewater is radioactive and contains many chemicals injurious  to all forms of life. The history of the gas and oil companies is not good. It is common for a substantial amount of this toxic brew released into the environment.  There are the pipeline  concerns also a heavy impact on the environment. This type of commercial activity is at odds with the current economic base of the area, Agriculture,  Tourism and Real Estate. Agriculture which has been a profound economic driver in the region since the beginning  would suffer significantly.  Please choose B 1 alternative as this is the only plan that is sustainable for the benefit of all citizen on the Western Slope of Colorado. #1])>

Thank you.
John Janus
WWW.JANUSREALESTATE.com
Email: Telluriderealty@gmail.com
Phone: (970) 728-3205


000228_CesatiA_20161019  Organization: Andrew Cesati
Received: 10/19/2016 12:00:00 AM
Commenter1: Andrew Cesati - Ridgway, Colorado 81432 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000228_CesatiA_20161019.htm  (000228_CesatiA_20161019-381925.htm  Size = 1 KB)
Submission  Text
Andrew Cesati
andrew@yeehawpickles.com

Please protect our natural resources. There is no reason you your office to allow oil and gas extraction on the western slope. What ever short term gains realize by the community will he set at odds with the long term viability,  health and well being of the people and environment.  Please opt to oppose any fracking or resource extraction. Please do what you can to preserve the natural

BLM_0158001

beauty and agricultural heritage of the area.

Thanks
Andrew Cesati
701 chipeta dr
Ridgway co 81432

000229_ZieglerC_20161008  Organization: Cynthia Ziegler
Received: 10/8/2016 12:00:00 AM
Commenter1: Cynthia Ziegler - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000229_ZieglerC_20161008.htm (000229_ZieglerC_20161008-381926.htm Size = 5 KB)
Submission Text
Cynthia Ziegler
cynazie@yahoo.com
17462 Farmers Mine Rd. Paonia, Co. 81428
October 4th, 2016

Declaration of Impact Statement
To the Bureau of Land Management

I am a resident of Paonia, and live on Garvin Mesa adjacent to the BLM. My husband and I have considered this to be one of the benefits of living at the upper edge of the mesa: it is quiet, we have very little traffic, a lot of beautiful open space, and a lot of wildlife.

If the BLM land that borders our property were to be leased and developed by the oil and gas industry, these qualities would all be gone. In addition, the air and water quality would also be greatly diminished, as would our property value.

We residents of Garvin Mesa greatly value the irrigation water we receive from Terror Creek. There are many organic orchards and vineyards that rely on its clean water. Spills, leaks, and other possible mishaps are inherent in the oil and gas industry. We must not allow the risk that our watersheds be contaminated.

The roads up Garvin Mesa are narrow dirt roads. Heavy traffic on these roads would create hazardous conditions for the residents, as well as a lot of dust and noise.

These are just some of my concerns in my neighborhood. Let me now address things from a bit

broader perspective. First, I am grateful that the North Fork Alternative was included in the draft RMP. I will state right now that I strongly support this alternative- B1, as the one that needs to be implemented! <([#2 [30.1] The BLM should ensure that management of the North Fork Valley's public lands enhance rather than harm the economic opportunities that exist in the North Fork Valley. We currently are most fortunate to enjoy clean air and water, non-industrialized public lands and recreational trails and access, and scenic beauty. Alternative B1 goes the furthest to provide protections for our growing non-industrialized economy. #2])>

<([#3 [30.1] Recreation on our trails and rivers contributes millions of dollars into local economies. The North Fork Alternative provides protection from oil and gas development for stream and river corridors, trailhead areas, the flanks of the West Elk Mountains, and the Jumbo Mountain area.

Hunting, fishing, and camping in our area is also a multi-million dollar industry. We must protect the public's access to these places, as well as ensure that these places remain healthy habitats for wildlife. Alternative B1 would prohibit any surface occupancy in critical wildlife habitat, and includes both No Leasing and No Surface Occupancy setbacks from streams, riparian area, and water bodies. #3])>

<([#1 [30.3] Farming, ranching, and food-based enterprise are probably the dominant force in the valley. We are known for our concentration of organic and sustainable farms, orchard, and ranches, and much of it relies on its reputation for high quality, organic or natural products. Agritourism is also a growing aspect of our community, and relies on the character inherent in the North Fork Valley. The Wesk Elk region is making a name for itself as a destination wine touring region as well as Farm to Table capital. The impacts from oil and gas development on nearby public lands pose a threat to these important aspects of our community. The North Fork Alternative requires development setbacks from agricultural lands, prevents damage to visual qualities, and best preserves the rural character of the valley.

Speaking of tourism, the North Fork Valley is at the heart of the West Elk Loop Scenic Byway, world renowned for its scenery and rural character. It is just about the closest you can come to experiencing the wilderness from your car. Oil and gas development would most likely jeopardize the scenic qualities of the area. Alternative B1 offers the strongest protections for the Valley's scenic features.

The threat of oil and gas development in the North Fork Valley has been seen to have a negative impact on real estate sales. Most people looking to move here are seeking a rural, non-industrial, and agricultural lifestyle. A group of local realtors filed a protest saying that gas development on public lands this close to organic farms and wineries who are marketing the healthy setting and purity of the production and their products is incompatible and would result in the federal government willfully vandalizing a local economy. #1])>

It is time for the BLM to stop prioritizing extractive industries, and to make the protection of our natural resources the focus. After all, if we fail to do this now, there really won't be much left for our children to enjoy and appreciate about this valley. Please adopt alternative B1 as the recommended alternative, and allow this to set a new standard for the rest of the management

BLM_0158003

area!

Sincerely, Cynthia Ziegler

000230_HarrisB_20161019  Organization: Bill Harris
Received: 10/19/2016 12:00:00 AM
Commenter1: Bill Harris - Montrose, Colorado 81401
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000230_HarrisB_20161019.htm  (000230_HarrisB_20161019-381927.htm  Size = 1 KB)
Submission Text
Bill Harris
trlgpa48@gmail.com

Please accept these comments regarding the proposed Resource Management Plan for the Uncompahgre Field Office.

1) I generally support the Dry Creek SMRA designation, especially RMZ4 area that calls for priority development of non-motorized singletrack. <([#1 [20.2] [3] One concern I do have in regards to the Dry Creek Lands with Wilderness Characteristics is the inclusion of land that has the Coyote Cutoff and Coyote Ridge trails. Both trails are motorized, so are they recommended for closure, or is there some sort of mistake on the map. #1])>

2<([#3 [27.1] ) I support the EMRA designation for Kinnikin Hills. The RMZ2 area is well-suited for non-motorized trail development. The Kinnikin Hills area south of Kinnikin Road has a problem with illegal dumping, unsafe firearms use and off-trail Motorized use. Development of formal recreation facilities will discourage these abuses #3])> .

3) <([#2 [27.1] I support the Spring Creek SRMA. Spring Creek Canyon which includes Buzzard Gulch is a popular trail venue for hikers, mountain biker, runners and equestrians. Continued development of this trail system will provide added options for local residents and visitors alike. Would recommend that non-motorized trails be added to the RMZ3 designation. #2])>

Bill Harris
1635 Ironton Ct.
Montrose, CO 81401

000232_ThorupJ_20160902  Organization: Janice Thorup
Received: 9/2/2016 12:00:00 AM

BLM_0158004

Commenter1: Janice Thorup - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000232_ThorupJ_20160902.htm (000232_ThorupJ_20160902-381928.htm Size = 1 KB)
Submission Text
Janice Thorup
janice.thorup@gmail.com

I am writing to discourage the BLM from leasing to oil and gas companies. Concerns about health of humans and our land have not been adequately addressed. The economic gain is but short-term and the consequences could affect generations to come. Our wild areas are important to the human spirit and have rights of their own, which we have too long ignored.

Please protect our wild spaces and resist economic greed, which is the only factor supporting these leases. Thank you.

Janice Thorup
PO Box 631
Paonia, CO 81428


000233_MarkewichJ_20160929 Organization: Jeffrey Markewich
Received: 9/29/2016 12:00:00 AM
Commenter1: Jeffrey Markewich - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000233_MarkewichJ_20160929.htm (000233_MarkewichJ_20160929-381929.htm Size = 1 KB)
Submission Text
scout@createclarity.com

Dear BLM,

As a resident of Southern Colorado and an avid target shooter, I object to further restrictions

BLM_0158005

contemplated in the Uncompahgre planning area.

Please do not take away spaces where responsible recreational shooters practice this craft.

Regards,
Jeff

Jeffrey S. Markewich
United Capital
Financial Life Management
www.UnitedCP.com/CO3
Office: 719-228-3630
CO Cell: 719-233-1898
Vegas: 702-493-9678


000234_HammondD_20161029  Organization: Darell Hammond
Received: 10/29/2016  12:00:00  AM
Commenter1: Darell Hammond  - Englewood, Colorado  80110 (United States)
Organization1:
Commenter Type: Individual
Classification:  Substantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000234_HammondD_20161029.htm  (000234_HammondD_20161029-381930.htm
Size = 1 KB)
Submission  Text
Hello,

I live in Conifer (to close to Denver) and see the target shooting conflicts all the time. <([#1
[27.1] Instead of shutting  off the land too target shooters (that pay taxes and have rights too)
some basic problem solving  should come into play. I would think about making some designated
areas for shooters to use.

This way you can control where shooting accrues and their unfortunate mess. No one wants to
see a shot-up refrigerator in the middle  of the woods. I understand & see there are too many
people hiking  thru the woods to have random shooters shooting up the trees and not paying
attention to their backstops. Designated shooting  areas would help control dangers, keep the
trash in the areas it was created, save some trees from being shoot up and would be easier to
monitor target shooters. Could even make some revenue as a non-monitored  Fee Area like some
wilderness campgrounds.
#1])>
Thanks for listening
A loyal NRA Member that Votes

Darrell Hammond
Quality & Process Improvement Manager
T. A. Pelsue Co.
2500 S. Tejon St.
Englewood, CO. 80110
303-975-5224
darrelh@pelsue.com

000235_M_20161030  Organization: Mark
Received: 10/30/2016  12:00:00  AM
Commenter1: Mark - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000235_M_20161030.htm  (000235_M_20161030-381931.htm  Size = 1 KB)
Submission Text
Plan D please
Mark
m93arkj@paulbunyan.net

000236_DavisP_20161016  Organization: Philip Davis
Received: 10/16/2016  12:00:00  AM
Commenter1: Philip Davis - Hotchkiss, Colorado 8141 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000236_DavisP_20161016.htm  (000236_DavisP_20161016-381932.htm  Size = 6 KB)
Submission Text
Wink Davis
wink@mesawindsfarm.com

October 15, 2016

To: Dana Wilson, Uncompahgre Field Office Manager
Uncompahgre Field Office

BLM_0158007

2465 South Townsend Avenue
Montrose, CO 81401

From: Philip W. Davis
Maxine Eisele
Mesa Winds Farm & Winery

Re: Resource Management Plan Revision

The climate crisis is my overriding concern. We farmers who work outdoors every day know that the climate is changing, these trends are not short term, and has serious impacts on our capacity to reliably produce food for the marketplace. <([#1 [11.3] The BLM, in its environmental analysis, for the draft Resource Management Plan (RMP) failed to consider the impact of energy development on the Nation's commitment to fight climate change. The analysis is therefore fatally flawed and the RMP derived from it is invalid.

A new report by Oil Change International shows that in order to keep the commitments made at the Paris climate talks the US cannot initiate ANY new fossil fuel projects. There is already enough carbon in existing oil fields and coal mines to exceed the targets world leaders agreed to last year. Fossil fuels must be kept in the ground, we must devote ourselves to creating a carbon neutral future, and the BLM must not entertain new leases of public land for the purpose of fossil fuel extraction, particularly not natural gas wells in the air- and watersheds of the North Fork Valley of Colorado. We urge adoption of Alternative B1 of the Draft Resource Management Plan.
#1])>
Until recently, coal mining was a signicant economic driver in our Valley but it has crashed, taking with it many well-paying jobs. The necessary transition to a carbon neutral future is, in part, responsible for the downturn in coal markets. We are not willing to trade one boom-and-bust fossil-fuel-extraction boondoggle for another.

Instead this community is intent on creating a stable and sustainable economy that is founded in creativity, health and healing, sustainability, harmony with nature, and organic agriculture. My wife and I own Mesa Winds Farm & Winery on Rogers Mesa, west of Hotchkiss, in Colorado's North Fork Valley. We raise certified organic fruit, sheep, and make premium wines from our grapes. We are proud to produce delicious, nutritious, high-quality food for human consumption. In doing so we rely on the near-pristine quality of our irrigation water and of our air shed. And we are not alone in this. The North Fork is said to have the highest concentration of organic farms in Colorado, likely in the Rockies, second only to California. Our Valley is heralded as Colorado's "Farm-to-Table Mecca". These qualities are threatened by the adoption of the Agency's "preferred alternative".

At Mesa Winds we host visitors from all over the US to our wine tasting room and to our "farm stay" accommodations. Cyclists on multiday tours of the Colorado Rockies pedal past our gate on quiet country roads. Tours of vintage automobiles regularly make a stop in our Valley. All are attracted to this Valley's spectacular scenery; our uncluttered roads; the quiet, friendly, unpretentious, rural atmosphere; the locally grown food and wine. All these qualities are

threatened by the adoption of the Agency's "preferred alternative".

In summer, hikers access the high country, anglers find blue-ribbon trout streams and mountain lakes, families enjoy camping, all using our communities as jumping-off points. In fall, hunters come from all over the US for trophy deer and elk. And in winter snowmobilers and cross country and backcountry skiers and snowshoers enjoy the quiet and solitude of our foothills, mountains, and high mesas. Those public lands, managed by the BLM, which surround our Valley and are mainly indistinguishable from Forest Service and Park Service managed public lands, are essential to the quality of experience enjoyed by residents and visitors alike. These qualities are threatened by the adoption of the Agency's "preferred alternative".

We are business owners and employers. We understand that the underlying economy of the North Fork Valley is steady and healthy, grounded in growing food, in value-added food products, tourism, creative industries, outdoor recreation, renewable energy, training and education, and all the services that these businesses support. These businesses, like ours, rely on the quality of our environment and the outdoor experience. By being a sanctuary of calm, peace, nature, and enduring values the North Fork Valley has evolved a stable, if simple, economy. Those of us who are fortunate to live here, retirees and young people alike, and those visitors who have discovered this exceptional place, know that industrial oil and gas exploration would be in fundamental conflict with our economic well-being.

In this period of transition from carbon fuels to renewable energy it would be a tragedy for an out-of-the-area extractive industry to undermine the qualities supporting our sustainable, local economy. We will not be sacrificed to the rapacious greed of a dying industry.

I have signed, and attached hereto, the form letter titled "BLM Uncompahgre Field Office Draft Management Plan / DEIS Public Comment". This letter states my opposition to any oil and gas development in the watersheds surrounding the valley of the North Fork of the Gunnison River, known as the North Fork Valley. The DEIS is woefully inadequate and fails to consider numerous potential impacts on the natural environment and the human community that relies on the BLM to manage its lands in our interest, not that of out-of-area industrial oil-and-gas profiteers.

We are members of Western Colorado Congress, Western Slope Conservation Center, North Fork Wineries Association, and we support comments submitted by those organizations, as well as the Farm and Food Alliance, regarding the Draft Resource Management Plan. We support the North Fork Alternative (Alternative B1)

Sincerely,
Philip Winship Davis
http://www.mesawindsfarm.com
wink@mesawindsfarm.com
970-250-4788
Mesa Winds Farm & Winery
31262 L Road
Post Office Box 327

Hotchkiss, Colorado 8141

000237_VaughtK_20161004  Organization: Dancing Dog Farm, Kenneth Vaught
Received: 10/4/2016 12:00:00 AM
Commenter1: Kenneth Vaught - Hotchkiss, Colorado 81419 (United States)
Organization1:Dancing Dog Farm
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000237_VaughtK_20161004.htm  (000237_VaughtK_20161004-381933.htm  Size = 6 KB)
Submission Text
Ken Vaught
kenvaught@tds.net

To BLM -
Attached are comments concerning the draft Resource Management Plan.
Thank you, Ken Vaught

October 3, 2016
Re: Comments on the Draft Resource Management Plan for the North Fork Valley
Dear BLM- UFO Staff:

My name is Ken Vaught and I am a resident of the North Fork Valley, living just outside of Hotchkiss, Co. I relocated to this area from the Front Range a few years ago, having retired from a career in water resource management with the Coors Brewing Company and MolsonCoors Brewing Company overseeing the company's water resource operations and planning. Prior to Coors, I was employed by the U.S.G.S. Water Resources Division, working in Houston Texas and Lakewood, Colorado.

I now have a small 10 acre organic farm, raising produce for market and also have established a vineyard, growing wine grapes for area vintners. Along with many Front Range people that have relocated to this special area over the last few years, we are all very lucky to be able to live in and enjoy this area. Having lived in the Front Range area, we have seen the impact on some of those communities as a result of heavy gas development, with increased truck traffic, dust and general air quality issues and health issues impacting the young and elderly. I am probably considered part of the "new economy" in the area, having mailbox income along with farm income that I spend with area businesses, supporting the stores, orchards, winemakers, and other small businesses that have been here for years and others recently started. According to local real estate brokers, the Valley is becoming a place that retirees are relocating to for it's natural beauty, life style and the abundance of outstanding organic foods and agricultural related by products.

<([#1 [14.1.3] The area surrounding the Valley is rich in wildlife, with the draws and drainages used as wildlife corridors for movement. Each winter, there is an area elk herd that number 250 – 300 that overnight in Short Draw, along Coal Road about a mile north of the town of Hotchkiss and each morning between 5:30 am and 6:00 am, migrate in a northwesterly direction from the Draw, up into the south facing cedar areas on BLM land. It is quite a site to see from December until they move out in late February. This area that the elk occupy each winter is adjacent to several of the Valley parcels that the BLM is considering leasing for oil and gas development with Coal Road being direct access to the lease areas. There currently is no traffic to speak of on Coal Road with most of it's use coming from summer biking to BLM grounds or hikers and walkers. Any future heavy truck traffic on the Coal Road would certainly interrupt the seasonal migration in one of the area elk herd's winter habitats. #1])>

My irrigation water supply comes from up valley at the headgate of the Fire Mountain Canal and also later in the season from the Paonia Reservoir. The Fire Mountain travels along the northern flank of the Valley adjacent to several large parcels that have been identified for leasing. There is a thriving business in organic produce, fruit and vineyards that depend on this source of irrigation water for our crops. Having worked in water resource management for 40 years, I am all too aware of industrial releases or spills that occur around any large industrial operation such as drilling on these close proximity leases in the Valley area. The Best Management Practices to prevent such spills into water ways sound good to the public and look good on paper but in reality are not 100% successful. It will only take one spill or release to cause potentially irreparable damage to the organic agricultural economy that depends on uncontaminated water and air. The ag tourism business is one that is thriving in Delta County also and will certainly be compromised with close in leasing. Tourists just don't drive to an area to visit, spend nights and spend money to see gas rigs and drive through heavy truck traffic.

<([#3 [21.1] [30.3] I would respectfully ask that the BLM reconsider it's plan to lease all of the Valley areas specified in the recently released Draft Resource Management Plan. Due to the geology of the Valley, it does not appear that there is a source of gas that is economical to develop in the Valley area, with past test drilling data all showing the same results of no retrievable gas present. With ground potentially leased that has no gas reserves, it is the perception of gas development that deters people from relocating to or visiting the Valley and harms the overall economy of the area. The oil and gas leasing in the Valley area would kill off the thriving small businesses that are dependent on having clean water supplies that meet organic standards, clean air and an overall healthy environment. The gas industry should not be allowed to adversely impact the established organic agricultural businesses and the growing ag tourism businesses that are here. #3])>

<([#4 [11.3] I would also ask that the BLM consider the climate change impacts and overall environmental impacts from the greenhouse gas emissions associated with gas development. With huge advances being made recently to address climate change, such as the Paris Agreement, the federal Clean Power Plan and the Colorado Climate Plan, reducing the number and location of gas leases in the North Fork Valley would seem to be in step with taking some meaningful action to reduce the impacts from climate change. The BLM's Preferred Alternative Plan does not adequately address the climate change issues or the environmental issues.

BLM_0158011

#4])>

I applaud the BLM for taking on this difficult task of developing a Resource Management Plan and would ask that you include the North Fork Alternative Plan that has been submitted to the BLM for the North Fork Valley.

Sincerely,
Kenneth D. Vaught
Dancing Dog Farm, L.L.C.
1235 Barrow Mesa Road
Hotchkiss, Co. 81419
970-872-1109/970-901-3868


000238_WehrmacherD_20161018  Organization: Doris Wehrmacher
Received: 10/18/2016 12:00:00 AM
Commenter1: Doris Wehrmacher - Crawford, Colorado 81415
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000238_WehrmacherD_20161018.htm  (000238_WehrmacherD_20161018-381934.htm  Size = 6 KB)
Submission Text
Dear Bureau of Land Management:

My husband and I recently bought our retirement home in Crawford. Our address is #3720, 3750 Rd., Crawford. After years of searching all over Colorado, we bought this property for the unparalleled views that stretch for miles, both east to the West Elks and west above and into the Smith Fork Canyon, and for the incredibly quiet setting the property enjoys. The only sound one hears is that of the Smith Fork as it flows below. Our home overlooks the canyon and is perched at its very edge, about 10 yards from the rim. We were really happy that our views encompassed so much BLM land because we believed that there would be no development taking place that would not be in compatible use with the neighboring area and surroundings.

We have been so excited to have moved and be able to contribute to this beautiful, vibrant and healthy community. We have spent most of our savings for the purchase of this property and to acquire the irrigation water that we deemed necessary to use for the garden, fruit trees, hay pasture and growing of organic lavender. We have made plans to spend the rest of our lives here. After all, this is the area Forbes Magazine wrote about and referred to as the "Golden Triangle" (March 2006). This area will be hard to recognize for the natural beauty and pastoral feel touted for in magazine articles today if gas development takes place.

The effects of gas development would be numerous and of great consequence to us. Regarding

specifics:
* Our views would no longer be unobstructed since a gas tower would be placed directly south of our home, the direction our house faces. The night sky would change from dark and absolutely clear to no longer being visible. This includes the view down the canyon rim where the other towers would be placed. We spend much time exploring and hiking in this canyon, its gullies and along its rims.
* The level of sound would change from total quiet to the constant and loud noise of heavy machinery.
* Air quality would be affected. We spend most of our time outside. Our windows and doors are always wide open to the outdoors. We enjoy the purity of our clean air and the quietness of our surroundings. We would never want to do anything to close ourselves off
* Roads would have be put in on undeveloped land. And these roads would have to be built to carry heavy equipment. The local soils are high in clay content and show disturbance and erode easily. The roads that would have to be built would likely have to cross private land to reach landlocked parcels, causing disruption to many local people and neighbors.
* There are currently deer, elk, mountain lions, foxes, and bear that come on our property as well as numerous birds that fly up and down the canyon. There are literally thousands of swallow's nests on the canyon walls below our house and these birds and animals drink the water from the ditch and the pond. These established flyways and trails would be disrupted by gas development and its fallout.
* Of deep concern to us is the seismic activity and disruption of layers caused by "Fracking". As mentioned, the house is perched at the edge of the Smith Fork canyon, facing south and no more than 10 yards from the rim at points (see pictures). "Fracking" could cause layers to shift and the land to slide, endangering the house itself.
* Regarding water issues, our irrigation water comes to us via the Clipper Ditch, a mostly earthen and unlined ditch. If this water were to be contaminated at its source or along its way to us it would reach us in a contaminated state. The other larger ditch that borders our property east, north and west is the Grandview Canal, whose source is also at parcel #6200. As it turns north on our property it seeps into a pond, which is used extensively by birds and wildlife. The seepage from the irrigation ditch also shows up as springs on other parts of our land. Our property has a lot of elevation changes, ranging from flat areas to dropping off on the southern cliff edge all the way to the canyon bottom. Were the irrigation water to be contaminated, there would literally be pockets of contaminated water seeping all over our acreage.

Setting the quality of life issues aside, what about the dollar value of the property? By considering the points I have made as to how our property would be affected, one can appreciate our realistic concern that it would become of no value to anyone and therefore unsalable.

In regards to the rest of the community and the other parcels, you will surely receive many, many letters addressing all the ways this development would affect the community as a whole. Amongst some that will surely be mentioned;
* Water issues.(By the way, where would the huge amount of necessary water for "Fracking" come from? There is no extra water here!
* Proximity of parcels to schools and towns and multi-use facilities
* Heavy traffic on roads not built to handle the weight or usage or the eventual emergency.
* The effects on Organic farming and the successful "Farm to Table" efforts.

BLM_0158013

* The tourist industry and the unsightly visual impact gas development would have on the landscape.
* The effect on hunting grounds and migration corridors.
* The effect on Gold Medal Fishing areas.
* Disruption of the terrain in general, and its ability to regenerate. Let us not forget the problems associated with the historical lack of interest on the part of gas and energy companies to fix what they ruin.
* Statistics show the increase of the crime rate in areas of large gas development. Why would we want to add that problem to our peaceful and safe community?
* Disruption to the current lifestyle to so many. The quality of life issues are HUGE!

With this in mind from my part, and from what you will hear from the many concerned citizens of this community, it should become very obvious that the current lifestyle and the proposed industrial development of this area are in NO WAY COMPATIBLE.

Thank you for your consideration, AND FOR ADOPTING ALTERNATIVE B1

SINCERELY,
Doris T Wehrmacher
3720 3750 Rd, Crawford, CO 81415
email: doristeal@msn.com


000239_FinniganG_20161026  Organization: Georgia Finnigan
Received: 10/26/2016 12:00:00 AM
Commenter1: Georgia Finnigan - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000239_FinniganG_20161026.htm  (000239_FinniganG_20161026-381935.htm
Size = 2 KB)
Submission Text
musicequalslife@yahoo.com
Georgia Finnigan
POB 1745 (407 Vista)
Paonia, Colorado 81428
October 26, 2016

UFO RMP
BLM Uncompahgre Field Office Draft Resource Management Plan
2465 South Townsend Avenue
Montrose , Colorado 81401

BLM_0158014

RE: Failure to do adequate risk analysis and other problems with proposed RMP.

<([#2 [5.6] Your RMP does not adequately address the high risks of oil and gas development as required from the NEPA: National Environmental Quality Act especially fracking providing details on the horrific damage that industry causes to the environment, human and animal health and economies.

There is a lot of new scientific evidence of damage to health and the environment from various forms of oil and gas development, particularly fracking, that will endanger all life. #2])>

I moved to the North Fork area od Delta county for my health reasons ( a life threatening disease) and needed cleaner air and water, organic foods, peace and quiet . The industry which will be allowed to invade this area will destroy our economy and quality of life here. You are no doubt aware of what has happened in other areas.

How can you install a plan without deep consideration of the risks involved? Why are human beings and all living things being threatened and put last on the priority list?

Why is pipeline safety not seriously addressed : why are pipelines that are not regulated not addressed in the plan. What about earthquakes? Air pollution, water contamination?

If you go through with this plan and are not legally stopped, I and others will suffer and have to leave the area if we can , or be compromised and possibly even killed as a result of oil and gas development.

What about greenhouse gasses? What are the impacts and why have you not thoroughly investigated this?What other safety rules are there for the industry and if there are none or inadequate ones, why doesn't the BLM insist on them? Why is fracking not seriously considered in your RMP?

This plan must be radically altered, include safeguards and protections , before it is acceptable.

Yours truly,
Georgia Finnigan


000241_CongourD_20161025  Organization: David Congour
Received: 11/18/2016 11:11:32 AM
Commenter1: David Congour - Montrose, Colorado 81403
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali

BLM_0158015

Attachments: 000241_CongourD_20161025.htm  (000241_CongourD_20161025-381936.htm
Size = 3 KB)
Submission Text
ccenergy@montrose.net

To Whom it May Concern,

I'm a resident of Montrose, and like to get away from work by mountain biking on BLM and Forest Service single track trails. I'm 61 years old, and over the past decade, I have seen the rapid growth of mountain biking in this area. The trails I use near Montrose are in Spring Creek, Dry Creek, and on top of the Uncompahgre. Of course, I also like to ride in Ridgway and the Grand Junction area when I can. I'd like to thank BLM for the great work they have done in promoting these trails. As a result of your work, I have seen an explosion in use of these trails, especially in the past two years? and we now have four bike stores in Montrose catering to mountain biking.

I believe that this growing sport is becoming a draw for people from outside of the western slope, and will contribute to the growth of Montrose as a destination in it's own right, as long as these mountain biking areas are protected through proper planning, resource management, and wildlife protection. Three days ago, I rode the new Spring Creek connector trail, and was surprised at the number of people I saw using it, despite it's having been built only weeks ago. On this ride, a deer ran across the trail 50 feet in front of me, and I saw a proliferation of birds when I stopped to sit for a rest midway through my ride. Among other wildlife, I saw a couple of Camp Robbers, several ravens, and a hawk riding the wind currents along the canyon rim. I was struck by the unmolested aspect of the Pinon and Juniper forest, and lack of disrupted terrain. Mountain biking has minimal impact on the terrain, and is relatively silent, so I assume that this activity has minimal impact on wildlife. These trails allow bikers and hikers access to pristine natural areas very close to Montrose. I'm sure that if the unspoiled nature of these places is protected, they will become even more popular for recreational use by Montrose residents and tourists.

Finally, I am concerned that short term gain, in the area of fossil fuel development, could ruin these pristine areas, no matter how carefully it may be done. I would like to see the BLM take the long view, and continue to protect these areas in the face of pressure to develop them by commercial interests. The true value of life on the western slope is measured in the beauty of our natural areas? development scars to these lands from drilling and mining operations would take ages to recover from, and, in the meantime, ruin their value as places that people want to use for recreation. This, in turn, would result in less money spent through tourist activities.

The west was originally a source of great monetary wealth due to resource extraction. Today, the greatest asset we have is our pristine natural beauty. We must make the transition from resource extraction to protecting the pristine nature of our wildlands, so that future generations will be able to experience the freedom and beauty that we enjoy today. Thank you for reading my opinion.

David Congour
62847 Ohlm Rd. Montrose, CO 81403
970.901.8757

BLM_0158016

www.ccenrg.com

000242_HuberT_20161011  Organization:  University  of Colorado, Colorado Springs, Tom
Huber
Received: 10/11/2016  12:00:00  AM
Commenter1: Tom Huber - ,
Organization1:University  of Colorado, Colorado Springs
Commenter Type: Individual
Classification:  Substantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000242_HuberT_20161011.htm  (000242_HuberT_20161011-381937.htm  Size = 3
KB)
Submission  Text
Tom Huber
thuber@uccs.edu

Please accept the attached letter as a comment on the proposed RMP.

Tom Huber, Professor
Geography  and Environmetal  Studies
UCCS
W 255-3790

Tom Huber, Professor
University  of Colorado, Colorado Springs
BLM, Uncompahgre Field Office
2465 S. Townsend Ave. Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field  Office

Dear BLM-UFO Staff and RMP Comment Team,

Please fully consider the issues raised in these comments on the Uncompahgre Field Office draft
Resource Management Plan. As presented, none of the alternatives offer the level of protection
these lands warrant, that communities and the public in your planning area have specifically
asked for and favored, and which federal law requires.

I am particularly knowledgeable about the value of the North Fork Valley as I have published a

book entitled An American Provence that highlights the unique and stunning character of this place. We in the West always think that our resources, space, land, and air are limitless because at times our views seem limitless. In truth our resources are finite and fragile. I do know that our society runs on energy – mostly fossil fuels – called "fossil" because they have been produced over hundreds of millions of years. We mine these resources and cannot replace them except with fuels that are not fossil, but rather here every day and renewed constantly.

Fracking is a dirty, dirty business. We are always told that, if done right, it is clean and leaves little trace. Well if that is the case, it is never done right. There will always be spills and leaks. The conservative estimate for methane leakage from fracking and its ancillary pipelines is 10%! And as far as oil is concerned, if there are leaks, and there will be, it devastates the much more valuable land over which the spills run.

I know the BLM is mandated to allow the development of the resources on its land. But when one resource use precludes another one just as valuable, a choice must be made, and that choice needs to be one of continual renewal and production, not mining/pumping a resource until it is gone and then abandoning the potential for those other valued uses.

<([#1 [5.3] Without having considered a no-leasing alternative, nor considering how the North Fork Alternative Plan would be carried out if included in the preferred alternative, the draft RMP fails to fulfill it's duty to consider the full range of reasonable management possibilities. #1])>

The North Fork Valley is a world class place capable of activities better and more healthy than the incessant draining of oil and gas for short term profit.

Sincerely,
Tom Huber, Professor
Geography and Environmental Studies
University of Colorado, Colorado Springs


000243_SchwinnK_20160922 Organization: Karl Schwinn
Received: 9/22/2016 12:00:00 AM
Commenter1: Karl Schwinn - Delta, Colorado 81416 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000243_SchwinnK_20160922.htm (000243_SchwinnK_20160922-381938.htm
Size = 8 KB)
Submission Text
Karl Schwinn
kschwinn@ksconstruction.com

BLM RMP Comments
Uncompahgre Resource Management Plan
And Environmental Impact Statement

Interdisciplinary Team:

As a corporate member/sponsor of the Thunder Mountain Wheelers ATV Club (TMW) I appreciate the opportunity to comment on the Uncompahgre Resource Management Plan, specifically as it relates to the North Delta OHV Open Area. I fully support the attached letter (Unc-RMP-2016.doc) put out by TMW and wish to expand those concerns on a personal basis.

I am a General Contractor and recently completed a $4m, 2 yr construction project at Crossroads Assisted Living Memory Care in Delta.

Also understand that I and my wife are avid geocachers.

You should also notice that my "Signature" at the bottom of this msg is a Delta County address. We have been based out of PHX AZ for the last 23 years and looking for a way out of the "city" back to our roots of small town, agriculture, great outdoors ever since we got our kids out of the house and through college.

During the 2 years we were in Delta we found that place, sold out of PHX and bought land locally. The ability to roam pretty much at will - on foot, bike, horse, ATV, & 4x4 - within limits and reason, was a significant part of the formula behind our move. Over the past two years, both before we decided to move as well as since, virtually every family member or friend that visits gets introduced to new areas yet unexplored but almost always we also take them back to some of our favorites in the same areas mentioned below.

During that same time we have crisscrossed Delta County, Grand Mesa, the Uncompahgre plateau, Dominguez, Escalante & Roubideau Canyons, as well as many other locations. Much of it was in 4x4, some of it on borrowed ATVs, a bit on bike, and miles and miles of it on foot - Summit of Leon Peak, full length of Dominquez canyon, the Water wheel near Escalante canyon bridge, Hunting Grounds (White Water area). Specifically we have also done Devils thumb, Alkali Basin, Wells Gulch, Indian Point, Doughspoon and other areas which were either in or required crossing through (to the north side) of the OHV open Area in question - about 50/50 on foot & ATV.

Much of this was in our quest for geocaches, but an equal portion was to research the history AND Geology of the area. We also spent a fair amount of time placing new caches, especially those that teach history and "Earthcaches" which teach geology. As such we made numerous trips up to the Grand Mesa Visitor Center going to various seminars - especially communicating with the "Resident?" geologist, Mike Wiley, who helped us repeatedly with info and locations of where to set our earthcaches to best teach the geology of Grand Mesa.

I/we tell you all this so that you understand that while not "Green" as in Green-Peace, we very

BLM_0158019

much consider ourselves both users and stewards of our great out of doors and all the natural resources contained AND we go to great effort to entice others to do the same - both the use and care of . . . . . . p.s. Just last Sunday, 9-18, we were a part of a group of geocachers who hosted a CITO (Cache In, Trash Out) during which we collectively picked up more than a level pickup bed load of trash from along the shore line of Crawford Reservoir - we are actively searching for more public lands on which to host CITO events. What do we get out of that? The ability to claim a CITO event cache in our computerized logs and a sense of satisfaction!

Before I close I just have to give one very good example. The Ms. and I do not (yet) own an ATV but were fortunate enough to have one offered to us to use for lengthy periods of time. The offer came from a young family man who is the third generation in a very well-known family excavation business, Huff Excavating. This young man, Kirk, is slowly but literally taking over the operations of the business as well as operating heavy equipment on a daily basis along with his dad. I know him well as we have done business in the multiples of six figures. Kirk grew up on the back of a dirt bike out on the 'dobies north of Delta and his story (as well as a photo of him and bike high in the air) are featured in the closing chapter of Author Muriel Marshall's book "The Awesome 'Dobie Badlands" The book goes deeply into the geology of the 'dobies, but also into the economics, especially that of tourism and the attraction that the open OHV area has to outsiders. Kirk is one of the extreme few who actually turned PRO and was certified to the highest level of extreme dirt bike competition at the national level. He has told me more than once that it was the ability to go out to the 'dobies and ride for hrs. on end, every meter, every slope and every ridge different than the last, never repeating itself as there were/ARE no marked trails. This now attracts riders from all over the state, if not the entire nation, as a premium training ground. Kirk's room full of trophies and endorsement of the area for training saw to that!

Bottom line in closing. What are you going to do when a group of enthusiast arrive after a multi hr. or even days trip only to find that the bulk of the area has been closed off and they were not aware of it? Do you proposed to put armed guards on the entire acreage during daylight hrs.? That is what you will have to do for years to come until the word get out and in the meantime some will be tearing down the signage and tearing up the dirt even more than normal just out of spite and to prove the point that they can, who is going to catch me? While not right, that is human nature for some people and will become a nightmare to enforce, making it even worse for those of us trying to live within the letter of the law and the aftermath of their destruction and your even harder crackdown, possibly even to the point of fenced off full closure. Nobody wins.

You will have noted from above that we have crossed the dobies to the north multiple times. During our visits to the area we have seen VERY little activity on the northern sides. We feel that if judicious planning is done to create funnels into avenues through the area's most heavily populated by the Hookless Cactus and if proper educational signage is provided at the staging areas, most all users will understand, agree with and abide by the new trail system. Most will just avoid the northern areas - as they mostly already do. Those few of us that want to get through the area up into the higher elevations are usually doing it for other purposes than burning the rubber off of our ATVs and will wend our way through the cacti fields following the trail to the base of Grand Mesa . . . . . hopefully to fish in the lakes created by slump block failure, find the regular caches hidden in the area, and maybe even learn some local geology from some of the

BLM_0158020

Earthcaches such as "Grand Mesa's Cap - Exposed!" (about the basalt cap - exposed by erosion) or "Grand Mesa - Descent into Failure!" ( history of Slump Block Failure) or "ICE - pushy attitude!" (how glacial activity has affected the area)

The REAL bottom line! I know that I am not the only one by far that feels this way but most will not take the time or make the effort to comment on those feelings. I feel that I/we have established our bonafides as true users and stewards of these natural resources and feel that as both a community and business member making my living from the local economy, I can speak for them 100 fold at least, maybe even 500x or 1000x. Following the plans as outlined above and in the attached TMW document will benefit both sides the most, by FAR!

thanks, ks

_ _ _ _ _ _ _ _ _ _
Karl Schwinn, President
K S Construction LLC
www.KSCONSTRUCTION.com
P.O. Box 99, 13374 B Rd. Delta CO 81416
970 - 275 - 9455 Main
602 - 494 - 8395 cell
866 - 494 - 8396 fax
kschwinn@ksconstruction.com

000244_HendersonS_20161024  Organization: Susan Henderson
Received: 10/24/2016 12:00:00 AM
Commenter1: Susan Henderson - Montrose, Colorado 81403 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000244_HendersonS_20161024.htm  (000244_HendersonS_20161024-381939.htm
Size = 2 KB)
Submission Text
TO: BLM Uncompahgre Field Office
FROM: Susan Henderson
59673 Mancos Lane Montrose, CO 81403
fands.henderson@gmail.com
DATE: October 24, 2016
RE: Resource Management Plan Draft

Thank you for your extensive work in developing the Resource Management Plan, and thank you

BLM_0158021

for giving us the opportunity to comment on the draft of the RMP.

<([#1 [20.1] I was surprised, startled, and dismayed to read that although the RMP identifies over 42,000 acres of Lands with Wilderness Character, the preferred alternative protects only 18,000 acres. My husband and I hike in many of the identified areas and value the quality of life they afford us. Additionally, we are also site stewards of a threatened biological species in the adobe badlands and value the unique biological resources in that area. Please include more lands with wilderness characteristics in the final preferred alternative. #1])>

<([#2 [9.1] I was also disappointed to read that the RMP preferred alternative for areas of critical environmental concern is so limited. As members of the Chipeta Chapter of the Colorado Archeological Society, we strongly support special management attention to the important historic, cultural and scenic values included in the 15 areas identified. Please include all ecological emphasis areas and restore them to their full acreage in the final RMP. #2])>
Finally, I urge you to create more meaningful protections for the values identified in the ecological emphasis areas. I am a Colorado native, but unfortunately moved to Texas and lived on the Barnett Shale for several years. My husband and I returned to Colorado to escape the environmental pollution exasperated by oil and gas development. We know personally the negative impacts of environmental degradation.

The conservation of the public lands identified in the Uncompahgre Field Office Resource Management Plan is important to me, and it is important to our children and their children. John Muir said, "Everybody needs beauty as well as bread, places to play in and pray in, where Nature may heal and cheer and give strength to body and soul alike." Please do more to protect the ecological integrity of our public lands by including all the original identified acreage in the final RMP.

Thank you. I appreciate your consideration of my comments.


000245_ElsnerD_20160929 Organization: Dan Elsner
Received: 9/29/2016 12:00:00 AM
Commenter1: Dan Elsner - Grand Junction, Colorado 81501 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000245_ElsnerD_20160929.htm (000245_ElsnerD_20160929-381940.htm Size = 2 KB)
Submission Text
Daniel Elsner
elsner.dan@gmail.com

BLM_0158022

Dear

I wanted to comment on the BLM's Uncompahgre Field Office Draft Resource Management Plan.

I have hiked, camped, hunted, mountain biked and photographed this area for many years. On a recent hike I was simayed by the damage donw by OHVs as the riders tried to high point on many of the adobe hills. As an avid mountain biker I was saddened by the closure of one of my favorite rides - Pollock Bench - but I honored the wilderness designation and found other areas to ride of equal enjoyment. I request you consider in the RMP:

1. Include the lands with wilderness character in the final plan. The geological features, rare plants and insects are amazing!

2. <([#1 [9.1] Include the greater salt brush area of critical environmental concern in the field plan. Isolated wildlife are a disaster for healthy populations. Wildlife know no boundaries. Healthy predator populations that can roam large areas enhance all the other communities - (plant, arthropod, prey).
#1])>
3. While protecting these areas it is imperative to appropriately manage motorized and mechanized use. Most OHV users are respectable but one track can leave a lasting depression for years and signal its okay to go there for others.

As our population grows and more and more pressure is put on our natural areas now is the time to save them for future generations to enjoy. I want my granddaughters to be able to smell, view, and enjoy the solitude of these areas. These wilderness areas can be our second best idea behind the National Parks.

Thanks for allowing me to comment.
Dan Elsner
513 N 17th Street
Grand Junction Colo 81501
970-361-6813


000246_YoderC_20161024 Organization: Chris Yoder
Received: 10/24/2016 12:00:00 AM
Commenter1: Chris Yoder - , 21215
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali

BLM_0158023

Attachments: 000246_YoderC_20161024.htm  (000246_YoderC_20161024-381941.htm  Size = 1 KB)
Submission  Text
Chris Yoder
cncyoder@comcast.net

<([#1 [5.3] BLM's multiple  use mandate argues against oil and gas leasing  in the North Fork Valley, at least until  BLM has completed a thorough  analysis of the risks that large-scale oil and gas development  would create for human and animal health, the environment,  and the economy of the North Fork  Valley.  A no leasing  alternative  would  protect non- resource-exploitive  values and land uses ... while at the same time preserving  for possible  future use the option  of oil and gas leasing.  The reverse is not true.

That is why, at this time, I believe that a no-leasing  alternative  is the best way to honor BLM's multiple  use mandate.  On the other hand, the draft RMP is a roadmap to industrializing  the Uncompahgre Field Office area with the resulting  contamination  of the air, water, soil, and agricultural  lands of the very special North Fork Valley.  That is to say, as it now stands, the draft RMP repudiates multiple  use in favor of a single use --- oil and gas.

The only way to prevent irreparable  harm to this special area is to close off all BLM lands and minerals  in the area to oil and gas leasing.  At a minimum  it BLM must impose a moratorium on oil and gas leasing and development  until rural gas gathering pipelines  are subject to federal pipeline  safety regulations.
#1])>
Thank you,
Chris Yoder
21215


000247_ArntzenK_20161020_CO_State_Historical  Organization:  History Colorado, Katie Arntzen
Received:  10/20/2016  12:00:00  AM
Commenter1: Katie Arntzen - Denver, Colorado 80203  (United States)
Organization1:History  Colorado
Commenter Type: State Government
Classification:  Substantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000247_ArntzenK_20161020_CO_State_Historical.htm
(000247_ArntzenK_20161020_CO_State_Historical-381909.htm  Size = 1 KB)
Submission  Text
katherine.arntzen@state.co.us
To whom  it may concern,
<([#1 [12.1]

We offer comment on Addendum M statement: "Addendum I to the Colorado Protocol: Section 106 Requirements for Comprehensive Travel and Transportation Management Planning allows the BLM to complete consultation per Section 106 of the National Historic Preservation Act after route designation (M-4)."

As of October 29, 2016, Addendum I of the 1998 Colorado State Protocol, carried forward as Attachment F of the 2014 Colorado State Protocol, will expire by its terms and cannot be used for fulfilling your Section 106 requirements for travel and transportation management program as currently proposed by the Draft RMP/ EIS.

#1])> Thank you,

Katie

Katie Arntzen

Section 106 Compliance Manager

History Colorado, OAHP

1200 Broadway, Denver, CO 80203

303.866.4608


000248_CarpenterJ_20161005  Organization: John Carpenter

Received: 10/5/2016 12:00:00 AM

Commenter1: John Carpenter - Paonia, Colorado 81428 (United States)

Organization1:

Commenter Type: Individual

Classification: Nonsubstantive

Submission Category: Unique

Submitted As: E-Mail

Form Letter Category: Unique

Form Letter Master:

Current Task: Done Assigned/Due: zghali

Attachments: 000248_CarpenterJ_20161005.htm (000248_CarpenterJ_20161005-381942.htm Size = 2 KB)

Submission Text

johnincolorado@yahoo.com

To whom it may concern:

I'm submitting via this email my comment on the Uncompahgre Field Office Draft Resource Management Plan. I live in Paonia, CO and am an IT professional that telecommutes via DSL. I work for a national wholesale lumber company and have been for 15 years. Having lived in Paonia on and off for the last ten years, built one house here, and in the process of buying a lot and building another house, I believe I'm eligible for commenting on the new plan.

As an avid outdoor person who hikes, backpacks, and bicycles on roads and trails here in the North Fork Valley. I have been aware of this plan being developed for this area, have looked at all the alternatives, and I support Alternative B.1.

I had lived in the Roaring Fork Valley for many years and used to commute to an office in the Silt/Rifle area. This area has been heavily affected by the large amount of gas development. I saw the quaility of the air there go from very clear to heavily polluted. I've had friends in Silt develop headaches and other medical conditions due to the VOC's in the air. One environmental impact report showed negative health impacts due to this development. I understand the need for

some fossil fuel development but would prefer the continued use of the coal mines in the area versus new fracking for natural gas. The initial environmental impact is far less with coal than the problems with gas development.

I've met many front range people who have moved to the area including many IT professionals and retired people. I've seen fiber optic layed here in Paonia and the potential for this valley to become a mecca for young telecommuting professionals and companies is very high. A major factor for the interest here is the quality of life here in a small mountain type town, the beautiful surroundings, clean air, organic farming and orchards, recreation opportunities, etc. These are huge selling points for this area. I'd like to see them remain that way.

Thanks for allowing me to comment on this!
John Carpenter
313 Onarga Ave #2
Paonia, CO 81428
970-527-3356


000249_FrishmanA_20161013 Organization: Andrew Frishman
Received: 10/13/2016 12:00:00 AM
Commenter1: Andrew Frishman - Dyer, Nevada
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000249_FrishmanA_20161013.htm (000249_FrishmanA_20161013-381943.htm
Size = 1 KB)
Submission Text
Dear BLM,
As a lifelong rafter with 16 years' experience as a professional guide, as a former resident of western Colorado (Delta County) and as someone who has visited both the San Miguel and Dolores canyons, <([#1 [39.1] I strongly believe that that the Dolores and San Miguel River segments meet suitability requirements for Wild & Scenic designation and that the BLM should maintain their suitability as part of their Resource Management Plan. Anyone who has visited these rivers knows that their scenic and recreational values are exceptional. While I support the Colorado Water Conservation Board's request to manage flows through the Colorado State Instream Flow Program (ISF), I would urge the BLM and the Secretary of the Interior to pursue other flow protections if the ISF's are not sufficient to protect whitewater recreation and ecological values. The Dolores in particular is a world class river, whose recreational potential and ecological values are unfortunately impaired by inadequate flows. Please maintain the suitability of these wonderful river segments in the forthcoming plan! #1])>
Sincerely,
Andrew J Frishman

Dyer, NV

000250_QuinnT_20160929  Organization:  Terence Quinn
Received: 9/29/2016 12:00:00 AM
Commenter1:  Terence Quinn  - Eagle, Colorado 81631 (United States)
Organization1:
Commenter Type: Individual
Classification:  Substantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000250_QuinnT_20160929.htm  (000250_QuinnT_20160929-381944.htm  Size = 1 KB)
Submission  Text
<([#1 [2] About non-hunting  firearms activity.  I suggest that the BLM do a survey of places that are suitable for shooting  at targets. Not near residences, good backup, like a steep tall hill,  easily accessible by ordinary  street vehicles if possible.  I presume the NRA has a set of standards for rural shooting  ranges. You might even be able to get the NRA and local shooting  organizations to assist in this  survey.

There is a problem  about trash at shooting  sites on public land. It would be useful if trash containers were provided,  as well as restrooms, like porta-potties.  The BLM could solicit  support from local shooting  clubs for funding and periodic  cleanups, the way highways  are cleaned up. #1])>

Terry Quinn
TERENCE J. QUINN
123 W. 4TH ST, 2D FLOOR APT PO BOX 1110 (for USPS mail)
EAGLE, COLORADO 81631
PHONE: 970-328-7116  Cell: 970-471-0818
E-MAIL: teejay@vail.net

000251_MitasH_20161022  Organization:  Helen Mitas
Received: 10/22/2016 12:00:00 AM
Commenter1: Helen Mitas - Grand Junction, Colorado 81503 (United States)
Organization1:
Commenter Type: Individual
Classification:  Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000251_MitasH_20161022.htm  (000251_MitasH_20161022-384081.htm  Size = 1

KB)
Submission Text
The North Fork Valley is one of the most unique and beautiful places on the west slope of the Rockies. It has supported the agricultural small town lifestyle for many years.

Please choose plan B1 to protect the diverse communities and wildlife of this one of a kind place.

Helen Mitas
319 Pine St
Grand Junction, CO 81503
canyonwren53@gmail.com

000252_PritchardJ_20161014 Organization: Justin Pritchard
Received: 10/14/2016 12:00:00 AM
Commenter1: Justin Pritchard - Montrose, Colorado 81401 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000252_PritchardJ_20161014.htm (000252_PritchardJ_20161014-384082.htm
Size = 1 KB)
Submission Text
Justin Pritchard
pritchj@hotmail.com

Hello,

I'm writing to support non-motorized, mountain bike friendly trails in the Montrose area - especially Dry Creek Basin, Spring, Creek Canyon, and Kinikin Hills.

Montrose is a great place with numerous motorized opportunities, and there's a huge demand for non-motorized recreation. Non-motorized trails provide a safe and sustainable form of recreation, as well as a quiet environment for all kinds of users (hikers, trail runners, horses, mountain bikers, etc.) to enjoy the outdoors. I'm not anti-moto, and I appreciate all that the motorized crowd does for this area, but I think we can all benefit from increased non-motorized opportunities. This would help the quality of life for residents and tourists, provide economic benefits to the area, and improve public health with easier access to exercise.

Thank you,
Justin
Resident of Montrose, CO, 81401

000253_GuthrieB_20160929  Organization:  Brett Guthrie
Received: 9/29/2016 12:00:00 AM
Commenter1: Brett Guthrie  - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due:  zghali
Attachments: 000253_GuthrieB_20160929.htm  (000253_GuthrieB_20160929-384083.htm  Size
= 1 KB)
Submission  Text
Brett Guthrie
guthrie390@gmail.com

Hello,
I am in favor of draft plan Alternative A. Keep target shooting  open to the public.  Don't close
acreage.

000254_OlmsteadD_20161028  Organization:  Dennis Olmstead
Received: 10/28/2016 12:00:00  AM
Commenter1: Dennis Olmstead  - Montrose, Colorado 81401 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due:  zghali
Attachments: 000254_OlmsteadD_20161028.htm  (000254_OlmsteadD_20161028-384084.htm
Size = 1 KB)
Submission  Text
10/31/2016  DEPARTMENT OF THE INTERIOR Mail - Alternative B1 in the Final RMP
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=1580ba922553de8c&siml=…  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Alternative B1 in the Final RMP
1 message
Dennis Olmstead <dwotrans@bresnan.net>  Fri, Oct 28, 2016 at 8:19 AM
Reply-To: dwotrans@bresnan.net
To: UFORMP@blm.gov
Dear

BLM_0158029

Hello BLM / Staff and others.

This is a short comment on the Final RMP
From time to time I drive between Montrose and Denver along the I-70 route. It is clear that oil and gas "development"
has essentially destroyed a significant part of that territory.
I have had occasion to fly over the Dakota States at night. Flaring from from energy development are widespread making
much of the territory resemble a major forest fire. Again it's planned and allowed devastation.
As you put the final touches on the RMP I ask you to spare the North Fork / Paonia area from similar fate.
I implore BLM to plan about our long term future instead of short term development money.
Dennis Olmstead
1124 South 11th st
Montrose, CO 81401


000254_SheehanW_20161019 Organization: William Sheehan
Received: 10/19/2016 12:00:00 AM
Commenter1: William Sheehan - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000254_SheehanW_20161019.htm (000254_SheehanW_20161019-384085.htm Size = 1 KB)
Submission Text
10/26/2016 DEPARTMENT OF THE INTERIOR Mail - Recreational Shooting Proposal
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=157ddc2d439b1509&siml=... 1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Recreational Shooting Proposal
1 message
William Sheehan <camelot222@gmail.com> Wed, Oct 19, 2016 at 8:45 AM
To: uformp@blm.gov

Dear BLM - TO whom it may concern:
I Request and vote for the BLM to Select Alternative A and / or C for your Recreational Shooting Proposal.
Thank you for your consideration:
William Sheehan

000255_HowellC_20161031  Organization:  Craig Howell
Received: 10/31/2016 12:00:00 AM
Commenter1: Craig Howell - Naturita, Colorado 81422 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000255_HowellC_20161031.htm (000255_HowellC_20161031-384086.htm  Size = 2 KB)
Submission Text
10/31/2016  DEPARTMENT OF THE INTERIOR Mail - BLM UFO RMP comments
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=1581b6de88a634b4&siml=...  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
BLM UFO RMP comments
1 message
Craig Howell <okieatnuvemco@hotmail.com>  Mon, Oct 31, 2016 at 9:48 AM
To: "uformp@blm.gov"  <uformp@blm.gov>

In developing this RMP I think the following should be considered. Access to all areas for mineral exploration, mining, hunting, fishing and camping should be kept at a maximum level, and restrictions of any kind should be kept at a minimum. I not only work in this area, I also enjoy having the ability to enjoy the outdoor activities available to me in this area. I believe that it is important to the economy of the west end of Montrose county to have the ability to enjoy all of these activities to the greatest extent possible. We have a great deal of tourism that has become a big part of the economy here and restricting access in any way would be detrimental to the economy of this area. I believe that option A should be implemented of the RMP should be implemented, this would best serve the people of the west end of Montrose county.

Craig Howell (Okie)
Opera?ons and Mine Safety Consultant
P.O. Box 297
426 East Adams, Naturita, CO 81422
Phone 505-350-5241
Email okieatnuvemco@hotmail.com
Email hoyt1776@gmail.com


000256_WolfJ_20161030  Organization:  Henry Fair
Received: 10/30/2016 12:00:00 AM
Commenter1: Henry Fair - ,
Organization1:
Commenter Type: Individual

BLM_0158031

Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000256_WolfJ_20161030.htm  (000256_WolfJ_20161030-384265.htm  Size = 1 KB)
Submission Text
10/30/2016  DEPARTMENT OF THE INTERIOR Mail - Colorado's North Fork Valley
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=15816c30f363e588&siml=1...  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Colorado's North Fork Valley
1 message
j wolf <jhfwolf@gmail.com>  Sun, Oct 30, 2016 at 12:03 PM
To: uformp@blm.gov,  director@blm.gov

Dear Neil Kornze, BLM Director and Uncompahgre Field Office

The North Fork Valley, on the western slope of Colorado's Rocky Mountains, is one of the most beautiful and unique
places in the world.
I understand that there is a plan to open this area to oil and gas leasing for exploration and extraction. As one who has
studied these issues for years, I know that where you drill, you spill. And of course, the region has no water to spare.
Therefore, I am opposed to oil and gas leasing on public lands in the North Fork Valley.
I hope you will consider this comment in your decision making process.
Thank you
J Henry Fair
Charleston, SC


000257_GoldmanA_20161026  Organization: Andrew Goldman
Received: 10/26/2016 12:00:00 AM
Commenter1: Andrew Goldman  - Montrose, Colorado 81403
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000257_GoldmanA_20161026.htm  (000257_GoldmanA_20161026-384266.htm
Size = 3 KB)

Submission Text

10/27/2016 DEPARTMENT OF THE INTERIOR Mail - Comment on the UfO Draft RMP

https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=1580350f1eca5243&siml=1… 1/2

UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>

Comment on the UfO Draft RMP

1 message

Andy Goldman <fishman2@montrose.net>   Wed, Oct 26, 2016 at 5:26 PM
To: uformp@blm.gov

Please consider this a public comment on the BLM's UFO RMP:

"Fluid Mineral Leasing too widespread in the planning area."

Andrew Goldman
58657 Meadow Lane
Montrose, Colorado 81403
fishman2@montrose.net 970 275 9815

<([#1 [16.1] In reference to p 2-393 Table 2-6
I applaud the BLM for considering many areas of NSO restrictions acreage open for leasing, I
strongly urge you to adopt Alt B rather than D with regard to the number of acres managed as
EEAs (242,580 vs 177,700) as well as the prescription of NSO on 186,700 of those acres (rather
than the lesser stringent CSU and SSR restrictions in Alt D.
#1])>
<([#2 [21.1] In reference to p 4-284 Table 4-45
Similarly, NSO stipulations need to be increased from 238,140 acres, especially in the EEAs,
ACECs and LWCs, as management of these areas would be undermined with any allowable
surface drilling.
Excluding 50.050 out of 916,020 acres (5.4%) from fluid mineral leasing in the planning area is
an unbalanced proportional emphasis on mineral extraction to the detriment of other resource
values such as fish and wildlife, recreation and tourism, scenic viewsheds, vegetative, water and
air quality and other non extractive economic interests. By your own reckoning 416,600 acres
left open to drilling have low development potential anyway.
#2])>
<([#3 [20.1] In reference to Apendix A Figure 2-21
The Adobe Badlands Adjacent proposed LWC should be restored to Alt D with the full
protection of No leasing and NSO as outlined in Alternative B1. to protect the non extractive
resource values of this land adjoining the WSA. I have hiked this land and believe it still is
suitable as an LWC despite its proximity to oil leasing and OHV recreation. Active management
(e.g. adequate signage) would do alot to prevent further degradation of the area
#3])>
<([#4 [30.3] Finally Alternative B1 recommends no leasing in much of the Hotchkiss Paonia
area, Preferred Alt D does little to incorporate any of that input with the exception of some NSO
stipulations. Gas drilling of any kind in the North Fork adjacent to water sources, agricultural
areas, scenic view sheds and tourism dominated businesses will forever negatively impact the
health and economic wellbeing of those communities.

BLM_0158033

#4])>

000258_ReeseC_20161024  Organization:  Heidi Reese
Received: 10/24/2016  12:00:00  AM
Commenter1: Heidi Reese - ,
Organization1:
Commenter Type: Individual
Classification:  Substantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Review Assigned/Due: mmccarter
Attachments: 000258_ReeseC_20161024.htm  (000258_ReeseC_20161024-384267.htm  Size =
10 KB)
Submission  Text
10/31/2016  DEPARTMENT OF THE INTERIOR Mail - BLM Letter
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=157f865500588916&siml=1…  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
BLM Letter
1 message
Cory Reese <txreese@mac.com> Mon, Oct 24, 2016 at 2:31 PM
To: uformp@blm.gov
Heidi N. Reese

BLM Letter.docx
22K
October 22, 2016
Uncompahgre Field Office RMP
IN SUPPORT OF THE NORTH FORK ALTERNATIVE
To Whom it May Concern:

Location – My name is Heidi Reese and I am a resident of Paonia Colorado.  I live on Mathews
Lane, which is located near BLM lands.

Local History - I have lived in the North Fork Valley on and off for 40 years. I know the
landscape, watershed, and local economies and cultures intimately.  This is my home. My
primary activities on BLM lands include mountain biking, camping, hiking, fishing, conservation
projects and geology field trips. I have also lived in northern New Mexico where the oil and gas
industry has decimated the environment.

Water Sources - My drinking water comes from the Town of Paonia's municipal water supply
which comes from 38 different springs near BLM lands that would be left open to oil and gas
development in the draft Preferred Alternative. My irrigation water comes from the Stewart
Ditch sub-operated by the Hadley Ditch Company. The intake for my irrigation ditch comes

BLM_0158034

from North Fork of the Gunnison River below Paonia Dam. This watershed drains through BLM lands that would be left open to oil and gas development in the draft Preferred Alternative.

BLM Recreation– My recreation activities on BLM lands include hiking, biking, fishing and camping. I have been enjoying these recreational activities at these locations for almost 40 years. I hike and fish on Gunnison, along with several other tributaries. The final plan must include protections for these recreation resources and lands.

Thank you for the opportunity to comment on the draft Uncompahgre Field Office resource management plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat, domestic and irrigation water, wild and scenic rivers, air quality, and recreation. In particular, I support the designation of ecological emphasis areas and special recreation management areas. These will preserve habitat connectivity, wildlife corridors, undeveloped open space, and recreation opportunities within our region.

However, the Preferred Alternative in the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wildlife, recreation, wilderness-quality lands, and cultural sites. It would also risk the air and water quality, along with the scenic viewsheds, on which our local communities and economies depend upon. Much of the area doesn't even have oil and gas reserves that are feasible for development. The Preferred Alternative would put our public lands and adjoining communities at risk for negative impacts from development activities including large-scale oil and gas drilling as well as lease speculation. The BLM must adopt a final plan that makes important wildlife habitat, recreation areas, and sensitive air, water, and viewsheds off-limits to energy development. I lived in Farmington NM for 10 years during the big oil and gas boom of the 90's so I have personally seen the destruction that the oil and gas business has had on our lands in northern New Mexico. I do not want to see our valley get destroyed in front of my eyes like it did in Farmington. The short term financial benefits will NEVER outweigh the irreversible contamination and destruction of our water, land and food supply.

October 22, 2016
Substantive concerns

Water
Domestic Water Sources - The final plan must protect the health of the watershed for the greatest number of users. Our communities have invested countless dollars developing both domestic and agricultural water systems for their homes, farms and ranches. The final plan must exclude all oil and gas activities within a half-mile of all surface and ground domestic water sources.
Irrigation water and agriculture - The final plan must protect local agriculture by excluding oil and gas activities within a quarter mile of ditches, domestic water decrees, dams, irrigation intakes, or canals. This directly impacts our food supply.
Streams and surface water quality - The final plan must protect streams and surface water quality, protecting ecological resources, aquatic habitat, recreational attractions, water storage, and flood control by closing areas within a half mile of lakes, ponds, wetlands, and reservoirs to

oil and gas activities including leasing.

Air
The final plan must protect the health of the airshed.

Economic Impacts
Recreation, Agri-tourism, Scenic Viewsheds and Real Estate – Would be negatively impacted by the Preferred Alternative plan. he final plan must protect the investments locals have made in the value of their home and land, and should not allow for speculative oil and gas leasing which discourages homebuyers from purchasing in our communities, producing real and direct negative economic impacts on our communities.

<([#1 [18.3] Public health and safety
Traffic impacts - The final plan must adequately mitigate the traffic impacts of oil and gas activity within the North Fork of the Gunnison Watershed.
Seismic activity - New data indicates deep injection wells and other oil and gas activities increases seismic activities. The final plan must assess and mitigate potential impacts of human-caused earthquakes, particularly in the North Fork region which is prone to unstable soils and landslides. #1])>

Recreation
Jumbo Mountain Trails - The BLM lands on and surrounding Jumbo Mountain are a well-used and well-loved recreation asset for North Fork residents. The final plan should include the entire Jumbo Mountain unit as a special recreation management area to protect the quality of the recreation experience. This area is essential for quality of life, recreation tourism, and the businesses that rely on those tourists. The final plan should also include an Ecological Emphasis Area to protect critical winter mule deer and elk habitat.
Hunting and Fishing - Public lands access for hunting, camping, fishing and travel, as well as plentiful and healthy habitat are critical components that help sustain the multi-million-dollar hunting industry in the area. The final plan should include ecological emphasis areas for all critical winter habitat within the North Fork Valley. The final plan should also include the protections of B1 which prohibits surface activities in critical wildlife habitat, and includes both No Leasing and No Surface Occupancy setbacks from streams, riparian areas, and water bodies.
Future Recreation Development - Local economic studies indicate that the economic future of our region will depend upon the diverse industries already present, including land- and water-based
recreation. The final plan should include special recreation management areas and extensive recreation management areas for all lands identified as high recreation value by local residents and businesses. Recreation activities include mountain biking, horseback riding, motor biking, OHV use, trail running, hunting, fishing, and backpacking among others. These areas include Jumbo Mountain, Stevens Gulch, the North Fork of the Gunnison River corridor, Smith Fork river corridor, McDonald Creek, Elephant Hill, Lone Cabin, Adobe Butte, and Robideau Canyon.

Wildlife
Adobe Badlands - The final plan should protect all lands with wilderness characteristics,

BLM_0158036

including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Stevens Gulch - The final plan must protect all lands with wilderness characteristics, including the areas up Stevens Gulch. This area is home to a population of Purple Martins that are not found in other areas. It also has one of the largest mature aspen stands in the world, providing prime habitat for elk and deer, and provides important connectivity between the valley bottoms and the roadless lands in the Grand Mesa National Forest. Hunting in this area is an important part of both our culture and our economy.

Federally listed and threatened aquatic species - The final plan must designate known habitats of rare and threatened fish species as Right of Way exclusion areas and prohibiting oil and gas surface activities. The same holds true for riparian zones and wetlands. Roads, pipelines, powerlines, and well pads will negatively impact water quality and reduce available habitat for local fish species.

Conclusion

In conclusion, you have probably read similar letters to this one but it does reflect all of the concerns that the BLM should take into consideration from the people who will be directly impacted by this plan, the local residents in Crawford, Hotchkiss, and Paonia. We implore you to adopt North Fork Alternative, B1, for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the entire Gunnison Watershed--supporting farmers, protecting public health, sustaining ecological well-being, and building a sustainable rural economy on Colorado's Western Slope. Please don't destroy our home for generations to come.

000259_SabatkeR_20161026  Organization: Robin Sabatke
Received: 10/26/2016 12:00:00 AM
Commenter1: Robin Sabatke - Hotchkiss, Colorado 81419 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000259_SabatkeR_20161026.htm (000259_SabatkeR_20161026-384268.htm Size = 3 KB)
Submission Text
10/30/2016 DEPARTMENT OF THE INTERIOR Mail - BLM RMP letter
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=1580b4a6794ab621&siml=… 1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
BLM RMP letter
1 message

Robin Sabatke <rsabatke@mac.com> Fri, Oct 28, 2016 at 6:34 AM
To: uformp@blm.gov
Sent from my iPad
BLM RMP letter.pdf
28K
Robin Sabatke
12779 3600 Rd, PO Box 67
Sunshine Mesa
Hotchkiss CO 81419
26 October 2016
BLM. Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose CO. 81401
Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team:

Thank you for the opportunity to comment on the draft Uncompahgre plan. I greatly appreciate
that the BLM is considering ways to protect our valuable resources like domestic and irrigation
water, wildlife habitat, air quality, recreation, and our scenic rivers. I particularly support that the
BLM will designate "ecological emphasis areas" to preserve connectivity and wildlife corridors.

I have lived in the North Fork Valley for 45 years. This is my home and as a senior citizen, will
be leaving my beautiful 40 acre property to my family. We continue to protect wildlife (deer, elk,
and other) habitat, and enjoy hiking, hunting, and hay production on our property. My drinking
water comes from the Sunshine Mesa Domestic Water Company, a small, spring fed source
located on public land. It is imperative that our water must be protected from gas and oil, or other
industrial development. My irrigation water comes from the Fire Mountain Canal and Reservoir
Company and the Paonia Reservoir and also must be protected from gas and oil and other
industrial development.

I would like the BLM to include all proposed actions in the North Fork Alternative B1, in the
final RMP. The North Fork Alternative boundaries include the Hotchkiss, Paonia, and Crawford
communities and include, like mine, areas that supply municipal, domestic, and irrigation water
supplies. These lands are highly scenic and are quality wildlife lands. This Alternative ensures
the strongest long term protection of our water supplies, wildlife areas including winter ranges
and migration corridors, scenic qualities, and recreational availability.

It is extremely important to me and my descendants, and all of our North Fork citizens that all of
the conservation protections in Alternative B1 should be included in the final plan.

Thank you again for accepting my comment for the RMP process. I urge the BLM to listen to the
local residents of the North Fork community and protect our watersheds, wildlife, farming, and
sustainable economies by including the protections of the North Fork Alternative B1 in the RMP.
The outcome is very important to me as it will affect my home and the North Fork communities
for many, many years to come.

BLM_0158038

Sincerely Yours,
Robin Sabatke


000260_HunterL_20161028  Organization:  Lucy Hunter
Received: 10/28/2016  12:00:00  AM
Commenter1: Lucy Hunter - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000260_HunterL_20161028.htm (000260_HunterL_20161028-384269.htm  Size = 11 KB)
Submission Text
10/31/2016  DEPARTMENT OF THE INTERIOR Mail - BLM UFO RMP Comments
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=1580d3b0359a8502&siml=…  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
BLM UFO RMP Comments
1 message
Lucy Hunter <lucy@odiseanet.com> Fri, Oct 28, 2016 at 3:37 PM
To: uformp@blm.gov
Please find attached my comments on the current draft of the Resource Management Plan.
Thank you,
Lucy Hunter, P.E.
Principal
ODISEA | Civil and Structural Engineering
Designing Your Vision
P.O. Box 1809
Paonia, CO 81428
(970) 270-7353
www.odiseanet.com
BLM Draft RMP Review Letter_Lucy_Signed.pdf
151K


Lucille Hunter
337 Main Street, P.O. Box 1809? Paonia, CO 81428? Phone: (970) 270-7353
E-Mail: lucy@odiseanet.com Web: www.odiseanet.com

Date: October 15, 2016
UFO Draft RMP
Uncompahgre Field Office

2465 South Townsend Avenue
Montrose, CO 81401

To Whom It May Concern:
I am a small business owner and resident of Paonia and the North Fork Valley. My residence and home office are 570 feet from the North Fork of the Gunnison River. I choose to live, work, and raise my family here because of the quality of life: small, rural town with excellent views, pristine water and air quality, abundance of local and
organic food, and outdoor recreation.

Specifically, my family enjoys mountain biking, backcountry skiing, and hiking on Grand Mesa, McClure Pass, the Raggeds, and Jumbo Mountain. We often fly-fish the North Fork, Smith Fork, and main Gunnison Rivers, Anthracite Creek, Muddy Creek, Hubbard Creek, and Leroux Creek and hunt in Game Management Units 521 and 53. We raft the Gunnison River many times each year. The final RMP must include protections for these recreation resources and lands.

As a local professional engineer, I have many new clients that have recently moved to the area. Without exception, each one of these families has moved here to enjoy the same amenities mentioned above. They are young families that are contributing to the economic viability of the area and to the future generations of this
valley.

I want to begin by saying THANK YOU to the BLM UFO for including the North Fork Alternative B1 in the draft of the RMP. I understand that the BLM must try to balance a multitude of uses for our limited natural resources and public lands. I also feel very strongly that the way in which we choose to manage these lands and resources over the next few decades is critical in sustaining them and preserving the quality of life and economic health of North Fork residents and visitors. In the following paragraphs, I will outline my concerns with utilizing any management strategy for this area other than Alternative B1.

The Preferred Alternative (Alternative D) would open 90% of the Uncompahgre area to oil and gas leasing. Oil and gas leasing is a threat to our quality of life and the economic livelihood of the North Fork Valley. Specifically, this type of development endangers our surface waters and our groundwater, which in turn affects the quality of our drinking water and of the foods grown here. This also has the potential to affect the organic certification of many of our local farms and ranches. Additionally, drill pads are unsightly. I enjoy scenic drives and hikes on the Grand Mesa and often take out-of-town guests there to show off the natural beauty of this area. This use would be drastically / negatively impacted by oil and gas development. Oil and gas development in this watershed / viewshed is too risky. Land use in this area should instead be focused on more sustainable uses such as: quality open space, recreation, hunting, fishing, and mitigation of wildlife fragmentation. From an economic standpoint, rather than relying on the limited and temporary income and tax revenue from oil and gas development, we should focus on more diverse and sustainable practices such as agriculture and tourism (as well
as attracting young professionals that telecommute and contribute to the economic health of the area).

BLM_0158040

<([#6 [37.1] The final RMP must protect the health of the watershed for the greatest number of users. Our communities have invested countless dollars developing both domestic and agricultural water systems for their homes, farms and ranches. The final plan must exclude all oil and gas activities within a half-mile of all surface and ground
domestic water sources, including municipal waters supplies, that risk being impacted by surface spills and well failure. Most of the domestic water sources in the North Fork Valley are surface springs and streams that are either on or near BLM lands affected by this plan.
#6])>

<([#7 [37.1] The final RMP must protect local agriculture by excluding oil and gas activities within a quarter mile of ditches, domestic water decrees, dams, irrigation intakes, or canals. This is a minimum distance required to safeguard direct and rapid impacts from surface spills and other contamination from oil and gas activity.
#7])>

<([#8 [37.1] The final RMP must protect streams and surface water quality, protecting ecological resources, aquatic habitat, recreational attractions, water storage, and flood control by closing areas within a half mile of lakes, ponds, wetlands, and reservoirs to oil and gas activities including leasing. The final plan should also recognize that perennial water sources, riparian areas, intermittent streams and ponds, and ephemeral/seasonal waters are priority habitats with adequate protections from all surface activities #8])> .

<([#5 [30.1] The final RMP must protect the idyllic character and scenic beauty of the North Fork Valley, which is home to the West Elk Wine region and has been called Colorado's Farm-to-Table Capital. That character would be jeopardized by oil and gas activity. Alternative B1 requires development setbacks from agricultural lands, prevents damage to visual qualities, and best preserves the current rural character of the valley. #5])>

The North Fork Valley sits at the very heart of the West Elk Loop Scenic Byway, world renowned for its scenery and rural character. Oil and gas development could jeopardize the scenic qualities of the area. The final RMP should include Alternative B1, which provides the adequate protections for the Valley's scenic features.

<([#4 [30.3] River and trail recreation are a growing economic opportunity in the North Fork, with these industries bringing millions of dollars to communities in Colorado. The North Fork Alternative provides protection from oil and gas development for streams and river corridors, trailhead areas, the flanks of the West Elk Mountains, and the Jumbo Mountain area. These protections must be included in the final RMP. Real estate sales in the North Fork Valley continue to be driven by those seeking a rural, non-industrial, and agricultural lifestyle.

The final RMP must protect the investments locals have made in the value of their home and land, and should not allow for speculative oil and gas leasing which discourages homebuyers from purchasing in our communities, producing real and direct negative economic impacts on our communities. #4])>

<([#1 [27.1] Specifically with regard to recreation: The BLM lands on and surrounding Jumbo Mountain are a well-used and well-loved recreation asset for North Fork residents. The final RMP should include the entire Jumbo Mountain unit as a Special Recreation Management Area

to protect the quality of the recreation experience. This area is essential for quality of life, recreation tourism, and the businesses that rely on those tourists. The final plan should also include an Ecological Emphasis Area to protect critical winter mule deer and elk habitat. Public lands access for hunting, camping, fishing and travel, as well as plentiful and healthy habitat, are critical components that help sustain the multi-million-dollar hunting industry in the area. The final RMP should include ecological emphasis areas for all critical winter habitats within the North Fork Valley. The final plan should also include the protections of the B1 alternative, which prohibits surface activities in critical wildlife habitat, and includes both No Leasing and No Surface Occupancy setbacks from streams, riparian areas, and water bodies. Local economic studies indicate that the economic future of our region will depend upon the diverse industries already present, including land- and water-based recreation. The final RMP should include Special Recreation Management Areas and Extensive Recreation Management Areas for all lands identified as of high recreation value by local residents and businesses. Recreation activities include mountain biking, horseback riding, motor biking, OHV use, trail running, hunting, fishing, and backpacking, among others. These areas include Jumbo Mountain, Stevens Gulch, the North Fork of the Gunnison River corridor, Smith Fork river corridor, McDonald Creek, Elephant Hill, Lone Cabin, Adobe Butte, and Robideau Canyon. #1])>

<([#2 [14.1.1] With respect to wilderness and wildlife protection: Wildlife habitat fragmentation should be mitigated by assuring connectivity between Grand Mesa and West Elk Wilderness through the designation of Ecological Emphasis Areas and Special Recreation Management Areas. Wild and scenic rivers should be protected. The final RMP must protect all lands with wilderness characteristics, including the areas up Stevens Gulch. This area is home to a population of Purple Martins that are not found in other areas. It also has one of the largest mature aspen stands in the world, providing prime habitat for elk and deer, and provides important connectivity between the valley bottoms and the roadless lands in the Grand Mesa National Forest. Hunting in this area is an important part of both our culture and our economy. #2])>
<([#3 [37.1] With respect to agricultural water rights: I would like to see further education for our farmers and ranchers to alleviate the 'use it or lose it' mentality; ranchers/farmers should be able to maintain their water rights regardless of use in order to encourage conservation and to keep the water in the river as much as possible. #3])>

Thank you again for your efforts in this regard. I strongly support and respectfully request the inclusion of the North Fork Alternative B1 and all other conservation protections in Alternative B in the final UFO RMP. The locally driven proposal that is Alternative B1 is the right way to protect the entire Gunnison Watershed - supporting farmers, protecting public health, sustaining ecological well being, and building a sustainable rural economy on Colorado's Western Slope.

Sincerely,

000261_CodaB_20161030 Organization:
Received: 10/30/2016 12:00:00 AM
Commenter1: 464145
Organization1:
Commenter Type:

Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000261_CodaB_20161030.htm  (000261_CodaB_20161030-384270.htm  Size = 7 KB)
Submission Text
10/30/2016  DEPARTMENT OF THE INTERIOR Mail - BLM Uncompahgre Draft RMP/EIS
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=15818eb6f0b7ac18&siml=1…  1/2
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
BLM Uncompahgre Draft RMP/EIS
1 message
B Coda <enjoylife237@yahoo.com>  Sun, Oct 30, 2016 at 10:07 PM
To: uformp@blm.gov
Cc: director@blm.gov,  rwelch@blm.gov,  dmwilson@blm.gov,  bsharrow@blm.gov,
rmpcomments@citizensforahealthycommunity.org,  millie.hamner.house@state.co.us,
kerry.donovan.sd5@gmail.com,
datchley@deltacounty.com,  bhovde@deltacounty.com,  mroeber@deltacounty.com,
rlevalley@deltacounty.com,
john.hickenlooper@state.co.us

30 October 2016

BLM, Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado [81401]

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team:

In the current Draft RMP/EIS BLM proposed alternative, 94.5% of public lands, above and below-ground, in the six-county Planning Area of southwestern Colorado are recommended for oil and gas leasing and development. I submit this comment in favor of Alternative B.1, the North Fork Alternative Plan (NFAP) and a no-leasing alternative. The following express my thoughts as to why this is the best proposal. I ask you to give these comments your full consideration.

As someone who has gardened for thirty-three years and helped farmers in Delta and Montrose Counties for the past six growing seasons, I know that healthy soil is where the potential for plants to supply quality food begins. Contaminated soil cannot grow nutritious food; it in fact depletes the health of the soil, where the microorganisms and components of the dirt itself cannot support the

BLM_0158043

life within the seed that enables it to grow. The plants and animals that ingest it, including human beings, become unhealthy. A
country that cannot feed itself is vulnerable and dependent, regardless of how much fuel it produces.

Agriculture is primal, the foundation that ensures that a country's people maintain strength and independence. The term 'energy
independence' is given lip service by people and businesses that, if they really wanted this country to become energy independent,
would stop shipping the present glut of natural gas overseas and support existing and emerging alternative technologies and methods
of energy generation. Instead, leaders who are supposed to be considering the best vision for moving forward continue to cling to
what are known to be unhealthy and unsustainable methods of sourcing fuels, that of extracting mineral resources from the ground.

<([#1 [41.2] Every week new scientific studies are released that expose the danger to health, even life, engendered by the oil and gas industry, particularly when using 'fracking.' The risk -potential is unacceptable. Although there have been hundreds of studies published, analyzing and proving ill effects to people, wildlife, air and water quality, I will cite only a few.

The latest I've read is from Yale School of Public Health October 24, 2016. The researchers' analysis found ">80% of the chemicals lacked sufficient data on cancer-causing potential...Of the 119 compounds with sufficient data, 44% of the water pollutants and 60% of the air pollutants were either confirmed or possible carcinogens."

A thirteen-year study in rural Colorado ending 2013 found birth defects (congenital heart, brain, spine or spinal cord) were associated with both proximity and density of natural gas wells within ten miles of mothers' places of residence. Several chemicals used are known to increase birth defects risks. Health professionals in Vernal, Utah reported a 6-fold increase in infant death rates over a three- year period.

[the above two citations are from The Compendium of Scientific, Medical, and Media Findings Demonstrating Risks and Harms of Fracking (Unconventional Gas and Oil Extraction), Third Edition, October 14, 2015, by Concerned Health Professionals of New York and the Physicians for Social Responsibility]

The BLM has a mandate to consider the best multi-use of public lands and all reasonable alternatives. The NFAP and a no -leasing alternative do that, continuing the history of the past century of being an agricultural center. It would also support continued farming and ranching, outdoor recreation and hunting, as a Colorado Creative District, the West Elks American Viticulture Area, and increased real estate sales by drawing people to relocate to the Planning Area because of the opportunities and values expressed in the NFAP.
#1])>
Allowing oil and gas drilling would reduce and possibly destroy the years, money and efforts represented by these nationally-recognized designations along with those of individuals and

BLM_0158044

businesses working to keep the Planning Area economically vibrant. Industrial oil and gas development is not compatible with any of these already-established ventures and activities.

People in the Planning Area made it clear to the BLM in 2011 that they want to protect the lands involved, to not allow oil and gas leasing. Federal law requires this protection.

During the four years I lived in Crawford, I spent many hours camping, hiking and taking others to enjoy the outdoors, some of whom were grateful elders who could no longer drive themselves. They never asked to be taken to see a well site or a drilling pad.

I know first-hand the care and study I and others use to be sure to grow the most nutritional and best-tasting food crops possible.

Now living in Montrose, I enjoy other outdoor recreation areas, while keeping ties with the North Fork Valley. Through various news
sources, I follow the many creative enterprises in the six-county area that have been thoughtfully launched based on people's love of the land, who continue the entrepreneurial spirit of the pioneers, and want to protect the unlimited opportunities to enjoy the
magnificent mountains, waterways, flora and fauna within the Planning Area.

In closing I ask again that the BLM include the NFAP/Alternative B.1 as well as an as-yet-un recognized reasonable alternative
management plan, that of no -leasing. Before presenting the final RMP, the BLM must correct several gross omissions in the Draft
RMP by including studies and assessments made that analyze the impact of industrial oil and gas operations within the Planning Area
on human health, on the soil, water and air of the largest area in Colorado of organically-grown fruit and vegetables, on its wildlife,
and on the economies of fishing, hunting, and tourism.

In the interest of privacy, I ask that any personally identifiable information be withheld from public review. I appreciate the
tremendous task required by the staff at the BLM, and know how important are your efforts to consider all the voices and perspectives
submitted as comments related to the Draft RMP/EIS. Thank you for your care and commitment to our public lands.
Sincerely,
Brenda Joyce Coda


000262_MarshallS_20161027 Organization: Sarah Marshall
Received: 10/27/2016 12:00:00 AM
Commenter1: Sarah Marshall - Hotchkiss, Colorado
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique

BLM_0158045

Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000262_MarshallS_20161027.htm (000262_MarshallS_20161027-384449.htm
Size = 4 KB)
Submission Text
10/30/2016 DEPARTMENT OF THE INTERIOR Mail - comment letter
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=15808dd12a2b7d10&siml=... 1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
comment letter
1 message
Sarah Marshall <vanhornmarshall@gmail.com> Thu, Oct 27, 2016 at 7:16 PM
To: uformp@blm.gov

Please see attached!
Thanks for all you do to manage our public lands!
Sarah

BLM lter.docx
138K

October 25, 2016
To: uformp@blm.gov
This are comment on the Uncompahgre Field Office's Draft Resource Management Plan.

I live outside of Hotchkiss in Delta County. We chose to move here and raise our kids here for
the rural communities and proximity to public lands. I have concerns with alternatives in the
Draft Resource Management Plan.

Our economies have suffered, and although we do need to diversify occupations in our area, I am
hesitant to fully embrace another boom and bust type industry. After years of gas extraction
booming in other parts of this country, there has been a few slow years, impacting communities
that were still owing money on infrastructure to
accommodate the boom. We need to work towards more stable sources of
employment . We are currently experiencing the down side of the coal industry and repeating
local investment of human resources in another industry prone to high and low times is harmful
to our community.

I am also concerned about the increasingly known environmental concerns with oil and gas
production. While I understand it to be generally safe, there is never a guarantee against there
being an accident or mistake that causes extreme environmental issues. Many properties, farm,
ranch, and smaller home properties rely on irrigation water in this dry climate. This water is
collected from everywhere in the Gunnison River Watershed (or the North Fork of the Gunnison
watershed for where I live). An accident or a problem anywhere will pollute the water used in

BLM_0158046

our valley. It doesn't just sit in one place, and affect those who created the problem. Farming and ranching make up some of the more stable jobs, and polluted water will very much impact these industries.

I am similarly concerned with air quality. Most of the year, our gravel road are dry to the point of being dusty. Any temporary road, pads etc. will increase sources of dust. Watering roads uses more water (a limited resource here) and is a temporary solution. There are more air quality concerns with drilling and extraction. What we
put in our air has become a worldwide problem and there are greenhouse gasses that are released in these processes.

Also, oil and gas industries claim to need a certain level of production to operate in an area. Many wells in one area impact the quality of life. Impacts include noise, lights at night, visual scars on the landscape, influx of temporary workers who do not need to act as if this is their home, as well as the impacts to air and water
mentioned above. A slow development of the resource, with just a few wells operating at once, would be more tolerable, but, from what oil and gas companies claim, not economically possible.

So, due to social, economic and environmental reasons, I am opposed to opening the public lands surrounding the NF Valley to drilling. The alternative that includes drilling that seems to most consider the needs of the people and occupations currently surviving in the area would be alternative b-1.

Thank you
Sarah Marshall
Hotchkiss


000263_CromptonB_20161028 Organization: Bill Crompton
Received: 10/28/2016 12:00:00 AM
Commenter1: Bill Crompton - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category:
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000263_CromptonB_20161028.htm (000263_CromptonB_20161028-384810.htm Size = 4 KB)
Submission Text
10/31/2016 DEPARTMENT OF THE INTERIOR Mail - comment of resource management plan draft
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS %20comment&search=cat&th=1580ba3aabaa3d35&siml=... 1/2
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>

BLM_0158047

comment of resource management plan draft
1 message
bill crompton <billcrompton@hotmail.com>   Fri, Oct 28, 2016 at 8:12 AM
To: "uformp@blm.gov" <uformp@blm.gov>
Cc: "info@theconservationcenter.org" <info@theconservationcenter.org>,
"info@citizensforahealthycommunity.org"
<info@citizensforahealthycommunity.org>, Margaret Stochosky <mstochosky@msn.com>

Hello,
I am writing in support of North Fork Alternative, B1.

My wife and I purchased a home in Paonia in June of this year. We were attracted to the area by its combination of beauty, cleanliness, access to pristine wilderness and the amiability of the community of ranchers, farmers and artists. We are both healthcare professionals and we are happy to bring our skills and financial resources to the local community. We have already spend thousands of dollars locally in supplying and remodeling our new home. It is my understanding that
the heightened action of the real estate market in the area indicates we are not alone in this.

We oppose the introduction of further mineral extraction, and, specifically, natural gas mining via fracking, to the area. The risk of damage to the water resources, as well as sub-surface stability of
the land is well-documented in other areas of the country and the benefit of further production of carbon-based fuels is certainly questionable in terms of environmental effects and financial benefits for local populations.

I lived for a number of years in Southeast Alaska in Juneau. A mining company applied for permission to re-open old gold mines there in hopes of extracting minerals previously left behind by less modern mining techniques. While the company was awaiting for approval from the EPA it
was allowed to do some exploratory drilling. In the course of that exploration an old holding pond
was violated and cyanide was released into the local creek (Gold Creek) which runs through the middle of Juneau and a large fish kill resulted. Needless to say, the approval was denied. I believe
this story is pertinent to the North Fork in a couple of ways. First of all, water contamination would
effect the health of the people, the plants and the animals of not only the immediate area but, potentially, the entire southwest of the U.S. that depends on this drainage to contribute to the Colorado River drainage. Secondly, like Juneau, the North Fork Valley is, and will become, increasingly valuable for its environmental beauty and cleanliness and is far more likely to benefit
financially as a destination point for tourism and/or living space for people such as my wife and I.
My experience with mineral extraction is that the companies in that business often take the product

and the earnings away with them and leave only the devastation to the land behind.

There is little long term benefit to the local communities in this kind of compromise.

Again, WE SUPPORT NORTH FORK ALTERNATIVE, B1, IN THE REVISION OF THE RESOURCE MANAGEMENT PLAN!!!!!

Thank you,
Bill Crompton
Margaret Stochosky
40839 Stewart Mesa Road
Paonia, Colorado, 81428


000264_SanbornJ_20161031  Organization: Jen Sanborn
Received: 10/31/2016 12:00:00 AM
Commenter1: Jen Sanborn - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000264_SanbornJ_20161031.htm (000264_SanbornJ_20161031-384811.htm Size = 4 KB)
Submission Text
10/31/2016 DEPARTMENT OF THE INTERIOR Mail - comment on RMP north fork valley
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=1581b9a151db71d3&siml=…  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
comment on RMP north fork valley
1 message
Jen Sanborn <jensanborn@skybeam.com>  Mon, Oct 31, 2016 at 10:36 AM
To: uformp@blm.gov

Hello, Oct. 31, 2016

I am a citizen of the North Fork Valley. I am a farmer and an artist. My husband and I work about 18 acres of land here, about ¼ from the North Fork of the Gunnison river.

I'm sure you've gotten plenty of comments regarding the threat to our water supply that accompanies oil & gas activity in the area. As farmers and citizens who use this valley's water to survive, we stand against the oil & gas companies coming in, threatening our existence, promising to use "best management practices" and then leaving our valley changed forever for the worse.

BLM_0158049

This letter is not about water though. My husband and I have lived in an oil & gas community for 25 years. The last 10 of those during the last boom and bust cycle. I can attest that the industry left our community changed for the worse.

During the height of the bust we had 5+ diesel trucks idling for over 30 minutes every morning just outside of our bedroom window (this went on for over a year). All the of the houses surrounding us had been sold off to investors and
had been filled with pipeline and rig workers. A walk downtown on any given morning to get breakfast or shop was ruined
by 25+ trucks idling while the workers were inside eating. We ended up leaving this community. We did not want to live
in this environment. The air pollution is a very real problem. I haven't even started to write about the VOCs coming off
rigs and compressor stations. The fracking crews can use 20+ giant diesel-run pumps for weeks at a time, non-stop.

Those fumes are going into our public lands effecting the natural environment and wildlife. Our trees are already fighting
for survival and this added burden is NOT protecting our forests.

The added truck traffic is a huge and negative impact on our communities. We are finally experiencing a wonderful boom in real estate sales of homes and farms. We are meeting new people moving to the area every week. Check out the
recent real estate records. These people are not coming here to have industrial traffic run through their lives day and
night. Yes, there are rules that can be put in place to limit this, but it never works out in the favor of the community
members (I've seen countless "traffic plans"). Once you put your Plan into effect, our rights get cut dramatically. Once
you let this industry in, it's too late. The power is then in their hands. It breaks my heart to think this could happen again
in our new home.

I would like to find a compromise and vote for the North Fork Alternative Plan (B1). Restrict their activity from the
beginning. Save this promising valley for future generations. Come out on the right side of this, when we all look back on
it. Be in support of the people, not the industry. Please.

Thank you,
Jen Sanborn & Kelly Allen
36682 Back River Rd.
Paonia, CO 81428


000265_VanWestR_20161019  Organization:  Rein van West
Received: 10/19/2016  12:00:00  AM

BLM_0158050

Commenter1: Rein van West - Ridgway, Colorado 81432
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000265_VanWestR_20161019.htm (000265_VanWestR_20161019-384812.htm
Size = 6 KB)
Submission Text
10/27/2016 DEPARTMENT OF THE INTERIOR Mail - Comment on the BLM UFO RMP
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=157ddfaea5806228&siml=1...   1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Comment on the BLM UFO RMP
1 message
Rein and Jan van West <arcticwild@gmail.com> Wed, Oct 19, 2016 at 10:55 AM
To: uformp@blm.gov
Hi There....Please find attached my comments on the proposed RMP alternatives and place it in
the record. Thank you
very much.
Rein van West
Ridgway, CO 81432
BLMufoRMPletter10-19-16.docx
121K
Dear BLM:
These are comments for the record in regard to the UFO RMP under
consideration:
First off, I was pleased to see that the preferred alternative, D, has
closed motorized travel in 'open' areas, thereby restricting motorized
travel to designated trails/roads – kudos! Also, I appreciate that the
BLM came to Ouray County earlier in the year to inform its citizens of
the RMP alternatives – I'm aware this required huge amounts of time
and work. Thank you.

Below are my 'preferred' recommendations for the final RMP:
1) I have been a hiker most of my life and have a number of years left to pursue this avocation. I
have been fortunate to experience the following areas on hikes with my wife and others, and at
times, with the guidance of conservation organizations:
<([#3 [20.1]
- Dry Creek
- Camel Back
- Roc Creek
- Shavano Creek

- Lower Tabeguache
- Adobe Badlands

All of these units have 'wilderness characteristics', so I was disappointed units 4, 5, and 6 hadn't been included in the preferred alternative, D. In my mind, without question, each of these areas has compelling wilderness attributes of some sort: great bird life, perennial streams with riparian habitat, wildlife corridors, quiet trails, scenic views, unusual geology, and most have relatively few signs of disturbance.

I would like to see ALL six of these named areas as part of the final RMP, whatever that winds up being.

#3])> Yep, I'm one of those who would like to see development and growth mostly confined to already established town and city footprints – leave as much open and undisturbed public land as possible for the enjoyment of our future generations!

2) Gosh, <([#2 [9.1] only 51,000 acres for Areas of Critical Environmental Concern (ACEC) in the preferred alternative, D? What happened to the other almost 165,000 acres? If they have been surveyed, identified, and

inventoried for reasons of 'critical concern', then they all deserve ecological protection. Please register my recommendation that all almost 216,000 acres of Areas of Critical Environmental Concern be part of the final RMP. #2])>

3) <([#1 [39.1] Another addition I'd like to see added to the final RMP, are all the river segments as identified as 'wild and scenic'. Water is the number one important resource in the American West for not only us humans but for our wildlife, too. Protection of this resource to the nth degree only makes sense. So my plea is to give full protection to all free-flowing rivers and streams identified in our watersheds....free-flowing rivers can't be protected without also protecting the watersheds where they're found. This is a reasonable request given the increasing demands and stress placed on our watersheds from a number of factors. Once a watershed is compromised it is near impossible to bring it back to a level where it provides the sustenance for native plants and wildlife. #1])>

Thanks for reading and registering my comments. The BLM works hard and, really, on balance, does a fabulous job considering all the competing interests. Thank you.

Rein van West
453 Cty Rd 5
Ridgway, CO 81432
arcticwild@gmail.com


000266_SouleM_20161025 Organization: Michael Soule
Received: 10/25/2016 12:00:00 AM
Commenter1: Michael Soule - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak

BLM_0158052

Attachments: 000266_SouleM_20161025.htm  (000266_SouleM_20161025-384813.htm  Size = 5 KB)
Submission Text
10/27/2016  DEPARTMENT OF THE INTERIOR Mail - Comment on the draft RMP
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=157fd17b4d66d611&siml=1…  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Comment on the draft RMP
1 message
Michael Soule <msoule36@gmail.com> Tue, Oct 25, 2016 at 12:12 PM
To: uformp@blm.gov
Cc: info@theconservationcenter.org, info@citizensforahealthycommunity.org
Please find attached my comment on the draft RMP. I will be mailing paper copy as well, which may arrive after the
deadline.
--
Michael Soule
39102 Pitkin Road
Paonia, CO 81428
www.michaelsoule.com
970 527-4719
BLM Uncompahgre Plan v.2, Oct. 24, 2016
33K
DRAFT LETTER TO BLM
BLM
Uncompahgre Field Office
2465 S. Townsend Avenue
Montrose, CO 81401
Re: Draft RMP for the Uncompahgre Field Office
Dear BLM staff, UFO staff and the RMP Comment Team,
The main purpose of this letter is to express my support for Alternative B1 which would provide the optimal conditions for the cultural, economic and biological resources in the region. I have concluded that the other alternatives fail to provide sufficient habitat connectivity to ensure the persistence of keystone species and biological resources such as large carnivores and big game in the region. It is certain that extractive development that fragments habitat with roads and traffic will harm wildlife.

To introduce myself, I am a wildlife biologist, conservation biologist and biogeographer. I have published more than eight books on conservation biology and more than 150 research articles in journals such as Nature and Science. I was chair of the Department of Environmental Studies at the University of California (Santa Cruz), have taught in Africa (Malawi), American Samoa, and at the University of Michigan, the University of California (San Diego). I am now retired from academia, but still active in writing and speaking on such topics as carnivore biology, habitat conservation and ethics, and the role played by habitat connectivity in the persistence of wildlife. I appreciate your efforts to facilitate the submission of public comments on the draft Resource Management Plan. As you know, this plan has profound implications for the future of the North

BLM_0158053

Fork Valley of the Gunnison River. Depending on its content, the plan could either benefit or degrade the biotic and human communities in which my wife and live, and where we have invested our life savings.

I reside in Paonia which is known for its moderate climate, for fruit growing and for a variety of artisanal forms of agriculture. I have chosen to live in the North Fork Valley because of its beauty, hunting opportunities, and its many cultural resources. It is a gem of western Colorado. In addition, this area has access to wilderness and to
world class fishing on the North Fork of the Gunnison River.
<([#2 [30.3]
The North Fork Valley is also fortunate in being situated between two major hubs of recreational and cultural activity, namely the Aspen region in the Roaring Fork Valley, and Telluride/ Montrose to the south, both of which have excellent airports and highway access that serve it unique economy. I would be forced to move elsewhere if these resources were compromised by unhealthy industrial, polluting forms of development such as natural gas extraction.
My question is whether this area will retain these qualities. In the past, episodes of destructive mineral extraction have lead to devastating, boom or bust cycles that ultimately benefitted only corporate interests in other states. Our region will either succumb to fossil fuel industrialization or it remain on its current trajectory – one that encourages a steadily growing economy based on artisanal farming, fruit orchards, ranching, hunting, fishing, and tourism (including eco-tourism). The valley will either succumb to fossil fuel industrialization or it will remain on its current, thriving trajectory based on ecotourism, artisanal farming, ranching, and hunting and fishing. #2])>

This is why I believe that the future of the North Fork Valley is largely dependent on BLM's policies and decisions. And this is why I wish to register my support for Alternative B1 in the final Resource Management Plan.
Please adopt alternative B1; it is the optimal one for both the human and biotic communities.
Sincerely,
Michael E. Soule, PhD


000268_RusselJ_20161030 Organization: James Russell
Received: 10/30/2016 12:00:00 AM
Commenter1: James Russell - Telluride, Colorado 81435
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000268_RusselJ_20161030.htm (000268_RusselJ_20161030-384814.htm Size = 4 KB)
Submission Text
10/30/2016 DEPARTMENT OF THE INTERIOR Mail - Comments for wild and scenic

BLM_0158054

designation for the Dolores and San Miguel Rivers
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=15818c2131b0509d&siml=…  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Comments for wild and scenic designation for the Dolores and San Miguel Rivers
1 message
James Russell <paparussell1@gmail.com>   Sun, Oct 30, 2016 at 9:21 PM
To: uformp@blm.gov
Dear BLM,
As a 44 year resident of Southwest Colorado and a concerned citizen of my neighborhood, I
would like to comment on the Wild and Scenic River designation for the San Miguel and
Dolores Rivers. First, I would look favorably on any Wild and Scenic designation for both rivers.
More specifically, I would like to comment on the flows for the lower Dolores River below the
McPhee dam.
At present, the water managers for the lower Dolores are not allowing any meaningful flows
below the dam for any
reason. As ordered by their bosses in the Agriculture business, flows out of McPhee are only to
be for agricultural purposes. This has pretty much caused the death of the river below McPhee.
They certainly don't believe in any flows
that will protect the river's ecosystem and they may not even abide by the State's Water
Conservation Board decision if
they can get away with it.
For thousands of years, the Dolores was flushed out in the spring with mountain snow melt for
weeks. Then there was
always some flow to keep the eco system alive. Now the water managers have decided to play
god and destroy that
system even though assurances before the dam was built that they would provide "year around
water flows". Maybe they
just consider it collateral damage in order to allow the ag business to grow alfalfa instead of
pinto beans. I understand
that this has happened to other rivers in the West but I do not believe that it is right and it
certainly doesn't equate with
good water management.

I had rafted the Dolores River from Bradfield bridge down about every year since 1980 until the
release was cut off by
the McPhee water managers. I have run the whole river from above the town of Dolores to the
Colorado River. I consider
the Lower Dolores 'The' classic western river. It is unsurpassed by its diversity and beauty. It
goes through five distinct
eco systems from Bradfield Bridge to Gateway, from the high Ponderosa country to the desert
canyons of Slickrock and
the 'Hanging Flume'. It has one of the most classic rapids at 'Snaggeltooth' to some of the most
mellow of waters. Pretty
much along the way are signs of the ancient ones in the Canyon. I believe that the fact that
taxpaying citizens can no

longer enjoy this incredible public place is not just a shame but a travesty.
I was able to sneak on the Lower Dolores this year during the brief release they had in the Spring (only due to the filling of
the reservoir so fast that it could have overflowed) and I noticed a few things that I hadn't seen when there were annual
releases. One was that there were no birds. I always saw them before. Also there was an inordinate amount of salt
buildup along the banks especially at Coyote Wash.
Again, <([#1 [39.1] I sincerely hope that the BLM can include the Dolores in their Wild and Scenic plan and that something can be done to protect the water flows into the lower Dolores. #1])> Thank you,
James Russell
541 Society Drive
Telluride CO 81435


000269_CascadeR_20161028  Organization: Robyn Cascade
Received: 10/28/2016 12:00:00 AM
Commenter1: Robyn Cascade - Ridgway, Colorado 81432
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000269_CascadeR_20161028.htm (000269_CascadeR_20161028-384993.htm
Size = 18 KB)
Submission Text
10/31/2016 DEPARTMENT OF THE INTERIOR Mail - Comments from R. Cascade
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&q=cascade&qs=true&
search=query&th=1580a4dadd471ddb&siml=1580a4dad...  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Comments from R. Cascade
1 message
Robyn Cascade <casbyn813@gmail.com>  Fri, Oct 28, 2016 at 1:58 AM
To: uformp@blm.gov
Dear UFO staff,
Please see my comments in the attached document.
Robyn Cascade
UFO RMP comments.Cascade.docx
144K
575 Sabeta Drive
Ridgway, CO 81432
October 24, 2016
Dear BLM staff,

Thank you for the opportunity to comment on the Uncompahgre Field Office (UFO) draft Resource Management Plan (RMP).

Wild and Scenic Rivers

<([#3 [39.1] I applaud your inclusion of 104.6 miles of suitable Wild and Scenic River (WSR) segments in the preferred alternative D and request you retain all these segments in your final draft. I also urge you to include the other 50 (actually 49.5) miles of river that you found eligible in your survey in your final RMP. All these segments are free flowing and have values worthy of protection. There are so few free-flowing rivers in the UFO jurisdiction that it is incumbent on the UFO to conserve these stretches of river in the most natural condition possible. Including them in your final RMP will do just that. #3])> Just as examples, <([#7 [39.1] I support including Tabaguache Creek segment 2 in addition to Tabaguache Creek segment 1 to further protect the length of this waterway. Although segment 2 is not within the already protected Tabequache Area, segment 2 is very close to and adjacent to this area managed as wilderness #7])> . <([#8 [39.1] Similarly, including Roubideau Creek segment 2 in addition to the already suitable Monitor, Potter and Roubideau segment 1 enhances the protection of the riparian habitats in this area. I have hiked this area and can attest to the scenic value of this segment. Even the shorter isolated segments included in Alternative B such as the Deep Creek and West Fork Terror Creek warrant protection as this region has so few remaining free flowing rivers. #8])> <([#9 [39.1] All segments should be managed with protection equal to or stronger than adjacent federal land planning areas surrounding these UFO segments. #9])>

<([#10 [39.1] Finally, please add Roc Creek to the UFO eligibility report and deem it suitable for protection as well. You are no doubt aware that Colorado has only one congressionally designated WSR – the Poudre – and currently two being considered by Congress – the Crystal near Marble and Deep Creek in the southern Flat Tops. BLM's inclusion of all 154.1 miles of suitable WSR affords the opportunity that we might one day have a WSR designation in the UFO region. More importantly their inclusion in the final RMP protects these rivers' pristine qualities into the future for wildlife, habitat preservation, biological diversity, and future human generations #10])> .


Lands with Wilderness Characteristics

<([#4 [20.1]

The draft RMP determined seven areas totaling 42,150 acres qualify as suitable Lands with Wilderness Characteristics (LWC), however the preferred alternative proposes to designate only three of those seven units as LWC encompassing 18,320 acres to be managed as wilderness. I have visited the majority of these LWCs and consider them most worthy of protection. Please include all seven units in your final RMP. #4])> 42,150 acres is such a small proportion of the UFO planning area such that inclusion of all these units is an extremely reasonable ask.


I applaud your inclusion of the Camelback addition in your preferred alternative. When I hiked in the Camelback WSA and the proposed Camelback addition, I enjoyed quintessential solitude, delightful riparian habitat, mesas with extraordinary views and the tranquility of a non-motorized landscape. The occurrence of Fremont cottonwood and skunkbush sumac add ecological value to the unit. These adjacent units also provide habitat connectivity from the high elevation forests of the Uncompahgre Plateau to the lower elevation desert environment. Given that the addition is contiguous with the already designated WSA, this proposed addition affords enhanced protection for both units. As the draft RMP states on page 4-217, "A wider expanse of contiguous land

BLM_0158057

containing the special management area and lands with wilderness characteristics could therefore heighten protection within the lands with wilderness characteristics and further ensure the integrity of wilderness characteristics." I couldn't agree more,
and therefore want to urge the BLM to include the Adobe Badlands addition for the same reasons.

<([#11 [20.1] I realize the Adobe Badland WSA sees regular violations to its non-motorized status. I personally have witnessed these infractions during my visits to this WSA, but I have also experienced the solitude, vastness, beauty, naturalness, recreational opportunities and sightings of Eriogonum inflatum, the federally endangered Eriogonum pelinophilum and the rare/threatened Hookless cactus (Schlerocatus glaucus.) The presence of cryptobiotic soil/biological crust is noteworthy as well. Combined with the proposed Adobe area of critical environmental concern (ACEC) and the ecological emphasis area included in the preferred alternative, the inclusion of the adjacent Adobe Badlands addition in the final RMP will augment the significance of protecting this larger unique and fragile ecosystem which is home to Ferruginous hawks, Burrowing owls, White-tailed prairie dogs, pronghorn and possibly kit fox. I urge you to include all acreage in this region suitable for ACEC and ecological emphasis in the final RMP – not the reduced area currently proposed in the preferred alternative. This lower elevation environment coupled with spectacular geology makes this area worthy of protection. As a large contiguous unit, it will also provide an expanded landscape for wildlife, a span of ecological zones across elevation, and opportunities for recreation. #11])>

During a meeting, (now retired) Barb Sharrow's response to the question of why Adobe Badlands addition was not included in the preferred alternative was primarily due to management challenges. I see this challenge as an opportunity - not a reason to omit this unit from LWC status in the final RMP. I often hear from federal agency personnel that motorized users monitor themselves and each other, and are, in fact, some of the best resources for ensuring compliance because, as a group, they want to continue to enjoy access to public lands. If this is in fact true, then I urge the UFO to enlist the help of motorized users to advocate for compliance in the current Adobe Badlands WSA and the proposed Adobe Badlands addition. I also know that the motorized community regularly contributes resources to manage and improve motorized trails across UFO lands. I would suggest that some of these contributions be designated to install more adequate signage along the border of the Adobe Badland unit(s) so motorized users will stay on the adjacent BLM lands containing designated motorized routes. When I last visited the Adobe Badlands WSA in May of 2016, I saw only one carsonite sign on West Pipeline Rd. The sign indicated the boundary was a WSA but there was no mention of prohibition of motorized use - only a no dumping notice.

<([#12 [20.1] I had the great fortune recently to visit the Lower Tabeguache/Campbell Creek and Shavano Creek units. Given their remote location, untrammeled qualities and your findings of suitability for LWC, I strongly recommend that these two units be included in your final RMP as LWCs and that they be managed as wilderness. Lower Tabeguache/Campbell Creek includes many cultural sites that warrant protection and preservation and the unit's sheer size of 11,060 roadless acres is cause for protection. Together with the Shavano Creek unit (which contains valuable riparian habitat, naturalness, and opportunities for solitude) and the nearby (already protected) Tabeguache SMA, these combined units provide a large track of landscape that

affords a critical wildlife corridor from lower elevations up to the forested Uncompahgre Plateau #12])> .

<([#13 Though I have not visited the Roc Creek LWC, I have witnessed the landscape from a distance at high elevation. The scenic beauty is awe-inspiring and I commend the UFO for including this unit in the preferred alternative. Please do include it in your final RMP along with the Dry Creek Basin as currently proposed. #13])>

I <([#5 [20.1] [40.1] also strongly recommend that, if Congress releases any WSAs from wilderness consideration, the UFO continue to manage these units as wilderness to protect their wilderness characteristics into the future #5])> .

Areas of Critical Environmental Concern/Ecological Emphasis Areas

<([#6 [9.1]
I strongly urge the UFO to include many more acres of ACEC units and ecological emphasis areas in the final RMP than are currently proposed in the preferred alternative. Of the 215,840 acres (within 15 units) identified as eligible for ACEC less than one-fourth of that acreage is proposed in Alternative D and only 8 of the 15 units. Many of these units overlap or are adjacent to currently designated or proposed areas for protection. The draft RMP states on page 4-217 that this overlap and proximity is advantageous: "Where lands managed to protect wilderness characteristics overlap or are next to eligible or suitable WSR segments or ACECs, management of these other areas could also indirectly protect wilderness characteristics due to protective measures proposed for other areas." Of course the protective advantage works in both directions, so it makes logical sense to protect so many of the ACEC units omitted from Alternative D (and included in Alternative B) such as Salt Desert Shrub Ecosystem; Roubideau-Potter-Monitor; Lower Uncompahgre Plateau; San Miguel River Extension; Tabeguache Pueblo and Tabeguache Caves - to name a few – due to their proximity or overlap with already or proposed protected areas and of course based upon their identified values – geological, cultural, scenic, riparian habitat, rare or endangered species, etc. #6])>
<([#14 [9.1] I applaud your proposal to protect the Paradox Rock Art ACEC which I visited recently. Numerous significant cultural sites exist within this ACEC. One in particular is extraordinary – a large panel covered in diverse pictographs that indicate use over an extended period of time. Protection of this panel alone is justification for including the Paradox Rock Art ACEC in your final RMP. We also visited other petroglyph sites which warrant protection. Some show signs of vandalism. To prevent further degradation of this critical resource, I urge you to protect this region through designation as an ACEC and plan for the monitoring of these cultural sites (utilizing volunteer stewards if needed.) #14])>
<([#15 [9.1] Though I commend your inclusion of every identified ecological emphasis area in the preferred alternative, I urge you to restore each unit to its full acreage (as identified in Alternative B) in the final RMP. Every acre that is eliminated from a unit diminishes the integrity of the ecosystem and negatively impacts the efforts
to protect the values found there. I support inclusion of all 242,580 acres and request that these units receive the significant protection warranted including but not limited to: no surface occupancy for oil and gas, closure to motorized travel, exclusion of right of way development, prohibition of target shooting, etc.

#15])>
Travel and Recreation
<([#2 32.1] I celebrate the UFO's preferred alternative proposal to close the entire
planning/management area to open motorized travel. This decision is a critical component of
protecting natural resources while still allowing motorized travel on designated routes. As a quiet
user who values wildlife viewing, tranquility and the sounds and smells of nature, I ask (or more
accurately implore) you to close the 114,970 acres to motorized travel as defined in Alternative
B. This acreage constitutes a mere 17% of the UFO jurisdiction. This component of Alternative
B does not yet balance motorized and human powered use in my opinion, but it is a move in the
right direction – not just for quiet users but also for wildlife, botanical species, soils, water, and
air quality. #2])> <([#16 [27.1] I also support the inclusion of all 11 Special Recreation
Management Areas totaling 244,050 acres in your final RMP #16])> .

Oil and Gas/Coal
<([#1 21.1] It is disturbing that the draft RMP's preferred alternative makes nearly 90% of the
UFO's planning area available to oil and gas leasing and 95% of the area rated as low potential
for gas development open to gas leasing. I recognize that every lease must go through NEPA and
is site specific, however I ask that the final RMP reflect the realistic potential for oil and gas
development in the region and that further consideration be given to effects of development on
water and air quality, wildlife, soils, climate change, agriculture, recreation, and human health. I
also urge you to consider the economic and health benefits of keeping fossil fuels in the ground
particularly in our region where agriculture, ranching, recreation and tourism are significant
economic drivers. #1])> <([#17 [21.1] I ask that you consider a no-leasing alternative on all
public lands in the UFO as it seems all 4 alternatives have significant/excessive potential for
lease sales. I grow much of my own food and purchase local foods for my family's consumption
I consider extractive industries incompatible with sustainable agriculture #17])> . If your final
RMP does not include a no-leasing on public lands management plan, at a minimum please adopt
the B1 Alternative to at least limit oil and gas leasing in the North Fork Valley. B1 is a small
step, but better than the proposed preferred alternative.
When it comes to coal, the best alternative seems to be keeping it in the ground. The US
government's commitment to the Paris agreement on climate change and the negative impact of
emissions on green house gases coupled with the collapse of the coal industry and corporate
bankruptcies indicate that our country must move away from coal toward renewable sources of
energy. The UFO would be setting a monumental example if the final RMP closed its planning
area to coal leasing/extraction.
Again, I appreciate your consideration of my comments and look forward to a final RMP that
gives more value and protection to the natural qualities of these 675,800 acres.
Respectfully,
Robyn Cascade

000270_HarperS_20161023  Organization: Steven Harper
Received: 10/23/2016 12:00:00 AM
Commenter1: Steven Harper - Hotchkiss, Colorado 97087
Organization1:
Commenter Type: Individual
Classification: Substantive

Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000270_HarperS_20161023.htm (000270_HarperS_20161023-384994.htm Size = 6 KB)
Submission Text
10/30/2016 DEPARTMENT OF THE INTERIOR Mail - Comments on Draft RMP
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=157f39b771286c1e&siml=1… 1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Comments on Draft RMP
1 message
Steve Harper <hotchlaw@gmail.com> Sun, Oct 23, 2016 at 4:12 PM
To: uformp@blm.gov
Cc: info@citizensforahealthycommunity.org, info@theconservationcenter.org
I attach my letter.
Thank you.
Steve Harper
--
Steven K. Harper, LLC
P.O. Box 2099
Hotchkiss, CO 81419
970-872-3173
FAX: 970-872-3186
10-22-16 Comments.docx
134K
STEVEN K. HARPER
10820 3475 Rd., Hotchkiss CO 81419
hotchlaw@gmail.com
October 22, 2016
BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Emailed: uformp@blm.gov
Re: Draft Resource Management Plan for the Uncompahgre Field Office
Dear BLM-UFO Staff and RMP Comment Team:

I've been a resident of Hotchkiss, Colorado for the past 34 years. I've practiced
law here for the same period. My family also owns an organically certified apple orchard on
Hanson Mesa north of Hotchkiss. You'll find our apples pressed into Big B's
Fabulous Juices and Hard Ciders, a thriving and growing North Fork Valley business,
one of many here that relies upon our pristine environmental quality for its existence.
The "Preferred Alternative D" in the draft RMP, as it applies particularly to the

BLM_0158061

North Fork Valley regarding oil and gas leasing, seems like bad planning with the thumb on the scales of oil and gas development instead of the resource conservation ethic necessary to preserve what we have. You've probably heard enough from others about the unique environment that is the North Fork Valley. Those other commenters are not exaggerating how special this place is; it is extraordinary and we take protecting what we have seriously.

<([#2 [5.3] Some want no leasing in the North Fork Valley; others are in favor of Alternative B-1 (or the North Fork Alternative Plan). Either would work for me, but I'm struck mostly by how these alternatives have been rejected outright in the draft RMP with little or no explanation. You went to the trouble of incorporating Alternative B-1 into the draft; but surprisingly, you haven't adopted it as the Preferred Alternative for the North Fork Valley. Was the inclusion of Alternative B-1 just a placating gesture? Certainly, the FLPMA does not require that virtually all BLM parcels must be open to industrial development, especially when there is overwhelming evidence now that liquid fuel development employing hydraulic fracturing technologies can lead to permanent resource damage. Why take these risks in an area so unique and so fragile to the possible consequences?

The draft RMP is long on describing and comparing the alternatives; but it seems to me, quite short in providing explanations for the selection of the preferred alternative. As just one example, refer to Goal #331 involving fluid mineral development. It is clear from Table 2-2 that Alternative D proposes far fewer No Leasing acres and smaller buffer zones and other restrictions than does Alternative B-1 (Lines 333-339); however, I find inadequate explanation of how and/or why the BLM rejected the Alternative B-1 proposals in favor of Alternative D. Why not keep oil and gas development a half mile (2,640 feet) from public water sources rather than just 1000 feet? What's the explanation? For a more specific example, in Chapter 4, you state: "Alternative B.1 offers the most protection of private water supplies and would only apply to the North Fork area." Page 4-90. Alternative D offers less. Why not adopt planning criteria that offers the most protection of our water supplies in favor of criteria that is more lax or risky? #2])> <([#3 [21.1] When comparing the maps of Alternatives D and B-1 for the North Fork Valley, I see that the major difference is that the vast majority of the North Fork parcels in Alternative D are allowed to be leased, but are subject to "Controlled Surface Use." While Controlled Surface Use (CSU), No Surface Occupancy (NSO) and/or Timing Limitations (TL) stipulations imposed upon leases are comforting to some extent, these surface restrictions are limited – they don't address the subsurface risks and cumulative impacts of liquid fuel development using hydraulic fracturing technologies, risks that can realistically include permanently polluted aquifers, degraded irrigation water sources, air pollution releases from drilling and even earthquakes from injection wells. I'll spare you the URL citations. Because surface stipulations do not protect our resources as well as NSO designations and/or no leasing, Alternative D, it seems to me, cannot conceivably be considered as a reasonable alternative for the BLM parcels in the North Fork Valley. Your 2012 report entitled "REASONABLE FORESEEABLE DEVELOPMENT SCENARIO FOR OIL AND GAS FOR THE UNCOMPAHGRE FIELD OFFICE, COLORADO" states that the projected drilling densities for the North Fork Valley Parcels through the year 2030 are "very low." This must mean low interest and/or low potential. In any event, given this assessment, in combination with the risks posed by oil and gas development, it would seem that there is little reason not to withhold most of the North Fork Valley parcels from liquid fuel development at least for the duration of this new RMP.

#3])> Please reconsider your preferred alternative as it relates to the North Fork Valley by either reclassifying the North Fork Valley BLM parcels as "No Leasing" parcels or by adopting the extremely well thought out Alternative B-1 in all respects.
Thank you.
Sincerely,
Steven K. Harper
xc: info@citizensforahealthycommunity.org;  info@theconservationcenter.org


000271_InouyeB_20161029 Organization: Bonnie Inouye
Received: 10/29/2016 12:00:00 AM
Commenter1: Bonnie Inouye - Hotchkiss, Colorado 81419
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000271_InouyeB_20161029.htm (000271_InouyeB_20161029-384809.htm Size = 4 KB)
Submission Text
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
comments on resource management plan
1 message
Bonnie Inouye <bonnieinouye@gmail.com> Sat, Oct 29, 2016 at 8:59 PM
To: uformp@blm.gov
38213 Highway 133, Hotchkiss, CO
81419
October 28, 2016
BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear BLM-UFO Staff and RMP Comment Team,

I live in the North Fork Valley, between Paonia and Hotchkiss. My husband and I chose this location for retirement because it is peaceful and quiet and friendly, with many organic orchards and vineyards. Our 34-acre property is bounded by the Fire Mountain Canal on the north side, and
we irrigate our vegetable garden and small orchard with our shares of canal water. We depend on this source of clean water to produce our food, but the water comes from the river which would be
severely threatened by the process of fracking and by the pipes leading from the extraction sites. Our driveway comes directly off the two-lane highway which is generally pretty quiet now. Our property is bounded on the west by land owned by the BLM and Borough of Reclamation. When

BLM_0158063

we bought our property in 2003, I thought that it was nice to be next to land owned by the citizens
of our nation. But now I am afraid that the BLM does not listen to neighbors. I know that development of public land by oil and gas companies always means a huge increase in truck traffic, 24-hour noise, 24-hour light pollution, major air pollution and increase in ozone levels, water pollution, and it contributes to global climate change. I wish that the BLM could become a good neighbor and think about the long-term effects of any oil and gas "development", which surely outweighs the short-term gain in dollars to the agency. This part of Colorado has a dry climate. When meadows or forests are damaged, it takes a very
long time for the land to recover. When streams are polluted, it affects the fish and aquatic insects
and the wetlands, which then have an impact on birds and animals in the valley and those who visit while migrating.
The North Fork Valley is a very special place. It is well-known throughout the state for the high quality of the food, which is now featured in many restaurants that value our locally produced fruits
and cheeses and meat and eggs and wine and beer and hard cider. City people come from Denver and Colorado Springs to unwind in the peaceful area around Paonia, taste the wines and enjoy the cherry festival, our amazing apricots, flavorful peaches, nectarines, pears and apples. Perhaps you have tasted our fruit? If you have not been here in a while, please come visit out peaceful valley! And please consider helping us protect this wonderful place so our grandchildren
will be able to enjoy fishing and camping and hiking and biking with us here. We have four delightful grandchildren who like to visit us now.

Yours, Bonnie Inouye


000272_MitasH_20161027 Organization: Bone Mesa Domestic Water District , Andrea Wang
Received: 10/27/2016 12:00:00 AM
Commenter1: Andrea Wang - Paonia, Colorado 81428
Organization1:Bone Mesa Domestic Water District
Commenter Type: Regulatory Agency
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000272_MitasH_20161027.htm (000272_MitasH_20161027-384807.htm Size = 5 KB)
UFORMP_000272_MitasH_20161027.pdf (000272_MitasH_20161027-384808.pdf Size = 1598 KB)
Submission Text
Scan 2016-10-31 09.04.12.pdf
10/31/2016 DEPARTMENT OF THE INTERIOR Mail - Bone Mesa Domestic Water District Comment Letter to Draft RMP

UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>

Bone Mesa Domestic Water District Comment Letter to Draft RMP
1 message
Andrea Wang <andreabonemesadwd@gmail.com>  Mon, Oct 31, 2016 at 9:17 AM

To: uformp@blm.gov
Bone Mesa Domestic Water District is submitting the attached comment letter for your review and consideration.
Thank you
Andrea Wang
--
Andrea Wang, Secretary/Treasurer
Bone Mesa Domestic Water District Board

Bone Mesa Domestic Water District
P.O. Box 1462
Paonia, CO 81428
October 25, 2016

Teresa Pfifer, Acting Field Manager
Bureau of Land Management
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401

Re: COMMENT LETTER — BLM UNCOMPAHGRE DRAFT RESOURCE MANAGEMENT PLAN

Dear Ms. Pfifer,

Thank you for the opportunity to provide comment on the BLM Uncompahgre Field Office Draft Resource Management Plan. The Bone Mesa Domestic Water District (BMDWD) operates a community water supply system that supplies drinking water to approximately 480 residents within Delta County, Colorado. In February 2014, BMDWD developed a Source Water Protection Plan to protect their drinking water sources. The BMDWD water supply consists of two springs, Mays Spring and the Gelwick Spring, which are fed by watersheds located on the flanks of Land's End Peak within the Gunnison National Forest in western Colorado. The springs are classified as groundwater under the direct influence of surface water (GWUDI) by the Colorado Department of Public Health and Environment. BMDWD's spring waters are reportedly from a glacial source; however precise characteristics of the aquifer have not been confirmed. Mays Spring is located in the Bell Creek
sub-watershed and the Gelwick Spring is located in the McDonald Creek sub-watershed, both of which are tributary to the North Fork of the Gunnison River.

During the development of the Source Water Protection Plan, a source water protection area for

the two springs was delineated in order to determine the recharge area to the water supply and to identify the area in which BMDWD has chosen to implement source water protection measures in an attempt to manage the susceptibility of their source waters to potential contamination. The source water protection area encompasses the presumptive watersheds for the Mays and Gelwick springs on the flanks of Land's End Peak as well as the headwaters of Bell and McDonald creeks and the western flanks of Mt. Lamborn and Land's End peaks. These areas are areas of concern in which policy

decisions by the public land managers of the BLM and USFS and other factors can have direct and indirect impact upon the source of water for the BMDWD. A map of BMDWD's source water protection area is included, and GIS shapefiles of the protection area, and a copy of the Source Water Protection Plan are attached.

<([#1 [37.1] Specific Source Water Concerns:

During the community process of developing the Source Water Protection Plan, the stakeholders identified potential contaminant sources that may impact the [Bone Mesa Domestic Water District] BMDWD's springs. Potential Natural Resource Development, including but not limited to oil and gas development, was identified and ranked as the number one priority risk to BMDWD's drinking water sources.

BMDWD does not believe that any oil and gas drilling should occur in areas where there are municipal watersheds, aquifers, or recharge zones for aquifers, which are identified as Zones 1, 2, and 3 on the attached BMDWD Source Water Protection Area map. Therefore, in order to preserve the pristine conditions of their source waters, we request that the source water protection area be recognized as a public water supply, and be excluded from oil and gas leasing, geophysical exploration, and any surface occupancy or disturbance. We urge you to include language in your Resource Management Plan that protects this valuable resource. #1])>

The Bone Mesa Domestic Water District will continue to work together with area stakeholders, land use planning agencies, and the Colorado Rural Water Association to protect their drinking water sources. The value of these source waters cannot be over emphasized. A clean high quality drinking water source for BMDWD is important to the current residents and to the economic sustainability of the rural subdivisions.

Respectfully submitted by,
Kimberly Mihelich
Source Water Specialist
Colorado Rural Water Association
719-248-9116
kimberly.mihelich@gmail.com

Attached Map:
Bone Mesa Domestic Water District
Source Water Protection Area
• BMDWD Springs
SWPA Zone 1
SWPA Zone 2 - Mays Watershed
C) SWPA Zone 2 - Gelwick Watershed

BLM_0158066

SWPA Zone 3
BMDWD Service Boundaires
C3 Delta County
Map prepared by Colorado Rural Water Association
October 2. 01e
The mapping conatined within this document is intended to
Rural Water te used for refernce puipoes only and is not suitable for
nsscic r-4 construction and/or surveying purposes.

000273_BrownB_20161031  Organization: Colorado Wool Growers Association, Bonnie Brown
Received: 10/31/2016 12:00:00 AM
Commenter1: Bonnie Brown - Delta, Colorado 81416
Organization1:Colorado Wool Growers Association
Commenter Type: Private Industry
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments:
UFORMP_000273_BrownB_20161031_ColoradoWoolGrowersAssociation_HasAttach.pdf
(000273_BrownB_20161031-384806.pdf Size = 6249 KB)
Submission Text
10/31/2016 DEPARTMENT OF THE INTERIOR Mail - Uncompahgre RMP comments attached
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Uncompahgre RMP comments attached
1 message
Bonnie Brown <cwgawool@aol.com>  Mon, Oct 31, 2016 at 10:36 AM
To: uformp@blm.gov
please confirm receipt
Bonnie Brown, Executive Director
Colorado Wool Growers Association
Colorado Sheep & Wool Authority
Colorado Lamb Council
PO Box 292
Delta, CO 81416-0292
(970) 874-1433
(970) 874-4170 fax
(303) 638-0596 cell
UncompahgreRMPcwgaComments10.31.2016FINAL.pdf
5849K
Colorado Wool growers Association
PO Box 292 Delta, CO 81416-0292 (970) 874-1433
(970) 874-4170 fax

BLM_0158067

cwgawoo aorcom 0 coforadosheep.org
Project Manager, Uncompahgre RMP
Bureau of Land Management
Uncompahgre Field Office
2465 South Townsend Ave
Montrose, CO 81401
uformp@b1m.gov
October 31, 2016
RE: Draft Resource Management Plan and EIS — Uncompahgre Field Office

The Colorado Wool Growers Association represents BLM and USFS permittees throughout the state, and appreciates the opportunity to provide input for the draft RMP.
The CWGA supports Alternative C with some changes referenced below; and also supports the comments submitted by the Delta County Board of County Commissioners which are incorporated in this document by reference.
The CWGA opposes any reduction or elimination of aums based on the proximity of bighorn sheep to domestic sheep grazing areas, and encourages the BLM and permittees to work together to minimize the risk of potential contact between domestic and bighorn sheep. In 2014, Colorado Parks & Wildlife (CPW), the Colorado Wool Growers Association (CWGA), the Colorado Department of Agriculture (CDA), and the BLM and USFS renewed the Memorandum of Understanding for Management of Domestic Sheep and Bighorn Sheep, but we don't see the MOU referenced in the RMP.

Comments — <([#4 [14.1]
Appendix K Bighorn/Domestic Sheep Risk of Association Modeling
Exaggerated Risk of Contact
We are very concerned about the reliance upon and incorporation of the USFS flawed Payette modeling as a baseline to manage BLM domestic sheep allotments with the Uncompahgre RMP.

Both the Payette modeling and the Snow Mesa EA (K15) failed to follow scientific standards for risk assessment (see attached Comments on Snow Mesa Allotment Analysis: Assessment of Risk of Physical Contact between Rocky Mountain Bighorn Sheep and Domestic Sheep in the Snow Mesa Sheep Allotment Grazing Landscape — M Thurmond DVM, PhD — September 7 2015).
The United States Animal Health Association (USAHA) recently passed Resolution 43 — Ensuring Sound Science-Based Animal Health Policies. The resolution (attached) states USAHA's concern regarding the USDA's need to have "clear and sound evaluation criteria for scientific studies used to support federal animal health policies..."
It is included with our comments because the BLM is almost exclusively relying upon the USFS's biased "data" for the Uncompahgre RMP. #4])>
<([#5 [14.1] The RMP is fundamentally flawed by using the Probability of Interaction (Pol) Model in its risk assessment. This ill-conceived notion lies at the root of the inaccuracies produced by the Risk of Contact ("RoC") Model utilized by the BLM. Even more inaccurately, contact is almost universally equated with guaranteed disease transmission. While the RMP concedes a lack of confirming research, it selectively cites certain literature to bolster its argument to reduce domestic sheep grazing. Consequently, the RMP is crafted with an unfounded and faulty assumption—that contact between bighorn sheep and domestic sheep

automatically results in disease transmission and die-offs.

The deliberate bias and inaccuracies built into the RoC is staggering. "The RoC model estimates the probability that foraying bighorn sheep will reach a domestic sheep allotment. However, within an allotment it is not possible to determine where and when domestic sheep would consistently occur or for how long. Use of some areas with an allotment may present less chance of contact with bighorn sheep than others, while some areas may have higher probability of contact. Consequently, because of this uncertainty, the RoC model predicts potential interspecies contact by using the assumption that contact with an allotment results in interspecies contact (K-9)." This assumption is so far removed from the reality of what actually takes place when grazing, that it would be laughable; if not for the fact that the BLM and USFS are using the results from this flawed process to reduce or eliminate domestic sheep grazing. Further compounding the issue, the BLM cites the unsubstantiated USFS claims in the Snow Mesa EA (K-15), stating that "a disease occurring in a bighorn herd every 25 years or less would result in a high risk to bighorn long term viability and low probability of population persistence."

However, both BLM and USFS documents fail to mention that in reality, there has not been any bighorn die-offs or confirmed disease transmission in the Snow Mesa area caused by domestic sheep, despite the fact that domestic and bighorn sheep have both been in the same area for a number of years.

The PoI model notes that in order for the model to be useful, the number of variables needs to be kept small to retain enough predictive power to be useful (K3). Death in bighorns as a result of pneumonia-causing bacteria is a multi-factorial issue including internal and external stressors such as lack of genetic diversity (inbreeding), nutritional deficits, parasite loads, weather conditions, overall health of the bighorn population, etc. So, combining the PoI model and the Risk of Contact (RoC) model is of no value, as both models fail to include parameters that would shift the risk assessment results away from the "high risk" category, and instead gives a predetermined and exaggerated risk of contact rating.

#5])> <([#6 [14.1] The potential for contact is not only quite low but it is also further minimized by best management practices already used by permittees. These measures accomplish the need to balance multiple-use demands with the management practices to support viable populations of bighorn sheep and a healthy domestic sheep industry.

Currently used management practices include constant herder supervision, compliance monitoring, adhering to on/off dates for grazing allotments, removal of sheep after the grazing season, removal of stray domestic sheep, hazing of bighorn sheep nearing domestic sheep flocks, reporting known contact, and cleaning up salting areas upon departure.

These guidelines already accomplish temporal and spatial separation.

Furthermore, the herding instinct of range sheep, guiding them to stay in a manageable bunch and not scatter, complements the above-listed practices. Domestic sheep that wander from the main band are much more likely to be killed by a predator than to encounter a bighorn sheep. The bands of ewes have at least one herder with them or within close proximity to them throughout the day, and the sheep are bedded near camp at night to reduce the risk of predator attacks. Herders have been instructed to chase away any bighorn sheep, if they were to see any. #6])>

<([#7 [14.1] Livestock protection dogs also guard the sheep. The livestock protection dogs keep intruders out of the sheep. An intruder is typically a coyote, bear, or lion, but can also be anything the guardian dog does not recognize such as a bighorn sheep. The livestock protection dogs position themselves between the intruder and the domestic sheep to prevent contact. To this

BLM_0158069

end, the BLM has no reason, need, authority nor expertise to dictate the number of livestock dogs recommended by the RMP. #7])>

These rigorous practices already present a strong line of defense in preventing contact with bighorn sheep. <([#8 [14.1] However, one of the most disturbing aspects of the RMP is that it abandons land and forage management in favor of single species management by prioritizing bighorn sheep populations (despite lack of scientific evidence) over agriculture. In April 2014, the CWGA, Colorado Parks & Wildlife, Colorado Department of Agriculture, and the BLM and USFS renewed the aforementioned existing MOU. The purpose of the MOU is
to provide general guidance for cooperation in reducing contact between domestic and bighorn sheep in order to minimize potential interspecies disease transmission and to ensure healthy bighorn sheep populations while sustaining an economically viable domestic sheep industry in Colorado. The RMP contravenes the cooperative intent of the MOU, and ignores research data from the USDA Agricultural Research Service ("ARS").
Flawed Information Regarding the Potential for Disease Transmission
The RMP clearly demonstrates a bias against domestic sheep, with leading statements such as, "Transmission of M haemolytica from domestic sheep to bighorn sheep was irrefutable, as demonstrated by Lawrence et al (2010)....(K1)" In particular, the Lawrence et al. 2010 study cited in the RMP was not conducted under conditions relevant to reality as it was a pen study which forced the animals to have fence line contact and ultimately to commingle. Additionally, the results of the Lawrence study are misinterpreted and deliberately misused. The Lawrence study simply showed that the domestic sheep and bighorns exchanged respiratory bacteria (just the same as humans would that were standing very close to each other).
It did not prove that the green-flourescent labeled M haemolytica bacteria exchanged from the domestic sheep to the bighorn sheep is what killed the bighorns. It is also important to point out that in order to cause the fluorescent tagged bacteria to show up in the culture dishes and on the slides, researchers had to use antibiotics to kill the other bacteria present in order to be able to photograph the fluorescent tagged bacteria. In other words, the bacteria of interest was selectively and biasedly grown; further evidence that is was likely at a very low level in the animals and not the cause of illness in the bighorn sheep in that study. Researchers also used a greater magnification in the photos within the publication in order to make the fluorescent tagged bacteria more noticeable vs. the other bacteria present. This not-so-subtle manipulation during the research phase, created yet another "study" with a predetermined outcome biased against domestic sheep. To understand the results and implications of the study, we request that the BLM contact Don Wage Knowles, DVM with the USDA Agricultural Research Service (USDA — WSU — Pullman, WA) since he was one of the researchers involved in this project, and is not interested in perpetuating inaccurate information.

Thus far, all of the experiments related to disease transmission have been conducted under laboratory conditions--in pens with controlled conditions and using animals that have been acclimated to those conditions. Such studies are very different from what might actually happen as far as disease transmission on the open range, where herd management practices are designed to avoid domestic-bighorn contact.
Available research cited in the RMP focuses on the potential for contact, without looking at a broad scope of what else is going on with the bighorn populations. None of the studies cited in the RMP have proven that bighorn sheep and domestic sheep currently have high risk of contact

on the range, or that contact almost inevitably results in disease.

In fact, all captive studies and experiments that have tried to prove Mannheimia haemolytica to be the "bighorn killer," responsible for wild sheep die-offs, were clearly biased and many of the policy decisions that have been made are based on the biased and faulty science. This is obvious from the continued reference to Mannheimia haemolytica research in the Uncompahgre RMP. Supporting this assertion of faulty research is the recent identification of a completely different bacterium (Mycoplasma ovipneumoniae - Movi) that is now identified as being the real cause of bighorn sheep pneumonia. What is clear is that bighorn pneumonia is a complex disease phenomenon and for decades has been, and quite honestly remains, incompletely understood. What is understood, however, that respiratory pneumonia in both livestock and wildlife is stress induced. Most wildlife researchers continue to ignore devastating effects of capture myopathy on bighorns, and the stress creating by handling and putting bighorns in an unfamiliar environment. It's no wonder that bighorns died in the early pen "studies" that were done. #8])>

<([#9 [14.1] The RMP further states that "no one form of evidence can conclusively demonstrate that bighorn sheep in the wild coming into contact with domestic sheep frequently leads to die-offs; however, taken together, the experiments and observations from the laboratory and the field do indicate that wild bighorn sheep coming into contact with domestic sheep does pose a risk of disease transmission and die-offs in free-ranging bighorn populations." This illogical premise betrays a continued lack of credibility, accountability, and a desire to misrepresent the available facts. As stated herein, the experiments and lab observations are not representative of the actual conditions on the range. They are forced simulations that require close contact in order to ensure transmission of pneumonia-causing bacteria. #9])>

<([#10 [14.1] Furthermore, there is a scarcity of reliable data available from the field; hence, the BLM's reliance on outdated records that have little if any bearing on current conditions. Determining a course of action based on these faulty sources of information would be both illogical and contrary to the Agency's statutory mandates.

The degree of risk of potential disease transmission from domestic sheep to bighorns in open range conditions is unknown and it is not clearly understood even in experimental confinement settings. Forced enclosure experiments ("pen studies") are not indicative of, and do not provide a direct correlation to, what happens in open range situations.

#10])> Therefore, we strenuously object to the BLM continued efforts to use bighorn sheep as a means to eliminate domestic sheep grazing on our western rangelands.

Wage


Risk of Contact (RoC) Process Crippled by Lack of Data

<([#11 [14.1.1] The BLM is following suit with the U.S. Forest Service by using its flawed modeling process and inaccurate research references. A lack of objective scientific accuracy cripples support for the revocation or reduction of the grazing allotments. The mathematical modeling studies utilized by the U.S. Department of Agriculture Forest Service's Bighorn Sheep Working Group to determine potential contact are fundamentally flawed. By starting with set mathematical formulas using specific mathematical parameters, a conclusion to a possible scenario is generated based on inaccurate input. The obvious problem with this method is in how and what parameters are chosen. Input of inaccurate data will result in the output of inaccurate answers.

This modeling method allows the operator to tailor the data in order to fit a preordained conclusion. This same modeling method has been shown to be erroneous in comparisons of

simulations to real outcomes. Such issues cause the proposal to fail the standards of quality, integrity, and utility of the Data Quality Act ("DQA") and the best available science standards of the Environmental Species Act ("ESA").

They also run afoul of Presidential orders on scientific integrity and transparency. The basic flaws of the RoC modeling process are clearly explicated in the RMP itself when it states that "much of the needed data was not available for individual Colorado bighorn populations. The BLM made the following assumptions....." Key input factors such as bighorn range and suitable habitat are assumed, while failing to incorporate management practices that discourage or eliminate contact.

Not only does the method not qualify as the best available science, but the BLM intends to implement draconian, unfair policies due to these imbalanced and inaccurate predictions. At best, the results are guesswork alone and, by any standard of common sense, should therefore not become the basis of agency policy.

The entire PoI / RoC modeling is based on estimates, speculations, assumptions, and pre-determined parameters to arrive at a predetermined outcome of "high risk." There are simply too many facets to this multi-factorial issue, too many assumptions, and too much of selectively omitted input information to

make this modeling accurate or useful. #11])>

In summary, as the BLM approaches the ongoing concern of contact between bighorn sheep and domestic sheep, the agency's apprehension regarding potential contact relies on a litany of biased and discouragingly well-established fallacies. Chief among these false premises is a lack of empirical science regarding the potential contact risk of bighorn sheep and domestic sheep. Not only is scientific information regarding rates of contact and potential disease transmission scarce, but the modeling process has too many assumptions to be useful.

Furthermore, let's not lose sight of the fact, that the percentage of potential habitat overlap is very small. Consequently, the possibility of contact is minimal, as is the potential for the transmission of any pneumonia-causing bacteria that may or may not negatively impact bighorns. Allowing unscientific studies and flawed modeling to become the bedrock of the anti-grazing movement betrays the bias so deeply ingrained in both the BLM and USFS.

Livestock Grazing and Forage Management

The CWGA has numerous concerns with the RMP. The RMP proposes sweeping changes that do not equally balance grazing, and other multi-use activities with environmental concerns. Additionally, the RMP introduces many subjective concepts (Special Recreation Management Area Targeted Benefits — "restored mind from unwanted stress; improved mental well-being", etc) that clearly favor recreation, and open up the BLM to numerous lawsuits, as it creates very subjective special-use categories for land that is Congressionally mandated as multi-use. The 5 age continual splintering and development of additional special designation categories simply creates more regulatory and administrative overburden; and further restricts the BLM's ability to do crucial on-the-ground activities, such as accurate, and up-to-date range monitoring. Multiple-use activities such as livestock grazing and mineral extraction are economic drivers for local communities and should not be restricted due to environmental extremism and recreation. The RMP wants to further restrict livestock grazing yet fails to provide clear evidence as to why that's necessary; instead, it relies upon numerous, artificially constructed "what-if" scenarios.

<([#2 [23.3] Despite the voluminous size of this document, it fails to demonstrate the need to reduce aums, or the impacts to the permit renewal process when the RMP is finalized. BLM's single-minded approach of always reducing aums, often times ignores actual forage conditions and utilization, by failing to increase aums when range conditions warrant increased utilization. The BLM increasingly relies upon inaccurate computer modeling (bighorn sheep), and artificially created matrices (bighorns and forage manage) to create a pre-determined outcome of reducing/eliminating livestock grazing. We find it egregious for a land management agency to spend more time on administration, modeling, and matrices, than it does meeting monitoring requirements in the field, where the real data exists. For a number of years, the BLM has been severely deficient in fulfilling its role to accurately and fairly monitor range conditions. Determinations regarding forage utilization need to be done in conjunction with the permittee, and monitoring sites need to be indicative of the overall allotment. Additionally, inadequately trained staff (seasonal and/or inexperienced) often times make causal observations that are incorrect, but end up in EAs, EISs, and RMPs. The RMP lacks specificity at a number of levels, and indicates that meeting numerous dubious parameters will be addressed during the permit renewal process, without disclosing the effects on the permittee during the permit renewal process.

Placing restrictions on sheep grazing favors recreation, single-species management (bighorn sheep), and environmental extremism over multiple-use and adaptive range management; and it will only serve to advance a radical agenda to permanently end livestock grazing on our western rangelands. Instead of unilaterally adopting strict policies without permittee input, we urge the BLM to support adaptive management by working actively with the permittees. We strongly urge the BLM to comply with its mandate to manage for multiple-use. #2])>

<([#1 [5] In closing, we would like to reiterate the negative impact that regulatory overburden is having on our members. It's egregious that the government keeps expanding at the administrative level, and every document that comes out is larger than the last. It's incredibly difficult for individuals or small organizations to be able to effectively evaluate and comment on these documents due to the sheer size, sometimes in excess of a thousand pages, not including the dozens of reference documents that should be closely scrutinized for their accuracy. It is imperative that the federal government start streamlining its management processes, in order to effectively focus on on-the-ground management of our public lands. #1])>

Respectfully,


000274_MattelianoM_20161031  Organization: Melanie Matteliano
Received: 10/31/2016 12:00:00 AM
Commenter1: Melanie Matteliano - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Form letter plus text
Form Letter Master: Form Letter D
Current Task: Done Assigned/Due: ewozniak
Attachments: 000274_MattelianoM_20161031.htm (000274_MattelianoM_20161031-

BLM_0158073

384995.htm  Size = 11 KB)
Submission  Text
10/31/2016  DEPARTMENT OF THE INTERIOR Mail - (no subject)
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=1581bac8b45aff63&siml=1…  1/2
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
(no subject)
1 message
Melanie Matteliano <smilee_rat@yahoo.com>  Mon, Oct 31, 2016 at 10:49 AM
Reply-To: Melanie Matteliano <smilee_rat@yahoo.com>
To: "uformp@blm.gov"  <uformp@blm.gov>
Cc: "rmpcomments@citizensforahealthycommunity.org"
<rmpcomments@citizensforahealthycommunity.org>
I am writing as an individual with a vested interest in the North Fork Valley, who is deeply concerned by the possibility
that this area could be developed for oil and gas production. I love the North Fork Valley. I love the rich landscape. I
love the delicious local and organic produce that is grown here- I love the pears and the apples that are shipped to
markets in Denver, and I love the things you can only get when you are here- the local cherries, carrots, radishes,
fresh baby lettuces, the wine and cider. I love the community here, and I love their values- the confluence of
independence and interdependence that encourages people to come together with their neighbors to get things done-sharing
farm equipment, trading labor for fruits and vegetables grown by their neighbors, swapping expertise in one
area for help in another.

I live in Denver, but I have visited the North Fork Valley every few months for the last five years. I visit more often in
the summer and fall, sometimes coming multiple times a month to enjoy the landscape, the opportunities for
horseback riding and hiking, and the local produce. I come to visit friends who live in Crawford, and to partake, if only
momentarily, of their way of life. I hope to buy property here myself someday and be able to enjoy this place and this
way of life every day. I have lived in Colorado all my life, and have traveled widely throughout the state, and this is
without question one of the most exceptional locations in our beautiful state. In fact, the North Fork Valley is one of my
favorite places in the country.

It is deeply disturbing to me to think that this place and this way of life are being jeopardized by the proposal to lease
public BLM land in the North Fork Valley for oil and gas development. Oil and gas production

pose serious risks to the
local community. The proposed plots of land are intimately situated near local residences and schools, and lie in
watersheds that supply the entire community and the abundance of organic farms in the region. Industrializing the
valley would negatively impact the health of community members, damage the local agricultural economy, and
adversely affect wildlife populations through damage to crucial wilderness habitats.

<([#2 [30] The North Fork Valley is important to Colorado. This place is critical habitat for wildlife, and a key supplier of local produce and agricultural products to Colorado markets. This place is a destination for foodies and agro-tourists, hunters, fishers, and outdoor enthusiasts. This place is home to local communities comprised of families who have been here for generations, and for enthusiastic newcomers who want to foster the local way of life for generations to come. The best assets of the North Fork Valley are the pristine areas of wilderness, and the unique ecology and climate that foster the highest concentration of organic farms in the state. If the valley is industrialized, all of that will change. Local organic farmers will lose their livelihoods to soil and water contamination, and to decreased demand for North Fork Valley produce. Tourists will be turned off by the loss of wilderness areas and the concern over contaminated air, water, and local food products. Hunters will be forced to follow their displaced game to other areas in Colorado. The health of the families who live here will be put at risk, people will suffer from increased rates of respiratory and cardiovascular disease. The entire identity of the region will be transformed, slowly and surely, by the onslaught of trucks, drilling pads, gas wells, container ponds, storage tanks, wastewater pits, and pipelines, by the noise and the air pollution.

This proposal is an irresponsible and inappropriate use of public lands, and the potential for human, animal, and
environmental damage is simply too high. I implore the BLM to reconsider the proposal, in light of the unique value of the North Fork Valley as a recreational haven, an important wilderness and agricultural area, and a crucial supplier of organic food to Colorado. #2])> Please, take action to protect this incredible region. Speaking as an avid tourist of the region, an enthusiastic consumer of North Fork Valley produce, and an individual who hopes one day to live in the area, this area should not be exposed to the damages of oil and gas production. Please choose to pursue other leasing alternatives for the land in question, alternatives that nourish the local economy and health of the North Fork Valley instead of degrading it.

Thank you,

Melanie Matteliano
10/31/2016 DEPARTMENT OF THE INTERIOR Mail - (no subject)
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=1581bac8b45aff63&siml=1… 2/2
Comments.docx
155K
I am writing as an individual with a vested interest in the North Fork Valley, who is deeply concerned by the possibility that this area could be developed for oil and gas production. I love

BLM_0158075

the North Fork Valley. I love the rich landscape. I love the delicious local and organic produce that
is grown here- I love the pears and the apples that are shipped to markets in Denver, and I love the things you can only get when you are here- the local cherries, carrots, radishes, fresh baby lettuces, the wine and cider. I love the community here, and I love their values- the confluence of independence and interdependence that encourages people to come together with their neighbors to get things done- sharing farm equipment, trading labor for fruits and vegetables grown by their neighbors, swapping expertise in one area for help in another.

I live in Denver, but I have visited the North Fork Valley every few months for the last five years. I
visit more often in the summer and fall, sometimes coming multiple times a month to enjoy the landscape, the opportunities for horseback riding and hiking, and the local produce. I come to visit
friends who live in Crawford, and to partake, if only momentarily, of their way of life. I hope to buy
property here myself someday and be able to enjoy this place and this way of life every day. I have lived in Colorado all my life, and have traveled widely throughout the state, and this is without question one of the most exceptional locations in our beautiful state. In fact, the North Fork Valley is one of my favorite places in the country.

It is deeply disturbing to me to think that this place and this way of life are being jeopardized by the proposal to lease public BLM land in the North Fork Valley for oil and gas development. Oil and gas production pose serious risks to the local community. The proposed plots of land are intimately situated near local residences and schools, and lie in watersheds that supply the entire community and the abundance of organic farms in the region. Industrializing the valley would negatively impact the health of community members, damage the local agricultural economy, and
adversely affect wildlife populations through damage to crucial wilderness habitats.

The North Fork Valley is important to Colorado. This place is critical habitat for wildlife, and a key
supplier of local produce and agricultural products to Colorado markets. This place is a destination for foodies and agro-tourists, hunters, fishers, and outdoor enthusiasts. This place is home to local communities comprised of families who have been here for generations, and for enthusiastic newcomers who want to foster the local way of life for generations to come. The best
assets of the North Fork Valley are the pristine areas of wilderness, and the unique ecology and climate that foster the highest concentration of organic farms in the state. If the valley is industrialized, all of that will change. Local organic farmers will lose their livelihoods to soil and water contamination, and to decreased demand for North Fork Valley produce. Tourists will be turned off by the loss of wilderness areas and the concern over contaminated air, water, and local food products. Hunters will be forced to follow their displaced game to other areas in Colorado. The health of the families who live here will be put at risk, people will suffer from increased rates
of respiratory and cardiovascular disease. The entire identity of the region will be transformed, slowly and surely, by the onslaught of trucks, drilling pads, gas wells, container ponds, storage tanks, wastewater pits, and pipelines, by the noise and the air pollution.

This proposal is an irresponsible and inappropriate use of public lands, and the potential for

BLM_0158076

human, animal, and environmental damage is simply too high. I implore the BLM to reconsider the proposal, in light of the unique value of the North Fork Valley as a recreational haven, an important wilderness and agricultural area, and a crucial supplier of organic food to Colorado. Please, take action to protect this incredible region. Speaking as an avid tourist of the region, an enthusiastic consumer of North Fork Valley produce, and an individual who hopes one day to live
in the area, this area should not be exposed to the damages of oil and gas production. Please choose to pursue other leasing alternatives for the land in question, alternatives that nourish the local economy and health of the North Fork Valley instead of degrading it.
Thank you,
Melanie Matteliano


000275_JamesonE_20161031 Organization: Wisehart Springs Inn, Erin Jameson
Received: 10/31/2016 12:00:00 AM
Commenter1: Erin Jameson - Paonia, Colorado 81428
Organization1:Wisehart Springs Inn
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category:
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000275_JamesonE_20161031.htm (000275_JamesonE_20161031-384996.htm
Size = 2 KB)
Submission Text
10/31/2016 DEPARTMENT OF THE INTERIOR Mail - Alternative B
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=1581dcab86bd7453&siml=…  1/2
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Alternative B
1 message
erin jameson <emj_58@hotmail.com> Mon, Oct 31, 2016 at 8:49 PM
To: "uformp@blm.gov" <uformp@blm.gov>
Cc: "info@theconservationcenter.org" <info@theconservationcenter.org>
To Whom It May Concern,
Allow me to introduce myself, my name is Erin Jameson. I run a charming B&B called Wisehart Springs Inn and I am a teacher in the Delta County School District. My B&B is very unique in that I
provide the organic ingredients from this wonderful organic valley for my guests to prepare in a kitchen with a mind-blowing view of the valley.
The breakfast:
The Mind Blowing View:
Wisehart Springs Inn:
10/31/2016 DEPARTMENT OF THE INTERIOR Mail - Alternative B
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS

BLM_0158077

%20comment&search=cat&th=1581dcab86bd7453&siml=…   2/2

As a teacher in the valley, this county teaches children a wonderful way of life and we have two extraordinary National Treasures which are exceptional classrooms for our students: the Black Canyon and the Grand Mesa. Should an unfortunate drilling accident occur in this valley due to fracking, this way of life and these two treasures could be destroyed. Needless to say, my B&B would suffer because the view and the organic food would be compromised.
I urge the BLM to choose Alternative B1 it is the best option in the plan that protects my drinking water, my
business, and outdoor classrooms for students to respect, love and learn from in the valley. The North Fork
Valley is a Creative District. The state legislature has vowed to keep the valley pristine. Again, Alternative B1 is
the most acceptable plan for the valley.
Very Truly Yours,
Erin Jameson
Citizen, Mother, Wife, Teacher, Business Owner and lover of the earth
Wisehart Springs Inn
39508 Pitkin Road
Paonia, CO 81428


000276_GannettA_20161031  Organization: Alison Gannett
Received: 10/31/2016 12:00:00 AM
Commenter1: Alison Gannett - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000276_GannettA_20161031.htm  (000276_GannettA_20161031-384997.htm  Size = 5 KB)
Submission Text
10/31/2016 DEPARTMENT OF THE INTERIOR Mail - american lung association.
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=1581ce5a1d3a8f48&siml=1…   1/2
(December 17, 2014)
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
american lung association.
1 message
alison gannett <alisongannett@mac.com>  Mon, Oct 31, 2016 at 4:39 PM
To: uformp@blm.gov
Cc: Alex Johnson <director@theconservationcenter.org>, Natasha Leger <natasha@citizensforahealthycommunity.org>

BLM_0158078

<([#1 [18.2]

The RMP says that not only is drilling for fluid minerals safe, and that they have studied the cumulative effects and that they are acceptable. I do not believe it is possible to make those statements, considering that studies on the internet have no way to determine these claims. How can one determine that working with carcinogenic chemicals can ever be safe? and how would we ever be able to study their synergistic cumulative effects if we do not know which combinations are being used at each well pad on any given day? This would be the same as looking at any given human in 2016 and saying they will never get cancer. How do you know? how do you study this? we do not have the technology. The BLM did not consider a human health impact report in its draft management plan.

Therefore, a moratorium should occur until this is done, or support the North Fork Alternative B1

Case in point, the AmericanLungAssociation.org

(also formerly pristine air in Uintah County, UT received an "F" rating for ozone in the american lung association 2013 State of the Air Report)

#1])> Lung Association Statement on

Fracking Decision by Cuomo

Administration

In response to the announcement by Acting Health

Commissioner Howard S. Zucker, Department of Environmental Conservation

Commissioner Joe Martens, Governor Cuomo and other cabinet officials, Jeff Seyler,

CEO of the American Lung Association of the Northeast, released the following statement:

On behalf of the hundreds of thousands of New Yorkers who struggle to breathe, we applaud the decision announced today to prohibit fracking in New York. We are heartened that the Administration agreed with our concern that the proposed fracking process in New York would have enabled a growth in oil and gas extraction that increased too many potential health risks, especially to the air we breathe. Yet, we recognize that oil and gas extraction, refining, transportation and use presents many

10/31/2016 DEPARTMENT OF THE INTERIOR Mail - american lung association.

https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=1581ce5a1d3a8f48&siml=1…  2/2

risks to health, not just fracking. We look forward to seeing recommendations to strengthening protections from these processes.

Throughout this review period, the Lung Association has argued that expanded oil and gas extraction and processing, driven by fracking, would increase air pollution in the state, placing residents' health at serious risk. We believed then and continue to believe now that there is a very real and unacceptable risk that the air emissions from increased oil and gas production would make people sick and shorten the lives of those living in communities in New York where the extraction will take place. Fracking would drive changes that would increase air pollution in areas of the state that now benefit from clean air.

Millions of New Yorkers now suffer from lung diseases including asthma, COPD and lung cancer. On behalf of these New Yorkers as well as residents from across the state, we thank and applaud Governor Cuomo for letting health guide his decision. New

BLM_0158079

Yorkers will breathe healthier air because of the decision made today.

000277_BackusD_20161031 Organization: Dolores Backhus
Received: 10/31/2016 12:00:00 AM
Commenter1: Dolores Backhus - Paoria, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000277_BackusD_20161031.htm (000277_BackusD_20161031-384998.htm Size = 5 KB)
Submission Text
10/31/2016 DEPARTMENT OF THE INTERIOR Mail - BLM Uncompahgre Field Office Draft Resource Management Plan
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS %20comment&search=cat&th=1581e0a6f237c5f6&siml=1...  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
BLM Uncompahgre Field Office Draft Resource Management Plan
1 message
Tess Backhus <tessbacko@msn.com> Mon, Oct 31, 2016 at 9:58 PM
To: "blm_co_ufo_rmp@blm.gov" <blm_co_ufo_rmp@blm.gov>
> Dear Ms. Sharrow and Ms. Wilson:
>
> My name is Dolores (Tess) Backhus. I am a 69-year-old resident of Paonia Colorado. My husband and I moved to the
North Fork Valley in November, 2014, after residing in and raising our 3 daughters in Eagle County for over 30 years. We
love Colorado and hope to age in place in the State and locally in Paonia, enjoying the diversity of this small mountain
community, along with the exceptional, affordable quality of life here. I recently moved my 95-year-old Mother to Paonia
from Florida, to help her also age in place and oversee her care. The senior programs, support and services are amazing
in Delta County and Region 10. In addition to my personal goals, I believe this Community and Valley is drawing and
offering similar amenities and services to attract a growing aging demographic, which will ultimately create another
economic opportunity for the area.
>
> We appreciate your time and efforts in evaluating a new Draft Resource Management Plan, but wish to encourage you
to be diligent in being conscientious stewards of the Land and Environment at risk with oil and

gas development, which
looms to threaten this area. It has been well established knowledge that this industrialization will be a tremendous threat
to the human, animal, and environment here by contaminating soils, water, and air; and impair human health, including
increases in respiratory, endocrine, immune, and cardiovascular disease. <([#1 [30] Development of the leases would negatively impact and impede local investments and resources required in transitioning and maintaining the economy to one based on agri-tourism, recreation, renewable energy, agriculture, and organic food. Development would contribute to increased greenhouse gas emissions, and climate change impacts on community resources (agriculture & wildlife). #1])>
Please, please be responsible Stewards of the Land and adopt a No-Leasing Alternative to prevent long-term risks
posed by oil and gas operations including Fracking Technologies (Oh No!) and large-scale industrialization. Please,
please <([#2 [41.2] consider the new research and information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracking, injection wells, and on-going well operations #2])> . Please, please
embrace a No-Leasing to protect the North Fork Valley and Colorado for generations to come.
>
> Please make the long-term Environmental Wellness a priority over short-term financial gains!
>
> Thank you for your diligence in preserving the Earth!
>
> Sincerely,
> Dolores Backhus
> 51 Pan American Avenue
> Paonia, CO. 81428
> 970-527-3101
>
> Sent from my iPad


000278_Abell_20161031  Organization: Laura Abel
Received: 10/31/2016 12:00:00 AM
Commenter1: Laura Abel - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000278_Abell_20161031.htm (000278_Abell_20161031-384999.htm  Size = 2 KB)
Submission Text

BLM_0158081

10/31/2016  DEPARTMENT OF THE INTERIOR Mail - Bureau of Land Management.
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&search=inbox&th=15
81ce581fe158ea&siml=1581ce581fe158ea  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Bureau of Land Management.
1 message
Lark Abel <abelartglass@gmail.com>  Mon, Oct 31, 2016 at 4:39 PM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org
We live in one of the most verdant areas in Colorado. That you would consider spoiling this area
with oil and gas and
fracking is without morals and concerns for the land ,the people and the animals that live here.
The risk to public health
and the potential to poison our food sources, pollute our air and contaminate our water we
depend on to live has been
proven time and time again. WE do not accept it and we do not want it. A no leasing alternative
is the most responsible
choice . Finally<([#1 [41.1] a moratorium on oil and gas leasing should be imposed until rural
gas gathering pipelines are regulated by the Pipeline Hazardous Materials and Safety
Administration #1])> . Thank you for your attention to this matter. Sincerely ,
Laura, " Lark" Abel.


000279_InouyeB_20161028 Organization: Brian Inouye
Received: 10/28/2016 12:00:00 AM
Commenter1: Brian Inouye - Crested Butte, Colorado 81224
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000279_InouyeB_20161028.htm (000279_InouyeB_20161028-385000.htm Size =
2 KB)
Submission Text
10/31/2016  DEPARTMENT OF THE INTERIOR Mail - comment on BLM UFO Draft RMP
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=1580c6017c4c45a2&siml=1…  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
comment on BLM UFO Draft RMP
1 message
Brian Inouye <binouye@bio.fsu.edu>  Fri, Oct 28, 2016 at 11:36 AM
To: uformp@blm.gov
Dear Uncompahgre Field Office BLM,
I grew up in Gunnison county and now live there seasonally, and my parents have retired to

Delta county. The Upper
North Fork Valley has been part of my life for decades, and my family has enjoyed hiking,
camping, hunting, fishing, and
backpacking in that area.
I strongly support the "North Fork Alternative", and feel that that the UFO BLM should be
considering an even more
restrictive option that does not allow for any new coal leasing. The nation's and region's
economy is rapidly moving away
from coal, and recent Tri-State Utilities court cases and economic developments are likely to
accelerate our region's shift
away from coal. New coal leases are short-sighted. The Upper North Fork Valley should not be
damaged as a resource
for hiking, biking, and hunting, and we should not allow coal and gas developments that threaten
clean water supplies, in
pursuit of a short-term boost to a fading industry.
Sincerely,
Dr. Brian Inouye
7500 County Rd 317 (PO Box 2510)
Crested Butte CO 81224


000280_KnutsonD_20161029 Organization: David Knutson
Received: 10/29/2016 12:00:00 AM
Commenter1: David Knutson - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000280_KnutsonD_20161029.htm (000280_KnutsonD_20161029-385001.htm
Size = 5 KB)
Submission Text
10/30/2016 DEPARTMENT OF THE INTERIOR Mail - Comment on Draft Resource
Management Plan for the Uncompahgre Field Office
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=15812e2c3fa3fe97&siml=1... 1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Comment on Draft Resource Management Plan for the Uncompahgre Field Office
1 message
Dave Knutson <orionrisingllc@gmail.com> Sat, Oct 29, 2016 at 5:55 PM
To: uformp@blm.gov
Cc: Alex Johnson <director@theconservationcenter.org>, Robbie LaValley
<rlevalley@deltacounty.com>
Dear Staff and Comment Team,

This letter addresses two areas of concern for me: 1. Recognition and sensitivity to the changes in the North Fork Valley;
and 2. The Jumbo Trails Recreation area on BLM land near Paonia.
<([#3 [30.3] 1. I urge your team to seriously consider and incorporate the "North Fork Alternative Plan, B1" in the final RMP. My wife and I have lived in the North Fork valley since 2003 and are homeowners there. We deeply appreciate the access we have to clean water, clear air, and local organic food sources. I am concerned that if the North Fork alternative is not incorporated, we could experience a deterioration in water quality and air quality due to increased industrial hydraulic fracturing as allowed in other alternatives of your draft plan. We would be personally impacted by loss of real estate value and concerns for our health - we are both in our 60's and our respiratory systems would not tolerate poor air quality #3])> . Since 2003, we have seen a renaissance in our valley of new organic farms, wineries, and ranching. Our little valley is now widely known as a center for the locavore food movement. Increased industrial activity in our valley would stomp out progress we've made in organic agriculture and could put organic certifications for our growers at risk. As a footnote, we
recently visited the Bainbridge Island Art Museum and were pleasantly surprised to see our town featured as part of a
display in the museum. I have attached photos of the author's bio and her citation mentioning Paonia, Colorado as a
place that inspired her. The North Fork Valley's progress in providing high quality organic food needs strong support and
the North Fork Alternative Plan, B1 is our heartfelt request.
2. Jumbo Trail Recreation. I am a trail runner and have administered special use permits with Federal Land Agencies for recreation events since 1980. My first permit was for a half-marathon trail race in the Coconino National Forest. I was issued a special use permit for 5k and 10k trail runs on the Jumbo trails by the Montrose BLM office. At first, the permit was renewed annually, then we were granted a five year permit.<([#2 [27.1] Our home is on the east side of Paonia right near the [Jumbo] trail system, primarily so that I can go out the door to access our trails. I am pleased to see that your draft plan recognizes the recreation value of this area and I urge you to place protections and resources to improve this fantastic trail system. I anticipate that as the years go by, your office will see multiple requests for Special Use Recreation Event Permits. The area is well known to trail runners and mountain bikers.
#2])> I sincerely appreciate the time and effort your team has put into a massive update of the Resource Management Plan for
UFO and look forward to positive consideration of this modest request from a committed resident.
Sincerely,
/s/
David A. Knutson
401 Vista Drive (PO Box 1016)
Paonia, CO 81428
Paonia Organic.pdf
3951K


000281_SirJesseU_20161031  Organization: Ulli Sir Jesse
Received: 10/31/2016 12:00:00 AM

BLM_0158084

Commenter1: Ulli Sir Jesse - Ridgway, Colorado 81432
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000281_SirJesseU_20161031.htm  (000281_SirJesseU_20161031-385002.htm  Size = 2 KB)
Submission Text
10/31/2016  DEPARTMENT OF THE INTERIOR Mail - Comment on the RMP
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=1581d2d269f7f0cc&siml=1…   1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Comment on the RMP
1 message
Ulli Sir Jesse <ullisirjesse@gmail.com> Mon, Oct 31, 2016 at 5:57 PM
To: uformp@blm.gov
To the BLM's RMP,
<([#1 [9.1] Please manage the Paradox Rock Art unit as an Area of Critical Environmental Concern in the Final RMP to protect the rare and irreplaceable petroglyphs of the area. I visited them a week ago and was blown away how beautiful they are. #1])>
<([#2 [9.1] I also urge you to protect this area [Paradox Rock Art unit]as well as the Tabeguache unit and the Shavano Creek unit from any oil and gas drilling  #2])> . The scenic beauty as well as the recreational value of these lands are too good to be destroyed by these kind of activities that are not good for our planet anyway. I'd rather see more solar panels in Paradox valley.
Thank you for listening to our input.
I am an avid hiker and love the silence, beauty and animal habitat in these areas.
Please help protect it for future generations.
Ulli
Ulli Sir Jesse
520 S Amelia
Ridgway, CO 81432
970 729 2590
Regret is the longing to change the past.
Fear is the desire to control the future.
Peace is the surrender to Now.
- Jeff Foster


000282_LightfootA_20161029 Organization: Ali Lightfoot
Received: 10/29/2016 12:00:00 AM
Commenter1: Ali Lightfoot - Paoria, Colorado 81428
Organization1:

Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000282_LightfootA_20161029.htm (000282_LightfootA_20161029-385003.htm
Size = 7 KB)
Submission Text
10/31/2016 DEPARTMENT OF THE INTERIOR Mail - Comment re the Draft Resource
Management Plan from Ali Lightfoot
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=158112b67a82f351&siml=1... 1/2
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Comment re the Draft Resource Management Plan from Ali Lightfoot
1 message
Ali Lightfoot <thistrain@gmail.com> Sat, Oct 29, 2016 at 9:59 AM
To: uformp@blm.gov
BLM Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401
Re: Draft Resource Management Plan for the Uncompahgre Field Office
To Whom It May Concern,
Thank you for the opportunity to comment on the BLM UFO RMP. My name is Ali Lightfoot
and I am a resident of Paonia, Colorado I moved here in 2008 so that my kids could explore
nature and grow up eating locally produced fresh food.
We live at the edge of the Jumbo Mountain trails where we enjoy hiking, biking, and exploring.
I am writing this comment today because I am concerned with the proposed protection via the
UFO
RMP draft. As a citizen of the North Fork Valley and a resident of Paonia, I have educated
myself on
the matter of the BLM UFO RMP draft and I support the North Fork Alternative, known as B1. I
would like alternative B1 to be added to the final plan; it is the best alternative to protect our
valuable water resources and wildlife that are vital to our agricultural and recreational economy.
I also believe that If we open the area to more oil and gas development, it will compromise the
more sustainable
and desirable economies of agriculture and recreation that so many people come
here to enjoy and have been working to build in the area for generations.
I also agree with Appendix D in terms of the importance of connectivity between the wilderness
areas and I would like the BLM to provide such connectivity as much as possible.
<([#2 [15.2] One concern with the proposed draft (Alternative D) involves the lack of protection
for the Gunnison sage-grouse. Based on the best scientific evidence, it is suggested that the
distance necessary between surfacedisturbance/exploration and an active lek is 4 miles and I ask
that the BLM increases this radius from 0.6 miles to 4 miles and to further protect this species by
making this area no surface occupancy #2])> .

<([#1 [11.1] Surface disturbances increases the chance of cheatgrass and weeds to invade the area. This invasion can change the fire regime of the area and outcompete native plants, both of which would affect the sage-grouse negatively. With climate change, the impact of fire and cheatgrass will increase, so the BLM needs to plan for the unavoidable changes we know that we will see in the future.
#1])>
<([#3 [27.1] I would also like the BLM to designate all BLM lands on and surrounding Jumbo Mountain as a Special Recreation Management Area. As I said, I live at the top of Pan American Avenue in Paonia by the base of the mountain and believe that this area needs to be fully protected to secure the entire viewshed and its use as a recreational area. I can attest that this area is used by a large number of recreational users from cyclists, hikers, dog
walkers, runners, and horseback riders based on my location to the 'trail head' that everyone uses. Additionally, I use these trails nearly every day of the week and want to ensure this area is properly protected so I can continue to enjoy 'my backyard'. This area needs to be set aside for recreational use rather than industrial activity such as oil and gas and I would like to see all oil and gas leases removed from land on and surrounding Jumbo. It is an important area that draws in economic benefits to the town as out-of-towners visit our area to hike or bike and provides spectacular views that make Paonia unique to other nearby towns. It would also prevent possible contamination issues of irrigation water and surrounding lands. #3])> Lastly, <([#4 [32.1] I would like the BLM to
manage Jumbo Mountain for multiple uses to ensure user and resident safety and I ask that theBLM please perform future travel management planning for motorized and non-motorized uses.
#4])> The BLM should keep in mind that these trails are in a residential area and that the concerns of
the residents should be listened to. In closing, the conservation protections in Alternative B1 should be included in the final plan as
well as the above changes for the benefit of sage-grouse and Jumbo Mountain. Thank you again for accepting my comments for the RMP process. The outcome is important to me since it affects my home and community for years to come.
Sincerely,
--
Ali Lightfoot
65 Cedar Drive
Paonia, CO 81428
thistrain@gmail.com


000283_BrillH_20161031  Organization: High Wire Hops, Hal Brill
Received: 10/31/2016 12:00:00 AM
Commenter1: Hal Brill - Paonia, Colorado 81428
Organization1:High Wire Hops
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique

Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000283_BrillH_20161031.htm  (000283_BrillH_20161031-385004.htm  Size = 2 KB)
Submission Text
10/31/2016  DEPARTMENT OF THE INTERIOR Mail - Comment submission for RMP
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=1581dd5e8a7b0860&siml=…  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Comment submission for RMP
1 message
Hal Brill <halbrill@gmail.com>  Mon, Oct 31, 2016 at 9:00 PM
To: uformp@blm.gov
Cc: info@theconservationcenter.org
Kindly see attached letter for my comments on the draft RMP.
Hal Brill
2016_10_31_20_57_25.pdf
148K
Dear BLM-UFO Staff and RMP Comment Team,
I appreciate the opportunity to comment on the Uncompahgre plan:
1) I have lived in the North Fork Valley for over 20 years, and appreciate that the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.
2)I moved here because of the outdoor recreation opportunities. I particularly enjoy places close to home, such as the Terror Creek and Hubbard Creek areas.
3) I am a co-owner of High Wire Hops. <([#1 [21.1] We grow high quality hops for many microbreweries around the regions. Our livelihood depends upon clean water and air, as well as a perception that the North Fork Valley is a healthy place for sustainable agriculture. Our hops have been in many award winning beers due to their high quality. So although I am not opposed to some extraction of fossil fuels, I want to see a significant buffer zone that separates the agricultural North Fork Valley from drilling activities. #1])> 4) Therefore, I would like the BLM to include all proposed actions in the North Fork Alternative B1 in the Final RMP.
Thank you for your consideration.


000284_HessJ_20161028 Organization: John Hess
Received: 10/28/2016 12:00:00 AM
Commenter1: John Hess - Crested Butte, Colorado 81224
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak

Attachments: 000284_HessJ_20161028.htm (000284_HessJ_20161028-385005.htm Size = 2 KB)

Submission Text

10/31/2016 DEPARTMENT OF THE INTERIOR Mail - Comments on the BLM Uncompahgre Field Office Draft Resource Management Plan
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS %20comment&search=cat&th=1580c8ef8a27c500&siml=1... 1/1

UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>

Comments on the BLM Uncompahgre Field Office Draft Resource Management Plan

1 message

John Hess <johnthehess@crestedbutte.net> Fri, Oct 28, 2016 at 12:30 PM
To: uformp@blm.gov

To whom this many Concern:

I would like to comment on the BLM Uncompahgre Field Office (UFO) Draft Resource Management Plan (RMP).

I am concerned that the RMP is not doing enough to minimize climate impacts. Therefore, in my opinion,<([#1 [30.2] the Final RMP must include up-to-date data concerning coal markets, coal production and coal employment in the area. The Draft RMP's data, much of it dating back to 2010 or older, is stale in light of shrinking coal production and employment. #1])> I support the "North Fork Alternative." I will be personally affected by increased and long-term coal and natural gas development in the North Fork Valley. I purchase fresh produce, and I am concerned about decreasing snowpack from climate change.

John Hess
P.O. Box 925
Crested Bu?e, CO 81224
Virus-free. www.avast.com


000285_WutchiettC_20161027 Organization: Cynthia Wutchiett
Received: 10/27/2016 12:00:00 AM
Commenter1: Cynthia Wutchiett - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000285_WutchiettC_20161027.htm (000285_WutchiettC_20161027-385006.htm Size = 8 KB)

Submission Text

10/31/2016 DEPARTMENT OF THE INTERIOR Mail - Comments on UFO Draft RMP
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS %20comment&search=cat&th=1580794fa17e2dab&siml=1... 1/1

UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>

Comments on UFO Draft RMP

1 message

Cynthia Wutchiett <cwutchiett@skybeam.com>  Thu, Oct 27, 2016 at 1:16 PM
To: uformp@blm.gov
TO: BLM UFO

I have attached my comments on the draft RMP.

Please let me know if you have any questions.

Thank you.

Cynthia R. Wutchiett
40849 M Road
Paonia CO 81428
BLM letter.docx
21K
October 27, 2016
Bureau of Land Management
Uncompahgre Field Office
2465 S. Townsend Ave
Montrose CO 81401
RE: Comments on UFO Draft RMP
According to your website, http://www.blm.gov/wo/st/en/info/About_BLM.html, you are
focusing on the following priorities:
? The America's Great Outdoors initiative, which is aimed at enhancing the conservation
of BLM-managed lands and resources and reconnecting Americans to the outdoors.
? The New Energy Frontier, which encourages and facilitates renewable energy
development – solar, wind, and geothermal – on the Nation's public lands.
? Cooperative Landscape Conservation, a scientific initiative that recognizes the need to
better understand the condition of BLM-managed landscapes at a broad level.
? Youth in the Great Outdoors, which supports programs and partnerships that engage
youth in natural resource management and encourages young people and their families to
visit, explore, and learn about the public lands.
? Climate Change, which is affecting public lands in ways that could impact on
Americans' quality of life. The BLM is responding with two interconnected initiatives: a
proposed landscape approach to land management and Rapid Eco-regional Assessments,
which will improve the agency's understanding of public land conditions to inform future
management decisions.
"By strengthening existing and forging new partnerships with stakeholders, the BLM will
ensure that the nation's public lands are managed and conserved for future generations of
Americans to use and enjoy".
How do you justify leasing 95% of the acreage within the planning area as
compatible with these initiatives?

<([#1 [5.3] Paragraph (a) of §1502.14 of the Council on Environmental Quality regulations
direct federal agencies undergoing the NEPA process to: 'Rigorously explore and objectively

evaluate all reasonable alternatives.

Yet section 2.4 of your Draft RMP titled, Alternatives Considered but Eliminated from Detailed Analysis, states alternatives that propose exclusive resource prohibition were eliminated from detailed study. It states that a no-lease alternative would be too extreme. Really? Then how is leasing 95% not just as extreme?

Further, Section 2.4.1. states: '…the purpose of this RMP is to ensure that public lands are managed in accordance with the intent of Congress, as stated in the FLPMA, under the principles of multiple use and sustained yield. Alternatives that promote exclusive use or maximum development, production, or protection of one resource at the expense of other resources or resource uses were eliminated from further consideration. ' If you believe that leasing 95% is an acceptable alternative, then NOT leasing 95% is just as acceptable.

#1])> <([#4 [30.3] You have also not considered:

1. The decline in property values for residents adjacent to the planning area. My residence, which is the culmination of my life's work and savings, would be only 400 yards from an area that has the potential for a gas well. I will secure an MAI appraisal of my residence and, if the adjacent land is leased, will again have an MAI appraisal and will take legal action to obtain reimbursement for the decline in value.

#4])> <([#5 [37.3] 2. [you have not considered] The potential contamination of the entire region's water supply. In addition to having my government regulated, domestic water at risk, you are also risking the contamination of my residential water well. #5])>

3. [you have not considered] The impact on Climate. Three of the world's biggest insurance companies are warning that climate change amounts to the "mother of all risks" and are demanding the industrialized countries of the world stop bankrolling the fossil fuels industry A recent article from CommonDreams.org states:

'Multi-national insurance giants Aviva, Aegon, and Amlin, which together manage $1.2 trillion in assets, released a statement in August of this year calling on the leaders of the world's biggest economies to commit to ending coal, oil, and gas subsidies within four years. "Climate change in particular represents the mother of all risks—to business and to society as a whole. And that risk is magnified by the way in which fossil fuel subsidies distort the energy market," said Aviva CEO Mark Wilson.

<([#3 [5.6] One of the subsidies our local oil and gas companies receive is the leasing of publicly-owned lands for a pittance—often for as little as $2 per acre. Meanwhile, the "real costs" associated with damage to the environment and human health are foisted on others and are not paid by polluters.'

Paragraph (a) of §1502.14 of the Council on Environmental Quality regulations direct federal agencies undergoing the NEPA process to: 'Rigorously explore and objectively evaluate all reasonable alternatives. It is clear that you have failed to consider all impacts and therefore all reasonable alternatives. #3])>

I am writing to urge you to select Alternative B as the agency's preferred alternative, with the stipulation that this alternative has language inserted that incorporates a prohibition on fossil fuel leasing on 95% of the lands within the decision area throughout the life of the Resource Management Plan.

Cynthia Wutchiett, CPA

40849 M Road

Paonia CO 81428

000286_HellecksonB_20161031  Organization: The West Elks Winery Association, Brent
Helleckson
Received: 10/31/2016 12:00:00 AM
Commenter1: Brent Helleckson - ,
Organization1:The West Elks Winery Association
Commenter Type: Private Industry
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000286_HellecksonB_20161031.htm (000286_HellecksonB_20161031-
385007.htm Size = 5 KB)
Submission Text
10/31/2016 DEPARTMENT OF THE INTERIOR Mail - Comments on UFO RMP
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=1581e2d7745452e5&siml=... 1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Comments on UFO RMP
1 message
Brent Helleckson <brent@stonecottagecellars.com> Mon, Oct 31, 2016 at 10:37 PM
To: uformp@blm.gov
Cc: Senator Michael Bennet <Senator_bennet@bennet.senate.gov>, Representative Millie
Hamner
<Millie@milliehamner.com>
Bureau of Land Management
Uncompahgre Field Office
Resource Management Plan Revision Team

Thank you for the opportunity to comment on the Draft Resource Management Plan (DRMP).
The West Elks American Viticultural Area (AVA) is one of two federally -designated areas in
Colorado of unique geology, climate, history, and geography capable of producing wines of
unique and identifiable qualities. The wineries in this AVA strive to produce Colorado -grown
wines of high quality with distinctly Colorado character.
We are concerned that the pathway proscribed by the Draft Resource Management Plan (DRMP)
preferred alternative leads to a development scenario that severely impacts our ability to attract
visitors to our tasting rooms and may also impact our image of a pastoral environment
blessed with clean air, clean water, and beautiful vistas, fostering wines with characteristics
uniquely associated with the West Elks mountains and the North Fork of the Gunnison.

<([#1 [30.3] The BLM preferred alternative, alternative D, opens nearly all of the North Fork
watershed to oil and gas exploration and development (DRMP at 2-409). While the underlying
assumption is a well count of 1,271 throughout the UFO region by the year 2030 (DRMP at

3-14), statements by the energy companies currently operating in the North Fork, on lands already leased by the BLM, exceed that number by a factor of 2 to 3. This
is in advance of the recent USGS study identifying the Mancos Shale as a likely significant gas resource. Therefore, offering nearly all of the North Fork watershed as available for oil and gas leasing virtually guarantees the industrialization of that watershed. While the specifics of each well will be unique, the commonly accepted impacts include multiple millions of gallons of water per well, multiple thousands of truck trips per well, multiple millions of gallons of produced waste per well and multiple miles of roadway per well pad. No reasonable person could claim that the current rural/arboreal landscape would suffer "no significant impact" from such a change of use. The DRMP admits as much at page 3--176.
#1])> <([#2 [30.3] The level of development implied by the preferred alternative will certainly impair our ability to attract visitors to our tasting rooms. It is difficult and expensive to convince travelers to make the 5 hour journey from the Front Range to the North Fork Valley. Placing a large gas and oil field development between the North Fork and the Front Range will make that much more difficult and expensive. Further, all of us growing grapes in the Valley, rely on readily available, clean irrigation water. The development implied by the DRMP preferred alternative would severely impact our watershed, snowpack, spring runoff and, consequently, the timely availability of irrigation water. Also, the likelihood of surface and ground water contamination from oil and gas activity inhibits our ability to produce quality grapes of unique characteristics, thereby eroding our competitive advantage in the marketplace. #2])>
We respectfully request that the DRMP consider, and adopt, an alternative that designates the watershed of the North Fork as not available for
leasing for oil and gas development.
Thank you,

The West Elks Winery Association
5680' Alfred Eames Cellars
Azura Cellars
Black Bridge Winery
Leroux Creek Vineyards
Mesa Winds Farm and Winery
North Fork Cellars
Stone Cottage Cellars
Terror Creek Winery


000287_BallantyneM_20161031  Organization: Marv Ballantyne
Received: 10/31/2016 12:00:00 AM
Commenter1: Marv Ballantyne - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak

BLM_0158093

Attachments: 000287_BallantyneM_20161031.htm  (000287_BallantyneM_20161031-385008.htm  Size = 3 KB)
Submission Text
10/31/2016  DEPARTMENT OF THE INTERIOR Mail - Comments on UFO RMP
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=1581df70baad135f&siml=1...  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Comments on UFO RMP
1 message
Marv Ballantyne <marvbofwc@gmail.com>  Mon, Oct 31, 2016 at 9:37 PM
To: uformp@blm.gov
Thank you for the opportunity to comment, and the extension of time.
Camel Back additional Lands with Wilderness Characteristics
I am more familiar with the Camel Back WSA, but love both areas. It is near Montrose (and Delta) and can be easily accessed and enjoyed in late fall, winter and spring when higher elevation areas are too cold for old hikers like me. The rock cliffs and streams are spectacular all year and solitude is hard to find this close to town. Expanding the WSA by protecting the LWC from motorized and mechanized would provide a spectacular place. When I am there, I feel like I am in a treasured, secret place.

Oil and Gas permitting in North Fork

Natural gas has become so abundant in Colorado that it is too cheap to justify drilling for more. This is due to economic changes as a result of concerns about Climate Change. There is more gas already available in existing wells than we will probably ever use. Permitting more wells at this time is senseless and should not be done. The North Fork of the Gunnison is a beautiful place, rich in agricultural uses along with residential uses, and should not be encumbered, put at risk, or devalued by the introduction of gas well permits.

Marv Ballantyne
970-318-6082 or 249-1346
marvbofwc@gmail.com


000288_Monhollandt_20161031 Organization: Over the Edge Sports, Landon Monholland
Received: 10/31/2016 12:00:00 AM
Commenter1: Landon Monholland - ,
Organization1:Over the Edge Sports
Commenter Type: Private Industry
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000288_Monhollandt_20161031.htm  (000288_Monhollandt_20161031-385009.htm  Size = 3 KB)

BLM_0158094

Submission Text
Comments on Uncompahgre RMP
1 message
landon@otesports.com <landon@otesports.com>   Fri, Oct 28, 2016 at 10:33 AM
To: uformp@blm.gov
To whom it may concern:
I visit the Unc many times a year in the summer months to ride bicycles and motorcycles and Ebikes. I enjoy the single track trails as well as the narrow ATV (under 56") trails.
One thing I've noticed is that the nonmotorized trails are nearly disappearing due to under use and overgrowth as nature takes the trails back over. It is my opinion that the nonmotorized trails should be opened up to motorcycle use so that they remain and actually get used. On many occasions I have lost sight of trail while on bicycle and ended up bushwacking my way out. If a few more motorcycles a year were allowed this would not be an issue.
As the manager of Over The Edge Sports, in Fruita CO, I am proud that we started the bicycle recreation boom that has so positively affected the towns and cities of the Grand Valley.
However, our profitable times are seasonal (spring and fall) but if we had a summer destination where cyclists could go to ride that would keep them out of the heat of the lower elevations we could more easily provide things like a living wage for our employees so they could afford proper housing etc..
<([#1 [32.1] The Uncompahgre Plateau is the perfect spot to build singletrack trails that connect and make loops that are popular with cyclists and offroad motorcyclists. The trails of the Unc unfortunately tend to dive down into canyons and valleys with no way back out but to hike or turn around. Some creative thought about reroutes and new trails to increase connectivity should be considered in the RMP. #1])>
<([#2 [32.1] I would like to see provisions in the RMP for future motorized single track construction. And more thought put into connectivity so that big loops can be strung together without getting on miles of roads. A gigantic single track motorized loop of the entire Unc Plateau would be the gem of Colorado and would boost the economies of all the towns below. #2])> And I realize COWS are historically an "indigenous species" in the high country, so this comment will probably fall on deaf ears, but when one spends the day riding through cattle excrement for miles on end, one begins to wish that these beasts weren't so cheaply allowed to trample our public lands with reckless abandon. This may seem to be a hypocritical comment from an OHV enthusiast, but there is a huge difference in our minimal impact on a small narrow trail, and the widespread abuse of the land that these "locust" inflict.
Thanks for accepting public comment on these issues.
Landon Monholland
OVER THE EDGE SPORTS, FRUITA
"Where all your mountain bike dreams come true!"
9708587220
www.otesports.com/fruita


000293_MilvenanE_20161022  Organization:  Eileen Milvenan
Received: 10/22/2016 12:00:00 AM
Commenter1: Eileen Milvenan - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual

BLM_0158095

Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000293_MilvenanE_20161022.htm (000293_MilvenanE_20161022-385010.htm
Size = 15 KB)
Submission Text
Draft Resource Management Plan for the Bureau of Land Management
Uncompahgre Field Office in Delta County Colorado
1 message
Eileen Milvenan <emilvenan1@gmail.com> Sat, Oct 22, 2016 at 10:51 AM
To: uformp@blm.gov
Eileen Milvenan, M.D.
14099 Thompson Road
Paonia, Colorado 81428
October 21, 2016
Eileen Milvenan, M.D.
14099 Thompson Road
Paonia, Colorado 81428

October 21, 2016
BLM, Uncompahgre Field Office
2465 S Townsend Avenue
Montrose, Colorado 81401
Re: Draft Resource Management Plan for the Uncompahgre Field Office
Dear BLM-UFO Staff and RMP Comment Team,
Please fully consider the issues raised in my comments on the Uncompahgre Field Office draft
Resource Management Plan. <([#1 [18.3]
The BLM did not conduct a human health impact assessment in its Draft Resource Management
Plan, and there has been inadequate risk analysis to date. It is my professional opinion that the
health risks to newborns and pregnant mothers, and to children and adults are significant enough
to warrant much more analysis. A moratorium pending further study is the only responsible way
to protect the current and future generations in the North Fork Valley.
#1])> I am a Neonatologist (Pediatrician with subspecialty care of hospitalized critically ill
newborns with birth defects, prematurity, and low birth weight) of 33 years experience, and I am
also a North Fork Valley resident.
In 2011 my husband and I purchased 12 acres of land in Paonia, Colorado on which to build a
farm and spend our retirement. While my husband will mostcertainly submit a comment about
the ways this plan and its alternatives will personally affect us, the Paonia community, and the
beautiful land in the valley, I wanted to focus on some of the troubling information I've
uncovered while researching hydraulic fracturing and what we currently know about the health
impacts of living in an area where these activities are present.

Allow me to preface my concerns with an analogous illustration of the need for proper risk

BLM_0158096

analysis and impact assessment. Generations of physicians and health care providers have collected evidence to guide programs of therapy in order to optimize short- and long-term outcomes for patients. Through careful analysis over time, treatments that may initially appear beneficial or without significant other complications can be found to have risks of unexpected poor outcomes. As a result, a problematic treatment may be adjusted or even abandoned, but ongoing evaluation of associated risks and benefits is critical to the process. Many treatment studies have been terminated due to evidence that the risk of adverse complications was too great to warrant continuation of the therapy. In the history of neonatology, there is a well-remembered chapter about blindness in premature infants in the 1940s-50s. In the US and other affluent countries, oxygen was piped into incubators because it was improving survival outcomes. However, the longterm effect of this therapy was blindness in a great number of infants (Stevie Wonder is know to be one of those infants). At the time, there was no suspicion that oxygen could be the cause of the blindness, and research efforts took years to discover this fact through precise ongoing monitoring and risk assessment. It is a lesson to those in my field about the critical need for thorough analysis.

<([#3 [18.3] There is growing concern about the potential health problems in children and adults living near gas drilling, and efforts to quantify these risks are underway. This type of research requires funding and time. Ongoing research results continue to be released, and must be evaluated before expanding the practice of hydraulic fracturing throughout the country. It is particularly important to bring attention to recent findings because the Bureau of Land Management stopped the clock on accepting new information four years ago, and as such, it did not take these findings into account when formulating the Draft Resource Management Plan for the North Fork Valley. The BLM did not conduct a human health impact assessment in its plan. There should be provisions for ongoing risk analysis, and regulations in place for rural gas gathering pipelines under the Pipeline Hazardous Materials and Safety Administration. #3])>

From my more than thirty years of professional experience, I know that any increase in prematurity and birth defects leads to more inpatient hospital days and risk of childhood chronic illnesses, which then leads to significant financial and social problems for the families and communities. The United States overall has shown an increase in preterm births by 20 percent from 1990 to 2006, and ongoing analysis of causes continues. Caring for acute and chronically ill children has both short- and long-term affects. Besides the specific suffering and quality of life problems for the affected child, the financial and emotional stress on the family is well-documented. Families of children with chronic health problems are known to have higher divorce rates. There are associated community increases in healthcare costs and loss of worker income and productivity. Beyond the potential effect on a developing fetus exposed to gas drilling, there is also uncertainty about the negative impact on developing children.

Our community cannot afford uncertainty regarding the health impact that proximity to gas drilling will have on our children.

<([#4 [18.3] Please see below scientific data from studies published in 2015 and 2016 regarding the significant impact on birth defects, birth weight, and infant mortality, collated by Citizens for a Healthy Community. These studies were cited in The Compendium of Scientific, Medical, and Media Findings Demonstrating Risks and Harms of Fracking (Unconventional Gas and Oil Extraction), Third Edition, October 14, 2015, by Concerned Health Professionals of New York and the Physicians for Social Responsibility.

BLM_0158097

• In rural Colorado a study of almost 25,000 births from 1996-2009, congenital heart defects and neural tube defects (defects of the brain, spine, or spinal cord) were associated with the density and proximity of natural gas wells within a 10- mile radius of mothers' residences. There are several chemicals emitted by natural gas development known to increase the risk of birth defects. PSC-C p.76 https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3984231/

• A University of Pittsburgh study of three heavily-drilled Pennsylvania counties found that the more exposure a pregnant woman had to gas wells, the higher her risk for a smaller-than-normal baby. Mothers living nearest to a high density of wells were 34% more likely to have babies small for their gestational age. Low birth weight is a leading cause of infant mortality. PSR-C p72,73

• Health professionals in Vernal, UT reported a 6-fold increase in infant death rates over a three-year period. The air quality which was formerly pristine in Uintah County, UT received an "F" rating for ozone in the American Lung Association's 2013 State of the Air Report. The Uintah Basin has 11,200 oil and

gas wells. PSR-C p76. Pregnant women who breathe more air pollution have much higher rates of virtually every adverse pregnancy outcome that exists.

• Preliminary data from researchers at Princeton University, Columbia, and MIT used Pennsylvania birth records from 2004-2011 to assess the health of infants born within a 2.5 kilometer radius of natural-gas fracking sites. They found that proximity to fracking increased the likelihood of low birth weight by more than half, from about 5.6% to more than 9%. The chances of a low APGAR score (a summary measure of the health of newborns at birth) roughly doubled, to more than 5%. PSR-C p.77

• Other preliminary studies from Colorado and Pennsylvania comparing infant birth weights and premature births with proximity to wells had similar findings as above. PSR-C p77; 72-73

We must analyze thoroughly the evidence of the impact of gas drilling on developing children, including incidence of asthma and respiratory problems. The California Council on Science and Technology studied the impacts of exposure to fracking-related air pollution and asserted "officials should fully understand the toxicity and environmental profiles of all chemicals before allowing them to be used in California's oil operations." PSR-C p.72

I cannot emphasize this one enough. Jerome Paulson, MD; Medical Director for National & Global Affairs; Director of the Mid-Atlantic Center for Children's

Health & The Environment; Child Health Advocacy Institute, Children's National Health System and Professor of Pediatrics and of Environmental & Occupational Health George Washington University states in a public letter to the Secretary of Pennsylvania Department of Environmental Protection on June 30, 2014:

• "In protecting children from environmental health hazards, it is essential to recognize that for many reasons children may be more exposed to environmental health hazards than adults in the same location. Moreover, children may have different outcomes than adults similarly exposed. For example, children breathe more air and drink more water per unit of body weight than adults do, Therefore, if the air or water are contaminated, the children will receive a higher dose than the adults. Children also live longer than adults. While that may seem selfevident, it is important in the environmental context because many outcomes of environmental exposures occur years after the exposure. If the delay between exposure and outcome is, for example, 40 years or more, as it may well be in terms of some of the chronic lung diseases of adulthood, if a 60 year old adult is exposed, s/he may not live long enough to develop the adverse outcome. A child, however, will, in all likelihood, live long enough to experience that adverse outcome."

BLM_0158098

• "As a physician with significant expertise in environmental health, I want to point out that there is no information in the medical or public health literature to indicate that [Unconventional Gas Exploitation] can be implemented with a minimum of risk to human health."
http://citizenshale.org/2014/07/physicianwarns-pa-dep-to-protect-children-and-pregnant-moms/#_edn1

Please also note the following additional sources that I found useful and informative. I have pulled and emphasized particularly relevant information below
the links, but the overarching takeaway is that there are indications of increased health risks surrounding hydraulic fracturing and more research is needed in order to determine how to proceed safely:

From a December 2014 government (NIH) informational article summarizing hydraulic fracturing and what it means for communities:
https://www.niehs.nih.gov/health/materials/hydraulic_fracturing_and_health_508.pdf
• The National Institute of Environmental Health Sciences (NIEHS) is a branch of the National Institutes of Health. This agency is involved in funding for research to investigate potential health impacts related to hydraulic fracturing. Some reseearch activities include the following:
· Examining patterns of pregnancy and asthma near the Marcellus Shale (Geisinger Clinic, Danville, PA – led by Brian Schwartz)
· Investigation of pregnancy risks near the Barnett Shale hydraulic fracturing sites (UTHSC – Houston, led by Kristina Whitworth)
· Assessing markers of stress inflammation, cardiovascular health and quality of life (U of C, Denver – John Adgate.) p.2 #4])>

<([#5 [18.3] From an April 2014 reference article associating increase in birth defects and maternal proximity to gas drilling: http://ehp.niehs.nih.gov/1306722/
• This study suggests a positive association between greater density and proximity of natural gas wells within a 10-mile radius of maternal residence and greater prevalence of CHDs [congenital heart defects] and possibly NTDs [Neural Tube Defects], but not oral clefts, preterm birth, or reduced fetal growth. Further studies incorporating information on specific activities and production levels near homes over the course of pregnancy would improve exposure assessments and provide more refined effect estimates. Recent data indicate that exposure to NGD [development and production of natural gas] activities is increasingly common... Taken together, our results and current trends in NGD underscore the importance of conducting more comprehensive and rigorous research on the potential health effects of NGD #5])> .

<([#6 [18.3] From a June 2013 article describing a Health Impact Assessment process in Battlement Mesa/Parachute, Colorado:
https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3698738/
• To fully understand the health impacts associated with natural gas development, extensive research in environmental emissions, community impacts, and health outcomes should be conducted. Regulators, legislators, and planners, however, must make real-time decisions and are often unable to wait for science to catch up. In the absence of good data on the effects of natural gas development on their citizenry, concerned community governments have been invoking temporary moratoriums that may impede even potentially safe natural gas development. In such circumstances, when definitive scientific data are incomplete, HIA methods can provide guidance to community leaders for the inclusion of health in the decision-making process. #6])>

<([#7 [18.2] Here is an August 2014 list indicating instances of national groups in government,

BLM_0158099

academia and industry calling for more research on health effects of hydraulic fracturing:
http://mdehn.org/wp-content/uploads/2014/12/calls_for_moreresearch.pdf
There are many locations in the United States with hydraulic fracturing in place and ongoing
research on health effects on both those living in close proximity to these wells and on the
workers. While these investigations continue collecting and analyzing data, the best practice
would be to avoid mineral rights leasing on public lands in the North Fork Valley until there is
more definitive information about the effects of hydraulic fracturing on the health of the people
living here.
#7])> Sincerely,
Eileen Milvenan, M.D.


000294_SmithM_20161031  Organization: Mary Smith
Received: 10/31/2016 12:00:00 AM
Commenter1: Mary Smith - Hotchkiss, Colorado
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category:
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000294_SmithM_20161031.htm (000294_SmithM_20161031-385011.htm Size = 1 KB)
Submission Text
Delta county report on impact fracking could have on water
1 message
msmith1932@paonia.com <msmith1932@paonia.com>  Mon, Oct 31, 2016 at 11:39 AM
To: uformp@blm.gov
hello
I just read a report prepared for Delta county on the groundwater systems of this county and it
clearly states that there could, and probably would, be terrible contamination of our water if
fracking were to occur. As a mother and a grand mother and as a retired teacher {concerned
about ALL children} I am asking WHY was this information not considered when you were
deciding whether or not to allow leasing ? And further, why was this information not available
sooner ?How can you, in good conscience, go ahead with the current plan you are proposing ?
This is truly unacceptable !
Mary Smith
Hotchkiss , Co


000296_HickamJ_20161028  Organization: Jon Hickam
Received: 10/28/2016 12:00:00 AM
Commenter1: Jon Hickam - Hotchkiss, Colorado
Organization1:
Commenter Type: Individual
Classification: Substantive

Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000296_HickamJ_20161028.htm (000296_HickamJ_20161028-385012.htm Size = 3 KB)
Submission Text
draft resource management plan public
comments
1 message
Jon Hickam <jon.hickam@gmail.com>  Fri, Oct 28, 2016 at 11:03 AM
To: uformp@blm.gov
Attn: BLM Uncompahgre Field Office,
I am a resident of Hotchkiss Colorado. I do software work for a variety of local, national, and international companies from our small organic farm outside of town. I hunt and fish in the mountains surrounding Paonia and Hotchkiss. I am well educated and politically moderate.
I am writing this letter in response to the draft resource management plan that was released this year. While I appreciate that the BLM is trying to find a middle ground between extraction economy and preservation<([#1 [30.2] I feel that it did not adequately address the unique environmental and economic situation of the north fork valley.

Right now the economy of the north fork is changing. The coal mines are shutting down but the real estate market and economic activity of the region is actually growing. The new economy that is developing in the North Fork is based on a combination of organic farming, outdoor recreation, hunting and fishing, and folks like me that are moving to the area and bring their jobs with them. I overheard the postmaster in Paonia say that he had processed 5 change of address forms in one week for people coming from Boulder alone. We are drawn to the safe small town feel, the fantastic local agricultural products and the relatively pristine natural environment. This is what the basis of a longterm, stable North Fork economy will be in the 21st century.
This developing economy is fundamentally not compatible with today's hydraulic fracking technologies. The implications of fracking technology here would be a couple of outside companies making some money, a short term boom of temporary labor, followed by longterm degradation of our watershed and view shed and by extension or local economic sustainability. Having this area become known as a fracking area will decrease the appeal of our agricultural products, the appeal our outdoor recreation, and appeal as a home community for people that are coming into the area with new economic opportunities.
#1])> I am a realist; I know that the propane that cooks my food and gas that drives my car has to come from somewhere. However it is not the right fit for the North Fork, and future attempts for fracking development here are sure to be met with an onslaught of public outcry, protest, and lawsuits that are ultimately divisive and expensive for all parties involved.
I urge the BLM to approve a resource management plan that does not open up the North Fork to further oil and gas development, and instead embrace a conservation oriented alternative that takes into consideration the longterm economic sustainability of our unique environment.
Thanks for listening,
Jonathan Hickam

Hotchkiss, CO

000298_AndersonT_20161025 Organization: Telluride Mountain Club, Tor Anderson
Received: 10/25/2016 12:59:00 AM
Commenter1: Tor Anderson - Telluride, Colorado 81435
Organization1:Telluride Mountain Club
Commenter Type: Organization (nonprofit/citizens group)
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000298_AndersonT_20161025.htm (000298_AndersonT_20161025-385013.htm
Size = 6 KB)
Submission Text
Draft Resource Management Plan for the Uncompahgre Field Office
1 message
Telluride Mountain Club <telluridemountainclub@gmail.com> Tue, Oct 25, 2016 at 10:24 AM
To: uformp@blm.gov
Dear BLM UFO
Staff and RMP Comment Team,
Thank you for this opportunity to comment on the Draft Resource Management Plan (RMP) for
the Uncompahgre Field Office of the BLM. Please find the Telluride Mountain Club's comment
letter attached.
Thank you for your careful decisions on this matter,
Tor Anderson, President
Telluride
Mountain Club
www.telluridemountainclub.org
PO Box 1201, Telluride, CO 81435
TMtC BLM Comment Letter.pdf
525K
Telluride Mountain Club
PO Box 1201, Telluride, CO 81435
October 18, 2016
Project Manager, Uncompahgre RMP
Bureau of Land Management, Uncompahgre Field Office
2465 S. Townsend Ave. | Montrose, CO 81401
Re: Draft Resource Management Plan for the Uncompahgre Field Office
Dear BLM-UFO Staff and RMP Comment Team,
Thank you for this opportunity to comment on the Draft Resource Management Plan (RMP) for
the Uncompahgre Field Office of the BLM.
For over 30 years, the Telluride Mountain Club's (TMtC) mission has been to protect and
enhance public access for human-powered, non-motorized recreation; promote personal
responsibility, safety and self sufficiency; and preserve each citizen's right to their "Freedom of

the Hills." Representing a community of individuals in the area around Telluride and west to the Paradox Valley, we have a network of over 975 outdoor enthusiasts. Additionally, we reach a large amount of tourists each year through various outreach and stewardship programs. We have successfully collaborated with public and private entities on a variety of land-use issues. Working with San Miguel County and the USFS Forest Service, we helped preserve public access from the Telluride Ski Resort's backcountry gates, kept the historic Bridal Veil Falls open for ice climbing, and are currently working to preserve and protect Telluride's unique and popular Via Ferrata route and other local trails. We also partner with national access advocacy groups such as The Trust for Public Land and the Access Fund, and with them are land stewards, trail advocates and local advisors.

The boom-and-bust cycles typically created by rampant energy development harm the environment around them, and have negative long-term impacts on tourism, recreation and community health. While there are many economic drivers to host energy development, many are short-sighted and don't take into consideration the public's enjoyment of these public lands. Our user group and visitors rely heavily on the integrity and high-quality outdoor experiences that our public lands offer. Energy development in (and near) recreational areas negatively impacts this experience. Below is an example of this from one of our members:

"In 2007, we were camping and climbing on BLM land in Big Gypsum Valley near the Dolores River boat launch. After a lovely night sleeping under the stars, our breakfast was suddenly interrupted by the sound of a helicopter flying low near our campsite, and increased traffic on the usually-empty dirt road. The helicopter starting making low passes over the meadow with a device hanging beneath it, again and again and again. With the constant helicopter noise and energy company trucks kicking up dust from the road, we we forced to pack up camp a day early and go somewhere else. What was typically a quiet, beautiful remote place was turned into an industrial zone."

The majority of the land at stake in our interest area is along the San Miguel River down from the Telluride valley, and west of Naturita to the Paradox Valley. The BLM's Preferred Alternative would allow these areas to be leased to oil and gas companies, and compromise air and water quality and recreation. Energy development would also have a direct negative effect on tourism. For these reasons, the Telluride Mountain Club proposes a more conservative approach to public land use as is outlined in the North Fork Alternative (B1).

The BLM's Preferred Alternative allows for nearly 95% of the planning area to be leased to oil and gas companies. This number wildly affects access to land and will negatively impact any user's experience. Conversely, protection of terrestrial and riparian habitats will serve to strengthen our public lands and provide users with high-quality outdoor experiences.

<([#2 [5.3] The BLM's final plan needs to encompass and fully consider ecological emphasis areas, special recreation management areas, areas of critical environmental concern, lands with wilderness characteristics, and wild and scenic suitability designations.

#2])> <([#3 [30.1] The economic future of our region will depend upon the health and quality of our land and environment, and the diverse opportunities and economies this offers. The BLM's final plan should limit available oil and gas leasing on lands west of Naturita, on public lands in the Paradox Valley, and anywhere else that energy development encroaches on recreational areas.

#3])> Please take into full consideration the negative impact that energy development would have to local tourism and the human-powered activities that many of us enjoy in those areas. As the stewards of the 675,800 acres of public lands at stake, the BLM needs to protect these lands

for the future, not sell them off for immediate, short-term gain.
Thank you for your careful decisions on this matter,
Tor Anderson
Tor Anderson
Telluride Mountain Club President
www.telluridemountainclub.org
Telluride Mountain Club
PO Box 1201 | Telluride, CO 81435


000300_HinesT_20161031 Organization: Todd and Cynthia Hines
Received: 10/31/2016 12:00:00 AM
Commenter1: Todd and Cynthia Hines - Crawford, Colorado 81415
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: ewozniak
Attachments: 000300_HinesT_20161031.htm (000300_HinesT_20161031-385014.htm Size = 2
KB)
Submission Text
Draft RMP
1 message
Todd and Cynthia Hines <mccowgirl331@gmail.com> Mon, Oct 31, 2016 at 9:31 PM
To: uformp@blm.gov
Cc: Mark Roeber <mroeber@deltacounty.com>,
rmpcomments@citizensforahealthycommunity.org
<([#1 [37.3] We are opposed to hydraulic fracturing in the North Fork Valley as recommended
by the BLM RMP because it fails to address threats created by fracking to our water sheds. A
report prepared for the Delta County Commissioners clearly addresses what should be significant
concerns. That report can be found here:
http://www.heathhydrology.com/DeltaCounty_GWGIS_2013_NorthForkValley_Report.pdf
#1])> Failure to address potential threats to our water sheds threatens our economy and our
health. It is an abject abdication of the BLM's responsibility to protect the health and welfare of
the citizens of Delta County to not address these very serious issues. We support NO
FRACKING in the North Fork Valley.
Todd and Cynthia Hines
1246 7745 Road
Crawford, CO 81415
970.921.5382


000301_StoneM_20161031 Organization: Marilyn Stone
Received: 11/30/2016 8:30:21 AM

Commenter1: Marilyn Stone - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000301_StoneM_20161031.htm (000301_StoneM_20161031-385608.htm Size = 11 KB)
Submission Text
10/31/2016 DEPARTMENT OF THE INTERIOR Mail - draft RMP comment
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=1581b7fb6512b92a&siml=1...   1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
draft RMP comment
1 message
Marilyn Stone <marilyn.stone@live.com>   Mon, Oct 31, 2016 at 10:06 AM
To: "uformp@blm.gov" <uformp@blm.gov>
Attached are comments for the draft RMP
Marilyn Stone

RMP comment.pdf
279K
UFO RMP
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401

I moved to the Paonia area of the North Fork Valley in early 2008. My husband and I chose this area because I could have an organic garden and hunt elk within 30-45 minutes of our home. In addition, the availability of fishing, hiking and cross-country skiing enable us to be active all year. We consider this an important asset to maintaining our health.

My mother used to say that as long as you have your health, you can overcome anything else. I now personally know that's true. I have food-triggered migraines which greatly limit my choices when dining out. I have microscopic colitis which can bring on bouts of diarrhea with no warning. I have suffered an autoimmune disease. Although I have overcome the acute effects, my muscles are very sensitive to overwork and strain which limits my capabilities. These health issues have greatly impacted my life and are never far from my consciousness.

Now, I see in the draft RMP that BLM not only did not consider a No Leasing alternative in the North Fork Valley area but that a potential 95% of my valley home and mountain "backyard" where I ski, hike, hunt and fish will be eligible for leasing for oil and gas drilling.

BLM_0158105

Despite acknowledging human health impacts for all alternatives, the draft RMP puts me, the animals I hunt for food and the fish I catch to eat at further risk of pollutants. Studies show the consequences of drilling and exposure to chemicals cause autoimmune diseases, ozone pollution which damage lungs, endocrine disrupting chemicals and carcinogens.

In the spring of 2010, I visited a Utah fracking water disposal pond. Within a few minutes, I developed a headache and nausea which lasted for a couple of hours after I left the area. No one else was overtly affected. I am apparently particularly susceptible to acute air pollution exposure from drilling activities. Acrylonitrile, methylene chloride, benzene and ethylbenzene, the substances associated with various processes of fracking, are known carcinogens and respiratory irritants. Air pollution from drilling will make it impossible for me to live in my home.

Mounting research on the effects of fracking fluid indicates that the harm will continue to be felt not just by those directly exposed but by children, grandchildren and perhaps beyond. Endocrine disrupting chemicals are particularly pernicious. They take the place of hormones which instruct cells on development. Exposure to miniscule amounts, such as 1 part per billion or less, at the right (or wrong) time in human development hijack the hormonal instructions for the developing fetus. Instead of developing into brain cells, cells might be instructed by the endocrine disrupting chemical to become fat cells instead. Other diseases associated with EDC's are diabetes, autoimmune diseases, infertility and reproductive problems, male infertility, thyroid conditions, Alzheimer's, Parkinson's disease, cancer, autism, and attention deficit disorder all of which we are witnessing increased incidence in the U.S.

On March 21, 2012, Inside Climate News reported in part:
Natural gas drilling on the Pinedale Anticline in Wyoming. Credit: Richard Waite, World Resources Institute

The higher the dose, the more dangerous the toxin—that principle is the basis for most regulatory chemical testing in the United States. But a new report [2] shows that even low doses of some toxins can be harmful, and that finding could have implications for the long-standing debate over the chemicals used in natural gas drilling and hydraulic fracturing.

The toxins surveyed in the report affect the endocrine system, which produces hormones, the small signaling molecules that control reproduction, brain development, the immune system and overall health.

Although the report doesn't specifically mention hydraulic fracturing, a separate peer-reviewed study [3] released in September identified 649 chemicals used during natural gas production and found that at least 130 of those could affect the endocrine system. They include petroleum distillates, methanol and other, more obscure compounds with names like dibromoacetonitrile and ethoxylated nonylphenol.

Endocrine-disrupting chemicals have been linked to a variety of health problems, including obesity, diabetes, fetal development and infertility. Babies and young children are particularly vulnerable, said Laura Vandenberg, a postdoctoral research fellow at Tufts University and lead author of the new report. It was published last week [4] in the peer-reviewed journal Endocrine

BLM_0158106

Reviews.

"I can't think of a single tissue in the body that isn't affected in some way by hormones," she (Vandenberg) said. A recent study by NOAA (National Oceanic and Atmospheric Administration) has detected the
"footprint of the natural gas industry" in Northeast Colorado with pollutants that cause health problems. The processes involved in drilling and fracking for oil and natural gas involve the precursors of ozone which damages lung tissue. Once damaged or destroyed, lung tissue is not replaced. Although human studies have identified the health effects of ozone, it is reasonable to assume wildlife will suffer the same health effects as well. Ozone is just one of the chemical irritants to the respiratory system.

Other sources of air pollution are raw natural gases that escape during well operations, the exhaust from the fossil fuels used to power thousands of truck trips to the site, chemicals used to clean and maintain the equipment and evaporation pits. For instance, methyl chloride used to clean storage containers is a neurotoxin identified by the EPA. Even short-term exposure causes severe effects, including affecting heart rate, liver function, blood pressure and kidney damage.

Native volatile compounds released when wells are drilled aren't even covered by EPA regulations so the public has no legal protection from companies releasing these toxic gases during drilling operations.
Another example of air pollution leading to chronic illness is identified in Fort Worth, Texas, where childhood asthma rates are 2-3x the national average according to Cook Children's Health Care System in Fort Worth. In 2009, Community-wide Children's Health Assessment and Planning Survey queried 7,400 parents in Tarrant, Denton, Hood, Wise, Parker, and Johnson counties. Physicians note complaints of adverse respiratory effects rise when the wind blows from the north where the refineries are located.

Drainage winds emanating from McClure Pass area carry pollutants to my home to the west. My water source for both irrigation and domestic use travels in part through open ditches making it vulnerable to spills, a common occurrence in drilling. A toxic chemical spill can reach a spring or ditch and quickly drop on irrigated fields or come out of someone's faucet.

The greater the number of wells, the greater the risk of pollution of the valley's water sources and air also increases. Risk is cumulative, whether you're analyzing risks to health or to wildlife populations. Incidents reported to the Colorado Oil and Gas Conservation Commission for the period between 2002 and 2006, showed that as the number of wells increase, so does the number of spills, including carcinogenic chemicals, diesel and the chemical cocktail used in fracking. During this period, Weld County, Colorado had 40% of the wells in the state and suffered the highest number of reported spills, 30% of the total number of spills in Colorado. In 2011 alone, there were 516 oil- and gas-related spills reported to the Colorado Oil and Gas Conservation Commission, many of them involving fracking fluid. As you know, operators don't have to report all spills or "releases."

The noise and human activity associated with drilling for oil and/or gas will severely limit the value of these wildlife areas to wildlife. Studies have shown that deer and elk avoid areas of

BLM_0158107

human activity by 3 kilometers. Roads and well pads take more than the direct physical acreage from wildlife habitat. Since elk avoid roads, traffic and human activity, "habitat" between roads may not be used. Fragmenting elk habitat reduces the habitat of an animal that roams long distances causing them stress. Leasing and energy development wastes the state's and sportsmen and women's investment in preserving habitat for the public's wildlife areas.

When I was 12 years old, the swale below my house flooded one winter. The neighbors had left a row boat with one oar on the bank. I knew permission to use the boat would not be forthcoming so I told no one that I was paddling around the new "lake." I also knew that I might accidently drop the oar into the water and have no way to propel or steer the little boat. I developed an action plan to perform a "self-rescue" of sorts. When I did lose the oar, I implemented my plan, retrieved the oar and no one was ever the wiser.

As identified in the title, the RMP is a planning document. The RMP identifies risks to human health and other resources, yet there's no action plan in the case of a catastrophic event. I know that the education, training and expertise of BLM exceeds that of a 12-year-old in fear of a spanking, so I'm confident that this gap in the plan can be addressed. If not, then a No Leasing alternative is the obvious choice.

We are in a great position to pause on oil and gas drilling. We have a surplus and are exporting natural gas. More and more research is indidating oil and gas drilling risks the health of workers and people living nearby, often permanently and especially for the next generation. I urge you to adopt a No Leasing alternative for the North Fork Valley and surrounding mountains or at least adopt the B1 North Fork Alternative Plan.

000302_DavolD_20161031  Organization: Donald Davol
Received: 10/31/2016 12:00:00 AM
Commenter1: Donald Davol - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000302_DavolD_20161031.htm (000302_DavolD_20161031-385609.htm Size = 2 KB)
Submission Text
Draft RMP Comments
1 message
Donald Davol <donald.davol@gmail.com> Mon, Oct 31, 2016 at 8:56 AM
To: uformp@blm.gov

To Whom it May Concern,
I am writing to let my voice be heard about the current draft of the RMP plan. As a citizen of

Gunnison county, I have been drawn to to many available resources that the area has to offer from spending time hiking to hunting and fishing.

<([#1 [21.2] [22.2] I am disappointed that the current draft plan still facilitates the expansion of coal mining and natural gas development, while relying on data that dates back to 2010 or older. #1])> At this crucial time, we need to realize that it is time to change and move on from these dirty temporary fuel sources. I feel strongly that the BLM must adopt a "no leasing" alternative for coal. It is unfortunate that jobs will be lost by this decision, but it is time to put our air and water quality above this short term energy development. We now have alternative energy resources that are becoming much more competitive, and
need to embrace them.

We are lucky to have the many resources that small farms, orchards and vineyards surrounding Paonia, Hotchkiss and the North Fork Valley provide. I am concerned that further nonrenewable energy development in this area will undesirably impact the watersheds that are so valuable to these areas.

<([#2 [30.2] For the final draft of the RMP, I hope that the BLM will include up to date data concerning coal markets and coal employment in the area. #2])> I support the "North Fork Alternative" as a way to bridge to less oil and gas leasing across the area. Each oil and gas development negatively impacts our environment which is becoming a scarce resource but also a tourism draw. They impact landscapes, wildlife, watersheds, and air quality. All of these resources need to be prioritized, and I feel that it is time for oil and gas development to not make the cut.
I appreciate the work that you all do, and hope that it will benefit generations to come.

Thank you for your consideration,
Donny Davol


000303_ChapinJ_20161027 Organization: Jenny Chapin
Received: 11/30/2016 8:45:31 AM
Commenter1: Jenny Chapin - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000303_ChapinJ_20161027.htm (000303_ChapinJ_20161027-385610.htm Size = 6 KB)
Submission Text
10/30/2016 DEPARTMENT OF THE INTERIOR Mail - Draft RMP for UFO Support for North Fork Alternate B1
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS

BLM_0158109

%20comment&search=cat&th=158087a4a997eb79&siml=...   1/2
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Draft RMP for UFO Support for North Fork Alternate B1
1 message
Jenny Chapin <wingedheart61@gmail.com>   Thu, Oct 27, 2016 at 5:29 PM
To: uformp@blm.gov
Cc: datchley@deltacounty.com, bhovde@deltacounty.com, mroeber@deltacounty.com
To: BLM, Uncompahgre Field Office, and Delta County Commissioners Doug Atchley, Bruce Hovde, Mark Roeber

Re: Draft Resource Management Plan (RMP) for the Uncompahgre Field Office Support for North Fork Alternate B1

Dear BLM-UFO Staff and RMP Comment Team,

I lived in Paonia for only a year, 2013-14, but I've been back to the North Fork Valley four times since I left, and am working on how I can be here for a couple months each year. I made some great friends here, and have spent untold hours hiking on various trails. I always feel like I'm coming home when I fly into Grand Junction, rent a car, and head toward the West Elks and Raggeds Mountain Ranges. It is an incredible area - both the natural landscape, and the people who've given their hearts and souls to making this a healthy, safe place to live and to raise children.
I thank the Bureau of Land Management (BLM) Uncompahgre Field Office for including the North Fork Alternative B1 in the draft Resource Management Plan (RMP). I respectfully request that the BLM adopt the North Fork Alternative Plan into the final Resource Management Plan for public lands and federal minerals in the North Fork Valley. This plan was a community-driven effort that provides a management framework for oil and gas leasing and development that is highly protective of the North Fork Valley's many important features and resources including a thriving agricultural economy, scenic vistas, and healthy populations of wildlife and game. The BLM must adopt management that protects these resources which make the North Fork Valley such a special place. Inappropriate development over the next twenty years has great potential to cause air and water pollution, which would significantly degrade valley residents' high quality of life.

The Town of Paonia gets its water from 38 springs around the base of Mount Lamborn. The North Fork Alternative B1 stipulates a buffer of oil and gas surface activities within a half of a mile from all source water supplies.<([#2 [37.1] I ask that, in order to protect the quality and quantity of our domestic water, the final UFO RMP include all buffers and oil and gas restriction recommendations in the Town of Paonia's Source Water Protection Plan and North Fork Alternative Plan B1.
#2])>
Agricultural irrigation water is a major concern in the North Fork Valley. Irrigation water is used for livestock, and by farms and orchards that are highly regarded throughout the state for providing high quality products. Many of these farms and orchards are certified organic and any contamination would jeopardize this certification. <([#3 [30.3] The North Fork Valley's economic diversity relies upon the ranching and agricultural industry. Unforeseen contamination

could significantly impact the land and subsequently the industries that are so vital to the economic stability of this area. Mineral leasing and severance tax funds will not compensate for the loss of agricultural endeavors and its attributed labor force. The North Fork Alternative B1 would ensure that all agricultural irrigation waters would be protected through the buffer that is stipulated in the the plan.
#3])>

I enjoy hiking with friends in the Jumbo Mountain and Lone Cabin areas near Paonia. <([#1 [27.1] I strongly encourage the BLM to protect the landscape level recreational opportunities of these places, plus Elephant Hill, McDonald Creek, and "C" Hill, by designating these areas as Special Recreation Management Areas (SRMA) and manage them as such. The economic growth surrounding recreation activities in our valley is substantial, and is valuable to the community as it supports multiple businesses that provide lodging, food, services and goods to the growing numbers of people that are visiting this area in order to access the beautiful trails and wilderness around the North Fork Valley. The current management regime with Jumbo Mountain is not sustainable. In order to ensure that trails are well maintained and that the area is managed correctly for decades to come, we urge the BLM to designate and manage the full BLM Jumbo Mountain unit as an SRMA and provide for motorized and non-motorized uses #1])> . The final plan should also include an Ecological Emphasis Area to protect critical winter mule deer and elk habitat.

Again, I appreciate the inclusion of the North Fork Alternative B1 as part of the draft RMP. This locally-driven proposal ensures protection of the entire Gunnison Watershed, supports farmers, protects public health, sustains ecological well-being and allows for continued building of a sustainable rural economy. I request that the BLM adopt the North Fork Alternative B1 in the final RMP.


Sincerely,

10/30/2016 DEPARTMENT OF THE INTERIOR Mail - Draft RMP for UFO Support for North Fork Alternate B1

https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS %20comment&search=cat&th=158087a4a997eb79&siml=…  2/2

Jenny Chapin


000304_CarreD_20161023 Organization: Danielle Carre
Received: 10/23/2016 12:00:00 AM
Commenter1: Danielle Carre - Hotchkiss, Colorado 81419 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000304_CarreD_20161023.htm (000304_CarreD_20161023-385611.htm Size = 8 KB)
Submission Text

10/30/2016  DEPARTMENT OF THE INTERIOR Mail - Draft RMP
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=157f3e683b26b4bb&siml=1...  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Draft RMP
1 message
Danielle Carre <danyell81419@gmail.com>  Sun, Oct 23, 2016 at 5:34 PM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org
Please find attached my comments for the Draft RMP.
Thank you,
Danielle Carre'
UFO Draft RMP 2016.docx
19K
UFO Draft RMP

Uncompahgre Field Office
2465 Townsend Ave.
Montrose, CO 81401
October 22, 2016

To Whom It May Concern,

I am commenting on the Draft RMP released by your field Office. I am requesting that the BLM
office consider a no leasing alternative for the North Fork Valley. At a minimum, I request that
the alternative B-1 be the preferred alternative for rather than the cited preferred alternative D
which allows for 95% of the planning area to be leased to oil and gas companies. Alternative D,
while a boon for the oil and gas companies, would have a disastrous effect on the health of our
environment and therefore the people that reside here as well as our economy.

I am a resident of this area for over 26 years now. My family grows grass hay for sale and we are
committed to doing all our production without the use of chemicals. We also rely on the local
farmers for our organic produce, meat and eggs. My family extensively explores the public lands
that surround us with weekly hikes, bike rides and camping. The preferred alternative D would
negatively impact our ability to access the quality food that I feel we have a right to, as well as
diminishing the environment of the incredible public lands that we access on a regular basis. This
would be a tragedy of the commons. The following are my concerns with the proposal to allow
extensive leasing in this area in an RMP that will determine the fate of this area for the next 30
years.

I want our water to be clean and safe, for me, my children, my neighbors and future generations.
I believe that this is a human right that should not taken away from us. <([#1 [37.3] The BLM
does not adequately address the importance of protecting our water in its preferred alternative.
The stock answer that fracking is safe ignores the reality of the number of contaminated water
resources that have occurred throughout the US. In Colorado, there were 615 spills, 271 (44%) of
which were from produced water in 2015. That equates to nearly two spills every day in

BLM_0158112

Colorado. 15% of the spills resulted in water contamination, with: 44% within 50 feet of ground water, 31% within 1000 feet of surface water, 39% within 1500 feet of a water well, and 9% within 500 feet of cows, pigs, sheep, or other livestock. The protection of our VERY limited water resources is paramount in a document that will impact this area for 30 years. The major river corridors need to be protected from water contamination as well as for their scenic and recreational values. Although I prefer no leasing, I ask that at a minimum the lands within ½ a mile of the North Fork and Gunnison Rivers and the Smith Fork, our major water sources, not be open to leasing. And that surface occupancy within the 100 year flood plain of any stream by prohibited. As stated in action 44 in Alt. B-1. As our clean water is essential for the quality food production of this area, the ditches and irrigation intakes and dams need to have identical protections. Municipal water resources require protections and the Source Water Protection plans of towns that are affected in the RMP must be honored. The plans developed by the towns of Crawford, Hotchkiss, and Paonia were not taken into consideration by the BLM in its preferred alternative. Finally, the BLM does not address the impacts of removing large amounts of water that are needed for fracking on the hydrological cycle. In total, I feel that the preferred plan put forward by the BLM is not one that considers water as a limited and precious resource of our desert lands and is therefore an incomplete aspect of the draft RMP. #1])>

I appreciate being able to see the San Juan Mountains from my home, and also very important to me is the ability
to breath clean air without the fear of inhaling toxic chemicals. I believe that this is human right that should not be
taken away from us. While I understand that demonstrating the impacts of fracking on human health is
challenging, the chemicals released by fracking, flowback, and production include methane, ethane, propane, i-pentane, n-pentane, benzene, toluene, ethylbenzene, and m+p-xylene, are a slew of airborne chemicals that are
known toxins. <([#2 [10.3] The BLM inadequately addresses the ozone levels and how we are already facing ozone levels that exceeds the EPA limits of 70ppb. In winter, when snow blankets the area and we have our typical inversions, the ozone levels have been measured to be above limits and the addition of VOC's from the drilling operations will only exacerbate the problem. Increased ozone levels will not only present a health issue, but will also diminish the view shed as the mountains will disappear behind a blueish haze of ozone and other pollutants. The nearby Black Canyon National Park will be affected by the increase in air pollution. While there is a national effort to improve the air quality of our National Parks, the lack of foresight and thorough research of the impacts of industrial oil and gas on air quality in our national parks by local public land agencies, negates any effort for improvement.
#2])> <([#3 [30.3] Finally, I want to comment on the economy. We are an area that suffers from a poor economy and in the past we have relied on the extractive industries for a significant portion of our economy. I think that our commissioners have been of the mind set to " put all their eggs in one basket" ....the extractive industries basket. The oil and gas industry provides a" boom and bust economy" a few segments of our economy benefit for a short while and the rest of us suffer the consequences of the pollution, increased traffic and the resulting road damage, and more. The problem is that the economy that is taking root here, one of organic production and tourism, the development of remote workers coming here for IT work, campuses like Solar Energy International and the increase of solar jobs ( we own a solar installation company) is one

that is susceptible to the effects of the gas and oil industry. Tourists are not going to fish in what are now "Gold Medal" waters once they are polluted (or even perceived to be polluted) nor will they come if a haze of ozone pollution obliterates the views. The reputation of our organic produce will not hold when people know that we are surrounded by gas wells. People will not want to relocate here to work remotely when they feel that their health and welfare will be threatened by the gas and oil industry.

Developing is an economy of the long haul. I think that this economy and those of us who work in it ought to be given due consideration when looking at actions on our adjacent public lands. The proposed alternative does not give us this consideration. #3])>

I request that the BLM consider a no leasing alternative. We deserve the right to have clean air and water and to have our way of life respected. Our public lands with its incredible beauty and rich diversity of life also deserves respect. The willingness to lease 94% of this area cause incredible harm and the draft RMP does not adequately address the impacts we will face.

Thank you for your consideration of my comments,

Danielle Carre
12125 Burritt Rd.
Hotchkiss, CO 81419
970-201-5549

000305_WehrmacherD_20161027  Organization: Doris Wehrmacher
Received: 10/27/2016  12:00:00  AM
Commenter1: Doris Wehrmacher - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000305_WehrmacherD_20161027.htm  (000305_WehrmacherD_20161027-385612.htm  Size = 1 KB)
Submission  Text
10/30/2016  DEPARTMENT OF THE INTERIOR Mail - Fracking Just Caused Another 4.6-Magnitude  Earthquake
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=158099c4e83c5859&siml=…  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Fracking Just Caused Another 4.6-Magnitude  Earthquake
1 message
doris wehrmacher <no-reply@huffingtonpost.com>  Thu, Oct 27, 2016 at 10:46 PM
To: uformp@blm.gov
doris wehrmacher sent you this article on the Huffington Post. Here's what they said:

My house is perched on the edge of the Smith Fork canyon and could slide down the cliff edge if there were to be an eathquake. Thank you for considering a NO FRACKING position.  Doris Teal Wehrmacher

Fracking Just Caused Another 4.6-Magnitude Earthquake
Oil and gas regulators in British Columbia, Canada, confirmed this week that a 4.6-magnitude earthquake earlier this year was caused by flu...

Read the entire article here: http://www.huffingtonpost.com/entry/fracking-earthquakes_us_5670e6f0e4b0648fe30188c6
Follow HuffPost on Facebook and Twitter:

Get Huffington Post on the Go

Know something we don't? E-mail us at dailybrief@huffingtonpost.com

000306_LarioB_20161023 Organization: Bob Lario
Received: 11/30/2016 8:58:01 AM
Commenter1: Bob Lario - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000306_LarioB_20161023.htm (000306_LarioB_20161023-385613.htm Size = 4 KB)
Submission Text
10/30/2016 DEPARTMENT OF THE INTERIOR Mail - Fwd: BLM letter
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=157f36f76529859c&siml=1… 1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Fwd: BLM letter
1 message
Bob Lario <blario@tds.net> Sun, Oct 23, 2016 at 3:24 PM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org
To Whom It May Concern: Please see attached comments.
201610131412.pdf
334K

October 13, 2016

To Whom It May Concern:

I have been a resident of the Paonia area since 1970 and an active Realtor in Delta County since 1976. I am also the majority owner, president and supervising broker of RE/MAX Mountain West, the leading real estate company in Delta County. Our main office is located on Grand Avenue in Paonia and we have branch offices in Cedaredge and Carbondale. Our company has been in business in Delta County since 1976.

I am writing to encourage the BLM to choose Alternative B.1, the North Fork Alternative Plan, when considering gas leasing in the North Fork Valley as part of the Resource Management Plan.

As a business owner, I have witnessed the gradual shift in the local economy away from a dependence on the coal industry and toward a dependence on the perceived quality of life in the North Fork
Valley. This has been strongly evidenced by the strength of the real estate market in the North Fork Valley and Delta County. Since the recession-related low point of real estate activity in 2011, the
number of properties sold and the average selling price of a home have steadily increased. Although the statistics are not yet final, I predict that 2016 will demonstrate the strongest improvement over the
5-year recovery period. It's surprising but true that our greatest real estate market improvements have occurred during a period in which two of the three local coal mines permanently closed and the third
experienced numerous layoffs.

There can be only one conclusion: the local economy is no longer dependent on coal but rather on the quality of life currently offered in our valley and our county. We in the real estate industry have
witnessed innumerable "transplants" from the Front Range, the ski areas and other states who are moving here with their income-related strategies in place. In other words, they're not moving here and
seeking employment, but rather moving here and bringing their source of income with them. That can only translate as a boon to our local economy. They are hearing about and coming to enjoy our natural beauty, our clean air and healthy outdoor-oriented lifestyle, our lack of crime and traffic and our great climate. The North Fork Valley in particular benefits from the agritourism industry — our many small organic farms, our orchards, our vineyards and wineries, our ranches.

Surely you, as our BLM representatives, can understand the disastrous effect that even the perception of oil and gas leasing close to our residential and agricultural properties would have on the choice of
the North Fork Valley as a place to call home. The selection of a strong no-lease or limited leasing alternative in the RMP would send a strong message to these potential buyers that our public representatives recognize the inappropriateness of allowing an unknown, unstable industry to drive out a healthy, stable and growing one.

BLM_0158116

Sincerely,

000307_TealD_20161024  Organization: Doris Wehrmacher
Received: 10/24/2016 12:00:00 AM
Commenter1: Doris Wehrmacher - Crawford , Colorado  81415 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000307_TealD_20161024.htm  (000307_TealD_20161024-385614.htm  Size = 8 KB)
Submission Text
10/31/2016  DEPARTMENT OF THE INTERIOR Mail - Fwd: Comment on the BLM RMP
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=157f7b25166efef0&siml=15…   1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Fwd: Comment on the BLM RMP
1 message
Jones, Gina <gmjones@blm.gov>  Mon, Oct 24, 2016 at 11:16 AM
To: BLM_CO UFO_RMP <blm_co_ufo_rmp@blm.gov>
---------- Forwarded message ----------
From: Pfifer, Teresa <tpfifer@blm.gov>
Date: Wed, Oct 19, 2016 at 8:06 AM
Subject: Fwd: Comment on the BLM RMP
To: Gina Jones <gmjones@blm.gov>
---------- Forwarded message ----------
From: D TEAL <DORISTEAL@msn.com>
Date: Tue, Oct 18, 2016 at 10:02 PM
Subject: Comment on the BLM RMP
To: "director@blm.gov" <director@blm.gov>, "rwelch@blm.gov" <rwelch@blm.gov>,
"jmeyer@blm.gov"
<jmeyer@blm.gov>, "tpfifer@blm.gov" <tpfifer@blm.gov>, "paonia@townofpaonia.com"
<paonia@townofpaonia.com>
--
Gina Jones Phillips
BLM - Southwest District NEPA Coordinator
2465 S. Townsend Ave.
Montrose, CO 81401
Office: 970-240-5381
Cell: 970-589-9852
gmjones@blm.gov
Revised Dear Bureau of Land Management,2016.docx

931K
BUREAU OF LAND MANAGEMENT
UNCOMPAHGRE FIELD OFFICE
2465 SOUTH TOWNSEND AVE
MONTROSE, CO 81401 OCTOBER 10,2016


Dear Bureau of Land Management:


My husband and I recently bought our retirement home in Crawford. Our address
is #3720, 3750 Rd., Crawford.

After years of searching all over Colorado, we bought this property for the
unparalleled views that stretch for miles, both east to the West Elks and west
above and into the Smith Fork Canyon, and for the incredibly quiet setting the
property enjoys. The only sound one hears is that of the Smith Fork as it flows
below. Our home overlooks the canyon and is perched at its very edge, about 10
yards from the rim. We were really happy that our views encompassed so much
BLM land because we believed that there would be no development taking place
that would not be in compatible use with the neighboring area and surroundings.

We have been so excited to have moved and be able to contribute to this
beautiful, vibrant and healthy community. We have spent most of our savings for
the purchase of this property and to acquire the irrigation water that we deemed
necessary to use for the garden, fruit trees, hay pasture and growing of organic
lavender. We have made plans to spend the rest of our lives here. After all, this is
the area Forbes Magazine wrote about and referred to as the "Golden Triangle"
(March 2006). This area will be hard to recognize for the natural beauty and
pastoral feel touted for in magazine articles today if gas development takes place.

The effects of gas development would be numerous and of great consequence to
us. Regarding specifics:
? Our views would no longer be unobstructed since a gas tower would be
placed directly south of our home, the direction our house faces. The night
sky would change from dark and absolutely clear to no longer being visible.
This includes the view down the canyon rim where the other towers would
be placed. We spend much time exploring and hiking in this canyon, its
gullies and along its rims.
? The level of sound would change from total quiet to the constant and loud
noise of heavy machinery.
? Air quality would be affected. We spend most of our time outside. Our
windows and doors are always wide open to the outdoors. We enjoy the
purity of our clean air and the quietness of our surroundings. We would
never want to do anything to close ourselves off
? Roads would have be put in on undeveloped land. And these roads would

BLM_0158118

have to be built to carry heavy equipment. The local soils are high in clay content and show disturbance and erode easily. The roads that would have to be built would likely have to cross private land to reach landlocked parcels, causing disruption to many local people and neighbors.
? There are currently deer, elk, mountain lions, foxes, and bear that come on our property as well as numerous birds that fly up and down the canyon. There are literally thousands of swallow's nests on the canyon walls below our house and these birds and animals drink the water from the ditch and the pond. These established flyways and trails would be disrupted by gas development and its fallout.
? Of deep concern to us is the seismic activity and disruption of layers caused by "Fracking". As mentioned, the house is perched at the edge of the Smith Fork canyon, facing south and no more than 10 yards from the rim at points (see pictures). "Fracking" could cause layers to shift and the land to slide, endangering the house itself.


? Regarding water issues, our irrigation water comes to us via the Clipper Ditch, a mostly earthen and unlined ditch. If this water were to be contaminated at its source or along its way to us it would reach us in a contaminated state. The other larger ditch that borders our property east, north and west is the Grandview Canal, whose source is also at parcel #6200. As it turns north on our property it seeps into a pond, which is used extensively by birds and wildlife. The seepage from the irrigation ditch also shows up as springs on other parts of our land. Our property has a lot of elevation changes, ranging from flat areas to dropping off on the southern cliff edge all the way to the canyon bottom. Were the irrigation water to be contaminated, there would literally be pockets of contaminated water seeping all over our acreage.

Setting the quality of life issues aside, what about the dollar value of the property? By considering the points I have made as to how our property would be affected, one can appreciate our realistic concern that it would become of no value to anyone and therefore unsalable.


House
In regards to the rest of the community and the other parcels, you will surely receive many, many letters addressing all the ways this development would affect the community as a whole. Amongst some that will surely be mentioned;

? Water issues.(By the way, where would the huge amount of necessary water for "Fracking" come from? There is no extra water here!
? Proximity of parcels to schools and towns and multi-use facilities

? Heavy traffic on roads not built to handle the weight or usage or the eventual emergency.
? The effects on Organic farming and the successful "Farm to Table" efforts.
? The tourist industry and the unsightly visual impact gas development would have on the landscape.
? The effect on hunting grounds and migration corridors.
? The effect on Gold Medal Fishing areas.
? Disruption of the terrain in general, and its ability to regenerate. Let us not forget the problems associated with the historical lack of interest on the part of gas and energy companies to fix what they ruin.
? Statistics show the increase of the crime rate in areas of large gas development. Why would we want to add that problem to our peaceful and safe community?
Disruption to the current lifestyle to so many. The quality of life issues are HUGE!

With this in mind from my part, and from what you will hear from the many concerned citizens of this community, it should become very obvious that the current lifestyle and the proposed industrial development of this area are in NO WAY COMPATIBLE.

Thank you for your consideration, AND FOR ADOPTING ALTERNATIVE B1
SINCERELY,
Doris T Wehrmacher
3720 3750 Rd, Crawford, CO 81415
email: doristeal@msn.com

000308_SteckleyD_20161027_DOE  Organization: Department of Energy, Deborah Steckley
Received: 10/27/2016 12:00:00 AM
Commenter1: Deborah Steckley - ,
Organization1: Department of Energy
Commenter Type: Federal Government
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000308_SteckleyD_20161027.htm (000308_SteckleyD_20161027_DOE-385615.htm Size = 5 KB)
Submission Text
10/27/2016 DEPARTMENT OF THE INTERIOR Mail - Fwd: DOE Uranium Leasing Program - RE: Press release: BLM extends comment period for the Un...

BLM_0158120

https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=15807296a5ffed75&siml=1… 1/3

UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>

Fwd: DOE Uranium Leasing Program - RE: Press release: BLM extends comment
period for the Uncompahgre Field Office Draft Resource Management Plan
1 message

Phillips, Gina <gphillips@blm.gov>                                    Thu, Oct 27, 2016 at 11:21 AM
To: BLM_CO UFO_RMP <blm_co_ufo_rmp@blm.gov>

---------- Forwarded message ----------
From: Steckley, Deborah <Deborah.Steckley@lm.doe.gov>
Date: Wed, Oct 26, 2016 at 1:38 PM
Subject: DOE Uranium Leasing Program - RE: Press release: BLM extends comment period for
the Uncompahgre Field
Office Draft Resource Management Plan
To: "uformp@blm.gov" <uformp@blm.gov>
Cc: "Jones, Gina" <gmjones@blm.gov>, "Edge, Russel" <Russel.Edge@lm.doe.gov>, "Ribeiro,
Tracy"
<Tracy.Ribeiro@lm.doe.gov>, "Cotter, Ed (CONTR)" <Ed.Cotter@lm.doe.gov>, "Elmer, John
(CONTR)"
<John.Elmer@lm.doe.gov>

Dear BLM,

Thank you for notifying the DOE Office of Legacy Management (DOE-LM) about the comment
period associated with the BLM Uncompaghre Field Office Draft Resource Management Plan.

DOE-LM's Uranium Leasing Program (ULP) reviewed the draft plan and associated
environmental documents. DOE-LM has no comments to offer as it relates to the ULP.

Please note the DOE-LM NEPA Compliance Officer, Tracy Ribeiro, will notify BLM if DOE-
LM has comments pertaining to other DOE- LM programs.

Best regards,

Deb

Deborah Steckley
Uranium Leasing Program
O?ce of Legacy Management
U.S. Department of Energy

O?ce: 303-410-4802
Mobile: 720-648-3799

10/27/2016 DEPARTMENT OF THE INTERIOR Mail - Fwd: DOE Uranium Leasing Program -
RE: Press release: BLM extends comment period for the Un…
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=15807296a5ffed75&siml=1… 2/3

BLM_0158121

Email: deborah.steckley@lm.doe.gov


From: Jones, Gina [mailto:gmjones@blm.gov]
Sent: Thursday, July 21, 2016 1:29 PM
Subject: Fwd: Press release: BLM extends comment period for the Uncompahgre Field Office
Draft Resource
Management Plan


FOR IMMEDIATE RELEASE
Contact: Shannon Borders, 970-240-5399

BLM extends comment period for the Uncompahgre Field Office Draft Resource
Management Plan

MONTROSE, Colo. – In response to public requests, the Bureau of Land Management
Uncompahgre Field Office is
extending the comment period for Uncompahgre Field Office Draft Resource Management Plan
for 60 days.
The comment period, originally scheduled to close on Sept. 1, 2016, will be extended through
Nov. 1, 2016.

"Public input is critical as we work through refining this plan. Hopefully this extension will
facilitate that public input." said
Dana Wilson, BLM Acting Uncompahgre Field Manager.

The BLM identified a wide range of alternatives in the Draft RMP that analyze impacts to
important wildlife, vegetation
and cultural resources while balancing the need for resource uses such as grazing, minerals and
recreation on about
675,800 acres of BLM-administered surface lands and 971,220 acres of federal mineral estate in
Delta, Gunnison,
Mesa, Montrose, Ouray and San Miguel counties.

Written comments will be most effective if they are specific to the proposal or analysis and
should be submitted by email
to uformp@blm.gov or by mail to the BLM, Uncompahgre Field Office, 2465 S. Townsend
Ave., Montrose, CO 81401.

Before including your address, phone number, e-mail address or other personal identifying
information in your comment,
be advised that your entire comment – including your personal identifying information – may be
made publicly available at
any time. While you can ask us in your comment to withhold from public review your personal
identifying information, we

BLM_0158122

cannot guarantee that we will be able to do so.

The plan and associated environmental documents are available at
http://www.blm.gov/co/st/en/fo
/ufo/uncompahgre_rmp.html (or www.uformp.com).

For more information, contact Gina Jones, National Environmental Policy Act Coordinator, at
gmjones@blm.gov or (970)
240-5300.

10/27/2016 DEPARTMENT OF THE INTERIOR Mail - Fwd: DOE Uranium Leasing Program -
RE: Press release: BLM extends comment period for the Un...
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=15807296a5ffed75&siml=1... 3/3
--
Shannon Borders
Public Affairs Specialist
Bureau of Land Management
2465 S. Townsend Ave.
Montrose, CO 81401
970-240-5399


000309_BackhusT_20161030 Organization: Tom Backhus
Received: 10/30/2016 12:00:00 AM
Commenter1: Tom Backhus - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison 12/13/2016 12:00:00 AM
Attachments: 000309_BackhusT_20161030.htm (000309_BackhusT_20161030-388416.htm
Size = 4 KB)
UFORMP_000309_BackhusT_20161030.pdf (000309_BackhusT_20161030-388415.pdf Size =
90 KB)
Submission Text
Tom Backhus <tbacko@aol.com> Sun, Oct 30, 2016 at 1:29 PM

Dear Sirs/Madame,

I meant to forward this information onto you also.

Sent: Sun, Oct 30, 2016 1:21 pm

Ms. Sharrow and Ms.Wilson,

My name is Tom Backhus and my wife and I are residents of the North Fork Valley. We live at 51 Pan American in
Paonia.

This letter comes to address the above mentioned plan and it's impact on the North Fork Valley. Although the North Fork Alternative, B1, is addressed and recognized in the Plan, our preference is for No Leasing on public lands in and around the North Fork. We are a 68 year old, middle income, semiretired couple. Prior to moving to the North Fork Valley we created, owned and operated a tourist oriented Ranch business in Eagle County (4 Eagle Ranch); I also am a licensed real estate broker. To understand both the real estate and entertainment options around Colorado, I looked around the state and was shocked at what I saw on the land south of Silt and Rifle.

The location of wells and their related infrastructure, in proximity to existing homes, was shocking...and sad. I can only imagine what that has done to the quality of life experienced by the residents of that area, as well as the negative impact it has had on their property values. We are so afraid of those things happening over here.
Beyond our fear of losing the ambiance of this beautiful valley and the negative financial implication of our property values, the threat of air and water pollution is a very real concern. Our personal health, as well as that of the organic farms, vineyards and orchards in the valley, is of critical importance to us. Since the 1893 World's fair in Chicago, where 6 pieces of fruit from the North Fork Valley won Gold Medals, this area has been recognized for it's unique agricultural attributes. The threat of both air and water contamination that is inevitably linked to oil and gas extraction cannot be taken lightly. The agricultural industry and associated agritourism is really the foundation of our long-term economy. The short-term economic impact, realized from the startup of the extraction industry, is not a sustainable economic model. Yet, the long-term impact of the wells, both extraction and injection, related infrastructure and vehicle traffic created by this industry, is devastating.

Given the reality of global warming as a result of our dependence on fossil fuels, it is unconscionable to continue down this path. There is no doubt that we need to supplement our energy production with established sources (oil, gas, coal) as we continue to develop renewables, but it is irresponsible to create new extraction from areas with the unique characteristics of the North Fork valley.

Lastly, I want to address the status of Jumbo Mountain from a recreational perspective. I understand that the trails
throughout Jumbo are user created, which obviously indicates the popularity of their use. I try to hike Jumbo 3 times a week and always pass 3-4 hikers, joggers and mountain bikers along the trail. Not only is the area an important recreational amenity to those of us who live here, it's potential as an economic generator (tourism) for the area is a reality that would be lost should Jumbo be dotted with wells.

In closing, thank you for taking my comments into consideration. We moved to this valley for a number of reasons...small town, rural character, health centered agricultural offerings, affordable

BLM_0158124

economy, pleasant weather and an eclectic community of people committed to a quality way of life. Please don't compromise that quality of life by allowing the oil and gas industry to industrialize this setting.

Thank you,
Tom Backhus


000310_SokolovichB_20161027_DOE  Organization: Department of Energy, Bud Sokolovich
Received: 10/27/2016 12:00:00 AM
Commenter1: Bud Sokolovich  - ,
Organization1:Department of Energy
Commenter Type: Federal Government
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000310_SokolovichB_20161027_DOE.htm
(000310_SokolovichB_20161027_DOE-385616.htm  Size = 2 KB)
Submission Text
Fwd: FW: Followup
to phone call about Uncompahgre Field Office Draft Resource
Management Plan review
1 message
Phillips, Gina <gphillips@blm.gov>  Thu, Oct 27, 2016 at 11:14 AM
To: BLM_CO UFO_RMP <blm_co_ufo_rmp@blm.gov>, John Krickbaum
<bkrickba@blm.gov>
FYI. I'm hoping to talk about this with Teresa as acting FM.
Forwarded
message From:
Sokolovich, Bud <Bud.Sokolovich@lm.doe.gov>
Date: Thu, Oct 27, 2016 at 11:03 AM
Subject: FW: Followup
to phone call about Uncompahgre Field Office Draft Resource Management Plan review
To: "gmjones@blm.gov" <gmjones@blm.gov>
Cc: "Herrera, Suzie Jo (CONTR)" <SuzieJo.Herrera@lm.doe.gov>
Hello Gina: I hope all is well. I am following-up on the phone message I leftfor you.

<([#1 [19.1] We reviewed the resource management plan and had a question for clarificaton and possible consideration.On the attached map from the plan, there are areas depicted in a yellow shading that are former UMETCO claim areas. They total approximately 377 acres. In the management plan, these areas do not appear to have restrictons placed on them like the supplemental standards areas do. In anticipation of these areas being withdrawn in the future for reclamation and monitoring purposes, the DOE would propose that these former mill site claim areas have restrictions similar to the supplemental standards area placed on them. This would

alleviate future issues associated with new mining claims being granted in an area that may be withdrawn by DOE.
#1])>
Let me know what your thoughts are on this and if this could possibly be addressed in the resource management
plan.
Thank you,
Bud Sokolovich
Senior Realty Officer
United States Department of Energy
Office of Legacy Management
303-410-4810
Bud Sokolovich
Senior Realty Officer
United States Department of Energy
Office of Legacy Management
303-410-4810


000311_GallA_20161031 Organization: Backcounty Hunters and Anglers, Adam Gall
Received: 10/31/2016 12:00:00 AM
Commenter1: Adam Gall - Paonia, Colorado 81428 (United States)
Organization1:Backcounty Hunters and Anglers
Commenter Type: Organization (nonprofit/citizens group)
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000311_GallA_20161031.htm (000311_GallA_20161031-385617.htm Size = 5 KB)
Submission Text
ADAM GALL <agall7@hotmail.com> Mon, Oct 31, 2016 at 10:04 AM
To: "uformp@blm.gov" <uformp@blm.gov>
Hello there, attached please find a comment letter from the Colorado Chapter of Backcountry Hunters and Anglers addressing the UFO Draft RMP and support for incorporating the North Fork
Alternative B1.
Thank you,
Adam Gall
Backcountry Hunters and Anglers
BHA BLM.

Adam Gall
PO Box 873
Paonia, CO 81428

BLM_0158126

October 28, 2016
Uncompahgre Field Office
2465 Townsend Ave.
Montrose, CO 81401

To Whom It May Concern,
My name is Adam Gall and I am submitting my comments on behalf of the Colorado Chapter of the Backcountry Hunters and Anglers. I represent our State
Chapter as the Habitat Watchman for the Gunnison NF and as the Assistant Regional Director for the Central Western Slope. Backcountry Hunters and Anglers is a volunteer-powered organization of sportsmen and women who are well connected to and passionate about our public lands that provide fish and wildlife habitat along with the traditional fishing and hunting opportunities that are available to anyone.

We believe in the conservation and management of fish and wildlife habitats on our public lands. Ensuring future generations of hunters and anglers have undisturbed backcountry areas, and access to those areas, for fish and wildlife is a cornerstone of our organization. The physical and mental challenges that the principals of fair chase bring forth are also things we take pride in experiencing.

As an organization, there is concern regarding the Uncompahgre Field Office's plan to open up nearly all the BLM ground surrounding the North Fork Valley to oil and gas leasing as their preferred Alternative D indicates in their draft Resource Management Plan. The negative impact this would have on hunting opportunities would be significant in terms of habitat loss, fragmentation and reduced access to our public lands.

<([#1 [14.1.3] Taking a specific look at one location, Oak Mesa falls into the category of lands available to leasing. Oak Mesa is part of a major migration corridor for elk and mule deer that come off the Grand Mesa and down into their traditional winter ranges. The undisturbed habitat of this area allows for healthy big game herds and a robust hunting economy. There are no established roads, virtually no habitat fragmentation and very little human impact other than during hunting season.
Numerous studies exist indicating roads and/or habitat fragmentation as a leading cause of declining and/or unhealthy ungulate populations. Additional winter ranges that would be compromised by across-the-board leasing would be the entire Lone Cabin region east of Paonia, the lower Minnesota Creek area and the largely undeveloped sagebrush-dominated landscape between the towns of Hotchkiss and Crawford. #1])>

<([#2 [30.3] Along with disrupting historical winter range, numerous watersheds that feed the North Fork of the Gunnison and the Smith Fork of the Gunnison would be literally surrounded by leases. These are both major tributaries of the main Gunnison River, which is world famous for it's Gold Medal trout waters that bring in fishermen, women and children from every state in the lower 48. The hunting and fishing opportunities one can experience in the North Fork Valley are world-class. These industries are robust, well-managed and, perhaps most importantly, reliable, year after year, decade after decade. There is no boom and bust component to the hunting and fishing industries. The concept of sacrificing the stability and reliability of well

BLM_0158127

established economies revolving around clean water and healthy habitat for fish and big game for yet another boom and bust stab at resource extraction is unacceptable. It flies in the face of the BLM's own initiative of Connecting with Communities that they have proposed in their own outreach programs. #2])>

The North Fork Valley communities have worked hard over the last 5 years to put together their own proposal for oil and gas leasing in the North Fork Valley. On behalf of the Colorado Chapter of Backcountry Hunters and Anglers, I am asking the BLM to choose the North Fork Alternative B1 and all other reasonable conservation protections in Alternative B.
I would love the opportunity to discuss this further with you. I can be
reached at 970-527-5430. Thank you for your time.
Sincerely,
Adam Gall
Backcountry Hunters and Anglers


000314_HixL_20161022 Organization: Lasca Hix
Received: 10/22/2016 12:00:00 AM
Commenter1: Lasca Hix - Crawford, Colorado 81415
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 000314_HixL_20161022.htm (000314_HixL_20161022-388584.htm Size = 11 KB)
Submission Text
10/27/2016 DEPARTMENT OF THE INTERIOR Mail - RMP Draft Comment
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=157ee153e7a744de&siml=... 1/2
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
RMP Draft Comment
1 message
Lasca Hix <lascahix@gmail.com> Sat, Oct 22, 2016 at 2:27 PM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org
October 22, 2016

BLM/Uncompahgre Field Office
2465 S Townsend Ave.
Montrose, CO 81401

RE: Draft Resource Management Plan for the Uncompahgre Field Office

BLM_0158128

Dear BLM/UFO Staff & RMP Comment Team,

I moved to the North Fork Valley for a number of reasons, primary among them clean air & water, the natural & organic
food sources, the beautiful, rural setting and abundance of hiking, fishing, hunting and outdoor recreation opportunities in
general. My fear is that all of these will be impacted in some fashion and perhaps irreversibly damaged or destroyed.

I am not against responsible development when the needful scientific studies are done outside the venue of special
interests. Unfortunately, at this point, there have been a plethora of "unforeseen" disastrous consequences for fracking
communities. It is my opinion that our technological capabilities have outpaced our judicious use of them, and life on
earth is endangered proportionately.

1) <([#1 [41.2] [37.3] The amount of water used in the fracking process alone, in the face of serious aquifer depletion throughout the US
and the long running drought conditions in others, is sufficient testament to our lack of foresight. Water is life, without it
all life dies; there are alternative sources for energy, there are none for water. I have seen no address to this vital
issue - What are the plans for providing the millions/billions of gallons of water needed to frack this area? Some fracking
communities have run out of water completely or soon will. Related articles:
a)
https://www.theguardian.com/environment/2014/feb/05/fracking-water-america-drought-oil-gas
b)
http://voices.nationalgeographic.com/2014/02/06/fracking-in-water-stressed-zones-increases-risks-to-communities-and-energy-producers/
#1])> 2) <([#2 [30] [41.2] The potential for adverse economic impact to our farms, ranches, orchards, wineries and tourism/outdoor recreation is too great a risk for widespread fracking. A reasonable approach might be to determine, along with the community, where adverse impact is minimal and will not affect or destroy the economies already in place or endanger water & food sheds. #2])>
3) Pollution of Air & Water Supplies:
<([#3 [41.2] a) NRDCs Issue Brief @
https://www.nrdc.org/sites/default/files/fracking-air-pollution-IB.pdf
b)
https://insideclimatenews.org/news/05062015/fracking-has-contaminated-drinking-water-epa-now-concludes

The assumptions under which the RMP was constructed are flawed and are based on conventional oil & gas drilling not
hydraulic fracturing and multi-stage drilling technologies. Further, the reliance on a 2004 study

BLM_0158129

for the 2013 Foreseeable
Development scenarios does not take into account fracking and multi-stage drilling nor does it consider the cumulative
effect on domestic and commercial water supplies. #3])>

<([#4 [18.3] [41.1] The following areas have not been addressed or were inadequately addressed in the Draft Resource Plan and studies
should be performed before any RMP Alternative is adopted:
o Infrastructure and Economic Impacts & Costs
o Environmental Impacts – Water/Air/Natural Disasters
o Seismic Study
o Human Health Impact Study
o Wildlife Impact
o Pipeline Safety & Safety Inspections

#4])> Short term gain and long term loss should be weighed carefully. Humanity cannot continue to vigorously pursue any path
where the economic benefits are the major consideration; nor can we prematurely go "all in" for new technologies without
thoughtful analysis of the potential repercussions to our collective health and the health of the environment that sustains
us and future generations.

Respectfully yours,
Lasca Hix
PO Box 355
Crawford, CO 81415
A copy of this letter is attached for your convenience.


000315_AllenR_20161031_SWBoardofGrazingAdvisors  Organization: Southwest Board of Grazing Advisors, Ross Allen
Received: 10/31/2016 12:00:00 AM
Commenter1: Ross Allen - Hotchkiss, Colorado 81419 (United States)
Organization1:Southwest Board of Grazing Advisors
Commenter Type: Organization (nonprofit/citizens group)
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000315_AllenR_20161031_SWBoardofGrazingAdvisors.htm
(000315_AllenR_20161031_SWBoardofGrazingAdvisors-381910.htm  Size = 5 KB)
Submission Text
Resource Management Plan Comments
1 message

Ross Allen of Hotchkiss, Colorado <rallen@allentool.com> Mon, Oct 31, 2016 at 10:12 AM
ReplyTo:
"Ross Allen of Hotchkiss, Colorado" <rallen@allentool.com>
To: UFORMP@blm.gov
UFOCommentDraft.docx
October 30, 2016
From: Southwest Colorado BLM Board of Grazing Advisors
Steve Suckla, Chairman
Mark LeValley, Vice Chairman
Terri Lamers, Board Member
Pat Youmans, Board Member
Ernie Etchart, Board Member
Ross A. Allen, Secretary/Treasurer
29662 Hwy 92
Hotchkiss, CO 81419
To: RMP Project Manager
2465 South Townsend Avenue
Montrose, CO 81401
UFORMP@blm.gov
RE: Resource Management Plan Comments
Southwest Colorado BLM Board of Grazing Advisors appreciates the opportunity to submit
comments on the Uncompahgre Field Office's (UFO) Draft Resource Management Plan (RMP)
Revision and Environmental Impact Statement. Our Board continues to support full multiple use
opportunities balanced against the positive and negative impacts and the protection of private
property rights within the UFO area.
We believe that the BLM should promote Alternative "C" with some changes discussed below as
this Alternative preserves a greater amount of multiple use and protection of private party rights
within the plan. Alternative C also provides a greater separation between broad requirements and
site specific issues that should only be addressed during the review of proposed site specific
activities. Alternative C, therefore, allows for greater flexibility for the
public and the BLM to address and regulate those sight specific requirements through various
then current permitting processes.
The few portions of Alternative C that we believe should be changed or removed are noted
below.

<([#1 [16.1] Special Status Terrestrial Wild Life
o Page 2-95, Line 152, designate defined habitats as species occupied habitats. Without that
specific notation, non-occupied habitats could become un-necessarily extensive and restrictive.
#1])>

<([#2 [15.2] o Page 2-102-105, Line 161-167, Gunnison Sage Grouse: Need to write language
that allows for range improvements. When Alternative C says no permanent structures, that
includes range improvements. #2])>

<([#3 [34.1] Land Health
o Page 2-25, Line 24, Given the lower precipitation rate over the entire UFO resource area, it is

more realistic to manage for upward trend for land health.
#3])>
o<([#6 [34.1] [3] Page 2-27, Line 26, add recreation to actions that can cause land health problems.
#6])>
<([#7 [23.1] [3] oPage 2-164, Line 295, maintain the ability to increase AUMs.
#7])>
o <([#8 [23.1] [3] Page 2-165, Line 297, before acreage is removed for AUM on ACEC, write language in to change management of livestock use. Increase the flexibility of management #8])> .

<([#9 [23.1] [3] o Page 2-166, Line 299, define that trailing livestock is not the same as gathering and moving livestock from pasture to pasture. #9])>

<([#10 [23.1] [3] o Page 2-169, Line 303, add Colorado Resource Monitoring Initative to the list of plans to base decisions on. In addition, include the Memorandum of Understanding with Colorado Cattlemens, Colorado Wool Growers, BLM, and the Colorado Department of Ag. #10])>
<([#11 [23.1] [3] o Page 2-167, Line 300, there is no mention of using livestock as a tool for vegetation treatments. Targeted grazing is an economical and viable tool and has been extensively researched to benefit sage grouse and big game habitat. In addition, targeted livestock grazing has been successfully used to extend the life of mechanical vegetation treatments on oak brush and other shrubs.
#11])>
<([#12 [23.1] [3] o Page 2-167, Line 301, No permits or allotments should be closed.
#12])>
<([#13 [23.1] [3] o Page 2-172, Line 306, Major ecological damage does not equate to maintaining range improvements. #13])>

<([#14 [23.1] [3] o Page 2-172, Line 307, alternative C is more feasible and allows for the sustainability of multi-generational use of working landscapes. #14])>

<([#5 [30.3] o Data indicates that grazing as a land use in the UFO is not strictly for traditional and cultural importance, it contributes to the overall economic well-being of all West Central Colorado Counties. This is a more accurate way to reflect livestock grazing in the RMP.
#5])>
<([#4 [30.3] o IMPLAN calculates economic impact based on forage used in the UFO; however additional analysis needs to include the value of the livestock for the entire year. Livestock grazing within the UFO fills a critical winter and spring niche that is vital to the overall economic health of the livestock industry and thus Delta, Montrose, Gunnison, San Miguel and Ouray Counties. If livestock grazing is reduced within the UFO, the operating costs increase for livestock operators and thus increase the likelihood of producers scaling back and reducing numbers. #4])>

Sincerely,
Ross A. Allen, Sec/Tres

BLM_0158132

29662 Hwy 92
Hotchkiss, CO 81419
970-872-3044
rallen@allentool.com

000316_PennettaB_20161031  Organization:  Bob Pennetta
Received: 10/31/2016 12:00:00 AM
Commenter1: Bob Pennetta - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000316_PennettaB_20161031.htm  (000316_PennettaB_20161031-385618.htm
Size = 2 KB)
Submission Text
Hydraulic Fracking in Delta County
1 message
Bob Pennetta <bobpennetta@gmail.com>  Mon, Oct 31, 2016 at 1:30 PM
To: uformp@blm.gov

Please consider the fact that the people of Delta county have worked diligently to create an
economy that will replace lost coal mining jobs. Hydraulic fracturing will not replace these jobs.
As you well know the majority of the drillers and other workers are transitory coming to do a
specific task and then moving on to the next field. We have the largest concentration of organic
farms in Colorado in our community. We have a major wine industry and numerous cottage
industries both agricultural and crafts. We have a growing recreational economy with cross
country skiing, fishing, hunting and back packing. To sacrifice these jobs for an industry that is
preaching energy efficiency at home while gearing up to export their product is a shame. We will
be left with roads that have been devastated by heavy truck traffic, forests that have been criss
crossed with accesses that will take years to grow back and a reputation of being one of those
places you don't want to visit. Please allow this pristine area to remain naturally wild and
undisturbed.We should not only judge an area by the money it can generate but also by the
beauty and tranquility it can provide for generations to come. Again I ask you to be true
caretakers and please save this portion of America in it's natural state.

Thank you, Robert Pennetta
Sent from my iPad

000318_InouyeD_20161031  Organization:  David Inouye
Received: 10/31/2016 12:00:00 AM
Commenter1: David Inouye - Hotchkiss, Colorado 81419
Organization1:

BLM_0158133

Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000318_InouyeD_20161031.htm (000318_InouyeD_20161031-385619.htm Size = 3 KB)
Submission Text
additional comments on UFO draft RMP
1 message
David Inouye <inouye@umd.edu>   Mon, Oct 31, 2016 at 9:25 AM
To: uformp@blm.gov, tpfifer@blm.gov
Cc: director@blm.gov, jmeyer@blm.gov, rwelch@blm.gov

I was made aware today of a report (prepared for the Delta County Board of County Commissioners) on the groundwater systems of the North Fork Valley and Terraces area. Some conclusions from it that should be cause for alarm by anyone who uses drinking or irrigation water in the Valley are:

"The hydrology of a natural groundwater hydrologic system may be altered by the construction and operation of proposed oil and gas wells. During drilling and fracking, the oil and gas operations may behave like a connection mechanism between the deep and shallow aquifers, mixing water of various chemistries from various bedrock and shallow aquifers. Depending on management strategies for produced water disposal and use, groundwater levels in the shallow unconsolidated systems may be altered with respect to the amount, velocity, storage, and direction of the local groundwater system and related regional groundwater levels and discharges. Changes to the natural groundwater system will likely have ecological, geohydrological, and, potentially, legal consequences. The effects of water disposal after fracking and oil and gas well development are not discussed in this report as relevant information on the planned oil and gas development and operations is not available at this time.

These management strategies and their effects on the shallow and bedrock aquifer subsystems should be evaluated in more detail. ....the potential for groundwater discharge from the deeper bedrock to the shallow aquifers in the Valley Bottom subsystems in the North Fork River Valley, and in the Minnesota, German, Bell, McDonald, and Cottonwood Creek drainages, due to hydrostructures, may be affected by fracking or other oil and gas drilling activities (Figures 19, 20, 22, 23 and 29), which could affect the water supply and water quality. In addition, significant amounts of shallow aquifer water quality may be affected by the surface water runoff and groundwater recharge affected by drill site activities and water disposal (Figures 19, 20, 22, 23 and 29)."

You can see the full report at
http://www.heathhydrology.com/DeltaCounty_GWGIS_2013_North...

I am a resident of the North Fork Valley who is dependent on the clean water for drinking and irrigation that we now have access to. Given this hydrological situation, I don't see how those water sources can be guaranteed to remain safe if drilling for oil and gas takes place on a large scale in that area. I think this is a strong argument for adopting a no lease option in areas that could affect the water of the North Fork Valley.

David Inouye
38213 Hwy 133
Hotchkiss, CO 81419
9702606159
inouye@umd.edu
--
Dr. David W. Inouye
Professor Emeritus
Department of Biology
University of Maryland
College Park, MD 20742-4415
inouye@umd.edu
Principal Investigator
Rocky Mountain Biological Laboratory
PO Box 519
Crested Butte, CO 81224


000320_LarmerP_20161101  Organization: Paul Larmer
Received: 11/1/2016 12:00:00 AM
Commenter1: Paul Larmer - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000320_LarmerP_20161101.htm (000320_LarmerP_20161101-385620.htm Size = 1 KB)
Submission Text
Comments for BLM RMP protect
adobe badlands
1 message
Paul Larmer <paul@hcn.org> Tue, Nov 1, 2016 at 8:23 AM
To: uformp@blm.gov
See attached letter and photos. Thanks.
Paul Larmer
Publisher | High Country News | hcn.org
9705274898

BLM_0158135

For people who care about the West
3 attachments
adobebadland2.jpg
1082K
adobebadland1.jpg
961K
BLMRMPadobebadland10:31:16.docx
61K

October 31. 2016

Dear BLM:
<([#1 [20.1] I am writing to urge you to maintain all lands with wilderness qualities in their within the RMP, and expand the Adobe Badlands WSA to the west, as outlined in the citizen's alternative #1])> . I hike these lands often, and they provide an incredible, quite experience just minutes away from Delta. This weekend, however, I saw three motorcyclists carving new tracks through the WSA. See the attached photo. Theywere having fun, but there are plenty of badlands to the east for them to enjoy without disrupting the rare beauty, ecology and quiet of the Adobe Badlands.

Obviously, protecting these lands in name is not enough. There needs to be better signage that clearly restricts motorized access to these lands, and a more consistent presence of BLM staff.

Thanks for your consideration,
Paul Larmer
Paonia, Colorado


000321_WilliamsonS_20161031  Organization: Sandra Williamson
Received: 10/31/2016 3:54:21 PM
Commenter1: Sandra Williamson - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Flags:
Attachments: 000321_WilliamsonS_20161031.htm  (000321_WilliamsonS_20161031-381374.htm Size = 1 KB)
Submission Text
Let's save Colorado Beauty and farmland. We have cleanest water in the state in Paonia Colorado
1 message
Sandra J Williamson  ,sandywill7@mac.com

Mon, Oct 31. 2016 at 4:14 pm

Paonia home spring
copy pdf
225k

See photo in attachment

000325_SwansonR_20161027_CityofMontrose  Organization: City of Montrose, Rex Swanson
Received: 10/27/2016 12:00:00 AM
Commenter1: Rex Swanson - ,
Organization1: City of Montrose
Commenter Type: Local Government
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000325_SwansonR_20161027_CityofMontrose.htm
(000325_SwansonR_20161027_CityofMontrose-381911.htm  Size = 3 KB)
Submission Text
Letter of Support for BLM draft RMP

Rob Joseph <rjoseph@ci.montrose.co.us>  Thu, Oct 27, 2016 at 9:33 PM
To: uformp@blm.gov

Hello,
On behalf of the City of Montrose, please find attached a letter of support.

Sincerely,
Rob
--
Rob Joseph
Assistant City Manager rjoseph@ci.montrose.co.us
Office of Business and Tourism Director rob@visitmontrose.com
Direct Dial 970 240 1427
City of Montrose

BLM Draft RMP signed letter of support.pdf
193K

CITY OF MONTROSE
OFFICE OF THE MAYOR
Rex Swanson
Office: 970.240.1420