while treating a drill rig worker who had fracking fluid on his clothes. [Eric Frankowski, Gas industry secrets and a nurse's story, HIGH COUNTRY NEWS, July 28, 2008, available at: http://www.hcn.org/wotr/gas-industry-secrets-and-a-nurses-story.]

• In Texas, which now has approximately 93,000 natural-gas wells, up from around 58,000 a dozen years ago, a hospital system in the six counties with some of the heaviest drilling reported in 2010 a 25 percent asthma rate for young children, more than three times the state rate of about 7 percent. [Ian Urbina, Regulations Lax as Gas Well's Tainted Waters Hits Rivers, THE NEW YORK TIMES, February 26, 2011, available at: http://www.nytimes.com/2011/02/27/us/27gas.html?pagewanted=all.]

Abrahm Lustgarten, an investigative reporter with ProPublica, who has won the George Polk Award for Environmental Reporting for his work on the dangers of natural gas drilling, writes:

Dennis Coleman, a leading international geologist and expert on tracking underground migration, says more data must be collected before anyone can say for sure that drilling contaminants have made their way to water or that fracturing is to blame. But Coleman also says there's no reason to think it can't happen. Coleman's Illinois-based company, Isotech Laboratories, has both the government and the oil and gas industry as clients. He says he has seen methane gas seep underground for more than seven miles from its source. If the methane can seep, the theory goes, so can the fluids. [Abrahm Lustgarten, Hydrofracked? One Man's Mystery Leads to a Backlash Against Natural Gas Drilling, PROPUBLICA, February 25, 2011, available at: http://www.propublica.org/article/hydrofracked-one-mans-mystery-leads-to-a-backlash-againstnatural-gas-drill/single.]

Important evidence of groundwater contamination from hydraulic fracturing is found in an EPA draft report investigating ground water contamination near Pavillion, Wyoming ("Pavillion Report"). [EPA Draft Report, Pavillion (attached above as Exhibit 176).]

Among its findings, the Pavillion Report provides:

Elevated levels of dissolved methane in domestic wells generally increase in those wells in proximity to gas production wells. Pavillion Report, at xiii. Detection of high concentrations of benzene, xylenes, gasoline range organics, diesel range organics, and total purgeable hydrocarbons in ground water samples from shallow monitoring wells near pits indicates that pits are a source of shallow ground water contamination in the area of investigation. Pits were used for disposal of drilling cuttings, flowback, and produced water. There are at least 33 pits in the area of investigation. When considered separately, pits represent potential source terms for localized ground water plumes of unknown extent. When considered as whole they represent potential broader contamination of shallow ground water. Id. at 33 (emphasis added).

The explanation best fitting the data for the deep monitoring wells is that constituents associated with hydraulic fracturing have been released into the Wind

BLM_0159444

River drinking water aquifer at depths above the current production zone. Id. (emphasis added).

Although some natural migration of gas would be expected above a gas field such as Pavillion, data suggest that enhanced migration of gas has occurred to ground water at depths used for domestic water supply and to domestic wells. Id. at 37 (emphasis added).

A lines of reasoning approach utilized at this site best supports an explanation that inorganic and organic constituents associated with hydraulic fracturing have contaminated ground water at and below the depth used for domestic water supply…. A lines of evidence approach also indicates that gas production activities have likely enhanced gas migration at and below depths used for domestic water supply and to domestic wells in the area of investigation. Id. at 39 (emphasis added).

Although the Pavillion Report was never finalized, EPA shared preliminary data with, and obtained feedback from, Wyoming state officials, EnCana, Tribes, and Pavillion residents, prior to release. Even in draft form, the Pavillion Report and its troubling findings – as well as other evidence of fracking related contamination from around the country – satisfies the low threshold for consideration of the impacts described therein in the NEPA analysis for the UFO RMP. [For the results of a recent investigation of the potential contamination in Pavillion, see Dominic DiGiulio and Robert B. Jackson, Impact to Underground Sources of Drinking Water and Domestic Wells from Production Well Stimulation and Completion Practices in the Pavillion, Wyoming, Field, Environmental Science and Technology (March 29, 2016), available at: http://pubs.acs.org/doi/pdf/10.1021/acs.est.5b04970.]

<([#115 [41.2] [37.3] Historically, BLM has been dismissive of possible impacts to water quality from
hydraulic fracturing. However, given the weight of both new and old evidence documenting the risk of water contamination from gas drilling across the country and within the planning area, BLM's approach is becoming increasingly untenable. Indeed, even an industry report prepared for Gunnison Energy Corporation – a major oil and gas developer with leases just south of the UFO – has acknowledged the potential for significant impacts to water resources from fracking. [See Gunnison Energy Corporation, Analysis of Potential Impacts of Four Exploratory Natural Gas Wells to Water Resources of the South Flank of the Grand Mesa, Delta County, Colorado (March 2003) at 42, 56 (attached as Exhibit 181).]

The simple fact of the matter is that natural gas development has the potential for poisoning our water with toxic, hazardous, and carcinogenic chemicals as well as naturally occurring radioactive radium, and BLM has failed to provide a thorough hard look analysis of these potentially significant impacts in its analysis for UFO RMP. #115])>
Recent reporting from New Mexico has acknowledged a proliferation of "frack hits," or "downhole communication," where new horizontal drilling for oil is communicating with both historic and active vertical wells. [See, e.g., Gayathri Vaidyanathan, In N.M., a sea of 'frack hits' may be tilting production, E&E News, (March 18, 2014) (attached as Exhibit 182); Tina Jensen,

BLM_0159445

Fracking fluid blows out nearby well, KQRE (October 19, 2013), available at: https://www.earthworksaction.org/media/detail/fracking_fluid_blows_out_nearby_well#.WBJuh MnN6T9 (attached as Exhibit 183).] This is a significant development that could result in well blowouts, contamination of resources, and issues over who is responsible for liabilities and costs of such impacts.

Without implementation of a precautionary approach to these risks, BLM will continue to place the health of our community and our environment at risk.

2. <([#116 [41.2] [37.3] The UFO failed to sufficiently consider issues of water supply related to fracking.
#116])>
In addition to impacts on water quality, mineral development processes, and particularly fracking, may result in significant impacts on water quantity. To frack a single well one time requires 2-8 million gallons of water. [J. David Hughes, Will Natural Gas Fuel America in the 21st Century?, May 2011, at 23 (attached as Exhibit 184).]
Annually, the EPA estimates that 70-140 billion gallons of water are used to frack wells in the United States – enough to supply drinking water to 40-80 cities of 50,000.329 This massive use of water is of particular concern in states in the interior west, like Colorado, were water supplies are scarce and already stretched. [See Western Organization of Resource Councils, Gone for Good: Fracking and Water Loss in
the West (2013) at 7-8 (attached as Exhibit 186) (noting water scarcity in west and significant water demands of fracking).] Indeed, as the Department of Energy has recognized, "[a]vailable surface water supplies have not increased in 20 years, and groundwater tables and supplies are dropping at an alarming rate." [U.S. Dep't of Energy, Energy Demands on Water Resources: Report to Congress on the
Interdependency of Energy and Water, Dec. 2012, at 12 (attached as Exhibit 187).]
Because of the chemicals that are added to fracking water, the water may not be reused.
[See EPA Draft Plan to Study the Impacts of Hydraulic Fracturing on Drinking Water at 20 (attached as Exhibit 185).] Removing water for fracking can stress existing water supplies by lowering water tables and dewatering aquifers, decreasing stream flows, and reducing water in surface reservoirs. [Id.] This can result in changes
to water quality, can alter the hydrology of water systems, and can increase concentrations of pollutants in the water.

There is also potential for the reductions in water quantity to impact aquatic and riverine species and habitat by affecting water flows and natural river processes: this, in turn, could lead to fish declines, changes to riparian plant communities, and alterations to sediment. [Nat'l Parks Conservation Ass'n, National Parks and Hydraulic Fracturing: Balancing Energy Needs, Nature, and America's National Heritage (2013) at 23 (attached as Exhibit 188). Further, water resources in Colorado are in many locations stressed or over-allocated, and oil and gas development has already lead to unpermitted and illegal water withdrawals. [See WORC, Gone for Good at 21 (attached as Exhibit 186).]

<([#117 [41.2] [37.3] Here, in its NEPA analysis BLM must closely assess the direct, indirect, and cumulative

impacts of lease development on water supplies. 40 C.F.R. §§ 1508.7, 1508.8. This analysis must consider the potential sources of water in the UFO that would be used for oil and gas development, and the impacts of these water withdrawals on water availability for drinking, agriculture, and wildlife. The analysis must further address the impacts to water quantity at different annual, seasonal, monthly, and daily time scales because the impacts of such water withdrawals could be more acute during times, months, and seasons of scarcity. For example, increased withdrawal and irretrievable contamination of waters will be particularly harmful during times – like the present – when much of the state is experiencing drought conditions. [See id. at 8.]

Based on the estimated 1,271 wells to be drilled over the life of the RMP, this will result in 2.5-10.1 billion gallons of water that will be removed from the hydrologic system. Nowhere does BLM disclose or analyze the impact of this withdrawal on the planning area or resource values. #117])>

3. <([#118 [37.3] [41.2] The UFO failed to sufficiently consider impacts to surface water related to fracking. #118])>

<([#119 [41.2] [37.3] The BLM briefly considers the potential for hydraulic fracturing fluid spills, recognizing that "[h]ydraulic fracturing could disturb surface water and groundwater hydrology and impact water quality." EIS at 4-130. Although Appendix G does contain some best management practices directed at reducing the potential for contaminating water resources with hydraulic fracturing spills, EIS at G-9 to G-10, the UFO has failed to address several fundamental questions that are central to fulfilling the agency's hard look mandate. It is undisputed that millions of gallons of water are needed to frack a single well. This raises several issues which the UFO has failed to fully address in the RMP/EIS. See State of New Mexico v. BLM, 656 F.3d 963, 714-15 (10th Cir. 2009) (providing that the EIS failed to take hard look at water quality impacts from proposed oil and gas lease sale where wells would generated significant amounts of waste water). For example:

• What source waters will be used for well development, and what are the direct, indirect, and cumulative impacts of extracting high volumes of these waters from surface or groundwater sources in this area?

• How would the produced water be disposed of? If produced water is returned to the surface as toxic waste for evaporation, where will such wastewater ponds be located? And, if produced water is re-injected in wastewater wells, where will such wells be located?

• What kind of treatment, if any, will be required of the producer for treating fracking wastewater?

• What is the potential footprint and location of the necessary treatment facilities, and what is the direct, indirect, and cumulative impact of such facilities?

• What mitigation measures and best management practices will BLM require, or at least recommend, to ensure that wastewater does not contaminate surface or groundwater resources, or

impact threatened and endangered populations and designated critical habitat in the planning area?

The EIS does not adequately address or analyze the risks of water quality contamination from surface storage of fracking fluid and other oil and gas wastes, including produced and flowback water from wells. Surface pits, in particular, are a major source of water pollution. For instance, New Mexico data, as summarized by the Oil and Gas Accountability Project, shows 743 instances of groundwater contamination, almost all of it occurring over the last three decades. Over half of these incidents, totaling 398 instances of contamination, are linked to faulty pits. [Earthworks, Oil and Gas Accountability Project, Closed-Loop Drilling Systems: A Cost-

Effective Alternative to Pits, at 5 (attached as Exhibit 195).]

#119])>

The bulk of pit contamination is associated with seeps into shallow groundwater – of the sort that can readily flow into drinking water wells, as the New Mexico data demonstrates – or as spills and runoff. Similar incidents are occurring across the country. [See, e.g., Natural Resources Defense Council, Petition for Rulemaking to Regulate Oil and Gas Waste (Sept. 8, 2010) (collecting these incidents) [hereinafter "NRDC Petition"] (attached as Exhibit 189).] For example, in Pennsylvania, state authorities were forced to quarantine cattle after a pit leaked into their field, leaking into a smelly pool that killed the grass. [Nicolas Kusnetz, A Fracking First in Pennsylvania: Cattle Quarantine, PRO PUBLICA (July 2, 2010), available at: http://www.propublica.org/article/a-fracking-first-in-pennsylvania-cattlequarantine (attached as Exhibit 190).] In Colorado, leaky pits with torn liners spilled

more than 6,000 barrels of waste. [See Colorado Oil and Gas Conservation Commission, Inspection/Incident Inquiry, Spill Reports Doc. Nos. 1630424, 1630436, 1630427, 1630428, 1630429, 1630430.] And in Ohio, compromised pit liners and pit wall failures

have sent pollution spilling out into the environment. [See NRDC Petition at 20 (attached as Exhibit 189).]

<([#120 [41.2] [37.3] Likewise, the BLM does not quantify, nor fully address, the risk of potentially

catastrophic spills and blowouts at well sites. This is a serious error because such major spills are not uncommon in natural gas drilling. For instance, a major well blowout in Pennsylvania recently sent thousands of gallons of contaminated fluid coursing into a stream feeding the Susquehanna River. [Associated Press, Crews Stop Flow of Drilling Fluid from PA Well (Apr. 22, 2011) (attached as Exhibit 198).]

In February of 2013, a major spill occurred in Windsor, Colorado where at least 84,000 gallons of water contaminated with oil and chemicals used in hydraulic fracturing

spilled from a broken wellhead and into a field. [Bruce Finely, Water fouled with fracking chemicals spews near Windsor, THE DENVER POST (Feb. 14, 2013), available at: http://www.denverpost.com/ci_22586154/water-fouled-frackingchemicals-spews-near-windsor#ixzz2zpeQUnhK (attached as Exhibit 199).] The BLM has failed to demonstrate that such incidents could not occur on the leases that will be approved under this RMP. In 2015, there were 615 spills related to oil and gas activities in Colorado, with 90 spills resulting in water contamination. 268 spills occurred fewer than 50 feet from groundwater. [Center for Western Priorities, Colorado Toxic Release Tracker 2015 Summary, available at:

BLM_0159448

http://westernpriorities.org/colorado-toxic-release-tracker/] #120])>

Other data confirms the risk to surface waters from fracking and fracking-related activities:

Gas well development of any type creates surface disturbances as a result of land clearing, infrastructure development, and release of contaminants produced from deep groundwater (e.g., brines). However, the use of hydraulic fracturing poses additional environmental threats due to water withdrawals and contamination from fracking fluid chemicals. . . .

Elevated sediment runoff into streams, reductions in stream flow, contamination of streams from accidental spills, and inadequate treatment practices for recovered wastewaters are realistic threats. [See, e.g., Sally Entrekin, et al., Rapid expansion of natural gas development poses a threat to surface waters, FRONTIERS IN ECOLOGY, vol. 9, issue 9 (October 2011) at 504, 510 (attached as Exhibit 200).]

4. <([#121 [41.2] The UFO failed to sufficiently consider impacts to groundwater related to fracking. #121])>

Oil and gas development authorized by the UFO's RMP/EIS will result in a significant potential to contaminate groundwater resources in the planning area. Such contamination may result during the following processes: (1) the state of chemical mixing due to spills, leaks, and transportation accidents; (2) during the fracking process due to well malfunctions, migration of fracking fluids or fluids from the fractured formation to aquifers, and mobilization of subsurface materials to aquifers; (3) during flowback due to releases, leakage of on-site storage, and spills from pits (caused by improper construction, maintenance, or closure); and (4) during wastewater disposal due to discharges of wastewater into groundwater, incomplete treatment, and transportation accidents. [See U.S. Environmental Protection Agency, Draft Plan to Study the Potential Impacts of Hydraulic Fracturing on Drinking Water Resources (Feb. 2011) (attached as Exhibit 185)] Fracking chemicals and wastewater may also contaminate groundwater supplies as a result of illegal dumping. [Nicholas Kusnetz, North Dakota's Oil Boom Brings Damage Along with Prosperity, PROPUBLICA, July 7, 2012, available at: http://www.propublica.org/article/the-other-frackingnorth-dakotas-oil-boom-brings-damage-along-with-prosperi#.]
As further discussed below, not all
chemical used in fracking have been fully disclosed, but many of those that have been disclosed or discovered are toxic, hazardous, or harmful to human health or welfare. Despite a general lack of adequate oversight of fracking operations, various instances of water pollution from fracking operations have been documented.
[See, e.g., id. (reporting on lack of oversight); Western Organization of Resource Councils, Gone for Good: Fracking and Water Loss in the West (2013) at 17-18, 31 (attached as Exhibit 186) (noting lack of state oversight).]

<([#122 [41.2] BLM acknowledges that "[u]se, storage, and transportation of fluids, such as produced
water, hydraulic fracturing fluids, and condensate, have the possibility of spills that could

migrate to surface or groundwater, causing human health impacts," and that "[i]f a groundwater source is contaminated, there are few cost-effective ways to reclaim that water; thus, the longterm impacts of groundwater contamination are considerable." DEIS 4-83. However, BLM says that "no scientific consensus has been reached" regarding the potential for hydraulic fracturing to contaminate shallow groundwater and notes that "[r]igorous well casing protocols can reduce the risk of such contamination." DEIS at 4-83 to -84. As identified above, there are many documented instances where groundwater contamination has, in fact, resulted from the fracking of oil and gas wells. The UFO's brief and dismissive response and analysis of the potential for contamination of groundwater as a result of fracking fails to satisfy the agency's obligation under
NEPA to take a hard look at these impacts. #122])>

There is evidence that groundwater contamination from oil and gas operations may be significant, and underreported. For example, based on the Denver Post account of the Windsor, Colorado spill, mentioned above, the company responsible for that spill, PDC, reported two other spills near Greeley within weeks of the Windsor incident. Both spills contaminated groundwater, according to a state database of spills. A January 22, 2013 spill by PDC released 2,880 gallons of oil and covered 3,900 square feet, leaving groundwater contaminated with benzene at a concentration 128 times higher than the state limit along with toluene and xylene chemicals. About 17 percent of 2,078 oil and gas spills that companies reported in Colorado since January 2008 have contaminated groundwater. Fracking wastewater is one of the most common substances spilled.
[See Finely (attached above as Exhibit 199).]

<([#123 [41.2] BLM's conclusion that the evidence of potential impacts to groundwater from fracking
is inconclusive is challenged by existing models. For example, see T. Myers, Potential Contaminant Pathways from Hydraulically Fractured Shale to Aquifers, GROUND WATER (April
17, 2012) (attached as Exhibit 301):

Fracking can release fluids and contaminants from the shale either by changing the shale and overburden hydrogeology or simply by the injected fluid forcing other fluids out of the shale. The complexities of contaminant transport from hydraulically fractured shale to near-surface aquifers render estimates uncertain, but a range of interpretative simulations suggest that transport times could be decreased from geologic time scales to as few as tens of years. Preferential flow through natural fractures fracking-induced fractures could further decrease the travel times to as little as just a few years. Id. at 9.

And see, N.R. Warner, Geochemical evidence for possible natural migration of Marcellus Formation brine to shallow aquifers in Pennsylvania, PROCEEDINGS OF THE NATIONAL ACADEMY OF SCIENCES, vol. 109, iss. 30. (July 9, 2012) (attached as Exhibit 302):

This study shows that some areas of elevated salinity with type D composition in

NEPA were present prior to shale-gas development and most likely are unrelated to the most recent shale gas drilling; however, the coincidence of elevated salinity in shallow groundwater with a geochemical signature similar to produced water from the Marcellus Formation suggests that these areas could be at greater risk of contamination from shale gas development because of a preexisting network of cross- formational pathways that has enhanced hydraulic connectivity to deeper geological formations. Id. at 5.
#123])>
<([#124 [41.2] BLM also overlooks the linkage between hydraulic fracturing and water wells. The BLM must recognize these and analyze this risk and impacts. In addition to the studies cited in the health section of this protest, see e.g., S.G. Osborn, et al., Methane contamination of drinking water accompanying gas-well drilling and hydraulic fracturing, PROCEEDINGS OF THE NATIONAL ACADEMY OF SCIENCES, vol. 108, iss. 20. (May 17, 2011) (attached as Exhibit 303):

Methane concentrations were detected generally in 51 of 60 drinking-water wells (85%) across the region, regardless of gas industry operations, but concentrations were substantially higher closer to natural-gas wells. Methane concentrations were 17-times higher on average in shallow wells from active drilling and extraction areas than in wells from non-active areas. Id. at 8173.

Although dissolved methane in drinking water is not currently classified as a health hazard for ingestion, it is an asphyxiant in enclosed spaces and an explosion and fire hazard. Id. at 8173.

More research is also needed on the mechanism of methane contamination, the potential health consequences of methane, and establishment of baseline methane data in other locations. Id. at 8176.

In addition, see also, U.S. EPA, Draft Report, Investigation of ground water contamination near Pavillion, Wyoming (December 2011) (attached as Exhibit 176):

The presence of synthetic compounds such as glycol ethers, along with enrichments in K, Cl, pH, and the assortment of other organic components is explained as the result of direct mixing of hydraulic fracturing fluids with ground water in the Pavillion gas field. Id. at 27.

And, see also, U.S. EPA, Report to Congress, Management of wastes from the exploration, development, and production of crude oil, natural gas and geothermal energy. Vol.1. (December 1987) (attached as Exhibit 169):

During the fracturing process, fractures can be produced, allowing migration of native brine, fracturing fluid, and hydrocarbons from the oil or gas well to a nearby water well. When this happens, the water well can be permanently damaged and new well must be drilled or an alternative source of drinking water found. Id. at IV-22.

BLM_0159451

In 1982, Kaiser Gas Co. drilled a gas well on the property of Mr. James Parsons. The well was fractured using a typical fracturing fluid or gel. The residual fracturing fluid migrated into Mr. Parson's water well (which was drilled to a depth of 416 feet), according to an analysis by the West Virginia Environmental Health Services Lab of well water samples taken from the property. Dark and light gelatinous material (fracturing fluid) was found, along with white fibers. (The gas well is located less than 1,000 feet from the water well.) The chief of the laboratory advised that the water well was contaminated and unfit for domestic use, and that an alternative source of domestic water had to be found. Id. at IV-22. #124])>

5. <([#125 [41.2] The UFO failed to sufficiently consider issues of wastewater disposal. #125])>

<([#126 [41.2] BLM should consider the possibility of using recycled water and decreasing the use of evaporation ponds, as well as address concerns about the safety of injection wells. The UFO has an obligation to take a hard look at wastewater disposal and provide a comparative analysis of the different alternatives for disposal. It is not appropriate to assume that treatment can and will be adequate to take care of the problem. For example, see Brian D. Lutz, et al., Generation, Transport, and Disposal of Wastewater Associated with Marcellus Shale Gas Development, WATER RESOURCES RESEARCH (February 8, 2013) (attached as Exhibit 304). #126])>

Contrary to current perceptions, Marcellus wells produce significantly less wastewater per unit gas recovered (approximately 35%) compared to conventional natural gas wells. Further, well operators classified only 32.3% of wastewater from Marcellus wells as flowback from hydraulic fracturing; most wastewater was classified as brine, generated over multiple years. Despite producing less wastewater per unit of gas, developing the Marcellus shale has increased the total wastewater generated in the region by approximately 570% since 2004, overwhelming current wastewater disposal infrastructure capacity.

Id. at 1 (emphasis added).

6. Hydraulic Fracturing Disclosure Rules are Insufficient.

One basic purpose of NEPA is to assure that the public and policy makers are aware in advance of the potential environmental consequences of proposed actions. 40 C.F.R. § 1500.1(a). Furthermore, the presence of uncertain or unknown risks may compel an agency to prepare a more thorough EIS, in lieu of an EA. 40 C.F.R. § 1508.27(b)(5). Currently, there are significant uncertainties about the different chemicals that are being used in hydraulic fracking, though, as mentioned above, it is clear that toxic, hazardous, and carcinogenic chemicals are used throughout the fracking process. Current disclosure of fracking chemicals, via FracFocus, is insufficient to adequately protect the public from potentially toxic, hazardous, and/or carcinogenic chemicals. [Kate Konschnik et al., Legal Fractures in Chemical Disclosure Laws: Why the Voluntary Chemical Disclosure Registry FracFocus Fails as a Regulatory Compliance Tool, HARVARD LAW SCHOOL, ENVTL. LAW PROGRAM, Apr. 2013 (attached as Exhibit 201).] In its NEPA analysis for the UFO RMP, the agency provides a Best Management Practice that addresses chemicals used in the fracturing process:

Chemicals used in the fracturing process should be biodegradable, non-toxic, neutral pH, residual free, non-corrosive, non-polluting and non-hazardous in the forms and concentrations being used. The operator should review the material safety data sheets to assure the chemicals are not known carcinogens in the methods or concentrations being used.

DEIS at G-10.

<([#127 [41.2] While the BLM should be applauded for making strides to prevent the contamination of
water resources with this BMP, the BMP fails to address the fact that not all substances that will be used in the fracturing process are made public. Moreover, regardless of the "concentrations being used," BLM should categorize all substances as hazardous, toxic, carcinogenic, or benign. #127])>

7. <([#128 [21.2] [41.2] The Reasonable Foreseeable Development Scenario Failed to Sufficiently Consider Increased Oil and Gas Development Due to Fracking. #128])>

<([#129 [41.2] [21.2] There are significant flaws with the UFO's Reasonable Foreseeable Development
Scenario for Oil and Gas ("RFD") which undermine validity of the agency's analysis of resource impacts, and here, impacts due to fracking. The RMP/EIS fails to consider the full potential of recent hydraulic fracturing techniques and vastly underestimates the extent of oil and gas development and its impacts on the environment. For example, BLM estimates that—as projected by the RFD—1,271 wells would be developed under the RMP on all federal minerals and private minerals within the planning area. DEIS at 4-3. However, this estimate does not allow for the likely scenario that advances in hydraulic fracturing technology will increase the number of drilled wells. #129])>

<([#130 [21.2] [41.2] The RFD is outdated and underestimates the number of potential wells. Since the RFD is
four years old, and based on older data, it fails to consider the full extent of current and future development. The RMP/EIS fails to take into account the most recent trends in well development, which are the most crucial in predicting the extent of development and its likely impacts. All evidence points to increased drilling in relation to historic trends. Many reports have highlighted the recent nationwide growth in hydraulic fracturing and natural gas development, as identified below. #130])>

For example, one report notes that "[a]s a result of hydraulic fracturing and advances in horizontal drilling technology, natural gas production in 2010 reached the highest level in decades," and that "[h]ydraulic fracturing, used in combination with horizontal drilling, has allowed industry to access natural gas reserves previously considered uneconomical, particularly in shale formations." [U.S. CONGRESS, HOUSE OF REPRESENTATIVES, Chemicals Used in Hydraulic Fracturing (April 2011) at 1, 2 (attached above as Exhibit 171).] Another points out that "[s]ince 1998 unconventional natural gas
production [hydraulic fracturing] has increased nearly 65%." [ALL Consulting, Hydraulic

Fracturing Considerations for Natural Gas Wells of the
Marcellus Shale (Sept. 2008) at 1, available at:
http://www.dec.ny.gov/docs/materials_minerals_pdf/GWPCMarcellus.pdf (attached as Exhibit
202).] The U.S. Department of Energy's Energy Information Administration also forecasts a
massive surge in oil and gas development, in particular shale gas and shale oil from formations
like the Monterey Shale. [U.S. Energy Information Administration, Review of Emerging
Resources: U.S. Shale Gas and Shale Oil Plays (July 2011) at 4, available at:
http://www.eia.gov/analysis/studies/usshalegas/pdf/usshaleplays.pdf (attached as Exhibit 203).]
As the EIA explains in a review of shale gas resources dated July 8, 2011, "[t]he use of
horizontal drilling in conjunction with hydraulic fracturing has greatly expanded the ability of
producers to profitably recover natural gas and oil from low-permeability geologic plays—
particularly, shale plays." [Id.] As the EIA further explains, "only in the past 5 years has shale
gas been recognized as a 'game changer' for the U.S. natural gas market." This surge in well
development illustrates the impropriety of relying on old data. When new technology enables
industry to tap resources it was unable to access a few years ago, it makes historic baselines
meaningless under the current landscape.

<([#131 [21.2] [41.2] Of particular note is the agency's failure to provide any information or
analysis of
substance on the critical issue of hydraulic fracturing. For the most part, the RFD mentions
fracking as a technology that is currently used in some areas and may allow for future
development of additional plays. For example, the agency provides:

Only one horizontal well has been drilled to date in the Study Area. New types of
horizontal fracturing technology will likely be used to stimulate these types of wells in the future.
Development could be similar to that used to stimulate the
Bakken Formation Middle Member in North Dakota. For horizontal boreholes, multi-stage
fracture stimulations could be used. RFD at 35.

The combination of horizontal drilling and hydraulic fracturing technologies has
made it possible to produce shale gas and tight gas economically. Much of the
Study Area oil and gas supply growth is expected to come from production from
existing known reservoirs, with most new reservoir discoveries potentially
coming from exploration for nonconventional plays in the continuous assessment
units (including shale gas and coalbed natural gas) identified by the U.S.
Geological Survey in Appendix 1. RFD at 58.

While these statements acknowledge that increased production may "potentially" come
from exploration due to fracking and additional horizontal fracturing technology "will likely" be
used in the future, there is no quantification of the increase in the number of wells, acres
impacted, or required infrastructure. #131])> <([#132 [18.3] [41.2] [21.2] Further, there is no
discussion of the increased adverse impacts to human health or the environment. Thus, these
statements, which implicitly recognize that the RFD may not account for the full extent of
production, provide little in terms of analysis of fracking impacts. Such a void of analysis and
consideration of a widely employed technology that not only has the potential, but, in all
likelihood, will drastically alter the foreseeable

BLM_0159454

development within the planning area, fails to satisfy the UFO's obligations under NEPA. #132])>

<([#133 [21.2] [41.2] Notably, BLM also fails to consider analysis from a recent USGS report concerning the

development of Mancos Shale in the Piceance Basin—which may significantly affect development projections in the Uncompahgre planning area—wherein USGS concluded: "Using a geology-based assessment methodology, the U.S. Geological Survey assessed technically recoverable mean resources of 74 million barrels of shale oil, 66.3 trillion cubic feet of gas, and 45 million barrels of natural gas liquids in the Mancos Shale of the Piceance Basin in Colorado and Utah." [USGS, Assessment of Continuous (Unconventional) Oil and Gas Resources in the Late Cretaceous Mancos Shale of the Piceance Basin, Uinta-Piceance Province, Colorado and Utah (2016) ("USGS 2016"), available at http://pubs.usgs.gov/fs/2016/3030/fs20163030.pdf (attached as Exhibit 197).]

#133])>

<([#134 [21.2] [41.2] In sum, while fracking has been around for decades, the magnitude of the modern

technique is new. Modern fracking calls for much more water and chemicals than older wells, and enables the drilling of far more wells in new areas than in the past. Conservation Groups request that the BLM update the RFD to account for this reality. #134])>


8. <([#135 [41.2] [31.3] Induced Seismicity from Hydraulic Fracturing Remain Unaddressed. #135])>


<([#136 [31.3] [41.2] The UFO must take a hard look at the issues of subsidence and the possibility of seismic

activity that could result from expanded oil and gas development, wastewater disposal, and coal mining. The Draft RMP/EIS does not consider these issues at all. #136])>


Scientists have understood for decades that oil and gas production activities, including underground injection of fluids and the production of oil and gas, can cause earthquakes. Indeed, the USGS freely admits, "earthquakes induced by human activity have been documented." [See USGS, Earthquakes Hazards Program, FAQs, available at:

http://earthquake.usgs.gov/learn/faq/?categoryID=1&faqID=1; see also Craig Nicholson and Robert Wesson, Earthquake Hazard Associated with Deep Well Injection – A report to the U.S. Environmental Protection Agency, U.S. Geological Survey Bulletin 1951 (1990), at 74 (attached as Exhibit 204) (also citing other well-documented examples of seismic activity induced by fluid injection, including: Denver, Colorado; Rangely, Colorado; southern Nebraska; western Alberta and southwestern Ontario, Canada; western New York; New Mexico; and Matsushiro, Japan).]


The National Academy of Sciences recently published a comprehensive report on the relationship between energy production and induced seismicity. [Clarke, D., Detournay, E., Diederich, J., Dillon, D., Green, S., Habiger, R., ... & Smith, J. (2012). Induced seismicity potential in energy technologies. National Academies Press.]

Researchers at the USGS found that the rate of earthquakes greater than magnitude 3.0 in the central and eastern United States has increased significantly in the past decade, from an average of 21/year from 1967 through 2000 to more than 300 in the years 2010 through 2012, with 188

occurring in 2011 alone. The researchers hypothesize that this increase in activity could be related to oil and gas production activities, including underground injection of wastewater. [William L.Ellsworth, Injection-induced earthquakes, SCIENCE (2013), available at: http://www.sciencemag.org/content/341/6142/1225942.]

Recently, "[a] northeast Ohio well used to dispose of wastewater from oil and gas drilling almost certainly caused a series of 11 minor quakes in the Youngstown area since last spring, a seismologist investigating the quakes said." [Thomas J. Sheeran, Ohio Earthquakes Caused by Drilling Wastewater Well, Experts Say, HUFFINGTON POST, January 2, 2012, available at: http://www.huffingtonpost.com/2012/01/02/ohio-earthquakes-caused-by-wastewater-welldrilling_n_1180094.html.] After the latest and largest quake Saturday, December 31, 2011, which registered at 4.0 magnitude, "state officials announced their beliefs that injecting wastewater near a fault line had created enough pressure to cause seismic activity. They said four inactive wells within a five-mile radius of the Youngstown well would remain closed." [Id.] As Andy Ware, deputy director of the Ohio Department of Natural Resources, which regulates gas drilling and disposal wells, stated, "the state asked on Friday that injection at the well be halted after analysis of the 10th earthquake, a 2.7-magnitude temblor on Dec. 24, showed that it occurred less than 2,000 feet below the well." [Henry Fountain, Disposal Halted at Well After New Quake in Ohio, THE NEW YORK TIMES, Jan. 1, 2012, available at: http://www.nytimes.com/2012/01/02/science/earth/youngstowninjection-well-stays-shut-after-earthquake.html?scp=3&sq=fracking%20earthquake&st=cse.] In addition, a recent Ohio study identified seismic activity caused by fracking, not just the re-injection of wastewater. [Julie Carr Smyth, Ohio Geologists Link Small Quakes to Fracking, ASSOCIATED PRESS (April 11, 2014), available at: http://bigstory.ap.org/article/ohio-regulators-link-seismic-activityfracking.]

The events in Youngstown unfortunately don't seem to be isolated. "A string of mostly small tremors in Arkansas, Oklahoma, Texas, British Columbia and other shale-gas-producing areas suggest that [fracking] may lead, directly or indirectly, to a dangerous earthquake." [Id.] The commonality of circumstances suggests that a strong correspondence between seismic activity and development techniques used by the oil and gas industry does indeed exist. For example, development of the Fayetteville Shale in Arkansas and corresponding development of deep waste injection wells is associated with a massive increase in earthquake activity in that region, including swarms of micro-earthquakes and significant quakes with magnitudes 3.9 and 4.7. [See, e.g., Courtney Spradlin, Earthquakes Increase Friday, The Log Cabin Democrat (Apr. 8, 2011); Sarah Eddington, Shutdown of Wells Extended in Arkansas Quake Study, Bloomberg BusinessWeek (Apr. 20, 2011); Sarah Eddington, 3.9 Magnitude Quake Hits North-Central Arkansas (Apr. 8, 2011).] "The number and strength of earthquakes in central Arkansas have noticeably dropped since the shutdown of two injection wells in the area." [Sarah Eddington, Ark. Quakes Decline Since Injection Well Closures, HUFFINGTON POST, March 14, 2011, available at: http://www.huffingtonpost.com/huff-wires/20110314/us-arkansasearthquakes/.] Scott Ausbrooks, the Geohazards Supervisor for the Arkansas Geological Survey, provided, "[w]e have definitely noticed a reduction in the number of earthquakes, especially the larger ones. It's definitely worth noting." [Id.]

Moreover, the Oklahoma Geological Survey ("OGS") released a report that links a series of earthquakes in Oklahoma, in January 2011, to a fracking operation underway there. The USGS determined after analyzing earthquake data that "the character of seismic recordings indicate that they are both shallow and unique." [Austin Holland, Oklahoma Geological Survey, Examination of Possibly Induced Seismicity from Hydraulic Fracturing in Eola Field, Garvin County, Oklahoma (Aug. 2011), at 1 (attached as Exhibit 205).]
The report continues, providing: "Our analysis showed that shortly after hydraulic fracturing began small earthquakes started occurring, and more than 50 were identified, of which 43 were large enough to be located. Most of these earthquakes occurred within a 24-hour period after hydraulic fracturing operations had ceased." [Id.]

In August 2011, an earthquake measuring 5.3-magnitude near Trinidad, Colorado, was the largest in more than 40 years. [Jordan Steffen, 5.3 quake in Trinidad, Colo., area unnerves regions residents, DENVER POST, August 24, 2011, available at: http://www.denverpost.com/news/ci_18744329.] However, seismic activity near Trinidad is not new. Indeed, a September 2001 swarm of earthquakes near Trinidad prompted a U.S. Geological Survey investigation. The USGS report provided, "In recent years, a large volume of excess water that is produced in conjunction with coal-bed methane gas production has been returned to the subsurface in fluid disposal wells in the area of the earthquake swarm;" and later continues, "Because of the proximity of these disposal wells to the earthquakes, local residents and officials are concerned that the fluid disposal might have triggered the earthquakes." [Mark E. Mermonte, et al., USGS, Investigation of an Earthquake Swarm Near Trinidad, Colorado, August – October 2001 (2002), available at: http://pubs.usgs.gov/of/2002/ofr-02-0073/ofr-02-0073.html (attached as Exhibit 206).] The USGS investigation concluded: "the characteristics of the seismicity and the fluid disposal process do not constitute strong evidence that the seismicity is induced by the fluid disposal, though they do not rule out this possibility." [Id.]

More recently, in September 2016, Oklahoma officials ordered oil and gas operators to shut down wastewater disposal wells following a 5.6 magnitude earthquake, which tied a record as the strongest in state history. [Niraj Chokshi and Henry Fountain, Oklahoma Orders Shutdown of Wells After Record-Tying Earthquake, The New York Times (September 3, 2016), available at: http://www.nytimes.com/2016/09/04/us/earthquake-ties-record-for-strongest-in-oklahomahistory. html.]

In the North Fork Valley, earthquakes caused by coal mining are not uncommon. [Quake Near Paonia Believed To Be Caused by Coal, The Denver Post (January 4, 2013), available at: http://www.denverpost.com/2013/01/04/quake-near-paonia-believed-to-be-causedby-coal/.] Meanwhile, researchers from the University of Colorado and the U.S. Geological Survey have recognized the risk for earthquakes caused by wastewater injection in Colorado. [Dennis Webb, GarCo OKs Injection Well; Court Challenge Is Possible, The Daily Sentinel (June 23, 2015), available at: http://www.gjsentinel.com/news/articles/garco-oks-injection-wellcourt-challenge-is-possib.]

<([#137 [41.2] [31.3] The threat of seismic activity induced from oil and gas development practices as well as
coal mining must be analyzed by the UFO. As noted above, Ohio officials placed a five-mile

buffer around waste injection wells. Given the recognized correlation between oil and gas development practices and the inducement of earthquakes, taking such a precautionary approach, here, through required stipulations that would attach to all future oil and gas development in the planning area is prudent and would help stem potential future impacts. At the very least, however, BLM must take a hard look at possible seismicity impacts from the proposed action, which the RMP/EIS has failed to do at all.
#137])>

9. <([#138 [41.2] The RMP/EIS and RFD Failed to Consider Impacts Regarding Subsequent Fracturing Treatments, or Re-Fracking Operations. #138])>

<([#139 [41.2] Wells are first fracked after they are initially drilled. Subsequently, re-fracking or restimulation operations are often conducted during the life of the well. Most or all of the impacts to air, water, habitat, wildlife, vegetation, and other resources are expected to be similar for refracking as for the original fracturing jobs. In some cases, there is little additional surface disturbance associated with re-fracking, but in other cases, additional stimulation activities increase the overall footprint of the development, undo the assumptions regarding temporary and long-term reclamation success, and further contribute to such issues as invasive weeds. The UFO's RMP/EIS and RFD focus on initial drilling operations and routine maintenance, while these documents remain silent on the frequency and impacts – direct, indirect, and cumulative-related to re-fracking operations. #139])>

The RFD estimates the life of new conventional and coalbed natural gas wells will be at least 20 years. If additional stimulation or re-fracturing takes place every five years on average, then at least 4 such operations could be expected for each well. See RFD at 75. Additionally, the water demand and overall impacts of both initial and re-fracking operations could be several orders of magnitude greater for deep wells with horizontal reaches exceeding 5,000 feet, which can be fractured at intervals of 300 feet.

<([#140 [41.2] The re-fracking impacts analysis appears to be absent from the EIS and must be conducted for all wells in the field office: private and public, existing and future, existing target formations, and potential new plays. Absent such analysis, BLM has failed to take a hard look at the direct, indirect or cumulative impacts of ongoing and reasonably foreseeable oil and gas development in the UFO.
#140])>

<([#141 [41.2] Water requirements for re-fracking can be expected to be similar to those for the original fracking job, unless cleanout operations require additional water. If re-fracturing includes operations to clean out the wellbore prior to treatment, BLM needs to disclose the volumes of water and other impacts or resource uses associated with such operations. [BLM Wyoming State Office, Hydraulic Fracturing White Paper (July 2013), available at: http://www.blm.gov/pgdata/etc/medialib/blm/wy/information/NEPA/og/2014/02feb.Par.49324.File.dat/v1AppE.pdf (attached as Exhibit 207).] Emissions might be greater or less. Disturbance to wildlife can be highly significant, and re-stimulation activities should be treated like drilling for purposes of seasonal closures and other habitat protections in the RMP. If reclamation projections currently assume that pads will be reclaimed up to the direct footprint of the well, they must be re-calculated to take into account the potential for future operations utilizing a footprint closer to the original drilling pad area if needed for the truck

traffic and other activities associated with re-stimulation. Current disturbance estimates and projections are found in the RFD at 75. #141])>

<([#142 [41.2] BLM sundry notices should allow the agency to track and regulate surface disturbances
associated with re-fracking. To the extent sundry notices have not covered these activities, BLM must consider and impose new requirements to allow it to regulate and assess the impacts of these operations. Although COGCC may not have required permits or compiled records for refracking jobs or re-stimulation operations when the RFD was prepared, COGCC commenced tracking such information on April 1 2012, the effective date of COGCC Rule 205A, regarding chemical disclosure for hydraulic fracturing treatments. If BLM currently lacks its own records, it can secure such information from COGCC to be incorporated into its analysis of oil and gas impacts. To the extent the UFO currently lacks a comprehensive database of re-fracking operations, it needs to rectify this omission in the new RMP. #142])>

<([#143 [5.7] Revised analysis must take a hard look at these issues, including whether the potential
cumulative impacts associated with all projected oil and gas development could result in unnecessary and undue degradation under FLMPA. #143])>

10. <([#144 [5.3] The UFO Failed to Consider Use of Best Management Practices. #144])>

Oil and gas development can result in serious impacts to the environment and human health. The technology used in oil and gas production has evolved rapidly but, unfortunately, regulation has not kept pace. The BLM's and Colorado's current regulations are insufficient to protect public health and the environment. The use of Best Management Practices ("BMPs") can greatly reduce the risks presented by oil and gas development by incorporating processes and technologies that are readily available.

<([#145 [21.5] Application of proposed site-specific requirements is not outside the scope of the RMP
planning process. For example, in the proposed Land and Resource Management Plan and Final Environmental Impact Statement ("LRMP/FEIS") for BLM public lands in the San Juan Public Lands Planning Area/Tres Rios Field Office ("TRFO"), BLM required the use of BMPs through stipulations, standards, and guidance. Furthermore, it is not necessary for many BMPs to be sitespecific; rather they can be applied broadly to all oil and gas operations in the UFO area. For example, near public water supply intakes, the TRFO-LRMP requires the use of pitless drilling systems, tanks to store stimulation and flowback fluids, and non-toxic hydraulic fracturing fluids only, among other requirements. #145])>

<([#146 [21.5] Appendix G contains many important provisions to reduce the risks to the environment
and human health from oil and gas operations and the UFO RMP can and should require the use of these BMPs through stipulations, standards, and guidance. However, additional protections are needed, including but not limited to: improved site characterization to look for pathways by which contaminants may reach groundwater; stronger well design and construction standards;

stimulation operation monitoring and reporting requirements; and improved waste water handling planning and practices. #146])>

<([#147 [21.5] NEPA was enacted to promote efforts that will prevent or eliminate damage to the human
environment. BMPs help "mitigate" environmental impacts. "Mitigation" is defined in CEQ regulations as measures to help, avoid, reduce or compensate for environmental impacts. 40 CFR 1508.20. BLM's failure to analyze the potential benefits of requiring these BMPs in alternatives does not satisfy NEPA's hard look mandate and frustrates the purpose of preparing an EIS (40 CFR 1502.1 states that the purpose of preparing an EIS is to "…provide full and fair discussion of significant environmental impacts and [ ] inform decisionmakers and the public of the reasonable alternatives which would avoid or minimize adverse impacts or enhance the quality of the human environment."). By failing to implement these BMPs in the RMP, BLM has failed to take adequate measures to minimize and mitigate the adverse impacts that will result from the RMP. The following BMPs should be required for all oil and gas operations in the UFO area. #147])>

a. Site Characterization and Corrective Action

Detailed site characterization and planning and baseline testing prior to any oil and gas development are crucial. Site characterization and planning must take into account cumulative impacts over the life of a project or field.

i. <([#148 [21.5] Geologic Suitability

Operators of wells that will be hydraulically fractured must demonstrate to the satisfaction of the regulator that the wells will be sited in a location that is geologically suitable.

In order to allow the regulator to determine suitability, the owner or operator must provide:

1. A detailed analysis of regional and local geologic stratigraphy and structure including, at a minimum, lithology, geologic facies, faults, fractures, stress regimes, seismicity, and rock mechanical properties;
2. A detailed analysis of regional and local hydrology including, at a minimum, hydrologic flow and transport data and modeling and aquifer hydrodynamics; properties of the producing and confining zone(s); groundwater levels for relevant formations; discharge points, including springs, seeps, streams, and wetlands; recharge rates and primary zones, and; water balance for the area including estimates of recharge, discharge, and pumping;
3. A detailed analysis of the cumulative impacts of hydraulic fracturing on the geology of producing and confining zone(s) over the life of the project. This must include, but is not limited to, analyses of changes to conductivity, porosity, as well as permeability, geochemistry, rock mechanical properties, hydrologic flow, and fracture mechanics; and
4. A determination that the geology of the area can be described confidently and that the fate and transport of injected fluids and displaced formation fluids can be accurately predicted through the use of models.
#148])>

<([#149 [21.5] [41.2] Wells that will be hydraulically fractured must be sited such that a suitable confining
zone is present. The operator must demonstrate to the satisfaction of the regulator that the confining zone:

1. Is of sufficient areal extent to prevent the movement of fluids to USDWs, based on the projected lateral extent of hydraulically induced fractures, injected hydraulic fracturing fluids, and displaced formation fluids over the life of the project;
2. Is sufficiently impermeable to prevent the vertical migration of injected hydraulic fracturing fluids or displaced formation fluids over the life of the project;
3. Is free of transmissive faults or fractures that could allow the movement of injected hydraulic fracturing fluids or displaced formation fluids to USDWs;
4. Contains at least one formation of sufficient thickness and with lithologic and stress characteristics capable of preventing or arresting vertical propagation of fractures; and
5. The regulator may require operators of wells that will be hydraulically fractured to identify and characterize additional zones that will impede or contain vertical fluid movement. #149])>

ii. <([#150 [21.5] [41.2] Area of Review
Operators must delineate an "area of review," which is the region around a well or group of wells that will be hydraulically fractured where USDWs may be endangered. It should be delineated based on 3D geologic and reservoir modeling that accounts for the physical and chemical extent of hydraulically induced fractures, injected hydraulic fracturing fluids and proppant, and displaced formation fluids and must be based on the life of the project. The physical extent would be defined by the modeled length and height of the fractures, horizontal and vertical penetration of hydraulic fracturing fluids and proppant, and horizontal and vertical extent of the displaced formation fluids. The chemical extent would be defined by that volume of rock in which chemical reactions between the formation, hydrocarbons, formation fluids, or injected fluids may occur, and should take into account potential migration of fluids over time. The model must take into account all relevant geologic and engineering information including but not limited to:

1. Rock mechanical properties, geochemistry of the producing and confining zone, and anticipated hydraulic fracturing pressures, rates, and volumes;
2. Geologic and engineering heterogeneities;
3. Potential for migration of injected and formation fluids through faults, fractures, and manmade penetrations; and
4. Cumulative impacts over the life of the project.

As actual data and measurements become available, the model must be updated and history matched. Operators must develop, submit, and implement a plan to delineate the area of review. The plan should include the time frame under which the delineation will be reevaluated, including those operational or monitoring conditions that would trigger such a reevaluation. Within the area of review, operators must identify all wells that penetrate the producing and confining zones and provide:

BLM_0159461

1. A list of all such wells, including but not limited to wells permitted but not yet drilled, drilling, awaiting completion, active, inactive, shut-in, temporarily abandoned, plugged, and orphaned;

2. A description of each well's type, construction, date drilled, location, depth, record of plugging and/or completion, and any additional information the Division may require;

3. An assessment of the integrity of each well identified;

4. A plan for performing corrective action if any of the wells identified are improperly plugged, completed, or abandoned;

5. An assessment to determine the risk that the stimulation treatment will communicate with each well identified;

6. For each well identified as at-risk for communication, a plan for well control, including but not limited to:

a. A method to monitor for communication;

b. A determination of the maximum pressure which the at-risk well can withstand;

c. Actions to maintain well control;

d. If the at-risk well is not owned or operated by the owner/operator of the well to be stimulated, a plan for coordinating with the offset well operator to prevent loss of well control;

7. The location, orientation, and properties of known or suspected faults, fractures, and joint sets;

8. An evaluation of whether such features may act as migration pathways for injected fluids or displaced formation fluids to reach protected water or the surface;

9. An assessment to determine the risk that the stimulation treatment will communicate with such features; and

10. If such features may act as migration pathways and are at-risk for communication, the stimulation design must be revised to ensure that the treatment will not communicate with such features or the well must be re-sited.

This information should be provided with the stimulation permit application.
#150])> Communication between offset wells during stimulation is a serious problem, risking blowouts in adjacent wells and/or aquifer contamination during well stimulation. A New Mexico oil well recently experienced a blowout, resulting in a spill of more than 8,400 gallons of fracturing fluid, oil, and water. The blowout occurred when a nearby well was being hydraulically fractured and the fracturing fluids intersected this offset well.
[Tina Jensen, Fracking fluid blows out nearby well; Cleanup costs, competing technologies at issue, KASA.COM. (Oct. 18 2013).] The incident led the New Mexico Oil Conservation Division to request information about other instances of communication between wells during drilling, completion, stimulation or production operations. [State of New Mexico, Energy, Minerals and Natural Resources Department, Aztec District III-Request for information, n.p. (Oct. 22, 2013).]
Incidents of communication between wells during stimulation have been documented in British Columbia ["BC Oil and Gas Commission, Safety Advisory 2010-03, May 20, 2010: Communication During Fracture Stimulation, n.p. (May 20 2010).],
Pennsylvania, [See, e.g. Scott Detrow, Perilous Pathways: How Drilling Near An Abandoned Well Produced a Methane Geyser, State Impact Pennsylvania, NPR (October 9, 2012); Pennsylvania Department of Environmental Protection, Bureau of Oil and Gas Management,

Draft Report-Stray Natural Gas Migration Associated with Oil and Gas Wells (October 28, 2009).] Texas, and other states across the country. [Gayathri Vaidyanathan, When 2 wells meet, spills can often follow, ENERGYWIRE (Aug. 5, 2013).]

<([#151 [41.2] [21.5] The Alberta Energy Regulator ("AER"), the oil and gas regulator in Alberta, Canada,
recognized that communication between wells during fracturing is a serious risk to well integrity and groundwater after a number of spills and blowouts resulted from communication between wells during fracturing. As a result, AER created requirements to address the risk of communication and reduce the likelihood of occurrence. [Alberta Energy Board, Directive 083: Hydraulic Fracturing – Subsurface Integrity (May
2013) at 15, available at: http://www.aer.ca/documents/directives/Directive083.pdf (attached as Exhibit 208).] Similarly, Enform, a Canadian oil and gas industry safety association, published recommended practices to manage the risk of communication. [Enform Canada, Interim IRP 24: Fracture Stimulation: Interwellbore Communication; An Industry Recommended Practice For The Canadian Oil And Gas Industry, Interim Volume 24, 1st Edition (Mar. 27, 2013).] We recommend that the BLM review these rules and incorporate similar requirements. #151])>

iii. Baseline Water Testing

<([#152 [41.2] [21.5] Operators must submit to the regulator a statistically significant sample, as determined by the regulator, of existing and/or new geochemical analyses of each of the following, within the area of review:

1. Any and all sources of water that serve as underground sources of drinking water ("USDWs") in order to characterize baseline water quality. This data must be made publically available through an online, geographically-based reporting system. The sampling methodology must be based on local and regional hydrologic characteristics such as rates of precipitation and recharge and seasonal fluctuations. At a minimum, characterization must include:

a. Standard water quality and geochemistry; [Including: Turbidity, Specific Conductance, Total Solids, Total Dissolved Solids, pH, Dissolved Oxygen, Redox State, Alkalinity, Calcium, Magnesium, Sodium, Potassium, Sulfate,Chloride, Fluoride, Bromide, Silica, Nitrite, Nitrate + Nitrite, Ammonia, Phosphorous, Total Organic Carbon, Aluminum, Antimony, Arsenic, Barium, Beryllium, Boron, Bromide, Cadmium, Chromium, Cobalt, Copper, Cyanide, Iron, Lead, Manganese, Mercury, Molybdenum, Nickel, Selenium, Silver, Strontium, Thallium, Thorium, Uranium, Vanadium, Zinc, Cryptosporidium, Giardia, Plate Count, Legionella, Total Coliforms, and Organic Chemicals including Volatile Organic Compounds (VOCs).]
b. Stable isotopes;
c. Dissolved gases;
d. Hydrocarbon concentration and composition. If hydrocarbons are present in sufficient quantities for analysis, isotopic composition must be determined;
e. Chemical compounds or constituents thereof, or reaction products that may be introduced by the drilling or hydraulic fracturing process. The use of appropriate marker chemicals is permissible provided that the operator can show scientific

justification for the choice of marker(s);
#152])>
<([#153 [41.2] [21.5] Operators should also consider testing for environmental tracers to determine
groundwater age;
2. Any hydrocarbons that may be encountered both vertically and really throughout the area of review;
3. The producing zone(s) and confining zone(s) and any other intervening zones as determined by the regulator. At a minimum, characterization must include:

a. Mineralogy;
b. Petrology; and
c. Major and trace element bulk geochemistry.

The site characterization and planning data listed above does not have to be submitted with each individual well application as long as such data is kept on file with the appropriate regulator and the well for which a permit is being sought falls within the designated area of review. #153])>

iv. <([#154 [41.2] Water Use and Disposal Planning

Operators must submit to the regulator a plan for cumulative water use over the life of the project. The plan should take into account other activities that will draw water from the same sources, such as agricultural or industrial activities; designated best use; seasonal and longer timescale variations in water availability; and historical drought information. Elements of the plan must include but are not limited to:

1. The anticipated source, timing, and volume of withdrawals and intended use;
2. Anticipated transport distances and methods (e.g. pipeline, truck) and methods to minimize related impacts including, but not limited to: land disturbance, traffic, vehicle accidents, and air pollution;
3. Anticipated on-site storage methods;
4. A description of methods the operator will use to maximize the use of non-potable water sources including reuse and recycling of wastewater;
5. An evaluation of potential adverse impacts to aquatic species and habitat, wetlands, and aquifers, including the potential for the introduction of invasive species, and methods to minimize those impacts; and
6. Anticipated chemical additives and chemical composition of produced water, with particular attention to those chemicals that would hinder the reuse or recycling of wastewater or pose a challenge to wastewater treatment
#154])>
<([#155 [41.2] Operators must submit to the regulator a proposed plan for handling wastewater, such as
flowback and produced fluids. Elements of the plan must include, but are not limited to:

1. Anticipated cumulative volumes of wastewater over the life of the project, reported in three

categories: reuse, recycle, and disposal;

2. Anticipated on-site temporary storage methods;

3. Anticipated transport distances and methods (e.g. pipeline, truck) and methods to minimize related impacts including, but not limited to: land disturbance, traffic, vehicle accidents, and air pollution; and

4. An assessment of currently available and anticipated disposal methods, e.g. disposal wells, wastewater treatment facilities, etc. This assessment must enumerate the disposal options available and evaluate the ability of those options to handle projected wastewater volumes. In the case of wastewater treatment facilities, the assessment must also evaluate the ability of those facilities to successfully treat the wastewater such that it would not pose a threat to water supplies into which it is discharged.

#155])>

v. <([#156 [41.2] Well Design and Construction

Proper well construction is crucial to ensuring protection of USDWs. The first step to ensuring good well construction is ensuring proper well drilling techniques are used. This includes appropriate drilling fluid selection, to ensure that the wellbore will be properly conditioned and to minimize borehole breakouts and rugosity that may complicate casing and cementing operations. Geologic, engineering, and drilling data can provide indications of potential complications to achieving good well construction, such as highly porous or fractured intervals, lost circulation events, abnormally pressured zones, or drilling "kicks" or "shows." These must be accounted for in designing and implementing the casing and cementing program. Reviewing data from offset wellbores can be helpful in anticipating and mitigating potential drilling and construction problems. Additionally, proper wellbore cleaning and conditioning techniques must be used to remove drilling mud and ensure good cement placement. Hydraulic fracturing requires fluid to be injected into the well at high pressure and, therefore, wells must be appropriately designed and constructed to withstand this pressure. The casing and cementing program must:

• Properly control formation pressures and fluids;
• Prevent the direct or indirect release of fluids from any stratum to the surface;
• Prevent communication between separate hydrocarbon-bearing strata;
• Protect freshwater aquifers/useable water from contamination;
• Support unconsolidated sediments;
• Protect and/or isolate lost circulation zones, abnormally pressured zones, and any prospectively valuable mineral deposits.

Casing must be designed to withstand the anticipated stresses imposed by tensile, compressive, and buckling loads; burst and collapse pressures; thermal effects; corrosion; erosion; and hydraulic fracturing pressure. The casing design must include safety measures that ensure well control during drilling and completion and safe operations during the life of the well. The components of a well that ensure the protection and isolation of USDWs are steel casing and cement. Multiple strings of casing are used in the construction of oil and gas wells, including: conductor casing, surface casing, production casing, and potentially intermediate casing. For all casing strings, the design and construction should be based on Good Engineering Practices ("GEP"), Best Available Technology ("BAT"), and local and regional engineering and geologic

data. All well construction materials must be compatible with fluids with which they may come into contact and be resistant to corrosion, erosion, swelling, or degradation that may result from such contact. #156])>

1. <([#157 [41.2] Conductor Casing
Depending on local conditions, conductor casing can either be driven into the ground, or a hole drilled and the casing lowered into the hole. In the case where a hole is excavated, the space between the casing and the wellbore – the annulus – should be cemented to surface. A cement pad should also be constructed around the conductor casing to prevent the downward migration of fluids and contaminants.
#157])>
2. <([#158 [41.2] Surface Casing
Surface casing setting depth must be based on relevant engineering and geologic factors, but be shallower than any hydrocarbon-bearing zones, and at least 100 feet but not more than 200 feet below the deepest protected water. If shallow hydrocarbon-bearing zones are encountered when drilling the surface casing portion of the hole, operators must notify regulators and take appropriate steps to ensure protection of protected water.

Surface casing must be fully cemented to surface by the pump and plug method. If cement returns are not observed at the surface, remedial cementing must be performed to cement the casing from the top of cement to the ground surface. #158])>

3. <([#159 [41.2] Intermediate Casing
Depending on local geologic and engineering factors, one or more strings of intermediate casing may be required. This will depend on factors including, but not limited to: the depth of the well, the presence of hydrocarbon-or fluid-bearing formations, abnormally pressured zones, lost circulation zones, or other drilling hazards. Casing setting depth must be based on local engineering and geologic factors and be set at least 100 feet below the deepest protected water, anomalous pressure zones, lost circulation zones, and other drilling hazards. Intermediate casing must be set to protect groundwater if surface casing was set above the base of protected water, and/or if additional protected water was found below the surface casing shoe.

When intermediate casing is installed to protect groundwater, the operator shall set a full string of new intermediate casing to a minimum depth of at least 100 feet below the base of the deepest strata containing protected water and cement to the surface. The location and depths of any hydrocarbon strata or protected water strata that is open to the wellbore above the casing shoe must be confirmed by coring, electric logs, or testing, and shall be reported as part of the completion report.

When intermediate casing is set for a reason other than to protect strata that contain protected water, it must be fully cemented to surface unless doing so would result in lost circulation. Where this is not possible or practical, the cement must extend from the casing shoe to 600 feet above the top of the shallowest zone to be isolated (e.g. productive zone, abnormally pressured zone, etc). Where the distance between the casing shoe and shallowest zone to be isolated makes this technically infeasible, multi-stage cementing must be used to isolate any hydrocarbon or fluid-bearing formations or abnormally pressured zones and prevent the

movement of fluids. An excess of 25% cement should be mixed unless a caliper log is run to more accurately determine necessary cement volume. #159])>

4. <([#160 [41.2] Production Casing

If both surface casing and intermediate casing are used as water protection casing, or if intermediate casing is not used, a full string of production casing is required. A production liner may be hung from the base of the intermediate casing and used as production casing as long as the surface casing is used as the water protecting casing, and intermediate casing is set for a reason other than isolation of protected water. When the production string does not extend to the surface, at least 200 feet of overlap between the production string and next larger casing string should be required. This overlap should be cemented and tested by a fluid-entry test at a pressure that is at least 500 psi higher than the maximum anticipated pressure to be encountered by the wellbore during completion and production operations to determine whether there is a competent seal between the two casing strings. #160])>

<([#161 [41.2] When intermediate casing is not used, production casing must be fully cemented to
surface unless doing so would result in lost circulation. If not cemented to the surface, production casing shall be cemented with sufficient cement to fill the annular space from the casing shoe to at least 600 feet above fluid-bearing formations, lost circulation zones, oil and gas zones, anomalous pressure intervals, or other drilling hazards. Where the distance between the casing shoe and shallowest zone to be isolated makes this technically infeasible, multi-stage cementing must be used to isolate any hydrocarbon or fluid-bearing formations or abnormally pressured zones and prevent the movement of fluids. Sufficient cement shall also be used to fill the annular space to at least 100 feet above the base of the freshwater zone, either by lifting cement around the casing shoe or cementing through perforations or a cementing device placed at or below the base of the freshwater zone. #161])>

5. General

<([#162 [41.2] For surface, intermediate, and production casing, at a minimum, centralizers are required at the top, shoe, above and below a stage collar or diverting tool (if used), and through all protected water zones. In non-deviated holes, a centralizer shall be placed every fourth joint from the cement shoe to the ground surface or to within one joint of casing from the bottom of the cellar, or casing shall be centralized by implementing an alternative centralization plan approved by the BLM. In deviated holes, the BLM may require the operator to provide additional centralization. All centralizers must meet API Spec 10D (Recommended Practice for Casing Centralizers – for bow string centralizers), or API Spec 10 TR4 (rigid and solid centralizers) and 10D-2 (Petroleum and Natural Gas Industries, Equipment for Well Cementing, Part 2, Centralizer Placement and Stop Collar Testing). #162])>

<([#163 [41.2] All cemented casing strings must have a uniformly concentric cement sheath of at least
1" (i.e. minimum difference of 2" between wellbore diameter and casing outside diameter). An excess of 25% cement should be mixed unless a caliper log is run to more accurately determine

necessary cement volume.  #163])>

<([#164 [41.2] For any section of the well drilled  through  fresh water-bearing formations,
drilling  fluids  must be limited  to air, fresh water, or fresh water based mud, and exclude the use
of synthetic  or oil-based  mud or other chemicals.  #164])>

<([#165 [41.2] In areas where the depth to the lowest protected water is not known,  operators
must
estimate this depth and provide the estimate with the application  for a permit to drill.  This depth
should  then be verified  by running  petrophysical  logs, such as resistivity  logs, after drilling  to the
estimated depth. If the depth to the deepest protected  water is deeper than estimated,  an
additional  string of casing is required. Surface casing must be of sufficient diameter to allow the
use of one or more strings of intermediate  casing. All instances of protected water not anticipated
on the permit application  must be reported, including  the formation  depth and thickness  and
water flow rate, if known or estimated.  #165])>

<([#166 [41.2] All cement must have a have a 72-hour  compressive  strength  of at least 1200 psi
and free
water separation  of no more than two milliliters  per 250 milliliters  of cement, tested in
accordance  with the current API RP 10B. Cement must conform to API Specification  10A and
gas-blocking  additives  must be used. Cement mix water chemistry  must be proper for the cement
slurry designs. At a minimum,  the water chemistry  of the mix water must be tested for pH prior
to use, and the cement must be mixed  to manufacturer's recommendations.  An operator's
representative  must be on site verifying  that the cement mixing,  testing,  and quality control
procedures used for the entire duration  of the cement mixing  and placement are consistent  with
the approved engineered design and meet the cement manufacturer recommendations,  API
standards, and the requirements  of this section.
#166])>
<([#167 [41.2] Compressive  strength tests of cement mixtures  without  published  performance
data must
be performed in accordance with the current API RP 10B and the results of these tests must be
provided to the regulator prior to the cementing operation. The test temperature must be within
10 degrees Fahrenheit  of the formation equilibrium  temperature at the top of cement. A better
quality  of cement may be required  where local conditions  make it necessary to prevent pollution
or provide  safer operating conditions.  #167])>

<([#168 [41.2] Prior to cementing,  the hole must be prepared to ensure an adequate cement bond
by
circulating  at least two hole volumes of drilling  fluid and ensuring that the well is static and all
gas flows are killed.  Top and bottom wiper plugs and spacer fluids must be used to separate
drilling  fluid from cement and prevent cement contamination.  Casing must be rotated and
reciprocated during  cementing when possible  and when doing  so would not present a safety risk.
Cement should  be pumped at a rate and in a flow regime that inhibits  channeling  of the cement in
the annulus. During placement of the cement, operator shall monitor  pump rates to verify they
are within  design parameters to ensure proper displacement  efficiency. Throughout  the
cementing process operator shall monitor  cement mixing  in accordance with cement design and

cement densities during the mixing and pumping.
#168])>

<([#169 [41.2] All surface, intermediate, and production casing strings must stand under pressure until a compressive strength of 500 psi is reached before drilling out, initiating testing, or disturbing the cement in any way. In no case should the wait-on-cement ("WOC") time be less than 8-hours. All surface, intermediate, and production casing strings must be pressure tested. Drilling may not be resumed until a satisfactory pressure test is obtained. Casing must be pressure tested to a minimum of 0.5 psi/foot of casing string length or 1500 psi, whichever is greater, but not to exceed 80% of the minimum internal yield. If the pressure declines more than 10% in a 30-minute test or if there are other indications of a leak, corrective action must be taken. #169])>

<([#170 [41.2] A formation integrity test ("FIT") must be performed immediately after drilling out of all surface and intermediate casing. The test should demonstrate that the casing shoe will maintain integrity at the anticipated pressure to which it will be subjected while drilling the next section of the well, no flow path exists to formations above the casing shoe, and that the casing shoe is competent to handle an influx of formation fluid or gas without breaking down. If any FIT fails, the operator must contact the BLM and remedial action must be taken to ensure that no migrations pathways exist. The casing and cementing plan may need to be revised to include additional casing strings in order to properly manage pressure.
#170])>

<([#171 [41.2] Cement integrity and location must be verified using cement evaluation tools that can
detect channeling in 360 degrees. If fluid returns, lift pressure, displacement and/or other operations indicate inadequate cement coverage, the operator must: (i) run a radial cement evaluation tool, a temperature survey, or other test approved by the Division to identify the top of cement; (ii) submit a plan for remedial cementing to the Division for approval; and (iii) implement such plan by performing additional cementing operations to remedy such inadequate coverage prior to continuing drilling operations. Cement evaluation logging must be performed on all strings of cemented casing that isolate protected water, potential flow zones, or through which stimulation will be performed. #171])>

<([#172 [41.2] When well construction is completed, the operator should certify, in writing, that the
casing and cementing requirements were met for each casing string. #172])>

vi. <([#173 [41.2] Well Logs

After drilling the well but prior to casing and cementing operations, operators must obtain well logs to aid in the geologic, hydrologic, and engineer characterization of the subsurface. Open hole logs, i.e. logs run prior to installing casing and cement, should at a minimum include:

Gamma Ray Logs:

Gamma ray logs detect naturally occurring radiation. These logs are commonly used to determine generic lithology and to correlate subsurface formations. Shale formations have higher

proportions of naturally radioactive isotopes than sandstone and carbonate formations. Thus, these formations can be distinguished in the subsurface using gamma ray logs.

Density/Porosity Logs:

Two types of density logs are commonly used: bulk density logs, which are in turn used to calculate density porosity, and neutron porosity logs. While not a direct measure of porosity, these logs can be used to calculate porosity when the formation lithology is known. These logs can be used to determine whether the pore space in the rock is filled with gas or with water.

Resistivity Logs:

These logs are used to measure the electric resistivity, or conversely conductivity, of the formation. Hydrocarbon and fresh water-bearing formations are resistive, i.e. they cannot carry an electric current. Brine-bearing formations have a low resistivity, i.e. they can carry an electric current. Resistivity logs can therefore be used to help distinguish brine-bearing from hydrocarbon-bearing formations. In combination with Darcy's Law, resistivity logs can be used to calculate water saturation.

Caliper Logs:

Caliper logs are used to determine the diameter and shape of the wellbore. These are crucial in determining the volume of cement that must be used to ensure proper cement placement.

These four logs, run in combination, make up one of the most commonly used logging suites. Additional logs may be desirable to further characterize the formation, including but not limited to Photoelectric Effect, Sonic, Temperature, Spontaneous Potential, Formation Micro-Imaging ("FMI"), Borehole Seismic, and Nuclear Magnetic Resonance ("NMR"). The use of these and other logs should be tailored to site-specific needs.
#173])>

vii.  <([#174 [41.2] Core and Fluid Sampling

Operators of wells that will be hydraulically fractured should also obtain whole or sidewall cores of the producing and confining zone(s) and formation fluid samples from the producing zone(s). At a minimum, routine core analysis should be performed on core samples representative of the range of lithology and facies present in the producing and confining zone(s). Special Core Analysis ("SCAL") should also be considered, particularly for samples of the confining zone, where detailed knowledge of rock mechanical properties is necessary to determine whether the confining zone can prevent or arrest the propagation of fractures. Operators should also record the fluid temperature, pH, conductivity, reservoir pressure and static fluid level of the producing and confining zone(s). Operators should prepare and submit a detailed report on the physical and chemical characteristics of the producing and confining zone(s) and formation fluids that integrates data obtained from well logs, cores, and fluid samples. This must include the fracture pressure of both the producing and confining zone(s). This data does not need to be gathered for every well but operators should obtain a statistically significant number of samples. #174])>

viii.  Mechanical Integrity

<([#175 [41.2] Operators must maintain mechanical integrity of wells at all times. Mechanical integrity
should be periodically tested by means of a pressure test with liquid or gas, a tracer survey such as oxygen activation logging or radioactive tracers, a temperature or noise log, and a casing inspection log. The frequency of such testing should be based on-site, with operation specific requirements and be delineated in a testing and monitoring plan prepared, submitted, and implemented by the operator.
#175])>
<([#176 [41.2] Mechanical integrity and annular pressure should be monitored over the life of the well.
Instances of sustained casing pressure can indicate potential mechanical integrity issues. The annulus between the production casing and tubing (if used) should be continually monitored. Continuous monitoring allows problems to be identified quickly so repairs may be made in a timely manner, reducing the risk that a wellbore problem will result in contamination of USDWs. #176])>

ix. Operations and Monitoring
<([#177 [41.2] Each hydraulic fracturing treatment must be modeled using a 3D geologic and reservoir
model, as described in the Area of Review requirements, prior to operation to ensure that the treatment will not endanger USDWs. Prior to performing a hydraulic fracturing treatment, operators should perform a pressure fall-off or pump test, injectivity tests, and/or a mini-frac. Data obtained from such tests can be used to refine the hydraulic fracture model, design, and implementation. #177])>

<([#178 [41.2] Prior to well stimulation, all casing and tubing to be used by the operator to perform the stimulation treatment must be pressure tested. For cemented completions, the test pressure must be at least 500 psi greater than the anticipated maximum surface pressure to be experienced during the stimulation operation or the life of the completion operation. For non-cemented completions, the test pressure must be a minimum of: (i) 70% of the lowest activating pressure for pressure actuated sleeve completions; or (ii) 70% of formation integrity for open-hole completions, as determined by a formation integrity test. A failed test is one in which the pressure declines more than 10% in a 30-minute test or if there are other indications of a leak. In the event of a failed test, the operator must:

1. Orally notify the authorized officer as soon as practicable but no later than 24 hours following the failed test, and;
2. Perform remedial work to restore mechanical integrity.
Stimulation operations may not begin until a successful mechanical integrity test is performed and the results are submitted to the regulator. If mechanical integrity cannot be restored, the well must be plugged and abandoned.
#178])>
<([#179 [41.2] During the well stimulation operation, the operator must continuously monitor and record
the pressures in each well annuli, surface injection pressure, slurry rate, proppant concentration, fluid rate, and the identities, rates, and concentrations of all additives (including proppant).

If during any stimulation operation the annulus pressure:
1. increases by more than 500 pounds per square inch as compared to the pressure immediately preceding the stimulation; or
2. exceeds 80% of the API rated minimum internal yield on any casing string in communication with the stimulation treatment.

The operation must immediately cease, and the operator must take immediate corrective action and orally notify the authorized officer immediately following the incident.
Within one week after the stimulation operations are completed, the operator must submit a report containing all details pertaining to the incident, including corrective actions taken. #179])>

<([#180 [41.2] If at any point during the hydraulic fracturing operation the monitored parameters indicate a loss of mechanical integrity or if injection pressure exceeds the fracture pressure of the confining zone(s), the operation must immediately cease. If either occurs, the operator must notify the regulator within 24 hours and must take all necessary steps to determine the presence or absence of a leak or migration pathways to USDWs. Prior to any further operations, mechanical integrity must be restored and demonstrated to the satisfaction of the regulator and the operator must demonstrate that the ability of the confining zone(s) to prevent the movement of fluids to USDWs has not been compromised. If a loss of mechanical integrity is discovered or if the integrity of the confining zone has been compromised, operators must take all necessary steps to evaluate whether injected fluids or formation fluids may have contaminated or have the potential to contaminate any unauthorized zones. If such an assessment indicates that fluids may have been released into a USDW or any unauthorized zone, operators must notify the regulator within 24 hours, take all necessary steps to characterize the nature and extent of the release, and comply with and implement a remediation plan approved by the regulator. If such contamination occurs in a USDW that serves as a water supply, a notification must be placed in a newspaper available to the potentially affected population and on a publically accessible website and all known users of the water supply must be individually notified immediately by mail and by phone. #180])>

<([#181 [41.2] The use of diesel fuel and related products, BTEX compounds, and 2-BE in well stimulation fluids should be prohibited. #181])>

<([#182 [41.2] Techniques to measure actual fracture growth should be used, including downhole
tiltmeters and microseismic monitoring. These techniques can provide both real-time data and, after data processing and interpretation, can be used in post-fracture analysis to inform fracture models and refine hydraulic fracture design. Tiltmeters measure small changes in inclination and provide a measure of rock deformation. Microseismic monitoring uses highly sensitive seismic receivers to measure the very low energy seismic activity generated by hydraulic fracturing. #182])>

<([#183 [41.2] Hydraulic fracturing fluid and proppant can sometimes be preferentially taken up by
certain intervals or perforations. Tracer surveys and temperature logs can be used to help

determine which intervals were treated. Tracers can be either chemical or radioactive and are injected during the hydraulic fracturing operation. After hydraulic fracturing is completed, tools are inserted into the well that can detect the tracer(s). Temperature logs record the differences in temperature between zones that received fracturing fluid, which is injected at ambient surface air temperature, and in-situ formation temperatures, which can be in the hundreds of degrees Fahrenheit. #183])>

<([#184 [41.2] Operators should develop, submit, and implement a long-term groundwater quality
monitoring program. Dedicated water quality monitoring wells should be used to help detect the presence of contaminants prior to their reaching domestic water wells. Placement of such wells should be based on detailed hydrologic flow models and the distribution and number of hydrocarbon wells. Baseline monitoring should begin at least a full year prior to any activity, with monthly or quarterly sampling to characterize seasonal variations in water chemistry. Monitoring should continue a minimum of 5 years prior to plugging and abandonment. #184])>
x. Reporting

<([#185 [41.2] At a minimum, operators must report:
• All instances of hydraulic fracturing injection pressure exceeding operating parameters as specified in the permit;
• All instances of an indication of loss of mechanical integrity;
• Any failure to maintain mechanical integrity;
• The results of:

o Continuous monitoring during hydraulic fracturing operations;
o Techniques used to measure actual fracture growth; and
o Any mechanical integrity tests;

• The detection of the presence of contaminants pursuant to the groundwater quality monitoring program;
• Indications that injected fluids or displaced formation fluids may pose a danger to USDWs;
• All spills and leaks; and
• Any non-compliance with a permit condition. #185])>

<([#187 [41.2] The following must be made publically available on a well-by-well basis through an
online, geographically based reporting system, a minimum of 30 days prior to a hydraulic fracturing operation:
1. Baseline water quality analyses for all USDWs within the area of review;
2. Proposed source, volume, geochemistry, and timing of withdrawal of all base fluids; and
3. Proposed chemical additives (including proppant coating), reported by their type, chemical compound or constituents, and Chemical Abstracts Service ("CAS") number, and the proposed concentration or rate and volume percentage of all additives. #187])>

BLM_0159473

<([#186 [41.2] The following must be made publically available on a well-by-well basis through an
online, geographically based reporting system, a maximum of 30 days subsequent to a hydraulic fracturing operation:
1. Actual source, volume, geochemistry and timing of withdrawal of all base fluids;
2. Actual chemical additives used, reported by their type, chemical compound or constituents, CAS number, and the actual concentration or rate and volume percentage of all additives; and
3. Geochemical analysis of flowback and produced water, with samples taken at appropriate intervals to determine changes in chemical composition with time and sampled until such time as chemical composition stabilizes. #186])>

xi. Emergency and Remedial Response

<([#188 [41.2] Operators must develop, submit, and implement an emergency response and remedial
action plan. The plan must describe the actions the operator will take in response to any emergency that may endanger human life or the environment – including USDWs – such as blowouts, fires, explosions, or leaks and spills of toxic or hazardous chemicals. The plan must include an evaluation of the ability of local resources to respond to such emergencies and, if found insufficient, how emergency response personnel and equipment will be supplemented. Operators should detail what steps they will take to respond to cases of suspected or known water contamination, including notification of users of the water source. The plan must describe what actions will be taken to replace the water supplies of affected individuals in the case of the contamination of a USDW.
#188])>
xii. Plugging and Abandonment

<([#189 [41.2] Prior to plugging and abandoning a well, operators should determine bottom hole pressure and perform a mechanical integrity test to verify that no remedial action is required. Operators should develop and implement a well plugging plan. The plugging plan should be submitted with the permit application and should include the methods that will be used to: determine bottom hole pressure and mechanical integrity; the number and type of plugs that will be used; plug setting depths; the type, grade, and quantity of plugging material that will be used; the method for setting the plugs; and, a complete wellbore diagram showing all casing setting depths and the location of cement and any perforations. #189])>

<([#190 [41.2] Plugging procedures must ensure that hydrocarbons and fluids will not migrate between
zones, into USDWs, or to the surface. A cement plug should be placed at the surface casing shoe and extend at least 100 feet above and below the shoe. All hydrocarbon-bearing zones should be permanently sealed with a plug that extends at least 100 feet above and below the top and base of all hydrocarbon-bearing zones. Plugging of a well must include effective segregation of uncased and cased portions of the wellbore to prevent vertical movement of fluid within the wellbore. A continuous cement plug must be placed from at least 100 feet below to 100 feet above the casing shoe. In the case of an open hole completion, any hydrocarbon or fluid-bearing zones shall be

isolated by cement plugs set at the top and bottom of such formations, and that extend at least 100 feet above the top and 100 feet below the bottom of the formation. #190])>

<([#191 [41.2] At least 60-days prior to plugging, operators must submit a notice of intent to plug and
abandon. If any changes have been made to the previously approved plugging plan the operator must also submit a revised plugging plan. No later than 60-days after a plugging operation has been completed, operators must submit a plugging report, certified by the operator and person who performed the plugging operation. #191])>

<([#192 [41.2] After plugging and abandonment, operators must continue to conduct monitoring and
provide financial assurance for an adequate time period, as determined by the regulator, that takes into account site-specific characteristics including but not limited to:

• The results of hydrologic and reservoir modeling that assess the potential for movement of contaminants into USDWs over long time scales; and
• Models and data that assess the potential degradation of well components (e.g. casing, cement) over time and implications for mechanical integrity and risks to USDWs. #192])>

C. <([#193 [41.2] [15.4] The Uncompahgre RMP DEIS Inadequately Analyzes Impacts from Colorado River Withdrawals for Fracking and Other Unconventional Drilling Methods on Endangered Fish Populations and Water Supply, in Violation of NEPA and Section 7 of the ESA. #193])>

Cumulative impacts are those impacts on the environment resulting from "the incremental impact of the action when added to other past, present, and reasonably foreseeable future actions regardless of what agency . . . or person undertakes such other actions." 40 C.F.R. § 1508.7. By all accounts, the impacts stemming from future oil and gas leasing and development in the Uncompahgre planning area discussed at length in these comments are cumulative with the impacts from development of neighboring planning areas. Thomas v. Peterson, 753 F.2d 754, 759 (9th Cir. 1985) (reasoning that effects of proposed road and of timber sales that road was designed to facilitate were cumulative actions for which comprehensive analysis was required). Indeed, under NEPA, BLM has an obligation to consider the effects of neighboring lease sales and oil and gas development projects as cumulative impacts of any future development stemming from new leasing in the Uncompahgre planning area. 40 C.F.R. §§ 1508.7, 1508.8.

A foreseeable cumulative impact from oil and gas development occurring adjacent to and in the Uncompahgre planning area are Colorado River water withdrawals necessary for fracking and horizontal drilling techniques. Indeed, millions of gallons of water are withdrawn from the Colorado River for oil and gas extraction, potentially impacting endangered fish in the Gunnison River and Uncompahgre Rivers and communities that rely on this water downstream in the North Fork Valley and elsewhere. <([#194 [15.4] [41.2] [37.4] BLM must analyze the effects of the massive water demand resulting from relatively new horizontal drilling techniques in the Upper Colorado River Basin (the "Upper Basin") which would impact watersheds in the Uncompahgre

planning area, including (1) the significant cumulative impacts on local water supplies and the Colorado River endangered fish under NEPA and (2) the cumulative impacts of water depletion effects on the

Colorado River endangered fish under Section 7 of the Endangered Species Act. The loss of adequate flows in the endangered fishes' habitat within the Upper Colorado River Basin is so serious that the Service has determined that any depletion of Upper Basin stream flows adversely affects and jeopardizes the endangered fish. [U.S. Bureau of Land Management, White River FEIS at 3-71 (2015) ("The FWS has

determined that any federally authorized depletion from the Upper Colorado River Basin has an adverse effect on listed Colorado River fishes.") (Chapter 3 attached as Exhibit 310); Biological Opinion for BLM Resource Management Plan (RMP), Price Field Office (PFO), 138 (Oct. 27, 2008), available at:

http://www.blm.gov/style/medialib/blm/ut/price_fo/Planning/rod_approved_rmp.Par.2742.File.d at/Price%20Biological%20Opinion.pdf (attached as Exhibit 209) ("The USFWS determined that any depletion will jeopardize their continued existence and will likely contribute to the destruction or adverse modification of their critical habitat") (citing USDI, Fish and Wildlife Service, Region 6 Memorandum, dated July 8, 1997); Biological Opinion for BLM Resource Management Plan (RMP), Vernal Field Office (VFO), 113 (Oct. 23, 2008), available at: http://www.blm.gov/style/medialib/blm/ut/vernal_fo/planning/rod_approved_rmp.Par.4719.File. dat/VernalBiologicalOpinion.pdf (attached as Exhibit 210) (same).] The UFO draft RMP and EIS identifies critical habitat of at least two endangered fish populations within the planning area, namely the Colorado Pikeminnow and the Razorback Sucker in the Gunnison and Uncompahgre Rivers. UFO RMP DEIS at 3-75. Therefore, any depletion is subject to Section 7 consultation and review under NEPA.

#194])>

<([#195 [15.1] [37.3] [15.4] While the Uncompahgre Field Office has not published a Biological Assessment (BA) as

a part of the DEIS process yet, any potential reliance in the UFO BA on the 2008 Programmatic Biological Opinion for Water Depletions Associated with Bureau of Land Management's Fluid Mineral Program within the Upper Colorado River Basin in Colorado (the "Fluid Mineral PBO" or "PBO") (attached as Exhibit 311), is improper. The PBO does not take into account the enormous water depletion effects of horizontal drilling. The PBO is also unreliable in numerous other respects due to significant new information revealing that the Fluid Mineral Program may have effects on the endangered fish in a manner or to an extent not previously considered. This includes new information about (a) the potential for increased Mancos shale play development within the Piceance Basin, much of which would require horizontal drilling and therefore increased water depletions; (b) climate change effects on Upper Colorado River Basin stream flows (which is not even acknowledged in the PBO or the UFO DEIS); (c) long-term drought and increased water demand which has drastically reduced water supplies; (d) mercury and selenium pollution effects on the endangered fish; (e) declining humpback chub and Colorado pikeminnow populations and failure to meet these populations' recovery targets; (f) the Recovery Program's failure to meet recommended stream flows necessary for recovery of the endangered fish and (g) the failure of BLM to adequately monitor and track actual water use and depletions in the Upper Colorado River Basin, which could result in higher water use and greater depletions in the UFO planning area than anticipated in the PBO.

#195])>

BLM_0159476

1. Horizontal Wells Will Require Greater Water Depletions Than Previously Anticipated.

<([#196 [15.1] [15.4] [37.3] [15.2] While the 2008 PBO is designed to address any depletions resulting from oil and gas development within the Uncompahgre Field Office and other western Colorado field offices, BLM can no longer rely on that consultation for its Section 7 compliance. The PBO did not consider the likely increase in horizontal drilling and other unconventional drilling practices that deplete enormous amounts of water to develop the Mancos/Mowry and Niobrara shale plays (collectively "Mancos shale play"). Nor did it consider the use of these water-intensive practices throughout the rest of the programmatic action area, including the Grand Junction, Little Snake, Tres Rios, White River, Gunnison and Colorado River Valley Field Offices. [BLM Instruction Memorandum CO-2011-022 (April 11, 2011) (attached as Exhibit 211) ("All of the estimates in the PBO were based on using conventional vertical drilling technology.").] #196])> For example, in the White River planning area, the PBO projects that new vertical wells would consume 2.62 acre-feet per well, while in the Grand Junction planning area, vertical wells were estimated to require 0.77 acre-feet of water per well. But BLM water depletion logs indicate that between FY2011 and FY2015, the average depletion for horizontal wells in BLM's western Colorado field offices was 26.45 acre-feet of water per well in the field offices covered by the PBO. [See Water Depletion Logs (Exhibits 212-218), which are completed, pursuant to requirements within the PBO, on an annual basis by the BLM to estimate water depletion resulting from fluid minerals development on BLM lands in western Colorado.] Indeed, in FY2015 horizontal drilling in the Grand Junction Field Office resulted in a violation of the PBO's Incidental Take Statement (ITS) water depletion limit in the Colorado River sub-basin—under the ITS, water depletions are a surrogate for take. In FY2015, an operator drilled eight horizontal wells in the Grand Junction Field Office, which consumed a total of 620.87 acre-feet of water. [Id.] The total amount of water depleted in the Colorado River sub-basin by all horizontal and vertical wells was 691.09 acre-feet of water, which exceeds the 379 acre-feet annual projection for this sub-basin by 1.8 times. [Id.]

The drastic increase in the use of this water-intensive drilling technique was not considered in the PBO, nor in BLM's consultations over the recent White River, Kremmling, Little Snake, and Grand Junction RMP amendments or revisions, which only relied on the PBO regarding the RMPs' water depletion effects. These increased water depletion impacts throughout the Upper Basin could alter the Service's analysis of the cumulative effects on the endangered fish, as all BLM-authorized fluid mineral development activity within the Basin is part of a single programmatic action that impacts the endangered fish.

Moreover, recently, on June 8, 2016, the U.S. Geological Survey published a report reassessing the total technically recoverable reserves in the Mancos shale play in the Piceance Basin, including the Niobrara strata of the play. [Assessment of Continuous (Unconventional) Oil and Gas Resources in the Late Cretaceous Mancos Shale of the Piceance Basin, Uinta-Piceance Province, Colorado and Utah (2016)("USGS 2016"), available at http://pubs.usgs.gov/fs/2016/3030/fs20163030.pdf (attached as Exhibit 197).] According to the report, the Mancos shale play's total technically recoverable natural gas reserves are over 40 times greater than the USGS's 2003 estimate and is the second-largest in the U.S., behind the Marcellus shale. [See id.]

Specifically, 66.3 trillion cubic feet of natural gas, 74 million barrels of oil and 45 million barrels of natural gas liquids are potentially recoverable. [Id.] While tight gas in the younger, shallower Mancos shale intervals is produced primarily from vertical and directional wells in which the reservoirs have been hydraulically fractured, the tight gas and continuous oil and gas in the older and deeper intervals of the Mancos shale are produced mostly from horizontal wells that have been hydraulically fractured. [Id.] These reserves underlie large areas of the Grand Junction, White River, Colorado River Valley, Uncompahgre, and Gunnison Field Offices, all of which fall under the PBO. [Exhibit 219 (map showing overlap of Mancos shale with field office boundaries).]

Increasing interest in the Piceance Basin's Mancos shale play should therefore be expected in the Uncompahgre field office and these other field offices, given its enormous production potential. Indeed, since the 2003 USGS assessment, more than 2,000 wells have already been drilled and completed in one or more intervals of the study area. [Id.] A review of BLM oil and gas projects in western Colorado indicates that operators are planning a number of projects involving horizontal drilling, which would most likely target the Mancos shale. [See Center for Biological Diversity, Spreadsheet of Horizontal Well Projects in Colorado (attached as Exhibit 220) (listing horizontal well projects listed in BLM's NEPA register and projected water use).]

Accordingly, Mancos shale drilling projects could increase within the Upper Basin, including the UFO, but the PBO does not take into account this expansion in new development potential. Because the RMPs for the Uncompahgre Field Office and other Piceance Basin field offices overlapping the Mancos shale play do not limit total new wells that may be drilled, and actually, the UFO draft RMP anticipates greater oil and gas leasing within the planning area, the greater amount and availability of technically recoverable oil and gas reserves could result in the development of many more new wells in the Upper Basin than assumed in the RMPs and the PBO. For example, the RFDs for the Colorado River Valley and White River RMPs did not take into account Mancos shale drilling (other than exploratory wells) and thus such drilling is not considered in the PBO. [See White River RMP FEIS at K-358 ("Development of the Mancos and Niobrara outside the Rangely Field in Rio Blanco County in the WRFO are not [] currently well defined and are exploratory in nature. This development is in the initial stages of the exploration phase to determine of the maturity of the reservoir and the potential viability of the Niobrara within the WRFO."); see also Colorado River Valley RMP FEIS at 4-576 (attached as Exhibit 221) ("To date, use of horizontal drilling in relation to the deep marine shales [i.e., Niobrara, Mancos, and Eagle Basin formations] has been limited and is considered experimental. As a result, the development intensity, timing, and location of development of the deep marine shales was considered too speculative for quantitative impact analysis in connection with this planning process.").] Further, a substantial portion of new wells would likely be horizontal wells, as the lower strata of the Mancos formation would likely be accessed via horizontal drilling, but again, the PBO does not take into account the extraordinarily higher water use for horizontal wells. Water depletions in the Gunnison river sub-basin and throughout the entire Upper Colorado River Basin could therefore exceed projected water use estimates in the PBO.

<([#197 [15.1] [5.7] Additionally, the UFO RMP DEIS must analyze cumulative impacts from oil and gas

projects moving forward in the Uncompahgre planning area, namely the Bull Mountain Unit Master Development Plan. The Bull Mountain plan's Final Environmental Impact Statement (FEIS) anticipates the development of 146 new gas wells, half of which are assumed shale wells including horizontal drilling in the northwest portion of Gunnison County, within the UFO. [Bull Mountain Unit Master Development Plan Final Environmental Impact Statement (FEIS) (January, 2015), DOI -BLM-CO-S050-201 3-0022-EIS, at ES-1, available at http://www.blm.gov/style/medialib/blm/co/information/nepa/uncompahgre_field/13-22_bull_mountain.Par.23863.File.dat/Bull_Mtn_DEIS_Jan2015_508_reduced.pdf (attached as Exhibit 222).] The preferred alternative's water use in the Bull Mountain FEIS would exceed levels contemplated in the PBO. The FEIS estimates that construction, drilling, dust abatement, and completion of the 146 gas wells for the preferred alternative would require 2,480.2 acre-feet of water, of which 744.1 acre-feet would be fresh water.

[Bull Mountain FEIS, at ES-8 Table ES-1, ES-10-11.] Per well fresh water use, then, would amount to just over five acre-feet, nearly five times greater than the PBO's projections for vertical well depletions in the Gunnison River sub-basin. [Id.] The anticipated life of the project is six years, with an average of 27 wells drilled per year. [Compare id. at ES-7 with Exhibits 212-218 (water depletion logs).] Total fresh water depletions divided by the six year duration of the project amounts to 124 acre feet of fresh water depleted annually. As noted above, the PBO estimated total annual water depletions from the Gunnison sub-basin at 16 acre-feet—given the preferred alternative's proximity to tributaries of the Gunnison River, water would likely be taken from the Gunnison River sub-basin, although the Bull Mountain FEIS fails to clearly state the project's water source. [FEIS at 3-31, Figure 3-4.] The preferred alternative, then, would likely lead to annual water depletions from the Gunnison River sub-basin of over seven times greater than projected in the PBO. Even if water were drawn from the Colorado River sub-basin, the 124 acre-feet required annually by the preferred alternative alone would amount to nearly one third of all allowable annual depletions for the Colorado River sub-basin under the 2008 PBO. The

Uncompahgre DEIS does not contemplate or analyze water depletions from the Bull Mountain project, nor does it address projected future water depletions, in clear violation of NEPA's cumulative impacts analysis requirements. Additionally, to the extent that approval of the Uncompahgre draft RMP would rely on the PBO, such reliance is arbitrary and cannot constitute BLM's section 7 compliance. BLM must either reinitiate consultation on the PBO or initiate section 7 consultation for the UFO draft RMP DEIS. #197])>

2. Climate Change Is Reducing Stream Flows in the Upper Colorado River Basin.

<([#198 [15.4] The Uncompahgre RMP DEIS and the PBO entirely fails to acknowledge climate change

effects on Upper Colorado River Basin stream flows, and related effects on the endangered fish. [In contrast, the Biological Assessment for the Bull Mountain MDP acknowledges that climate change "could impact listed fish species and their habitats by reducing suitable habitat, changing distributions, and altering food webs and water quality, including temperatures. Additional effects of climate change may include severity and frequency of droughts, floods, and wildfires, as well as changes in the timing of snowmelt and peak flows (Isaak et al. 2012; Haak et al. 2010; Rieman and Isaak 2010; Wenger et al. 2011), all of which may impact listed fish species in the analysis area." BLM, Biological Assessment, Uncompahgre Field Office, Bull Mountain Unit

Master Development Plan and EIS, 4-9 (2015) (attached as Exhibit 223).] Anthropogenic climate change is profoundly impacting the Colorado River in ways that are altering temperature, streamflow, and the hydrologic cycle. As detailed below, changes observed to date include rising temperatures, earlier snowmelt and streamflow, decreasing snowpack, and declining runoff and streamflow. Modeling studies project that these changes will
only worsen, including continued declines in streamflow and intensification of drought. Climate change is likely to have significant effects on the endangered fish species in the Colorado River basin and the Colorado River ecosystem. #198])>

Rising temperatures

The Colorado River basin has warmed significantly during the past century, with average increases in surface temperature of 1.6°F (0.9°C) over the Southwest during 1901-2010 (Hoerling et al. 2013). [Some of the references in this section are provided as short cites in parentheses. Full citations for these parenthetical references are included in a bibliography at the end of the section.] The greatest warming has occurred in spring and summer, and in daytime high temperatures and nighttime low temperatures (Bonfils et al. 2008, Hoerling et al. 2013). Surface temperatures in the Southwest are projected to increase steeply in this century by an average of 4.5 to 7.9° F depending on the emissions scenario, with an average of 2.5 to 3°F of warming projected for 2021-2050 alone (Cayan et al. 2013). In the Colorado River basin, temperatures have increased roughly by 2° F, and "additional decades of warming are 'locked in' regardless of any behavioral changes that may or may not be implemented by the world's governments"—roughly an additional 5° F of warming can be expected in the basin by 2050 (CRRG 2016). As explained below, warming temperatures are having significant effects on streamflow, drought severity, and the hydrologic cycle in the Southwest (Barnett et al. 2008, Woodhouse et al. 2016).

Earlier snowmelt and streamflow

In much of the Colorado River basin, snowmelt, snowmelt runoff, and streamflow timing have trended earlier since the mid-1950s, in parallel with warming temperatures (Hamlet et al. 2005, Stewart et al. 2005, Barnett et al. 2008, Hoerling et al. 2013, Garfin et al. 2014). The Colorado River basin's spring pulse from 1978-2004 shifted to two weeks earlier compared to flows before 1978 (Ray et al. 2008). Although there are both natural and human influences on these hydrologic trends, studies indicate that anthropogenic greenhouse gases began to impact snow-fed streamflow timing during 1950-1999 (Barnett et al. 2008, Hidalgo et al. 2009, Hoerling et al. 2013). Modeling studies have projected that snowmelt, spring runoff, and streamflow timing will continue to shift earlier across much of the Southwest (Stewart et al. 2004, Rauscher et al. 2008, Dettinger et al. 2015).

Decreasing snowpack

The Colorado River receives most of its water from winter snowpack from the Rocky Mountains, where 15% of the total basin areas generates 85% of the river flow (Dettinger et al. 2015). Across much of the Colorado River basin, the spring snowpack is decreasing and more winter precipitation is falling as rain instead of snow (Hamlet et al. 2005, Pierce et al. 2008, Das

et al. 2009). Approximately half of the observed decline in snowpack in the western United States during 1950-1999 has been attributed to the effects of anthropogenic greenhouse gases, ozone and aerosols (Pierce et al. 2008). Modeling studies project a continued reduction of Southwest mountain snowpack during February through May during this century, largely due to the effects of rising temperatures (Cayan et al. 2013, Dettinger et al. 2015).

Declining Runoff and Streamflow

Annual runoff in the Colorado River basin appears to be declining (USBR 2011), with significant consequences for reduced streamflow. During 2001–2010, warm temperatures and dry conditions reduced average naturalized flows in the Colorado River (measured at Lees Ferry) to the second-lowest-flow decade since 1901, to 12.6 million acre-feet per year compared to the 1901–2000 average of 15.0 million acre-feet per year (Hoerling et al. 2013).

Modeling studies project that runoff and streamflow will continue to decrease substantially in the Colorado River basin during this century (Ray et al. 2008, Das et al. 2011, USBR 2011, Cayan et al. 2013, Georgakakos et al. 2014, Dettinger et al. 2015). Barnett and Pierce (2009) concluded that anthropogenic climate change is likely to reduce runoff in the Colorado River basin by 10-30% by 2050. Projected reductions in runoff range from 6-7% (Christensen and Lettenmaier 2007) to 45% (Hoerling and Eischeid 2007) depending on the models and methods used in each study (see Barnett and Pierce 2009 at Table 2). In the short term, Hoerling and Eischeid (2007) predict streamflow to decrease by 25% during 2006-2030, and by 45% during 2035-2060.

Importantly, numerous studies show that warming temperatures alone will cause runoff and streamflow declines in the Colorado River basin. For example, in a recent review, Vano et al. (2014) estimated that future streamflow in the Colorado River basin will be reduced by 5% to 35% due to rising temperature alone. When precipitation change is considered, a 5% decrease in precipitation would further reduce streamflow by 10% to 15% (Vano et al. 2014).

Moreover, warming temperatures will play an increasingly important role in causing runoff to decline in the Colorado River basin, and must be factored into streamflow forecasts (Woodhouse et al. 2016). An empirical study of the influence of precipitation, temperature, and soil moisture on upper Colorado River basin streamflow over the past century found that warmer temperatures have already resulted in flows less than expected based on precipitation levels (Woodhouse et al. 2016). Consistent with past research, the study found that cool season precipitation explains most of the variability in annual streamflow. However, temperature was highly influential in determining streamflow under certain conditions. The study concluded that "[s]ince 1988, a marked increase in the frequency of warm years with lower flows than expected, given precipitation, suggests continued warming temperatures will be an increasingly important influence in reducing future UCRB water supplies." The researchers warned that "streamflow forecasts run the risk of overprediction if warming spring and early summer temperatures are not adequately considered."

According to the study's press release it is the "first to examine the instrumental historical record to see if a temperature effect [on stream flows] could be detected."

BLM_0159481

[American Geophysical Union, Colorado River Flows Reduced by Warmer Spring Temperatures (March 9, 2016), available at http://news.agu.org/press-release/colorado-riverflows-reduced-by-warmer-spring-temperatures/ (attached as Exhibit 236).]
The study's lead author highlighted its significance: "If we have a warmer spring, we can anticipate that the flows will be less relative to the amount of snowpack[.]....What we're seeing is not just the future – it's actually now. That's not something I say lightly." [Id.]

Increasing Drought Severity

Historically, droughts in the Colorado River basin were primarily driven by precipitation deficits. However, studies indicate that rising temperatures have begun to play a more important role in driving droughts (Hoerling et al. 2013, Vano et al. 2014). Importantly, rising temperature superimposed on natural drought variability is expected to exacerbate the impacts of droughts (Seager et al. 2012, Cook et al. 2015). Modeling studies project that droughts in Southwest will intensify due to longer periods of dry weather and more extreme heat, leading to higher evapotranspiration and moisture loss (Seager et al. 2007, Cayan et al. 2010, Trenberth et al. 2013). In the Colorado River basin, future droughts are projected to be substantially hotter, and drought is projected to become more frequent, intense, and longer lasting than in the historical record (Garfin et al. 2014). Moreover, under a business-as-usual GHG emissions scenario, the risk of mega-drought in the southwest would increase to 70-99% by the end of the century (Ault 2016). This substantial risk of mega-drought would exist regardless of how or whether precipitation changes.

Reduced reservoir levels and unsustainable demand for water

Of the more than 90 reservoirs on the river and its tributaries, the two largest are Lake Mead and Lake Powell which together can store up to 85% of the total flow for the basin combined (Christensen et al. 2004). Reservoirs in the Colorado River basin are highly vulnerable to climate change, particularly because the amount of storage in reservoirs is sensitive to runoff changes (Barnett and Pierce 2008). Even small decreases in runoff have caused average reservoir levels to markedly decrease (Christensen et al. 2004). Christensen et al. (2004) predicted that climate change impacts on the hydrology of the Colorado River system would result in water demand (deliveries and evaporation) exceeding reservoir inflows (which would also be decreased), resulting in a degraded system. Likewise, Barnett and Pierce (2008) projected that a 10% reduction in runoff would result in requested water deliveries surpassing sustainable deliveries by 2040, while a 20% reduction in runoff would cause unsustainable water demands by 2025. A greater demand than supply makes the system more prone to long-term sustained droughts, as reservoirs will not have sufficient time to be naturally replenished and more water will be extracted from a dwindling supply than is sustainable (Christensen and Lettenmaier 2007). Reservoirs would spend additional time in a depleted state, weakening the system's buffering ability in years where there is low precipitation (Barnett and Pierce 2009).

A recent Bureau of Reclamation report looks at how climate change will affect water supplies in the West and finds that warming weather will increase the likelihood of shortages, particularly for farmers. [U.S. Department of the Interior Bureau of Reclamation. Secure Water Act Section 9503(c) – Reclamation Climate Change and Water, at 10-13, March 2016 (Chapter

BLM_0159482

10 attached as Exhibit 237)] In addition to runoff changes, increased temperatures are expected to increase the demand for irrigation water and for Reclamation's hydroelectricity, as well as for water dedicated to maintaining habitat for fish and other river species. [Kahn, Debra, Climate change bodes ill for Western supplies, E&E Reporter: The Politics and Business of Climate Change (March 2016) (attached as Exhibit 312).] Collectively, the impacts of climate change to water resources give rise to difficult questions about how best to operate Reclamation facilities to address growing demands for water and hydropower now and how to upgrade and maintain infrastructure to optimize operations in the future. [U.S. Department of the Interior Bureau of Reclamation. Secure Water Act Section 9503(c) – Reclamation Climate Change and Water at 1-10 (Chapter 1 attached as Exhibit 238).]

***

In addition to reducing the overall amount of water in the Upper Colorado River Basin, these climate change effects would worsen effects from toxic spills by increasing the concentration of pollutants and toxic contaminants. Climate change is also likely to further exacerbate mercury and selenium effects on the endangered fish. Mercury deposited into soil from coal burning, or selenium naturally found in Mancos rock outcrops or soil, will increasingly run off into streams with increased heavy rainfall events. [National Wildlife Federation, Swimming Upstream: Freshwater Fish in a Warming World, 19 (2013), available at http://www.nwf.org/~/media/PDFs/Global-Warming/Reports/NWF-Swimming%20Upstream-082813-B.ashx (attached as Exhibit 240).] More frequent and severe wildfire events will result in increased charring of soil, releasing mercury and selenium that can wash off into streams. [Id.] Warmer water conditions will hasten the conversion of mercury into toxic methylmercury, [Id.] and reduced flows will increase mercury and selenium concentrations.

<([#199 [15.1] Ample evidence, including empirical research, demonstrates that climate change is
already reducing stream flows in the Colorado River Basin and that flows will continue to dwindle as Colorado Basin temperatures rise. Accordingly, BLM must either reinitiate consultation on the PBO or initiate section 7 consultation for the UFO draft RMP DEIS. #199])>

[See references on page 154 of pdf]

3. Persistent Drought Conditions and Increasing Water Demand Have Reduced Water Supply.

<([#200 [15.1] Compounding this threat to the endangered fish are persistent drought conditions that
have diminished natural flows in the Colorado River Basin and reduced water storage that is needed to supplement Upper Basin flows. The period from 2000 to 2015 was the lowest 16-year period for natural flow in the last century, and one of the lowest 16-year periods for natural flow in the past 1,200 years, according to paleorecords. [Bureau of Reclamation, Managing Water in the West: SECURE Water Act Section 9503(c) Report to Congress, Chapter 3, Colorado River Basin at 3-64 (2016) (Chapter 3 attached as Exhibit 241).] As a result, water storage in the Colorado River system reservoirs have declined "from nearly full to about half of capacity," and led to local shortages in the Upper Colorado's sub-basins. [Id.]

Further, population growth will increase water demand for agriculture and municipal uses, making it increasingly difficult to ensure sufficient water availability for the endangered fish, which rely on the release of stored water, especially in dry years. [See id. at 3-7, 3-8.] An ever widening gap between water supply and water demand is weakening the Colorado River water supply system's reliability and ability to buffer the system in dry years. [Id. at 3-10, 3-12.] According to the U.S. Geological Survey, "increased water demand and declining water availability make the restoration of endangered fish habitat extremely challenging." This growing gap between supply and demand in the Upper Colorado River Basin must be taken into account in a reinitiated consultation. #200])>

4. Mercury and Selenium Are Adversely Impacting the Endangered Fish.

New scientific information regarding (a) mercury and selenium effects on fish reproduction and population viability, (b) mercury and selenium concentrations in Upper Colorado and White River fish, (c) the potential role of oil and gas development in mercury contamination levels in the White River, (d) the potential for development of the Mancos shale play to increase selenium pollution, and (e) the relationship between climate change and mercury and selenium toxicity constitutes new information revealing that the Fluid Mineral Program may have effects on the endangered fish to an extent that was not considered in the PBO, and requires reinitiation of consultation over the Fluid Mineral Program. [50 C.F.R. § 402.16(b).]

Mercury contamination is harming Colorado pikeminnow populations

<([#201 [15.3] The Uncompahgre DEIS and Fluid Mineral PBO's discussion of the environmental
baseline for, and threats to, the Colorado pikeminnow and razorback sucker contains no discussion whatsoever of environmental and tissue mercury contamination or the resulting toxicity and reproductive impairment to the endangered fish. Significant new research since the Uncompahgre DEIS and the 2008 PBO has demonstrated that elevated levels of mercury in Colorado pikeminnow muscle tissue, including within the Upper Colorado River Basin, are at concentrations likely to cause reproductive and behavioral impairment to the fish. [USFWS, Upper Colorado River Endangered Fish Recovery Program, Colorado pikeminnow (Ptychocheilus lucius), 5-Year Review: Summary and Evaluation 21 (2011) ("[T]he recovery goal revision needs to consider the impacts of mercury. . . the majority (64 %) of Colorado pikeminnow may be experiencing some reproductive impairment through mercury exposure.") (attached as Exhibit 309) ("Colorado Pikeminnow 5-year Review"); USFWS, Biological Opinion for the Four Corners Power Plant and Navajo Mine Energy Project at 76 & Table 3 (April 8, 2015) ("Four Corners Biological Opinion") (attached as Exhibit 243).] #201])>

Mercury is a potent neurotoxin shown to cause numerous reproductive and endocrine impairments in fish in laboratory experiments, including effects on production of sex hormones, gonadal development, egg production, spawning behavior, and spawning success.
[USFWS, Draft 2014-2015 Assessment of Sufficient Progress Under the Upper Colorado River Endangered Fish Recovery Program in the Upper Colorado River Basin, and of Implementation of Action Items in the December 20, 1999, 15-Mile Reach Programmatic

BLM_0159484

Biological Opinion and December 4, 2009, Gunnison River Basin Programmatic Biological Opinion, 10 (Oct. 7, 2015) ("Sufficient Progress Assessment") (attached as Exhibit 244).] Concentrations of mercury in Colorado pikeminnow in the Upper Basin are documented to be well in excess of the thresholds for reproductive impairment and population-level impacts. [See Barb Osmundson and Joel Lusk, Field assessment of mercury exposure to Colorado pikeminnow within designated critical habitat (May 5, 2011) ("Osmundson & Lusk 2011") (attached as Exhibit 245).] 2008-2009 muscle tissue averages were 0.60 mg/Kg Hg for Colorado pikeminnow in the Upper Colorado basin and 0.95 mg/Kg Hg for Colorado pikeminnow in the White River – well above the 0.2 mg/kg threshold of concern. [See Four Corners Biological Opinion at 76 & Table 3 (attached as Exhibit 243); see generally Beckvar, N., T.M. Dillon, and L.B. Reads, Approaches for linking whole-body fish tissue residues of mercury or DDT to biological effects threshold, Environmental Toxicology and Chemistry 24:2094-2105 (2005) (attached as Exhibit 246).]

Mercury deposition and accumulation in critical habitat is attributable to a number of local and global factors, including air emissions from coal-fired power plants both in the immediate region and around the world. [See Four Corners Biological Opinion at 73-74 (attached as Exhibit 243); Osmundson & Lusk 2011 at 9-10 (attached as Exhibit 245).] In addition, because of discrepancies in mercury concentrations between pikeminnow in the Yampa and White Rivers, research suggests that "[i]t is possible that there is some localized sources of mercury contamination into the White River drainage connected with oil and gas exploration and development." [Id. at 29.]

Once mercury is deposited on land or water, it is converted into a biologically available form, methylmercury (MeHg) by bacteria. Methylmercury "bioaccumulates in food chains, and particularly in aquatic food chains, meaning that organisms exposed to MeHg in their food can build up concentrations that are many times higher than ambient concentrations in the environment." [Four Corners Biological Opinion at 73 (attached as Exhibit 243).] Once it accumulates, mercury is a potent neurotoxin, affecting fish in many ways, including brain lesions, reduced gonadal secretions, reproductive timing failures, reduced ability to feed, suppressed reproductive hormones, reduced egg production, reduced reproductive success, and transfer of mercury into developing eggs. [See Lusk, Joel D., USFWS, Mercury (Hg) and Selenium (Se) in Colorado Pikeminnow and in Razorback Sucker from the San Juan River, 17 (2010), available at https://www.fws.gov/southwest/sjrip/pdf/DOC_Evaluation_Hg_Se_SJR_pikeminnow%20or_razorback_SJRIP_BC_2010.pdf. (attached as Exhibit 247] Although the precise effects vary with relative concentrations, mercury and selenium may have synergistic toxic effects at certain ratios. [Four Corners Biological Opinion at 103 (attached as Exhibit 243).]

The Service has acknowledged that its recovery planning for the Colorado pikeminnow needs updating to reflect this new information regarding mercury:

In addition, the recovery goal revision needs to consider the impacts of mercury. Beckvar et al. (2005) associated studies involving survival, growth, reproduction, and behavior and recommended that 0.2 mg/kg in whole fish be viewed as protective, while adverse biological effects are more likely at higher

BLM_0159485

concentrations. Based on this threshold, the majority (64 %) of Colorado pikeminnow may be experiencing some reproductive impairment through mercury exposure. Management strategies for controlling anthropogenic mercury emissions are necessary as atmospheric pollution can indirectly affect this endangered species, its critical habitat, and its recovery by ambient air exposure, deposition into aquatic habitat and bioaccumulation in diet and in fish tissues. [Colorado Pikeminnow 5-year Review at 21 (attached as Exhibit 309); see also Significant Progress Assessment at 10-11 (attached as Exhibit 244).]

Moreover, the Service's 2015 Sufficient Progress Assessment for the Recovery Program acknowledges that population viability studies show that mercury- and selenium-related reproductive impairment is likely to influence population levels in the San Juan Basin, [Sufficient Progress Assessment at 10-11 (attached as Exhibit 244).] but no comparable analysis has yet been done for the higher levels of contamination present in Upper Colorado River Basin fish.

The significant difference in mercury concentrations in fish found in the neighboring Yampa and White Rivers also offers significant new information potentially relevant to the effect of BLM-authorized oil and gas development. Osmundson and Lusk found very high (average 0.95 mg/Kg WW) mercury concentrations in Colorado pikeminnow and in the White River, and lower (0.49 mg/Kg) concentrations in the neighboring Yampa. [Osmundson & Lusk 2011 at 21 & Table 2 (attached as Exhibit 245).]
Based on this discrepancy, they noted:

The Yampa and White rivers are relatively close geographically in northwestern Colorado. Because of this proximity, it is interesting that the Yampa River had the lowest mercury concentrations in Colorado pikeminnow while the White River had the highest mercury concentrations. If most of the mercury was from aerial wet and dry deposition, the two drainages should be similar. This difference may indicate a localized source/s of mercury contamination into the White River drainage. There are currently >2,600 gas and oil wells in Rio Blanco county. It is possible that there is some localized sources of mercury contamination into the White River drainage connected with oil and gas exploration and development. [Id. at 29 (citations omitted).]

Although site-specific information for the Upper Basin planning areas appears scarce, there is scientific as well as circumstantial evidence that oil and gas operations can contribute to mercury contamination. [See U.S. EPA, National Risk Management Research Laboratory, Mercury in Petroleum and Natural Gas: Estimation of Emissions from Production, Processing, and Combustion, EPA/600/SR-01/066 (Oct. 2001) (attached as Exhibit 248); Visvanathan, C., Treatment and Disposal of Mercury Contaminated Waste from Oil and Gas Exploration Facilities, available at http://citeseerx.ist.psu.edu/viewdoc/download?doi=10.1.1.549.9515&rep=rep1&type=pdf (attached as Exhibit 249).]
The Fluid Mineral PBO does not consider the effect of oil and gas development within the White River watershed on the threat to Colorado pikeminnow and

BLM_0159486

razorback sucker from mercury toxicity.

Nor does the PBO give any consideration to the multiple ways in which climate change will exacerbate mercury and selenium contamination and toxicity. Climate change can foreseeably be predicted to increase heavy rainfall events and ensuing runoff, increase pollutant concentrations due to reduced flows during low-flow periods, and contribute to increased methylmercury conversion due to higher temperatures.

Selenium pollution is harming the endangered fish

<([#202 [15.4] The Uncompahgre DEIS acknowledges, without detail or quantitative analysis, that "selenium is a particularly important issue in the Gunnison River Basin, as elevated levels are the suspected cause of reproductive failure of select species of warm water fishes in the Lower Gunnison River. The most widespread impairment to area water quality is excessive selenium. Elevated levels of selenium have been shown to cause reproductive failure and deformities in fish and aquatic birds and are suspected to be the cause of reproductive failures in select species in the Lower Gunnison River." UFO RMP DEIS at 3-31. While the UFO RMP does reference its participation in the Gunnison River Basin Selenium Management Program (SMP) as part of a 2009 programmatic Biological Opinion for selenium in the Gunnison River, the UFO RMP does not address how they are monitoring or minimizing selenium loadings from non-agricultural nonpoint sources in this RMP, especially for potential fossil fuel development. In fact, in the 2011 "Program Formulation Document" for the SMP, as well as its latest (2014) Annual Progress Report, it stated that BLM will "address selenium in new [Uncompahgre] Resource Management Plan." [U.S. Bureau of Reclamation, Selenium Management Program: Program Formulation Document Gunnison River Basin, Colorado, Prepared by Selenium Management Program Workgroup at 69 (December 2011), available at http://www.usbr.gov/uc/wcao/progact/smp/docs/Final-SMP-ProgForm.pdf (attached as Exhibit 250); U.S. Bureau of Reclamation, Selenium Management Program Annual Report at 23 (2014) available at http://www.usbr.gov/uc/wcao/progact/smp/docs/SMP-2014AnnualRep.pdf (attached as Exhibit 251).] There is no substantive review of the SMP or requirements within the SMP referenced anywhere in the draft UFO RMP DEIS. The effects of selenium on endangered fish species in the UFO are extensively documented in the below comments. #202])>

Selenium harms the endangered fish and other aquatic species through bioaccumulation in the food chain. Concentrations of 3μg/g in the food chain have been found to cause gill and organ damage in certain fish and may lead to death. [Lemly, A.D., Appalachian Center for the Economy & the Environment and Sierra Club, Aquatic hazard of selenium pollution from mountaintop removal coal mining, 3 (2009) ("Lemly 2009") (attached as Exhibit 252).] These bioaccumulative effects resulting in direct toxicity to juvenile and adults are known as "Type 1" effects. Moreover, selenium bioaccumulation can result in maternal transfer of selenium to fish egg yolks and lead to developmental abnormalities, known as "Type 2 effects." [Lemly 2009 at 3 (attached as Exhibit 252); Hamilton, S.J., Review of residue-based selenium toxicity thresholds for freshwater fish, Ecotox. Environ. Saf. 56: 201-210 (2003) (attached as Exhibit 253).] Waterborne concentrations of selenium in the 1-5 μg/L range can bioaccumulate and lead to Type 1 and/or Type 2 effects. [See id.]

Recent studies reveal significant exposures of the endangered fish to selenium. In one study analyzing selenium concentrations of 26 fish specimens collected from designated critical habitat in the Gunnison River, one Colorado pikeminnow specimen exhibited concentrations in muscle plugs that exceeded the 8 micrograms per gram dry weight toxicity guideline for selenium in fish muscle tissue. [May, Thomas W. and Michael J. Walther, USGS, Determination of selenium in fish from designated critical habitat in the Gunnison River, Colorado, March through October, 2012, Open-File Report 2013-1104, 2 (2013) (attached as Exhibit 254).] Several species, including the razorback sucker and Colorado pikeminnow, exhibited selenium exposures in excess of the critical concentration at which Type 1 health effects begin to occur. [Id.]

In the Lower Gunnison River Basin, 2014 data indicated a range of dissolved selenium (chronic values) from 0.97 µg/L to 16.7 µg/L along the Uncompahgre River. Out of 18 sites in the lower Gunnison that were considered, the Colorado water-quality standard for chronic dissolved selenium of 4.6 µg/L was exceeded at two sites. [Henneberg, M.F., 2014 annual summary of the lower Gunnison River Basin Selenium Management Program water-quality monitoring, Colorado: U.S. Geological Survey Open-File Report 2016–1129, 25 p. (2016), http://dx.doi.org/10.3133/ofr20161129 (attached as Exhibit 255).] In regards to acute values, the range measured was from 1.1 µg/L for a portion of the Uncompahgre River to 125 µg/L along a portion of Loutzenhizer Arroyo, with 125 µg/L being well in excess of any criteria for instantaneous selenium measurements. [Id.] In another 2015 study, mean concentrations of selenium in various fish species in the lower Colorado River Basin exceeded the risk for maternal transfer to eggs, while selenium concentrations in various species of macroinvertebrate prey exceeded the risk value for larval fishes. [Walters, David M., et al. Mercury and selenium accumulation in the Colorado River food web, Grand Canyon, USA. Environmental Toxicology and Chemistry, 34(10):2385-2394, 2390 (2015) (attached as Exhibit 256).] Average selenium concentrations in the studied fish species were found to be 2- to 4-fold higher than the risk threshold for piscivorous (fisheating) wildlife, with samples exceeding this threshold in 81-100% of cases depending on the species. The risk value for larval fishes, who either absorb selenium via maternal transfer to eggs or through invertebrate diet, was exceeded in 56-100% of cases depending on the adult species (with risk posed to larvae due to maternal transfer), and 86-100% of cases among invertebrates (with risk posed to larval fishes through diet). Thus, the transfer of selenium toxicity from invertebrates to fish to piscivores is readily observable. [Id.]

Natural erosion and runoff, as well as selenium leaching into irrigation runoff, are the primary sources of this toxic pollutant. The weathering of Cretaceous marine shales can produce high selenium soils, which are present in many areas of the western U.S. [Lemly, A.D., Guidelines for evaluating selenium data from aquatic monitoring and assessment studies. Environ. Monitor. Assess. 28(1):83-100 (1993) (attached as Exhibit 257).] Most notable of these Cretaceous shales is the Mancos Shale, which is found in Colorado, Utah, Wyoming, New Mexico, and Arizona. Irrigation of selenium-rich soils for crop production in arid and semi-arid regions can mobilize selenium and move it off-site in surface water runoff or via leaching into groundwater. Groundwater in contact with the Mancos Shale is known to have

high levels of selenium due to leaching, and irrigation activities on Mancos Shale have led to selenium loading of nearby rivers and streams such as those in the Colorado River Basin. [Environmental Sciences Laboratory, Natural Contamination from the Mancos Shale, U.S. Department of Energy, Doc. No. S07480 (2011) (attached as Exhibit 258).] As discussed previously, increased exploitation of the Mancos shale play could also put surface waters and endangered fish at risk. Selenium-laced produced water from oil and gas operations may find a pathway to surface waters via hydraulically induced fractures in Mancos shale rock, or via surface spills.

5. Population Numbers of the Endangered Fish Are Declining.

Colorado pikeminnow populations are in decline throughout the Green River and Colorado River Basin, indicating that the Recovery Plan for the endangered fish has not been effective and that the impacts of water depletions could be more severe than previously anticipated.

According to Fish and Wildlife Service, the latest 2014 Colorado River sub-basin population number of 501 is "cause for great concern," and catch of sub-adults and adults in 2013 and 2014 "were near lowest observed in the history of the project." [Sufficient Progress Assessment at 23, 36 (attached as Exhibit 244).]
2015 catch numbers are within the same range, which suggests that the population estimate for 2015 will be similar to the 2014 estimate. [See USFWS, Monitoring the Colorado Pikeminnow Population in the Mainstem Colorado River via Periodic Population Estimates, 3 (Nov. 2015), available at http://www.coloradoriverrecovery.org/documents-publications/work-plandocuments/arpts/2015/rsch/127.pdf (attached as Exhibit 259) (showing similar capture rates of pikeminnow in 2014 and 2015).] Preliminary data show that the Green River sub-population is "in decline throughout the entire Green River Subbasin" and has fallen under 2,000, below the minimum viable population of 2,600 adults. [Sufficient Progress Assessment at 7 (attached as Exhibit 244).] The Yampa River portion of the sub-basin population also "remains low and may be in further decline." [Id.] Recent studies show that Colorado pikeminnow declines in the Yampa River are linked to "persistent high densities of nonnative predators (e.g., smallmouth bass and northern pike)," and that northern pike are outnumbering Colorado pikeminnow by three to one. [Id. at 8.]

Humpback chub numbers are also low. Fish and Wildlife Service is "concerned that wild populations of humpback chub in Black Rocks and Westwater Canyon of the Colorado River (near the Colorado-Utah state line) have not recovered from declines detected in the late 1990's. The reason for those population declines is uncertain." [Id. at 36.] After this steep reduction, the Black Rocks/Westwater population continued to decline. [Id. at 13.]
In 2008, the population "dropped below the population size downlist criterion (MVP = 2,100 adults) for the first time." [Id.] In 2011 and 2012, the core population estimates were 1,846 and 1,718, respectively. [Id. at 13-14.]

The Desolation/Gray Canyons population in the Green River has also not met the population-size downlist criterion, and was observed to be "trending downward" based on 2006-2007 population estimates.[Id. at 12.] This trend has been attributed to "increased nonnative fish

BLM_0159489

abundance and habitat changes associated with dry weather and low river flows." [Id. at 23.] The 2014 estimate is 1,863 adults, substantially below the 2,100-adults recovery criterion. [Id. at 12.]

These declining population numbers are new baseline conditions, such that the endangered fish could be more vulnerable to water depletion and other oil and gas development effects than previously assumed. These downward trends also strongly suggest that the Endangered Fish Recovery Program is not achieving recovery targets nor adequately offsetting water depletion effects as intended.

6. The Recovery Program Is Failing to Meet Recommended Flows.

<([#203 [15.1] A consistent pattern of failing to meet recommended flows in the Colorado River's 15-
Mile Reach requires BLM and the Service to reinitiate consultation over the Fluid Mineral Program.
#203])>
The Recovery Program establishes minimum recommended flows within various segments of the Upper Colorado River Basin that should be maintained to ensure recovery of the endangered fish. [See id. at 41; USFWS, Final Programmatic Biological Opinion for Bureau of Reclamation's Operations and Depletions, Other Depletions, and Funding and Implementation of Recovery Program Actions in the Upper Colorado River above the Confluence with the Gunnison River, 54 (Dec. 1999) ("Colorado River PBO"), available at http://www.coloradoriverrecovery.org/documents-publications/section-7-consultation/15mile/FinalPBO.pdf (attached as Exhibit 260).] The PBO's effects analysis assumes that, at the very least, the minimum recommended flow of 810 cubic feet per second (cfs) for dry years will be maintained within the 15-Mile Reach of the Colorado River within Colorado's Grand Valley in the Grand Junction Field Office. [PBO at 42, 48.]
The 15-Mile Reach extends from the confluence of the Gunnison River in Grand Junction to Palisade, Colorado, fifteen miles upstream. [PBO at 4.] According to the Service, when flows drop below 810 cfs, "habitat becomes compromised to the point that adult pikeminnow likely vacate the 15-Mile Reach to points downstream where flows increase either due to tributary input from the Gunnison River or irrigation return flow." [See Sufficient Progress Assessment at 34-35 (attached as Exhibit 244); Osmundson, Douglas B. & Patrick Nelson, USFWS, Relationships Between Flow and Rare Fish Habitat in the '15 Mile Reach' of the Upper Colorado River Final Report, 6 (1995), available at http://www.coloradoriverrecovery.org/documents-publications/technicalreports/isf/OsmundsonNelson1995.pdf (attached as Exhibit 261) ("Osmundson 1995").]

The 15-Mile Reach is one of the most important habitats to the Colorado pikeminnow and razorback sucker, [PBO at 36, 42; Colorado River PBO at 25, 32, 45 (attached as Exhibit 260); Osmundson 1995 at 6.] providing important spawning grounds for both species and year-round habitat for the Colorado pikeminnow. [PBO at 36; Colorado River PBO at 31-32.]

In its discussion of the environmental baseline, the Fluid Mineral PBO notes various recommended flows for the Colorado River sub-basins, including minimum flows for wet years, wet-average years, dry-average years, and dry years. [PBO at 41-44.] The PBO notes that in

BLM_0159490

some recent years, recommended flows have not been met in the 15-Mile Reach. [See id. at 42-44 (e.g., "Since the publication of the spring flow recommendations in 1991, peak 1-day average flows through the 15-mile reach have been below 12,900 cfs approximately one-third of the years through 2006 and these targets have not been met."); id. at 42 ("Mean monthly flows have…dropped below 810 cfs [the minimum flow for drought years] for at least one of the summer-time months during 7 of the last 17 years (1991-2007).").  However, the PBO's effects analysis assumes that the lowest recommended flow for dry years (810 cfs) will be maintained; this minimum flow is the baseline by which the PBO determined the Fluid Mineral Program's depletion effects on the Colorado pikeminnow. [Id. at 48.]

The Endangered Fish Recovery Program's latest Sufficient Progress Assessment indicates that recommended flows for dry years in the 15-Mile Reach of the Colorado River were not met in 2012 and 2013.465 Flows also fell short of recommended levels in 2015, despite it being a dry-average precipitation year. In April, May, August and October 2015, the 15-Mile Reach missed the recommended minimum average flows for those months for dry-average precipitation years. [Compare Colorado River PBO at 40-41 (recommended mean monthly stream flows for 15- Mile Reach) with Exhibit 262 & Email from Tom Chart, FWS, Director, Upper Colorado River Endangered Fish Recovery Program to Wendy Park (July 15, 2016) (attached as Exhibit 263) (chart indicating dry, average, and wet precipitation years).] This average year shortfall (following a "wet-average" year) strongly suggests that minimum recommended flows for later dry years will almost certainly not be met when water will be scarcer, and as declining stream flows overall due to climate change weaken the Recovery Program's ability to supplement natural flows in dry years. [See n. 415 above & accompanying text (noting ability to buffer Colorado River system will become more difficult as streamflows decrease).] Indeed, in the period since the PBO was adopted, between 2009 and 2015, the Recovery Program has failed to meet mean monthly recommended flows in the 15-Mile Reach in over half of all months. [See Exhibit 264 (spreadsheet showing 15-Mile Reach flows and months with shortfall).] This new information strongly suggests that critical habitat within the 15-Mile Reach is likely to be unsuitable for the Colorado pikeminnow and razorback sucker in dry years, and that flow depletions from oil and gas development will only exacerbate these unsuitable conditions and reduce these species' chances of recovery.

<([#204 [15.1] The Recovery Program's continuing pattern of failing to meet recommended flows is new information revealing that the Fluid Mineral Program may have effects on the endangered fish to an extent that was not considered in the PBO or in the Uncompahgre RMP DEIS, and requires reinitiation of consultation over the Fluid Mineral Program or more specifically to the Uncompahgre RMP DEIS.
#204])>

D. <([#205 [30.3] The UFO Failed to Sufficiently Consider Traffic Impacts That Will Result from Increased Oil and Gas Development.
#205])>

<([#206 [30.3] The UFO's NEPA analyses must include analysis of impacts from increases in vehicle traffic that development authorized under the RMP/EIS would induce. For example, cases have required NEPA analyses of proposed casino projects to include impacts of increases in vehicle traffic the projects would induce. See Michigan Gambling Opposition v. Kempthorne,

525 F.3d 23, 29 (D.C. Cir. 2008); Taxpayers of Michigan Against Casinos v. Norton, 433 F.3d 852, 863
(D.C. Cir. 2006). #206])>

<([#207 30.3] [41.2] As noted above, fracking requires huge amounts of water, and consequently a great
number of tanker truck trips to transport this water and chemicals to the site and to transport waste from the site. See EIS at 4-28 (noting that all alternatives assume that 100 percent of drilling/completion fluids are delivered and disposed of by truck, and 100 percent of produced water and condensate is disposed of by truck). Given that fracking can require thousands of round trips by heavy trucks when developing each well – the impacts of which are compounded exponentially for development of an entire oil and gas field – it is clear that this heavy industrial transport activity will result in dramatic impacts. However, the RMP/EIS underestimates truck traffic and provides an understated and cursory analysis of its impacts, which fails to satisfy the agency's NEPA obligations.
#207])>
<([#208 30.3] Specifically, the RMP/EIS fails to undertake a substantive analysis of the impacts from
oil and gas related traffic. The RMP/EIS acknowledges that oil and gas development will result in increased traffic, see e.g., EIS at 3-206, 4-478. However, the RMP/EIS makes no effort to take a meaningful look at the effects from this significant rise in traffic, merely mentioning generalized impacts from delays, dust, road degradation, and increased vehicle safety concerns as potential negative impacts to the area. Id. This type of cursory analysis fails to satisfy the UFO's hard look obligations. #208])>

<([#209 30.3] [41.2] Absent from the RMP/EIS, for example, is any attempt by the agency to estimate increased maintenance demands, consider safety costs for increased roadway use, increased traffic accidents and associated medical impacts and burdens on local hospitals, burdens on first
responders and the criminal justice system, or to even project where or how many miles of access roads will be constructed. Moreover, while the RMP/EIS calculates projected emissions caused by oil and gas related traffic, see Emission Inventory Technical Support Document Appendix A at A-5, the RMP/EIS underestimates the number of truck trips needed per well associated with the more water-intensive techniques necessary for hydraulic fracturing.
#209])>
<([#210 [41.2] [30.3] A recent and comprehensive 2013 study by Boulder County, Colorado of the impacts of fracking-related truck traffic (hereafter "Boulder Study"), concluded that the hydraulic fracturing process for a single well would require an average of 1,400 one-way truck trips just to haul water to and from the site. See Boulder Study at 8. Using national data, the study also finds that taking into account the full development process (construction, drilling, and completion), the average fracked well requires 2,206 one-way truck trips. Id. at 10. This figure does not include production phase trips, which could add an additional 730 truck trips per year depending on various factors including the success of the well and whether it is re-fracked. Id.

The Boulder Study serves as an example of what BLM should analyze in its EIS. The Study uses this trip generation data to analyze the impacts of oil and gas development on the

county's roadway system and, ultimately, to quantify these impacts in terms of maintenance and safety costs. Id. at 4. To establish a baseline, the Study inventoried current roadways including surface conditions, traffic volumes, and shoulder widths. In addition to the number of truck trips, the Study also examined the vehicle classification, load, origin, and destination of the trips. Finally, road deterioration and safety costs are calculated under three development scenarios, resulting in an average cost of $36,800 per well over 16 years. Id. at 55. The Boulder Study is just one example of the type of quantitative analysis of oil and gas related traffic that can be completed with currently available information.
#210])>

E. The UFO Failed to Consider the Impacts of Unregulated Pipelines.

<([#211 [41.1] Furthermore, the BLM did not consult agencies with pipeline safety jurisdiction and did
not consider the environmental, public safety, and human health impacts associated with a web of unregulated gas gathering pipelines. EIS 5-5. Rural gas gathering pipelines are exempt from federal pipeline safety regulations and therefore state regulation. 49 CFR § 192. Unregulated gas gathering pipelines are at higher risk of failure than regulated pipelines. See PHMSA Notice of Proposed Rulemaking on Gas Transmission and Gathering Lines 68 Fed. Reg. 20728 (April 8, 2016) (amending 49 CFR Parts 191 and 192). #211])>

BLM failed to consider the following in its risk analysis:

1. <([#212 [41.1] The lack of risk management regulations to ensure public safety when it comes to rural
gas gathering pipelines.

a. Under current federal and state regulations, the BLM and oil and gas operators have no way of assuring the public that rural gas gathering pipelines will be properly constructed to prevent risks of failure. Regulatory agencies do not have specific knowledge of the construction of rural gas gathering pipelines because they are largely non-jurisdictional to federal and state oversight. [See Letter from Joe Molloy, Section Chief, COPUC Pipeline Safety Program, to Natasha Leger (October 17, 2016) (attached as Exhibit 305) ("Molloy Letter").]

b. Under current federal and state regulations, oil and gas operators do not have an obligation to disclose incremental failures that may occur or may have occurred on unregulated gas gathering pipelines. All oil and gas operators are only required to report gas leaks that necessitate evacuation of people or closure of a public road, or result in a defined incident. [Id.]

c. Non jurisdictional pipeline operators are not required to take all practicable measures to protect pipelines from "washouts, floods, unstable soil, landslides, or other hazards that may cause the pipeline to move or to sustain abnormal loads." [See id; 49 CFR 192.317.] While Colorado pipeline safety regulators expect "that an operator be able to demonstrate through appropriate documentation that it has addressed its obligations under §192.317… which would include addressing all potential geologic hazards,"

this is not guaranteed. BLM has not demonstrated that it has taken geologic hazards into consideration from a pipeline safety perspective.

d. The Pipeline Hazardous Materials and Safety Administration (PHMSA) has exclusive jurisdiction over pipeline safety. Interstate pipelines are delegated to the states via an interagency agreement with PHMSA called a "certification agreement." [A Regulatory Review of Liquid and Natural Gas Pipelines in Colorado at 4 (December 2014) (attached as Exhibit 306).]
While BLM consulted the Colorado Oil and Gas Conservation Commission (COGCC) on this draft RMP, COGCC does not have jurisdiction over gas gathering pipelines.
e. In the current regulatory environment, state and federal pipeline safety inspectors do not specifically keep records on jurisdictional pipeline operator's contractors. Instead, it is expected that the operators themselves have records regarding work performed on the pipeline by contractors so that they have an adequate ability to trace and remedy any issues associated with the contractor's work. Therefore neither BLM, COGCC, nor the state and federal pipeline safety inspectors have visibility into the qualification of contractors or whether the actual work performed was adequate. [Molloy Letter at 6.]
In addition, existing federal pipeline safety rules do not address or require accurate mapping of gas gathering pipelines. "Due to the sheer mileage of active pipeline in the United States, regulatory agencies rarely keep detailed operator maps." [Molloy Letter at 7.] #212])>
2. <([#213 [41.1] The risks to public safety from unregulated rural gas gathering pipelines.

a. The BLM did not consider the cumulative impact and environmental risk of a projected 1,271 miles of unregulated gas gathering pipelines based on their estimated 1271 wells for the planning area. [RMP/EIS 4-2; Reasonable Forseeable Development Scenario for Oil and Gas for the Uncompahgre Field Office, Colorado, Final Report at 61 (February 16, 2012) ("UFO RFD") (attached as Exhibit 40).]
This estimate of gas gathering pipeline mileage assumes 1 mile of gathering pipeline per well, a conservative estimate compared to 1.65 miles of gathering pipeline in the Marcellus Shale region. [Nels Johnson, Tamara Gagnolet, Rachel Ralls, and Jessica Stevens, Natural Gas Pipelines:Excerpt from Report 2 of the Pennsylvania Energy Impacts Assessment at 3 (December 16, 2011) (attached as Exhibit 307).] In addition, because the BLM's oil and gas assumptions are based on conventional, not unconventional oil and gas development through hydraulic fracturing and multiwell drilling technologies, these estimates may be significantly underestimated. [RMP/EIS 4-2; UFO RFD at 61 (attached as Exhibit 40).]

b. BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions. The nation's pipeline system faces a greater risk from failure due to extreme weather events such as hurricanes, floods, mudslides, tornadoes, and earthquakes.

i. A 2011 crude oil spill into the Yellowstone River near Laurel, MT, was caused by channel migration and river bottom scour, leaving a large span of pipeline exposed to prolonged current forces and debris washing downstream in the river. Those external forces damaged the exposed pipeline.

ii. In October 1994, flooding along the San Jacinto River led to the failure of eight hazardous liquid pipelines and also undermined a number of other pipelines. The escaping products were ignited, leading to smoke inhalation and burn injuries of 547 people.

iii. From 2003 to 2013, there were 85 reportable incidents in which storms or other severe natural force conditions damaged pipelines and resulted in their failure. Operators reported total damages of over $104M from these incidents.

iv. PHMSA has issued several Advisory Bulletins to operators warning about extreme weather events and the consequences of flooding events, including river scour and river channel migration. [See Notice of Proposed Rulemaking on Gas Transmission and Gathering Lines, 68 Fed. Reg. 20728 (April 8, 2016) (amending 49 CFR Parts 191 and 192).]

c. BLM did not consider the pipeline safety impacts on hikers, campers, hunters, and anglers utilizing the public lands for recreation purposes. On August 19, 2000, a 30-inch-diameter gas transmission pipeline ruptured adjacent to the Pecos River near Carlsbad, NM. The released gas ignited and burned for 55 minutes. Twelve persons who were camping under a concrete-decked steel bridge that supported the pipeline across the river were killed, and their vehicles were destroyed. Two nearby steel suspension bridges for gas pipelines crossing the river were damaged extensively. [Id. at 20730.]

d. BLM did not consider forest fire risks from pipeline explosions. On December 11, 2012, a 20-inch-diameter gas transmission line ruptured in a sparsely populated area about 106 feet west of Interstate 77 (I-77) in Sissonville, West Virginia. An area of fire damage about 820 feet wide extended nearly 1,100 feet along the pipeline right-of-way. Three houses were destroyed by the fire, and several other houses were damaged. Reported losses, repairs, and upgrades from this incident totaled over $8.5 million, and major transportation delays occurred. I-77 was closed in both directions because of the fire and resulting damage to the road surface. The northbound lanes were closed for about 14 hours, and the southbound lanes were closed for about 19 hours while the road was resurfaced, causing delays to both travelers and commercial shipping. [Id. at 20728.]

e. BLM did not consider lack of pipeline safety inspections. The National Association of Pipeline Safety Representatives, an association representing state pipeline safety officials, produced a compendium of state pipeline regulations

BLM_0159495

showing that most states with delegated authority from PHMSA to conduct intrastate inspections do not have expanded regulations that cover increased oversight of gathering companies building gathering pipelines in rural areas are generally not subject to inspection and do not have to report the location and characteristics of much of the gathering pipelines being installed. [See GAO Report, Oil and Gas Transportation: Department of Transportation Is Taking Actions To Address Rail Safety, But Additional Actions Are Needed To Improve Pipeline Safety (August 2014) at 27 (attached as Exhibit 308).]

f. BLM did not consider the risks associated with undisclosed incremental pipeline failures on wildlife, ground water and surface water contamination, grazing cattle, human health, and uptake of oil and gas chemicals by crops. #213])>
In this regard the BLM again has not taken a "hard look" at the subject, and given the lack of regulatory oversight in this area it is incumbent upon BLM to explain how it would ensure animal, human, and environmental safety from unregulated pipelines. 40 C.F.R. § 1502.22.

<([#214 [41.1] In addition, the RMP/EIS is unclear on whether or what pipelines will be required,
whether they would be limited in what they transport, how many barrels per day they would transport, and how much truck traffic this would displace (if any, since the pipelines ultimately are transferring oil and gas to trucks). There are no specific estimates of how many pipelines will be constructed, how many miles of pipe will be laid, what their diameter would be, how many water-bodies they would cross, or where they will be located. In this regard the BLM again has not taken a "hard look" at the subject, and if this information is not available it is incumbent upon BLM to explain what would be required to obtain it and why it cannot collect the information. 40 C.F.R. § 1502.22.

Reducing truck traffic through the installation of pipelines introduces different impacts to the environment, but the RMP/EIS provides no treatment of these impacts. Further, while the RMP/EIS acknowledges the potential for contamination of soils, surface water, and groundwater as a result of spills, see, e.g., DEIS at 4-83, there is no discussion of possible spill volumes or consideration of various spill scenarios.
#214])>
F. The BLM Failed to Take a Hard Look at Impacts to Human Health.

<([#215 [18.3] As introduced above, emissions from oil and gas development are not limited only to the
combustion stage but, rather, occur throughout the chain of production. These emissions not only impact the critical resource values of the UFO – as detailed throughout these Comments – but also can result in serious harm to human health. BLM must fully consider the potential human health impacts that may be caused by oil and gas operations approved under the UFO RMP, as required by NEPA. [See North Fork Resident Declarations (attached as Exhibit 300); Photos (attached as Exhibits 314-322).] #215])> Congress stated that "…it is the continuing responsibility of the Federal Government to use all practicable means…to attain the widest range

BLM_0159496

of beneficial uses of the environment without degradation, risk to health or safety, or other undesirable and unintended consequences…" 42 U.S.C. § 4331 (emphasis added). NEPA implementing regulations direct agencies to consider "the degree to which the proposed action affects public health or safety." 40 C.F.R. § 1508.27(b). These regulations also state: "Federal agencies shall to the fullest extent possible…. Use all practicable means, consistent with the requirements of the Act and other essential considerations of national policy, to restore and enhance the quality of the human environment and avoid or minimize any possible adverse effects of their actions upon the quality of the human environment." 40 C.F.R. § 1500.2(f). The UFO has failed to sufficiently address and analyze these impacts to human health in the RMP/EIS.

The implementation of methane waste mitigation technologies, as discussed above, can not only help spur economic benefit, but can also allay some of the harmful health effects of oil and gas development by reducing emissions of NOX, VOCs and other criteria pollutants. Aside from the direct health impacts of these emissions, [See, e.g., Colorado Department of Public Health and Environment, 2010 Air Quality Data Report (2010) (attached as Exhibit 265).] they can also result in significant increases in ground-level ozone (i.e., ozone precursors), and, consequently, can have a dramatic impact on human health. [See, e.g., GAO Report, Oil and Gas: Information on Shale Resources, Development, and Environmental and Public Health Risks (Sept. 2012) (attached as Exhibit 266); GAO Report, Unconventional Oil and Gas Development: Key Environmental and Public Health Requirements (Sept. 2012) (attached as Exhibit 267); Earthworks, Natural Gas Flowback: How the Texas Natural Gas Boom Affects Health and Safety (April 2012) (attached as Exhibit 268); Green River Alliance, Healthy Air Questionnaire Final Report: Clean Air and Healthy Communities (2011) (attached as Exhibit 269); Lisa McKenzie, Ph.D., et. al., Human health and risk assessment of air emissions from development of unconventional natural gas resources (Feb. 2012) (attached as Exhibit 270); Lisa McKenzie, Ph.D., Testimony on: Federal Regulation: Economic, job, and energy security implications of federal hydraulic fracturing regulation, May 2, 2012 (attached as Exhibit 271); Earthworks, Gas Patch Roulette: How Shale Gas Development Risks Public Health in Pennsylvania, October 2012 (attached as Exhibit 272).] For example, ozone has been shown to decrease lung function – particularly in adolescents and young adults – as well as increase the risk of death from respiratory causes. [See Ira B. Tager, et. al., Chronic Exposure to Ambient Ozone and Lung Function in Young Adults, EPIDEMIOLOGY, Vol. 16, No. 6 (Nov. 2005) (attached as Exhibit 273); Michael Jerrett, Ph.D., et. al., Long-Term Ozone Exposure and Mortality, THE NEW ENGLAND JOURNAL OF MEDICINE, 360: 1085-95 (2009) (attached as Exhibit 274).]

According to the EPA, the oil and gas industry is "the largest industrial source of emissions of volatile organic compounds (VOCs), a group of chemicals that contribute to the formation of ground-level ozone (smog)." [EPA, Oil and Natural Gas Pollution Standards: Basic Information, Emissions from the Oil & Natural Gas Industry (2011), available at: http://www.epa.gov/airquality/oilandgas/basic.html; see also Cally Carswell, Cracking the ozone code – Utah's gas fields, HIGH COUNTRY NEWS, Sept. 4, 2012 (attached as Exhibit 275).] Moreover, "[e]xposure to ozone is linked to a wide range of health effects, including aggravated asthma, increased emergency room visits and hospital admissions, and premature death." [See id., EPA, Pollution Standards.] The oil and natural gas industry is also "a

BLM_0159497

significant source of emission of methane," as well as an emitter of "air toxics such as benzene, ethylbenzene, and n-hexane," which are "pollutants known, or suspected of causing cancer and other serious health effects." [Id.]
The EPA reports that the oil and gas industry:

emits 2.2 million tons of VOCs, 130,000 tons of air toxics, and 16 million tons of greenhouse gases (methane) each year (40% of all methane emission in the U.S.). The industry is one of the largest sources of VOCs and sulfur dioxide emissions in the United States. [Letter from American Lung Association, American Public Health Association, American Thoracic Society, Asthma and Allergy Foundation of America, and Trust for America's Health to Lisa Jackson, Administrator, U.S. Environmental Protection Agency (Nov. 30, 2011), at 4 (attached as Exhibit 276).]

<([#216 [18.3] The rapid development of high volume/horizontal drilling in conjunction with hydraulic
fracturing has driven expansion of new sources resulting in increased emissions – a change that requires consideration in the UFO's RMP analysis. #216])>

Many of the impacts to human health have already been documented in communities subject to industrial scale oil and gas development. Of particular note, attached information from North Fork Valley residents describes health impacts and concerns about oil and gas development in their region. [See North Fork Resident Declarations (attached as Exhibit 300).]

Additionally, in other nearby communities such as Garfield County, Colorado, residents have experienced health effects they believe to be caused from oil and gas development. "Community concerns range from mild complaints such as dizziness, nausea, respiratory problems, and eye and skin irritation to more severe concerns including cancer." [U.S. Department of Health and Human Services, Agency for Toxic Substances and Disease Registry ("ATSDR"), Health Consultation: Garfield County, Public Health Implications of Ambient Air Exposures to Volatile Organic Compounds as Measured in Rural, Urban, and Oil & Gas Development Areas (2008), at 1 (attached as Exhibit 277).] Additionally, the community has "environmental concerns related to noise, odors, dust, and 'toxic' chemicals in water and air." [Id.] After a thorough review of ambient air data across Garfield County, ATSDR determined that, "considering both theoretical cancer risks as well as non-cancer health effects and the uncertainties associated with the available data, it is concluded that the exposures to air pollution in Garfield County pose an indeterminate public health hazard for current exposures." [Id.] ATSDR further provided that "estimated theoretical cancer risks and non-cancer hazards for benzene [in the community], which is within the oil and gas development area, appear significantly higher than those in typical urban and rural area, causing some potential concern," and later concluded that "[t]hese elevated levels are an indicator of the increased potential for health effects related to benzene exposure … in the oil and gas development area. [Id.]

<([#217 [18.3] Unfortunately, impacts to human health are not limited only to natural shale gas emissions, but can result from exposure to chemicals necessary for gas extraction – namely, the hundreds of chemicals used in hydraulic fracturing. [See Theo Colborn, et. al., Comments to the

BLM_0159498

Bureau of Land Management, Uncompahgre Field Office, THE ENDOCRINE DISRUPTION EXCHANGE, April 20, 2012 (attached as Exhibit 278); Theo Colborn, et. al., Natural Gas Operations from a Public Health Perspective, HUMAN AND ECOLOGICAL RISK ASSESSMENT, 17: 1039-1056 (2011) (attached as Exhibit 279). Indeed, "[b]etween 2005 and 2009, the 14

oil and gas service companies [analyzed by Congress] used more than 2,500 hydraulic fracturing products containing 750 chemicals and other components. Overall, these companies used 780 million gallons of hydraulic fracturing products – not including water added at the well site – between 2005 and 2009." [U.S. CONGRESS, HOUSE OF REPRESENTATIVES (attached above as Exhibit 171).] Chemical components include BTEX compounds – benzene, toluene, xylene, and ethylbenzene – which are hazardous air pollutants and known human carcinogens. The UFO has failed to sufficiently consider the human health impacts associated with these extractive practices in the RMP and DEIS.

#217])>

Leading doctors and scientists studying these issues recognize the unknown risks inherent to fracking. "We don't know the chemicals that are involved, really; we sort of generally know," Vikas Kapil, chief medical officer at National Center for Environmental Health, part of the U.S. Centers for Disease Control and Prevention, said at a conference on hydraulic fracturing. [Alex Wayne, Fracking Moratorium Urged by U.S. Doctors Until Health Studies Conducted, BLOOMBERG NEWS, January 9, 2012, available at: http://www.bloomberg.com/news/2012-01-09/fracking-moratorium-urged-by-u-s-doctors-until-health-studies-conducted.html; see also American Nurses Association 2012 House of Delegates, Resolution: Nurses' Role in Recognizing, Educating and Advocating for Healthy Energy Choices, available at: http://www.nursingworld.org/MainMenuCategories/WorkplaceSafety/Healthy-Work-Environment/Environmental-Health/nurses-role-in-recognizing-educating-advocating-healthyenergy-choices.pdf (attached as Exhibit 328).] "We don't have a great handle on the toxicology of fracking chemicals." [Id.]

The Endocrine Disruption Exchange ("TEDX") has, however, documented nearly 1,000 products and chemicals that energy companies use in drilling, fracturing ("frac'ing," "fracking," or "stimulation"), recovery and delivery of natural gas. Many of these products contain chemicals that are harmful to human health. On its website, TEDX says this:

To facilitate the release of natural gas after drilling, approximately a million or more gallons of fluids, loaded with toxic chemicals, are injected underground under high pressure. This process, called fracturing (frac'ing or stimulation), uses diesel-powered heavy equipment that runs continuously during the operation. One well can be frac'ed 10 or more times and there can be up to 28 wells on one well pad. An estimated 30% to 70% of the frac'ing fluid will resurface, bringing back with it toxic substances that are naturally present in underground oil and gas deposits, as well as the chemicals used in the frac'ing fluid. Under some circumstances, nothing is recovered. [See TEDX webpage describing "Chemicals in Natural Gas Operations," available at: http://endocrinedisruption.org/chemicals-in-natural-gas-operations/introduction.]

According to TEDX:

In the 980 products identified...[for use during natural gas operations], there were a total of 649

chemicals. Specific chemical names and CAS numbers could not be determined for 286 (44%) of the chemicals, therefore, the health effects summary is based on the remaining 362 chemicals with CAS numbers…Over 78% of the chemicals are associated with skin, eye or sensory organ effects, respiratory effects, and gastrointestinal or liver effects. The brain and nervous system can be harmed by 55% of the chemicals. These four health effect categories…are likely to appear immediately or soon after exposure. They include symptoms such as burning eyes, rashes, coughs, sore throats, asthma-like effects, nausea, vomiting,
headaches, dizziness, tremors, and convulsions. Other effects, including cancer, organ damage, and harm to the endocrine system, may not appear for months or years later. Between 22% and 47% of the chemicals were associated with these possibly longer-term health effects. Forty-eight percent of the chemicals have health effects in the category labeled 'Other.' The 'Other' category includes such effects as changes in weight, or effects on teeth or bones, for example, but the most often cited effect in this category is the ability of the chemical to cause death.
500 (emphasis added)

Christopher Portier, director of the CDC's National Center for Environmental Health and Agency for Toxic Substances and Disease Registry further provided that "additional studies should examine whether wastewater from wells can harm people or the animals and vegetables they eat." [Alex Wayne and Katarzyna Klimasinska, Health Effects of Fracking for Natural Gas Need Study, Says CDC Scientist, BLOOMBERG NEWS, January 4, 2012, available at: http://www.bloomberg.com/news/2012-01-04/health-effects-of-fracking-for-natural-gas-needstudy-says-cdc-scientist.html.] "We do not have enough information to say with certainty whether shale gas drilling poses a threat to public health." [Id.]

Indeed, a new study demonstrates that animals, especially livestock, are sensitive to the contaminants released into the environment by drilling and by its cumulative impacts. [Michelle Bamberger and Robert E. Oswald, Impacts of Gas Drilling on Human and Animal Health, NEW SOLUTIONS, VOL. 22(1) 51-77 (2012) (attached as Exhibit 280).] Because animals often are exposed continually to air, soil, and groundwater and have more frequent reproductive cycles, animals can be used to monitor potential impacts to human health – they are natural shale gas drilling's "canary in the coalmine." The study evaluated all available fracking-related reports on sick or dying animals. Although secrecy surrounds the fracking industry, "a few 'natural experiments' have provided powerful evidence that fracking can harm animals." [See Peter Montague, Why Fracking and Other Disasters Are So Hard to Stop, HUFFINGTON POST, Jan. 20, 2012, available at: http://www.huffingtonpost.com/peter-montague/why-frackingand-other-di_b_1218889.html (last visited Oct. 29, 2016).] For example:

Two cases involving beef cattle farms inadvertently provided control and experimental groups. In one case, a creek into which wastewater was allegedly dumped was the source of water for 60 head, with the remaining 36 head in the herd kept in other pastures without access to the creek. Of the 60 head that were exposed to the creek water, 21 died and 16 failed to produce calves the following spring. Of the 36 that were not exposed, no health problems were observed, and only one cow failed to breed. At another farm, 140 head were exposed when the liner of a wastewater impoundment was allegedly slit, as reported by the farmer, and the fluid drained into the pasture and the pond used as a source of water for

the cows. Of those 140 head exposed to the wastewater, approximately 70 died and there was a high incidence of stillborn and stunted calves. The remainder of the herd (60 head) was held in another pasture and did not have access to the wastewater; they showed no health or growth problems. These cases approach the design of a controlled experiment, and strongly implicate wastewater exposure in the death, failure to breed, and reduced growth rate of cattle. [See Bamberger at 60 (attached above as Exhibit 280).]

<([#218 [18.3] The health problems and uncertainties that proliferate in communities where oil and gas
development takes place warrants the further collection of data and research, as contemplated under NEPA, before such development can be made possible through the authorization of development through the UFO RMP. NEPA requires a hard look at these impacts. #218])>

1. The UFO Must Conduct a Health Impact Assessment.

<([#219 [18.3] BLM did not conduct a health impact assessment, or equivalent analysis, and, as a result,
the agency's RMP/EIS does not satisfy NEPA and its implementing regulations. #219])>

<([#220 [18.3] NEPA requires that the BLM employ at least the same level of effort to analyze human
health impacts as it does to promote industry's interest in development when preparing the RFD and associated analyses regarding projected drilling levels.

A health impact assessment ("HIA") or equivalent analysis would fulfill the regulations governing NEPA, to examine human health impacts "to the fullest extent possible." A HIA would be forward-looking and attempt to identify all of the potential direct, indirect, and cumulative links between a proposed activity and the health and well-being of affected communities, and to develop mitigation measures to minimize harms and maximize benefits. The RMP does not does not include this type of analysis of human health impacts. #220])>

<([#221 [18.3] The U.S. EPA has posted on its website an excellent document on the utility of an HIA as
part of the NEPA analysis of federal agencies where public health impacts are at issue. [See EPA, Human Impact Partners, Frequently Asked Questions About Integrating Health Impact Assessment into Environmental Impact Statement, available at: http://www.epa.gov/region9/nepa/PortsHIA/pdfs/FAQIntegratingHIA-EIA.pdf (attached as Exhibit 281).] HIA "provides a systematic process and methodology to anticipate and proactively address the potential health consequences of a program or policy in order to maximize the potential benefits and minimize adverse outcomes." [See Aaron Wernham, Inupiat Health and Proposed Alaskan Oil Development: Results of the First Integrated Health Impact Assessment/Environmental Impact Statement for Proposed Oil Development on Alaska's North Slope, ECOHEALTH, 2007 (attached as Exhibit 282).] Steps in the HIA process include:

1. Screening: Determines whether an HIA is necessary, and whether it is likely to be useful.

2. Scoping: Establish the population to which the HIA applies, the scope of health problems to be analyzed, the HIA team, methods to be used in the assessment, and data sources.

3. Assessment: describe the baseline health status and determinants of health in the population and assess likely impacts through a literature review and qualitative or quantitative analysis.

4. Decision and recommendations to minimize adverse impacts and maximize benefits.

5. Monitoring and reassessment plan: select a set of outcomes likely to be sensitive/accurate indicators of the changes predicted, such as health outcomes and develop a plan to monitor and then reassess if needed.

The BLM did not conduct these steps, and did not analyze the impacts to the population within the planning area, considering how many people might be exposed to health impacts, analyze where development would take place relative to water sources or residences, or assess the likely impacts to the actual population in the area, including particularly vulnerable populations. It also omitted significant potential impacts. For example, the agency did not include any potential impacts from vehicle accidents or other safety issues, or the illness caused by the stress and mental anguish associated with living near intensive oil and gas development. #221])>

According to the U.S. Centers for Disease Control, "HIA can be used to evaluate objectively the potential health effects of a project or policy before it is built or implemented. It can provide recommendations to increase positive health outcomes and minimize adverse health outcomes. A major benefit of the HIA process is that it brings public health issues to the attention of persons who make decisions about areas that fall outside of traditional public health arenas, such as transportation or land use."
[Centers for Disease Control, Health Impact Assessment, available at: http://www.cdc.gov/healthyplaces/hia.htm (attached as Exhibit 283).]

<([#222 [18.3] BLM's section examining health effects, EIS at 4-444 to -451, is cursory, states the
obvious, provides only comparative assessments between alternatives, and does not quantify harms. For example, the brief discussion of Alternative D (the agency preferred alternative) states, regarding air quality, that impacts will be the same as under Alternative C, but at a slightly reduced level. EIS at 4-450. In turn, Alternative C merely provides that "[t]his alternative would have the greatest potential to contribute to volatile organic compounds and local increases in hazardous air pollutants and associated risks to human health." Id. at 4-449. Regarding air quality, BLM's only other generic observation, unconnected to any analysis of the specific alternatives at issue, is that "[m]anagement actions that maintain or move towards compliance with standards by limiting emissions from BLM managed or permitted activities would improve public health while those that allow for increased emissions and result in non-compliance with standards could impact public health." EIS at 4-445.
#222])>

<([#223 [18.3] Further, no impacts to water resources from fracking are identified by BLM in its examination of health effects, which is unacceptable. Any later, site-specific analysis and application of mitigation measures is no substitute for analysis of impacts and development of alternatives and mitigation measures at the RMP/EIS level. Waiting for the approval of site-

specific projects forecloses not only analysis of the true impacts of the agency action that is actually being proposed, but in so doing, forecloses the ability of BLM, other agencies, and the public to identify at an early stage the significant environmental issues that are deserving of study in this EIS. This RMP is a major point in the leasing decision-making process, requiring analysis of all of the impacts at this stage.
#223])>

2. Health data

In Colorado, symptoms reported in the state's inspection/incident database by residents living within a half mile of well development included headaches, nausea, upper respiratory irritation, and nosebleeds. [Roxana Z. Witter, et al., The Use of Health Impact Assessment for a Community Undergoing Natural Gas Development, FRAMING HEALTH MATTERS (2013) (attached as Exhibit 284).] In Pennsylvania, the following symptoms were reported by over half the people living near gas development who responded to a health survey. They included fatigue (62%), nasal irritation (61%), throat irritation (60%), sinus problems (58%), burning eyes (53%), shortness of breath (52%), joint pain (52%), feeling weak and tired (52%), severe headaches (51%), and sleep disturbance (51%). The survey was completed by 108 individuals (in 55 households) in 14 counties across Pennsylvania. [Nadia Steinzor, et al., Investigating links between shale gas development and health impacts through a community survey project in Pennsylvania, NEW SOLUTIONS, vol. 23 iss. 1. (2013) (attached as Exhibit 285).]

<([#224 [18.3] These and additional recent studies that were not considered by BLM include:

1. Lisa M. McKenzie et al., Birth Outcomes and Maternal Residential Proximity to Natural Gas Development in Rural Colorado, Environmental Health Perspectives (April 2014) (attached above as Exhibit 157).

2. Jessica Gilman, et al., Source signature of volatile organic compounds (VOCs) from oil and natural gas operations in northeastern Colorado, ENVIRONMENTAL SCIENCE & TECHNOLOGY (2013) (attached as Exhibit 286).

3. John L. Adgate, et al., Potential Public Health Hazards, Exposures and Health Effects from Unconventional Natural Gas Development, ENVIRONMENTAL SCIENCE & TECHNOLOGY (2014) (attached as Exhibit 295).

4. Seth Shonkoff, et al., Environmental Public Health Dimensions of Shale and Tight Gas Development, ENVIRONMENTAL HEALTH PERSPECTIVES (2014) (attached as Exhibit 287).

5. Christopher W. Moore, et al., Air Impacts of Increased Natural Gas Acquisition, Processing, and Use: A Critical Review, ENVIRONMENTAL SCIENCE & TECHNOLOGY (2014) (attached as Exhibit 288).

6. Avner Vengosh, et al., The effects of shale gas exploration and hydraulic fracturing on the quality of water resources in the United States, PROCEDIA EARTH AND PLANETARY SCIENCE (2014) (attached as Exhibit 289).

BLM_0159503

7. Christopher D. Kassotis, et al., Estrogen and Androgen Receptor Activities of Hydraulic Fracturing Chemicals and Surface and Ground Water in a Drilling-Dense Region, Endocrinolgy (2014) (attached as Exhibit 176). (attached above as Exhibit 176).

8. Brian E. Fontenot, et al., An Evaluation of Water Quality in Private Drinking Water Wells Near Natural Gas Extraction Sites in the Barnett Shale Formation, ENVIRONMENTAL SCIENCE & TECHNOLOGY (2013) (attached as Exhibit 290).

9. Sherilyn A. Gross, et al., Analysis of BTEX Groundwater Concentrations from Surface Spills Associated with Hydraulic Fracturing Operations, JOURNAL OF THE AIR & WASTE MANAGEMENT ASSOCIATION (2013) (attached as Exhibit 291).

10. K.D. Retzer, et al., Motor vehicle fatalities among oil and gas extraction workers, ACCIDENT ANALYSIS & PREVENTION (2013) (attached as Exhibit 292).

11. Eric J. Esswein, et al, Occupational exposures to respirable crystalline silica during hydraulic fracturing, JOURNAL OF OCCUPATIONAL AND ENVIRONMENTAL HYGIENE (2013)
(attached as Exhibit 293).

12. R.Z. Witter, et al., Occupational exposures in the oil and gas extraction industry: state of the science and research recommendations, AMERICAN JOURNAL OF INDUSTRIAL MEDICINE (2014) (attached as Exhibit 294).

13. Physicians for Social Responsibility, Compendium of Scientific, Medical, and Media Findings Demonstrating Risks and Harms of Fracking (Unconventional Oil and Gas Extraction), Third Edition (October 14, 2015), available at: http://www.psr.org/assets/pdfs/fracking-compendium.pdf (attached as Exhibit 326).

14. Gayathri Vaidyanathan, Fracking Can Contaminate Drinking Water, Climate Wire (April 4, 2016), available at: https://www.scientificamerican.com/article/fracking-cancontaminate-drinking-water/ (last visited November 1, 2016).

15. A. Austin, et al., Associations Between Unconventional Natural Gas Development and Nasal and Sinus, Migraine Headache, and Fatigue Symptoms in Pennsylvania, Environmental Health Perspectives (July 31, 2016), available at: http://ehp.niehs.nih.gov/wp-content/uploads/advpub/2016/8/EHP281.acco.pdf (attached as Exhibit 327). #224])>

<([#225 [18.3] EPA is also currently investigating the potential impacts of hydraulic fracturing on
drinking water resources due to concerns about its potential environmental and human health impacts. Until such research is completed, there is insufficient information to fully understand the potential impacts on human health, an uncertainty that the BLM failed to take into consideration. The EPA is still in the process of completing this study. Nevertheless, the BLM

ignored the uncertainty of the impacts of hydraulic fracturing on drinking water. BLM must consider these studies in any subsequently prepared NEPA document to ensure that it took the required hard look at health impacts. #225])>

3. Cumulative impacts on human health

<([#226 [18.4] BLM must fully consider cumulative health impacts of different alternatives. Because the
BLM will be leasing minerals located directly beneath and adjacent to private property, and because thousands of people live in close proximity to the industrial activity that will be permitted by the agency, BLM has the responsibility to consider potential impacts on human health from all development, and look at them cumulatively. For example, an individual exposed to both air and water pollution will have different health impacts than an individual exposed only to air pollution.
#226])>

<([#227 [18.4] The assessment of cumulative impacts in NEPA documents is required by Council on
Environmental Quality (CEQ) regulations. See 40 C.F.R. §1508.25 (Regulations for Implementing the Procedural Provisions of the National Environmental Policy Act). Oil and gas development involves multiple sources of pollutants and disturbance caused by connected actions, including the operations of wellpads, trucks, wells, compressors, pipelines, tanks, pits, separators, dehydrators, rigs and more. Oil and gas development also includes hundreds of potential pollutants, both man-made and naturally occurring. When considered together, pollutants emitted with common timing and/or common geography may create additional health impacts that should be assessed. Also, oil and gas development may create health impacts from air pollution, water contamination, soil contamination, or a combination of all three. Due to the multiple variables and factors involved in oil and gas development, it is essential that the BLM ensure a health impact assessment that fully considers all cumulative impacts to comply with federal regulations and to appropriately assess health impacts and inform the public.
#227])>

<([#228 [18.4] If the full cumulative health impacts are not considered by BLM at this stage it is unlikely
that BLM would consider them adequately in connection with individual lease sales, or in project-level and site-specific EAs. This type of shell game, whereby the agency avoids an analysis of the cumulative impacts of the entire project (in this case, 15,000 plus wells) is in contravention of NEPA. See e.g. Blue Mountains Biodiversity Project v. U.S. Forest Service, 161 F.3d 1208, 1215 (9th Cir. 2008). #228])>

4. Ozone

As discussed in Section IV.A.3., above, background concentrations of ozone in the Uncompahgre RMP planning area are already at or exceed the National Ambient Air Quality Standards ("NAAQS"), leaving virtually no room for growth in emissions as contemplated by the Uncompahgre RMP. Several studies that measured and/or modeled natural gas related air emissions in various states have identified significant increases in ground level ozone as a result of natural gas development. [See, e.g., Seth Lyman and Howard Shorthill, Final Report: 2012

Uintah Basin Winter Ozone & Air Quality Study, UTAH STATE UNIVERSITY, February 1, 2013.] Ozone was once a summertime urban phenomenon but is now
being seen increasingly in western rural areas during the winter due to the natural gas boom, so much so that some relatively small cities are no longer in compliance with the federal regulations that set allowable ozone levels. [Gabrielle Pétron, et al., Estimation of emissions from oil and natural gas operations in northeastern Colorado, Power Point available at: http://www.epa.gov/ttnchie1/conference/ei20/session6/gpetron_pres.pdf (attached as Exhibit 296).]

Ozone can cause difficulty breathing, coughing and sore throat. It can also inflame and damage the airways. It aggravates lung diseases like asthma, emphysema, and chronic bronchitis. It can make the lungs more susceptible to infection and it can continue to damage the lungs even when the symptoms have disappeared. [See EPA, Ozone – Good Up High Bad Nearby, available at: http://www.epa.gov/oar/oaqps/gooduphigh/bad.html#7.]

Children are particularly vulnerable because their lungs are still developing until about age 18. As their lungs grow in the presence of ozone, their alveoli production is reduced, and they can end up with smaller, more brittle lungs. Women exposed during pregnancy deliver preterm, low birth weight babies with a high probability of developing asthma. In a letter to former EPA Administrator Lisa Jackson, a group of five national medical and public health groups wrote that the most vulnerable individuals, including children, teens, senior citizens, people who exercise or work outdoors, and people with chronic lung diseases like asthma, COPD, and emphysema, are most in danger of being sickened by ozone and that children who grow up in areas of high ozone pollution may never develop their full lung capacity as adults, which can put them at greater risk of lung disease throughout their lives.
[See American Lung Association (attached above as Exhibit 276)]

5. Naturally Occurring Radioactive Materials

<([#229 [18.3] Processes used to produce oil and gas often generate radioactive waste containing concentrations of naturally occurring radioactive materials (NORM). Radioactive wastes from oil and gas production can be found in produced water, flowback water from hydraulic fracturing, drilling waste including cuttings and mud, and/or sludge. This material can concentrate in pipes, storage tanks and facilities, and on other extraction equipment, and may be left on site or be emitted into the environment. Some of these materials can penetrate the skin and raise the risk of cancer. The RMP includes no discussion on potential health impacts associated with NORM that may be released into the environment due to oil and gas extraction activities.
#229])>
VI. <([#230 [5.3] The BLM Is Required to Suspend All Oil and Gas Development in the Uncompahgre Area for as Long as the Uncompahgre RMP Revision Remains Uncompleted. #230])>
<([#231 [5.3] The Uncompahgre RMP revision will replace the existing 1985 San Juan/San Miguel
Resource Management Plan and the 1989 Uncompahgre Basin Resource Management Plan. These 1985 and 1989 RMPs are completely out-of-date and can no longer serve their intended

land use planning function with regard to oil and gas development in the UFO. Due to the insufficiency of BLM's existing management framework, all oil and gas leasing and development decisions, at all stages of BLM's administrative processes, should be suspended until the Uncompahgre RMP revision is complete and these deficiencies can be addressed. An oil and gas moratorium is not only a logical approach to BLM's minerals management responsibilities; it is also required under NEPA and its implementing regulations. #231])>

NEPA requires that, until an agency issues a Record of Decision for a pending NEPA document, "no action concerning the proposal shall be taken which would: (1) have an adverse environmental impact; or (2) limit the choice of reasonable alternatives." 40 C.F.R. § 1506.1(a)(1), (2). NEPA prohibits agencies from making an "irreversible and irretrievable commitment of resources." 40 C.F.R. §§ 1502.2(f); Conner v. Burford, 848 F.2d 1441, 1446 (9th Cir. 1986); see also Pacific Rivers Council v. Thomas, 30 F.3d 1050, 1056-57 (9th Cir. 1994), cert. denied, 115 S. Ct. 1793 (1995) (interpreting identical language in ESA). "The purpose of an EIS is to apprise decisionmakers of the disruptive environmental effects that may flow from their decisions at a time when they 'retain[] a maximum range of options.'" Conner, 848 F.2d at 1446. Taking actions in the interim which could limit those options undermines the purpose and effectiveness of the NEPA process. As provided by CEQ regulations:

While work on a required program environmental impact statement is in progress and the action is not covered by an existing program statement, agencies shall not undertake in the interim any major Federal action covered by the program which may significantly affect the quality of the human environment unless such action:

(1) Is justified independently of the program;
(2) Is itself accompanied by an adequate environmental impact statement; and
(3) Will not prejudice the ultimate decision on the program. Interim action prejudices the ultimate decision on the program when it tends to determine subsequent development or limit alternatives.

40 C.F.R. §§ 1506.1(c)(1)-(3).

<([#232 [5.3] Proceeding with oil and gas leasing and development—including, for example, the activities contemplated in the Bull Mountain Master Development Plan and the Dual Operator Proposal: Development of 25 Federal Natural Gas Wells and Associated Infrastructure on 5 Multi-Well Pads—is impermissible due to the inherent prejudice that any such action would create on the pending revision of the Uncompahgre RMP and EIS. As identified in CHC's earlier comments submitted to BLM UFO, the 1985 and 1989 RMPs and associated documents did not anticipate the pace or scale of oil and gas leasing and development that is now proposed, and therefore, did not analyze the impacts from development which are now facing the communities of the North Fork Valley and beyond. Those documents contain little analysis of oil and gas development generally, much less any analysis of the impacts associated with modern extraction techniques, such as hydraulic fracturing, or the specific areas where current oil and gas development is focused. See, e.g., 1989 RMP at 28, 31. Moreover, and as unambiguously provided in the 1987 Technical Report, any analysis contained therein was inherently limited in

its temporal scope – providing that its evaluation of projected development was limited to "the next ten to fifteen years." 1987 Technical Report, at 10-11. Indeed, it has now been over 25 years since the report's release, well beyond the period where its findings are of any utility. Without the foundational land use planning guidance that is only available through a current and up-to-date RMP, it would be impossible for BLM UFO to make the type of fully informed decision that NEPA requires prior to completion of the Uncompahgre RMP revision.

Accordingly, it would serve both the public and industry alike if BLM UFO were to acknowledge that the existing RMP cannot be used to guide oil and gas leasing and development decision-making – and announce a moratorium on all oil and gas activity pending the completion of the Uncompahgre RMP revision. #232])>

VI. <([#233 [15.4] The Uncompahgre DEIS Fails to Take a Hard Look at Reasonably Foreseeable Effects on the Threatened Gunnison Sage-Grouse. #233])>

<([#234 [15.3] Contrary to the DEIS's characterization of the Gunnison sage-grouse as a candidate species, DEIS at 3-76, the Gunnison sage-grouse was listed as a threatened species under the Endangered Species Act in November 2014. See U.S. Fish and Wildlife Service, Threatened Status for Gunnison Sage-Grouse, Final Rule, 79 Fed. Reg. 69,192 (Nov. 20, 2014). Approximately 88 to 93 percent of the species's historical range has been lost since Euro-American settlement, and "[t]his contraction in the birds' range indicates the vulnerability of all the populations to extirpation." Gunnison Sage-Grouse Listing Rule, 79 Fed. Reg. at 69,228. The listing rule found that "the persistence of Gunnison sage-grouse is dependent on large and contiguous sagebrush habitats, that human development and disturbance contribute to the decline of this needed habitat, and that such impacts negatively affect the survival and persistence of Gunnison sage-grouse." Id. Numerous activities on BLM land and minerals contribute to loss of these sage-grouse habitats, including road-building, power lines, livestock grazing practices, invasive plants, fire, and leasable minerals (i.e. oil and gas development). Oil and gas development has numerous adverse effects on Gunnison sage-grouse habitat, behavior, and population not acknowledged in the DEIS: #234])>

Energy development impacts sagegrouse and sagebrush habitats through direct habitat loss from well pad construction, seismic surveys, roads, powerlines and pipeline corridors, and indirectly from noise, gaseous emissions, changes in water availability and quality, and human presence. The interaction and intensity of effects could cumulatively or individually lead to habitat degradation and fragmentation (Suter 1978, pp. 6–13; Aldridge 1998, p. 12; Braun 1998, pp. 144–148; Aldridge and Brigham 2003, p. 31; Knick et al. 2003, pp. 612, 619; Lyon and Anderson 2003, pp. 489–490; Connelly et al. 2004, pp. 7–40 to 7–41; Holloran 2005, pp. 56–57; Holloran et al. 2007, pp. 18–19; Aldridge and Boyce 2007, pp. 521–522; Walker et al. 2007a, pp. 2652–2653; Zouet al. 2006, pp. 1039–1040; Doherty et al. 2008, p. 193; Leu and Hanser 2011, pp. 270–271). Increased human presence resulting from oil and gas development can also impact sagegrouse either through avoidance of suitable habitat or disruption of breeding

BLM_0159508

activities (Braun et al. 2002, pp. 4–5; Aldridge and Brigham 2003, pp. 30–31; Aldridge and Boyce 2007, p. 518; Doherty et al. 2008, p. 194). The development of oil and gas resources requires surveys for economically recoverable reserves, construction of well pads and access roads, subsequent drilling and extraction, and transport of oil and gas, typically through pipelines. Ancillary facilities can include compressor stations, pumping stations, electrical generators and powerlines (Connelly et al. 2004, p. 7–39; BLM 2007, p. 2–110). Surveys for recoverable resources occur primarily through loud seismic exploration activities. These surveys can result in the crushing of vegetation. Well pads vary in size from 0.10 ha (0.25 ac) for coal-bed natural gas wells in areas of level topography to greater than 7 ha (17.3 ac) for deep gas wells and multi-well pads (Connelly et al. 2004, p. 7–39; BLM 2007, p. 2–123). Pads for compressor stations require 5–7 ha (12.4–17.3 ac) (Connelly et al. 2004, p. 7–39). Individually, impacts from well pads, infrastructure, and ancillary features may be small; however, the cumulative impact of such development can be significant.

The amount of direct habitat loss within an area of oil and gas development is ultimately determined by well densities and the associated loss from ancillary facilities. Roads associated with oil and gas development were suggested as the primary impact to greater sage-grouse due to their persistence and continued use even after drilling and production ceased (Lyon and Anderson 2003, p. 489). Declines in male greater sage-grouse lek attendance were reported within 3 km (1.9 mi) of a well or haul road with a traffic volume exceeding one vehicle per day (Holloran 2005, p. 40). Because of reasons discussed previously, the effects of oil and gas development to Gunnison sage-grouse are expected to be similar to those observed in greater sage-grouse. Sage-grouse also may be at increased risk for collision with vehicles simply due to the increased traffic associated with oil and gas activities (Aldridge 1998, p. 14; BLM 2003, p. 4–222).

Habitat fragmentation resulting from oil and gas development infrastructure, including access roads, may have greater effects on sage-grouse than habitat loss associated with drill sites. Energy development and associated infrastructure works cumulatively with other human activity or development to decrease available habitat and increase fragmentation. Greater sage-grouse leks had the lowest probability of persisting (40–50 percent) in a landscape with less than 30 percent sagebrush within 6.4 km (4 mi) of the lek. These probabilities were even less in landscapes where energy development also was a factor. [Gunnison Sage-Grouse Final Listing Rule, 79 Fed. Reg. at 69,255-256 (attached as Exhibit 297).]

<([#235 [8] The Fish and Wildlife Service found, in considering the adequacy or inadequacy of existing regulatory mechanisms to safeguard Gunnison sage-grouse, that existing BLM RMPs, including the current Uncompahgre RMP, are inadequate as regulatory mechanisms. Existing "RMPs provide only partial protection for Gunnison sage-grouse in terms of land use allocation decisions specific to the species and its habitat and, therefore, are considered inadequate to protect the species." In particular, with regard to fluid mineral development, "Given the already small and fragmented nature of the populations where future oil and gas leases are likely to

occur, additional development within occupied habitat would negatively impact those populations by contributing to further habitat decline." [Gunnison Sage-Grouse Listing Rule at 69,284.]

In part in response to this finding of inadequate regulatory mechanisms for BLM lands and minerals, the Colorado and Utah BLM have undertaken a range-wide RMP Amendment process for Gunnison Sage-Grouse habitat, encompassing the UFO, with a draft RMP Amendment and EIS released in August 2016. This amendment process overlaps the UFO RMP Revision: "If the GUSG RMP Amendment is issued prior to the revised Uncompahgre RMP, then it would amend the existing Uncompahgre Basin RMP (as well as the San Juan/San Miguel RMP) for lands in the Uncompahgre RMP planning area. Analysis from the GUSG EIS would be incorporated by reference into the Uncompahgre Proposed RMP/Final EIS, and decisions made in the GUSG Approved RMP Amendment/ROD would be carried forward to the Uncompahgre Approved RMP/Record of Decision. However, if the revised Uncompahgre RMP is issued first, then the GUSG RMP Amendment could require amendment of the Uncompahgre RMP." [BLM, Gunnison Sage-Grouse Rangewide Draft Resource Management Plan Amendment Draft Environmental Impact Statement 1-14 (attached as Exhibit 298)]

Yet the UFO DEIS fails to acknowledge or take into account substantial scientific information available in both the Listing Rule and the Gunnison Sage-Grouse Rangewide DEIS. #235])> <([#236 [15.2] Contrary to the DEIS's assertion, the UFO supports four, not three, of the remaining populations of Gunnison sage-grouse: "the Uncompahgre FO operates . . . provides habitat for four GUSG populations: the Cerro Summit-Cimarron-Sims Mesa Population (with the Sims Mesa sub-population entirely within the Uncompahgre FO), the Crawford Population, the Gunnison Basin Population, and the Piñon Mesa Population." [Gunnison Sage-Grouse Rangewide RMP DEIS at 1-13.] The Crawford population in particular has been classified by the BLM has having "medium potential" for oil and gas development. [Gunnison Sage-Grouse Listing Rule, 79 Fed. Reg. at 69,255.] Although it currently has only a single federal well, additional oil and gas development within the Crawford Population could adversely affect its persistence and chance of recovery. #236])>

In addition, an even more recent scientific study confirms the established finding that sage-grouse lek attendance is negatively related to oil and gas density, regardless of sagebrush cover and participation. [Green, Adam et al., Investigating Impacts of Oil and Gas Development on Greater Sage-Grouse, Journal of Wildlife Management (2016), DOI: 10.1002/jwmg.21179 (attached as Exhibit299).] Green et al. examined greater sage-grouse lek attendance ,oil and gas well, and habitat and precipitation data from Wyoming over the period 1984 to 2008, and, consistent with numerous prior studies, that lek attendance declines are closely associated with the density of oil and gas development:

Oil and gas development correlates well with sage-grouse population declines from 1984 to 2008 in Wyoming, which is supported by other findings (Doherty et al. 2010b, Harju et al. 2010, Hess and Beck 2012, Taylor et al. 2013, Gregory and Beck 2014). As with other studies, we also found support for 4-year lag effects of oil and gas development on lek attendance (Walker et al. 2007, Doherty et al.

010a, Harju et al. 2010, Gregory and Beck 2014). This result suggests that development likely affects recruitment into the breeding population rather than avoidance of wells by adult males or adult survival. Adult sage-grouse are highly philopatric to lek sites (Dalke et al. 1963, Wallestad and Schladweiler 1974, Emmons and Braun 1984, Dunn and Braun 1985, Connelly et al. 2011a), and males typically recruit to the breeding population in 2–3 years. We would expect a delayed response in lek attendance if development affects recruitment, either by reducing fecundity or avoidance of disturbance by nesting females, as adult males die and are not replaced by young males.

<([#237 [15.2] On average, lek attendance was stable when no oil and gas development was present
within 6,400m (Fig. 4). However, attendance declined as development increased. [Green et al. at 9.] Importantly, Green et al. confirmed that declines in sage-grouse populations may continue even within Wyoming's "core areas," where density of wells is limited to one pad per square mile. Yet the UFO DEIS fails to consider any alternative that either prohibits fluid mineral leasing or regulates the density of allowable oil and gas facilities. Althoug the DEIS does consider minimal buffers and seasonal operation restrictions around leks, the DEIS acknowledges that its preferred alternative would "fall short of accepted minimum protection standards to maintain sage-grouse viability:
For Gunnison sage-grouse, stipulations would provide some level of protection from surface occupancy and site disturbance in all seasonal habitats. Breeding habitat would be protected with similar stipulations as Alternative C (NSO20/ SSR-32), and would similarly fall short of accepted minimum protection standards to maintain sage-grouse viability (Knick and Connelly 2011). However, disturbance/disruption would be prohibited during the breeding season within four miles of active leks (CSU-28/SSR-34). [DEIS at 3-77.]
#237])>
<([#238 [15.3] Even with only one operating oil and gas well, the UFO's Crawford Population has been
in dramatic decline from 2000 through 2012, and had to be supplemented with birds from the Gunnison Basin in 2011 through 2013. [See Gunnison Sage-Grouse Rangewide RMP DEIS at 3-14] BLM manages approximately 63% of the remaining occupied habitat for this population, as well as 13% of occupied habitat. Despite the precarious status of the Crawford Population in particular, the UFO DEIS fails either to take a hard look at the extensive science showing relationship between oil and gas density and sage-grouse population decline, or to consider any alternative that would either limit density of development or exclude oil and gas entirely from Gunnison sage-grouse occupied and/or suitable habitat. Given that 63% of the Crawford Population's remaining habitat is on BLM land with "moderate" oil and gas decisions, BLM consideration of a no-leasing alternative for the area has the potential to eliminate a significant threat to the extirpation of one of the few remaining populations of Gunnison sage-grouse.
#238])>
VII. FLPMA: Unnecessary and Undue Degradation

Pursuant to the Federal Land Policy and Management Act ("FLPMA"), 43 U.S.C. § 1701 et seq., "[i]n managing the public lands," the agency "shall, by regulation or otherwise, take any

action necessary to prevent unnecessary or undue degradation of the lands." 43 U.S.C. § 1732(b). Written in the disjunctive, BLM must prevent degradation that is "unnecessary" and degradation that is "undue." Mineral Policy Ctr. v. Norton, 292 F.Supp.2d 30, 41-43 (D. D.C. 2003). This protective mandate applies to BLM planning and management decisions, and should be considered in light of its overarching mandate that the agency employ "principles of multiple use and sustained yield." 43 U.S.C. § 1732(a); see also, Utah Shared Access Alliance v. Carpenter, 463 F.3d 1125, 1136 (10th Cir. 2006) (finding that BLM's authority to prevent degradation is not limited to the RMP planning process). While these obligations are distinct, they are interrelated and highly correlated. The Bureau must balance multiple uses in its management of public lands, including "recreation, range, timber, minerals, watershed, wildlife and fish, and [uses serving] natural scenic, scientific and historical values." 43 U.S.C. § 1702(c). It must also plan for sustained yield – "control [of] depleting uses over time, so as to ensure a high level of valuable uses in the future." Norton v. S. Utah Wilderness Alliance, 542 U.S. 55, 58, 124 S.Ct. 2373, 159 L.Ed.2d 137 (2004).

"Application of this standard is necessarily context-specific; the words 'unnecessary' and 'undue' are modifiers requiring nouns to give them meaning, and by the plain terms of the statute, that noun in each case must be whatever actions are causing 'degradation.' " Theodore Roosevelt Conservation Partnership v. Salazar, 661 F.3d 66, 76 (D.C. Cir. 2011) (citing Utah v. Andrus, 486 F.Supp. 995, 1005 n. 13 (D. Utah 1979) (defining "unnecessary" in the mining context as "that which is not necessary for mining" – or, in this context, "for oil and gas development" – and "undue" as "that which is excessive, improper, immoderate or unwarranted.")); see also Colorado Env't Coalition, 165 IBLA 221, 229 (2005) (concluding that in the oil and gas context, a finding of "unnecessary or undue degradation" requires a showing "that a lessee's operations are or were conducted in a manner that does not comply with applicable law or regulations, prudent management and practice, or reasonably available technology, such that the lessee could not undertake the action pursuant to a valid existing right.").

Here, that action is the development authorized by the UFO. The inquiry, then, is whether the UFO has taken sufficient measures to prevent degradation unnecessary to, or undue in proportion to, the development the RMP and EIS permits. See Theodore Roosevelt Conservation Partnership, 661 F.3d at 76. For example, methane waste and pollution may cause "undue" degradation, even if the activity causing the degradation is "necessary." Where methane waste and pollution is avoidable, even if in the process of avoiding such emissions lessees or operators incur reasonable economic costs that are consistent with conferred lease rights, it is "unnecessary" degradation. 43 U.S.C. § 1732(b).

<([#239 [5.3] Therefore, drilling activities may only go forward as long as unnecessary and undue
environmental degradation does not occur. This is a substantive requirement, and one that the UFO must define and apply in the context of oil and gas development authorized in the planning area. In other words, the UFO must define and apply the substantive unnecessary and undue degradation ("UUD") requirements in the context of the specific resource values at stake. #239])>

BLM_0159512

<([#240 [21.1] In fact, the UFO has expressly recognized this mandate in the context of Wilderness
Study Areas. See DEIS at 3-158 and 4-397. However, the obligation to implement a management regime that sufficiently protects the air, water, lands, and health goes beyond Wilderness Study Areas to encompass the entire planning area. Of critical importance in regard to oil and gas development is the agency's failure to require mitigation measures and best management practices on all future development within the planning area. #240])>

<([#241 [6] These UUD requirements are distinct from requirements under NEPA. "A finding that
there will not be significant impact [under NEPA] does not mean either that the project has been reviewed for unnecessary and undue degradation or that unnecessary or undue degradation will not occur." Ctr. for Biological Diversity, 623 F.3d at 645 (quoting Kendall's Concerned Area Residents, 129 I.B.L.A. 130, 140 (1994)). In the instant case, the UFO's failure to specifically account for UUD in the RMP and EIS – which is distinct from its compliance under NEPA – is also actionable on procedural grounds and must occur before the proposed RMP is approved. #241])>

VIII. Conclusion
The Conservation Groups appreciate your consideration of the information and concerns addressed herein, as well as the information included in the attached exhibits. This information is critical and must be reflected in the agency's Final Environmental Impact Statement. <([#242 [5] For the reasons described above, we urge BLM to prepare a supplemental EIS that: (1) fully considers a range of alternatives, including a "no-leasing" alternative; (2) fully considers the problem of methane waste, and takes steps to control methane waste; (3) fully considers current scientific and economic information, especially regarding climate change; and (4) strengthens its "hard look" at impacts to air, water, and human health, including by conducting a Health Impact Assessment.
#242])>
Should you have any questions, please do not hesitate to contact us.

Sincerely,

Kyle Tisdel, Attorney, Climate & Energy Program Director
Laura King, Staff Attorney
WESTERN ENVIRONMENTAL LAW CENTER
208 Paseo del Pueblo Sur, Unit 602
Taos, New Mexico 87571
575.751.0351
tisdel@westernlaw.org
king@westernlaw.org

Attorneys for Conservation Groups

Edward B. Zukoski, Staff Attorney
EARTHJUSTICE

BLM_0159513

633 17th Street, Suite 1600
Denver, CO 80202
303.996.9622

Attorney for Sierra Club

Nathan Matthews
Nathaniel Shoaff
Staff Attorneys
SIERRA CLUB ENVIRONMENTAL LAW PROGRAM
2100 Webster Street, Suite 1300
Oakland, CA 94612
415.977.5695

Diana Dascalu-Joffe, Senior Attorney
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop Street, Suite 421
Denver, CO 80202
720.925.2521
ddascalujoffe@biologicaldiversity.org
CONSERVATION GROUPS' COMMENTS
UNCOMPAHGRE FIELD OFFICE RMP AND DEIS

Jeremy Nichols
Climate and Energy Program Director
WILDEARTH GUARDIANS
2590 Walnut St.
Denver, CO 80205
303.437.7663
jnichols@wildearthguardians.org
Natasha Léger
Interim Executive Director
CITIZENS FOR A HEALTHY COMMUNITY
303.667.1544

Peter Hart
Staff Attorney/Conservation Analyst
WILDERNESS WORKSHOP
PO Box 1442
Carbondale, CO 81623
970.963.3977 (office)
303.475.4915 (cell)

BLM_0159514

000564_SwensonP_20161102 Organization: Gunnison County, Paula Swenson
Received: 11/2/2016 12:00:00 AM
Commenter1: Paula Swenson - Gunnison, Colorado 81230
Organization1:Gunnison County
Commenter Type: Local Government
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 000564_SwensonP_20161102.htm (000564_SwensonP_20161102-388440.htm
Size = 9 KB)
Submission Text
11/14/2016 DEPARTMENT OF THE INTERIOR Mail Comments
for Uncompahgre Resource Management Plan
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=1582591d34cfd92e&siml=1582591d… 1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Comments for Uncompahgre Resource Management Plan
1 message
Joshua Ost <JOst@gunnisoncounty.org> Wed, Nov 2, 2016 at 9:02 AM
To: "uformp@blm.gov" <uformp@blm.gov>
Please see attached comments from Gunnison County. A hard copy of these comments will also
be sent to
your locations. Please let me know if you have any questions.
Thanks,
Josh Ost
Administrative Assistant III
County Manager's Office
Gunnison County Administration
200 E. Virginia Ave.
Gunnison, CO 81230
Phone: 9706417600?
Fax: 9706413061
Final Uncompahgre RMP Comment Letter.pdf
208K
Gunnison Gunnison County Board of County Commissioners County Phone: (970) 641-0248 •
Fax: (970) 641-3061
'U Email: bocc@gunnisoncounty.org • www.GunnisonCounty.org
COLORADO --------
November 1, 2016
Project Manager, Uncompahgre RMP
Bureau of Land Management

Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401
uformp@blm.gov
Re: Draft Resource Management Plan and Draft Environmental Impact Statement for the Uncompahgre
Field Office
Greetings:
The Board of County Commissioners of Gunnison County, Colorado ("Gunnison County") appreciates the opportunity to comment, and respectfully submits these comments, regarding the "Draft Resource Management Plan and Draft Environmental Impact Statement for the Uncompahgre
Field Office" ("RMP EIS").
Gunnison County appreciates that the RMP EIS presents five distinctly different alternatives. Planning issues addressed included categories such as travel management, energy development, recreation management, lands and realty/community growth and expansion, wildlife and fish, and
special designations. The draft alternatives also address designation of Areas of Critical Environmental
Concern and Wild and Scenic River suitability and findings.
The five alternatives can be summarized as:
Alternative A
Alternative A meets the requirement that a no-action alternative be considered. This alternative continues current management and prevailing conditions derived from existing planning documents.
Alternative B
Alternative B emphasizes improving, rehabilitating, and restoring resources and sustaining the ecological integrity of habitats of all priority plant, wildlife and fish species, while allowing appropriate
development scenarios for allowable uses. It particularly targets the habitats "needed for conservation
and recovery of federally listed, proposed, or candidate threatened and endangered plant and animal
species." RMP EIS, at ES-8.
200 East Virginia Avenue· Gunnison, CO 81230
Alternative B.1
Alternative B.1 is a partial alternative specific to oil and gas leasing and development in the North Fork and Smith Fork drainages of the Gunnison River. This alternative would close certain areas to
oil and gas leasing and would also impose development setbacks with strict surface use restrictions,
including "no surface occupancy", "controlled surface use", and timing limitations in places where
leasing may be allowed. RMP EIS 8.
Alternative C
Alternative C provides for a mix of users on BLM administered lands and mineral estates that

would be based on "making the most of resources that target social and economic outcomes, while
protecting land health." RMP EIS, at ES-8.
Alternative D
"Alternative D is the agency preferred alternative, which emphasizes balancing resources and
resource use among competing human interests, land uses, and the conservation of natural and cultural
resource values, while sustaining and enhancing ecological integrity across the landscape, including
plant, wildlife and fish habitat. This alternative incorporates a balanced level of protection, restoration,
enhancement and use of resources and services to meet ongoing programs and land uses. Goal and
objectives focus on environmental, economic, and social outcomes achieved by strategically addressing
demands across the landscape." RMP EIS, at ES 8-9
Gunnison County prefers the balanced approach that informs Alternative D, with the intent that
the foundation, information, analysis and site specific conditions identified in Alternative B.1 will be
brought forward to supplement and advise future oil and gas lease sale nominations.
Regarding livestock grazing, Gunnison County notes that Alternative D reduces allocated acres
open for all classes of livestock grazing, reduces available animal units months, and closes certain
acreage to livestock, as follows:
Allocated acres
open for all
Alternative A
658,540
Livestock Grazing (acres)
Alternative B
510,076
Alternative C
647,900
Alternative D
611,560
classes of
livestock grazing
Closed to all 17,260 165,730 27,900 64,240
classes of
livestock grazing
(acres)
Available animal 38,364 29,862 37,926 36,424
unit months
(AUM)
RMP EIS, Table ES-3, at ES 11
Regarding fluid mineral leasing, Gunnison County notes that Alternative D maintains to a great

degree the acreage open to fluid mineral leasing, but would subject a much higher portion of those

areas than currently subjected to both no surface occupancy constraints and timing limitations, as follows:

Fluid Mineral Leasing (acres)

Alternative A Alternative B Alternative C Alternative D

Closed to fluid 44,220 219,580 44,220 50,000

mineral leasing

Open to fluid 871,810 696,450 871,810 865,970

mineral leasing

Open to leasing 229,830 5,460 141,300 119,910

subject only to

standard terms

and conditions

(that is, not

subject to NSO or

controlled surface

use)

Open to leasing 720 97,960 7,620 50,580

subject to No

Surface

Occupancy

Open to leasing 77,200 201,870 107,170 238,680

subject to Timing

Limitations

RMP EIS, Table ES-3, at ES 11-12

<([#1 [4] Regarding planning criteria and legislative constraints, Gunnison County notes:

This section includes as two of a number of planning criteria:

11

• The planning team will work cooperatively with the State of Colorado, tribal governments, county and municipal governments ... "RMP EIS, at 1-11.

11

• Decisions in the RMP will strive to be compatible with existing plans and policies of adjacent local, state and federal agencies, as long as the decisions are consistent with the purposes, policies and

programs of federal law, and regulations applicable to public lands." RMP EIS, at 1-11.

Gunnison County is concerned that the use of the word 11adjacent"-when used to describe local government-suggests that BLM land somehow is separate from-and only neighboring to-private land in Colorado counties, and that local government regulation of uses on BLM lands is impliedly

preempted. Neither statute nor case law supports this implication.

As Gunnison County noted in its correspondence dated May 16, 2016, to Mr. Neil Kornze, Director, BLM, regarding Resource Management Planning, Proposed Rules, Notice Federal Register,

February 25, 2016, 81 FR 9674: "The proposal ignores that local governments have relevant policepower

authority significantly more expansive than 'land use.' These authorities include protection of public health, safety and welfare, and environmental and wildlife protection considerations ... " The RMP

EIS terminology of "plans and polices ... of local agencies" fails to take notice of the legal authorities of
local governments.

As the Court of Appeals noted in Board of County Commissioners of Gunnison County v. BDS International. LLC, 159 P.3d 773,783 (Colo. App. 2006):

" Relying on the Property Clause of the United States Constitution, a panoply of federal laws concerning the use and disposition of federal lands, and case law from other jurisdictions, (CrossAppellant)

argues that the County may not implement any regulations concerning oil and gas operations on federal lands. We are not persuaded ... (W)e conclude that neither the federal statutory scheme nor

the case law relied upon by (Cross-Appellant) supports the conclusion that Congress intended to preempt all local regulation in the area of oil and gas operations (on federal lands)."

#1])> Paula Swenson, Chairperson


000567_CovaT_20161031 Organization: Tamara K Cova
Received: 10/31/2016 12:00:00 AM
Commenter1: Tamara K Cova - Crawford, Colorado 81415 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/14/2016 12:00:00 AM
Attachments: 000567_CovaT_20161031.htm (000567_CovaT_20161031-388525.htm Size = 3 KB)
UFORMP_000567_CovaT_20161031.pdf (000567_CovaT_20161031-388526.pdf Size = 90 KB)
Submission Text
From: Tamara Cova <tkcova@gmail.com>
Date: October 31, 2016 at 3:18:22 PM MDT

I am a resident of the town of Crawford and live at the base of "C Hill" right next to BLM lands that would
be left open to oil and gas development in the draft Preferred Alternative. I moved here 2 years ago
because there was an oil/gas mixture seeping into a creek at the base of a spring on the property in which
I was living in Northern Colorado! There were multiple gas/oil holding tanks within the immediate vicinity
from recent earth prodding. I love living in this small town on the edge of vast expanses of

wilderness
virtually untouched.

I am glad the BLM is considering ways to protect important natural resources like wildlife habitat, domestic
and irrigation water, wild and scenic rivers, air quality and recreation. In particular, I support the designation
of ecological emphasis areas and special recreation management areas. These will preserve habitat
connectivity, wildlife corridors, undeveloped open space, and recreation opportunities within our region.
However I am baffled. Much of the area doesn't even have oil and gas reserves that are feasible for
development. The Preferred Alternative would put our public lands and adjoining communities at risk for
negative impacts from development activities including largescale oil and gas drilling as well as lease
speculation. The BLM must adopt a final plan that makes important wildlife habitat, recreation areas, and
sensitive air and watersheds as well as our beauty filled views offlimits to thoughtless energy development.

BLM needs to listen to the the local residents in Crawford, Hotchkiss, and Paonia that are true Stewarts of
the Land , and adopt the North Fork Alternative, B1, for the area in and around the North Fork Valley. This
locally driven proposal is the right way to protect the entire Gunnison Watershed supporting farmers, protecting public health, sustaining ecological wellbeing, and building a sustainable rural economy on Colorado's Western Slope.

Best Regards,
Tamara K Cova
PO Box 144
Crawford Colorado
81415


000568_CusackL_20161029  Organization: Lindsay E Cusack
Received: 10/29/2016 12:00:00 AM
Commenter1: Lindsay E Cusack - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:

BLM_0159520

Current Task: Review Assigned/Due: dprobison 12/14/2016 12:00:00 AM
Attachments: 000568_CusackL_20161029.htm (000568_CusackL_20161029-388527.htm Size
= 3 KB)
UFORMP_000568_CusackL_20161029.pdf (000568_CusackL_20161029-388529.pdf Size = 89
KB)
Submission Text
Lindsay Cusack <lecusack@yahoo.com> Sat, Oct 29, 2016 at 2:06 PM
40797 M Rd
Paonia, CO 81428

Staff and RMP Comment Team,

I am a resident of and small business owner in Paonia and live on M Rd. near BLM lands. I
moved to Paonia just over one year ago because of the local organic agriculture, clean
watersheds, because of the community and local economy, and the beautiful landscapes, wildlife,
views and recreation activities on BLM lands and hope to make my home here for many years to
come. I am writing to express my support for the inclusion of Alt B1 into the final Resource
Management Plan. It balances the development of our natural resources without threatening our
way of life including water resources, wildlife, hunting and recreation activities that are an
important part of our local economy, and as discussed in Appendix D, the importance of
connectivity between wilderness areas.

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is
considering ways to protect important natural resources like wildlife habitat and wild and scenic
rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve
habitat connectivity and wildlife corridors.

However, the Preferred Alternative in the draft plan would open 90 percent of the Uncompahgre
area to oil and gas leasing, endangering wilderness quality lands, wildlife, recreation and cultural
sites. Much of the area doesn't even have oil and gas reserves that are feasible for development,
meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should
change course and adopt a final plan that makes wilderness quality lands, important wildlife
habitat and recreation areas off limits to energy development. I support the inclusion of
Alternative B1 which balances all the resources managed by the BLM.

Public lands access for hunting, camping, fishing and travel, as well as plentiful and healthy
habitat are critical components that help sustain the multi-million-dollar hunting industry in the
area. The final plan should include ecological emphasis areas for all critical winter habitat within
the North Fork Valley. The final plan should also include the protections of B1 which prohibits
surface activities in critical wildlife habitat, and includes both No Leasing and No Surface
Occupancy setbacks from streams, riparian areas, and water bodies.

I ask that The BLM listen to the local community in Crawford, Hotchkiss and Paonia and adopt
the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This
locally driven proposal is the right way to protect the Gunnison Watershed supporting farmers
and building a sustainable rural economy on Colorado's Western Slope.

BLM_0159521

Sincerely,

Lindsay E. Cusack, MSW, LCSW
http://www.paoniapsychotherapy.com
312.912.4845


000569_CowellJ_20161031  Organization:  John Cowell
Received: 10/31/2016 12:00:00 AM
Commenter1: John Cowell - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/14/2016 12:00:00 AM
Attachments: 000569_CowellJ_20161031.htm (000569_CowellJ_20161031-388530.htm Size = 2 KB)
UFORMP_000569_CowellJ_20161031.pdf (000569_CowellJ_20161031-388531.pdf Size = 92 KB)
Submission Text
John Cowell <johnccowell@aol.com> Mon, Oct 31, 2016 at 1:25 PM
Paonia, Colorado, 81428
10/31/16


Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment. As a citizen of the North Fork Valley, I have done my best to educate myself on the matter of the Draft BLM Uncompahgre Resource Management Plan (RMP). For where I live in Paonia, I believe the North Fork Alternative, known as B1, should be added to the final plan, because it does the best job of protecting our water resources as well as wildlife. I agree with Appendix D when it talks about the importance of connectivity between the wilderness areas.

The final plan must protect all lands with wilderness characteristics, including the Terror Creek, one of the Ecological emphasis areas. This area is home to a population of Purple Martins that are not found in other areas. It also has one of the largest mature aspen stands in the world, providing prime habitat for elk and deer, and provides important connectivity between the valley bottoms and the roadless lands in the Grand Mesa National Forest. Hunting in this area is an important part of both our culture and our economy.

The final plan must also include provisions to manage Jumbo Mountain as a special recreation area. It is an important area to me and many residents of the area as a place to hike and bicycle.

The BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Sincerely,

000571_GravesB_20161101  Organization: Ben Graves
Received: 11/1/2016 12:00:00 AM
Commenter1: Ben Graves - Paonia, Colorado
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 000571_GravesB_20161101.htm  (000571_GravesB_20161101-388487.htm  Size = 11 KB)
Submission Text
11/8/2016  DEPARTMENT OF THE INTERIOR Mail Public
Comment Letter for UFO RMP
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment%2FInbox%2FForm%20Ltr%20K&search=cat&th=1…  1/3
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Public Comment Letter for UFO RMP
1 message
Ben Graves <benjgraves@gmail.com>  Tue, Nov 1, 2016 at 6:58 PM
To: uformp@blm.gov
BLM Uncompahgre Field Office,
2465 S. Townsend Ave.
Montrose, CO 81401
November 1, 2016
To Whom It May Concern,
Thank you for the allowing the public to comment on the resource management plan. I moved to Delta County in 2012
to teach high school in Paonia. I now am a science teacher at Delta High School. I have been an avid mountain biker, hiker, backcountry skier and wilderness user of the BLM areas in Delta County including the Jumbo Mountain, Adobe Badlands, lower Roubideau Canyon, Lone Cabin and Steven's Gulch areas for the last 5 years. I strongly support Alternatives B and B1 in the RMP because they best preserve the quality of life that will help Delta County recover from the declines in the coal industry.
My wife's and my primary motivation for living in Delta County are the landscape, the tight knit communities and access to high quality recreation experiences. We now own two homes and

have structured our lives around staying in Delta County (despite some of the lowest teacher salaries in the state) because of the quality of life we enjoy in the North Fork. As hundreds of coal miners were laid off,
many in Delta County and the school district feared huge losses of students and families.

However, enrollment in 2016 is up in the North Fork and real estate is booming. I think a major piece of this growth, despite declines in the traditional energy industry is due to families, like my own, who value the quality of life and access to recreation in the North Fork. The BLM needs to ensure that the RMP prioritizes recreational access and preserving the air, water and wildlife habitat so that the North Fork can redefine itself as a recreation destination.
The Preferred Alternative in the draft plan would keep 90 percent of the UFO area open to oil and gas leasing, endangering wildlife, recreation, wilderness quality lands, and cultural sites. It would also put at risk the air and water quality, along with compromising the scenic viewsheds, on which our local communities and economies depend. Because of the low potential for economically practicable oil and gas development in much of the Jumbo Mountain and North Fork area, the tradeoff with respect to less oil and gas revenue and royalties is minimal. I recognize there is ongoing oil and gas development in the area, and more development, when located in areas where it is the higher/best use, is appropriate and part of a diversified economy. Yet with high enough oil and gas prices, the Preferred Alternative would put some specific public lands at odds with higher valued amenities directly adjacent to North Fork communities: recreation, scenery, water and wildlife. The BLM must adopt a final plan that makes such important wildlife habitat, recreation areas, and sensitive air, water, and viewsheds off limits to energy development.
<([#1 [27.1] I especially support Alternative B and the protections for Jumbo Mountain as a SRMA because I see firsthand
The growth in the trail system over the last 5 years and the increased use of the trails and want to make sure the resource is managed responsibly for recreation. I am an avid trail user and I mountain bike or trail run almost every day. I live about 3 blocks from Jumbo trails and a major reason for my family moving to Paonia was this trail access. The ability for children, the elderly and tourists to have access to a scenic wildlife viewing and high quality singletrack recreation experience from downtown Paonia is a
unique feature of our community and is a draw for people around the state.
The Mancos shale geology, steep, rugged trails and fragile desert vegetation are not compatible with heavily motorized, industrial oil and gas development or offtrail use. Some existing user-created
trails are not sustainable. SRMA status for the Jumbo Mountain area and the 4000 acreas east of Jumbo Mountain would enable the BLM to improve the current management of this fragile landscape and help put Paonia on the map as an outdoor recreation destination. #1])> <([#2 [27.1] In Alternative B, the added room for growth of the existing trail system into the areas east of Jumbo Mountain towards the Sunset Roadless Area and the National Forest, would be a way for the Paonia community to continue to attract mountain bike and singletrack recreation users from around the state. Motorized use in the close to town trails is just not compatible with the high amount of nonmotorized use. In order to prevent use conflict,
the BLM should expand the SRMA as proposed in Alternative B and encourage motorized use and
expand hunting access in the areas east of Jumbo Mountain. #2])> I support Alternative B over

the Preferred Alternative because the Jumbo area needs room to grow so we can balance recreation conflicts and expand the availability of high quality recreation experiences for locals and tourists that are easily accessible from town.

The only provision in Alternative B that I disagree with is that <([#3 [27.1] I would like to see provisions for the local community to
host small competitive events. From the mid2000s
until 2014, local groups hosted charity runs on the Jumbo Trails for Cherry
Days and Harvest Festival. These events drew competitors from around the Western Slope to Paonia. In 2013 Paonia High School hosted a regional cross-country
meet on the Jumbo trails. Our local businesses would benefit greatly from community groups hosting nonmotorized, small scale events like trail runs and mountain bike competitions. This would further allow our community to redefine itself as a recreation destination.

River and trail recreation are a growing economic opportunity in the North Fork, with these industries bringing millions of dollars to communities in Colorado. The North Fork Alternative B1 provides protection from oil and gas development for
streams and river corridors, trailhead areas, the flanks of the West Elk Mountains, and the Jumbo Mountain area. These protections must be included in the final plan. #3])> <([#4 [27.1] Local economic studies indicate that the economic future of our region will depend upon the diverse industries already present, including land and
water based recreation. The final plan should include
Special Recreation Management Areas identified in Alternative B. Recreation activities in these areas include mountain biking, horseback riding, motor biking, OHV use, trail running, snowmobile use, hunting, fishing, crosscountry skiing, and backpacking
among others. These areas include Jumbo Mountain, Stevens Gulch, Lone Cabin, the North Fork of the Gunnison River corridor in the Paonia area and the Smith Fork river corridor, McDonald Creek, Elephant Hill, Adobe Butte, and Roubideau Canyon in the rest of Delta County. #4])> <([#5 [30] With the decline in the coal industry, the North Fork Valley needs to redefine and continue to diversify the economy. As a classroom teacher, I see firsthand what the loss of jobs and steady incomes does to the fabric of a community. I believe the BLM should do everything in its power to help the North Fork maintain the potential for a diversified economy through embracing public lands access, wildlife protection, scenic viewsheds and recreation with a balanced approach toward oil and gas development. Such a balanced approach recognizes that some locations are not appropriate for such development, when the development would compromise higher valued amenities. #5])> Alternative B1 would ensure that industrial development does not
dominate the agricultural and recreational lands that are helping the North Fork redefine itself post coal
mines.

In conclusion, the BLM should listen to the local residents in Crawford, Hotchkiss, and Paonia and adopt the North Fork
Alternative, B1, for the area in and around the North Fork Valley and Alternative B for the whole UFO. This locally driven
proposal is a balanced way to manage the entire Gunnison Watershed, and will contribute to rebuilding
a sustainable rural
economy on Colorado's Western Slope.

BLM_0159525

Sincerely,
Ben Graves
1004 3rd St

/\
Ben Graves
/=\./\
/=
\=\
Bgraves UFO RMP comment letter.docx
156K


000572_McCurdy_20161101  Organization: Tracy McCurdy
Received: 11/1/2016 12:00:00 AM
Commenter1: Tracy McCurdy - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 000572_McCurdy_20161101.htm (000572_McCurdy_20161101-388488.htm Size
= 13 KB)
Submission Text
11/2/2016 DEPARTMENT OF THE INTERIOR Mail UFO
RMP Draft Comments
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=15821bcbc0a48095&siml=15821bc... 1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
UFO RMP Draft Comments
1 message
Tracy McCurdy <tracy@enventive.com> Tue, Nov 1, 2016 at 3:11 PM
To: uformp@blm.gov
Cc: Allison Elliot Western
Slope Conservation Center <info@theconservationcenter.org>
Dear BLMUFO
Staff and RMP Comment Team,
I am a citizen of Paonia, Colorado. Please find attached my comment letter regarding the BLM's
draft UFO RMP, in
support of the North Fork Citizens' Alternative B1.
Best regards,
Tracy McCurdy
Tracy
McCurdy

BLM_0159526

Documentation Manager
tracy@enventive.com
www.enventive.com
Enventive Engineering, Inc.
South Lancaster, MA
This message and any attachments are solely for the intended recipient and may contain
confidential or privileged information. If you are not the
intended recipient, any disclosure, copying, use, or distribution of the information included in
this message and any attachments is prohibited. If you
have received this communication in error, please notify us by reply email
and immediately and permanently delete this message and any
attachments. Thank you.
BLM letter.pdf
135K
Tracy E. McCurdy
324 Orchard Ave.
P.O. Box 1670
Paonia, CO 81428
11/01/2016
BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401
Re: Draft Resource Management Plan for the Uncompahgre Field Office
Dear BLM-UFO Staff and RMP Comment Team,
I am writing this letter to comment on the Draft Resource Management Plan for the
Uncompahgre Field Office. I
have lived in Colorado's North Fork Valley for 16 years, and am currently a resident of Paonia,
Colorado. I own
my home at 324 Orchard Avenue, a 5-minute bike ride from the BLM lands that include Jumbo
Mountain. I am
a member of the North Fork Trail Advocacy Group (NFTAG), which is part of the Delta Area
Mountain Biking
(DAMB) chapter of Colorado Plateau Mountain Bike Trails Association (COPMOBA). I am also
a board
member of the Western Slope Conservation Center (WSCC). DAMB and WSCC have submitted
their own
highly substantive comments, which I support fully.
I support the protections outlined in the North Fork Alternative, included in the draft RMP as
Alternative B1,
because it is the only alternative in the draft plan that provides the level and type of protections
needed for North
Fork public lands. In addition, <([#1 [27.1] I specifically support designating Jumbo Mountain as
a Special Recreation
Management Area (SRMA), which is needed to properly manage and capitalize on our unique
recreational
opportunities here in the North Fork Valley.

BLM_0159527

#1])> For several years, I have enjoyed riding my bike on the trails of Jumbo Mountain. Through this ability to find
outdoor recreation so close to me, I gain unquantifiable mental and physical health benefits. My work is
sedentary (I work remotely from home as part of a software development company), so physical activity is
particularly important for my health as a 52-year-old woman. Being so close to Jumbo Mountain's BLM lands, I
have daily access to biking single track trails, a physically demanding sport that helps keep me fit and mentally
alert and brings me personal fulfillment. While on the Jumbo trails, I see people of all ages walking their dogs;
riding horses; exploring with their children or students; running and hiking; photographing, drawing and
painting; and soaking up beautiful views of the mesas and the valley surrounding the town of Paonia.
Uninterrupted views of distant mountain vistas and nearby family farms, productive orchards, and world-class
vineyards. Views that would be severely compromised by the intrusion of oil and gas development in these
areas.
Based on the unique characteristics of Jumbo Mountain, these lands should be preserved for locals and tourists,
yet outside of Alternative B1, the draft RMP leaves nearly the entire Jumbo Mountain area and surrounding
lands open for oil and gas development. This is not acceptable, responsible management of these lands. Please
recognize the current use and future potential use for Jumbo Mountain and surrounding lands as recreational by
adopting Alternative B1 and designating Jumbo Mountain as a SRMA.
<([#2 [30] Our trails have important potential to bring significant economic benefits for the North Fork Valley that cannot
be ignored. This past October 22, Paonia had our 7th annual "Gears and Beers" festival, which has its basis in
mountain biking and road riding throughout our clean, scenic area, followed by enjoying local foods and
refreshments. This year, the event was very successful and had high attendance from both locals and visitors, and
I met several groups of riders who had travelled from neighboring areas, such as Grand Junction and Aspen.
Mountain biking and other forms of outdoor recreation provide a growing economic opportunity in the North
Fork, with these industries bringing millions of dollars to communities in Colorado. We are just beginning to
realize the economic benefits that mountain biking can bring to our valley, and DAMB/NFTAG as part of the

greater organization of COPMOBA seek the support of the BLM to realize this potential, as the BLM has done
successfully for other areas on the Western Slope of Colorado.
With the involvement and support of the BLM, cycling-related revenue has grown to contribute approximately
$1.5 million annually to the once-depressed economy of Fruita, Colorado, with significant increases in sales tax
revenue, particularly coming from restaurants. For more on this success story, please see
http://www.steamboattoday.com/news/2013/may/19/biking-series-part-2-how-fruita-did-it. More supporting
evidence of the benefits of cycling on boosting economic growth can be found at:
http://www.americantrails.org/resources/economics/economic-benefits-trails-macdonald.html
http://www.pinkbike.com/news/economic-impacts-of-mountain-biking-tourism-2014.html,
http://www.pinkbike.com/news/economic-impacts-of-mountain-bike-tourism-2016-update.html
http://headwaterseconomics.org/trail/13-coldwater-mountain-bike-trail
While oil and gas development may benefit a small number of people in our community on a short-term basis,
recreationally based tourism is sustainable and will benefit nearly everyone in the North Fork Valley either
directly or indirectly: farmers, restaurants, shops, and those they employ. In the past several years, I've seen our
tourism growing rapidly, as people from across the Western Slope and the Front Range of Colorado and from
neighboring states learn of the beauty and healthy lifestyle our valley has to offer.
For example, an annual Cider Fest event at Delicious Orchards in Paonia has been more than doubling in
popularity for the past 4 years, attracting hundreds of people, with many coming from other areas of Colorado
and out of state. I've seen Delicious Orchards' overall success as an organic farm and store grow immensely
over the past few years. Since opening 8 years ago, Revolution Brewing, Paonia's microbrewery, has regularly
had to increase its brewing and tasting room capacity to meet the growing demand from locals and visitors. The
brewery's tasting room is literally overflowing during high tourism months.
There are many interrelated reasons people visit and live in the North Fork Valley, all adversely affected by oil
and gas development. We have a different type of development that is working for us and must be developed
further for our economy to grow and thrive: we have developed a solid reputation for our high-quality organic
foods, clean air and water, and pristine, scenic lands. The North Fork Valley is a place where people go to relax
on vacation and a place where people relocate based on the high quality of life that our natural resources allow
us.

Those views from Jumbo Mountain of family farms, orchards, and vineyards are not only pretty. These
agricultural lands sustain and contribute to local wineries, produce sheds, farm-to-table restaurants, local organic
groceries, and many other businesses. Our businesses and resulting jobs are benefitting from a growing demand
for organic and local foods and agricultural tourism. This trickles down to the rest of our community that relies
on that healthy food, and expands to consumers outside of the Western Slope, such as Glenwood Springs, Aspen,
Denver, and beyond. Businesses and jobs will suffer from any development of the North Fork Valley lands that
threatens even the perception of the quality of our water and air, because this perception is directly tied to the perception of quality of our agricultural products.
#2])> The final RMP must protect the idyllic character and scenic beauty of the North Fork Valley, which is home to
the West Elk Wine region and has been called Colorado's Farm-to-Table Capital. That character would be
jeopardized by oil and gas activity. Alternative B1 requires development setbacks from agricultural lands,
prevents damage to visual qualities, and best preserves the current rural character of the valley.
As a home owner, I've been seeing a gradual recovery of home sales as our recreational and agricultural tourism
economy continues to grow and our area recovers from nation-wide recession and a local reduction in coal mining. Just in the past few months, homes on my street have sold to both local and out-of-state buyers for prices
that have increased dramatically from when I bought my home 6 years ago—a time during which home owners were more likely to be forced to foreclose on their homes than sell them. I bought my own home on a short sale,
as the previous owner was defaulting on his mortgage and facing foreclosure. Now, local home buyers are
staying and buyers from other areas are relocating to the North Fork Valley for our rural, non-industrial,
agricultural lifestyle, strong community, and viable economy.
Speculative oil and gas leasing will drive prices and number of prospective buyers down, harming my investment in my property. The final RMP must protect our real estate investments here in the North Fork Valley, which are
closely tied to the quality of life our valley has to offer.
I'm particularly concerned that Alternative D is the BLM's "Preferred Alternative," because this does not
represent how North Fork Valley citizens want our lands to be managed. Alternative D would open over 90 percent of the Uncompahgre area to oil and gas leasing, endangering watersheds, wilderness-quality lands,
wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing, which in itself can harm the attractiveness of our area's organic farming and

peaceful, rural way of life that currently infuses our economy with tourism and new residents.
To summarize, I implore the BLM to listen to the local communities of Crawford, Hotchkiss and
Paonia and adopt the North Fork Citizens' Alternative B1 in the final UFO RMP. This locally
driven proposal protects the
Gunnison Watershed, which in turn supports the sustainable rural economy of the North Fork
Valley and all of
Colorado's Western Slope. The North Fork Alternative B1 provides protection from oil and gas
development for
streams and river corridors, trailhead areas, the flanks of the West Elk Mountains, and the Jumbo
Mountain area.
These protections must be included in the final plan.
Sincerely,
Tracy E. McCurdy


000573_PickettM_20161031 Organization: MJ Pickett
Received: 10/31/2016 12:00:00 AM
Commenter1: MJ Pickett - Gunnison, Colorado 81230
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 000573_PickettM_20161031.htm (000573_PickettM_20161031-388490.htm Size
= 3 KB)
Submission Text
11/1/2016 DEPARTMENT OF THE INTERIOR Mail Public
Comment
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=1581d3e535c50763&siml=1581d3e... 1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Public Comment
1 message
Meagan Pickett <meagan.pickett@western.edu> Mon, Oct 31, 2016 at 6:14 PM
To: "uformp@blm.gov" <uformp@blm.gov>
Hello,
Attached, please find my public comment.
Thank you
MJ Pickett
Clark Community Liaison Fellow
Mountain Roots Community Farm Graduate Fellow
Candidate, Master in Environmental Management
Sustainable and Resilient Communities
Western State Colorado University

BLM_0159531

(516) 9969776
mjpickett914@gmail.com
2 attachments
NorthForkCOPetitionsigned.
pdf
75K
Comment to BLMUFO
Draft RMP.doc
26K
MJ Pickett
Gunnison, CO, 81230
10/31/2016
BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401
Re: Draft Resource Management Plan for the Uncompahgre Field Office
Dear BLM-UFO Staff and RMP Comment Team,
Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is
considering ways to protect important natural resources like wildlife habitat and wild and scenic
rivers. I believe the North Fork Alternative, known as B1, should be added to the final plan,
because it does the best job of protecting our water resources as well as wildlife. I agree with
Appendix D when it talks about the importance of connectivity between the wilderness areas.
<([#1 [20.1] [14.1.1] The final plan must protect all lands with wilderness characteristics,
including the Terror Creek, one of the Ecological emphasis areas. This area is home to a
population of Purple Martins that are not found in other areas. It also has one of the largest
mature aspen stands in the world, providing prime habitat for elk and deer, and provides
important connectivity between the valley bottoms and the road-less lands in the Grand Mesa
National Forest. #1])> Hunting in this area is an important part of both our culture and our
economy.
The BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the
North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-
driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and
building a sustainable rural economy on Colorado's Western Slope.
Sincerely,
MJ Pickett


000574_WilcoxC_20161031  Organization: Cynthia Wilcox
Received: 10/31/2016 12:00:00 AM
Commenter1: Dr. Cynthia Wilcox - Boulder, Colorado 803056255
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:

BLM_0159532

Current Task: Review Assigned/Due: ewozniak
Attachments: 000574_WilcoxC_20161031.htm (000574_WilcoxC_20161031-388491.htm Size = 3 KB)
Submission Text
Please don't frack the North Fork Valley!
1 message
Cynthia Wilcox <clwilcox321@gmail.com> Mon, Oct 31, 2016 at 7:14 PM
To: uformp@blm.gov
Around the country, the wellbeing
of citizens, the food and water supply, and the health of the earth is taking a lower priority than the economic interests of oil and gas companies. Is the earth going to be destroyed before we get serious about alternatives to oil and gas? Why not now? Why not prioritize quality of life, purity of water and food, and the health of native species now??

I have just seen the report on how the groundwater in the Valley would potentially be impacted by drilling and fracking in the area. Once it happens, it can't be undone. It is possible that this entire region would no longer have adequate clean water for agriculture and human consumption. It is morally and ethically unconscionable to begin drilling when we already know that is the potential outcome!!

The tipping point is already here. Can we not see where this is going? We must protect the earth for future generations.

I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness quality lands, important wildlife habitat and recreation areas offlimits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

AND the local citizens should have a voice in a decision that so dramatically affects their quality of life. The BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally driven proposal is the right way to protect the Gunnison Watershed supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Please listen to the people!!! Thank you.
Cynthia Wilcox
Dr. Cynthia WIlcox
61 Benthaven Pl Boulder CO 803056255
3014717939
clwilcox321@gmail.com

000575_RaboinB_20161031  Organization: Beth Raboin
Received: 10/31/2016 12:00:00 AM
Commenter1: Beth Raboin - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 000575_RaboinB_20161031.htm  (000575_RaboinB_20161031-388492.htm  Size = 3 KB)
Submission Text
Beth Raboin
Paonia, Colorado 81428
October 31, 2016
BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401
Re: Draft Resource Management Plan for the Uncompahgre Field Office
Dear BLM-UFO Staff and RMP Comment Team:
Thank you for the opportunity to comment on the draft Uncompahgre plan. Having reviewed the plan, I am grateful to see the comprehensive strategies and options reflect your continued willingness to work towards management that protects the integrity (environmental, social, and economic) of the lands on which my community depends. This past spring I moved to Paonia, because I recognized this region as being special for the way it maintains environmental integrity, a strong sense of local community, sustainable food production, and boundless wilderness access and recreational opportunities. I worked the past six months as an organic produce farmer at Thistle Whistle Farm, a farm with a market ranging as far as Denver, Gunnison, Crested Butte, and Telluride. We also sustain a CSA for Hotchkiss and Paonia residents and another CSA in Gunnison that is managed by students attending Western Colorado College. Our farm is only a drop in the bucket when considering all the agricultural production this region has to offer. Please prioritize protection of the water that makes our region's agricultural resources so robust.
I support the inclusion of Alternative B1 because it best balances all the resources managed by the BLM and most closely represents the needs of this region as recognized by the collaborative efforts and inclusive and ongoing conversations between all stakeholders. The final plan should include the protections of B1 which prohibits surface activities in critical wildlife habitat, and includes both No Leasing and No Surface Occupancy setbacks from streams, riparian areas, and water bodies.
The BLM has the responsibility to represent the local community in Crawford, Hotchkiss and Paonia by adopting the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal demonstrates a commitment to a bright future for the people and lands of the Gunnison Watershed Thank you for supporting farmers, protecting critical habitat, and helping to build a sustainable rural economy on Colorado's Western Slope.

Sincerely,
Beth Raboin
MS Environmental Studies


000576_Ruppert_20161015  Organization: ODISEA Consulting Engineers, Jeff Ruppert
Received: 10/15/2016 12:00:00 AM
Commenter1: Jeff Ruppert - Paonia, Colorado 81428
Organization1:ODISEA Consulting Engineers
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 000576_Ruppert_20161015.htm (000576_Ruppert_20161015-388493.htm Size = 11 KB)
Submission Text
11/1/2016 DEPARTMENT OF THE INTERIOR Mail BLM
UFO RMP Comments
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=1581c9a3701b9c27&siml=1581c9a… 1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
BLM UFO RMP Comments
1 message
Jeff Ruppert <jeff@odiseanet.com> Mon, Oct 31, 2016 at 3:09 PM
To: uformp@blm.gov
To Whom It May Concern,
Please find my comments in the attached letter.
Thank you,
Jeff Ruppert, P.E.
Principal
ODISEA | Consulting Engineers
Designing Your Vision
P.O. Box 1809
Paonia, CO 81428
(970) 9485744
www.odiseanet.com
PS, if there is more than one person in receipt of this email, please use the "replyall"
option for your response.
BLM Draft RMP Review Letter_Jeff_Signed.pdf
156K
Jeff Ruppert
337 Main Street, P.O. Box 1809. Paonia, CO 81428. Phone: (970) 948-5744
E-Mail: jeff@odiseanet.com Web: www.odiseanet.com
Date: October 15, 2016

BLM_0159535

UFO Draft RMP
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401

To Whom It May Concern:

I am a small business owner and resident of Paonia and the North Fork Valley. My residence and home office are
570 feet from the North Fork of the Gunnison River. I choose to live, work, and raise my family here because of
the quality of life: small, rural town with excellent views, pristine water and air quality, abundance of local and
organic food, and outdoor recreation.

Specifically, my family enjoys mountain biking, backcountry skiing, and hiking on Grand Mesa, McClure Pass,
the Raggeds, and Jumbo Mountain. We often fly-fish the North Fork, Smith Fork, and main Gunnison Rivers,
Anthracite Creek, Muddy Creek, Hubbard Creek, and Leroux Creek and hunt in Game Management Units 521
and 53. We raft the Gunnison River many times each year. The final RMP must include protections for these
recreation resources and lands.

As a local professional engineer, I have many new clients that have recently moved to the area. Without
exception, each one of these families has moved here to enjoy the same amenities mentioned above. They are
young families that are contributing to the economic viability of the area and to the future generations of this
valley.

I want to begin by saying THANK YOU to the BLM UFO for including the North Fork Alternative B1 in the
draft of the RMP. I understand that the BLM must try to balance a multitude of uses for our limited natural
resources and public lands. I also feel very strongly that the way in which we choose to manage these lands and
resources over the next few decades is critical in sustaining them and preserving the quality of life and economic
health of North Fork residents and visitors. In the following paragraphs, I will outline my concerns with utilizing
any management strategy for this area other than Alternative B1.

The Preferred Alternative (Alternative D) would open 90% of the Uncompahgre area to oil and gas leasing. Oil
and gas leasing is a threat to our quality of life and the economic livelihood of the North Fork Valley.
Specifically, this type of development endangers our surface waters and our groundwater, which in turn affects

BLM_0159536

the quality of our drinking water and of the foods grown here. This also has the potential to affect the organic
certification of many of our local farms and ranches. Additionally, <([#1 [35.3] drill pads are unsightly. I enjoy scenic drives
and hikes on the Grand Mesa and often take out-of-town guests there to show off the natural beauty of this area.
This use would be drastically / negatively impacted by oil and gas development. #1])> Oil and gas development in this
watershed / viewshed is too risky. Land use in this area should instead be focused on more sustainable uses such
as: quality open space, recreation, hunting, fishing, and mitigation of wildlife fragmentation. <([#2 [30] From an economic
standpoint, rather than relying on the limited and temporary income and tax revenue from oil and gas
2
development, we should focus on more diverse and sustainable practices such as agriculture and tourism (as well
as attracting young professionals that telecommute and contribute to the economic health of the area).
The final RMP must protect the health of the watershed for the greatest number of users. Our communities have
invested countless dollars developing both domestic and agricultural water systems for their homes, farms and
ranches. #2])> <([#3 [37.1] The final plan must exclude all oil and gas activities within a half-mile of all surface and ground
domestic water sources, including municipal waters supplies, that risk being impacted by surface spills and well
failure. Most of the domestic water sources in the North Fork Valley are surface springs and streams that are
either on or near BLM lands affected by this plan.
#3])> <([#4 [37.1] The final RMP must protect local agriculture by excluding oil and gas activities within a quarter mile of ditches,
domestic water decrees, dams, irrigation intakes, or canals. This is a minimum distance required to safeguard
direct and rapid impacts from surface spills and other contamination from oil and gas activity. #4])> <([#5 [37.1] The final RMP must protect streams and surface water quality, protecting ecological resources, aquatic habitat,
recreational attractions, water storage, and flood control by closing areas within a half mile of lakes, ponds,
wetlands, and reservoirs to oil and gas activities including leasing. The final plan should also recognize that
perennial water sources, riparian areas, intermittent streams and ponds, and ephemeral/seasonal waters are priority
habitats with adequate protections from all surface activities.
#5])> The final RMP must protect the idyllic character and scenic beauty of the North Fork Valley, which is home to the

West Elk Wine region and has been called Colorado's Farm-to-Table Capital. That character would be
jeopardized by oil and gas activity. Alternative B1 requires development setbacks from agricultural lands,
prevents damage to visual qualities, and best preserves the current rural character of the valley. The North Fork Valley sits at the very heart of the West Elk Loop Scenic Byway, world renowned for its scenery
and rural character. Oil and gas development could jeopardize the scenic qualities of the area. The final RMP
should include Alternative B1, which provides the adequate protections for the Valley's scenic features.
River and trail recreation are a growing economic opportunity in the North Fork, with these industries bringing
millions of dollars to communities in Colorado. The North Fork Alternative provides protection from oil and gas
development for streams and river corridors, trailhead areas, the flanks of the West Elk Mountains, and the Jumbo
Mountain area. These protections must be included in the final RMP.
Real estate sales in the North Fork Valley continue to be driven by those seeking a rural, non-industrial, and
agricultural lifestyle. <([#6 [30] The final RMP must protect the investments locals have made in the value of their home
and land, and should not allow for speculative oil and gas leasing which discourages homebuyers from purchasing
in our communities, producing real and direct negative economic impacts on our communities. #6])>
Specifically with regard to recreation: <([#7 [27.1] The BLM lands on and surrounding Jumbo Mountain are a well-used and
well-loved recreation asset for North Fork residents. The final RMP should include the entire Jumbo Mountain
unit as a Special Recreation Management Area to protect the quality of the recreation experience. This area is
essential for quality of life, recreation tourism, and the businesses that rely on those tourists. #7])> <([#8 [14.1.1] The final plan
3
should also include an Ecological Emphasis Area to protect critical winter mule deer and elk habitat. Public lands
access for hunting, camping, fishing and travel, as well as plentiful and healthy habitat, are critical components
that help sustain the multi-million-dollar hunting industry in the area. The final RMP should include ecological
emphasis areas for all critical winter habitats within the North Fork Valley. #8])> The final plan should also include the
protections of the B1 alternative, which prohibits surface activities in critical wildlife habitat, and includes both
No Leasing and No Surface Occupancy setbacks from streams, riparian areas, and water bodies.

BLM_0159538

Local economic
studies indicate that the economic future of our region will depend upon the diverse industries already present,
including land- and water-based recreation. <([#9 [27.1] The final RMP should include Special Recreation Management Areas
and Extensive Recreation Management Areas for all lands identified as of high recreation value by local residents
and businesses. Recreation activities include mountain biking, horseback riding, motor biking, OHV use, trail
running, hunting, fishing, and backpacking, among others. These areas include Jumbo Mountain, Stevens Gulch,
the North Fork of the Gunnison River corridor, Smith Fork river corridor, McDonald Creek, Elephant Hill, Lone
Cabin, Adobe Butte, and Robideau Canyon.
#9])> <([#10 [14.1.1] With respect to wilderness and wildlife protection: Wildlife habitat fragmentation should be mitigated by
assuring connectivity between Grand Mesa and West Elk Wilderness through the designation of Ecological
Emphasis Areas and Special Recreation Management Areas. Wild and scenic rivers should be protected. The
final RMP must protect all lands with wilderness characteristics, including the areas up Stevens Gulch. This area
is home to a population of Purple Martins that are not found in other areas. It also has one of the largest mature
aspen stands in the world, providing prime habitat for elk and deer, and provides important connectivity between
the valley bottoms and the roadless lands in the Grand Mesa National Forest. #10])> Hunting in this area is an important
part of both our culture and our economy.
With respect to agricultural water rights: I would like to see further education for our farmers and ranchers to
alleviate the 'use it or lose it' mentality; ranchers/farmers should be able to maintain their water rights regardless
of use in order to encourage conservation and to keep the water in the river as much as possible. Thank you again for your efforts in this regard. I strongly support and respectfully request the inclusion of the North Fork Alternative B1 and all other conservation protections in Alternative B in the final UFO RMP. The locally driven proposal that is Alternative B1 is the right way to protect the entire Gunnison Watershed -supporting farmers, protecting public health, sustaining ecological well being, and building a sustainable rural economy on Colorado's Western Slope.
Sincerely,


000577_RehnM_20161023 Organization: Maddie Rehn
Received: 10/23/2016 12:00:00 AM
Commenter1: Maddie Rehn - Gunnison, Colorado 81230
Organization1:
Commenter Type: Individual

Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 000577_RehnM_20161023.htm (000577_RehnM_20161023-388502.htm Size = 5 KB)
Submission Text
10/30/2016 DEPARTMENT OF THE INTERIOR Mail UFO
RMP Public Comment
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=157f37e34fe312c0&siml=1... 1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
UFO RMP Public Comment
1 message
Maddie Rehn <maddie.rehn@gmail.com>  Sun, Oct 23, 2016 at 3:40 PM
To: uformp@blm.gov
Hello
Attached is my written public comment for the UFO RMP.
Thanks for your time,
Maddie Rehn
Comment to BLM 10.23.16.
pdf
63K
Maddie Rehn
23 October 2016
525 W New York, Apt A.
Gunnison, CO 81230
BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401
Re: Draft Resource Management Plan for the Uncompahgre Field Office
Dear BLM-UFO Staff and RMP Comment Team,
Thank you for the opportunity to comment on the draft Uncompahgre plan. As you think about the multitude of combinations for the Resource Management Plan, I urge you to consider the Alternative B1 as the best option. The Controlled Surface Use stipulations in the "Preferred Alternative" (Alt. D) will not provide the necessary protections for our communities, rivers, air, water, wildlife, landscapes and livelihoods. I am a full-time Gunnison resident who has done my best to be educated on the process and content of the draft Management Plan.
By opening 90% of the Uncompahgre area to oil and gas leasing, I believe this level of development leaves an unreasonably large impact on fragile high alpine ecosystems as well as places emphasis on a single economic driver. The North Fork
Valley prides itself on being the states largest concentration of organic farmers and is a gateway community to the incredible surrounding public lands. Excessive oil and gas development threatens this way of life through the resulting ecosystem fragmentation, disruption of water

systems, and destruction of clean air.

By selecting, the proposed Alternative B1 as the action for oil and gas leasing in the Management Plan, the BLM would be

moving in the right direction to protect our rural culture and existing economies, including our agriculture, water supplies,

and recreational landscapes. It balances the development of our natural resources without threatening our way of life.

Recent data has highlighted that hunting, fishing, hiking, and outdoor recreation contribute $646 billion to the US economy

with 6.1 million Americans jobs tied to the outdoor recreation industry – almost equal to pharmaceuticals and motor

vehicles and parts combined. Undeveloped public lands are critical components that help sustain the multi-million-dollar tourism industry in the area.

Ensuring that oil and gas exploration / occupancy do not occur near domestic water wells or rivers is crucial to ensuring the

quality of our water resources. Despite assurances from industry leaders that it can regulate itself, there have been

controversial messes—not just flaming faucets propaganda, but well-documented cases of air and groundwater

contamination—and mounting concerns about threats to public health.

<([#1 [37.1] Water quality is not only imperative to human and ecosystem health, but also the local agriculture community. According to

the U.S. Department of Agriculture's 2007 census, direct sales of farm products (via farm stands, farm-to-home

cooperatives, etc.) in Delta county, with over 90 percent coming from the North Fork Valley, are some of the highest in the

rural U.S.. The valley produces 77 percent of the state's apples, 71 percent of its peaches. Agriculture relies on clean water.

Therefore, the final plan must consider protections for our rivers, landscapes & wildlife to ensure protection of key natural

resources including riparian areas, river corridors, sensitive species, air and water quality, and the valley's scenic qualities

and visual resources. #1])> As well outlined in Alternative B1 the BLM should include areas of No Leasing, No Surface

Occupancy, and Controlled Surface Use as included in the draft RMP.

I hope the BLM will listen to the local community in Gunnison, Crawford, Hotchkiss and Paonia and adopt the North Fork

Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to

protect the Gunnison Watershed -- supporting farmers and building a sustainable rural economy on Colorado's Western

Slope. If unchecked fracking is permitted, the valley will pay the price in health and livelihoods.

Sincerely,

Maddie Rehn

000578_WarrenD_20161101  Organization:  David Warren
Received: 11/1/2016 12:00:00 AM
Commenter1: David Warren - Paonia, Colorado 81401
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 000578_WarrenD_20161101.htm (000578_WarrenD_20161101-388503.htm Size = 4 KB)
Submission Text
11/1/2016 DEPARTMENT OF THE INTERIOR Mail BLMRMP
Comments
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=158234b7378a6faf&siml=158234b7…  1/2
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
BLM RMP
Comments
1 message
Colorado Blue Herb Farm <coloradoblue@hotmail.com>  Tue, Nov 1, 2016 at 10:28 PM
To: "uformrp@blm.gov" <uformrp@blm.gov>
David Warren
Paonia,CO 81428
11/1/16
BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401
Re: Draft Resource Management Plan for the Uncompahgre Field Office
Dear BLMUFO
Staff and RMP Comment Team,
I have lived in the North Fork Valley for 16 years. I moved to the valley for a number of reasons including the valley's proximity to wilderness areas and wilderness quality lands and the diversity
of agriculture which boast the largest concentration of certified organic farms in the state. The valley's clean water and healthy food supplies are also very important to me. I have done my best
to educate myself on the matter of the Draft BLM Uncompahgre Resource Management Plan (RMP). For where I live in Paonia, I believe the North Fork Alternative, known as B1, should be added to the final plan, because it does the best job of protecting our water resources as well as wildlife. I agree with Appendix D when it talks about the importance of connectivity between the wilderness areas.
However, the draft plan (or: Alternative D, the "preferred plan") would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness quality

lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are
feasible for development, meaning the BLM is putting our public lands at risk for speculative
leasing. The BLM should change course and adopt a final plan that makes wilderness quality
lands, important wildlife habitat and recreation areas off limits
to energy development. I support the
inclusion of Alternative B1 which balances all the resources managed by the BLM.
Public lands access for hunting, camping, fishing and travel, as well as plentiful and healthy
habitat
are critical components that help sustain the multimillion dollar
hunting industry in the area. The
final plan should include ecological emphasis areas for all critical winter habitat within the North
Fork Valley. The final plan should also include the protections of B1 which prohibits surface
activities in critical wildlife habitat, and includes both No Leasing and No Surface Occupancy
setbacks from streams, riparian areas, and water bodies.
<([#1 [14.1.1] The final plan must protect all lands with wilderness characteristics, including the
Terror Creek, one
of the Ecological emphasis areas. This area is home to a population of Purple Martins that are not
found in other areas. It also has one of the largest mature aspen stands in the world, providing
prime habitat for elk and deer, and provides important connectivity between the valley bottoms
and
the roadless lands in the Grand Mesa National Forest. #1])> Hunting in this area is an important
part of
both our culture and our economy.
The BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the
North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally
driven
proposal is the right way to protect the Gunnison Watershed supporting
farmers and
building a sustainable rural economy on Colorado's Western Slope.
Sincerely,
David Warren


000579_HigginbothamN_20160606  Organization: Nelly Higginbotham
Received: 6/6/2016 12:00:00 AM
Commenter1: Nelly Higginbotham  - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 000579_HigginbothamN_20160606.htm (000579_HigginbothamN_20160606-
388508.htm Size = 3 KB)

Submission Text
June 6, 2016
RMP Comments
Bureau of Land Management
2465 South Townsend Avenue
Montrose, Colorado 81401
To Whom It Concern:

My name is Nelly Higginbotham and I moved to the North Fork Valley in August of 1999 from Colorado Spring, CO. I brought with me my two, young children at the time. Hanna and Too. It was a big change for us, coming from a large city to the quiet side of the Rockies, but I was determined to raise my children in the country, on a farm with open space and clean water and air. Over the last seventeen years of living on first our 35 acre farm on Stewart Mesa and then in a house I built next door, my children and I have thrived in this lovely environment with the beautiful views and healthy living. We arc proud to call this gem of an area our home, the place of our roots, where we have been very happy.

Upon moving here, I immediately began farming the land. I had two business., one growing herbs for my medical tincturing business called Mama's Medicinals and the second, growing hay and organic produce for Mesa Point organics. Though my farm was not "certified organic", I grew sustainably never using chemicals or synthetic fertilizers and in accordance with "organic procedures". When I owned my farm, the water I used for my one acre herb garden was from Higginbotham Spring, located on my property at the time, and for my 18 acres of "unsprayed" hay, I had 17 shares of Stewart Mesa irrigation water. I also own the water right to well permit #267101. I was lucky to have so much water on my properties and I now rely exclusively on my well for my home's domestic water and gardening. I have always strongly felt that this water, which has been so prolific for me throughout the years flows from the alluvial, valley springs on Mt. Lamborn and any disruption to these springs would cause major harm.

Please understand that as farmers and stewards of the land in the North Fork Valley, many of us feel a tremendous responsibility to protect what we have developed, to preserve our quality of life, our vibrant business and our basic investment in our properties.<([#1 [21.1] Oil and gas development and fracking on public lands in or around our area should not be permitted when there's a risk to our overall health and well-being, could potentially disrupt and poison our watersheds, creating an issue for the food we so proudly grow, pollute the air we breathe and destroy the views we hold so dear. Given what we now know about the negative impact of oil and gas chemicals, and radioactive wastewater to human health, a no-leasing alternative for the North Fork Valley is the-only way to protect our community and preserve the quality of life we, North Fork residents, have come to highly value and cherish.

#1])> Thank you for your consideration,
Nelly Higginbotham
12231 Slate Point Rd.
Paonia, CO 81428


000580_BlairL_20161101 Organization: Lauren Blair
Received: 11/1/2016 12:00:00 AM
Commenter1: Lauren Blair - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual

Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 000580_BlairL_20161101.htm (000580_BlairL_20161101-388510.htm  Size = 4 KB)
Submission Text
Lauren Blair
Paonia, CO 81428
Nov. 1, 2016
BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401
Re: Draft Resource Management Plan for the Uncompahgre Field Office
Dear BLM?UFO Staff and RMP Comment Team,
Thank you for the opportunity to comment on the draft Uncompahgre plan. I relocated to Paonia the beginning of 2016, and my new husband and I are hoping to buy property and settle in Paonia long term to raise a family. I am interested in preserving the agricultural, wilderness and scenic qualities our beautiful home has to offer.
In particular, I support the designation of ecological emphasis areas and special recreation management areas. These will preserve habitat connectivity, wildlife corridors, undeveloped open space, and recreation opportunities within our region. I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. The North Fork Alternative boundaries include the communities of Hotchkiss, Paonia and Crawford and include areas that supply municipal water, irrigation, and domestic water companies, impact the scenic features of the Valley, and are high quality wildlife lands.
<([#1 [37.1] The final plan must protect local agriculture by excluding oil and gas activities within a quarter mile of ditches, domestic water decrees, dams, irrigation intakes, or canals. This is a minimum distance required to safeguard direct and rapid impacts from surface spills and other contamination from oil and gas activity. #1])> <([#2 [30.1] The final plan must protect the idyllic character and scenic beauty of the North Fork
Valley, which is home to the West Elk Wine region and has been called Colorado's Farm-to-Table Capital. That character would be jeopardized by oil and gas activity. #2])> Alternative B1 requires development setbacks from agricultural lands, prevents damage to visual qualities, and best preserves the current rural character of the valley.
It ensures the strongest level of long term protection for resources of particular concern included in Alternative B1, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' viewsheds; undeveloped wildlife lands including winter range and migration corridors.
The conservation protections in Alternative B1 should be included in the final plan.

BLM_0159545

Thank you again for accepting my comments for the RMP process. The outcome is important to me because it will affect my home and community for years to come.
Sincerely,
Lauren Blair


000581_PattersonC_20161016  Organization:  Cynthia Patterson
Received: 10/16/2016 12:00:00 AM
Commenter1: Cynthia Patterson - Marietta, Georgia
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Potential Duplicate
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 000581_PattersonC_20161016.htm  (000581_PattersonC_20161016-388513.htm
Size = 6 KB)
Submission Text
11/8/2016 DEPARTMENT OF THE INTERIOR Mail Comments
hunting and fishing: Uncompahgre Field Office draft resource management plan
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment%2FInbox%2FForm%20N%
20Permutation&search... 1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Comments hunting and fishing: Uncompahgre Field Office draft resource
management plan
1 message
Cynthia Patterson <cynthiapurchase@gmail.com> Sun, Oct 16, 2016 at 11:09 AM
To: uformp@blm.gov
Cc: Citizens for a Healthy Community RMP comments
<rmpcomments@citizensforahealthycommunity.org>, The
Conservation Center Colorado <info@theconservationcenter.org>, Cynthia Patterson
<cynthiapurchase@gmail.com>
Please accept these comments regarding the Uncompahgre Field Office draft resource
management plan.
I oppose the BLM's Preferred Alternative in the Draft Resource Management Plan and
Environmental Impact
Statement for the Uncompahgre Field Office in Southwest Colorado.
The Preferred Alternative would allow oil and gas leasing on 94% of total oil, gas, and mineral
acreage. Public
lands belong to every citizen, not just those who profit from the fossil fuel industry.
Building gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, and roads will
irreparably
damage the North Fork Valley. Exploring for and extracting fossil fuels destroys public land
with contaminated

soil, air and water, loud industrial noise and vibration, 24hour lights, dust, increased traffic and heavy equipment on rural roads.
<([#1 [14.1.3] The BLM did not adequately study the adverse impacts of oil and gas exploration and extraction, air pollution,
water contamination, noise, traffic, inevitable habitat fragmentation on the health and reproductive success of
wildlife animals and plants. Disruption, noise, pollution will negatively impact the big game population and the
hunters they attract.
Sedimentation and pollution ruins world famous trout streams.
#1])> <([#2 [30] The pristine, quiet North Fork Valley attracts thousands of hunters and fishers, pouring millions of dollars into
local communities. Intact, clean and healthy habitat are critical to sustain hunting and fishing industry in the area.
#2])> <([#3 Jumbo Mountain is critical winter mule deer and elk habitat. Adobe Badlands' wilderness provides wildlife
connectivity between the Dominguez-Escalante National Conservation Area and the Grand Mesa National Forest. Stevens Gulch's huge mature aspen stands are prime habitat for elk and deer, and provides connectivity between the valley bottoms and the Grand Mesa National Forest.
#3])> The economic future of the NFV depends robust land-and-water-based
recreation. <([#4 [27.1] Critical recreation areas include: Jumbo Mountain, Stevens Gulch, the North Fork of the Gunnison River corridor, Smith Fork river corridor, McDonald Creek, Elephant Hill, Lone Cabin, Adobe Butte, and Robideau Canyon.
These wild areas are more valuable as wild, clean recreation areas than their value as short-term sources of dirty, polluting fossil fuels.
#4])> I support the no-leasing alternative, the only option to protect the North Fork Valley, and the citizens
who live there.
To deliver a 50% probability of no more than 2C of warming this century, the world must leave two-thirds
of its fossil fuel reserves in the ground. Start by choosing the no-leasing alternative and protect the North Fork
Valley.
Thank you.
Sincerely,
Cynthia Patterson
Marietta, GA


000582_PattersonC_20161014  Organization: Cynthia Purchase
Received: 10/14/2016 12:00:00 AM
Commenter1: Cynthia Purchase - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Potential Duplicate
Submitted As: E-Mail

Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 000582_PattersonC_20161014.htm  (000582_PattersonC_20161014-388519.htm
Size = 3 KB)
Submission  Text
11/8/2016  DEPARTMENT OF THE INTERIOR Mail Comments:
Uncompahgre Field Office draft resource management plan
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment%2FInbox%2FForm%20N%
20Permutation&search... 1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Comments: Uncompahgre Field Office draft resource management plan
1 messagecynthiapurchase@gmail.com
Cynthia Patterson <> Fri, Oct 14, 2016 at 10:21 AM
To: uformp@blm.gov
Cc: Citizens for a Healthy Community  RMP comments
<rmpcomments@citizensforahealthycommunity.org>, The
Conservation Center Colorado <info@theconservationcenter.org>, Cynthia Patterson
<cynthiapurchase@gmail.com>
Please accept these comments regarding the Uncompahgre Field Office draft resource
management plan.
I oppose the BLM's Preferred Alternative in the Draft Resource Management Plan and
Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.
The Preferred Alternative would allow oil and gas leasing on 94% of total oil, gas, and mineral
acreage. Public lands belong to every citizen, not just those who profit from the fossil fuel
industry.
Building gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, and roads will
irreparably
damage the North Fork Valley. Exploring for and extracting fossil fuels destroy public land with
contaminated soil, air and water, loud industrial noise and vibration, 24hour lights, dust,
increased traffic and heavy equipment on rural roads.
<([#1 [30] The pristine, quiet North Fork Valley is a recreation paradise. River and trail
recreation are a multimillion dollar economic engine for local communities. I live in Atlanta and
I vacation in Delta County.
Streams and river corridors, trails, slopes of the West Elk Mountains, and the Jumbo Mountain
BLM lands are more valuable as wild, clean recreation areas than their value as short term
sources of dirty, polluting fossil fuels.
#1])> I support the noleasing alternative, the only option to protect the North Fork Valley, and
the citizens
who live there.
To deliver a 50% probability of no more than 2C of warming this century, the world must leave
two thirds
of its fossil fuel reserves in the ground. Start by choosing the noleasing alternative and protect
the North Fork Valley.
Thank you.

BLM_0159548

Sincerely,
Cynthia Patterson
Marietta, GA


000583_PattersonC_20161009  Organization:  Cynthia Patterson
Received: 10/9/2016 12:00:00 AM
Commenter1: Cynthia Patterson - Marietta, Georgia
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Potential Duplicate
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 000583_PattersonC_20161009.htm (000583_PattersonC_20161009-388517.htm
Size = 4 KB)
Submission Text
11/8/2016 DEPARTMENT OF THE INTERIOR Mail Comments
on draft Uncompahgre Field Office resource management plan
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment%2FInbox%2FForm%20N%
20Permutation&search... 1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Comments on draft Uncompahgre Field Office resource management plan
1 message
Cynthia Patterson <cynthiapurchase@gmail.com> Sun, Oct 9, 2016 at 11:51 AM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org, Information Requests
<info@theconservationcenter.org>, Cynthia
Patterson <cynthiapurchase@gmail.com>
Please accept these comments regarding the Uncompahgre Field Office draft resource
management plan.
I oppose the BLM's Preferred Alternative. The Preferred Alternative would allow oil and gas
leasing on 94% of total oil, gas, and mineral acreage. Public lands belong to every citizen, not
just those who profit from the fossil fuel industry. Building gas wells, pipelines, storage tanks,
condensate tanks, wastewater pits, and roads will destroy the North Fork.
Noise, air, water and soil pollution that results from drilling and the associated infrastructure and
traffic will
contaminate the pristine North Fork. Large scale gas drilling and fracking are incompatible with
the area.
Oil and gas exploration and extraction would destroy local investments and resources required to
transition the local economy to agritourism,
recreation, renewable energy, and organic/clean food. The North Fork is an
agritourism destination, nicknamed Colorado's "farm-to-table capital." The largest concentration
of organic farms in Colorado is in the North Fork. The much sought after organic produce and

BLM_0159549

spin off products are shipped across the country.

Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) recognizes the value of this agricultural area and its thriving vineyards, orchards and vegetable farms, many of them organic.

The final plan must analyze the effects of exploration, drilling and associated risks to this agricultural area.

I support the no-leasing alternative, the only option to protect the North Fork Valley, and the citizens who live there.

<([#1 [11.3] Oil and gas extraction contributes to increased greenhouse gas emissions. Drilling, transporting and storing natural gas releases methane. According to the EPA, methane is estimated to have a Greenhouse Warming Potential 28–36 times greater than CO2 over 100 years. Methane is a precursor to ozone, another greenhouse gas.

To deliver a 50% probability of no more than 2C of warming this century, the world must leave two-thirds of its fossil fuel reserves in the ground. #1])> Start by choosing the noleasing alternative. Protect the North Fork Valley from the direct harm caused by oil and gas extraction. Protect the Earth from increased greenhouse gas emissions.

Thank you.

Sincerely,

Cynthia Patterson

Marietta, GA


000584_PattersonC_20161005 Organization: Cynthia Patterson

Received: 10/5/2016 12:00:00 AM

Commenter1: Cynthia Patterson - Marietta, Georgia

Organization1:

Commenter Type: Individual

Classification: Substantive

Submission Category: Potential Duplicate

Submitted As: E-Mail

Form Letter Category: Unique

Form Letter Master:

Current Task: Review Assigned/Due: ewozniak

Attachments: 000584_PattersonC_20161005.htm (000584_PattersonC_20161005-388520.htm

Size = 5 KB)

Submission Text

11/8/2016 DEPARTMENT OF THE INTERIOR Mail Comments

on Draft Resource Management Plan for the Uncompahgre Field Office

https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS

%20comment%2FInbox%2FForm%20N%

20Permutation&search... 1/1

UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>

Comments on Draft Resource Management Plan for the Uncompahgre Field Office

1 message

Cynthia Patterson <cynthiapurchase@gmail.com> Wed, Oct 5, 2016 at 5:38 PM

To: uformp@blm.gov

Cc: Cynthia Patterson <cynthiapurchase@gmail.com>, info@theconservationcenter.org,

rmpcomments@citizensforahealthycommunity.org
Please accept these comments regarding the Uncompahgre Field Office draft resource
management plan.
I oppose the BLM's Preferred Alternative in the Draft Resource Management Plan and
Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.
The Preferred Alternative would allow oil and gas leasing on 94% of total oil, gas, and mineral
acreage. Public lands belong to every citizen, not just those who profit from the fossil fuel
industry. I don't want to damage the North Fork by building gas wells, pipelines, storage tanks,
condensate tanks, wastewater pits, and roads.
Development would contaminate soil, water, and air, and harm human health, increasing
respiratory, endocrine, immune, and cardiovascular diseases.
Clean water is the most valuable commodity in the North Fork Valley. Protecting water for
residents, crops and livestock is of paramount importance. The Southwest is in a prolonged
drought, likely to intensify as climate change accelerates.
<([#1 [37.1] It is impossible to prevent spills and seepage, which contaminate soil and ground
water. Across Colorado, there is an average of almost two spills from the oil and gas industry
each day. Colorado oil and gas companies reported 615 oil and other chemical spills in 2015.
Denver based Center for Western Priorities, also found 15% of the spills contaminated
groundwater. In 2014, there were 712 spills. Many spills are obscured by running a bulldozer
over the contaminated soil and are never reported.
Most of the domestic water sources in the North Fork Valley are surface springs and streams.
The final plan must exclude all oil and gas activities within a half-mile
of all surface and ground domestic water sources, including municipal waters supplies.
The final plan must protect local agriculture by excluding oil and gas activities within a quarter
mile of ditches, domestic water decrees, dams, irrigation intakes, or canals.
#1])> The final plan must protect streams, perennial water sources, riparian areas, intermittent
streams and ponds, ephemeral waters and surface water quality, ecological resources, aquatic
habitat, recreational bodies of water, water storage, and flood control by closing areas to oil and
gas activities within a half mile of lakes, ponds, wetlands, and reservoirs.
I support the no-leasing alternative, the only option to protect the North Fork Valley, and the
citizens who live there.
<([#2 [41.1] [41.2] [18.3] BLM did not consider current information on earthquakes, human
health impact, climate change impact, and environmental damage caused by hydraulic fracturing,
injection wells, and oil and gas operations. #2])> The risks are too great.
To deliver a 50% probability of no more than 2C of warming this century, the world must leave
two-thirds of its fossil fuel reserves in the ground. Start by choosing the no-leasing
alternative and protect the North Fork Valley.
Thank you.
Sincerely,
Cynthia Patterson
Marietta, GA


000585_WentzelR_20160906 Organization: Ruth Wentzel
Received: 9/6/2016 12:00:00 AM
Commenter1: Ruth Wentzel - Crawford, Colorado 81415
Organization1:

Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 000585_WentzelR_20160906.htm (000585_WentzelR_20160906-388521.htm
Size = 5 KB)
Submission Text
11/8/2016 DEPARTMENT OF THE INTERIOR Mail Fwd:
RMP Public Comment
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment%2FProcessed%20Comments&search=cat&th=157... 1/2
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Fwd: RMP Public Comment
1 message
Sharrow, Barbara <bsharrow@blm.gov> Tue, Sep 6, 2016 at 10:12 AM
To: BLM_CO UFO_RMP <blm_co_ufo_rmp@blm.gov>
Forwarded
message From:
Ruth Wentzel <ok2bhappy@yahoo.com>
Date: Sat, Sep 3, 2016 at 12:45 PM
Subject: RMP Public Comment
To: "info@theconservationcenter.org" <info@theconservationcenter.org>, "Citizens for A.
Healthy Community" <info@
citizensforahealthycommunity.org>
Cc: "bsharrow@blm.gov" <bsharrow@blm.gov>, "dmwilson@blm.gov" <dmwilson@blm.gov>
BLM Uncompahgre Field Office August 30, 2016
RE: Draft Resource Management Plan Public Comment
I am opposed to oil and gas leasing on public lands in the North Fork Valley.
I oppose the BLM's Preferred Alternative, as it relates to oil and gas development in the draft
Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field
Office in Southwest Colorado. I am a Crawford area homeowner and resident, an organic
gardener, a consumer of Delta County grown foods and wines, and an interested/impacted citizen
of the North Fork Valley.
<([#1 [30] The North Fork Valley now contains the highest concentration of organically grown
agriculture in the state of Colorado. These farms and businesses continue to grow, thanks in part
to our clean air and water. Given all the new information and scientific evidence of the last 5
years, we now know fluids used in hydraulic fracking have and will continue to contaminate
ground and surface water. Clean air and water are the lifeblood of our community! This "plan" is
heavily weighted toward Industrial growth, which is incompatible with organic agriculture.
Allowing gas drilling would have a negative
impact on our local economy. #1])>
<([#2 [41.1] [41.2] In addition, the BLM has not analyzed the impacts of hydraulic fracturing
and multi-drilling technologies, with regard to ecological damage. Analyzing the effects of

BLM_0159552

drilling as well as rural gas gathering lines, which are exempt from regulation by the Federal Government, must be addressed. #2])>

Ozone levels already exceed the EPA threshold, in some areas. <([#3 [11.3] Predicted climate change has not been included in analysis. Potential risks from greenhouse gas emissions have not been quantified.

#3])> We cannot afford to take the risk of environmental and economical damage to our special and unique Valley, by allowing oil and gas development on our public lands. The potential for significant damage is too high.

I support a NO LEASING alternative.

Ruth Wentzel

39457 Davis Rd.

Crawford, Colorado 81415

Ok2bhappy@yahoo.com



000586_WilseyS_20160902  Organization: Shirley Wilsey

Received: 9/2/2016 12:00:00 AM

Commenter1: Shirley Wilsey - Berthoud, Colorado 80513-1012

Organization1:

Commenter Type: Individual

Classification: Substantive

Submission Category: Unique

Submitted As: E-Mail

Form Letter Category: Potential form letter

Form Letter Master:

Current Task: Review Assigned/Due: ewozniak

Attachments: 000586_WilseyS_20160902.htm (000586_WilseyS_20160902-388522.htm Size = 2 KB)

Submission Text

Ms. Shirley Wilsey

1229 N 4th St

Berthoud, CO 80513-1012

(970) 301-5023

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas

off-limits to energy development.

<([#1 [20.1] The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest. #1])> Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.
Sincerely,
Ms. Shirley Wilsey


000587_WolcottS_20161031 Organization: Steve Wolcott
Received: 10/31/2016 12:00:00 AM
Commenter1: Steve Wolcott - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Form letter plus text
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 000587_WolcottS_20161031.htm (000587_WolcottS_20161031-388528.htm Size = 27 KB)
Submission Text
11/8/2016 DEPARTMENT OF THE INTERIOR Mail Re:
uformp
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment%2FInbox%2FForm%20N%
20Permutation&search… 1/6
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Re: uformp
1 message
Steve Wolcott <swolcott@paonia.com> Mon, Oct 31, 2016 at 7:22 PM
To: uformp@blm.gov, info@theconservationcenter.org, info@citizensforahealthycommunity.org
If you cannot open the attachment, here is the text:
Steve Wolcott
PO Box 6
Paonia, CO 81428
October 31, 2016
UFO DRAFT RMP
Uncompaghre Field Office
2465 S. Townsend Ave.

BLM_0159554

Montrose CO 81401

I am a resident of the Paonia/Hotchkiss community and live on Stucker Mesa near BLM lands. There are BLM properties in all directions from my home/ranch. I have lived in the North Fork Valley for 45 years and raised my family here. I know the landscape, watershed, and local economies and cultures intimately. I raise livestock, elk and alpacas, and hay on my ranch.

My drinking water comes from The Stucker Mesa Domestic Water Co, with springs located near Roatcap Creek and Long Draw, both on BLM lands that would be left open to oil and gas development in the draft Preferred Alternative. My irrigation water comes from Roatcap Creek and

the Overland Reservoir. These waters are diverted out of Roatcap Creek into the Roberts Stucker Ditch and delivered to Stucker Mesa. These waters would be very vulnerable to contamination from oil and gas development in the draft Preferred Alternative.

<([#1 [35.1] [27.1] I collect trespass fees from hunters to hunt on my land and to access BLM lands surrounding my

land on Stucker Mesa. This is a vital part of my livelihood. This activity will be destroyed if the agricultural/pristine nature of the area has oil & gas infrastructure added to the viewscape. I regularly raft the North Fork from above Somerset to Delta. Enjoyment of this activity is also dependent on preventing more industrialization of the viewscape and contamination of the waters of the North Fork of the Gunnison. The final plan must include protections for these recreation resources and lands. #1])>

I am glad the BLM is considering ways to protect important natural resources like wildlife habitat,

domestic and irrigation water, wild and scenic rivers, air quality, and recreation. In particular, I support the designation of ecological emphasis areas and special recreation management areas. These will preserve habitat connectivity, wildlife corridors, undeveloped open space, and recreation opportunities within our region.

However, the Preferred Alternative in the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wildlife, recreation, wilderness quality lands, and cultural sites. It would also risk the air and water quality, along with the scenic viewsheds, on which our local communities and economies depend upon.


<([#3 [5.3] CEQ regulations instruct agencies to consider alternatives to their proposed action that will have less of an environmental impact, specifically

stating that "[f]ederal agencies shall to the fullest extent possible: . . . Use the NEPA process to identify and assess the reasonable alternatives to proposed actions that will avoid or minimize adverse effects of these actions upon the quality of the human environment." 40 C.F.R. § 1500.2(e) (emphasis added). The BLM must adopt a final plan that makes important wildlife habitat, recreation areas, and sensitive air, water, and viewsheds off-limits to energy development.

#3])> Most of the domestic water sources in the North Fork Valley are surface springs and streams that

are either on or near BLM lands affected by this plan. This includes the waters I use for domestic water, livestock water, and irrigation water that the life and livelihood of me and my family depends

on. <([#4 [37.1] [41.2] The final plan must protect the health of the watershed. Our communities have invested

countless dollars developing both domestic and agricultural water systems for their homes, farms and ranches. There are no alternative sources of water if these springs and water sheds be contaminated. Spills from fracking are inevitable, as experience in Colorado and across the country has demonstrated. The final plan must exclude all oil and gas activities within a half mile of all surface and ground domestic water sources, streams and ditches and the watersheds that feed
into them. These are all at risk from surface spills.
#4])> My personal livelihood depends on irrigation waters that cross BLM lands and need to be protected from contamination. <([#5 [37.1] The final plan should protect local agriculture by excluding oil and
gas activities within half a mile of ditches, streams, domestic water decrees, dams, irrigation intakes, or canals. This is a minimum distance required to safeguard direct and rapid impacts from
surface spills and other contamination from oil and gas activity. Agriculture in the SMP area is unlike agriculture in other parts of the country. We cannot depend on water falling directly from the
sky. We depend totally on precipitation that is collected, stored, and transported on and across BLM lands and adjacent private lands that are susceptible to contamination from spills and leaks from oil & gas developments allowed in the preferred alternative. #5])> So any contamination of the
Roatcap Creek drainage or drainages above the Overland Canal could result in contaminated water being delivered to my farm and the seven other family farms and 6 rural residences on Stucker Mesa. This is not acceptable. There are hundreds of other farms in the North Fork that are
similarly threatened by potential contamination from oil & gas development are proposed by your
preferred alternative. Surface spills and contamination cannot be totally prevented, as real life experience all across the country shows.
<([#6 [6] The Federal Land Policy and Management Act (FLPMA), 43 U.S.C. § 1701 et seq., imposes a duty
on BLM to identify, protect and monitor the many natural resources found on public lands governed
by RMPs. Further, FLPMA requires that: "In managing the public lands the [Secretary of Interior]
shall, by regulation or otherwise, take any action necessary to prevent unnecessary or undue degradation (UUD) of the lands." 43 U.S.C. §1732(b). BLM's duty to prevent unnecessary or undue degradation under FLPMA is mandatory, and BLM must, at a minimum, demonstrate compliance with the UUD standard. See, Sierra Club v. Hodel, 848 F.2d 1068, 1075 (10 th Cir. 1988) (the UUD standards provides the "law to apply" and "imposes a definite standard on the BLM"). #6])>

<([#7 [37.1] The final plan must protect streams and surface water quality, protecting ecological resources,
aquatic habitat, recreational attractions, water storage, and flood control by closing areas within a half mile of lakes, ponds, wetlands, and reservoirs to oil and gas activities including leasing. The final plan should also recognize that perennial water sources, riparian areas, intermittent streams

BLM_0159556

and ponds, and ephemeral/seasonal waters are priority habitats with adequate protections from all
surface activities.
#7])>
<([#8 [10.1] The North Fork Valley is affected by daily up and down valley winds and any oil and gas activities
occurring in higher elevations could have direct impact on air quality at lower elevations, including
from dust, methane, VOCs, ozone, and other particulates and gases hazardous to public health. The air quality in Garfield county has gotten a failing grade from the American Lung Association
because of pollution from gas development. The BLM is required by law to prevent this kind of degradation. #8])> The only way to do this is to strictly limit, or totally prevent gas development in the
North Fork.
<([#9 [11.1] The BLM does not have the adequate information to assess airshed impacts of oil and gas activities. The impact of oil & gas development on climate change must be realistically assessed, using recent actual measurements of methane and other VOC leakage rates in active oil & gas fields. The BLM should study and determine the real rate of methane release from gas development from existing gas wells and well development in the UFO area, including the leakage from this gas as it is transported to market. Then assess and prevent pollution and climate impacts using real local data. #9])> The final plan must protect our air quality.
River and trail recreation are a growing economic opportunity in the North Fork, with these industries bringing millions of dollars to communities in Colorado. The North Fork Alternative provides protection from oil and gas development for streams and river corridors, trailhead areas, the flanks of the West Elk Mountains, and the Jumbo Mountain area. These protections must be included in the final plan.
My livelihood is dependent on agritourism as I sell much of the natural elk meat I raise locally. The final plan must protect the idyllic character and scenic beauty of the North Fork Valley, which is home to the West Elk Wine region and has been called Colorado's Farm to Table Capital. That character would be destroyed by oil and gas activity. Alternative B1 requires development setbacks from agricultural lands, prevents damage to visual qualities, and best preserves the current rural character of the valley.
<([#10 [35.1] The West Elk Loop Scenic Byway, world famous for its scenery and rural charm, brings tourists to
our valley. People live here in large part because of the viewshed. This is one of the natural resources that the BLM is charges with protecting. Oil and gas development as allowed in your preferred alternative will destroy the scenic qualities of the area. #10])> The final plan should include
Alternative B1, which provides the adequate protections for the Valley's scenic features.
<([#11 [30] Real estate sales in the North Fork Valley continue to be driven by those seeking a rural, nonindustrial,
and agricultural lifestyle. The final plan must protect the investments locals, including myself, have made in the value of their home and land, and should not allow for speculative oil and
gas leasing which discourages homebuyers from purchasing in our communities, producing real

and direct negative economic impacts on our communities.

#11])> <([#12 [30.3] The final plan must adequately mitigate the traffic impacts of oil and gas activity within the North

Fork of the Gunnison Watershed. Local residents rely on a handful of narrow state highways and county roads for daily transportation and emergency access. Oil and gas activities would significantly increase the number and frequency of oversized trucks and machinery transported on

our highways, increasing the risk of accident and emergency vehicle blockage. This traffic would also cause damage to the roads, increasing our tax burden.

#12])> <([#13 [18.3] [18.5] New data indicates deep injection wells and other oil and gas activities increases seismic activities.

This will threaten a lot of water infrastructure, such as the 6 miles of pipeline that delivers Stucker

Mesa Domestic Water and the 11/2 miles of 18" irrigation pipeline that delivers irrigation water to

Stucker Mesa. Both of these pipelines are largely on steep and unstable slopes on BLM lands that

are vulnerable to land slips. Damage to this infrastructure would interrupt irreplaceable water deliveries that would cause significant economic losses. Repairs could take weeks, cause significant crop losses and cost tens of thousands of dollars to repair. There are hundreds of water

conveyance systems in the area that are vulnerable to seismic activity. The final plan must assess and mitigate potential impacts of human caused earthquakes, particularly in the North Fork region

which is prone to unstable soils and landslides.

#13])> The BLM lands on and surrounding Jumbo Mountain are a well- used and well-loved recreation asset for North Fork residents. <([#14 [27.1] The final plan should include the entire Jumbo Mountain unit as a

special recreation management area to protect the quality of the recreation experience. This area is essential for quality of life, recreation tourism, and the businesses that rely on those tourists #14])> . <([#15 [14.1.1] The

final plan should also include an Ecological Emphasis Area to protect critical winter mule deer and

elk habitat.

#15])> Public lands access for hunting, camping, fishing and travel, as well as plentiful and healthy habitat

are critical components that help sustain the multi-million dollar

hunting industry in the area. The final plan should include ecological emphasis areas for all critical winter habitat within the North

Fork Valley. The final plan should also include the protections of B1 which prohibits surface activities in critical wildlife habitat, and includes both No Leasing and No Surface Occupancy setbacks from streams, riparian areas, and water bodies. <([#16 [14] Deer populations are at record lows

across the state. Oil & Gas activities are a significant factor in this decline. The road building and ongoing human activity disrupts deer & elk habitat and breeding grounds. #16])> This is one of the

BLM_0159558

resources the BLM is bound to protect.

Local economic studies indicate that the economic future of our region will depend upon the diverse industries already present, including land-and-water based recreation. <([#17 [27.1] The final plan should include special recreation management areas and extensive recreation management areas for all lands identified as high recreation value by local residents and businesses. Recreation activities include mountain biking, horseback riding, motor biking, OHV use, trail running, hunting, fishing, and backpacking among others. These areas include Jumbo Mountain, Stevens Gulch, the North Fork of the Gunnison River corridor, Smith Fork river corridor, McDonald Creek, Elephant Hill, Lone Cabin, Adobe Butte, and Robideau Canyon. #17])> <([#18 [20.1] The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

The final plan must protect all lands with wilderness characteristics, including the areas up Stevens Gulch. This area is home to a population of Purple Martins that are not found in other areas. It also has one of the largest mature aspen stands in the world, providing prime habitat for elk and deer, and provides important connectivity between the valley bottoms and the roadless lands in the Grand Mesa National Forest. #18])> Hunting in this area is an important part of both our culture and our economy.

<([#19 [14.1.1] The final plan must designate known habitats of rare and threatened fish species as Right of Way exclusion areas and prohibiting oil and gas surface activities. The same holds true for riparian zones and wetlands. Roads, pipelines, powerlines, and well pads will negatively impact water quality and reduce available habitat for local fish species. #19])> The BLM should consider and analyze a No Drilling alternative. NEPA requires the BLM to consider the full range of alternatives, and a no drill alternative is reasonable given the BLM's responsibility to "take any action necessary to prevent unnecessary or undue degradation (UUD) of the lands."

In conclusion, the BLM should listen to the local residents in Crawford, Hotchkiss, and Paonia and adopt the North Fork Alternative, B1, for the area in and around the North Fork Valley. This locally- driven proposal is the right way to protect the entire Gunnison Watershed supporting farmers, protecting public health, sustaining ecological wellbeing, and building a sustainable rural economy on Colorado's Western Slope. The North Fork Alternative is based on protecting real resourcess. Multiple-use should not include allowing widespread oil & gas development in the lower Gunnison

watershed where it would severely impact all of the above listed uses? recreation, agriculture, agritourism,
hunting, fishing, wildlife habitat and wildlife corridors, tourism, domestic water sheds and delivery systems, irrigation water sheds, reservoirs and delivery systems, air quality and water quality, quality of life, real estate values. Multiple use does not mean all uses are compatible. Oil & 
gas development is not compatible with the existing uses in the lower Gunnison watershed.
Yours Truly,
Steve Wolcott


000588_WitherillD_20161101   Organization: Deirdre Witherell
Received: 11/1/2016 12:00:00 AM
Commenter1: Deirdre Witherell - Crested Butte, Colorado 81224
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 000588_WitherillD_20161101.htm (000588_WitherillD_20161101-388912.htm
Size = 10 KB)
Submission Text
11/2/2016 DEPARTMENT OF THE INTERIOR Mail - Comments on Draft RMP
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=158221b9c1d0cd13&siml=158221b…   1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Comments on Draft RMP
1 message
Bill & Deidre <dtboliver@q.com>   Tue, Nov 1, 2016 at 4:55 PM
To: uformp@blm.gov
Please see my attached comments on the Draft RMP.

Thank you!
Deidre Witherell
354 Cisneros Lane
Crested Butte, CO 81224
(970) 349-0902
(505) 500-6587 (c)
UFO Draft RMP Comments.pdf
602K
Deidre A. Witherell
354 Cisneros Lane
Crested Butte, CO 81224

(970) 349-0902
dtboliver@q.com
1
November 1, 2016
Bureau of Land Management
Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401
Submitted via email to: uformp@blm.gov
Re: Uncompahgre Field Office Draft Resource Management Plan
Dear Madam/Sir,
Thank you for this opportunity to provide comments on the Uncompahgre Field Office (UFO) Draft
Resource Management Plan (RMP). I am a Colorado native and have lived in Gunnison County for the
past 6 years. The UFO RMP significantly impacts the environment where I live, work, and recreate. I
believe the choices made by the BLM in the final RMP will affect the long-term health of Colorado's
environment and the economy which depends on it. Therefore, I am obliged to submit comments as a
concerned member of the public.
1<([#1 [28.1] . The Draft RMP should include alternatives which put renewables on equal footing with coal
development.
The BLM has a multiple use mandate and must manage its lands for a variety of uses, not primarily
for coal development. However, the RMP is skewed in favor of coal development over renewables.
The draft RMP considers four alternatives with varying levels of lands "acceptable" for coal leasing.
But the alternatives leave between 76% and 99.3% of all lands with coal development potential open to leasing. This prioritizes coal develop on these lands over the myriad other potential uses and values. For wind and solar development, the draft RMP considers alternatives that would open
the planning area to a relatively small acreage (5%), about a third of the acreage, a little over half the acreage, and most of the acreage (83%).1
Thus the greatest percentage of land open to wind and
solar under any of the alternatives (83%) is still smaller than the least percentage of land open to coal mining under any alternative (88% of coal-bearing lands).
1
See Table 2-3, id. at 2-379. That table shows that the following acres (% of total acres) would be open to solar
and wind under the alternatives: Alt. A: 561,200 acres (83%); Alt. B: 34,040 acres (5%); Alt. C: 369,970 acres (55%);
Alt. D: acres (34%).

BLM_0159561

#1])> Deidre A. Witherell
354 Cisneros Lane
Crested Butte, CO 81224
(970) 349-0902
dtboliver@q.com
2
2. <([#2 [3] The RMP should include alternatives which place unviable areas "off limits" to coal development
The vast majority of the Tongue Mesa coal field is left open under each action alternative (92% or
more), despite the fact that the RMP predicts no coal will be produced there because the area's geology makes it "economically unviable to mine in the next 20 years."2 Similarly, while most of the
Grand Mesa coal field is open to coal leasing under all three action alternatives, coal there is also unlikely to be mined in the next two decades.3
It appears that the BLM is unwilling to consider any
reasonable limitations on coal mining, no matter how economically unviable development may be.
The BLM should consider an alternative that eliminates coal mining in the Tongue Mesa and Grand
Mesa coal fields, fields that realistically cannot be mined.
In order for the BLM to comply with FLPMA and NEPA, the RMP should include alternatives which
do not leave a significant portion of the planning area open to coal leasing.4
Areas identified as
having "low" coal potential should be removed from consideration for leasing. As it stands, the BLM
has identified 180,000 acres "where the coal resource is present, contribute to the coal development potential area, but they are not further discussed in this analysis because they have low coal potential and no interest from industry."5 If that is the case, why does the agency leave at
least 130,000 acres of those lands available for leasing under every alternative? If there is low potential and no interest in this coal, BLM should make that coal unavailable in the RMP. #2])>
3. <([#3 [22.1] The RMP should include an alternative which places a significant portion of Somerset "off-limits"
to coal development.
The Draft RMP indicates that almost all of the coal production in the resource area will come from
the Somerset Coal Field. This 40,000 acre area is almost entirely open to leasing under every alternative.6
The most restrictive alternative closes only 12% of the Somerset field to leasing, while
the Preferred Alternative leaves 98% open to leasing. However, GHG emissions are the same for each alternative, rendering the slight acreage difference irrelevant in terms of climate impacts. The
only way to address a reasonable range of coal scenarios and outcomes would be to analyze alternatives that place significant portions of the Somerset coal field off-limits to coal mining,

which
the BLM has chosen not to do.
2
Draft RMP at 4-289 – 4-290 (percentage of Tongue Mesa coal field acceptable for coal leasing);
id. at 4-454
(economically unviable).
3
Id. at 4-289 – 4-290 (90% or more of Grand Mesa coal field open to mining under all action
alternatives); id. at 4-
454 – 4-455 (due to the Grand Mesa coal field's "low coal quality and transportation constraints," no coal mining is
forecast in the area for the next 20 years).
4
See 43 U.S.C. § 1712(c)(1) and 40 C.F.R. §§ 1502.14(a) and 1508.25(c).
5
Draft RMP at 4-264.
6
Id. at 4-454 – 4-455.
#3])> Deidre A. Witherell
354 Cisneros Lane
Crested Butte, CO 81224
(970) 349-0902
dtboliver@q.com
3
4. The RMP should include a "No Leasing Alternative" and should adopt it as the preferred alternative
<([#4 [5.3] To comply with NEPA's requirements for a reasonable range of alternatives, the BLM should
consider a "no leasing" alternative for coal resources in the planning area. Such an alternative is a
necessary counterbalance to the current alternatives that skew heavily in favor of coal leasing.
The agency notes that "[a]ll of the alternatives outlined above provide for continued coal, oil, and
gas exploration and development within the UFO. As such, the BLM understands that the majority, if
not all, of any developed resources will eventually be consumed to produce energy."7 #4])>
<([#5 [11.1] This
assumption of unrestricted fossil fuel consumption is reflective of a fundamental disconnect
between how our public lands are managed for energy production and national policies and
expectations to limit GHG emissions. Importantly, the Draft RMP fails to consider any alternatives
that would meaningfully address GHG emissions and climate change impacts in the planning area
and that are reflective of current science and national policy. #5])> To address these impacts, a no leasing
alternative must be analyzed.

Sincerely,
Deidre A. Witherell
7
Draft RMP at 4-41.


000590_DascaluJoffeD_20161101  Organization: Diana Dascalu-Joffe
Received: 11/1/2016 12:00:00 AM
Commenter1: Diana Dascalu-Joffe - ,
Organization1:
Commenter Type: Organization (nonprofit/citizens group)
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 000590_DascaluJoffeD_20161101.htm (000590_DascaluJoffeD_20161101-388917.htm Size = 14 KB)
Submission Text
11/2/2016 DEPARTMENT OF THE INTERIOR Mail - FW: BLM Plan for Western Colorado Can Be a Model for Climate Action!
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=158215a382338664&siml=158215a...  1/7
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
FW: BLM Plan for Western Colorado Can Be a Model for Climate Action!
1 message
Valori (Lori) Armstrong <vaarmstrong@blm.gov>  Tue, Nov 1, 2016 at 1:25 PM
To: BLM_CO UFO_RMP <blm_co_ufo_rmp@blm.gov>


Lori Armstrong
Acting Deputy State Director
Natural and Cultural Resources
BLM Utah
440 West 200 South
Salt Lake City, Utah 84101
(801) 539-4034

From: Diana Dascalu-Joffe [mailto:DDascaluJoffe@biologicaldiversity.org]
Sent: Tuesday, November 01, 2016 12:30 PM
To: president@whitehouse.gov; Secretary_jewell@ios.doi.gov
Cc: rwelch@blm.gov; Valori_Armstrong@blm.gov; sborders@blm.gov
Subject: BLM Plan for Western Colorado Can Be a Model for Climate Action!
Importance: High

November 1, 2016

The President
The White House
1600 Pennsylvania Avenue, N.W.
Washington, DC 20500
The Honorable Sally Jewell
Secretary of the Interior
1849 C Street, N.W.
Washington, DC 20240
Re: BLM Plan for Western Colorado Can Be a Model for Climate Action
Dear Mr. President and Madam Secretary:
11/2/2016 DEPARTMENT OF THE INTERIOR Mail - FW: BLM Plan for Western Colorado Can Be a Model for Climate Action!
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS %20comment&search=cat&th=158215a382338664&siml=158215a...  2/7
Climate change is the pre-eminent environmental peril of our time, threatening our communities, our rivers
and agricultural lands, our health and our way of life. Your administration has recognized this threat and has
played a leadership role in the U.S. and around the world in reducing greenhouse gas emissions.
In western Colorado, the Bureau of Land Management (BLM) has an opportunity to tackle the issue as it
considers new options to manage coal, oil and natural gas production in the Uncompahgre planning area.
The Uncompahgre Resource Management Plan addresses approximately 675,000 acres of BLM-administered
land and almost a million acres of federal minerals in southwestern Colorado. This region supports exceptional outdoor recreation, Colorado's largest concentration of organic agriculture, and
numerous threatened and endangered species, including Colorado pikeminnow, razorback sucker, greenback
cutthroat trout, and Gunnison sage-grouse. The area also includes four coal mines – including one
permanently closed, one idle, and one slated for closure in 2022. While oil and gas interests have proposed
hydraulic fracturing in the area, those proposals have sparked significant local opposition which together
with low prices have thus far suppressed much of the would be development.
<([#1 [11.1] Unfortunately, every option BLM is considering in its draft plan for that area will worsen, not reduce,
climate pollution. In fact, over the 20-year life of the plan, BLM predicts that fossil fuel development and
combustion could result in over a half a billion tons of additional climate pollution—about the equivalent of
running the state's five largest coal-fired power plants. BLM should be part of the climate solution, not part
of the problem. BLM's failure to even consider options that reduce the agency's contribution to

BLM_0159565

climate
pollution is contrary to your administration's policy and common sense.
We therefore urge you to ensure that BLM gives meaningful consideration to alternatives that end new fossil
fuel leasing of lands and minerals managed by the Uncompahgre Field Office. BLM's new plan for the
Uncompahgre region presents an important opportunity for the Department of Interior to avoid substantial
greenhouse gas emissions while protecting important natural resources at stake in Colorado's North Fork
Valley.
#1])> The United States has committed to the climate goal of holding the increase in the global average
temperature to "well below 2°C above pre-industrial levels" and pursuing efforts to limit the temperature
increase to 1.5°C above pre-industrial levels under the Paris Agreement. Limiting further temperature rise is
necessary to prevent increasingly dangerous and potentially irreversible impacts. However, current climate
policy and emissions reduction pledges in the United States and globally are not sufficient to achieve a 1.5°C
or 2°C limit, and stronger action to reduce greenhouse gas emissions is urgently needed.
As you have stated, Mr. President, "ultimately, if we're going to prevent large parts of the Earth from
becoming not only inhospitable but uninhabitable, then we're going to have to keep some fossil fuels in the
ground rather than burn them." <([#2 [11.2] According to a large body of scientific research, holding temperature rise to
"well below 2°C" requires that the vast majority of global and U.S. fossil fuels stay in the ground. The
global carbon budget—the remaining amount of carbon that can be released into the atmosphere before we
lose any reasonable chance of holding global temperature increases well below 2°C—is extremely limited
and rapidly being consumed by continued fossil fuel use. Over the past decade, the burning of fossil fuels
from federal leases has resulted in nearly a quarter of all U.S. energy-related emissions and nearly four
percent of global emissions. Ending new leases for federally-managed fossil fuels would have a significant
effect on U.S. emissions, and would signal a serious commitment to meeting emissions targets by controlling
not only fossil fuel consumption but also production and infrastructure. Moreover, a recent study by Oil
Change International entitled The Sky's Limit, shows that meeting the Paris climate goals requires a managed

decline in currently operating fossil fuel production activities, such as coal, oil and gas extraction, transport
and combustion. Specifically:
The potential carbon emissions from the oil, gas, and coal in the world's currently operating fields and
mines would take us beyond 2°C of warming.
The reserves in currently operating oil and gas fields alone, even with no coal, would take the world
beyond 1.5°C.
#2])>


Based on these findings, the report recommends: "No new fossil fuel extraction or transportation infrastructure should be built, and governments should grant no new permits for them." The science is clear
that the path to avoiding the worst impacts of climate change involves ending business as usual for fossil
fuel development. Indeed, as the Oil Change report points out, "if you are in a hole, stop digging."
<([#3 [11.1] We commend the Department of Interior on its initiatives to begin addressing the role of federal fossil fuel
leasing and production in the climate crisis, including its historic programmatic review of the federal coal
leasing program and its efforts to address methane emissions from oil and gas production on federal lands.
The plan for the Uncompahgre Planning Area offers the Department an exceptional opportunity to begin
integrating the United States' climate goals into its local plans for managing public lands and mineral
estates. In particular, the combination of already-declining coal production and the lack of substantial
existing oil and gas infrastructure in the region present an opportunity for significant emissions savings
without a major stranding of investments or loss of employment.
BLM's draft plan for the Uncompahgre area, however, proposes expanding fossil fuel leasing and
development above historic levels, and the agency fails to address options that limit climate pollution in any
meaningful way. BLM rejects any consideration of alternatives that would close the planning area to either
coal or oil and gas leasing. Every one of its alternatives contemplates levels of fossil fuel leasing and
production that would result in increased greenhouse gas emissions over current levels. #3])>
<([#4 [28.1] BLM's failure to
analyze alternatives that would restrict fossil fuel development is all the more arbitrary given that BLM
considers prohibiting renewable energy development—including wind and solar—on 95% of the

resource
area.
#4])> <([#5 [11.5] Further, despite administration policies that require both quantitative and qualitative disclosure of climate
emissions and consideration of alternatives and mitigation measures that would reduce climate impacts, the
Uncompahgre draft environmental impact statement fails to disclose or consider available mitigation
measures to reduce the climate impacts of additional coal, oil and gas development.
#5])> <([#6 [11.1] The BLM has an incredible opportunity to develop a "gold standard" in resource management that helps
combat the climate crisis while providing a path to sustainable development in a region of Colorado that is
eager to transform its economic base. Therefore, we urge you to direct BLM to prepare a revised plan and
environmental analysis—one that incorporates U.S. Paris Agreement climate goals by adding emissions
reduction to its purpose and need, analyzes an alternative that would prohibit new fossil fuel leases, and that
recommends the area for long-term withdrawal from availability for mineral leasing. #6])>
Thank you for your
consideration.
Sincerely,
Micah Parkin
Executive Director
350 Colorado
2861 Ellison Place
Boulder, CO 80304
(504) 258-1247
micah@350colorado.org

Kieran Suckling
Executive Director
11/2/2016 DEPARTMENT OF THE INTERIOR Mail - FW: BLM Plan for Western Colorado Can Be a Model for Climate Action!
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=158215a382338664&siml=158215a...   4/7
Center for Biological Diversity
PO Box 710
Tucson, AZ 85702
(520) 345-5705
KSuckling@biologicaldiversity.org

Natasha Léger
Interim Executive Director
Citizens for a Healthy Community

BLM_0159568

PO Box 291
Hotchkiss, CO 81419
(303) 667-1544
natasha@citizensforahealthycommunity.org

Abigail Dillen
Vice President of Litigation for Climate & Energy
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
adillen@earthjustice.org
(415) 217-2169

Pete Dronkers
Southwest Circuit Rider
Earthworks
2511 Ponderosa Dr.
Ridgway, CO 81432
(775) 815-9936
pdronkers@earthworksaction.org

Rev. Peter Sawtell, executive director
11/2/2016 DEPARTMENT OF THE INTERIOR Mail - FW: BLM Plan for Western Colorado
Can Be a Model for Climate Action!
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=158215a382338664&siml=158215a... 5/7
Eco-Justice Ministries
400 S Williams St.
Denver, CO 80209
(303) 715-3873
ministry@eco-justice.org

Marissa Knodel
Climate Campaigner
Friends of the Earth
1101 15th St. NW, Floor 11
Washington, D.C. 20005
(202) 222-0729
mknodel@foe.org

Lauren Petrie
Rocky Mountain Region Director
Food & Water Watch
1740 High Street
Denver, CO 80218
(720) 663-0735

lpetrie@fwwatch.org

Robyn Cascade, Leader
Northern San Juan Chapter
Great Old Broads for Wilderness
Ridgway, CO
c/o P.O. Box 2924
Durango, CO 81302
northernsanjuanbroadband@gmail.com

Diana Best
11/2/2016  DEPARTMENT OF THE INTERIOR Mail - FW: BLM Plan for Western Colorado
Can Be a Model for Climate Action!
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=158215a382338664&siml=158215a...  6/7
Senior Climate and Energy Campaigner
Greenpeace US
190 E 9th ave, suite 120
Denver, CO 80203
dbest@greenpeace.org
(415) 265-8122

John Weisheit
Conservation Director
Living Rivers & Colorado Riverkeeper
PO Box 466
Moab, UT 84532
john.weisheit@gmail.com

Roz McClellan
Rocky Mountain Recreation Initiative
1567 Twin Sisters Rd.
Nederland, CO 80466
(303) 447-9409
mcclelr@colorado.edu

Karen Tuddenham
Executive Director
Sheep Mountain Alliance
220 W. Colorado Ave
Telluride, CO
PO Box 389
(970) 728-3729
info@sheepmountainalliance.org

Lena Moffitt

BLM_0159570

11/2/2016  DEPARTMENT OF THE INTERIOR Mail - FW: BLM Plan for Western Colorado Can Be a Model for Climate Action!

https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=158215a382338664&siml=158215a…   7/7

Director, Beyond Dirty Fuels
Sierra Club
50 F Street NW, Eighth Floor
Washington, DC 20001
(202) 495-3050
lena.moffitt@sierraclub.org

Jeremy Nichols
Director, Climate and Energy Program
WildEarth Guardians
2590 Walnut St.
Denver, CO 80205
(303) 437-7663
jnichols@wildearthguardians.org


Cc: Sen. Michael Bennet
Gov. John Hickenlooper
Ms. Ruth Welch, Director, Colorado State Office, BLM
Office Manager, Uncompahgre Field Office, BLM




000592_WhippleL_20161101  Organization: Lynn Whipple
Received: 11/1/2016 12:00:00 AM
Commenter1: Lynn Whipple - Montrose, Colorado 81403
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 000592_WhippleL_20161101.htm (000592_WhippleL_20161101-388919.htm Size = 4 KB)
Submission Text
11/1/2016  DEPARTMENT OF THE INTERIOR Mail - RMP Comments on Non-motorized trail areas
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=158233422c1010f9&siml=15823342…   1/2

UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
RMP Comments on Non-motorized trail areas
1 message
Lynn Whipple  <Lwhipple@guildmortgage.net>     Tue, Nov 1, 2016 at 10:02 PM
To: uformp@blm.gov
Subject: Need for more non-motorized trail areas
TO: Dear UFO RMP Staff,
Thank you for the opportunity to comment on the draft RMP for the UFO. I
appreciate the effort the BLM has put forth to protect the resources of
our local public lands. There are a wide variety of users with increasing
use and a delicate balance of natural resources and impact of the user
groups. I<([#1 [5.3] would like to see the BLM offer alternatives that includes a
focus on setting aside more non-motorized areas, for quiet users and lower
impact on natural resources and wildlife.
#1])> <([#2 [27.1] Hikers and horseback riders can use wilderness areas and "Areas with
Wilderness Characteristics," but mountain bikers are pushed into motorized
areas. Except for a few SRMA's that focus on mountain biking such as the
RAT trails, Buzzard Gulch and Jumbo Mountain, there are relatively few
miles where we can ride in peace and quiet when compared with the many
hundreds of miles of motorized trails in our region. The immense
popularity of the RAT and Buzzard Gulch trails speak to the demand for
trails designed for mountain biking. These areas are becoming destination
trails for locals and visitors and this helps drive our economy and
promotes a healthy lifestyle. If you look at the BLM model in the Grand
Junction and Fruita areas, they have successfully designated separate
areas for motorized and non-motorized use. They have achieved more of a
balance of these two user groups and it has made for world-class
recreation for both groups.
We need to have multiple non-motorized areas in all portions of the region
that are easily accessible to Montrose, Olathe, Delta, Paonia, Norwood and
other towns. We like the proposed Kinikin Hills area and expanding
Buzzard Gulch/Spring Creek, but there can be more areas in Dry Creek, for
example, that can be designated as non-motorized or mountain biking areas.
As mountain bikers, we like the quiet and peaceful nature of non-motorized
trails. We ride our bicycles to enjoy the outdoor experience and
environment we live in. We love the skills and challenges that
singletrack trails provide. We don't prefer dirt roads or two-track;
singletrack trails are what we seek and love to ride on sustainable
trails. Motorized trails are also often too steep and rutted, which can
be difficult or impossible to ride on a bicycle. We are looking for a
different experience and we are more compatible with hikers and other
non-motorized users because of our slower speed, quietness, and desire to
be self-propelled and are a low impact on the environment.
To create more of a balance of motorized and non-motorized use, I request
that you come up with an alternative that provides for more quiet user
areas, some of which are designated for mountain biking. With your areas

with wilderness characteristics, where bikes presumably wouldn't be allowed, this will ensure that there are more opportunities for mountain biking in the UFO. We have world-class terrain on vast areas of BLM land managed by the UFO, so let's have a more equal designation for low impact, environmentally-friendly activities like mountain biking.

#2])> Thank you,
Lynn Whipple
60670 Xena Trail
Montrose, CO 81403
970-765-6551
lwhipple@guildmortgage.net

000593_MorrisS_20161028 Organization: Steve Morris
Received: 10/28/2016 12:00:00 AM
Commenter1: Steve Morris - Paonia, Colorado 81401
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 000593_MorrisS_20161028.htm (000593_MorrisS_20161028-388923.htm Size = 5 KB)
Submission Text
11/1/2016 DEPARTMENT OF THE INTERIOR Mail - Do not lease the North Fork Valley!
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=1581c020e5f9e5be&siml=1581c020... 1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Do not lease the North Fork Valley!
1 message
STEVE MORRIS <tortugasrm@yahoo.com> Mon, Oct 31, 2016 at 12:29 PM
Reply-To: STEVE MORRIS <tortugasrm@yahoo.com>
To: "uformp@blm.gov" <uformp@blm.gov>,
"rmpcomments@citizensforahealthycommunity.org"
<rmpcomments@citizensforahealthycommunity.org>
Hello,
I have attached a letter that explains my views on why the BLM needs a no-leasing alternative to its draft Resource
Management Plan for the Uncompahgre Field Office. I hope you will consider this view in making any future decisions in
this regard.
Thank you,
Steve Morris

BLM_0159573

Steve Morris
Steady Hand Carpentry & House Repair
PO Box 1726
Paonia, CO 81428
970-424-4240
RMP-comment-letter-Steve Morris.doc
31K
Steve Morris
201 Oak Avenue
Paonia, CO 81428
10/28/2016
BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401
Re: Draft Resource Management Plan for the Uncompahgre Field Office
Dear BLM-UFO Staff and RMP Comment Team,
Please fully consider the issues raised in these comments on the Uncompahgre Field Office draft Resource
Management Plan. As presented, none of the alternatives offer the level of protection these lands warrant, that communities
and the public in your planning area have specifically asked for and favored, and which federal law requires.
My wife and I moved to Paonia, Colorado in 2005. We were drawn by the long growing season, healthy
environment, outdoor opportunities, and peaceful life we saw others enjoying in the area. We found all that and more, as I
am now a homeowner, the father of an elementary school student, the president of West Elk Mountain Rescue, an active
hiker and mountain biker, and a devoted member of my community. I cannot stand by and watch the destruction of many of
the things that complete my life in Paonia. I refuse to watch my son grow up in a world where oil pads, gas wells, and dirty
vehicles litter our landscape, contaminate our water, and chase away our neighbors.
These are some of the issues that concern me regarding the current Draft Resource Management Plan:
-Increased traffic through neighborhoods.
-Increased risk of water contamination, both in drinking water and the water used for growing organic produce.
-Increased air pollution.
-Loss of outdoor recreation, including training locations for West Elk Mountain Rescue, hunting, camping,
mountain biking, hiking, and more.
-Reduced agriculture due to unclean water.
-Loss of local tourism due to decreased recreation and agricultural opportunities.
-Loss of community and reduced home values due to locals leaving the area to get away from oil and gas

BLM_0159574

leasing.

-Challenges to wildlife as roads, pads, and drilling disrupt current wildlife migration and corridors.

-Soil erosion, which will ultimately affect fish and other animal habitat, as well as creating instability that could
result in large scale mudslides.

Instead of ignoring these potential ramifications, <([#1 [5.3] the final Resource Management Plan should:

-Include a no-leasing alternative, to adequately evaluate the full range of reasonable management plans.

-Include a sub-alternative for each alternative (A1, C1, D1) as was created for Alternative B, so the North Fork
Alternative Plan can be properly evaluated against each proposed alternative.
#1])> -Take into account the quality of life for citizens of this area.

-Consider the environment and wildlife that will be impacted by the plan.

<([#2 [5.3] Without having considered a no-leasing alternative, nor considering how the North Fork Alternative Plan would be
carried out if included in the preferred alternative, the draft RMP fails to fulfill its duty to consider the full range of
reasonable management possibilities.

#2])> After previous leasing negotiations with the BLM, my family switched from natural gas heat to a wood stove. We
collect our own local firewood in order to reduce our dependence on oil and gas. We drive as little as possible, preferring to
walk or bike when we can. We grow much of our own food on our half-acre in-town property. When I think of my son
growing to adulthood in a clean environment, my conscience is clear, as I know I am working toward a better future. I ask
now that you make a decision that will allow you to feel the same.

Sincerely,

Steve Morris

000594_MorrisL_20161028   Organization: Leah Morris
Received: 10/28/2016 12:00:00 AM
Commenter1: Leah Morris - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 000594_MorrisL_20161028.htm (000594_MorrisL_20161028-388928.htm Size = 7 KB)
Submission Text

11/1/2016  DEPARTMENT OF THE INTERIOR Mail - No Leasing Alternative

https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=1581bfd6d848c690&siml=1581bfd6...  1/1

UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>

No Leasing Alternative

1 message

Leah Morris <wanderwomanleah@gmail.com>   Mon, Oct 31, 2016 at 12:24 PM
To: uformp@blm.gov,  rmpcomments@citizensforahealthycommunity.org

Good afternoon,

I am attaching a letter regarding my views on the BLM draft Resource Management Plan. Please consider my

statements and include a no-leasing alternative. I would be happy to provide more information as needed.

Thank you,

Leah Morris

Paonia, Colorado

RMP-comment-letter-Leah Morris.doc

29K

Leah Morris

201 Oak Avenue

Paonia, CO 81428

10/28/2016

BLM, Uncompahgre Field Office

2465 S. Townsend Ave.

Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,

Please fully consider the issues raised in these comments on the Uncompahgre Field Office draft Resource

Management Plan. As presented, none of the alternatives offer the level of protection these lands warrant, that communities

and the public in your planning area have specifically asked for and favored, and which federal law requires.

I moved to Paonia, Colorado over 10 years ago because I was captivated by the surrounding wilderness, BLM recreation

potential, organic farming, and family-friendly community. My son was born in 2010, and I am pleased to be able to

provide him a home with clean air, clean water, healthy food, and a good number of outdoor activities. However, I was

devastated to learn that actions by the BLM are jeopardizing this lifestyle for my family and my community.

<([#1 [30.3] This is a small town, and any leases which allow oil and gas companies to develop roads, pollute water sources, and

increase traffic to sites will have a direct impact on every person who lives in this area. For instance, increased truck traffic through town on 2nd Avenue to oil and gas developments will pass within feet of my house where my son plays outside.

BLM_0159576

The cost to the Town of Paonia to maintain those roads is one consideration, and the safety of my child is another. Any

increase in traffic on roads not equipped to handle such traffic means a higher likelihood of accidents, road damage,

congestion, noise pollution, impact on local wildlife, and more. #1])> I do not accept this for my neighborhood.

<([#2 [30] Additionally, this valley is finally beginning to collaborate on high quality agriculture projects that focus on organic

farming. If we can no longer guarantee the quality of our water, we will lose farmers, tourism, food production, and other businesses that provide the tax dollars that maintain our schools, libraries, and other vital organizations. Many families, possibly including our own, will not choose to live in such a place and will move away. The community will then lose our tax dollars, our professional skills, our school participation, and our values.

#2])> Finally, I cannot bear to imagine the impact that roads and development will have in the wild areas surrounding our town.

<([#3 [27.3] Hunting, hiking, fishing, biking, camping, and other recreation will be threatened as wildlife corridors, trails, scenic beauty, and water sources are ruined by roads and pollution. #3])> The livelihood of many citizens depends on wildlife and open spaces.

The impacts of these BLM decisions are far reaching and overwhelming.

I have said all this and now I offer a very specific answer.<([#4 [5.3] The final Resource Management Plan should:

-Include a no-leasing alternative, to adequately evaluate the full range of reasonable management plans.

-Include a sub-alternative for each alternative (A1, C1, D1) as was created for Alternative B, so the North Fork

Alternative Plan can be properly evaluated against each proposed alternative.

-Focus on quality of life and the recreation potential of such areas without leasing.

Without having considered a no-leasing alternative, nor considering how the North Fork Alternative Plan would be

carried out if included in the preferred alternative, the draft RMP fails to fulfill its duty to consider the full range of

reasonable management possibilities. #4])>

I appreciate the opportunity to voice my opinions. Please make a decision that the residents of the North Fork Valley can

accept. Do not make irreversible mistakes due to lack of proper consideration.

Sincerely,

Leah Morris


000602_SchwietermanN_20161024 Organization: Neal Schwieterman

Received: 10/24/2016 12:00:00 AM

Commenter1: Neal Schwieterman - Paonia, Colorado 81428 (United States)

Organization1:

Commenter Type: Individual

Classification: Substantive

Submission Category: Unique

Submitted As: E-Mail

Form Letter Category: Form letter plus text
Form Letter Master: Form Letter L
Current Task: Review Assigned/Due: mmccarter
Attachments: 000602_SchwietermanN_20161024.htm (000602_SchwietermanN_20161024-388824.htm  Size = 6 KB)
Submission  Text
11/1/2016  DEPARTMENT OF THE INTERIOR Mail RMP
Comments
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=157f9919e2a0789a&siml=157f9919…  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
RMP Comments
1 message
mambomamba@paonia.com  <mambomamba@paonia.com>  Mon, Oct 24, 2016 at 7:59 PM
To: uformp@blm.gov
Teresa Pfifer,
Please accept my comments for the RMP.
They are attached.
Thank you for your time,
Neal Schwieterman
mambomamba=Giant  Poisonous  African Snake Dance
RMP Comments.docx
15K
I am a resident of Paonia, CO, I live at 420 Minnesota Ave in Paonia which puts my house about 30 yards
as the crow flies from the Pan American entrance of the Jumbo Mountain trail system.
I have lived in the North Fork Valley since 1999 an owned my home on Minnesota Ave since 2000. I
bike/ski (as appropriate) on the Jumbo Mountain trails. I paddle on the North Fork of the Gunnison and
the main stem of the Gunnison Rivers. I ski and hike at nearly every BLM/USFS trailhead and portal of
the watershed. I am also uniquely aware of community  concerns as I served on the Paonia Town Council
from 2004 through 2016. The first 3 years as a Council member, the last 9 years as Mayor.
My drinking water comes from the Town of Paonia's drinking water system which, as you know, collects
raw water off on both BLM and USFS lands to the east and South of Paonia. My irrigation water comes
from Stewart Ditch via the North Fork of the Gunnison/USFS/BLM lands.
Thank you for the opportunity to comment on the RMP. I am happy that the BLM is considering ways to
protect important natural resources like wildlife habitat, domestic and irrigation water, wild and scenic
rivers, air quality, and recreation. In particular, I support the designation of ecological emphasis areas

BLM_0159578

and special recreation management areas. These will preserve habitat connectivity, wildlife corridors,
undeveloped open space, and recreation opportunities within our region.
However, the Preferred Alternative in the draft plan does not go far enough to protect local resources.
The North Fork Alternative B1 would provide the most protections along with other components of
Alternative B would provide the best management for the resource area.
The areas domestic water resources must be protected, with a zero tolerance for interruption or contamination. I feel this way and so do many of the valleys residence.
The areas irrigation and agricultural waters must be protected, again with a zero tolerance for interruption or contamination. I feel this way and so do many of the valley's residences.
By zero tolerance, I mean not in accordance with best management practices but no ability of contamination. Something that is not able to be accomplished by human designed systems. Thusly, with
this thought process, oil and gas development cannot proceed in areas near water resources.
Recreation, Ag-tourism and Viewsheds in the North Fork provide for a substantial portion of the economic vitality of the NF. Given the "Medium Potential" (lowest federal designation) for economically
viable oil and gas production in the NF it makes no sense to allow development something of modest
potential that could or would likely be detrimental to the local economic drivers. I do not support Oil
and gas development in the valley bottom proper due to this. The North Fork Alternative addresses this
using existing BLM methodologies.
Real estate sales in the North Fork Valley continue to be driven by those seeking a rural, non-industrial,
and agricultural lifestyle. The final plan must protect the investments locals have made in the value of
their home and land, and should not allow for speculative oil and gas leasing which discourages homebuyers from purchasing in our communities, producing real and direct negative economic impacts
on our communities.
The BLM lands on and surrounding Jumbo Mountain are a well-used and well-loved recreation asset for
North Fork residents. The final plan should include the entire Jumbo Mountain unit as a special recreation management area to protect the quality of the recreation experience. This area is essential
for quality of life, recreation tourism, and the businesses that rely on those tourists. The final plan
should also include an Ecological Emphasis Area to protect critical winter mule deer and elk habitat.
Local economic studies indicate that the economic future of our region will depend upon the diverse
industries already present, including land- and water-based recreation. <([#1 [27.1] The final

plan should include
special recreation management areas and extensive recreation management areas for all lands
identified as high recreation value by local residents and businesses. Recreation activities include
mountain biking, horseback riding, motor biking, OHV use, trail running, hunting, fishing, and
backpacking among others. These areas include Jumbo Mountain, Stevens Gulch, the North Fork
of the
Gunnison River corridor, Smith Fork river corridor, McDonald Creek, Elephant Hill, Lone
Cabin, Adobe
Butte, and Robideau Canyon.
#1])> In conclusion, the BLM should listen to the local residents in Crawford, Hotchkiss, and
Paonia and adopt
the North Fork Alternative, B1, for the area in and around the North Fork Valley. This locally-
driven
proposal is the right way to protect the entire Gunnison Watershed supporting farmers, protecting
public health, sustaining ecological well-being, and building a sustainable rural economy on
Colorado's
Western Slope.
Thank you for your time,
Neal Schwieterman
420 Minnesota Ave
Paonia, CO 81428


000603_SmithP_20161024 Organization: Paige Smith
Received: 10/24/2016 12:00:00 AM
Commenter1: Paige Smith - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Form letter plus text
Form Letter Master: Form Letter J
Current Task: Review Assigned/Due: mmccarter
Attachments: 000603_SmithP_20161024.htm (000603_SmithP_20161024-388799.htm Size =
25 KB)
Submission Text
11/1/2016 DEPARTMENT OF THE INTERIOR Mail Comments
on the Uncompahgre Field Office draft RMP
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=157f8266bcfcaa19&siml=157f8266b...  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Comments on the Uncompahgre Field Office draft RMP
1 message
paige <paige@greenhousegarden.com> Mon, Oct 24, 2016 at 1:22 PM
To: uformp@blm.gov, director@blm.gov, rwelch@blm.gov,
rmpcomments@citizensforahealthycommunity.org

Please enter the attached comments into the public record.
Thank you,
Paige Smith
Paige Smith comments on the BLM Uncompahgre draft RMP.docx
33K
1
To: Project Manager, Uncompahgre RMP
I have reviewed the BLM's draft Resource Management Plan (draft RMP) for the
Uncompahgre Field Office and must again reiterate the comment I made in my letter dated February
6, 2012, to your office regarding the BLM's proposal to lease 22 parcels for oil and gas development
surrounding the North Fork Valley. In that letter, I noted that the RMP in effect in 2012 (and still in
effect) had been approved 23 years earlier and it in no way accounted for the socioeconomic benefits
being derived from the agricultural operations that now exist in the North Fork Valley.
Unfortunately, this current draft is no better. It contains only cursory acknowledgement of
the existence of this valley within the Uncompahgre Field Office planning area and has not
adequately or appropriately described what makes it of such unique agricultural importance to all of
Colorado and surrounding states. This omission of fully describing this valley does not constitute
meeting the requirement of "succinctly describing the environment of the area(s) to be affected by
the alternatives under consideration" as required by 40 CFR 1502.15.
This valley has been formally identified through multiple means as a truly unique place:
a) It has been described as "An American Provence" in the book by the same name written
by University of Colorado professor, Thomas Huber. He compares the North Fork Valley with its
vineyards to the famous wine growing region of southern France.
http://www.merchantherald.com/geographer-says-the-north-fork-is-an-american-provence/
b) This valley was designated by the state of Colorado as a Colorado Certified Creative
District in 2013. Information on the significance of this designation can be viewed at
http://www.coloradocreativeindustries.org/showcase/colorado-creative-districts
c) Delta County was recently awarded three Blueprint 2.0 Initiatives by the Colorado Office
of Economic Development and International Trade. The Initiatives include Strengthening Local
Business Brand, Adaptive Reuse Workshop and Tourism Promotion.
http://choosecolorado.com/ltgov-
donna-lynne-announces-colorado-blueprint-2-0-initiative-recipients/
d) The North Fork Valley has also been designated as an American Viticulture Area by the
U.S. government. This designation was officially adopted in 2001 and codified at 27 CFR
https://www.gpo.gov/fdsys/pkg/CFR-2016-title27-vol1/pdf/CFR-2016-title27-vol1-sec9-172.pdf An
American Viticulture Area is a delineated grape-growing region having distinguishing features as
established in Federal regulation and a name and delineated boundary. This is only one of two

such
designated areas in Colorado.
The North Fork Valley contains the highest concentration of organic farms, orchards and vineyards in Colorado and provides wine, fruit, fruit juices, produce, meat and dairy products to consumers throughout Colorado and surrounding states.
I describe all of these accolades, awards and designations to make a point - - this valley is recognized for its unique agriculture, local business, art, agribusiness, agritourism, recreation and tourism industries and deserves protection from any threat of environmental degradation. Gas
2
exploration and development is not compatible with the economic culture of this valley and in fact,
its very presence would threaten the highly regarded reputation as an organic agricultural area.
This draft RMP has been written using the standard BLM RMP boilerplate/template language. There is nothing boilerplate about the North Fork Valley and its presence in the Uncompahgre planning area requires that effects to it from actions occurring in the BLM decision
area must be considered. The potential environmental consequences presented in this draft RMP do
not in any way address the depth and breadth of potential effects to the valley from fluid mineral exploration and production. This is in direct conflict with BLM regulation 40 CFR 1610.4-6: Estimation of effects of alternatives, which requires that the Field Manager "will estimate and display the physical, biological, economic, and social effects of implementing each alternative considered in detail." Without acknowledging and describing the North Fork Valley in detail, this
requirement cannot and has not been achieved.
<([#1 [30.3] An example of how this draft RMP has completely omitted any meaningful discussion about
the "affected environment" is demonstrated by the fact that there is absolutely no reference to "organic farm" or "organic agriculture" in Chapters 1 or 3. A reference to "organic farm" is found on
Pages 2-31 and 2-199 in Chapter 2, but both references are specifically limited to a reiteration of some of the provision of the North Fork Alternative Plan (NFAP)/Alternative B.1. Chapter 4 only
contains two references to "organic farm." The first is found on page 4-69 and again is only presented to reiterate a provision in Alternative B.1. The second reference to "organic farming" is
the only meaningful reference in the entire RMP. This is found on page 4-84 where the threat to an
organic operation's designation as "organic" could be in jeopardy if water being used to irrigate the
crops on that operation are contaminated by a gas field spill; a serious potential consequence that should never be allowed to occur.
#1])> In the following comments, I would like to point out where the analysis in this draft RMP has
not adequately addressed truly significant issues.
A. Chapter 1, Introduction

BLM_0159582

1. Section 1.4 and Table 1.3:

This section fails to appropriately and adequately acknowledge and discuss the NFAP presented to the BLM during scoping by citizens and governmental entities in the North Fork Valley.

This Alternative was submitted in order to provide the BLM with information about the uniqueness

and renowned agricultural productivity of the valley and supported the request to remove much of

the BLM land surrounding this valley from any future leasing. However, the section summarizing

the scoping comments received does not include this important scoping submittal.

The subject of addressing potential impacts to an area with the highest concentration of irrigated organic and traditional farms, orchards and vineyards in Colorado has not been included and certainly isn't represented by BLM boiler plate subjects and broad terms such as, "soil, air, and

water resources, special management areas, vegetation (including riparian and wetland areas and noxious weeds), fish and wildlife, special status species, drought management and climate change."

3

Any meaningful reference to this agriculturally important and productive area is missing throughout the remainder of the draft RMP. This absence of acknowledgment of the North Fork Valley's unique qualities is in direct conflict with Section 1500.1(b) of the Council on Environmental Quality (CEQ) regulations which states that "NEPA documents must concentrate on

the issues that are truly significant to the action in question, rather than amassing needless detail."

<([#2 [5.3] The numerous local governmental entities, private citizens and business leaders in the North

Fork Valley that supported the NFAP is unprecedented nationally and to neglect to include this in

the scoping section ignores the most basic of NEPA policy and has created a situation where this area has not be adequately identified or described as a part of the human environment. Therefore, the

NEPA process has not been appropriately used to identify and assess the reasonable alternatives to

proposed actions to avoid or minimize adverse effects of these actions upon the quality of the human

environment," as required by CEQ regulation 1500.2(e)). In addition, by not appropriately describing the North Fork Valley and potential negative environmental effects to it as a "planning

issue," this RMP does not adequately meet the requirement that the preferred alternative be the "alternative that best resolves planning issues," (Table 1-2, Step 7).

#2])> B. Chapter 2 Alternatives

1. Section 2.2.3:

The reference to the "six planning issues" (Section 1.4 and Table 1.3) of the draft RMP which provided guidance for the development of the four action alternatives has created a

BLM_0159583

situation
where the significance of potential impact to the human and natural environment within the BLM
planning area has not been adequately addressed in the fundamental underpinnings of the
analysis.
This absence of appropriate consideration is evident throughout the remainder of the
document and in taking this approach, this document does not meet the level of analysis required
by
CEQ regulations (1502.1; 1502.2; 1508.8; 1508.14 and 1508.27(a), (b)(3), (b)(4) and (b)(6)) or
the
National Environmental Policy Act Section 101(b). In addition, by not appropriately describing
the
North Fork Valley and potential negative environmental effects to it as a "planning issue," this
RMP
does not adequately meet the requirement that the preferred alternative be the "alternative that
best
resolves planning issues," (Table 1-2, Step 7).
The Uncompahgre BLM Office has created this draft RMP as if management decisions and
the preferred alternative are not potentially impacting an incredibly unique part of Colorado and
the
Intermountain West. Consequently, the use of the standard BLM 'template' for creating RMPs
as
the basis for this document, including the identification of the affected environment and
consequences to the affected environment, are wholly inadequate with respect to the North Fork
Valley.
2. Table 2-1 and Appendix D, Ecologic Emphasis Areas:
4
The North Fork Valley should have been included in this portion of the analysis. Although it
does not fit the BLM's routine areas of analysis - unprotected core wildlife and native plant
habitat
and associated movement, dispersal, and migration corridors – does not make this ecologically
unique area any less worthy of consideration. In fact, minimizing impacts to this culturally and
agriculturally significant geographic area should be the core value addressed throughout the
RMP
and presented under each of the Alternatives in Tables 2-1 through 2-6.
3. <([#3 [37.1] [3] Table 2-2, page 2-28 Soils and Water Resources:
The water goal under this section presents generic references to streams, water quality,
watershed function and public uses. This description should include the use of water for
irrigation
purposes and that public use is not limited to the standard uses of human (public and private
water
supply) and livestock consumption, fishing and recreation and should acknowledge and describe
the
water's use for agricultural production. This omission results in the comparison of alternatives on
this topic to completely ignore the effects of each alternative on the existing land uses within the
North Fork Valley that would be variably impacted/protected by the provisions in each
alternative. A

token reference on page 2-31 to Agricultural operations as identified in the NFAP does not constitute the "hard look" required by NEPA.

#3])> 4. Table 2-2, page 2-49 Vegetation – General and Uplands:

The Field Office Planning area clearly encompasses portions of the North Fork Valley that are planted in non-native, agricultural crops. However, this Table does not mention non-native vegetation within any alternative. This omission in identifying and analyzing the effects on this portion of the affected environment must be corrected.

5. Table 2-6, page 2- 429, Socioeconomics:

<([#4 [30.3] This entry in Table 2-6 should include a discussion within Alternatives A, C and D as to the
effect on the economic contributions and quality of life associated with local agricultural operations
(North Fork Valley) that would be attributable to each of these three alternatives.

#4])> In addition, the following statement is made on the last page of this Chapter (page 2-430);
"Additionally, as discussed in Chapter 4, Section 4.6.3, Socioeconomics, Nature and Type of Effects,
agriculture is of local economic importance for farms and agritourism; therefore, maintaining water
quality would protect these economic sectors from potential development impacts." This is another
token reference to agriculture and surprisingly isn't included and compared in the Soils and Water
Resource section of this table, or any other appropriate section.

C. Chapter 3 Affected Environment

1. <([#5 [31.2] Section 3.1.3 Geology and Soils:

On page 3-22 of this Section, the BLM has included a discussion titled - Prime or Unique Farmlands and Residential Development. This subsection states that "Four categories of farmlands
are federally regulated by the USDA under the Farmland Protection Policy Act: (1) Prime farmlands,
5
(2) Unique farmlands, (3) Farmlands of statewide importance, and (4) Farmlands of local importance. Impacts from federal actions on BLM-administered lands to farmlands identified as prime or unique are required to be analyzed and disclosed to the public during development of an RMP/EIS."

The last sentence shown directly above indicates that if federal actions occurring on BLMadministered
lands impact farmlands identified as prime or unique, these impacts must be analyzed and disclosed to the public during the development of this very document under review.

However, the next paragraph in this section states that "There are no farmlands of national or statewide importance on BLM-administered lands within the planning area. However, according to a report by the Soil Conservation Service, irrigated and prime irrigated lands of statewide importance, most of which are situated at low elevations on valley floors, occur in the Uncompahgre,
North Fork, Surface Creek, and Smith Fork drainage basins (Soil Conservation Service1980)." The

sentence regarding the requirement to analyze and disclose impacts to farmland identified as prime
or unique does not limit this analysis to those prime or unique farmlands that exist on BLM administered
lands. Instead, it is indicated that this analysis is required for impacts to prime or
unique farmlands resulting from federal actions taking place on BLM-administered lands. Therefore,
the impacts to identified irrigated and prime irrigated lands occurring in the drainage basins listed in
the next sentence (occurring within the Uncompahgre Field Office planning area) of Section 3.1.3
must be analyzed and disclosed in Chapter 4 and they are not. Chapter 4 is completely silent on the
impacts to irrigated and prime irrigated lands.
#5])> In addition, discussion regarding "residential development" which is included in the title of
this subsection is not included and the Soil Conservation Service 1980 document cited in this section
is not included in the "References" appendix. Please include.
2. Section 3.1.5, Vegetation and Chapter 4, Section 4.3.4 Vegetation
Section 3.1.5 fails to acknowledge or discuss any of the agricultural crops existing in the
North Fork Valley which is part of the Uncompahgre Field Office planning area. Omission of these
existing and important resources in Chapter 3 has resulted in the complete omission of possible
effects to these resources in Chapter 4, Environmental Consequences. This violates CEQ regulations
at 40 CFR 1502.15; Affected Environment and 40 CFR 1508.8; Effects.
3. <([#6 [41.1] Section 3.4.2 Public Health and Safety.
This section fails to mention the potential threat from pipeline and compressor explosions or
explosions that can occur at a well site.
#6])> <([#7 [41.2] Chapter 4, Environmental Consequences
1. Section 4.1.1 Analytical Assumption, fourth bullet:
This discussion of reasonable foreseeable development and the number of wells that could be
developed should be revised to indicate whether this analysis is assuming that these natural gas wells
6
will be developed using directional drilling, hydraulic fracturing completion methodologies and
multiple wells per pad. In addition, this section should include an estimate of how many well pads,
miles of pipeline and amount of compression that is estimated to be required in order to support this
level of drilling. Each of these factors can have a much higher environmental impact to air quality,
water quality and water quantity as compared to conventional vertical drilling using a single well per
pad.
#7])> 2. Section 4.1.1 Analytical Assumption, fifth bullet,

BLM_0159586

"Direct and indirect impacts of implementing the RMP primarily occur on the decision area lands:" This is a seriously flawed assumption in that many of the direct and indirect impacts of implementing the RMP have the potential to seriously impact the people and their livelihoods living

in the North Fork Valley encompassed by the Uncompaghre BLM Field Office planning area. "Planning area" is defined as the Uncompahgre Field Office boundary, including all lands, regardless of land ownership, except the Gunnison Gorge NCA Planning Area and the Dominguez-

Escalante NCA, whereas "decision area lands" are limited to public lands and federal mineral estate

managed by the United States Department of the Interior, Bureau of Land Management. This is an

important distinction that must be clearly identified throughout this Chapter, but is not.

The North Fork Valley's unique economy and community is in large part the result of the vast extent of organic and traditional farming, fruit growing and viticulture occurring less than one

mile, in many places, from the BLM decision area boundary. This proximity is especially true for the

thousands of acres of land surrounding Paonia, Hotchkiss and Crawford that would be made available for fluid minerals leasing if the BLM adopts any alternative other than B1. The assumption

provided in the fifth bullet should be eliminated and this Chapter re-written to acknowledge the environmental consequences on this geographic area and the people living in it located within the planning area.

3. Air Quality

A previously published BLM final EIS for the Bull Mountain Unit indicated that there will be an increase in formaldehyde that will be emitted from 3 newly proposed 3,185 horsepower, diesel

powered compressor engines. It was also noted that the addition of 3 large compressor engines was

not brought to the BLM's attention by SG Interests in time for this increase to be modeled for this

area and reported in the Final Bull Mountain EIS. However, previous modeling without considering

the three new compressor engines had modeled an exceedance of the allowable level of formaldehyde in the Bull Mountain area. As stated on page 4-48 of the Bull Mountain EIS, maximum modeled formaldehyde concentration from compression emissions which is at 81.6 nano-g/m

is above the short-term REL threshold of 55 nano-g/m. This is troubling since the modeling did not

include the large increase in formaldehyde (a known cancer causing compound) emissions which will be emitted by the new compressor engines.

The air modeling reported in this draft RMP has indicated an exceedance of the 70ppb ozone threshold in the Uncompahgre planning for every oil and gas scenario being contemplated.

7

The predicted presence of elevated formaldehyde and ozone is of concern because the North

BLM_0159587

Fork Valley is a geographic area well known to experience inversions during the winter months. The
state of Wyoming experienced unprecedented occurrences of wintertime ozone exceedances in the
Upper Green River Basin; an area with heavy gas development which is also prone to wintertime
inversions as well. The Green River Basin was declared to be in nonattainment because of these
ozone exceedances.

These potential threats to public health (and in the absence of any air monitoring in-place to
be used to alert the public to hazardous air conditions) for people living in the North Fork Valley
makes it imperative that there is no further leasing in the entire region encompassed by the
NFAP.

4. Section 4.3.2 Soils and Geology.

Because Chapter 3, Section 3.1.3 dismisses the need for identifying and describing irrigated
and prime irrigated lands occurring within the planning area, this Section is completely silent on the
environmental consequences of federal actions on these agriculturally significant lands. This is a
serious omission which only further reinforces the perspective that the BLM did not take the
environment actually in existence in the Planning Area into consideration which violates 40 CFR
1502.15 of the CEQ regulations.

4. Section 4.3.3 Water Resources, page 4-83

The following information is provided explaining the risks associated with fluid mineral
leasing and development:

Lands that are open for fluid minerals leasing have the potential for future health and safety
risks related to oil, gas, and geothermal exploration, development, operation, and
decommissioning. The number of acres open for leasing is proportional to the potential for
long-term direct health and safety impacts. Use, storage, and transportation of fluids, such
as produced water, hydraulic fracturing fluids, and condensate, have the possibility of spills
that could migrate to surface or groundwater, causing human health impacts.

The US Environmental Protection Agency (EPA) is studying the potential for hydraulic
fracturing to contaminate shallow groundwater sources, but no scientific consensus has been
reached to date (EPA 2012c). Hydraulic fracturing occurs in the gas-producing formations
at depths greater than 5,000 feet. Water, sand, and chemical additives are pumped into the
formation at extremely high pressure to create fractures that allow gas to flow into the well.
Theoretically, improperly completed wells or perforations into zones of geological weakness
(i.e., faults or fractures) could create conduits that allow hydrofracturing fluids, produced
water, and methane to migrate to groundwater resources. If a groundwater source is
contaminated, there are few cost-effective ways to reclaim that water; thus, the long-term
impacts of groundwater contamination are considerable.

Each of these potential consequences are well known, often observed (i.e., the oil and gas
industry in CO has reported at least 5,188 spills from statewide operations over the last ten years
to
8
the Colorado Oil and Gas Conservation Commission) and can have long-term devastating effects
on
soils, surface water and groundwater.

Given the following statement made on page 4-84, "The organic farming industry relies on

clean water for agricultural production. Contamination of irrigation waters could affect the ability
of local organic farms to maintain their designations," such threats to the North Fork Valley cannot
be allowed to occur. Oil and gas drilling is absolutely incompatible with the existing land uses currently occurring in this valley.

Conclusion:

The draft RMP states that "When there are conflicts among resource uses or when a land use activity could result in unacceptable or irreversible impacts on the environment, the BLM may restrict or prohibit some land uses in specific areas."

Based on the comments presented above, there is definitely a conflict between the extraction of the gas resource and the prevailing land use in the North Fork Valley. Additionally, the land use
activity of producing natural gas would result in unacceptable and irreversible impacts on the environment in the North Fork Valley. Therefore, in this situation, the BLM should prohibit the leasing of any further federal fluid minerals within the borders of the NFAP and incorporate this prohibition on further leasing into the alternative chosen for the revised RMP. This is the only way
to preserve and protect the integrity of this unique and renowned part of Colorado.

Thank you for your consideration,

Paige Smith
215 Delta Ave.
Paonia, CO 81428
307-631-4544
paige@greenhousegarden.com


000604_WienerJ_20161031  Organization: Western Colorado Congress, John Wiener
Received: 10/31/2016 12:00:00 AM
Commenter1: John Wiener - Boulder, Colorado 80301
Organization1:Western Colorado Congress
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Form letter plus text
Form Letter Master: Form Letter C
Current Task: Review Assigned/Due: mmccarter
Attachments: 000604_WienerJ_20161031.htm (000604_WienerJ_20161031-388549.htm Size = 5 KB)
Submission Text
From: John Wiener
To: UFORMP@blm.gov
Subject: Fully protect all free flowing rivers and streams in the RMP
Date: Monday, October 31, 2016 3:37:30 PM
Dear
Dear Uncompaghre Field Office Manager,

BLM_0159589

As a member of DARCA, the Ditch and Reservoir Company Alliance, and a researcher on small and
medium scale agriculture in CO and the West, I am horrified by the rates of loss of farms and ranches.
Fortunately, more and more are diversifying their enterprises to include agri-tourism.
Just so, more and more cities are beginning to take their watersheds seriously.
Against this, making your actions even more important, are the impacts of climate change. The need
for "saving all the pieces" has never been greater.
We recently had a splendid day on the BLM at our law school, on "FLPMA Turns 40" and it was great
welcome news to learn of the BLMs efforts in the national conservation lands system and new directions
that take the long term seriously.
As a former resident of the area, and small business owner in Crested Butte, I felt the changes sharply
between the old mining and the new amenity-based development. We can always go back to mining,
but we will have a heck of a time trying to restore the environment without keeping it as intact as possible.
PLEASE stay on the side of conservation and wild and scenic designations! The great challenges of
conservation continuity are going to be dependent on keeping corridors and existing vegetation well managed.
BUT there are two wrinkles:
(1)<([#2 [37.3] a great deal of riparian zone vegetation is reliant on return-flows from irrigation, which in many
places re-times flows and makes the wildlife much better off; no matter what a purist might like, we
started changing the hydrology when we took out the beaver and then predators... now we Must manage. #2])> And,
<([#1 [13.1] (2) Similarly, we must have access for fire prevention, as the conditions worsen with increasingly varied
and extreme weather events. The critical change that must be respected and is not well-enough
considered is the increase in high-intensity precipitation. Every square inch of ground cover will be
needed, and that requires forest management that reduces the extreme intensity high-fuel fires.
So, keep the wild as wild, but manage the modified to prevent catastrophic fires and then flooding that
further worsens water quality.
#1])> Designations with reservations may be needed. What we do no need is more oil and gas to further
trash the environment on all scales and glut the markets even more. All the hogwashing by the climate
deniers about energy independence is completely exposed by the desperate struggle for more pipelines

to export ever more...

I agree with the Western Colorado Congress in general but felt compelled to add my comments on the

economic importance of the combining of the agricultural base with recreational income sources, and

the need to manage for irreversible changes already made in the hydrology -- after 130 years for many

ditches, irrigation is woven into the landscape now. And fire... Sooner or later, the natural law is appreciated to be nonnegotiable. Sooner is a lot easier!

Thanks for staying on the job in a time of witless government-bashing and senseless anger -- your

persistence is appreciated!

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompahgre Field Office RMP has made a great first step in identifying

and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I

strongly support the suitability finding for the 104.6 miles that have been identified in the agency's

"preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I

ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic

eligibility report for their free-flowing condition and for all outstandingly remarkable values.

•Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include

the following segments found suitable in Alternative B in the preferred Alternative.

• Add Rock Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild

& Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning

areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in

order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

John Wiener

2800 Kalmia Ave Apt B-203

Boulder, CO 80301

BLM_0159591

000605_BushnellH_20161021  Organization:  Helen Bushnell
Received: 10/21/2016 12:00:00  AM
Commenter1:  Helen Bushnell - Denver, Colorado 80211 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Form letter plus text
Form Letter Master: Form Letter D
Current Task: Review Assigned/Due: mmccarter
Attachments: 000605.htm  (000605_BushnellH_20161021-388566.htm  Size = 2 KB)
Submission  Text
10/26/2016  DEPARTMENT OF THE INTERIOR Mail Uncompahgre
Plan Should  Not Allow  More Mines
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=157eadab402ea08c&siml=…  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Uncompahgre Plan Should  Not Allow  More Mines
1 message
Helen Bushnell <sunhelen@fastmail.net>  Fri, Oct 21, 2016 at 11:26 PM
ReplyTo:
sunhelen@fastmail.net
To: uformp@blm.gov
Dear Uncompahgre Field Office Manager,
<([#2 [27.3] The Uncompahgre Plan is does not take into  account the needs of the agricultural
and recreation industries #2])> . <([#1 [11.1] It also
appears to be in violation  of the our international  agreements to limit  climate change.
Every single alternative analyzed in the environmental  impact statement would increase climate
pollution  over baseline levels, and none would limit  any fossil fuel production from moving
forward #1])> , regardless of the impact to the community  and environment.  Every alternative
would allow more leasing, fracking and drilling  for oil and gas.
How can the BLM ignore the impact to local communities?  How can the BLM take actions that a
likely  to encourage drought in an already dry state? What about the impact on the climate in the
rest of country?
I would like to hear from your office how BLM staff think  the Uncompahgre Plan helps local
communities.  How does it help family  farms? How does it protect the environment?
Sincerely,
Helen Bushnell
3405 W. 32nd Avenue #410
Denver, CO 80211
US


000609_AdamN_20161101  Organization:  Delta County Livestock  Association, Nate Adam
Received: 11/1/2016 12:00:00  AM
Commenter1: Nate Adam - ,

Organization1:Delta County Livestock Association
Commenter Type: Organization (nonprofit/citizens group)
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Form letter plus text
Form Letter Master: Form Letter M
Current Task: Review Assigned/Due: mmccarter
Attachments: 000609_AdamN_20161101.htm (000609_AdamN_20161101-388835.htm Size = 8 KB)
Submission Text
11/2/2016 DEPARTMENT OF THE INTERIOR Mail DCLA
Comments for UFO RMP
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=15820c56450ec3b6&siml=15820c5... 1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
DCLA Comments for UFO RMP
1 message
Delta County Livestock Association DCLA <deltacntylivestockassociation@gmail.com> Tue, Nov 1, 2016 at 10:41 AM
To: UFORMP@blm.gov
Hello,
Here are comments for the UFO RMP from the Delta County Livestock Association.
Thank you
DCLA UFO RMP Comments.docx
22K
Delta County Livestock Association
P.O. Box 2071
Hotchkiss, CO 81419
October 17, 2016
RMP Project Manager
2465 South Townsend Avenue
Montrose, CO 81401
UFORMP@blm.gov
RE: Resource Management Plan Comments
Project Manager,
The Delta County Livestock Association (DCLA) appreciates the opportunity to submit comments on the Uncompahgre Field Office's (UFO) Draft Resource Management Plan (RMP) Revision and Environmental Impact Statement. DCLA continues to support full multiple use opportunities balanced against the positive and negative impacts and the protection of private property rights within the UFO area.
DCLA recommends Alternative C after some changes which are discussed below as Alternative C preserves a greater amount of multiple use and protection of private party rights within the plan. Alternative C also provides a greater separation between broad requirements and site specific issues that should only be addressed during the review of proposed site specific activities. Alternative C, therefore, allows for greater flexibility for the public and the

BLM_0159593

BLM to address and regulate those sight specific requirements through various then current permitting processes.

The few portions of Alternative C that DCLA believes should be changed or removed have been noted below and identified by the page and corresponding line number in Table 2.2 (Description of Alternatives) in Chapter 2 of the proposed RMP.

Special Status Terrestrial WildLife

o Page 2-95, Line 152, designate defined habitats as species occupied habitats. Without that specific notation, non-occupied habitats could become un-necessarily extensive and restrictive.

o Page 2-102-105, Line 161-167, Gunnison Sage Grouse. Need to write language that allows for range improvements. When Alternative C says no permanent structures, range improvements are included and should not be. This Association needs to be sure that range improvements are allowed in this plan. In order to accurately manage any rangeland, the ability to make and maintain improvements is critical to successful management of the rangeland.

? Land Health

o Page 2-25, Line 24, Given the lower precipitation rate over the entire UFO resource area, it is more realistic to manage for upward trend for land health

o Page 2-27, Line 26, add recreation to actions that can cause land health problems. As an Association, many of our members have seen firsthand how some forms of recreation, such as all terrain vehicles, can damage rangeland.

o Page 2-164, Line 295, maintain the ability to increase AUMs. Certain areas may have the ability to handle an increased number of AUMs if appropriate improvements, such as water developments and permanent or temporary fencing, are completed.

o Page 2-165, Line 297, before acreage is removed for AUM on ACEC, write language in to change management of livestock use. Increase the flexibility of management.

o Page 2-166, Line 299, define that trailing livestock is not the same as gathering and moving livestock from pasture to pasture. Trailing livestock primarily affects roads and some trails and it is for short duration.

o Page 2-169, Line 303, add Colorado Resource Monitoring Imitative to the list of plans to base decisions on. In addition, include the MOU with CCA, CWGA, BLM, Department of Ag.

o Page 2-167, Line 300, no mention of using livestock as tool for vegetation treatments. Targeted grazing is an economical, viable tool and has been extensively researched to benefit sage grouse and big game habitat. In addition, targeted livestock grazing has been successfully used to extend the life of mechanical vegetation treatments on oak brush and other shrubs.

o Page 2-167, Line 301, No permits or allotments should be closed. BLM is intended to be managed for multiple uses. This includes grazing.

BLM_0159594

o Page 2-172, Line 306, Major ecological damage does not equate to maintaining range improvements. When range improvements are made, range health is maintained and restored if necessary.

o Page 2-172, Line 307, Alternative C is more feasible and allows for the sustainability of multi-generational use of working landscapes

o Data indicates that grazing as a land use in the UFO is not strictly for traditional and cultural importance, it contributes to the overall economic well-being of Delta County. This is a more accurate way to reflect livestock grazing in the RMP.

o IMPLAN calculates economic impact based on forage used in the UFO; however additional analysis needs to include the value of the livestock for the entire year. Livestock grazing within the UFO fills a critical winter and spring niche that is vital to the overall economic health of the livestock industry and thus Delta County. If livestock grazing is reduced within the UFO, the operating costs increase for livestock operators and thus increase the likelihood of producers scaling back and reducing numbers.

o <([#1 [40.1] The UFO RMP calls out 12 areas as Ecological Emphasis Areas for the basis of unprotected core wildlife and native plant habitat and associated movement, dispersal, and migration corridors. There is no legal basis for Ecological Emphasis Areas (EEAs). Additionally, the RMP specifically calls out the multiple use mandate of the BLM as causing habitat fragmentation. Multiple use and sustained yield are the reason BLM lands were set aside and continue to be managed for today. This is especially troubling when cross referencing the livestock grazing language in an EEA. EEAs appear to be a way to designate defacto Wilderness Study Areas without going through the extensive studies and public process. This designation is not backed up by any legal designation nor is the prioritization given a EEA needed with the tremendous number of planning tools at the BLM's disposal. This is deficiency in this plan and should be removed. Protecting wildlife and plant habitat is already occurring within the planning tools and designations that BLM has.

o No areas should be designated as wild and scenic rivers because it limits use on that BLM area, so this is another area where Alternative C is preferred.

#1])> o <([#2 [9.1] No new areas should be designated as ACEC, so Alternative C is preferred. As the area available for recreation decreases, the pressure on the remaining area increases, intensifying stress on that particular area. Please do not designate the Adobe Badlands or any other area as ACEC.

#2])> o <([#3 [27.1] No areas should be designated as SRMA or ERMA. BLM is meant to be for multiple use and these designations go directly against that purpose.

#3])> o DCLA's preference for livestock grazing is Alternative C; however, no additional acres should be closed to livestock grazing.

o Private land and private land rights must be kept as a priority.

Sincerely,

Nate Adam

BLM_0159595

President, Delta County Livestock Association

000615_JeradA_20161027  Organization: Aaron Jerad
Received: 10/27/2016 12:00:00 AM
Commenter1: Aaron Jerad - Hotchkiss, Colorado 81419 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Duplicate
Submitted As:
Form Letter Category:
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 000615_JeradA_20161027.htm (000615_JeradA_20161027-389537.htm Size = 8 KB)
Submission Text
10/27/2016 DEPARTMENT OF THE INTERIOR Mail My
Public Comment to BLM Uncompahgre Field Office Draft Resource Management Plan/ DEIS
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=15806e9d22602b50&siml=…  1/3
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
My Public Comment to BLM Uncompahgre Field Office Draft Resource Management
Plan/ DEIS
1 message
Aaron J <aaronjerad@gmail.com> Thu, Oct 27, 2016 at 10:11 AM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org
My Public Comment to BLM Uncompahgre Field Office Draft Resource Management Plan/
DEIS
TO:
BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401
Dear BLMUFO
Staff and RMP Comment Team,
I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management
Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.
I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address
each one of the following:
Poor and inadequate analysis.
BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized biggame hunting,
and awardwinning

BLM_0159596

fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.

The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected

Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and

unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing

the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.

BLM did not consider a reasonable noleasing

alternative for the North Fork Valley.

BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil

and gas development from 2004.

BLM did not analyze the impacts of hydraulic fracturing and multidrilling

technologies.

BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.

BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which

can compromise the integrity of pipelines and result in leaks and potential explosions.

BLM did not analyze the impact of permanently removing water from the hydrologic cycle.

BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.

BLM did not conduct a human health impact assessment.

BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in

certain areas.

BLM did not consider community source water protection plans.

The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water

contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas

10/27/2016 DEPARTMENT OF THE INTERIOR Mail My

Public Comment to BLM Uncompahgre Field Office Draft Resource Management Plan/ DEIS

https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=15806e9d22602b50&siml=… 2/3

development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also

result in increased sedimentation impacting the fish population.

BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.

BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In Addition:

It is an inappropriate use of public lands. It would open almost every acre of public lands in the

BLM_0159597

region to leasing (865,970
acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The
Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells,
pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
Air Quality is a Problem:
"Considering the 20year
horizon, the GHG footprint for shale gas is at least 20%
greater than and perhaps more than twice as great as that for coal when expressed per quantity of energy available
during combustion.
...
For the 20 year horizon, the GHG footprint of shale gas is at least 50% greater than for oil, and perhaps 2.5times
greater."
Reference: http://download.springer.com/static/pdf/5/art%253A10.1007%252Fs1058401100615.pdf?
originUrl=http%3A%2F%2Flink.springer.com%2Farticle%2F10.1007%2Fs1058401100615&
token2=exp=1477582707~acl=%2Fstatic%2Fpdf%2F5%2Fart%25253A10.1007%25252Fs1058
401100615.
pdf%3ForiginUrl%3Dhttp%253A%252F%252Flink.springer.com%252Farticle%252F10.1007%
252Fs1058401100615*~
hmac=e8090036c3d655bc93c2d5eb4e4d7430e590c17435ff48ea8b4b935ae080ce7b
"
There have been welldocumented
air quality impacts in areas with active natural gas development, with increases in
emissions of methane, volatile organic compounds (VOCs) and hazardous air pollutants (HAPs)."
Reference: https://www.epa.gov/hydraulicfracturing

_____

Need for oversite
and regulation in regard to water contamination.
"... up to 50 layers of natural gas can occur between the surface and deep shale formations, and methane from these
shallow deposits has intruded on groundwater near fracking sites. In May, Pennsylvania officials fined Chesapeake
Energy $1 million for contaminating the water supplies of 16 families in Bradford County. Because the company had not
properly cemented its boreholes, gas migrated up along the outside of the well, between the rock and steel casing, into
aquifers."
Reference:
http://www.popularmechanics.com/science/energy/g161/top10mythsaboutnaturalgasdrilling6386
593/
Despite saying that drilling is safe the industry is not legally required to avoid drilling in

BLM_0159598

situations that are likely
to lead to contamination:
"Pavillion's aquifer sits several hundred feet above the gas cache, far closer than aquifers atop other gas fields. If the
investigation documents the first case of fracking fluid seeping into groundwater directly from gas wells, drillers may be
forced to abandon shallow deposits."
Reference:
http://www.popularmechanics.com/science/energy/g161/top10mythsaboutnaturalgasdrilling6386 593/
_____
The growing body of evidence both anecdotal and scientific indicates that there are significant risks involved in natural
gas extraction as well as immature regulatory standards.
10/27/2016 DEPARTMENT OF THE INTERIOR Mail My
Public Comment to BLM Uncompahgre Field Office Draft Resource Management Plan/ DEIS
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=15806e9d22602b50&siml=… 3/3
Without having considered a noleasing
alternative, nor considering how the North Fork Alternative Plan would be carried
out if included in the preferred alternative, the draft RMP fails to fulfill it's duty to consider the full range of reasonable
management possibilities.
Thank You.
Sincerely,
Aaron Jerad
11126 3500 RD
Hotchkiss CO,
81419


000616_TaylorS_20161031 Organization: Samara Taylor
Received: 10/31/2016 12:00:00 AM
Commenter1: Samara Taylor - Hotchkiss, Colorado 81419 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Form letter plus text
Form Letter Master: Form Letter B
Current Task: Review Assigned/Due: mmccarter
Attachments: 000616_TaylorS_20161031.htm (000616_TaylorS_20161031-388900.htm Size = 8 KB)
Submission Text
11/1/2016 DEPARTMENT OF THE INTERIOR Mail My
Public Comment to BLM Uncompahgre Field Office Draft Resource Management Plan/ DEIS

https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=1581d8f95837fe55&siml=1581d8f95...   1/3
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
My Public Comment to BLM Uncompahgre Field Office Draft Resource Management
Plan/ DEIS
1 message
Samara Taylor <samara23@gmail.com>   Mon, Oct 31, 2016 at 7:44 PM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org
My Public Comment to BLM Uncompahgre Field Office Draft Resource Management Plan/
DEIS
TO:
BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401
Dear BLMUFO
Staff and RMP Comment Team,
I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft
Resource Management
Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest
Colorado.
I am opposed to leasing for oil and gas development in this area for the following reasons and
request that BLM address
each one of the following:
Poor and inadequate analysis.
BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized
big game hunting,
and awardwinning
fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water
contamination that are inevitably associated with oil and gas extraction.
The North Fork valley has the highest concentration of organic farms in Colorado. Neither
Chapter 2 (Affected
Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this
rare, unique
and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing
operations.
Analyzing the effects of drilling and all the associated risks to this agricultural area must be
addressed in
detail.
BLM did not consider a reasonable noleasing
alternative for the North Fork Valley.
BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis
of conventional
oil and gas development from 2004.
BLM did not analyze the impacts of hydraulic fracturing and multidrilling
technologies.

BLM_0159600

BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which
can compromise the integrity of pipelines and result in leaks and potential explosions.
BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in
certain areas.
BLM did not consider community source water protection plans.
The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water
contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas
11/1/2016 DEPARTMENT OF THE INTERIOR Mail My
Public Comment to BLM Uncompahgre Field Office Draft Resource Management Plan/ DEIS
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=1581d8f95837fe55&siml=1581d8f95…   2/3
development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will
also result in increased sedimentation impacting the fish population.
BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.
In Addition:
It is an inappropriate use of public lands. It would open almost every acre of public lands in the region to leasing
(865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds.
The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells,
pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
Air Quality is a Problem:
"Considering the 20year
horizon, the GHG footprint for shale gas is at least 20%
greater than and perhaps more than twice as great as that for coal when expressed per quantity of energy available
during combustion.
…
For the 20 year horizon, the GHG footprint of shale gas is at least 50% greater than for oil, and perhaps 2.5times
greater."
Reference: http://download.springer.com/static/pdf/5/art%253A10.1007%252Fs1058401100615.pdf?

BLM_0159601

originUrl=http%3A%2F%2Flink.springer.com%2Farticle%2F10.1007%2Fs1058401100615&
token2=exp=1477582707~acl=%2Fstatic%2Fpdf%2F5%2Fart%25253A10.1007%25252Fs1058
401100615.
pdf%3ForiginUrl%3Dhttp%253A%252F%252Flink.springer.com%252Farticle%252F10.1007%
252Fs1058401100615*~
hmac=e8090036c3d655bc93c2d5eb4e4d7430e590c17435ff48ea8b4b935ae080ce7b
"
There have been welldocumented
air quality impacts in areas with active natural gas development, with increases in
emissions of methane, volatile organic compounds (VOCs) and hazardous air pollutants
(HAPs)."
Reference: https://www.epa.gov/hydraulicfracturing
_____
Need for oversite
and regulation in regard to water contamination.
"... up to 50 layers of natural gas can occur between the surface and deep shale formations, and
methane from these
shallow deposits has intruded on groundwater near fracking sites. In May, Pennsylvania officials
fined Chesapeake
Energy $1 million for contaminating the water supplies of 16 families in Bradford County.
Because the company had not
properly cemented its boreholes, gas migrated up along the outside of the well, between the rock
and steel casing, into
aquifers."
11/1/2016 DEPARTMENT OF THE INTERIOR Mail My
Public Comment to BLM Uncompahgre Field Office Draft Resource Management Plan/ DEIS
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment&search=cat&th=1581d8f95837fe55&siml=1581d8f95… 3/3
Reference:
http://www.popularmechanics.com/science/energy/g161/top10mythsaboutnaturalgasdrilling6386
593/
Despite saying that drilling is safe the industry is not legally required to avoid drilling in
situations that are
likely to lead to contamination:
"Pavillion's aquifer sits several hundred feet above the gas cache, far closer than aquifers atop
other gas fields. If the
investigation documents the first case of fracking fluid seeping into groundwater directly from
gas wells, drillers may be
forced to abandon shallow deposits."
Reference:
http://www.popularmechanics.com/science/energy/g161/top10mythsaboutnaturalgasdrilling6386
593/
_____
The growing body of evidence both anecdotal and scientific indicates that there are significant
risks involved in natural
gas extraction as well as immature regulatory standards.

BLM_0159602

<([#1 [5.3] Without having considered a noleasing
alternative, nor considering how the North Fork Alternative Plan would be carried
out if included in the preferred alternative, the draft RMP fails to fulfill it's duty to consider the
full range of reasonable
management possibilities.
#1])> Thank You.
Sincerely,
Samara Taylor
11126 3500 Rd
Hotchkiss, CO
81419

000617_CromptonW_20161101  Organization:  William  Crompton
Received: 11/1/2016 12:00:00 AM
Commenter1: William  Crompton  - Paonia, Colorado (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Form letter plus text
Form Letter Master: Form Letter F
Current Task: Review Assigned/Due: mmccarter
Attachments: 000617_CromptonW_20161101.htm  (000617_CromptonW_20161101-
388876.htm  Size = 1 KB)
Submission  Text
As a lifelong  healthcare professional who has recently moved to the North Fork Valley, I find it
shocking and unconscionable  that <([#1 [18.3] the BLM has proposed a land use plan that does
not take into consideration the known health effects of fracking on the human and non-human
residents of this valley and the greater southwest. #1])> The lack of ethics in not even
considering the health and well-being  of the citizens, born and unborn, of this area is stunning to
me. How do you justify a paycheck drawn from the taxes of the people you intend to harm?

000618_WoodallK_20161101  Organization: Kristina Woodall
Received: 11/1/2016 12:00:00 AM
Commenter1: Kristina Woodall  - Boulder, Colorado (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission  Category: Unique
Submitted  As: E-Mail
Form Letter Category: Form letter plus text
Form Letter Master: Form Letter F
Current Task: Review Assigned/Due: mmccarter
Attachments: 000618_WoodallK_20161101.htm  (000618_WoodallK_20161101-388877.htm
Size = 1 KB)

BLM_0159603

Submission Text
<([#1 [5.7] Climate change must be addressed in all public land documents; it would be a violation of the NEPA to not consider long-term consequences/impacts. #1])>


000619_DavisP_20161101  Organization:  Philip  Davis
Received: 11/1/2016 12:00:00 AM
Commenter1: Philip  Davis - Hotchkiss, Colorado (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Form letter plus text
Form Letter Master: Form Letter F
Current Task: Review Assigned/Due: mmccarter
Attachments: 000619_DavisP_20161101.htm  (000619_DavisP_20161101-388878.htm  Size = 4 KB)
Submission  Text
The climate crisis is my overriding  concern. We farmers who work outdoors every day know that the climate is changing, these trends are not short term, and has serious impacts on our capacity to reliably  produce food for the marketplace. <([#1 [11.3] The BLM, in its environmental analysis, for the draft Resource Management Plan (RMP) failed to consider the impact of energy development on the Nation's commitment to fight climate change. The analysis is therefore fatally flawed and the RMP derived from it is invalid.  #1])> A new report by Oil Change International shows that in order to keep the commitments  made at the Paris climate talks the US cannot initiate any new fossil fuel projects. There is already enough carbon in existing oil fields and coal mines to exceed the targets world leaders agreed to last year. Fossil fuels must be kept in the ground, we must devote ourselves to creating a carbon neutral future, and the BLM must not entertain new leases of public land for the purpose of fossil fuel extraction, particularly  not natural gas wells in the air- and watersheds of the North Fork Valley of Colorado. We urge adoption of Alternative B1 of the Draft Resource Management Plan. Until recently, coal mining was a significant  economic driver in our Valley but it has crashed, taking with it many well-paying jobs. The necessary transition  to a carbon neutral future is, in part, responsible  for the downturn in coal markets. We are not willing  to trade one boom-and-bust fossil-fuel-extraction boondoggle  for another. Instead this community  is intent on creating a stable and sustainable economy that is founded in creativity, health and healing, sustainability, harmony with nature, and organic agriculture. My wife and I own Mesa Winds Farm & Winery on Rogers Mesa, west of Hotchkiss, in Colorado's North Fork Valley. We raise certified organic fruit, sheep, and make premium  wines from our grapes. We are proud to produce delicious, nutritious, high-quality  food for human consumption.  In doing so we rely on the near-pristine  quality of our irrigation  water and of our air shed. And we are not alone in this.  The North Fork is said to have the highest concentration of organic farms in Colorado, likely  in the Rockies, second only to California. Our Valley is heralded as Colorado's "Farm-to-Table  Mecca". These qualities  are threatened by the adoption of the Agency's "preferred alternative".  At Mesa Winds we host visitors from all over the US to our wine tasting room and to our "farm stay" accommodations.  Cyclists on multi-day

tours of the Colorado Rockies pedal past our gate on quiet country roads. Tours of vintage automobiles regularly make a stop in our Valley. All are attracted to this Valley's spectacular scenery; our uncluttered roads; the quiet, friendly, unpretentious, rural atmosphere; the locally grown food and wine. All these qualities are threatened by the adoption of the Agency's "preferred alternative". In summer, hikers access the high country, anglers find blue-ribbon trout streams and mountain lakes, families enjoy camping, all using our communities as jumping-off points. In fall, hunters come from all over the US for trophy deer and elk. And in winter snowmobilers and cross country and backcountry skiers and snowshoers enjoy the quiet and solitude of our foothills, mountains, and high mesas. Those public lands, managed by the BLM, which surround our Valley and are mainly indistinguishable from Forest Service and Park Service managed public lands, are essential to the quality of experience enjoyed by residents and visitors alike. These qualities are threatened by the adoption of the Agency's "preferred alternative". We are business owners and employers. We understand that the underlying economy of the North Fork Valley is steady and healthy, grounded in growing food, in value-added food products, tourism, creative industries, outdoor recreation, renewable energy, training and education, and all the services that the

000620_FarnyC_20161101   Organization: Cindy Farny
Received: 11/1/2016 12:00:00 AM
Commenter1: Cindy Farny - Telluride, Colorado (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Form letter plus text
Form Letter Master: Form Letter F
Current Task: Review Assigned/Due: mmccarter
Attachments: 000620_FarnyC_20161101.htm (000620_FarnyC_20161101-388880.htm Size = 2 KB)
Submission Text
To whom it may concern, I appreciate the opportunity to comment especially after attending a meeting hosted by you in June in Ridgway. I know a lot of work went into the proposal but I was stunned by your lack of planning for oil and gas leasing. It seemed like you did not even address this very important issue and kept the available PUBLIC lands for gas, coal and oil leasing the same. There is not even one alternative that really addresses this situation for the PUBLIC to comment on. The one community that wants to take control of their future with the Alternative B1, Paonia, is not even one of your preferred alternatives. More then anything if you do not listen to the individual comments you should listen to a whole community. Coming from Telluride I understand the importance of saving open space for the public to enjoy. We spent $50 million dollars protecting 545 acres for open space. As decision makers for our public lands it is imperative that you protect public lands from coal leasing, more fracking and more oil and gas drilling. As stated in your meeting the energy companies have to go thru a lengthy process to get permits but that is not enough. It does not protect certain areas like the Valley of the North Fork. <([#1 [21.1] There needs to be a new plan where you designate certain areas that could be leased if need be, but NOT 98% of the land in the draft plan for the Uncompahgre Field Office. #1])> I

would like to see maybe 20% available. That way the public can comment on those areas. But 98% o

000621_RochlinA_20161101  Organization: Arnold Rochlin
Received: 11/1/2016 12:00:00 AM
Commenter1: Arnold Rochlin - Portland, Oregon (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Form letter plus text
Form Letter Master: Form Letter F
Current Task: Review Assigned/Due: mmccarter
Attachments: 000621_RochlinA_20161101.htm (000621_RochlinA_20161101-388883.htm  Size = 1 KB)
Submission Text
<([#1 [30.5] [5.3] Permits for mining/drilling on public land should be suspended until such time as fees and royalties are raised from giveaway rates to amounts that any informed private owner would demand, and until measures are taken to insure genuine restorations (such as full cost bonding or pay-as-you-go full cost deposits in a restoration trust fund. Such honest pricing and payments would control excessive mining and miserable mining practices. #1])>

000630_Frann_20151005  Organization:
Received: 10/5/2016 12:00:00 AM
Commenter1: - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Form letter plus text
Form Letter Master: Form Letter A
Current Task: Review Assigned/Due: zghali
Attachments: 000630_Frann_20151005.htm (000630_Frann_20151005-389539.htm  Size = 4 KB)
Submission Text
12/19/2016 DEPARTMENT OF THE INTERIOR Mail - Please recognize and protect wilderness in the Uncompahgre region
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment%2FInbox%2FForm%20Ltr%20A%2FLtr%20...  1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Please recognize and protect wilderness in the Uncompahgre region
1 message
frann7@msn.com <frann7@msn.com>  Wed, Oct 5, 2016 at 6:40 PM
To: uformp@blm.gov

Dear Barbara Sharrow, Uncompahgre field manager:

From the lowland expanses of the arid Colorado Plateau to the 12,000-foot craggy Rocky Mountain peaks of subalpine
forest, the BLM's Uncompahgre field district offers stark contrasts in topography.

<([#1 [30.3] According to the agency's own estimates, 500,000 visitors recreate annually on BLM lands managed by the
Uncompahgre Field Office in southwestern Colorado. These visits are an integral piece of Colorado's economy; according
to a study commissioned by The Pew Charitable Trusts, a total of $275 million a year is spent in communities within 50
miles of recreation sites by visitors engaging in quiet (nonmotorized) recreation activities on BLM lands.

Places like Shavano Creek and Camel Back are wild and remote landscapes deserving of management that keeps them
as they are: accessible to hikers, backpackers, sportsmen, and others who enjoy these places in low-impact ways. Local
residents have asked the BLM to preserve outstanding opportunities for solitude and adventure— an economic driver for
the region, as well as vital wildlife corridors that safeguard healthy populations of deer and elk that attract hunters from
across the nation. However, the current recommendations in the draft resource management plan do not go far enough to
fully protect these important areas. #1])>

These are our public lands, and I should have a say in their future. I am asking the BLM to recognize and conserve the
remaining wild places in the Uncompahgre region so that present and future generations can continue to experience this
pristine wilderness.

I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that
the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard
lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910
acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act.

Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that
contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office.

While the identification of these lands is a great first step, many of them are not recommended for protection in the draft
RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological

BLM_0159607

Emphasis Areas in the
Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future
generations.
Sincerely,


000631_Jalop_20161006 Organization:
Received: 10/6/2016 12:00:00 AM
Commenter1: - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Duplicate
Submitted As: E-Mail
Form Letter Category: Form letter plus text
Form Letter Master: Form Letter A
Current Task: Review Assigned/Due: zghali
Attachments: 000631_Jalop_20161006.htm (000631_Jalop_20161006-389540.htm Size = 4 KB)
Submission Text
12/19/2016 DEPARTMENT OF THE INTERIOR Mail - Please recognize and protect wilderness in the Uncompahgre region
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment%2FInbox%2FForm%20Ltr%20A%2FLtr%20... 1/1
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Please recognize and protect wilderness in the Uncompahgre region
1 message
jalop48@msn.com <jalop48@msn.com> Thu, Oct 6, 2016 at 9:55 PM
To: uformp@blm.gov
Dear Barbara Sharrow, Uncompahgre field manager:
From the lowland expanses of the arid Colorado Plateau to the 12,000-foot craggy Rocky Mountain peaks of subalpine
forest, the BLM's Uncompahgre field district offers stark contrasts in topography.
According to the agency's own estimates, 500,000 visitors recreate annually on BLM lands managed by the
Uncompahgre Field Office in southwestern Colorado. These visits are an integral piece of Colorado's economy; according
to a study commissioned by The Pew Charitable Trusts, a total of $275 million a year is spent in communities within 50
miles of recreation sites by visitors engaging in quiet (nonmotorized) recreation activities on BLM lands.
Places like Shavano Creek and Camel Back are wild and remote landscapes deserving of management that keeps them
as they are: accessible to hikers, backpackers, sportsmen, and others who enjoy these places in low-impact ways. Local
residents have asked the BLM to preserve outstanding opportunities for solitude and adventure— an economic driver for

the region, as well as vital wildlife corridors that safeguard healthy populations of deer and elk that attract hunters from
across the nation. However, the current recommendations in the draft resource management plan do not go far enough to
fully protect these important areas.
These are our public lands, and I should have a say in their future. I am asking the BLM to recognize and conserve the
remaining wild places in the Uncompahgre region so that present and future generations can continue to experience this
pristine wilderness.
I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that
the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard
lands with wilderness character as well as critical habitat for wildlife.
The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910
acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act.
Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas—places that
contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office.
While the identification of these lands is a great first step, many of them are not recommended for protection in the draft
RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.
I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the
Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future
generations.
Sincerely,


000632_CarrollL_20161031 Organization: Lynn Carroll
Received: 10/31/2016 12:12:27 PM
Commenter1: Lynn Carroll - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Form letter plus text
Form Letter Master: Form Letter B
Current Task: Review Assigned/Due: zghali
Attachments: 000632_Carroll_10312016.htm (000632_CarrollL_20161031-389538.htm Size = 6

BLM_0159609

KB)
Submission Text
12/20/2016 DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment%2FInbox%2FForm%20Ltr%20B%2Fsubsta… 1/2
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message
Citizens for a Healthy Community <lecarroll@tds.net> Mon, Oct 31, 2016 at 9:30 PM
Reply-To: lecarroll@tds.net
To: uformp@blm.gov
The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a
Healthy Community. It was submitted from the following page:
http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter
Please check
the box below
if you agree to
the following
letter. A check
in the box is
required in
order to
submit the
form to the
BLM.
I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.
The BLM's preferred alternative would open almost every acre of public lands in the region to oil
and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
The potential for human, animal and environmental damage is too high.
Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.
Development of the leases would destroy local investments and resources required in

BLM_0159610

transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization.

Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

Date October 31, 2016
Name Lynn Carroll
Email Address lecarroll@tds.net
Phone Number 970-527-4054

City Paonia
State CO
Zip 81428
I am: A resident, A consumer of NFV/Delta County produce and meat and poultry, A Democrat, A
homeowner, A scientist/geologist, Interested/impacted citizen
Additional
Comments
I am concerned not only for the North Fork Valley, but also for the lovely foothills of the Grand Mesa, and south to the New Mexico border where, according to an ETE document, it would appear that pressure will be developing to extend a TransWestern pipeline up here (ETE/ETP Citi
One-on-One MLP/Midstream Infrastructure Conference, August 17-18, 2016; online PDF, page 7)
and we will be in the same boat with the Standing Rock Lakota people.
<([#1 [11.3] BLM is mandated to consider all uses of the land. But Oil and Gas leasing compromises all other
uses by rendering the environment unfit for man or beast. I want to see the no-leasing alternative considered - and not just in financial terms. The contribution of local oil & gas development to global warming cannot be ignored and already extreme measures are needed to be taken by everyone.
BLM's long-term RMP covers a mere 20 years, but the most adverse and deadly effects may be further in the future than that: as wells are rapidly depleted and abandoned, their infrastructure disintegrates, and fugitive greenhouse gas emissions such as methane increase. This phenomenon is poorly understood and should not be casually dismissed (Boothroyd et al 2016

Sci Total Environ 547:461-9;  Alvarez et al 2012 Proc Natl Acad Sci 109:6435-40;  Kang et al 2014:
Proc Natl Acad Sci 111:18173-7).  As global warming continues, runaway methane emissions from all sources may result in collapse of conditions  necessary to sustain life as we know it. The Permian-Triassic extinction event apparently had similar climatic disruptions  from greenhouse gases; dominant life forms became extinct, and biodiversity  did not recover for 50 million  years. #1])>
Signature.
Please sign
using the
cursor below
to write your
name. This
digital
signature is
legally binding
and confirms
your
agreement
with the
comment letter
above. Thank
you.


000633_ClagettR_20161025  Organization: Rita Clagett
Received: 10/25/2016 12:00:00  AM
Commenter1: Rita Clagett - Crawford, Colorado 81415 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission  Category: Unique
Submitted As: E-Mail
Form Letter Category: Form letter plus text
Form Letter Master: Form Letter B
Current Task: Review Assigned/Due: zghali
Attachments: 000633_ClagettR_20161025.htm  (000633_ClagettR_20161025-389541.htm  Size = 5 KB)
Submission  Text
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
RMP Comment Letter Form submitted  on Citizens for a Healthy Community
1 message
Citizens for a Healthy Community <dukkaqueen@skybeam.com> Tue, Oct 25, 2016 at 10:00 PM
Reply-To: dukkaqueen@skybeam.com
To: uformp@blm.gov
The following  comment letter was submitted  by the named citizen through the website of the

organization, Citizens for a
Healthy Community. It was submitted from the following page:
http://www.citizensforahealthycommunity.org/submit-rmp-comment-
letter
Please check
the box below
if you agree to
the following
letter. A check
in the box is
required in
order to
submit the
form to the
BLM.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The BLM's preferred alternative would open almost every acre of public lands in the region to oil
and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to
industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.

The potential for human, animal and environmental damage is too high.

Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization.

Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public

BLM_0159613

lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

Date October 25, 2016
Name Rita Clagett
Email Address dukkaqueen@skybeam.com
Phone Number 970.921.6689
City Crawford
State Colorado
Zip 81415
I am: An organic farmer, A resident, A consumer of NFV/Delta County produce and meat and poultry,
An Independent, A homeowner, A scientist/geologist, Interested/impacted citizen, Other
Additional
Comments
I've invested my entire life savings and earnings in living here, for the quality of life and for no other reason, for more than a third of my life. As an artist, photographer, naturalist, and gardener, the beauty of this place has inestimable inherent value. As a spiritual person, I revere nature and the wild, for its own sake. <([#1 [30.3] Fracking and other extractive industries are simply not compatible with
the main and growing economic drivers of this valley and its various overlapping communities: organic agriculture, clean meat, wineries, agritourism; hunting, biking, and other recreation, and the arts. As a state-certified creative district the valley is recognized as a remarkable and special place, where industrial development is incompatible. #1])> Besides that, BLM has yet to perform due
diligence to accurately weigh the negative impacts of further energy extraction in the North Fork Valley. This DRMP would be illegal. Choose No Leasing, please.
Signature.


000634_ClagettR_20161101  Organization: Rita Clagett
Received: 11/1/2016 12:00:00 AM
Commenter1: Rita Clagett - Crawford, Colorado 81415 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Form letter plus text
Form Letter Master: Form Letter B
Current Task: Review Assigned/Due: zghali
Attachments: 000634_ClagettR_20161101.htm (000634_ClagettR_20161101-389542.htm  Size = 8 KB)
Submission Text
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message

BLM_0159614

Citizens for a Healthy Community <dukkaqueen@skybeam.com>  Tue, Nov 1, 2016 at 10:17 AM
Reply-To: dukkaqueen@skybeam.com
To: uformp@blm.gov
The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a
Healthy Community. It was submitted from the following page:
http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter
Please check
the box
below if you
agree to the
following
letter. A
check in the
box is
required in
order to
submit the
form to the
BLM.
I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates
to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.
The BLM's preferred alternative would open almost every acre of public lands in the region to oil
and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in
sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
The potential for human, animal and environmental damage is too high.
Development would contaminate soils, water, and air, and impair human health, including increases
in respiratory, endocrine, immune, and cardiovascular disease.
Development of the leases would destroy local investments and resources required in transitioning
the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas

BLM_0159615

emissions and climate change impacts on community resources, including agriculture and wildlife.
A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed
by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the
only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands
present an unacceptable risk to human life and the environment. BLM should impose a moratorium
on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.
Date November 1, 2016
Name Rita Clagett
Email
Address
dukkaqueen@skybeam.com
Phone
Number
970.921.6689
City Crawford
State CO
Zip 81415
I am: An organic farmer, A resident, A consumer of NFV/Delta County produce and meat and poultry, An
Independent, A homeowner, A scientist/geologist, Interested/impacted citizen
Additional
Comments
<([#1 [37.3] It is appalling to me that the Delta County Board of County Commissioners would support fracking
in the North Fork Valley in light of this hydrology report they received three years ago, clearly delineating the potential danger to the very life blood of the valley's citizens and economy. Water is
Life. Excerpts from the report make it clear that fracking in this area is entirely inappropriate. let the
BLM do the right thing and proclaim that this valley is simply not the right place to cater to corporate
profit motive and lease our public lands for industrial development, no matter how slim the chance
of success in drilling. We know that you know, and the BOCC knows, this danger is real and present:

"The hydrology of a natural groundwater hydrologic system may be altered by the construction and
operation of proposed oil and gas wells. During drilling and fracking, the oil and gas operations may
behave like a connection mechanism between the deep and shallow aquifers, mixing water of various chemistries from various bedrock and shallow aquifers. Depending on management strategies for produced water disposal and use, groundwater levels in the shallow unconsolidated systems may be altered with respect to the amount, velocity, storage, and direction of the local groundwater system and related regional groundwater levels and discharges. Changes to the natural groundwater system will likely have ecological, geohydrological, and, potentially, legal consequences. The effects of water disposal after fracking and oil and gas well development are not discussed in this report as relevant information on the planned oil and gas development and operations is not available at this time. These management strategies and their effects on the shallow and bedrock aquifer subsystems should be evaluated in more detail.

....the potential for groundwater discharge from the deeper bedrock to the shallow aquifers in the Valley Bottom subsystems in the North Fork River Valley, and in the Minnesota, German, Bell, McDonald, and Cottonwood Creek drainages, due to hydrostructures, may be affected by fracking
or other oil and gas drilling activities (Figures 19, 20, 22, 23 and 29), which could affect the water
supply and water quality. In addition, significant amounts of shallow aquifer water quality may be
affected by the surface water runoff and groundwater recharge affected by drill site activities and water disposal (Figures 19, 20, 22, 23 and 29)." #1])>
Signature.
Please sign
using the
cursor below
to write your
name. This
digital
signature is
legally
binding and
confirms
your
agreement
with the
comment
letter above.
Thank you.

000635_LawhornT_20161028  Organization: Tamara Lawhorn
Received: 10/28/2016  12:00:00 AM
Commenter1: Tamara Lawhorn - Paonia, Colorado 81428 (United States)

Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Form letter plus text
Form Letter Master: Form Letter B
Current Task: Review Assigned/Due: zghali
Attachments: 000635_LawhornT_20161028.htm (000635_LawhornT_20161028-389543.htm
Size = 7 KB)
Submission Text
12/20/2016 DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted
on Citizens for a Healthy Community
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment%2FInbox%2FForm%20Ltr%20B%2Fsubsta… 1/2
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message
Citizens for a Healthy Community <wordpress@citizensforahealthycommunity.org> Fri, Oct 28,
2016 at 7:02 PM
Reply-To: tamaralawhorn@yahoo.com
To: uformp@blm.gov
The following comment letter was submitted by the named citizen through the website of the
organization, Citizens for a
Healthy Community. It was submitted from the following page:
http://www.citizensforahealthycommunity.org/submit-rmp-comment-
letter
Please check
the box below
if you agree to
the following
letter. A check
in the box is
required in
order to
submit the
form to the
BLM.
I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the
most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it
has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have
made this area Colorado's largest concentration of organic farms, prime hunting grounds, and
home to gold medal fishing, and 2) cause significant harm to human health and a local economy
based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative,
as it relates to oil and gas development, in the Draft Resource Management Plan and
Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The BLM's preferred alternative would open almost every acre of public lands in the region to oil
and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more. The potential for human, animal and environmental damage is too high.
Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.
Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.
A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization.
Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.
Date October 28, 2016
Name Tamara Lawhorn
Email Address tamaralawhorn@yahoo.com
Phone Number 7202321861
12/20/2016 DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment%2FInbox%2FForm%20Ltr%20B%2Fsubsta… 2/2
City Paonia
State CO
Zip 81428
I am: A resident, A consumer of NFV/Delta County produce and meat and poultry, An Independent, A
homeowner
Additional
Comments
Please review these references:
<([#1 [3] [37] Characteristics of landslides in western Colorado, USA:Regmi, N.R., Giardino, J.R. & Vitek, J.D.
Landslides (2014) 11: 589. doi:10.1007/s10346-013-0412-6

BLM_0159619

GROUNDWATER SYSTEMS IN DELTA COUNTY, COLORADO: NORTH FORK VALLEY AND
TERRACES AREA

GIS-Based Hydrological and Environmental Systems Analysis and Formulation of Conceptual Site Models

Full article located at: http://www.heath-hydrology.com/DeltaCounty_GWGIS_2013_NorthForkValley_Report.pdf

Quote from conclusion:

"The hydrology of a natural groundwater hydrologic system may be altered by the construction and operation of proposed oil and gas wells. During drilling and fracking, the oil and gas operations may behave like a connection mechanism between the deep and shallow aquifers, mixing water of various chemistries from various bedrock and shallow aquifers. Depending on management strategies for produced water disposal and use, groundwater levels in the shallow unconsolidated systems may be altered with respect to the amount, velocity, storage, and direction of the local groundwater system and related regional groundwater levels and discharges. These management strategies and their effects on the shallow and bedrock aquifer subsystems should be evaluated in more detail. " #1])>

Signature.
Please sign
using the
cursor below
to write your
name. This
digital
signature is
legally binding
and confirms
your
agreement
with the
comment letter
above. Thank
you.

000636_OBrianC_20151101  Organization: Colin OBrien
Received: 11/1/2016 12:00:00 AM
Commenter1: Colin OBrien - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Form letter plus text
Form Letter Master: Form Letter B
Current Task: Review Assigned/Due: zghali
Attachments: 000636_OBrianC_20151101.htm  (000636_OBrianC_20151101-389544.htm  Size

BLM_0159620

= 9 KB)
Submission Text
12/20/2016 DEPARTMENT OF THE INTERIOR Mail - Comments on Draft Resource
Management Plan for the Uncompahgre Field Office
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment%2FInbox%2FForm%20Ltr%20B%2Fsubsta... 1/3
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Comments on Draft Resource Management Plan for the Uncompahgre Field Office
1 message
Colin OBrien <coloradocolin@gmail.com> Tue, Nov 1, 2016 at 9:31 AM
To: uformp@blm.gov
Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM Staff,

I am opposed to oil and gas leasing on public lands in the North Fork Valley. Oil and gas leasing
has the potential to
irreparably harm the people, the land and the character of this unique agricultural, recreational
and creative hub. The
North Fork Valley is blessed with abundant natural beauty as well as fertile soil that produces a
wide variety of fruits and
vegetables. I am opposed to leasing because it has the potential to lead to loss of the clean air and
abundant clean fresh
water that have made this area Colorado's largest concentration of organic farms. Oil and gas
leasing has the potential to
cause significant harm to human health and a local economy based on recreation, hunting,
tourism, art and agriculture. I
oppose the BLM's Preferred Alternative in the Draft Resource Management Plan and
Environmental Impact Statement for
the Uncompahgre Field Office in Southwest Colorado.

My family moved to the North Fork Valley for the quality of life that comes with fresh food,
clean air and water,
recreational opportunities and natural beauty. There are very few of these places left to raise a
family in this type of
environment. Oil and gas leasing will destroy this experience not only for me and my family, but
future generations as
well. I lived in the Roaring Fork Valley from 2001-2007 and witnessed first hand how oil and
gas leasing can change a
community. Dozens of families that I knew personally were driven from the homes that they
hoped were to be the homes
they would live in for life due to toxic smells, noise pollution, light pollution, idiopathic illnesses
of unknown origin and the
placement of well pads on what they thought was their property.

The landscape of Silt, Rifle, Battlement Mesa and Parachute were lit up 24 hours a day with

BLM_0159621

hundreds of gas wells near
schools, shopping centers and homes. The sound of drilling, truck traffic, and diesel generators was perpetual. And then
one day it wasn't. Empty well pads, roads created now unused, debris, rusted pipe and litter scar large portions of the
landscape. <([#1 [30.3] The economics of oil and gas is a boom bust economy. Home prices crashed in these oil and gas
communities and have not recovered. Oil and gas leasing will not create jobs. Skilled employees will be imported in from
other places, such as Louisiana and Texas.

Our public lands are a very important resource that can pay dividends long into the future if managed appropriately.
Leasing public lands in this area for a short term gain and sacrificing everything that makes the North Fork Valley special
for a few years of cheap oil and gas is a mistake that should be avoided at all costs. Oil and gas is a finite resource that
will not support the long term viability of this area. Investing in recreation, agriculture and tourism will create a strong
foundation for the future. Oil and gas leasing is diametrically opposed to a long term foundation of the use of public lands. #1])>

I am opposed to leasing for oil and gas development in this area for the additional reasons and request that BLM address
each one of the following:

1. The Analysis was wholly inadequate

? BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big- game hunting,
and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water
contamination that are inevitably associated with oil and gas extraction.
? The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected
Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled
agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of
drilling and all the associated risks to this agricultural area must be addressed in detail.
? BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
? BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil
and gas development from 2004.
? BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
? BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.

? BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can
compromise the integrity of pipelines and result in leaks and potential explosions.
? BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
? BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
? BLM did not conduct a human health impact assessment.
? BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain
areas.
? BLM did not consider community source water protection plans.
? The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water
contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas
development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result
in increased sedimentation impacting the fish population.
? BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
? BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

2. In addition
? It is an inappropriate use of public lands. It would open almost every acre of public lands in the region to leasing
(865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The
Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells,
pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
? The potential for human, animal and environmental damage is too high.
? Development would contaminate soils, water, and air, and impair human health, including increases in respiratory,
endocrine, immune, and cardiovascular disease.
? Development of the leases would destroy local investments and resources required in transitioning the economy to
one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.
? Climate change impact. Development would contribute to increased greenhouse gas emissions and climate change
impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and
gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider

BLM_0159623

new information on earthquakes, human health impact, climate change impact, and environmental damage
caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate
risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only
reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation
for generations to come.

BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no- leasing
alternative. I urge that BLM adopt a no-leasing alternative.

Without having considered a no-leasing alternative, nor considering how the North Fork Alternative Plan would be carried
out if included in the preferred alternative, the draft RMP fails to fulfill its duty to consider the full range of reasonable
management possibilities.

Sincerely,

Colin O'Brien
rmp-comments.doc
42K


000637_PattersonC_20161031  Organization: Cynthia Patterson
Received: 10/31/2016 12:00:00 AM
Commenter1: Cynthia Patterson - Marietta, Georgia
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Form letter plus text
Form Letter Master: Form Letter B
Current Task: Review Assigned/Due: zghali
Attachments: 000637_PattersonC_20161031.htm (000637_PattersonC_20161031-389545.htm
Size = 6 KB)
Submission Text
12/20/2016  DEPARTMENT OF THE INTERIOR Mail - Comments on economic impact: RMP and EIS for the Uncompahgre Field Office
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS
%20comment%2FInbox%2FForm%20Ltr%20B%2Fsubsta…  1/2
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Comments on economic impact: RMP and EIS for the Uncompahgre Field Office

1 message

Cynthia Patterson <cynthiapurchase@gmail.com> Mon, Oct 31, 2016 at 1:40 PM
To: uformp@blm.gov
Cc: Citizens for a Healthy Community  RMP comments
<rmpcomments@citizensforahealthycommunity.org>, The
Conservation Center Colorado <info@theconservationcenter.org>, Cynthia Patterson
<cynthiapurchase@gmail.com>

Please accept these comments regarding the Draft Resource Management Plan and
Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.
I oppose the BLM's Preferred Alternative. Public lands belong to all citizens, not to the
fossil fuel extraction companies who will destroy the North Fork Valley, take their profits and
leave the devastation behind.

Drilling in the North Fork Valley would have adverse affects on the local economy.

<([#1 [30.3] The draft RMP repeatedly states oil and gas development would not have
a significant impact on regional employment or the local economy. "Across all alternatives, for
natural gas development, the economic contributions to the planning area represent a small
fraction of jobs and income." (Page 4-462)

"Agriculture represents 3.6% of jobs in the planning area... traditional agricultural uses have
maintained importance due to the presence of organic and conventional small-scale farms,
orchards, and wineries." (Page 4-459)

The largest concentration of organic farms in Colorado is in the North Fork Valley. The organic
produce and
spin off products are shipped across the country.

The NFV is an agri-tourism destination, nicknamed Colorado's "farm-to-table capital." Air,
water and soil
pollution, noise, vibration, dust, lights, transient workers that result from drilling and the
associated
infrastructure and traffic will contaminate the pristine North Fork. Gas drilling and fracking are
incompatible
with the area.

Ruining the rural lifestyle of the North Fork Valley will decrease quality of life for residents and
visitors and
decrease residential, farm, and ranch property values.

The North Fork Valley is a recreational paradise. Consumers spend $674B on outdoor recreation.
Outdoor
recreation employs 3 times as many people as the oil and gas industry. #1])>

Oil and gas development will move on when the wells run dry or we transition to a clean-energy
economy.

<([#2 [27.3] As long as the destination is desirable, the outdoor recreation industry is stable and
dependable. Pristine,
wild, clean public lands will attract visitors indefinitely.

Oil and gas development in the NFV will destroy the wild, unspoiled landscape, which is critical
attracting visitors, sportsmen. Wastewater ponds, condensate tanks, storage tanks, gas wells,
sand trucks,
flaring wells, dust, noise, lights, foul orders, polluted air and water are not compatible with an
outdoor

experience.

BLM did not consider how industrial oil and gas activities decrease recreational value of BLM lands, which

are public and belong to all citizens. #2])>

<([#3 [11.3] I don't want the North Fork Valley to be despoiled by oil and gas development. However, my biggest

concern is global. Scientific evidence indicates gas production, from drillpad to market is more polluting

than originally believed. The biggest risk is intentionally and accidentally releasing methane. Methane

escapes in every stage of natural gas production: development, transportation and consumption. The

Intergovernmental Panel on Climate Change concludes the global warming potential of methane is 34

times that of carbon dioxide over a one-hundred-year time span.

To deliver a 50% probability of no more than 1.5C of warming this century, the world must keep two-

To deliver a 50% probability of no more than 1.5C of warming this century, the world must keep two-thirds

of its fossil fuel reserves in the ground.

#3])> I support the no-leasing alternative as the best way to protect the North Fork Valley and the rest of the

world from accelerating climate change.

Thank you.

Sincerely,

Cynthia Patterson

Marietta, GA


000638_PopeS_20161031 Organization: Sarah Pope

Received: 10/31/2016 12:00:00 AM

Commenter1: Sarah Pope - ,

Organization1:

Commenter Type: Individual

Classification: Substantive

Submission Category: Unique

Submitted As: E-Mail

Form Letter Category: Form letter plus text

Form Letter Master: Form Letter B

Current Task: Review Assigned/Due: zghali

Attachments: 000638_PopeS_20161031.htm (000638_PopeS_20161031-389546.htm Size = 10 KB)

Submission Text

UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>

Re: Draft Resource Management Plan for the Uncompahgre Field Office

1 message

Sarah Pope <sarahpopefarm@gmail.com> Mon, Oct 31, 2016 at 7:31 PM

BLM_0159626

To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org
Dear BLM-UFO Staff and RMP Comment Team,

Please fully consider the issues raised on the Uncompahgre Field Office draft Resource Management Plan. I
support a no-leasing alternative as the only reasonable conclusion to a hard-look analysis of the risks posed by oil and
gas operations, including fracking technologies and large-scale industrialization. <([#2 [5.3] Because BLM did not consider new
information on earthquakes, human health impact, climate change impact, and environmental damage caused by
hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft
Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect
the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. #2])> BLM must keep
the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative.
Please find attached my comment letter and consider my voice when analyzing the RMP. Your decisions greatly
impact the health and future of this community, for generations to come.
Sincerely,
Sarah L Pope
Form-Comment-Letter_S_Pope.pdf
151K
By signing this comment letter you authorize the public distribution of your name and contact information for the
stated purpose.
My Public Comment
to
BLM Uncompahgre Field Office
Draft Resource Management Plan/ DEIS
I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful
and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air
and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and
to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and
agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft
Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in

Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons
and request that BLM address each one of the following:

! Poor and inadequate analysis.

! BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game
hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution
or surface or ground water contamination that are inevitably associated with oil and gas extraction.

! The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter
2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the
existence of this rare, unique and unrivaled agricultural area containing numerous vineyards,
orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated
risks to this agricultural area must be addressed in detail.

! BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.

! BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of
conventional oil and gas development from 2004.

! BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.

! BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.

! BLM did not consider the impact of extreme weather causing flooding, mudslides and geological
instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.

! BLM did not analyze the impact of permanently removing water from the hydrologic cycle.

! BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.

! BLM did not conduct a human health impact assessment.

! BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold
of 70ppb in certain areas.

! BLM did not consider community source water protection plans.

! The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution
and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing
economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively
impact the big game population. It will also result in increased sedimentation impacting the fish population.

! BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction
habits.

! BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas

BLM_0159628

activities.

In addition,

! It is an inappropriate use of public lands. It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in

sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks,

wastewater pits, sand trucks, water tanks, and more.

! The potential for human, animal and environmental damage is too high.

By signing this comment letter you authorize the public distribution of your name and contact information for the

stated purpose.

! Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

! Development of the leases would destroy local investments and resources required in transitioning

the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

! Climate change impact. Development would contribute to increased greenhouse gas emissions and

climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil

and gas operations including fracking technologies and large-scale industrialization. Because BLM did not

consider new information on earthquakes, human health impact, climate change impact, and environmental

damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its

inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing

alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on

it for food and recreation for generations to come.

BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing

alternative. I request that BLM adopt a no-leasing alternative.

I am: [Please check all that apply]

" An organic farmer

" A conventional farmer

" A rancher

" A resident

" A consumer of

NFV/Delta County

produce and meat and

BLM_0159629

poultry
" A Republican
" A Democrat
" An Independent
" A homeowner
" A food business owner
" A scientist/geologist
" A Realtor
" A hotel/recreation
business owner
" A tourist/Visitor to Delta
County/NFV
" Interested/impacted
citizen
" Other
Additional Comments:

_____
_____
_____
_____
_____
_____
_____
Signed,

_____ _____
Print Name Date

_____ _____
Signature Email Address

_____
Street Address, City, State, Zip code
<([#1 [37.3] As an organic farmer and citizen of the North Fork Valley the purity and quality of
our water and public lands is of the utmost importance. Marketing our products rely on the
quality of
soil and water that we depend upon. Allowing our public minerals to be harvested in a manner
that
is so polluting and wasteful is irresponsible and unacceptable when farmers and ranchers are
paying expensive dues for water rights. I urge the BLM to look at more water-concsious means
of
extracting precious minerals from public lands.
#1])> Sarah L Pope 10/31/2016
PO BOX 154 Hotchkiss, CO 81419
sarahpopefarm@gmail.com
Sarah L Pope


000639_RobertsJ_20161027 Organization: Josh Roberts
Received: 10/27/2016 12:00:00 AM

Commenter1: Josh Roberts - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Form letter plus text
Form Letter Master: Form Letter B
Current Task: Review Assigned/Due: zghali
Attachments: 000639_RobertsJ_20161027.htm (000639_RobertsJ_20161027-389547.htm Size = 5 KB)
Submission Text
12/20/2016 DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message
Citizens for a Healthy Community <holisticag@tutamail.com>  Thu, Oct 27, 2016 at 1:02 PM
Reply-To: holisticag@tutamail.com
To: uformp@blm.gov
The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a
Healthy Community. It was submitted from the following page:
http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter
Please check
the box below
if you agree to
the following
letter. A check
in the box is
required in
order to
submit the
form to the
BLM.
I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.
The BLM's preferred alternative would open almost every acre of public lands in the region to oil

and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.

The potential for human, animal and environmental damage is too high.

Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization.

Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

Date October 27, 2016

Name Josh Roberts

Email Address holisticag@tutamail.com

Phone Number 9704243721

City paonia

State co

Zip 81428

I am: An organic farmer, A rancher, A resident, A consumer of NFV/Delta County produce and meat

and poultry, Interested/impacted citizen

Additional

Comments

<([#1 [21.1] The citizen of the north fork valley and surrounding areas have consistently responded to the

blm's efforts to lease public lands to private corporations with dismay and requests for no development. I am an organic farmer and am developing and organic raw milk dairy. I live just outside of Paonia and have chosen to live and work in this region because of the quiet, dark nights, minimal truck traffic, relatively clean air and water. Any choice to increase oil and gas development threatens my livelihood and represents an arbitrary and cupreous choice by the BLM that I am in full opposition to.

#1])> Signature.

000640_SibleyB_20161015  Organization: Bert Sibley
Received: 10/15/2016 12:00:00  AM
Commenter1: Bert Sibley - Austin, Texas 81410 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Form letter plus text
Form Letter Master: Form Letter B
Current Task: Review Assigned/Due: zghali
Attachments: 000640_SibleyB_20161015.htm  (000640_SibleyB_20161015-389548.htm  Size = 5 KB)
Submission  Text
RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message
Citizens for a Healthy Community <bertsibley@gmail.com>  Sat, Oct 15, 2016 at 3:21 PM
Reply-To: bertsibley@gmail.com
To: uformp@blm.gov
The following  comment letter was submitted  by the named citizen  through the website of the
organization,  Citizens  for a
Healthy Community.  It was submitted from the following  page:
http://www.citizensforahealthycommunity.org/submit-rmp-comment-
letter
Please check
the box below
if you agree to
the following
letter. A check
in the box is
required in
order to
submit the
form to the
BLM.
I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the
most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it
has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have
made this area Colorado's largest concentration of organic farms, prime hunting  grounds, and
home to gold medal fishing, and 2) cause significant  harm to human health and a local economy
based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative,
as it relates to oil and gas development,  in the Draft Resource Management Plan and
Environmental  Impact Statement for the Uncompahgre Field Office in Southwest Colorado.
The BLM's preferred alternative would open almost every acre of public lands in the region to
oil
and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically

in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more. The potential for human, animal and environmental damage is too high.

Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization.

Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

Date October 15, 2016
Name Bert Sibley
Email Address bertsibley@gmail.com
Phone Number 970-361-0483
City Austin
State Colorado
Zip 81410
I am: A consumer of NFV/Delta County produce and meat and poultry, A Realtor
Additional
Comments
<([#1 [21.1] [41.1] I feel that the BLM needs to impose a moratorium on oil and gas leasing until they do a complete
assessment of safety risks for the pipeline and unregulated rural transmission lines and also needs to have baseline samples of air quality. #1])>
Signature.


000641_SmithP_20161102_BullMtn Organization: Paige Smith
Received: 11/2/2016 12:00:00 AM
Commenter1: Paige Smith - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique

BLM_0159634

Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 000641_SmithP_20161102_BullMtn.htm (000641_SmithP_20161102_BullMtn-391709.htm Size = 2 KB)
Submission Text
I understand that I am one day beyond the 30-day comment period (my apologies for this), but I would still like to submit this single comment in hopes that it may be considered.
1. Alternative D regarding Baseline Water Quality Monitoring (page 1-17)
<([#1 [2] The BLM has stated that under the Preferred Alternative, SG Interests will be required to continue a baseline water quality monitoring program as required by Colorado and include additional requirements to monitor for additional compounds. In addition, the BLM will conduct annual meetings with SG Interests in order for SG Interests to report their water quality monitoring results. I respectfully request that the Record of Decision for this project require that the meetings be open to the public and notice of such meetings be posted on the Uncompahgre BLM Field Office web page. In addition, if a written report is submitted by SG Interests to the BLM, this report should also be made available to the public. #1])>
Thank you,
Paige Smith
215 Delta Ave.
Paonia, CO 81428
paige@greenhousegarden.com


000642_SwackhamerP_20161101 Organization: Phyllis Swackhamer
Received: 11/1/2016 12:00:00 AM
Commenter1: Phyllis Swackhamer - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 000642_SwackhamerP_20161101.htm (000642_SwackhamerP_20161101-391710.htm Size = 14 KB)
Submission Text
2016
To: Gina Jones
BLM UFO
3465 South Townsend Ave.
Montrose, Co. 81401

In this 30 day Public Review process, I would like to highlight some critical elements I feel were not addressed in the FEIS on the Bull Mountain Unit Master Development Plan (MDP).

BLM_0159635

In the board sweep, it is now without doubt that the 'industry' gets what it wants. It asks for 146 wells
and that is what it gets. Some improvements are called for in your FEIS, but in the large scope this is like rearranging chairs on the Titanic. We still are faced with Environmental Catastrophe. That has not changed since the Paris Climate Talks, where it was acknowledged that most of our fossil fuels have to stay in the ground or we will have catastrophic consequences for the entire planet. If the BLM continues to negate or disregard this fact in its decision making, then in the end we can say that the Minerals of the Public, some on the Lands of the Public, others under Private Lands, are managed in such a way as to Destroy the Public.

With many brilliant people outlining ways to get the world off of fossil fuels and save millions of lives, we do not need to continue down this path of destruction. Two such studies are from Stanford University, one to get the world off fossil fuels, the other a state by state plan to eliminate fossil fuels from the United States. Their studies show this can be done without any new technology. It is a change of political will and a change in industry that is needed.

Specifically, I would like to address Public Health from air and water contamination including long term contamination due to radioactive and toxic laden fracking wastewater. These Public Health issues would parallel similar harms to other animals. Large mammals like elk, mountain lion and deer, as well as grazing cattle would be most comparable regarding health effects. Smaller animals, aquatic life and plant life might fare even worse.

I will start with WASTEWATER which was not adequately addressed in your FEIS. Four Wastewater Disposal Wells will not be without their impacts. In a recent study by Duke University researchers mapped 3,900 oil and gas industry wastewater spills in North Dakota alone. These have caused "widespread" contamination from radioactive materials, toxic metals including Lead, Barium, Copper, Nickel... and corrosive salts putting the health of people and wildlife at risk. Selenium, was found in the state's waters at levels as high as 35 times the federal thresholds set to protect fish, mussels and other wildlife, including those that people eat.

Radioactive contamination—in some places more than 100 times the levels of radioactivity as found upstream from the spill—will be here to stay for millennia, the researchers concluded, unless unprecedented spill clean-up efforts are made. "The results of this study indicate that the water contamination from brine spills is remarkably persistent in the environment, resulting in elevated levels of salts and trace elements that can be preserved in spill sites for at least months to years," the study concluded. "The relatively long half-life of [Radium 226] (~1600 years) suggests that [Radium] contamination in spill sites will remain for thousands of years." (Environmental Science and Technology, Brine Spills Associated with Unconventional Oil Development in North Dakota, Nancy E. Lauer, Jennifer S. Harkness, and Avner Vengosh* † Division of Earth and Ocean Sciences, Nicholas School of the Environment, Duke University, Durham, North Carolina 27708, United States , Accepted April 13, 2016. )
And this remark about standards for the oil and gas industry: The naturally occurring radioactive materials in that wastewater have drawn particular concern, partly because of their longevity in the environment and partly because the drilling industry enjoys looser federal standards for their radioactive waste than many other industries.

And quoted from this article : Radioactive Ranchers? Elements Found Downwind of Intensive Fracking By Andrew Nikiforuk,  11 Jun 2016, TheTyee.ca

There is almost universal agreement among geologists that the geochemistry for every shale or tight oil basin is unique and contains many trace metals, as well as what the oil industry calls "technically enhanced naturally occurring radioactive material," or TENORM, due to the depth of these formations in the earth. Some formations have more radioactive materials than others. In addition, it is well known that the extraction process can concentrate TENORM in drilling waste and also bring the radioactive elements to the surface via flowback waters, the highly saline waters that gush from a well prior to hydrocarbon production.

According to U.S. research scientist JP Nicol, strontium and radium are soluble. It is also possible many elements of TENORM can be mobilized from drilling waste, travel in water, and enter water wells.

And this from Earthworks: ... the rise of hydraulic fracturing over the past decade has created another boom: tons of radioactive materials experts call an "orphan" waste stream. No federal agency fully regulates oil and gas drilling byproducts—which include brine, sludge, rock and soiled equipment—leaving tracking and handling to states that may be reluctant to alienate energy interests.

"Nobody can say how much of any type of waste is being produced, what it is and where it's ending up," said Nadia Steinzor of the environmental group Earthworks, who co-wrote a report on shale waste.

Add the "looser federal standards" re. radioactive wastes for the oil and gas industry and we have a big problem. We know that Injection wells can create earthquakes---not a great idea in an area geologically prone to slides and collapses such as occurred in Colbran a couple of years ago. There WILL be spills and leaks---and what are the monitoring and clean up systems set up for this? Why should we be asked to accept these risks?

Having worked with people from Paonia for some time I know you are aware of The Endocrine Disruption Exchange (TEDX), www.endocrinedisruption.org . Organized by categories such as air and water pollution, there are dozens of peer reviewed scientific articles on all aspects of toxins related to unconventional oil and gas production. TEDX has gathered the data which discloses that low-dose exposure to many chemicals used by the industry are Endocrine Disrupting Chemicals or EDCs. These chemicals affect not only reproduction and fetal development, but are linked to respiratory health, metabolism issues, malignancy as well as skin rash, nausea or vomiting, abdominal pain, breathing difficulties, cough, nosebleed, anxiety, stress, headache, dizziness, and eye and throat irritation.

These studies include human and animal studies, including actual populations not just laboratory experiments. I did not see them referenced in the FEIS. <([#1 [18.4] 146 wells in the ~19,000 A. area will have health effects on animals and people. These effects of these wells have to be combined with wells already existing or proposed and with future proposed wells in the new Draft RMP for the UFO. #1])> Again why are we asked to accept these consequences?

These health issues of course lead to increases in hospitalization and other aspects of medical care---a cost not calculated. Suffering I do not believe can have a $ amount attached to it. While health care should be factored into the costs of fracking, what IS the cost of human life and

BLM_0159637

human suffering?? Why do we put value only on MONEY?

I am now going to cite numerous peer reviewed studies from 2015 or 2014 which are cited in the Compendium of Scientific, Medical, and Media Findings Demonstrating Risks and Harms of Fracking (Unconventional Gas and Oil Extraction), Third Edition, October 14, 2015, by Concerned Health Professionals of New York and the Physicians for Social Responsibility. (PSR) The citing after each will read PSR-C then the page number.

It is concluded that there is a great need for detailed epidemiological data on the long-term health effects of multiple chemical exposures and multiple routes of exposure that are associated with unconventional oil and gas extraction. Exposures can be through the air---gases and particulate matter, through water that is ingested or used for washing or watering crops, or through soil that is contaminated and used to grow food for humans, livestock or wildlife.

California Council on Science and Technology studied the impacts of well stimulation on human health from the exposure to fracking-related air pollution. The unknown number and toxicity of chemicals mixed in these well stimulation fluids make it difficult to quantify risk, but highlighted the potential health risks. One conclusion: that "officials should fully understand the toxicity and environmental profiles of all chemicals before allowing them to be used in California's oil operations." PSR-C p.72

In rural Colorado a study of almost 25,000 births from 1996-2009, congenital heart defects and possibly neural tube defects (defects of the brain, spine or spinal cord) were associated with the density and proximity of natural gas wells within a 10-mile radius of mothers' residences. There are several chemicals emitted by natural gas development known to increase the risk of birth defects. PSC-C p.76

University of Pittsburgh study of three heavily drilled PA counties found the more exposure a pregnant woman had to gas wells, the higher her risk for a smaller-than-normal baby. Mothers living nearest a high density of wells were 34% more lively to have babies small for their gestational age. Low birth weight is a leading cause of infant mortality. PSR-C p72,73

Health professionals in Vernal, Utah reported a 6 fold increase in infant death rates over a three year period. The air quality which was formerly pristine in Uintah County, UT received an "F" rating for ozone in the American Lung Association's 2013 State of the Air Report. The Unitah Basin has 11,200 oil and gas wells. It is known that pregnant women who breathe more air pollution have much higher rates of virtually every adverse pregnancy outcome that exists, said one health professional. PSR-C p76
Preliminary data from researchers at Princeton University, Columbia U. and MIT used Pennsylvania birth records from 2004 to 2011 to assess the health of infants born within a 2.5-kilometer radius of natural-gas fracking sites. They found that proximity to fracking increased the likelihood of low birth weight by more than half, from about 5.6 percent to more than 9 percent. The chances of a low Apgar score, a summary measure of the health of newborn children, roughly doubled, to more than 5 percent. PSR-C p77

Other preliminary studies from Colorado and PA comparing infant birth weights and premature

BLM_0159638

births with proximity to wells had similar findings as above. PSR-C p77; 72-73

Another PA, Yale-led study found that health symptoms reported by residents increased in frequency as distance between residence and gas wells decreased. Those living less that one kilometer from drilling activities had increased reports of rashes and upper respiratory problems. PSR-C p.73
Hospitals in the Bakken Shale region reported a sharp rise in ambulance and emergency room visits since the boom in drilling and fracking. Drug overdoses and oil field related injuries accounted for 50% of the cases in one emergency room. PSR-C p. 76

University of PA's Center of Excellence in Environmental Toxicology found the increasing number of gas wells in PA is significantly correlated with inpatient rates of hospitalization. PSR-C p.75

Dogs in households less than a kilometer from a gas well had elevated risks for health problems, especially dermal conditions. Yale University School of Medicine researchers study in SW PA PSR-C p73

Food animals have been shown to have increased respiratory and growth problems over time. (The life of a food animal is very short compared to that of humans and some wildlife where cumulative effects would be pronounced.) PSR-C p73 Comment in parentheses is mine.

In Texas, commercial vehicle accidents have increased more than 50 percent since the beginning of the state's drilling and fracking boom in 2009. PSR-C p. 75

And my note: Any of the studies of risks to human health as well as to companion or food animals should be extrapolated to the exposure to wildlife---all the vertebrates---avian, land and aquatic. And since animal health is dependent on the health of the soils, plants and water they are exposed to, then it stands to reason that these elements should also be studied when evaluating the risks to wildlife living or migrating in areas with unconventional oil or gas extraction.

The last issue I will address is BONDING. I understand that field offices have the option to increase the bonding above that mandated by Federal BLM standards. How can $25,000 even be seriously considered as a bond when we are talking about people's livelihoods, their health and the place they have come to call home. This could be a joke if it were not so woefully wrong. How much public money has gone into or will go into cleaning up bankrupt coal industry messes? What is different with the O&G Industry?

People in our area have been working so diligently to transition our economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines cannot afford air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction. The continuation of oil and gas extraction will excellerate Climate Catastrophe, making food growing one of the casualties. If we can't eat and we can't drink the water...

Submitted by

Phyllis Swackhamer
PO Box 1291
Paonia, CO 81428
pslyons@tds.net

cc: Ruth Welch, Barb Sharrow, Dana Wilson

000643_WegnerB_20161101_BullMtn  Organization: Brian Wegner
Received: 11/1/2016 12:00:00 AM
Commenter1: Brian Wegner - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 000643_WegnerB_20161101_BullMtn.htm
(000643_WegnerB_20161101_BullMtn-391711.htm  Size = 6 KB)
Submission Text
Bull Mountain Master Development Plan Protest

I am opposed to the Final Environmental Impact Statement (FEIS) for the Bull Mountain Unit
Master Development Plan (MDP) proposal, and BLM's preferred alternative to develop up to
146 natural gas wells, four water disposal wells, and associated access roads and pipelines. The
Bull Mountain Unit is approximately 19,670 acres of federal and private oil and gas mineral
estate located in the upper North Fork Valley of Gunnison County, Colorado, which is one of the
most beautiful places in the world. I am opposed to this FEIS because:

• I just read that the President instructed all government departments and agencies to consider
climate change/global warming in developing and instituting policy. This development would
contribute to increased greenhouse gas emissions and climate change impacts on community
resources including agriculture and wildlife. ANY increase in oil and natural gas production
contributes to depressed/lower prices of fossil fuels and encourages their continued or increased
use, only delaying further the development and adoption of alternative, clean energy sources.
Ceasing oil and gas development on federal, publicly owned lands is one area where our
government can actively and directly influence the reduction of carbon emissions required to
slow/mitigate global warming.

• The United States currently has a surplus of natural gas, which has depressed prices and
reduced the incentive/profitability of production. As a result, the industry is pursuing LNG

BLM_0159640

export terminals in order to create a global market and higher prices. This is completely contrary to US national security and economic interests. Cheap natural gas provides one of the few competitive advantages US industry has over competitors in Asia and Europe. Creating a global market in natural gas will not only serve to level the economic playing field, but also result in industry selling critical, long term natural resources to our competitors and potential adversaries. I don't know how much natural gas the US has, but how many years does BLM hope the US exists as a nation? We shouldn't be selling irreplacable natural resources simply to create short term jobs and corporate profits. BLM needs to be thinking LONG TERM.

• There is more and more scientific research and real world evidence that the earth may be experiencing an era of mass extinction - except this one is being caused by the human race. This proposed development would at best challenge the survival of species in the area of concern, and potentially contribute to the destruction of unique biodiversity.

• It is irresponsible to use public lands to potentially destroy clean air, abundant fresh water and foodsheds, which the public depends on for life.
• It is irresponsible to locate oil and gas operations in a sensitive watershed, which directly feeds the largest concentration of organic farms in the State.

• Development would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, organic/clean food. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines cannot afford air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.

In addition,
• <([#1 [21.1] BLM has proposed a revised Resource Management Plan for the UFO, and is required to issue a moratorium on oil and gas development until the new RMP is issued. #1])>
• BLM did not analyze the potential risks presented by unregulated rural gas gathering pipelines to the environment.

• Clean air is important not only to me, but all life. The American Lung Association gave a grade of "F" in air quality to areas in western Colorado where oil and gas production is occurring (Rifle, for example). What will happen here if this MDP is executed? Ozone levels modeled by BLM for the Bull Mountain area would exceed the EPA threshold of 70ppb. No mitigation solutions were included in the MDP.
• BLM did not consider the cumulative effects of the entire MDP proposal on the area. The massive industrial effort involved in executing the proposed MDP has the potential to PERMANENTLY and significantly alter the existing landscape and environment.

BLM did not analyze the impact of permanently removing water from the hydrologic system. The BLM did not conduct a human health impact assessment.

I am a retired nuclear submarine officer who after serving over 29 years in our Navy, chose the most beautiful paradise and community I could find to spend the remainder of my life. I left the Colorado front range to escape the congestion and industrialization that is ruining that once

BLM_0159641

paradisical area - including massive feed lots and oil and gas development that are eyesores (and nose sores) to an objective observer - and bought a home and 8 acres of land with fruit trees, good sound soil, and clean air. I came here to grow my own food in an area free of pollution and potential sources of contamination, not completely organic but at least I get to choose the risks I take. I have started a vineyard with the hopes of starting a business that serves visitors that come to the North Fork Valley for the reasons I came here. I am a hiker and wildlife lover, and I appreciate and am in awe of the majestic landscape, mountains, and scenery the North Fork Valley offers. This could only have been created by someone higher than mankind, God or whichever higher power one might acknowledge. Once it is altered or destroyed, mankind cannot recreate it. We have only got one Earth. I encourage BLM to protect it.
Brian Wegner
15540 Fire Mountain Road
Paonia, CO 81428


000645_PattersonC_20160728 Organization: Cynthia Patterson
Received: 7/28/2016 12:00:00 AM
Commenter1: Cynthia Patterson - Marietta, Georgia (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Duplicate
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 000645_PattersonC_20160728.htm (000645_PattersonC_20160728-391712.htm
Size = 3 KB)
Submission Text
---------- Forwarded message ----------
From: Cynthia Patterson <cynthiapurchase@gmail.com>
Date: Thu, Jul 28, 2016 at 8:44 PM
Subject: Final Environmental Impact Statement (FEIS) for SG Interests I, Ltd's Master Development Plan
To: Secretary_jewell@ios.doi.gov, mtupper@blm.gov, mnedd@blm.gov, rwelch@blm.gov, bsharrow@blm.gov, dmwilson@blm.gov Cc: bullmtn@citizensforahealthycommunity.org, Cynthia Patterson <cynthiapurchase@gmail.com>
Please accept these comments regarding the Final Environmental Impact Statement (FEIS) for SG Interests I, Ltd's Master Development Plan (MDP) proposal. The BLM's preferred alternative to develop up to 146 natural gas wells, four water disposal wells, and associated access roads and pipelines would be a disaster for the area. Drilling and the associated contamination pollutes the air, poisons and wastes clean water, poisons and erodes the soil and disturbs habitat. I oppose drilling on public lands, which belong to all of us, not just those who benefit from carbon extraction. The Southwest is in a prolonged drought. It is irresponsible to permanently remove water from the hydrologic system and contaminate the remaining water. An estimated 353.6 million gallons of fresh water is required. BLM should require mandatory baseline surface water sampling and baseline air samples. Ongoing water and air monitoring to

BLM_0159642

test for chemicals related to drilling and fracking operations: methane, volatile organic compounds (VOCs), and polycyclic aromatic hydrocarbons (PAHs). Currently, there are nearly two spills a day from the oil and gas industry in Colorado Local families are rapidly transitioning to a sustainable economy based on agro-tourism, recreation, renewable energy, agriculture, organic/clean food, fishing, big-game hunting. This area is a watershed, which directly feeds the largest concentration of organic farms in Colorado. My major concern is extracting carbon-based fuels contributes to increased greenhouse gas emissions and accelerates climate change. Escaping methane will exacerbate the climate crisis. Scientific evidence indicates gas production, from drillpad to market is more polluting than once believed. The biggest unaddressed risk is intentionally and accidentally releasing methane. Methane, the main component of natural gas, has the global warming potential 34 times that of carbon dioxide over a one-hundred-year time span. To deliver a 50% probability of no more than 1.5 degree C of warming this century, the world must leave two-thirds of its fossil fuel reserves in the ground. KEEP IT IN THE GROUND Thank you.

Sincerely,

Cynthia Patterson

Marietta, GA

500001_SpencerD_20161013 Organization: Donna Spencer
Received: 10/13/2016 12:00:00 AM
Commenter1: Donna Spencer - Crawford, Colorado 81415
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500001_SpencerD_20161013.htm (500001_SpencerD_20161013-388444.htm Size = 2 KB)
Submission Text
Crawford, CO
October 13, 2016
Dana Wilson, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401
Dear Dana,

For 50 years I have lived in and loved Colorado – the North Fork and Crawford. Crawford and the North Fork are one of the last pristine areas. How can we convince you what we would lose if we allowed fracking to enter into this beautiful area with its clean unadulterated water sources – esp. Crawford with its mountain springs?

<([#1 [41.2] We are aware of the fact that hydraulic fracking requires an abundance of water – a great deal of water which we don't have to support the gas/oil drilling. #1])>

Please give this situation some concerted thought. The BLM has a lot of power to regulate public lands. We need the BLM but we don't need an agency that could endanger the beauty and the

well being of the residents.
Sincerely yours,
Donna Spencer
PO Box 125
Crawford, CO 81415
970 920 4335


500002_JossB_20161016  Organization: Bruce Joss
Received: 10/16/2016 12:00:00 AM
Commenter1: Bruce Joss - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500002_JossB_20161016.htm  (500002_JossB_20161016-388447.htm  Size = 2 KB)
Submission Text
Bruce & Lisa Joss
40872 0 Road
Paonia, CO 81428
(303) 547-0132
lisajoss7@gmail.com

October 16, 2016

To Whom It May Concern:
We are both retired and live in Paonia. We love our home, and we rely on the purity of its current resources, such as clean water that comes from an aquifer located at the base of Mt. Lamborn. This water, as well as clean soil and air, are essential to maintaining our property for producing hay and boarding horses. We also depend on and enjoy the unspoiled and beautiful public lands for horseback riding, hiking, biking, and sightseeing. It goes without saying that we cherish the North Fork Valley for its orchards, organic produce, and wineries.
We are very worried about BLM's Draft Resource Management Plan for the Uncompahgre Field Office. Why? If BLM leases our public lands to oil and gas companies, our livelihood and investment will be destroyed. For the sake of oil/gas profits, we will suffer:
• contaminated water, air, and soil;
• noise and light pollution;
• destruction of wildlife and their habitat;
• increased truck traffic;
• deteriorated roads;

• industrialized landscapes;
• jobs that are, in reality, only transitory; and
• climate degradation.
Taxpayer dollars fund BLM. How you manage public lands in the North Fork Valley
DIRECTLY affects those of us who live here. If oil/gas drilling leases are granted,
companies will come in, drill, and leave. What they leave behind is of no consequence to
their profits. But to those of us who live here, it destroys our livelihood and quality of
life-forever.
Please, No Oil/Gas Leases. Residents of the North Fork have no alternatives. Do not
degrade our lives.
Burce Joss Lisa Joss


500003_TwittyE_20161014  Organization: Eric Twitty
Received: 10/14/2016 12:00:00 AM
Commenter1: Eric Twitty - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500003_TwittyE_20161014.htm  (500003_TwittyE_20161014-388448.htm  Size =
6 KB)
Submission Text
Mountain States Historical
Oct. 14, 2016
Dear BLM,
I'm writing in support of Alternative Plan B.1 regarding oil and gas in the North Fork
Valley, Delta County, Colorado. My wife and I are strongly opposed to any oil and gas
leases and/or drilling. We moved our residence, and my business, to Paonia for its quiet,
clean environment, slow pace of life, alternative culture, and organic agriculture. We also
left the Front Range (Boulder County) specifically to escape oil and gas development.
Oil and gas development in the North Fork Valley will directly threaten me and my wife
in the following ways:
• Oil and gas development suppresses property values. No one wants to live in an
industrial landscape.
•<([#1 [10.3] [41.2] Oil, gas, and fracking pollute air with toxic, carcinogenic chemicals.
Releases
from purge-tanks, valves, pipelines, and well-casings are UNREGULATED. We
have seen first-hand the atmosphere in Weld, Larimer, and Boulder counties turn
brown.
#1])> • Our house is on German Creek. <([#2 [37.3] [41.1] No one wants an accident, but they
certainly
happen. Wellhead and pipeline spills and pollution could ruin the creek, our

property, and property values.

#2])> • Our house is made of adobe masonry. Oil and gas is proven to cause EARTHQUAKES, which will destroy our house. If our house is wrecked, we and our insurance will take legal action to recover our losses. But, there is no way to replace a beloved home.

• I came to Paonia for quiet and darkness at night. Oil and gas is definitely not quiet, nor dark.

Like many other people, I know that oil and gas will ruin the North Fork Valley. <([#3 [30] We came here for the quiet, environment, organic agriculture, wineries, culture, lack of traffic, and especially lack of oil and gas. Industrialization will have the following negative impacts:

Wreck the economy. The North Fork depends on the industry-free qualities it currently has for agriculture, tourism, and entrepreneurship. Industrialization will change the region's character and impair the above.

• Threaten organic agriculture, and force organic farms to close. If pollutants are released, land will no longer qualify as organic. #3])> 40739 German Creek Dr, Paonia, CO 81428 • Phone: 303-681-7576 • Fax: 303-499-4334 www .mountainstateshistorical.com

• Replace quality, long-term jobs with fleeting, short-term boom-and-bust jobs typical of oil and gas.

• Place a heavy burden on services and infrastructure, without offsetting short-term costs and long-term wear.

• Introduce heavy and noisy traffic, where little had been.

• Accelerate damage to roads and bridges, without offsetting costs.

• Change the valley's social character. We all know that oil and gas attracts an unstable, rough, get-rich-quick workforce that does not invest in the community.

I oppose oil and gas drilling in the North Fork Valley. If the BLM bows under pressure from the industry and moves forward, I request the following.

Implement Alternative Plan B.1,

• Require oil and gas to utilize directional drilling technology, and keep rigs out of the valley, and out of the valley's entire watershed. The industry has used directional drilling with success, but doesn't like it because it's a little more costly. Boo hoo.

• Require full restoration of well-pads, roads, and all earthmoving.

• Regular inspections of all wells, pipelines, tanks, compressor stations, etc on a quarterly basis. This requires hiring inspectors, which oil and gas must pay for.

• Litter cleanup along roads, funded by oil and gas.

• Road maintenance, funded by oil and gas.

• Vapor collectors/filters for wells, purge-tanks, tanker-trucks, pipelines, compressor station and valves. Emissions are currently unregulated, and highly toxic.

• 5 year evaluation of development impacts, including traffic, pollution, noise, safety, and road use. Alteration of the master management plan if North Fork citizens find any of the above unsatisfactory.

I thank BLM for providing the opportunity to review the management plan and comment. I truly like BLM, think highly of the agency, and see that BLM does a good job

managing land in a difficult political climate.
Eric Twitty
40739 German Creek Dr, Paonia, CO 81428 • Phone: 303-681-7576 • Fax: 303-499-4334
www.mountainstateshistorical.com


500004_YoungC_20161027  Organization: Christie Young
Received: 10/27/2016 12:00:00 AM
Commenter1: Christie Young - Crawford, Colorado 81415
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500004_YoungC_20161027.htm (500004_YoungC_20161027-388452.htm Size =
2 KB)
Submission Text
Christie Mendenhall Young
179 Dogwood Ave.
P.O. Box 116
Crawford, Colorado 81415


October 27, 2016
U.S. Bureau of Land Management, Field Office
2465 S. Townsend Ave.
Montrose, Colorado 81401


RE: Draft Resource Management Plan for the Uncompahgre Field Office
Dear BLM-UFO Staff and RMP Comment Team:
I appreciate the opportunity to comment on the UFO's Draft Resource Management Plan. I am
encouraged by the BLM's consideration of ways to protect wildlife habitat, wild and ·scenic
rivers, and
"ecological emphasis areas" to preserve habitat connectivity and wildlife corridors in the North
Fork
Valley.
Please include all proposed actions and conservation protections in the North Fork Alternative,
B1, in
the BLM's final plan. As an in-town resident of Crawford, I am especially concerned about the
effect that
implementation of a new Management Plan would have on our municipal water supply, since the
Plan
includes areas through which our high-quality spring water flows. I also worry about damage and
compromise to irrigation water, domestic water companies, our expansive views, and wildlife
habitats,

including winter range and migration corridors. The B1 alternative ensures the strongest level of long term
protection for these invaluable resources, which combine to make the North Fork Valley an incomparable place to live. Degradation or destruction of any of these resources would be disastrous
for the future health, vitality, and economic strength of the North Fork Valley.
The outcome of the analysis of the Resource Management Plan will affect my home and my community
for many years to come. Thank you for considering my comments.
Yours truly,
Christie Mendenhall Young


500005_BarretoR_20161017 Organization: Ruth Barreto
Received: 10/17/2016 12:00:00 AM
Commenter1: Ruth Barreto - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500005_BarretoR_20161017.htm (500005_BarretoR_20161017-388456.htm Size = 5 KB)
Submission Text
October 17, 2016
BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 8140 1
Re: Draft Resource Management Plan for the Uncompahgre Field Office
Dear BLM,
I would like to take this opportunity to submit comments on the Uncompahgre Field Office draft Resource Management
Plan. Regrettably, none of the alternatives you have presented offer the level of protection these lands merit, which the
people in the area have specifically asked for, and which federal law requires. ·
Let me be unequivocal. As a homeowner in the North Fork Valley, the proposed RMP is unacceptable to me because of the
amount of land that will be kept open to oil and gas leasing. I am gravely concerned about the impacts that virtually
unlimited oil and gas development will have on my property values, health, and quality of life. One of the reasons I
relocated from the Front Range was to get away from all of the hideous oil and gas development north of Denver. I am
especially concerned about air pollution and the health threats associated with this type of

BLM_0159648

industrial activity. I am also very
concerned about potential impacts to both my drinking water and irrigation water.
<([#1 [2] I am extremely disappointed that BLM actively ignored the people of Crawford, Hotchkiss, and Paonia who invested a good
deal of time and effort to put together the North Fork Alternative Plan (B 1 ), and worked to build local consensus around this
option. #1])> The North Fork Alternative Plan is the RMP alternative that I favor, and I urge BLM to adopt this proposal. In the
event that this course of action is not taken (and the rationale for not doing so would have to be transparently and publicly
shared), there are a number of essential minimum ingredients that the final planning process should take on board.
<([#2 [5.3] [37.1] Specifically, the final RMP must:
• Include a no-leasing alternative, to adequately evaluate the full range of reasonable management plans.
• Exclude all oil and gas activities within a half-mile of all surface and ground domestic water sources, including
municipal waters supplies, as these could be contaminated by surface spills and well failure. Most of the domestic
water sources in the North Fork Valley are surface springs and streams that are either on or adjacent to BLM lands
directly affected by this plan.
• To protect irrigation water, the final plan must exclude oil and gas activities within a quarter mile of all ditches,
domestic water decrees, dams, irrigation intakes, or canals.
#2])> <([#3 [5.3] Without having considered a no-leasing alternative, nor assessed how the North Fork Alternative Plan (Bl) would be
carried out if included in the preferred alternative, the draft RMP fails to fulfill its duty to consider the full range of
reasonable management possibilities #3])> . I respectfully request the BLM's cooperation in fulfilling this obligation. Public lands
are a resource for all Colorodans; not just oil and gas companies. It is absolutely unacceptable that my community's right to
clean air and water and a tranquil, rural way of life be cast aside in favor of energy companies' profits.
Sincerely,
Ruth Barreto 40739 German Creek Dr
Paonia, CO 81428


500006_CastroS_20161101 Organization: Sara Castro
Received: 11/1/2016 12:00:00 AM
Commenter1: Sara Castro - Aspen, Colorado 81612
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique

Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500006_CastroS_20161101.htm (500006_CastroS_20161101-388457.htm Size = 1 KB)
Submission Text
Dana Wilson
UFO Manager
2465 S. Townsend Ave
Montrose, CO 81401

Dear Dana Wilson,
I utilize public lands for hiking, camping, water sports, mountain biking and recreating. The preservation of our public lands is beneficial for the lifestyle here in the North Fork Valley, the wildlife, and the well being of our citizens.
The threat that the Gas and Oil industry poses to the environment, economy and community do not balance the benefit that hydraulic fracking brings to a chosen few, who for the most part live outside of the North Fork valley.
As stewards of our public lands and natural resources, I encourage you to stop the practice of hydraulic fracturing on public lands.
I encourage you to adopt the North Fork Alternative B 1 and to exceed those standards.
Sincerely,
Sara Castro

Name: Sara Castro Address: PO Box 3612, Aspen CO 81612


Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet


500007_ClevelandB_20161101 Organization: Britten Cleveland
Received: 11/1/2016 12:00:00 AM
Commenter1: Britten Cleveland - Denver, Colorado 80218
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500007_ClevelandB_20161101.htm (500007_ClevelandB_20161101-388460.htm Size = 3 KB)
Submission Text

To Dana Wilson and Barb Sharrow
Re: Hydraulic Fracturing in the North Fork Valley
I am strongly opposed to the fracking industry coming to the North Fork
Valley and utilizing our public lands for private gain. The techniques
utilized for fracking have not been proven safe for our public lands and
water. Our community relies on clean water and public lands for
agricultural production, recreation and the healthy lifestyle that so many
of us live here for.
<([#1 [30] [41.2] The North Fork Valley is a hub of agriculture in Colorado, shipping produce
throughout the state. The threats posed by fracking in The North Fork
include damaging local economy by potentially harming our watershed
and polluting our beautiful farms. The benefits of fracking will not impact
our local community, as the revenue raised will not stay in the North Fork.
Agriculture in the North Fork is an economic driver. It benefits the
environment, the community, and our economy. #1])> Agriculture is an industry
that is essential for life. Colorado is currently increasing its population at
alarming rates. We need to move to a sustainable future for our residents
that include access to clean water and healthy food for all people. The
BLM, government agencies and citizens of Colorado can unite in
encouraging agriculture, renewable energies and cottage industries that
contribute to the vitality, sustainability and economic stability of the North
Fork and for all of Colorado.
Please do not allow hydraulic fracturing on our public lands. An ounce of
prevention is worth a pound of cure and the damage causes by the oil
and gas industries is evident and left to communities and citizens to clean
up. There is no benefit for our community in this risky business. Please take
the health and wellbeing of the people, animals, environment, and water
into consideration and at minimum support the North Fork Alternative
Plan ( B 1), at most ban fracking in Colorado like many other wise states and
countries have done.
Thank you for your consideration,
Britten Cleaveland
479 Franken
Denverm CO 80218


500008_WardF_20161101 Organization: Fredrika Ward
Received: 11/1/2016 12:00:00 AM
Commenter1: Fredrika Ward - San Francisco, California 94110
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak

Attachments: 500008_WardF_20161101.htm  (500008_WardF_20161101-388467.htm  Size = 3 KB)
Submission Text
Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401
Attn: Dana Wilson
I am a tourist who frequently visits the North Fork Valley. I love the beautiful
landscape, the high quality food, the clean air and water. I have been supporting
hotels and other businesses in the area for twenty-plus years. This is why I am
asking you to please choose the North Fork Alternative, B1, and all other reasonable
conservation protections in Alternative B. This is only secondary to <([#1 [41.2] [2] my first choice,
which would be to have zero hydraulic fracturing. How did you not consider this as
a reasonable alternative?
#1])> <([#2 [41.2] Hydraulic Fracturing presents many dangers still unknown to us. Some that we have
already seen come in the impact of transportation of hazardous materials, impact on
water and air quality, road degradation, increased heavy truck traffic, and an impact
on wildlife.  #2])> As a tourist from the east coast, I come to the North Fork every year to
get away from those things exactly; to enjoy nature and a clean quality of life that is
becoming harder and harder to find in this country. Hydraulic fracturing has already
been banned in Bulgaria, Germany, France, and Scotland, as well as in New York,
Maryland, and many counties across America. In America, we have seen an all out
disaster occur in Flint, Michigan.
I can't speak for everyone, but I can certainly say for myself that hydraulic fracturing
in the North Fork Valley will end my adventures travelling here. I love it so much,
but the health risks are just not worth it. Please take my comments into
consideration.
Thank you very much, and please take this seriously.
Name: Fredrika Ward
Mailing Address: 322513 Folsom St.
SF, CA 94110
Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet


500009_HemsellA_20161101  Organization: Ambalila Hemsell
Received: 11/1/2016 12:00:00 AM
Commenter1: Ambalila Hemsell - Ridgeway, Colorado 81432
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:

Current Task: Review Assigned/Due: ewozniak
Attachments: 500009_HemsellA_20161101.htm (500009_HemsellA_20161101-388471.htm
Size = 4 KB)
Submission Text
RMP COMMENT
Dana Wilson and Barb Sharrow,
I am in support of the North Fork Alternative Plan (B1). I surely am not completely
satisfied with the NFAP, but it appears to be the best option. I believe this is the most
responsible option because it takes into consideration the value of Delta County's water
shed and natural water systems. I am very fond of hunting in the North Fork region. If
any of the other RMP plans are used, I don't believe I will be coming to hunt in the North
Fork area any more. I like to insure that my family is eating game that is living in the
most pristine environments. It is common knowledge that hydraulic fracturing can
contaminate the air, land and water. A clear indication of this can be seen because
France, Bulgaria, Germany and Scotland and states, such as New York and Vermont
completely banned hydraulic fracturing in order to protect their citizens' health and their
environment and economic futures. I hope you fully consider the impact on your citizens
as well as your outdoor recreation/tourism.
I'm also opposed to the final environmental impact statement for SG Interests I Ltd.'s
Master Development Plan Proposal and BLMS's preferred alternative to develop up to
146 natural gas wells, four water disposal wells, and associated access roads and
pipelines for the same reasons mentioned above.
Lastly, <([#1 [5.3] I don't believe the BLM has explored all alternative option, as I did not see a
no
leasing option in the RMP plans. #1])> <([#2 [41.2] [15.4] [16.3] One concern I have is for the
birds that will drink from
the open waste water pools at the sites, as there are many undisclosed chemicals in the
hydraulic fracturing fluids. We don't if them drinking this water will give them a disease
or outright kill them. I know it's the BLM's duty to help protect sensitive species, which in
this region we have the Bald eagle, Golden Eagle, among many other birds on your
sensitive species list
#2])> Please consider how the future generations will look back on these big decisions you
are making. I believe deciding a no leasing alternative will leave you on the right side of
history.
Sincerely,
Ambalila Hemsell
340 Country Rd. 24
Ridgeway, CO 81432


500010_MasciocchiM_20161101 Organization: Matt Masciocchi
Received: 11/1/2016 12:00:00 AM
Commenter1: Matt Masciocchi - Boulder, Colorado 80304
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique

BLM_0159653

Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500010_MasciocchiM_20161101.htm (500010_MasciocchiM_20161101-388473.htm Size = 2 KB)
Submission Text
To Dana Wilson,
I am a Colorado resident and I am concerned about the health and wellbeing of
the people, wildlife and environment that are effected by hydraulic fracturing.
I am specifically concerned about the North Fork Valley as it is a producer of
organic food for the whole state.
<([#1 [41.2] [18.3] Hydraulic Fracturing has been scientifically linked to a wide variety of human
health issues. Some of these health concerns include:
• Birth defects
• Endocrine disruption
• Respiratory ailments
• Cardio vascular disease
• Immune system function #1])>
These are serious ailments that can be prevented by the use of renewable
alternative energy use rather then the polluting gas and oil industry.
I urge you to please take the public health and the environmental health into
consideration and BAN hydraulic fracturing in Colorado.
At minimum adopt the North Fork Alternative B 1.
Please protect the people, water, land, air and animals.
Thank you,
Matt Masciocchi, 4697 18th St. Boulder, CO 80304
Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet


500013_MorreC_20161027 Organization: Claire Moore
Received: 11/1/2016 12:00:00 AM
Commenter1: Claire Moore - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 500013_MorreC_20161027.htm (500013_MorreC_20161027-388392.htm Size = 3 KB)
Submission Text
PO Box 131
Paonia, CO 81428

Oct. 27, 2016
Bureau of Land Management
Uncompahgre Field Office, Montrose, CO
Comments on the BLM Uncompahgre RMP:
After residing for 36 years 2 miles northwest of the town of Paonia, Delta County, close to BLM lands which are affected by this planning process, I wish to comment on the importance of our natural resources on these lands. My concerns are:
A. Protection of domestic water sources.
We, along with an adjacent neighbor, get our household water from springs that are less than one mile downhill from BLM lands.
<([#1 [37.1] Protection of irrigation water:
Our irrigation water comes from and via Roatcap Creek drainage . In the event of oil and gas development in the area, our water could be seriously impacted.
The distance limits required as listed on page 2-190 are necessary for continued safety of our water supplies.
#1])> B. Wildlife:
We have herds of elk and deer that winter on our property. Their habitat would be seriously diminished if oil and gas development occurs in our area. Also, just north, the regions of BLM lands in and near T 13 S, R 92 W, 6th PM, Delta County, need to be kept quiet and available for big game and other wildlife.
C. Thus I strongly support the Alternative B-1 as presented in the Resource Management Plan.
D. <([#2 [40.1] WSAs: I have been through the Dolores River Canyon WSA several times. The plant
species and the bird species of that area need continued protection, especially with the low flows of the river since the McPhee Dam impounds most of the water.
#2])> After hiking trips in the WSAs Camel Back, Adobe Badlands, and Lower Tabeguache, I know these areas are worthy of preservation to maintain unique ecosystems. Native vegetation in western Colorado is at risk from degradation caused by OHVs.
The draft RMP addresses these concerns. Carry on with protection of native plants!
Thank you for all your work preparing this RMP. I do not need a reply from you,
Sincerely,
Claire Moore


500014_LewisS_20161101 Organization: Sid Lewis
Received: 11/1/2016 12:00:00 AM
Commenter1: Sid Lewis - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 500014_LewisS_20161101.htm (500014_LewisS_20161101-388393.htm Size = 2 KB)

Submission Text
UFO RMP
Uncompahgre Field Office
2465 South Townsend
Montrose, CO 81401

I have been a resident of Colorado since 1970 and Paonia Co for the past 12+
years.
It is quite obvious that this valley is not becoming a victim of a busted coal industry nor the
demise brought on by the energy industry and it's holdings here as had happened in the 80s.
It is clear also that the driving force behind the economic stability these days is being driven by
the jobs in ag, food and wine, in part£u1ar, with tourism being a major role in it's economic
sustainable development.
Why would the BIM consider risking such a promising future for this valley
with the threat of contamination of our water and clean air for years to come
for such a short term gain for guess who? The Oil and Gas Industry ~ greed is
the only answer that comes to mind.
How many examples of boom and bust do we need to hear about before we learn. How many
communities have we seen ruined as a result.
NO!! This valley is well on its way to having a good long and sustainable future
going forward, provided this threat is not hanging over our heads.
We as citizens do not need to settle for anything less and if we stay united and
continue to fight for what is right those greedy industries will find another
place more suitable where hopefully they will be responsible in their practices
of exploration and drilling in places where lives and the future of communities
and families are not put at risk. ·
Do the right thing BLM and forgo the harm that you could inflict on this beautiful
North Fork Valley by doing away with the risks of fracturing for years to come.
Do the next best thing to completely eliminating all lease options forever by making them go
away and not come back, PLEASE ELECT TO INCLUDE ALL PROPOSED ACTIONS IN
THE NORTH FORK ALTERNATIVE B1 IN THE FINAL RMP.
We don't need to live with the risks of fracturing in our future. Having gas
shipped to China and other remote areas around the world, leaves future generations more at risk
than we can now comprehend.
Please be responsible stewards,
Thanks,
Sid Lewis
510 3rd st.
Paonia, CO 81428

500015_HineyD_20161027 Organization: David Hiney
Received: 10/27/2016 12:00:00 AM
Commenter1: David Hiney - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive

BLM_0159656

Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 500015_HineyD_20161027.htm (500015_HineyD_20161027-388394.htm Size = 3 KB)
Submission Text
October 27, 2016
BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear BLM,
I'm writing in regard to the Draft Resource Management Plan for the Uncompahgre Field Office currently under consideration and appreciate the opportunity to comment.
With years of water well drilling experience and retiring from a career in upstream oil and gas I know the industry and believe that activities related to exploration, drilling and production of crude and natural gas in the North Fork Valley and surrounding areas are incompatible with your other goals of multiple use. I've seen many areas from prior to development and what they became afterward and they were changed dramatically, few would say for the better. Such activities are appropriate in remote low population areas without reliance on one water supply. The areas considered here have few roads, no alternate truck routes, and few people totally depend on potable ground water. They rely heavily on non-industrial sources of income such as organic farms, orchards, fishing, hunting, retirees and tourism as a result of these quality of life issues.
The heavy equipment and processes required for hydrocarbon E&P always damages roads, increases traffic congestion and vehicle accident risk, causes light and noise pollution, extensive dust, and carries the risk of polluting water supplies for decades.
<([#1 [37.3] [41.2] I supervised stimulation jobs and commonly injected 10,000 gallons each of hydrofluoric and hydrochloric acid, 5,000 gallons of diesel fuel, hundreds of gallons each of biocide, scale inhibitor, demulsifier, surfactant, and others. Horizontal wells now use much larger amounts.
The risk of chemicals being forced from a stim or frack job into ground water may be low, but is certainly not impossible and cannot be known until it occurs. In fact hydraulic fracturing is the process of pumping chemicals under high pressure to crack the formation forcing them into other areas. A common problem in drilling is loss of circulation in which the drilling fluid required for the process migrates to other areas, under relatively low pressure, while trying to prevent it.
Migration of the above chemicals into a ground water zone would be catastrophic since the entire population of the North Fork Valley depends on pristine ground water with no other supply. Potential ground water contamination is reason enough that these areas should be permanently removed from consideration of leasing for oil or gas exploration. #1])> The potential for disaster, regardless how small, is simply not worth the risk.
Sincerely,
David Hiney
40072 Wood Ct.

BLM_0159657

Paonia, Co. 81428

500016_GoldsberryS_20161101  Organization:
Received: 11/1/2016 12:00:00 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Potential form letter
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 500016_GoldsberryS_20161101.htm (500016_GoldsberryS_20161101-388395.htm Size = 3 KB)
Submission Text
To Dana Wilson,
<([#1 [41.1] After looking over the BLM's Draft Resource Management Plan, it is evident that a key
piece is missing. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. #1])> <([#2 [21.1] [41.1] For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing. The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing. Without a moratorium, the BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted. #2])>
We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP. More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence. I truly hope you make the right decision that will hold you on the right side of history.
Thank you,
Scott Goldsberry
14152 Thompson Ln.
Paonia, CO 81428

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

5000162_OvertonL_20161018  Organization: Lee Overton
Received: 10/18/2016 12:00:00 AM
Commenter1: Lee Overton - Paonia, Colorado 81428 (United States)
Organization1:

Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 5000162_OvertonL_20161018.htm (5000162_OvertonL_20161018-388867.htm
Size = 7 KB)
Submission Text
October 18, 2016

UFO Draft RMP
Uncompahgre Field Office
2465 Townsend Avenue
Montrose, CO 81401

Ladies and Gentlemen:
I have been a retired resident of Paonia for 29 years and I am against any leasing for oil
and gas on public lands in the pristine North Fork Valley as referenced in the BLM's
Draft Resource Management Plan for the Uncompahgre Field Office.
This valley has an economic presence built on years of development in the areas of
agriculture, including increasing organic agriculture and ongoing development of
successful wineries, hunting, gold-medal fishing, recreation, and tourism. Further, the
valley is fast becoming a mecca for those who can take advantage of the ability to work
from home and who wish to live in a small, quiet town and benefit from the excellent
climate, beautiful surroundings and gentle pace.
This ideal situation will not withstand the influx of oil and gas development as proposed
in the subject RMP. Major concerns involve health issues due to contamination from the
billions of gallons of produced unidentified chemical-laden water for hydraulic tracking.
The topography in the leasing areas is often not stable and is prone to shifting due to
flooding and mudslides, which can break unregulated pipelines and cause disastrous
leaks and explosions. <([#1 [37.3] And, further, what will be the impacts on the integrity of the
water
for wildlife, soils, streams and municipalities dependent on that water? Clean water is
the lifeblood of the North Fork Valley. With the BLM proposing to lease practically every
acre of the Valley to oil and gas, our drinking water and irrigation water are threatened.
The BLM has not considered the permanent removal of water from the hydrologic cycle
or that there are insufficient water supplies necessary to support tracking and other
drilling operations, particularly in periods of draught. The oil and gas industry, in
particular hydraulic fracturing, is exempt from critical sections of the Clean Water Act,
the Safe Drinking Water Act, and other laws designed to protect our water resources.
#1])> <([#2 [18.3] [41.2] Air quality is another consideration. Communities subject to pollution
from hydraulic
tracking have frequently had severe reactions. A review by the New York State
Department of Health released a "Public Health Review of High Volume Hydraulic

BLM_0159659

Fracturing for Shale Gas Development," in December 2014, which found problems with skin rash, nausea or vomiting, abdominal pain, breathing difficulties, cough, nosebleed, anxiety, stress, headache, dizziness, and eye and throat irritation, all of which led to the recommendation that New York should ban tracking in that state.

Studies pertaining to birth defects, birth weight and infant mortality show negative results as stated below:

* in rural Colorado a study of almost 25,000 births from 1996-2009, congenital heart defects and neural tube defects (defects of the brain, spine or spinal cord) were associated with the density and proximity of natural gas wells within a 1 0-mile radius of mothers' residences. There are several chemicals emitted by natural gas development known to increase the risk of birth defects.

*

* University of Pittsburgh study of three heavily drilled Pennsylvania counties found the more exposure a pregnant woman had to gas wells, the higher her risk for a smaller than normal baby. Mothers living nearest to a high density of wells were 34% more likely to have babies small for their gestational age. Low birth weight is a leading cause of infant mortality.

* Health professionals in Vernal, Utah reported a six-fold increase in infant death rates over a three year period. The air quality which was formerly pristine in Uintah County, UT received an "F" rating for ozone in the American Lung Association's 2013 State of the Air Report. The Unitah Basin has 11 ,200 oil and gas wells. It is known that pregnant women who breathe more air pollution have much higher rates of virtually every adverse pregnancy outcome that exists, said one professional.

* Preliminary data from researchers at Princeton University, Columbia University and MIT used Pennsylvania birth records from 2004 to 2011 to assess the health of infants born within a 2.5 kilometer radius of natural gas tracking sites. They found that proximity to tracking increased the likelihood of low birth weight by more than half, from about 5.6 percent to more than 9 percent. The North Fork Valley cannot afford the risk of contamination.

#2])> <([#3 [4] Noise pollution is another factor. Drilling installations and attendant machinery will

destroy the normal quiet of the valley, day and night. Incoming and outgoing truck traffic as well as additional car traffic will increase the level of bothersome noise, in addition to the already increasing air pollution. Such noise, when in the field, is a threat to wildlife patterns, upsetting their traditional movements and habitats. This, in turn, has an impact on seasonal hunts, which have been a large source of revenue for the area.

#3])> <([#4 [30.3] Impacts on real estate values is a factor to be examined. Initially, if a drilling area

appears to be very active, more employees are needed, real estate values can be higher and housing can be in great demand. That means that values increase accordingly. The demand for additional support facilities increases, as well, such as grocery stores, schools. laundromats, restaurants, etc. After the initial construction is complete and the wells are operating, employment lessens, workers leave and the demand for housing and additional facilities cease. The euphoria slumps, the area starts into a downward spin. It is a negative cycle. And when the oil and gas is gone, except for the pollution, what is left of the valley?

BLM_0159660

Additionally, the North Fork Valley has had in recent years an impressive development in organic agriculture that has brought national attention. People are drawn to this valley because of the exposure. They like what they see and the word spreads. Farming like this is important and people are impressed. But such results are threatened by the possibility of oil and gas development which could cause air and water contamination of their growing sites and ultimately their products. It would be a devastating end of an important, positive success. #4])>

Another draw in the valley relates to retirement activity. This valley is beautiful. The sun shines for 300 days, The vistas are striking and show mountains is all their changing glory, colorful meadows in various stages of growth, sparkling rivers and streams, and deep blue skies by day and bright stars in dark skies by night. It is forever a special place inhabited by caring people of all ages, including those like me who came to the valley in retirement and never looked back. It is well worth keeping pristine.

Lee S. Overton
111 Meadowbrook Ct
Paonia, CO 81428
970-527-3821
lsovers@paonia.com

Copies for: Citizens for a Healthy Community
P.O. Box 291
Hotchkiss, CO 81419

Western Slope Conservation Center
204 Poplar Ave
Paonia, CO 81428

500018_PiottinP_20161101 Organization: Mil Abrozos Community Land Trust , Polci Piottin
Received: 11/1/2016 12:00:00 AM
Commenter1: Polci Piottin - Santa Fe, New Mexico 87505 (United States)
Organization1:Mil Abrozos Community Land Trust
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 500018_PiottinP_20161101.htm (500018_PiottinP_20161101-388396.htm Size = 1 KB)
Submission Text
UFO draft RMP
Uncompahgre Field office
2465 Townsend Ave
Montrose, CO 81401

BLM_0159661

To whom it may concern,

I'm an New Mexico organic farmer planning to relocate to the Paonia, CO area.

I urge you to choose the North Fork Alternative B1 and all other reasonable conservation protections in Alternative B. The quality of water in the valley is paramount to a healthy agricultural economy.

Thank you for your consideration

Sincerely

Polci Piottin

Mil Abrozos Community Land Trust

2255 Pases De Los Chamisos, Suite G

Sannta Fe, NM 87505

505-796-6006


500019_CampoM_20161101 Organization: Mike Campo

Received: 11/1/2016 12:00:00 AM

Commenter1: Mike Campo - Paonia, Colorado 81428

Organization1:

Commenter Type: Individual

Classification: Nonsubstantive

Submission Category: Unique

Submitted As: Regular mail

Form Letter Category: Unique

Form Letter Master:

Current Task: Done Assigned/Due: zghali

Attachments: 500019_CampoM_20161101.htm (500019_CampoM_20161101-388397.htm Size = 1 KB)

Submission Text

Mike Campo

Po Box 1684

Paonia, CO 81428


UFO RMP

Uncompahgre Field Office

2465 S. Townsend ave.

Montrose, CO 81401


Dear BLM;

I am a resident of Paonia, and I urge youu to adopt the North Fork Alternative B1. It is the only option that ensures the safety of our water and agriculture. We cannot live without these things, whereas a few cubic feet of gas will be practically meaningless in the long run.

Thank you,

Michael A. Campo


500020_ChambersJ_20160808 Organization: Julie Chambers

Received: 8/8/2016 12:00:00 AM

BLM_0159662

Commenter1: Julie Chambers - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 500020_ChambersJ_20160808.htm  (500020_ChambersJ_20160808-388398.htm
Size = 1 KB)
Submission Text
Dana Wilson
As a citizen of this great country, the United States of America, our country has been built on the
individual voice, the individual vote and our ability to fight for our rights.
We have the right to have a clean water, clean air and healthy food. The North Fork Valley
provides organic food to the entire state of CO.
A personal experience of mine was on Jumbo Mountain with friends on my 55th b-day. We wer
able to clearly see eagles nest with the amazing golden eagles that have lived in the [ileg] for ten
years that I know of. Seeing their fledglings emerging from their nest was one of the most
amazing things I've seen in my life.
#1 I support 100% no lease.
#2 NFV Alternative B1
Water is the most important resource for life and any society that will even consider polluting the
was source is a doomed society.
Keep our food and water frack free please!!
Sincerely,
Julie Chambers
14050 Hillerest Dr
Paonia, CO 81428


500022_TerhuneC_20160808  Organization: Clinton Terhune
Received: 8/8/2016 12:00:00 AM
Commenter1: Clinton Terhune - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 500022_TerhuneC_20160808.htm  (500022_TerhuneC_20160808-388399.htm
Size = 1 KB)
Submission Text
August 8, 2016

Dear BLM,

I am a concerned resident of the North Fork Valley. I live in Paonia next to the North Fork of the Gunnison. The reason I live here is the pristine qualities of the area, the clean air, clean water. The ability to grow organic food. I use the irrigation water to grow my garden and as a result anything that may pollute the North Fork Valley watershed, will pollute my garden and my food. Any gas or oil extraction above or in the North Fork Valley watershed is risking polluting our irrigation water. I do not believe it is worth risking polluting our irrigation water and drinking water as well as our air quality. I believe the effects on air quality were missed in the BLM RMP. We are already exceeding the EPA's allowed amount of emissions of 70 parts per million. What will be added to that if you allow gas and oil leasing in the valley?

I support a no lease alternative to the BLM RMP.

I also support turning the Jumbo Mountain land area into a Special Recreation Management area.

Thank you for considering my comments,

Clinton Terhune

500023_MarkellF_20161101 Organization: Faith Markell
Received: 11/1/2016 12:00:00 AM
Commenter1: Faith Markell - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 500023_MarkellF_20161101.htm (500023_MarkellF_20161101-388400.htm Size = 1 KB)
Submission Text
To the BLM,
am a Colorado resident who enjoys visiting the North Fork Valley
for Mountain Biking and water recreation.
I enjoy the serenity and peace of the public lands in the North Fork
valley and the Paonia Reservoir.
I am concerned about the threat posed to public lands and public
health by the gas and oil industry.
I urge you to ban the practice of hydraulic fracturing in the North
Fork Valley.
At minimum, adopt the North Fork Alternative Bl.
Thank you for protecting the environment and public health.
Sincerely,
Faith Markell

Address:
Faith Markell
40575 O Road

Paonia, CO 81428

Cc: S. Jewell, N. Kornze, R. Welch, B. Sharrow, D. Wilson, M. Roeber, M. Bennet

500024_MarstonB_20161011  Organization: Betsy Marston
Received: 10/11/2016 12:00:00 AM
Commenter1: Betsy Marston - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 500024_MarstonB_20161011.htm (500024_MarstonB_20161011-388401.htm
Size = 3 KB)
Submission Text
to: Uncompahgre Field Office, Bureau of Land Management
from: Betsy Marston, po box 279, Paonia, CO 81428
re: Resource Management Plan, 675,000 acres within the Uncompahgre Planning
Area

Oct. 11, 2016

Thank for this opportunity to comment on the BLM's draft resource management
plan for the high country so close to the towns of Paonia and Hotchkiss. I support
the citizens' alternative developed a few years ago, as opposed to opening almost
all of this public land to leasing and development of oil and gas. This area is only
now creating a diverse, small business and agriculturally based economy, and
industrialization threatens everything we're working to build.
We need to keep our watersheds in the planning area undeveloped as much as
possible, and that means free of constant truck traffic on roads and access lanes
that fragment open spaces, turn clean air dirty and threaten our clean water, while
also harming wildlife-- in particular, the Gunnison sage grouse.
This area is gaining a reputation for its beauty, recreational opportunities, superfast
Internet, clean air and clean water. Oil and gas industrialization threatens
everything we are trying to create here, and I assure you that this is a community
that won't give up working to preserve what it treasures.
We know what's at stake for the next three or more decades; that is why I hope you
will understand how we look at the undeveloped open space not far from the North
Fork Valley. It is our recreational and tourism present .and it is definitely our
future-- for hunters and hikers, campers, the growing number of retirees, skiers
and bikers.
Natural beauty, not heavy industry, is us, thanks to our bounty of public land that
you manage. Turn that wild beauty into a dominant industry that specializes in

clanking wells and constant truck traffic, and you turn our towns into blighted neighborhoods.

For me, after living here for 40 years, this is my home, and I will fight to keep it a place where people can live simply and safely, free from industrial activities that act to destroy the environment.

We have lived closely with coal, and I'd say we have coexisted happily, as coal is a well-regulated industry. No one can say that about oil and gas drilling. It is not safe for many of its employees, and it is not safe for the environment, as the industry's heavy methane releases are known to contribute to climate change.

Thank you for this opportunity to speak to you. Betsy Marston


500025_GreenR_20161101  Organization:  Robert Green
Received: 11/1/2016  12:00:00  AM
Commenter1: Robert Green - Ridgway, Colorado 81432 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500025_GreenR_20161101.htm  (500025_GreenR_20161101-388402.htm  Size = 1 KB)
Submission Text
312 S. Elizabeth
Ridgway, CO 81432
PO Box 2040


ATT: UFORMP
We are writing concerning the master plan for the RMP.
We have been visiting the areas concerned for over 40 years and have extensive knowledge of the territory involved.
There are two items which we would like to address.
We are concerned about the apparent dedication of the southern portion of the Uncompaghre area to motorized vehicles. We presume that this will suffice and not be increased. Certainly this is adequate as is. This should provide for quiet recreation through human powered activity rather than the motorized variety.
The second item is the amount of land devoted to oil and gas exploration.
In today's emphasis on climate change, to designate 90% open to oil and gas exploration is a travesty and should not be allowed. <([#1 [41.2] In addition to fracking, the hazard of storing chemicals as well as the presence of sludge ponds and the ensuring increased truck traffic, which always occurs, must be taken into consideration. Please eliminate this item from your plan.
#1])> Sincerely,

Robert and Donna Green

500026_RohrigThriftJ_20161025  Organization: Jessica Rohrig-Thrift
Received: 10/25/2016  12:00:00  AM
Commenter1: Jessica Rohrig-Thrift  - Paonia, Colorado  81428 (United States)
Organization1:
Commenter Type: Individual
Classification:  Substantive
Submission  Category: Unique
Submitted  As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500026_RohrigThriftJ_20161025.htm  (500026_RohrigThriftJ_20161025-
388404.htm  Size = 2 KB)
Submission  Text
42709 Minnesota  Creek Road
Paonia, CO 81428
October 25, 2016
BLM, Uncompahgre  Field Office
2465 S. Townsend  Ave.
Montrose, CO 81401
Re: Draft Resource Management  Plan for the Uncompahgre  Field  Office
Dear BLM-UFO Staff and RMP Comment  Team,
Thank you for the opportunity  to write and express my support  for the draft Uncompahgre  plan.
As a
citizen  of the North Fork Valley, I am urging  the BLM to continue  to consider  ways to protect
critical
natural resources  like wildlife  habitat  and wild and scenic rivers. I strongly  urge the North Fork
Alternative,  known as B1, to be added to the final plan. It will lead to the protection  of our water
resources  as well as wildlife.
<([#1 [5.3] I am appalled  there is consideration  for the draft plan (or: Alternative  D the
"preferred  plan") to open
90 percent of the Uncompahgre  to oil and gas leasing.  The endangerment  of wilderness-quality
lands,
wildlife,  recreation  and cultural  sites is at stake. Much of the area doesn't even have oil and gas
reserves  that are feasible  for development.  Leaving  big oil and gas open to decide this will only
lead to
extreme consequences.  The BLM needs to change course and adopt a final plan that makes the
lives of
our families,  wilderness-quality  lands, critical  wildlife  habitat  and recreation  areas off limits  to
energy
development.  I support the inclusion  of Alternative  B1 which balances  all the resources  managed
by
the BLM.
#1])> I am pleading  to the BLM to listen  to the local communities  of Paonia, Hotchkiss  and

Crawford and
adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. The
community is driving this proposal and it is the right way to protect the Gunnison Watershed.
Sincerely,
Jessica Rohrig-Thrift


500027_LavertyD_20161026  Organization: Densie Laverty
Received: 10/26/2016 12:00:00 AM
Commenter1: Densie Laverty - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500027_LavertyD_20161026.htm  (500027_LavertyD_20161026-388405.htm  Size
= 5 KB)
Submission Text
October, 26, 2016
Dana Wilson
Uncompagtue Field Office
2465 S.Townsend Ave.
Montrose, Colorado 81401


Dear Ms. Wilson,
I am a biodynamic farmer in the North Fork of the Gunnison River Valley. I have chosen to live
and
work here because of the quality of our water, soil and air. I own and run a five acre farm with
my
husband, and we are in the process of building our home. We have lived and worked here for 16
years and have been hesitant to invest everything we have into building a house because of the
ongoing oil and gas exploration and leasing process. We have seen first hand the results of
drilling
in Garfield and Weld counties, where people are stuck living in a polluted environment, when
the
value of their property and livelihoods are compromised due to drilling. <([#1 [30.2] The draft
management
plan does not take into account the existing economic conditions of the region that would be
strongly effected by leasing the public lands surrounding our communities of Paonia, Hotchkiss,
Crawford and Cedaredge.
#1])> <([#2 [37.1] I, as well as all the other farmers and ranchers in the North Fork Valley,
depend on a well
developed irrigation system, consisting of a series of ditches distributing gravity fed water from
the

North Fork of the Gunnison River as well as her tributaries (Minnesota Cr.), and also the Smith Fork, to the entire valley. We are all extremely concerned about the impact of this industry to our irrigation water, and thus our livelihoods. The oil and gas industry does not have a good track. record concerning spillage of waste water, tracking fluid, as well as oil. The resource management
plan does not address these concerns. I would ask for set backs from all water sources, including all river corridors, irrigation ditches, municipal water supplies (groundwater wells & springs), private water systems (domestic water wells, and all water decrees), riparian areas and wetlands, as well as any perennial water sources, intermittent streams and ponds that are habitat for aquatic wildlife. #2])> Then there are concerns addressing issues around leaks from holding and evaporation ponds, as well as spills during transportation of all the toxic fluids the industry uses. Highway 133, aside from being a scenic byway, runs next to the the river from Paonia to McClure Pass, where there is high demand for leasing and fossil fuel development.

I do not actually believe regulation can prevent errors and unforeseen circumstances from occurring, indeed water seems to get contaminated everywhere the oil and gas industry is operating. Residents in Garfield county, just to the north of us, can light the water in their facets and streams (with bubbling gas) on fire. Can these instances be proven to have been caused by drilling and tracking? Probably, but the oil and gas industry's practice is to settle out of court and include a gag order so no further investigation takes place. All over the country there is a history of spills into waterways. Imagining it would not happen here would be quite short sighted in my opinion. <([#3 [21.1] Although I appreciate the inclusion of the North Fork Alternative: B1, in the draft
regional management plan; I am asking the BLM to include a NO LEASING ALTERNATIVE in the RMP. Avoidance (not allowing a harmful activity) is the first step of proper mitigation, and one that the BLM must consider and adopt if appropriate.
#3])> If this resource management plan is truly to guide management of the Uncompahgre Field Office for the next 30 years, I would invite the BLM to take into consideration the larger perspective of
how we will manage these lands on a planet who's climate is changing due in large part to the burning of fossil fuels. Can we create a plan that takes into account the Paris Agreement to cut our
$CO_2$ emissions 26-28 % by 2025? Where will wind generation be best placed? Where can we take
advantage of small scale hydro-electric generation? Where is the foresight in continuing to lease and drill our shared common ground?
I have other issues which I will address in another letter, this is by far the most Important concern
for me at this time. Please include this letter as public comment for the current draft RMP.

Sincererly,
Denise Claire Laverty
42225 Minnesota Cr. Rd.
Paonia, Colorado 81428

BLM_0159669

500028_HiattN_20161028  Organization:  Nina Hiatt
Received: 10/28/2016 12:00:00 AM
Commenter1:  Nina Hiatt - Delta, Colorado 81416 (United States)
Organization1:
Commenter Type: Individual
Classification:  Nonsubstantive
Submission  Category: Unique
Submitted  As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 500028_HiattN_20161028.htm  (500028_HiattN_20161028-388406.htm  Size = 1 KB)
Submission  Text
Bureau of Land Management
2505 S Townsend
Montrose CO 81401
October 28, 3016

Re: Draft Resource Management Plan
To Whom it May Concern:
I moved here two years ago from Garfield County where I had resided tor
ten years I know what it's like to have gas and oil drilling close by. I was
so happy after I moved here to not have: that concern in my close proximity.
It is very important to NOT allow more gas and oil drilling in our beautiful
state. It is detrimental to our health, air, water and tourist trade. Our focus
should be on sustainable, renewable energy. There has been ample
evidence of what drilling, tracking and injection wells can cause: water, air,
light and noise pollution and earthquakes.
There is always talk about the jobs that are offered by oil and gas drilling.
However, there are very few high paying jobs offered to the local citizens.
There are O&G industry personnel who are brought in from other states to
do a lot of the work. The jobs are very dangerous. A former neighbor of
mine was killed during an O&G operation.
I urge you to not allow any additional oil and gas drilling on government
lands under your control. I don't want to have to move again.
Sincerely,

Nina Hiatt
1106 Park Ridge Ct
Delta CO 81416


500029_HuschS_20161020  Organization:  Susan Husch
Received: 10/20/2016 12:00:00 AM
Commenter1:  Susan Husch - Ridgway, Colorado 81432 (United States)
Organization1:

Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500029_HuschS_20161020.htm (500029_HuschS_20161020-388407.htm Size = 3 KB)
Submission Text
169 Ridgway Hills Road
Ridgway, CO 81432
sue@ciderassociation. org
970-626-4480
October 20, 2016

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,
I am writing to add my comments on the Uncompahgre Field Office draft Resource Management Plan
Alternative D to the record.
I am a staff member of the US Association of Cider Makers, the national organization representing apple
growers and cider makers from around the US, Canada and Mexico. Our members in the North Fork Valley
depend on the historic availability of clean water, soil, and air to continue to grow some of the best fruit in the
country. I personally am a member of several wineries in the North Fork Valley and consumer of North Fork fruits
and vegetables provided at our local Farmers Markets. The North Fork Valley includes the largest concentration
of organic farms in Colorado. The success of the North Fork growers illustrates the importance and benefit of
this designation.
The North Fork is also a tourist destination. As a former resident of Northeast Utah and the Rangely,
Colorado oil fields, I can say from experience that the scenic North Fork would be greatly and irreparably harmed
by the appearance of rigs, equipment, buildings, new roads, smells and other impacts from drilling and fracking.
The rivers, the hunting areas, the vineyards, the orchards, the scenery and the local way of life

would all be
threatened, and as we see in other oil fields there is no way back- no way to ever recover from these impacts.
<([#2 [5.3] I request that the final Resource Management Plan should:
• Include a no-leasing alternative, to adequately evaluate the full range of reasonable management plans.
• Include a sub-alternative for each alternative (A 1, C1, D1) as was created for Alternative B, so the North
Fork Alternative Plan can be properly evaluated against each proposed alternative. #2])>
• <([#1 [41.2] Include the most current data on drilling and fracking impacts- not data from years ago- in the
decision-making process. These include data on land stability, human health, water air and soil impacts,
economic impact and much more.
#1])> As presented, none of the alternatives offer the level of protection these lands warrant, which
communities and the public in your planning area have specifically asked for, and which federal law requires.
Development of the leases would destroy local investments and resources required in transitioning the economy
from a mining-heavy one to one based on agro-tourism, recreation, renewable energy, agriculture, and
organic/clean food. Without having considered a no-leasing alternative, nor considering how the North Fork
Alternative Plan would be carried out if included in the preferred alternative, the draft RMP fails to fulfill its duty to
consider the full range of reasonable management possibilities.
I implore you to consider my comments. I ask you save this area and NOT to allow drilling and fracking
in the North Fork Valley.
Sincerely,
Susan Husch


500030_FugateT_20160302 Organization: Roaring Fork Mountain Bike Association , Todd Fugate
Received: 3/2/2016 12:00:00 AM
Commenter1: Todd Fugate - Carbondale, Colorado 81623
Organization1:Roaring Fork Mountain Bike Association
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500030_FugateT_20160302.htm (500030_FugateT_20160302-388408.htm Size =

2 KB)
Submission Text
State Farm
590 Highway 133, Carbondale, CO 81623 I 970-963-5610 I

March 2, 2016

Dana Wilson
BLM Uncompahgre Field Office
2465 south Townsend Ave
Montrose, Co 81401

Dear Dana Wilson,
My understanding is the BLM is under the public comment period for the North Fork Alternative
RMP. As such I'd like to
express my personal experience of how recreation can help economically and socially shape a
community.
As a 21 year resident of Carbondale, Co and a 5 year board member of Roaring Fork Mountain
Bike Association, I have
seen substantial positive changes to this community based on the cooperation of our BLM office.
<([#1 30.3] Within 5 miles of Carbondale are 2 separate BLM parcels designated as an SRMA.
One such parcel has a 50,000+ users annually. As a byproduct of the recreation offered on these
parcels, in the last 10 years Carbondale has seen a second bike shop open, a new running store
open, restaurants and hotels thriving, and folks moving to the community for the recreational
opportunities.
Typically twice yearly I'll make the trek over to Paonia for a mountain bike excursion on the
jumbo Mountain trail system. This area is ideal for the Paonia community in that it's close to
town so locals do not need to drive to recreate, and brings the out of towners right into Paonia for
spending opportunities post or prior to a ride.
Paonia deserves to economically diversify through recreation, and community members deserve
the opportunity to recreate on public lands, thus please consider choosing the B1 alternative for
the North Fork #1])>
Sincerely,
Todd Fugate
Roaring Fork Mountain Bike Association VP


500031_DanuffS_20161024 Organization: Steve Danuff
Received: 10/24/2016 12:00:00 AM
Commenter1: Steve Danuff - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:

Current Task: Review Assigned/Due: zghali
Attachments: 50031_DanuffS_20161024.htm   (500031_DanuffS_20161024-388409.htm   Size = 4 KB)
Submission Text
October 24, 2016
steve danuff
11589 Crawford Rd.
Paonia, CO 81428
UFO Draft RMP /Uncompahgre Field Office
Dear Uncompahgre Field Office Director:
I am a resident, small-scale organic orchardist, and a user of domestic and irrigation water for
livestock and food in the North Fork Valley of the Gunnison River. Additionally, I am a home
construction professional, dependent on a healthy local economy, with the incentive for people to move
here critical for my living. As such I have grave concerns about and objections to the proposed Draft
RMP that would open 95% of available land to gas and oil leasing. These concerns include but are not
limited to air, water, noise and light pollution, with increased heavy truck and worker traffic on our
already marginal roads. Also, major degradation of wildlife habitat and recreational areas will occur, as
well as the proven possibility of earthquakes occurring.
<([#1 [18.3] While the detrimental effects on human health of oil and gas development and associated
tracking are being documented and proven scientifically, both nationally and locally with landslides and
flammable water, why has the BLM neglected to conduct a human health impact assessment as part of
this Draft RMP #1])> . What about a social impact assessment? I believe situations of this nature deserve very
deep consideration of the long term effects. It is difficult to believe that earthquake causing tracking is
even compatible with the deep coal mining already here. This seems to me an unacceptable risk.
In order to protect our clean water and air, health, scenic views and a struggling emerging
economy we need to protect sustainable and historical activities such as farming, ranching, viticulture,
hunting, fishing and other outdoor recreation and the tourism these things bring. I am not against
energy extraction if it is done with the utmost integrity and consideration. As an Eagle Boy Scout, I feel it
is essential to ensure the strongest levels of protection are in place and adhered to. I am not seeing that,
with bursting pipelines, leaking wells, and pools of poison. We must protect water supplies, riparian
areas and other wildlife habitat including winter range and migration corridors. A no-leasing alternative,

BLM_0159674

which is not even considered in this Draft RMP, would be my first choice. If this is not possible I urge
you in the strongest possible terms to adopt the North Fork Alternative, Plan 81, and to include all the
other conservation protections in Alternative B. We have a duty and an obligation to ensure the highest
quality of environment for current and future generations in the North Fork Valley and beyond.
"Avoidance", by not allowing a harmful activity in a sensitive place is an essential step in proper
mitigation and I encourage you to adopt it. Some places are special, and these areas should be closed to
gas and oil development with strict No Surface Occupancy requirements. Thank you.
Sincerely,


500032_KunkellL_20161021  Organization: Laura Kunkel
Received: 10/21/2016 12:00:00 AM
Commenter1: Laura Kunkel - Annandale, Virginia 22003 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500032_KunkellL_20161021.htm  (500032_KunkellL_20161021-388410.htm  Size
= 2 KB)
Submission Text
BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Laura S. Kunkel
4001 Patricia St.
Annandale, Va 22003

October 21,2016

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team:
Please fully consider the issues raised in these comments on the Uncompahgre field office draft
Resource Management Plan. As presented, none of the alternatives offer the level of protection
these lands warrant, that communities and the public in your planning area have specifically asked for
and favored, and which federal law requires.
I am a native Coloradoan, having grown up in the Fort Collins area. My daughter now lives in

Paonia.

We share a respect and love for the scenic beauty as well as the productivity of the land.

It is upsetting to see a proposal that could be very damaging to a beautiful, productive and unspoiled

area.

In a number of areas the draft RMP can be expected to create problematic situations:

*endangering wildlife

*rendering soilless available/supportive of growing crops as a result of erosion, etc

*possible creation of health hazards for persons living in the area.

I would hope to see more discussion of methods for improving the Draft Resource Management Plan

prior to its implementation.

It is my belief that using natural resources in such a way as to not only deplete them, but to potentially

damage the areas where they are located is poor stewardship of those resources. I would ask that you

give further consideration to the potential impact of the Draft Resource Plan and rework it accordingly.


Sincerely.

Laura S. Kunkel


500033_ThorupJ_20161003 Organization: Janice Thorup

Received: 10/3/2016 12:00:00 AM

Commenter1: Janice Thorup - Paonia, Colorado 81428 (United States)

Organization1:

Commenter Type: Individual

Classification: Nonsubstantive

Submission Category: Unique

Submitted As: Regular mail

Form Letter Category: Unique

Form Letter Master:

Current Task: Review Assigned/Due: zghali

Attachments: 500033_ThorupJ_20161003.htm (500033_ThorupJ_20161003-388411.htm Size = 1 KB)

Submission Text

October 3, 2016

Bureau of Land Management

Uncompahgre Field Office

2465 South Townsend Avenue

Montrose, CO 81401


Re: RMP, Alternative B1

I am writing to support the NF Alternative B1 to the RMP. The North Fork Valley, where I have lived (in Paonia) since 2006, is known for its organic farms, ranches, and wineries.

Oil and gas leases threaten our way of life, our livelihood, and our ability to attract

newcomers to our valley. Food is more important than cheap energy. Long-term gain (economic as well as quality of life) is more important than short term profit.

I worry about water, about increased traffic and noise, about jobs that will come and then leave, and I worry about degradation to our wild areas, which is one of the main reasons I live in Colorado. Any development will fragment and degrade the very habitat BLM is charged to protect.

Please protect the lands that make our Valley so desirable by adopting Alternative Bl.

Thank you,

Janice Thorup (registered voter)

PO Box 631

Paonia, CO 81428


500034_HannahK_20161022  Organization: Kay Hannah

Received: 10/22/2016 12:00:00 AM

Commenter1: Kay Hannah - Paonia, Colorado 81428 (United States)

Organization1:

Commenter Type: Individual

Classification: Substantive

Submission Category: Unique

Submitted As: Regular mail

Form Letter Category: Unique

Form Letter Master:

Current Task: Review Assigned/Due: zghali

Attachments: 500034_HannahK_20161022.htm (500034_HannahK_20161022-388414.htm Size = 3 KB)

Submission Text

October 22, 2016

Kay Hannah

11589 Crawford Rd.

Paonia, CO 81428


UFO Draft RMP /Uncompahgre Field Office

Dear Uncompahgre Field Office Director:

I am a resident landowner, small-scale organic farmer, member of domestic and irrigation water districts and an enthusiastic cyclist and hiker in the North Fork Valley of the Gunnison River.

Additionally, I am a professional massage therapist reliant on tourism and a healthy local economy for

my living. As such I have grave concerns about and objections to the proposed Draft RMP that would

open 95% of available land to gas and oil leasing. These concerns include but are not limited to air,

water, noise and light pollution and increased heavy truck traffic on our already marginal roads as well

as degradation of wildlife habitat and recreational areas.

<([#1 [18.3] While the detrimental effects on human health of oil and gas development and

associated
fracking are being documented nationwide as well as locally the BLM neglected to conduct a human
health impact assessment as part of this Draft RMP. #1])> Why this oversight? Or was it deliberate? Though
Delta County does not monitor air quality the surrounding counties of Mesa, Gunnison and Garfield all
received low marks from the American Lung Association due directly to oil and gas development. This
seems to me an unacceptable risk.
In order to protect our clean water and air, health, scenic viewsheds and emerging economy
based on sustainable activities such as farming, ranching, viticulture, hunting, fishing and other outdoor
recreation as well as the tourism these things bring it is essential to ensure the strongest levels of
protection. These must safeguard water supplies and riparian areas as well as wildlife habitat including
winter range and migration corridors. A no-leasing alternative, not even considered in this Draft RMP,
would be my first choice. If this is not possible I urge you in the strongest possible terms to adopt the
North Fork Alternative, Plan B1, and to include all the other conservation protections in
Alternative B.
We have a duty and an obligation to ensure the highest quality of environment for current and future
generations in the North Fork Valley. "Avoidance" (not allowing a harmful activity in sensitive places) is
an essential step in proper mitigation and I encourage you to adopt it in appropriate places such as
water sheds, viewsheds and wildlife habitat by closing these areas to gas and oil development and
imposing strict No Surface Occupancy requirements. Thank you.
Sincerely,
Kay Hannah


500035_JordanC_20161022  Organization: Coby Jordan
Received: 10/22/2016 12:00:00 AM
Commenter1: Coby Jordan - Hurricane, Utah 84737 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500035_JordanC_20161022.htm  (500035_JordanC_20161022-388443.htm  Size =

3 KB)
Submission Text
Coby Jordan
P.O. Box 1422
Hurricane, UT 84737

Bureau of Land Management
Uncompahgre Field Office
2465 South Townsend Ave.
Montrose, CO 81401

October 22, 2016

Subject: Comments on proposed Resource Management Plan(RMP).

Dear Staff-
As a frequent visitor to Paonia and the Upper North Fork of the Gunnison River I value this opportunity to comment on the proposed RMP for the Uncompahgre district.
I am concerned about the long term management of BLM lands in and around the Upper North Fork valley, an important area of farming, ranching, hunting, and an area of growing interest to tourists. I request that this area be excluded from all plans and options for oil and gas development. The life blood of this area is its clean water, clean air, and abundant public land in a natural state.
I strongly support the BLM's "North Fork Alternative, B1" as the most suitable plan offered for the greater Paonia/Hotchkiss/Crawford areas. the "North Fork Alternative" provides the best balance of long term management options to protect this unique, valuable, and fragile area.
I request that the BLM place highest values on protecting water quality, air quality within the Uncompahgre district. The long range management plan for these public lands should include wildlife migration corridors; protection of prime hunting grounds; long term sustainability in all grazing plans; the highest level of protection for streams, rivers, and wetlands; and easy access to quiet public lands for residents of and visitors to each of the towns of the Upper North Fork Valley.
Please place special emphasis on protection of hunting grounds of Unit 53 where I have recently fresh bear tracks and bear scat, as I have seen many times in this area to the north of Mount Lamborn. This area, also, is the source of critical irrigation and domestic water which must be protected. This area to the north of Mount Lamborn provides important open space for the people of Paonia and is a critical component of the West Elk viewscape, all of which deserve protection under the proposed RMP.
The quality of life and the prosperity of the land and people of the Western Slope will be affected for decades by the policy adopted in this management plan. Please place the highest possible priority on the protection of air and water quality; the protection of cultural resources; the protection and conservative management of prime hunting grounds; the protection of rivers and streams; the availability of open space adjacent to the towns of the District for quiet recreational uses.
Thank you for this opportunity to provide input to the BLM Uncompahgre District Draft Management Plan.

Sincerely,
Coby Jordan


500036_BurrowsA_20161101  Organization: Art Burrows
Received: 11/1/2016 12:00:00 AM
Commenter1: Art Burrows - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500036_BurrowsA_20161101.htm  (500036_BurrowsA_20161101-388451.htm
Size = 3 KB)
Submission Text
Dana Wilson
BLM Uncompahgre Field Office
2465 south Townsend Ave
Montrose, Co 81401


Dear Dana,
I wanted to support your efforts in making the areas adjacent to the North Fork accessible to appropriate
recreational use and in consideration for the important AG there. AG and recreation use are the basis for a
future healthy economy in this area. My understanding is the BLM is under the public comment period for
the North Fork Alternative RMP.
Economically this zone is so important for AG and that has to be of great concern when gas leases are concerned.
Water in this dry part of Colorado is much to important for the agriculture in this zone and should
be dedicated to this use vs energy extraction in my opinion. Energy is a thirsty industry in the west and we
simply don't have the resources for both AG and Energy in many parts of western Colorado. As our summers
get warmer the water needs of ranchers and farmers has in increased dramatically in the last 20 years.
The second important and sustainable component is recreation, on both our trails and within our river ways.
I come to the Paonia and Hotchkiss areas spring and fall to ride the great system of trails adjacent to the Jumbo
Ridge zone. It is a wonderful option for those of us who live at 8,000' or above and have few local riding

BLM_0159680

options in late fall or spring. We come and enjoy riding and eating and having a beer or two every trip over in
Paonia and Hotchkiss, two great towns!
When we are not riding, this zone is a special area for water shed, beautiful rivers and fishing. It has been
amazing to explore and it is special amongst our western Colorado river ways, and as you know contains
good hunting and fishing options. Another reason to reduce new roads for energy and drilling and maintain
healthy animal populations. We now have better energy options in the west, we just need to use them.
My family mined in CO in the 19th century and my dad graduated with a degree in metallurgy from Colo
School of Mines. Fortunately he had other engineering options and worked in areas other than mining as an
aerospace materials engineer. I am glad we (Colorado) are beginning to move away from that extraction legacy
after seeing the long term damage it has caused in Colorado.
Why would we not want to improve a long term, sustainable recreation economy in the form of mountain
biking, fishing, hunting while protecting our valuable local agriculture in this unique area?!
They are the sustainable options for our kids future. Gas and mining are short lived options for a viable economy
with short term benefits but long term problems as we have experience in western Colorado over the last
130 years.
Thank you for considering my thoughts.
Sincerely,

Art Burrows
Snowmass Resident, 5th generation Coloradoan and frequent visitor to the North Fork and Gunnison Valleys.


500037_HolderD_20160915  Organization: Debroah Holder
Received: 9/15/2016 12:00:00 AM
Commenter1: Debroah Holder - Crawford, Colorado 81415 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500037_HolderD_20160915.htm (500037_HolderD_20160915-388459.htm Size = 2 KB)

Submission Text
The Reverend Deborah Holder
1992 Black Canyon Road
Crawford, CO 81415

UFO Draft RMP
Uncompaghre Field Office
2465 Townsend Avenue
Montrose, CO 81401

September 15, 2016

RE: Support for North Fork Alternative Plan
Dear Friends,
I'm writing to you after a very long workday because the quality of life here in the North Folk Valley is of immense value to my neighbors and me. I'm feeling tired and would love to quit for the day and start dinner. Instead, I thought I'd sit down and write to you out of respect for your willingness to collect resident's responses to the BLM resource management plan for our region.

I live and work on Fruitland Mesa surrounded by generations of ranchers and fanners from diverse backgrounds and what we all have in common is a love of the land. From what I hear and read, those of us who live here may need to turn out again and publicly give voice to this shared community value. I know I'd be willing to do just that and yet I hope the letters you are receiving in support of Alternative B.1, the North Fork Alternative Plan, persuade you that won't be necessary. We've been here before.

Not a day goes by that I don't speak with neighbors and friends across the North Fork Valley. Many of us are confident you will act to protect this beautiful land and all its creatures against short-term gain at the expense of the common wealth. I trust that will happen and want you know how much I value what you do every day on behalf of the public interest.

With gratitude,
Deborah Holder


500038_GannawayR_20161101  Organization:  Ryan Crannaway
Received: 11/1/2016 12:00:00 AM
Commenter1: Ryan Crannaway - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500038_GannawayR_20161101.htm (500038_GannawayR_20161101-388461.htm
Size = 1 KB)
Submission Text

Dear Dana Wilson,

The North Fork Valley has provided a livelihood for me. It has become my home, my source of food, and opportunity to make a living. It is important to me to have clean water for my garden. Without my garden I cannot make money and eat. I support the North Fork Alternative (B1) to provide the most protection for the North Fork Valley. The BLM has to put management in place for the north fork & other public lands managed by the Uncompahgre Field office so that there is maximum protection for this area's resources & public use. I plan to have children soon. I chose the North Fork valley to settle down because of its pristine beauty & opportunity to provide my children a sustainable way of living. For this to be a reality, there can be no fracking or else the quality of my way of life and the lives of my future children will be crushed. The economy in the North Fork Valley relies on clean water – this cannot be put at stake. Thank you for reading my comments. I understand the oil and gas drilling is now a part of our reality, but maybe another location will provide a less impactful spot. Thank you.

Ryan Crannaway
502 Main St. Paonia, CO 81428


500039_WiseE_20161101  Organization: Earle Wise
Received: 11/1/2016 12:00:00 AM
Commenter1: Earle Wise - Delta, Colorado 81416 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500039_WiseE_20161101.htm (500039_WiseE_20161101-388464.htm Size = 1 KB)
Submission Text
Earle W. Wise
156 2H-50 Road
Delta, Colorado 81416
874-3690-phone


Dear BLM folks,

Please leave the North Delta adobes as is!! People come from all over the state and elsewhere to ride this area. There is absolutely nothing out there that people can hurt. They bring $.

If you want to do something constructive you can help us pick up the trash people dump out there. There is a lot of it!!

Myself and others use the entire area to ride motorized vehicles and/or horses, bikes. I am sure a conflict will arise from time to time when you get some meatheads together.

You folks to not have to make designated areas as that just irritates not only the locals but the out of area folk who come to ride.

I have been riding the adobes since the early 50's on one thing or another. The terrain dictates where and what you ride. LEAVE IT ALONE!! Do help us pick trash up.

BLM_0159683

Earl W. Wise
Designated areas will just cause taxpayers more money for lots of reasons. Come help us pick up
trash anytime!

500040_EllisonK_20160914  Organization: Keith Ellison
Received: 9/14/2016 12:00:00 AM
Commenter1: Keith Ellison  - Hotchkiss, Colorado 81419 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500040_EllisonK_20160914.htm  (500040_EllisonK_20160914-388468.htm  Size
= 1 KB)
Submission Text
September 14, 2016

TO: RPM Comments
Bureau of Land Management
2465 South Townsend Avenue
Montrose, CO 81401

FROM: Keith H Ellison
152 Poplar Way
Hotchkiss, CO 81419

Dear Bureau of Land Management Officials,
I am concerned about the impact oil and gas operations will
have on the rivers, streams and creeks throughout the North
Fork Valley.
Issues such as sedimentation from roads, noise from
construction and oil and gas operations, air and water
pollutants caused by leaks and spills from continuous gas
well and fracking operations, leaks and potential
explosions from pipeline and other gas operating equipment
and storage tanks will diminish the fishing population and
the natural environmental experience.

<([#2 [21.1] I encourage you to pursue a no-leasing alternative as a way
to preserve our fishing heritage and the quality of fishing
in the North Fork Valley. #2])>

Respectully,

Keith H Ellison

500041_GroomeP_20160920  Organization: Patricia Lewis Groome
Received: 9/20/2016  12:00:00  AM
Commenter1: Patricia Lewis Groome - Hotchkiss, Colorado  81419 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission  Category: Unique
Submitted  As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500041_GroomeP_20160920.htm  (500041_GroomeP_20160920-388476.htm  Size
= 1 KB)
Submission  Text
9/20/16
Dear BLM,
I have resided in Delta County since 1986.  We have an organic peach and apple orchard in
Cedaredge and keeping  Delta County with clean air, water is absolutely  necessary to maintain
our agriculture  economy.
<([#1 [41.1] [21.1] I became aware of the RMP recently. It is my belief that the BLM did not
complete a proper risk analysis. The BLM did not consider earthquake, hydraulic  fracing, human
health impacts or pipeline  safety. The BLM did not consider risks of unregulated pipelines  in
rural areas and have put us at even more risk for that reason, I ask for a moratorium  on oil and
gas leasing until rural gas gathering pipelines  are regulated.
#1])> It is clear that the no leasing alternative  is necessary to protect the valley.  We work very
hard to grow the best organic peaches and apples. It is imperative  that you consider us in your
process. Hydraulic  fracing is illegal  in Europe. How can we be so behind  them?
I thank you for your time and I hope consideration.
Sincerely,
Patricial Lewis Groome
13503 Rimrock Rd
Hotchkiss, CO 81419


500042_PlummerH_20161101  Organization:  Hortense Plummer
Received: 11/1/2016  12:00:00  AM
Commenter1: Hortense Plummer - Paonia, Colorado  81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission  Category: Unique
Submitted  As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali

BLM_0159685

Attachments: 500042_PlummerH_20161101.htm (500042_PlummerH_20161101-388477.htm
Size = 1 KB)
Submission Text
Hortense Plummer
212 Box Elder Ave
PO Box 1684
Paonia, CO 81428

UFO Draft RMP
2465 Townsend Ave.
Montrose, CO 81401

Dear Sir/Madam,
I have been a Panoia resident for five years. I use the local paths on Jumbo Mtn. and Stephens
Gulch for biking, hiking, snowshoeing and dog walking. I enjoy the produce and meats from the
local organic farmers. I spend time enjoying the views from all aspects: from Azura Cellars,
'P'hill and the Mesas. I enjoy star gazing into our deep black sky. I rely on town water for my
drinking, cooking and bathing water. I am against the proposed BLM leases because they will
threaten all of the above. Please choose North Fork Alternative B1.
Sincerely,
H. Plummer


500043_FerrellJ_20161101  Organization: Jack Ferrell
Received: 11/1/2016 12:00:00 AM
Commenter1: Jack Ferrell - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500043_FerrellJ_20161101.htm (500043_FerrellJ_20161101-388478.htm  Size = 3
KB)
Submission Text
To: Dana Wilson. UFO Manger
RE: RMP revision.
Dear Mrs. Wilson.
I am writing to strongly support Alternative B1 as the only tenable, reasonable choice for the
BLM;s management of the Uncompahgre region. I am a citizen of Paonia since the summer of
2013. I lived in Durango 6 years prior to that. I drive quite a lot for a plethora of reasons- I work
for Rez Dawg, Rescue transporting animals. <([#1 [30.3] I work and maintain a relationship, and
attend events and recreate all over Western Colorado, Among my greatest concerns of all the
alternatives besides B1 is the traffic that would necessarily result from even minimal increases in
oil and gas development. I request and urge you to support safe and less congested roadways.

The large vehicle traffic is emotionally and psychologically intense, disturbing, impactful, and negative and I'm sure the extra presence of toxic dust from roadway and the vehicles has physical impacts of and extreme negative nature on our ecological support systems, the vast and developing and precious agriculture here including organic agriculture, as well as wildlife, people, and domestic animals. #1])> I am a hiking and biking enthusiast and I enjoy the Jumbo trails almost daily. I swim in the ditches and get into the less traveled parts of the BLM lands all around Paonia, Crawford, Hotchkiss, the West Elks, Lambarn Mountain & surrounding area, the greater Grand Mesa Area, and the corridors along McClure and Kebler Pass. I strongly support maximum protection for our public lands for non-toxic non-extractive ecological, social, and financial benefit. I regularly enjoy working for, collaborating with and benefitting from the plethora of healthy generally organic, generally agriculturally productive farms and properties in the greater Paonia. I urge you to select Alternative B1 and the only plan that takes the interests of the greatest good for the greatest number for the longest time. The White House just mandated taking climate science into account. I insist you understand food security and the vast developing sectors that require natural beauty and clean surface and ground water as infinitely more important than profiting by corporate extractive greed in the face of energy alternatives. Thank you for your prudent attention to this very important issue.
Yours sincerely,
Jack Ferrell
40970 O rd.
Paonia, CO 81428
jackferrell@gmail.com
970-335-8081


500044_StrongfellowP_20161025  Organization:  Perry Strongfellow
Received: 10/25/2016 12:00:00 AM
Commenter1: Perry Strongfellow  - Hotchkiss, Colorado 81419 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500044_StrongfellowP_20161025.htm (500044_StrongfellowP_20161025-388479.htm Size = 4 KB)
Submission Text
BLM and employees,
First thanks to each of your who do your part to protect and administer our public lands. As human culture expands, it's apparent that the issues – and your workload – increases and I'm grateful for all the effort each of us in supporting the well-being of all.
While researching the proposed Resource Management Plan, I learned a very troubling fact: the US government's second biggest source of income is mineral extraction. This is a deep dilemma, endangering the core of our democratic government, our culture, our health and the health of the entire planet. We can ignore the logical outcomes of this contradiction for a while, but inevitably

BLM_0159687

these things will reach a tipping point.

I am a Colorado native of 65 years, and have lived on the west slope for 40 of those years. Specifically, I chose to relocate to this side of the Rockies because of the natural beauty, the bountiful agriculture, the absence of polluted air, and the widespread sense of community and collaboration. Nearly all of my diet, and that of my friends and neighbors, consists of food I grow myself, and/or food that is grown locally.

The North Fork Valley has the largest concentration of organic farms in Colorado. Increasing the number of oil and gas wells in western Colorado jeopardizes our drinking water and agricultural water. I live between Cedaredge and Hotchkiss, so my life may be impacted by proposed leases in the Cedaredge area, as well as the North Fork.

<([#1 [37.3] In 2014 over 700 spills were reported at oil and gas operations in Colorado alone. Not only is there an increased risk of water contamination, but also a higher risk of toxic wastes being released due to seismic activity, flooding or other phenomena. Such incidents have been documented throughout the US for many years, and I do not want the wildlife, our lifestyles and or livelihoods to be endangered by increased fracking in our area.

#1])> The preferred alternative would have devastating consequences in the North Fork community, including increased truck traffic and a burden on our road systems, endangering our organic farms, impacting tourists and local economy, and endangering human and environmental health. Our community is valued by residents and visitors because of the very qualities that would be threatened.

We find ourselves fighting the same battle we fought in 2012. Thankfully, our neighbors won their battle regarding the Thompson Divide, but unfortunately the game of corporate greed and control of our so-called democracy has resulted in the same battle being "swapped" back to us. I'm sorry the BLM didn't consider a no-leasing alternative for the North Fork Valley, but I support Alternative B1 for the UFO and B1 for the North Fork, and ask you to include all of those proposals in the final RMP.

Living here in western Colorado, I've learned a great deal about the value of water – for all life on earth. The fracking process is contaminating our global water supply – some of it for centuries or beyond and these radioactive poisons are being buried throughout the land. Not only is this unsustainable – it's wrong! I'm willing to do my part to shift my lifestyle away from fossil fuel dependence, as is our community. Let us work together to shift priorities to sustainable energies, public transportation, and sustainable communities.

Thank you,
Perry L. Strongfellow
26540 Redlands Mesa Rd
Hotchkiss, CO 81419
10-25-2016


500046_TrumbleM_20160923  Organization: Mary Trumble
Received: 9/23/2016 12:00:00 AM
Commenter1: Mary Trumble - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail

Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: mmccarter
Attachments: 500046_TrumbleM_20160923.htm  (500046_TrumbleM_20160923-388480.htm
Size = 5 KB)
Submission  Text
May Trumble
39417 Pitkin Mesa Road
Paonia, CO 81428

October 23, 2016
Subject: Against Hydraulic Fracking Leases in the Northfork Valley Colorado

To: Ruth Welch, CO State Director for BLM
2850 Youngfield St.
Lakewood, CO 80215

I moved to the North Fork Valley from the front range earlier this year to get away from
the city and all that it entails.
I couldn't see the stars, the smell of pollution always in the air and of course there was
always noise from people, traffic etc.
Paonia and this valley attracted me because of the clean air, you can see the stars and
the Milky way at night, organic farming, organic gardening, and wineries, great clean
drinking water etc. . All of these are world class places that actually feeds us and the
surrounding valley and brings so much organic food to the front range. Waking up I see
Mt Lamborn, Mt Lands End and Jumbo from my house.
Largest amount of concentrated organic farming in Colorado both fruits, vegetables and
wine.
Colorado Legislature designated Northfork Valley Co Creative District HB-11-1 031
Pasture raised chickens, pigs, goats, milk, cheese, butter, yogurt, keifer, soaps
We depend and sustain highly on Agro-tourism
Scientific research on the different farms
Hemp production
Wool
This valley currently has pure water. clean air, no traffic. organic farms. grassfed
animals, organic eggs. Industrialization of our valley would destroy our current thriving
economy. farming. ranching. agro-tourism. recreation. hunting and fishing and go
directly against the Colorado's legislature's appointing the Northfork Valley as
Attracting more visitors. encouraging artists and creative entrepreneurs to find their
homes here. revitalizing and beautifying our community. celebrating and strengthening
our community's unique identity and heritage. showcasing cultural and artistic
organizations. events and amenities. enhancing and preserving a quality of life here that
is very special.
In current communities where hydraulic Fracking is occuring the following has and is
occuring: (this is all verified by studies-not making it up)
Leaks polluted ground water

BLM_0159689

Methane and other contamination from well bores
NORM - Naturally Occurring Radioactive Material released
Mitigation of contaminants to well water and other water close to fracking sites
Toxic fracking waste, millions of gallons
Global warming released
Acres of land permanently damaged.
Air Pollution and Respiratory Ailments on the Rise
Accidents - where worker die all of the time
Illusion of jobs, all temporary
Scenic Areas/Recreation areas ruined by traffic/roads/pollution both air and water and noise
Wildlife Displaced
Earthquakes
According to the Secure Energy Future Documents, the best areas to frack have to be identified and the risk is just too high in our area.<([#1 [18.3] [14.1.3] You have done no studies or analysis
in our specific area. You did not identify the human health impact that hydraulic fracking would have in our area or the impact that it would have on our wildlife and hunting and fishing. #1])> It is irresponsible to locate oil and gas operation in a watershed that directly affects the largest concentration of organic farms in our state of Colorado. <([#2 [41.1] Also very important is the fact that rural gas gathering lines are exempt from federal pipeline safety standard and we cannot take on the risk. There have not been any Environmental Impact Studies done on the proposed areas to lease.
#2])> The public lands belong to all of us. If fracking is allowed, it will cause great irreparable damage to our valley that is Unique/Sensitive that should be off-limits to drilling and supporting infrastructure. (Presidential Scientific Board 2011) Fracking also would go against HB 11-1031, which appoints the Northfork Valley as a Colorado Creative District attracting tourism and arts.
So I propose no Fracking. And an immediate moratorium on Hydraulic Fracking in the Northfork Valley so that a thorough analysis can be done and that it be declared a Unique/Sensitive Area as the Presidential Scientific board allows and no oil and gas ever be developed.
Sincerely,
Mary M. Trumble


cc: Delta County Commissioners, Gov Hickenlooper, Sally Jewell, Ruth Welch, Gail Schwartz, Millie Hamner, Michael Bennet, Mike Connor, Janice Schneider, President Obama
P.S. Thank you for listening

500047_ReichB_20161101  Organization: Belinda Reich
Received: 11/1/2016 12:00:00 AM
Commenter1: Belinda Reich - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual

Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500047_ReichB_20161101.htm (500047_ReichB_20161101-388495.htm Size = 2 KB)
Submission Text
To Dana Wilson and Barb Sharrow

Re: Hydraulic Fracturing in the North Fork Valley

I am strongly opposed to the fracking industry coming to the North Fork Valley and utilizing our public lands for private gain. The techniques utilized for fracking have not been proven safe for our public lands and water. Our community relies on clean water and public lands for agricultural production, recreation and the healthy lifestyle that so many of us live here for.
<([#1 [30.3] The North Fork Valley is a hub of agriculture in Colorado, shipping produce throughout the state. The threats posed by fracking in The North Fork include damaging local economy by potentially harming our watershed and polluting our beautiful farms. The benefits of fracking will not impact our local community, as the revenue raised will not stay in the North Fork. Agriculture in the North Fork is an economic driver. It benefits the environment, the community, and our economy. Agriculture is an industry that is essential for life. #1])> Colorado is currently increasing its population at alarming rates. We need to move to a sustainable future for our residents that include access to clean water and healthy food for all people. The BLM, government agencies and citizens of Colorado can unite in encouraging agriculture, renewable energies and cottage industries that contribute to the vitality, sustainability and economic stability of the North Fork and for all of Colorado.
Please do not allow hydraulic fracturing on our public lands. An ounce of prevention is worth a pound of cure and the damage causes by the oil and gas industries is evident and left to communities and citizens to clean up. There is no benefit for our community in this risky business. Please take the health and wellbeing of the people, animals, environment, and water into consideration and at minimum support the North Fork Alternative Plan(B1), at most ban fracking in Colorado like many other wise states and countries have done.
Thank you for your consideration,
Belinda Reich
41394 Lamborn Mesa Rd
Paonia, CO 81428

500048_RainsD_20161101  Organization:  Dawn Rains
Received: 11/1/2016 12:00:00 AM
Commenter1: Dawn Rains - Marble, Colorado 81623 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500048_RainsD_20161101.htm (500048_RainsD_20161101-388496.htm Size = 2 KB)
Submission Text
Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401
Attn: Dana Wilson
I am a tourist who frequently visits the North Fork Valley. I love the beautiful landscape, the high quality food, the clean air and water. I have been supporting hotels and other businesses in the area for twenty-plus years. This is why I am asking you to please choose the North Fork Alternative, B1, and all other reasonable conservation protections in Alternative B. This is only secondary to my first choice, which would be to have zero hydraulic fracturing. How did you not consider this as a reasonable alternative?
Hydraulic Fracturing presents many dangers still unknown to us. Some that we have already seen come in the impact of transportation of hazardous materials, impact on water and air quality, road degradation, increased heavy truck traffic, and an impact on wildlife. As a tourist from the east coast, I come to the North Fork every year to get away from those things exactly; to enjoy nature and a clean quality of life that is becoming harder and harder to find in this country. Hydraulic fracturing has already been banned in Bulgaria, Germany, France, and Scotland, as well as in New York, Maryland, and many counties across America. In America, we have seen an all out disaster occur in Flint, Michigan.
I can't speak for everyone, but I can certainly say for myself that hydraulic fracturing in the North Fork Valley will end my adventures travelling here. I love it so much, but the health risks are just not worth it. Please take my comments into consideration.
Thank you very much, and please take this seriously.

Name:
Mailing Address: Dawn Rains
1175 Serpentine Trail
Marble, CO 81623

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

500049_DukeE_20161101 Organization: Emma Duke
Received: 11/1/2016 12:00:00 AM
Commenter1: Emma Duke - Carbondale, Colorado 81623 (United States)
Organization1:
Commenter Type: Individual
Classification:
Submission Category: Duplicate
Submitted As: Regular mail
Form Letter Category: Form Letter
Form Letter Master: Form Letter O
Current Task: Review Assigned/Due: zghali
Attachments: 500049_DukeE_20161101.htm (500049_DukeE_20161101-388497.htm Size = 1 KB)
Submission Text
Dana Wilson and Barb Sharrow,

I am a Colorado resident who values the quality organic produce, the
pristine wild lands and backcountry experiences, which I enjoy while
visiting Paonia and the surrounding areas.
Preserving our national treasures of beautiful mountains, wild flowers, clear
flowing waters, and fresh air is a responsibility that we share as citizens,
businesses, industry and government.
Let's work together to create great alternatives.
Please ban tracking in the Public Lands in The North Fork Valley and
throughout Colorado.

Did you Know:
Fracking is banned in New York, Vermont
Moratorium on tracking in Maryland
Countries that have fully banned tracking:
Germany, Bulgaria, France, Scotland

Isn't there obviously an issue if states and countries are banning this
activity?
Please consider all possibilities before deciding that hydraulic fracturing is something that should
be done to our land. Be conservative with our resources, as that is the right thing to do.
At bare minimum, please choose Alternative 81 and all other reasonable conservation protections
in Alternative B.

Regards,
Emma Duke
256 Flying Fish Rd.
Carbondale, CO 81623

Cc: S. Jewell, N. Kornze, R. Welch, B. Sharrow, D. Wilson, M. Roeber, M. Bennet

500052_WestC_20160930  Organization: Callie West
Received: 10/30/2016 12:00:00 AM
Commenter1: Callie West - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500052_WestC_20160930.htm (500052_WestC_20160930-388504.htm Size = 2 KB)
Submission Text
October 30, 2016

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401
Re: Draft Resource Management Plan for the Uncompahgre Field Office
Dear BLM-UFO Staff and AMP Comment Team,
I am writing to express my support for the inclusion of Alternative B1 "the North Fork Alternative" into the final Resource Management Plan. It balances the development of our natural resources without threatening our local economy and culture.

Currently Alternative D, the "preferred plan" as proposed by the BLM would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. This cannot be defined as a "balanced" plan. Much of the area doesn't even have oil and gas reserves that are feasible for development - why would the BLM consider putting our public lands at risk for speculative leasing?

My family chose to relocate to the North Fork Valley eight years ago due to the clean air and water, healthy environment and access to public lands for hunting, camping, fishing and travel. The potential for energy development as proposed in Alternative D would force us to leave the North Fork Valley taking not only our tax dollars/ but also the revenue contributions of dozens of our friends and family who visit annually.

I ask the BLM to adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development and ensures sustainable, secure water supplies. I support the inclusion of Alternative B1 "the North Fork Alternative" which balances all the resources managed by the BLM.

<([#1 [27.1] Finally and specifically I urge the BLM to designate Jumbo Mountain as a Special

Resource
Management Area, assuring that local residents and visitors alike will continue to have access to outdoor recreation that enhances our community's health and well being, and scenic vistas that show off the unique beauty and agricultural heritage of the North Fork Valley. #1])>
Sincerely,
Callie West
PO Box 1532
Paonia CO 81428


500053_BristowD_20161101  Organization: Dave Bristow
Received: 11/1/2016 12:00:00 AM
Commenter1: Dave Bristow - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Potential Duplicate
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500053_BristowD_20161101.htm (500053_BristowD_20161101-388532.htm Size = 2 KB)
Submission Text
Hello BLM/Senators/Represewntatives:
I have lived near Paonia FOR 43 Years, my home is up Farmers Mine Road, a narrow road with huge drop offs. More than one car has missed a tight turn and gone over. Many roads in these mountains are like that, I do not want to drive the same roads as trucks carrying toxic fluids. Not to mention the countless trips of support trucks barreling up and down the road. None of your alternatives proposed is viable, I hope you will listen to the people who have been sickened by fracking, scientists are asking for caution and sustainable energy. If you ignore us it will seem that you stand to profit along with thee oil and gas corporations who are so anxious to bully their way in, get the resources and get out before laws catch up with them. Slow down. We are calling for a Fracking Moratorium.
<([#1 [5.3] There has been no human health (mental or physical) impact study.
The BLM did not consider a no-leasing alternative. A no-leasing alternative is not only reasonable, but given what wwe now know about the impacts of oil and gas to human health, our enviroment, and climate change, it represents the best way to protect the North Fork Valley and ensure our community can continue to thrive in the future.
#1])> BLM did not consider the impact of extremeain leaks and potential explosions.
My water from Terror Ditch will be compromised with frakcing. This is my sole supply of water for irrigation and domestic.
SLOW DOWN: I am calling for a fracking Moratorium.
Dave Bristow
17367 Farmers Mine Road

Paonia, Co. 81428

500054_DalbowC_20161101  Organization: Chris Dalbow
Received: 11/1/2016 12:00:00 AM
Commenter1: Chris Dalbow - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/14/2016 12:00:00 AM
Attachments: 500054_DalbowC_20161101.htm (500054_DalbowC_20161101-388534.htm Size = 1 KB)
UFORMP_500054_DalbowC_20161101.pdf (500054_DalbowC_20161101-388533.pdf Size = 105 KB)
Submission Text
I oppose oild and gas development (including fracking) on our public lands. There is too much at risk by using these fracking techniques. I as well as many friends and neighbors value this land for wildlife habitat and sources of clean water. -Chris Dalbow

500055_WebbM_20161101 Organization: Michael Webb
Received: 11/1/2016 12:00:00 AM
Commenter1: Michael Webb - Hotchkiss, Colorado 81419 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/14/2016 12:00:00 AM
Attachments: 500055_WebbM_20161101.htm (500055_WebbM_20161101-388536.htm Size = 1 KB)
UFORMP_500055_WebbM_20161101.pdf (500055_WebbM_20161101-388535.pdf Size = 77 KB)
Submission Text
To whom it may concern at the BLM,

My family and I moved to the North Fork Valley in 1978 and live on the north end of 2900 rd. we live in the transition from agricultural to wild land and enjoy the quietness and the dark night skies and clean air. My children are growing up on the same land I grew up on and we ride our bikes and walk on what is a quiet, residential road. If either of the lease options are passed we will have an industrial road and area next to our quiet neighborhood.
It has been proven repeatedly that fracking is dangerous, the traffic excessive and it is my

BLM_0159696

opinion that there should be no leases offered in the North Fork Valley, Surface Creek or anywhere else.

Please consider the health of my family over corporate interests and allow no fracking in any of this area
Sincerely

Michael Webb
14520 2900 Rd.
Hotchkiss, CO 81419
970-222-2670


500056_GoldbergH_20161101 Organization: Helen Goldberg
Received: 11/1/2016 12:00:00 AM
Commenter1: Helen Goldberg - Austin, Colorado 81410 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/14/2016 12:00:00 AM
Attachments: 500056_GoldbergH_20161101.htm (500056_GoldbergH_20161101-388538.htm
Size = 1 KB)
UFORMP_500056_GoldbergH_20161101.pdf (500056_GoldbergH_20161101-388537.pdf Size
= 40 KB)
Submission Text
Dana Wilson,

It is clear that the BLM Uncompahgre Field Office neglected an important risk assessment on pipeline safety when making their Draft Resource Management Plan. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.
Thank you,

BLM_0159697

12181 Crane Lane
Austin, CO 81410
Helen Goldberg

500057_HaisD_20161101  Organization: Dennis D Hais
Received: 11/1/2016 12:00:00 AM
Commenter1: Dennis D Hais - Durango, Colorado 81301 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison  11/1/2016 12:00:00 AM
Attachments: 500057_HaisD_20161101.htm  (500057_HaisD_20161101-388540.htm  Size = 3 KB)
UFORMP_500057_HaisD_20161101.pdf  (500057_HaisD_20161101-388539.pdf  Size = 96 KB)
Submission Text
To the BLM:

As an individual who appreciates the biological diversity and lively eco-system of this area, I feel it is irresponsible to increase fracking without a more in depth study due to the unknown and undisclosed chemicals that are in the fracking fluids. How can we know the consequences to our ground water if this spills on the land and how this will affect the wildlife?  These concerns must be addressed before we allow any more drilling.

I am also concerned about pipeline safety. There continue to be many leaks and spills, and pipelines do fail. Pipeline explosions can cause forest fires. Extreme weather as we sometimes experience in Colorado could result in damaged pipelines. The BLM's Draft Resource Management Plan did not consider pipeline safety and integrity management. While there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight, rural gas gathering lines are exempt from federal pipeline safety regulations. In not considering pipeline safety, the BLM ignores how a leak or accident might affect residents, visitors (hikers, hunters, campers, anglers) wildlife and the environment. Illnesses resulting from exposure to toxins from drilling or pipeline spills and leaks are also of great concern and environmental damage can only increase with the new horizontal drilling and multi-stage hydraulic fracturing technologies. Will a significant number of new natural gas wells, result in earth quakes (see below fracking studies: link between injection wells and earthquakes) and more health risks, such as asthma and neurological diseases? The article below addresses the costly consequences of hydraulic fracturing in terms of dollars and lives. From the Wilderness article about our neighboring county: "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

BLM_0159698

I like to think of Colorado as a forward thinking state and a leader in many areas. Let Colorado and the BLM be at the forefront in this industry by showing the rest of the world that we care for the health and wellbeing of all by addressing the issues mentioned with a thorough study of current technologies and by issuing a moratorium on gas and oil leasing until rural gas gathering pipelines are regulated.

Sincerely,

Dennis D. Hais
5685 Cr 203
Durango, CO 81301

500058_JordanS_20160826  Organization: Susan Jones
Received: 8/26/2016 12:00:00 AM
Commenter1: Susan Jones - Carbondale, Colorado 81623 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/14/2016 12:00:00 AM
Attachments: 500058_JordanS_20160826.htm (500058_JordanS_20160826-388542.htm Size = 1 KB)
UFORMP_500058_JordanS_20160826.pdf (500058_JordanS_20160826-388541.pdf Size = 57 KB)
Submission Text
Dana Wilson,

I am a Colorado citizen for healthy soil, water, air and people. I oppose hydraulic fracturing in the North Fork Valley.
Please consider that option that fracking is something that could seriously hurt Colorado. Right now the majority of our land is pristine, open, and healthy. That is how people envision Colorado. Imagine someone wanting to
move here and coming to visit only to find unsightly hydraulic fracturing machines spread about. Imagine taking a hike in the mountains and then running across one of these eyesores. Worse yet, what if you already lived here and they put one near your home and one of the mystery chemicals in the fluid seeped into the ground water and affected the drinking water. There are so many scary and real possibilities, you must consider joining New York, Vermont, and Maryland in banning fracking or instating a moratorium until more research has been conducted. At a bare minimum, please adhere to the North Fork Alternative B 1 guidelines and explore reasonable alternatives for a renewable future.

Sincerely, Susan Jones
1493 CR 106

Carbondale, CO 81623

500059_RichardsonJ_20161101  Organization: Jim Richardson
Received: 11/1/2016 12:00:00 AM
Commenter1: Jim Richardson - Hotchkiss, Colorado 81419 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/14/2016 12:00:00 AM
Attachments: 500059_RichardsonJ_20161101.htm (500059_RichardsonJ_20161101-388544.htm
Size = 2 KB)
UFORMP_500059_RichardsonJ_20161101.pdf (500059_RichardsonJ_20161101-388543.pdf
Size = 66 KB)
Submission Text
Jim and Niki Richardson
33845 Hwy 92
Hotchkiss, Colorado 81419

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan.

We live in Delta County and specifically in Hotchkiss because it is rural, full of good food, full of dedicated families making their lives and living on the land and it is beautiful. We can trust that reasonable precaution is being taken to ensure SAFE food, drinking water and air.

Our fear is that gas and oil drilling in watersheds above where people eat and grow FOOD will mean that undisclosed chemicals will be irrevocably introduced to our environment and into our bodies. As Americans living in the 21st century, I believe we already have an uphill battle with environmental and ingested toxins. It makes sense to me that in areas where people live, grow food, harvest animals and capture water, that we would protect these areas from pollutants.

We am writing to express my support for the inclusion of Alt B1 into the final Resource Management Plan. It
balances the development of our natural resources without threatening our way of life.

Public lands access for hunting, camping, fishing and travel, as well as plentiful and healthy habitat are critical components that help sustain the multi-million-dollar hunting industry in the area. The final plan should include ecological emphasis areas for all critical winter habitat within the North Fork Valley. The final plan should also include the protections of B1 which prohibits surface activities in critical wildlife habitat, and includes both No Leasing and No Surface Occupancy setbacks from streams, riparian areas, and water bodies.

The BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Sincerely,
Jim and Niki Richardson
Thank you!!


500060_PlummerE_20161101 Organization: Elizabeth Plummer
Received: 11/1/2016 12:00:00 AM
Commenter1: Elizabeth Plummer - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/14/2016 12:00:00 AM
Attachments: 500060_PlummerE_20161101.htm (500060_PlummerE_20161101-388546.htm
Size = 2 KB)
UFORMP_500060_PlummerE_20161101.pdf (500060_PlummerE_20161101-388545.pdf Size
= 60 KB)
Submission Text
Dear Dana Wilson,

As a representative of the youth of Colorado I find it unfair and also incredibly destructive that hydraulic
fracturing is now a reality that I must live with. After reading new stories on Flint, Michigan, I too have
found myself living in a state of fear, wondering when our water will no longer be drinkable. Is the risk
really worth the "reward" if the "reward" guarantees damaging our environment and has the potential
to ruin our water supply?

Growing up in Colorado, I naturally am someone who has a love of nature. This valley has been my
home much of my life. I have recently learned that tracking has the potential to contaminate the ground
and surface waters which potentially threatens to damage or kill crops and livestock. There also seem to
be plenty of other problems surrounding tracking. For example, the risk of loss to irrigation shares for

BLM_0159701

multiple irrigation ditches in the North Fork, insufficient water supplies necessary to support both
fracking and other drilling and farming operations and the broader economic viability of the North Fork.
Is this worth it? Is this a message of "hope" and "optimism" we want to provide to the valley's youth,
better yet, this country's youth?

It is irresponsible to impose oil and gas development without federal, state and local environmental
reviews. Hydraulic fracturing will be the end of the North Fork Valley, a place with so much to offer,
environmentally speaking. Therefore, I oppose all options in the BLM's Draft Resource Management
Plan and ask for a no lease option as the only one which will protect all of us and our precious environment.

Sincerely yours,

Elizabeth Plummer
42436 Lamborn Mesa Rd 81428


500061_KerrA_20160921 Organization: Alison Kerr
Received: 10/21/2016 12:00:00 AM
Commenter1: Alison Kerr - Hotchkiss, Colorado 81419 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/14/2016 12:00:00 AM
Attachments: 500061_KerrA_20160921.htm (500061_KerrA_20160921-388548.htm Size = 1 KB)
UFORMP_500061_KerrA_20160921.pdf (500061_KerrA_20160921-388547.pdf Size = 116 KB)
Submission Text
Oct 21, 2016
BLM and employees,

To begin, I want to thank you who do your part to protect and administer our public lands.

I live near Hotchkiss, in the North Fork Valley. I could write pages of examples of why this

premium farming and ranching country should not become industrialized. You already know about the orchards and steams that irrigate them. And you know about accidental spills at oil and gas sites.

I'm sorry that the BLM didn't consider a no leasing alternative for the North Fork Valley, but I support Alternative B for UFO and B1 for the North Fork, and ask that your include these proposals in the final RMP.

Thank you-
Alison Kerr
Po Box 790
Hotchkiss, CO 81419


500062_SendeckiR_20160706 Organization: Faith Sendecki
Received: 7/6/2016 12:00:00 AM
Commenter1: Faith Sendecki - Montrose, Colorado 81432 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/14/2016 12:00:00 AM
Attachments: 500062_SendeckiR_20160706.htm (500062_SendeckiR_20160706-388550.htm
Size = 1 KB)
UFORMP_500062_SendeckiR_20160706.pdf (500062_SendeckiR_20160706-388551.pdf Size
= 116 KB)
Submission Text
Name: Faith Sendecki
Date: July 6, 2016
Mailing Address: 3015 Outlook Road
Montrose State CO Zip 81432
E-mail Address: rlsendecki@yahoo.com

Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)?
Yes:X e-mail materials only I e-mail and hard-copy materials I No

Please indicate your affiliation by checking the following boxes (check all that apply):
IX lndividual (no affiliation)
I Non-profit Organization
I Federal, State, or Local Government I Elected Representative
I Citizen's Group
I Regulatory Agency
Name of organization, government, group, or agency (if applicable)

BLM_0159703

-------------------------------------------
I feel that use of this area is functioning fine the way it is and is providing good usage for all groups at the present level of management. There is no need for additional road closures or additional lands designated 'with wilderness characteristics'. For these reasons I support Plan A


500063_KeenanS_20160622  Organization: Susan Keenan
Received: 6/22/2016 12:00:00 AM
Commenter1: Susan Keenan - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/14/2016 12:00:00 AM
Attachments: 500063_KeenanS_20160622.htm (500063_KeenanS_20160622-388553.htm Size = 1 KB)
UFORMP_500063_KeenanS_20160622.pdf (500063_KeenanS_20160622-388552.pdf Size = 128 KB)
Submission Text
Name Susan Keenan Date 6-22-16
Mailing Address PO Box 1065
City Paonia State CO Zip 81428
E-mail Address: JoyIsInevitable@gmail.com

I Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)? Yes: e-mail materials only I e-mail and hard-copy materials I No
Please indicate your affiliation by checking the following boxes (check all that apply):
I Individual (no affiliation)
I Non-profit Organization
I Federal, State, or Local Government
I Elected Representative
I Citizen's Group
I Regulatory Agency

Name of organization, government, group, or agency (if applicable)  EARTH I am HUMAN my affiliation is with the PLANET
-------------------------------------------
Oil and gas has proven an irresponsible arm of corporate bottom lines. The resources are not a commodity to be squeezed for the pockets of a few corporations. The community here is vibrant steward of healthy management. Sustainable use for future generations is paramount. The river is healthy – KEEP it so, the air here is clean. Keep it so. The pressure from oil and gas is purely for

BLM_0159704

profit and human health is more valuable than money. Oil and gas in NOT a sustainable or viable neighbor.


500064_GarveyS_20160621  Organization: Stan Garvey
Received: 6/21/2016  12:00:00 AM
Commenter1: Stan Garvey - Nucla, Colorado 81424 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison  12/14/2016  12:00:00 AM
Attachments: 500064_GarveyS_20160621.htm (500064_GarveyS_20160621-388555.htm Size = 1 KB)
UFORMP_500064_GarveyS_20160621.pdf (500064_GarveyS_20160621-388554.pdf Size = 105 KB)
Submission Text
Name Stan Garvey
Date 6-21-16
Mailing Address PO Box 555
City Nucla CO 81424
E-mail Address: stangarvey@hotmail.com


I Would you like to be added to this project's mailing list to receive future project-related information (your name will not be shared)? Yes: e-mail materials only I e-mail and hard-copy materials I No
Please indicate your affiliation by checking the following boxes (check all that apply):
Ix Individual (no affiliation) Ix Non-profit Organization
I Federal, State, or Local Government Ix Elected Representative
I Citizen's Group
I Regulatory Agency
Name of organization, government, group, or agency (if applicable) Colorado Coopertive
-------------------------------------------
Highland Canal concerns
Skee's Ditch concerns


500065_QuadeW_20161101  Organization: Wayne Quade
Received: 11/1/2016  12:00:00 AM
Commenter1: Wayne Quade - Montrose, Colorado (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique

Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/14/2016 12:00:00 AM
Attachments: 500065_QuadeW_20161101.htm (500065_QuadeW_20161101-388557.htm Size = 2 KB)
UFORMP_500065_QuadeW_20161101.pdf (500065_QuadeW_20161101-388556.pdf Size = 179 KB)
Submission Text
Name: Wayne Quade
Address: 704 S. 12th St. Montrose
Email (optional): waynequade1@gmail.com  Phone (optional): 970.417.7962

Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel
management, etc):

I have a major concern that by allowing oil and gas development on public lands (the peoples commons) we are in effect providing a subsidy to and industry polluting out atmosphere (also a public commons). The seriousness of this is such that the resultant climate change can be catastrophic. (there is already enough oil and gas in reserve to bring on further environmental tipping points – more oil and gas release is counter to the health of our country.) This is important enough to elicit the a presidential directive requiring all NEPA to include review of climate change impact. This should be done in a non-rationalist way, and that does not rely on conservative estimates. These are all of our lands in common and the burden of proof of non-harm should be on the resource extractor.
Also further oil and gas development is counter to meeting our commitment to the targets we agreed to at the Paris Climate Accord. The RMP should put this factor into its analysis.

Please turn in comments to the BLM by September 1st, 2016
Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP
Or email: uformp@blm.gov

500066_QuadeW_20161101  Organization: Wayne Quade
Received: 11/1/2016 12:00:00 AM

BLM_0159706

Commenter1: Wayne Quade - Montrose, Colorado (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/14/2016 12:00:00 AM
Attachments: 500066_QuadeW_20161101.htm (500066_QuadeW_20161101-388559.htm Size = 1 KB)
UFORMP_500066_QuadeW_20161101.pdf (500066_QuadeW_20161101-388558.pdf Size = 146 KB)
Submission Text
Name: Wayne Quade
Address: 704 S. 12th St. Montrose
Email (optional): waynequade1@gmail.com
Phone (optional): 970.417.7962

Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel
management, etc):

I am in support of Alternative B1 because it not only offers the best protections for the North Fork Valley and watershed, but was the result of a collaborative effort of involved citizens and organizations. Such inclusive efforts should be strongly considered. Also, the involved communities are heavily effected by these land management decisions and need the protections offered by this plan for their health and well-being.

500067_QuadeW_20161101 Organization: Wayne Quade
Received: 11/1/2016 12:00:00 AM
Commenter1: Wayne Quade - Montrose, Colorado (United States)
Organization1:

BLM_0159707

Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/14/2016 12:00:00 AM
Attachments: 500067_QuadeW_20161101.htm (500067_QuadeW_20161101-388561.htm Size = 2 KB)
UFORMP_500067_QuadeW_20161101.pdf (500067_QuadeW_20161101-388560.pdf Size = 158 KB)
Submission Text
Name: Wayne Quade
Address: 704 S. 12th St. Montrose
Email (optional): waynequade1@gmail.com
Phone (optional): 970.417.7962

Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel
management, etc):

I am concerned that not enough regard is given to protecting larger stretches of land such as need for wildlife corridors, ecosystem connectibility(sic) and land character settings. Fragmentation of habitat and land character should be strongly considered. This leads me to question the reduction of LWCs, ACECs, EEs, and designated waterways in Alternatives C and D are too greatly reduced. Since destruction of habitat, connectability, and biotic movement cannot be easily reversed, it is better to consider the principle of "of in doubt protect".
I am also concerned with the cumulative effects of carbon pollution and other environmental concerns.

500068_SchenkS_20161101 Organization: Shevy Schenk
Received: 11/1/2016 12:00:00 AM
Commenter1: Shevy Schenk - Grand Junction, Colorado 81507 (United States)

BLM_0159708

Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/14/2016 12:00:00 AM
Attachments: 500068_SchenkS_20161101.htm (500068_SchenkS_20161101-388563.htm Size = 2 KB)
UFORMP_500068_SchenkS_20161101.pdf (500068_SchenkS_20161101-388562.pdf Size = 110 KB)
Submission Text
Name: Shevy Schenk
Address: 379 Ridgeview Drive, Grand Junction, CO 81507
Email (optional): Phone (optional):

Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel
management, etc):

I've been close to or in this area several times over the last 10 years as I have friends who live on private property on Roc Creek. Most of my visits have been the spring through fall.
This is a beautiful place with tall ponderosa trees, steep hillsides and rough terrain. I haven't made it all the way to the top yet.
I agree that this area should be recognized as having LWC characteristics. There is no visible impact from man.
I do want to get to the upper parts to see what is there look across the valley to Semresnup Mesa provides great views as well as a down valley towards the river. It seems like there might be petroglyphs above, but I've only seen the ones by the creek.

500069_PetersP_20161101 Organization: Petrika Peters
Received: 11/1/2016 12:00:00 AM

BLM_0159709

Commenter1: Petrika Peters - Grand Junction, Colorado 81501 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/14/2016 12:00:00 AM
Attachments: 500069_PetersP_20161101.htm (500069_PetersP_20161101-388565.htm Size = 2
KB)
UFORMP_500069_PetersP_20161101.pdf (500069_PetersP_20161101-388564.pdf Size = 130
KB)
Submission Text
Name: Petrika Peters
Address: 546 Main #404 Grand Junction, CO 81501
Email (optional): petrika@conservation.org Phone (optional): 9702430002

Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping,
photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views,
etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may
which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density',
etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping
routes/areas, travel
management, etc):

I have spent many spring and fall seasons in the 'west end' on BLM land and have rarely if ever
seen another person outside while exploring. The sheer distance from population centers clearly
enhances the opportunities for solitude. The desert landscape and canyons can make route-
finding an adventure! The is opportunity for rock scrambling and even rappelling! In my time in
this area I have had many spectacular views. These views are enhanced by the proximity of the
Delores River Canyon WSA. I would like to see this area included as an LWC in BLM's final
draft.

500070_KrebsS_20161101 Organization: Stu Krebs
Received: 11/1/2016 12:00:00 AM
Commenter1: Stu Krebs - Montrose, Colorado 81403 (United States)

Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500070_KrebsS_20161101.htm (500070_KrebsS_20161101-388571.htm Size = 4 KB)
Submission Text
Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.
Reference page number or section in RMP (optional):
Title of comment (area or trail name):
Name: Stu Krebs
Address: 19023 Happy Canyon Rd. Montrose, CO 81403
Email (optional): stukrebs@hotmail.com  Phone (optional): 970 615-0617

Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel
management, etc):

I am a Montrose native. I returned to live in Montrose as much for the public lands that surround the Uncompahgre Valley as for the community of Montrose to which I am heavily committed. I have worked on these lands through farming and ranching and have traveled and explored extensively growing up here. I consider these lands an essential part of the character of this place. I have watched through the decades a steady encroachment (and deterioration) of the condition of the land especially in the Pinyon-juniper zone. I presently have (and have had for 30 years) a small farm in the Sims Mesa/Happy Canyon area immediately adjacent to BLM lands. I am regularly on the lands and have witnessed the road net proliferate through constant off-road travel and re-routing of existing routes because of erosion. I have measured the depth of road erosion to be six to eight fee in many places just in the time living at my farm. But because I am interested in the out of doors, deer and elk hunting widely throughout the valley in my youth, pursuing an interest in early native American inhabitation, and later general recreation, I am very

concerned and quite aware of the inexorable, incessant and adverse impact of increasing motorized use especially.

I am aware of the efforts of the UFO management efforts through long-term participation in the Public Lands Partnership. I am on [illeg] and approve thoroughly of the Dry Creek management efforts, and would like to encourage further efforts. But I am disappointed that the preferred Alternative D in so many respects offers much less in protected areas, and so as a general recommendation strongly support Alt. B (as well as Alt. B1 for the North Fork Area).

It is clear the BLM lands are very attractive for recreation and I'm concerned that this is one of the most important contributions to the economy of the area as well as to the quality of life here. And interestingly almost as much as actual use is the attractiveness to visitors and natives alike is the idea of wild and unspoiled country as part of your habitation here. Having the maximum in the Wilderness Study Areas, Areas with Wilderness Characteristics, and other categories offering some protection are critical not only on the ground, but in the perception that this is still a good and special place. Alternative B is the minimum to do.


Please turn in comments to the BLM by September 1st, 2016
Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP
Or email: uformp@blm.gov


500071_GibsonB_20161101 Organization: Beth Gibson
Received: 11/1/2016 12:00:00 AM
Commenter1: Beth Gibson - Montrose, Colorado 81403
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500071_GibsonB_20161101.htm (500071_GibsonB_20161101-388574.htm Size = 3 KB)
Submission Text
Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.
Reference page number or section in RMP (optional):
Title of comment (area or trail name):
Name: Beth Gibson
Address: 62762 Orange Road, Montrose, CO 81403
Email (optional): Phone (optional):

Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views,

etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel
management, etc):

I live and work in Montrose, Colorado. The biggest attraction for me to move here 15 years ago and to stay is the large amount of public lands that surround the city. Several days a week I run, hike or bike in the beautiful lands around me including Dry Creek, Tabequake, Spring Creek and Roubideau Canyon. <([#1 [27.1] Looking at your preferred alternative plan I want to applaud your inclusion of new areas of Lands with Wilderness Characteristics, Wild and Scenic Rivers, and SMPAs. But I want to strongly encourage you to include more of these. There are so many identified in Alternative B… and also to not limit each area to a smaller acreage. (For example, the Tabeguacke areas, more of the Dry Creek region and Shavano Creek.) Within these designations I feel creating more SMRAs that ERMAs is important to maintain and uphold this special resource we have here: physical outdoor beauty coupled with a chance for solitude.
I am very concerned that 95% of the entire area will be left open for gas drilling. Much of the area in the Montrose area has been shown to not have much potential for extractive industry. Because of this we should place these areas under protection and promote recreational activities. More and more people are moving to this area to be able to hike, kayak, and bike. #1])> This is a "resource" to promote and is more sustainable than extractive industries. I would also like to mention that I support the B1 alternative for the North Fork Valley to better manage this issue of better balance between oil & gas with wilderness and recreational opportunities. Overall I want to encourage many more of the suggestion from Alternative B (and all of B1) into the Alternative D outline.
Thank you,
Beth Gibson


Please turn in comments to the BLM by November 1st, 2016
Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP
Or email: uformp@blm.gov


500072_HellenborgL_20161101 Organization: Lesley Hallenborg
Received: 11/1/2016 12:00:00 AM
Commenter1: Lesley Hallenborg - Montrose, Colorado
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail

Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500072_HellenborgL_20161101.htm (500072_HellenborgL_20161101-388588.htm Size = 2 KB)
Submission Text
Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.
Reference page number or section in RMP (optional):
Title of comment (area or trail name): Wild and Senic Rivers- Gunnison River
Name: Lesley Hallenborg
Address: 67650 Lisa Ct, Montrose, CO
Email (optional): Phone (optional):

Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel
management, etc):

Summertime on the Gunnison River cannot be beat. The Gunnison River mellows out when it leaves the Black Canyon and is a perfect river to enjoy a canoe trip or kayak.
I love the cliffs further north of Delta and on more than one occasion have seen a train go by. We need to protect our rivers from being developed or overused & polluted.

Please turn in comments to the BLM by November 1st, 2016
Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP
Or email: uformp@blm.gov

500073_GoldmanA_20161101 Organization: Andrew Goldman
Received: 11/1/2016 12:00:00 AM
Commenter1: Andrew Goldman - Montrose, Colorado 81403 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique

Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500073_GoldmanA_20161101.htm  (500073_GoldmanA_20161101-388605.htm
Size = 2 KB)
Submission Text
Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.
Reference page number or section in RMP (optional):
Title of comment (area or trail name): Wild and Scenic Rivers
Name: Andrew Goldman
Address: 58657 Meadow Lane, Montrose, CO 81403
Email (optional): fishman@montrose.net Phone (optional): 9202759815

Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping,
photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views,
etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may
which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density',
etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping
routes/areas, travel
management, etc):

<([#1 [39.1] In addition to the river segments listed for suitable in the draft RMP preferred
Alternative D for "Wild and Scenic" designation, all free flowing rivers and streams included as
suitable in the original analysis should also be included, specifically:
* Gunnison River segment 2
* Tabaguche Creek segment 1
* Robideau Creek segment 2
* North Fork Mesa Creek
* Deep Creek
* Dolores River segment 1b
* Dry Creek Segment 1
* Lion Creek Segment 2
* Naturita Creek
* Spring Creek
Spring Creek and its adjacent canyon is a favorite hiking spot for me and provides beautiful
opportunities for solitude and quiet recreation. It's an important wildlife corridor as well off the
Uncompaghre Plateau.

#1])> Similarly I have enjoyed similar opportunities in Dry Creek and Rwhideaqu Creek.
Beautiful vistas and wildlife viewing opportunities.
The Dabores River Canyon is one of the most spectacular River canyons in the state


Please turn in comments to the BLM by November 1st, 2016
Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP
Or email: uformp@blm.gov


500074_GoldmanA_20161101 Organization: Andrew Goldman
Received: 11/1/2016 12:00:00 AM
Commenter1: Andrew Goldman - Montrose, Colorado 81403 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500074_GoldmanA_20161101.htm (500074_GoldmanA_20161101-388784.htm
Size = 3 KB)
Submission Text
Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.
Reference page number or section in RMP (optional):
Title of comment (area or trail name): West Paradox rock art ACEC (proposed but not included
in preferred Alt D)
Name: Andrew Goldman
Address: 58657 Meadow Lane, Montrose, CO 81403
Email (optional): fishman@montrose.net Phone (optional): 9202759815


Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping,
photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views,
etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may
which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density',
etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping
routes/areas, travel
management, etc):

BLM_0159716

I have visited and hiked around the area in the Fall of 2016. The area received a minimal amount of visitation when we were there. No other hikers but one group of hunters was spotted. One of the rock art panels we visited shows signs of recent vandalism, another panel showed evidence of target practice in adjacent desert vanish. The various rock formations we visited were unique and spectacular. Because there is little signage directing visitors from the highway the entire area has a feeling of being unspoiled and undiscovered.

<([#1 [9.1] The Ruch art panels we saw were amazingly undisturbed for being so close to passing highway traffic. Some of the best and extensive examples of prehistoric petroglyphs I've seen in Colorado. There is a primitive trail and interpretive BLM sign at one of them buyt the sign needs replaced as it is hardly legible.

This area definitely needs serious protective management as an ACEC and it is baffling that it was not mentioned in the final draft preferred Alt D. Common native grasses such as snakeweed and indian rice grass were observed as well as the rare (vulnerable) "Long Leaf Cat's Eye" (Oreocarya Longiflora) #1])>


Please turn in comments to the BLM by November 1st, 2016
Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP
Or email: uformp@blm.gov


500075_SowellR_20161101 Organization: Regina Sowell
Received: 11/1/2016 12:00:00 AM
Commenter1: Regina Sowell - Montrose, Colorado 81401 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500075_SowellR_20161101.htm (500075_SowellR_20161101-388785.htm Size = 3 KB)
Submission Text
Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.
Reference page number or section in RMP (optional): prefer alternative B and B1
Title of comment (area or trail name): preserve archeology, rivers, wildlife.
Name: Regina Sowell
Address: 800 N. 6th, St. Montrose, CO 81401
Email (optional): regsowell@icloud.com  Phone (optional): 970-249-4265


Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):

(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel
management, etc):

My husband and I hike the BLM area between Delta and Grand Junction west of Highway 50 in all seasons, particularly at solstices and equinoxes. In fact, we married each other on Dec. 21 at a site of archeo-astronomy interest. There are too many roads there now! We go for the solitude, peace, sunrises and sunsets. If you open it to more motorized travel and oil and gas development, it will ruin the experience for us.
Please restrict more area, as in Plan B, that keeps motorized travel more restricted – away from archeological sites and wildlife.
I also support the Alternative Plan B1 to protect the water, farms, economy and wildlife of the North Fork.
Plan D that allows 95% of BLM land to be open to oil and gas is way too much! Plan B is the only one I prefer.
I really would like all of the segments of the San Miguel, Lower Dolores, LaSal Creek and Tabegauche Creek protected for wild and scenic rivers, as well as all in the Lower Gunnison. I treasure these areas and they need preservation.
I do not know Beaver Creek exactly or Saldado Creek, but am sure the wildlife of the wild rivers deserve protection.

Please turn in comments to the BLM by September 1st, 2016
Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP
Or email: uformp@blm.gov


500076_LowerK_20161101 Organization: Kathie Lower
Received: 11/1/2016 12:00:00 AM
Commenter1: Kathie Lower - Montrose, Colorado 81403 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500076_LowerK_20161101.htm (500076_LowerK_20161101-388786.htm Size = 2 KB)

Submission  Text
Please consider this a public  comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.
Reference page number or section in RMP (optional):
Title of comment (area or trail name): Dry Creek Area
Name: Kathie Lower
Address: 11002 5880 Road Montrose 81403
Email (optional): skkr7983@hotmail.com Phone (optional):  970 615-0617

Consider answering one or more of these questions:
(1) Describe the area and your historical  use/activities  there (Time of year and hiking,  camping,
photography,  etc):
(2) What do you like  about this area/trail? (Close to home, wildlife,  historic  sites, scenic views,
etc. include  experiential
data and resource knowledge  when possible):
(3) With  what aspects of BLM's findings  do you agree and/or disagree and why? (You may
which to speak to
'Recreation Management Areas', 'Areas of Critical  Environmental  Concern' or 'Route Density',
etc. Please be specific
where possible,  and think  in terms of "cause" and "effect"):
(4) Additional  Comments (Please consider adding comments on adjacent or overlapping
routes/areas, travel
management, etc):

I have spent many many hours hiking  and mt. biking  in the Dry Creek area. It is a beautiful area
and provides  me with time for solitude,  contemplation  as well as exercise.
I applaud the designation  of this area as an SRMA in the Alternative  D Plan. However I am
concerned that this same area is designated for controlled  surface use for mineral leasing  sites.
This seems contradictory.
I urge the BLM to protect the Dry Creek area from any use other than the scenic recreation as it
currently  exists
Thank you
Kathie Lower


Please turn in comments to the BLM by September 1st, 2016
Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP
Or email:  uformp@blm.gov


500077_TerryN_20161101  Organization:  Noalani Terry
Received:  11/1/2016  12:00:00  AM
Commenter1:  Noalani Terry - Montrose, Colorado 81403 (United States)
Organization1:
Commenter Type: Individual
Classification:  Substantive
Submission  Category: Unique

Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500077_TerryN_20161101.htm  (500077_TerryN_20161101-388787.htm  Size = 2 KB)
Submission Text
Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.
Reference page number or section in RMP (optional):
Title of comment (area or trail name): Supporting opportunities for quiet hiking
Name: Noalani Terry
Address: 61490 Epitaph Rd, Montrose CO 81403-8978
Email (optional): noalani@skybeam.com  Phone (optional):

Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel
management, etc):

I have hiked in areas from Dry Creek to Peach Valley to rails off Hwy 90 as well as Billy Creek and mountain in Oury and San Miguel Counties. I am concerned about opportunities to enjoy nature in solitude or quite appreciation.
<([#1 [5.3] I am grateful for some of the ecological considerations recognized for the BLM but question why so much acreage qualifying for wilderness characteristics and wild and scenic rivers in Alternative B is reduced in Alternative D.
I fail to see how leaving 95% of the area under consideration open for oil and gas exploration can be called "balanced" planning. Much of the area under review is not suitable (ie. Few minerals exist) for oil and gas extraction. Let's save it for its unique nature of recreational characteristics. #1])>
I support alternative B1 to keep the North Fork area's agricultural and tourist economy thriving, but think attention also needs to be paid to wildlife, health forests, and health recreation.
I support Alternative B and opposed to C and D.

Please turn in comments to the BLM by September 1st, 2016

Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP
Or email: uformp@blm.gov

500078_PlatzerN_20161101  Organization: Neil Platzer
Received: 11/1/2016 12:00:00 AM
Commenter1: Neil Platzer - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/14/2016 12:00:00 AM
Attachments: 500078_PlatzerN_20161101.htm (500078_PlatzerN_20161101-388568.htm Size = 2 KB)
UFORMP_500078_PlatzerN_20161101.pdf (500078_PlatzerN_20161101-388567.pdf Size = 160 KB)
Submission Text
Name: Neil Platzer
Address: 2849 Lost Creek Rd N
Email (optional): nsplatzer@gmail.com
Phone (optional): 970-901-2854

Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel
management, etc):

I moved here from Houston 9 years ago. One thing that struck me odd is give the recreation use and grazing use of this area why are we leaving it 95% open O&G. In Texas this work is all done on private land w/ fair leases and close oversight by the landowners. I propose that until the O&G industry has run out of options in developing thru private land that all of this area managed by BLM Uncompahgre Office be close to leasing. This area is to precious with its remoteness, air quality, water quality and scenery to be just treated as if its no good for anything else so let's just open it all to O&G leases.

500079_RodgersS_20161101  Organization: Shelly Rodgers
Received: 11/1/2016  12:00:00  AM
Commenter1: Shelly Rodgers - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission  Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison  12/14/2016  12:00:00  AM
Attachments: 500079_RodgersS_20161101.htm  (500079_RodgersS_20161101-388570.htm  Size = 1 KB)
UFORMP_500079_RodgersS_20161101.pdf  (500079_RodgersS_20161101-388569.pdf  Size = 89 KB)
Submission  Text
Name: Shelly Rodgers
Address: 1941 Sunrise Dr. Unit B
Email (optional): Phone (optional):

Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities  there (Time of year and hiking,  camping,
photography,  etc):
(2) What do you like about this area/trail? (Close to home, wildlife,  historic  sites, scenic views,
etc. include experiential
data and resource knowledge  when possible):
(3) With what aspects of BLM's findings  do you agree and/or disagree and why? (You may
which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental  Concern' or 'Route Density',
etc. Please be specific
where possible,  and think in terms of "cause" and "effect"):
(4) Additional  Comments (Please consider adding comments on adjacent or overlapping
routes/areas, travel
management, etc):

1. Beautiful  area (Plz. Preserve it.)
2. Need litter-patrol
3. People drive too fast!!

500080_BrueggemanB_20161022_HasAttach Organization: Bill  Brueggeman
Received: 10/22/2016  12:00:00  AM

Commenter1: Bill Brueggeman - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/14/2016 12:00:00 AM
Attachments: 500080_BrueggemanB_20161022_HasAttach.htm
(500080_BrueggemanB_20161022_HasAttach-388573.htm Size = 1 KB)
UFORMP_500080_BrueggemanB_20161022_HasAttach.pdf
(500080_BrueggemanB_20161022_HasAttach-388572.pdf Size = 283 KB)
Submission Text
22 Oct 2016

RE: BLM Planning & Comment

My wife and I were married on BLM land just north of Delta, CO at an ancient medicine wheel
archaeological site. This is not a well know or marked of identified on any map, site. It seems to
be (on the map) as a possibly oil and gas drilling site! This would be (to allow a well pad on this
spot) a travesty to allow development in this sacred space. Please exclude the area on the west
side of Hwy 50, north of Delta, CO and disallow development in this area!
It is sacred, it does not have oil and it has the Gunnison river running through it. This section of
the river also holds the Pike- minnow, Humpback chub as well as endangered bird life. Please
protect this area.

Thank you
Bill Brueggeman
blbrueggeman@msn.com

500081_ShannonL_20161101 Organization: Laurie Shannon
Received: 11/1/2016 12:00:00 AM
Commenter1: Laurie Shannon - Ridgeway, Colorado 81432 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/14/2016 12:00:00 AM
Attachments: 500081_ShannonL_20161101.htm (500081_ShannonL_20161101-388576.htm
Size = 2 KB)
UFORMP_500081_ShannonL_20161101.pdf (500081_ShannonL_20161101-388575.pdf Size =
136 KB)

Submission Text
Name: Laure Shannon
Address: 1189 Canyon Dr, Ridgeway, CO 81432
Email (optional): 2ruggers@gmail.com  Phone (optional):

Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel
management, etc):

I really enjoy these areas during the winter and fall and spring. It provides a great time of year to get out and enjoy fresh air, get some exercise, and experience the outstanding opportunities to reflect on life (solitude).

I would like to see the final preferred alternative include more acreage of the "lands with wilderness characteristics". It doesn't make sense to include only half the acreage that contains the values.

Please include all of the "areas of critical concern" and restore their full acreage in the final RMP.
I support prohibitions on discontinuous off-road travel.

Thanks for all your efforts
Laurie Shannon


500082_JesseN_20161101 Organization: Meis von Jesse
Received: 11/1/2016 12:00:00 AM
Commenter1: Meis von Jesse - Ridgeway, Colorado 81432 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/14/2016 12:00:00 AM
Attachments: 500082_JesseN_20161101.htm (500082_JesseN_20161101-388578.htm  Size = 2

KB)
UFORMP_500082_JesseN_20161101.pdf (500082_JesseN_20161101-388577.pdf  Size = 119
KB)
Submission Text
Name: Meis von Jesse
Address: 520 S. Amelia, Ridgeway, CO 81432
Email (optional):  [ilegb]@netzero.net
Phone (optional): 970-729-2590

Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel
management, etc):

I am from Germany originally and love to take my German visitors to the Adobe Badlands area since there is no area like that in Germany. We are all fascinated by the scenic beauty of the rock formations and the peace and quiet that is available there when the dirt bikers are not there. Please protect this area from any development. Do not allow any oil and gas interests to put roads, noise and desecration into this unusual area. (Alternative B) if possible also no ATV's or other motorized travel that tears up the beautiful hills. We saw dirtbikes in the Devil's thumb area where they should not have been.
The Hooknose Cactus is a threatened species that grows there.


500083_LyonP_20161101  Organization: Peggy Lyon
Received: 11/1/2016 12:00:00 AM
Commenter1: Peggy Lyon - Ridgeway, Colorado 81432 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/14/2016 12:00:00 AM

Attachments: 500083_LyonP_20161101.htm (500083_LyonP_20161101-388580.htm Size = 2 KB)
UFORMP_500083_LyonP_20161101.pdf (500083_LyonP_20161101-388579.pdf Size = 133 KB)
Submission Text
Name: Peggy Lyon
Address: 114 Cty Rd 5, Ridgeway, CO 81432
Email (optional): peggy.lyon@colostate.edu Phone (optional): 970-626-3195

Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel
management, etc):

As a botanist on the Western Slope for 21 years, I have visited many BLM areas in the UFO. I am particularly concerned with protecting rare plant populations. The federally threatened species Sclirocactus glaucus (Colorado hookless cactus) occurs primary on the east side of the proposed LWC, although there is good potential habitat in most of the area. It may increase with good management, particularly in areas severely degraded by sheep in the western part of the LWA. I encourage BLM to adopt alternative B to protect the cactus habitat. In addition, the area certainly provides opportunity for solitude. In several trips on the west side of the area, I have never encountered another person.

500084_KelleyZ_20161101 Organization: Zack Kelley
Received: 11/1/2016 12:00:00 AM
Commenter1: Zack Kelley - Grand Junction, Colorado 81801 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/14/2016 12:00:00 AM

Attachments: 500084_KelleyZ_20161101.htm  (500084_KelleyZ_20161101-388583.htm  Size = 2 KB)
UFORMP_500084_KelleyZ_20161101.pdf  (500084_KelleyZ_20161101-388582.pdf  Size = 114 KB)
Submission Text
Name: Zack Kelley
Address: 2421 Pinyon Ave. Grand Junction, CO 81801
Email (optional):
Phone (optional): 907-989-3644

Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel
management, etc):

I am writing to ask the BLM to include the lands with wilderness character in the final RMP as well as a full inclusion of the greater salt brush area of critical environmental concern.

Writing as an environmental scientist with a concentration in restoration ecology and a passion for environmental politics, I see this as deserving of protection. The inverted topography of the Mancos shale delivers the visitor a humbling sense of solitude. Hiking opportunities around the Devil's Thumb satisfy recreation requirements. And while some may say the view of Delta negates one's opportunities for solitude, I argue that it enhances it.

Looking across the ancient seabed of the Badlands, across the city of Delta, and out towards the San Juans, one can attain a moving sense of time on a scale not to be found within modern society. Lastly, failure to protect the area would have cascading effects on the adjacent Grand Mesa. Protecting the greater salt brush area will help to ensure all species of different tropic levels in the area, as well as the Badlands and on the Mesa will continue to exist in dynamic equilibrium.

"If future generations are to remember us fondly, and not to hold us with contempt, we must pass on to them more than the miracles of technology. We must leave them a glimpse of the world as it was in the beginning, not just after we got through with it."

500085_CushingP_20161101  Organization: Parker Emerson Cushing
Received: 11/1/2016 12:00:00 AM
Commenter1: Parker Emerson Cushing - Grand Junction, Colorado 81501 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/15/2016 12:00:00 AM
Attachments: 500085_CushingP_20161101.htm (500085_CushingP_20161101-388788.htm Size
= 2 KB)
UFORMP_500085_CushingP_20161101.pdf (500085_CushingP_20161101-388789.pdf Size =
100 KB)
Submission Text
Name: Parker Emerson Cushing
Address: 2421 Pinyon Ave., Grand Junction, CO 81501
Email (optional): parker.cushing@yahoo.com
Phone (optional): 303-520-1863

Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping,
photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views,
etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may
which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density',
etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping
routes/areas, travel
management, etc):

Sitting next to Devils Thumb and seeing the destruction of motorized vehicles, truly disrupts the
natural ambiance. The true experience of adventuring into nature is escaping into and
environment that hasn't been impacted by humans just yet. The appreciation that this land can
provide for individuals to enjoy cannot be measured nor priced. I strongly believe a landscape of
the unique quality shouldn't be sold to the highest bidder, instead preserved for all to embrace.
After visiting Devils Thumb I noticed first hand the destruction that has been inflicted upon the
land and is certainly and area of critical environmental concern. We should not think of the short
term economical benefits, instead the preservation for future generation to enjoy. We should not

become selfish in reaping the rewards of the land, but embrace the beauty of the land and what she can provide. People have already taken enough land away for selfish intentions, preserving this land should be the start of a popular trend.


500086_PurleeA_20161101  Organization: Arron Purlee
Received: 11/1/2016 12:00:00 AM
Commenter1: Arron Purlee - Battlement Mesa, Colorado 81635 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/15/2016 12:00:00 AM
Attachments: 500086_PurleeA_20161101.htm (500086_PurleeA_20161101-388790.htm Size = 2 KB)
UFORMP_500086_PurleeA_20161101.pdf (500086_PurleeA_20161101-388791.pdf Size = 94 KB)
Submission Text
Name: Arron Purlee
Address: 197 E Carson Cir. Battlement Mesa, CO 81635
Email (optional): aspurlee@gmail.com
Phone (optional): 574.206.6301


Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel
management, etc):


July 31st was my first time visiting the badlands here in Delta, but sitting here on the hill by the Devils Thumb, I am nothing but impressed and awed. Unfortunately, I'm also slightly disheartened by the motorized vehicle tracks that have encroached on the fragile terrain.

With the understanding that this area is under revision, I'd like to ask for full inclusion of the greater salt brush area of critical environmental concern in the plan. I feel that this area is far to fundamental to the local ecosystem to waste, and if we cannot protect even the smallest denizens of our world, what is the use of staying in such a world?

Thank you for reading these comments and considering a new plan of action to protect our state.

500087_BriggsH_20161101  Organization:  H Briggs
Received: 11/1/2016 12:00:00 AM
Commenter1: H Briggs - Arcata, California  95521
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison  12/15/2016 12:00:00 AM
Attachments: 500087_BriggsH_20161101.htm (500087_BriggsH_20161101-388792.htm  Size = 2 KB)
UFORMP_500087_BriggsH_20161101.pdf (500087_BriggsH_20161101-388793.pdf Size = 85 KB)
Submission Text
H Briggs
November 1, 2016
Address: 910 F Street Arcata, CA 95521
Email (optional): hrb150@humbolt.edu Phone (optional):

Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel
management, etc):

Devils thumb: shale moonscape, visited late July. Gorgeous, high solitude, unique soil, unique plant community. Agree strongly with the WSA designation, however, there is significant

wildlife habitat (burrowing owls, kit foxes, etc) outside of the WSA and I would urge the BLM to consider expanding the WSA designation out to the west to protect this habitat. The current WSA provides critical habitat for the hooichss cactus additionally, the soil is so fragile and erosion so great the motorized recreation could cause significant damage and erosion. Expanding the WSA could provide a larger buffer against motorized recreation which would reduce accidental use by ATVers.

500088_TrowbridgeD  Organization: Debra Trowbridge
Received: 11/1/2016 12:00:00 AM
Commenter1: Debra Trowbridge - Delta, Colorado (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/15/2016 12:00:00 AM
Attachments: 500088_TrowbridgeD.htm (500088_TrowbridgeD-388794.htm Size = 2 KB)
UFORMP_500088_TrowbridgeD.pdf (500088_TrowbridgeD-388795.pdf Size = 101 KB)
Submission Text
Name: Debra Trowbridge
Address: 855 Meeker St. Delta
Email (optional): Phone (optional):

Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel
management, etc):

What a wonderful hike up to the Devils Thumb. It's amazing to see the Hookless Cactus, Desert Trumpet and West Sagebrush. Also spotted a number of Prairie Dog holes. Though none came out to say hello! I also enjoyed walking around the Devils Thumb, though was disappointed to see how much dirt bikes have torn up the area. Walking around Devils Thumb I noted it is

actually very fragile and people need to be educated about its value and beauty. I really appreciate having lands like this protected so I can enjoy them. Thank you!


500089_PhipandJ_20161101  Organization:  Jonathan B Phipand
Received: 11/1/2016 12:00:00 AM
Commenter1: Jonathan B Phipand - Grand Junction, Colorado 81502 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/15/2016 12:00:00 AM
Attachments: 500089_PhipandJ_20161101.htm (500089_PhipandJ_20161101-388797.htm  Size = 1 KB)
UFORMP_500089_PhipandJ_20161101.pdf (500089_PhipandJ_20161101-388796.pdf  Size = 118 KB)
Submission Text
Name: Jonathan B. Phipand, Jr.
Address: PO Box 2768. Grand Junction, CO 81502
Email (optional): sawhrn@aol.com Phone (optional): 804-334-3019

Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel
management, etc):

Include lands with wilderness character within the final RMP, highlight the solitude, naturalness, and pristine recreation options – hiking, geological features and the rare plants.
Please consider putting more effort into protecting the wilderness quality and ecological integrity of the are with better enforcement of travel management, especially motorized and mechanized uses.

BLM_0159732

500090_VanWestJ_20161101 Organization: Jan VanWest
Received: 11/1/2016 12:00:00 AM
Commenter1: Jan VanWest - , (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/15/2016 12:00:00 AM
Attachments: 500090_VanWestJ_20161101.htm (500090_VanWestJ_20161101-388798.htm
Size = 2 KB)
UFORMP_500090_VanWestJ.pdf (500090_VanWestJ_20161101-388800.pdf Size = 126 KB)
Submission Text
Name: Jan VanWest
Address: 453 CTY Rd. #5
Email (optional): arctciwild@gmail.com
Phone (optional): 970-626-9702

Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping,
photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views,
etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may
which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density',
etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping
routes/areas, travel
management, etc):

1) In late July 2016 I hiked up the stream and along the cliff walls 12 miles into the proposed
wilderness area. With the 1st quarter of a mile we some very special rock art panels. They
indicate the presence of very early historical habitation – meaning early primitive people here up
to 2000 BCE. This rock art need to remain in the current condition it is in for preservation into
future years and future generations.
2) The views in this area of an untouched Riparian system, pinion pine ponderosa, Juniper, oak
and insect communities of many other plants. This area is obviously home to lots of animals,
birds and insects as well as likely amphibians, etc.

3) I totally agree this spectacularly well preserved and beautiful area deserves as much protection as it can get specifically to continue to protect the Wilderness aspects of Dry Creek Basin
4) The values that are here are real indeed – let's keep it this way!!

500091_BergenR_20161101  Organization: R Bergen
Received: 11/1/2016 12:00:00 AM
Commenter1: R Bergen - Grand Junction, Colorado 81503 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/15/2016 12:00:00 AM
Attachments: 500091_BergenR_20161101.htm (500091_BergenR_20161101-388802.htm Size = 1 KB)
UFORMP_500091_BergenR_20161101.pdf (500091_BergenR_20161101-388801.pdf Size = 87 KB)
Submission Text
R Bergen
November 11, 2016
Address: 1659 Laveta St. Grand Junction, CO 81503
Email (optional): Phone (optional):

Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel
management, etc):

I hiked this are summer 2016 to experience the unique riparian within the surrounding desert. The water and vegetation and solitude were/are excellent features of this area. I agree that this area has wilderness characteristics. It is great for wildlife and I saw no signs of other vehicles,

BLM_0159734

hiking groups or motorized off road use. Please preserve this are.

500092_DaviesC_20161101 Organization: Chris Davies
Received: 11/1/2016 12:00:00 AM
Commenter1: Chris Davies - McKinney, Texas 75069 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/15/2016 12:00:00 AM
Attachments: 500092_DaviesC_20161101.htm (500092_DaviesC_20161101-388806.htm Size = 1 KB)
UFORMP_500092_DaviesC_20161101.pdf (500092_DaviesC_20161101-388805.pdf Size = 87 KB)
Submission Text
Name: Chris Davies and Russell Davies
Address: 1002 N. College St., McKinney, TX 75069
Email (optional): Phone (optional):

Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel
management, etc):

I visited the Dry Creek Basin on July 23, 2016. It is a beautiful section of wilderness that had pretroglyphs, swallow nests, a beautiful variety of trees in the riparian area. It offers solitude and a diverse habitat for wildlife. Please consider designation this area as protected wilderness. Thank you.

500093_GoldmanA_20161101  Organization:  Andrew Goldman
Received: 11/1/2016 12:00:00 AM
Commenter1: Andrew Goldman - Montrose, Colorado 81403 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/15/2016 12:00:00 AM
Attachments: 500093_GoldmanA_20161101.htm (500093_GoldmanA_20161101-388808.htm
Size = 2 KB)
UFORMP_500093_GoldmanA_20161101.pdf (500093_GoldmanA_20161101-388807.pdf Size
= 124 KB)
Submission Text
Name: Andrew Goldman
Address: 58657 Meadow Lane, Montrose, CO 81403
Email (optional): fishman2@montrose.net
Phone (optional): 9202759815


Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping,
photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views,
etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may
which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density',
etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping
routes/areas, travel
management, etc):


I have lived within 3 miles of the Dry Creek are for the last 40 years and have enjoyed hiking
along the riparian area there for many of those years. I support the designation by the BLM to
manage the area as a LWC.
The area, especially the riparian area, is pristine in terms of vegetation (narrow leaf cottonwood
community for example) the feeling of solitude and opportunity for "primitive and unconfined"
recreation. The hiking along dry creek is quite rough but is still accessible and offers up beautiful
Cliffside vistas, opportunities for birding, archeological evidence (unspoiled petroglyphs) and a
general feeling of solitude we experienced no evidence of human presence between our April

BLM_0159736

2014 visit to the area and our last visit in July of 2016. What a gem! We experienced no competing sounds from motorized travel from adjacent sectons of Dry Creek Canyon. Dry Creek completely meets your definition of LWC according to its definition in the RMP.

500094_VanWestR_20161101  Organization: Rein VanWest
Received: 11/1/2016 12:00:00 AM
Commenter1: Rein VanWest - Ridgeway, Colorado 81432 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/15/2016 12:00:00 AM
Attachments: 500094_VanWestR_20161101.htm (500094_VanWestR_20161101-388811.htm
Size = 2 KB)
UFORMP_500094_VanWestR.pdf (500094_VanWestR_20161101-388810.pdf Size = 132 KB)
Submission Text
Name: Rein van West
Address: 453 CTY Rd. #5 Ridgeway 81432
Email (optional): articwild@gmail.com Phone (optional):

Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel
management, etc):

1) I've been hiking for my first time thru a section of the Dry Creek area w/ wilderness characteristics close in to the riparian and dry sand cliff mesa.
2) There are cliff swallows and a number of other bird species. This is an area close to where I live which would all for year-round hiking and nature enjoyment. We just passed thru an archeological site with petroglyphs. The narrow cottonwood habitat appears to give the area a fantastic plant and wildlife habitat.

BLM_0159737

3) Certainly motorized travel thru this area would alter my solitude experience and lots of the natural wildlife would be disturbed by noise and increased traffic. Can't imagine any extractive operations here! I think some established and maintained trails would be helpful to the hiking community – it would be great to have some interpretive signs for what is here. Thank you.

500095_SchwarzJ_20161101   Organization: Jim Schwarz
Received: 11/1/2016 12:00:00 AM
Commenter1: Jim Schwarz - Montrose, Colorado 81401 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/15/2016 12:00:00 AM
Attachments: 500095_SchwarzJ_20161101.htm (500095_SchwarzJ_20161101-388813.htm Size = 2 KB)
UFORMP_500095_SchwarzJ_20161101.pdf (500095_SchwarzJ_20161101-388812.pdf Size = 118 KB)
Submission Text
Name: Jim Schwarz
Address: 23 Columbia Way Montrose CO 81401
Email (optional): jschw@mindspring.com Phone (optional):

Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel
management, etc):

another wonderful hike in this special riparian area. A huge plus is how close to Montrose with wonderful canyon scenery. It is a treat to see an intact riparian area with almost zero invasive species. The petroglyphs are a plus.

BLM_0159738

Also I appreciate having other areas set aside for 4wd motorized traffic. This area with the exception of low use single track trails is an ideal area for hiking and horses since there is so much in this wonderful watershed. It would loose those attributes with heavy mechanized traffic.

I look forward to continuing hiking here.


500096_SImonF_20161101 Organization: Fred Simon
Received: 11/1/2016 12:00:00 AM
Commenter1: Fred Simon - Montrose, Colorado 81403
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500096_SImonF_20161101.htm (500096_SImonF_20161101-388585.htm Size = 2 KB)
Submission Text
Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.
Reference page number or section in RMP (optional):
Title of comment (area or trail name): Dry Creek
Name: Fred Simon
Address: 62917 Peach Rd, Montrose CO 81403
Email (optional): fmsimon66@outlook.com  Phone (optional):
Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel
management, etc):
Hiked along Dry Creek on 7/23/16. Saw a pristine environment. Almost no Tamarisk or Russian Olives. Beautiful native plants etc, Narrow Leaf Cottonwoods, petroglyphs, no motorized noise.
I live near the trailhead and see great potential for many different wilderness experiences for all

BLM_0159739

kinds of people/families.
Thank you
Fred Simon
Please turn in comments to the BLM by September 1st, 2016
Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP
Or email: uformp@blm.gov

500097_Rudowsky_20161101  Organization: Greg Rudowsky
Received: 11/1/2016 12:00:00 AM
Commenter1: Greg Rudowsky - Sioux Falls, South Dakota 57104
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500097_Rudowsky_20161101.htm  (500097_Rudowsky_20161101-388586.htm
Size = 2 KB)
Submission Text
Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.
Reference page number or section in RMP (optional):
Title of comment (area or trail name): Dry Creek Basin
Name: Robin and Greg Rudowsky
Address: 3916 N Potsoam Ave #1922, Sioux Falls, SD 57104
Email (optional): RobinRudowsky@gmail.com Phone (optional):
Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping,
photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views,
etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may
which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density',
etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping
routes/areas, travel
management, etc):
<([#1 [20.1] We hiked Dry Creek Basin on 7/23/2016 and enjoyed no only the hike but the
solitude and beauty of the area. Enjoyed seeing petroglyphs as well. Please protect as a lands
with wilderness characteristics.
#1])>

Please turn in comments to the BLM by September 1st, 2016
Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP
Or email: uformp@blm.gov

500098_ReeyesS_20161101  Organization: Susan Reeyes
Received: 11/1/2016 12:00:00 AM
Commenter1: Susan Reeyes - Crested Butte, Colorado
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500098_ReeyesS_20161101.htm  (500098_ReeyesS_20161101-388587.htm  Size = 2 KB)
Submission Text
Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.
Reference page number or section in RMP (optional):
Title of comment (area or trail name): Dry Creek
Name: Susan Reeyes
Address: PO Box 2664, Crested Butte, CO
Email (optional): Phone (optional):
Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel
management, etc):
I hike this area [Dry Creek] July 22, 2016. I did not encounter any other people. I saw very few foot prints. I heard and saw birds. I saw swallow nests. I saw petrographs. I saw scat and deer tracks. This would be a good place for plant study. Please protect this area to some degree.
Please turn in comments to the BLM by September 1st, 2016
Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP
Or email: uformp@blm.gov

BLM_0159741

500099_GoldmanA_20161101  Organization:  Andrew Goldman
Received: 11/1/2016 12:00:00 AM
Commenter1: Andrew Goldman  - Montrose, Colorado 81403
Organization1:
Commenter Type: Individual
Classification:  Substantive
Submission  Category:  Unique
Submitted  As: Regular  mail
Form Letter Category:  Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500099_GoldmanA_20161101.htm  (500099_GoldmanA_20161101-388589.htm
Size = 3 KB)
Submission  Text
Please consider this a public  comment on
BLM's Uncompahgre  Field Office Draft Resource Management Plan.
Reference page number or section in RMP (optional):  Dry Creek Basin LWC
Title of comment (area or trail name): Dry Creek Basin LWC
Name: Andrew Goldman
Address: 58657 Meadow Lane, Montrose, CO 81403
Email (optional): fishman2@montrose.net  Phone (optional): 9202759815
Consider  answering  one or more of these questions:
(1) Describe the area and your historical  use/activities  there (Time of year and hiking,  camping,
photography,  etc):
(2) What do you like  about this area/trail? (Close to home, wildlife,  historic  sites, scenic views,
etc. include  experiential  data and resource knowledge  when possible):
(3) With what aspects of BLM's findings  do you agree and/or disagree and why? (You may
which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental  Concern' or
'Route Density', etc. Please be specific where possible,  and think in terms of "cause" and
"effect"):
(4) Additional  Comments (Please consider adding comments on adjacent or overlapping
routes/areas, travel management, etc):
1) <([#1 [20.1] I have hike in the Dry Creek Basin for the pas 25 years mainly  in the spring, fall
and early winter. Also have brought horses down there 10 times or more. Rarely have I
encountered others when hiking.
2) This area is less than 5 miles from my home on Spring Creek and is quickly  and easily
accessible including  short trips at sunset. The cliffs along dry creek with their unusual mud flows
are a spectacular setting to enjoy a quick hike in a desert like  canyon. The canyon rivals
favorably  some of the red rocks country in Utah.
3) The area provides a natural unspoiled  feeling to the hiker. The riparian area with its lack of
developed trails enables a sense of solitude in spite of the presence of a singletrack motorized
trail parallel to the creek. The mud flows cascading off the cliff face, petroglyphs,  numerous
varieties of native cacti, Narrow Leaf Cottonwood,  Wild Rose and diverse plant species
including  Bahia and native orases are all waiting to be discovered by the observant hiker. It is a
wild enough area that protecting it as a LWC should not be that difficult  since motorized
accessibility  is limited the primitive  nature of this section of Dry Creek acts as a wildlife  corridor

BLM_0159742

between upper elevations of the plateau #1])>

Please turn in comments to the BLM by November 1st, 2016
Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP
Or email: uformp@blm.gov


500100_TerryN_20161101  Organization:  Naolani Terry
Received: 11/1/2016 12:00:00 AM
Commenter1: Naolani Terry - Montrose, Colorado  81403
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500100_TerryN_20161101.htm  (500100_TerryN_20161101-388590.htm  Size = 3 KB)
Submission Text
Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.
Reference page number or section in RMP (optional):
Title of comment (area or trail name): Dry Creek Basin
Name: Noalani Terry
Address: 61490 Epitaph Rd, Montrose, CO 81403
Email (optional): noalani@skybeam.com  Phone (optional): 907-240-3620
Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking,  camping, photography,  etc):
(2) What do you like about this area/trail? (Close to home, wildlife,  historic sites, scenic views, etc. include  experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental  Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
(4) Additional  Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):
<([#1 [20.1] I have hiked in this area many times. Today I became more intimately  acquainted with "Dry" Creek full of water. This area should be protected – it is not even easily accessible to motorized  traffic and should not become so. This riparian area is filled with several varieties of native species and equally free from invasive plants that are rife where I live only about 8 miles away. It certainly offers opportunities  for solitude, wandering alone or in small groups when the creek is running, other sounds such as motorized  traffic are not obvious but when the creek is dry, hikers and horseback riders might be impacted by disturbing noise. There are petroglyphs

BLM_0159743

and swallow nests in this area, and I'm sure so many other varieties of wildlife. Please preserve this one of 4 areas meeting wilderness criteria in the UFO management area. #1])>

Please turn in comments to the BLM by September 1st, 2016
Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP
Or email: uformp@blm.gov

500101_BaldwinS_20161101  Organization: Susan Sky Baldwin
Received: 11/1/2016 12:00:00 AM
Commenter1: Susan Sky Baldwin - Olalte, Colorado 81425
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500101_BaldwinS_20161101.htm (500101_BaldwinS_20161101-388591.htm Size = 3 KB)
Submission Text
Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.
Reference page number or section in RMP (optional): Dry Creek LWC
Title of comment (area or trail name): Dry Creek Basin
Name: Susan Sky Baldwin
Address: 4261 Colorow Rd, Olalte, CO 81425
Email (optional): susanskybaldwin@gmail.com  Phone (optional): _____
Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel
management, etc):
<([#1 [20.1] I have ridden my horse in this area and hike up the east side of Dry Creek 3 times this spring and am amazed how much I appreciate this area and do agree that are special wilderness characteristics. That because of the following characteristics I will continue to recreate in this area. I noticed solitude along the creek riparian areas, cliff swallows, + canyon

wrens were abundant. I did not encounter other users on my trips into the basin. I noticed the area was completely devoid of invasive weed species! Rare indeed. It was obvious that the area provides a sanctuary for animals. I did encounter motorized single track that bisects this area. I did not see or hear any motorcycles but it was an excellent trail for horses and hikers. I would hope that this trail remains unmaintained if it must be motorized. There was a lovely petroglyph panel on the cliff along the east side of the stream was and extra bonus. I am strongly in support of the area being classified as a LWC. If possible the single track trail that bisects this area would best serve this area by being unmaintained
#1])>


500102_HaefnerJ_20161101 Organization: Jane Haefner
Received: 11/1/2016 12:00:00 AM
Commenter1: Jane Haefner - Ridgway, Colorado 81403
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500102_HaefnerJ_20161101.htm (500102_HaefnerJ_20161101-388592.htm Size = 3 KB)
Submission Text
Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.
Reference page number or section in RMP (optional): Dry Creek Basin Lands
Title of comment (area or trail name): (continued) Wilderness characteristics
Name: Jane Haefner
Address: 13335 CR1, Ridgway, CO 81403
Email (optional): Phone (optional):
Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):
<([#1 [20.1] On 07 June 2014 my hike in the Dry Creek Basin Land area the solitude, naturalness and primitive unconfined recreation this area has to offer is phenomenal. The riparian

community is, in what appears to be, intact without invasive plant species. The availability of the
creek at the time of year allows for sounds of water to penetrate the canyon instead of vehicular
traffic.

Also found more what appeared to be authentic petroglyphs on the canyon wall along with
unique formations on the cliff walls.

Since the BLM wilderness inventory findings meet all wilderness criteria, the Dry Creek Basin
Lands has much to offer for all. #1])>

Thank you!


Please turn in comments to the BLM by November 1st, 2016
Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP
Or email: uformp@blm.gov


500103_RandallT_20161101  Organization:  Terry Randall
Received: 11/1/2016 12:00:00 AM
Commenter1: Terry Randall - Montrose, Colorado 81403
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500103_RandallT_20161101.htm (500103_RandallT_20161101-388593.htm  Size
= 3 KB)
Submission Text
Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.
Reference page number or section in RMP (optional):
Title of comment (area or trail name): Dry Creek Basin
Name: Terry Randall
Address: 60951 Kansas Rd. Montrose 81403
Email (optional): Phone (optional): 970-596-6640
Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping,
photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views,
etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may
which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or
'Route Density', etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping
routes/areas, travel management, etc):

<([#1 [20.1] I hike and horseback ride in this area in spring and early winter. It is close to home. It is open when snow closes the high country. There are places in the creek area where I can hear the creek, see some petroglyphs. It is a place I can hike without getting lost.

I feel this area definitely has wilderness characteristics due to solitude. There are generally only 1-2 cars at the trailhead but I rarely see anyone. I was amazed to find petroglyphs in this area. It also seems to be an important corridor for the Uncompahgre Plateau wildlife into the lower stream areas.

I use this area frequently as a place where my dog can be off leash without people all around that I have to worry about. #1])>

Please turn in comments to the BLM by September 1st, 2016

Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP

Or email: uformp@blm.gov


500104_SchwartzJ_20161101 Organization: Jim Schwartz

Received: 11/1/2016 12:00:00 AM

Commenter1: Jim Schwartz - Montrose, Colorado 81401

Organization1:

Commenter Type: Individual

Classification: Substantive

Submission Category: Unique

Submitted As: Regular mail

Form Letter Category: Unique

Form Letter Master:

Current Task: Review Assigned/Due: ewozniak

Attachments: 500104_SchwartzJ_20161101.htm (500104_SchwartzJ_20161101-388594.htm

Size = 2 KB)

Submission Text

Please consider this a public comment on

BLM's Uncompahgre Field Office Draft Resource Management Plan.

Reference page number or section in RMP (optional):

Title of comment (area or trail name): Dry Creek Basin (Lands with Wilderness Char)

Name: Jim Schwartz

Address: 23 Columbia Way, Montrose CO 81401

Email (optional): jschw@mindspring.com Phone (optional):


Consider answering one or more of these questions:

(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):

(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):

(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):

(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

<([#1 [20.1] I thoroughly enjoyed my hike into Dry Creek Basin. Its primitive nature allowed for a special time in this wonderful riparian environment. The petroglyphs, cliff walls with swallow nests and cottonwoods along with spring flowers (cactus still blooming) all added to the experience. I didn't realize this gem was so close to Montrose and already want to go back. I found out there is an unmaintained motor route thru the area – it's limited we didn't conflict with my experience though I wouldn't want to see it turned into a major motor route. And I highly recommend to others to see it on foot or horseback as there is an intimacy here with nature that is best seen that way.
#1])> I took many pictures and would be happy to share them as well!
JS


Please turn in comments to the BLM by September 1st, 2016
Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP
Or email: uformp@blm.gov


500105_HeuscherE_20161101  Organization: Enno Heuscher
Received: 11/1/2016 12:00:00 AM
Commenter1: Enno Heuscher - Cedaredge, Colorado
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500105_HeuscherE_20161101.htm (500105_HeuscherE_20161101-388595.htm
Size = 3 KB)
Submission Text
Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.
Reference page number or section in RMP (optional):
Title of comment (area or trail name): Dry Creek Baisn
Name: Enno Heuscher
Address: 24601 Sorrento Lane, Cedaredge, CO
Email (optional): epheuscher@netzero.net Phone (optional):
Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to

BLM_0159748

'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):
Summer (June) hike+ photography
<([#1 [20.1] I love the wilderness characteristics of the dry creek area+ support non-maintenance of the trails in this area, as it provides solitude, peace, wildlife seen and enjoyed, and the riparian area is natural. Heard no human motorized noise, no invasive plants seen, which is rare. Also no trash, no grazing effects, probably due to the rougher terrain.
Please consider mapping this as you already have done to keep it as a wilderness character area, and also do at least provide directions to the area so more people can appreciate this area. #1])> I enjoy simply hiking I the wilderness, as John Muir and Aldo Leopold and Thoreau did in the old days

Please turn in comments to the BLM by November 1st, 2016
Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP
Or email: uformp@blm.gov


500106_JesseU_20161101 Organization: Ulli Lir Jesse
Received: 11/1/2016 12:00:00 AM
Commenter1: Ulli Lir Jesse - Ridgeway, Colorado 81432
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500106_JesseU_20161101.htm (500106_JesseU_20161101-388596.htm Size = 3 KB)
Submission Text
Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.
Reference page number or section in RMP (optional):
Title of comment (area or trail name): Camelback WSA (addition)
Name: Ulli Lir Jesse
Address: 520 S. Amelia, Ridgeway, CO 81432
Email (optional): UlliLirjesse@gmail.com Phone (optional): 907-729-2590
Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential
data and resource knowledge when possible):

(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):

(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

I am a 65 year old woman who has lived in the area since 1986.<([#1 [40.1] I love to hike, birdwatch and find solitude in the wilderness area. I hiked into the Camelback Wilderness this spring and loved the rock formations, bird species and solitude.

Please do not develop for oil and gas and please use the recommendation under Alternative B. Preserving this area for future generations is important to allow many more people to enjoy this area.

If more tire tracks were to destroy the soil there it would take away from the senic and quiet use of this area.

Also Robideau Creek is a haven for wildlife and fish.

#1])> <([#2 [32.1] I applaud your decision to discontinue open OHV use across the field office. #2])>

Thank you

Ulli

Please turn in comments to the BLM by November 1st, 2016
Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP
Or email: uformp@blm.gov

500107_PriceJ_20161101 Organization: David Price
Received: 11/1/2016 12:00:00 AM
Commenter1: David Price - Fruita, Colorado 81521
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500107_PriceJ_20161101.htm (500107_PriceJ_20161101-388597.htm Size = 3 KB)
Submission Text
Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.
Reference page number or section in RMP (optional):
Title of comment (area or trail name): Potter and Monitor
Name: David Price
Address: 1158 Primrose Ln, Fruita, CO 81521
Email (optional): Phone (optional):
Consider answering one or more of these questions:

(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel
management, etc):
<([#1 [40.1] Potter and Monitor Hiked canyon bottoms 7/17/16, a Sunday morning/afternoon. Fortunate to find solitude w/in easy access of Delta. Quiet areas, mostly free from the sounds and sights of civilization becoming increasingly rare.
I was also impressed with the diversity of the riparian area from understory shrubs to canopy of narrow-leaf cottonwood, juniper, oak, ponderosa pine and pinyon pine. Quality riparian habitat, especially on the Colorado Plateau are important for wildlife and birds. Even at midday in the extreme heat of summer, I was able to identify 18 bird species in a couple of hours.
I support BLM policies that emphasize protection of non-extractive uses and protection of resources habitat diversity, water quality, archeological places, wildlife, views and soundscape. #1])>
Please turn in comments to the BLM by September 1st, 2016
Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP
Or email: uformp@blm.gov


500108_BaerD_20161101  Organization: Daniel Baer
Received: 11/1/2016 12:00:00 AM
Commenter1: Daniel Baer - Montrose, Colorado
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500108_BaerD_20161101.htm (500108_BaerD_20161101-388598.htm Size = 2 KB)
Submission Text
Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.
Reference page number or section in RMP (optional):
Title of comment (area or trail name): Potter Creek/Monitor Creek
Name: Daniel Baer

Address: 343 N First St, Montrose, CO
Email (optional):  montanadan44@hotmail.com  Phone (optional):  _____
Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking,  camping,
photography,  etc):
(2) What do you like  about this area/trail?  (Close to home, wildlife,  historic  sites, scenic views,
etc. include  experiential
data and resource knowledge  when possible):
(3) With what aspects of BLM's findings  do you agree and/or disagree and why?  (You may
which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental  Concern' or 'Route Density',
etc. Please be specific
where possible,  and think  in terms of "cause" and "effect"):
(4) Additional  Comments (Please consider adding  comments on adjacent  or overlapping
routes/areas, travel
management, etc):
Potter Creek/Monitor Creek
We hiked this canyon in July. There was water in the creek but no ruts+ tire tracks. The only
erosion+ debris was from the last good flash flood. We had a member of our group who
explained  dinosaur tracks and pointed  out their locations.
This area is close to home with reasonable easy access, but it feels very remote. I hope we can
preserve that.
Please turn in comments  to the BLM by September 1st 2016
Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP
Or email: uformp@blm.gov


500109_HeuscherE_20161101  Organization:  Enno Heuscher
Received:  11/1/2016  12:00:00  AM
Commenter1:  Enno Heuscher - Cedaredge, Colorado
Organization1:
Commenter Type: Individual
Classification:  Substantive
Submission  Category: Unique
Submitted  As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500109_HeuscherE_20161101.htm  (500109_HeuscherE_20161101-388599.htm
Size = 3 KB)
Submission  Text
Please consider this a public  comment on
BLM's Uncompahgre  Field Office Draft Resource Management Plan.
Reference page number or section in RMP (optional):
Title of comment (area or trail name): Potter and Monitor  Canyons
Name: Enno Heuscher
Address: 24601 Sorrento  Lane, Cedaredge, CO

Email (optional): epheuscher@netzero.net Phone (optional): 907-856-4226

Consider answering one or more of these questions:

(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):

(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential

data and resource knowledge when possible):

(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to

'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific

where possible, and think in terms of "cause" and "effect"):

(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

<([#1 [40.1] Potter and Monitor Canyons Hike in August 2016, loved the riparian isolation and varied vegetation (small-leaf cottonwood, oakbrush, ponderosa pine, blue gamma grass, other grasses. Nobody had hike this area for 2-3 weeks based on no fresh tracks, suggesting good for WSA or wilderness designation. No evidence of coal seams or historic mining activity. No power lines or pipelines in this area, and no evidence of motor vehicle use, even by the ranchers. Numerous transient floods have kept the "wilderness" in this area, and would prevent any potential development for housing etc. Also passed some dinosaur tracks in the Potter canyon area. #1])>

Please turn in comments to the BLM by November 1st, 2016

Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP

Or email: uformp@blm.gov


500110_TrowbridgeD_20161101 Organization: Debora Trowbridge

Received: 11/1/2016 12:00:00 AM

Commenter1: Debora Trowbridge - Delta, Colorado 81416

Organization1:

Commenter Type: Individual

Classification: Substantive

Submission Category: Unique

Submitted As: Regular mail

Form Letter Category: Unique

Form Letter Master:

Current Task: Review Assigned/Due: ewozniak

Attachments: 500110_TrowbridgeD_20161101.htm (500110_TrowbridgeD_20161101-388600.htm Size = 3 KB)

Submission Text

Please consider this a public comment on

BLM's Uncompahgre Field Office Draft Resource Management Plan.

Reference page number or section in RMP (optional):

Title of comment (area or trail name): Potter/Monitor Canyon

Name: Debora Trowbridge

Address: PO Box 908 Delta CO 81416
Email (optional):  Phone (optional):
Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):
<([#1 [40.1] Potter/Monitor Canyon July 17, 2016 Hiking trip. I love the fact that it is so close to Delta. I am newer to the area and have been looking for places close by. It has lots of options with trails following the rivers and up on the mesas. I've been excited to see a variety of birds, such as kestrels, and trees – small leaf cotton. The rock formations are very interesting, too, with the sighting of dinosaur prints, who would have thought that they existed so close to Delta?! This area is great. It's quiet, peaceful, and the breeze is great. It's interesting to see how high the water levels have got in the rivers. I've found several large rocks that have obviously been water/weather worn. It would be wonderful to protect and preserve this area for more folks to enjoy. It's nice to have a place close to home without roads, power poles, and other signs of civilization. Great place to spend the day. #1])>

Please turn in comments to the BLM by September 1st, 2016
Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP
Or email: uformp@blm.gov


500111_MebarryJ_20161101  Organization: Jane McGarry
Received: 11/1/2016 12:00:00 AM
Commenter1: Jane McGarry - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500111_MebarryJ_20161101.htm (500111_MebarryJ_20161101-388601.htm Size = 3 KB)
Submission Text
Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.

Reference page number or section in RMP (optional):
Title of comment (area or trail name): Camelback Addition  – Monitor, Potter & Roubideau
Name: Jane McGarry
Address: 1755 Harding Rd. Paonia, CO 81428
Email (optional): westelk@tds.net Phone (optional):
Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):
<([#1 [40.1] Camelback Addition  – Monitor, Potter & Roubideau
I enjoy mtn. biking and hiking in this area. It is quiet and peaceful – I never see other recreationists once I leave the parking lot. Bird watching is ver good, both canyon birds and riparian birds along two creeks. Lush stands of narrow-leaf cottonwood and skunkbush. Good birds on the mesa tops also – and pronghorn. These mesa-top environments should be protected in their own right as wildlife corridors.
In the canyon bottoms the riparian zones are healthy and beautiful. A few remnant Ponderosa pines in the bottom are unique.
All in all this area deserves wildness- level protection, especially as it is contiguous with the Camelback WSA.
#1])>

Please turn in comments to the BLM by September 1st, 2016
Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP
Or email: uformp@blm.gov

500112_BallantyerM_20161101 Organization: Mary Ballantyer
Received: 11/1/2016 12:00:00 AM
Commenter1: Mary Ballantyer - Montrose, Colorado
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500112_BallantyerM_20161101.htm (500112_BallantyerM_20161101-388602.htm Size = 3 KB)

Submission Text
Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.
Reference page number or section in RMP (optional):
Title of comment (area or trail name): Roubideau
Name: Mary Ballantyer
Address: 16081 6100 Road
Email (optional): marybofwe@gmail.com Phone (optional): 970-249-1346
Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel
management, etc):

<([#1 [40.1]
Roubideau
1) I have been here in the last winter and early summer, hiking + photographing
2) I like the area because it is close to home (Montrose) and can be visited in the winter. Views are spectacular and walking next to a creek is always fun. I have not seen bighorns although I understand they are often there. Also I have not seen Indian artifacts though they are known to be there. Having to cross the stream (wade through) is thrilling + somewhat challenging, and permits more solitude for anyone wanting to get their feet wet. I plan ahead. I know some of the descents of early pioneers who trailed cattle through here while makes it more interesting. Some day I would like to go all the way up through the forest to the road and shuttle back down. I would like this area to have protection and management of wilderness so that I can be enjoyed perpetually.
#1])>


500113_OlivierH_20161101 Organization: Helen Olivier
Received: 11/1/2016 12:00:00 AM
Commenter1: Helen Olivier - Ouray, Colorado 81427
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail

Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500113_OlivierH_20161101.htm (500113_OlivierH_20161101-388603.htm Size = 3 KB)
Submission  Text
Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.
Reference page number or section in RMP (optional):
Title of comment (area or trail name): Camelback Addition
Name: Helen Olivier
Address: PO Box 306, Ouray CO 81427
Email (optional): Phone (optional): 970-325-4116
Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel
management, etc):
<([#1 [40.1]
Camelback Addition Winter and spring great hiking and backpacking – wonderful riparian walk along the creeks with wide variety of plants and trees – freemont cottonwood, skunkbrush. One sees plenty of habitat connectivity places for the animals to get down to permanent streams and the riparian areas around them. There are plenty of opportunities to explore off the main trail to experience wildlife evidence, photos, old trails and their history. Going out with WCC in spring 2014 let me know a lot more about the area. Lots of interesting geology.
I would like to see the Camelback addition coming into existence with the canyon walls included up to the top and hopefully some resource protection on the mesas.
All in all it is a beautiful area deserving long term protection. Setting ½ way up a mesa writing this with no roads in sight or other people sums this up.
#1])> Please turn in comments to the BLM by September 1st, 2016
Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP
Or email: uformp@blm.gov


500114_MeadeD_20161101 Organization: David Meade
Received: 11/1/2016 12:00:00 AM
Commenter1: David Meade - Hotchkiss, Colorado
Organization1:

Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500114_MeadeD_20161101.htm (500114_MeadeD_20161101-388604.htm Size = 3 KB)
Submission Text
Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.
Reference page number or section in RMP (optional):
Title of comment (area or trail name): Camelback Addition
Name: David Meade
Address: 38804 Stucker Mesa, Hotchkiss, CO
Email (optional): Phone (optional):
Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel
management, etc):
<([#1 40.1] Camelback Addition I am fortunate to have visited this area.
The scenery, plant diversity, and historic significance I believe warrants this area be protected.
One gets the impression that they are in a secluded wilderness, when in fact they area only a few
mile from densely populated areas. #1])>
<([#2 40.1] I would like to see the top of Monitor Mesa fully protected and managed well.
#2])> <([#3 27.1] ATV use is widespread on the Uncompahgre.
It would be fortunate if this are could be protected from this invasive and damaging activity.
#3])>
Please turn in comments to the BLM by September 1st, 2016
Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP
Or email: uformp@blm.gov


500115_JonesD_20161101 Organization: David L. Jones
Received: 11/1/2016 12:00:00 AM
Commenter1: David L. Jones - Ridgeway, Colorado

Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500115_JonesD_20161101.htm  (500115_JonesD_20161101-388930.htm  Size = 2 KB)
Submission Text
Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.
Reference page number or section in RMP (optional):
Title of comment (area or trail name): Camel Back Addition
Name: David L. Jones
Address: 700 Saber Dr
Email (optional): davidlanierjones@gmail.com  Phone (optional): 240-454-7398

Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel
management, etc):

May 2014
Hiking upstream from the parking area along the stream, the wildflowers were beautiful There were no other people and only the sounds of wind and stream. It is a beautiful area. Sitting on the side of the canyon, high, overlooking the stream and the existing Camel Back protected area, I fee solitude and peace. Scrambling through the rocks below the rim was a great exercise with great wildflowers and native vegetation. Pristine wilderness close to home.
Please protect the Monitor Creek and Potter Canyons, preserving their beauty and a great spot for isolated hiking and camping. Preserving part of the interconnecting mesa top, allowing it to return to a more natural and wild state also seems optimal. Opening these canyons to livestock or motorized travel would ruin their wild states for at least our lifetimes.
Thanks!
David J

BLM_0159759

Please turn in comments to the BLM by November 1st, 2016
Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP
Or email: uformp@blm.gov


500116_ChamberlinJ_20161101 Organization: Judith Chamberlin
Received: 11/1/2016 12:00:00 AM
Commenter1: Judith Chamberlin - Ridgeway, Colorado 81432
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500116_ChamberlinJ_20161101.htm (500116_ChamberlinJ_20161101-
388942.htm Size = 3 KB)
Submission Text
Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.
Reference page number or section in RMP (optional):
Title of comment (area or trail name): Camel Back Addition
Name: Judith Chamberlin
Address: 700 Sabeta Dr. Ridgeway, CO 81432
Email (optional): JudiChamberlin@gmail.com Phone (optional): 240-454-1399
Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping,
photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views,
etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may
which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density',
etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping
routes/areas, travel
management, etc):
<([#1 [9.1] I hiked in the Roubideau area- Potter-Monitor Canyon in Spring, May 2014 and like
the quiet, opportunity for solitude and wildlife viewing (rare animal viewing due to the riparian
area) bird watching, and rare plant species that I saw during my hike. I saw no other persons
during my hike, including no ATV's, heard no traffic or airplane noise. The Fremont
cottonwood/ skunk sumac riparian woodland should be protected as a habitat connectivity area-

connecting lower elevation scrub lands with mesa tops as well as connecting this area with conservation areas to the north and to camel back wilderness study area to the south. This area seems to meet BLM's ACEC designation and should be protected as such. #1])>
Please turn in comments to the BLM by November 1st, 2016
Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP
Or email: uformp@blm.gov


500117_VanWestR_20161101  Organization: Rein van West
Received: 11/1/2016 12:00:00 AM
Commenter1: Rein van West - , Colorado
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500117_VanWestR_20161101.htm (500117_VanWestR_20161101-388944.htm Size = 3 KB)
Submission Text
Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.
Reference page number or section in RMP (optional):
Title of comment (area or trail name): Camelback Addition
Name: Rein van West
Address: 453 Cty Rd 5
Email (optional): Phone (optional): 790 626-9702
Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel
management, etc):
<([#1 [9.1] In hiking through the Robideau/Potter/Monitor ACEC I have been amazed by the diversity of the plant and arboreal life! I had no idea there was such an active wetlands and riparian streambed in this area. Granted, it was May, when one could expect some runoff from the plateau, but the volume was astonishing and wonderful. I was particularly pleased with the

solitude and silence of the area, too. There were no other groups that I came across – which would have been fine – no problem – but nice to know that solitude was available. The richness of the emerging flowers was marvelous too.

I would strongly recommend that the Robideaux/ Potter/ Monitor ACEC be protected all the way up from the canyon bottom to the top of the rim. I believe this is an exceptional area encompassing the resource values needing protection. #1])> Thank you!

Please turn in comments to the BLM by September 1st, 2016
Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP
Or email: uformp@blm.gov

500118_DayB_20161101  Organization: Bill Day
Received: 11/1/2016  12:00:00 AM
Commenter1: Bill Day - Hotchkiss, Colorado
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500118_DayB_20161101.htm  (500118_DayB_20161101-388945.htm  Size = 3 KB)
Submission Text
Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.
Reference page number or section in RMP (optional):
Title of comment (area or trail name): Monitor, Potter, Roubideau Creeks
Name: Bill Day
Address: 28478 Hwy 92. Hotchkiss
Email (optional): billday@paonia.com Phone (optional):
Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel
management, etc):

<([#1 [20.1] Monitor, Potter, Roubideau Creeks I support the LWC designation for the creek bottoms. All the canyons have very good natural veg + wildlife habitat. #1])> <([#2 [39.1] All creeks should be WSRs. #2])> <([#3 [9.1] Monitor Mesa, between Potter+Monitor should be designated ACEC or Ecological Emphasis Area to minimize future development of the mesa top. Development on rims is detremental to wildlife + unmotorized travelers below. The natural veg with few weeds is a great migratory bird habitat + bighorn habitat. #3])>

Please turn in comments to the BLM by September 1st, 2016

Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP

Or email: uformp@blm.gov

500119_StephensonJ_20161101 Organization: Jim Stephenson

Received: 11/1/2016 12:00:00 AM

Commenter1: Jim Stephenson - Ridgeway, Colorado 81432

Organization1:

Commenter Type: Individual

Classification: Nonsubstantive

Submission Category: Unique

Submitted As: Regular mail

Form Letter Category: Unique

Form Letter Master:

Current Task: Review Assigned/Due: ewozniak

Attachments: 500119_StephensonJ_20161101.htm (500119_StephensonJ_20161101-388946.htm Size = 2 KB)

Submission Text

Please consider this a public comment on

BLM's Uncompahgre Field Office Draft Resource Management Plan.

Reference page number or section in RMP (optional):

Title of comment (area or trail name): Camelback Addition

Name: Jim Stephenson

Address: PO Box 272 – Ridgeway, CO 81432

Email (optional): Phone (optional):

Consider answering one or more of these questions:

(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):

(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential

data and resource knowledge when possible):

(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to

'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific

where possible, and think in terms of "cause" and "effect"):

(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel

management, etc):

BLM_0159763

1 – Hiking  – photographing
2 – this area is near enough to my home that I can enjoy the solitude  and quiet recreation year
around – wildlife  can be seen frequently.
3 – this area need the highest level of protection  possible. The areas up to and possibly  including
mesa tops should  be included  in the protective  areas. – this should be considered for habitat
connectivity.


Please turn in comments  to the BLM by September  1st, 2016
Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP
Or email: uformp@blm.gov


500120_RandallT_20161101  Organization:  Terry Randall
Received:  11/1/2016  12:00:00  AM
Commenter1:  Terry Randall  - Montrose, Colorado  81403
Organization1:
Commenter  Type: Individual
Classification:  Substantive
Submission  Category:  Unique
Submitted  As: Regular mail
Form Letter Category:  Unique
Form Letter Master:
Current Task: Review Assigned/Due:  ewozniak
Attachments:  500120_RandallT_20161101.htm  (500120_RandallT_20161101-388947.htm  Size
= 3 KB)
Submission  Text
Please consider this a public  comment on
BLM's Uncompahgre  Field Office Draft Resource Management  Plan.
Reference  page number or section in RMP (optional):
Title of comment (area or trail name): Camelback addition  area
Name: Terry Randall
Address: 60951 Kansas Rd. Montrose 81403
Email (optional):  tlr1556@gmail.com  Phone (optional):
Consider  answering one or more of these questions:
(1) Describe the area and your historical  use/activities  there (Time of year and hiking,  camping,
photography,  etc):
(2) What do you like  about this area/trail?  (Close to home, wildlife,  historic  sites, scenic views,
etc. include  experiential
data and resource knowledge  when possible):
(3) With what aspects of BLM's findings  do you agree and/or disagree and why? (You may
which to speak to
'Recreation Management Areas', 'Areas of Critical  Environmental  Concern' or 'Route Density',
etc. Please be specific
where possible,  and think  in terms of "cause" and "effect"):
(4) Additional  Comments (Please consider  adding  comments  on adjacent or overlapping

routes/areas, travel
management, etc):

I<([#1 [20.1] [9.1] have hiked and ridden horseback several times into the Robideau-Potter
Creek area, including the tops of the Winter and Monitor mesas. In the spring there are
wildflowers I don't get to see in the mountain areas. In the fall this area is close enough to home
to see fall colors when I don't have to drive far.

I would like to see this area designated as LWC for the creek beds but also the Mesas as ACEC
to protect and buffer the creek areas. This buffer would prevent civilization from destroying the
wilderness experience and driving off wildlife. At lease part of the Monitor Mesa should be
preserved to provide a wildlife corridor without inroads of vegetation control and fencing by
grazing cows and sheep owners. #1])> Please turn in comments to the BLM by September 1st,
2016

Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP

Or email: uformp@blm.gov


500121_OlivierR_20161101  Organization: Robert Olivier
Received: 11/1/2016 12:00:00 AM
Commenter1: Robert Olivier - Ouray, Colorado 81427
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500121_OlivierR_20161101.htm (500121_OlivierR_20161101-388950.htm  Size =
2 KB)
Submission Text
Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.
Reference page number or section in RMP (optional):
Title of comment (area or trail name): Camelback Addition
Name: Robert L. Olivier
Address: PO Box 306, Ouray CO 81427
Email (optional): Phone (optional):


Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping,
photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views,
etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may
which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density',

etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel
management, etc):

Hiked to the top of monitor mesa on 5/10/14. Chose this area because of: 1. Solitude: very wild no human activity in view. 2. Appreciation of natural vegetation and wildlife. 3. Wanted to observe an area of historical interest.
I feel that the wild nature of this area should be maintained and increased. In particular the wild canyon bottom and riparian zone needs to be protected by extending the protection to include the canyon walls. If possible, the protection should be extended to include parts of the top of the mesa.

Please turn in comments to the BLM by September 1st, 2016
Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP
Or email: uformp@blm.gov


500122_HaefnerJ_20161101  Organization: Jane Haefner
Received: 11/1/2016 12:00:00 AM
Commenter1: Jane Haefner - Ridgway, Colorado 81403
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500122_HaefnerJ_20161101.htm (500122_HaefnerJ_20161101-388951.htm Size = 3 KB)
Submission Text
Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.
Reference page number or section in RMP (optional):
Title of comment (area or trail name): Camelback addition
Name: Jane Haefner
Address: 13335 CR1, Ridgway, CO 81403
Email (optional): Phone (optional):
Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may

which to speak to

'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific

where possible, and think in terms of "cause" and "effect"):

(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel

management, etc):

On this 10 May 2014 hike at WCC in the Camel back addition area, my personal interest is purely visual. <([#1 [9.1] [20.1] We are surrounded by such unique landscape that can only and truly appreciated by foot. I realize land may be used for multi purpose reasons, but the Camelback WSA addition is a prime pristine area from the creeks up to the mesa rims. Wildlife, plants, birds, solitude and lack of civilization is an experience that should remain available to all. We would like to see this area managed for its wilderness characteristics and support and LWC and ACEC designation. #1])>

Please turn in comments to the BLM by November 1st, 2016

Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP

Or email: uformp@blm.gov


500123_VanWestJ_20161101 Organization: Jan van West

Received: 11/1/2016 12:00:00 AM

Commenter1: Jan van West - Ridgway, Colorado

Organization1:

Commenter Type: Individual

Classification: Substantive

Submission Category: Unique

Submitted As: Regular mail

Form Letter Category: Unique

Form Letter Master:

Current Task: Review Assigned/Due: ewozniak

Attachments: 500123_VanWestJ_20161101.htm (500123_VanWestJ_20161101-388952.htm

Size = 2 KB)

Submission Text

Please consider this a public comment on

BLM's Uncompahgre Field Office Draft Resource Management Plan.

Reference page number or section in RMP (optional):

Title of comment (area or trail name): Camelback Addition

Name: Jan van West

Address: 453 Cty Rd. #5 Ridgeway, CO

Email (optional): Phone (optional):

Consider answering one or more of these questions:

(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):

(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential

data and resource knowledge when possible):

BLM_0159767

(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel
management, etc):
Winter, spring and fall hiking is incredible in this area. <([#1 [9.1] The Roubideau - monitor - potter ACEC is necessary to protect this area by expanding the canyon's rims and up onto Monitor Mesa. The plant community is incredible – all kinds of relationships between the plants are in place from the Cottonwood communities up into the Pinion/Juniper and the Mesa Tops as well. Riparian too! Great opportunities here for solitude – for habitat to be protected! I had such a beautiful time in this exquisite (and rare) area!
Please keep it as it is by implementing the ACEC for this area! #1])>

Please turn in comments to the BLM by September 1st, 2016
Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP
Or email: uformp@blm.gov

500124_TembrockB_20161101 Organization: Bill Tembrock
Received: 11/1/2016 12:00:00 AM
Commenter1: Bill Tembrock - , Colorado
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500124_TembrockB_20161101.htm (500124_TembrockB_20161101-388954.htm
Size = 2 KB)
Submission Text
Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.
Reference page number or section in RMP (optional):
Title of comment (area or trail name): Camelback Addition
Name: Bill Tembrock
Address: 11092 3300 Rd
Email (optional): Kbtembrock@TDS.net Phone (optional): 970-872-3987

Consider answering one or more of these qKbtembrock@TDS.netuestions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views,

etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may
which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density',
etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping
routes/areas, travel
management, etc):

All of Camelback, Potter and Monitor I visit and hike in year around.
Scenery, wildlife, vegetation, solitude, wilderness are all important.
All of the river bottom, canyons and mesa tops must be included and saved.
No place in Colorado has this unique value, please protect it.
Bill Tembrook


Please turn in comments to the BLM by September 1st, 2016
Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP
Or email: uformp@blm.gov


500125_SchwartzJ_20161101 Organization: Jim Schwartz
Received: 11/1/2016 12:00:00 AM
Commenter1: Jim Schwartz - Montrose, Colorado 81401
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500125_SchwartzJ_20161101.htm (500125_SchwartzJ_20161101-388956.htm
Size = 3 KB)
Submission Text
Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.
Reference page number or section in RMP (optional):
Title of comment (area or trail name): Camelback WSA Addition
Name: Jim Schwartz
Address: 23 Columbia Way Montrose, CO 81401
Email (optional): jschw@mindspring.com  Phone (optional): 9288533641
Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping,
photography, etc):

(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel
management, etc):
<([#1 [20.1] After hiking in Potter and Monitor canyons for the first time – what an incredible place. I can see the addition of it as Lands With Wilderness characteristics as something worthy. If felt primitive and remote yet accessible from nearby towns. The riparian areas provide important habitat plus adding this will provide connectivity to the existing Camelback WSA. Some proposals for further protection could further ensure this great place stays special. #1])> It also looks like a solution can be achieved that allows ranching to continue on the mesas – something I also value.
I look forward to frequent future visits.

Please turn in comments to the BLM by September 1st, 2016
Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP
Or email: uformp@blm.gov

500126_GoldmanA_20161101 Organization: Andrew Goldman
Received: 12/15/2016 1:17:50 PM
Commenter1: Andrew Goldman - Montrose, Colorado 81403 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500126_GoldmanA_20161101.htm (500126_GoldmanA_20161101-388815.htm
Size = 3 KB)
Submission Text
Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.
Reference page number or section in RMP (optional):
Title of comment (area or trail name): Camelback WSA Addition
Name: Andrew Goldman
Address: 58657 Meadow Lane, Montrose, CO 81403
Email (optional): fishman2@montrose.net  Phone (optional): 9202759815

Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel
management, etc):


1) <([#1 [40.1] Have visited the confluence of Poltes and Monitor Canyons in the spring of 2014. Hiking in the area approximately 4 miles in. It is easily accessible to the trailhead via 4wd. It is a beautiful unspoiled Canyon/Mesa system with incredible rock formations and canyon vistas from the mesa top. When hiking with our party we saw no other individuals so the opportunity for solitude is likely there. This area shows little evidence of human disturbance except for the impact of cattle grazing (trail erosion, fencing). There was no sound of airplanes or offroad vehicles. Lots of wildflowers were in bloom at the time of our visit. Hiking to the top of monitor mesa provided opportunity for a more primitive trail, bushwhacking experience. It is one of the nicest riparian woodland areas I have hiked in this part of Colorado, and it is accessible enough that an older person like myself can experience its remoteness without much difficulty. I would like to see the WSA managed as a LWC or at least an ACEC from the top of Monitor Mesa as this represents a larger and natural contiguous land boundary and is contiguous with Camelback WSA. The areas connectivity to both the Roubideau WSA and the Camelback WSA makes it ripe for repeated and varied exploration on foot or horseback. Its suitability as a bird sanctuary was evident. #1])>


Please turn in comments to the BLM by November 1st, 2016
Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP
Or email: uformp@blm.gov


500127_HallT_20161101 Organization: Tina Hall
Received: 11/1/2016 12:00:00 AM
Commenter1: Tina Hall - Crawford, Colorado 81415 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:

Current Task: Review Assigned/Due: zghali
Attachments: 500127_HallT_20161101.htm (500127_HallT_20161101-388809.htm  Size = 1 KB)
Submission  Text
To whom it may concern,
I have to ask why? Why jeopardize our sustainable life here: organic food, renewable energy, creative coalition.
We are making life work in the face of global warming.
Our precious water supply can't support support(sic) water guzzling fracking let alone contamination.
Fracking is in the past it's a dinosaur. BLM be visionary. Keep it simple: no oil and gas leasing.
Sincerely,
Tina Hall
907-778-9324
1494 3350 Rd
Crawford, CO 81415


500128_TaylorR_20161101  Organization: Ray Taylor
Received: 11/1/2016 12:00:00 AM
Commenter1: Ray Taylor - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission  Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500128_TaylorR_20161101.htm (500128_TaylorR_20161101-388804.htm  Size = 1 KB)
Submission  Text
The North Fork Valley being an incredible place, needs to be protected from just on industry that can be so damaging. Jumbo mtn. is used by so many townspeople, plus drawing people that come here specifically to bike and hike. This is such and important resource to our valley. Our land value and investment we have made with our own sweat equity, we feel with gas fracking, will devalue our property values. We have farmed 22 acres for 13 years. We need our clean water, clean air, we are the biggest organic producers in the state. The Minnesota creek corridor is an important water shed that should be off limits to any gas development. The town of Paonia's water source above town should be taken off any development. As property owners at the bottom of Jumbo Mtn. we are very concerned. Thank you for reading concerns we would recommend the B1 alternative.
Ray Taylor
41993 Minnesota Creek Rd
Paonia, CO 81428

BLM_0159772

500129_KoontzW_20161018  Organization: Town of Hotchkiss, Wendella Koontz
Received: 10/18/2016  12:00:00  AM
Commenter1: Wendella Koontz - Hotchkiss, Colorado 81419
Organization1:Town  of Hotchkiss
Commenter Type: Local Government
Classification: Substantive
Submission  Category: Unique
Submitted  As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 20161018_KoontzW_20161018.htm (500129_KoontzW_20161018-388475.htm
Size = 216 KB)
Submission  Text
Town of Hotchkiss
276 W Main St.- P.O. Box 369
Hotchkiss, Colorado 81419
(970) 872-3663

WENDELLA. KOONTZ
Mayor
MARLENE SEARLE
Town Clerk

Project Manager, Uncompahgre RMP
Bureau of Land Management
Uncompahgre Field Office
2465 South Townsend Ave.
Montrose, CO 81401

October 18, 2016

RE: Uncompahgre Field Office Draft Resource Management Plan

To Whom It May Concern:
The Town of Hotchkiss, a small rural statutory Town in Delta County is writing to
provide comments for the Uncompahgre Field Office's Draft Resource Management Plan
(RMP). Additionally  the Town is providing copies of our Master Plan, updated in 2010 and our
Source Water Protection Plan adopted in 2015. Both documents are specific and relevant to
management of BLM lands in the Hotchkiss area. This letter is being provided after discussion,
review and approval by the Town of Hotchkiss Board of Trustees at our October 13, 2016
regular meeting of the Board.
Situated along the North Fork of the Gunnison River, the Town of Hotchkiss has a
population of less than one thousand people. Coal Mining and Agricultural are important
economic drivers for the Town and the surrounding area. A decrease in coal mining activity in
the North Fork Valley and within Delta and Gunnison Counties has severely depressed economic

activity and growth in Hotchkiss. The recent closing of two coal mines in the North Fork Valley has resulted in in the loss of at least 600 direct jobs. The complete economic impact of these mines closing is not yet fully known; nevertheless, it is possible that these mine closures may result in in the loss of up to 3,200 jobs. <([#2 [30] Management of BLM mineral resources for responsible

development will continue to be an important part of the Hotchkiss economy.

Many large cattle ranching operations and numerous small acreage, traditional and organic farms and orchards exist in the North Fork Valley around Hotchkiss. These agricultural businesses depend on BLM and USFS grazing leases, clean water for irrigation and domestic use, and maintaining productive lands. The Hotchkiss community depends on the effective management of public lands and resources to sustain these agricultural entities. #2])>

TRUSTEES

Lindee Cantrell, John Marta, Mary Hockenbery, James Roberts, Thomas Wills, Larry Jakubiak

A recent trend also indicates the increasing importance of retirees and transfer of retirement income to the community and local economy. <([#1 [3] Access to public land through trails,

boat ramps and preservation of open spaces is important for quality of life considerations. Development of those resources and recreational opportunities will be of increasing importance of the Town and community of Hotchkiss.

These issues and others lead the Trustees to respectfully request that the BLM continue work on this document and consider adopting an alternative, or blend of existing alternatives, that address the concerns of the citizens of the Town of Hotchkiss for the present and future. These would include:

Protection of municipal, personal and irrigation water resources as noted in the Town of Hotchkiss' Source Water Protection Plan.

Sustaining and developing economic opportunities that promote a vibrant economy, schools, and communities. Hotchkiss citizens, through their Master Plan, endeavor to grow the community with further development of trails and recreational opportunities.

Further development of Public Access and Recreation including improved access to rivers. These areas include:

1. Improved trails, parking, and signage on BLM lands south of Hotchkiss High School. This includes motorized, non-motorized, and bicycle trails for all to enjoy.

2. Development of river access and camping opportunities on BLM managed lands along the North Fork River.

3. Continued access for livestock grazing on BLM managed lands within the UFO area.

4. Responsible solid and fluid mineral development that minimizes impacts to the competing public land resources and protects personal property rights. Examples would be; No Surface Occupancy requirements on private lands with federal mineral estates. Infringes on personal property rights (pg 2-194, Line 336) #1])>

The Citizens and Trustees of the Town of Hotchkiss thank you for your consideration in these matters. Responsible development and protection for public lands in and around our Town is important to us. We will continue to engage with the BLM on the landscape scale and project

specific levels.
Wendell A. Koontz, Mayor and
Hotchkiss Board of Trustees
Town of Hotchkiss

FRED
15.0
12.5
10.0
7.5
5.0
2.5
1990 1992
Source: US. Bureau of Labor Statistics
fred.stlouisfed .org
1994 1996 1998
- Unemployment Rate in Delta County, CO
[IMAGE]
2000 2002 2004 2006 2008 2010 2012 2014 2016
myf.red(g/7Hio


TOWN
OF
HOTCHKISS
COMMUNITY
MASTER
PLAN
PREPARED BY:
THE CITIZENS OF THE TOWN &
THE HOTCHKISS COMMUNITY
THE HOTCKISS PLANNING COMMISSION
THE HOTCHKISS BOARD OF TRUSTEES
Town of Hotchkiss Staff
Kelly Yeager- Land Use Planner
Amended/Updated March, 2012
"THE FRIENDLIEST TOWN AROUND"
"THE HUB OF THE NORTH FORK"

TABLE OF CONTENTS
I. INTRODUCTION
A. Authorization
B Applicability
C Why is a Community Master Plan Needed?
D What is a Community Master Plan?
E What is the Purpose of the Community Master Plan?

BLM_0159775

F What the Community Master Plan is not
G How is a Community Master Plan Used?
H. What was the Planning Process Used to Create the Community Master?
Plan?
II. WHERE WE CAME FROM- HOTCHKISS'S HISTORY RELATING TO
PLANNING AND INFRASTRUCTURE
III WHERE ARE WE NOW?
A. Land
l. Topography
2. Natural Hazards
3. Existing L11nd Use and Development
B People
1. Demographics
2. Housing
3. Economy
C Infrastructure
1. Water
2. Wastewater
3. Transportation
D Community Services & Facilities
1. Public Buildings
2. Parks and Recreation
3. Law & Code Enforcement
4. Fire Protection
5. Ambulance Service
6. Mosquito Protection District
E Current Land Use Regulations

IV. COMMUNITY VISION STATEMENT
A. Why is a Community Vision Statement Important?
D Town of Hotchkiss Community Vision Statement

V. COMMUNITY MASTER PLAN GOALS, POLICIES,
IMPLEMENTATION STRATEGIES AND TIME LINE
A. Public Facilities and Services Goal
B Transportation Goal
C Economic Development Goal
D Downtown Commercial Center Goal
E Recreation Goal
F Small Town Atmosphere Goal
G Land Use Planning Goal
H Senior Citizens Goal
I Community Spirit Goal
J Tourism Goal

VI. COMPONENTS & IMPLEMENTATION OF THE COMMUNITY

MASTERPLAN
A Implementation Tools - "How Do We Get to Where We Want to Go"
B Things We Do Not Want to See Changed
C -Intergovernmental Agreement with Delta County
D Annexation
E Existing Land Uses and Patterns

VII APPENDICES
A Demo graphics
B Three Mile Area Planning Map
C Hazard Area Map
D Existing Land Use Map
E Future Land Use Pattern Map
F Additional Water Supply Data
G Water Service Area
H Housing Needs Assessment for Delta County
I Engineering Memo on Sewer Capacity
J Additional Maps and Resources

I. Introduction

The Hotchkiss Community Master Plan is an expression of the vision of the citizens of the Town of Hotchkiss and the Hotchkiss Community for the next 10 years. The Town of Hotchkiss Planning Commission's desire was to have the plan be a true representation of the vision of the citizens that they serve. Therefore, they took the time and energy to receive and review public comments from not only the citizens of the Town, but the whole Hotchkiss Community. The Planning Commission held public information/ educational meetings, conducted surveys and input gathering from the citizens with the hope of getting everyone involved and have them give direction to the growth of Hotchkiss in the future.

The citizens learned that planning occurs with or without a master plan. The Planning Commission and the Board of Trusties are saddled with the responsibility of making land use decisions with or without a master plan. It is a job made more difficult in not having the community's input formulized into a master plan to give direction to their land use decisions. They also learned that land use planning affects everyone. We are not islands, we are all in this together and what I do, or receive approval for from the citizens of the Board of Trustees on my property, will affect my neighbors and the community as a whole. Without any input from a master plan based on what the citizens of the town and community desire and envision, it could affect the value, quality of life, cost of living, etc.

Without an adopted master plan., the future of the community is determined based on sometimes arbitrary individual actions taken by decision makers lacking knowledge of the vision of the citizens they serve. The master plan gives the decision makers the needed direction and guidance so that they know the vision of the how the town and community desire to develop in the future.

Therefore the Hotchkiss Community Master Plan is a guide to sound decision making.

BLM_0159777

A. AUTHORIZATION:

Colorado Revised Statutes authorize municipalities (town) to plan their communities as provided by the following statutes:

C.R.S. 31.23.202
C.R.S. 31-23-206
C.R.S. 31-23-207
C.R.S. 31-23-212
Grant of power to municipality
Master Plan
Purposes in view
Jurisdiction

C.R.S. 31-23-206 explains that, "It is the duty of the (planning) commission to make and adopt a master plan for the physical development of the municipality, including any areas outside its boundaries, subject to the approval of the governmental body having jurisdiction thereof, which in the commission's judgment bear relation to the planning of such municipality. When a commission decides to adopt a master plan, the commission shall conduct public hearings, after notice of such public hearings has been published in

a newspaper of general circulation in the municipality in a manner sufficient to notify the public of the time, place, and nature of the public hearing, prior to final adoption of a master plan in order to encourage public participation in and awareness of the development of such plan and shall accept and consider oral and written public comments throughout the process of developing the plan. Such plan, with the accompanying maps, plats, charts, and descriptive matter, shall, after consideration of each of the following, where applicable or appropriate, show the commission 's recommendation for the development of said municipality and outlying areas, including, but not limited to: (a) .... (k)."

C.R.S. 31-23-207 of the Colorado Revised Statutes provides that the Town of Hotchkiss shall make careful and comprehensive surveys and studies of present condition and future growth of the Town, with regard to its relation to neighboring territory The plan shall be made with the general purpose of guiding and accomplishing a coordinated, adjusted, and harmonious development of the municipality and its environs which will, in accordance with present and future needs, best promote health, safety, order, convenience, prosperity, and general welfare, as well as efficiency and economy in the process of development, including, among other things, adequate provision for traffic, the promotion of safety from fire, flood waters, and other dangers, adequate provision for light and air, distribution of population, affordable housing, the promotion of good civic design and arrangement, efficient expenditure of public funds, the promotion of energy conservation, and the adequate provision of public utilities and other public requirements.

C.R.S. 31-23-212 states that, "The territorial jurisdiction of any commission over the subdivision of land includes all land located within the legal boundaries of the municipality and, limited only to control with reference to a major street plan and not otherwise, also includes all land lying within three miles of the boundaries of the municipality not located in any other municipality; except that in the case of any such land lying within five miles of more than one municipality, the jurisdiction of each commission shall terminate at a boundary line equidistant from the respective municipal

BLM_0159778

limits of such municipalities. The jurisdiction over the subdivision of lands outside the boundary of a municipality shall apply equally to any municipality".

B. APPLICABILITY:

The Town of Hotchkiss Community Master Plan is designed to provide guidance for growth in the Town of Hotchkiss. Towns are required by Colorado Revised Statutes (33) 31-12-105 (1) (e) to plan for growth in the surrounding community and the law establishes a three-mile planning area around each municipality. The plan is to make reasonable provisions for the extension of streets, bridges, parks, public utilities, etc. to be provided by the Town of Hotchkiss. However, the Planning Commission realized that it was wise to plan to accommodate reasonable expected future growth, which for a small town like Hotchkiss, does not include all the area within three miles They felt the practical area of future growth would be a much smaller area but would include both sides of Highways 92 and 133 within the three (3) mile area. Therefore, they felt the plan should identify proposed land uses only for the areas they felt to be most likely to grow and ultimately become a part of the town

5

C. WHY IS A COMMUNITY MASTER PLAN NEEDED?

The following statements made by the Planning Commission determine the "why" along with all the comments received from citizens through the planning process:

1) The Town is making decisions without a long range plan for development based on citizen input.
2) The Town needs to know what the community wants and desires for the future.
3) The Town makes decisions that impact the surrounding area as well as the Town.
4) The Town has no plan for the future.
5) The Town has been plugging away for years with little direction, with growth there is a need for direction and planning.
6) The Town has no document that represents the citizens who have lived in the Town and area a long time.
7) The area is becoming a retirement area and planning is needed.
8) It is for the community and not personal.
9) Lastly it is the purpose of the Planning Commission to create a master plan based on citizen input and their mission is to implement the plan.

D. WHAT IS A COMMUNITY MASTER PLAN?

A master plan is a document that defines how a community wants to develop. It is a framework and guide for accomplishing community aspirations and intentions. lt states goals and objectives and recommends courses of action for future growth and development of land, public facilities and services and resource protection. It suggests where housing, businesses, offices, industries, parks and open space, etc. should be located. A master plan is a tool to encourage private investment and guide public investment. It is not law, but a guide based on public input and concerns.

The community master plan is a document that considers all of the complex facets of the Town of Hotchkiss, the things that together make up the town. It considers the neighborhoods, downtown, industrial and commercial areas, as well as roads, highways, parks, open space, recreation, tourism, historic sites, cultural amenities, the environment and anything the community desires to have considered for the future. The key feature of this plan is that it treats all of these many diverse subjects individually, since all these

BLM_0159779

subjects combined, make up the community the plan is an important tool in maintaining the commercial and economic base, provide good public facilities, improving the quality of housing and to guide development based on the vision of the community itself

The master plan reviews the current status of the community, identifies key problems and opportunities facing the town and sets forth goals and objectives based on what the citizens have stated. The Town of Hotchkiss has its own specific identity when compared with other municipalities. The Town is made up of people with many different visions, desires and goals. The Planning Commission addressed this by involving everyone in the process since they wanted the citizens themselves to create a picture of the future of the town for the next 10 to 15 years. The master plan is a description, spelled through the goals and objectives, of how the citizens want the Town to look in the future.
6
The policies and implementation strategies for each of the goals, determined by citizen input, show how the community will be able to achieve each goal.

The Town of Hotchkiss Community Master Plan is:

1) A public guide to community decision making encompassing all geographical parts of the town and all functional elements which bear on physical development
2) An assessment of the community's needs.
3) A statement of community vision, values, goals and objectives, but does not indicate specific locations or detailed regulations.
4) A blueprint for the community's physical development addressing current issues but also looking beyond the present to the problems and possibilities in the future.
5) A public document adopted by the Town of Hotchkiss.
6) Continuously updated as conditions change.

E. WHAT IS THE PURPOSE OF THE COMMUNITY MASTER PLAN?

The principal purpose of the master plan is to be a guide for the achievement of the community's vision and goals. These were created based on the citizen's concerns and comments. The following reasons for a Master Plan are ones determined by the Planning Commission through the planning process:

1) State and promote the community values in the goals, objectives, policies and programs.
2) Establish a planning process to implement the goals, objectives, policies and implementation strategies.
3) Balance competing interests and demands.
4) Provide for coordination in the pattern of development by communicating land use and development policies to citizens, landowners, and developers.
5) Provide a balance between the natural and built environment.
6) Reflect regional conditions and consider regional impacts.
7) Address both current and long range needs based on the community's vision and goals.
8) Provide for the public health, safety and welfare.
9) Provide guidance for the creation of an intergovernmental agreement with Delta County.

F. WHAT THE COMMUNITY MASTER PLAN IS NOT:

The Town of Hotchkiss Community Master Plan is NOT LAW. It is designed to provide

BLM_0159780

guidelines for the future growth and development of the community. It is a tool to be used by the Town for future utility, street and public facilities planning and the annual budget process. It is a tool to be used by the public to provide direction for future growth and development and it is not a regulation.

As a too4 its value is only as good as the amount of use the master plan receives! So please don't put it on the shelf: it is full of valuable information based on public comments, concerns and input that provides a valuable guide for the future growth and

7

development of the town. It is the Town's official roadmap into that future.

G HOW IS THE COMMUNITY MASTER PLAN USED?

Land use planning is a means of achieving community goals through citizen participation and decision making by elected officials based on a desired community vision expressed in the master plan. The master plan is the document that gives direction to the developers and elected officials indicating what the citizens of the Town desire in approving land use applications. Without a master plan, the developers and elected officials are able to only make judgments based on the current regulations and public comments given at the time a specific proposal is reviewed along with their own personal vision of how they see the Town of Hotchkiss developing. The Master Plan is the Community's vision, stored tot future reference.

lt is also fiscally responsible to base major infrastructure financial decisions on well established land use planning. Planning is a statutory responsibility of all towns, since Colorado law recognizes that both public and private investment can yield greater benefits where there is orderly, planned, development based on a master plan.

H. WHAT WAS THE PLANNING PROCESS USED TO CREATE
THE COMMUNITY MASTER PLAN

The process started with the decision of the Hotchkiss Board of Trustees to form a planning commission. With the formation of the planning commission came the goal of creating a master plan for the Town of Hotchkiss, including the community. The primary goal and/or the mission statement for planning commissions are to create and implement a master or comprehensive plan.

The Planning Commission next explored different ways in which to create a master plan The area representative with the State of Colorado, Department of Local Affairs, presented the Planning Commission with an overview of the process and conducted interactive lessons to explain the process of creating a vision based on what the citizens of Hotchkiss desired in the future. At that time, it was determined that the residents of the Town of Hotchkiss and the Hotchkiss Community would become the major players in creating a community master plan that would be real. It would be based on the public's vision and goals and be interactive.

The Planning Commission learned to listen and create a document that would be representative of, and accepted by, the citizens. They learned that the key to the project was citizen input, and acting on that input, so that the citizens would be included in the process and the plan would become a real, useful, document. It was interesting that during the public process used to gather the wishes of the citizens, people were present who realized that the vision and goals of the citizens were real and proceeded to take actions independently to implement some of these goals based on what they had learned through the process.

BLM_0159781

Therefore the whole process was centered on hearing from the citizens through

information gathering public meetings, surveys, written public comments, and Word of mouth. All the comments received were grouped and rated by number received and that is how the vision and goals of the Hotchkiss Community Master Plan were created.

II. Where We Came From: A Brief Overview of Hotchkiss

History Relating to Planning and Infrastructure

The first settlers to the Hotchkiss area arrived in the fall of 1881 following the removal of the native Ute Indians to a new reservation in northern Utah. For the first twenty years, the local economy was mainly based on agriculture and land development along with commercial in-town businesses serving the local population

In 1900, the Town of Hotchkiss was officially incorporated. It was named after the leader of the first settlers. Enos Throop Hotchkiss.

In 1902, the arrival of the Denver and Rio Grand Western railroad spur line into the North Fork gave a huge boost to the fruit industry and especially to what would become the economic engine of the valley – the new - coal mines. The Rogers Mesa area, located to the west of town was, and still is, the major fruit growing center of the Hotchkiss area. At first, the railroad provided both passenger and commercial shipping services but these services were eventually abandoned and at this time the railroad exclusively serves the coal mines of the upper valley.

The Town of Hotchkiss's first domestic water system was completed in 1903 and its first sewer collection system serving the central section of Hotchkiss was completed in 1911. Both systems were made somewhat more necessary due to the original core of the town being constructed in the floodplain of the North Fork of the Gunnison River with its accompanying high water table. The Town's sewage was at first collected and discharged into a ditch, which eventually emptied into the North Fork River. This system was in place until the late 1960's when the Hotchkiss Sanitation District was formed to construct the first wastewater treatment plant south of town. The Town soon took over the functions of the Hotchkiss Sanitation District. A new, larger, plant was completed in 199 7. (See Infrastructure: Sewer- Page/6)

Over the years the domestic water system was converted from a minimally filtered system to a modern treatment plant and delivery system incorporating three treated water storage tanks. From just serving the Town itself, the treatment plant now also serves Rogers Mesa and Hanson Mesa as well. (See Infrastructure: Water- Page 5)

The Town is located at the intersection of State Highway's 92 and 133, which from their beginnings as dirt and gravel roads, have been upgraded over the years to paved two lane highways. In the early years both roads essentially were dead ends, in that the roads over McClure Pass and Black Mesa were very rough and closed in the winter and bad weather. Both highways now provide reliable year round access into and out of the valley. (See infrastructure: Transportation- Page 17)

The Town has never had comprehensive land use planning, but had previously appointed a planning commission and adopted a building code in the 1980's. The code 9

was abandoned in 1990. In 1982, the large Willow Heights subdivision planned unit development was annexed to the Town. In 1983, the Town first attempted to write a Master Plan, and a document was produced, but a decision was made at that time not to

BLM_0159782

incorporate zoning and the plan was never embraced by the Trustees. A second attempt in 1 996 was even shorter lived.

During the 1990's the Town grew by 30% or an average of 3% per year over the decade. (See below and Appendix I). This was almost entirely due to in- fill development with only one new six lot subdivision (Clara Vista).

In 2003, the Board of Trustees approved, and Mayor Larry Jakubiak appointed, a seven member Hotchkiss Planning Commission, with one of its first tasks being the drafting of this Master Plan for the Town of Hotchkiss.

Historic Population Hotchkiss

[IMAGE]

1200
1000
800 • popuiation
600
400
200
0
1900 1910 1920 1930 1940 1950 1960 1970 1980 1990 2000 2010
10

## III. WHERE WE ARE NOW

A. THELAND:

1. General Description - Topography

The Town of Hotchkiss is comprised of approximately 512 acres of land located in three generally distinct areas.

1. The original and expanded Town located on the North side of the North Fork of the Gunnison River and bounded by railroad crossings and a steep rise in the terrain to the east (Hanson Mesa) and to the west (Rogers Mesa). Also at the west edge of Town is a gulch containing Leroux Creek, which flows into the river. To the north the land rises sharply to lower Barrow Mesa, which includes Duke Hill and Knob Hill.

2. Willow Heights/Lower Barrow Mesa is located directly to the north and on a bench of land above the original Town and is comprised of gently sloping and rolling terrain and the large 1982 subdivision of Willow Heights, the 1995 six lot subdivision, Clara Vista -and -in--2006-North Ridge-Meadows Subdivision-with 32--lots. -There is a small portion of the town higher than Clara Vista consisting of the small property upon which the lower water tank is sited and one additional residential property immediately to the northwest and accessed from Barrow Mesa Road.

3. A third separate area of the town consists of Highway 92 on the south side of the river extending to and including the North Fork Pool and Sports Complex and the Hotchkiss High School. This begins at the level of the river side and rises up a gentle hill with the High School being about 100 feet higher in elevation than the river bridge. There are several properties on the southwest side of Highway 92 between the North Fork of the Gunnison River and the High School that have been annexed into the town since 1982.

2. Natural Hazards

Natural Hazard areas within the town consist of the flood plain of the North Fork

BLM_0159783

of the Gunnison River which affects certain parts of the lower and older areas of the town. (See appendices)

There is also a significant flood hazard area along the Short Draw to the east of Coal Road and south to where it enters the town at Lorah Avenue at the Middle School and then down 4th Street, crossing at an angle Main and Bridge Streets and on to the river. There have been flood incidents in the past particularly along Fourth St. caused by two separate factors. 1. Heavy rain to the north of the Fire Mountain Canal. 2. The rupturing of the Fire Mountain Canal itself.

According to the Hotchkiss Fire Department, if a wildfire were to occur in the area north of the canal followed by a heavy rainfall this could result in severe flooding from the Short Draw.

Parts of the Short Draw, the gully to the west of Knob Hill, and the slopes of Duke Hill given the steep slopes and vegetation can also be considered wildfire hazard

11

areas.

Another significant hazard concern would be if the gas storage tanks located to the east of Lorah Lane suffered a massive rupture as consequence of a train derailment east of the Highway 92 crossing or other action of god or man. The gas could possibly flow to the south. (Source: Doug Fritz- Hotchkiss Fire Department)

3. Existing Land Use and Development

Hotchkiss has adopted zoning, and has a variety of land uses throughout the Town. Speaking generally, most of the intensive commercial uses are located adjacent to the Highway 92 (Bridge Street) and Highway 133 corridors.

Industrial/commercial uses. There are also some industrial uses including a juice factory and an auto repair business located adjacent to the Union Pacific Railroad to the North of High Street and west of Coal Road. A slaughter/meat processing business is also located in the same general area on the northern edge of the lower residential area. Several light impact businesses, including an attorney's office and a beauty shop, are located within-the lower residential area. Several private homes on Bridge Street in particular have been converted to commercial use since 1990. This would seem to be a steady ongoing trend. (See appendix map of land uses within the Town)

There is currently a sawmill (industrial use) located adjacent to the annexed portion of Highway 92 south of town, but which is not located inside of the Town boundaries. Within a mile of town limits to the east, on Hanson Mesa, there is a node of conm1crcial uses consisting of an RV park, auto repair/tire sales business, wholesale storage for a Paonia lumber business and a construction company. About one half mile west of town on Highway 92 at 3300 Road one commercial use, self-storage sheds, has been approved by Delta County and an expansion has been under consideration

Multiple units housing. There is one larger apartment located in town and one six unit complex located on Lorah Lane. Some homes have also been converted into individual rental units. 32.7% of all dwelling units in the Town are rental units. (Source: 2010 U.S. Census)

There have been many annexations to the Town in the previous decade, resulting in the addition of two single-family homes and land for a swimming pool and planned recreational complex owned by the North Fork Pool Park and Recreational District The largest residential development within the existing town in the past decade was a six lot

development in 1994-1995 on lower Barrow Mesa (Clara Vista.) and the 32 lot North Ridge Meadows Subdivision in 2006. Most development within town since 1990 has been the building of single family homes on vacant lots or in replacement of existing homes or commercial buildings.

12

## B. THE PEOPLE

### 1. Demographics

The 2006 population of Hotchkiss is estimated to be slightly over 1,000 people according to estimates from the state demographer. The 2000 census count was 968 people. In 2010, according to the U.S. Census figure, Hotchkiss had 944 people. Of the population in 2010 of 944; 706 were age 20 or older including 220 who were over age 60. Median age is 41.1 and 15.8% of the population is over the age of 60. The average household size in 2010 was 2.24 persons.

Most Hotchkiss citizens are Caucasian, with the most significant minority block being those of Hispanic or Latino origin (139- in 201 0), a demographic which increased over the ten years from 2000-2010.

Education- 503 people had a high school degree and 71 people have a Bachelor's or higher degree.

### 2. Housing

In 2010, according to the U.S. Census about 32.7% of all the occupied housing units were occupied by renters and 67.3% of the housing units occupied by homeowners. According to the U.S. Census in 2010 the Hotchkiss housing inventory consisted of:

316 - Single family homes
55 -Multi-family units
100- Mobile Homes (a majority located within three mobile home parks)
471 -Total housing units

Of these, according to the 2010 Census, 49 units were vacant at that time.

A majority (79%) of housing units were built before 1970. 60 units have been built after 1990.

In 2010, (Delta County Board of Realtors) the average sales price for a single family home in Hotchkiss, was $175,000.

There were 138 in-town rental units listed on the 2010 census, with an average rental price of $493/mo. Rent ranges from $493 to $839 per month.

According to conclusions in the Delta County Housing Needs Assessment, there is a lack of affordable housing across Delta County, including Hotchkiss. Hotchkiss has no senior or affordable housing developments. The nearest nursing home facility is located in Paonia.

The source for the figures quoted is.from Colorado Department of Local Affairs, the US Census 2010.

### 3. Economy

The economy of the Town and area is based on several factors with major sources of personal income of residents including transfer of payments (pensions, investments, etc.) being the largest followed by mining, agriculture and tourism.

There were about 100 commercial businesses (based on commercial water

billings) in Hotchkiss in 2010, ranging from industrial to small service businesses. The Town's largest commercial employer (2006) is City Market (grocery store). The two county schools are the largest overall employers within the town, although part of the larger school district.

Average incomes for households in Hotchkiss according to the 2010 census;
Average income is $42,571, per capita is $17,667.

The average median disposable income for Hotchkiss households was $27,804
In Hotchkiss in 2009 there were 29 families and 141 individuals living under the federally designated poverty line.

Most employed people in Hotchkiss commute to other areas to work drove an average of 20.25 minutes to work. (The sources for the figures quoted are from Colorado Department of Local Affairs, the US. Census 2010.)

C. INFRASTRUCTURE: Current Status

1. Water

During 2011, the Town of Hotchkiss Water Treatment plant provided treated water to a total of 869.5 Single Family Residential Equivalent (EQ) taps & 104 Commercial taps (including Hanson Mesa and Rogers Mesa). Total combined water usage in 2011 was: 90,939,000 gallons. This is down from the 102,024,811 gallons used in 2006 (see Appendix III). Total water treated for Rogers Mesa in 2011 was 33,207,000 gallons. Total water treated for Hanson Mesa in 2011 was 4,326,400. Total water treated for the Town of Hotchkiss in 2011 totaled 53,405,600. Total of just the Town owned system (in-town & out of town use) in 2003 was 51,901,811 gallons (Information: Town of Hotchkiss Water System Assessment - 1999 - Consolidated Consulting Services and 2003 Town water usage figures).

The Town of Hotchkiss's present domestic water source is surface water from Leroux Creek. The water in the creek is supplemented by water stored in about 28 separate small reservoirs owned by the Leroux Creek Water Users Association in which the Town owns shares. The Town owns a Number One decree right to .50 cfs (cubic foot per second) in Leroux Creek. In short water years, the Town can call upon lesser decreed users to relinquish the water to the Town first. The Town also owns additional shares of Leroux Creek Water Users water, Overland Ditch water, Highline Ditch water and Fire Mountain Canal water. In 2006, 1 cfs of water from a senior 1907 decree from the North Fork of the Gunnison River was purchased. (See Additional Water Data- Appendix Ill)

The water from Leroux Creek is transported down Leroux Creek to the Highline Canal, then to a diversion point where it travels by pipe to the Town's Horse Park Water Treatment Plant. Water owned by the Rogers Mesa Domestic Water Company (RMDWC) is also transported to the plant via the same pipe and is treated on a contract basis and delivered to their system. RMDWC has in the past paid a share of the cost for upgrades made to the water treatment plant and for the new (2002) water tank based on their percentage (approximately 30%) of total water use in the system.

The Town also sells Town-owned treated water on a contract basis to the Hanson Mesa Pipeline Co. (HMPC). The 40 year old HMPC contract expired in 2006 and was renegotiated in 2006. HMPC paid a share of the new (2002) water tank commensurate to their percentage (approximately 6%) of total water use in the system.

The Service Area served by the water plant takes in the Town south to the High School with a line extending northeast along J-75 Drive now Back River Road as far as

the Delta County Shop. Also included are most of Rogers Mesa (RMDWC) and Hanson Mesa {HMPC) and some of Powell Mesa (See Appendix IV- Water Service Area Map) The Town's water treatment plant was built in 1977 was modified the new upper tank installed in 1987. The change from using alum to using poly aluminum chloride to coagulate (remove particles from the water) increased the capacity of the plant by 100,000 gallons per day. The original plant was designed to have a maximum treatment capacity about 1 MGD, but the constant lowering of allowable turbidity by the EPA has cut that original production capacity almost in half, to about .5 to .6 MGD. The 1999 Consolidated Consultants, Town of Hotchkiss Water System Assessment recommends that the plant be upgraded and expanded at an (1999) estimated cost of $400,000 (2006 estimate is approximately $1.2 million) in order to meet water use needs 20 years into the future. Construction of the new water plant is scheduled to be completed in 2007. The new membrane water treatment plant was completed in 2010 for $1.6 million. The new membrane water treatment plant consists of two skids, each capable of producing 385 gallons per minute with a net design production of 1 million gallons per day. The Town's treated water storage currently consists of three separate above ground steel tanks. An upper tank at the plant holds 350,000 and a lower tank holds 400,000 gallons. In 2002 the Town constructed the third tank, a new one million gallon tank at the plant site, increasing the towns total treated water storage capacity to 1, 750,000 gallons which should adequately address the Town's treated water storage needs approximately 20 years into the future according to the 1999 water study. Currently, residential water use fees are a $19 base rate (with no usage) with usage fees beginning at a $2.50 per thousand gallons used and escalating to $3.50/thousand In-town water tap prices are based on an equivalent residential tap (3/4 inch) of $5,500. Commercial tap fees are based on actual line size in multiples of 1.1 inch standard. Out-of town taps (3/4 in.) are $10,000. (In 2006, a moratorium on out-of- town taps was put in place.) The moratorium was lifted in 2010.

2. Wastewater

The Town of Hotchkiss sewer system currently (December 2003) serves approximately 570.5 combined EQ residential and commercial taps within and outside of the Town. In town: 430.5 residential EQ taps & 100 commercial. Out-of-town: 38 residential taps & 2 commercial. (Note: These taps are based on the number of taps and fractions of taps required by ordinance currently in existence. Half taps should be considered as full taps for planning purposes according to the Town Engineer See Consolidated Consultants memorandum 7 /5/04.)
The Town of Hotchkiss completed a new wastewater treatment facility in 1997, which increased the estimated treatment capacity to .494 mgd (million gallons per day.) The plant design allowed that the level of the ponds could then be increased to allow a new capacity of .55 mgd, although this will require a new permit from the Colorado Department of Health and Environment and will subject the Town to possibly severe regulatory complications (See Consolidated Consultants memorandum 715104).
The wastewater flow in 1995 was estimated to about .35 mgd although it was hoped that replacing a collector line would somewhat reduce groundwater infiltration into the system and, as a result, somewhat increase capacity. (See Consolidated Consultants memorandum 715104).

BLM_0159787

As of 1996, it was estimated by the Town Engineer that adding 100 EQ (Equivalent of a single living unit) taps to the system would bring the plant to 80% of the .494 mgd capacity (.395 mgd). In 2004, the engineer estimated that from 167 to 330 EQ taps could be added, depending upon the increase in organic load, not just volume per tap. At that point, the Town will have to begin to plan for expansion and by the time the plant reaches 95% (.469mgd) of capacity, allowing another 138 EQ taps - using the low 167 EQ figure the Town will need to be ready to begin construction of a new cell. There already is a partial fourth cell mostly excavated.

Therefore, the Town could ideally add approximately 305 EQ taps minimum at about 300 gpd (gallons per day) per tap, or the equivalent flow to the existing plant before financing and building a new cell. This should conservatively last for another 20 years at a moderate, but healthy 1.5% annual growth rate. It should be kept in mind that per tap flows and impact to the plant from existing taps will probably increase in some existing sectors including restaurants, schools, public facilities (Fairgrounds etc.). There is more than adequate room at the treatment plant property to add additional cells.

In-Town sewer taps currently (2006) arc $4,100 and $5,100 for out-of-town. Intown monthly fees for residential use are $25.00.

3. Transportation

The Town is served by two major arterials Highway 92 (Bridge Street) and Highway 133. Major collector streets include Cedar Street which brings traffic in from Willow Heights and Barrow Mesa to the north and 4th Street which serves the Hotchkiss Middle and Elementary Schools and brings traffic from Hanson and Powell Mesas to
16
Highway 92 (Bridge Street).

Average Vehicles per day at peak usage season for Arterials and Collectors (State Hwy figures are from 2002 CDOT counts- February 4, 2004- CDOT website) Average per day traffic counts on Highway 92 (west) is 7,209 vehicles per day. Average per day traffic counts on Highway 133 (east) is 6,069 vehicles per day. Average per day traffic counts on Highway 92 (south) is 3,433 vehicles per day. Average per day counts on Cedar St. (north & south) is 3,117 vehicles per day. Average per day counts on 4th St. (north) is 624 vehicles per day.

The Colorado Department of Transportation currently has a plan to add shoulders to Highway 92 between Hotchkiss and Austin. The improvements (were) scheduled for completion in 2007.

The Town itself (not counting the State Highways) has a total of 7.28 miles of streets of which most miles are paved.

D. Community Services and Facilities

1. Public Buildings

The Town owns a combination Town Hall- Senior Citizens Center, located at Cedar and Main Street, which was built in 1982. The Town Hall includes the Town offices and council chambers, which are used for a variety of meetings. The Hotchkiss Marshall's office is also housed in the northwest corner of the building

The Senor Citizens Center, located in the same building is independently run by Hotchkiss Senior Citizens. It incorporates a full commercial kitchen and two public rooms, a

BLM_0159788

dining room and recreation room - both of which are available for rental for meetings or events. In 1983 the Town acquired the old County Shop building at Oak St. and Highway 92 (Bridge Street) and converted it into the Town Shops and Public Works building. The facility includes a fenced storage area in the rear of the building.

The Town also owns the 2.3 acre Willow Heights Park, the 9 acre water treatment plant property at Horse Park above Barrow Mesa, and the 135 acre Hotchkiss Waste Water Treatment facility property.

The Delta County Courthouse Annex building (constructed in 2001) is located at Hotchkiss and Oak Avenue and incorporates a meeting room for about 20 persons with a Sheriff's substation office and offices for various other departments of county government including the County Clerk and Recorder's office.

The Delta County Fairgrounds located in Hotchkiss include a park, a large exhibition hall (Heritage Hall), covered horse/livestock pavilion, open stock exhibition barn, and covered grandstands with a seating capacity of over 2000.

Memorial Hall which includes the Hotchkiss Public Library is owned by

17

Memorial Hall Inc. which is a 501-C-4 non-profit, which is owned by a membership of social and civic organizations. Memorial Hall includes a large ballroom-meeting space with adequate tables and chairs along with two smaller meeting rooms and a small basically equipped kitchen.

The Hotchkiss Public Library was expanded into an addition built onto the building (Memorial Hall) in 2002 and has a 99 year lease with Memorial Hall. The library is operated by the tax-supported Delta County Library District.

There are also four schools, K-8 elementary & middle (new-2004), separate Montessori (Vision), and high school within the town.

The Hotchkiss Crawford Historical Society recently constructed a new 4000 square foot museum in town.

The Creamery Arts Center operates an arts and teaching facility on Bridge Street beginning in the summer of 2006.

2. Parks and Recreation

The Town owns only one larger park and two small pocket park areas. The Willow Heights Park is 2.3 acres and incorporates a small parking lot with basketball hoops. The park is maintained grass with all season asphalt pathways, a variety of trees a.11d playground equipment. There is also a small covered pavilion over a concrete pad. There is a small pocket park, formerly a short north-south alleyway that was closed, located in the 100 block of East Bridge St. that was developed and is currently leased by an adjoining property owner. It includes seating, trees and landscaping elements.

A second similar closed alley is located in the 100 block of West Bridge. Currently there is only a simple gravel covering and no seating or other landscaping.

The Town purchased four lots at HWT 92 and HWY 133 for future development of a park/entry into Town.

Hotchkiss is part of the North Fork Pool, Park and Recreation District, which maintains a seasonal swimming pool near Hotchkiss High School. The district began work in 2004 on the Crossroad Sports Complex near the pool, which will consist of numerous baseball and soccer fields, trail and other recreational opportunities. Eventually

BLM_0159789

it is planned to cover more than 30 acres. The public Kid's Kingdom playground is located next to the pool near the Montessori School.

A range of recreational facilities, some of which are open to the public on a limited basis, are provided by the various schools.

18

3. Law and Code Enforcement

Hotchkiss is served in the area of general law enforcement by the Hotchkiss Marshall's office, which consists of a Marshall and two full time deputies. They are aided, when needed, by the Delta County Sheriffs department. The Town has a Municipal Court and Judge which hears cases monthly.

Many of the codes of the Town (weeds, nuisances, etc.) are generally enforced on a complaint basis. The Town does not employ a code enforcement officer as such.

4. Fire Protection

The Town of Hotchkiss is part of Delta County Fire Protection District #4 which is staffed by the Hotchkiss Volunteer Fire Department. The District is funded by a property tax mill levy. The Hotchkiss Fire House is located on Hotchkiss Avenue and Oak Street.

The Town has installed and maintains fire hydrants, properly spaced to the Fire Department's satisfaction, throughout the Town. The Town currently has no Fire Code in place.

5. Ambulance

The Town is served by the North Fork Ambulance Association which is a nonprofit organization owned by anyone who pays a yearly membership fee. It is staffed with volunteers. The NFAA shares space with the Fire Department.

6. North Fork Mosquito Abatement District

Most of Hotchkiss is part of the North Fork Mosquito Abatement District. A voter approved special district, which provides a larvicidal program in order to control mosquitoes in and near the Town. The district extends along the river valley from Bowie west to the west side of Hotchkiss. The District extends north onto lower Barrow Mesa (Maple Drive) taking in most, but not all, of the northern most parts of the Town. (In 2006 expansion of the District to include excluded parts of the Town was being considered.) The district is funded by a property tax mill levy. (Source: Delta County GIS department map).

E. Current Land Use Regulation

The Town of Hotchkiss adopted Subdivision Regulations in the mid 1990's.

In 2000, the Town adopted performance zoning in the form of a Change of Land Use Ordinance (In 2009 the Town adopted Zoning Regulations). In 2008 the Town adopted building codes and requires building permits.

In 2006 the Town adopted a Master Plan. (Updated in March 2012).

In 2008 the Town adopted Height and Setback Regulations.

19

In 2009 the Town adopted Zoning Regulations.

The Willow Heights subdivision is a PUD (planned unit development) and has covenants in place that preclude commercial use and limit certain uses of the land.

The Town has Mobile Home Regulations in place that were also adopted about 1995. These set standards for trailer parks and allow mobile homes outside of parks as long as they are

BLM_0159790

placed on a 50' Xl25' lot or its square footage equivalent.

IV. COMMUNITY VISION STATEMENT

A. WHY IS A COMMUNITY VISION STATEMENT IMPORTANT

The "vision" is a statement created based on what the people of Hotchkiss have stated they like about Hotchkiss now and what they would like to see Hotchkiss become in the future. The vision of the Town of Hotchkiss will establish the overall direction for the comprehensive plan and the community in a few concise sentences Following the citizen involvement procedure used by the Planning Commission, the citizens told the Planning Commission what they liked about Hotchkiss both now and in the future and what they feel are and will be problems Everyone has a personal vision for the Hotchkiss Community and it is very important that the Hotchkiss Community has its own identity. Hotchkiss is made up of different visions, values, desires and goals so the vision outlines where we want to go and what we desire in the future. It is the big picture and therefore the vision for the Hotchkiss Community is created from the vision of the residents. All the information the Planning Commission received during this process was considered in creating the overall vision for the Hotchkiss Community The main goal of the Hotchkiss Community Master Plan is to guide the achievement of this vision through goals and implementation strategies set forth by the community based on the personal vision we each have for the Hotchkiss Community.

B. Town of Hotchkiss Community Vision Statement

Hotchkiss is the "Friendliest Town Around" and we want it to remain that way even though we know Hotchkiss will experience growth and change. We are in favor of well-managed growth while protecting Hotchkiss's small town character. We envision Hotchkiss as a special place that provides an excellent living environment/quality of life for everyone, including visitors, while striving to maintain a prosperous business climate. We want to ensure our young people will have an opportunity to live here and raise their families and we want to provide seniors a high quality place to retire. We acknowledge that Hotchkiss is not an island and the town should form and maintain positive

20

partnerships with its neighbors, special districts, water companies and other entities that have connections to the town.

V. COMMUNITY MASTER PLAN GOALS, POLICIES, IMPLEMENTATION STRATEGIES AND TIME LINE

The following goals drafted by the Hotchkiss Planning Commission were based on the public comments from the Hotchkiss community received via survey results, dot voting, two public vision meetings and submitted public comments. They are meant to reflect, as closely as possible, the vision of the community. All comments received were recorded, organized and tabulated by theme and number received, insuring the citizens of the Hotchkiss community that their comments and viewpoints were accurately incorporated into the goals. The Hotchkiss Community Master Plan Goals are listed in priority order based on the number of comments received. These goals represent the values that are most important to the citizens of the Hotchkiss community

The goals addressed unsatisfactory situations, unmet needs and/or unresolved issues based on the most important concerns the Planning Commission heard from the

BLM_0159791

citizens A great deal of time was spent determining policy statements that reflected the public concerns. The specific policy statement associated with each goal provides a framework for achieving the goal.

Lastly, the Planning Commission asked themselves what, when, and who was going to have the responsibility to take a specific action on a strategy to implement the policy, which then moves the community forward to achieve the goal. The "when" (first column) "who" (second column) and "what"- (third column) comprise the charts below each policy The listed implementation strategies are recommended actions that can be take by the citizens, community, business leaders and Town of Hotchkiss elected and appointed officials.

Again, each goal is listed with policy statements, implementation strategies and a time line estimating when it is recommended that the Board of Trustees, Planning Commission and Town of Hotchkiss Staff should address the implementation strategy

A. PUBLIC FACILITIES AND SERVICES GOAL. Ensure that adequate public facilities and services are provided prior to or concurrent with development and growth.

The citizens of the Hotchkiss community expressed concerns about existing conditions including street maintenance, sidewalks, animal control, mosquito control, public parking, curbs, gutters, street lights, police protection, snow removal, water, sewer, handicap access, drainage, ambulance service, and fire protection Understanding that the majority of the related concerns revolved around existing conditions and maintenance issues, the Planning Commision felt that the Town should create policies and implementation strategies to cure existing conditions over time, while acknowledging limited resources. The Planning Commission's main concern centered on requiring new development to provide adequate public facilities and services to

21

insure that present residents will not be burdened with the additional capital outlay for future development and growth.

Policy Statement: The Town of Hotchkiss will create a five-year planning process, which should be updated yearly, and includes a timeline to construct new infrastructure and the upgrading and maintenance of existing infrastructure with limited resources. (See key to abbreviations on page 22)

Year Responsible Description

Ongoing FD 1. The Fire Department has created a fire mitigation plan for the area in conjunction with the County and other agencies.

Ongoing BT/TS 2. Capital Improvement plans are being developed and implemented.

Ongoing BT/TS 3. The Town has completed the improvements for pressure on the high school line (2010) and is creating apriority list to upgrade existing lines.

Ongoing RT/TS 4. The Town has ascertained legal status of current water supplies and is always pursuing new supplies for future use.

Ongoing PC 5. The Town is developing a parking plan and seeking opportunities to create parking.

BT = Town of Hotchkiss Board of Trustees TS = Town of Hotchkiss Staff PC = Town of

BLM_0159792

Hotchkiss Planning
Commission

Policy Statement: The Town of Hotchkiss shall amend their current subdivision and
change of land use regulations and explore adopting a zoning ordinance to require new
growth and development to provide adequate public facilities and services.
22
Amend the subdivision and change in the land use regulations and adopt a zoning
regulation to:
YEAR RESPONSIBLE DESCRIPTION

Ongoing TS/PC fire mitigation measures. 6. All development in the wildfire areas must comply
with fire mitigation measures.

B. TRANSPORTATION GOAL: Ensure the safe & efficient movement
of people (pedestrians and vehicles of all types), goods and services in and
around the Town of Hotchkiss.
The citizens of the Hotchkiss community expressed a desire to keep the Town
pedestrian-friendly and focused on the following issues: traffic lights, sidewalks,
pedestrian crosswalks, trails, stop signs, traffic speed control on Highways 92 & 133, and
railroad related safety issues.
Policy Statement: The Town of Hotchkiss shall develop a working relationship with the
Colorado Department of Transportation (CDOT) and the Union Pacific Railroad Co.
YEAR RESPONSIBLE DESCRIPTION
Ongoing TS 1. The Town always welcomes the District #3 Engineer to
become involved in the Town's planning processes.
Ongoing TS 2. The Town has offered to create a joint meeting with the
District #3 Engineer.
Ongoing TS/BT 3. The Town has purchased property at the "Y"; HWY 92 and HWY 133, to
facilitate redesigning and rebuilding the area in the future.
Ongoing TS/BT 4. The Town has a working relationship with the Union Pacific Railroad and is
working to develop it further.
Ongoing TS/BT 5. Due to recent issues the Town is developing more organized and formal
emergency plans with Union Pacific Railroad.
23
Policy Statement: The Town of Hotchkiss shall create integrated
transportation plans with an emphasis on movement of people, goods and service in and
around the Town addressing all modes of transportation. The relationship between
transportation and current land use strongly influences future patterns of growth.
Year Responsible Description
Ongoing PC 1. Create a Town of Hotchkiss Trail Plan.
2011 PC 2. The Town is working with All Points Transit. Transportation is ongoing and service
will increase as needed.

C. ECONOMIC DEVELOPMENT: encourage and retain existing businesses and attract new and
diversified businesses that pay a living wage.

The citizens of Hotchkiss expressed concern about attracting new businesses, and retaining existing businesses that pay a living wage. Citizens support a diversified economy with commercial retail in the downtown and light and heavy commercial/industrial located in specific locations.

Policy Statement: The Town shall work with existing businesses and seek new businesses to create stable, long term, higher paying jobs.

24

Year Responsible Description

Ongoing BT 1. Develop a working relationship with Delta Area Development

Ongoing TS/BT 2. Explore the creation of public/private partnerships to increase the economic base of the Town

Ongoing PC/BT 3. Explore the creation of a commercial/industrial park and possible incentives to existing and new businesses.

Ongoing TS/BT 4. Work with the Small Business Development Center so citizens are aware of this available resource.

Ongoing PC 5. Create proactive home occupation/cottage industry land use regulations and explore a mixed residential/commercial zone district to facilitate the start of new businesses within the Town.

Ongoing BT 6. Work with, and support, the Hotchkiss Community Chamber of Commerce.

Ongoing PC 7. Expand on the Town being the "HUB" of the North Fork.

Ongoing TS/BT 8. Work with the Delta County Fair Board and Delta County to effectively increase the use of the fairground facility.

Ongoing BT/PC 9. Support existing festivals, and the creation of new events.

Ongoing PC 10. Explore how the Town might facilitate agriculture tourism.

2013 PC 11. Explore creating an industrial zone.


D. DOWNTOWN COMMERCIAL CENTER: Maintain and promote the downtown commercial center.

Maintaining the present downtown commercial center, which contains many essential services such as a bank, hardware store, library, Memorial Hall and other services that are important for daily community interactions was a concern of many of the residents. The primary location of the US Post Office is a key to the continued utilization of the downtown commercial center. It is the central meeting place and the citizens enjoy their journey, spreading out to shop in the downtown commercial center. Issues like a streetscape plan, preservation of historic structures, along with a proactive approach of developing Hotchkiss's own downtown shopping atmosphere to attract and maintain new and existing commercial/retail to the central business district was important to citizens. The development of retail shops with sufficient off street parking is a must to get people to stop and shop.

25

Policy Statement: The Town shall take a proactive approach to introduce citizens and business leaders to resources that are available to assist existing businesses and promote the downtown commercial center to new retail outlets.

Year Responsible Description

Ongoing BT 1. Develop a working relationship with Delta Area Development by having an

elected official attend monthly meetings.
2012 BT/TS 2. Introduce the citizens and invite the director of the Small Business Development Center to hold seminars so the citizens become familiar with this available resource.
Ongoing TS 3. Have information available for owners of historic buildings so they understand there arc grants, low-interest loans and other benefits of historical designation

Policy Statement: The Town of Hotchkiss will explore the creation of, and present to the citizens, a set of land use regulations, which will implement the vision of the citizens.

Year Responsible Description
2008 PC/BT 1. Develop a policy and regulation to limit the height of buildings in the downtown commercial center. Adopted Regulations in 2008.
2013 PC/BT 2. Explore the adoption of sign regulations
2009 PC/BT 3. Create and implement zoning and or land use regulations to apply to downtown development. The idea being to encourage infill and discourage strip development. (Zoning adopted 2009.)
2009 PCIBT 4. Restrict industrial type uses in the downtown commercial center. (Zoning) Zoning Regulations Adopted 2009.

26
Policy Statement: The Town shall develop a streetscape plan and capital improvements plan for the downtown commercial center, with a five year implementation schedule for sidewalk improvements, public parking benches, street trees, flower planters and decorative street lighting,

Year Responsible Description
Ongoing BT/TS 1. Explore moving the Public Works shop to another location and use a portion of the area to create public parking
2012 BT/TS 2. Develop streetscape plan for downtown with five year implementation plan

27
E. RECREATION GOAL: Offer a wide range of recreational opportunities for all ages.
Policy Statement: The Town of Hotchkiss, in cooperation with the North Fork Pool, Park and Recreation District, the Delta County Fair Board and Commissioners, Delta County School District and other appropriate partners, shall strive to offer a wide range Of year round recreational opportunities for all ages
Year Responsible Description
2020 TS/BT 1. The Town of Hotchkiss, the Delta County School District and the North Fork Pool District should explore the creation of a memorandum of understanding, or an intergovernmental agreement, to facilitate the use of all facilities and the dissemination of information concerning upcoming events.
2020 TS/BT 2. Create a working relationship with the Delta County Commissioners for the use of the fairgrounds as a park with the replacement of playground equipment
2020 TS/BT 3. The Town, Fair Board and Board of County Commissioners shall work towards a formal memorandum of understanding concerning cooperation in the development and use of the Delta County Fairgrounds as a park, playground, and festival/events center as well as offering

BLM_0159795

services to tourists.
2020 TS/BT 4. The Town should strive to work with other community leaders to facilitate the creation of a youth and/or a community center.

28
Policy Statement: The Town shall create a parks plan for the Hotchkiss community including a trail/bike path plan and the placement of pocket parks.
Year Responsible Description
2020 TS/BT 1. Create a parks plan for the Hotchkiss community including a trail/bike path plan and the placement of pocket parks.
2020 PC/BT 2. Adopt new land use regulations that require new development to be designed with trail/bike paths/sidewalks.
2015 TS/BT 3. Complete the planned trail from Hotchkiss Middle School to Hotchkiss High School
Studying TS/BT 4. Construct a parking area, access trail and trail system on the Town of Hotchkiss Waste Water Treatment property

Policy Statement: The Town realizes the importance of tourism to the local economy and shall create a plan to actively promote tourism including hunting, fishing, camping, snowmobiling, and agricultural tourism.

F. SMALL TOWN ATMOSPHERE: Maintain and preserve the current small town atmosphere
The results from the dot voting, survey and written comments stated that the majority of the citizens of the Town would like to maintain the present small town feeling and atmosphere.
Policy Statement: Promote a small town atmosphere by encouraging and maintaining a community spirit and closeness in the way the Town of Hotchkiss conducts business and makes decisions.

29
Policy Statement: Establish land use regulations/zoning that promotes and establishes a small town atmosphere.
Year Responsible Description
2020 PC/BT 1. Define and encourage art centers, festivals, carnivals, ice cream socials and other activities in areas of the Town to bring the community together; including Neighborhood Watch.
2020 BT 2. Permit the placement of banners advertising local events in all areas of the Town whenever possible.
2009 Adopted PC/BT 3. Adopt zoning regulations that allow a mixed use of residential and low impact commercial land uses with a mix of housing types that presently exist. Maintain current zoning.
2020 PC/TS 4. Encourage the preservation and development of the unique qualities and characteristics which presently exist in Hotchkiss's neighborhoods.
2009 Adopted PC/BT 5. Adopt zoning regulations that direct growth and protect existing area from incompatible land uses. Maintain current zoning.

Policy Statement: The Town shall work with, and encourage, the Postal Service to maintain a central location in Hotchkiss.

Year Responsible Description

2020 BT 1. Develop a working relationship with the US Postal Service if /when they decide to relocate and/or construct a new post office, with the goal of maintaining a down town central location.

Policy Statement: The Town shall facilitate for better promotion of school sports and activities.

Year Responsible Description

2020 BT/TS 1. Develop a working relationship with schools to facilitate communication and the flow of information to the public.

30

Policy Statement: The Town will create a public park plan. (See Recreation Goal)

Year Responsible Description

2007 BT/PC 1. Require new residential subdivisions to dedicate either property or funds to facilitate the construction implementation of the park plan.

G LAND USE REGULATIONS: Protect the residents from incompatible land uses.

The residents spoke and there is strong support for the management of growth and land use planning along with a building code.

Policy Statement: The Town shall adopt and implement a land use plan with implementation planning tools such as zoning to insure compatible land uses which addresses the following citizen concerns:

1 Protects and maintains private property rights and values.

2 Allows a mixed use of residential and low impact commercial land uses anywhere in Town unless covenanted otherwise.

3 Directs moderate impact commercial and industrial land uses to be located within one block on either side of Bridge Street.

4 Directs high impact industrial and commercial land uses to locate in designated areas with other similar uses.

5 Permit new mobile homes either in designated areas or mobile home parks.

6 Multifamily (apartments) shall be permitted in designated areas only.

7 Establish height restrictions for new and remodeled buildings in all areas of the Town.

8 Designate future growth areas around the Town.

9 Coordinate development with the school district to address impacts

1 0 Encourage in fill development to avoid strip commercial development along Highways 92 and 133 out of town.

11. Identify environmental impacts of new development

31

Year Responsible Description
Complete 2009 PC/BT 1. Planning Commission and Board of Trustees shall develop adopt a zoning regulation.
Complete 2008 BT/TS 2. The Town shall adopt the International Building International Residential Building Codes.
2015 PC/BT 3. The Town shall explore the adoption of sign code regulations

Policy Statement: The Town and Delta County shall work together to create an intergovernmental growth management agreement (IGA).
Year Responsible Description
IGA with County PC/TS 1. Identify urban services boundaries and growth tiers around the Town based on present and future availability of municipal services.
Ongoing PC 2. Create an annexation plan and policy
Complete & Ongoing TS/PC/BT 3. Develop a working relationship with Delta County Board of Commissioners, Delta County Planning Commission and the Leroux Creek Area Planning Committee.
Ongoing BT 4. Work to have the IGA state that all new development in Tier 1 shall comply with Town of Hotchkiss Regulations.

Policy Statement: The Town shall protect the public health, safety and welfare of its citizens.
Year Responsible Description
Complete & Ongoing TS/BT I. Emergency response preparedness plan
Fire Dept. Complete & Ongoing PC/TS 2. Establish and map wild lands wildfire interface and create fire reduction mitigation measures.

Fire Dept. Complete & Ongoing PC/TS 3. Map all hazard areas within the Town and growth management area and create mitigation measures.

32
H. SENIOR CITIZEN: Promote and support a vibrant senior community; including encouraging the development of senior housing/apartments/nursing homes and assisted living.
The survey revealed that senior apartments, assisted living complexes and nursing homes were easily the highest rated type of housing need in the Hotchkiss community.
Policy Statement: The Town shall actively seek the creation and promotion of senior citizen apartments, assisted living and nursing homes so that as our population ages they may remain within our community.
1. Identify senior housing areas on land use plan.
2. Construct ADA (handicapped accessible) approved sidewalks and street crossings and paths.

Policy Statement: The Town shall promote and support activities geared towards seniors to encourage a vibrant active community. (See Transportation and Recreation Goals)
Year Responsible Description
2021 Ongoing BT 1. Actively support, promote and assist the Senior Citizen Center.

2021 PC 2. Ensure the walking paths/trails/sidewalks plan shall be designed to be senior accessible.
2021 TS/BT 3. Develop a working relationship with the North Fork Pool, Park and Recreation District to promote recreational activities, (e.g. covered pool, water aerobics, horseshoe pit, etc.) related to seniors.

I. COMMUNITY SPIRIT: Encourage a continual effort to show pride in the appearance of the Town.
Clean up the Town, take pride in Hotchkiss and make it not only the friendliest place around but a place where people would want to stop, spend money and enjoy the atmosphere were concerns expressed the process.
Policy Statement: The Town shall facilitate and show leadership and encourage a continual effort to show pride in the appearance of the Town to benefit our citizens and visitors.
33
Year Responsible Description
2012 BT 1. The Town shall facilitate a spring and fall clean-up day and work with Delta County to reduce the landfill fees.
Ongoing TS/BT 2. The Town shall maintain clean streets and well maintained Town buildings.

Policy Statement: The Town shall develop a streetscape plan for the downtown commercial center, with a five year implementation schedule for sidewalk improvements, benches, trees, flower planters and decorative street lighting.
Year Responsible Description
2020 BT 1. Encourage in a formal planning process with the Town, Chamber of Commerce and businesses to create and facilitate the streetscape plan.

J. TOURISM: Encourage and participate with the Hotchkiss community to embrace and create a tourism friendly environment.
Policy Statement: The Town realizes that tourism of all types' benefit the Town, including the attractions of the agriculture uses that surround its borders that adds greatly to the economic life, visual beauty and quality of life for the Town's citizens. The Town shall actively support tourism in any reasonable way, including the continuance of nearby agricultural uses that contribute to this part of our economy.

34
Year Responsible Description
Ongoing BT 1. Encourage and support agriculture related manufacturing businesses that use local produce to create value added products to locate within the Town.
Ongoing BT 2. Encourage and support the idea of agriculture tourism and eco-agri tourism.
Ongoing BT 4. The Town will develop a working relationship with the Chamber of Commerce, business leaders and citizens to facilitate the slogan "The Friendliest Town Around".
2013 BT 5. The Town may explore the installation of an RV dump station.
2015 BT 6. The Town, and Board of County Commissioners, shall work towards a formal memorandum of understanding concerning cooperation in the development and use of the Delta County Fairgrounds as a park, playground, and festival/event site as well as offering

services to tourists.

## VI. COMPONENTS & IMPLEMENTATION OF THE COMMUNITY MASTER PLAN
## A. IMPLEMENTATION TOOLS - "HOW DO WE GET TO WHERE WE WANT TO GO"

The Hotchkiss Community Master Plan is a document that directs growth; it is not law or a regulation. It is used as a tool to give the public and local decision makers guidance in their decision making process and the public direction in how they desire to see their Town develop over time. Therefore, land use planning regulations will have to be adopted by the Town in order to implement the Hotchkiss Community Master Plan and move the community towards achievement of their desired vision.

One of the main land use planning tools is zoning. Zoning is defined as the division of the Town by legislative regulations into areas, or zones, which specify allowable land uses for real property along with other criteria-like lot size restrictions, building height limitations, setbacks from property lines, etc. The purpose of zoning is to delineate areas or zone districts in the Town within which regulations and requirements uniformly govern the use, placement, spacing and size of land and buildings. Zoning protects the residents from incompatible land uses which are Goal G. of the master plan. The majority of the citizens of Hotchkiss, when surveyed, agreed they wanted

35

some type of land use regulation. Fifty (50%) percent of all respondents of the survey felt that new mobile homes should either be located in mobile home parks or designated areas of the Town. Forty-seven percent (47%) felt that multifamily (apartments) should be located in designated areas while only 25% stated they could be located anywhere. Forty-three percent (43%) of all respondents of the survey and sixty four (64%) percent of in town residents desire to have no building taller than two to three stories in the Town (height restrictions). Forty-six (46%) percent of in town residents and forty three (43%) percent of all respondents felt high impact businesses should not be allowed inside the town limits. While thirty three (33%) percent of all respondents (and specific in Town residents) felt high impact uses should he located in designated areas with other similar uses.

Zoning is flexible tool that can be tailored to fit the specific vision and goals of the citizens of Hotchkiss. There is no set rule about how to create the different zone districts, classifications and standards, permitted and conditional uses for each zone district and the overall district regulations. Any number or type of zone districts may be proposed.

In order to make this happen, the Planning Commission will create a zoning ordinance and zoning map for the Town. Public informational meetings will be held and, since zoning is a regulation, public hearings will be held before the Planning Commission and Board of Trustees to receive public comments.

The end product of this process will be a Town of Hotchkiss Land Development Code (LDR) which would contain the subdivision regulations, zoning classifications and standards, provisions for the protection of existing nonconforming land uses and structures, and all regulations associated with the development of land in the Town.

BLM_0159800

When adopted by the Board of Trustees, it will be the main tool to ensure that the citizens of Hotchkiss' vision and goals will be achieved sometime in the future.

A majority of the citizens of Hotchkiss stated in the survey, and through the comments received, that they are in favor of the adoption of the International Residential and Building Codes for new construction and significant remodeling of existing structures. These regulations are not considered land use tools to implement the community master plan, but are regulations concerned with safety of buildings and structures constructed. Adoption of the related permitting process is also necessary to provide practical enforcement of many of the implementation goals of the Master Plan.

## B. THINGS WE DO NOT WANT TO SEE CHANGED

It was the goal of the Planning Commission to identify issues and things that need to be changed based on what they heard. The Commission and citizens also identified things that they do not want to see changed. These include things that are many of the important reasons why we live in this community. The goal of the Planning Commission is to ensure the public that these themes will be preserved in the future

"Friendly Small Town Atmosphere" should be preserved, even though we are growing and will continue to grow and change. That theme received the most votes and 36

comments of concern from the citizens. "Pedestrian Friendly" was another theme the citizens stated that they strongly supported "Opportunity and Freedom to Live Diverse Lifestyles" and "A Mix of Residential, Commercial and Public Uses within Certain Areas of the Town" were two more themes which the Planning Commission will attempt to preserve while creating the land use tools necessary to implement the Hotchkiss Community Master Plan.

## C. INTERGOVERNMENTAL AGREEMENT WITH DELTA COUNTY

The Planning Commission has expressed a desire to implement a discussion with Delta County to create an intergovernmental growth management agreement. The Delta County Master Plan provides that joint planning areas should be established to define the urban service boundaries around each municipality to direct development in and near municipalities where adequate infrastructure is available and services can be efficiently provided.

With a limited amount of space for development existing within the town, the Town of Hotchkiss already is growing out into the County. Growth tiers (urban utility service boundaries) would be identified around the Town of Hotchkiss based on present and future availability of municipal services. Other municipalities in Delta County have identified two tiers; one tier would consist of property which is generally served by municipal utilities and may be subject to annexation by the municipality in a limited timeframe and the other tier consists of property which lies within the municipality's "201 Plan" (the area that can be served with municipal sewer and/or water.)

Different visions, goals, regulations, ordinances, design specification and standards exist between Delta County and Town of Hotchkiss. Development that occurs just outside of the Town boundaries, within an urban service boundary would be subject to County regulations, which may be different than the regulations within the Town Although county regulations can change over time, relying solely upon the County to

effectively implement the elements of the Town of Hotchkiss Community Master Plan over the long-term is not likely to be effective. As the Town grows outward, it inherits developments built to County standards and specifications that do not _necessarily fit the vision and goals of the Town. Therefore, the intergovernmental agreement (IGA) allows property located within the urban service boundaries (tiers) to be developed using the Towns regulations and ordinances so that when it is eventually annexed into the Town, it will fit the vision and goals of the Town. An IGA allows for development to comply with Town regulations, rather than County regulations, even though the property is located in the County.

The community will determine the actual area included in the urban service boundaries or tiers. Comments received at the public hearing on the master plan strongly recommend that both sides of Highway 92 west and south of the town and Highway 133 towards Paonia within the three (3) mile planning area be included in the urban service boundaries.

37

D. ANNEXATION

The Town of Hotchkiss has had relatively few annexations in the past, but this appears to be changing. The Community Master Plan has identified the preferred locations tor future residential development to occur outside of the current town limits. The locations identified in the survey were 30% chose south of the Town across the river, 29% thought east of the Hotchkiss High School and 21% felt Lower Barrow Mesa. Fifty five (55%) of business owners who live outside of the Town chose south of town across the river and not one out-of-town responding resident chose Hanson Mesa.

As you can see from the above results, other criteria needs to be created to determine where Hotchkiss is going to grow. The Town is limited, since it is located at the bottom of a bowl with hills existing on three sides, which limits the amount of easily developable area. The Planning Commission has discussed this and has formulated the following list of general criteria to review vacant land annexations:

1 The property is eligible for annexation pursuant to the requirements of state law;
2 Proposed land uses needs to be consistent with the Town of Hotchkiss Community Master Plan;
3 There is a need for additional developable land to meet identifiable needs;
4 The Town has the physical and economic capabilities and the capacity to provide the same level of services to the site that is provided to other parts of Town within a reasonable period of time;
5 The developer has the ability to develop within a reasonable period of time;
6 The developer of the site has the ability to install all required services and facilities; and
7 There is a positive cost-benefit (to the Town) analysis of the annexation

Future annexations will occur when the owner(s) of the land that is eligible for annexation initiate the annexation process. The Town needs to consider annexation petitions based on the above noted criteria, and should require findings that support the need for additional developable land in order to maintain an orderly, compact growth pattern. Any annexation should be within the Town's service capability and be compliance with the goals and policies of the Community Master Plan. The Town currently requires a pre-annexation agreement from any out-of -town landowner

BLM_0159802

requesting utilities from the Town.

38

Hotchkiss Master Plan - Appendix
Appendix I - Demographics of the Town of Hotchkiss
(Source 2010 United States Census)
Profile of General Demographic Characteristics: 2000- 2010 Hotchkiss Town, Colorado
AGE/GENDER 2000 2010 RELATIONSHIP 2000 2010
Total Population  868 944 Household Population  854 854
Males 453  464 House 417 422
Females 575 480 Spouse 213  197
Under 5 60 49 Children  275 248
5 to9 71 60 Group Quarters Pop 4 0
10 to 14 66 56 In 0 0
15 to 19 78 73 Non-in  4 0
20 to24 58 53 Household Type
25 to 34 120 103 Total Households  412 422
35 to44 155 120 Family  271 247
45 to 54 129 149 w/children*  130 105
55 to 59 36 61 Married couple family 213 197
60 to 64 38 61 w/children*  90 76
65 to 74 74 84 Female householder  34
74 to 84 63 55 w/children  30 20
85 and up 23 20
Race Non family  households  145 175
White 902 877 Householder living  alone 125 147
Black/ African 0 I Avg. household  size 2.34 2.24
American
Amer. Indian 10 8 A vg. Family  size 2.91 2.93
Asian/Pac Island 5 5 Housing  Occupancy/Tenure
Asian Indian 0 4 Total House Units 451 471
Chinese 0 I Occupied Housing  Units 412 422
Filipino  2 0 Vacant Housing  Units 39 49
Japanese I 0 Seasonal, Recreational or 2 I
Korean I 0 Vacancy Rate 8.5% 8.6%
Vietnamese 0 0 Owner occupied units 281 284
Other Asian 0 0 Renter occupied units  131 138
Pacific 0 0 Owner Occupied MH Size 2.36
Other 51 42 Renter occupied MH Size  2.29
Hispanic/Latino
Hispanic/Latino  90 139
Mexican 55 136
Puerto Rican 0 0
Cuban 0 0
Other His panic 31 3

BLM_0159803

39

I

Appendix III - Additional Domestic Water Data

All raw water shares owned by the Town include:

Town owned Raw I Number of Shares

Water

*Leroux Creek #1 .50 cfs

decree

*Leroux Creek Water A1 - 75 (stored water)

Assn

*Leroux Creek Water Bl - 170 (stored water)

Assn

*Leroux Creek Water B2 - 100 (stored water)

Assn

Overland W uter 300 (stored water) Approx. 1.5 cfs when available

Company (ditch runs only from June 1 (about) to Sept. 1 (on a

good water year). Note: Water decree includes

municipal use

Fire Mountain Ditch 848- .58 cfs

Co.

*Highiine Ditch Co. 63 shares

1 907 decree

North Fork /Gunnison 1 cfs raw (.5 cfs converted)

*=Water currently used for ra,,,. 'vatcr supply

I Gallons per

Year

Estimated

Yield

117,945,000

24,437,160

55,391,000

Spring run-off

.5 cfs

Note: The volume calculations are hased on the ideal of one share equaling one acrefoot of water. In a typical year the actual yield would be between 65% and 80% of the idea/listed value.

40

•

Actual Taps Served & Actual & Approximate Water Usage

Total EQ 9residential unit equivalent) taps served by the Hotchkiss water treatment plant (Dec. 2000)

Number of taps Description of tap

561 Residential on town-owned system (in (462) and out (99) oftown)

126 Commercial taps- (in (122) and out (4) oftown)

90 Hanson Mesa (2003) (several inactive) no commercial

338 Roger Mesa- (2003) (some ag and commercial)

BLM_0159804

959.5 Total Residential EQ units

126 Total Commercial taps (not counting some commercial use on Rogers Mesa

Total combined usage in 2003: 102,024,811 gallons

Total combined usage in 2011: 90,939,000 gallons

It has been estimated that the total water treated at the plant Is divided up approximately as follows for 2011:

Town of 59%

Hotchkiss

Rogers Mesa 36%

Hanson Mesa 5%

(February, 2012- actual usage for 2011)

Appendix III continued- Additional Domestic Water Data

Hanson Mesa usage for 2011 4,326,400

Rogers Mesa usage for 2011 33,207,000

Town usage in town and out for 2011 53,405,600

41

Month by Month total Usage 2003/2011 (includes HMPC and RMDWC)

Month Gallons Water Rogers Mesa I Hanson Mesa

Prodttc.cd Usage Usage

Separated out Separated out

January 2003 6,809,451

January 2011 7,546,000 2,152,000 300,600

Febmary 2003 5,752,114 2,582,200

Febmary 2011 6,199,000 1,830,000 295,800

March 2003 ~.9~7,6}§_ -

March 2011 5,693,000 2,171,000 298,000

April2003 8,470,460

April 2011 6,340,000 2,647,000 290,400

May2003 9,053,025

May 2011 7,392,000 3,131,000 276,700

June ?.003 9,951,100

*June 2011 *10,773,000 *4,020,000 430,000

*July 2003 *14,055,880 *705,000

July 2011 10,265,000 3,547,000 3n6,700

August 2003 10,581,245

August 2011 10,574,000 j ,747,000 *565,900

September 2003 10,464,510 714,300

September 2011 7,719,000 2,954,000 296,100

October 2003 7,302,650

October 2011 6,380~ 000 2,487,000 318,700

November 2003 6,580,590 :B9,600

November 2011 6,093,000 2,298,000 356,600

December 2003 7,046,170

December 2011 5,966,000 2,225,000 270,900

Yearly Peak = *BOLD (Source: Public Works Director)

BLM_0159805

Appendix III continue - Additional Domestic Water Data

In-Town (EQ) residential living units: served with water 430.5 (2003)

Overall Annual residential usage average: 72,238.83 gallons per tap (6,019.9 gallons per month per EQ tap on a 12 month average) Q:lote: this combines in-town and (l 01) out -of-town taps) CA lath: 38,394,936/53 l.5 eq taps -Tmvn system = 72,238.83112 mos = 6,019.9)

Note: For the purposes o[this overview. units served with a single tap - but described as apartments, are counted as 0 EO units. Trailers arc counted a I EQ unit per trailer. even. though some have extensive landscaping and some very Little.

Out of Town EQ residential living units served with water - 101 (November 2003 - 421 ,940 Total - approx. 4,178 gal for the month per EQ unit.)

42

Commercial in-town meters billed - 1 00

(Average usage in 2003 - 110,954.23 gallons per tap or 9,246.19 gallons per month on a 12 month average.

(Note: This combines in-town and out-of-town taps) Quite a few commercial buildings have a single tap and are sent a single bill consisting of the base rate plus actual usage.

Commercial out-of-town - 4 (four) (total usage Nov. 2003 - 66,740 gallons or 16,685 per tap.) (Total commercial usage, both in-town and out, for 2003 was 11,539,240)

The Hotchkiss High School used 41,100 gallons in November 2003- (possibly a typical school in-session month)

Taps sold on the High school line, from the river south to the HS, are currently split 60% Town and 40% to the School District. (Source: Dec. 29, 1980 contract between School District & Town). All Schools combined used a total of 636,395 gallons during 2003. Currently new taps on the line are very limited and are subject to approval by the Delta County School District.

The North Fork Pool IS categorized separately, but IS included m the totals for Commercial

Town owned facilities: Town Hall- shops, standpipe. etc. used 8,381,160 gallons during 2003.

Hanson Mesa Pipeline Company (90taps) is categorized separately. During the 2001 year the company used approximately 5,000,000 gallons of water of 5.30% of all the water used in the Town system. In 2003 Hanson Mesa used a total of 5,678,300 gallons. (5567 gallons per month/per tap average using 85 active and 5 inactive taps)

Rogers Mesa Domestic Water Company (348 taps including some ag business commercial) in 2003 the total was 44,444,700 gallons treated. (1 0,643 gallons per month/per tap average in 2003)

RMDWC supply their own water and pay the Town based on the overall cost of treatment. They currently sell five domestic water taps per year on a lottery basis. Their current (2003) plans are to sell no more than 10 additional taps with their current limited raw water supplies. They were a partner on past upgrades to the plant including a new million gallon tank.

43

Rogers Mesa Domestic Water Co. Water Rights

(Water treated by the Town on contract)

BLM_0159806

Leroux Creek Water Assn AI - 150 shares (stored water) 48,874,000 gal per year

B 1 - 160 shares (stored water) 52,133,000 gal per year
B2 - 240 shares spring runoff

For further detailed information about system specifics please consult Town of Hotchkiss Water System Assessment- December 1999- Consolidated Consulting Services
44


DRAFT 4: 4.24.2013
Town of Hotchkiss
Source Water Protection Plan
Delta County, Colorado
May 2013
Written by: Kimberly Mihelich
Source Water Specialist
Colorado Rural Water Association
For the Community Water Provider:
Town of Hotchkiss, PWSID#ll5352
DRAFT 4: 4.24.2013
Cover photo: View, looking southwest, of the Town of Hotchkiss (Michael Owens, Town of Hotchkiss)
DRAFT 4: 4.24.2013
TABLE OF CONTENTS

LIST OF TABLES AND FIGURES ............................................................................................ S
ACRONYMS ............................................................................................................... 6
EXECUTIVE SUMMARY ......................................................................................... 7
INTRODUCTION .................................................................................................... 8
Purpose of the Source Water Protection Plan .................................................................. 8
Protection Plan Development ............................................................... 9
Stakeholder Participation in the Planning Process .............................................................. 9
Steering Committee .................................................................... 10
Development and Implementation Grant ............................................................ 11
WATER SUPPLY SETTING ...•............................................................................ 12
Location and Description .................................................................... 12
Physical Characteristics ............................................................ 13
Hydrologic Setting .................................................................. 14
Drinking Water Supply Operations ...................................................................... 15

OVERVIEW OF COLORADO'S SWAP PROGRAM ................................................................ 18
Source Water Assessment Phase ............................................................................ 19
Source Water Protection Phase .............................................................................. 19
SOURCE WATER PROTECTION PLAN DEVELOPMENT ........................................... 21
Source Water Assessment Report Review ............................................................... 21
Defining the Source Water Protection Area ............................................................ 21
Potential Contaminant Source Inventory and Other Issues of Concern ....................... 23
Priority Strategy .................................................................................................. 25
Susceptibility Analysis of Water Sources ............................................................... 26
DISCUSSION OF POTENTIAL CONTAMINANT SOURCES AND ISSUES OF CONCERN ................. 28
Public Land Management ...................................................................................... 28
Coal Mining Development ..................................................................................... 30
Oil and Gas Development ...................................................................................... 30
Spills & Accidents on Roads ................................................................................. 33
Wildfires ............................................................................................................ 35
Terrorism ........................................................................................................... 37
3
DRAFT 4: 4.24.2013
Recreational Activities .......................................................................................... 38
Reservoir Operations & Maintenance ...................................................................... 39
Fuel Storage Tanks .............................................................................................. 41
Timber Harvesting ............................................................................................... 41
Vandalism .......................................................................................................... 42
Miscellaneous Residential Practices ....................................................................... 42
Cattle/Wildlife Grazing ........................................................................................ 43
Septic Systems .................................................................................................... 45
Road Maintenance ............................................................................................... 46
Abandoned Wells ................................................................................................ 46
SOURCE WATER PROTECTION MEASURES ........................................................... 48
Best Management Practices ................................................................................... 48
Evaluating Effectiveness of Best Management Practices ............................................ 48
BIBLIOGRAPHY ................................................................................................. 56

BLM_0159808

APPENDICES ............................................................................................................. 59
4
DRAFT 4: 4.24.2013
LIST OF TABLES AND FIGURES
Tables
Table 1: Primary Contact Information for the Town of Hotchkiss ................................. 8

Table 2: Planning Meetings ................. ..... ...................... ................................................................ 9

Table 3: Stakeholders and Steering Committee Members ...................................................... 10

Table 4: Stream segments within the Leroux Creek Watershed and their Designated Uses ....... 15

Table 5: Updated Susceptibility Analysis ........................................................................ .. ........ 27

Table 6: Status of Abandoned Wells within Hotchkiss's SWPA .................................................... .46

Table 7: Source Water Protection Best Management Practices ........................ .................... ........... .49
Figures
Figure 1: Location of the Town of Hotchkiss and its intake within Delta County, Colorado ......... 12

Figure 2: Leroux Creek watershed within the North Fork of the Gunnison River basin ............... 14

Figure 3: Town of Hotchkiss's Drinking Water Supply Operations ............................................... 16

Figure 4: Source Water Assessment and Protection Phases ....................................................... 18

Figure 5: Town of Hotchkiss Source Water Protection Area ....................... ........ ........................ 22

Figure 6: Schematic drawing of the potential source of contamination to surface and groundwater ............................................................................................................................... 23

Figure 7: Sign leading to Grand Mesa National Forest lands ....................................................... 28

Figure 8: COGCC Rule 317B buffer zones in the Source Water Protection Area ......................... 32

Figure 9: Corner of 3100 Rd. and Stoney Creek Rd. within the Town of Hotchkiss's SWPA ......... 33

Figure 10: Wildfire threat within Hotchkiss's SWPA ...................................................................... 35

Figure 11: Rate of wildfire spread in Hotchkiss's SWPA ............................................................... 36

Figure 12: View of Gambel Oak slope with major risk for wildfire ................................. .............. 36

Figure 13: Recreational activities within Hotchkiss's SWPA ......................................................... 38

Figure 14: Reservoir within the Town of Hotchkiss's SWPA ........................................................

BLM_0159809

39

Figure 15: Common residential practices that may be potential sources of contamination to surface or groundwater ....... , ...................................................................................................................
43

Figure 16: Cattle grazing within the Town of Hotchkiss's Source Water Protection Area ............
44

Figure 17: Schematic of a septic system ...........................................................................................
45

Figure 18: Abandoned Wells within Hotchkiss's SWPA ..................................................................
47

5

ACRONYMS

| AST | Aboveground Storage Tank |
| BLM | Bureau of Land Management |
| BMP | Best Management Practice |
| COOT | Colorado Department of Transportation |
| CDPHE | Colorado Department of Public Health and Environment |
| COGCC | Colorado Oil and Gas Conservation Commission |
| CRWA | Colorado Rural Water Association |
| EPA | Environmental Protection Agency |
| GIS | Geographic Information System |
| PSOC | Potential Source of Contamination |
| SDWA | Safe Drinking Water Act |
| SWAA | Source Water Assessment Area |
| SWAP | Source Water Assessment and Protection |
| SWPA | Source Water Protection Area |
| SWPP | Source Water Protection Plan |
| USDA | United States Department of Agriculture |
| USFS | United States Forest Service |

BLM_0159810

6

DRAFT 4: 4.24.2013
DRAFT 4: 4.24.2013

## EXECUTIVE SUMMARY

There is a growing effort in Colorado to protect community drinking water sources from potential contamination. Many communities are taking a proactive approach to preventing the pollution of their drinking water sources by developing a source water protection plan. A source water protection plan identifies a source water protection area, lists potential contaminant sources and outlines best management practices to implement to decrease risks to the water source. Implementation of a source water protection plan provides an additional layer of protection at the local level beyond drinking water regulations.

The Town of Hotchkiss values a clean, high quality drinking water supply and decided to work collaboratively with area stakeholders to develop a Source Water Protection Plan. The source water protection planning effort consisted of public planning meetings and individual meetings with water operators, government, and agency representatives during the months of August 2012 to March 2013, at the Hotchkiss Town Hall. During the development of this Plan, a Steering Committee was formed to develop and implement this Source Water Protection Plan. Colorado Rural Water Association was instrumental in this effort by providing technical assistance in the development of this Source Water Protection Plan.

The Town of Hotchkiss obtains its drinking water from a surface water intake off the Leroux Creek via the Highline Canal. The Source Water Protection Area for these water sources includes the drainage area for Leroux Creek and extends northwest approximately seventeen miles upstream from the Town's intake on US Forest System lands. This Source Water Protection Area is the area that the Town of Hotchkiss has chosen to focus its source water protection measures to reduce source water susceptibility to contamination.

The Steering Committee conducted an inventory of potential contaminant sources and identified other issues of concern within the Source Water Protection Area. Through this process, it was determined that the highest priority potential contaminant sources and/or issues of concern are: wildfires, coal mining development, oil and gas development, spills or accidents on roads and terrorism. Other noted water quality threats include: recreational activities, reservoir construction and maintenance, fuel storage tanks, timber harvesting, vandalism, miscellaneous residential practices, cattle and wildlife grazing, septic systems, road maintenance, and abandoned wells.

The Steering Committee developed several possible best management practices that may help reduce the risks from the potential contaminant sources and other issues of concern. The best management practices are centered on the themes of building partnerships with community members, businesses, and local decision makers; raising awareness of the value of protecting community drinking water supplies; and empowering local communities to become stewards of their drinking water supplies by taking actions to protect their water sources. At the completion of this Plan, the Steering Committee will oversee implementation.

7

DRAFT 4: 4.24.2013

## INTRODUCTION

The Town of Hotchkiss operates a community water supply system that supplies drinking water to approximately 968 residents located within Delta County, Colorado. The Town of Hotchkiss obtains their drinking water from a surface water intake on Leroux Creek via the Highline Canal

BLM_0159811

in the Leroux Creek watershed. The Town of Hotchkiss recognizes the potential fur contamination of the source of their drinking water, and realizes that it is necessary to develop a protection plan to prevent the contamination of this valuable resource. Proactive planning and implementing contamination prevention strategies are essential to protect the long-term integrity of their water supply and to limit their costs and liabilities.1

Table 1: Primary Contact Information for the Town of Hotchkiss

PWSID CO0115352 PWS Name Town of Hotchkiss Name Michael Owens Title Public Works Director Address PO Box 369 Hotchkiss, CO 81419 Phone 970-872-3663 Website www.townofhotchkiss.com

Purpose of the Source Water Protection Plan

The Source Water Protection Plan (SWPP) is a tool for the Town of Hotchkiss to ensure clean and high quality drinking water sources for current and future generations. This Source Water Protection Plan is designed to:

• Create an awareness of the community's drinking water sources and the potential risks to water quality within the watershed;
• Encourage education and voluntary solutions to alleviate pollution risks;
• Promote management practices to protect and enhance the drinking water supply;
• Provide for a comprehensive action plan in case of an emergency that threatens or disrupts the community water supply.

Developing and implementing source water protection measures at the local level (i.e. county and municipal) will complement existing regulatory protection measures implemented at the state and federal governmental levels by filling protection gaps that can only be addressed at the local level.

1

The information contained in this Plan is limited to that available from public records and the Town of Hotchkiss at the time that the Plan was written. Other potential contaminant sites or threats to the water supply may exist In the Source Water Protection Area that are not identified in this Plan. Furthermore, identification of a site as a "potential contaminant site" should not be interpreted as one that will necessarily cause contamination of the water supply.

8

DRAFT 4: 4.24.2013

Protection Plan Development

The Colorado Rural Water Association's (CRWA) Source Water Protection Specialist, Kimberly Mihelich, helped facilitate the source water protection planning process. The goal of the CRWA's Source Water Protection Program is to assist rural and small communities served by public water systems to reduce or eliminate the potential risks to drinking water supplies through the development of Source Water Protection Plans, and provide assistance for the implementation of prevention measures.

The source water protection planning effort consisted of public planning meetings and individual meetings with water operators, government, and agency representatives.

Information discussed at the meetings helped the Town of Hotchkiss develop an understanding of the issues affecting source water protection for the community. The Steering Committee then made recommendations for management approaches to be incorporated into the Source

Water Protection Plan. In addition to the planning meetings, pertinent data and other information pertaining to Source Water Protection Area was gathered via public documents, internet research, phone calls, emails, and field trips to the protection area. A summary of the meetings is represented below.

Table 2: Planning Meetings

'. I ' .. - . '

FlFSt Planning :Meeting - Presentation on the protess of developing a Sour-ce Water August 29, 20U Prot~ton Plan for the Town Qf. Ho~chklss. Review of the State's Source Water Assessmeht for Town of Hotchkiss.

October 1, 2012
Second Planning Meeting- review delineation of Source Water Protection Area. Begin discussion of potential sources of contamination
~
'! November 14, Thli'd Plannii)B Meetlng- oiscdSslon of PQtential so11rces of contamination and other ~~ 201!2
lssJ.Ies of ron Clem within the Source Water Prot~C::tion Area

December 11, 2012
Fourth Planning Meeting- Prioritization of potential sources of contamination and other issues of concern.

~anuar;y17, 2013 Fifth Planning Meeting - COntJnu.e dlscusslon of priorftJzatlon of potential sources- of
_contamination an'd other Issues of concern. Dev.e1op best management praGtlces.

March 7, 2013 Sixth Planning Meeting- Review draft SWPP

May9, 2013 Present final SWPP to Hotchkiss Town Coundl
...
.•... •,, r "" •
· Stakeholder Participation in the Planning Process

Local stakeholder participation is vitally important to the overall success of Colorado's Source Water Assessment and Protection (SWAP) program. Source water protection was founded on the concept that informed citizens, equipped with fundamental knowledge about their drinking water source and the threats to it, will be the most effective advocates for protecting this valuable resource. Local support and acceptance of the Source Water Protection Plan is more

9
~
DRAFT 4: 4.24.2013

likely where local stakeholders have actively participated in the development of their Protection Plan.

The Town of Hotchkiss's source water protection planning process attracted interest and participation from 24 stakeholders including local citizens and landowners, private businesses, w<:~tcr opcr<:~tors, loc<:~l <:~nd state governments, and agency representatives. Stakeholders were
notified of meetings via letters, emails and phone calls. During the months of August 2012 through March 2013, six stakeholder meetings were held at the Hotchkiss Town Hall to encourage local stakeholder participation in the planning process. Input from these participants was greatly appreciated.

Steering Committee

During the development of this Plan, a volunteer Steering Committee was formed from the stakeholder group to develop and implement this Source Water Protection Plan. Specifically, the Steering Committee's role in the source water protection planning process was to advise Lhe Town of Hulchkiss in the identification and prioritization of potential contaminant sources as well as management approaches that can be voluntarily implemented to reduce the risks of potential contamination of the untreated source water. All members attended at least one Steering Committee meeting and contributed to planning efforts from their areas of experience and expertise. Their representation provided diversity and !ed to a thorough Source Water Protection Plan. The Town of Hotchkiss and the Colorado Rural Water Association are very appreciative of the participation and expert input from the following participants.

Table 3: Stakeholders and Steering Committee Members

. -- ..-
'

., --
I •.
We "-d-e-ll Ko on tz Tow n Ma yor .r ownof Hotthkl ss .,!. X ~
Michael Owens Public Works Director Town of Hotchkiss X
- l.eonard McCulloch Water Operator ~ Town of Hotchkiss . X
Joanne Fagan Town Engineer Town of Hotchkiss X
Paul Healy GIS Coordinator
-.-
D~ita County 2.t.o ·~
~ ....'. ' '~--'
Rob Fiedler Emergency Management Delta County
Robbie LeValley County Administrator DeJta COunty d'.
Larry Hudnall Environmental Health Specialist Delta County
Unda Bledsoe
.,
Lands·and Minerals Specialist us For-est Sorrvice

., .,
• ., ', ,, ··~·
Albert Borkowski Special Uses Program Manager US Forest Service
Jedd Sonde.;gard Hydrologist Bureau of land Management "' ~ -- ..
Paul Schmucker Water Commissioner Colorado Division of Water Resources
Doug Flitz FireChfef 1:.' ::- ~ Hotchkiss Fire Department ' ~
.~ c
Jim Ware Permittee Leroux Creek Cattle Pool
10
DRAFT 4: 4.24.2013
Gale Ware ~resident
.\ ... r!; LerQtJX Creek Cattle Pool
. _.,_ .. ·y, ·' "t
Steve Weist Manager Special Projects Oxbow Mining Inc.
Mark Sinlth' President Leroux Creek Water Assaaat1o.n :
'
Jim Blankenship Superintendent Hanson Mesa Water

Sarah Sauter Executive Oirect.or n~.~-~ ' Wester(\ Slope Cor:iservatlon Center ~
Cassandra Shenk Distribution Technician Rogers Mesa WC
David Smuih KydroTerra ln.c. -~ •. _.i;~l ~j
L ~ .. ,.- -~ ' „_.'co . ~- '¥ .•
Rob Gill Bear Ranch/7X
Thomas Wills RepoJiter 1 Narth Fork. Merchant Herald
,·
-~.
Kimberly Mihelich Source Water Specialist Colorado Rural Water Association

Development and Implementation Grant
The Town of Hotchkiss has been awarded a $5,000 Development and Implementation Grant
from the Colorado Department of Public Health and Environment (CDPHE). This funding is
available to public water systems and representative stakeholders committed to developing
and implementing a source water protection plan. A one to one financial match (cash or inkind)
is required. The Town of Hotchkiss was approved for this grant in July 2012, and it expires
on July 17, 2014. The Town of Hotchkiss intends on using the funds to implement
management approaches that are identified in this Plan.
11
-~
WATER SUPPLY SETTING
Location and Description
_,
DELTA
COUNTY
Leroux cfeek
-=-==----==--•Miles
0 0.5 1 2 3 4
DRAFT 4:4.24.2013
Legend
• Hotchkiss Intakes
--Highline Canal
-- Rivers/streams
USFS Ranger Districts
BLM Land
Figure 1: Location of the Town of Hotchkiss and Its intake within Delta County, Colorado
12
DRAFT 4: 4.24.2013
The Town of Hotchkiss is a small rural town, covering an area of approximately 0.67 square
miles, and is located in Delta County on the western slope of Colorado in the heart of the North
Fork Valley. Primary access to the Town is through Colorado State Highway 133 or through
State Highway 92. The Town of Hotchkiss has 412 households, 271 families, and a small town
charm. Future projections by the Town of Hotchkiss estimate that growth will increase over the
next ten years.
The Town was incorporated in 1900 and named for Enos T. Hotchkiss, who had staked an early
land claim on the site where the Town is now situated (Town of Hotchkiss, CO). Municipal
affairs are governed by the Hotchkiss Town Council. The North Fork Valley is a popular

BLM_0159815

destination for hunting and fishing as well as a popular attraction for its local wine and organic fruit and vegetable operations.

The majority of the Town of Hotchkiss's source waters originates on public lands and travels through both public and private lands before reaching an intake outside the Town boundaries. The private land includes unincorporated areas of Delta County. The public lands include Gunnison National Forest Lands, managed by the Grand Valley Ranger District, and BLM lands managed by the Uncompaghre Field Office. Land use on private land consists of agricultural and rural residential development. Delta County has no zoning and limited controls on land use.

Physical Characteristics

The Town of Hotchkiss sits at an elevation of 5,35lfeet and is located at latitude 38° 47' 57" N, longitude 107° 43' 1" W. The Leroux Creek watershed, in which the Town's source water originates, has a mountainous topography, with elevations ranging from 6800 to over 11,000 feet above sea level. It is in the Colorado Plateau Physiographic Province and lies mostly within Grand Mesa National Forest lands between the Grand Mesa and Oak Mesa. The Grand Mesa is an erosional remnant within the lower Piceance Basin that consists of tertiary volcanic rocks and is capped by lava flow. The Piceance Basin is a sedimentary rock aquifer located in western Colorado (Topper, Spray, Bellis, Hamilton, & Barkmann, 2003).

The climate within the source water area is generally semiarid with an estimated average annual precipitation of 27.6 inches based on Mountain Data from NRCS SNOTEL Overland Reservoir Sites (USDA Natural Resources Conservation Service, 2013). Overland Reservoir lies within Hotchkiss's source water area.

Soils in the Leroux Creek Drainage consist mainly of clay loams or aridisols in the lower portion of the basin while soils higher in the basin originate from sandstone parent materials. The soils at the highest elevations located on National Forest typically consist of mollisols with enriched organic matter.

13

DRAFT 4: 4.24.2013

Hydrologic Setting

Leroux Creek is the principal source of drinking water for the Town of Hotchkiss. The Leroux Creek watershed drains approximately 44 square miles (28,432 acres) and is part of the North Fork of the Gunnison River watershed basin (Hyc..lrulugk Uuit Cuc..lt:! (HUC) 14020004L Lriuulary

to the Gunnison River. The headwaters of Leroux Creek originate approximately 16.5 miles north of the Town of Hotchkiss, within U.S. Forest System lands, and receive flow from high mountain snowmelt fed lakes. Leroux Creek flows into the North Fork of the Gunnison River southwest of Town, which joins the Gunnison River a few miles farther downstream. Once the two branches merge, it winds through the canyon lands of west central Colorado, joining the Colorado River west of Grand Junction, CO (Hotchkiss, Paonia, and Crawford Chambers of Commerce). The Gunnison River Basin is part of Colorado Water Division Four with the office of

the Division Engineer in Montrose, CO.

Intake

12 --== ---===::::lMiles  0 2 4 8

North Fork of the

Figure Z: Leroux Creek watershed within the North Fork of the Gunnison River basin

14

DRAFT 4: 4.24.2013

Water Quality Standards

Under the Clean Water Act, every state must adopt water quality standards to protect, maintain and improve the quality of the nation's surface waters. The State of Colorado's Water Quality Control Commission has established water quality standards that define the goals and limits for all waters within their jurisdictions. Colorado streams are divided into individual stream segments for classification and standards identification purposes (Table 4}. Standards are designed to protect the associated classified uses of the streams (Designated Use}. Stream classifications can only be downgraded if it can be demonstrated that the existing use classification is not presently being attained and cannot be attained within a twenty year time period (Section 31.6(2}(b}). A Use Attainability Analysis must be performed to justify the downgrade.

Table 4: Stream segments within the Leroux Creek Watershed and their Designated Uses

,', I • • • • ' •• ,,_ 0. I 't,• l;" I : . ,, .'I -

Leroux Creek COGUNF05_7000 HUC: 14020004

Source: EPA "Water Quality Assessment and TMDL Information," 2013

Drinking Water Supply Operations

Water Supply and Infrastructure

Agriculture

Aquatic Life Cold Water-Class 1

Domestic Water Source

Recreation Primary Contact

The Town typically provides water to its customers from flow and storage of waters from Leroux Creek. The Town also has water available from the Overland Reservoir, the Fire Mountain Canal and from a flow right on the North Fork of the Gunnison River upstream of Town. The Town of Hotchkiss has approximately five miles of ten-inch pipe delivering the raw water from the High line Canal to a settling pond just prior to the Horse Park Water Treatment Plant.

The water from the settling pond is pretreated by mixing a flocculent into the water and running it through a clarifying system utilizing tube settlers. The clarified water then travels through two Pall Aria AP6 membrane filtration skids capable of producing 750 gallons per minute (GPM} of treated water. Post treatment consists of fluoride for healthy bones and teeth and chlorine gas for disinfection.

Following disinfection contact time, the treated water is then put into the distribution system. The beginning of the distribution system has a one million gallon tank and a 350,000 gallon tank used for domestic water storage. Approximately three miles of 10-inch water main delivers water to the Town of Hotchkiss. Just north of Hotchkiss is another storage tank capable of storing 450,000 gallons of domestic water.

15

DRAFT 4: 4.24.2013

The Horse Park Water Treatment Plant provides water for 614 taps and fire protection in the l own of Hotchkiss' distribution system, as well as providing domestic water for two consecutive water systems, Hanson Mesa Domestic Pipeline Company and Rogers Mesa Domestic Water Company.

Figure 3: Town of Hotchkiss's Drinking Water Supply Operations

Top Left: Leroux Creek just above the High Line Canal diversion;  Top Right: High Line Canal Headgate off
Leroux Creek to the High Line canal; Bottom Left: Town of Hotchkiss' raw water inlet from High Line Canal;
Bottom Right:  Town of Hotchkiss  Domestic  Water Storage

16

DRAFT 4: 4.24.2013

Water Supply  Demand Analysis

The Town of Hotchkiss serves an estimated 614 connections and approximately  968 residents and other users in the service area annually.  The water system currently has the capacity to produce one million  gallons per day (MGD).  Current estimates by the water system indicate that the average daily demand is approximately  0.215 MGD, and that the average peak daily demand is approximately  0.367 MGD.  Using these estimates, the water system has a surplus average daily  demand capacity of 0.785 MGD and a surplus average peak daily  demand capacity of 0.633  MGD.

In the event that the Leroux Creek water supply  became unusable  for a period  of time due to potential contamination,  the Town of Hotchkiss has enough  capacity to supply  its users for a period of time before it became a problem.  During irrigation  season, the Town is able to get water from either the Overland Reservoir  or the Fire Mountain  Canal within  a day or so. If Leroux Creek were to become unusable  outside the irrigation  season, the Town could  treat water from the North Fork of the Gunnison  River, which would  take a bit longer.  The ability  of Town of Hotchkiss  to meet either of these demands  for an extended  period of time  is also affected by the amount  of treated water the water system has in storage at the time Leroux Creek becomes unusable,  however, their storage tanks contain  enough  treated water to sustain demand for approximately  four days.

The Steering Committee believes the development  and implementation  of a source water protection  plan for Town of Hotchkiss  and its community  can help to reduce the risks posed by potential contamination  of its water sources.  Additionally,  the Town of Hotchkiss  has developed an emergency response plan (available  upon request from Town Hall) to coordinate rapid and effective response to any emergency incident  that threatens or disrupts the community  water supply.

17

DRAFT 4: 4.24.2013

OVERVIEW OF COLORADO'S SWAP PROGRAM

Source water assessment and protection  came into existence in 1996 as a result of Congressional  reauthorization  and amendment of the Safe Drinking  Water Act. The 1996 amendments  required each state to develop a source water assessment and protection  (SWAP) program. Colorado  Department of Public  Health and Environment's  (CDPHE) Water Quality Control  Division,  assumed the responsibility  of developing  Colorado's SWAP program. The SWAP program protection  plan is integrated  with the Colorado  Wellhead Protection Program that was established  in amendments  made to the federal Sate Drinking  Water Act (SDWA, Section  1428} in 1986.

Colorado's SWAP program is an iterative, two-phased process designed to assist public  water systems in preventing  potential contamination  of their untreated drinking  water supplies.  The two phases include  the Assessment Phase and the Protection Phase as depicted in the upper and lower portions  of Figure 4, respectively.

BLM_0159818

Figure 4: Source Water Assessment and Protection Phases
18
DRAFT 4: 4.24.2013
Source Water Assessment Phase
The Assessment Phase for all public water systems consists of four primary elements:
1. Delineating the source water assessment area for each of the drinking water sources;
2. Conducting a contaminant source inventory to identify potential sources of contamination within each of the source water assessment areas;
3. Conducting a susceptibility analysis to determine the potential susceptibility of each public drinking water source to the different sources of contamination;
4. Reporting the results of the source water assessment to the public water systems and the general public.
The Assessment Phase involves understanding where the Town of Hotchkiss's source water comes from, what contaminant sources potentially threaten the water sources, and how susceptible each water source is to potential contamination. The susceptibility of an individual water source is analyzed by examining the properties of its physical setting and potential contaminant source threats. The resulting analysis calculations are used to report an estimate of how susceptible each water source is to potential contamination. A Source Water Assessment Report was provided to each public water system in Colorado in 2004 that outlines the results of this Assessment Phase.
Source Water Protection Phase
The Protection Phase is a voluntary, ongoing process in which all public water systems have been encouraged to voluntarily employ preventative measures to protect their water supply from the potential sources of contamination to which it may be most susceptible. The Protection Phase can be used to take action to avoid unnecessary treatment or replacement costs associated with potential contamination of the untreated water supply. Source water protection begins when local decision-makers use the source water assessment results and other pertinent information as a starting point to develop a protection plan. As depicted in the lower portion of Figure 4, the source water protection phase for all public water systems consists of four primary elements:
1. Involving local stakeholders in the planning process;
2. Developing a comprehensive protection plan for all of their drinking water sources;
3. Implementing the protection plan on a continuous basis to reduce the risk of potential contamination of the drinking water sources; and
4. Monitoring the effectiveness of the protection plan and updating it accordingly as future assessment results indicate.
The water system and the community recognize that the Safe Drinking Water Act grants no statutory authority to the Colorado Department of Public Health and Environment or to any other state or federal agency to force the adoption or implementation of source water
19
DRAFT 4: 4.24.2013
protection measures. This authority rests solely with local communities and local governments. The source water protection phase is an ongoing process as indicated in Figure 4. The evolution of the SWAP program is to incorporate any new assessment Information provided by the public water supply systems and update the protection plan accordingly.
20

DRAFT 4: 4.24.2013
SOURCE WATER PROTECTION PLAN DEVELOPMENT
Source Water Assessment Report Review
The Town of Hotchkiss has reviewed the Source Water Assessment Report along with the Steering Committee. These Assessment results were used as a starting point to guide the development of appropriate management approaches to protect the source water of Town of Hotchkiss from potential contamination. A copy of the Source Water Assessment Report for Town of Hotchkiss can be obtained by contacting the Town of Hotchkiss or by downloading a copy from the CDPHE's SWAP program website located at:
http://www.colorado.gov/cs/Satellite/CDPHE-WQ/CBON/1251596793639.
Defining the Source Water Protection Area
A source water protection area is the surface and subsurface areas from which contaminants are reasonably likely to reach a water source. The purpose of delineating a source water protection area is to determine the recharge area that supplies water to a public water source. Delineation is the process used to identify and map the area around a pumping well that supplies water to the well or spring, or to identify and map the drainage basin that supplies water to a surface water intake. The size and shape of the area depends on the characteristics of the aquifer and the well, or the watershed. The delineated source water assessment area provides the basis for understanding where the community's source water and potential contaminant threats originate, and where the community has chosen to implement its source water protection measures in an attempt to manage the susceptibility of their source water to potential contamination.
After carefully reviewing their Source Water Assessment Report and the CDPHE's delineation of the Source Water Assessment Area for the Town of Hotchkiss's source, the Steering Committee chose to modify it before accepting it as their Source Water Protection Area for this Source Water Protection Plan. The original assessment area did not include protection zones around the Highline Canal, and it also excluded the Overland Reservoir, which is a storage reservoir for the Town of Hotchkiss. The Source Water Protection Area therefore was created by expanding the assessment area to include them.
The Town of Hotchkiss's Source Water Protection Area is defined as:
1. Zone 1 is defined as a 1,000 foot wide band on either side of the stream segments (including the High line Canal).
2. Zone 2 extends 1/4 mile beyond each side of the boundary of Zone 1 (2,320 feet from the drainage network).
3. Zone 3 is made up by the remainder of the source water assessment area up to the watershed boundary.
21
[)KAFI 4: 4.24.2013
The Source Water Protection Area is illustrated in the following map:
Town ()f Hotchkiss Source Water Protectton Area
• lolakles & Di~IH!>ioos
·-tflgtlllr:~oeCanal
- Otaina~ NetwOf'k
HotdJI9.ss SIM'A
Figure 5: Town of Hotchkiss Source Water Protection Area
22

BLM_0159820

DRAFT 4:4.24.2013

Potential Contaminant Source Inventory and Other Issues of Concern

Many types of land uses have the potential to contaminate source waters: spills from tanks, trucks, and railcars; leaks from buried containers; failed septic systems, buried or injection of wastes underground, use of fertilizers, pesticides, and herbicides, road salting, as well as urban and agricultural runoff. While catastrophic contaminant spills or releases can wipe out a water resource, groundwater degradation can result from a plethora of small releases of harmful substances. According to the USEPA, nonpoint-source pollution (when water runoff moves over or into the ground picking up pollutants and carrying them into surface and groundwater) is the leading cause of water quality degradation (GWPC, 2008).

Figure 6: Schematic drawing of the potential source of contamination to surface and groundwater

In 2001 - 2002, as part of the Source Water Assessment Report, a contaminant source inventory was conducted by the Colorado Department of Public Health and Environment to identify selected potential sources of contamination that might be present within the source water assessment areas. Discrete2 contaminant sources were inventoried using selected state and federal regulatory databases including: mining and reclamation, oil and gas production, above and underground petroleum tanks, Superfund sites, hazardous waste generators, solid waste disposal, industrial and domestic wastewater dischargers, and water well permits. Dispersed contaminant sources were inventoried using then recent land use I land cover and transportation maps of Colorado, along with selected state regulatory databases. The contaminant inventory was completed by mapping the potential contaminant sources with the aid of a Geographic Information System (GIS).

The State's contaminant source inventory consisted of draft maps, along with a summary of the discrete and dispersed contaminant sources inventoried within the source water assessment area. The Town of Hotchkiss was asked, by CDPHE, to review the inventory information, fieldverify

selected information about existing and new contaminant sources, and provide feedback

1 The WQCD's assessment process used the terms "discrete" and "dispersed" potential sources of contamination. A discrete source is a facility

that can be mapped as a point, while a dispersed source covers a broader area such as a type of land use (crop land, forest, residential, etc.).

23

DRAFT 4: 4.24.2013

on the accuracy of the inventory. Through this Source Water Protection Plan, the Town of Hotchkiss is reporting its findings to the CDPHE.

After much consideration, discussion, and input from local stakeholders, the Town of Hotchkiss and the Steering Committee have developed a more accurate and current inventory of contaminant sources located within the Source Water Protection /\rea. Upon completion of this contaminant source inventory, the Town of Hotchkiss has decided to adopt it In place of the original contaminant source inventory provided by the CDPHE.

Contaminant Source Inventory (in no particular order}:

• Septic Systems
• Fuel Storage Tanks
• Miscellaneous Residential Practices
• Wildfires
• Road Maintenance

BLM_0159821

• Spills/ Accidents on Roads
• Timber Harvesting
• Cattle/Wildlife Grazing
• Recreational Activities
• Reservoir Construction & Maintenance
• Abandoned Wells
• Oil and Gas Development
• Coal Mining Development

In addition to the discrete and dispersed contaminant sources identified in the contaminant source inventory, the Steering Committee has also identified other issues of concern that may impact the Town of Hotchkiss's drinking water source.

Additional Issues of Concern (in no particular order}:
• Terrorism
• Vandalism

24

DRAFT 4: 4.24.2013

Priority Strategy

After developing a contaminant source inventory and list of issues of concern that is more accurate, complete, and current, the Steering Committee began the task of prioritizing this inventory for the implementation of the Best Management Practices outlined in this Source Water Protection Plan (see Table 7).

The strategy which the Town and Steering Committee used was based on three criteria.

1. Contaminant Hazard- The contaminant hazard is an indication of the potential human health danger posed by contaminants likely or known to be present at the contaminant source. Using the information tables provided by CDPHE (see Appendices E-H), the Steering Committee considered the following contaminant hazard concerns for each contaminant source:

• Acute Health Concerns - Contaminants with acute health concerns include individual contaminants and categories of constituents that pose the most serious immediate health concerns resulting from short-term exposure to the constituent. Many of these acute health concern contaminants are classified as potential cancer-causing (i.e. carcinogenic) constituents or have a maximum contaminant level goal (MCLG) set at zero (O).

• Chronic Health Concerns- Contaminants with chronic health concerns include categories of constituents that pose potentially serious health concerns due to long-term exposure to the constituent. Most of these chronic health concern contaminants include the remaining primary drinking water contaminants.

• Aesthetic Concerns- Aesthetic contaminants include the secondary drinking water contaminants, which do not pose serious health concerns, but cause aesthetic problems such as odor, taste or appearance

2. Potential Volume -The volume of contaminants at the contaminant source is important in evaluating whether the source water could become contaminated at concentrations that may pose a health concern to consumers of the water in the event these contaminants are released to the source water. Large volumes of contaminants at a specific location pose a greater threat than small volumes.

3. Likelihood of Release- The more likely that a potential source of contamination is to

release contaminants, the greater the contaminant threat posed. The regulatory compliance history for regulated facilities and operational practices for handling, storage, and use of contaminants were utilized to evaluate the likelihood of release. Based on the above criteria, the Steering Committee has ranked the potential contaminant source inventory and issues of concern in the following way:

25

DRAFT 4: 4.24.2013

Prioritized Potential Contaminant Sources and Issues of Concern

• HIGH PRIORITY:

o Coal Mining Development

o Oil and Gas Development

o Spills/Accidents on Roads

o Wildfire

o Terrorism

• MODERATE PRIORITY:

o Recreational Activities

o Reservoir Construction and Maintenance

o fuel Storage 1 anks

o Timber Harvesting

o Vandalism

• LOW PRIORITY:

o Miscellaneous Residential Practices

o Cattle/Wildlife Grazing

o Septic Systems

o Road Maintenance

o Abandoned Wells

Susceptibility Analysis of Water Sources

The Town of Hotchkiss's Source Water Assessment Report contained a susceptibility analysis3 to

identify how susceptible an untreated water source could be to contamination from potential sources of contamination inventoried within its source water assessment area. The analysis looked at the susceptibility posed by individual potential contaminant sources and the collective or total susceptibility posed by all of the potential contaminant sources in the source water assessment area. The CDPHE developed a susceptibility analysis model for surface water sources and ground water sources under the influence of surface water, and another model for groundwater sources. Both modeis provided an objective analysis based on the best available information at the time of the analysis. The two main components of the CDPHE's susceptibility analysis are:

1. Physical Setting Vulnerability Rating- This rating is based on the ability of the surface water and/or groundwater flow to provide a sufficient buffering capacity to mitigate potential contaminant concentrations in the water source.

2. Total Susceptibility Rating- This rating is based on two components: the physical setting vulnerability of the water source and the contaminant threat.

) The susceptibility analysis provides a screening level evaluation of the likelihood that a potential contamination problem could occur rather

than an indication that a potential contamination problem has or will occur. The analysis is NOT

BLM_0159823

a reflection of the current quality of the
untreated source water, nor is it a reflection of the quality of the treated drinking water that is
supplied to the public.
26
DRAFT 4: 4.24.2013
Instructions: Choose one of the two following paragraphs that applies to how you determined
your !otaiSusceptibility Rating. Delete the paragraph which does not apply. Work w/ Mike and
-oanrieqn the foUowi"g paragraph(s)
Upon review of CDPHE's susceptibility analysis, the Steering Committee determined that both
the Physical Setting Vulnerability Rating and the Total Susceptibility Rating for each of the
Town
of Hotchkiss's source(s) are accurate and should remain the same (see table below).
-or-
Upon review of the susceptibility analysis, the Steering Committee determined that the Physical
Setting Vulnerability Rating and the Total Susceptibility Rating needed to be updated to more
accurately reflect the current situation. Instructions: Explain what the revised total
susceptibility rating is based on. (Example: The Steering Committee created a better analysis
through discussion, on-site observation, and review of historical data involving stakeholders
and experts.)
Table 5: Updated Susceptibility Analysis
27
DRAFT 4: 4.24.2013
DISCUSSION OF POTENTIAL CONTAMINANT SOURCES AND ISSUES OF CONCERN
rhe following section provides a brief description ot potential contaminant sources and issues
of concern that have been identified in this plan, describes the way in which they threaten the
water source(s) and outlines management approaches.
Public Land Management
The SPWA for the I own of Hotchkiss is located
almost entirely within Grand Mesa National Forest
land managed by the Grand Valley Ranger District,
within the USFS Rocky Mountain Region. US Forest
Service land use management practices have the
potential to directly affect the quality of Hotchkiss's
source waters. Grand Valley Realty Specialist,
linda Bledsoe, has attended Hotchkiss's SWPP
planning meetings, and her input on US Forest
System lands was greatly appreciated.
Protecting Water Resources
A principal purpose for which the Forest Reserves
Figure 7: Sign leading to Grand Mesa National Forest
lands
(predecessor to the National Forest System) were established was to "secure favorable
conditions of water flows". Throughout its history, the Forest Service has had a very diverse and
broad mission of multiple use management outlined by the National Forest Management Act,
Multiple Use-Sustained Yield Act, Federal Land Policy and Management Act, etc. This means
that the agency balances outdoor recreation and preservation of wildlife habitat, air and water,

BLM_0159824

and other scenic and historical values with environmentally responsible commercial development of the land and its resources. The Forest Service's mandate to manage lands for multiple-use requires balancing present and future resource use with domestic water supply needs as well as many other needs. The greater the proportion of National Forest System lands in a source water area, the greater the potential to be directly affected by Forest Service land use and management activities. It is the desired condition of the National Forest System land managers to "maintain favorable conditions of flow and sustain supplies of high quality raw water while providing for multiple-use management" (GMUG, 2006).

One of the long-term management goals of the Rocky Mountain Region is to manage the forest for water resources:

"Protect the resource. Maintain, and where opportunities exist, restore watershed and forest health to ensure full watershed function exhibiting high geomorphic, hydrologic, and biotic integrity. Ensure that forest management activities occur in a manner that adequately protects the integrity of watersheds (USFS, 2010}."

28

DRAFT 4: 4.24.2013

In October 2009, the Forest Service Rocky Mountain Region and the State of Colorado Department of Public Health and Environment signed a Memorandum of Understanding (MOU) to establish a framework to work together on issues regarding the management and protection of water quality on state defined Source Water Assessment Areas on National Forest System lands in Colorado (see Appendix D). Under this agreement, the Forest Service recognizes a CDPHE-delineated Source Water Area as a "Municipal Supply Watershed" per definition in FSM 2542 (MOU Between CDPHE and USFS Rocky Mountain Region, 2009). The source water protection area for the Town of Hotchkiss that lies within these National Forest lands, will be included in future Revised Forest Plans as a municipal supply watershed. In the interim, the Town should be watchful of new and modified activities requesting permitting with the forest and notify the USFS if the Town is concerned proposed changes in use could impact the Town's water supply.

Forest Plan

At the District level, the Grand Valley Ranger District adheres to the management directives established under the 1991 Amended Land and Resource Management Plan (1991 Forest Plan) for the Grand Mesa, Uncompahgre, and Gunnison (GMUG) National Forest.

The current management area prescriptions within the source water protection area includes:

68- Livestock Grazing (maintain). The area is managed for livestock grazing. Intensive grazing management systems are favored over extensive systems. Range condition is maintained through use of forage improvement practices, livestock management, and regulation of other resource activities. Investment in structural and nonstructural range improvements to increase forage utilization is moderate to high. Structural improvement benefit, or at least do not adversely affect wildlife. Conflicts between livestock and wildlife are resolved in favor of livestock. Nonstructural restoration and forage improvement practices available are seeding, planting, burning, fertilizing, pitting, furrowing, spraying, crushing and plowing. Cutting of encroaching trees may also occur. Investments are made in compatible resource activities. Dispersed recreational opportunities vary between semi-primitive non-motorized and roaded natural. Management activities are evident but harmonize and blend with the natural setting.

7A- Wood Fiber Production. Management emphasis is on wood fiber production and

BLM_0159825

utilization of large roundwood of a size and quality suitable for sawtimber. Engelmann sprucesubalpine
fir clearcuts are less than 5 acres in size to promote natural regeneration. The area generally will have a mosaic of fully stocked stands that follow natural patterns and avoid straight lines and geometric shapes. Management activities are not evident or remain visually subordinate along Forest arterial and collector roads and primary trails. Roaded-natural recreation opportunities are provided along forest arterial and collector roads. Semi-primitive motorized recreation opportunities are provided on those that are closed

29

DRAFT 4: 4.24.2013

## Coal Mining Development

Exploratory coal mine drilling is currently occurring on Oak Mesa by Oxbow Mining Inc. just outside of the Town of Hotchkiss's SWPA. Steve Weist with Oxbow Mining Inc. has attended Hotchkiss's SWPP planning meetings, and his input on coal mining impacts was greatly appreciated. If the exploration drilling shows positive results, Ox!Juw Mining may apply for coal leases by July 2013. Potential for this drilling and/or coal mining in this area to impact the watershed is low because it would occur outside the Leroux Creek drainage and SWPA.

Mining operations in the SWPA have a low potential to contaminate drinking water supplies from either point source discharges (i.e. mine tunnels or adits) or nonpoint source discharges from run-off over waste rock or tailing piles, because mining regulations require all runoff from mining activities to be contained and treated before allowing it to be discharged. The mineral makeup of the surface and sub-surface materials does not contain acid bearing material so there is minimal possibility of acidic, metal-laden water emanating from inactive mines within the SWPA.

## Coal Mining aevetopment Best Management Practites Recommendations:

1. Stay infor.med of any pptentIal coot mining devet~pment within th~ 'protection area and become· involved in the public process to encour-age BMPs to protect water quality.

2. Mine planning information is gsua}ly available at local libmr1es to assist the "J)Ublic in being informed aiSGllt activities oc:curring in tne1r area Encourage industry repre.sentative to ·snare infGrmatiQn abeu1: their eperation, including GAernieals utilized as part of their eperations, within the source water protectien area by. inviting them to pa~i~pate in the Tewn of HPtchklss Source Wat-eF Pretectjen Ste~ingGommi~ee ·meetings.

3. As part of the r annual refresher tirai.ning for MSHA' (Mine Safety. and Health Admlhistr:at1on~,
encourage industry to educate all employ,ees and s_ub<iontractors on the lo~tion of the seurc-e water protection areas., Emerg~ncy Res'?onse Plans, Storm Water Management plans} and Spill Response Plans.

## Oil and Gas Development

Although many areas of Colorado are experiencing an oil and gas boom, there is currently no oil and gas drilling within the Town of Hotchkiss's Source Water Protection Area. The potential for oil and gas development in the protection area is moderate. In fact, as of February 6, 2013, the Bureau of Land Management (BLM) announced the deferral of all parcels in the North Fork Valley associated with the February 2013 Oil and Gas Lease Sale (BLM - Uncompahgre Field Office, 2013). It is unknown, however, how long the deferral will last.

Colorado Oil and Gas Conservation Commission: Rule 3178

The oil and gas industry in Colorado is regulated by the Colorado Oil and Gas Conservation

BLM_0159826

Commission (COGCC). The mission of the COGCC is "To promote responsible development of Colorado's oil and gas natural resources." The Colorado legislature passed House Bill1341 in 30

DRAFT 4: 4.24.2013

spring 2007 to increase environmental and public health protections in the face of unprecedented oil and gas development. House Bill 1341 directed the Colorado Oil and Gas Conservation Commission to make and enforce rules consistent with the protection of the environment, wildlife resources, and public health, safety, and welfare. In 2008, the COGCC developed and passed new rules that became effective on May 1, 2009 on federal land and April1, 2009 on all other land.

One of the new rules, Rule 317B, protects public water systems by protecting the source of their drinking water. It creates protection zones, or buffer zones, combined with performance requirements applicable within 5 miles upstream of the surface water intake. The most protected Internal Buffer Zone is located within 300 feet of a water segment and is a drilling excluding zone. The purpose for protecting this zone is that a significant release in these areas would likely contaminate surface water used as a drinking water source. Enhanced drilling and production requirements also apply in areas ~ mile from the water supply segment, in an Intermediate and Extended Buffer Zone (Colorado Oil and Gas Conservation Commission, 2008).

31

u

DRAFT 4: 4.24.2013

Legend

Intakes & Diversions

--Drainage Network

0 0.3J.6 1.2 1.8 2.4

• • Miles

Internal Buffer Zone (300 ft)

Intermediate Buffer Zone (500ft)

Extended Buffer Zone (1/2 Mile)

Figure 8: COGCC Rule 3178 buffer zones in the Source Water Protection Area

32

DRAFT 4: 4.24.2013

Oil ahd Gas Development Best Management Practices Recommendations:

1. Stay informed of any potential oil and gas developments on federal lands within the protection area and become involved in the public process to encourage BMPs to protect water quality.

2. Encourage industry representative to share information about their operation, including chemicals utilized as part of their operations; within the source water protection area by inviting them to participate in the Town of Hotchkiss Source Water Protection Steering Committee meetings.

3. Encourage the local community to become actively involved in participating in local and regional oil and gas forums.

4. Encourage industry to educate all employees and subcontractors on the location of the source water protection areas, Emergency Response Plans, Storm Water Management plans, and Spill Response Plans.

BLM_0159827

5. The Town of Hotchkiss request county notification of application for permit to drill (APD). The Town and/or Steering Committee will provide comment.

6. The Steering Committee will encourage th~ ~ ndustry to comply with and implement all actions in the approved Storm Water Management Plan to prevent or minimize storm water runoff impacts to the source waters.

7. The Steering Committee will encourage the industry to:

a. Administer a Spill Prevention, Control, and Countermeasures Plan to prevent surface water and ground water contamination

b. Immediately notify the water providers of any spills, and

c. Use proper equipment & vehicle maintenance BMPs to prevent chemicals from contaminating ground water.

8. Develop an action plan with the Town of Hotchkiss, Hotchkiss Fire Protection District, Industry Representatives and local residents' for spill response and/or other emergencies.

Spills & Accidents on Roads

The Source Water Protection Area is located outside the boundaries of the Town and is accessed by County Road 3100, a two-lane gravel road. The majority of the roads within the protection area are maintained by the Delta County Road and Bridge Department, including National Forest System Roads (NFSRs) on Grand Mesa National Forest under agreements with the Forest Service. The roads in the SWPA are used for residential, recreational, timber, cattle, and reservoir maintenance access.

Figure 9: Corner of 3100 Rd. and Stoney Creek Rd. within

Vehicular spills may occur along the the Town of Hotchkiss's SWPA transportation route within the source water protection areas from trucks that transport fuels, waste, and other chemicals that have a potential for contaminating the source waters. Chemicals from accidental spills are often

33

DRAFT 4: 4.24.2013

diluted with water, potentially washing the chemicals into the soil and infiltrating into the groundwater and/or running off into surface waters. Roadways are also frequently used for tHega1 dumpfng cf harardous or other p-ote-nttatty ·trarmfut wastes.

Road Spills/Accidents B.est Management Practices Recommendations:

1. Meet wilh lll~ f::fulchk1 Fire District to discuss their emergency response plans for responding to t:la-zardous and non-hazardousvehicular spills within the SWPA. Include this information in tt're emerg~ncy plans for the Town of Hotchkiss and ask Hotchkiss Fire District to do likewise

Pro.v•de Information to the local fire departments:

a. Importance of the Source Water Protection Plan

b. location of the intakes anctSourc~ Water ProtectiQn Area

c. Overview of the Emergency-Contingency, Plan

d Personnel to be notified in the event of an emergen cy

Educate the public on how tc;> call"91 " to report any pills wUhin the WPA,

BLM_0159828

P4ace-signage on public roads-within the protection areas to educate the pUblic about repartlhg spills on the roadw~v..

34

DRAFT 4: 4.24.2013

Wildfires

The Town of Hotchkiss's Source Water Protection Area sits in the upper Leroux Creek Basin and has a considerable risk of damage from wildfire. In describing the risk of wildfire to the area, the term "low frequency, high consequence" may be appropriate. The general area is very fireprone as shown in Figure 10, and numerous wildfires have occurred within a five-mile radius in the past under a variety of conditions and circumstances (see Appendix 1). Nationally, wildfires are primarily naturally caused (i.e., lightning), however, a significant percentage of wildfires in the area have been human caused. With a higher level of usage in the area due to subdivisions and home sites, a higher number of ignitions may be possible.

There is mixed ownership and jurisdiction in the area of concern, including private and federal lands, along with two Fire Protection Districts having responsibility for initial attack, which can complicate dispatch and initial attack effectiveness, allowing a potential fire to escape control. In addition, access and egress to the area is limited to one road, 3100 Road, which could complicate suppression efforts. In fact, suppression may be delayed while responders assist the evacuation of area residents and recreational users.

Fire season, traditionally described as May through early July, is now considerably longer, with wildfires occurring state-wide in virtually any month in the calendar. Fire weather and dangerous fuel conditions in the area have historically risen to extreme levels many days per year, with the number of such periods likely to increase along with the longer fire season. Mitigating the wildfire danger using fuel reduction techniques like tree thinning may have

35

DRAFT 4: 4.24.2013

limited short-term benefit, as much of the vegetation in the creek bed and surrounding slopes is fast growing. Other fuels are located on steep slopes, some on private lands and others on federal lands. These factors can lead to a high rate at wildfire spread as indicated In Figure 11 below. A comprehensive approach to fuels treatment that would provide long-term protection to Leroux Creek seems unlikely.

Figure 11: Rate of wildfire spread In Hotchkiss's SWPA

A large hot fire in the creek bed and surrounding lands can have an impact on source waters by removing vegetation and decreasing infiltration during rain events. This can result in soil erosion and sediment and ash pollution in drinking water. Large rain events can produce mudslides, and debris flow capable of destroying water infrastructure and altering clarity and pH of the source waters.

PHOTO: DOUG FRITZ, HOTCHKISS FIRE DISTRICT

Hotchkiss Fire District is in the process

BLM_0159829

of developing strategies and plans to
manage the wildfire risk to the Source
Water Protection Area. These
strategies include the following:
Figure 12: View of Gam bel Oak slope with major risk for wildfire
36
DRAFT 4: 4.24.2013
• Hotchkiss Fire District will work with Montrose BLM's and the Grand Mesa,
Uncompahgre and Gunnison National Forest's Fire Management Officer (FMO) in 2013
to develop modeling on fire behavior in the area to understand how a wildfire may
affect the area.
• Using such modeling, Hotchkiss Fire District will develop a plan to suppress wildfire in
the Source Water Protection Area in 2013, and will conduct several exercises to train
firefighters on the plan.
• The area will be included in Hotchkiss Fire District's Community Wildfire Protection Plan,
scheduled for updating in 2014. As part of this effort, homeowners in the area will be
encouraged to create or improve Defensible Space near their homes, as well as improve
their home's resistance to wildfire.
• Hotchkiss Fire District will seek out opportunities to reduce the fuels on private lands
near the west side of the northern part of Redlands Mesa, utilizing available cost-share
grants, continuing our successful fuels mitigation efforts in the District.
Fuels Reduction Plan- The District Ranger will continue to implement the National Fire Plan
to reduce fuels within the areaiof National Forest lying within the source water protection
area. The Forest Servke will provide an oppOrtunity for the public during their NEPA
process. The Steering Committee will become acti":ely involved in reviewing the plan and
providing comment when needed on source water protection concerns.
2. Expl6re opportunities to work With private landowners for landscape scale fuel reduction
·and defensible space projects:
3. Fire Prevention-The District Ranger will continue to implement their fire prevention plan
which Includes public education programs: Fire Wise Program and Project Learning Tree.
4. Share a copy of the SWPP with Delta County Sheriffs Department as it pertains to fire bans
and resfrictions. Encourage collaboration with Sherriffsoffice in reviewing fire prevention
m res .
5 . Develop fire ~sponse plantfOrthe Souree Water Protection Area with BtM
6. Requ~St F.itll Suppr.essron destgoatlon on Source Water. Protection Area with a plan to
mange amount of'vegetation Jn he atea
Terrorism
Although there have been no major acts ofterrorism to Hotchkiss's water supply, this is still a
concern for the Steering Committee. The potential for these acts are low due to the
remoteness of the area, however, this is a high priority concern because impacts from a
terrorist could be huge. Water infrastructure could be targeted directly or water can be
contaminated through the introduction of poisonous chemicals or disease-causing biological
agents (Gieick, 2006). Signs are posted around storage tanks and treatment facilities that state
"No Trespassing: Town of Hotchkiss Municipal Water Supply". The Steering Committee
recommends taking other preventative measures by displaying signage at the roadways that
37

DRAFT 4: 4.24.2013

lead to the watershed and developing outreach material that explains the importance of source water protection.

Terrorism Best Management P.ractices:

1. Continue to inspect watershed and intakes for signs of errorism.

2. Qisplay signage at roadways leading lo the waler:>hetl and devt:!lup uulte<tdlrmllt:!ri~llhat explains the importance of source water protection.

Recreational Activities

There are many types of recreation occurring in Hotchkiss's SWPA including camping, hiking, horseback riding, fishing, boating and canoeing, skiing, snowshoeing, and off-road-vehicle use which pose threats to forested lands, grasslands, reservoirs and streams. Some undesirable impacts include severely eroded soils, user-created unplanned roads, disrupted wetland ecosystems, as well as general habitat destruction and degraded water quality throughout forested lands. To help minimize the impacts, the Forest Service approved and implemented the Grand Mesa National Forest Travel Plan, which restricts motorized travel by the public to designated roads and trails. In addition the Grand Mesa Recreation Map includes the ({Leave No Trace" ethics. These ethics include guidelines that visitors should follow such as: keeping campsites at least 100 feet from lakes and streams and outside of meadows; digging toilets at ieast 100 feet from the nearest water supply; burning or packing out trash; hobbling horses at least 100 feet from lakes and streams; etc. Maybe the "education" part can be something at the sign post at the forest boundary and/or our public contacts throughout field season.

PHOTOS: KIMBERLY MIHELICH, CRWA

Figure 13: Recreational activities within Hotchkiss's SWPA

38

DRAFT 4: 4.24.2013

Boating Activities

Boating activities occur on reservoirs within the Leroux Creek watershed. Two cycle motors, which are commonly used on small boats, release emissions directly into the water.

Environmental impacts from boating may include: increased fuel amounts in source waters due to spills or direct emissions release; increased pollutant concentrations in aquatic organisms and sediments; increased erosion rates; increased nutrients, leading to an increase in algae and a decrease in oxygen (eutrophication); and high levels of pathogens. Water pollution from boating and marinas is linked to several sources such as poorly flushed waterways, boat maintenance, discharge of sewage from boats, and the physical alteration of shoreline, wetlands, and aquatic habitat (US Environmental Protection Agency, 1996).

Recreationar ~ctlvlt1es Best Management,P.rattice.s Recammendations:

1. Wor-k with USFS to encourage and edUcate about setback's for campsites from surface water.

2. Work with USfS to ed~_cateceampers abGLJt proper waste containment and dlsposal.

a. Mlnlrt'fle the effect$ of reereatJona'l actMtles Within the watershed from both mo Orized and non•motorize"d actMtles. Continue to provide multiple uses while restricting mGtor:ized vehicles to designafed roa.Os. a d trails under the Gr:and Mesa Tra'lel Plan. Prev.ent recreational vehicle damage to stream banks and upland areas within the protectlan ar as. Restore or close areas deg.raded by vehicular usage.

4 For those permitte'd aCtivities utJUzlhg horses or otherrantmals, the permittees will be advised about the source water prote¢tlon plan and that p~7actires sucth as avoiding bavinganimals in or n~r rese..rvoir ~aslns) ditches, and stteams cb'" •rrt ~uo f~IIAutGrt

5. Work With USfS to encourag~an,d educate bQ
protection on the ~serve:» irs within thelr Sc:>tm
6. , Explore working wlffi the USFS to evelop
Source W.ater Prolectton Area.
Reservoir Operat ions & Maintenance
39
FhmrP. 14! RP.!I:P.rvnlr within thP. Tnwn nf Hntchkl!i:!1:1
!10 SWPA
DRAFT 4: 4.24.2013
There are many small reservoirs within the Town of Hotchkiss's SWPA within the Grand Mesa National Forest. The reservoirs are privately owned mostly by Leroux Creek Water Users Association and require ongoing maintenance and reconstruction. if the maintenance work is not conducted properly, there can be short-term or long-term damage to wetlands, streams or ponds, floodplain, fisheries, state and federal rare and endangered species habitat, drinking water sources, and other resources.

Maintenance of Reservoirs
Maintenance activities may include removal of debris upstream of a dam, dam or spillway repairs, clearing shoreline vegetation, removing nuisance aquatic vegetation, managing eutrophication, work on outlet structures, and other in-lake work. Any of these activities may include partial or complete drawdown of the reservoir, however, the reservoirs are typically drained every year depending upon the weather situation.

Releasing sediment-laden waters downstream can lower water quality below standards and affect fisheries and wildlife habitat. Increasing turbidity can also interfere with disinfection at water supplies downstream. Releasing too much water too fast or with precipitation events can damage public and private property {including homes and roadways) and affect water users (including in-stream uses, shore recreation and withdrawals).

Reser'Volr Operatians & Mamtenance Best Management:' Practices Recommendations:
~- Pr.ov:i~e inf~nnati(:U1 tQ the r:e:servoir ew.l'lers anc;t mctnJ•ger.s about the ·sour:-~ water protecti.on plan and how tHey, can flelp with prorectin·g the drinking water sources.
2. Implement st<Jrm water t)est management pra<ttices to decrease sedimentation to the reservoir and downstream waterways~.
COmpl~ wi.t'h all foJ:e$t_sJ!rvice regulath:ms and pennJts.
Comply with State Engineers Office regulations to ensure structuFal fntegrity of dams.
Ensure proper ap_pllcation afpestlcldes and herbicides

Zebra and Quagga Mussels
The introduction and spread of the invasive aquatic species zebra mussel (Dreissena polymorpha) and quagga mussel (Dreissena rostriformis burgensis) into the waters of Colorado is a concern for drinking water suppliers. The zebra and quagga mussels are invasive nonnative freshwater bivalve mollusks. Both species of mussels were originally native to the lakes of southeast Russia and were accidentally introduced into other countries from ocean-going ships. The mussels were first discovered in the United States in the Great Lakes in 1988 and spread to a large number of waterways throughout the country. These mussels do not have many natural predators in North America and can have both economic and environmental impacts.

Zebra mussels are able to anchor themselves to native mussels making it impossible for native mussels to function. In addition they can grow and clog water system pipes associated, making
40

DRAFT 4: 4.24.2013

water flow difficult or impossible. Many water systems have had to spend millions of dollars cleaning these mussels from their facility, retrofitting facilities with devices to keep mussels out, and monitoring for them (USGS- Southeast Ecological Science Center, 2012).

Zebra alild Quagga Mussel Best Management Practkes Recommendations:

1. Develop a public education campaign that provides information to reservoir users about the zebra and quagga mussels and how to prevent transmission of them into reservoirs on the Grand Mesa. Information may include:

Good boat hygiene (Decontamination Protocol included in the Appendices of this report)

Disposal of live bait in the trash

Opportunities for public education include: newspaper articles, signage at the reservoir, brrochures, and stations at the reservoirs.

2. Work together with agencies (i.e. U.S. fish and Wildlife, Colorado State Parks, Colorado Division of Wildlife) to explore opportunities for preventing the spread of these invasive species.

Fuel Storage Tanks

There are households within the Town of Hotchkiss's SWPA that contain aboveground storage tanks (ASTs) on their property. Most storage tanks contain petroleum products such as motor fuel or heating oil. These petroleum products are composed of volatile organic compounds {VOCs) which can pose a serious threat if released into the environment via leaky storage tanks. Storage tanks can become leaky due to corrosion, failure of the piping systems, spills and overfills, as well as equipment failure and human operational error. Even a small spill can have a serious impact. A single pint of oil released into the water can cover one acre of water surface area and can seriously damage an aquatic habitat. A spill of one gallon can contaminate a million gallons of water (US Environmental Protection Agency, 2001).

Storage Tank BesH~1anagement P.r.actice.s Re-oommendatlons;

1. Gather information on the., status of ASTswlthfn the SWPA using the Colorado Storage Tank Information (COSTIS) website at httpt//costls.cdle.state.C!o.us.

2. Encourage fuel vendors o field-check AST .to assess the condition of the tanks, location to the source water, and secondary containment surrounding the tanks.

3. Educate the tank owners on the need to asje_$Sthelr stoFage system and develop a system that guards against leaks .antl spHis that may potentially contaminate the watef supply.

Timber Harvesting

Timber harvesting occurs within the Town of Hotchkiss's SWPA. Timber harvesting can potentially generate several forms of non-point pollution. Disturbance of land surfaces from

41

DRAFT 4: 4.24.2013

road construction, log landings, and skid trails are the primary causes of sediment transport into streams from this activity. Other potential impacts include: debris from timber harvesting ending up in the stream, oils and fuels used In machinery washing Into streams, and an Increase in temperature levels as a result of clearing timber along stream banks.

1mber HaTVesting B~st Management Practices Recommendations:

1. Implement Water Conservation Practices, BMPs, guidelines, and proper design criteria to prevent or reduce sediment delivery to water bodies within the watershed.

2. Work wilh timber har;vesting companies to edocate them about fuel spills, lubricants, care

when driving trucks that contain fuels, etc.

Vandalism

Although there have been no major acts of vandalism to Hotchkiss's water supply, this is still a concern for the Steering Committee. Similar to terrorism, the potential for acts of vandalism is low due to the remoteness of the area. This is still a concern, however, because impacts from acts of vandalism could be huge. Signs are posted around storage tanks and treatment facilities that state "No Trespassing: Town of Hotchkiss Municipal Water Supply". The Steering Committee recommends taking other preventative measures by displaying signage at the roadways that lead to the watershed and developing outreach material that explains the importance of source water protection.

Vanda!jsm B:est Management PragJcf!s:

1. Continue to inspect watershed and Intakes for signs of vandalism.
2. Display signage at roadways leading to the watershed and develop ou.treach material that explains tile importance of sour-ce water protection.

Miscellaneous Residential Practices

The Town of Hotchkiss's Source Water Protection Area includes the Stoney Creek Subdivision located northwest of Town boundaries as well as other rural residential dwelling and potential for future subdivisions over time. Common household practices may cause pollutants to runoff residential property and enter the surface or groundwater as indicated in Figure 15 below.

Prevention of surface and groundwater contamination requires education, public involvement, and people motivated to help in the effort. Public education will help people understand the potential threats to their drinking water source and motivate them to participate as responsible citizens to protect their valued resources. The Town will need to coordinate with the County since all the private lands within the protection area are under county jurisdiction.

42

DRAFT 4: 4.24.2013

Figure 15: Common residential practices that may be potential sources of contamination to surface or groundwater

Misce1Janeous Residential Practices Best Management Practlees Recommendations:

L Conduct public education and outr~a.cli programs forSWPA residents to encour:age practices that will protect their drinking water source. Topics may include: sourte water profectipn, household hazardous waste-storage and disposal, fertilizer usage, pet waste cleanup".water conseNat:len, eaJi washing, and secondary containm'en't! for above gmund fuel storage tanks. Opp0rtunities for public educatioh ln_clude: newspaper arttcles,~ poster displays at loeahrtillty offi~s and public buildings, water bill inserts, flyers, creek festivals, public forums, workshops and eommunity events, county fair, sheep dog tria1s.

a. Participate In Il>elta Conservation District's annual worl<stlops and provide materjafs about the Sour:ee Water Protection Plan and BMPs to prevent contamination of the source waters

4. Provide Information concerning the SWPP in the annu$1 onsumer Confidence Report (€CR), Insert an additional letter or paragraph in the CCR abpJJt the com- leted SWPP an_d Information on how they can llelp prevent pollutants from entering the source waters,

5, Post a copy of, the SWPP on the Town's ,webstte

Cattle/Wildlife Grazing

Land within the Town of Hotchkiss's Source Water Protection Area is home to many wild animals such as deer, elk and bears, who feed upon the land. In addition to wildlife grazing, livestock (cattle) grazing occurs on the federal lands within the SWPA. Livestock operators are

BLM_0159834

authorized to graze on areas called allotments through an approved USFS grazing permit. Cattle-grazing within Hotchkiss's SWPA is managed by Leroux Creek Cattleman's Association. Jim and Gail Ware of Leroux Creek Cattle Pool have attended Hotchkiss's SWPP planning meetings, and their input on grazing impacts was greatly appreciated.

43

DRAFT 4: 4.24.2013

While this grazing activity is a low concern to the Steering Committee, this activity can impact riparian health, stream-channel conditions and water quality. The most common water quality impacts include pathogen contamination, sedimentation, and increased water temperatures from loss of vegetative stream coverage. Grazing activities with the highest potential for direct and indirect impacts to water resources Include long-term concentrated grazing In riparian areas, and trampling/trailing near water sources. Direct bank damage may add large amounts of sediment directly into streams, especially in wet meadow streams or erosive topography that is prone to gully formation.

The Leroux Creek Cattle Pool has taken great strides to mitigate impacts from cattle grazing within Leroux Creek's watershed. Their management scheme is based on deferred rotation. This means their grazing permit is split into four pastures and cattle are rotated through each pasture to prevent over-grazing. This ensures that vegetation can achieve maximum growth during periods when no grazing occurs, allowing for a higher variety of vegetation and healthier In addition, salt blocks are placed away from water sources so as to keep cattle

Figure 16: cattle grazing within the Town of Hotchkiss's Source Water Protection Area

Qtttetwlldlife Graslng Best Managem n iPractices Recommendations:

1. Minimize the effects of livestoakgra-zing on water sources within the Town of Hetchklss source water protetttion areas, as outlined in the grazing permitS and allotment management plans ~ssued byr-the Forest Service and BtM.

2. Share a copy of the SWPP witfl Leroux 9eek <;attle Pool.

44

Septic Systems

The Stoney Creek Subdivision and other residential areas within Hotchkiss's Source Water Protection Area consist of properties that rely on onsite wastewater treatment systems (OWTS) or septic systems to dispose of their sewage. A septic system is a type of onsite wastewater system consisting of a septic tank that collects all the sewage and a leach field that disperses the liquid effluent onto a leach field for final treatment by the soil. When onsite wastewater systems are properly designed, constructed, and maintained, they effectively reduce or eliminate most human health or environmental threats posed by pollutants such as nitrogen, phosphorus, and disease-causing bacteria and viruses in household wastewater. However, they require regular maintenance or they can fail. Unapproved, aging, and failing septic systems have a large impact on the quality

DRAFT 4: 4.24.2013

and safety of a water supply. The failure to pump solids Figure 17: Schematic of a septic system

BLM_0159835

that accumulate in the septic tank can eventually clog the
lines and cause untreated wastewater to back up into the home, to surface on the ground, or to seep into groundwater. If managed improperly, these residential septic systems can contribute excessive nutrients, bacteria, pathogenic organisms, and chemicals to the groundwater.

In Delta County individual sewage disposal systems are permitted by Delta County Health Department. The County Health Department administers and enforces the standards, rules, and regulations outlined in the State of Colorado's Revised Statute 25-10-105. Delta County requires that a permit be issued for the installation, repair, replacement or alteration of any new or existing OWTS in Delta County (Delta County Planning and Community Development Dept.); however, because there is no formal building permit process, it can be difficult for the County to become aware of any new development in remote parts of the county.

1. Develap a publicectucation prqgramfor prop.erty owneFS within the SWPA to provide basic informatlan on the Source. Water Protection Rlan. Pubfic.e'du~tion will include: the proper use . .and maintenance of thetr septic s-Ystems and how fl:le sour<:e1of theJr drinking water can be.affected by an inadequa~ely functioning septlt system. .

Work with Delta founty Health Department to develop a malllng list of resie:lents within the SWPA wtto have septtc syst~s an~ sene:! tnem educational materials.

Encourage Delta County Health Department to work: closely with Delta COunty Planning and Community Development Department on subdivision revlew for s-eptic; system uses

The Qlonty Healt'h Department will be encouraged to use this oppor.t,unity to educate the _property owner on th'e link between good septic practlcres and protecting source water.

45
DRAFT 4: 4.24.2013

Road Maintenance
Dust abatement that contains chemicals such as magnesium chloride may be applied to parts of the roadway within the protection area. Dust suppressants abate dust by changing the physical properties of the road surface by creating a hard, compact surface. The use of chemical dust suppressant:> pr~v~nts road particulates from becoming airborne.

Magnesium chloride, used in dust abatement, is highly soluble in water and has the potential to move through the soil with water. The movement is dependent on the rate and frequency of rainfall, the drainage characteristics, and soil type. If the soil surface is not bound together well or if the rain event is extreme, dust suppressant treated soil particles can be carried by overland flow into streams, rivers, and ditches. Potential water quality Impacts include elevated chloride concentrations in streams downstream of application areas and shallow groundwater contamination (US Environmental Protection Agency, 2002).

Road Maintenance Best ManagementiPractices Recommendations:
1. lt~ep informed on :the road mainterwnce pracrtices and salledules within the Source W~ter Protection Area (SWPA) including: grading, de-idng, dust abatement and Best Management l?r.actlces used.

2. Provide Belta County Road and Btidge D1strlct 3 ahd USF-S wJth a copy of the SOurce Water
Ptotection Plan and map of the protection ar.ea. neourage them to use road Best Management Practices to pr~vent read mat~ria lsfrom entering the seurae waters.

Abandoned Wells
There are six identified abandoned natural gas wells located on US Forest System and private lands within Hotchkiss's SWPA. Abandoned wells can be a direct route for contaminants to

drinking water sources if they are not properly abandoned. As shown in Table 6, the six wells identified in the SWPA have been properly abandoned in accordance to the COGCC Rule 319A. Because aii of these weils have been properly abandoned, this is a low concern to the Steering Committee, however they recommend keeping informed oft he status of each abandoned well.

Table 6: Status of Abandoned Wells within Hotchkiss's SWPA

•status Code
AL- Abandoned Location
46
~0 0.5 1 2
- - •161es
DRAFT 4: 4.24.2013
DA- Dry and Abandoned
PA- Plugged and Abandoned
Legend
Salus
• ,ej.
0 OA
• PA

Figure 18: Abandoned Wells within Hotchkiss's SWPA

Abandoned Wells Best Management Practices Reoo.mmendatlons:

1. Work wiJih the USFrS to stay lnforme'd on ttle status of abandoned wells that exist within the SWPA.

2. Sec.ure an~ cap wells that are temporarily not being used and permanehtJy cap we11s that are abandoned.

47

DRAFT 4: 4.24.2013

## SOURCE WATER PROTECTION MEASURES

### Best Management Practices

The Steering Committee reviewed and discussed several possible best management practices that could be implemented within the Source Water Protection Area to help reduce the potential risks of contamination to the community's source water. The Steering Committee established a "common sense" approach in identifying and selecting the most feasible source water management activities to implement locally. The focus was on selecting those protection measures that are most likely to work for the community. The best management practices were obtained from multiple sources including: Environmental Protection Agency, Colorado Department of Public Health and Environment, Natural Resources Conservation Service, and other source water protection plans as well as ideas from the Steering Committee.

The Steering Committee recommends the best management practices listed in Table 7, "Source Water Protection Best Management Practices" be considered for implementation by:

• Town of Hotchkiss • Leroux Creek Water Users
• Delta County Association
• Bureau of Land Management • Mining Companies
• US Forest Service • Oil and Gas Industry
• Leroux Creek Cattle Pool • Timber Harvesting Companies

### Evaluating Effectiveness of Best Management Practices

The Town of Hotchkiss is committed to developing a tracking and reporting system to gauge the

effectiveness of the various source water best management practices that have been implemented. The purpose of tracking and reporting the effectiveness of the source water best management practices is to update water system managers, consumers, and other interested entities on whether or not the intended outcomes of the various source water best management practices are being achieved, and If not, what adjustments to the Source Water Protection Plan will be taken in order to achieve the intended outcomes. It is further recommended that this Plan be revised at a frequency of once every 3-5 years or if circumstances change resulting in the development of new water sources and source water protection areas, or if new risks are identified.

The Town of Hotchkiss is committed to a mutually beneficial partnership with the Colorado Department of Public Health and Environment in making future refinements to their source water assessment and to revise the Source Water Protection Plan accordingly based on any major refinements.

48

Table 7: Source Water Protection Best Management Practices

Issues

Coal Mining

Development

Oil and Gas Development

Best Management Practices

1. Stay lnfarmed of any p.,ot~tlal co~ I mln1hg ctevelopment wlthm tile protectic:m area and become involved In the public process to encourage BMPs to protect water. quail~.

2. Encourage Jndustry representative to share infQrmation about their operation, Including c;hemlcals utilized as part of their aperations, within the sot~rce water pi"at~ctlon area by Inviting them to participate in the Town of Hotchkiss Sour€e Water Protectlon Steering Committee meetings.

3. Encourag~ lndus~r;y ta educate all employees and subcontractors on the loq~tion of the source water protection areas~ Emergency Respense Plans, Storm Water Management tans, and Spill Response Plans.

1. Stay informed of any potential oil and gas developments on federal lands within the protection area and become involved in the public process to encourage BMPs to protect water quality.

2. Encourage industry representative to share information about their operation, including chemicals utilized as part of their operations, within the source water protection area by inviting them to participate in the Town of Hotchkiss Source Water Protection Steering Committee meetings.

3. Encourage the local community to become actively involved in participating in local and regional oil and gas forums.

4. Encourage industry to educate all employees and subcontractors on the location of the source water protection areas, Emergency Response Plans, Storm Water Management plans, and Spill Response Plans.

5. The Town of Hotchkiss request county notification of application for permit to drill (APD). The Town and/or Steering Committee will provide comment.

6. The Steering Committee will encourage the industry to comply with and implement all actions in the approved Storm Water Management Plan to prevent

or minimize storm water runoff impacts to the source waters.

49

DRAFT 4: 4.24.2013

lmplementers

1. Steering .Committee, Town
of Hotchkiss
2. Steering Committee,
Industry Representatives
3. Steering Committee,
Industry Representatives
1. Steering Committee, BLM,
USFS
2. Steering Committee,
Industry Representatives
3. Steering Committee, BLM
4. Steering Committee,
Industry Representatives
5. Delta County, Steering
Committee
6. Steering Committee,
Industry Representatives

DRAFT 4: 4.24.2013

7. The Steering Committee will encourage the industry to: 7 Steering Committee,

a. Adm~ nister a Spill Preventi·:~n, Control, and Countermeasures Plan to lndustrv
Representatives
prevent surface water and ground water contamination
b. Immediately notify the water providers of any spills, and
c. Use proper equipment & vehicle maintenance BMPs to prevent
chemicals from contaminating ground water.

8. Develop an ac:tion plan with the Town of Hotchkiss, Hotchkiss Fire Protection 8. Town of
Hotchkiss,
District, Industry Representatives and local residents for spill response and/or Hotchkiss Fire
Protection
other eme1·gencies. Dist rict, Industry
Representatives

Spnls/Accldents on Roads 1. Meet with the Hotchkiss Fire District to disc ss their emergency
response plans 1. Steering Committe·~. Town
for responding to hazardous a neil non-hazardous vehicular spills within the SWPA. of
Hotchkiss, Hotchkiss Fire
Include this information in the emergency plans for the Town of Hotchkiss and ask Protectron
District
Hotchkiss Fire District to do likewise

2. Provide information to the local fire departments: 2 Steering Committe·~
a. Importance of the Source Water Protection Plan
' b. Location of the intakes and Source Water Protection Area
c. Overview of the Emergency Contingency Plan

BLM_0159839

d. Personnel to be notified In the event of an emergency

3. Educate the pubficon how to call "911" to repart any spills within the SWPA. 3 Steering Committe~

I

; 4. Place sign ge on public roads within the protection a eas ta educate t epublic 4 Steering Committe~, Delta

a boot reporting spills on the roadway. County, USFS

.;

Wildfires 1. Fuels Reduction Plan -The District Ranger will continue to implement the National 1. USFS, BLM, Steerin5

Fire Plan to reduce fuels within the areas of National Forest lying within the Committee source water protection area. The Forest Service will provide an opportunity for the public during their NEPA process. The Steering Committee will become actively involved in reviewing the plan and providing comment when needed on source water protection concerns. 2. Hotchkiss Fire Prot,~ction

District, West Region

2. Explore opportunities to work with private landowners for landscape scale fuel Wildfire Council, Colorado

reduction andl defensible space projects. State Forest Service

50

T-errorism -~

.o

Recreational Activities

3. Fire Prevention The District Ranger will continue to implement their fire prevention plan which includes public education programs: Fire Wise Program and Project Learning Tree.

4. Share a copy of the SWPP with Delta County Sheriffs Department as it pertains to fire bans and restrictions. Encourage collaboration with Sherriff's office in reviewing fire prevention measures

5. Develop fire response plans for the Source Water Protection Area with BLM

6. Request Full Suppression designation on Source Water Protection Area with a plan to manage amount of vegetation in the area

1. Contlnue to lnsp_ect watershed and Intakes for'slgns of terrorism.

2. Display signage at roadways leading to th~ watershed and develol') outreach materTal that explains the importance· of source water protection.

1. Work with USFS to encourage and educate about setbacks for campsites from surface water.

2. Work with USFS to educate campers about proper waste containment and disposal.

3. Minimize the effects of recreational activities within the watershed from both motorized and non-motorized activities. Continue to provide multiple uses while restricting motorized vehicles to designated roads and trails under the Grand Mesa Travel Plan. Prevent recreational vehicle damage to stream banks and upland areas within the protection areas. Restore or close areas degraded by vehicular usage.

4. For those permitted activities utilizing horses or other animals, the permittees will

be advised about the source water protection plan and that practices such as avoiding having animals in or near reservoir basins, ditches, and streams should be followed.

5. Work with USFS to encourage and educate boaters about the importance of source water protection on the reservoirs within their Source Water Protection

51

DRAFT 4: 4.24.2013

3. USFS

4. Delta County Sheriff's
Department, Steering
Committee

5. BLM, Hotchkiss Fire
Protection District

6. BLM, Hotchkiss Fire
Protection

1. System Operators

2. Town of Hotchkiss, USFS

1. Town of Hotchkiss, USFS

2. Town of Hotchkiss, USFS

3. USFS

4. USFS

5. Steering Committee, USFS

DR.AFT 4: 4.24.2013

Area.

6. Explore wiJrking with the USFS to develop boating prohibitions on reservoirs E. Steering Committee, USFS

within the Source Water Protection Area:

Reservoir Operatto11s"&: , 1. Provide Information to the reservol~ awners and managers about the source 1. Steering Committee, USFS

Maintenance

I ~

water protection plan and how they can help with protecting the drinking water sources.

~

2. Implement storm water best management practices to decrease sedimentation to 2. Reservoir Owners

: the reservoir and downstream waterways.

3. Comply with all for;estservlce reg\Jiations and permits. 3. Reservoir Owners

4. Comply with State Engineers Office regulations to ensure structural integrity of 4. Reservoir Owners

1;, dams. '

5. Ensure pr•:lper application of pesticides and herbicides 5. Reservoir Owners

Fuel Storage Tanks 1. Gather inf•:lrmation on the status of ASTs within the SWPA using the Colorado 1. Steering Committee

Storage Tank Information (COSTIS) website at http://costis.cdle.state.co.us.

2. Encourage· fu,el vendors to field-check AST to assess the condition of the tanks, 2. Steering

Committee

location to the source water, and secondary containment surrounding the tanks.

3. Educate the tank owners on the need to assess their storage system and develop a 3. Steering Committee

system that guards against leaks and spills that may potentially contaminate the water supply.

Tlmber Harvesting T 1. lmJi)lement Water Cons~rvatlon Practices, BMPs, guidelines, and proper design 1. USFS

criteria to prevent or reduce sediment delivery to water bodies within the watershea.

2. Work with timber harvesting comp~nies to educate them about fuel spills, 2. USFS, Steering Committee,

lubricants, care when driving trucks that contain fuels, etc. Timber Harvesting Companies

Vandalism 1. Continue to inspect watershed and intakes for signs of vandalism. 1. Water System Operators

52

Mlscellaneous

Residential Practfees

Cattle/Wildlife Grazing

Septic Systems

2. Display sign age at roadways leading to the watershed and develop outreach material that explains the importance of source water protection.

1. Con.duct public educatfon andoutreach programs for SWPA Fesidents to encourage prac.tlces that will protect their drinking water source. Topics may include: source water protection, household hazardous waste storage and disposal, fertilizer usage, pet waste cleanup, water conservation, car washing, and secondary containment for above ground fuel storage tanks.

2. Opportunities for public education Include: newspaper articles, poster displays at local utility offices and public buildings, water bill Inserts, flyers, creek festivals, public forums, workshops and community events, county fair, sheep dog trials.

3. Participate In Delta Conservation District's annual workshops and provide materials about the Source Water Protection Plan and BMPs to prevent contamination of the source waters

4. Provide Information concerning the SWPP in the annual Consumer Confidence Report (CCR). Insert an additional letter or paragraph in the CCR about the completed SWPP and information on how they can help prevent pollutants from entering the source waters.

5. Post a copy of the SWPP on the Town's website

1. Minimize the effects of livestock grazing on water sources within the Town of Hotchkiss source water protection areas, as outlined in the grazing permits and allotment management plans issued by the Forest Service and BLM.

2. Share a copy of the SWPP with Leroux Creek Cattle Pool.

1. Develop a public education program for property. owners wtthin the SWPA to provide basic lnformatlon on the Source Water Protection Plan. Public education will include: the proper use and maintenance of their septic systems and how the

source of their drinking water can be affected by an inadequately functioning septic system.

2. Work with Delta County Health Department to develop a mailing list of residents within the SWPA who have septic systems and send them educational materials.

53

DRAFT 4: 4.24.2013

2. Town of Hotchkiss, USFS,
Delta County
1. Steering Committee,
Water Utility, Town of
Hotchkiss
2. Steering Committee
3. Steering Committee
4. Town of Hotchkiss
5. Town of Hotchkiss
1. USFS, Leroux Creek Cattle
Pool
2. Town of Hotchkiss
1. Delta County Health
Department, Steering
Committee
2. Steering Committee, Delta
County Health De artment

DRAFT 4: 4.24.2013

,, ··· _ ··
'.

3. Enc9urage Delta County Healt Departm.ent to work closely with Delta County 3. D~lta County Heal h
, Planning and Community Development Department on subdivision review for Department s~trc system uses . .

4 . The County Health Department wlll be enc0uraged to use this opportunity to 4. Delta County Health !
educate ttte pro.perty owner on the link between good septic practkes and Department protecting so.urcre water.

Road Maintenance 1. Keep informed on the road maintenance practices and schedules within the L Steerin5 Committee
Source Water Protection Area (SWPA) including: grading, de-icing, dust abatement and Best Management Practices used.

2. Provide Delta County Road and Bridge District 3 and USFS with a copy of the 2. Steering Committee, USFS,
Source Water Protection Plan and map of the protection area. Encourage them to Delta County Road &
use road Best Management Practices to prevent road materials from entering the Bridge District 3
source waters.

Abandoned Wells 1. Work with the VSFS to stay Inform~ on tlie status of abandoned wells that

BLM_0159843

exist L Steering Comm· tee, USFS
within the.SWPA.
I
2. Secure and cap wells that ar~ temgofarily n.ot being used and permanently aap 2. USFS
wells tha are abandoned.
Federal Land 1. The Forest Service plans to begin the revision process for its Land and Resource
L USFS, Steering Committee
Management Plans Management Plan (Forest Plan) for the area sometime in the future. The Forest
Service will educate and involve the public in the opportunities for public input at
public meetings. The Steering Committee should become actively involved in
reviewing the plan and providing comment when needed on source water
protection concerns.
2. The Steering Committee should actively participate in the public participation 2. Steerin5 Committee
process for revision of the GMUG's 1993 Oil and Gas Leasing EIS.
3. The BLM's Uncompahgre Basin Field Office is currently revising its Resource 3.. Steerin5 Committee
Management Plan, and members of the Steering Committee should participate in
the public comment process for that effort.
54
W~er Utility-Supply  ·
and Operations
4. The Steering Committee will participate in any revisions made to Delta County's
Specific Development Regulations pertaining to the source water area.
1. Perform regular Inspection of the surface water Intakes~ wells and springs. ·
2. Pr~otect areas aroond intakes with fencing and sign age. For those facilities locat ed
on federal lands obtain permissron oHhe-appropriate land management agency
prior tp fencing or erecting signs.
3. Ensure that the water treatmeflt plant is properly managed, operated and
maintained to prevent contamination Of the drinking water.
4. Store chemicals properly at the treatment plant.
5. Ensure that all emptoyees are familiar with the. Source Water Protection Plan,
emerget~cy and contingency plan, and hazardous spill response.
6. Placement.of Federal Offense Warning signs at the treatment plant.
55
DRAFT 4: 4.24.2013
4. Town of Hotchkiss
1. System Operators
2. System Managers
3. System Managers
4. System Managers
5. System Manager
6. System Managers
DRAFT 4: 4.24.2013
BIBLIOGRAPHY

BLM_0159844

MOU Between CDPHE and USFS Rocky Mountain Region. (2009).

Anchor Point Group. (2011). Delta County, Colorado Community Wildfire Protection Plan DRAFT
ver. 2 3-18-2011. Boulder, CO: AMEC Earth & Environmental.

BLM - Uncompahgre Field Offic.e. (2013, February 8). Oil & Gas Lease Sale February 2013. Retrieved February 27, 2013, from US Department of the Interior Bureau of Land Management:
http:/ /www.blm.gov/co/st/en/BLM_Informatlon/nepa/ufo/august_lease_sale.html

Bryant, C. W. (2008). How Living Off the Grid Works. Retrieved February 22, 2013, from How Stuff Works: http:/ /science.howstuffworks.com/environmental/green-science/living-offthe-grid2.htm

Colorado Department of Natural Resources. (2011, May 5). Physiographic Provinces of Colorado. Retrieved February 26, 2013, from Colorado Geological Survey:
http:/ /geosurvey.state.co.us/geology/topography/Pages/Physiographic.aspx

Colorado Department of Public Health and Environment- Water Quality Control Division. (2010). Regulation #93 Colorado's Section 303{D) List of Impaired Water and Monitoring and Evaluation List.

Colorado General Assembly. (2007). House Bill 07-1341.

Colorado General Assembly. (2012). House Bi/112-1003.

Colorado Geological Survey. (2003 ). Principal sources of ground-water contamination. Retrieved
February 22, 2013, from Ground Water Atlas of Colorado:
http://geosurvey.state.co.us/WATER/GROUNDWATERATLAS/Pages/GroundwaterAtlaso fColorado.aspx

Colorado Oil and Gas Conservation Commission. (2008). Drilling, Development, Producing and Abandonment. Denver, CO: Colorado Oil and Gas Conservation Commission.

Colorado Oil and Gas Conservation Commission. (2013, April). COGIS- Facility Inquiry. Retrieved
April 24, 2013, from Colorado Oil and Gas Conservation Commission:
http:/ /cogcc.state.co.us/

Colorado Oil and Gas Conservation Commission. (2013, January 14). Colorado Oil and Gas Conservation Commission. Retrieved April 24, 2013, from Series Drilling, Development, Production and Abandonment:
http:/ /cogcc.state.co.us/RR_Docs_new/rules/300series.pdf

Colorado Parks & Wildlife. (2010, February 23). Colorado Boatable Waters Directory. Retrieved February 28, 2013, from Colorado Parks & Wildlife:
http:/ /parks.state.co.us/Boating/BoatableWaters/Pages/BoatableWaters.aspx

Defense Advanced Research Projects Agency (DOD) Information Sciences Office. (2001, August
31). 5.1.5 Colorado Plateau Physiographic Province. Retrieved February 26, 2013, from Automated IFSAR Terrain Analysis System:
http://www.agc.army.mil/publications/ifsar/lafinal08_01/five/S.l.S_frame.htm

Delta County. (2001). Delta County Individual Sewage Disposal System Regulations. Retrieved February 27, 2013, from Delta County, Colorado:
http:/ /www.deltacounty.com/DocumentCenter/Home/View/946

56

DRAFT 4: 4.24.2013

Delta County Planning and Community Development Dept. (n.d.). Septic Systems. Retrieved February 27, 2013, from Delta County, Colorado:
http:/ /www.deltacounty.com/index.aspx?nid=279

EPA Office of Water. (n.d.). Protecting the Nation's Water Supplies from Terrorist Attack. Retrieved March 28, 2013, from Air War College:
http://www.au.af.mil/au/awc/awcgate/epa/secqanda.htm

Gleick, P. H. (2006, August 14). Water and Terrorism. Retrieved 28 March, 2013, from The Pacific Institute: http://www.pacinst.org/reports/water _terrorism.pdf

Golwer, A. (2006). Traffic and transport: Control and protection. In W. H. Organization, Protecting Groundwater for Health - Managing the Quality of Drinking-water Sources. London: IWA Publishing.

Grand Mesa, Uncompahgre, and Gunnison National Forests. (1991). Amended Land and Resource Management Plan. Delta, Colorado: US Forest Service.

Ground Water Protection Council. (2007). Ground Water Report to the Nation: A Call to Action. Oklahoma City: Ground Water Protection Council.

Hotchkiss, Colorado. (n.d.). Retrieved February 22, 2013, from Wikipedia- The Free Encyclopedia: http://en.wikipedia.org/wiki/Hotchkiss,_Colorado#cite_note-GR1-5

Hotchkiss, Paonia, and Crawford Chambers of Commerce. (n.d.). Heritage and History. Retrieved February 26, 2013, from North Fork Valley of Colorful Colorado:
http://www.northforkvalley.net/

The Weather Channel, LLC. (n.d.). Monthly Averages for Hotchkiss, CO {81419). Retrieved February 26, 2013, from The Weather Channel:
http://www.weather.com/weather/wxclimatology/monthly/graph/81419

Topper, R., Spray, K. L., Bellis, W. H., Hamilton, J. L., & Barkmann, P. E. (2003). Ground Water
Atlas of Colorado. Denver, Colorado: Colorado Geological Survey.

Town of Hotchkiss, CO. (n.d.). About the Town. Retrieved February 22, 2013, from Town of Hotchkiss, Colorado: http://townof Hotchkiss.com/about-hotchkiss

U.S. Environment Protection Agency. (2010). 2010 Waterbody Report for Leroux Creek. Retrieved February 22, 2013, from Water Quality Assessment and Total Maximum Daily Loads Information: http://www.epa.gov/waters/ir/index.html

US Environmental Protection Agency. (1996). Managing Non point Source Pollution from Boating and Marinas. Retrieved February 28, 2013, from United States Environmental Protection Agency: http://water.epa.gov/polwaste/nps/outreach/point9.cfm

US Environmental Protection Agency. (2001, July). Source Water Protection Practices Bulletin - Managing Above Ground Storage Tanks to Prevent Contamination of Drinking Water. EPA Office of Water.

US Environmental Protection Agency. (2002, May). Potential Environmental Impacts of Dust Suppressants: "Avoiding Another Times Beach". Retrieved February 28, 2013, from United States Environmental Protection Agency:
http://www.epa.gov/esd/cmb/pdf/dust.pdf

USDA- Natural Resources Conservation Service. (2013, March 28). Snow- Precipitation Update. Retrieved March 28, 2013, from ftp://ftp.wcc.nrcs.usda.gov/data/snow/update/co.txt

57

DRAFT 4: 4.24.2013

BLM_0159846

USDA Natural Resources Conservation Service. (2013, April). Colorado SNOTEL Sites: . Retrieved
April24, 2013, from NRCS National Water and Climate Center:
http://www.wcc.nrcs.usda.gov/snotei/Colorado/colorado.html
USDA Natural Resources Conservation Service, CSU Cooperative Extension, Colorado Dept. of
Agriculture, Colorado Dept. of Public Health and Environment WQCD, Colorado Dept. of
Natural Resources, State Soil Conservation Board; and the US EPA (n.d.). Well*/\*
SystPetroleum
Storage Management.
USFS Grand Valley Ranger District. (2012, March). Boating Regulations on the Grand Mesa
National forest.
USGS- Southeast Ecological Science Center. (2012, December 14). Frequently Asked Questions
about the Zebra Mussel. Retrieved February 28, 2013, from U.S. Geological Survey:
http://fl.biology.usgs.gov/Nonindigenous_Species/Zebra_mussei_FAQs/zebra_mussel_f
aqs.html

58

DRAFT 4: 4.24.2013

APPENDICES4

A. Contingency Plan
B. Source Water Assessment Report
C. Source Water Assessment Report Appendices
D. MOU Between CDPHE and U.S. Forest Service Rocky Mountain Region
E. Table A-1 Discrete Contaminant Types
F. Table A-2 Discrete Contaminant Types (SIC Related)
G. Table B-1 Dispersed Contaminant Types
H. Table C-1 Contaminants Associated with Common PSOC's
I. Hotchkiss Wildfire Risk Summary Report
4 All appendices are located on the CD version of this SWPP.

59

500130_TembrockW_20160707 Organization: William Tembrock
Received: 7/7/2016 12:00:00 AM
Commenter1: William Tembrock - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500130_TembrockW_20160707.htm (500130_TembrockW_20160707-
388803.htm Size = 1 KB)
Submission Text
7 July 16

BLM,

Thank you for the meeting in Hotchkiss,

My support is for the "North Fork Alternative Plan."

60 plus precent of all federal land is leased why do you want even more especially close to people and water sources?

We know wells polute so keep them away from people and water.

I am concerned about people getting sick and contamination of my domestic water and irrigation water.

Please listen to the caring people of the North Fork.

Sincerely,

William J. Tembrock

500131_HeidemanB_20161027  Organization: Bernie Heideman

Received: 10/27/2016  12:00:00  AM

Commenter1: Bernie Heideman - Hotchkiss, Colorado 81419 (United States)

Organization1:

Commenter Type: Individual

Classification: Substantive

Submission Category: Unique

Submitted As: Regular mail

Form Letter Category: Form letter plus text

Form Letter Master: Form Letter J

Current Task: Review Assigned/Due: zghali

Attachments: 500131_HeidemanB_20161027.htm  (500131_HeidemanB_20161027-388935.htm

Size = 9 KB)

Submission Text

10/27/16

UFORMP

BLM

Uncompahgre Field Office

2465 South Townsend Avenue

Montrose, Colorado 81401

Dear RMP Draft Committee,

Thanks for having this RMP process and being open to the possibility of the North Fork Alternative. It has given us a chance to think about this valley and what has been happening here.

We came to the North Fork Valley in the early 70's. We bought a 10 acre apple orchard and became part of the first organic apple growers here. We started Big B's Juices about 30 years ago and ran that company for 18 years. It is going strong and expanding its' markets and products. The valley now has Big B's Juices producing organic apple juices and hard cider, Leroux Creek Foods (now called Wacky Apple) producing organic apple sauce, Rogers Mesa Fruit, packing organic cherries, apricots, peaches, pears and apples, and many organic wine operations. There has been a transition from predominantly chemically sprayed fruit to organically grown fruit. In addition there are many organic farmers and ranchers sustainably raising organic fruits, vegetables, meat, eggs, herbs, and other farm products.

BLM_0159848

All of this organic agriculture can't be sustained without clean air and clean water. The valley is at the forefront of creating sustainable agriculture and a sustainable economy: All dependent on clean air and clean water.

This area is listed as a Colorado Creative District. In the area are a large public Montessori School, and a public Waldorf School both embracing the nurturing of our young people. The valley is home to KVNF Public Radio Station, which was the first small town public radio station in the US. Last summer there were three "visioning" gatherings that brought young people to the valley. Tribal Vision, The Visionary Summit, and The Wake Up Express all brought young people to the valley. This valley is actively trying to lead the way toward a sustainable economy and a sustainable form of agriculture and will continue to host such visioning gatherings next year. The valley hosts Cherry Days, Cider Fest, the Harvest Festival, and the Delta County Fair.

Further evidence for the uniqueness of this valley:

a) It has been described as "An American Provence" in the book by the same name written by University
of Colorado professor, Thomas Huber. He compares the North Fork Valley with its vineyards to the famous wine
growing region of southern France. http://www.merchantheraid.com/geograpber-says-the-north-fork-is-anarnerican-
provence/ This valley was also featured in the book At Mesa's Edge: Cooking and Ranching in Colorado's North Fork Valley https://www.amazon.com/At-Mesas-Edge-Ranching-Colorados/dp/0618221263

b) This valley was designated by the state of Colorado as a Colorado Certified Creative District in 2013.
Information on the significance of this designation can be viewed at
http://www.coloradocreativeindustries.org/showcase/colorado-creative-districts

c) Delta County was recently awarded three Blueprint 2.0 Initiatives by the Colorado Office of Economic Development and International Trade. The Initiatives include Strengthening Local Business Brand,
Adaptive Reuse Workshop and Tourism Promotion. http://choosecolorado.com/h-gov-donna-lynne-announcescolorado-
bluepl·int-2-0-initiative-recipients/
2.

d) The North Fork Valley has also been designated as an American Viticulture Area by the U.S. government. This designation was officially adopted in 2001 and codified at 27 CFR
https://www.gpo.gov/fdsys/pkg/CFR-2016-t.itle27-voli/pdf/CFR-2016-title27-voll-sec9-I72.pdf An American
Viticulture Area is a delineated grape-growing region having distinguishing features as established in Federal
regulation and a name and delineated boundary. This is only one of two such designated areas in Colorado

e) The North Fork Valley has been featured in a number of articles by the New York Times including coverage of
previous attempts to pursue drilling http://www .nytimes.com/20 I 3/02/03/us/coiorado-com.munities-take-on-fightagainst-

BLM_0159849

energy-land-leases.html? FO and many other articles like this one:
http://www.nytimes.com/2014/06/19/garden/he-found-bis-comer-of-the-sky. htmf.

<([#1 Fracking for natural gas is incompatible with the direction the valley is going. Fracking causes air and water pollution. Any injection wells creates other possibilities for earthquakes and pollution. There is no doubt that fracking is hazardous to the environment. We have read that the total carbon footprint is larger for fracked gas than the carbon footprint of coal (http://www.ucsusa.org/clean energy/our-energy-choices/coal-and-other-fossilfuel/environmental-impacts-of-natural-gas.html ). We asked a geologist why we seem to have chosen to pursue fracked natural gas as a bridge fuel and he said it was because fracking is UNDERREGULATED. This is totally unacceptable. It is now legal to export fracked natural gas. We must not choose to damage this sustainable farming community to make a few dollars exporting natural gas. It makes no sense. #1])>

I want a RMP for our local BLM public lands that doesn't threaten the sustainable use of farm land. That means that there must be monitoring in place to monitor any degrading of the air and water quality and the industries involved must have resources in place to mitigate any lowering of the air and water quality. The current proposed RMP doesn't have sufficient monitoring required. We know there is precedent that coal companies were made to assure no loss of water to ditch companies when they mined under the headwaters of an agricultural ditch. Terror Creek Ditch is one example of that. If industry can't correct any problems they create, THEN THEY SHOULDN'T BE DRILLING. And I would include some way to cover any problems should they declare bankruptcy. We need to include the environmental costs of any new drilling or mining in the cost of the energy they produce. Again, if we can't do it right, we shouldn't be doing it.
We are at a point in the history of the human experiment, where we are considering our impact on the climate. We must learn how to be sustainable. How can we provide for what humans need in an equitable and sustainable way (so as to avoid resource wars)? It makes no sense to take a chance on the sustainability of this agricultural resource for the sake of natural gas extraction. We know there are cost effective renewable resources for producing energy. We must choose, as a country, to embrace them NOW. There are tremendous pressures from the oil and gas industry to cash in on their energy reserves. But these pressures must be resisted. (Similarly, we must change many institutions in our society to be sustainable. This includes agriculture.) On the one hand we have agreed to the Paris Accord on Climate change and yet fracking goes on, pretending it is important to the transition to all renewable energy. We are pretending that fracking is innocuous even when there is clear evidence of pollution, spills, gas contaminating water, increase in earth quakes, and health consequences to neighbors of gas wells.
We support the North Fork Alternative Bl although we would prefer the NO FRACKING alternative.

<([#2 [21.1] The draft RMP states that "When there are conflicts among resource uses or when a land use activity could result in unacceptable or irreversible impact on the environment, the BLM may restrict or prohibit some land uses in specific areas."
Based on the comments presented above, there is definitely a conflict between the extraction of the gas resource and the prevailing land use in the North Fork Valley. Additionally, the land use activity of producing natural gas would result in unacceptable and irreversible impacts on the

BLM_0159850

environment in the North Fork Valley. Therefore, the leasing of any federal fluid minerals within the borders of the NF AP should be prohibited and this prohibition on further leasing incorporated into the alternative chosen for the revised RMP or at the very least, those in Alternative B1. This is the only way to preserve and protect the integrity of this unique and renowned part of Colorado.

#2])> Gas exploration and development is not compatible with the economic culture of this valley and in fact, its very presence would threaten its highly regarded reputation as an organic agricultural area. At the bare minimum, I urge you to please include all proposed actions in the North Fork Alternative, B1, in the final RMP.

Thank you for your consideration,

Bernie and Adrianna Heideman

11126 3500 Rd

Hotchkiss, CO 81419

970-872-2172

heideman@paonia.com


500132_DatskoR_20160823_HasAttach Organization: Robert Datsko
Received: 8/23/2016 12:00:00 AM
Commenter1: Robert Datsko - Ridgeway, Colorado 81432 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 8/23/2016 12:00:00 AM
Attachments: 500132_DatskoR_20160823_HasAttach.htm
(500132_DatskoR_20160823_HasAttach-388814.htm Size = 6 KB)
UFORMP_500132_DatskoR_20160823_HasAttach.pdf
(500132_DatskoR_20160823_HasAttach-388816.pdf Size = 503 KB)
Submission Text
First Name Robert Last Name Datsko Date 8-23-16
Mailing Address 510 Redcliff Circle, Unit 202
City Ridgeway
State CO Zip 81432
E-mail Address: Robertdatsko@yahoo.com


I have a concern that commercial interest and especially oil & Gas drilling and/or fracking will cause excess light pollution in RMP/EIS area. Dark night skies are a valuable resource to humans and wildlife. With light pollution increasing nationwide, there are increasingly fewer places people can go to enjoy and be inspired by dark starry skies. The area of the RMP/EIS is on of these rare special places and should be protected from light pollution.

Fracking operations typically cause lots of light pollution. Many bright lights and bright flares from gas being burned off are huge sources of light pollution. And totally incompatible with the need to maintain these BLM lands so that future generations can enjoy their natural beauty and

dark skies.

The population of the Bakken oil field area in North Dakota (see Exhibit A) is relatively small, yet the tremendous light pollution created by there is comparable to many large hight population metropolitan areas in the U.S.
I feel that serious consideration of protecting the natural beauty of these BLM lands is the RMP area including dark skies is critical.

I feel that the oil and gas drilling and fracking operation in this area is incompatible with the above objective.
If these operations are permitted, then strict lighting and gas flare rules must be followed. And less excessive glare lighting will actually add to the safety of oil workers (see Exibit B)

The international dark sky association (IDA, see darksky.org) has published the following guidelines to help protect the night skies:

1. Light only what and where you need.
2. Use energy efficient blubs and only as bright as you need (use lowest watt bulb that is practical)
3. Shield all lights and direct them down. There must be no glare visible horizontally upward.
4. Only use light when you need it. Consider a timer or motion sensor to activate light.
5. Use only "soft white" or amber bulbs burning in the 3000*K range. These produce a warm amber color that minimizes light pollution produced. Prohibiting "daylight" bulbs that burn in the 5000*K range, produce a stark, harsh blue-white color and cause extreme light pollution.

One additional suggested requirement:
All gas flares must be fully enclosed in a vertical metal shroud to eliminate all horizontal glare from the flare (shield the flare)

Thank you for your consideration.
Sincerely,
Rob Datsko


Exhibit B
Pioneer Rig No.29
THE STARRY SKIES of lonesome West Texas have inspired many a cowboy poet. But more recently, the country has become better known for its pumpjacks and its vast resources beneath the ground.

The Permian Basin is a vast reach of New Mexico and Texas home to one of the nation's greatest fossil fuel deposits. The boom of recent years in American oil and gas drilling and hydraulic fracturing- now on the decline- brought bright flames and facilities for transporting fuel and housing workers. These oil fields glow at night because drilling and refinery operations burn off vast amounts of gas to maintain proper pressure or simply because the flammables are too tough to transport. Billions of dollars' worth of fossil fuels are lost to the practice every year.

Floodlights and portable light towers are also found throughout the oil fields. This light pollution seeps into Big Bend National Park, another Of the recently minted Dark-Sky Parks. McDonald Observatory in the nearby Davis Mountains also looks out onto the Permian Basin. And in 2011, the Texas Legislature passed a law mandating shields on outdoor lights throughout the counties surrounding the observatory. But that didn't stop the counties to its north from granting some 5,000 oil-drilling permits between 2010 and 2015. The flares aren't the biggest problem, either. Stacey Locke says he, too, learned to love the night under these heavens. So, as fights erupted between night-sky proponents and drilling companies, Locke- the CEO and president of Pioneer Energy Services, which provides contract drilling services -"has become an unlikely ally of the observatory. In recent years, Locke has teamed with veteran McDonald Observatory astronomer Bill Wren on a plan to protect the heavens

and the oil exploration. They started with a single, typical site -Rig No. 29. Even the workers there were unhappy with the lighting conditions because of glare from "360 lights," an unshielded, blast-resistant lamp that cast a dangerous glare on instrument panels. The workers had crammed a rag into the wire mesh around the light to help block some of the stray light. Similar skyglow problems plagued the stairwell. The study Wren and Locke published based on their work at Rig No. 29 showed that not only could they improve dark skies in West Texas, they could also reduce costs and make oil drilling safer for workers.


500134_NoName_20160901 Organization:
Received: 9/1/2016 12:00:00 AM
Commenter1: - ,
Organization1:
Commenter Type: Anonymous
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison 12/15/2016 12:00:00 AM
Attachments: 500134_NoName_20160901.htm (500134_NoName_20160901-388817.htm Size = 17 KB)
UFORMP_500134_NoName_20160901.pdf (500134_NoName_20160901-388818.pdf Size = 881 KB)
Submission Text
8/24/2016


New peer-reviewed published paper by Digiulio & Jackson, Pavillion Wyoming aquifers contaminated by fracking: Only one industry is allowed to inject toxic ...
Ernst v. EnCana Corporation
Landowner Jessica Ernst sues EnCana and Alberta government regulator's over water contamination
Current lawsuit not only in Pavillion Wyoming


New peer-reviewed published paper by Digiulio & Jackson, Pavillion Wyoming aquifers

BLM_0159853

contaminated by tracking: Only one industry is allowed to inject toxic chemicals into underground sources of drinking water - hydraulic fracturing

Postedon ~..._2.ll~ byadmin ~l ·,..\---- ~ { ~ ~ lM.-~

Only one industry is allowed to inject toxic chemicals into underground sources of drinking water - hydraulic

fracturing or ".{racking."

Who fixes aquifers frac'd by Encana?

When?

***

Impact to Underground Sources of Drinking Water and Domestic WelLS' fi·om Production Well Stimulation and Completion Practices in the Pavillion, Wyoming, Field by Dominic C. DiGiulio and

Robert B. Jackson, embargoed to March 29, 2016, Journal of Environmental Science and Technology

[IMAGE].. ,

From Digiulio and Jackson's ~:

• Domestic Well

• Production Well * P & A Production Well

t EPA Monitoring Well

h up://ww w .ernst versusencanu·.c:a/ new -peer-rev icwed-pub I is hed-pnper-by -dig ui I io-jackson-on I y -one-indus 1 ry-is-ai l owed-to-i nject-Loxi c-chcmical s-i nto-undcrg rou nd -~o. .

• I /9

R/?4/?0in N~w p~.~r-re.vi~w~rl p11hlish~rl r~r''r hy Digi11Iin lir J~rksnn, P~villion Wyoming aquifers contaminated by fracking: Only one industry is allowed to inject toxic ...

Figure 1. Central portion of the Pavillion Field illustrating locations ofrlnnw.stir. watPr wP!Is, prorlur.tion wP./Is,

plugged and abandoned (P&A) wells, and EPA monitoring wells (labeled). The entire Field, with labels for

production and domP.sh''r. wPTls and approximate

locations of unlined pits, is illustrated in Figure SI As. The geographic area in which the Field is located is

illustrated in Figure SIAl.

Compare to Encana's energy wells at Rosebud:

Shallow Gas Wells Drilled and Frac'd Near Rosebud, Alberta

Circles: EnCana Wells Perforated and or Hydraulically Fractllred Abo11e the Base of Groundwater Protection before Aprii 2D06

Sojid dots: Enema Wells Perforated and or Hydraulically Fr;:;ctu red ,-'\bi}lle 200m IJefore April 2006

[IMAGE]- approx•n>ate location of Em~t propertyj - 1 mi le

http: //www .ernstvers usencana.ca/new -peer-rev iewed-published-paper-by-d igui I i o-jackson-onl y-onc-i nd ustry-i s-allowed-to-i nject-tox i c-chemical s-i nto-underground-so. , . 2/9

8/24/2016 New peer-reviewed published paper by Digiulio & Jackson, Pavillion Wyoming aquife1s contaminated by fracking: Only one industry is allowed to inject toxic ...

[IMAGE]

1600

1400

.~ s 1200

......J 1000 (/}

<~ 800 '-' •• • = 600 • 0 " ~~ 400

~

w 200 ·

0

-200

1960

• Top of Acidizcd Interval- Wind River Formation

• Top of Hydraulic Fracturing Interval ~Wind River Formation

.. Top of Acid1zcd Interval - Fort Ut1ion Formation

~ To ofH ·draulic Fracturin Interval~ Fort Union Fom1ation

r --Appro · 1 'ate Lana sur ace~

•

• - .

• •

~ .. t

·. "

"" .. ·.

1970  1980  Year 1990 2000 20t0

a

0

~200

~400

-600

-800

-1000

~1200

-1400

~1600

-1800

Figure 2. (a) Elevation in absolute mean seal level (AMSL) and approximate depth below ground surface of

documented acid and hydraulic

fracturing stimulation stages.

Acid stimulation and hydraulic fracturing occurred as shallowly as 213 and 322 m bgs [m bgs = metres below

ground surface], respectively, at depths comparable to deepest domestic groundwater use in the area (Figure 2a).

[Compare to Encana fracing about 200 gas wells into the fresh water zones at Rosebud, of which about 6o

gas wells were more shallow than 200 metres bgs, including intentionally into the community's drinking

water aquifers, the two most shallow gas wells perfd at 100.5 m and 121.5 m bgs]

http://www.emstversusencana.ca/new-peer-reviewed-published-paper-by-diguilio-jackson-only-one-industry-is-allowed-to-inject-toxic-chemicals-into-underground-so... 3/9

BLM_0159855

8/24/2016  New peer-reviewed published  paper by Digiulio  & Jackson, Pavillion  Wyoming
aquifers contaminated  by frackin~::  Only one industry  is allowed to inject toxic ...
[IMAGE]

h II p:/fwww .ernsr 1rers usencana.ca/new-pcer-rcl• icwcd-p ubi ishcd -paper-by-dig  u i I i o-
jackson-ool  y-o nc-i ud ust ry -is-aU owcd-to-i njcc t-toxi c-che mi cal s-into -u r1dcrgrou nd-so.
. . 419
8/24/2016  New peer-reviewed published  paper by Digiulio  & Jackson, Pavillion  Wyoming
aquifers contaminated  by fracking:  Only one industry  is allowed to inject toxic ...

[IMAGE]

[Pink circles indicate contaminants  found by regulator in Rosebud drinking  water.]
Figure 4. Summary of organic compounds  detected by EPA in MWo1 and MWo2 during Phase
III, IV, and V
sampling events. Glycols,  alcohols,  and low molecular  weight organic acids were not analyzed in
Phase III.
Alkylphenols  and methanol (GC-FID method) were only analyzed in Phase V. Organic
compounds  detections for
MW01 and MWo2 are summarized  in Table SI E3a and Table SI E4a, respective
Our investigation  highlights  several important  issues related to impact to groundwater from
unconventional  oil
and gas extraction.  We have, for the first time, demonstrated  impact to USDWs as a result of
hydraulic  fracturing.
Given the high  frequency of injection  of stimulation  fluids into USDWs to support CBM
extraction
and unknown  frequency in tight gas formations,  it is unlikely  that impact to USDWs is limited  to
the Pavillion  Field  requiring  investigation  elsewhere.
Second, well stimulation  in the Pavillion  Field occurred many times less than 500 m from ground
surface and, in some cases, at or very close to depths of deepest domestic  groundwater use in the
area. Shallow hydraulic  fracturing  poses greater risks than deeper fracturing does, especially  in
the presence of well integrity  issues as documented  here in the Pavillion  Field.
Additional  investigations  elsewhere are needed. Finally,  while disposal of production  fluids in
unlined  pits is
a legacy issue in Wyoming,  this practice has nevertheless  caused enduring groundwater
contamination  in the
Pavillion  Field. Impact to groundwater from unlined  pits is unlikely  to have occurred only in the
Pavillion  Field, necessitating  investigation  elsewhere. [Emphasis  added]
http://www.ernstversusencana.ca/new-peer-reviewed-published-paper-by-diguilio-jackson-only-
one-industry-is-allowed-to-inject-toxic-chemicals-into-underground-so.  .• 5/9
acksQfl !!a"illiGA  ¥Gflling  quifclll.oonllll'!1tll.1led,b  f!iackin.,  · Gnly Gn '-Ad tiStlo/-
is.allowcd-!o  injccttoxi ...
Why haven't "experts" like Dr. John Cherry and frac patent holder Dr. Maurice Dusseault asked
Encana and AER
to hand over the data (or ask Ernst for copies of the data she complied  from the regulator's
database), analyzed it

BLM_0159856

and published a paper like this on Encana illegally fracturing much more shallow into Rosebud's drinking water

aquifers in Alberta than Encana did/ does at Pavillion Wyoming?

Too busy with this:

[IMAGE]

Stanford researchers show fracking's impact to drinking water sources Press Release by Rob Jordan, EMBARGOED UNTIL 9 a.m. PDT March 29, 2016

Media contact:

Dominic DiGiulio, Visiting Scholar in Stanford's School of Earth, Energy & Environmental Sciences, (580) 279-

9283, ddig:iuli@stanford.edu

Rob Jackson, School of Earth, Energy, and Environmental Sciences: (650) 497-5841, rob.iackson@stanford.eduRob Jordan, Stanford Woods Institute for the Environment: (650) 721-1881,

ll

Bjorn Carey, Stanford News Service: (650) 725-1944, bccarey@stanford.ed iJ

Email subject. line: STANFORD: TK

Video/photos: Various photo options (captions and credits in file names):

https: // stanford.app.box.com/files / o /f/7060645141/pavillion

Summary: Common industry_practices may have widespread imnac.ts on drinking water t:es~urces

Only one industry is allowed to inject toxic chemicals into underground sources of drinking water - hydraulic

fracturing or "fracking." Concerns about this practice have riled the U.S. political landscape and communities

around the country, perhaps nowhere more so than in Pavillion, Wyoming, population 231.

hll p://w ww .ernst 1•crs uscncan a.ca/ncw-pccr-r vi cwed-pu bl i shad-paper-by-dig u i I io - jackson -on I y-o nc-i n dust ry -is-a llowcd-to-i njcct-loxi c-chcmical s -i n lo-undc rgrou nd-so. . . 6/9

8/24/2016 New peer-reviewed published paper by Di giulio & Jackson, Pavillion Wyoming aquifers contaminated by fracking; Only one industry is allowed to inject toxic ...

A new Stanford study published in Environmental Science & Technology finds for the first time that fracking operations near Pavillion have had clear impact to underground sources of drinking water. The research paints a picture of unsafe practices ranging from the dumping of drilling and production

fluids containing diesel fuel and high chemical concentrations in unlined pits to a lack of adequate cement

barriers to protect groundwater.

Fracking operators -the well fi eld has gone through several corporate hands since the 1960s [Encana is the

current operator there, and has been for over a decade] -used acid and hydraulic fracturing treatments at the

same depths as water wells in the area. [Just like Encana did at Rosebud, Alberta, but hundreds of

metres more shallow than at Pavillion]

Pavillion, WY

ww Methane
[IMAGE]
W30 808
(highest found by the EPA
in 201 0 in citiZen water weJis)
Rosebud Alberta
ww Methane
IJg/L
V 42.800 before steam deaning
V 66,300 after steam de<ming
s 26,200
R 38,360
Ernst 36,525
Hamlet 3,610 (from reservoir, not wells)
Above after Encana frac'd Rosebud
aquifers
L s
4 miles to theSE of Rosebud. where EnCana
did not fra c the aquifers.
Slides from Ernst presentations
"This is a wake-up call," said lead author Dominic DiGiulio, a visiting scholar in Stanford's School of Earth,
Energy & Environmental Sciences. "It's perfectly legal to inject stimulation fluids into underground
http://www.ernstversusencana.ca/new-peer-revi ewed-publi shed-paper-by-diguilio-jackson-onl y-one-induslry-is-allowed-to-inject-toxic-chemicals-into-underground-so. .. 7/9
8.1'A4~J.6-~-t>tt~f~ile&fJap~~aeksGrt;-Ptwtl~tmliftg-~tttfers cl),l&r rtirt l'Cd-by-fmol..'ifl~ne-Tndus~WC'd o-Mjeet-toxie=--drinking
water resources. This may be causing widespread impacts on drinking ·water resources."
[At the time ofF.ncana fracing and contaminating the: drinking w:tte:r aquife:rs at Rose:hml, Alberta, in 2004, it was illegal. Since then, Alberta regulators and politicians steadily & secretly removed water protections and deregulated (while lying to the public and claiming the opposite), making it now legal to frac drinking water supplies, vertically, horizontally, and with deviated or slant well bores, and making it legal to now divert fresh water from shallow frac'd zones without a
permit under the Water Act.]
"Decades of activities at Pavillion put people at risk. These are not best practices for most drillers," said
co-author Rob Jackson, the Michelle and Kevin Douglas Provostial Professor at the School of Earth, Energy &
Environmental Sciences. "There are no rules that would stop a company from doing this anywhere
else," added .Jackson, a senior fellow at the Stanford Woods Institute for the Environment and at the Precourt
Institute for Energy. [Meanwhile, every jurisdiction, including in Canada, boast (lie) they have the best regulations

in the world protecting health and drinking water supplies and that fracing is absolutely safe]
As part of the so-called frackwater they inject into the ground, drilling companies use proprietary blends that can
include potentially dangerous chemicals such as benzene and xylene. When the wastewater comes back up after
usc, it often includes those and a range of potentially dangerous natural chemicals.
The study, based on publlcally available records and documents obtained through the Freedom of Information Act, is part of J acl{Son's ongoing research on shallow fracking and its impact on groundwater. He and his colleagues have done various studies across the United States and in the Pavillion
Field, an area of Wyoming's Wind River Basin pocked by more than 180 oil and gas wells, some of them plugged
and abandoned.
Back in 2008 [residents of Rosebud began complaining of their water wells going dry or becoming contaminated
in 2004], the residents of Pavillion complained of a foul taste and odor in their drinking water and questioned
whether it was related to physical ailments. In 2011, the EPA issued a preliminary report putting the tiny town at
the center of a growing fracking debate.
The EPA report, which linked shallow fracking to toxic compounds in aquifers, was met with heavy criticism from the drilling industry and state oil and gas regulators [globally, is there such a
thing as a regulator, when it comes to fracking unconventional oil and gas?]. Three years late, having never
finalized its findings, EPA turned its investigation over to Wyoming [which Encana took over with a $1.5 million
US dollar donation, aka bribe to control the state's investigation outcome 1. The state released a series of
reports without firm conclusions, and, as oflast month, has said there are no firm plans to tal(e further action. In the meantime, the Agency for Toxic Substances and Disease Registry has advised area residents to avoid bathing, cooking or drinking with water from their taps.
The new Stanford study goes a step beyond the 2011 EPA report
to document not only the occurrence of fracking chemicals in
underground sources of drinking water, but their impact on that
water, making it unsafe for use.
hltp://www.emstversusencana.ca/new-peer-reviewed-published-paper-by-diguilio-jackson-only-one-industry-is-a11owed-to-inject-toxic-chemicals-into-underground-so... 8/9
8/24/2016 New peer-reviewed published paper by Digiulio & Jackson, Pavillion Wyoming aquifers contaminated by fracking: Only one industry is allowed to inject toxic ...
The ripple effect goes well beyond Pavillion.
"Geologic and groundwater conditions at Pavillion are not unique in the Rocky Mountain region," said DiGiulio.
"This suggests there may be widespread impact to underground sources of drinking water as a result of unconventional oil and gas extraction."
To avoid what happened in Pavillion, Jackson and DiGiulio suggest further investigation and

regulations to limit
shallow fracking [What good will that do? Companies and regulators will just ignore them, as they
did/ do in Canada and everywhere else fracing occurs. Besides, Davis in the UK called for 6oo
.metres minimrrm s eparation between fracs and drinking water aquifers in 2012, to zero action
from regulators anywhere. A few months later, the AER (then ERCB) deregulated with Frac
Directive 083 to enable further ultra shallow shale and sands frac impacts to drinking water
without any mandatory baseline monitoring] and require deeper protective casings. [What good will
that do when companies perforate the casing and frac directly into drinking water supplies,
destroying the protection?] Wyoming does not require cementing to surface casing [no wonder, with
companies like Encana perforating and fracing right into drinking water supplies!], and only two
U.S. states, Colorado and Texas, have special requirements for shallow hydraulic fracturing [Is anyone
investigating to see if those requirements are being heeded by companies? With the many frac
hits, damages and water contamination cases in Colorado and Texas, it appears unlikely].
Safeguards mean little, however, if they are not enforced- something the U.S. Environmental Protection Agency
has done a mixed job with, according to Jackson. "The EPA has consistently walked away from
investigations where people and the environment appear to have been harmed" by fracking's
impact on groundwater, Jackson said. -30- [Emphasis added]
This entry was posted in Global Erac News. Bookmark the~-
Ernst v. EnCana Corporation
Proudly powered by WordPress.
http://www.ernstversusencana.ca!new-peer-reviewed-published-paper-by-diguilio-jackson-only-
one-industry-is-allowed-to-inject-toxic-chemicals-into-underground-so... 9/9

500135_YorkS_20161101 Organization: Sandy York
Received: 11/1/2016 12:00:00 AM
Commenter1: Sandy York - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison 12/15/2016 12:00:00 AM
Attachments: 500135_YorkS_20161101.htm (500135_YorkS_20161101-388820.htm Size = 5 KB)
UFORMP_500135_YorkS.pdf (500135_YorkS_20161101-388822.pdf Size = 145 KB)
Submission Text
To Whom It May Concern:

My name is Sandy York and I currently own a home and am a resident of Paonia, CO. Please "incorporate by reference" my previous letter for details on how this sale effects me and the parcel that effect my household water supply and my irrigation shares/rites. But this isn't just about me. It is about us. WE THE PEOPLE of the North Fork Valley, WE THE PEOPLE of Delta County, WE THE PEOPLE of the western slope, WE THE PEOPLE of Colorado, and WE THE PEOPLE of the United States of America. Please let me give you at least 3out of 6 facts as to why I think gas-drilling never need to be near residents. Ones that your EA did not take into account.

FACTS:

1. There are know and studied environmental concerns with hydraulic fracturing (Department of Energy report of 2011 indicated a substantial risks for environment and serious health consequences for those who live close to drilling operations.)-one incident which is confirmed as related to natural gas drilling is in Pavillion Wyoming.
MY CONCERN: Of the 9000 miles of streams in Colorado only 168 miles are GOLD MEDAL WATERS and we live on the North Fork of the Gunnison River, the headwaters for a GOLD MEDAL WATERWAY. Do we really want to risk one incident into those waterways? Perhaps an Environmental Impact statement taking these Gold Medal waterways into account is needed especially in regard to horizontal fracking which your EA did not take into account.

2. Emissions associated with natural gas development and production, is from combustion, NOX(example: diesel trucks running continuously for 36 hours during the fracking process) Another group of emissions that are routinely
vented in to atmosphere that linked with natural gas itself are volatile organic compounds- BTEX/ (VOCs), neurotoxins. The VOC's are especially impactful on health. Health effects of exposure to these chemicals include neurological problems, birth defects, premature births, and cancer. MY CONCERNS for this are professional. Never in my 40 years as a Speech and Language therapist have I had the number of neurological issue with children on my caseload. I currently have 10 non-verbal neurological impaired children in 3 pre-schools in Delta CO. Schools, in the city of Delta and that is just my caseload. Currently as part of the childfind team- we take referrals from doctors, parents, teachers, and NICU referrals from St. Mary's hospital in Grand Junction. This year is it highest number I have ever had and the year is not over. This includes the increased number of NICU infants from St. Mary's Hospital in Grand Junction. I use to tell people that were pregnant to stop drinking their tap water and now maybe I should tell them to stop breathing the air. I believe we are already in "HARM'S WAY" in regard to this, from drilling already on the western slope.

3. An Analysis of potential adverse impacts to air quality was taken at Walker Field in Grand Junction, which is some 60 miles away and at a substantially lower elevation in a desert valley floor. Which does not fully consider the
daily diurnal winds that occur in the south facing slopes of the Grand Mesa. When coupled with inversions that are common in this North Fork area, the impact can be significant and should be and have not been analyzed, especially in regard to the negative impacts to agriculture located in

the North Fork Valley. This green lovely valley provides 68% of the apples grown in Colorado. This needs to be studied prior to the sale-now-not later.

The Preamble to the constitution states that WE THE PEOPLE established the Constitution for many reasons, one of them being to promote the general welfare, and I do not believe that drilling natural gas around residents, schools. waterways, watersheds, nursing homes, ets. promotes our general welfare, nor does it insure domestic tranquility.- and that is why I support the NO ACTION/NO LEASING/NORTH FORK ALTERNATIVE. Please reference my previous letter in regard to the other 3 facts and "incorporate by reference". I know that leasing does
not impact the environment-but what that individual/company does with that lease could and would if natural gas drilling occurs in this pristine valley. The BLM cannot put off analyzing the impacts of oil an gas development to a future date, all impacts must be analyzed before the selling of these leases. PLEASE 63% of the North Fork
Valley wrote you not to lease to natural gas drilling individuals and/or companies. LISTEN TO US AND DO NOT PUT US IN HARM'S WAY. And if you do,( and I believe that oil and natural gas drilling does, for I am a former resident and land owner in Parachute, Colorado and I have seen, smelled, heard, the up close and personal horrors that occurred there on my 40 acreas backed to BLM land), then you will hear from me again and again and again. I believe it goes against my constitution rights and I will stand up for what I believe in time and time again.

Sincerely,

Sandy York
208 Minnesota Ave.
Paonia, Co. 81428
970-901-2944
sandykyork@gmail.com


500136_YorkS_20161101  Organization: Sandy York
Received: 11/1/2016 12:00:00 AM
Commenter1: Sandy York - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison 12/15/2016 12:00:00 AM
Attachments: 500136_YorkS_20161101.htm (500136_YorkS_20161101-388823.htm Size = 17 KB)
UFORMP_500136_YorkS_.pdf (500136_YorkS_20161101-388825.pdf Size = 652 KB)
Submission Text
Dear Bureau of Land Management,
Please accept my comments on the new RMP. I am a resident of Paonia Colorado and this is not

the first letter I have written in regard to the risk to watersheds, humans, and animals of Natural gas fracking. In my first letter I gave you current research facts, in my second letter I appealed to you from my heart. I am 65 years old and have worked since I was 14 years of age. I have raised 4 sons, gotten numerous degrees and seen pristine beautiful lovely vista and a former landowner from Parachute Colorado. I have been up close to the horrors of natural gas drilling and fracking. The noise and vibration of the fracking, which literally made my dog, cower in the corner. The smell of chemicals-the bright glaring lights coming through my bedroom window, the greasy film on my plants and cars, let alone my hair when I was outside upwind from the rig that lay near my property. The caution signs that state that Hydrogen Sulfide is probably present. I left-took a loss on my home and started over. Now after about 15 years I have finally recovered and will retire in about 4 years in a house paid for- in what I thought would be free from these horrors. And here they come again. Please stop this madness. <([#1 [30.3] Your reports do not consider many factors one being the fact that this is now an agriculture organic farm area and no longer a coal town, plus the outfitters for elk in this area exceed 54 million per year, and if fracking begins, the elk will leave. #1])> I have enclosed a recent article from Mother Earth News. It tells you of recent research done by Dominic C. DiGiulio and Robert B. Jackson who published their research about fracking flaws in the journals of "Environmental Science and Technology". Their

published findings show that not only did fracking operations pose an above and below ground risk to drinking water, they strongly affected both. Just one more thing--- would you lease these parcels if your property was near it--- if the answer to that is no-then do not lease these parcels that are near me or anyone-and if the answer is yes-then come buy my place for what I owe and I will move away. What you do to the earth-you do to yourself. Please don't add any more wells to this area PLEASE STOP!!!! Let me retire without these horrors outside my windows. I request the BLM place a moratorium on all oil and gas development in the North Fork area and if a no leasing option is not a possibility in this area then please consider the North Fork Alternative.

Sincerely,
Sandy York MS/CCC/SLP
208 Minnesota Ave.
Paonia, CO. 81428
970-901=2944
8/24/2016  Stanford researchers show fracking's impact to drinking water sources

Stanford News (http://news.stanford.edu/)

MARCH 29, 2016
Stanford researchers show fracking's impact to drinking water sources
A case study of a small Wyoming town reveals that practices common in the fracking industry may have widespread impacts on drinking water resources.
BY ROB JORDAN

Only one industry is allowed to inject toxic chemicals into underground sources of drinking water- hydraulic
fracturing, or "fracking." Concerns about this practice have riled the U.S. political landscape and

BLM_0159863

communities
around the country, perhaps nowhere more so than in Pavillion, Wyoming, population 231.

A new study by Stanford scientists published in Environmental Science & Technology (http://pubs.acs.org/journal/esthag) finds for the first time that fracking operations near Pavillion have had clear impact underground sources of drinking water. The research a picture of unsafe practices including the dumping of
drilling and production fluids containing diesel fuel, high chemical concentrations in unlined pits and a lack of
adequate cement barriers to protect groundwater. The well field has gone through several corporate hands since
the 1960s, but various fracking operators have used acid and hydraulic fracturing treatments at the same depths as

Environmental Protection Agency staff members sample a monitoring well for contaminants from hydraulic fracturing. water A Stanford study in Pavillion, Wyoming, finds that practices wells in the area. common in the fracking industry have affected the community's drinking water. (Image credit Dominic DiGiulio)

"This is a wake-up call," said lead author Dominic DiGiulio, a
visiting scholar at Stanford School of Earth, Energy &
Environmental Sciences. "It's perfectly legal to inject stimulation fluids into underground drinking water
resources. This may be causing widespread impacts on drinking water resources."
"Decades of activities at Pavillion put people at risk. These are not best practices for most drillers," said co-author Rob Jackson (http://earth.stanford.edu/rob-jackson), the Michelle and Kevin Douglas Provostial Professor at the School of Earth, Energy & Environmental Sciences (http://earth.stanford.edu/).
As part of the so-called frackwater they inject into the ground, drilling companies use proprietary blends that can include potentially dangerous chemicals such as benzene and xylene. When the wastewater comes back up after use, it often includes those and a range of potentially dangerous natural chemicals.

http://news .stanford .edu/20 !6/03/29/pavillion-fracking -water-0329!6/ 1/3
8/24/2016 Stanford researchers show fracking's impact to drinking water sources

"There are no rules that would stop a company from doing this anywhere else," said Jackson, who is also a senior fellow at the Stanford Woods Institute for the Environment (http://woods.stanford.edu) and at the Precourt Institute for Energy (http://energy.stanford.edu/).
The study, based on publicly available records and documents obtained through the Freedom of Information
Act, is part of Jackson's ongoing research on shallow fracking and its impact on groundwater. He and his
colleagues have done various studies across the United States and in the Pavillion Field, an area of Wyoming's
Wind River Basin pocked by more than 180 oil and gas wells, some of them plugged and

BLM_0159864

abandoned.

Back in 2008, the residents of Pavillion complained of a foul taste and odor in their drinking water and questioned

whether it was related to physical ailments. In 2011, the U.S. Environmental Protection Agency issued a

preliminary report putting the tiny town at the center of a growing fracking debate.

The EPA report, which linked shallow fracking to toxic compounds in aquifers, was met with heavy criticism from the drilling industry as well as state oil and gas regulators. Three years later, having never finalized its findings, EPA turned its investigation over to Wyoming. The state released a series of reports without firm conclusions, and, as of last month, has said it has no firm plans to take further action. In the meantime, the federal Agency for Toxic Substances and Disease Registry has advised area residents to avoid bathing, cooking or drinking with water from their taps.

The new Stanford study goes a step beyond the 2011 EPA report to document not only the occurrence of fracking chemicals in underground sources of drinking water but also their impact on that water that is making it unsafe for use.

The ripple effect goes well beyond Pavillion.

"Geologic and groundwater conditions at Pavillion are not unique in the Rocky Mountain region," said DiGiulio. "This suggests there may be widespread impact to underground sources of drinking water as a result of unconventional oil and gas extraction."

To avoid what happened in Pavillion, Jackson and DiGiulio suggest further investigation and regulations to limit shallow fracking and require deeper protective casings. Wyoming does not require the cementing of surface casings, and only two U.S. states, Colorado and Texas, have special requirements for shallow hydraulic fracturing. Safeguards mean little, however, if they are not enforced - something the EPA has done a mixed job with, according to Jackson.

"The EPA has consistently walked away from investigations where people and the environment appear to have

been harmed" by fracking's impact on groundwater, Jackson said.

Media Contacts

Dominic DiGiulio, Stanford School of Earth, Energy & Environmental Sciences: (580) 279-9283, ddigiuli@stanford.edu

Rob Jackson, School of Earth, Energy & Environmental Sciences: (650} 497-5841, rob.jackson@stanford.edu

Rob Jordan, Stanford Woods Institute for the Environment: {650) 721-1881, rjordan@stanford.edu

http:/ /news.stanford.edu/20 16/03/29/pavillion-fracking-water-032916/ 2/3

8/24/2016 Stanford researchers show fracking's impact to drinking water sources

e(mailto:?

subject=An%20interesting%20article%20from%20Stanford%20News&body=I%20want%20to

%20share%20this%

http://news .stanford .edu/20 16/03/2 9/pavill i on-f racking -water -032 916/ 313

BLM_0159865

8/24/2016 The Depths of Hydraulic Fracturing and Accompanying Water Use Across the United States- Environmental Science & Technology (ACS Publications)

Environ. Sci. Techno/. · Environ. Sci. Techno/. Lett.

Brow•e the Journal About the Journal

Policy Analysis •revious Article Next Artich Table of Contents

The Depths of Hydraulic Fracturing and Accompanying Water Use Across f the United States

Rober!_!:!.:. Jacksor(t:f:§, _!;l_l~_f.!, .. Low .t . Am Pick~'· Man-: KB£1..Qt. ~.!£.1:Ii<;i.i!:'li.CJ.t, and Kai~-~'2!!.2.1.

TSchool of Eanh. Energy, and Environmental SCiences. Woods InsOiule for the Environment, an Precourt Institute for

Energy, Stanford University, Stanford, California 94305, United States

1 Nicholas Institute for Environmental Policy Solutions, Duke University, Durham, North Carolina 27708, United States

J. School of Environment and Natural Resources, OARDC, The Ohio State University, Wooster, Ohio 44691, United States

Environ. Sci. Techno/., 2015. 49 (15). pp 8969-<!976

001: 1 0.1 021/acs.est.5b01228

Publication Date (Web): July 21. 2015

Copyright© 2015 American Chemical Society

'Phone: 1-650-497-5841; fax: 1-650-498-5099; e-mail: rob jackson@stanford.edu

Abstract

Reports highlight the safety of hydraulic fracturing for drinking water if it occurs "many hundreds of

meters to kilometers underground". To our knowledge, however, no comprehensive analysis of I hydraulic fracturing depths exists. Based on fracturing depths and water use for -44 000 wells reported between 2010 and 2013, the average fracturing depth across the United States was 8300 It (-2500 m). Many wells (6900; 16%) were fractured less than a mile from the surface, and 2600 wells (6%) were fractured above 3000 It (900 m), particularly in Texas (850 wells), California (720),

Arkansas (310), and Wyoming (300). Average water use per well nationally was 2400000 gallons

(9200000 L), led by Arkansas (5200000 gallons), Louisiana (5100000 gallons), West Virginia (5000000 gallons), and Pennsylvania (4500000 gallons), Two thousand wells (-5%) shallower than one mile and 350 wells (-1%) shallower than 3000 It were hydraulically fractured with >1 million gallons of water, particularly in Arkansas, New Mexico, Texas, Pennsylvania, and I California. Because hydraulic fractures can propagate :woo tt upward, shallow wells may warrant I

i special safeguards, including a mandatory registry of locations, full chemical disclosure, and, where horizontal drilling is used, predrilling water testing to a radius 1000 It beyond the greatest lateral extent. J

http:// pubs .acs.org/doi/abs/ I 0.1 021/acs.est.SbO 1228

Article Options

BLM_0159866

/---8/24/2016 The Depths of Hydraulic Fracturing and Accompanying Water Use Across the United States- Environmental Science & Technology (ACS Publications)

View: ACS Active View PDF I PDF I PDF w/ Links I Full Text HTML 1 W~•nn, Rohert R : ' "" " h i

Citing Articles : Related Con;ent l

Citation data is made available by participants in CrossRef's Cited-by Linking service. For a more comprehensive

list or citations to this article, users are encouraged to perform a search in Sctrmder.

Impact to Underground Sources of Drinking Water and Domestic Wells from Production Well Stimulation and Completion Practices in the Pavillion, Wyoming, Field

Dominic C, DiGiulio and Robert B. Jackson

Environmental Science & Technology2016 50(8), 4524-4536

Abstract I Full Text HTML I PDF I PDF w/ Links

Water Use and Management In the Bakken Shale Oil Play in North Dakota

R. M. Homer. C. B Harto, R. B. Jackson, E. R. Lowry, A. R. Brandt, T. W. Yeskoo, D. J. Murphy, and C. E Clark

Environmental Science & Technology 2016 50 (6), 3275-3282

Abstract I Full Text HTML I PDF I PrJF w/1 inkr,

Products

Journals A-Z

eBooks

1155 Sixteenth Street N.W. CftEN

Washington, DC 20036

CftEN Archives

!J';ICPf.'r13047075 A(5 LegrKy Archivf.'s

Copyright © 2016

ACS Mobile

American Chemical Society Video

Partners

User Resources

Aboul Us

ACS Members

Librarians

Authors & Reviewers

Website Demos

Privacy Policy

Mobile Site

c&e

Graduate students at private schools

may unionize

Chemistry teaching and research assistants

among those looking lo neyullale terms ur

employment

ChemChlna's Syngenta acquisition

clears hurdle

Green light from U.S. security committee

BLM_0159867

comes amid more industry restructuring
ACS Meeting News: Super cool
catalysts oxidize carbon monoxide
ACS Meeting News: Radiochemical
synthesis of fluorinated pyridine offers
new view of the brain
ACS Meeting News: Arnma!l could help
us eat healthy
C&EN Online Current Issue News ASS Feed
More From Archives
Support
Gel Help
For Advertisers
Institutional Sates
Live Chat
http://pubs .acs .org/doi/abs/ l 0.1 021/acs .est.5b0 1228 2/2
8/24/2016 Print Article
New Study on Fracking and Water Contamination
According to yet another study, the hydraulic fracturing (fracking) process used to extract natural
gas can cause drinking water contamination.
August/September 2016
http://www.motherearthnews.com/renewable-energy/energy-policy/does-hydraulic-fracturing-
contaminatedrinking-water-zmOz 16aszkin.aspx
By Shelley Stonebrook
Fracking drills go much deeper than our
freshwater aquifers, and unfortunately water
contamination near fracking sites does occur.
Photo by Aunt Spray/Fotolia
For years, researchers, environmentalists, and community members living near horizontal
hydraulic fracturing
("fracking") sites have argued that this questionable method of extracting natural gas
contaminates drinking
water. In 2011, the U.S. Environmental Protection Agency (EPA) published a controversial draft
report regarding
an investigation of groundwater pollution related to fracking operations near Pavillion,
Wyoming. After
examining above- and belowground instances of contamination, the report found that fracking
processes can
contaminate drinking water. However, EPA scientists were unable to show a widespread,
systemic pattern of
risk, and the investigation was prematurely withdrawn.
Eventually, one of the EPA scientists leading the original investigation, Dominic C. DiGiulio,
left the agency for
a job at Stanford University. This year, he and Robert B. Jackson published findings from the
Pavillion study in
Environmental Science & Technology. Their published findings show that not only did fracking

BLM_0159868

operations pose
an above- and belowground risk to drinking water, they strongly affected both. Most significantly, the report
showed that natural gas companies in Pavillion have failed to maintain aboveground, unlined pits known as
"legacy wells," resulting in local well contamination. Further, the report shows that current fracking in the region
can impact and has affected underground sources of drinking water.
The natural gas industry has refuted that fracking could affect the water supply, but this research provides

http://www .motherearthnews .com/print.aspx?id={04 D8F865-DA3 7-4987 -A338-7E079DB BAAA I} 1/2
8/24/2016 Print Article

evidence to the contrary. Wenonah Hauter, executive director of the environmental nonprofit Food & Water
Watch, says, "Had the EPA finalized its own study with similar findings on Pavillion years ago, we might have already turned the corner toward a clean energy future."

http://www.motherearthnews.com/print.aspx?id={04D8F865-DA37-4987-A338-7E079DBBAAA1} 2/2

500137_EtchartE_20161031_HasAttach Organization: Ernie Etchart
Received: 10/31/2016 12:00:00 AM
Commenter1: Ernie Etchart - Montrose, Colorado 81403 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison 12/15/2016 12:00:00 AM
Attachments: 500137_EtchartE_20161031_HasAttach.htm
(500137_EtchartE_20161031_HasAttach-388827.htm Size = 71 KB)
UFORMP_500137_EtchartE_20161031_HasAttach.pdf
(500137_EtchartE_20161031_HasAttach-388828.pdf Size = 1824 KB)
Submission Text
Oct. 31, 2016

Etchart Livestock, Inc.
13621 5875 Road
Montrose, CO 81403

BLM_0159869

Project Manager, Uncompahgre RMP
Bureau of Land Management
Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401
uformp@blm.gov

To Whom it May Concern:
Etch art Livestock, Inc. has comments and concerns we are expressing with you over BLM Draft
for the Uncompahgre Field Office RMP Revision process.

My brother and I operate Etchart Livestock, Inc., holding grazing allotments in this FO which are
as follows; Dave Wood, Cushman, Big Sandy Wash, Shavano Mesa and Canal Allotments.
These are comments and concerns we have and are in no particular order. EL believes that we
are in good standing with the BLM and the allotments we hold are in good condition with
upward trends. We have not been contacted about any resource problems, deterioration of
range, or any other problem with these allotments, by BLM.

There seems to be some vague, unspecific concerns by BLM on grazing allotments within this
UFO. Can BLM be more specific? And so, why does BLM not advise permittees if there are
problems? With this RMP Draft, BLM expresses some broad sweeping changes never before
discussed with us as permittees. Permittees have had little to no involvement with the RMP
revision process. Why weren't we more involved by BLM? If current grazing practices that
permittees are using successfully today continue to provide grazing allotment conditions with
favorable and upward resource trends, why is BLM making changes? <([#1 [23.1] Livestock
grazing
allotments should be managed on an allotment-by-allotment basis for optimum resource
conditions and upward trends.
#1])>
Land Health Assessments are being used to determine causal effect within this RMP revision. Is
that legal? This leaves an opportunity for incorrect human perceptions to dictate causal effects
by in our case livestock grazing. We also have concern over the qualifications of personnel
gathering information for LHA review. Can BLM quantify seasonal worker qualifications and
.. experience? What information/data does BLM have on these allotments in question? Again, we
have not been notified by BLM over resource issues.

Biological soil crusts have conflicting science because of plant health, growth and regeneration .
BLM has never discussed this issue with us either. Can BLM show us where our grazing
management and practices have had negative impacts to bio-crusts on soil?

BLM expresses plans to create SRMA designated areas, which are within these allotments in
question. As I understand, SRMA's will be higher in priority than livestock grazing within these
designations. BLM also identifies potential conflicts that SRMA's and increased human
recreation will have on livestock (livestock harassment, grazing disturbances, death to livestock,
livestock protection dog conflicts, ect.), but yet BLM continues to push for SRMA designations.
Livestock permittee will have no chance in conflict resolution if SRMA's are established. Our

livestock are just like wildlife in that they need undisturbed solitude to graze not only for livestock health but for range health. Disturbed livestock will move more, thus the ability to provide correct livestock disbursement. Sheep are in late term pregnancy while using these areas of proposed designation, thus causing undue stress to the ewes due to increased human disturbances. Why is BLM so eager to encourage conflict with the different uses? Do BLM 4100 regulations prohibit livestock disturbance? Under this RMP Draft, BLM is shallow in attempting to work with other uses, making recreational use highest in priority, ultimately cutting livestock grazing use.

Why is BLM so eager to promote conflict between uses in this Draft RMP? We would prefer not having any recreational use designation, but BLM seems determined to create the designations. Consider changing the SRMA designations within the allotments in question to ERMAs, so that all multiple uses can mitigate and work thru conflicts as they arise. We cannot afford to lose aums because SRMAs trump livestock grazing. It's difficult to replace winter grazing lands. Is BLM moving away from the multiple-use concept that Congress had established?
In regards to the desert bighorn/domestic sheep issue, we support and refer to the Colorado Wool Growers Association comments 100%. Keep in mind that the desert bighorn was introduced into this UFO in the mid 1980's. In particular, many were introduced on domestic sheep allotments. The concern for interaction between bighorns and domestic sheep was already an issue, but the concern or risk was acceptable enough to Colorado Division of Wildlife to move forward. There was no EA or EIS completed for this action, and BLM told domestic sheep permittees that no negative impacts would come of the introduction of bighorn sheep. BLM has also entered in agreement in the Bighorn/Domestic Sheep MOU. Why is BLM so quick
to dismiss this agreement?

Please refer to CWGA comments, as we stand by those firmly.

In closing, we are deeply disappointed with BLM over this RMP revision. Etchart Livestock felt that we had a working relationship with BLM, thought we had good standing with BLM in regards to livestock grazing. We know our allotments in question have been utilized in accordance with BLM standards. But going thru this RMP revision, we believe it to be a hostile take-over in land use, favoring recreation and bighorn sheep. The efforts we have made in resource maintenance and improvement are irrelevant in this revision, at least in the vision of BLM.

Ernie Etchart
Etchart Livestock, Inc.
George Etchart
Etchart Livestock, Inc.
Etchart Livestock, Inc.
13621 5875 Road
Montrose, Colorado 81403

Colorado Wool growers Association
•PO Box 292 Delta, CO 81416-0292 (970)874-1433 (970)874-4170fax.

cwgawool@aol.com o coloradosheep.org
Project Manager. Uncompahgre RMP October 3 1. 2016
Bureau of Land Management
Uncompahgre Field Officc
2465 South Townsend Ave
Montrose. CO 8140 I
uformp@blm.gov
RF.: Draft Resource Management Plan and EIS- Uncompahgre Field Office
The Colorado Wool Growers Association represents BLM and USFS permittees throughout the
state. and appreciates the opportunity to provide input for the draft RMP.
The CWGA supports Alternative C with some changes referenced below: and also supports the
comments submitted by the Delta County Board of County Commissioners which are
incorporated in this document by reference.
The CWGA opposes any reduction or elimination of aums based on the proximity of bighorn
sheep to domestic sheep grazing areas. and encourages the BLM and permittees to work together
to minimize the risk or potential contact between domestic and bighom sheep. In 2014. Colorado
Parks & Wildlife (CPW). the Colorado Wool Growers Association (CWGA), the Colorado
Department of Agriculture (CDA). and the BLM and USFS renewed the Memorendum of
Understanding for management of Domestic Sheep and Bighorn but we don't see the MOU
referenced in the RMP.

Comments – Apendix K Bighorn/Domestic Sheep Risk of Association Modeling
Exaggerated Risk of Contact
We are very concerned about the reliance upon and incorporation of the USFS flawed Payette
modeling as a baseline to manage BLM domestic sheep allotments With the Uncompahgre RMP.
Both the Payetle modeling and the Snow Mesa EA (K 15) failed to follow scilentific standards
for
risk assessment (see attached Comments on snow Mesa Allotment Analysis: Assessment of Risk
of Physical Contact between Rocky Mountain Bighom Sheep and Domestic Sheep in the Snow·
Mesa Sheep Allotment Grazing Landscape -- M Thurmond DVM. PhD September 7 2015).
The United States Animal Health Association ( USAHA) recently passed Resolution -13 -
Enshuring Sound Science-Based Animal Health Polocies. The resolution (attached) states
lJSAHA's concern regarding the USDA's need to have clear and sound evaluation criteria for
scientific studies used to support federal animal health policies ... " It is induced with our
comments because the BLM is almost exclusively relying upon the USFS's biased "data" for the
Uncompahgre RMP.

The RMP is fundamentally tlawed by using the Probability of Interaction (Pol) Model in its risk
assessment. This ill-conceived notion lies at the root of the inaccuracies produced by the Risk of
Contact ("RoC") Model utilized by the RLM. Even more inaccurately, contact is almost
universally equated with guaranteed disease transmission. While the RMP concedes a lack of
confirming research, it selectively cites certain literature to bolster its argument to reduce
domestic sheep grazing. Consequently. the RMP is craned with an unfounded and faulty
assumption --that contact between bighorn sheep and domestic sheep automatically results in
disease transmission and die-offs.
The deliberate bias and inaccuracies built into the RoC is staggering. "The RoC model estimates

the probability that foraying bighorn sheep will reach a domestic sheep allotment. However, within an allotment it is not possible to determine where and when domestic sheep would consistently occur or for how long. Use of some areas with an allotment may present less chance of contact with bighorn sheep than others, while some areas may have higher probability of contact. Consequently, because of this uncertainty, the RoC model predicts potential interspecies contact by using the assumption that contact with an allotment result in interspecies contact (K-9)." This assumption is so far removed from the reality of what actually takes place when grazing. that it would be laughable: if not for the fact that the BLM and USFS arc using the results from this flawed process to reduce or eliminate domestic sheep grazing. Further compounding the issue. the BLM cites the unsubstantiated USFS claims in the Snow Mesa EA (K-15). stating that "a disease occurring in a bighorn herd every 25 years or less would result in a high risk to bighorn long term viability and low probability of population persistence."
However. both BLM and USFS documents fail to mention that in reality, there has not been any bighorn die-offs or confirmed disease transmission in the Snow Mesa area caused by domestic sheep, despite the fact that domestic and bighorn sheep have both been in the same area for a number of years.
The Pol model notes that in order for the model to be usefuL the number of variables needs to be kept small to retain enough predictive power to be useful (K3). Death in bighorns as a result of pneumonia-causing bacteria is a factorial issue including internal and external such as lack of genetic diverity (inbreeding), nutritional deficits, parasite loads, weather conditions, overall health of the bighorn population, etc.
So, combining the Pol model and the Risk of Contact (RoC) model is of no value, as both models fail to include parameters that would
shift the risk assessment results away from the "'high risk'. category, and instead gives a predetermined and exaggerated risk of contact rating.
The potential for contact is not only quite low but it is also further minimized by best management practices already used by permittees. These measures accomplish the need to balance multiple-use demands with the management practices to support viable populations of bighorn sheep and a healthy domestic sheep industry.
Currently used management practices include constant herder supervision, compliance monitoring, adhering to on/off dates for grazing allotments, removal of sheep after the grazing season, removal of stray domestic sheep, hazing of bighorn sheep nearing domestic sheep flocks, reporting known contact, and cleaning up salting areas upon departure. These guidelines already accomplish temporal and spatial separation.
Furthermore, the herding instinct of range sheep, guiding them to stay in a manageable bunch and not scatter, complements the above-listed practices. Domestic sheep that wander from the main band are much more likely to be killed by a predator than to encounter a bighorn sheep. The bands of ewes have at least one herder with them or within close proximity to them throughout the day, and the sheep are bedded near camp at night to reduce the risk of predator attacks. Herders have been instructed to chase away any bighorn sheep, if they were to see any. Livestock protection dogs also guard the sheep. The livestock protection dogs keep intruders out of the sheep. An intruder is typically a coyote, bear, or lion, but can also be anything the guardian dog does not recognize such as a bighorn sheep. The livestock protection dogs position themselves between the intruder and the domestic sheep to prevent contact. To this end, the BLM has no reason, need, authority nor expertise to dictate the number of livestock dogs recommended by the RMP.

These rigorous practices already present a strong line of defense in preventing contact with bighorn sheep. However, one of the most disturbing aspects of the RMP is that it abandons land and forage management in favor of single species management by prioritizing bighorn sheep populations (despite lack of scientific evidence) over agriculture.

In April 2014, the CWGA, Colorado Parks & Wildlife, Colorado Department of Agriculture, and the BLM and USFS renewed the aforementioned existing MOU. The purpose of the MOU is to provide general guidance for cooperation in reducing contact between domestic and bighorn sheep in order to minimize potential interspecies disease transmission and to ensure healthy bighorn sheep populations while sustaining an economically viable domestic sheep industry in Colorado. The RMP contravenes the cooperative intent of the MOU, and ignores research data from the USDA Agricultural Research Service ("ARS").

Flawed Information Regarding the Potential for Disease Transmission

The RMP clearly demonstrates a bias against domestic sheep, with leading statements such as, "Transmission of M. haemolytica from domestic sheep to bighorn sheep was irrefutable. as demonstrated by Lawrence et al (2010) .... (Kl)" In particular, the Lawrence et al. 2010 study cited in the RMP was not conducted under conditions relevant to reality as it was a pen study which forced the animals to have fence line contact and ultimately to commingle. Additionally, the results of the Lawrence study are misinterpreted and deliberately misused. The Lawrence study simply showed that the domestic sheep and bighorns exchanged respiratory bacteria (just the same as humans would that were standing very close to each other). It did not prove that the green-fluorescent labeled M haemolytica bacteria exchanged from the domestic sheep to the bighorn sheep is what killed the bighorns. It is also important to point out that in order to cause the fluorescent tagged bacteria to show up in the culture dishes and on the slides, researchers had to use antibiotics to kill the other bacteria present in order to be able to photograph the fluorescent tagged bacteria. In other words, the bacteria of interest was selectively and biasedly grown; further evidence that is was likely at a very low level in the animals and not the cause of illness in the bighorn sheep in that study. Researchers also used a greater magnification in the photos within the publication in order to make the fluorescent tagged bacteria more noticeable vs. the other bacteria present. This not-so-subtle manipulation during the research phase, created yet another "study" with a predetermined outcome biased against domestic sheep. To understand the results and implications of the study, we request that the BLM contact Don Knowles, DVM with the USDA Agricultural Research Service (USDA - WSU -Pullman, WA) since he was one of the researchers involved in this project, and is not interested in perpetuating inaccurate information.

Thus far, all of the experiments related to disease transmission have been conducted under laboratory conditions--in pens with controlled conditions and using animals that have been acclimated to those conditions. Such studies are very different from what might actually happen as far as disease transmission on the open range, where herd management practices are designed to avoid domestic-bighorn contact. Available research cited in the RMP focuses on the potential for contact, without looking at a broad scope of what else is going on with the bighorn populations. None of the studies cited in the RMP have proven that bighorn sheep and domestic sheep currently have high risk of contact on the range, or that contact almost inevitably results in disease.

In fact, all captive studies and experiments that have tried to prove Mannheimia haemolytica to be the "bighorn killer," responsible for wild sheep die-offs, were clearly biased and many of the

BLM_0159874

policy decisions that have been made are based on the biased and faulty science. This is obvious from the continued reference to Mannheimia haemolytica research in the Uncompahgre RMP. Supporting this assertion of faulty research is the recent identification of a completely different bacterium (Mycoplasma ovipneumoniae - Movi) that is now identified as being the real cause of bighorn sheep pneumonia. What is clear is that bighorn pneumonia is a complex disease phenomenon and for decades has been, and quite honestly remains, incompletely understood. What is understood, however, that respiratory pneumonia in both livestock and wildlife is stress induced. Most wildlife researchers continue to ignore devastating effects of capture myopathy on bighorns, and the stress creating by handling and putting bighorns in an unfamiliar environment. It's no wonder that bighorns died in the early pen "studies" that were done.

The RMP further states that "no one form of evidence can conclusively demonstrate that bighorn sheep in the wild coming into contact with domestic sheep frequently leads to die-off's; however, taken together, the experiments and observations from the laboratory and the field do indicate that wild bighorn sheep coming into contact with domestic sheep does pose a risk of disease transmission and die-offs in free-ranging bighorn populations." This illogical premise betrays a continued lack of credibility, accountability, and a desire to misrepresent the available facts. As stated herein, the experiments and lab observations are not representative of the actual conditions on the range. They are forced simulations that require close contact in order to ensure transmission of pneumonia-causing bacteria. Furthermore, there is a scarcity of reliable data available from the field; hence, the BLM's reliance on outdated records that have little if any bearing on current conditions. Determining a course of action based on these faulty sources of information would be both illogical and contrary to the Agency's statutory mandates.

The degree of risk of potential disease transmission from domestic sheep to bighorns in open range conditions is unknown and it is not clearly understood even in experimental confinement settings. Forced enclosure experiments ("pen studies") are not indicative of, and do not provide a direct correlation to, what happens in open range situations. Therefore, we strenuously object to the BLM continued efforts to use bighorn sheep as a means to eliminate domestic sheep grazing on our western rangelands.

## Risk of Contact (RoC) Process Crippled by Lack of Data

The BLM is following suit with the U.S. Forest Service by using its flawed modeling process and inaccurate research references. A lack of objective scientific accuracy cripples support for the revocation or reduction of the grazing allotments. The mathematical modeling studies utilized by the U.S. Department of Agriculture Forest Service's Bighorn Sheep Working Group to determine potential contact are fundamentally flawed. By starting with set mathematical formulas using specific mathematical parameters, a conclusion to a possible scenario is generated based on inaccurate input. The obvious problem with this method is in how and what parameters are chosen. Input of inaccurate data will result in the output of inaccurate answers. This modeling method allows the operator to tailor the data in order to fit a preordained conclusion. This same modeling method has been shown to be erroneous in comparisons of simulations to real outcomes. Such issues cause the proposal to fail the standards of quality, integrity, and utility of the Data Quality Act ("DQA") and the best available science standards of the Environmental Species Act ("ESA"). They also run afoul of Presidential orders on scientific integrity and transparency.

The basic flaws of the RoC modeling process are clearly explicated in the RMP itself when it states that '·much of the needed data was not available for individual Colorado bighorn

populations. The BLM made the following assumptions ...." Key input factors such as bighorn range and suitable habitat are assumed, while failing to incorporate management practices that discourage or eliminate contact. Not only does the method not qualify as the best available science, but the BLM intends to implement draconian, unfair policies due to these imbalanced and inaccurate predictions. At best, the results are guesswork alone and, by any standard of common sense, should therefore not become the basis of agency policy. The entire Pol I RoC modeling is based on estimates, speculations, assumptions, and pre-determined parameters to arrive at a predetermined outcome of "high risk." There are simply too many facets to this multi-factorial issue, too many assumptions, and too much of selectively omitted input information to make this modeling accurate or useful.

In summary, as the BLM approaches the ongoing concern of contact between bighorn sheep and domestic sheep, the agency's apprehension regarding potential contact relies on a litany of biased and discouragingly well-established fallacies. Chief among these false premises is a lack of empirical science regarding the potential contact risk of bighorn sheep and domestic sheep. Not only is scientific information regarding rates of contact and potential disease transmission scarce. but the modeling process has too many assumptions to be useful. Furthermore, let's not lose sight of the fact, that the percentage of potential habitat overlap is very small. Consequently, the possibility of contact is minimal, as is the potential for the transmission of any pneumonia causing

bacteria that may or may not negatively impact bighorns. Allowing unscientific studies and flawed modeling to become the bedrock of the anti-grazing movement betrays the bias so deeply ingrained in both the BLM and USFS.

Livestock Grazing and Forage Management

The CWGA has numerous concerns with the RMP. The RMP proposes sweeping changes that do not equally balance grazing, and other multi-use activities with environmental concerns. Additionally, the RMP introduces many subjective concepts (Special Recreation Management Area Targeted Benefits - "restored mind from unwanted stress; improved mental well-being", etc) that clearly favor recreation, and open up the BLM to numerous lawsuits, as it creates very subjective special-use categories for land that is Congressionally mandated as multi-use. The continual splintering and development of additional special designation categories simply creates more regulatory and administrative overburden; and further restricts the BLM's ability to do crucial on-the-ground activities, such as accurate, and up-to-date range monitoring. Multiple-use activities such as livestock grazing and mineral extraction are economic drivers for local communities and should not be restricted due to environmental extremism and recreation. The RMP wants to further restrict livestock grazing yet fails to provide clear evidence as to why that's necessary; instead, it relies upon numerous, artificially constructed "What-if" scenarios. Despite the voluminous size of this document, it fails to demonstrate the need to reduce aums, or the impacts to the permit renewal process when the RMP is finalized.

BLM's single-minded approach of always reducing aums, often times ignores actual forage conditions and utilization, by failing to increase aums when range conditions warrant increased utilization. The BLM increasingly relics upon inaccurate computer modeling (bighorn sheep), and artificially created matrices (bighorns and forage manage) to create a pre-determined outcome of reducing/eliminating livestock grazing. We find it egregious for a land management agency to spend more time on administration, modeling, and matrices, than it does meeting monitoring requirements in the field, where the real data exists. For a number of years, the BLM has been severely deficient in fulfilling its role to accurately and fairly monitor range conditions.

BLM_0159876

Determinations regarding forage utilization need to be done in conjunction with the permittee, and monitoring sites need to be indicative of the overall allotment. Additionally, inadequately trained staff (seasonal and/or inexperienced) often times make causal observations that are incorrect, but end up in EAs, EISs, and RMPs. The RMP lacks specificity at a number of levels, and indicates that meeting numerous dubious parameters will be addressed during the permit renewal process, without disclosing the effects on the permittee during the permit renewal process.

Placing restrictions on sheep grazing favors recreation, single-species management (bighorn sheep), and environmental extremism over multiple-use and adaptive range management; and it will only serve to advance a radical agenda to permanently end livestock grazing on our western rangelands. Instead of unilaterally adopting strict policies without permittee input, we urge the BLM to support adaptive management by working actively with the permittees. We strongly urge the BLM to comply with its mandate to manage for multiple-use.

In closing, we would like to reiterate the negative impact that regulatory overburden is having on our members. It's egregious that the government keeps expanding at the administrative level, and every document that comes out is larger than the last. It's incredibly difficult for individuals or small organizations to be able to effectively evaluate and comment on these documents due to the sheer size. sometimes in excess of a thousand pages, not including the dozens of reference documents that should be closely scrutinized for their accuracy. It is imperative that the federal government start streamlining its management processes, in order to effectively focus on on-the-ground management of our public lands.

Respectfully,

Angelo Theos

Attachments:

United States Animal Health Association (USAHA) Resolution 43 - Ensuring Sound Science Based
Animal Health Policies
Comments on Snow Mesa Allotment Analysis: Assessment of Risk of Physical Contact between Rocky Mountain Bighorn Sheep and Domestic Sheep in the Snow Mesa Sheep Allotment Grazing
Landscape (M Thurmond DVM, Phd- September 7, 2015)

BLM_0159877

UNITED STATES ANIMAL HEALTH ASSOCIATION
2016 Resolution
120th Annual Meeting
October 13-19,2016- Greensboro, NC
RESOLUTION NUMBER: 43 APPROVED
SOURCE: COMMITTEE ON SHEEP AND GOATS
SUBJECT MATTER: Ensuring Sound Science-Based Animal Health Policies
BACKGROUND INFORMATION:
Science-based animal health policies are fundamental to the United States Department of
Agriculture in their efforts to issue decisions, develop regulations, and identify diagnostic
test needs.

In some cases, policies and decisions are justified by in-house studies that are not
subject to a rigorous outside and independent scientific review. In other cases, potential
conflicts of interest develop when a study that serves as the foundation for a regulatory
decision has been published in a scientific journal with an editorial board that includes
individuals from government agencies through which the decision will be issued.

Clear and sound evaluation criteria for scientific studies used to support federal animal
health policies are key to retaining public trust and confidence in agency actions.

RESOLUTION:
To ensure the development of science-based animal health policy, the United States
Animal Health Association urges the United States Department of Agriculture (USDA), the
United States (US) Department of Homeland Security and the US Department of Interior
to establish Department-wide criteria for evaluating research that is used to support
animal health policy decisions. The following actions would help establish sound
evaluation criteria and help increase trust and confidence in the policy making process:
• Initiate an independent and unbiased review of the science and/or methodologies
used to support broad policy decisions.
• Establish a validation process for prediction models, risk assessments, spread
models, or other diagnostic or analytical methods that are to be used.
• Require any studies proposed to be undertaken by an agency or department,
intended to be used to justify or direct animal health policy or decision making, be
subject to an independent scientific review which would be consistent with a
previously established rigorous outside, independent review processes in place for
evaluation of competitive grant proposals at USDA.

BLM_0159878

Comments on Snow Mesa Allotment Analysis:
Assessment of Risk of Physical Contact between Rocky Mountain Bighorn Sheep and
Domestic Sheep in the Snow Mesa Sheep Allotment Grazing Landscape
M. Thurmond DVM, PhD
September 7, 20 15

General Comment.

At the crux of this environmental assessment (EA) report is the question: ·Does the EA
represent application and practice of ' best available science'? We see that definitions of
'science' have many variations, including pursuit of knowledge and truth, and a highly
disciplined practice involving dispassionate search for underlying mechanisms about the world
and universe. Good science is expected to represent application of well-designed studies,
critical, truthful, and reasoned interpretation of scientific literature, and non-fallacious logical
conclusions. Such pursuits must employ a skeptical, but unbiased and non-prejudicial mindset,
and a willingness to change one's mind when data and logic so indicate.

Without doubt, the EA represents a miscarriage of science, as demonstrated by multiple
violations of basic scientific methods, reasoning, and ethics. The report demonstrates a
misunderstanding or ignorance of the need for critical and unbiased thinking, a lack of basic
knowledge in medicine, epidemiology, and disease mechanisms, and poor understanding of
study designs, methodologies, and requisite assumptions. Decades of research and
methodological development have been ignored or dismissed by this EA. The EA consistently
misrepresents results of studies, and incorporates multiple fallacies to draw erroneous

BLM_0159879

conclusions about published data, observations, and testimonials. More specifically, the EA represents a fundamental failing in properly addressing infectious diseases, their processes, mechanisms, etiologies, agent transmission, and risk assessments, without which one cannot, or should not, attempt a risk assessment 1,2

Specific Comments.
Throughout the EA, false statements of fact are presented, based on citations given. Some typical examples follow:
1. Page 4: para 2
Re: The italicized clause from the second paragraph: "Although habitat degradation from fire suppression, highways, livestock grazing, and human disturbance is of concern, the susceptibility of bighorn sheep herds to population declines or extirpation due to respiratory diseases, which can be transmitted by domestic sheep or goats (Besser et al. 2012b, Cassirer et al. 2013), appears to be the greatest concern for bighorn sheep population persistence on the Rio Grande National Forest (USDA Forest Service 2010)."
The EA lacks scientific foundation for this statement based on its citations, and thus has falsified its testimony to the public about what is truthfully known. The Besser et al methodology makes no mention of, nor presents any results for, any domestic sheep used as subjects (only bighorn sheep (BHS) were used) and it did not examine so-called 'transmission of respiratory disease ', or transmission of an agent for that matter. Cassirer et al2013 also did not examine 'transmission of respiratory disease' or any domestic sheep, and presented no such data. Thus, there is no factual foundation offered in these papers to conclude anything about domestic

sheep or about transmission. This persistent misrepresentation of published results is a serious scientific offence found throughout the EA report, and suggests the papers and literature as a whole were not reviewed by scientists with the necessary background in epidemiology of infectious diseases or not read at all --- or findings were surreptitiously misrepresented.
2. The statement that respiratory diseases are transmitted not only is false; it also represents a misunderstanding of disease and, specifically of infectious diseases. Diseases (eg. pneumonia) are not transmissible; rather, the infectious agents, like bacteria, viruses, prions, worms, and external parasites, believed to cause or be factors in some disease, can be transmissible.
Pneumonia ---a disease---manifests when many conditions (eg. weather, immunity, parasite load, poor nutrition, infectious agents) merge to reach a critical stress point when the host can no longer cope immunologically and a disease process ensues. Exposures to factors of season, age, nutrition, etc, or to the disease processes, are not themselves transmissible from animal to animal. Thus, although reference to the misnomer 'disease transmission' is not uncommon, its use makes no sense and actually confuses the true distinction between transmission of an infectious disease agent and manifestation of disease. For decades, the scientific literature has been quite solid in defining conditions that bring about epidemics of respiratory diseases and the various mechanisms that underlie the disease processes. The persistence in presenting the notion throughout the report that pneumonia is transmissible reveals seriously flawed comprehension of basic science of disease, disease processes, and epidemiology, especially given that much of the necessary expertise is available at the Agricultural Research Service (ARS) branch of the USDA.
3. Page 4, para 3,
Re: The EA offers the following as fact: "The primary disease agents are respiratory diseases to which domestic sheep and goats are typically resistant or unaffected, and to which bighorn

BLM_0159880

sheep have little resistance (Cassirer et al. 2013, Besser et al. 2012a, 2012b and 2014, George et al. 2008, Western Association of Fish and Wildlife Agencies 2012)."

Again, as noted above, this statement demonstrates a lack of understanding of basic infectious diseases, and the terminology, as well as unscientific and untruthful documentation of statements of fact. A disease agent is not a disease, as stated, and the methods and results described in the studies do not jibe with the quote given here. George et al 2008 offers a testimonial, as indicated by the title of the paper. None of the studies examined 'typical' resistance of BHS or of sheep and goats to respiratory diseases, or any resistance at all for that matter. Besser et al 2014 suggests transmission to BHS of M ovipneumoniae after 21 days exposure to an experimentally infected domestic sheep in a stressful and closely confined pen environment. Regardless of any perceived internal validity of the study, external validity (ability to generalize results outside the context of the experiment) is poor at best because inferences cannot be made to exposure under normal range conditions. The study was (necessarily) a contrived exposure, using artificial inoculation of donor sheep forced to undergo repeated and frequent close physical nose-to-nose contact in a stressful environment. Each of these elements of exposure taken individually would enhance the likelihood of agent transmission; taken together, one would expect an even greater chance of transmission. Thus, a general conclusion or inference cannot be made legitimately to the broader, and real, question of transmission by agents acquired by natural infection and under contact scenarios of real range conditions. A critical scientific review of these papers and of the literature broadly by the U.S. Forest Service (FS) would have prevented such misinformation from appearing in an EA.

The other potential problem with Besser et al 2014 is how the study was influenced by behavioral factors, akin to a 'Hawthorne effect', whereby conditions imposed during the study would be responsible for the results, in part by subject behavioral changes, forced or otherwise. Such conditions of the study could include stress and anxiety imposed on both BHS and domestic sheep forced to cope with enclosed, crowded conditions, thereby 1) reducing their immune capability to defend against the agent, which could increase shedding of an infectious agent; 2) forced close nose-to-nose contact. and 3) forced repeated and frequent exposures to other animals increasing cumulative dose of agent exposure over time, all of which would increase chance of transmission of an infectious disease agent targeting the respiratory system. In addition, inoculation with an artificially grown infectious agent could alter ability of an animal to offer an immune defense, and artificial infection of a donor could result in abnormally high shedding from the donor, thereby increasing infection probability as well. Thus, enhanced probability of infection is compatible simply with these artificial conditions imposed by the nature of the experiment. Such conditions not only jeopardize internal validity of the study, but also negate any external validity. A critical review by the FS should have raised these issues and truthfully placed results in a proper scientific context.

The reference ·Western Association of Fish and Wildlife Agencies 20 12' could not be found, which represents another problem with transparency and ·truth in advertising' by citing foundation for fact that cannot be accessed.

4. Page 4, para 4: "However, when contact between bighorn sheep and domestic sheep or goats is documented, the severity of the bighorn sheep die-off is typically more pronounced. "

Again, this is an unsubstantiated statement, without any factual foundation, and no citation. The statement infers that BHS can experience die-offs without contact with domestic sheep, a point, by the way, the FS chose not to discuss further. No epidemiological study has been reported that

addresses the claim being made.

5. Page 5, para I: •'Jt is recognized that opposing arguments question this science and dispute the connection. "

The dispute here should lie, at the onset, in lack of science, as well as 'the connection'. Mere compilation of studies with fallacious conclusions, as noted herein, does not science make. It is necessary that each study be critiqued for proper methodology, reasonable results given the methods, and logical conclusions. Moreover, mere publication does not mean a study represents any sense of the truth or that findings have any validity, as admonished by the National Academies of Science.4

Here the FS is acknowledging awareness that its science is being questioned, but it appears immune to correction or even consideration. It gives no indication what the arguments or disputes are, or why such arguments and differences of opinion and interpretation should be ignored. Arguments have been raised before, regarding the Payette EA, but it appears the USDAIFS remains steadfast in ramrodding bad science to foster the notion of disease risk, when truthfully there may actually be little real risk at all.

6. Page 5, para 1: "The majority of literature, however, supports the potential for disease transmission between domestic sheep and bighorn sheep, and documents bighorn die-offs after contact with domestic sheep. Research continues on the science of disease transmission, bighorn mortality events, and the potential for development of effective vaccines. But until the science is

better understood, it is prudent to consider and implement management actions designed to keep the species separate as a means to prevent the potential for disease transmission and subsequent bighorn mortality events. "

Here the FS has changed its mind. Rather than saying there is ·---the connection.' (ie. between domestic sheep and BHS die-offs), as noted in the previous quote (point 5), the EA says the literature supports the 'potential ' for disease transmission, and suggests that until the science is better understood (when we know the truth), we should separate the species. As noted in these comments, when read and logically critiqued. the literature does not provide convincing science that domestic sheep pose a threat, potentially or otherwise, to BHS. Absent from all the literature noted in the EA is a single epidemiological study that addresses the question head on. The National Academies report' on risk assessment states that "Well-conducted epidemiological studies that show a positive association between an agent and a disease are accepted as the most convincing evidence about--- risk.". To date, no such studies have been reported. Without attributable risk estimates derived from epidemiologic studies, no reasonable science-based risk assessment can proceed. When such critical data cannot be obtained to achieve minimal results necessary, ethics and good conscience science dictate that risk assessment efforts ·---must be forsaken'. 2

Pursuit of science does not simply mean that one should add to its collection of presumably confirming observations without attempting studies that would refute the notion of contact or degree of disease causality. If one ·cherry picks' observations of only white swans, and never seeks out black swans, he will never be able to falsify the (erroneous) notion that all swans are white. Thus, by continuing only to ·cherry pick' observations that appear to fall in line with a notion of domestic sheep causing disease in BHS, one can never arrive at the truth. This EA statement also calls to question the purpose of undertaking a risk assessment, which, presumably, is to arrive at sound estimates of risk upon which sound decisions can be made. 1 The EA says that until we know the science (the actual truth), and thus any legitimate

risk estimates, we should proceed with segregation of the species. If the decision is to be based on such capricious reasoning and no solid science, why bother with a risk assessment?

7. Page 5, para I: "The majority of literature, however, ---documents bighorn die-offs after contact with domestic sheep."

Here the EA illustrates classical fallacies of reasoning that bias interpretations of observations applied throughout the EA and published studies cited in the EA. One fallacy applied throughout the BHS literature is the post hoc ergo propter hoc fallacy, meaning literally ·after this therefore because of this', or sometimes 'post-test' effects that render a study externally invalid. Using the fallacious logic shown here, an observation of a man developing cancer after being observed riding a bicycle would be interpreted to mean that riding a bicycle caused cancer. The FS is saying that because there was an observation of contact that presumably appeared before a die-off, the die-off must have been caused by that contact. The FS is being specious in not revealing the other outcomes one needs to record before a logical conclusion can be drawn. For example, what if there were observations of sheep contact with no observations of die-offs (why does the FS not report those?), or if there were no observations of contact and many observations of die-offs (no FS report?), or no observations of contact and no die-offs. The FS has biased its 'science' by ignoring these other critical comparisons, which can be addressed only in a methodical, well designed study. This type of non-critical thinking has no place in 'currently available science', let alone in an elevated position at the core of an argument.

Another fallacy being applied, and common in what some call pseudoscience5 , is reliance on anecdotal or testimonial evidence, whereby chance incidents are given weight of legitimate data or results, with presumed meaningful conclusions. For example, the FS cites George et al 2008 as supporting the statement "The primary disease agents are respiratory diseases to which domestic sheep and goats are typically resistant or unaffected, and to which bighorn sheep have little resistance". George et al notes an incidental observation made of a domestic sheep before a dead BHS was found as evidence that the domestic sheep caused the BHS death. In addition to applying the post hoc ergo propter hoc fallacy, the FS (and the paper) also applies the anecdotal/testimonial fallacy. Certainly, interesting observations can be a nidus for important hypothesis development, which then would be tested using appropriate scientific methodology. Use of untested and non-validated anecdotal information as a keystone for a cause-and-effect argument in an EA, however, does not wash in legitimate science. Clearly, if one reads the paper, one can see that no data are presented to support the statement made by the FS.

A fallacy commonly applied by the FS, especially with respect to 'co-mingling' studies, relates to conclusions drawn when BHS and domestic sheep are placed in pens together (comingled).

A typical conclusion drawn is that 'co-mingling with domestic sheep causes disease in BHS'. Here the fallacy is 'correlation-equals-causation'. Years ago, the high correlation between coffee consumption and lung cancer was, erroneously, thought by some to show that coffee caused lung cancer. Now we understand that the high correlation between coffee consumption and smoking was responsible for the spurious appearance of a cause-and-effect relationship with cancer, mainly because most smokers also drink coffee. As noted in 12. A. below (with regard to Besser et al2012a), non-transmission explanations for disease, such as recrudescence of an existing latent infection in co-mingled stressed BHS are consistent with results of many of the studies involving comingling. These other possible causes were ignored or not understood by the FS, and thus the EA did not give necessary and appropriate

BLM_0159883

consideration to legitimate alternative explanations for observed data, which, again, shows bias (intentional or not) against domestic sheep.

8. Page 5, para 3: "The risk of contact between foraging bighorn sheep and domestic sheep corresponds to the number of bighorn sheep in a herd, proximity of domestic sheep allotments, the distribution of bighorn sheep source habitats (suitable habitat) across the landscape, and the distance and frequency of bighorn sheep forays outside their Core Herd Home Range. "

This statement of •fact' has no foundation in data or logic and thus is speculative at best. As stated, it represents simply an hypothesis--- or an idea. Hypotheses may have elements of presumably sound logic, or even supporting data, but, this statement has no scientific evidence for validity; no hypothesis testing and validation has been reported to indicate any truth to this statement. Yet, the FS proceeded to leverage this speculative notion as foundation for an untested, unvalidated 'foray analysis' (see pt. 10 below). Again, the FS justifies its EA by presenting factually unsupported statements as statements of scientific fact, truly a miscarriage of science.

9. Page 5, para 4: "As part of this analysis process, the Risk of Contact Tool, prepared by the USDA Forest Service Bighorn Sheep Working Group (USDA Forest Service 2013), was used to help evaluate bighorn sheep movements outside their CHHR, and assess the potential for risk of contact between bighorn sheep and domestic sheep allotments in the Snow Mesa Landscape. "

No reference could be obtained for 'USDA Forest Service 2013·. Good ·available' science dictates that all methods be reported, transparent, and easily available, and not hidden from view. After some help, a reference was made available for how the FS might have addressed contact between BHS and domestic sheep.6 The paper presented a theoretical depiction of contact between a BHS and a domestic sheep, which remains untested and unvalidated, even for the Hells Canyon BHS herds from which it was developed. No data were presented to indicate in fact that contacts had ever taken place. The risk of contact and specifically the foray analysis that provides underlying parameters for the 'risk contact tool ' are examined in more detail below (see pt. 1 0).

I 0. Comments on 'Risk of Contact Tool':

The EA indicates a so-called 'Risk of Contact Tool ' was used to ··---help evaluate bighorn sheep movements outside their CHHR, and assess the potential for risk of contact between bighorn sheep and domestic sheep allotments in the Snow Mesa Landscape." The 'tool ', as presented in the EA, merely describes a user interface to input assumed values into some unknown computer program. No mention was made as to how calculations were conducted, or methodology or data used, again revealing a problem with non-transparency or ' full disclosure'. After some futility, a paper was obtained from USDA, presumably offering a methodology wherein a so-called ' foray analysis' model was created to depict hypothetical ranges for BHS movement and distances a BHS might foray outside a herd's home range and cross into an allotment. No mention was found in the EA, however, as to whether the 'tool' utilized this foray analysis. The study employed a kernel density methodology, which assumes a normally distributed density and independent observations, to estimate boundaries of BHS home ranges.

The study has several fatal flaws that preclude any application to BHS home ranges or forays at all, including those in the Snow Mesa area. These include:

a. The paper described poorly the actual methods used. No indication was given for where foray data points began, or what direction they took. It does not pass the transparency or scientific repeatability test, whereby methods must be sufficiently described so as to permit replication

BLM_0159884

of the study by others.

b. The study analyzed multiple location data points from the same collared BHS subjects to document their locations at various times. Use of non-independent observations produces what is called 'autocorrelation' and renders any analysis invalid because the statistical theory that underpins the kernel density method relies on true independence (only one observation allowed per animal).7

c. The theory behind the kernel density method also relies on the assumption of data normality, meaning that the spatial density of BHS would have to appear on a map as a single symmetrical (Gaussian) 'hill'. Instead, data and projected boundaries presented in the Payette risk assessment showed multiple ·hills' of density, clearly violating this critical assumption of the statistical methods.7 The Snow Mesa EA failed to present the data on BHS home range analysis, which represents a significant faux pas in science. Hiding one's data serves to cast more doubt on legitimacy and ethics of the 'science', not to mention scientific requirements for data transparency in risk assessment.1

d. Collared BHS used to obtain foray data points were not randomly sampled from their herd(s), which were in the Hells Canyon area, meaning one cannot assume they represented BHS from their own home herd, let alone other herds. This is a fundamental assumption (not formally stated in the EA) necessary in order to use results in estimating foray distances and probabilities.

Lack of random selection precludes the assumption that foraying BHS were representative of BHS herds, and thus disallows any generalized inferences about foraying animals --- into the Payette area, or the Snow Mesa area for that matter.

e. One also cannot assume that data used in the foray model were from animals that represented normal foraying behavior. Again, the researchers, perhaps unknowingly, imposed a 'Hawthorne-type effect' (noted above), whereby the traumatic and fear-inducing process by which BHS were trapped, captured, sedated, examined, and radio-collared could impose a foraying behavioral change on the BHS. In an effort to flee their home area in which they experienced the noxious event, these radio-collared BHS may well have forayed farther and more frequently, compared with a non-radio-collared (normal) BHS. Because there were no ' control groups' in this study, as current available science would prefer, one cannot truthfully claim or assume that the traumatic process of collaring did not itself explain the foraying data reportedly observed in the study. Thus, a simple explanation for the foray results is that the act of being radio-collared caused the animals to foray frequently and far, and the data would have no relevance to foray behavior of non-collared, normal BHS.

f. The BHS studied6 were not from any BHS herd near Snow Mesa, and thus could not be assumed to represent BHS in the Snow Mesa analysis. The study considered that BHS would avoid heavy brush areas, where predators could be found. The study failed to consider, however, that predators, like Lions and wolves, could be expected to be found stalking domestic sheep in an allotment. Predator fear would motivate BHS to avoid and move away from such allotment areas, not towards them. Again, failure to include an element of negative risk that would have diminished potential exposure (contact) between BHS and domestic sheep reveals more evidence that a strong ·anti domestic sheep' bias was designed into the EA.

g. The 'href' method is an archaic and biased estimator of bandwidth for the kernel density analysis. Its use results in over-smoothing of estimated grid lines and thus an over-projection of an estimated outer boundary of a herd.7 Over-projection of hypothetical boundaries results

BLM_0159885

subsequently in over-projection of hypothetical foray destinations as well. The error would bias results toward a higher likelihood of a hypothetical BHS reaching an allotment and contacting a domestic sheep.

h. After 12 years of study,6 no data of actual forays into the Payette allotments was documented, and no effort at validation of the foray analysis was reported for the Payette or Snow Mesa BHS. Validation is a process whereby models are tested with real data to estimate accuracy--- in this case how many forays, what distances, etc. actually were observed. None of these critical and required data was reported. The National Academies of Science' Reference Manual on Scientific Evidence4 notes that predictive models must demonstrate accuracy through a validation process.

i. As a consequence of these violations of basic and critical assumptions and requirements, any results or conclusions of the foray analysis are rendered invalid, including reported probability estimates of contact with domestic sheep. Thus, the USDA's 'Risk of Contact Tool ', which is based on the 'foray analysis', is invalid as well.

j. The EA presented no data to indicate that forays ever took place into the targeted sheep allotments. Without actual good quality, real data, a prerequisite to good science, one can only speculate about contact.

k. An obvious danger exists when unfounded assumptions and flawed and non-validated models, such as those applied in the Snow Mesa EA, become insinuated into the fabric of a risk assessment. The assessment outcome being pursued, for or against a policy, can be subtly

directed via assumptions and models to achieve desired results. Agencies can do this because risk assessments can apply several assumptions, which ·· - -- lead to quite different predictions of risk." , and thus have "--- provided the opportunity for case-by-case manipulations of risk assessment results to achieve predetermined risk management objectives ---:·.2

11. Comments on risk of contact:

Page 26: The EA proposes a sequence for transmission events, using the foray model and assuming a hypothetical BHS has reached an allotment:

"For disease transmission to occur, the bighorn must (4) come into physical contact with a domestic sheep in the allotment; and (5) contract a disease from the domestic sheep. "

The sequence offered here belies any resemblance to events and conditions that actually take place in order for an infectious disease agent to be transmitted. The proposed sequence is incorrect and specious in reference to 'disease transmission' (as noted above, pneumonia is not ·transmitted') and in omitting critical events and conditions that must be met before transmission of an infectious agent can occur. The EA neglected to address the fact that a BHS must be in the same small spatial location as a domestic sheep whereby contact is even possible within the duration of time the BHS occupies that allotment space. If it were in that small space, there is some probability that contact will be made with a domestic sheep; it is not 100% and it is not 0% (unless no domestic sheep are in the allotment). The EA gives no indication that it understands the need for these contact probabilities as is required to properly characterize risk of agent transmission. If contact is made, it must be nose-to-nose contact in order to transmit an agent that resides in respiratory mucosae (ie. manifest in pneumonia) and it must be of sufficient duration to allow passage of a sufficient dose of the putative agent from the donor to cause infection (note that the FS does not tell us what that agent is or anything about dose-response, all of which is required information in a risk assessment'). If that specific type of contact and duration occurs, then one must know if the domestic sheep is in fact infected with the agent. If it

BLM_0159886

is infected, it must be shedding a dose of agent that is sufficient to infect a susceptible BHS following nose-to-nose contact for the sufficient duration of time. If all those events and conditions are met, AND, if the BHS is indeed susceptible to infection (again probability will not be 100% or 0%), then transmission is likely to take place. Thus, there is a series of very specific and requisite events and conditions that must take place (and that must be accounted for in any risk assessment) in order for an infectious agent to be transmitted, and to properly model risk of transmission. This process should be described in considerable detail in any risk assessment. 1 Each of these events has some estimated probability for the hosts and agent being considered, the product of which would represent an estimate of the (overall) probability of an infectious agent being transmitted. The EA did none of this. Contrary to the FS' misinformation about disease, an infected animal does not automatically develop disease, especially pneumonia. An infected BHS may or may not develop disease, and, if infected, may or may not transmit the agent to another BHS, depending on events and conditions indicated above. The serious mischaracterization of infectious disease transmission, again, illustrates a significant failure of the FS to apply science that is currently available. One is compelled, therefore, to discount altogether any findings or conclusions offered in the EA.

12. Comment on Risk Assessment Outcomes:

A. Page 27 last para: "This analysis utilizes recent disease transmission information as a reference to better inform the outcome of each alternative in regards to their likelihood of

providing for the long-term viability of bighorn sheep in S-22, S53 and S-36 and the Central San Juan's Bighorn Herd as a whole. We assume a moderate probability that a contact will result in a disease transmission event. In this case, a moderate probability is defined as 0.25%, or 1 out of every four contacts. We believe that this is a conservative estimate given the recent literature published on this subject (Besser et. al. 20 12a, 20 12b and 20 14). "

Perhaps a typo, but a 0.25% probability represents 1 out of every 400 contacts, not 1 out of 4. The FS again misrepresents the facts presented in its cited papers, and shows an inability to critically evaluate published information, as is required and expected if practicing ·best available science'. The finding of disease in one of four BHS by Besser et al 20 12a is quite readily consistent with recrudescence of a latent infection (a previously acquired ·commensal' infection that has been 'silent') as a consequence of faltered immune capability following stress of forced pen confinement, abnormal diet, over-crowding, etc. and not necessarily with transmission from one animal to another. A conclusion that some agent was transmitted from domestic sheep to a BHS was not supported by any data presented in the paper. Consequently, one cannot conclude that this study necessarily provides justification of high estimates of transmission probability; it is inappropriate, and unethical, to 'spin' results in order to provide seemingly factual support for one's hypothesis. As noted above, methods applied in Besser et al2012b did not employ domestic sheep as subjects and did not examine transmission. Thus, there are no data to be found in that paper on transmission from sheep to BHS. The Besser et al2014 paper, as critiqued above (see pt. 3), used laboratory-prepared inoculum to artificially induce infection in a donor sheep, which, along with Hawthorne-like effects of the study, would be expected to create significant artificial influences on transmission, thereby negating any possible inference to transmission or transmission probabilities under typical range conditions. None of the papers, therefore, truthfully provides any justification at all for the extraordinarily high rates of transmission assumed by the FS. The fact that the FS makes a claim that these papers offer some insight into transmission rates further erodes the EA 's science credibility by demonstrating a

BLM_0159887

lack

of proper scientific skepticism and critical analysis of the literature involving basic sciences of infectious diseases.

B. Re: Page 29, para 1: "The risk of physical contact between bighorn sheep and a domestic sheep allotment, with the potential for disease transmission followed by a potential subsequent bighorn mortality event, was given a qualitative rating of "High', '"Moderate", or '·Low", based on three factors carried forth throughout this analysis including 1). Number of years between bighorn sheep making contact with the allotment 2). Disease potential expressed in years and 3). (Allotment) Distance from Bighorn Sheep CHHR with adequate source connective habitat available. "

The qualitative ranking of risk (low, medium, high) has no basis in fact, and can only represent contrived and fictitious assumptions. The justification for these rankings appears to lie in application of erroneous assumptions of transmission risk values (see pt. 12) and the 'Risk of Contact Tool ' which, as noted above (see pt. ll) was based on a non-validated 'foray analysis' that had multiple fatal flaws and erroneous assumptions. Thus, these qualitative rankings lack any scientific legitimacy, foundation, or validity, and any estimates of parameters derived from the foray analysis ( eg. years between BHS making contact with the allotment, disease potential expressed in years, distance from BHS core herd home range) likewise are invalid and meaningless.

9

13. Comments on risk assessment:

rn 1983, the National Academies of Science published a report, referred to as the 'Redbook' 1

, that provides guidelines for science applied to risk assessments, and other evaluations involving risk estimation, which would be used by government to establish policy. Motivation, in part, for the report was from stakeholders' concern"--- that the scientific interpretations in risk assessments will be distorted by policy considerations, and they seek new institutional safeguards against such distortion··? The National Academies of Science's guidelines for proper science in risk assessments was intended to be just such a safeguard. The Redbook describes the required steps and content for a scientifically rigorous risk assessment, namely hazard identification, dose response assessment, and exposure assessment, all of which require research. Risk assessment should be carried out using risk assessment standards, and·· -- risk

managers should not attempt to alter those standards in specific cases simply to ensure that some pre-determined management objective is more easily achievable.".2

Clearly, the Snow Mesa EA did not follow scientific standards for risk assessment, which were developed more than three decades ago. 1 As importantly, the EA reveals just such attempts to ensure a pre-determined objective, in this case the banning of domestic sheep. The risk assessment provided in the EA did not address the risk hazard (specific agent(s), their effects and mechanisms of action), dose response (dose of agent required, immunity, or contact duration), to mention only a few of the critical elements. As noted above, the FS failed to adequately and properly critique and utilize current literature and to faithfully and truthfully interpret and present results of published studies to the public. The National Academies of Science report states that ·'Well conducted epidemiologic studies that show a positive association between the agent and the disease are accepted as the most convincing evidence about --disease." Yet, not a single epidemiologic study has been reported on the subject of domestic

sheep as a cause of die-offs in BHS. Not only does the USOA/FS' effort not rise to the level of ·currently available good science', it failed to achieve the standards for risk assessment science established more than 30 years ago by the National Academies of Science.

The Redbook also identifies the need for independent scientific review panels to examine risk assessments, thus providing some assurance that the science is right. Science expects, if not demands, that the 'rules of the game' be applied equally and fairly for all sides of an issue, not tilted toward one side with no recourse allowed for correction. It is regrettable that the USDA/FS did not submit this EA for an outside, independent scientific review, or even to the Agricultural Research Service ( ARS~, where considerable expertise lies, for critical review. In not opening itself to scientific review, and thus not providing transparency in methods, assumptions, and data used, the USDA/FS is acknowledging it has something to hide, namely' poor science and failure to follow standards for risk assessments. This is not a new problem, where scientific issues grounding concern for legitimate risk assessments include ·'---the alleged distortion of science by government risk assessors, to ensure that risk managers received the answers they wanted, so that they could decide to regulate, or not to regulate, depending upon how they perceived the social, economic, and political pressures under which they were operating. "? It appears the USDA/FS has pursued just such distortion.

10

References:

l. Risk Assessment in the Federal Government: Managing the Process, National Academy Press, 1983.

2. Rodricks Joseph V., Calculated Risks, The toxicity and human health risks of chemicals in our environment. Second edition, Cambridge University Press, Cambridge, 2007.

3. http://srmo.sagepub.com/view /the-sage-encyclopedia-of-social-science-research-methods/n387.xml

4. Reference Manual on Scientific Evidence, Federal Judicial Center, National Academies Press, 20 II

5. Jason Braithwaite, 2006, U Birmingham, UK. Seven Fallacies of Thought and Reason: Common
Errors in Reasoning and Argument from Pseudoscience,
http://www.academia.edu/316243/Seven_Fallacies_of_Thought_and_Reason_Common_Errors_i n_Reaso
ning_and_Argument_from_Pseudoscience

6. O'Brien J et al. Incorporating foray behavior into models estimating contact risk between bighorn
sheep and areas occupied by domestic sheep. Wildlife Society Bulletin 2014, 38(2):321-331

7. Walter, David W. et at, What Is the Proper Method to Delineate Home Range of an Animal Using Today's Advanced GPS Telemetry Systems: The Initial Step. In: USA Modem Telemetry


500139_PitterleT_20161028 Organization: Thomas Pitterle
Received: 10/28/2016 12:00:00 AM
Commenter1: Thomas Pitterle - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive

Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison 12/15/2016 12:00:00 AM
Attachments: 500139_PitterleT_20161028.htm (500139_PitterleT_20161028-388829.htm Size = 1 KB)
UFORMP_500139_PitterleT_20161028.pdf (500139_PitterleT_20161028-388830.pdf Size = 177 KB)
Submission Text
From: Thomas Pitterle – Owner, County Excavating, Paonia, CO
10-28-16

Dear BLM,
Please withdraw the lands around watersheds that lead into the North Fork Valley from oil and gas leasing. The long history of Delta County being a poor county has preserved a quality of life that many people seek. I own County Excavating in Paonia. All of my new customers are moving in from various industrialized areas and really appreciate the quality of life here. Clean air, clean water, organic foods in abundance. It all goes away, along with property values, if these operations are allowed here. The new economy in this valley centers around the many newcomers moving here, services for them, agri-tourism, organic everything, entertainment, arts, recreation and excellent hunting. Property values are up. The economy is robust. We don't need money or jobs. You could do us a solid by respecting the wishes of the majority of residents in the North Fork Valley. You probably love where you live. Imagine a meth lab set up wind from your home and the meth heads have government immunity. They're making money, but you don't benefit at all and can't do anything about it. Please help us to preserve the North Fork!
Thomas Piterle


500140_SaksonJ_20161101 Organization: Jake Sakson
Received: 11/1/2016 12:00:00 AM
Commenter1: Jake Sakson - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison 12/15/2016 12:00:00 AM
Attachments: 500140_SaksonJ_20161101.htm (500140_SaksonJ_20161101-388832.htm Size = 1 KB)
UFORMP_500140_SaksonJ_20161101.pdf (500140_SaksonJ_20161101-388831.pdf Size = 173 KB)
Submission Text
Dear Dana Wilson,
The North Fork Valley is and environmental gem and the organic farming epicenter of Colorado.

The NFV has the potential if it continues on its trajectory to lead Colorado and our country in sustainability and health. As a property owner in Paonia I am personally at great health risk if oil and gas development ensues in the North Fork. Not only are there tremendous health risks associated with oil and gas but economic dangers as well. Property values will drop and our community's economy will be DESTROYED. Our economy's biggest asset is our environment. Especially clean air and water. At the top of this list is organic agriculture, food and wine production in which we lead the state. This gives birth to agri-tourism. Also other recreation opportunities abound, hiking, fishing, hunting. All this will end, our community will get SICK and the blood will be on your hands.

Being situated at the top of the Colorado River watershed the impact of oil and gas drilling will stretch across the west.

I implore you to promote and explore a NO LEASE alternative for the NFV and let our community and economy flourish. At the very least alternative B1 must be adopted.

Sincerely,
Jake Sakson
Paonia, CO 81428


500141_WrghtR_20160808 Organization: Robert Wrght
Received: 8/8/2016 12:00:00 AM
Commenter1: Robert Wrght - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison 12/15/2016 12:00:00 AM
Attachments: 500141_WrghtR_20160808.htm (500141_WrghtR_20160808-388833.htm Size = 2 KB)
UFORMP_500141_WrghtR_20160808.pdf (500141_WrghtR_20160808-388836.pdf Size = 272 KB)
Submission Text
08-08-2016
I live in Paonia, in western CO's North Fork Valley. I moved here 8 years ago after feeling ill as a downwinder from Silt and Rifle. Headaches, nausea and bronchial irritation drove me to move here. Since I arrive in '08 all those problems have ended.

Now I see your 30 year proposals for oil and gas allowances here, directly threatening the pristine air, water and quality of life here, that many including myself have relocated here to retire in health. I am an adamant supporter of NO leases in the NFV!! Bu if the BML is saying you must choose or we will for you. I'd go with the North Fork Alternative – B1, as it is the only one that considers what we have and the protections we are entitled to as the people who actually reside here. Please don't ruin my life and lifestyle with a decision from folks who don't live here or know of the uniquity of this area, the organic farm fresh food, the Burgeoning resilient economy, the clean air and unpolluted waters and food. There is millions of tons of gas

elsewhere, across the nation that is already tapped, enough for thousands of years supply. It is senseless to frack the NFV just for spite and control.

Please, make a decision that will let you sleep good at night knowing that you have not contributed the risky and possibly destruction of this very special piece of America.

Love,

Robert Wrght

Paonia Resident and patron


500143_RewL_20161017 Organization: REW Land and Cattle LLLP

Received: 10/17/2016 12:00:00 AM

Commenter1: - Paonia, Colorado 81428 (United States)

Organization1:REW Land and Cattle LLLP

Commenter Type: Private Industry

Classification: Substantive

Submission Category: Unique

Submitted As: Regular mail

Form Letter Category: Unique

Form Letter Master:

Current Task: Done Assigned/Due: dprobison 12/15/2016 12:00:00 AM

Attachments: 500143_RewL_20161017.htm (500143_RewL_20161017-388837.htm Size = 4 KB)

UFORMP_500143_RewL_20161017.pdf (500143_RewL_20161017-388841.pdf Size = 125 KB)

Submission Text

REW Land and Cattle LLLP

38797 Back River Road

Paonia, Co 81428


October 17, 2016


Project Manager,

REW Land and Cattle LLLP appreciates the opportunity to submit comments on the Uncompahgre Field Office's (UFO) Draft Resource Management Plan (RMP) Revision and Environmental Impact Statement. REW LAND and Cattle LLLP continues to support full multiple

use opportunities balanced against the positive and negative impacts and the protection of private property rights within the UFO area.


REW Land and Cattle LLLP likes Alternative C with some changes discussed below as Alternative C preserves a greater amount of multiple use and protection of private party rights within the plan. Alternative C also provides a greater separation between broad requirements and site specific issues that should only be addressed during the review of proposed site specific activities. Alternative C) therefore, allows for greater flexibility for the public and the BLM to address and regulate those sight specific requirements through various then current permitting processes.

BLM_0159892

The few portions of Alternative C that REW Land and Cattle LLLP believes should be changed or removed noted below and identified by the page and corresponding line number in Table 2.2 (Description of Alternatives) in Chapter 2 of the proposed RMP.

Special Status Terrestrial Wild life
<([#1 [16.1]
o Page 2-95, Line 152, designate defined habitats as species occupied habitats. Without that specific notation, non-occupied habitats could become un-necessarily extensive and restrictive. #1])>

o <([#7 [8] Page 2-102-105, Line 161-167, Gunnison Sage Grouse,. Need to write language that allows for range improvements. When Alternative C says no permanent structures, that includes range improvements #7])> .

o Land Health
o <([#8 [34.1] Page 2-25, Line 24, Given the lower precipitation rate over the entire UFO resource area, it is more realistic to manage for upward trend for land health #8])>
o <([#9 [34.1] Page 2-27, Line 26, add recreation to actions that can cause land health problems #9])>
<([#10 [23.1] Page 2-164, Line 295, maintain the ability to increase AUMs #10])>
o <([#11 [23.1] Page 2-165, Line 297, before acreage is removed for AUM on ACEC, write language in to change management of livestock use. Increase the flexibility of management. #11])>
o <([#12 [23.1] Page 2-166, Une 299, define that trailing livestock is not the same as gathering and moving livestock from pasture to pasture. #12])>
o <([#13 [23.1] Page 2-169, Line 303, add Colorado Resource Monitoring Imitative to the list of plans to base decisions on. In , include the MOU with CCA, CWGA, BLM, Department of Ag. #13])>
o <([#14 [23.1] Page 2-167, Line 300, no mention of using livestock as tool for vegetation treatments. Targeted grazing is an economical, viable tool and has been extensively researched to benefit sage grouse and big game habitat. In addition, targeted livestock grazing has been successfully used to extend the life of mechanical vegetation treatments on oak brush and other shrubs.
#14])> o <([#6 [23.1] Page 2-167, Line 301, No permits or allotments should be closed. #6])> o <([#5 [23.1] Page 2-172, Line 306, Major ecological damage does not equate to maintaining range improvements
#5])> o <([#4 [23.1] Page 2-172, Line 307, alternative c is more feasible and allows for the sustain ability of multi-generational use of working landscapes #4])>
o <([#3 [30.2] Data indicates that grazing as a land use in the UFO is not strictly for traditional and cultural importance, it contributes to the overall economic well-being of Delta County. This is a more accurate way to reflect livestock grazing in the RM P. #3])>
o <([#2 [30.3] IMPLAN calculates economic impact based on forage used in the UFO; however additional analysis needs to include the value of the livestock for the entire year. Livestock grazing within the UFO fills a critical winter and spring niche that is vital to the overall economic health of the livestock industry and thus Delta County. If livestock grazing is reduced within the UFO, the operating costs increase for livestock operators and thus increase the

likelihood of producers scaling back and reducing numbers.
#2])>
Sincerely, REW Land and Cattle LLLP


500144_WestC_20161030 Organization: Callie West
Received: 10/30/2016 12:00:00 AM
Commenter1: Callie West - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison 12/15/2016 12:00:00 AM
Attachments: 500144_WestC_20161030.htm (500144_WestC_20161030-388842.htm  Size = 12 KB)
UFORMP_500144_WestC_20161030.pdf (500144_WestC_20161030-388843.pdf  Size = 419 KB)
Submission Text
October 30, 2016
From: Callie West
PO Box 1532
Paonia CO 81428


Dear BLM Uncompahgre FO Staff and RMP Comment Team,


Please listen to the local community in Crawford, Hotchkiss and Paonia and adopt Alternative B1
"the North Fork Alternative" for the area in and around the North Fork Valley. This locally driven
proposal is the right way to protect the Gunnison Watershed, support farmers and continue
building a sustainable rural economy on Colorado's Western Slope.
Local government agencies such as the Delta County Board of County Commissioners, along with
local chambers of commerce and a team of community members including the Western Slope
Conservation Center, Valley Organic Growers Association, the West Elk American Viticultural Area,
realtors, ranchers, outfitters and guides all participated in the creation of the Alternative B1 "the
North Fork Alternative" submitted to the BLM. This community driven effort resulted in an
expertly researched, high quality proposal.
In 2014 the BLM published "BLM Recreation Strategy- Connecting with Communities" (copy
attached to this letter). This document outlines the BLM's new, national strategy for managing
recreation resources to "offer the greatest benefits possible to individuals and communities and to
better enable communities to achieve their own desired, social, economic, and environmental
outcomes." Alternative B1 "the North Fork Alternative" represents exactly the strategy the

BLM is calling for!

"The BLM recognizes that it is part of a greater whole. Public lands are connected to and integrated with communities - not federally designated islands separated from them. This recreation strategy is different because it focuses on proactive engagement with communities, locally based government agencies, and service provider businesses, and emphasizes benefits from the perspective of community networks of service providers."

Alternative B1 "the North Fork Alternative" is resource-based, built from the "ground up" and is the best alternative that supports the community's hard efforts to diversify our local economy. It proposes strong protections for the public uses and resources our community values most, including the existing coal mining and agricultural economies; a clean, dependable water supply; community, recreation and public-use areas; scenic and sensitive lands; river corridors; and wildlife areas while allowing for the balanced development of all our resources. It also supports Special Recreation Management Area designation for Jumbo Mountain.

The natural gas industry creates few long term jobs and the "boom and bust" cycle would have negative impacts to our recreation and tourism industry which has provided increasing, significant revenue to our local economy.

Has the BLM considered earthquakes, newer drilling technologies and the fact that rural gas gathering lines are unregulated in Alternative D, the "preferred plan"?

Has the BLM considered the sources for the millions of gallons of valuable water required for oil and gas development in Alternative D, the "preferred plan"?

I urge your local field office to follow the BLM mandate and "focus on proactive engagement with

communities, locally based government agencies, and service provider businesses ... " etc., by adopting Alternative Bl "the North Fork Alternative"

Thank you for Reading.

Callie West


"There are appropriate places for oil and gas drilling. It's not here (in the North Fork Valley)."

US Senator Michael Bennet of Colorado- Friday Oct. 28, 2016


"In July 2013, Secretary Sally Jewell outlined six priorities for the Department of the Interior:

• Celebrating and Enhancing America's Great Outdoors
• Strengthening Tribal Nations
• Powering the Future
• Engaging the Next Generation
• Ensuring Sustainable, Secure Water Supplies
• Building a Landscape-Level Understanding

-The BLM's Recreation & Visitor Services Strategy supports all of the priorities"

2


BLM Recreation Strategy - Connecting with Communities

How Is This Strategy for the BLM's Recreation

Program a New Approach?

The Bureau of Land Management (BLM) manages recreation resources and visitor services to offer the greatest benefits

BLM_0159895

possible to individuals and communities and, as envisioned iIil
this strategy, to better enable communities to achieve their own
desired social, economic, and environmental outcomes. BLM
public lands-once described as "the lands nobody wanted" are
now recognized as America's Great Outdoors, a "Backyard
to Backcountry" treasure. They are uniquely accessible. More
than 120 urban centers and thousands of rural towns are located
within 25 miles of BLM lands.

BLM lands fill a distinctive niche in the federal recreation
marketplace-one that offers a competitive advantage for
communities and businesses. Moreover, the close proximity of
varied stakeholders to BLM lands creates many opportunities for
the BLM and communities to collaborate, set mutual objectives
for proposed recreation opportunities, and pool resources toward
shared goals. '

The BLM recognizes that it is part of a greater whole. Public
lands are connected to and integrated with communities not
federally designated islands separated from them. This
recreation strategy is different because it focuses on proactive
engagement with communities, locally based government
agencies, and service provider businesses, and emphasizes
benefits from the perspective of community networks of
service providers. It is not business as usual; it is a serious
effort to reposition resources (recreation setting management
and visitor services, program funding, operational knowledge
and skills, and the BLM culture and brand) in support of
community values while optimizing benefits for the public.

The recreating public has steadily grown, and visitors to public
lands now number about 59 million. It is paramount that the
BLM and community networks of service providers plan and
work efficiently together on a routine basis to help one another
be as successful as possible, especially during difficult economic
times.

What Are Community Networks
of Service Providers?

They are the driving forces in our cities and towns. These
networks include locally based government agencies at all levels
(city, county, tribal, state, and federal). Private sector industries
and businesses are also key service providers, including
outfitters, tour operators, lodging, restaurants, nature and youth
centers, chambers of commerce, tourism industry associations,
sporting goods and retail stores, and other nongovernmental
organizations.

What Steps Will the BLM Take To Reposition Its
Resources Externally?

An important goal of the BLM's overall national strategy is to

"Be a Good Neighbor." Toward this end, the BLM recreation program intends to develop closer ties to and accountability with the communities that the agency serves. The BLM will seek out and develop sustained relationships with service providers, engaging productively with representatives, listening well to understand community values and quality of life issues, and helping identify recreation opportunities that not only deliver outstanding recreation experiences to visitors and preserve the distinctive character of public lands recreation settings, but also respond to the specific desires and capacity of service providers (as consistent with federal law and policy).

Long-term land management plans will be flexible enough to change as the needs of communities and the demands of the public change. Under an outcome-focused approach, the BLM will leverage financial resources to support key needs of network providers-for example, to provide important portal facilities and maintain top-priority sites and services. To make the most of investments in recreation, the BLM will assign priority to opportunities that support the recreation needs of both visitors and local residents.

What Steps Will the BLM Take To Reposition Its Resources Internally?

There are many things that the BLM can and will do internally to support this national strategy. First, the agency will devote resources to building employee skills and knowledge with respect to community partnerships. Agency recruitment, retention, and training will seek to build on existing workforce strengths; mentoring and knowledge-sharing of best practices beyond the agency's administrative boundaries will enable the BLM to capitalize further on current expertise in community relations.

Equally important is the need to stay up-to-date about the interests of service providers and visitors. Ongoing discussions with representatives of community networks will help the BLM maintain relevant and responsive partnerships. The BLM will also use in-depth visitor assessments to evaluate and measure how well partnerships are meeting the public's desired outcomes, and then adjust its management practices as necessary. Inventory records and data will be maintained so that they are accurate and current and tied to nationally set standards, to better enable decision makers at all levels to develop useful policies and actions.

The BLM will use print as well as electronic and social media to market recreation opportunities and share information with the public as effectively as possible. Community service providers are often better able than the BLM to tailor and market messages to specific audiences. Therefore, the BLM will engage the creativity of individuals and organizations that can measure and describe the benefits of recreation on public lands effectively to these audiences.

Similarly, the BLM hopes that by working together creatively, community networks and the BLM may find previously untapped sources of funding

BLM_0159897

that will help sustain and support local communities. The BLM will
continue to rely on appropriated funds to maintain sites but will target
both public and private funding to priority sites and services, as these are
determined through collaboration with community networks of service
providers. The agency will continue to seek operational efficiencies
to realize cost savings and will use fee revenues to improve recreation
opportunities at the sites, and in or near the communities, where the fees
are collected.

Vision: By increasing and improving collaboration
-with community networks of service providers, the
BLM will help communities produce greater well-being
and socioeconomic health and will deliver outstanding
recreation experiences to visitors while sustaining the
distinctive character of public lands recreation settings.
locally Based Government
Agencies include~ municipal and county
governments, the National Association of
Counties, tribal governments, state and
regional agencies, other federal agencies,
schools, etc.
Private Sector Industry and
Business including outfitters and tour
Operators, lodging and restaurant
nature and youth centers, chambers of commerce, tourism industry associations,
sporting goods and retail, other
nongovernmental organizations, etc.

In July 2013, Secretary Sally Jewell outlined six
priorities for the Department of the Interior:
• Celebrating and Enhancing America's Great Outdoors
• Strengthening Tribal Nations
• Powering the Future
• Engaging the Next Generation
• Ensuring Sustainable, Secure Water Supplies
• Building a Landscape-Level Understanding
The BLM's Recreation & Visitor Services Strategy
supports all of these priorities.

500145_FrankC_20160808 Organization: Christine Frank
Received: 8/8/2016 12:00:00 AM
Commenter1: Christine Frank - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique

Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison 12/15/2016 12:00:00 AM
Attachments: 500145_FrankC_20160808.htm (500145_FrankC_20160808-388844.htm Size = 3 KB)
UFORMP_500145_FrankC_20160808.pdf (500145_FrankC_20160808-388845.pdf Size = 372 KB)
Submission Text
August 08, 2016

Dear Ms. Wilson:
I have been a climate change activist since 2005, the year of Hurricane Katrina as well as the year I became a grandmother. I am deeply concerned about the future of Earth's climate system and whether or not it will remain habitable for human life in the future so that my granddaughter and her generation will have a chance to survive. <([#1 [11.3] There is nothing in the Draft BLM RMP on the climate impacts of expanding fossil fuel extraction if it were allowed in the North Fork Valley in the next 30 years. #1])> <([#2 [11.3] There is no data in the plan on subsequent greenhouse gas emissions from oil and gas development and how they will contribute to continued global warming. #2])> <([#3 [28.1] There is also nothing in the RMP calling for the development of renewable wind and solar power, which would allow us to keep the dirty hydrocarbons in the ground and drastically reduce greenhouse gas emissions.
#3])> I am an organic gardener, and it is vital that the food my family grows is fit for human consumption free of heavy metals, endocrine disrupting compounds, polycyclic aromatic hydrocarbons, and other persistent pollutants- the whole nine yards. Our garden is watered from the same irrigation ditch that serves Stewart Mesa, and we expect it to remain pure and fresh, free of fracking chemicals and the radioactive materials that are dredged to the surface w/ the extraction process. We also expect the air to remain clean for the same human health concerns. My son is an artisanal plaster & stucco contractor, who is deeply concerned over the future of his livelihood and his ability to continue to support his family. For that reason, he wants the multi-use nature of the North Fork Valley to be respected so that real estate and land values for his potential clients do not plummet – as much as 15-25% ! - the moment oil and gas development begins here. His biggest fear as a contractor is that people will flee the valley because the quality of life has been ruined, and he will lose his means to make a living. <([#4 [30.3] There is nothing the RMP about the impacts of Oil and Gas leasing on land values.
#4])> I support a just transition for all workers in dirty industries – coal, oil, natural gas – to make the shift to green jobs that produce wind & solar technologies and 100% clean mass transit systems. <([#5 [30.3] There is nothing in the BLM's RMP that even suggests such a just transition on the data to clean energy developments let alone how it could benefit the North Fork Valley and other communities on the Western Slope while ensuring job security and protection of the earth's climate #5])> .
I strongly urge the adoption of Alternatives B & B1 that would close 75% of the land to oil & gas leasing to protect the North Fork's organic food system, air and water quality, human health, wildlife habitats, and ecosystems. But I prefer no oil and gas leasing or development anywhere any more. Not here, not now, not ever! There are plenty of jobs to be had in clean, green technologies to save the climate and the planet's other matrices, without which no life can exist

BLM_0159899

on Earth.
Sincerely,

Christine Frank 507-210-9279 christinelynnfrank@gmail.com
23 ½ Alder Cove, Paonia, CO 81428-2019


500146_KaechP_20160809 Organization: Patti Kaech
Received: 8/9/2016 12:00:00 AM
Commenter1: Patti Kaech - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison 12/15/2016 12:00:00 AM
Attachments: 500146_KaechP_20160809.htm (500146_KaechP_20160809-388847.htm Size = 1 KB)
UFORMP_500146_KaechP_20160809.pdf (500146_KaechP_20160809-388846.pdf Size = 166 KB)
Submission Text
8/9/16
Dear Ms. Wilson,
Thank you for the extension of commenting on the RMP. I am a realter in the North Fork Valley and all the alternatives except B1 is going to decimate my career and livelihood in the North Fork.
Communities have a 15% drop in real estate values when fracking moves in. there are some communities where that not the case but only where theres not enough housing to begin with. You have a responsibility to listen to our voices and know that I will be bankrupt if fracking happens with your preferred Alt D.
Thanks for listening
Patti Kaech


500147_BradfordD_20161008 Organization: David Bradford
Received: 10/8/2016 12:00:00 AM
Commenter1: David Bradford - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison 12/15/2016 12:00:00 AM
Attachments: 500147_BradfordD_20161008.htm (500147_BradfordD_20161008-388848.htm

BLM_0159900

Size = 5 KB)
UFORMP_500147_BradfordD_20161008_HasAttach.pdf (500147_BradfordD_20161008-388849.pdf Size = 367 KB)
Submission Text
David Bradford
P.O. Box 1331
Paonia, CO 81428-1331
Email: stirruphigh@tds.net
October 8, 2016

Re: Uncompahgre Resource Management Plan Revision

Dear Madam/Sir:

I am writing in regards to the Draft Uncompahgre Resource Management Plan
(RMP) revision and associated Draft Environmental Impact Statement (EIS). I am a
retired U.S. Forest Service rangeland management specialist with 34 years with the
agency- 20 in this area. I have the following comments for the proposed EIS.

<([#1 [5.1] I find it very difficult to impossible to review this document in an electronic format.
It is worse than cumbersome. This is a large, complex document that needs to be provided in
physical form.
#1])>
<([#3 [27.1] I do not support the listing of Jumbo Mountain/McDonald Creek as a Special
Emphasis Area. The description of the reasoning seems extremely weak. Fragmentation in the
North Fork Valley is more problematic than fragmentation of the public lands in the Jumbo
Mountain/McDonald Creek area. The loss of large, open space ranches to increased residential
development is causing more
fragmentation of habitat in the North Fork Valley #3])> . The effects of unmanaged recreation,
primarily the explosion of user-created bicycle trails in the Jumbo Mountain area also is causing
a reduction in habitat effectiveness. There are over ten miles of user created trails in the Jumbo
Mountain area- and numerous unsafe wooden bridges built by these bicycle users. Many of these
trails have ground
disturbances- mostly jumps also built by the users.
What impacts have these bicycle enthusiasts had on TES plant species? What impacts is this
high-density trail system having on wildlife? <([#2 [34.2] I am enclosing a topo map showing
the trails I have
mapped using a GPS unit. In addition there are numerous populations of noxious weeds that are
on the increase in the Jumbo Area, primarily hoary cress and Russian knapweed. These are
issues than need to be addressed in the RMP, not just designating the Jumbo
Mountain/McDonald Creek as a Special Emphasis Area.
#2])> Livestock grazing is an important economic activity in the Resource Planning area.
Livestock grazing on BLM managed public lands is very important to the
sustainability of ranches in Delta County. The livestock grazing on these public
lands provides spring, fall and winter grazing for these ranches. The elimination of
livestock grazing or reduction in use could affect the viability of these ranches. <([#5 [23.1] Any

proposed elimination or reduction in use must be based on documented trends in rangeland conditions. If range resource conditions have been identified to be unsatisfactory, strategies for improved management should be considered before livestock grazing reductions are considered. #5])> <([#6 [30.3] If reductions in livestock grazing are considered the analysis must also evaluate the economic impacts of these reductions on the individual ranch operation and on the county. The base ranch operations for ranches holding public land grazing permits are providing significant amounts of open space and wildlife habitat. If ranches are forced to graze the private lands more heavily or to sell out due to livestock reductions, what impacts will this have on conditions on these private lands? I do not support any alternative that eliminates or reduces livestock grazing unless there is a documented problem in rangeland conditions that cannot be resolved with improved management. #6])>

I do not support the North Fork alternative for oil and gas development. <([#7 [21.1] The elimination of gas and oil leases in the upper North Fork Valley is unreasonable and unnecessary. These resources could and should be developed #7])> . <([#8 [21.1] However, I do not support the sale of leases in the Paonia area, especially south of the North Fork of the Gunnison River. These areas have very low potential and should not be put up for bid unless there is documented evidence that there are developable gas and oil resources in this area. #8])>

<([#4 [5.1] Finally, I do not believe any comments that are submitted should be allowed to have personal identifiable information withheld. People need to be accountable for their comments and if their names and contact information are not part of the public record, they should not be included in this public process.

#4])> I appreciate the opportunity to offer input to the Uncompahgre Resource Management Plan Revision.


Sincerely,
David Bradoford
DB: db


500149_KennedyA_20161028  Organization: April Kennedy
Received: 10/28/2016 12:00:00 AM
Commenter1: April Kennedy - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/15/2016 12:00:00 AM
Attachments: 500149_KennedyA_20161028.htm (500149_KennedyA_20161028-388851.htm Size = 2 KB)
UFORMP_500149_KennedyA_20161028.pdf (500149_KennedyA_20161028-388850.pdf Size = 167 KB)
Submission Text

BLM_0159902

Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.
Reference page number or section in RMP (optional):
Title of comment (area or trail name): East Paradox Rock Art and Lower Tabegauche Unit
Name: April Kennedy
Address: PO Box 669
Email (optional): Phone (optional):

Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel
management, etc):

The east paradox rock art area and lower tabegauche unit are within an hour drive of my home and I enjoy accessing these areas for hiking, mountain biking and observation of nature. These areas are unique in that there are desert plants and native American petroglyphs not found in other landscapes. This offers residents and visitors of these areas and experience in nature that they can not find anywhere else.
These areas should be Areas of Critical Environmental Concern and I would ask the BLM to restore them to their full acreage in the final RMP. Additionally, I would ask the BLM to create more meaningful protections for the rock art and plants by disallowing occupancy by oil and gas, keeping areas closed to motorized travel excluding right of way development, and prohibiting target shooting.

Please turn in comments to the BLM by September 1st, 2016
Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP
Or email: uformp@blm.gov

500150_AlderdiceD_20161101 Organization: David Alderdice
Received: 11/1/2016 12:00:00 AM
Commenter1: David Alderdice - Hotchkiss, Colorado 81419 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail

Form Letter Category: Form letter plus text
Form Letter Master: Form Letter J
Current Task: Review Assigned/Due: mmccarter
Attachments: 500150_AlderdiceD_20161101.htm (500150_AlderdiceD_20161101-388819.htm
Size = 19 KB)
Submission Text
BLM, Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401
Re: Draft Resource Management Plan for the Uncompahgre Field Office
Dear BLM-UFO Staff and RMP Comment Team,
Thank you for the opportunity to comment on the Uncompahgre Field Office's draft Resource
Management Plan (draft RMP). As presented, I believe that none of the alternatives offer the
level of protection
these lands warrant, or that the local citizens and communities in your planning area have
specifically asked for
and favored, and which federal law requires.
I am writing to ask the BLM to include all proposed actions in the North Fork Alternative, Bl, in
the final RMP. The North Fork Alternative boundaries include the communities of Hotchkiss,
Paonia and
Crawford and include areas that supply municipal water, irrigation, and domestic water
companies, impact the
scenic features of the Valley, and are high quality wildlife lands.
I am writing to ask the BLM to ensure the strongest level of long-term protection for resources of
particular concern included in Alternative B 1, such as water supplies and riparian areas; scenic
qualities of the
valley; undeveloped wildlife lands including winter range and migration corridors.
While I strongly support the No Fracking Alternative, I am writing to ask the BLM to include, at
the minimum, all conservation protections in Alternative B in the final RMP. (These include, but
are not
limited to, those listed ~hove.)
Also, I believe <([#1 [5.3] the final Resource Management Plan should include a no-leasing
alternative, to
adequately evaluate the full range of reasonable management plans; include a sub-alternative for
each
alternative (AI, Cl, 01) as was created for Alternative B, so the North Fork Alternative Plan can
be properly
evaluated against each proposed alternative.
#1])> I moved to the area 13 year ago and have seen many changes - many small to medium
organic farms
have started up or flourished, CSA (Community Supported Agriculture) programs and orchards
have multiplied,
the region has been discovered as a prime grape growing area by viticulturalists and wineries are
now abundant.
I hear this Valley called the Napa Valley of Colorado. High-end tourism has been and is
continuing to grow, in

addition to the already established influx of hunters, cyclists, fisherman, hikers, backpackers, concert goers, and
sight-seers that appreciate the Valley's beautiful views, recreational access to public lands, and the many other
amazing offerings this Valley has to offer. Many families are drawn to raise their children here by the friendly
local people, the safe atmosphere, the clean air and the good locally grown organic food. I chose the area
because of the organic farming and the amazing recreational wilderness access. I appreciate the natural beauty,
clean air, clean water, quiet nights, quality of life, and abundant wildlife. That lifestyle is injeopardy with the
BLM's preferred alternative RMP. I would be directly and negatively impacted by oil and gas development by
increased heavy truck traffic, the possihle impacts on my drinking water and irrigation water, the air quality,
and the wildlife impacts that development of the area would have. As a small business owner I have already
been affected as some of my colleagues and students have already moved away from the NFV in search of
places were their water supply and air quality are not being continually threatened by proposed oil and gas
leases in their backyard. My livelihood would also be ever more negatively impacted by more oil and gas
development in the area because we rely in part on tourism dollars to support our family. The fact that my
family's irrigation water comes from Fire Mountain Canal and Farmer's Ditch, whose headwaters are deep in a
section ofBLM that would be developed under your preferred alternative, is very concerning as we are raising a
two year old and our organic garden produce is a big source of his healthy diet. Industrial activities are
inappropriate for water drainages. I value the preservation of all public lands and the uses they provide to my
neighbors and wildlife.
• The current Resource Management Plan currently in effect was approved at least 26 years ago and did not
account for the many changes that have occurred since that time.
• The socioeconomic benefits being derived from the agricultural operations that now exist in the North
Fork Valley have changed in importance and character and unfortunately have not been accounted for in
the current draft RMP either.
• The draft RMP only contains a brief acknowledgement of the existence of the unique agriculture that
occurs in the North Fork Valle and has not adequately or appropriately described what makes the

North
Fork Valley of such unique agricultural, artistic and entrepreneurial importance to all of Colorado and
surrounding states nor given it the protections it deserves regarding water quality, air quality, and general
standard of living.
• This omission of fully describing this valley does not constitute meeting the requirement of "succinctly
describing the environment of the area(s) to be affected by the alternatives under consideration" as
required by 40 CFR 1502.15.
This valley is recognized for its unique agriculture (it contains the highest concentration of organic
farms, orchards and vineyards in Colorado), local business, art, agribusiness, agritourism, and recreation
industries and deserves protection from any threat of environmental degradation that would harm these
endeavors.
Evidence for the uniqueness of this valley:
a) It has been described as "An American Provence" in the book by the same name written by
University of Colorado professor, Thomas Huber. He compares the North Fork Valley with its vineyards to the
famous wine growing region of southern France. http://www.merchantherald.com/geographer-says-the-northfork-
is-an-american-provence/ This valley was also featured in the book At Mesa's Edge: Cooking and
Ranching in Colorado's North Fork Valley http://www.amazon.com/At-Mesas-Educ-Ranching-Colorados/dp/0618221263
b) This valley was designated by the state of Colorado as a Colorado Certified Creative District in
2013. Information on the significance of this designation can be viewed at
http://www.coloradocreativeindustries.org/showcase/colorado-creative-districts
c) Delta County was recently awarded three Blueprint 2.0 Initiatives by the Colorado Office of
Economic Development and International Trade. The Initiatives include Strengthening Local Business
Brand, Adaptive Reuse Workshop and Tourism Promotion. http://choosecolorado.com/lt-gov-donna-lynne-announces-
colorado-blueprint-2-0-initiave-recipients/
d) The North Fork Valley has also been designated as an American Viticulture Area by the U.S.
government. This designation was officially adopted in 2001 and codified at 27 CFR
https://www.gpo.gov/fdsvs/pkg/CFR-2016-title27-vol1/pdf/CFR-2016-title27-vol1-sec9-172.pdf An American
Viticulture Area is a delineated grape-growing region having distinguishing features as established in Federal
regulation and a name and delineated boundary. This is only one of two such designated areas in Colorado

BLM_0159906

e) The North Fork Valley has been featured in a number of articles by the New York Times including
coverage of previous attempts to pursue drilling  http://www.nytimes.com/20
13/02/03/us/colorado-communitiest
ake-on-fight-against-energy-land-leases.html?_r=0  and many other articles like this one:
http://www.nytimes.com/2014/06/19/garden/he-found-his-corner-of-the-skv.html.
The potential environmental  consequences presented in this draft RMP do not in any way address the depth and
breadth of potential effects to the valley from fluid mineral exploration and production. This is in direct conflict
with BLM regulation 40 CFR 1610.4-6: Estimation of effects of alternatives, which requires that the Field
Manager "will estimate and display the physical, biological, economic, and social effects of implementing each
alternative considered in detail." Without acknowledging and describing the North Fork Valley in detail, this
requirement cannot and has not been achieved.
The inadequacy of the draft RMP is further exemplified by the following:
1) Chapter 1, Section 1.4 and Table 1.3: This section and table fail to appropriately  and adequately
acknowledge and discuss the North Fork Alternative Plan (NF AP) presented to the BLM during scoping by
citizens and governmental entities in the North Fork Valley. The section summarizing  the scoping comments
received does not include this important scoping submittal and has consequently resulted in the lack of any
meaningful  reference to this agriculturally important area throughout the remainder of the draft RMP. This
violates the Council on Environmental Quality (CEQ) regulation at 40 CFR 1501.7(a)(2) which requires the
lead agency to determine the significant issues to be analyzed in depth in an Environmental Impact Statement.
This absence of acknowledgment of the North Fork Valley's unique qualities is also in direct conflict with
Section 1500.1 (b) of the CEQ regulations which states that "NEP A documents must concentrate on the issues
that are truly significant to the action in question, rather than amassing needless detail."
2) Chapter 1, Table 1-2, Step 7: By not appropriately including the North Fork Valley and the potential
negative environmental effects to it by the various proposed alternatives as a "planning issue," this draft RMP
does not adequately meet the requirement that the preferred alternative be the "alternative that best resolves
planning issues."
3) Chapter 2, Section 2.2.3: The lack of adequate discussion and acknowledgement of the North Fork Valley

BLM_0159907

in Chapter 1 (as discussed above) has created a situation where the significance of each alternative to potentially
impact the human and natural environment within the BLM planning area is missing from the fundamental
underpinnings of the analysis. This absence of appropriate consideration is evident throughout the remainder of
the document and in taking this approach, this document does not meet the level of analysis required by CEQ
regulations (40 CFR 1502.1; 1502.2; 1508.8; 1508.14 and 1508.27(a), (b)(3), (b)(4) and (b)(6)) or the
National Environmental Policy Act, Section 101(b).

4) Chapter 2, Table 2-1 and, Appendix D, Ecologic Emphasis Areas: The North Fork Valley should have
been included in this portion of the analysis. Although it does not fit the BLM's routine (boilerplate) areas of
analysis - unprotected core wildlife and native plant habitat and associated movement, dispersal, and migration
corridors - does not make this ecologically unique area any less worthy of consideration. In fact, minimizing
impacts to this culturally and agriculturally significant geographic area should be the core value addressed
throughout the draft RMP and presented under each of the Alternatives in Tables 2-1 through 2-6.

5) Chapter 3, Section 3.1.3 Geology and Soils: The following statement is included in this section; "There
are no farmlands of national or statewide importance on BLM-administered lands within the planning area
(emphasis added). However, according to a report by the Soil Conservation Service, "irrigated and prime
irrigated lands of statewide importance, most of which are situated at low elevations on valley floors, occur in
3
the Uncompahgre, North Fork, Surface Creek, and Smith Fork drainage basins" (Soil Conservation Service
1980).
Analysis of potential impacts to irrigated and prime irrigated lands existing within the Uncompahgre
planning area (North Fork Valley) resulting from federal actions taking place on ELM-administered lands must
be analyzed and disclosed in Chapter 4 and they are not. Chapter 4 is completely silent on the impacts to
irrigated and prime irrigated lands occurring within the valley floors in the plmming area which violates 40 CFR
1508.14.

6) Chapter 3, Section 3.1.5, Vegetation & Chapter 4, Section 4.3.4 Vegetation: Section 3 .1.5 fails to

acknowledge or discuss any of the agricultural crops existing in the North Fork Valley, including the large
amount of organic agriculture and vineyards, which is part of the Uncompahgre Field Office planning area.
Omission of these existing and important resources in Chapter 3 has resulted in the complete omission of
possible effects to these resources in Chapter 4, Environmental Consequences. This violates CEQ regulations
at 40 CFR 1502.15; Affected Environment and 40 CFR 1508.8; Effects.
7) Chapter 4, Section 4.1.1 Analytical Assumption, fifth bullet: This bullet asserts that "Direct and indirect
impacts of implementing the RMP primarily occur on the decision area lands:" This is a seriously flawed
assumption because many of the direct and indirect impacts of implementing the RMP on lands underlain by
federal fluid mineral estate have the potential to seriously impact the people (and their livelihoods) living in the
North Fork Valley including myself and my family.
"Planning area" is defined as the Uncompahgre Field Office boundary, including all lands, regardless of
land ownership (emphasis added), except the Gunnison Gorge NCA Planning Area and the DominguezEscalante
NCA" and is depicted on Figure 1-1 provided in the draft RMP. Whereas "decision area lands" are
limited to public lands and federal mineral estate managed by the USDOI, Bureau of Land Management. The
federal mineral estate managed by the BLM is depicted on Figure 1-2, also provided in the draft RMP.
The North Fork Valley's organic and traditional farming, fruit growing and viticulture areas occur less than
one mile, in many places, from the BLM decision area boundary (but within the Uncompahgre planning area).
This proximity is especially true for the thousands of acres of land surrounding Paonia, Hotchkiss and Crawford
that would be made available for fluid minerals leasing according to the BLM' s preferred alternative.
Obviously, these agricultural lands are at risk of being either directly or indirectly impacted by gas activity
occurring on the adjacent or contiguous decision area land.
8) Chapter 4, Section 4.3.2 Soils and Geology: Because Chapter 3, Section 3.1.3 dismisses the need for
identifying and describing irrigated and prime irrigated lands occurring within the planning area, this Section is
completely silent on the environmental consequences of federal actions on these agriculturally significant lands.
This is a serious omission which only further reinforces the fact that the BLM did not take the

BLM_0159909

environment
actually in existence in the planning area into consideration which violates 40 CFR 1502.15 of the CEQ
regulations.
9) Chapter 4, Section 4.3.3 Water Resources: The following statement is made on page 4-84, "The organic
farming industry relies on clean water for agricultural production. Contamination of irrigation waters could
affect the ability of local organic farms to maintain their designations. " This is the only mention of organic
farming in the entire draft RMP. Such a serious threat to the North Fork Valley cannot be allowed to ever occur.
And the only way to prevent it is to close the entire area within the NF AP area to any new oil and gas leasing or
at the very least, adopt Alternative B 1. Oil and gas drilling is incompatible with the existing land uses currently
occurring in this valley.
4
The oil and gas industry in Colorado has reported at least 5,188 spills from statewide operations over the
last ten years to the Colorado Oil and Gas Conservation Commission. It is not a matter of if a spill will happen,
but when a spill associated with drilling activity occurring up valley and upstream from the North Fork Valley
will create long-term devastating effects on the soils, surface water and groundwater supporting this agricultural
area.
Appendix D speaks directly to habitat fragmentation and the importance of the connectivity between the
West Elk Wilderness and The Grand Mesa. ANY development, including recreation, will further degrade and
fragment the quality of the habit in the RMP area that the BLM is charged to protect. Not that we shouldn't do
any development, but that it must be extremely careful and perhaps limited to quiet use.
In Conclusion:
The draft RMP states that "When there are conflicts among resource uses or when a land use activity could
result in unacceptable or irreversible impact on the environment, the BLM may restrict or prohibit some land
uses in specific areas."
Based on the comments presented above, there is definitely a conflict between the extraction of the gas
resource and the prevailing land use in the Nolih Fork Valley. Additionally, the land use activity of producing
natural gas would result in unacceptable and irreversible impacts on the environment in the North Fork Valley.

BLM_0159910

Therefore, the leasing of any federal fluid minerals within the borders of the NF AP should be prohibited and
this prohibition on further leasing incorporated into the alternative chosen for the revised RMP or at the very
least, those in Alternative B1. This is the only way to preserve and protect the integrity of this unique and
renowned part of Colorado and its habitat.

Gas exploration and development is not compatible with the economic culture of this valley and in fact, its
very presence would threaten its highly regarded reputation as an organic agricultural area as well as a great
vacation destination. At the bare minimum, I urge you to please include all proposed actions in the North Fork
Alternative, B1, in the final RMP. Without having considered a no-leasing alternative, nor considering how the
North Fork Alternative Plan would be carried out if included in the preferred alternative, the draft RMP fails to
fulfill its duty to consider the full range of reasonable management possibilities.

Again, I strongly oppose any hydraulic fracturing or new oil and gas well development in or around the
North Fork Valley of the Gunnison River. This stance and view point seems consistent with most of the Valley
residents as this plan will not bring many (if any) locals new job opportunities and we are all hoping to protect
this special place for generations to come. There have been multiple scientific studies (one recently from Yale)
showing the potential dangerous side effects and diseases (like cancer) linked to the by-products used in oil and
gas extraction on the local population, fauna, wildlife and environment.

I thank you personally for your consideration on this topic, and I thank you for the well-being of future

g~

David Alderdice
35003 Hanson Mesa Road
Hotchkiss, CO 81419
970-872-4238
gaicahimsa@yahoo.com
5


500152_SwigartL_20161027 Organization: Lance Swigart
Received: 10/27/2016 12:00:00 AM
Commenter1: Lance Swigart - Hotchkiss, Colorado (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique

Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/15/2016 12:00:00 AM
Attachments: 500152_SwigartL_20161027.htm (500152_SwigartL_20161027-388853.htm Size
= 1 KB)
UFORMP_500152_SwigartL_20161027.pdf (500152_SwigartL_20161027-388852.pdf Size =
92 KB)
Submission Text
BLM

You have already received lots of letters. So I will make this short. I encourage you to choose the
North Fork Alternative B1 and all other reasonable conservation protections in Alternative B.

Gas and oil developments are extremely damaging to small rural communities. From all the large
truck traffic to the rise in crime. One think nobody mentions the price increases in cement and
gravel. Take care of what you might unleash on a small rural farming community.

Lance Swigart
Hotchkiss, Colo.
PS. Most of the natural gas produced in this country is going overseas. Is that what we want to
do with our natural resources

500153_IndaEtAl_20161101  Organization: Calvin Inda
Received: 11/1/2016 12:00:00 AM
Commenter1: Calvin Inda - ,
Organization1:
Commenter2: Juan Inda - ,
Organization2:
Commenter3: Ross Allen - ,
Organization3:
Commenter4: Ernie Ethchart - ,
Organization4:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/15/2016 12:00:00 AM
Flags:
Attachments: 500153_IndaEtAl_20161101.htm (500153_IndaEtAl_20161101-388855.htm Size
= 25 KB)
UFORMP_500153_IndaEtAll_20161101_HasAttach.pdf (500153_IndaEtAl_20161101-
388854.pdf Size = 619 KB)
Submission Text

BLM_0159912

Draft Resource Management Plan and EIS-Uncompahgre Field Office

Comments

Comments included in this summary are from Calvin lnda, Juan lnda, Ross Allen and Ernie Etchart, all grazing

permittees within the Uncompahgre Field Office (UFO).

1. The Draft Resource Management Plan (DRMP) does not go into any evaluation of goals and objectives of the

existing RMP. Without evaluating what was accomplished and not accomplished in the existing document it makes

it very difficult to know if there needs to be any changes in the new RMP and to what extent alternatives B through

Dare even valid. One example would be in the Range Monitoring program that was proposed in the existing RMP

vs. what is proposed in the DRMP. A cursory review of the monitoring files in the UFC indicates that monitoring

data, including Land Health Assessment, trend and utilization studies, have not been collected with any

consistency or reliability since the current RMP was approved.

2. The DRMP proposes significant changes to the Grazing program and does not appear to be in the

congressionally mandated Multiple Use fashion as required through their own directives. Examples would be in

the ACEC program, Recreation program and the Wildlife program (Big Horn Sheep/Domestic Sheep).

3. In Appendix E of the DRMP the UFO has outlined proposed changes from alternative A through D. In reviewing

recent decisions by the UFO many of the changes that have already been made in permittees allotments have not

been carried forward into the DRMP. This is just one example of the inaccuracies of the DRMP.

4. There are no details in the DRMP or explanations as to why changes are being made in grazing permits and

changes that are currently being made in term grazing permits are not included in the DRMP. One example is the

35% maximum utilization on winter sheep allotments when there is absolutely no data or research available to

substantiate this severe limitation .

5. BLM has consistently reduced grazing permits since the implementation of the existing RMP and continues to

do so in the DRMP. Monitoring data collected and to be collected for grazing permits has not and will not be

completed as outlined in either document. Decisions are based on "professional judgement" and ocular

observations and not on scientific data. BLM has proven it cannot keep up with the required monitoring data that

they are supposed to be gathering to make informed scientific decisions let alone what is being proposed in the

BLM_0159913

DRMP.

6. We support and agree with comments made by the Colorado Wool Growers Association in reference to
Appendix K Bighorn/Domestic Sheep Risk of Association Modeling. Please see attached comments by the Colorado Wool Growers Association.

7. We support Alternative A as outlined in the DRMP with limited changes that could be worked out with us.

8. The lack of communication, coordination, and consultation has been severely lacking in the development of the
DRMP. In our opinion UFO needs to go back to the drawing board to ensure all Multiple Use goals and objectives
are considered for all activities, not just special interest activities. In addition all changes/decisions need to be
based on sound and proven scientific studies, not cherry picked studies or parts of studies that this DRMP uses.

Thank you for your consideration.

Sincerely, Calvin lnda, Juan lnda, Ross Allen and Ernie Ethchart.

Colorado Wool growers Association
•PO Box 292 Delta, CO 81416-0292 (970)874-1433 (970)874-4170fax.
cwgawool@aol.com o coloradosheep.org
Project Manager. Uncompahgre RMP October 3 1. 2016
Bureau of Land Management
Uncompahgre Field Ofticc
2465 South Townsend Ave
Montrose. CO 8140 I
uformp@blm.gov
RF.: Draft Resource Management Plan and EIS- Uncompahgre Field Office
The Colorado Wool Growers Association represents BLM and USFS permittees throughout the state. and appreciates the opportunity to provide input for the draft RMP.

The CWGA supports Alternative C with some changes referenced below: and also supports the comments submitted by the Delta County Board of County Commissioners which are incorporated in this document by reference.

The CWGA opposes any reduction or elimination of aums based on the proximity of bighorn sheep to domestic sheep grazing areas. and encourages the BLM and permittees to work together to minimize the risk or potential contact between domestic and bighom sheep. In 2014. Colorado Parks & Wildlife (CPW). the Colorado Wool Growers Association (CWGA), the Colorado Department of Agriculture (CDA). and the BLM and USFS renewed the Memorendum of Understanding for management of Domestic Sheep and Bighom but we don't see the MOU referenced in the RMP.

Comments – Apendix K Bighorn/Domestic Sheep Risk of Association Modeling
Exaggerated Risk of Contact
We are very concerned about the reliance upon and incorporation of the USFS flawed Payette modeling as a baseline to manage BLM domestic sheep allotments With the Uncompahgre RMP. Both the Payetle modeling and the Snow Mesa EA (K 15) failed to follow scilentific standards

for
risk assessment (see attached Comments on snow Mesa Allotment Analysis: Assessment of Risk of Physical Contact between Rocky Mountain Bighom Sheep and Domestic Sheep in the Snow· Mesa Sheep Allotment Grazing Landscape -- M Thurmond DVM. PhD September 7 2015). The United States Animal Health Association ( USAHA) recently passed Resolution -13 - Enshuring Sound Science-Based Animal Health Polocies. The resolution (attached) states lJSAHA's concern regarding the USDA's need to have clear and sound evaluation criteria for scientific studies used to support federal animal health policies ... " It is induced with our comments because the BLM is almost exclusively relying upon the USFS's biased "data" for the Uncompahgre RMP.

The RMP is fundamentally tlawed by using the Probability of Interaction (PoI) Model in its risk assessment. This ill-conceived notion lies at the root of the inaccuracies produced by the Risk of Contact ("RoC") Model utilized by the RLM. Even more inaccurately, contact is almost universally equated with guaranteed disease transmission. While the RMP concedes a lack of confirming research, it selectively cites certain literature to bolster its argument to reduce domestic sheep grazing. Consequently. the RMP is craned with an unfounded and faulty assumption --that contact between bighorn sheep and domestic sheep automatically results in disease transmission and die-offs.

The deliberate bias and inaccuracies built into the RoC is staggering. "The RoC model estimates the probability that foraying bighorn sheep will reach a domestic sheep allotment. However, within an allotment it is not possible to determine where and when domestic sheep would consistently occur or for how long. Use of some areas with an allotment may present less chance of contact with bighorn sheep than others, while some areas may have higher probability of contact. Consequently, because of this uncertainty, the RoC model predicts potential interspecies contact by using the assumption that contact with an allotment result in interspecies contact (K-9)." This assumption is so far removed from the reality of what actually takes place when grazing. that it would be laughable: if not for the fact that the BLM and USFS arc using the results from this flawed process to reduce or eliminate domestic sheep grazing. Further compounding the issue. the BLM cites the unsubstantiated USFS claims in the Snow Mesa EA (K-15). stating that "a disease occurring in a bighorn herd every 25 years or less would result in a high risk to bighorn long term viability and low probability of population persistence." However. both BLM and USFS documents fail to mention that in reality, there has not been any bighorn die-offs or confirmed disease transmission in the Snow Mesa area caused by domestic sheep, despite the fact that domestic and bighorn sheep have both been in the same area for a number of years.

The PoI model notes that in order for the model to be usefuL the number of variables needs to be kept small to retain enough predictive power to be useful (K3). Death in bighorns as a result of pneumonia-causing bacteria is a factorial issue including internal and external such as lack of genetic diverity (inbreeding), nutritional deficits, parasite loads, weather conditions, overall health of the bighorn population, etc.

So, combining the PoI model and the Risk of Contact (RoC) model is of no value, as both models fail to include parameters that would
shift the risk assessment results away from the "'high risk'. category, and instead gives a predetermined and exaggerated risk of contact rating.

The potential for contact is not only quite low but it is also further minimized by best

BLM_0159915

management practices already used by permittees. These measures accomplish the need to balance multiple-use demands with the management practices to support viable populations of bighorn sheep and a healthy domestic sheep industry.

Currently used management practices include constant herder supervision, compliance monitoring, adhering to on/off dates for grazing allotments, removal of sheep after the grazing season, removal of stray domestic sheep, hazing of bighorn sheep nearing domestic sheep flocks, reporting known contact, and cleaning up salting areas upon departure. These guidelines already accomplish temporal and spatial separation.

Furthermore, the herding instinct of range sheep, guiding them to stay in a manageable bunch and not scatter, complements the above-listed practices. Domestic sheep that wander from the main band are much more likely to be killed by a predator than to encounter a bighorn sheep. The bands of ewes have at least one herder with them or within close proximity to them throughout the day, and the sheep are bedded near camp at night to reduce the risk of predator attacks. Herders have been instructed to chase away any bighorn sheep, if they were to see any. Livestock protection dogs also guard the sheep. The livestock protection dogs keep intruders out of the sheep. An intruder is typically a coyote, bear, or lion, but can also be anything the guardian dog does not recognize such as a bighorn sheep. The livestock protection dogs position themselves between the intruder and the domestic sheep to prevent contact. To this end, the BLM has no reason, need, authority nor expertise to dictate the number of livestock dogs recommended by the RMP.

These rigorous practices already present a strong line of defense in preventing contact with bighorn sheep. However, one of the most disturbing aspects of the RMP is that it abandons land and forage management in favor of single species management by prioritizing bighorn sheep populations (despite lack of scientific evidence) over agriculture.

In April 2014, the CWGA, Colorado Parks & Wildlife, Colorado Department of Agriculture, and the BLM and USFS renewed the aforementioned existing MOU. The purpose of the MOU is to provide general guidance for cooperation in reducing contact between domestic and bighorn sheep in order to minimize potential interspecies disease transmission and to ensure healthy bighorn sheep populations while sustaining an economically viable domestic sheep industry in Colorado. The RMP contravenes the cooperative intent of the MOU, and ignores research data from the USDA Agricultural Research Service ("ARS").

Flawed Information Regarding the Potential for Disease Transmission

The RMP clearly demonstrates a bias against domestic sheep, with leading statements such as, "Transmission of M. haemolytica from domestic sheep to bighorn sheep was irrefutable. as demonstrated by Lawrence et al (2010) .... (Kl)" In particular, the Lawrence et al. 2010 study cited in the RMP was not conducted under conditions relevant to reality as it was a pen study which forced the animals to have fence line contact and ultimately to commingle. Additionally, the results of the Lawrence study are misinterpreted and deliberately misused. The Lawrence study simply showed that the domestic sheep and bighorns exchanged respiratory bacteria (just the same as humans would that were standing very close to each other). It did not prove that the green-fluorescent labeled M haemolytica bacteria exchanged from the domestic sheep to the bighorn sheep is what killed the bighorns. It is also important to point out that in order to cause the fluorescent tagged bacteria to show up in the culture dishes and on the slides, researchers had to use antibiotics to kill the other bacteria present in order to be able to photograph the fluorescent tagged bacteria. In other words, the bacteria of interest was selectively and biasedly

BLM_0159916

grown; further evidence that is was likely at a very low level in the animals and not the cause of illness in the bighorn sheep in that study. Researchers also used a greater magnification in the photos within the publication in order to make the fluorescent tagged bacteria more noticeable vs. the other bacteria present. This not-so-subtle manipulation during the research phase, created yet another "study" with a predetermined outcome biased against domestic sheep. To understand the results and implications of the study, we request that the BLM contact Don Knowles, DVM with the USDA Agricultural Research Service (USDA - WSU -Pullman, WA) since he was one of the researchers involved in this project, and is not interested in perpetuating inaccurate information.

Thus far, all of the experiments related to disease transmission have been conducted under laboratory conditions--in pens with controlled conditions and using animals that have been acclimated to those conditions. Such studies are very different from what might actually happen as far as disease transmission on the open range, where herd management practices are designed to avoid domestic-bighorn contact. Available research cited in the RMP focuses on the potential for contact, without looking at a broad scope of what else is going on with the bighorn populations. None of the studies cited in the RMP have proven that bighorn sheep and domestic sheep currently have high risk of contact on the range, or that contact almost inevitably results in disease.

In fact, all captive studies and experiments that have tried to prove Mannheimia haemolytica to be the "bighorn killer," responsible for wild sheep die-offs, were clearly biased and many of the policy decisions that have been made are based on the biased and faulty science. This is obvious from the continued reference to Mannheimia haemolytica research in the Uncompahgre RMP. Supporting this assertion of faulty research is the recent identification of a completely different bacterium (Mycoplasma ovipneumoniae - Movi) that is now identified as being the real cause of bighorn sheep pneumonia. What is clear is that bighorn pneumonia is a complex disease phenomenon and for decades has been, and quite honestly remains, incompletely understood. What is understood, however, that respiratory pneumonia in both livestock and wildlife is stress induced. Most wildlife researchers continue to ignore devastating effects of capture myopathy on bighorns, and the stress creating by handling and putting bighorns in an unfamiliar environment. It's no wonder that bighorns died in the early pen "studies" that were done.

The RMP further states that "no one form of evidence can conclusively demonstrate that bighorn sheep in the wild coming into contact with domestic sheep frequently leads to die-off's; however, taken together, the experiments and observations from the laboratory and the field do indicate that wild bighorn sheep coming into contact with domestic sheep does pose a risk of disease transmission and die-offs in free-ranging bighorn populations." This illogical premise betrays a continued lack of credibility, accountability, and a desire to misrepresent the available facts. As stated herein, the experiments and lab observations are not representative of the actual conditions on the range. They are forced simulations that require close contact in order to ensure transmission of pneumonia-causing bacteria. Furthermore, there is a scarcity of reliable data available from the field; hence, the BLM's reliance on outdated records that have little if any bearing on current conditions. Determining a course of action based on these faulty sources of information would be both illogical and contrary to the Agency's statutory mandates.

The degree of risk of potential disease transmission from domestic sheep to bighorns in open range conditions is unknown and it is not clearly understood even in experimental confinement settings. Forced enclosure experiments ("pen studies") are not indicative of, and do not provide a direct correlation to, what happens in open range situations. Therefore, we strenuously object

to the BLM continued efforts to use bighorn sheep as a means to eliminate domestic sheep grazing on our western rangelands.

Risk of Contact (RoC) Process Crippled by Lack of Data

The BLM is following suit with the U.S. Forest Service by using its flawed modeling process and inaccurate research references. A lack of objective scientific accuracy cripples support for the revocation or reduction of the grazing allotments. The mathematical modeling studies utilized by the U.S. Department of Agriculture Forest Service's Bighorn Sheep Working Group to determine potential contact are fundamentally flawed. By starting with set mathematical formulas using specific mathematical parameters, a conclusion to a possible scenario is generated based on inaccurate input. The obvious problem with this method is in how and what parameters are chosen. Input of inaccurate data will result in the output of inaccurate answers. This modeling method allows the operator to tailor the data in order to fit a preordained conclusion. This same modeling method has been shown to be erroneous in comparisons of simulations to real outcomes. Such issues cause the proposal to fail the standards of quality, integrity, and utility of the Data Quality Act ("DQA") and the best available science standards of the Environmental Species Act ("ESA"). They also run afoul of Presidential orders on scientific integrity and transparency.

The basic flaws of the RoC modeling process are clearly explicated in the RMP itself when it states that '·much of the needed data was not available for individual Colorado bighorn populations. The BLM made the following assumptions ....” Key input factors such as bighorn range and suitable habitat are assumed, while failing to incorporate management practices that discourage or eliminate contact. Not only does the method not qualify as the best available science, but the BLM intends to implement draconian, unfair policies due to these imbalanced and inaccurate predictions. At best, the results are guesswork alone and, by any standard of common sense, should therefore not become the basis of agency policy. The entire Pol I RoC modeling is based on estimates, speculations, assumptions, and pre-determined parameters to arrive at a predetermined outcome of “high risk." There are simply too many facets to this multi-factorial issue, too many assumptions, and too much of selectively omitted input information to make this modeling accurate or useful.

In summary, as the BLM approaches the ongoing concern of contact between bighorn sheep and domestic sheep, the agency's apprehension regarding potential contact relies on a litany of biascd and discouragingly well-established fallacies. Chief among these false premises is a lack of empirical science regarding the potential contact risk of bighorn sheep and domestic sheep. Not only is scientific information regarding rates of contact and potential disease transmission scarce. but the modeling process has too many assumptions to be useful. Furthermore, let's not lose sight of the fact, that the percentage of potential habitat overlap is very small. Consequently, the possibility of contact is minimal, as is the potential for the transmission of any pneumonia causing
bacteria that may or may not negatively impact bighorns. Allowing unscientific studies and flawed modeling to become the bedrock of the anti-grazing movement betrays the bias so deeply ingrained in both the BLM and USFS.

Livestock Grazing and Forage Management

The CWGA has numerous concerns with the RMP. The RMP proposes sweeping changes that do not equally balance grazing, and other multi-use activities with environmental concerns. Additionally, the RMP introduces many subjective concepts (Special Recreation Management

BLM_0159918

Area Targeted Benefits - "restored mind from unwanted stress; improved mental well-being", etc) that clearly favor recreation, and open up the BLM to numerous lawsuits, as it creates very subjective special-use categories for land that is Congressionally mandated as multi-use. The continual splintering and development of additional special designation categories simply creates more regulatory and administrative overburden; and further restricts the BLM' s ability to do crucial on-the-ground activities, such as accurate, and up-to-date range monitoring. Multiple-use activities such as livestock grazing and mineral extraction are economic drivers for local communities and should not be restricted due to environmental extremism and recreation. The RMP wants to further restrict livestock grazing yet fails to provide clear evidence as to why that's necessary; instead, it relies upon numerous, artificially constructed "What-if" scenarios. Despite the voluminous size of this document, it fails to demonstrate the need to reduce aums, or the impacts to the permit renewal process when the RMP is finalized.

BLM' s single-minded approach of always reducing aums, often times ignores actual forage conditions and utilization, by failing to increase aums when range conditions warrant increased utilization. The BLM increasingly relics upon inaccurate computer modeling (bighorn sheep), and artificially created matrices (bighorns and forage manage) to create a pre-determined outcome of reducing/eliminating livestock grazing. We find it egregious for a land management agency to spend more time on administration, modeling, and matrices, than it does meeting monitoring requirements in the field, where the real data exists. For a number of years, the BLM has been severely deficient in fulfilling its role to accurately and fairly monitor range conditions. Determinations regarding forage utilization need to be done in conjunction with the permittee, and monitoring sites need to be indicative of the overall allotment. Additionally, inadequately trained staff (seasonal and/or inexperienced) often times make causal observations that are incorrect, but end up in EAs, EISs, and RMPs. The RMP lacks specificity at a number of levels, and indicates that meeting numerous dubious parameters will be addressed during the permit renewal process, without disclosing the effects on the permittee during the permit renewal process.

Placing restrictions on sheep grazing favors recreation, single-species management (bighorn sheep), and environmental extremism over multiple-use and adaptive range management; and it will only serve to advance a radical agenda to permanently end livestock grazing on our western rangelands. Instead of unilaterally adopting strict policies without permittee input, we urge the BLM to support adaptive management by working actively with the permittees. We strongly urge the BLM to comply with its mandate to manage for multiple-use.

In closing, we would like to reiterate the negative impact that regulatory overburden is having on our members. It's egregious that the government keeps expanding at the administrative level, and every document that comes out is larger than the last. It's incredibly difficult for individuals or small organizations to be able to effectively evaluate and comment on these documents due to the sheer size. sometimes in excess of a thousand pages, not including the dozens of reference documents that should be closely scrutinized for their accuracy. It is imperative that the federal government start streamlining its management processes, in order to effectively focus on on-the ground management of our public lands.

Respectfully,

Angelo Theos

BLM_0159919

500154_PlatzerN_20161101  Organization: Neal Platzer
Received: 11/1/2016 12:00:00 AM
Commenter1: Neal Platzer - Montrose, Colorado 81401 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/15/2016 12:00:00 AM
Attachments: 500154_PlatzerN_20161101.htm (500154_PlatzerN_20161101-388857.htm Size = 3 KB)
UFORMP_500154_PlatzerN_20161101.pdf (500154_PlatzerN_20161101-388856.pdf Size = 89 KB)
Submission Text
Name: Neal Platzer Address: 2849 Lost Creek Rd N, Montrose, CO 81401-7617
Email: nsplatzer@gmail.com Phone: 970-901-2854

1. The land covered in the Uncompahgre RMP Planning Area is very special land for a variety of recreational and grazing uses. This area plus the nearby US Forest service areas have had a wonderful restorative effect on my health since moving here over nine years ago. My health was so bad when I moved here that the only attribute I could grasp was the beauty and solitude when driving back roads. This was still very therapeutic. My health has since improved, largely due to the air quality, water quality and general climate, to the point that I can now also enjoy this area through hiking, mountain biking and snowshoeing. I think maintaining these attributes as we encounter the pressure of more people seeking recreation here is imperative.

2. All of our local public lands in the Western Slope of Colorado, including that in this Draft Resource Management Plan are becoming more popular for recreation, including Jeeping, OHVs, Dirt Biking, Mountain Biking, horseback riding and hiking. Given this growing use, I feel that setting aside all of the areas identified as Lands with Wilderness Characteristics as called out in Alternate B would bring a better balance to the use of this area as all uses and needs for this area grows.

3. As I mentioned in a previous comment specifically related to O&G leasing/development in this region, I believe that this should be limited to private land until a more specific need for access to public land can be shown by the O&G industry. There should be additional protection for Lands with Wilderness Characteristics so that there is no leasing of these lands and that additional restrictions be placed on the nearness to these LwWC so that emissions from any likely neighboring leasing will not impact the pristine nature and air quality of the LwWC areas.

4. In the planning and management of Lands with Wilderness Characteristics, I would like to see in areas where there is access to these lands through trail heads, trail extensions, that more

secure protection from abuse of non-motorized I non-mechanized trails be incorporated into these this development. Although I am sure it is a very small percentage of the recreation industry responsible for this violation and damage, I do see it regularly when out hiking and biking. The standard "no motorized vehicles" sign is usually just a target for some mean-spirited motorized traveler.

5. As this plan receives final revisions and moves to be implemented, I look forward to offering any more thoughts, comments, etc. I also offer time and help if needed for any way I can be of service to adequately protect and manage these precious lands.

500155_GallA_20160914 Organization: Adam Gall
Received: 9/14/2016 12:00:00 AM
Commenter1: Adam Gall - Hotchkiss, Colorado (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/15/2016 12:00:00 AM
Attachments: 500155_GallA_20160914.htm (500155_GallA_20160914-388859.htm Size = 7 KB)
UFORMP_500155_GallA_20160914.pdf (500155_GallA_20160914-388858.pdf Size = 200 KB)
Submission Text
Adam Gall
Timber to Table Guide Service
PO Box 873
Paonia, CO 81428

September 14, 2016

To Whom It May Concern,
My name is Adam Gall and my wife and I are the owners and operators of
Timber to Table Guide Service based out of Hotchkiss, CO. We are a small outfitting
business offering guided elk and mule deer hunts. Our main focus is educating our
hunters about the animals they hunt and the clean, healthy and delicious food they
provide us with. We guide all hunters with a focus on youth, women and first time
hunters. Our hunts take place on the BLM lands of Oak Mesa northeast of Hotchkiss
and some private ground on Sunshine Mesa, directly below Oak Mesa.
As small business owners, we are deeply concerned with the Uncompahgre
Field Office's plan to open up nearly all the BLM ground surrounding the North Fork
Valley to oil and gas leasing as their preferred Alternative D indicates in their draft
Resource Management Plan. The impact this would have on our valley and the
existing businesses would be crushing.

BLM_0159921

Taking a specific look at one location, Oak Mesa falls into the category of
lands available to leasing. Oak Mesa is part of a major migration corridor for elk and
mule deer that come off the Grand Mesa and down into their traditional winter
ranges. The undisturbed habitat of this area allows for healthy big game herds and a
robust hunting economy. Televised hunting shows have taken place here the
hunting is so good. There are no established roads, virtually no habitat
fragmentation and very little human impact other than during hunting season.
Numerous studies exist indicating roads and/or habitat fragmentation as a leading
cause of declining and/or unhealthy ungulate populations. That is exactly what the
oil and gas industry will deliver.

The hunting opportunities one can experience in the North Fork Valley are
world-class. The hunting industry is robust, well-managed and most
importantly ... reliable, year after year, decade after decade. There is no boom and
bust component to the hunting industry.
The concept of sacrificing the stability and reliability of a well established
hunting industry for yet another boom and bust stab at resource extraction is
unacceptable. It flies in the face of the BLM's own initiative of Connecting with
Communities that they have proposed in their own outreach programs. The reason
it flies in our face is because our business community has time and again expressed
no interest in our local public lands being offered up to oil and gas leasing.
Proof of this lies in the fact that our valley has worked hard over the last 5
years to put together our own proposal for oil and gas leasing in the North Fork
Valley. As an invested business owner, I am asking the BLM to choose the
North Fork Alternative B1 and all other reasonable conservation protections
in Alternative B.
I would love the opportunity to discuss this further with you. I can be
reached at 970-527-5430. Thank you for your time.
Sincerely,
Adam Gall
Timber to Table Guide Service

Adam Gall
PO Box873
Paonia, CO 81428

September 14, 2016

Uncompahgre Field Office
2465 Townsend Ave.
Montrose, CO 81401

To Whom It May Concern,

My name is Adam Gall and I, along with my wife and 3 year-old daughter, live on Sunshine Mesa outside of Hotchkiss, Colorado. We choose to live here because of the quality of life it provides our family. Clean water, clean air, safe neighborhoods, abundant wildlife, access to public lands, low traffic, few people ... these are a few of the reasons we feel fortunate to call this place home.

It is frustrating, disappointing and alarming to know the BLM is naming Alternative D as their preferred alternative for oil and gas leasing in the North Fork Valley. Multiple times our community has spoken out against surrounding our communities with oil and gas leases. Yet the BLM continues to ignore what we, the public land owners, keep saying. The reasons for not approving of it now are the same as they were 5 years ago:

First, for our family, our domestic water source is Love Gulch. Love Gulch is directly adjacent to and drains BLM land that would be made available for oil and gas development. The roll of the dice that drilling and hydraulic fracturing can be poses a serious threat to our most vital resource: clean drinking water.

Second, our irrigation water comes from Paonia Reservoir and Fire Mountain Canal. There is already a lot of drilling taking place in the Muddy Creek drainages above Paonia Reservoir. Increased drilling above the entire length of the Fire Mountain Canal (a known slide-prone landscape) poses a huge threat to our valuable irrigation water resource. We grow hay, maintain a fruit orchard, grow cut flowers for commercial sale as well as our own vegetable garden with the irrigation water from Fire Mountain ... and we are just a few of the hundreds of people and crops reliant on this canal.

Third, it is a fact that the mere potential of oil and gas leasing and subsequent exploration/drilling decreases property values. Our home and land is a major financial investment for us. Oak Mesa is predominantly managed by the BLM and sits directly adjacent to the north end of our personal property. Drilling here would, without a doubt, negatively impact the market value of our home. and property.

Fourth, the BLM ground north of us (Oak Mesa) as well as throughout the entire North Fork Valley is world class hunting for elk and mule deer. Every fall, for decades, resident and non-resident hunters alike, venture out onto their public lands with hopes of filling their freezers with some of the finest meat on the planet ... and pump millions of dollars into local economies. The herd health in the North Fork area is robust and a reliable economic driver. This is due largely to the fact that the BLM lands these herds use year round are intact and minimally developed. Oil and gas leasing will undo that quickly as road development and major truck traffic will be necessary. Numerous studies show declining herd numbers with increased roads and habitat fragmentation. Why sacrifice a proven long-term revenue generator benefitting many for the sake of a short-term generator that benefits very few?

Our quality of life in the North Fork Valley does not need to be compromised or diminished by the impacts Alternative D would have on our communities. I am strongly asking the BLM to include all proposed actions in the North Fork Alternative B1 in the final RMP. Our valley does not need nor does it want the boom and bust cycle that resource extraction delivers.

BLM_0159923

I would be happy to discuss this further as I've only touched on a few of the issues that oil and gas development would negatively impact in our valley. I may be reached at 970-527-5430.

Sincerely,
Adam Gall


500156_StahlM_20160729  Organization:  Mary Stahl
Received: 7/29/2016  12:00:00  AM
Commenter1: Mary Stahl - Hotchkiss, Colorado  81419
Organization1:
Commenter Type: Individual
Classification:  Nonsubstantive
Submission  Category: Unique
Submitted  As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500156_StahlM_20160729.htm  (500156_StahlM_20160729-388826.htm  Size = 1 KB)
Submission  Text
July 29, 2016
To BLM or Barb Sharrow
I am writing to express my opposition  to oil  and gas development.
I live on a farm in the North Fork Valley. I live on the same farm my folks bough in 1963. I have lived here my entire life, so I have seen many changes some good and some not so good. Drilling will be disastrous. This valley is so beautiful and unique. We have 56 organic farms in Delta County,  the most in the state. I raise organic herbs to sell and I have dairy goats, chickens and geese.
If you drill here you jeopardize our way of life and health. We don't want our food and water polluted.  Tourists are not going to want to come and see a bunch of oil and gas wells. So this will have an adverse affect on our economy. It will totally  trash our beautiful valley. So I hope your greed will  not overcome you and you will reconsider drilling  here. Thank you for taking the time to read my letter.
Sincerely,
Mary Stahl
13647-3740  Road
Hotchkiss, CO 81419


500157_FindlayK_20161002  Organization:  Kay Findlay
Received: 10/2/2016  12:00:00  AM
Commenter1: Kay Findlay  - Paonia, Colorado  81428
Organization1:
Commenter Type: Individual
Classification:  Nonsubstantive
Submission  Category: Unique

BLM_0159924

Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500157_FindlayK_20161002.htm (500157_FindlayK_20161002-388834.htm  Size = 2 KB)
Submission  Text
October 10,206
Dana Wilson, Uncompahgre Field Office Manager
Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear. Ms. Wilson,
I am writing regarding the resource management plan for the Uncompahgre field office region, specific to the BLM addressing of possible oil and gas development within the greater North Fork area.
I agree with what Thomas Wills wrote in his North Fork Merchant Herald editorial in which he says:
Leasing land in and surrounding the lower and central valley for gas development when geology and many years of exploratory drilling have shown little in the way of commercially viable resources in these areas has little in the way of positives and lots of negatives. Allowing leasing in these marginal areas only creates conflict and damages the developing local agriculture, tourism and retirement economy by creating massive uncertainty. It also damages property values including those parcels with split estate status with the BLM holding the mineral rights. For these reasons, I believe the BLM should adopt the North Fork Alternative Plan, listed in the resource management plan as a sub-heading (B1) under alternative B (the conservative alternative). According to Thomas Wills, this plan is "a reasonable attempt at mitigating the impacts of possible incompatible industrial development that conflicts with existing uses."
Thank you for your time!
Sincerely,
Kay Findlay
PO Box 781
Paonia, CO 81428


500158_CoyleJ_20161020 Organization: Judy Coyle
Received: 10/20/2016 12:00:00 AM
Commenter1: Judy Coyle - Hotchkiss, Colorado 81419 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali

BLM_0159925

Attachments: 500158_CoyleJ_20161020.htm  (500158_CoyleJ_20161020-388838.htm  Size = 3 KB)
Submission Text
Oct. 20, 2016

RMP comments
Bureau of land Management
2465 South Townsend Ave.
Montrose, CO 81401

Dear Committee Members:

I am a resident of Colorado since 1965, and a resident of Hotchkiss since 2001. As a life-long resident of
lithe West", I am aware of the delicate balance between dearth and abundance relating to the weather.
We all must remember that Colorado is high desert, be it snow, rain, heat or wind, the natural elements
drive our economy and affects our well being.
During the last 15 years I have seen many changes to the North Fork Valley, some great, others very
threatening. The growth of our local organic growers, has gained recognition for the quality of food and
wine. This economic base has continued to gain recognition nation-wide, and has buoyed the North Fork
Valley when the collapse of the coal industry threatened the economy of the area.
The effects of divestment from the coal industry are still looming, but clean, renewable energy is our
nation's future. Natural gas is called the cleaner "transitional" energy source for our country. The
negative effects of natural gas extraction are becoming better known, but the long term ramifications
are not understood.
Some of the negative effects of gas extraction are: air pollution, noise pollution, light pollution, wildlife
habitat destruction, road deterioration, but most importantly, this extractive practice threatens and
wastes our WATER.
Residents of "the high desert" are very aware of water is our life-blood.  There is sensitivity toward and
an earnest desire to protect and defend this scarce resource. The waste of water should not be allowed.
The fracking process poisons our precious water and transforms it into hazardous waste. This is a travesty on all counts.
<([#1 [30.3] Please don't make the North Fork Valley a Petri dish for another energy extraction enterprise that will
crash our economy again when the final "transition" to clean renewable energy happens. What

would
remain of our quiet, vibrant community, that lives dose to and respects nature and its gifts, would be
devastated, the ground and water poisoned. Please don't allow this to happen.
Don't buy into the "transition"; let's go straight for the renewable energy sources NOW. Don't put the
people and the land through a damaging middle stage.
#1])> Thank you for your foresighted consideration,


Judy Coyle
PO Box 746
558 Maple Dr.
Hotchkiss, CO 81419


500159_MillerS_20161101  Organization: Sandy Miller
Received: 11/1/2016 12:00:00 AM
Commenter1: Sandy Miller  - Grand Junction, Colorado 81507 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500159_MillerS_20161101.htm (500159_MillerS_20161101-388839.htm  Size = 2 KB)
Submission Text
Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.
Reference page number or section in RMP (optional):
Title of comment (area or trail name): Potter/Monitor Ck area
Name: Sandy Miller
Address: 324 Shadow Lake Ct. GJT, CO 81507
Email (optional): westelk@tds.net Phone (optional):


Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density',

etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel
management, etc):

Even a hot July hike was a great day for my first venture into the Monitor/Potter Creek area. I was struck by two key elements right away = very close to town but so very wild and a place of solitude. It is very important to maintain the areas such as this. It was exciting to observe the geological aspects readily apparent. And to actually see evidence of dinosaur track formations, a rare finding. The fauna is also of note – ponderosa at a low elevation; small leaf cottonwood in abundance, at this elevation. Almost no tamarisk or Russian olive (invasive species) is important to add to the naturalness of the area. I found this to be such a beautiful, natural wild place that needs to be designated and identified as a wilderness area. It expands a current WSA (Camelback), allowing for better management. I value wild areas and applaud the BLM for proposition – A hike in such solitude will draw me back.


Please turn in comments to the BLM by September 1st, 2016
Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP
Or email: uformp@blm.gov


500160_ImlahD_20160808 Organization: Deb Imlah
Received: 8/8/2016 12:00:00 AM
Commenter1: Deb Imlah - Crawford, Colorado 81415 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: mmccarter
Attachments: 500160_ImlahD_20160808.htm (500160_ImlahD_20160808-388840.htm Size = 1 KB)
Submission Text
8-8-16
RMP choice: I urge you to choose North Fork Alternative Plan B1 – and any others that are protective!

Gina Jones
2465 S. Townsend Ave.
Montrose, CO 81401

To Gina,
There is something so special about Crawford, where I am of fortunate to live! I view amazing

vistas as I drive to Austin Family Farms for their beef that never leaves the ranch – as I pick fruit at Delicious Orchards – as I hike everywhere I can see. I literally suffer physical symptoms at the thought of this sustainable idyllic way of life disappearing. Will my granddaughters miss this? Or will you work to preserve it as a model for life in the future?

Thank you for protecting all of us!

Deb Imlah, PO Box 14, Crawford, CO 81415


500161_PellandE_20160803 Organization: Erica Pelland
Received: 8/3/2016 12:00:00 AM
Commenter1: Erica Pelland - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500161_PellandE_20160803.htm (500161_PellandE_20160803-388866.htm Size = 2 KB)
Submission Text
Dear Gina Jones,
As a resident of the Western Slope, I appreciate the quality of life we have here and the opportunity to enjoy the wilderness for all types of recreation. In addition I value the food that is produced in this part of Colorado and want to see the air, water and soil protected for all who live or visit these many amazing valleys. As stewards of the land, we all have a responsibility to preserve what we can by thoroughly researching and considering the implications of any changes which might cause harm or hurt our economy.

Therefore, I cannot support any increase in natural gas wells in the sensitive watershed of the upper North Fork Area totaling an estimated 30,000 acres without any environmental oversight, public input, and is subject to a dubious valuation process. This is irresponsible due to undisclosed chemicals which are in the fracking fluid. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

<([#1 [21.1] It is imperative that the BLM should offer a no lease option which permits no increase in

hydraulic fracturing. If that is not a possibility, then the only option I would reluctantly accept is Alternative Plan Bl. #1])>

Yours Sincerely,
Erica Pelland


Cc: Barb Sharrow, Dana Wilson, Ruth Welch, Gov. John Hickenlooper, Sen. Michael Bennet, Sen. Kerry Donovan

BLM_0159929

500163_BrettE_20161020_FOPT  Organization:  Friends of the Paradise Theatre, Elaine M Brett
Received: 10/20/2016 12:00:00 AM
Commenter1: Elaine M Brett - Paonia, Colorado 81428 (United States)
Organization1:Friends of the Paradise Theatre
Commenter Type: Organization (nonprofit/citizens group)
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison 12/15/2016 12:00:00 AM
Attachments: 500163_BrettE_20161020_FOPT.htm (500163_BrettE_20161020_FOPT-
388860.htm Size = 6 KB)
UFORMP_500163_BrettE_20161020_FOPT.pdf (500163_BrettE_20161020_FOPT-388861.pdf
Size = 173 KB)
Submission Text
Friends of the Paradise Theatre
PO Box 886
Paonia, CO 81428
October 20, 2016

Re: Draft Resource Management Plan for the Uncompahgre Field Office
Subject: Lifestyle and "small town" community

Why is the UFO Resource Management Plan important to an 88-year old historic theater in
Paonia,
Colorado? It is all about our quality of life.

Since its beginning in 1928, the Paradise (originally Paonia) Theatre has been a community
center of the small town of Paonia and for the North Fork Valley. It was the gathering place for
coal miners, farmers and "townies" for movies, music and other entertainment. The narrative for
the application for historic landmark status describes
"As well as showing movies, holding dance parties and allegedly distilling and selling spirits,
[Thomas] Poulos was a community minded man and sponsored events for school pupils of the
North
Fork Valley. At one event, he estimated 1000 guests were in attendance. There is mention in the
Paonian that he donated three evenings of programing to the Community Chest. He hosted Santa
Clause on Christmas Eve and invited all the children from surrounding towns. A Fireman's Ball,
a
free band concert and movie, a benefit for the Paonia Library were all testaments to his civic
responsibility and community spirit."

Today, the Paradise Theatre is owned and operated by a 501( c)(3) nonprofit, The Friends of the
Paradise Theatre. In 2013, we were at risk of our theater closing. Had that happened, we would
have
lost an important part of our heritage and an important piece of Americana. Now, we are proud

to be a part of the revitalization of Grand Ave. in the town of Paonia. We see this hometown treasure as a "heart spot" for our community. It is a gathering place; a place of learning and entertainment; a historic landmark; it is important to the future of our socioeconomic status.

With approximately 50% of Delta County's area dedicated to BLM public land, including lands that
surround our North Fork Valley, the UFO's RMP will have a tremendous impact on our region. If the
public lands are to be used for grazing and recreation, our towns have a chance to develop and grow our agricultural and recreational businesses. We can continue to attract artists and musicians who are
inspired by the landscape. We can remain a respite for urban dwellers and others seeking a peaceful
retreat.

However, should the BLM choose to open the areas surrounding the North Fork Valley to industrial
development, it is the end of life as we know it. Even the mere threat of oil and gas industrialization is contrary to what matters to this community - the small town feel, the inherent value we place on our health, food, water and clean air, our traditions and heritage, our freedom and independence.

We recognize that the sterile act of designating public land for oil and gas development or the paper
exercise of leasing do not in themselves affect the community. However, we have seen here and in other communities that the threat of this type of industrial development has an immediate and lasting effect on real estate, tourism, local economy and the general quality of life.

The threat of 50% of our land being subject to oil and gas development will deter retirees from buying their dream homes. The insinuation of diesel trucks and heavy equipment on our roads will dissuade tourists from considering this area for hiking or biking. The potential for air and water pollution will frighten away organic farmers and healthy food advocates. The desecration of the landscape and the disregard for culture and the arts will discourage artists and entrepreneurs.

By making BLM's public lands in the North Fork Valley available to industrial interests, you will destroy an important piece of Americana.

The BLM's statement in the Socioeconomic Report for the Draft RMP is vague but admirable. "Large variations in the study area, particularly between the UFO planning units, make generalizations about the study area's social and economic conditions complex. Due to the large acreage of public lands in many study area counties, the overall contribution of public lands to local economies may be significant. Influence of public lands at the local level is especially important, particularly in locations where public lands provide a source of employment, such as ranching or energy production, or a significant contribution to quality of life for local residents, such as recreational activities availability or open space preservation. As such, local citizens'

BLM_0159931

concerns, as reflected in the economic strategy workshops will be analyzed during development of the Uncompahgre RMP."

We implore that the BLM consider present and future trends in the socioeconomics of our area. We
recommend that;

1. Oil and gas development not be considered as appropriate use for the area, particularly for the North Fork Valley. The draft RMP should include a "no leasing" alternative.
2. In the least, the BLM should incorporate alternatives Band B.l into the final RMP.
3. In addition, we urge you to designate the Jumbo Mountain area as a Special Recreation Management Area~
4. The BLM must not be swayed by the industry rhetoric which will lead us to yet another "boom & bust" economy at the risk of defacing precious landscapes and compromising our quality of life.

Sincerely,
Elaine M. Brett
On behalf of the Board of Directors
Friends of the Paradise Theatre

FOPT Board of Directors:
Tom Stevens
Elaine Brett
Chris Garre
Erin Jameson
Ben Lehman
Bernadette Steck

500164_PitkinMesaPipelineCo_20161024   Organization: Pitkin Mesa Pipeline Company
Received: 10/24/2016 12:00:00 AM
Commenter1: - Paonia, Colorado 81428 (United States)
Organization1:Pitkin Mesa Pipeline Company
Commenter Type: Private Industry
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/15/2016 12:00:00 AM
Flags:
Attachments: 500164_PitkinMesaPipelineCo_20161024.htm
(500164_PitkinMesaPipelineCo_20161024-388862.htm Size = 6 KB)
UFORMP_500164_PitkinMesaPipelineCo_20161024.pdf
(500164_PitkinMesaPipelineCo_20161024-388863.pdf Size = 164 KB)
Submission Text

Pitkin Mesa Pipeline Company
P.O.B. 402
Paonia, CO 81428

October 24, 2016

Ms. Wilson,

The Pitkin Mesa Pipeline Company is a privately held water company (Public Water System ID CO 0115610) based in Paonia, Colorado. It has been in continuous operation for over 100 years, and supplies domestic water via 195 taps to approximately 500 persons residing on and in close proximity to Pitkin Mesa, just north of Paonia.

Springs supplying our pipeline were adjudicated to the company from a decree filed in 1889. The company collects water from seven springs located on Gunnison Basin Public Lands of the US Forest Service about 9 miles north of Paonia in Sections 14 and 23, T12S, R92W. These springs are primarily fed by subsurface collection of precipitation percolating through talus and glacial deposits into a larger sub-surface groundwater storage in the till deposits. These springs are entirely dependent upon precipitation and surface runoff for their supply and recharge of the underground well system (Wright Engineering Study of 1977, extracting data from U.S. Geological Survey's Professional Paper No. 617 entitled "Quaternary Geology of the Grand and Battlement Mesas Area, Colorado") and do so from an area of greater than 1 square mile.

Our water system was evaluated by the State of Colorado in a Source Water Assessment Report prepared in 2004 and found at that time via susceptibility analysis, physical setting vulnerability and contaminant source threat to be at moderately low risk for contamination. This was, however, well in advance of any major oil and gas activities.

Since then, a Source Water Protection Plan was prepared by the company, filed with the State of Colorado and implemented in 2012. This was done to proactively mitigate surface risks to our water sources.

We note that in public meetings held in Paonia in 2011, Barb Sharrow stated that it was up to individual water districts to protect their own water and that if they did so, the BLM would honor those plans. We thus expect the BLM to do everything possible to allow no leasing within an as yet to be determined radius from our springs. <([#1 [3] [37.2] Further, as a party of interest with a valuable resource we request inclusion in the BLM designation of 'Public Water Sources with Zones of Potential Influence-Table 3-14 in the Draft RMP. #1])>

During the oil and gas lease sale in 2012, available parcels were noted to be in proximity to our springs. One, 6207, was located approximately 7 miles to the east and south of our spring's catchment area, while another, 6191 was located a similar distance west and south. While the proposed RMP does not specifically identify parcels potentially

available for leasing or for inclusion in any unitization proposals, we have significant, legitimate concerns that absent removal of lands within as yet to be determine radius about our springs, any oil and gas activities, including exploration, road building, drilling, tracking, use of silicates or track fluids, building of waste ponds, release of organics including methane, xylene, benzene, as well as any flaring activities could have adverse effects on the quality of an important, salutary

BLM_0159933

and financially valuable domestic water supply. As a result, we request that the agency only seek to lease those lands with a high probability of extracting oil and gas, hence minimizing unnecessary disturbance. <([#2 [37.3] Despite the tremendous importance of this resource to our members, our Board, and the entire North Fork community, we note that the BLM has not included adequate analysis of groundwater resources in the planning area, or in the North Fork Valley specifically. Given the shallow nature of our resources, this lack of analysis is troubling and potentially problematic from source water protection standpoint. As such, we request here that prior to full implementation of the RMP, that the BLM complete and include a full and detailed description of and analysis of potential impacts to groundwater across the UFO resource area, and in particular in the North Fork region in its final Environmental Impact Statement. #2])>

<([#3 [5.1] We request early notification from the BLM of any and all dates for further comment or stakeholder action on the UFO RMP, subsequent lease sales or any unitization plans or formal filings for unitization on any and all lands in proximity to our source waters and request that the agency consider Cooperating Agency status for our organization.
We further request a written reply to this communication addressing our concerns in detail. #3])>

In summary,

1) The board and members of PMPLC have significant concerns regarding the entry of volatile organic compounds, silicate and other particulates emitted from any oil and gas operations within proximity to our source waters. <([#4 [37.1] As such, the board expects the BLM to implement a no-lease/no surface occupancy management regime in an as yet
to be determined radius surrounding our source waters. We request this closure and stipulation be placed into the revised UFO RMP as implemented.
#4])>

<([#5 [37.3] [37.1] 2) The Board requests that in its final Environmental Impact Statement, the BLM include a full, detailed description and analysis of potential impacts to groundwater across the UFO resource area with particular attention given to the North Fork Valley and its environs.

3) The Board requests inclusion in the BLMs designation of 'Public Water Sources with Zones of Potential Influence.'
#5])>

<([#6 [5.2] 4) The Board requests that the BLM consider Cooperating Agency status for PMPLC.
#6])>

Sincerely,
The Board of the Pitkin Mesa Pipeline Company

Cc:
• Ruth Welch, Colorado State BLM Director
• Neil Kornze, BLM National Director
• United States Senator Cory Gardner
• United States Senator Michael Bennet
• Congressman Scott Tipton
• Governor John Hickenlooper

• State Senator Kerry Donovan
• State Representative Millie Hamner
• Delta County BoCC
• Gunnison County BoCC
• Bob Hurford, Division Engineer, Colorado Division of Water Resources
• US Forest Service Paonia Ranger District
• Aaron Clay, JD, PMPLC Counsel

3

500165_TaylorS_20161004  Organization: Sherrion Taylor
Received: 10/4/2016 12:00:00 AM
Commenter1: Sherrion Taylor - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/15/2016 12:00:00 AM
Attachments: 500165_TaylorS_20161004.htm (500165_TaylorS_20161004-388865.htm Size = 2 KB)
UFORMP_500165_TaylorS_20161004.pdf (500165_TaylorS_20161004-388864.pdf Size = 154 KB)
Submission Text
10-4-16
Sherrion Taylor
PO Box 1056, 510 3rd St.
Paonia, CO 81428

Dear BLM
I am writing this letter to inform you that ALTERNATIVE B1, is the best choice for our county (Delta), especially Paonia, CO.

We are home gardeners and eat locally. Please do not ruin our water. It will destroy this community.
Enclosed is an article from "Mother Jones" magazine. I know you are aware of pipeline damage and malfunction.
Respectfully,
Sherrion Taylor
970-596-4480

Fracking Flaws

For years, researchers, environmentalists, and community members living near horizontal

hydraulic fracturing ("fracking") sites have argued that this questionable method of extracting natural gas contaminates drinking water. In 2011, the US Environmental Protection Agency (EPA) published a controversial draft report regarding an investigation of groundwater pollution related to fracking operations near Pavillion, Wyoming. After examining above- and belowground instances of contamination, the report found that fracking processes can contaminate
drinking water. However, EPA scientists were unable to show a widespread, systemic pattern of risk, and the investigation was prematurely withdrawn.

Eventually, one of the EPA scientists leading the original investigation Dominic C. DiGiulio, left the agency for a job at Stanford University. This year, he and Robert B. Jackson· published findings from me Pavillion study in Environmental Science & Technology. Their published findings show that not only did fracking operations pose an above- and belowground risk to drinking water, they strongly affected both. Most significantly, me report showed that natural gas companies in Pavillion have failed to maintain aboveground, unlined pits known as "legacy wells," resulting in local well contamination. Further, the report shows that current fracking in the region can impact and has affected underground sources of drinking water. The natural gas industry has refuted that fracking could affect the water supply, but this research provides evidence to me contrary. Wenonah Hauter, executive director of the environmental nonprofit Food & Water Watch, says, "Had the EPA finalized its own study with similar findings on Pavillion years ago, we might have already turned the corner toward a clean energy future."

500166_WoodruffMortonS_20160915  Organization: Sue Woodruff-Morton
Received: 9/15/2016 12:00:00 AM
Commenter1: Sue Woodruff-Morton - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500166_WoodruffMortonS_20160915.htm
(500166_WoodruffMortonS_20160915-388879.htm Size = 3 KB)
UFORMP_500166_WoodruffMortonS_20160915.pdf (500166_WoodruffMortonS_20160915-388881.pdf Size = 176 KB)
Submission Text
September 15, 2016
I am writing as a concerned citizen of the North Fork Valley. We moved here because my husband has
asthma. Clean air was the reason why? What we also found was a sustainable agriculture community.
Any healthy foods that you could want, were obtainable. It was a community that retirees would want
to live in.

BLM_0159936

There are a number of items that are not addressed in the BLM Resource Management Plan. There is
nothing mentioning how a rural pipeline disaster would be dealt with. We all know what type of disaster
has now happened in Yellowstone. First it was the death of the fish, no one knew why? Then days later
the river was identified as having an oil spill. Then it was the earthquakes in Oklahoma. It seems that
the earthquakes were caused by oil and gas productions, identified because of waste water disposal
wells. The injection of waste water back into the earth. The North Fork Valley is a balanced, finite
ecosystem, with clean water and clean air. Should an oil and gas company be allowed into this area or
any area most defiantly havoc will occur.

What will happen to the economy of an area that has just defined themselves as an agri-tourism
community with the offerings to tourist coming because of the healthy foods, wineries, the arts and
lifestyle? This is a future that can be passed on to the next generations. Coal mining in this valley is not
a viable economic possibility any longer. It was told to us years ago it would run out. Likewise, the gas
companies will run out of gas and the production will stop like the coal companies. We have hill sides
that are decimated. But we can replant them. But if we lose our water due to spills or the ground shakes
do to earthquakes just to mention these two, our economy will not bounce back as it has from coal to
the sustainable community it has become.

The public safety of this community and the health effects have to take precedence to the oil and gas
companies. This community of people have worked hard to make it sustainable and I hope you will
reconsider the selling of gas leases in our rural community. Vote for plan "NO" and stop the possibilities
of oil and gas companies buying any leases on BLM land.

Sincerely A very concerned Citizen,
Sue Woodruff-Morton


500167_MortonG_20161015  Organization: Geoff Morton
Received: 10/15/2016  12:00:00 AM
Commenter1: Geoff Morton - Crawford, Colorado (United States)

Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500167_MortonG_20161015.htm (500167_MortonG_20161015-388882.htm Size = 3 KB)
UFORMP_500167_MortonG_20161015.pdf (500167_MortonG_20161015-388884.pdf Size = 130 KB)
Submission Text
Oct. 15, 20016
Dear Ms Sharrow,
I am writing to you in regard to the RMP that was recently completed about the development of oil and
gas exploration in the North Fork Valley. I have been a resident of Crawford for 16 years and have a
great interest in our beautiful area that is home to organic farming, wineries, orchards as well as a
destination for tourists, hunters and wildlife lovers throughout the country and world as well as the
home of many people who came to live here to enjoy the clean air, rural lifestyle and scenic beauty or
this area.
The possibility of industrial development of our valley via gas and oil exploration is a threat to our life
style, economy, air and water quality, wildlife habitat, recreation and tourism that are an integral part of
our lives and homes. I strongly support the option of no industrial development for oil and gas
exploration because of the following reasons:
1. The potential to poison food sheds and threaten to wipe out food security for the people of the
Western Slope
2. Irreparable damage to clean air, fresh water, organic farms, orchards and vineyards
3. Significant harm to human and animal health
4. loss of our unique bio-diversity
5. Climate change impacts including frequent and longer lasting heat extremes, longer and more
intense wildfire seasons, lower river flows, larger wildfires, water shortages for irrigated agriculture
6. Noise pollution in residential areas
7. Damage to our already limited and over used highway and road systems
8. Dangerous driving conditions on narrow two lane roads
9. loss of tourism, hunting and fishing that our economy depends on
10. Damage to our wildlife and domestic animals
Finally, I would like to point out that this kind of industrial development is totally incompatible,

with our
valleys economy and lifestyle and our pristine climate and environment. The idea of developing these
public lands to create profit for big oil and gas companies at the expense of our valleys economy, lifestyle and environment is abhorrent and would do permanent damage to our way of life.
Please say no to oil and gas development on the public lands of the North Fork Valley.

Sincerely, Geoff Morton,
37767 Polson Road, Crawford CO
970-921-4141
Geoff Morton


500168_CaascadeR_20161024 Organization: Robyn Cascade
Received: 10/24/2016 12:00:00 AM
Commenter1: Robyn Cascade - Ridgeway, Colorado 81432 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500168_CaascadeR_20161024.htm (500168_CaascadeR_20161024-388886.htm Size = 2 KB)
UFORMP_500168_CascadeR_20161024.pdf (500168_CaascadeR_20161024-388887.pdf Size = 170 KB)
Submission Text
Name: Robyn Cascade
Address: 575 Sabeta Dr. Ridgeway, CO 81432
Email (optional): casbyn813@gmail.com Phone (optional):

Consider answering one or more of these questions:
(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):
(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential
data and resource knowledge when possible):
(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific
where possible, and think in terms of "cause" and "effect"):
(4) Additional Comments (Please consider adding comments on adjacent or overlapping routes/areas, travel
management, etc):

BLM_0159939

I am writing to specifically request that no matter what proposed alternative is chosen/ reserved as the final document, that the B.1 Alternative (aka the North Fork Alternative) be integral to the final RMP. I buy much of my food from organic growers in the North Fork. I also Know there are wineries and ranches in the region. All this agricultural land is essential to our local food supply and economy on the western slope (and throughout Colorado). Please do not compromise our food by allowing oil and gas leasing in the North Fork. In addition, I value the recreational opportunities as the scenic values that abound in the North Fork Valley. Please do not jeopardize these additional resources by opening the area to additional oil and gas leasing. Thank you for the opportunity to comment.

500170_ChavezJ_20161028  Organization: Jennifer Chavez
Received: 10/28/2016  12:00:00  AM
Commenter1: Jennifer Chavez - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison  12/16/2016  12:00:00  AM
Attachments: 500170_ChavezJ_20161028.htm (500170_ChavezJ_20161028-388890.htm  Size = 2 KB)
UFORMP_500170_ChavezJ_20161028.pdf (500170_ChavezJ_20161028-388889.pdf  Size = 105 KB)
Submission Text
Jennifer Chavez
Paonia, CO 81428
October 28, 2016

Dear BLM-UFO Staff and RMP Comment Team,

I am a resident of Paonia, CO and I live in town. I teach at North Fork Community  Montessori School in Hotchkiss, CO. I am a mother of a 5 and 6 year old. I have lived in the valley for over 10 years and worked one summer for the US Forest Service in the Raggeds Wilderness Area. I am writing to express my support for the inclusion of Alt B 1 into the final Resource Management Plan. It balances the development of our natural resources without threatening our way of life.

Public lands access for hunting, camping, fishing and travel, as well as plentiful and healthy habitat are critical components that help sustain the multi-million-dollar hunting industry in the area. The final plan should include ecological emphasis areas for all critical winter habitat within the North Fork Valley. The final plan should also include the protections of B1 which prohibits

surface activities in critical wildlife habitat, and includes both No Leasing and No Surface Occupancy setbacks from streams, riparian areas, and water bodies.

I agree with Appendix D when it talks about the importance of connectivity between the wilderness areas.

The BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally driven
proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope. Please help us protect where we live.

Sincerely,

Jennifer Chavez


500171_WeltyT_20161028 Organization: Trudy Welty
Received: 10/28/2016 12:00:00 AM
Commenter1: Trudy Welty - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500171_WeltyT_20161028.htm (500171_WeltyT_20161028-388891.htm Size = 3 KB)
UFORMP_500171_WeltyT_20161028.pdf (500171_WeltyT_20161028-388892.pdf Size = 175 KB)
Submission Text
Trudy Welty
Paonia, Colorado
81428
October 28, 2016

Dear BLM-UFO Staff and RMP Comment Team,

Please fully consider the issues raised in these comments on the Uncompahgre Field Office 'draft Resource
Management Plan. As presented, none of the alternatives offer the level of protection these lands warrant, that communities and the public in your planning area have specifically asked for and favored, and which federal law requires.

As a resident, with family lineage that has been orchard farmers in the North Fork Valley since the 1920s. I live here for the clean water, the organic foods grown, and clean air for my health and well being.

I have attended the meetings presented both by the BLM and by other professionals who have presented the facts inparticular about the affects of fracking on water resources and contamination.

I support a no leasing policy. I would hope that Delta County would be courageous enough to adopt this policy.
My reasons:

There is no investigation as to the affects elsewhere in Colo. and the results that the land, people and animals have suffered since fracking was allowed many years ago Rifle Col. New Raymer Colo. to name a few.

There are not enough regulations of hydraulic fracking to prevent ground water contaminations. The records show how many splits in 2015. 615 spills. That affected and resulted in contamination of waters and livestock.
There is no goo analysis to the radioactive material that comes up with wastewater.

Paonia secured its source water plans which was not taken into consideration and which the BLM is required to honor this protection plan.

Water is scarce and drought conditions would leave many farms and towns without water.
There is a lot of information that the BLM gathered. Still not enough to cover the important aspects for protection of these lands. And not enough say no the fracking for the health and well-being of land, animals and humans. The result of fracking on the Eastern slope has been documented as having tremendous health affects on children and adults. The land is a waste land and will contribute to a dust bowl. As an example that bad not been considered.
In attending the BLM presentation in Hotchkiss, one employee said "we have only issued 38 leases in so many years" My response is: " that is 38 too many. " To jeopardize the future of the land which will affect the future of this country and leave no food or water for the young ones of which to survive is not being protectors of land.
Please do not let this precious land which houses organic farms for the US be destroyed by Big Money.
Again. I implore you to adopt NO FRACKING. in the North Fork Valley as the alternative.

Sincerely,
Trudy Welty
Very concerned Citizen


500172_ChapmanJ_20161022  Organization: Janet Chapman
Received: 10/22/2016 12:00:00 AM
Commenter1: Janet Chapman - Montrose, Colorado 81403 (United States)
Organization1:

BLM_0159942

Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500172_ChapmanJ_20161022.htm (500172_ChapmanJ_20161022-388894.htm
Size = 1 KB)
UFORMP_500172_ChapmanJ_20161022.pdf (500172_ChapmanJ_20161022-388893.pdf Size =
194 KB)
Submission Text
October 22 2016
60711 W Oak Grove
Montrose, CO 81403

To whom it may concern:
I hope you are concerned and are with. Besides climate change being a threat, man is a threat to
the ecology of our wild lands. Please limit the leasing of oil and gas in the Resource
Management Plan for Uncompahgre region. Your long term management plan is wise to protect
our public lands for the future.
Thank you,
Janet Chapman

P.S. I am an active UVA member of Uncompahgre Valley Association, WCC Western Colorado
Congress, WORC Western Organization of Resource Council and attend meetings of Colorado
River District.

500173_StopherGriffinE_20161019 Organization: Emma Stopher-Griffin
Received: 10/19/2016 12:00:00 AM
Commenter1: Emma Stopher-Griffin  - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500173_StopherGriffinE_20161019.htm (500173_StopherGriffinE_20161019-
388895.htm Size = 3 KB)
UFORMP_500173_StopherGriffinE_20161019.pdf (500173_StopherGriffinE_20161019-
388896.pdf Size = 123 KB)
Submission Text
Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by a web of public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I am opposed not only because I live in Hotchkiss but I also run a local food business that would be greatly impacted by oil and gas. It is not just the potential of contamination that would hurt my growing business; it is also the perspective of having oil and gas near our farms that thousands of my customers in Aspen, Glenwood Springs, Carbondale, Basalt, Crested Butte, and Gunnison would have. My customers buy local food from us because it is good, clean and fair. By allowing oil and gas in the public lands at the top of our watershed and near our farms that would compromise the good and clean aspect of what we offer, potentially killing my business completely.

I am writing to urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

I am in my late 20s and moved to Delta County to build a life here. I have a successful business that is growing and supporting many others farms and businesses in the area; Please adopt a no-lease alternative and allow my family and my business to stay in the area and thrive.

Thank you,
Emma Stopher-Griffin


500174_DudleyK_20161029  Organization: Krista Dudley
Received: 10/29/2016 12:00:00 AM
Commenter1: Krista Dudley - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique

BLM_0159944

Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500174_DudleyK_20161029.htm (500174_DudleyK_20161029-388897.htm Size = 2 KB)
UFORMP_500174_DudleyK_20161029.pdf (500174_DudleyK_20161029-388898.pdf Size = 111 KB)
Submission Text
Krista Dudley
Paonia, CO 81428
10/29/2016

Dear BLM-UFO Staff and RMP Comment Team,
Please fully consider the issues raised in these comments on the Uncompahgre Field Office draft
Resource Management Plan. As presented, none of the alternatives offer the level of protection these
lands warrant, that communities and the public in your planning area have specifically asked for and
favored, and which federal law requires.

I recently moved to Colorado from the state of Washington. Part of the allure to the North Folk
Valley for me was the clean air, water, fertile land and the small organic farms. Upon moving
here I was appalled to learn about the possibility of fracking in this pristine valley. In reviewing
BLM's proposed alternatives that were presented to the community, I was appalled to discover in
the "preferred" alternative, Alternative D, that 95% of the planning area is being allowed to be
leased to oil and gas companies including most of the parcels that were nominated in the 2009
30,000 acre proposal.

I am requesting that the final Resource Management Plan should:
• Include a no-leasing alternative, to adequately evaluate the full range of reasonable
management plans.
• Include a sub-alternative for each alternative (Al, Cl, Dl) as was created for Alternative B, so
the North Fork Alternative Plan can be properly evaluated against each proposed alternative.

Without having considered a no-leasing alternative, nor considering how the North Fork Alternative
Plan would be carried out if included in the preferred alternative, the draft RMP fails to fulfill it's
duty to consider the full range of reasonable management possibilities.
It is my hope and request to keep fracking out of the North Folk Valley and to continue to work
together to find alternative solutions that will keep our air and waters clean so that this valley might
continue to provide a variety of organic food sources for generations to come.

Sincerely,

BLM_0159945

Krista Dudley

500175_NicholsS_20161027  Organization: Sydney Nichols
Received: 10/27/2016 12:00:00 AM
Commenter1: Sydney Nichols - Crawford, Colorado 81415 (United States)
Organization1:
Commenter2: Keith Nichols - Crawford, Colorado 81415 (United States)
Organization2:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500175_NicholsS_20161027.htm (500175_NicholsS_20161027-388899.htm Size
= 5 KB)
UFORMP_500175_NicholsS_20161027.pdf (500175_NicholsS_20161027-388902.pdf Size =
147 KB)
Submission Text
Sydney and Keith Nichols
78344 Black Bear Trail
Crawford, CO 81415

BLM, Uncompahgre Field Office
2465 So. Townsend Ave.
Montrose, CO 81401

October 27, 2016

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,
This letter is to request that you reconsider the issues raised below regarding the
Uncompahgre Field Office draft Resource Management Plan. As presented by BLM, Alternative
D, the agency's "preferred" RMP alternative, fails to provide the level of protection needed by
the North Fork Valley. Communities and the public in your planning area have specifically
asked for and favored such protection, as required by federal law.

Alternative D allows 95% of the planning area to be leased to oil and gas companies,
including most of the parcels that were nominated in the 2009 30,000 acre proposal. The areas
set aside for leasing under this alternative are extremely close to the three communities of the
North Fork Valley- Paonia, Crawford, and Hotchkiss. This alternative fails to consider the
uniqueness of the North Fork Valley, a rare, unique and unrivaled agricultural area containing
numerous vineyards, orchards and vegetable growing operations, and has the highest
concentration of organic farms in Colorado. This group of communities is in need of protection

from the potential damage of hydraulic fracturing and multi-drilling technologies, injection wells, the potential for earthquakes, and contamination of aquifers.

The area is a rapidly developing center of Colorado tourism, part of which are the many bicycling opportunities. During the summer, Sydney leads bicycling tours weekly and has guided commercial bike rides for out of state visitors. The attraction for these riders is the amazing beauty and magnificent views, which would be significantly diminished by oil and gas development. During the winter, we have unparalleled routes for back country skiing, many of which go through the areas the BLM's preferred alternative sets aside for lease development. Lastly, we have out of state friends who visit the area to avail themselves of the Gold Medal fishing and prized big game hunting. This benefits the local community as well as the economy and tourism of the economy state. As extraction of oil and gas proceeds in this area, much of the fish and game will disappear.

In addition, the BLM' s preferred alternative lacks a human health impact assessment. Since BLM first began developing the RMP, there have been hundreds of peer reviewed scientific articles on all aspects of toxins related to unconventional oil and gas production, including studies from public departments of health, major universities, and other health oriented groups.

On a personal level, Sydney has had asthma since childhood, which can be triggered by any number of sources related to oil and gas development. We moved here for the air quality which was exceptionally clean. Sydney had virtually no asthma attacks for the first decade we were here. In addition, we buy and consume many of the local award-winning organic fruits, vegetables, and wines of the North Fork Valley. Many of these farms lie along the north fork watershed and could lose their organic certification as a result of air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.

We believe it incumbent on BLM, and specifically your team, to factor in these potential impacts of oil and gas development on the health and quality of life of the residents of the North Fork Valley, most of whom live closely downwind and downstream of the proposed leasing area. Many of these communities have Water Source Protection Plans, which we believe by their very nature and intent must be considered when developing a RMP for the area.

Production of oil and gas is not the issue here, but rather the areas set aside for such activity. Such development needs to carries out in areas where the potential impact will be felt by far fewer people, communities, wildlife, and local tourism and industries. Alternative B-1 to the RMP, also known as the North Fork Alternative, does not prohibit oil and gas development, but it does shift such activity to low impact areas, specifically protecting the North Fork Valley. The area has spent decades developing its organic farming, award winning wine and vinyards, and tourism. All of this will be in jeopardy under the BLM's preferred alternative RMP. Without having considered a no-leasing alternative, nor considering how the North Fork Alternative Plan would be carried out if included in the preferred alternative, the draft RMP fails to fulfill its duty to consider the full range of reasonable management possibilities. We urge you to reconsider these options.
Sincerely,

Sydney and Keith Nichols

500176_StewartC_20161027_TownOfPaonia  Organization: Town of Paonia, Charles Stewart
Received: 10/27/2016 12:00:00 AM
Commenter1: Charles Stewart - Paonia, Colorado 81428 (United States)
Organization1:Town of Paonia
Commenter Type: Local Government
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500176_StewartC_20161027_TownOfPaonia.htm
(500176_StewartC_20161027_TownOfPaonia-388904.htm  Size = 12 KB)
UFORMP_500176_StewartC_20161027_TownOfPaonia.pdf
(500176_StewartC_20161027_TownOfPaonia-388903.pdf  Size = 342 KB)
Submission Text
Town of Paonia
www.townofpaonia.com

October 27, 2016

To Whom it May Concern:

The Town of Paonia would sincerely like to thank the Bureau of Land Management
(BLM) Uncompahgre Field Office for including the North Fork Alternative (B1) in the recent
draft Resource Management Plan (RMP). <([#1 [5.3] The Town respectfully requests that the
BLM adopt
the North Fork Alternative Plan into the final Resource Management Plan for public lands and
federal minerals in the North Fork Valley. This plan is a community driven effort that provides a
management framework for oil and gas leasing and development that is highly protective of the
North Fork Valley's many important features and resources including a thriving agricultural
economy, scenic vistas, and healthy populations of wildlife and game. #1])> The BLM must
adopt
management that protects these resources which make Paonia and the North Fork Valley such a
special place. Inappropriate development over the next twenty years has great potential to cause
air and water pollution, which would significantly degrade Paonia residents' high quality of life.
The Town of Paonia is a municipal water company, Public Water System ID #CO 0115601. It
has been in continuous operation since Paonia incorporated in 1902. Paonia supplies water to
approximately 1631 taps through 1099 accounts with an averaged equivalent of 3300 residents
both in town and outside of town limits, including 27 private water companies.

<([#2 [37.1] [37.5] Paonia's water is acquired via 38 springs and the Town passed Watershed
Ordinance 2003-02 on
February 25, 2003. There is established by the Town of Paonia, Colorado a Watershed

Designation ("Watershed") pursuant to Colorado Revised Statutes (C.R.S) 31-15-707(1 )(b). The Watershed is that area in which the Town shall exercise its powers to maintain and protect the Town's waterworks from injury and the Town's water supply from pollution. This Watershed is created under the authority granted in C.R.S 31-15-707(1)(b ), as amended. The Watershed and these regulations are created only for the purpose of protecting the Town's waterworks and water supply. Furthermore, Paonia has also created a Source Water Protection Plan which the BLM needs to consider in the determination of the final RMP. The planning team for the source water protection plan recommended "Source Water Protection Best Management Practices" be considered for implementation by several agencies, including the BLM. The North Fork Alternative stipulates a buffer of oil and gas surface activities within a half of a mile from all source water supplies. The Town of Paonia is voluntarily committed to applying source water assessment and protection principles to finding and protecting new water sources in the future. This is part of the larger ongoing commitment to providing the highest quality drinking water to local residents. The Town of Paonia asks that, in order to protect the quality and quantity of our domestic water, the final UFO RMP include all buffers and oil and gas restriction recommendations in the Source Water Protection Plan and Alternative Bl. #2])>

In addition to drinking water, irrigation water is a major concern in and around the Town of Paonia. Irrigation waters are used not only for animals but the farms and orchards that are highly regarded throughout the state for providing high quality products. Many of these farms and orchards are certified organic and any contamination would jeopardize this certification. The Town's economic diversity relies upon the agricultural industry in the North Fork Valley.

Unforeseen contamination could significantly impact the land and subsequently the agricultural industry that is so vital to the economic stability of this area. Mineral leasing and severance tax funds will not compensate for the loss of agricultural endeavors and its attributed labor force. The North Fork Alternative, B 1, provides protections that would ensure that all agricultural irrigation waters would be protected through the buffer that is stipulated in the the plan. Any proposed areas that could become open for leasing in the final RMP that are on or near critical wildlife habitat, such as the Roeber State Wildlife Area which is designated as a critical habitat area by the Division of Wildlife, should be protected from any potential negative impacts from oil and gas development. This particular area is a fawning area for deer and is closed in the winter. Any human disturbance could affect the wildlife reproduction or migration that is being protected here. The Town has a vested interest in the hunting and recreational activities that take place in proximity to these wildlife areas as these types of activities create an economic interest for residents and draw visitors to the area.

Furthermore, areas that are in close proximity to town limits which are used for recreation must be protected from potential damage due to oil and gas development. In addition to the concerns about the impacts on local recreation areas, any potential development that would be accessed by Town of Paonia streets would severely impact our already degrading roads. Heavy truck traffic is cause for concern at the municipal level. Not only would the increase in traffic cause real damage to the surfaces of our roads, there would be an increase in exhaust fumes and dust which would settle into the valley and deteriorate air quality.

<([#3 [18.3] The Town is very concerned about potential health risks associated with natural gas

development and is concerned that the BLM has not adequately addressed the potential for lasting negative impacts on the citizens of the North Fork Valley if the quality of the air and water in this area were to be compromised due to increased pollutants that come from the drilling process. In the words of a lead researcher from Johns Hopkins Bloomberg School of Public Health, Brian Schwartz "The first few studies have all shown health impacts," he says. "Policymakers need to consider findings like these in thinking about how they allow this industry to go forward."1 #3])> The Town of Paonia has long been committed to providing a high quality of life

for all of the people that call this area home. This quality of life is directly impacted by the quality of air and water in the North Fork Valley. The Town urges the BLM to make decisions using the best available data, as this is a requirement of the National Environmental Protection Act (NEP A). Current information gathered in 2010 needs to be updated as many factors have changed in the North Fork Valley in the past 6 years, including the structure of our economy. Anything that threatens the health of our citizens is not congruent with the quality of life that the Town of Paonia is committed to maintaining for generations to come.

The Town of Paonia has a long legacy of mining and the safety and welfare of the men and women that work in this industry is of foremost concern to the Town. The Town of Paonia is opposed to any industry that would further degrade or risk the coal mining business in this valley. The coal mining industry has worked in harmony with all other industries that have been growing in this area. The mines have invested in the community and given jobs to generations of families. Due to the unknown risks associated with nearby oil and gas development, the Town of Paonia supports limiting the areas where oil and gas development are allowed within our local area.

Livestock grazing is also an important economic activity in the Resource Planning area. Livestock grazing on BLM managed public lands is very important to the sustainability of ranches in Delta County. The livestock grazing on these public lands provides spring, fall and winter grazing for these ranches. The elimination of livestock grazing or reduction in use could affect the viability of these ranches. Any proposed elimination or reduction in use must be based on documented trends in rangeland conditions. If range resource conditions have been identified to be unsatisfactory, strategies for improved management should be considered before livestock grazing reductions are considered. If reductions in livestock grazing are considered the analysis must also evaluate the economic impacts of these reductions on the individual ranch operation and on the county. The base ranch operations for ranches holding public land grazing permits are providing significant amounts of open space and wildlife habitat. If ranches are forced to graze the private lands more heavily or to sell out due to livestock reductions, what impacts will this have on conditions on these private lands? The Town of Paonia does not support any alternative that eliminates or reduces livestock grazing unless there is a documented problem in rangeland conditions that cannot be resolved with improved management.

<([#4 [27.1] Finally, the Town of Paonia strongly encourages the BLM to designate Jumbo Mountain
as a Special Recreation Management Area (SRMA) and manage it as such. #4])> This designation
would allow an area that is already being predominantly used for recreation, such as hiking,

biking, equestrian and ATV use to be managed and maintained for the quality of these uses, as well as historical uses such as hunting and grazing. Management of this area should benefit from BLM resources that will ensure that the trails remain safe and that residents and visitors will enjoy a high-quality experience. The economic growth surrounding recreation activities in our valley is substantial and valuable to the community as it supports multiple businesses throughout town that provide lodging, food, services and goods to the growing numbers of people that are visiting this area in order to access the beautiful trails and public lands that surround the town. The current lack of a management for Jumbo Mountain and user created trails are not sustainable. In order to ensure that trails are well maintained and that the area is managed correctly for decades to come, we urge the BLM to designate and manage the full BLM Jumbo Mountain unit as a Special Recreation Management Area. The final plan should also include an Ecological Emphasis Area to protect critical winter mule deer and elk habitat.

The Town of Paonia would again like to thank the BLM for the ongoing efforts of the Uncompahgre Field Office to develop a reasonable Resource Management Plan that safeguards all resources in the North Fork Valley. Specifically, we appreciate the inclusion of the North Fork Alternative as part of the draft RMP. This locally driven proposal ensures protection of the entire Gunnison Watershed, supports farmers, protects public health, sustains ecological wellbeing
and allows for continued building of a sustainable rural economy. We again request that the BLM adopt the North Fork Alternative B 1 in the final RMP as it is the only alternative that thoroughly addresses the issues identified in this letter.
Sincerely,

Charles Stewart
Mayor
On behalf of the Town of Paonia Board of Trustees

Footnotes
1. October, 2015 Johns Hopkins Study Links Fracking to Premature Births, High Risk Pregnancies. http://hub.jhu.edu/2015/10/12/fracking-pregnancy-risks/

500178_PitterleM_20161028 Organization: Marlyn Pitterle
Received: 10/28/2016 12:00:00 AM
Commenter1: Marlyn Pitterle - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500178_PitterleM_20161028.htm (500178_PitterleM_20161028-388907.htm Size = 1 KB)
UFORMP_500178_PitterleM_20161029.pdf (500178_PitterleM_20161028-388906.pdf Size =

161 KB)
Submission Text
Oct. 28, 16
Dear BLM,
I am writing this letter to ask you to please STOP the leasing of our forest to the gas and oil companies. We who have lived here for 30 plus years are very concerned for our way of life. Please do not allow them to poison our water and the air we breathe. Please stop the leasing and do not allow alternative leasing. You also need to impose a moratorium on oil and gas leasing. It seems to be the general consensus that only Democrats don't want this, while I am a Republican and I do not want oil and gas anywhere in our county. We moved here for the way things are, we are not miners and had to travel to the Roaring Fork for work. We did it and so can anyone else who needs work. I love this place and would live to watch my grandchildren grow up here and get the luxury of drinking the water and breathing clean air. Please hear the cry of Delta County and DO NOT ALLOW THIS.
Sincerely,
Marlyn Pitterle


500179_CransonA_20161028  Organization: Anateya Cranson
Received: 10/22/2016 12:00:00 AM
Commenter1: Anateya Cranson - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500179_CransonA_20161028.htm (500179_CransonA_20161028-388909.htm Size = 1 KB)
UFORMP_500179_CransonA_20161028.pdf (500179_CransonA_20161028-388908.pdf Size = 64 KB)
Submission Text
10/22/16
To: BLM
I love where I live and live here for 26 years. Developing and fracking here not only will infringe on my way of life but also threaten my health and the health of my loved ones and our farm. A leasing ban should be put on all potential leasing properties. Please respect this land and the people who live near it and their need for clean water and air.
Sincerely,
Anateya Cranson
15495 Black Bridge Rd.
Paonia, CO 81428


500180_VorysL_20161101  Organization: L Vorys
Received: 11/1/2016 12:00:00 AM

Commenter1: L Vorys - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500180_VorysL_20161101.htm (500180_VorysL_20161101-388911.htm Size = 1 KB)
UFORMP_500180_VorysL.pdf (500180_VorysL_20161101-388910.pdf Size = 127 KB)
Submission Text
RMP comments
Bureau of Land Management

To BLM
I don't want my family to be poisoned by oil and gas development and fracking which will pollute the air and water. So please make a no-leasing rule for the land under consideration.
L. Vorys
15521 Black Bridge Rd.
Paonia, CO 81428


500182_CarlsonN_20161020  Organization: Nancy Carlson
Received: 10/20/2016 12:00:00 AM
Commenter1: Nancy Carlson - Hotchkiss, Colorado 81419 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500182_CarlsonN_20161020.htm (500182_CarlsonN_20161020-388913.htm Size = 5 KB)
UFORMP_500182_CarlsonN_20161020.pdf (500182_CarlsonN_20161020-388915.pdf Size = 129 KB)
Submission Text
Nancy Carlson
11498 3150 Road
Hotchkiss, CO 81419


October 20, 2016

RMP Project Manager

BLM_0159953

2465 South Townsend Avenue
Montrose, CO 81401

RE: Resource Management Plan Comments

Project Manager,
I appreciate the opportunity to submit comments on the Uncompahgre Field Office's (UFO) Draft Resource Management Plan (RMP) Revision and Environmental Impact Statement. I and my agricultural colleagues continue to support full multiple use opportunities balanced against the positive and negative impacts and the protection of private property rights within the UFO area.

I feel that Alternative C with some changes discussed below is the best option. I feel it best preserves a greater amount of multiple use and protection of private party rights within the plan. It also provides a greater separation between broad requirements and site specific issues that should only be addressed during the review of proposed site specific activities. Alternative C, therefore, allows for greater flexibility for the public and the BLM to address and regulate those sight specific requirements through various then current permitting processes.
The few portions of Alternative C that I believe should be changed or removed are noted below and identified by the page and corresponding line number in Table 2.2 (Description of Alternatives) in Chapter 2 of the proposed RMP.

Special Status Terrestrial Wild Life
o Page 2-95, Line 152, designate defined habitats as species occupied habitats. Without that specific notation, non-occupied habitats could become un-necessarily extensive and restrictive.

o Page 2-102-105, Line 161-167, Gunnison Sage Grouse,. Need to write language that allows for range improvements. When Alternative C says no permanent structures, that includes range improvements.


• Land Health
o Page 2-25, Line 24, Given the lower precipitation rate over the entire UFO resource area, it is more realistic to manage for upward trend for land health

o Page 2-27, Line 26, add recreation to actions that can cause land health problems

o Page 2-164, Line 295, maintain the ability to increase AUMs

o Page 2-165, Line 297, before acreage is removed for AUM on ACEC, write language in to change management of livestock use. Increase the flexibility of management.

o Page 2-166, Line 299, define that trailing livestock is not the same as gathering and moving livestock from pasture to pasture.

o Page 2-169, Line 303, add Colorado Resource Monitoring Imitative to the list of plans to base

BLM_0159954

decisions on. In addition, include the MOU with CCA, CWGA, BLM, Department of Ag.

o Page 2-167, Line 300, no mention of using livestock as tool for vegetation treatments. Targeted grazing is an economical, viable tool and has been extensively researched to benefit sage grouse and big game habitat. In addition, targeted livestock grazing has been successfully used to extend the life of mechanical vegetation treatments on oak brush and other shrubs.

o Page 2-167, Line 301, No permits or allotments should be closed.

o Page 2-172, Line 306, Major ecological damage does not equate to maintaining range improvements

o Page 2-172, Line 307, alternative c is more feasible and allows for the sustainability of multi-generational use of working landscapes

o Data indicates that grazing as a land use in the UFO is not strictly for traditional and cultural importance, it contributes to the overall economic well-being of Delta County. This is a more accurate way to reflect livestock grazing in the RMP.

o IMPLAN calculates economic impact based on forage used in the UFO; however additional analysis needs to include the value of the livestock for the entire year. Livestock grazing within the UFO fills a critical winter and spring niche that is vital to the overall economic health of the livestock industry and thus Delta County. If livestock grazing is reduced within the UFO, the operating costs increase for livestock operators and thus increase the likelihood of producers scaling back and reducing numbers.

I would appreciate your taking time for serious consideration as to the agricultural economic impact the proposed changes will have, if it is not Alternative C with modifications.
Sincerely,
1/7~

500184_LangeU_20161027 Organization: Ulrich Lange
Received: 10/27/2016 12:00:00 AM
Commenter1: Ulrich Lange - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500184_LangeU_20161027.htm (500184_LangeU_20161027-388916.htm Size = 2 KB)

UFORMP_500184_LangeU_20161027.pdf (500184_LangeU_20161027-388918.pdf  Size = 111 KB)
Submission Text
Ulrich Lange
40085 Cedar Drive
Paonia, CO 81428
October 27, 2016

Dear Ms. Wilson:
My wife Inge and I live on Pitkin Mesa overlooking the beautiful North Fork Valley around Paonia. We appreciate the beauty of the area and like to keep it that way.
At the same time we realize that we must make use of our mineral resources as long as they benefit our country and can be recovered in the safest way possible. As a former mining engineer I have been involved in the sometimes controversial business of coal mining in various parts of the US. In order to minimize any potential negative impact on the area around mining and drilling activities we expect the government to do its job in securing safety measures on the highest level. As just one example, amongst other things, the gas/oil industry must reveal the components and handling of all "fracking" fluids throughout the entire process of drilling and production. And that is not all.

In addition, the BLM should change its policy in leasing lands to interested parties without paying attention to the potential presence of mineable resources. This leads to social community unrest in the area of potential leasing and helps the gas/oil industry to use such land holdings for speculative purposes only. Such practice cannot be in the interest of our country and must be stopped. The Geological Services of the State of Colorado and the Federal Government must get involved in providing their professional opinions before final decisions are being made. During various conversations with geologists of the Colorado Geological Service I was told that they were not allowed to voice their opinion publicly. This troubles me.

Since the BLM plans to lease lands in the Paonia - Hotchkiss - Crawford triangle which, according to expert geologists, do not show any presence of oil/gas resources I strongly support the North Fork Alternative Management Plan (Alternative B.l).
Please Let me know your comments which I would greatly appreciate.

Sincerely,
Ulrich Lange


500185_WilliamsS_20161027  Organization: Sheelagh Williams
Received: 10/27/2016 12:00:00 AM
Commenter1: Sheelagh Williams - Ridgway, Colorado 81432 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique

Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500185_WilliamsS_20161027.htm  (500185_WilliamsS_20161027-388868.htm
Size = 4 KB)
Submission Text
Bureau of Land Management
UFO RMP
2465 South Townsend Avenue
Montrose, CO 81401


27 October, 2016

To Whom It May Concern:
Thank you for this opportunity to comment on the Uncompahgre Field Office's Resource
Management
Plan.
First, I would like to commend the BLM for their extensive and well researched work. While
there are
definitely areas of concern, there are also areas where the Preferred Alternative provides solid
protection for natural resources.
My primary concern is designation and protection of unique and ecologically important areas.
An
increasing population and increased interest in recreation pose a serious risk. These lands require
a high
level of protection to maintain their current level of wilderness. Once lost, wilderness can never
be
reclaimed.
<([#1 [20.1] The RMP identifies seven areas as Lands with Wilderness Characteristics, totaling
42,150 acres.
However, only three areas totaling 18,320 acres are included in the Preferred Alternative. This is
inadequate.
The Roc Creek Area meets ALL the requirements of Wilderness Characteristics. It is of
sufficient size. It
meets the criteria for naturalness, outstanding solitude, outstanding primitive and unconfined
recreation and has supplemental values. How can an area which includes OUTSTANDING
characteristics
be excluded? Perhaps it was considered in isolation. However, it is directly adjacent to the
USFS's 9500
acre Roc Creek Roadless Area which is directly adjacent to the Sewemup Mesa Wilderness
Study Area. It
is vital to protect large areas so as to avoid the "island" impact where edges of areas are
degraded.
The Dry Creek Basin Lands Area also meets ALL the requirements of Wilderness
Characteristics. Public

access to perennial creeks in the desert areas is rare and wonderful!
Yet another area which meets ALL the requirements of Wilderness Characteristics is the Camel Back
WSA. This area includes Monitor Creek which contains areas of Fremont cottonwood/skunkbush sumac
riparian woodland which is classified as globally imperiled by the Colorado Natural Heritage Program
and an A ranked area of common coyote willow riparian shrubland. This area is significant in that it
provides improved connectivity across lower elevation scrub lands.
The final area which clearly merits inclusion is the 6180 acre parcel north of the Adobe Badlands. Next
to the current Wilderness Study Area is an Area of Critical Environmental Concern which IS included but
drastically reduced in size and does not include the surrounding salt brush ecosystem. This ecosystem is
critical as it includes the Federally threatened Colorado Hookless Cactus (Schlerocactus glaucus) and the
Federally endangered Clay-loving wild buckwheat (Eriognum pelinophilum) found only in Montrose and
Delta counties. It also includes Ferruginous Hawks, Burrowing Owls, White-tailed Prairie Dogs, pronghorns and possibly kit foxes. Further, the biological soil crusts and lichens are so sensitive to
disturbance.
#1])> Strong and better enforcement of travel management restrictions, especially motorized and mechanized
uses, is required across the board.
<([#2 [39.1] Another aspect of protecting unique and ecologically important areas is the Wild and Scenic River
designation. The BLM is to be applauded for including 104.6 miles of the 154 miles of rivers and streams
in the Preferred Alternative. I urge you to be strong and include the 104.6 miles in the final RMP. The
final RMP should provide river and stream protection equal to or stronger than that provided in adjacent
federal land planning areas to the north and south of these watersheds. I personally would like to see
the following added: Gunnison River segment 2, Deep Creek, Naturita Creek, Ice Lake Creek segment 1
and Spring Creek.
#2])> Thank you again for the opportunity to comment on the Resource Management Plan. It is encouraging
to see data and fact based decision making.

Sincerely,
Sheelagh Williams

372 Pleasant Valley Drive
Ridgway, CO 81432

500186_BrettE_20161001  Organization: Elaine Brett
Received: 10/1/2016 12:00:00 AM
Commenter1: Elaine Brett - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500186_BrettE_20161001.htm  (500186_BrettE_20161001-388871.htm  Size = 6 KB)
Submission Text
Elaine M. Brett
PO Box 1682
Paonia, CO 81428
BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401
October 1, 2016
Re: Draft Resource Management Plan for the Uncompahgre Field Office
Subject: Jumbo Mountain Recreation Area
I live at the base of Jumbo Mountain and I walk my dogs on the Jumbo Mountain trails. Every day I
see people from the town of Paonia and visitors to the area walking, hiking, running, biking and
overall enjoying the Jumbo Mountain area. It is an amazing space. The varied terrain and the views
of the North Fork of the Gunnison Valley, the West Elk mountains, the Raggeds and the Grand Mesa
are incredible. Jumbo is the home to wildlife including herds of deer, foxes, mountain lions, hawks
and eagles.
Industrial development is not compatible with recreational use. The Jumbo area must remain
undeveloped to support community health and wellness and the benefits of being able to use the trails
on a daily basis. Industrial development is not compatible with a trail-centered tourism economy.
These trails attract visitors from throughout Colorado and support local hospitality and retail
businesses.
I am educated and aware of my surroundings. I love living in the North Fork Valley in Western
Colorado. It provides good, clean food -- an amazing landscape -- fabulous access to recreation -
spiritual renewal - a healthy environment - an incredible small town community - traditions and
history --- and so much more.

BLM_0159959

I moved here from Washington DC following a 25 year career of dealing with bureaucrats in government and private industry so I know what you are as public servants what you are up against.

You need to administer the laws and regulations that have been handed to you by your superiors and
your agency. You are doing your best to implement what has been given to you. If you do a good job, you will get paid and will receive a good retirement plan. I know this because I am living this
reality now.

I want to trust that you have done a good job and you will use your skills and expertise to devise a
plan that is fair and equitable for the people of this region. I do not want to dispute, line by line the
facts and data that you have compiled. As an American taxpayer, I want to feel comfortable that you
know what you are doing and are implementing plans in the best interest of the "good of the all."

In my 63 years, I have never found a place or community that is like the North Fork Valley. This is a
special place with amazing energy and potential. This is a community that cherishes the land and water and a community that takes care of itself. I live in a county that is about 50% public lands. What the BLM does will affect our lives and those who come behind us. The maintenance of our public lands is a sacred duty. In that spirit, the continuance of the respect for the public land and the
people who are adjacent to that land is of utmost importance.

The RMP is important in laying out the plan for this area for the next 20-30 years. It is true that we
are a low-density population yet, it is true that there is something very special about the community
that resides in this North Fork Valley.

There are many here who depend on the organic and biodynamic farming practices in this place to
feed us with nutritious food - it does not matter whether they are conservative "old-timers" or idealistic "new-comers" - they produce amazing, healthy food that nourishes us. There are creatives
and artists who provide nurturing art that enriches our culture and makes us better human beings. And there are those who practice and educate us on health alternatives. There are the new entrepreneurs who are "inventing" new businesses using the internet and new technologies. They are
our resilient future- not the boom and bust cycle of industrial extraction companies.

I am optimistic and hopeful about this North Fork Valley. And I am concerned ...

If the BLM adopts any actions that will destroy - or have the potential of destroying - the beauty, the
culture, the spirit or the community of this region, it will create a vacuum -a black hole -that decimates a piece of Americana that cannot be replaced.

<([#1 [21.1] Allowing oil and gas leases adjacent to communities like the North Fork Valley is the equivalent to

genocide. You would be killing those people, lifestyles and lands that make America great.
I urge you to incorperate into the UFO RMP plans that prohibit or severely limit oil and gas development.
The BLM should include a "no leasing" alternative.
However, reality dictates that the market continues to demand fossil fuels, therefore, I urge you to accept
Alternatives B and B1 which limit development and maintain special places for all of us to enjoy for years
to come. #1])>
<([#2 [27.1] In addition I urge you to designate the Jumbo Mountain area as a Special Recreation Management Area per Alternative B and to remove oil and gas leasing from the Jumbo area. #2])>
Sincerely,
Elaine M. Brett


500187_KampeA_20161018  Organization: Anastacia Kampe
Received: 10/18/2016  12:00:00 AM
Commenter1: Anastacia Kampe - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500187_KampeA_20161018.htm (500187_KampeA_20161018-388869.htm Size = 4 KB)
Submission Text
Anastacia Kampe
PO Box873
Paonia, CO 81428
October 18,2016
UFO Draft RMP
2465 Townsend Ave
Montrose, CO 81401
My name is Anastacia Kampe, I live on Sunshine Mesa with my family
outside of Hotchkiss, Colorado. We choose to live here because of the quality of life
it provides our family. Clean water, clean air, safe neighborhoods, abundant wildlife,
access to public lands, low traffic, and few people, these are a few of the reasons we
feel fortunate to call this place home.
It is frustrating, disappointing and alarming to know the BLM is naming
Alternative D as their preferred alternative for oil and gas leasing in the North Fork
Valley. Multiple times our community has spoken out against surrounding our
communities with oil and gas leases. Yet the BLM continues to ignore what we, the
public land-owners, keep saying. The reasons for not approving of it now are the

BLM_0159961

same as they were 5 years ago:

<([#1 [37.3] First, for our family, our domestic water source is Love Gulch. Love Gulch is directly adjacent to and drains BLM land that would be made available for oil and gas development. The roll of the dice that drilling and hydraulic fracturing can be poses a serious threat to our most vital resource: clean drinking water.
Second, our irrigation water comes from Paonia Reservoir and Fire Mountain Canal. There is already a lot of drilling taking place in the Muddy Creek drainages above Paonia Reservoir. Increased drilling above the entire length of the Fire Mountain Canal poses a huge threat to our valuable irrigation water resource. We grow hay, maintain a fruit orchard, grow cut flowers for commercial sale as well as our own vegetable garden with the irrigation water from Fire Mountain ... and we are just a few of the hundreds of people and crops reliant on this canal.
#1])> <([#2 [30.3] Third, it is a fact that the mere potential of oil and gas leasing and subsequent exploration/drilling decreases property values. Our home and land is a major financial investment for us. Oak Mesa is predominantly managed by the BLM and sits directly adjacent to the north end of our personal property. Drilling here would, without a doubt, negatively impact the market value of our home and property.
#2])> <([#3 [30.3] Fourth, the BLM ground north of us (Oak Mesa) as well as throughout the entire North Fork Valley is world class hunting for elk and mule deer. Every fall, for decades, resident and non-resident hunters alike, venture out onto their public lands with hopes of filling their freezers with some of the finest meat on the planet...and pump millions of dollars into local economies. The herd health in the North Fork area is robust and a reliable economic driver. This is due largely to the fact that the BLM lands these herds use year round are intact and minimally developed. Oil and gas leasing will undo that quickly as road development and major truck traffic will be necessary. Numerous studies show declining heard numbers with increased roads and fragmentation. Why sacrifice a proven long-term revenue generator benefitting many for the sake of a short-term generator that benefits very few? #3])>

Our quality of life in the North Fork Valley does not need to be compromised or diminished by the impacts Alternative D would have on our communities. I am strongly asking the BLM to include all proposed actions in the North Fork Alternative 81 in the final RMP. Our valley does not need nor does it want the boom and bust cycle that resource extraction delivers.
I would be happy to discuss this further as I've only touched on a few of the issues that oil and gas development would negatively impact in our valley. I may be reached at 970-623-4290.
Sincerely,
Anastacia Kampe


500188_HillC_20161101  Organization: Celeste Hill
Received: 11/1/2016 12:00:00 AM
Commenter1: Celeste Hill - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual

Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500188_HillC_20161101.htm (500188_HillC_20161101-388870.htm Size = 1 KB)
Submission Text
RMP Comments
Bureau of Land Management
2465 South Townsend Avenue
Montrose, CO 81401

Greetings,
We came to the North Fork Valley almost 21 years ago from Oakland, California- at which time we brought ourselves and our business to this beautiful, pristine valley. Since then the spector of large-scale industrial gas drilling has come to be a sad reality.
I think that oil and gas development as well as fracking on public lands should not be permitted as it would risk the public's health and have the potential to contaminate the water, pollute the air. and poison our foodsheds.
<([#1 [21.1] A no-leasing alternative is the only reasonable conclusion to a rigorous analysis of the risks
posed by oil and gas operations, including tracking technologies and large scale industrialization. Please place a moratorium on oil and gas leasing and impose a ban on these activities until rural gas gathering pipelines are regulated by the Pipeline Hazardous Materials and Safety Administration.
#1])> I have MS and it would be a sad day to leave the place we have called home for 21 years, due to
the greed and short-sightedness of oil and gas companies.
Very Sincerely,
Celeste Hill
PO Box 1209
Paonia CO 81428


500189_FranklinN_20161025 Organization: Nancy Franklin
Received: 10/25/2016 12:00:00 AM
Commenter1: Nancy Franklin - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali

BLM_0159963

Attachments: 500189_FranklinN_20161025.htm  (500189_FranklinN_20161025-388872.htm
Size = 4 KB)
Submission Text
BLM and employees,
First, thanks to each of your who do your part to protect and administer our public lands. As
human culture expands, its apparent that the issues – and your workload – increases, and I'm
grateful for the efforts of each of us in supporting the well-being of ALL.
While researching the proposed Resource Management Plan I learned a very troubling fact: the
US government second largest source of income is mineral extraction. This is a deep dilemma,
endangering the core of our democratic government, our culture, our health and the health of the
entire planet. We can ignore the logical outcomes of this contradiction for a while, but inevitable
these things will reach a tipping point.
I am a Colorado native of 65 years, and have lived on the west slope for 40 of these years.
Specifically, I chose to relocate to this side of the Rockies because of the natural beauty, the
bountiful agriculture the absence of polluted air and the widespread sense of community and
collaboration. Nearly all of my diet, and that of my friends and neighbors consists of food I grow
myself, or food that is grown locally. The north for valley has the largest concentration of
organic farms in Colorado. Increasing the number of oil and gas wells in western Colorado
jeopardizes our drinking water and agricultural water. I live between Cedaredge and Hotchkiss,
so my life may be impacted by proposed leases in the Cedaredge area, as well as the North Fork.
In 2014 over 700 spills were reported at oil and gas operations in Colorado alone. Not only is
there an increased risk of water contamination, but also a higher risk of toxic waste being release
due to seismic activity, flooding, or other phenomena. Such incidents have been documented
throughout the U.S. for many years, and I do not want the wildlife, our lifestyles and our
livelihoods to be endangered by increased fracking in our area. The preferred alternative would
have devastating consequences in the North Fork community, including increased truck traffic
and a burden on our road systems, endangering our organic farms, impacting tourism and local
economy, and endangering human and environmental health. Our community is valued by
residents and visitors because of the very qualities that would be threatened. We find ourselves
fighting the same battle we fought in 2012. Thankfully, our neighbors won their battle regarding
the Thompson Divide, but unfortunately the game of corporate green and control of our so-called
democracy has resulted in the same battle being "swapped" back to us. I'm sorry that the BLM
didn't consider a no-leasing alternative for the North Fork Valley, but I support Alternative B for
UFO and B1 for the North Fork, and ask you to include all of those proposals in the final RMP.
Living here in western Colorado, I've learned a great deal about the value of water – for all life
on earth. The fracking process is contaminating our global water supply – some of it for
centuries or beyond – and these radioactive poisons are being buried throughout the land. Not
only is this unstainable – it's wrong! I'm willing to do my part to shift my lifestyle away from
fossil fuel dependence, as is our community. Let us work together to shift priorities to
sustainable energies, public transportation, and sustainable communities.
Thank you,
Nancy Franklin


500190_GofforthW_20161014  Organization: Town of Crawford, Wanda Goffworth
Received: 10/14/2016 12:00:00 AM
Commenter1: Wanda Goffworth - Crawford, Colorado 81415 (United States)

BLM_0159964

Organization1:Town of Crawford
Commenter Type: Local Government
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500190_GofforthW_20161014.htm (500190_GofforthW_20161014-388873.htm
Size = 4 KB)
Submission Text
Town of Crawford
PO Box 56, 425 Hwy 92, Crawford, CO 81415
(970)921-4725

UFO Draft RMP/Uncompahgre Field Office
2465 Townsend Ave. Montrose, Colorado 81401

Oct. 14, 2016

Re: BLM Uncompahgre Field Office Draft Resource Management Plan

Dear BLM Uncompahgre Field Office:
We understand that the Bureau of Land Management (BLM) Uncompahgre Field Office (UFO) is
currently working to revise its Resource Management Plan (RMP) for our area. The Town of Crawford
recognizes that there are many important, existing uses on the public lands in our area. We encourage
the BLM to find a responsible, common sense approach to oil and gas development. While the Town
recognizes the importance and necessity of energy development, we feel that it must be done in a
responsible way. With this perspective in mind, the Town of Crawford is writing to express our desire for
a plan that considers a balanced approach to development in the areas adjacent to Crawford;
specifically those aspects of the plan that could negatively impact both Crawford citizens and resources
important to the Town.
<([#1 [37.1] Of the highest importance to the town is our ability to provide clean and safe drinking water to Town
Residents. As we have stated to the BLM in the past, with respect to previously proposed lease sales,
Public lands managed by the BLM are near and intertwined with our drinking water supply and delivery
system. Protection of this critical resource for the Town of Crawford was recently addressed with the

implementation of our Towns' Source Water Protection Plan. This plan, adopted in 2013, came to
fruition as a result of a year of meetings with identified stakeholders for the Towns groundwater source,
Wiley Springs. Stakeholders included the Town of Crawford and its' citizens, the BLM and USFS, West Elk
Cattle Pool, adjacent landowners, and the Colorado Dept. of Health. The Town of Crawford requests that
the BLM honor our Source Water Protection Plan in its new Resource Management Plan. For obvious
reasons, the Town's drinking water supply must be protected from an industrial activity that has the
potential for pollution by spills, releases, equipment failure, human error and other potentially unknown
and unintended consequences related to gas and oil drilling and the use of high volume hydraulic
fracturing. Contamination of the Town's drinking water supply or damage to its delivery system cannot
be allowed to occur.
In addition, the Town would like to underscore the importance of maintaining and operating its waste
water system. Crawford utilizes a BLM right of way that provides access to its wastewater treatment
plant. The Town of Crawford also has a wastewater collection main that borders BLM-managed lands. It
is vitally important to the future of the town that our ability to maintain and continue wastewater
treatment at this facility is not impeded by oil and gas activity. The town is supportive of BLM's multiple
use mandate. A perfect example of this mandate in action can be found in Young's Peak. The BLM lands
that border the town on the north include Young's Peak. This peak provides the scenic backdrop for our
town, a hiking trail that provides recreation for town residents, and these lands are right next to the
Crawford School. Surely this is an area where the BLM can agree that it would be inappropriate to lease
for the industrial practice of oil and gas drilling and hydraulic fracturing. #1])>
The Town appreciates the opportunity to provide comments on the BLM's decision-making process.
While we recognize and understand the importance of energy development, we also recognize our
mandate as Town Trustees to protect the health and safety of town residents. While we cannot speak
for the entire RMP, we do ask that the BLM consider a thoughtful and reasonable approach to managing
federally owned lands with regards to the citizens in the area that call this place home.
Sincerely,

Wanda Goffworth
Town of Crawford mayor and Board of Trustees
The Town of Crawford, Colorado


500191_WehrmacherG_20161016 Organization: Goris Werhmacher
Received: 10/16/2016 12:00:00 AM
Commenter1: Goris Werhmacher - Crawford, Colorado 81415 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500191_WehrmacherG_20161016.htm (500191_WehrmacherG_20161016-388874.htm Size = 1 KB)
Submission Text
10/16/16
For BLM Consideration-
We live on the edge of the Smith Fork Canyon and do not want to be hurt by Fracking related earthquakes/ landslides. Please consider the B1 alternative
Goris Wehrmacher
PO 119
Crawford CO 81415


500192_SchulzJ_20161027 Organization: Jon Schulz
Received: 10/27/2016 12:00:00 AM
Commenter1: Jon Schulz - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500192_SchulzJ_20161027.htm (500192_SchulzJ_20161027-388875.htm Size = 6 KB)
Submission Text
BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Jon R. Schulz
PO Box 125

Paonia, CO 81428

October 27, 2016

Re: Draft Resource Management Plan for the Uncompahgre Field Office
Dear BLM-UFO Staff and RMP Comment Team,
Thank you for the opportunity to comment on this plan. Please consider my input.
Please continue to include and consider the NFA (Alternative B-1) in the
RMP.
Alternative B-1 maintains the possibility of continuing to develop a diverse and balanced
economy based on food production and processing (especially organic and naturally grown),
recreation, tourism, internet businesses, and the creative arts- businesses that are already
successful, in sync with major national trends, and growing. All other options are destructive and
preclude that end.

<([#1 [27.1] Also, please seriously consider designating the BLM lands on and around
Jumbo Mountain as a Special Recreation and Ecological Emphasis
Management Area because of their unique value, importance, and distinctiveness of
the recreational area and criticality of the area as winter habitat for mule deer and
other wildlife.
#1])>
<([#2 [41.2] Fix the Significant Deficiencies in the Draft RMP and Planning Process
Based on FACTS emerging from areas already fracked, it is likely that the scale and
nature of proposed gas and oil development in the Uncompahgre planning area will
create massive negative systemic impacts across the entire region- damaging every
resource the people of Western Colorado value - except resource extraction. The
proposed action will damage not only current residents, agriculture and businesses of the present
generation but future generations as well. #2])>

The BLM has an important legal mandate.
Sustain the health, diversity, and productivity of America's public lands and
resources through balanced stewardship to enhance the quality of life for all
citizens, meeting their needs today without compromising their ability to meet
those needs in the future.

The Draft RMP is fatally flawed and cannot possibly meet this legal mandate. It takes a
very reductionist and micro view of the situation, ignoring the "elephants" in the room, ignoring
significant near term as well as long term cumulative and permanent impacts. A systems
perspective is required and totally lacking.

To meet the BLM mandate, deficiencies in the RMP must be corrected to prevent the region
from being turned permanently into a toxic, dangerous, industrialized wasteland through its
leasing and development plans. Here is a partial list of what must be fixed:
• The RMP must protect the resources that citizens of Western Colorado value
by becoming far more balanced - by addressing significant impacts not
covered by the Draft RMP.

• The RMP must address the question of whether or not this oil and gas development is really needed as well as the appropriate scale and timing of leasing and proposed development. At best natural gas is a short-term transition fuel eventually to be replaced by other energy sources.
• <([#3 [11.3] The RMP must address the impact of massive losses of methane and flaring during drilling and operations and the use of that methane that is finally produced on climate change. Natural gas is extracted by fracking is not the clean transition fuel that has been advertised, it is worse than coal. #3])>
•<([#4 [37.3] The RMP must address the massive destructive use of water in the fracking process in a region where water supplies are already overdrawn and pervasive long term drought is the most likely reality for the foreseeable future. It must also address potential impacts to city and private water system watersheds, and irrigation systems including their watersheds. #4])> • <([#5 [41.2] The RMP must address the very real risks that will be created by deep well wastewater injection in the area, one of the most geologically unstable areas of Colorado. Earthquakes and mudslides damage to infrastructure critical to the economic function of the region. Impacts to oil and gas infrastructure must be assessed as well. #5])> • The RMP must address the adverse impacts of oil and gas development on human, agricultural animal, and wildlife health.

2

•<([#6 [18.4] The RMP must address the cumulative system impacts of oil and gas development on community health and function (things like physical infrastructure, health services, crime, community safety, and policing). #6])> • <([#7 [41.2] The RMP must deal with the actual impacts of modern fracking technology and not imply that it is equivalent to older less damaging technologies. #7])> • <([#8 [5.9] The RMP must not ignore the fact that current regulatory policy and processes have been totally inadequate to minimize the destructive impacts of modern oil and gas development. #8])> • The RMP must address the massive impacts to wildlife, wildlife habitat, and hunting, along with related economic issues.
• The RMP must deal with the impacts to regional and state food security.
• <([#9 [5.3] The RMP must protect the current and long term productivity of public lands emphasizing resource extraction to the detriment of all other resources is a violation of BLM's mandate. #9])>
• The RMP must enhance the quality of life for all citizens, not just the managers, owners and shareholders of oil and gas companies.
• The RMP must protect the ability of future generations to meet their needs. That means you must include and properly address the issues and impacts identified here .

The assertion that this gas and oil development is about meeting our needs today may have some merit, but please spare yourselves some embarrassment by not asserting that this is about energy for Americans, it is about extracting the resource in the cheapest way possible to sell in international markets to the highest bidder.

BLM_0159969

I am hopeful that this input will help you to design a Resource Management Plan that will meet BLM's legal mandate, and protect our public lands and resources while allowing appropriate levels of resource development

Sincerely,
Jon R. Schulz
Scientist and Engineer
Paonia, CO


500193_VanWestR_20131113_WesternColoradoCongress  Organization:  Western Colorado
Congress, Rein Van West
Received: 11/13/2013 12:57:09 PM
Commenter1: Rein Van West - Grand Junction, Colorado 81502 (United States)
Organization1:Western Colorado Congress
Commenter Type: Organization (nonprofit/citizens group)
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500193_VanWestR_20131113_WesternColoradoCongress.htm
(500193_VanWestR_20131113_WesternColoradoCongress-388926.htm  Size = 2 KB)
UFORMP_500193_VanWestR_20131113_WesternColoradoCongress.pdf
(500193_VanWestR_20131113_WesternColoradoCongress-388931.pdf  Size = 52 KB)
Submission Text
Western Colorado Congress
An alliance for community action


TO: Citizens for a Healthy Community
Western Slope Conservation Center
November 13, 2013

Dear Conservation Partners:
I am pleased to inform you that the Western Colorado Congress unanimously endorsed the North Fork
Alternative Plan at its November 10, 2013 board meeting, to be considered by the Uncompahgre BLM as
a viable option for inclusion in its draft Resource Management Plan.
WCC is hopeful that the North Fork Alternative, which resulted from a collaborative stakeholder process
and enjoys wide-based support in the North Fork and elsewhere, will be given serious consideration as a
sincere effort to protect both citizens and and natural resources from the impacts of energy

BLM_0159970

extraction.
Western Colorado Congress will do what it can to support its viability during the next steps of the
process.

Best wishes for success,
Rein van West
Board Chair, Western Colorado Congress


Community Alliance of the Yampa Valley • Routt County Ridgway-Ouray Community Council • Ouray County
Grand Valley Citizens Alliance • Garfield County Uncompahgre Valley Association • Montrose County
Western Colorado Congress of Mesa County
134 North Sixth Street
PO Box 1931
Grand Junction, CO 81502
970-256-7650; 970-245-0686 fax
info@wccongress.org
~ NCC is a member group of the Western Organization of Resource Councils and Community Shares of Colorado


500194_SchwietermanN_20130424_TownOfPaonia Organization: Town of Paonia, Neal Schwieterman
Received: 4/24/2013 12:00:00 AM
Commenter1: Neal Schwieterman - Paonia, Colorado 81428 (United States)
Organization1:Town of Paonia
Commenter Type: Local Government
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500194_SchwietermanN_20130424_TownOfPaonia.htm
(500194_SchwietermanN_20130424_TownOfPaonia-388934.htm Size = 3 KB)
UFORMP_500194_SchwietermanN_20130424_TownOfPaonia.pdf
(500194_SchwietermanN_20130424_TownOfPaonia-388933.pdf Size = 147 KB)
Submission Text
Town of Paonia
P.O. Box 460
Paonia, Colorado 81428-0460

Director Helen Hankins

U.S. Bureau of Land Management
Colorado State Office
2850 Youngfield Street
Lakewood, CO 80202
Sent via Electronic Mail to: hhankins@blm.gov

District Manager Lori Armstrong
U.S. Bureau of Land Management
Southwest District Office
2465 S. Townsend Ave.
Montrose, CO 81401
Sent via Electronic Mail to: Valori_Armstrong@blm.gov

Field Office Manager Barbara Sharrow
U.S. Bureau of Land Management
Uncompahgre Field Office
2505 S. Townsend Ave.
Montrose, CO 8140
Sent via Electronic Mail to: bsharrow@blm.gov

24 April 2013
Re: The North Fork Alternative Plan
Dear Ms. Hankins, Ms. Armstrong, and Ms. Sharrow:
The Town of Paonia supports the North Fork Alterative Plan- a community driven effort that
provides a management framework for oil and gas leasing and development that is highly
protective of the North Fork Valley 's important features and resources. <([#1 [5.3] The Town
respectfully
requests that the Bureau of Land Management (BLM) Uncompahgre Field Office adopt the
North
Fork Alternative Plan into its revised Resource Management Plan for public lands and federal
minerals in the North Fork.
#1])>
The North Fork Alternative Plan recognizes the important features and resources that make
Paonia and the North Fork Valley a special place. The BLM should adopt management-as
outlined in the North Fork Alternative Plan-that protects these important resources from
potential harm from oil and gas leasing and development, which has been known to cause air and
water pollution, and has the potential to degrade Paonia residents' high quality of life.
The Town has been actively engaged with the BLM in regards to both the proposed August 2012
and February 2013 lease sales. Most recently the Town filed a formal protest of the February
2013 lease sale because those lands proposed for oil and gas leasing included the town's drinking
water supplies and infrastructure, lands upstream of prime and unique farmlands. and much of
the
valley's irrigation water supplies and infrastructure.

Since the BLM announced these leasing plans in late 20 II, we have seen overwhelming
opposition from our constituents to these proposals. We share the belief that many of our

constituents hold: the North Fork Valley is special place that must be protected from oil and gas development. The BLM should select management as outlined in the North Fork Alternative Plan

Office: (970) 527-4101 • 214 Grand Avenue • P.O. Box 460 • Paonia. Colorado 81428-0460

•

Town of Paonia
P.O. Box 460
Paonia, Colorado 81428-0460

that would protect the many resources that make the North Fork Valley such a special place to so many people.

Respectfully,
Neal Schwieterman, Mayor
On behalf of the Paonia Town Council

cc:
Neil Komze, Principal Deputy Director, Bureau of Land Management
Senator Michael Bennet
Senator Mark Udall
Representative Scott Tipton
Governor John Hickenlooper

Office: (970) 527-4101 • 214 Grand Avenue • P.O. Box 460 • Paonia, Colorodo 81428-0460

500195_NorthForkAgOp_20140615  Organization: North Fork Agriculture Operations
Received: 6/15/2014 12:00:00 AM
Commenter1: - ,
Organization1:North Fork Agriculture Operations
Commenter Type: Organization (nonprofit/citizens group)
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500195_NorthForkAgOp_20140615.htm (500195_NorthForkAgOp_20140615-388937.htm Size = 5 KB)
UFORMP_500195_NorthForkAgOp_20140615.pdf (500195_NorthForkAgOp_20140615-388939.pdf Size = 156 KB)
Submission Text
Director Helen Hankins

U.S. Bureau of Land Management
Colorado State Office
2850 Youngfield Street
Lakewood, CO 80202

Field Office Manager Barbara Sharrow
U.S. Bureau of Land Management
Uncompahgre Field Offke
2505 S. Townsend Ave.
Montrose, CO 81401

June 15, 2013

The North Fork Alternative Plan is Good for Agriculture
We are local farmers, ranchers, and growers writing to support the North Fork Alternative Plan-which
provides an oil and gas management framework for leasing and development that is highly protective of
the valley's agricultural resources. As the U.S. Bureau of Land Management revises its Resource
Management Plan (RMP) for the Uncompahgre Field Office, we urge that the agency adopt the strong
protections proposed in the North Fork Alternative Plan.
The North Fork's public lands surround the small, family farms, which occupy many of the lands along
the middle and lower portions of the North Fork and Smith Fork valleys, and these operations rely on the
health and quality of these surrounding and nearby public lands. These public lands contribute to the
unique character and quality of our community, and include major water sources, our primary irrigation
canals and ditches, grazing permits and ranching operations.

Agriculture in the area considered in the North Fork Alternative Plan unites a century-old tradition with
new and emerging trends, and the changing value placed in high-quality, carefully produced food. This
area is known in particular for its high concentration of small and specialty agriculture with a traditional
emphasis on orchards and an emerging recognition for vineyards, wineries, organic produce, local meats,
and sustainable farming. Over ninety percent of the farms are family or individually operated.
Oil and gas development here-and the introduction of an industrial activity, exposure to toxins and
unhealthy air, and contamination of surface and ground water-raises significant risk of harmful impact
to our operations and livelihoods. The North Fork Alternative Plan places the strongest level of

BLM_0159974

protections around our agricultural lands and water sources and supplies.  That makes sense for protecting
the existing economy and residents of the valley.

Regarding two issues specifically  'Agriculture' and 'Water Supply' the North Fork Alternative Plan
would provide the following protections:
• NO SURFACE OCCUPANCY (NSO) stipulations  within 1/4 mile of any Prime and Unique farmlands, livestock operations and ranches, traditional  and organic farms and orchards, and the West Elks American Viticultural  Area
• NO LEASING within 1/4 - mile of any municipal  or private water system including  intakes and springs; NSO stipulations  within 1/2 -mile of any private well, municipal  or private water system,
including ditches with domestic  water decrees; NSO stipulations  within 1/4 - mile of any dam, ditch, irrigation  intake, canal or other water conveyance.

Letter from North Fork Agriculture  Operations
The North Fork Alternative Plan recognizes the important  features and resources that make Paonia and the North Fork Valley a special place. The North Fork Alternative Plan would protect these important  resources from oil  and gas leasing and development,  which has been known to cause air and water pollution  and has the potential  to harm the area's robust and diverse agricultural  operations and economy.
The Bureau of Land Management Uncompahgre  Field Office should  adopt the North Fork Alternative Plan into its revised Resource Management Plan for public  lands and federal minerals in the North Fork.

Regards,
Mark Waltermire and Katie Dean
Thistle Whistle Farm
10872 3500 Road
Hotchkiss, CO 81419

Wendy Mitchell
Avalanche Cheese Company
11510 Crawford Road
Paonia, CO 81428

Emily Hartnett
Terra Fata Farm
41474 Red's Road
Paonia, CO 81428

Schuyler Jelsma
Pristine Valley Farm
14609 Peony Lane
Paonia, CO 81428

BLM_0159975

Monica and Wayne Wiitanen, Scott Horner
Small Potatoes Farm
40575 O Road
Paonia, CO 81428

Eugenie (Oogie) McGuire
Desert Weyr
16870 Garvin Mesa Road
Paonia, CO 81428

Elena Goldstein
P. Monkey Ranch
38324 Saddle Mountain Road
Crawford, CO 81415

Cc: Neil Kornze, Principal Deputy Director, U.S. BLM
U.S. Senator Mark Udall
U.S. Senator Michael Bennet
U.S. Representative Scott Tipton
Colorado State Senator Gail Schwartz
Colorado State Representative Millie Hamner
Mike King, Director, Colorado Department of Natural Resources
Paonia Town Council
Hotchkiss Town Council
Crawford Town Council
Delta County Board of County Commissioners
Gunnison County Board of County Commissioners


500196_RealtorsNorthForkValley_20130401 Organization: Realtors of the North Fork Valley
Received: 4/1/2013 12:00:00 AM
Commenter1: - ,
Organization1:Realtors of the North Fork Valley
Commenter Type: Organization (nonprofit/citizens group)
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500196_RealtorsNorthForkValley_20130401.htm
(500196_RealtorsNorthForkValley_20130401-388941.htm Size = 5 KB)
UFORMP_500196_RealtorsNorthForkValley_20130401.pdf
(500196_RealtorsNorthForkValley_20130401-388943.pdf Size = 187 KB)
Submission Text

April2013

We support the North Fork Alternative Plan
We are Realtors in the North Fork Valley writing to put our support behind the North Fork Alternative Plan- a community driven effort that provides a management framework for oil and gas leasing and development that is highly protective of the valley's important features and scenic landscape. We represent much of the real estate and housing industry in the North Fork Valley, where many choose to purchase property with scenic views, orchards, farms and ranches in a scenic, pastoral setting. We request that the U.S. Bureau of Land Management, Uncompahgre Field Office adopt the strong protections the North Fork Alternative Plan proposes if it makes any public lands and minerals available for oil and gas leasing in its revised Resource Management Plan (RMP).

Many of the North Fork's public lands surround the occupied, utilized and developed lands of our communities. Likewise, these public lands surround the North Fork's farms, orchards and vineyards and include many major water sources, primary irrigation canals and ditches, and grazing permits for ranching operations. Oil and gas development here - and the introduction of an industrial activity, potential exposure to toxins and unhealthy air, and potential contamination of surface and ground water-raises significant risk of harmful impact to the agricultural operations and farmlands that make this a unique real estate market. In addition, we have seen first-hand that not only the act of drilling and fracking, but the mere threat of oil and gas development, has a significant negative impact on the real estate market and socioeconomic status of our area.

The North Fork Alternative Plan would protect the many important uses on public lands that help to make the North Fork Valley a very attractive place to purchase property. The Plan places strong protections on the valley's scenic areas and views. That makes sense for protecting the existing economy and residents of the valley, and the future real estate market here.

The North Fork Alternative Plan would also protect our valley's place as a leading 'agritourism' destination in Colorado. Growing numbers of visitors come to the North Fork as part of Colorado's agritourism industry. The North Fork is an American Viticultural Area, one of only two in Colorado; has numerous restaurants and markets that specialize in local produce, meats, and products; and celebrates this connection with agriculture in two of the largest festivals held each year in the valley - Cherry Days and the Mountain Harvest Festival - both drawing hundreds of visitors to the valley. These features also draw potential buyers to the real estate market here, and the Alternative Plan would help to protect agritourism as an important component of the North Fork's way of life.
-- ------------------- ------ ----
The North Fork Alternative Plan recognizes the important features and resources that make the North Fork Valley a special place. The North Fork Alternative Plan would protect these important resources from oil and gas leasing and development, which has been known to cause air and water pollution and has the potential to harm the area's robust and diverse agricultural operations and economy.

The Bureau of Land Management Uncompahgre Field Office should adopt the North Fork Alternative Plan into its revised Resource Management Plan for public lands and federal minerals in the North Fork Valley. Doing so will protect real estate values and sales from the negative impacts of oil and gas development.

Sincerely,

Realtors in the North Fork Valley:

Bob Lario
Linda Lario
Shari Davis
Doris Danielsen
Nancy Wood
Bert Sibley
Marsha Jackson
Mike Jackson
Myles Roberts
Bob Pennetta
Mark Schaffer
Liz Heidrick
Bernadette Stech
Glenda Bailey
David Mitchell
Cathy Smith

Cc: Neil Kornze, Principal Deputy Director
U.S. Senator Mark Udall
U.S. Senator Michael Bennet
U.S. Representative Scott Tipton
Colorado State Senator Gail Schwartz
Colorado State Representative Millie Hamner
Mike King, Director, Colorado Department of Natural Resources
Paonia Town Council
Hotchkiss Town Council
Crawford Town Council
Delta County Board of County Commissioners
Gunnison County Board of County Commissioners
f


500197_SteckelC_20130807_TownOfCrawford Organization: Town of Crawford
Received: 8/7/2013 12:00:00 AM
Commenter1: - Crawford, Colorado 81415 (United States)
Organization1:Town of Crawford
Commenter Type: Local Government
Classification: Substantive

Submission  Category: Unique
Submitted  As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison  12/16/2016  12:00:00  AM
Attachments: 500197_SteckelC_20130807_TownOfCrawford.htm
(500197_SteckelC_20130807_TownOfCrawford-388949.htm  Size = 4 KB)
UFORMP_500197_SteckelC_20130807_TownOfCrawford.pdf
(500197_SteckelC_20130807_TownOfCrawford-388948.pdf  Size = 106 KB)
Submission  Text
Town of Crawford
PO Box 56, 425 Hwy 92, Crawford, CO 81415
(970)921-4725

Director Helen Hankins  Field
U.S. Bureau of Land Management
Colorado State Office
2850 Youngfield  Street.
Lakewood, CO 80202

Office Manager Barbara Sharrow
U.S. Bureau of Land Management
Uncompahgre  Field Office
2505 S. Townsend Ave
Montrose, CO 81401

District Manager Lori Armstrong
U.S. Bureau of Land Management
Southwest District Office
2465 S. Townsend Ave.
Montrose, CO 81401

Aug. 7 2013

Re: The North Fork Alternative  Plan

Dear Ms. Hankins, Ms. Armstrong, and Ms. Sharrow:
We understand that the Bureau of Land Management (BLM) Uncompahgre  Field Office (UFO)
is
currently working  to revise its Resource Management Plan (RMP) for our area. As outlined  in
the North
Fork Alternative  Plan, we recognize  that there are many important,  existing uses on the public
lands in
our area. We encourage the BLM to find a responsible,  common sense approach to oil and gas
development.  While the Town recognizes  the importance  and necessity of energy development,
we feel

BLM_0159979

that it must be done in a responsible way. With this perspective in mind, the Town of Crawford is writing
to express our support for the North Fork Alternative Plan in the areas related to Crawford, more specifically those aspects of the plan that would impact resources important to the Town.
<([#1 [37.1] Of the highest importance to the town is our ability to provide clean and safe drinking water to town
residents. As we have stated to the BLM in the past, with respect to previously proposed lease sales,
public lands managed by the BLM are near and intertwined with our drinking water supply and delivery
system. For obvious reasons, the town's drinking water supply must be protected from an industrial
activity that has the potential for pollution by spills, releases, equipment failure, human error and other
potentially unknown and unintended consequences related to gas and oil drilling and the use of high
volume hydraulic fracturing. Contamination of the Town's drinking water supply or damage to its
delivery system cannot be allowed to occur.
#1])>
In addition, the Town would like to underscore the importance of maintaining and operating its waste
water system. Crawford utilizes a BLM right of way that provides access to its wastewater treatment
plant. In addition, Crawford has a wastewater collection main that borders BLM-managed lands. It
is vitally important to the future of the town that our ability to maintain and continue wastewater
treatment at this facility is not impeded by oil and gas activity. The town is supportive of BLM's multiple
use mandate. A perfect example of this mandate in action can be found in Young's Peak. The BLM lands
that border the town on the north include Young's Peak. This peak provides the scenic backdrop for
our town, a hiking trail that provides recreation for town residents, and these lands are right next to
Crawford School. Surely this is an area where the BLM can agree that it would be inappropriate
to lease for the industrial practice of oil and gas drilling and hydraulic fracturing.

The Town appreciates the opportunity to provide comments on the BLM's decision-making process.
While we recognize and understand the importance of energy development, we also recognize our
mandate as town trustees to protect the health and safety of town residents. While we cannot speak
for the entire plan for the North Fork Valley, we do agree with the portion of the North Fork Alternative

Plan in regards to the Crawford area springs, wastewater facility and Youngs' Peak area.
Sincerely,
Carolyn Steckel
Mayor
The Town of Crawford, Colorado

cc:
Neil Kornze, Principal Deputy Director, Bureau of Land Management
Senator Michael Bennet
Senator Mark Udall
Representative Scott Tipton
Governor John Hicken looper
Delta County Board of Commissioners


500198_WineriesOfWestElk_20161101  Organization: The Wineries of the West Elks American
Viticultural Area
Received: 11/1/2016 12:00:00 AM
Commenter1: -,
Organization1:The Wineries of the West Elks American Viticultural Area
Commenter Type: Organization (nonprofit/citizens group)
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500198_WineriesOfWestElk_20161101.htm
(500198_WineriesOfWestElk_20161101-388953.htm Size = 3 KB)
UFORMP_500198_WineriesOfWestElk__.pdf (500198_WineriesOfWestElk_20161101-
388955.pdf Size = 102 KB)
Submission Text
Dear Ms. Sharrow,
The intent of this letter is to affirm our support of the North Fork Alternative Plan and its
inputs to the revision of the Uncompahgre Field Office Resource Management Plan.
The West Elks American Viticultural Area (AVA) is one of approximately 200 AVA's
designated by the United States Department of the Treasury, Alcohol and Tobacco Tax
and Trade Bureau (TTB). It is one of only two such areas within Colorado and, as such,
recognizes a geographic area possessing a unique combination of climate, geology,
soils, physical features, and elevation. The TTB, by its recognition of the AVA,
acknowledges that these distinguishing features impart unique, identifiable
characteristics to the wine produced from grapes grown in this region. The North Fork
Alternative Plan recognizes these characteristics and provides specific protections for
them.

The wineries in the North Fork depend upon the public lands surrounding us to provide
clean, reliable drinking and processing water and to provide clean, reliable irrigation

BLM_0159981

water. As an agritourism industry, we depend upon our unspoiled vistas, our unpolluted air, our bucolic atmosphere, our dark night skies, and our quiet background to attract customers to our tasting rooms. The North Fork Alternative Plan acknowledges this dependency and calls for specific protections for these features.

The North Fork Alternative Plan is the culmination of a year-long effort by a diverse group of citizens concerned with the pace of, and process behind, oil and gas exploration and development on public lands surrounding our valley. The members of the West Elks Winery Association endorse this grass roots effort and ask the BLM to incorporate the suggestions contained therein into the revised Resource Management Plan.
Respectfully,
The Wineries of the West Elks American Viticultural Area

Rob Kimball
5680' Vineyards

Eames and Pam Peterson
Alfred Eames Cellars

Ty and Helen Gillespie
Azura Cellars

Lee and Kathy Bradley
Black Bridge Wjnery

Jeff and Tracey Schwartz
Delicious Orchards

Larry and Nina Parker
Fire Mountain Vineyard

Yvon Gross and Joanna Reckert
Leroux Creek Vineyards

Scott and Lisa Fairbank
Liliputian Winery

Wink Davis and Max Eisle
Mesa Winds Winery

Steve Rhodes
S. Rhodes Vineyard

Brent and Karen Helleckson
Stone Cottage Cellars

John and Joan Mathewson
Terror Creek Winery


Cc: Lori Armstrong, BLM District Manager
Helen Hankins, BLM Colorado State Director
Neil Kornze, BLM Principal Deputy Director
U.S. Senator Mark Udall
U.S. Senator Michael Bennet
U.S. Representative Scott Tipton
Colorado State Senator Gail Schwartz
Colorado State Representative Millie Hamner
Mike King, Director, Colorado Department of Natural Resources
Paonia Town Council
Hotchkiss Town Council
Crawford Town Council
Delta County Board of County Commissioners
Gunnison County Board of County Commissioners


500199_KolbenschlagP_20160622  Organization: Pete Kolbenschlag
Received: 6/22/2016 12:00:00 AM
Commenter1: Pete Kolbenschlag - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500199_KolbenschlagP_20160622.htm (500199_KolbenschlagP_20160622-388958.htm Size = 1 KB)
UFORMP_500199_KolbenschlagP_20160622.pdf (500199_KolbenschlagP_20160622-388957.pdf Size = 121 KB)
Submission Text
Pete Kolbenschlag


June 22, 2016


RE: Uncompahgre Field Office Resource Management Plan Revision and Draft Environmental Impact Statement


Dear BLM UFO RMP Team:


Please accept this comment and its supporting documents, attached here in

electronic and paper form, into the official comment record on the Draft EIS for the UFO RMP revision, to be included as part of the administrative record.

There can be little doubt that there is strong, wide spread support for the strongest level of protection for public lands, and lands overlying public minerals, in the North Fork Valley.

In addition to the many substantive issues raised in these comments, included herein in their totality by reference and attached, please consider these as solid evidence of that enduring and diverse support.
Sincerely,
Pete Kolbenschlag

500201_WitherC_20160808 Organization: Candy Wither
Received: 8/8/2016 12:00:00 AM
Commenter1: Candy Wither - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500201_WitherC_20160808.htm (500201_WitherC_20160808-388959.htm Size = 2 KB)
UFORMP_500201_WitherC_20160808.pdf (500201_WitherC_20160808-388961.pdf Size = 144 KB)
Submission Text
8/8/16
UFO Draft RMP

<([#1 [21.1] As a part time resident of Paonia I would like to encourage you to consider a no leasing Alternative. #1])> It seems to me that climate warming and climate change has reached a point that we need to more to renewable energy sources as quickly as possible.

<([#2 [27.1] I do applaud your plan to create a special recreation management area for Jumbo Mountain Plan B. I really hope that you include this in your final plan. #2])> I believe that Jumbo Mountain is a wonderful part asset for the community for recreation and open space. It is also an asset for the tourism economy. Communities who set aside these areas permanently for recreation generally improve both the quality of life for those in the community and create an attraction for visitors. I hike on Jumbo Mountain a lot and would appreciate it being conserved for many years. I see a lot of erosion and think active management would improve this.

I do believe that alternative B1 is an acceptable approach if a no leasing alternative is not possible. I hope to review it further and make more specific comments,

Candy Wither
434 North Fork
Paonia, CO
And
Boulder CO 80304


500202_KeenanK_20161013 Organization: Kristen Keenan
Received: 10/13/2016 12:00:00 AM
Commenter1: Kristen Keenan - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500202_KeenanK_20161013.htm (500202_KeenanK_20161013-388962.htm Size
= 3 KB)
UFORMP_500202_KeenanK_20161013.pdf (500202_KeenanK_20161013-388963.pdf Size =
114 KB)
Submission Text
Dana Wilson,

I am writing in opposition to hydraulic fracturing. I ask that you chose the North
Fork Alternative B1, and all other reasonable conservation protections in
Alternative B. I will say, though, that BLM did not explore all options. I suggest that
they go back to the drawing board and see what it would look like with zero
fracking. The main reason is because there are so many unknown and undisclosed
chemicals in the hydraulic fracturing fluids. We have no idea what the ramifications
will be if these chemicals got into our ground water, spilt on land, or how the will
affect the wildlife. These are questions that should be answered before we let
anyone drill into our land.

I am an environmentalist living in this Valley. I chose to live here because of the
dense and lively eco-system in the area. In my opinion, The BLM has also failed to
produce a balanced plan that took into consideration new horizontal drilling and
multi-stage hydraulic fracturing technologies. This relatively new drilling
technology involves a far greater magnitude of impacts, including: double the
surface impacts of conventional drilling; up to a 333% increase in air pollutant
emissions involving 12 more tons of VOCs and 1 additional ton of HAPs per well; 5
to 10 times more water; as well as increased noise, larger waste volumes, habitat
fragmentation and loss, and thousands of additional round trips of truck traffic per
well. BLM's proposed plan opens 95% of the Uncompahgre planning area to oil and

gas leasing and development. We are effectively KILLING our eco-system and putting END TO SUSTAINABILITY in Western Colorado.

I request that the BLM include all proposed actions in the North Fork Alternative, B1, in the final RMP. The BLM lands within the North Fork Alternative area are adjacent to the communities of Hotchkiss, Paonia, and Crawford and include areas that supply municipal water, and irrigation and domestic water companies, impact the scenic features of the Valley, and are high quality wildlife lands. The BLM should ensure the strongest level of protection for resources of particular concern that warrant the strong protections that are included in Alternative B1, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors. Please include all other conservation protections in Alternative B.
Regards,
Kristen Keenan
Keenan.Kristen@gmail.com

Cc: S. Jewell, N. Kornze, M. Tupper, R. Welch, B. Sharrow, G. Jones, B. Hovde, M. Bennet, S. Tipton, J. Polis


500203_McCainJ_20161025  Organization: James McCain
Received: 10/25/2016 12:00:00 AM
Commenter1: James McCain - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500203_McCainJ_20161025.htm (500203_McCainJ_20161025-388965.htm Size = 17 KB)
UFORMP_500203_McCainJ_20161025.pdf (500203_McCainJ_20161025-388966.pdf Size = 507 KB)
Submission Text
James McCain
40881 Hwy 133
Paonia, Co 81428
(970)-361-7441
October 25, 2016

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,
Please fully consider the following comments as federal law requires. Alternative B1 should at the very least be offered in each of the possible alternatives.

The preferred alternative in the draft RMP is remarkably similar to the "development" alternative, in
terms of fluid mineral leasing. If the preferred alternative were to become the final RMP, and fluid
mineral development were to meet or exceed the expectations published in the Reasonably Foreseeable Development Scenario, it would completely change life as we know it in the North Fork Valley (NFV). The NFV is, as you ought to be well aware, the greatest concentration of organic farms in Colorado, with vast agricultural, scenic, recreational and natural resources. The Economic Development Analysis performed by Better Cities and funded by Delta County and DCED recommends an economy based in agriculture, value-added food exports, tourism, arts, and hospitality. These industries are incompatible with heavy fluid mineral extraction. To sacrifice all those values and potential, and to instead industrialize the valley would be reckless and irresponsible.

I am an organic farmer, an artist and my partner and I are in the process of opening adding a Bed and
Breakfast Retreat our farm outside Paonia in late Spring 2017. We rely on the good water and air quality for our livelihood and health. Our customers travel from all over the world to have the opportunity to visit this amazing valley. They come for the organic food that our valley has become
known for. They travel to see this pristine landscape, they love to see the diversity of wildlife that is
unique to our area. If there is expanded oil and gas development it will leave a huge portion of this
valley without a viable form of income. The tourists will no longer seek us out as a destination. I understand that there is a need for the BLM to allow industry to profit from our local resources, but that cannot be at the expense of our invaluable shared resources, such as clean water and air. With your current Alternatives your office is almost guaranteeing our valley the fate of so many other
communities that have been poisoned by oil and gas accidents. <([#1 [5.3] You must reconsider and add B1
alternative to all of the possible Alternative plans.
#1])>
Over 11% of organic farms across the US now share a watershed with active drilling, and that number is expected to rise to up to 31%, as projected by FracFocus. According to the COGCC, Over 700 spills were reported at oil and gas operations in Colorado in 2014. The spills released more than a million gallons of oil and other chemicals. 11% of them contaminated water sources. There is rapidly mounting scientific evidence that produced water can contain toxic chemicals including natural mineral salts, chemical additives, dissolved hydrocarbons, toxic metal ions, and materials. These chemicals cause cancer, they alter endocrine function, they affect human and

BLM_0159987

animal reproductive systems, and they affect cognitive development in children. These facts are becoming well-known. If a spill were to occur upstream of the NFV that contaminated the irrigation water that feeds our farms, ranches, orchards, and vineyards, not only would it be unethical to sell our products, but the market would reject them. 4% of the UFO planning area is employed in the agricultural sector but in the NFV it's closer to 15%. It's bad enough that natural gas is putting our coal miners out of work. We don't need the oil and gas industry displacing our local hunting, fishing, recreation, agricultural and tourism economies, as well. Natural gas production does not provide enough stable, full-time employment to sustain the valley's economy. What it will achieve is to threaten the economic diversity we are striving to create in order to provide the stable, prosperous economy we desire. The BLM is aware of this, yet they chose to ignore this fact when they created their preferred alternative.

The following points illustrate areas in which the draft RMP is lacking adequate information:

<([#2 37.4] • The draft RMP does not consider the cumulative effect that the level of fluid mineral extraction
(drilling) outlined in the Reasonably Foreseeable Development Scenario will have on existing domestic and commercial water supplies, including springs, wells or surface water. The BLM has the means to estimate this figure and yet it does not.
#2])>
<([#3 37.3] • The draft RMP makes no mention of wastewater disposal for fluid mineral development.
Drilling uses a lot of water in the process of extracting natural gas. What is acceptable in terms of wastewater disposal on our public lands? The only time wastewater is mentioned is in the ACEC's portion of the Environmental Impacts section: "Energy and minerals development could impact ACEC values by .... contaminating surface water from wastewater spills and runoff containing drilling fluids." (4-346) These same negative impacts would occur anywhere fluid mineral development is allowed to take place, why is it not mentioned anywhere else?
#3])>

<([#4 37.2] • The BLM admittedly does not have mapping of the planning area's groundwater hydrology,
which makes it difficult for future project EIS's to predict the impact of fluid mineral development on private and commercial water sources. #4])>

<([#5 5.3] • In the draft RMP, the NFAP is tacked onto the 'conservation' Alternative B, as a sub-alternative
B1. All parts of the planning area not covered in the NFAP are overlaid with alternative B. This makes it appear that the NFAP and alternative B1 are much more restrictive than the public intended, since the public only proposed to protect the North Fork Valley. By tacking the NFAP onto alternative B, it appears that the public proposed to remove 95% of the entire planning area from being available for leasing, which is not an accurate representation. If overlaying the NFAP onto another alternative is their way of analyzing the plan, they should overlay the NFAP over each alternative, so it's effect on each proposed plan can be accurately evaluated. Otherwise, it appears that the BLM tacked the NFAP onto the conservation alternative as a matter of protocol. without giving it serious consideration. #5])>

BLM_0159988

<([#6 [18.3] • The draft RMP does not adequately address human health impacts. The only mention of
potential health impacts in relation to fluid minerals is that "energy and mineral development...includes inherent risks for workers and the public related to safety during construction and operation, as well as the potential introduction of hazardous materials that could impact human health should exposure occur. Introduction of hazardous materials could indirectly affect health due local air, soil, or water contamination" and "Contaminated surface waters pose health risks to recreational users who may come into contact with those waters. Development activities in the vicinity of drinking water aquifers (groundwater) pose a risk of contaminating those aquifers and causing health impacts on groundwater consumers." (Page 4-445) The document makes no mention of the effects that water contaminated with mineral salts, chemical additives, dissolved hydrocarbons, toxic metal ions, and radioactive materials will have on human health, agriculture, livestock, or the economy. The document does not address mitigation or protocols to manage incidents of air/water/soil contamination, nor does it mention any existing legislation that would regulate such potential risks.
#6])>
• The draft RMP repeatedly describes how fluid mineral development would negatively impact, to some unknown degree, other resources such as wildlife habitat and migration corridors, grazing land, soil productivity, vegetative diversity, special status fish and aquatic wildlife, air quality, and visual resources, as well as non-market values including ecosystem services, natural amenities, scenic beauty, human health, quality of life, and sense of place.

• The draft RMP estimates that ecosystem services in the planning area could provide up to $1.492 million in value. (4-461)

• The draft RMP states that natural amenities like proximity to wilderness areas, national parks and other special protection areas tend to have a positive impact on tourism, property values, population growth due to positive net migration, higher incomes, and employment growth.

• The draft RMP states that approving an alternative that emphasizes "resource development over conservation likely would result in more impacts on nonmarket values and how planning area individuals perceive their own quality of life." (4-460)

• The draft RMP repeatedly states that, at the projected rate of fluid mineral development outlined
in the Reasonably Forseeable Development Scenario, oil and gas development would not have a significant impact on regional employment or the economy. It makes some mention of severance taxes but does not give estimates of what the income amount could be. It states that current employment in the planning area by oil and gas is less than .01 %, and is not expected to increase to greater than 1%. "Across all alternatives, for natural gas development, the economic contributions to the planning area represent a small fraction of jobs and income." (Page 4-462)

• "Agriculture represents 3.6% of jobs in the planning area ... The North Fork Valley represents a region where traditional agricultural uses have maintained importance due to the presence of organic and conventional small-scale farms, orchards, and wineries. Delta County is home to

the highest concentration of organic farms of any Colorado county." ( 4-459)

• Given the previous five points, why does the UFO's draft RMP prefer an alternative that will produce a net negative impact on the planning area's economy, natural resources, and quality of life?

<([#7 [18.3] • The draft RMP did not address possible environmental disasters caused by or affecting fluid
mineral development. It is possible that wastewater injection wells can cause seismic activity. There is no mention of this in the RMP. It is also possible that naturally occurring mudslides and avalanches could affect the safety and integrity of extraction infrastructure. There was a close call on May 25, 2014, when a mudslide came within feet of burying a drilling pad near Colbran, Co. and killed three people. The West Elk Mountains are geologically unstable and these issues need to be mentioned in the RMP to provide a basis for future EIS's to address these risks.

• The draft RMP does not adequately address the possibility of explosions, or lightning strikes, and the risk that these events can pose to nearby residences, structures, property and other natural resources when natural gas and other flammable/explosive materials are involved. The planning area is often subject to drought conditions, in which fires can quickly get out control. The RMP states that "mineral resource development .... would introduce additional ignition sources into the planning area, which ... could increase the potential for high-intensity wildland fires." (4-482) That is the extent of the content of this issue, briefly mentioned in the "Unavoidable Adverse Impacts" section. We can avoid this "adverse impact" by designating places where wildfires are a risk as unsuitable for fluid mineral extraction.

• The draft RMP does not address how fluid mineral development would strain local emergency services such as volunteer fire, ems and rescue groups. In the fall of 2015, there was a report of flames in the forest alongside Hwy 133. Paonia Volunteer Fire Dept was dispatched to the scene, over an hour's drive from their station. It turned out that one of the wells was flaring gasses and hadn't notified the local authorities as they were required, by law. This had the effect of wasting volunteers' time and could have been detrimental if there had been a real emergency during the time the fire department's limited resources were tied up investigating this false alarm. If there were a true emergency in this remote location, where is the nearest HAZMAT team that is qualified to deal with oil and gas spills? What is the response time? The specifics should be determined in project EIS's but the issue needs to be mentioned in the RMP that guides future EIS's. #7])>

• In 2012, North Fork Valley residents submitted over 3000 comments to the BLM in protest of a 30,000 acre lease sale. We were successful in fighting back that sale, and the latter 20,000 acres lease sale, in part because the BLM had relied on a 30-year old RMP, which did not consider how the valley had changed over the last 30 years, nor the impacts of hydraulic fracturing and multi-stage drilling technologies, which are relatively new technologies. The BLM's draft RMP still does not consider how the changes in technology will impact the land, human health, wildlife habitat-- including hunting and fishing populations, the environment, and the local economy. Relative to oil and gas, Alternative D, BLM's preferred alternative, is only a

BLM_0159990

.1% improvement over the existing 30-year RMP.

<([#8 [11.3] • The draft RMP does not mention climate change and the extent that fluid mineral development
would contribute to atmospheric C02. This is now required under NEPA. The final RMP needs to include this analysis. #8])>

<([#9 [40.3] • The draft RMP does not consider proximity to designated wilderness areas such as the West Elk
Wilderness and Raggeds Wilderness, which are protected with Class 1 Airshed classifications. What would be the air quality impacts caused by adjacent development. There is currently a proposed well pad within 1 mile of the Wilderness Area border.
#9])>

<([#10 [5.3] Specifically, the draft Resource Management Plan needs to:
• Include a no-leasing alternative, to adequately evaluate the full range of reasonable management plans.
• Include a sub-alternative for each alternative (Al, C1, D1) as was created for Alternative B, so the North Fork Alternative Plan can be properly evaluated against each proposed alternative.
• Address the issues of human health, water quality, air quality, emergency response, environmental disasters, climate change and the effect on existing surface and ground water sources in relation to fluid mineral extraction.
#10])>

<([#11 [5.3] And the final RMP should:
• Include NL protections for land with highly erodible selenium soils, land within .5 miles of any water body, including streams and rivers, and land within .25 miles of any public or private water supplies.
• Preserve the valuable visual assets and scenic character of the NFV by protecting the visual landscape and prominent landmarks with NL and VRM Class I and II designations
• Include NSO protections for land with high geologic hazard risk, land designated as big game range, land in the Jumbo Mountain area, and within 100-year floodplains
• Include NSO protections for lands with selenium soils, agricultural land, water conveyances such as irrigation canals and springs, trout streams, scenic corridors and community facilities including schools and parks.
#11])>
Furthermore, I believe that this plan is incomprehensible in the size and range of its intended management area. The plan is lumping a huge range of biomes into one large control system. This is
possibly the worst way to manage this large of an area. It would be a much more feasible plan if each
of the forest services were tasked with the management of their area of management. There fore I believe the BLM needs to consider a cluster of smaller management plans specific to each of the areas unique and vastly different resources. Also, without having considered a no-leasing alternative, nor considering how the North Fork Alternative Plan would be carried out if included in the preferred

alternative, the draft RMP fails to fulfill it's duty to consider the full range of reasonable management
possibilities. Not only did the BLM neglect to even consider a no-leasing option, but they tacked the
NFAP onto the 'conservation alternative' and then proceeded to create a preferred alternative that included almost no elements from the conservation alternative nor the NFAP. That is hardly the balanced approach to resource management that the RMP process is intended to produce.

Thank you for taking the time to consider my comments. I hope you are able to create a final RMP that succeeds in it's mission to sustain the health, diversity, and productivity of the public lands
for the use and enjoyment of present and future generations.

Sincerely,
James McCain

500204_GaydosP_20161026  Organization: Paul J. Gaydos
Received: 10/26/2016 12:00:00 AM
Commenter1: Paul J. Gaydos - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500204_GaydosP_20161026.htm (500204_GaydosP_20161026-388968.htm Size = 2 KB)
UFORMP_500204_GaydosP_20161026.pdf (500204_GaydosP_20161026-388969.pdf Size = 100 KB)
Submission Text
BLM Uncompahgre Field Office

Dear Ma'am, Sir,

This letter pertains to the BLM's RMP and EIS providing information intending to cause changes to proposed action.
It appears that the BLM's mission statement has been influenced and skewed by certain industries. The BLM's mission statement does not direct or allude to such use.

There upon definition is required.
" ... to sustain"; to hold, keep in existence, maintain sustenance for.
" ... the health"; physical will-being, freedom from dis-ease, condition of.
" ... diversity"; differences, variety (in the natural state).

BLM_0159992

" ... and productivity"; fertile, abundant productivity, (that is what nature of itself does i.e. producing by and of itself all that it is).
" ... of the public"; the people as a whole, for benefit of all.
" ... lands for the use of (being there) and enjoyment of present and future generations.".

The BLM is obligated to conscience prudent and shrewd management and policy making.
Such policy making precludes such harm, pollution and destruction by extractive industries. Such use is abominable.
Hence, the CHC' North Fork Alternative Plan wisely proposes a sagacious policy.
What the BLM and the public have to fear is the results of avarice stupidity and ignorance.

Respectfully,
Paul J. Gaydos


P.s. "Let there be light" Gen. 1:2


500205_KroehlerC_20161008  Organization: Corbett Kroehler
Received: 10/8/2016 12:00:00 AM
Commenter1: Corbett Kroehler - Orlando, Florida  32839 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500205_KroehlerC_20161008.htm  (500205_KroehlerC_20161008-388971.htm Size = 2 KB)
UFORMP_500205_KroehlerC_20161008.pdf  (500205_KroehlerC_20161008-388970.pdf  Size = 52 KB)
Submission Text
October 8, 2016

Neil Kornze, Director
Bureau of Land Management
Room 5665
1849 C Street NW
Washington, DC 20240

BLM_0159993

RE: Protect Our Wild Public Lands in Colorado

Dear Director Kornze:
From the lowland expanses of the arid Colorado Plateau to the 12,000-foot craggy Rocky Mountain peaks
of subalpine forest, the BLM's Uncompahgre field district offers stark contrasts in topography.
According to the agency's own estimates, 500,000 visitors recreate annually on BLM lands managed by
the Uncompahgre Field Office in southwestern Colorado. These visits are an integral piece of Colorado's
economy; according to a study commissioned by The Pew Charitable Trusts, a total of $275 million a year
is spent in communities within 50 miles of recreation sites by visitors engaging in quiet (nonmotorized)
recreation activities on BLM lands.
Places like Shavano Creek and Camel Back are wild and remote landscapes deserving of management
which keeps them as they are: accessible to hikers, backpackers, sportsmen and others who enjoy these
places in low-impact ways. As you know, local residents have asked the BLM to preserve outstanding
opportunities for solitude and adventure - an economic driver for the region, as well as vital wildlife
corridors that safeguard healthy populations of deer and elk that attract hunters from across the nation.
However, the current recommendations in the draft resource management plan do not go far enough to
fully protect these important areas.
As an American citizen and taxpayer, these are my public lands and I demand a say in their future.
I exhort you to recognize and conserve the remaining wild places in the Uncompahgre region so that
present and future generations can continue to experience this pristine wilderness.

Sincerely,
Mr. Corbett Kroehler
5104 Stratemeyer Drive
Orlando, FL 32839
email corbettkroehler@yahoo.com
mobile 321.663.9740


500206_GreenJ_20161101 Organization: Joan Green
Received: 11/1/2016 12:00:00 AM
Commenter1: Joan Green - Glenwood Springs, Colorado 81601 (United States)
Organization1:
Commenter Type: Individual

Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500206_GreenJ_20161101.htm (500206_GreenJ_20161101-388980.htm Size = 1 KB)
UFORMP_500206_GreenJ_20161101.pdf (500206_GreenJ_20161101-388981.pdf Size = 45 KB)
Submission Text
To Senator Scott Tipton,
I am a homeowner in the North Fork Valley and I am seriously concerned about the looming threat that Hydraulic Fracturing poses to the North Fork Valley.
The threats include loss of value of my primary life investment, my home. Pollution to the air, water and soil in my home land that impact health of the ecosystem including residents. Hydraulic fracturing is a threat to our local economy. We will not build a stable local economy by exploiting the environment.
Oil and Gas drilling negatively impact ranching, farming, wine production, tourism, recreation, hunting and real estate. These things are essential to the economy and lifestyle in the North Fork Valley.
The benefits of hydraulic fracturing are limited to an elite few and do not trickle down to local communities. The responsibility of dealing with cleaning up after the industrial mess of hydraulic fracturing is left to local citizens and local environmental agencies.
For these reasons I strongly urge you as a leader in Colorado to join with the progressive counties, states and countries that ban Hydraulic Fracturing for the protection and well being of the natural resources, wildlife and human life.
At minimum I urge you to support North Fork Alternative B1.
Joan Green
995 Glen Oak Ln
Glenwood Spg. CO 81601


500209_SalembierP_20161010 Organization: Philip Salembier
Received: 10/10/2016 12:00:00 AM
Commenter1: Philip Salembier - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500209_SalembierP_20161010.htm (500209_SalembierP_20161010-388982.htm Size = 1 KB)

UFORMP_500209_SalembierP_20161010.pdf (500209_SalembierP_20161010-388983.pdf Size = 39 KB)
Submission Text
October 10, 2016

Bureau of Land Management
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401

Re: RMP, Alternative B1
I support the NF Alternative B1 to the RMP. I believe any other alternative is not compatible use of our land: compatible with the thousands of jobs in the organic farming wine and ranching industries in the valley. Even if nothing untold happens with oil and gas drilling, the mere threat is enough to devalue the farms, wineries, orchards and ranches that are the backbone of our economy.
The heavily regulated coal companies have proved themselves good neighbors for many years. The oil and gas companies have no such track record. The have shown themselves to be reckless with little regard for the communities in which they work. We want long term, sustainable and responsible economic development. The oil and gas companies do not meet these criteria.
Please protect the lands by adopting Alternative B 1.

Thank you,
Philip Salembier (registered voter)
PO Box 631
Paonia, CO 81428


500210_MortonG_20161015 Organization: Geoff Morton
Received: 10/15/2016 12:00:00 AM
Commenter1: Geoff Morton - Crawford, Colorado (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500210_MortonG_20161015.htm (500210_MortonG_20161015-388984.htm Size = 3 KB)
UFORMP_500210_MortonG_20161015.pdf (500210_MortonG_20161015-388985.pdf Size = 65 KB)
Submission Text
Oct. 15, 20016
Subject: BLM RMP for oil and gas exploration in the North Fork Valley

Attention: Barb Sharrow, District Manager BLM Montose CO

Dear Ms Sharrow,
I am writing to you in regard to the RMP that was recently completed about the development of oil and
gas exploration in the North Fork Valley. I have been a resident of Crawford for 16 years and have a
great interest in our beautiful area that is home to organic farming, wineries, orchards as well as a
destination for tourists, hunters and wildlife lovers throughout the country and world as well as the
home of many people who came to life here to enjoy the clean air, rural lifestyle and scenic beauty of
this area.

The possibility of industrial development of our valley via gas and oil exploration is a threat to our life
style, economy, air and water quality, wildlife habitat, recreation and tourism that is an integral part of
our lives and homes. I strongly support the option of no industrial development for oil and gas
exploration because of the following reasons:

1. The potential to poison food sheds and threaten to wipe out food security for the people of the
Western Slope
2. Irreparable damage to clean air, fresh water, organic farms, orchards and vineyards
3. Significant harm to human and animal health
4. loss of our unique bio-diversity
5. Climate change impacts including frequent and longer lasting heat extremes, longer and more
intense wildfire seasons, lower river flows, larger wildfires, water shortages for irrigated agriculture
6. Noise pollution in residential areas
7. Damage to our already limited and over used highway and road systems
8. Dangerous driving conditions on narrow two lane roads
9. loss of tourism, hunting and fishing that our economy depends on
10. Damage to our wildlife and domestic animals

Finally, I would like to point out that this kind of industrial development is totally incompatible, with our
valleys economy and lifestyle and our pristine climate and environment. The idea of developing these
public lands to create profit for big oil and gas companies at the expense of our valleys economy,
lifestyle and environment is abhorrent and would do permanent damage to our way of life.

Please say no to oil and gas development on the public lands of the North Fork Valley.

BLM_0159997

Sincerely, Geoff Morton, 37767 Polson Road, Crawford CO 970-921-4141

500212_RoganJ_20161101 Organization: John Rogan
Received: 11/1/2016 12:00:00 AM
Commenter1: John Rogan - Aspen, Colorado 81611 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500212_RoganJ_20161101.htm (500212_RoganJ_20161101-388986.htm Size = 1 KB)
UFORMP_500212_RoganJ_20161101.pdf (500212_RoganJ_20161101-388987.pdf Size = 44 KB)
Submission Text
Dana Wilson
UFO Manager
2465 S. Townsend Ave
Montrose, CO 81401

Dear Dana Wilson,
I am a resident of the North Fork Valley and I oppose the use of public lands
for private gain and hydraulic fracturing.
I utilize public lands for hiking, camping, water sports, mountain biking and
recreating. The preservation of our public lands is beneficial for the lifestyle
here in the North Fork Valley, the wildlife, and the well being of our
citizens.
The threat that the Gas and Oil industry poses to the environment, economy
and community do not balance the benefit that hydraulic fracking brings to a
chosen few, who for the most part live outside of the North Fork valley.
As stewards of our public lands and natural resources, I encourage you to
stop the practice of hydraulic fracturing on public lands.
I encourage you to adopt the North Fork alternative B1 and to exceed those
standards.
Sincerely,
John Rogan
Name: Address: 3131 Moraen Creek Rd. Cabin 38
Aspen CO 81611

500213_JonesB_20161101 Organization: Buck Jones
Received: 11/1/2016 12:00:00 AM
Commenter1: Buck Jones - Snowmass Village, Colorado 81615 (United States)
Organization1:

Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500213_JonesB_20161101.htm (500213_JonesB_20161101-388989.htm Size = 2 KB)
UFORMP_500213_JonesB_20161101.pdf (500213_JonesB_20161101-388988.pdf Size = 59 KB)
Submission Text
Dear Joe Meyer,

I oppose all options included in the Draft RMP. The damage caused by hydraulic fracturing and how it
spreads its toxins through the air, soil and water to impact every living being must be considered by all
of us. I have so many concerns. Where do I begin! The more I learn-- I find too many gaps in the Draft
RMP which opens the valley and all of us to many hazards.

<([#1 [18.3] [5.6] The BLM did not take a hard look at direct, indirect, and cumulative impacts
as required by NEPA,
including:
• BLM failed to meaningfully analyze greenhouse gas emissions and the impacts of climate
change, including the severity of these impacts and social cost of carbon;
• BLM failed to consider impacts on human health and should have performed a comprehensive
health impact assessment ("HIA");
• BLM failed to consider various drilling technologies, including horizontal drilling and multi-stage
fracking in its analysis;
• BLM failed to consult with the Pipeline Hazardous Materials and Safety Administration and
failed to consider the potential impacts that an exemption from safety rules would have on
human health, the environment, and wildlife.
• BLM did not properly analyze methane and other air pollutants, or consider mitigation
measures to reduce these impacts
#1])>
The economy, the health of the residents and visitors and the future of this valley require all to step
back and reconsider any steps forward with the Draft RMP. I see too many problems and not enough
safe, considered analyses or well thought out plans to protect the valley for future generations.
Therefore, I demand that the BLM issue a moratorium on all oil and gas leasing and hydraulic
fracturing.

With regards,
Buck Jones
TazStetsonLLC
PO Box 5268
Snowmass Vlg CO 81615

Cc: M. Bennet, J. Hickenlooper, S. Jewell, N. Kornze, R. Welch

500219_RogenM_20161101  Organization: Mary Rogen
Received: 11/1/2016 12:00:00 AM
Commenter1: Mary Rogen - Grand Junction, Colorado 81507 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: dprobison 12/16/2016 12:00:00 AM
Attachments: 500219_RogenM_20161101.htm (500219_RogenM_20161101-388991.htm  Size = 1 KB)
UFORMP_500219_RogenM_20161101.pdf (500219_RogenM_20161101-388990.pdf  Size = 28 KB)
Submission Text
Ruth Welch,
I am a Colorado citizen for healthy soil, water, air and people.
I oppose hydraulic fracturing in the North Fork Valley.
Please ban oil and gas in the North Fork Valley.
Please use open space for the good of the environment and it's residents.
At a bare minimum, please adhere to the North Fork Alternative B1 guidelines and explore
reasonable alternatives for a renewable future.
Sincerely,
Mary H. Rogen


Name: Mary H. Rogen Address: 236 ½ Little Park Rd. Grand Jct. CO 81507


Cc: B. Sharrow, D. Wilson, G. Jones, M. Roeber, B. Hovde, M. Bennet

500220_BerilinL_20161101  Organization: Leonard Berilin
Received: 11/1/2016 12:00:00 AM
Commenter1: Leonard Berilin - Carbondale, Colorado 81623
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive

Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500220_BerilinL_20161101.htm (500220_BerilinL_20161101-388967.htm Size = 1 KB)
Submission Text
To the BLM,
I am a Colorado resident who enjoys visiting the North Fork Valley for Mountain Biking and water recreation.
I enjoy the serenity and peace of the public lands in the North Fork valley and the Paonia Reservoir.
I am concerned about the threat posed to public lands and public health by the gas and oil industry.
I urge you to ban the practice of hydraulic fracturing in the North Fork Valley.
At minimum, adopt the North Fork Alternative Bl.
Thank you for protecting the environment and public health.
Sincerely,
Leonard Berilin

Address: 659 Lincoln Ave
Carbondale, CO 81623

Cc: S. Jewell, N. Kornze, R. Welch, B. Sharrow, D. Wilson, M. Roeber, M. Bennet


500221_HemsellA_20161101 Organization: Amibalila Hemsell
Received: 11/1/2016 12:00:00 AM
Commenter1: Amibalila Hemsell - Ridgeway, Colorado 81432
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500221_HemsellA_20161101.htm (500221_HemsellA_20161101-388972.htm Size = 3 KB)
Submission Text
RMP COMMENT
Dana Wilson and Barb Sharrow,
I am in support of the North Fork Alternative Plan (B1). I surely am not completely satisfied with the NFAP, but it appears to be the best option. I believe this is the most responsible option because it takes into consideration the value of Delta County's water

shed and natural water systems. I am very fond of hunting in the North Fork region. If any of the other RMP plans are used, I don't believe I will be coming to hunt in the North Fork area any more. I like to insure that my family is eating game that is living in the most pristine environments. It is common knowledge that hydraulic fracturing can contaminate the air, land and water. A clear indication of this can be seen because France, Bulgaria, Germany and Scotland and states, such as New York and Vermont completely banned hydraulic fracturing in order to protect their citizens' health and their environment and economic futures. I hope you fully consider the impact on your citizens as well as your outdoor recreation/tourism.

I'm also opposed to the final environmental impact statement for SG Interests I Ltd.'s Master Development Plan Proposal and BLMS's preferred alternative to develop up to 146 natural gas wells, four water disposal wells, and associated access roads and pipelines for the same reasons mentioned above.

<([#1 [5.3] Lastly, I don't believe the BLM has explored all alternative option, as I did not see a no

leasing option in the RMP plans. #1])> One concern I have is for the birds that will drink from the open waste water pools at the sites, as there are many undisclosed chemicals in the hydraulic fracturing fluids. We don't if them drinking this water will give them a disease or outright kill them. I know it's the BLM's duty to help protect sensitive species, which in this region we have the Bald eagle, Golden Eagle, among many other birds on your sensitive species list.

Please consider how the future generations will look back on these big decisions you are making. I believe deciding a no leasing alternative will leave you on the right side of history.

Sincerely,

Amibalila Hemsell

340 County Rd 24

Ridgeway, CO 81432


500223_JohnsonJ_20161101 Organization: Jennifer Johnson

Received: 11/1/2016 12:00:00 AM

Commenter1: Jennifer Johnson - Carbondale, Colorado 81623

Organization1:

Commenter Type: Individual

Classification: Substantive

Submission Category: Unique

Submitted As: Regular mail

Form Letter Category: Unique

Form Letter Master:

Current Task: Review Assigned/Due: ewozniak

Attachments: 500223_JohnsonJ_20161101.htm (500223_JohnsonJ_20161101-388973.htm Size = 2 KB)

Submission Text

225 North 5th Street, Suite 702

Grand Junction, CO 81501

Scott Tipton,

<([#1 [2] I am opposed to Western Colorado Lease Exchange and Conservation Act of 2016 because it is irresponsible to locate oil and gas operations in a food shed, it is irresponsible to lease federal land for oil and gas development without federal, state, and local environmental review, it is irresponsible to impose oil and gas development on impacted communities without appropriate compensation for health, economic, and environmental impact, and it is irresponsible to not consider the food and environmental security in the national security equation #1])> . I am a resident of the North Fork Valley and I ask that you chose the North Fork Alternative, B1, and all other reasonable conservation protections in Alternative B. Avoidance, or not allowing harmful activity like Hydraulic Fracturing in sensitive places, such as the eco-system of the North Fork Valley, is the first step of proper mitigation, and one that the BLM must consider and should adopt in appropriate places. Places such as watersheds, view-sheds, and critical wildlife lands, all of which are found in the North Fork Valley, should be safeguarded by closing this area to oil and gas leasing or imposing strict No Surface Occupancy requirements. After all, the job of the BLM is to protect our watersheds and visual landscape. The BLM proposes to lease practically EVERY ACRE of the North Fork to oil and gas. This is unacceptable. Chose the North Fork Alternative, B1, and all other reasonable conservation protections in Alternative B.
Thank you,
Jennifer Johnson
552 Jacobs Place
Carbondale, CO 81623


Cc: Jared Polis, Millie Hamner, Kerry Donovan


500224_SullivanS_20161101 Organization: Sharon Sullivan
Received: 11/1/2016 12:00:00 AM
Commenter1: Sharon Sullivan - Grand Junction, Colorado 81503
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500224_SullivanS_20161101.htm (500224_SullivanS_20161101-388974.htm Size = 2 KB)
Submission Text
Dana Wilson,
I am a Colorado citizen for healthy soil, water, air and people.
I oppose hydraulic fracturing in the North Fork Valley.
<([#1 [41.2] Please consider that option that fracking is something that could seriously hurt Colorado. Right now the majority of our land is pristine, open, and

healthy. That is how people envision Colorado. Imagine someone wanting to move here and coming to visit only to find unsightly hydraulic fracturing machines spread about. Imagine taking a hike in the mountains and then running across one of these eyesores. Worse yet, what if you already lived here and they put one near your home and one of the mystery chemicals in the fluid seeped into the ground water and affected the drinking water. #1])> There are so many scary and real possibilities, you must consider joining New York, Vermont, and Maryland in banning fracking or instating a moratorium until more research has been conducted.

At a bare minimum, please adhere to the North Fork Alternative B 1 guidelines and explore reasonable alternatives for a renewable future.

Sincerely,

Sharon Sullivan

Name: Sharon Sullivan

Address: 949 Santa Clara

Grand Junction

CO 81503

Cc: B. Sharrow, D. Wilson, G. Jones, M. Roeber, B. Hovde, M. Bennet

500226_CareyH_20161101 Organization: Hugh Carey

Received: 11/1/2016 12:00:00 AM

Commenter1: Hugh Carey - Crawford, Colorado

Organization1:

Commenter Type: Individual

Classification: Substantive

Submission Category: Unique

Submitted As: Regular mail

Form Letter Category: Unique

Form Letter Master:

Current Task: Review Assigned/Due: ewozniak

Attachments: 500226_CareyH_20161101.htm (500226_CareyH_20161101-388975.htm Size = 3 KB)

Submission Text

TO THE BLM:

<([#1 [18.3] [41.2] I am concerned that the BLM didn't consider the damage of fracking or do a human health

impact study on fracking operations before drafting the RMP. A recent study released by John Hopkins indicates that an increase of health problems in areas near hydraulic fracturing is directly related:

"New research suggests that Pennsylvania residents with the highest exposure to active natural gas wells operated by the hydraulic fracturing ('fracking') industry are nearly twice as likely to suffer from a combination of migraine headaches, chronic nasal and sinus symptoms and severe fatigue.

Researchers from the Johns Hopkins Bloomberg School of Public Health, reporting online Aug. 25 in the journal Environmental Health Perspectives, say their findings add to a growing body

of evidence linking the £racking industry to health problems.
'These three health conditions can have debilitating impacts on people's lives,' says first author
Aaron W. Tustin, MD, MPH, a resident physician in the Department of Environmental Health
Sciences at the Bloomberg School. 'In addition, they cost the health care system a lot of money.
Our data suggest these symptoms are associated with proximity to the fracking industry.' "
Why is the BLM not acknowledging the people whose health has been damaged or those who
have died near fracking operations? #1])> The only way to prevent destroying the human health
of
10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing and issue
a moratorium.
Regards,
Hugh Carey 2401 Clear Ford Rd, Crawford, CO 9707787078

http://www.jhsph.edu/news/news-releases/2016/study-unconventional-natural-gas-
wellsassociated-
with-migraine-fatigue-chronic-nasal-and-sinus-sym_ptoms.htm1
Cc: N. Kornze, S. Jewell, R. Welch, M. Bennet, Delta County Commissioners, J. Hickenlooper


500227_LerkozrykL_20161101 Organization: Justine Lerkozyk
Received: 11/1/2016 12:00:00 AM
Commenter1: Justine Lerkozyk - Glennwood Springs, Colorado 81601
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500227_LerkozrykL_20161101.htm (500227_LerkozrykL_20161101-388976.htm
Size = 1 KB)
Submission Text
Dana Wilson
UFO Manager
2465 S. Townsend Ave
Montrose, CO 81401

Dear Dana Wilson,
I utilize public lands for hiking, camping, water sports, mountain biking and
recreating. The preservation of our public lands is beneficial for the lifestyle
here in the North Fork Valley, the wildlife, and the well being of our
citizens.
The threat that the Gas and Oil industry poses to the environment, economy
and community do not balance the benefit that hydraulic fracking brings to a
chosen few, who for the most part live outside of the North Fork valley.
As stewards of our public lands and natural resources, I encourage you to

stop the practice of hydraulic fracturing on public lands.
I encourage you to adopt the North Fork alternative B1 and to exceed those standards.
Sincerely,

NAME: Justine Lerkozyk
ADDRESS: 2600 S. Oakhurst
Glennwood Springs CO 81601

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

500230_RocessA_20161101  Organization: Amy Rocess
Received: 11/1/2016  12:00:00  AM
Commenter1:  Amy Rocess - Glenwood Springs, Colorado 81601
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission  Category: Unique
Submitted  As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500230_RocessA_20161101.htm  (500230_RocessA_20161101-388977.htm  Size = 2 KB)
Submission  Text
Dana Wilson:
I ask that you chose the North Fork Alternative B1, and all other reasonable conservation protections in Alternative B. More ideally, however, would be if BLM would explore the idea of having zero hydraulic fracturing. There are many reasons why, but <([#1 [41.2] it is fearsome that there are so many undisclosed chemicals in the hydraulic fracturing fluids. We have no idea what will happen if these chemicals got into our ground water or how they will affect the wildlife. These are questions that need to be answered.
#1])> I live in this Valley and care deeply about our environment. I chose to live here because of the dense and lively eco-system in the area. To me, it seems as though we are effectively killing our eco-system and putting an end to sustainability in Western Colorado.
The BLM should ensure the strongest level of protection for our resources. I hope that you reconsider doing any hydraulic fracturing until more research has been conducted and we know what actually could be the long-term affects.
Thank you,
Amy D. Rocess
602 W. 12th St.
GWS, CO 81601

Cc: S. Jewell, R. Welch, B. Sharrow, B. Hovde, M. Bennet, S. Tipton, J. Polis

500232_ShortellT_20161101 Organization: Tim Shortell
Received: 11/1/2016 12:00:00 AM
Commenter1: Tim Shortell - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500232_ShortellT_20161101.htm (500232_ShortellT_20161101-388978.htm Size = 2 KB)
Submission Text
October 12, 2016

Barb Sharrow
District Manager
Bureau of Land Management
2465 South Townsend Ave
Montrose, CO 81401

I am writing to express my strong opposition to increased oil and gas leasing in the North Fork Valley,
and therefore my strong opposition to the BLM's "Preferred Alternative" for the Resource Management
Plan of the Uncompaghre Field Office region as it relates to oil and gas development in this area.
On a local level oil and gas development will negatively impact both the local communities, which rely
heavily upon clean air and water for the sustainability of the many organic farms and recreational
activities, and the wild communities, which rely upon unfragmented healthy ecosystems for their
wellbeing.
I can not understand why the BLM is supporting the acceleration of fossil fuel extraction from
undeveloped land while, at the same time, governmentally funded climate scientist are in consensus
that in order mitigate climate change we, as a country, need to be leaving much of the fossil fuels in the
ground.
An appropriate compromise, if it is even fathomable to compromise the health of the environment, is
the adoption of Alternative B as listed in the BLM's RMP.
Thank you for considering my opinion as you move forward with this extremely important decision
concerning the future of the North Fork Valley and beyond.

Sincerely,
Tim Shortell
PO Box 1174
Paonia, CO 81428


500233_BartahJ_20161101  Organization:  JM Bartah
Received: 11/1/2016 12:00:00 AM
Commenter1: JM Bartah - Eagle, Colorado 81631
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500233_BartahJ_20161101.htm (500233_BartahJ_20161101-388979.htm Size = 2 KB)
Submission Text
Attn: Dana Wilson
RE: Draft Resource Management Plan
I am a resident of the Roaring Fork Valley. I enjoy many of the natural resources
provided by the North Fork Valley. I am opposed to fracking and have great
concerns around the industry and its harmful effects on the environment and
community.
• <([#1 [41.2] Fracking harms the environment. The clean water in the North Fork Valley
benefits many in the Roaring Fork who enjoy fresh organic produce form the
North Fork.
• Fracking is a threat to the local economy. Local business that rely on tourism
and visitors from out of town will be harmed by the pollution and traffic that
fracking brings.
• Human health and wellness is not supported by fracking industries.
• The benefits of fracking do not stay in local communities, however, the
responsibilities of clean up and reclamation do.
#1])> I support the ban of fracking in the North Fork Valley's public lands and throughout
Colorado.
I support renewable energy and clean energy, which is abundant and cost effective.
I stand with the North Fork Valley uniting the North Fork and The Roaring Fork
Valleys for a healthy and sustainable future for Colorado.
I propose no land swaps, and no hydraulic fracturing!
Let Colorado stand strong with other forward thinking communities, states and
countries that have banned hydraulic fracturing all together.
Sincerely,
Name: J M Bartah
PO BOX 5887
Eagle, CO 81631

BLM_0160008

Street Address:
City, State, Zip:
Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet, J. Polis


500237_DangremondS_20161101  Organization:  Shari Dangremond
Received: 11/1/2016 12:00:00 AM
Commenter1: Shari Dangremond - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: mmccarter
Attachments: 500237_DangremondS_20161101.htm (500237_DangremondS_20161101-388940.htm Size = 1 KB)
Submission Text
Shari Dangremond
PO Box 1266
Paonia, CO 81428


Dana Wilson, Uncompahgre Field Office Manager
RE: Resource Management Plan Revision
2465 S. Townsend Ave.
Montrose, CO 81401
Dear Ms. Wilson:
I hope you will consider the North Fork Alternative Plan, listed in the RMP, alternative B and B1.
The negative impacts of possible gas development on the newly developing industries in the area, including wineries, organic agriculture, agri-tourism and increased tourism, would be very bad for our economy! Even the perception that the valley irrigation was contaminated due to the BLM allowing Leasing could be devastating and affect property values.
Also, I feel that we, as a society, must move away from rampant energy consumption as a way of life. I am willing, an do make an effort to minimize my personal energy consumption, and find that far from being a deprivation my life is better for it. I seldom drive, don't have a computer or T.V. I don't miss it – I like reading or walking in whatever nature is avalible.
So I hope you will consider my opinion in your plans for the North Fork.
Sincerely,
Shari Dangremond


500242_WalshM_20161101  Organization:  Mark Walsh
Received: 11/1/2016 12:00:00 AM
Commenter1: Mark Walsh - Hotchkiss, Colorado 81419 (United States)
Organization1:
Commenter Type: Individual

Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Form letter plus text
Form Letter Master: Form Letter L
Current Task: Review Assigned/Due: mmccarter
Attachments: 500242_WalshM_20161101.htm  (500242_WalshM_20161101-388960.htm  Size = 12 KB)
Submission Text
BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Thank you for the opportunity to comment on the draft Uncompahgre Field Office resource management plan (RMP). It is essential that the BLM consider ways to protect natural resources like wildlife, domestic and irrigation water, wild and scenic rivers, air quality, and recreation. The Preferred Alternative (D) in the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, thus endangering wildlife, recreation, wilderness-quality lands, and cultural sites. It would risk the air and water quality, along with the scenic viewsheds, which our local communities and economics· depend upon. It' would also put our public lands and adjoining communities at risk for negative impacts from development activities including, large-scale oil and gas drilling and lease speculation. The BLM should adopt a final plan that makes important wildlife habitat, recreation areas, and sensitive air, water; and, viewsheds off limits to energy development. The only acceptable alternative addressed in the draft RMP that would protect North Fork Valley (NFV) residents, would be the North Fork Alternative (B1) in the draft RMP; and it is essential to the NFV that all the components of Alternative B1 be addressed and included in the final RMP.
The final RMP decision impacts me in many ways, which are described below. I am a resident of Hotchkiss, Colorado, in the NFW, and have owned and lived on Sunshine Mesa, adjacent to BLM lands, for 20 years. This is beautiful sloping, southeast facing farmland, extremely suitable for farming, with great potential for viticulture in this important wine producing region. I believe that the following potential impacts and factors must be more thoroughly scrutinized before making any decision for the preferred alternative in the final RMP:
• Water impacts:
-Domestic water
My domestic water comes through a small water company, Sunshine Mesa Domestic, which is sourced through springs on BLM land in the target area of the draft RMP. This is just one of many small water companies that could be adversely affected by BLM's final RMP. Most of the domestic water sources in the NFV are surface springs and streams that are either on or near BLM lands affected by this plan. The final plan must protect the health of the watershed for the greatest number of users. Our communities are heavily invested in developing both domestic and agricultural water systems for their homes, farms and ranches. The final plan must exclude all oil and gas activities within a half-mile of all surface and ground domestic water sources, including municipal water supplies that risk being impacted by surface spills and well failure.
-Irrigation water
Surface water irrigation is supplied to me and thousands of others by the Fire Mountain canal, a

vital water source from the Paonia Reservoir, in an area that would be left open to oil and gas development in the draft RMP Preferred Alternative. The final plan must protect local agriculture by excluding oil and gas activities within a quarter mile of ditches, domestic water decrees, dams, irrigation intakes, or canals. This is a minimum distance required to safeguard direct and rapid impacts from surface spills and other contamination from oil and gas activity.

-stream and surface water quality

The final plan must protect streams and surface water quality, protecting ecological resources, aquatic habitat, recreational attractions, water storage, and flood control by closing areas within a half mile of lakes, ponds, wetlands, and reservoirs to oil and gas activities including leasing. The final plan should also recognize that perennial water sources, riparian areas, intermittent streams and ponds, and ephemera/seasonal waters are priority habitats with adequate protections from all surface activities.

-Federally listed and threatened aquatic species

The final plan must designate known habitats of rare and threatened fish species as Right of Way exclusion areas and prohibiting oil and gas surface activities. The same holds true for riparian zones and wetlands. Roads, pipelines, powerlines, and well pads will negatively impact water quality and reduce available habitat for local fish species.

• Air impacts

The final plan must protect the health of the airshed. The NFW is affected by daily up and down-valley winds and any oil and gas activities occurring in higher elevations could have direct impact on air quality at lower elevations, including from dust, methane, VOCs, ozone, and other particulates and gases hazardous to public health. The BLM does not have the adequate information to assess airshed impacts of oil and gas activities.

• Economic impacts:

-Recreation

River and trail recreation are a growing economic opportunity in the NFV, with these industries bringing millions of dollars to communities in Colorado. The North Fork Alternative provides protection from oil and gas development for streams and river corridors, trailhead areas, the flanks of the West Elk Mountains, and the Jumbo Mountain area. These protections should be included in the final plan.

-Agritourism

The final plan must protect the idyllic character and scenic beauty of the NFV, which is home to the West Elk Wine region and has been called Colorado's Farm-to-Table Capital. That character would be jeopardized by oil and gas activity. Alternative B1 requires development setbacks from agricultural lands, prevents damage to Visual qualities, and best preserves the current rural character of the valley.

• Scenic viewshed impacts

The NFV sits at the very heart of the West Elk Loop Scenic Byway, world renowned for its scenery and rural character. Oil and gas development could jeopardize the scenic qualities of the area. The final plan should include Alternative B1, which provides the adequate protections for the valley's scenic features.

• Real estate impacts

Real estate sales in the NFV continue to be driven by those seeking a rural, non-industrial, and agricultural lifestyle. The final plan must protect the investments locals have made in the value of their home and land, and should not allow for speculative oil and gas leasing which

BLM_0160011

discourages homebuyers from purchasing in our communities, producing real and direct negative economic impacts on our communities.
• Public health and safety impacts:
-Pipeline safety and integrity
<([#3 [41.1] Pipeline safety and integrity management was not mentioned in the draft RMP. The integrity of the pipeline can be compromised not only from faulty construction, but from .flooding, mudslides, earthquakes, and geological instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline. ·
Rural gas gathering pipelines must be regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.
#3])> -Traffic
The final plan must adequately mitigate the traffic impacts of oil and gas activity within the North Fork of the Gunnison Watershed. Local residents rely on a handful of narrow state highways for daily transportation and emergency access. Oil and gas activities would significantly increase the number and frequency of oversized trucks and machinery transported on our highways, increasing the risk of accident and emergency vehicle blockage while negatively impacting the experience of everything on and near the roadways.
-Seismic activity
New data indicates deep injection wells and other oil and gas activities increases seismic activities. The final plan must assess and mitigate potential impacts of human-caused earthquakes, particularly in the North Fork region which is prone to unstable soils and landslides.
• Recreation impacts:
-Trails
The BLM lands on and surrounding Jumbo Mountain are a well-used and well-loved recreation asset for North Fork residents. The final plan should include the entire Jumbo Mountain unit as a special recreation management area to protect the quality of the recreation experience. This area is essential for quality of life, recreation tourism, and the businesses that rely on those tourists. The final plan should also include an Ecological Emphasis Area to protect critical winter mule deer and elk habitat.
-Hunting and fishing
Public lands access for hunting, camping, fishing and travel, as well as plentiful and healthy habitat are critical components that help sustain the multi-million-dollar hunting industry in the area. The final plan should include ecological emphasis areas for all critical winter habitats within the North Fork Valley. The final plan should also include the protections of B1 which prohibits surface activities in critical wildlife habitats and includes both no Leasing and No Surface Occupancy setbacks from streams, riparian areas, and water bodies.
-Future recreation development
Local economic studies indicate that the economic future of our region will depend upon the diverse industries already present, including land- and water-based recreation. The final plan should include special recreation management areas and extensive recreation management areas for all lands identified as high recreation value by local residents and businesses. Recreation activities include mountain biking, horseback riding, motor biking, OHV use, trail running,

hunting, fishing, and backpacking among others. These areas include Jumbo Mountain, Stevens Gulch, the North Fork of the Gunnison River corridor, Smith Fork river corridor, McDonald Creek, Elephant Hill, Lone Cabin, Adobe Butte, and Roubideaux Canyon.
• Wildlife impacts:
My property is directly on a winter migration route of 300-400 elk from the river valley to the BLM land above me. Oil and gas drilling would directly affect this winter range. The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands and Stevens Gulch. The badlands is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest. Stevens Gulch is home to a population of Purple Martins that are not found in other areas. It also has one of the largest mature aspen stands in the world, providing prime habitat for elk and deer, and provides important connectivity between the valley bottoms and the roadless lands in the Grand Mesa National Forest.

In conclusion, I believe that the BLM should listen to the local residents in Crawford, Hotchkiss, and Paonia and include all provisions of the North Fork Alternative, B1, for the area in and around the NFV. This locally-driven proposal is the right way to protect the entire Gunnison Watershed, supporting farmers, protecting public health, sustaining ecological well-being, and building a sustainable rural economy on Colorado's Western Slope. The BLM owes it to all citizens that this area be protected as much as possible in perpetuity.
Sincerely,
Mark Walsh
PO Box 719
Hotchkiss, CO 81419


500244_MilvenanJ_20160801  Organization: J. Scott Milvenan
Received: 8/1/2016 12:00:00 AM
Commenter1: J. Scott Milvenan - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: mmccarter
Attachments: 500244_MilvenanJ_20160801.htm (500244_MilvenanJ_20160801-388964.htm
Size = 2 KB)
Submission Text
August 8, 2016
I am a recent immigrant to the North Fork Valley, specifically Lamborn Mesa just outside Paonia. I am a retired physician who now owns an organic farm. We chose the Paonia area because we wanted to be a part of the largest collection of organic farms in Colorado. We searched for several years to find a property with adequate water rights. As you know, the North Fork Valley is, in essence, high desert land, only fertile due to irrigation. Between Hotchkiss and

Delta and between Delta and Grand Junction, it is obvious what the area would look like without irrigation. Water is the most precious resource to the North Fork Valley and we must not risk contamination due to oil and gas drilling. The oil and gas industry has reputedly claimed that the water used in hydraulic fracturing is disposed of safely and without environmental detriment. Studies suggesting the opposite have already been made in Wyoming, West Virginia and Texas. This is scarily reminiscent of the tobacco company studies relating evidence that smoking was harmless. Common sense alone would prevent one from injecting wastewater into the ground in a water starved area of organic farms. I support banning oil and gas drilling in the North Fork Valley. However, I fully understand our need to remain energy independent. If BLM land is open to oil and gas lease, I support the North Fork Alternative B1. None of the other proposals are acceptable to me. Please don't ruin one of Colorado's greatest resources for a small amount of additional oil and gas.

Thank you for extending the comment period,

J. Scott Milvenan, M.D.

14099 Thompson Rd

Paonia, CO 81428


500245_BaldwinS_20161101 Organization: Susan Sky Baldwin

Received: 11/1/2016 12:00:00 AM

Commenter1: Susan Sky Baldwin - Olathe, Colorado 81425 (United States)

Organization1:

Commenter Type: Individual

Classification: Substantive

Submission Category: Unique

Submitted As: Regular mail

Form Letter Category: Unique

Form Letter Master:

Current Task: Review Assigned/Due: mmccarter

Attachments: 500245_BaldwinS_20161101.htm (500245_BaldwinS_20161101-388927.htm Size = 2 KB)

Submission Text

Please consider this a public comment on

BLM's Uncompahgre Field Office Draft Resource Management Plan.

Reference page number or section in RMP (optional):

Title of comment (area or trail name): Roubideau - Potter Creek trails

Name: Susan Sky Baldwin

Address: 4261 Colorado Rd, Olathe, CO 81425

Email (optional): susanskybaldwin@  Phone (optional):


Consider answering one or more of these questions:

(1) Describe the area and your historical use/activities there (Time of year and hiking, camping, photography, etc):

(2) What do you like about this area/trail? (Close to home, wildlife, historic sites, scenic views, etc. include experiential

data and resource knowledge when possible):

(3) With what aspects of BLM's findings do you agree and/or disagree and why? (You may

which to speak to
'Recreation Management Areas', 'Areas of Critical Environmental  Concern' or 'Route Density',
etc. Please be specific
where possible,  and think  in terms of "cause" and "effect"):
(4) Additional  Comments (Please consider adding comments on adjacent or overlapping
routes/areas, travel
management, etc):

1) In the late spring (after water levels subside) and in late fall,  I enjoy  riding  my horse either
alone or with friends.  We all agree it is a spectacular area that is only  a few miles  west of where
we live  outside  Olathe, so we can go here without  having to drive very far. Sometimes  the access
road is very bad – large pot holes.
2) We usually  don't see others once we leave the parking  area so it provides  an experience of
solitude  along with the beauty. We also like trying  to find  old remnants of history  of the area like
old cabins,  root cellars or corrals and pondering  what life must have been like  for these early
pioneers.
We enjoy trying  to find  or site Bighorn  Sheep. I have noticed just very small  groups however.
We also enjoy  the special beauty of having  bushes and trees along  the creeks which brings  its
own plant and bird diversity.
3) BLM is going  to have to control  the area at the end of the road as more people use this area so
it doesn't become damaged and destroyed. <([#1 [9.1] I would  like  to see this area as an ACEC
in the RMP #1])> .

Please turn in comments to the BLM by September 1st, 2016
Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP
Or email: uformp@blm.gov

500246_OReillyE_20160808  Organization:  E.C. O'Reilly
Received: 8/8/2016  12:00:00  AM
Commenter1: E.C. O'Reilly  - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type:
Classification: Nonsubstantive
Submission  Category: Unique
Submitted  As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: mmccarter
Attachments: 500246_OReillyE_20160808.htm  (500246_OReillyE_20160808-388929.htm  Size
= 1 KB)
Submission  Text
August 8, 2016
To Dana Wilson
Thank you for giving  opportunity  to comment to the RMP for the NF Valley and the Western
Slope. I am a resident of Paonia and purchased property four years ago when I decided to live
here moving  from Utah! The specifics of what the area offered in regards to quality  of life and

the resources of healthy air and water to made access to clean food, organic orchards, farms and ranches with decades of history drew me in. I chose this area for it's ruralness and access to wilderness and style of living. I support the B1 alternative as it addresses more specifically the needs of residents, as myself, who live here. I regularly make use of Jumbo Mountain and am in full support of keeping this valued land open to the growing recreation needs in the area.

E. C. O'Reilly
PO 173
230 Oak Ave
Paonia, CO 81428


500247_StevensS_20161031  Organization:  Sara Stevens
Received: 10/31/2016  12:00:00  AM
Commenter1:  Sara Stevens - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type:
Classification:  Nonsubstantive
Submission  Category: Unique
Submitted  As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: mmccarter
Attachments: 500247_StevensS_20161031.htm  (500247_StevensS_20161031-388932.htm  Size = 1 KB)
Submission  Text
S.Stevens
13703  4100 Rd.
Paonia, CO 81428

UFO RMP
To whom it may concern:
I am a resident of Paonia, Delta County and have farmed here for 27 years. I live up on Lamborn Mesa. I chose to live here for the clean water and air, the quality of life, organic orchards and farms. This area is known for its "clean living"
Please, BLM, protect the North Fork! Our ditch water comes down from the Minnesota and Beaver Reservoirs, and we depend on this water for growing our crops. Any oil and gas developments would greatly impact our quality of life, our health, our tourism and our resources.
Sincerely, Sara Stevens


500248_SiksonJ_20161031  Organization: Jake Sikson
Received: 10/31/2016  12:00:00  AM
Commenter1: Jake Sikson - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type:
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail

Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: mmccarter
Attachments: 500248_SiksonJ_20161031.htm (500248_SiksonJ_20161031-388936.htm  Size = 1 KB)
Submission  Text
Dear Joseph Meyer
I recently bought property in Paonia and I hope to raise family here. I do not want to have to leave because the water and air quality becomes toxic. The economy here is based on nature and agriculture we need these to remain clean so the people here can thrive.
Thank you
Jake
Jake Sikson
PO box 242
Paonia, CO 81428


500249_SteitzM_20160910  Organization:  Martin Steitz
Received:  9/10/2016  12:00:00  AM
Commenter1:  Martin Steitz - Forest Lake, Minnesota 55025 (United States)
Organization1:
Commenter Type: Individual
Classification:  Nonsubstantive
Submission  Category: Unique
Submitted  As: Fax
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: mmccarter
Attachments: 500249_SteitzM_20160910.htm (500249_SteitzM_20160910-388938.htm  Size = 2 KB)
Submission  Text
Martin Steitz
21853 lden  Avenue Place North
Forest Lake, MN 55025
zentrout@me.com


September 10, 2016
Barbara Sharrow, Uncompahgre Field  Manager
BLM
2465 South  Townsend Avenue
Montrose, Colorado  81401


Dear Field  Manager Sharrow,
I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,91 0 acres of lands with wilderness character -roadless lands that would qualify for designation under the Wilderness Act. Additionally, the BLM has identified more than 242,500 acres of potential Ecological Emphasis Areas-places that contain vulnerable networks of interconnected habitat and migration corridors-throughout the Uncompahgre Field Office. While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations.

Sincerely yours,
Martin Steitz

500250_HeuscherP_20161028 Organization: Pauline Heuscher
Received: 10/28/2016 12:00:00 AM
Commenter1: Pauline Heuscher - Cedaredge, Connecticut 81413 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500250_HeuscherP_20161028.htm (500250_HeuscherP_20161028-388885.htm
Size = 3 KB)
Submission Text
BLM Uncompahgre Field Office Draft Resource Management Plan
I Appendix D&F ACECs
My letter requests inclusion of several areas in the Paradox Valley along HWY 90 as
Areas of Critical Environment Concern and an area along HWY 141 fur inclusion as an
ACEC.
A. <([#1 [9.1] The most impressive petroglyph panel that I have ever viewed in Colorado is in
the W. Paradox Valley ACEC just north of HWY 90. There are other petroglyphs in this same
area. The large petroglyph is as impressive as the famous petroglyphs and pictographs of the
"Great Gallery in Horseshoe Canyon' or the "Hunting Scene" both of Utah. They must be
protected under ACECs for several reasons: they have outstanding cultural values and I noticed
bullet holes above the large panel – protection is vital #1])>

B. As a photographer, I was not only delighted to capture the petroglyphs but also the beauty of
the views from atop the mesa (N. of HWY 90 looking toward Utah's La Sal Mtns. and looking

toward the Roc Creek area. I have visited Sewemup Mesa and noticed that the Roc Creek LWC is by the Roc Creek Roadless Area that is next to Sewemup. Inclusion of the Roc Creek LWC helps to provide contiguous protection of ecologically important riparian habitat. BLM should leave the Roc Creek LWC in the Resource Management Plan.

C. There are native ruins atop a mesa close to HWY 141 in the Tabeguache area. This area deserves protection as an ACEC.

II Energy: and Resource Management
The Hubbard Park and Muddy Creek area above Paonia has been targeted for oil and gas drilling. The Preferred Option bas too many acres allowed for drilling I am strongly opposed to that option. PLEASE SUPPORT B1.

Reasons to support B1:

A. <([#2 [14.1.1] The Hubbard Park area is one of few prime habitat areas for the purple martin birds.
This species of birds is very sensitive to disruption of their habitat. There are few areas in western Colorado that have the habitat that the purple martins need other than this area proposed for drilling. BLM has an obligation to consider this issue and choose B1.
#2])>

PAGE 02/03
01 / 01 / 2008 04:53 9702459054 HEUSCHER

B. <([#3 [30.3] Agriculture is this areas' main business-ranching and in particular organic farming. This North Fork area is in the watershed of the proposed drilling and that will affect water quality and water quantity which is of prime importance to growers and ranchers. Paonia area is famous state wide as a great resource for organic food not only for the West Slope but also for the entire state of Colorado.
#3])>
Thank you for your attention to these matters.
Sincerely,
Pauline Heuscher

Page 2 – comt: resource and energy management
Comments to BLM
Pauline Heuscher
24601 Sorrento Ln
Cedaredge 81413
pheuscher@gmail.com

500251_NoName2_20161101 Organization:
Received: 12/16/2016 11:10:48 AM
Commenter1: - ,

BLM_0160019

Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 500251_NoName2_20161101.htm  (500251_NoName2_20161101-388888.htm
Size = 1 KB)
Submission Text
Dear BLM,
Hey guys there is clear scientific evidence that fracking impacts human life. Fracking harms our
habits. Children and pregnant women are the most adversely affected. The North Fork is a secure
location for families to thrive, and these big industry propositions will create noticeably less
effective conditions for the well-being of our youth.
I support no-leasing of any BLM lands. Managing, in my opinion, mutually excludes the right to
sell or lease lands for private interests. Why? Because this land has been here longer than all of
us and we need to respect how it labors to sustain us. When we disrespect these lands it parallels
a disregard and disrespect for our children and their posterity. How do we explain there is no
clean drinking water or wildlife? If we damage this now, when will we have the chance to try
again?
Thank you for your considerations.


500252_KolbinschlagP_20160811  Organization: Peter Kolbinschlag
Received: 8/11/2016 12:00:00 AM
Commenter1: Peter Kolbinschlag  - Paonia, Colorado 81428
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 500252_KolbinschlagP_20160811.htm  (500252_KolbinschlagP_20160811-
388901.htm  Size = 2 KB)
Submission Text
Dear Gina Jones,
Uncompahgre Field Office
Bureau of Land Management
2465 South Townsend Avenue
Montrose, CO 81401


The North Fork Valley is currently being threatened by oil and gas development
in a number of ways by the Bureau of Land Management (BLM). I am opposed to the

Final Environmental Impact Statement (FEIS) for SG interests I, Ltd's Master Development Plan (MPD) proposal, and BLM's preferred alternative to develop up to 146 natural gas wells, four water disposal wells, and associated access roads and pipelines. BLM's Final Environmental Impact Statement would allow a 146-well Master Development Plan for the Bull Mountain Unit northwest of the Paonia Reservoir to move forward. It is irresponsible to locate oil and gas operations in a sensitive watershed, which directly feeds the largest concentration of organic farms in the state.

Oil and Gas development would contaminate soil, water, and air in the valley. It would adversely affect human health and cause increases in respiratory, endocrine, immune, and cardiovascular disease. Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources including agriculture and wildlife. Ozone levels as modeled by the BLM for the Bull Mountain area already exceed the EPA threshold of 70ppb.

Please consider the option of not leasing. Hydraulic fracturing is a dangerous way to acquire a non-renewable resource. The North Fork Valley is a leader in renewable energy, making SG development in the area incredibly contradictory to what the Valley as a whole stands for.

Thank you,
Peter Kolbinschlag
229 Hwy 133
Paonia, CO 81428


500253_MerryP_20161101  Organization: Prima Merry
Received: 11/1/2016 12:00:00 AM
Commenter1: Prima Merry - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 500253_MerryP_20161101.htm (500253_MerryP_20161101-388905.htm Size = 2 KB)
Submission Text
Gina Jones,
I am a Colorado resident who is opposed to the Final Environmental Impact Statement (FEIS) for SG Interests I, Ltd's Master Development Plan (MDP) proposal, and ELM's preferred alternative to develop up to 146 natural gas wells, four water disposal wells, and associated access roads and pipelines. This plan is irresponsible and potentially hazardous to clean air, fresh water, and food sheds. As an organic farmer, this plan upsets me, and leaves me in fear of going out of business. Who really wants to eat food from an organic farm whose irrigation water comes so close from a natural gas well or water disposal well? Please consider that.

Development in the North fork would contaminate soils, water, and air. This valley has a long agricultural history and With the closure of the coal industry, the valley is just now experiencing the opportunity to re-invent itself. Hydraulic Fracturing, just like coal before it, will soon enough prove itself unsustainable, pushing the valley further into poverty. Rather, we should focus on cleaning up our environment and creating revenue from our excellent agro-tourism industry.

Leasing BLM land for SG interests is unethical and unfair to the people of the North Fork, Colorado, and the country as a whole. It is entirely irresponsible to permanently remove water from the hydraulic system. We don't know what the undisclosed chemicals used in hydraulic fracturing are. These chemicals could destroy BLM land. Our unique biodiversity may never recover. No leasing MUST be explored as an option. What Will this do to our watersheds? -

I urge you, before leasing our beautiful land to be pumped and destroyed in the conquest of quick revenue, please consider all that would be destroyed by doing so. Let this Valley flourish, not just for a few years, but also for generations. Let us have our own sustainable economy. I am opposed to any oil and gas leasing in the North Fork Valley.

Sincerely,
Prima Merry
110 Clark Avenue
Paonia, CO 81401

500254_MillerR_20161027 Organization: Pickin' Productions, Rob Miller
Received: 10/27/2016 12:00:00 AM
Commenter1: Rob Miller - Paonia, Colorado 81428 (United States)
Organization1:Pickin' Productions
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 500254_MillerR_20161027.htm (500254_MillerR_20161027-388914.htm Size = 3 KB)
Submission Text
ROBMLLER
PICKIN' PRODUCTIONS
PO Box 1690, Paonia, CO 81428
970.260.6493
pickinproductions@gmail.com
www.pickinproductions.com

October 27, 2016
BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

BLM_0160022

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,
I'm pleased to have the opportunity to comment on the draft Uncompahgre plan. I strongly
encourage the BLM to get behind including the Alt B1 plan. I have read thru the options, and it
seems to be the one that balances our community's well-being and the fact that there has to be
drilling somewhere. Even tho my livelihood isn't in the energy sector, I still get that drilling is a
reality. However, it seems like striving for a balance is what we should be going for.

I live in downtown Paonia and am a dad to two teenage girls. They were born here and consider
The North Fork Valley home, and at least one of the two is determined to stay here "all her life".
She
rides horses, and plays outside all the time. Protecting this community and it's water supply is a
paramount concern to us. I've seen a lot of changes since I moved here 17 years ago. We do not
want to see this town, this valley, turn into the likes of Rifle or one of the heavily drilled
communities
in our neighborhood. The mines have closed, and this community is on the verge of picking itself
up
by the bootstraps and making it work - with wineries, tourism, agriculture, the arts - and
MOUNTAIN BIKING!

I have brought my bike up Jumbo Mountain 117 times since this past April. The open space that
Mt.
Jumbo provides could be the most crucial part of this discussion. To me, personally, it is. I've
watched towns like Ridgway and Gunnison thrive in part because of the draw their trails provide.
Bringing people to Paonia is crucial for it's future success. And the trail on Jumbo are the key
part to
that success. Please DO NOT INCLUDE Mt Jumbo in any future drilling speculation. Thank
you.

And I am glad the BLM is considering ways to protect important natural resources like wildlife
habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological
emphasis
areas" to preserve habitat connectivity and wildlife corridors.

I would like the BLM to include all proposed actions in the North Fork Alternative, 61, in the
final
RMP. The North Fork Alternative boundaries include the communities of Hotchkiss, Paonia and
Crawford and include areas that supply municipal water, irrigation, and domestic water
companies,
impact the scenic features of the Valley, and are high quality wildlife lands. It ensures the
strongest
level of long-term protection for resources of particular concern included in Alternative B1, such
as
water supplies and riparian areas; scenic qualities of the valley and our wonderful views;

undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thank you again
for accepting my comments for the RMP process. The outcome is important to me because it will affect my home and community for years to come.

Sincerely,
Rob Miller
Pickin' Productions

500255_StoneM_20161101 Organization: Marilyn Stone
Received: 11/1/2016 12:00:00 AM
Commenter1: Marilyn Stone - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500255_StoneM_20161101.htm (500255_StoneM_20161101-388920.htm Size = 2 KB)
Submission Text
BLM staff
I moved to the North Fork Valley because is is not only beautiful but it is a place where I can be active all year round by taking advantage of cross country skiing in the winter on Kebler Pass, Stevens Gulch and Grand Mesa. I bowhunt for elk up Stevens Gulch Rd near Hubbard Park. I hike near Hubbard Park and have seen herds of elk on Terror Crk Trail (point Lark Tr). Increased traffic, noise and surface disturbance will drive elk away.
I also moved here to enjoy organic gardening and to be able to buy from organic farmers. Our irrigation and drinking water is primarily surface water (reservoirs, open irrigation ditches and creeks) which makes our water vulnerable to the frequent spills of oil/gas development. My irrigation water comes from the Minnesota Res. And Beaver Res. Plus Lucas Crk. My drinking water comes from springs on Mt Lamborn.
I lived in Denver for 18 years and many times discovered by "cold symptoms" were due to polluted air. I haven't had those "cold symptoms", e.g. sore throat, stuffy nose since I moved to the North Fork Valley. The winds emanating from potential and already leased areas endanger the good air quality.
<([#1 [18.3] Risks have been identified but not impacts on human health. There is a wealth of emerging research on negative health impacts.
The RMP does not identify the action plan implemented should the risks to air, water, wildlife and human health occur. #1])>
Sincerely,
Marilyn Stone

PO Box 1534
Paonia 81428


500256_TaylorC_20160808  Organization: Carolyn Taylor
Received: 10/8/2016 12:00:00 AM
Commenter1: Carolyn Taylor - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 500256_TaylorC_20160808.htm  (500256_TaylorC_20160808-388921.htm  Size = 1 KB)
Submission Text
8/8/16
Dana Wilson, UFO
I do not want one single resource, drilling and fracking for gas and oil to damage all of our natural resources the North Fork Valley has to offer, ie. Food, recreation, (specifically on Jumbo Mtn.) hunting, fishing, horseback riding and hiking.
Our valley is the largest organic farming community inn the state. We should not be dependent on a 3rd party for our food and once it is poisoned by fracking our valley will be barren and useless.
I'm worried about my property values once the drilling moves in. I'm worried about the water quality if drilling happens ½ mile from my farm.
I'm worried about the organic food produced in the N Fork Valley. This area has not been looked at closely enough "in the big picture", as a food producing valley.
I hike 3 seasons on Jumbo Mtn. and enjoy the Golden Eagles nest, mtn biking, horseback riding for the 16 years I've lived here.
Carolyn Taylor
41993 Minnesota Ck Rd.
Paonia, CO 81428


500257_TaylorS_20160808  Organization: Sherrion Taylor
Received: 8/8/2016 12:00:00 AM
Commenter1: Sherrion Taylor - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali

BLM_0160025

Attachments: 500257_TaylorS_20160808.htm  (500257_TaylorS_20160808-388922.htm  Size = 1 KB)
Submission Text
August 8, 2016
Dear Dana at BLM Uncompahgre Field Office
This letter is being written at the meeting held at in Paonia Colorado at the Paonia High School. Many concerned residents attended this gathering because we are concerned about our environment. I am a five year resident of Delta County/Paonia down-towner.
We eat organic food, make organic wine and grow a large amount of our food. This is a luxary! To have access to clean water is paramount to our survival in the North Fork Valley. Clean air, clean water is our number one goal. You cannot allow any fracking in the area – no more on McClure Pass – that water goes into our drinking and irrigation water that we water our gardens with. Stevens Gulch has to be controlled plus Jumbo Mountain must be protected for recreation, water and farming.
Please have a conscience/ some real integrity and moral insight to investigate the real threat to this beautiful valley.
We would lose - our food, health and land – of this area is polluted.
Think – is $ more important than the livelihood of the residents of the North Fork Valley – NO LEASING PERIOD! Pipes leak and break – STOP – think and act to promote Alternative B1 for the North Fork oil and gas leasing.
Thanks,
Sherrion Taylor, 510 3rd, # 1056, Paonia, CO 81428


500258_DiehlB_20160808  Organization: Bryan Diehl
Received: 8/8/2016 12:00:00 AM
Commenter1: Bryan Diehl - Paonia, Colorado
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: zghali
Attachments: 500258_DiehlB_20160808.htm  (500258_DiehlB_20160808-388924.htm  Size = 1 KB)
Submission Text
August 8, 2016
UFO Draft RMP / Uncompahgre Field Office
Montrose, CO
The reason to have no fracking above my home in Paonia is the same as it is in all locals: Global warming is going exponential; we need to get off fossil fuels as quickly as possible to save our planetary environment.
The BLM is proposing licenses to pollute. This is sick.
Byran C. Diehl
434 N. Fork Ave

Paonia, CO

500259_WitherC_20160808  Organization:  Candy Wither
Received: 8/8/2016 12:00:00 AM
Commenter1: Candy Wither - Paonia, Colorado
Organization1:
Commenter Type: Individual
Classification:
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: 500259_WitherC_20160808.htm  (500259_WitherC_20160808-388925.htm  Size = 1 KB)
Submission Text
August 8, 2016
UFO Draft RMP
As a part time resident of Paonia I would like to encourage you to consider a no leasing alternative. It seems to me that the climate warming and climate change has reached a point that we need to move to renewable energy sources as quickly as possible.
I do want to applaud your plan to create a special recreation management area for Jumbo Mountain Plan B. I really hope that you include this in your final plan. I believe that Jumbo Mountain is a wonderful asset for the community for recreation and open space. It is also an asset for the tourism economy. Communities who set aside these areas permanently for recreation generally improve both the quality of life for those in the community and creates an attraction for visitors. I hike on Jumbo a lot and would appreciate it being conserved for many years. I see a lot of erosion and think active management would improve this.
I do believe that alternative B1 is an acceptable approach if a no leasing alternative is not possible. I hope to review it further and make more specific comments,
Candy Wither
434 North Fork
Paonia CO
& Boulder CO 80304

500260_Noname3_20161101  Organization:
Received: 11/1/2016 1:26:05 PM
Commenter1: - ,
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: mtrieger 12/13/2016 12:00:00 AM

Attachments: xUFORMP_500260_Noname3_20161101.pdf (500260_Noname3_20161101-388432.pdf Size = 116 KB)
Submission Text
Dear BLM
-I am 12 years old and I like my health I have irrigation and my 10 ducks swim in it if oil goes in it the ducks might die or get sick and we eat the eggs!
-Our irrigation leads to our garden and I love vegetables and I don't want to eat food with fuel on it!
-I like to hike I've made it to the top of Mount Lamborn! I don't want to not hike! I don't even play video games.
-I go to the river park at least once a week I love the river don't let it have oil in it that's the fishes home how would you like it if someone dumped oil in your home and on your family!
Think about that
Thank you


500261_WegnerB_20161101 Organization: Brian Wegner
Received: 11/1/2016 12:00:00 AM
Commenter1: Brian Wegner - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: mtrieger 12/13/2016 12:00:00 AM
Attachments: 500261_WegnerB_20161101.htm (500261_WegnerB_20161101-388434.htm Size = 2 KB)
xUFORMP_500261_WegnerB_20161101.pdf (500261_WegnerB_20161101-388433.pdf Size = 222 KB)
Submission Text
BLM UFO Draft RMP/DEIS
Public Comment
I am opposed to the BLM's alternatives and the preferred Alt D plan. These are big picture comments related to the national strategy and fiscal policy.
1. The US currently faces a natural gas surplus that is driving oil and gas E&P companies to seek export markets/build LNG export terminals in order to increase demand and increase the price of natural gas. US strategy/national security policy should seek to preserve/conserve national resources for future use, while also promoting national competitiveness from low NG prices. Producing more NG at this point is completely counter-productive to these strategic goals.
2. US government policy that encourages oil and gas production, especially on publicly owned lands, completely contradicts the actions required to combat further global warming and future climate change. Production of more oil and NG (1) serves to reduce the price of these fossil fuels, encouraging more use, and (2) reduces incentives and affordability of clean energy sources by comparison. If we are serious about slowing down global warming, we must keep the carbon

in the ground, not burn it into our atmosphere.

3. BLM's duty to the public includes getting the best financial return on publicly owned land as possible. With oil at $50 a barrel and NG < $3, BLM is giving away valuable resources on the cheap. At some point in the future (even 100 years – if you believe the USA will still be around then), the prices of oil and NG will almost certainly increase. The earth only has so much oil and NG, despite the fact that the dreaded "peak oil" date may be extended a bit beyond estimates of 10 years ago. Besides preserving the natural beauty and environment of UFO publicly- owned lands, now is not the time to divest of natural resources, when prices are so low.

Brian Wegner
Paonia, CO 81428


500262_RehfeldtM_20160808  Organization: Melissa Rehfeldt
Received: 8/8/2016 12:00:00 AM
Commenter1: Melissa Rehfeldt - Paonia, Colorado (United States)
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: mtrieger 12/13/2016 12:00:00 AM
Attachments: 500262_RehfeldtM_20160808.htm (500262_RehfeldtM_20160808-388439.htm Size = 2 KB)
xUFORMP_500262_RehfeldtM_20160808.pdf (500262_RehfeldtM_20160808-388438.pdf Size = 216 KB)
Submission Text
August 8, 2016
Hello,
I am a resident of Paonia, CO. I have chosen to live in this wonderful valley because of its unique ecosystem and the abundance of water and healthy, fertile soil that exists here. We have numerous acres of organic farm land; including wineries, orchards, space for animals to graze – all receive irrigation water from either snow melt/ runoff and the Paonia Reservoir. If any amount of contamination seeped into the ground or a surface spill happened our rich farm land would be destroyed, our river ways and ground water would become unusable not only for irrigations and everyday use but also for the animals and fish. The land would slowly die including plant life, once we kill the land there would be nothing left to manage. Our economy is changing, coal mining is on its way out and we are relying on agriculture, real estate and recreational use of our land to supply our valley with growth. We are already exceeding the EPA's allowed amount of emission of 70 parts per million. If we allow drilling and fracking to happen it would inevitably destroy our way of life and fragile economy. The amount of truck traffic would greatly increase and pollute our air.
<([#1 [21.1] I ask you to deeply consider a no fracking alternative to be written up and accepted #1])> to protect our amazing north fork valley. To keep our food clean our public land healthy for the use of all humans and animals. And I want to thank you for all your work and efforts for

your public land. Also for extending the comment period
Thank you
Melissa Rehfeldt
Black Bridge Rd.
Paonia, Colorado


500263_JonesS_20160924_COHVCO_HasAttach Organization: COHVCO/TPA/CSA, Scott Jones
Received: 9/24/2016 12:00:00 AM
Commenter1: Scott Jones - Longmont, Colorado 80504 (United States)
Organization1:COHVCO/TPA/CSA
Commenter2: D. E. Riggle - ,
Organization2:Trails Preservation Alliance
Commenter Type: Organization (nonprofit/citizens group)
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: mmccarter
Attachments: 500263_JonesS_20160924_COHVCO.htm
(500263_JonesS_20160924_COHVCO_HasAttach-388446.htm Size = 231 KB)
xUFORMP_500263_JonesS_20160924_COHVCO_HasAttach.pdf
(500263_JonesS_20160924_COHVCO_HasAttach-388992.pdf Size = 6136 KB)
Submission Text
COHVCO
Protecting YOUR motorized off highway access to public lands.
TRAILS PRESERVATION ALLIANCE
www.ColoradoTPA.org
September 24, 2016
Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401.
Re: Uncompahgre Field Office RMP

Dear Sirs:

Please accept this correspondence and enclosed attachments as the comments of the Organizations identified regarding the Uncompahgre Field Office("UFO") Draft Resource Management Plan("the Proposal") in favor of Alternative "C" of the Proposal. While we are supportive of Alternative C of the Proposal, there are many factors that must be addressed to insure that the planning process is relying on the most accurate information possible in balancing resources. We are vigorously opposed to Alternative B of the Proposal for reasons that are more specifically addressed in these comments, the Organizations believe Alternative D could be easily adapted to become the most favorable alternative for the Organizations. Our main concern with Alternative D in its current form is the loss of the North Delta OHV area and associated

open riding opportunities. The Organizations submit that the North Delta area is truly suitable for an open riding designation and these open riding areas are diminishing rapidly throughout the State, which will make any of these opportunities highly valued in the future.

After review of the Proposal, the valuation of recreational activity on the UFO is badly undervalued, in terms of total spending, total jobs that result from recreation and the per day average spending amounts from the recreational activity. The variation of the UFO per day spending estimate of $10.01 and the public's experience on these issues is simply shocking.

The Organizations are also very concerned that with the large number of Areas of Critical Environmental Concern that are proposed in the RMP, that the impacts to multiple use access are not accurately reflected in the summary of Alternative C, or any other alternative of the Proposal. It has been the Organizations experience that when ACEC are designated, this designation lays the foundation for closure of these areas to multiple use recreation, even when the management issues to be addressed are simply unrelated to multiple use recreation. Our concerns about imbalance in these areas is compounded by the fact that the economic contribution of recreational activity is badly underestimated, which will result in an erroneous balance between resource protections and the benefits of resource utilization being struck.

Prior to addressing the merits of the Proposal, we believe a brief summary of each Organization is needed. The Colorado Off-Highway Vehicle Coalition ("COHVCO") is a grassroots advocacy organization seeking to represent, assist, educate, and empower all of the more than 150,000 registered Colorado OHV recreationists in the protection and promotion of off-highway motorized recreation throughout Colorado. COHVCO is an environmental organization that advocates and promotes the responsible use and conservation of our public lands and natural resources to preserve their aesthetic and recreational qualities for future generations.

The Trail Preservation Alliance ("TPA") is a 100 percent volunteer organization whose intention is to be a viable partner, working with the United States Forest Service (USFS) and the Bureau of Land Management (BLM) to preserve the sport of trail riding. The TPA acts as an advocate of the sport and takes the necessary action to insure that the USFS and BLM allocate to trail riding a fair and equitable percentage of access to public lands.

CSA was founded in 1970 to unite the more than 30,000 winter motorized recreationists across the state to enjoy their passion. CSA has become the voice of organized snowmobiling seeking to advance, promote and preserve the sport of snowmobiling through working with Federal and state land management agencies and local, state and federal legislators in telling the truth about our sport. For purposes of these comments, CSA, COHVCO and TPA are collectively referred to as "The Organizations".

1. The Organizations are vigorously opposed to Alternative B of the Proposal.

The Organizations are vigorously opposed to the many single use areas that are proposed under Alternative B of the Proposal. While there may be lands available for the large scale expansion of single use recreational areas, it has been the Organizations experience that funding for most trails and recreation on federal public lands is seriously limited and the Organizations do not

BLM_0160031

believe there will be any changes in this relationship in the future. While there may be short term money available to build a trail, often this money is simply not available for the long term maintenance and upkeep of the area once the grant funding has been exhausted. Often these long term maintenance issues result in limited facility maintenance and trash pickup, which impairs any user groups recreational experience. As a result of the limited funding that is available, multiple use recreation areas must be the standard moving forward so that any funding can be leveraged to the maximum extent possible for the benefit of the most users.

2. The Organizations vigorously support the fact that travel management has not been undertaken at the field office level.

The Organizations vigorously support the decision not to attempt to undertake Travel management decisions at the Field Office level, as it has been the Organizations experience that planning for small scale usage, such as particular trails or routes, simply cannot be effectively undertaken at the Field Office level as there is simply too much data, too many interests to be balanced that may not be entirely understood and too many routes. Often important routes are lost simply due to an oversight in the inventory process and users being asked to review too large an area. The Organizations are aware that many Field Offices in Colorado have undertaken travel management on these smaller scales and found it highly successful in developing high quality sustainable plans with good community support.

3(a). NEPA mandates detailed statements of high quality information for all decisions made in the planning process.

Prior to addressing the Organizations more specific concerns at the field office level on specific issues in the DRMP, the Organizations believe a brief review of NEPA requirements provided in regulation, various implementation guides and relevant court rulings is warranted to allow for comparison of analysis provided in the DRMP and the proper standard. The Organizations believe that the high levels of quality analysis that is required by these planning requirements frequently gets lost in the planning process. The Organizations are very concerned that the need to document the cause and effect relationship between management changes and impacts that will result must be accurate. This simply must be remedied in supplemental works to detail how impacts are related to changes. The Organizations believe meaningfully analyzing this cause and effect relationship will result in significant changes to the preferred alternatives proposed in supplemental works.

It is well established that NEPA regulations require an EIS to provide all information under the following standards:
" ... It shall provide full and fair discussion of significant environmental impacts and shall inform decision makers and the public of the reasonable alternatives which would avoid or minimize adverse impacts or enhance the quality of the human environment.. ... Statements shall be concise, clear, and to the point, and shall be supported by evidence that the agency has made the necessary environmental analyses .... "1

1 See, 40 CFR 1500.1

BLM_0160032

The regulations included the development of the Council of Environmental Quality, which expands upon the detailed statement theory for planning purposes.
"You must describe the proposed action and alternatives considered, if any (40 CFR 1508.9(b)) (see sections 6.5, Proposed Action and 6.6, Alternative Development). Illustrations and maps can be used to help describe the proposed action and alternatives."2

2 See, BLM Manual H-1790-1- NATIONAL ENVIRONMENTAL POLICY ACT HANDBOOK - pg 78.

These regulations clearly state the need for the quality information being provided as part of this relationship as follows:
"The CEQ regulations require NEPA documents to be "concise, clear, and to the point" (40 CFR 1500.2(b), 1502.4). Analyses must "focus on significant environmental issues and alternatives" and be useful to the decision-maker and the public (40 CFR 1500.1). Discussions of impacts are to be proportionate to their significance (40 CFR 1502.2(b))." 3

3 See, BLM Manual H-1790-1- NATIONAL ENVIRONMENTAL POLICY ACT HANDBOOK - pg 4.

<([#3 [9.1] The Organizations are very concerned with the expansions of Areas of Critical Environmental concern that is proposed in the DRMP have not been fully reviewed as management standards for these areas are not identified and recreational usage has been badly undervalued.
#3])>
6. Courts reviewing economic analysis in public planning apply a very strict standard of review.

FLPMA statutory mandates and BLM planning standards require economics to be addressed with best available science at the earliest possible stages of developing an RMP and to be integrated into the planning process throughout. These minimum requirements for the amount of research and analysis that is required for satisfaction of these basic planning requirements is heightened when economics is identified as a priority issue in the DRMP. The Organizations believe a brief analysis of relevant court ruling on the quality and accuracy of economic analysis in an EIS is very relevant. The Courts have held:
"an EIS serves two functions. First, it ensures that agencies take a hard look at the environmental effects of proposed projects. Second, it ensures that relevant information regarding proposed projects is available to members of the public so that they may play a role in the decision making process. Robertson, 490 U.S. at 349, 109 S.Ct. at 1845. For an EIS to serve these functions, it is essential that the EIS not be based on misleading economic assumptions."4

4 See, Hughes River Watershed Conservancy v. Glickman; (4th Circ 1996) 81 f3d 437 at pg 442; 42 ERC 1594, 26 Envtl. l. Rep 21276 at pg

The Court then discussed the significance of economic analysis in planning as follows:
"Misleading economic assumptions can defeat the first function of an EIS by impairing the agency's consideration of the adverse environmental effects of a proposed project. See, South La. Envtl. Council_ Inc. v. Sand, 629 F.2d 1005, 1011-12 (5th Cir.1980). NEPA requires agencies to

balance a project's economic benefits against its adverse environmental effects. Calvert Cliffs'
Coordinating Comm. v. United States Atomic Energy Comm'n, 449 F.2d 1109, 1113
(D.C.Cir.1971). The use of inflated economic benefits in this balancing process may result in
approval of a project that otherwise would not have been approved because of its adverse
environmental effects. Similarly, misleading economic assumptions can also defeat the second
function of an EIS by skewing the public's evaluation of a project."5

5 See, Hughes River Supra note 4 at pg 10.

The Court in the Hughes River decision invalidated an EIS based on an error in economic
contribution calculations of approximately 32%.6 As more specifically addressed later in these
comments, the Organizations vigorously assert the error in economic calculations in the GJFO
planning is easily more than twice the 32% the Hughes River Court found sufficient to overturn
the EIS in that matter.

<([#4 [30.3] 4b. Economic contributions are the sole means of integrating recreation in a
multiple use planning process.

The Organizations are intimately familiar with the interdisciplinary team process used for
balancing of multiple uses at the field office level of planning that occur before the NEPA review
process has really started. Often interdisciplinary team meetings are long and difficult meetings
that divert significant office resources away from other more short term management issues,
making the need for quality work and materials critical to successful team meetings. The intense
nature of these meetings mandates that every member of the team have a complete toolbox full
of quality information for these meetings and that all toolboxes have been subjected to stringent
review to insure that some issues or concerns are not artificially overvalued in the balancing
process. If only certain members have a full toolbox others have a toolbox that has been
artificially over valued , these members have the highest probability of prevailing on particular
issues in the planning process which will result in a proposal that does not accurately reflect a
range of alternatives for multiple use. This situation will merely reflect which parties in the
interdisciplinary team meetings had the best resources. This situation must be avoided at all
costs.

Economics and recreational access have been identified as management issues in the DRMP.
NEPA regulations clearly state how management issues are to be addressed in NEPA analysis as
follows:
"The CEQ regulations require NEPA documents to be "concise, clear, and to the point" (40 CFR
1500.2(b), 1502.4). Analyses must "focus on significant environmental issues and alternatives"
and be useful to the decision-maker and the public (40 CFR 1500.1). Discussions of impacts are
to be proportionate to their significance (40 CFR 1502.2(b))." 7

6 See, Hughes River, Supra note 4 at pg 12
7 BLM Manual H-1790-1- NATIONAL ENVIRONMENTAL POLICY ACT HANDBOOK - pg
4.

A toolbox for the recreational planner will include mapping and inventory of resources and

quality economic information regarding demand for particular usages based on visitor use information and economic benefits for particular usages. The recreational planner does not have the Wilderness Act, Wild and Scenic River inventory or Endangered Species Act to rely on in the planning process, they only have economic benefits to the local community to rely on. Given that the economic benefit from an average recreational usage is 6x higher than that estimated in the UFO, the Organizations assert that protecting lands will look far more valuable than utilization for recreational activity. The impact of proposed ACEC will be totally disproportionate to any benefits that could accrue from these designations. #4])>

<([#6 [30.3] 4c. Proper integration of economic information in the planning process is an ongoing issue in federal planning.

The proper integration of accurate economic information is often a weakness of the public lands planning process in Colorado, which has resulted in the creation of many other longer term problems when decisions reflecting an imbalanced multiple uses are implemented. This concern was recently identified as a major planning issue that is not just limited to Colorado. The Western Governors' Association released its Get Out West report in conjunction with its economic impact study of recreation on public lands in the Western United States which specifically identified that proper valuation is a significant management concern as follows: "Several managers stated that one of the biggest challenges they face is "the undervaluation of outdoor recreation" relative to other land uses."8

8 Western Governors Association; Get out West Report; Managing the Regions Recreational Assets; June 2012 at pg

The Get Out West report from the Western Governors' Association also highlighted how critical proper valuation of recreation is to the development of good management plans based on multiple use principals. The Get Out West report specifically found:
"Good planning not only results in better recreation opportunities, it also helps address and avoid major management challenges - such as limited funding, changing recreation types, user conflicts, and degradation of the assets. Managers with the most successfully managed recreation assets emphasized that they planned early and often. They assessed their opportunities and constraints, prioritized their assets, and defined visions."9

9 Get Out West Report at pg 5.

The Organizations believe our concerns regarding the UFO DRMP and those expressed in the Western Governor's Get Out West report virtually mirror each other. This concern must be addressed prior to finalization of the UFO RMP in order to avoid increases to many other management issues that were sought to be minimized with the creation of the DRMP. There can simply be no factual argument made that recreation has not been significantly undervalued in the UFO and this has directed the range of alternatives provided for multiple use recreation on the UFO when other restrictions are more fully applied in the future. The Organizations believe that the failure to proportionally analyze economics has lead to erroneous conclusions and an imbalance of multiple usage of the GJFO.

BLM_0160035

5a. Extensive research from a wide range of sources reaches conclusions that are irreconcilable with UFO conclusions regarding recreational spending.

The Organizations devote a significant portion of these comments discussing spending profiles of users developed from a wide range of sources ranging from partner agencies of the BLM to state and local government agencies and user groups. These analysis provide research that can be generally grouped into conclusions on three broad categories:
1. Total recreational spending of a user group at regional, state or local levels;
2. Average per day spending of user groups and recreational users in general; and
3. Jobs that result from this recreational spending.

The general use of the three broad categories for presentation of recreational spending information would provide numerous manners to cross check and double check the consistency of any office level planning initiatives with the conclusions of this research. As more specifically addressed in the following sections of these comments, the UFO conclusions are wholly inconsistent with these research conclusions on all three broad categories.

The Organizations must note the findings are basically consistent with each other regarding the average spend of particular user groups regardless of the entity that performed the research. The Organizations believe the variables that would be more applicable to establishing variations in total recreational spending at the planning office level would be the result of comparative opportunity and suitability of resources and opportunities that are provided on the planning office. These variables would directly impact the comparative totals for user groups and the total visitor days to the planning office. At no point in these analysis documents is there an arguable basis provided for the per day spending profiles that have been developed in the UFO planning process. The UFO conclusions are simply inconsistent with all other research and directly impacted the preferred alternative and the range of alternatives presented.
#6])>
7b. The Western Governors' Association recently concluded that recreational spending is the driver for western economies.

As previously noted there are three general categories for providing conclusions of recreational spending information. The first the organizations will be addressing is a total spending on a variety of geographic levels. Recreational usage of public lands is a significant portion of the Colorado economy, especially in the smaller mountain communities that have already lost more traditional sources of revenue, such as timber, farming and mining. The critical nature of recreational economics to the western economies was recently highlighted in the Western Governors Get our West Report that specifically stated:
"Spending on outdoor recreation is a vital part of the national and western economies. It means jobs and incomes and can be the lifeblood of many rural communities in the West. This snapshot helps highlight the value of this often overlooked sector- one that is not otherwise measured as a traditional pillar of the US economy. "10

10 Western Governors Association; A Snapshot of the Economic Impact of Outdoor Recreation; June 2012 at pg 4

BLM_0160036

This report provided the following comparison of recreational activity to many other major industries. [See attachment for Graph: An Overlooked Economic Giant]11

11 Id at pg 1

The Organizations completely agree that recreational economic contributions are an overlooked economic giant in the RMP and will simply note that any activity that has an average daily spend in the $10 range simply will not support any valid assertion of that activity being an economic driver from an organization with the credibility of the Western Governors' Association.

<([#7 [30.3] 8a. The total spending attributed to all recreational activities in the RMP is facially incorrect.

The Organizations are deeply concerned regarding the lack of analysis of the existing resources from Federal, State and local communities in addition to information provided from user groups. The failure to develop accurate analysis methodology in the UFO planning process has resulted in economic analysis calculations as part of the DRMP that are simply irreconcilable with any other calculations regarding recreational total spending in the planning areas. RMP summarizes the total recreational economic contributions to the UFO planning area as follows:

[See Attachment for Table 4-88: Economic Impacts from Recreation Activities: 2013, 2022, and 2032 (2012 Dollars)]

A brief summary of the conclusions regarding total spending on recreational activities in the Montrose, Ouray, Gunnison and Delta County areas will immediate result in one conclusion. GJFO research has reached conclusions that are entirely inconsistent with the conclusions of all other analysis.
1. Colorado Parks and Wildlife has concluded that hunting and fishing in the Montrose, Ouray, Gunnison and Delta County areas, which encompass the UFO planning area, results in over $112.4 million in annual spending to these counties.12
12 Colorado Division of Wildlife; Final Report: The Economic Impacts of Hunting, Fishing, and Wildlife Watching in Colorado; Sept 26, 2008 prepared by BBC Research and Consulting; at Section 3 pg 16.
2. Colorado Department of Tourism recently concluded that travel to Montrose, Ouray, Gunnison and Delta County resulted in over $292 million in spending in 2011. 13
13 Colorado Tourism Office- Office of Economic Development and International Trade; The Economic Impact of Travel in Colorado 1996-2011; prepared by Dean Runyan Associates at pgs 40 &43.
3. The Colorado Off-Highway Vehicle Coalition has concluded that over $129 million is spent in the UFO planning from the use of registered off highway vehicles, not including four wheel drive vehicles registered for road usage. 14
14 Colorado Off Highway Vehicle Coalition; Economic Contribution of Off-Highway Vehicle Recreation in Colorado; Executive Summary; July 2009 prepared by The Louis Berger Group; at pg ES-6.

These are spending amounts that are entirely consistent with the Western Governors' summary of

outdoor recreation as a significant economic driver of western communities. As these current spending profiles are more than 20x the projected spending on the UFO, the Organizations vigorously assert the UFO projections are incorrect and insufficient for NEPA or the analysis required for management issues.

The Organizations believe the total spending amount is simply incorrect as it cannot be reconciled with the research provided by any federal or state agencies or user groups which have analyzed the spending of particular user groups. The variations in total spending between the GJFO and all other user groups is far in excess of the 32% the Hughes River Court found sufficient to strike down the NEPA analysis in that matter on. These analysis simply must be corrected and multiple uses rebalanced on more accurate analysis of recreational spending and the public must be provided the opportunity to meaningfully comment on the revised proposal.

8b. UFO conclusions regarding per day recreational spending analysis is facially incorrect.

There are three categories that economic information is frequently provided in and the Organizations clearly have issues with total spending conclusions in the UFO plan. The UFO conclusions are also wholly inconsistent with conclusions regarding per day spending as well. The Organizations believe that reducing the total recreational spending found in the DRMP to a per day per user total allows for more meaningful analysis of the undervaluation of all recreation in the DRMP. The development of a least common denominator of recreational spending permits more meaningful analysis and comparison of the wide range of resources that are currently available as many analysis do not provide a total planning office spend.

As previously noted, the DRMP projects that total recreational spending on the UFO is only $3.9 million per year as follows:

[See Attachment for Table 4-88: Economic Impacts from Recreation Activities: 2013, 2022, and 2032 (2012 Dollars)] 15

15 DRMP at pg 4-468

The UFO socio-economic study estimates visitation for recreational activity as follows:

[See Attachment for Table 2-2: Trends in Visitation (2008-2009*]

As the DRMP provides both a total recreational spend and a total number of recreational visitor days, the average recreational daily spend relied on for development ofthe DRMP is able to be developed by dividing the total spend by the total days as follows:

$3.9 million/396,340 = $10.01 per day per user average recreational spending

The Organizations believe any assertion that the average recreational user spends $10.01 is ever more incorrect as this amount is merely an average. For this conclusion to be correct, it would mean there are large recreational groups that are able to recreate for significantly less than $10 per day to offset those user groups directly addressed in these comments, who on average spend

lOx this amount per day. The Organizations believe this facially incorrect conclusion is the direct result of the failure to meaningfully analyze economics has lead to conclusions in the DRMP.

6d. Western Governors Association research directly conflicts with UFO conclusions on average daily recreational spending.

The Organizations note that while the Western Governors Study cited above did not provide specific calculations regarding average spending of recreational users, the study was issued with a large number of companion site specific case studies.16 Many of these case studies did provide a total visitor days number and a total spending amount as part of their analysis.

16 See, Western Governors' Association; The West; A Wealth of Recreational Opportunities Report.

After calculating the average daily spend for a wide range of recreational activities in locations throughout the west, the Organizations are forced to conclude that these case studies are entirely consistent with the Forest Service NVUM data as these case studies had a total spending range of low $20 per day to a high of $190 per day and the bulk of areas finding an average spend in the $45 to $70 per day range. Again these conclusions simply cannot be reconciled with the spending amounts determined in the UFO planning process.
#7])>
7a. Basic consistency of BLM planning with USFS NVUM data is mandated by multiple Executive Orders and BLM national office requirements.

Prior to expanding the analysis of economic concerns to analyze research from other federal agencies, the Organizations believe a brief discussion of the history of these federal analysis and the relationship of these Forest Service analysis to BLM planning is warranted. Forest Service NVUM data has been collected pursuant to multiple Executive Orders that were equally applicable to all federal agencies. As a result of these executive orders, the BLM national office in Washington DC has recently announced that the methodology used by the USFS in their NVUM process is now being relied on for the analysis of recreational spending on BLM lands as well. This acceptance of NVUM process would lead to basic consistency of conclusions within a geographic area. As more extensively discussed later in these comments, the conclusions of the Region 2 NVUM data, or any forests that make up Region 2, and UFO conclusions are simply not reconcilable.

On September 11, 1993 President Clinton issued Executive Order #12,862 which addressed Setting Customer Service Standards for All Federal agencies. Order 12,862 specifically provided:
"All executive departments and agencies (hereinafter referred to collectively as "agency" or "agencies") that provide significant services directly to the public shall provide those services in a manner that seeks to meet the customer service standard established herein and shall take the following actions: (a) identify the customers who are, or should be, served by the agency;"

As a direct result of EO 12,862 the Forest Service embarked on compiling significant amounts of data regarding the demographics and spending habits of recreational users of USFS lands. The

BLM_0160039

USFS clearly identified that understanding the customer is of paramount importance to providing good customer service and developing good planning to provide a high quality customer service to recreational users. The results of this research has developed in the National Visitor Use Monitoring process and has uniformly been recognized as best available science regarding visitation and spending on public lands.

The on-going importance of the issues originally addressed in EO 12,862 was recently reaffirmed with the issuance of EO 13,571 on April 27, 2011 by President Barack Obama. With the issuance of EO 13,571 by President Obama, the BLM Washington Office entered into a cooperative agreement with the USFS to adopt NVUM findings and apply NVUM methodology to BLM lands. The background and benefits of this cooperative agreement are specifically outlined on the BLM's National Recreation Offices webpage as follows:
"Background
In an effort to identify a uniform, agency-wide program to collect scientifically-defensible visitor use estimates, the BLM entered into an Interagency Agreement with the USDA Forest Service (FS). The program provides a pilot test of the Forest Service National Visitor Use Monitoring (NVUM) program at three BLM Field Offices (Moab, UT, Roseburg, OR, Dolores, CO) to determine the viability of this comprehensive visitor use methodology for possible long-term, BLM-wide application.
Benefits
It is critical that the BLM has a standard consistent bureau-wide, scientifically-defensible method for visitor monitoring. Implementing this pilot program allows BLM to evaluate, adapt, and modify (as needed) the FS NVUM system, providing BLM with valid and reliable baseline data, trend analysis, demand assessment, and forecasting. Such visitor monitoring information enables BLM to incorporate statistically valid visitor use monitoring information into planning and management decisions as well as long-term monitoring assessment. The FS NVUM system provides BLM with accurate data with high confidence levels for reporting to Congress and constituents, thereby building credibility and establishing legal protection in decision-making. This program would also provide input for estimating regional socio-economic impacts associated with BLM visitor use. The program would provide insight into the recreation settings and recreation experiences that BLM visitors want on the public lands. Finally, by working with the FS, BLM can achieve significant savings in research and development costs while also being able to have comparable data with a sister agency. This inter-agency, inter-department effort represents a major achievement between the two Departments and sister agencies."17

17 http://www.blm.gov/wo/st/en/prog/Recreation/national recreation/visitor_use_surveys.html as viewed 5/3/2013

Given the clear vision provided by the BLM national office made to comply with the mandates of multiple Executive Orders, the Organizations have to question why any BLM Field Office would not undergo a basic comparison of economic conclusions to the USFS NVUM data. It is the Organizations position that type of review simply did not happen in this case, resulting in conclusions being reached in the DRMP that are in violation of both Presidential Executive Orders and the BLM National Office position on this issue. These conflicts must be resolved and the public allowed to comment after multiple uses are rebalanced pursuant to these mandates.

BLM_0160040

7b. Consistency of BLM planning with USFS NVUM data is required under existing science partnership agreements between USFS and BLM.

In addition to the adoption of NVUM data as the accepted conclusions and methodology for recreational spending analysis pursuant to Executive Orders, interagency strategies also address the critical need to rely on partner organizations research on particular issues to develop plans in a cost effective and timely manner. These partnerships are a critical tool in complying with requirements to develop plans in reliance with best available scientific research requirements. The need to manage in compliance with rapidly evolving bodies of research is specifically identified as a major concern for the BLM moving forward, as identified in the 2008 BLM Science Strategy, which states:
"In this era of rapidly expanding knowledge and methodologies of predicting future environmental changes, it is critical to keep up with the state of knowledge in resource management. By making use of the most up-to-date and accurate science and technology and working with scientific and technical experts of other organizations, we will be able to do the best job of managing the land for its environmental, scientific, social, and economic benefits." 18

18 BLM Science Strategy 2008- Doc ld BLM/RS/PL-00/001+1700 at pg iv.

The role that strategic planning documents play in determining the resources currently available and in identifying those resources that need to be developed is specifically and extensively discussed in the provisions of the 2008 BLM science strategy. This discussion specifically identifies:
"National management issues will be focused to reflect how they apply to the various biogeographic regions of the United States. The BLM identifies and prioritizes the science needs and problems that threaten the targets and goals from the National Strategy. Targets are established for managing specific goals or objectives ...... The science needed to address the regional management issues will be defined. Science may include existing resource inventory, monitoring, and other data, as well as new information derived from research and project efforts."19

19 Id at 16

BLM's Science Strategy identifies a wide range of scientific research partners for the exchange of credible information and to be used to address issues that may arise. One of these partners is the US Forest Service 20, making the extensive works of the Forest Service's research stations and NVUM research cited in these comments fully applicable to management of BLM lands.

20 ld at pg 10.

7c. Forest Service NVUM data conclusions on daily average recreational spending are completely irreconcilable with UFO conclusions.

As outlined in the previous two sections of the Organizations comments, basic consistency of economic analysis performed as part of BLM planning with NVUM data conclusions and research are now required by both BLM National office management standards, BLM science

BLM_0160041

strategies and multiple Presidential Executive Orders. While these planning requirements are clear, a comparison of the conclusions reached in the NVUM analysis and the UFO planning efforts leads to a single overwhelming conclusion. The Executive Orders and National BLM directives simply have not been complied with in the UFO planning process.

The US Forest Service recently released new National Visitor Use Monitoring data and research for the Rocky Mountain region. The conclusions of this research find that average recreational spending per day is totally irreconcilable with UFO findings regarding recreational spending on public lands. The USFS NVUM data for Region 2 found the average recreational spending for a party on a trip was $1,059 dollars.21 The average trip was 5.7 days in length22 and the average party consisted of 3 people.23 As a result the average spending can be developed by dividing the average trip total by the average trip length and the average party size.

21 USDA Forest Service; Visitor Use Report- USDA Forest Service Region 2; June 20, 2012 at pg 28.
22 Id.
23 Supra note 21 at pg 19.

The USFS NVUM research and analysis concludes that the average daily recreational spending total in R2 is $61.92 per day. The Organizations vigorously assert this total is utterly irreconcilable with the GJFO conclusion that the average recreational user spends $10.01 per day and must be corrected to accurately balance multiple use in the UFO process.

7d. NVUM multiplier application for calculations of spending for particular user groups brings GJFO conclusions into conflict with all other research documents available.

While the NVUM data can be relied to develop an average daily spend for all recreation on USFS lands, these materials were not the sole materials relied on for our concerns previously expressed. NVUM materials were supplemented with specific information on the spending habits of particular recreational user groups, and application of these multipliers to the average daily spending found in NVUM data yields conclusions that are entirely consistent with research from State Agencies and user groups. 24 Despite the wide range of sources of information sources from federal, state and user group analysis, these findings are all generally consistent with the USFS regional NVUM conclusions. Recent BLM analysis is the only research that is available that is inconsistent with the NVUM research.

24 Styles & White; USDA Forest Service & Michigan State University; Spending profiles of National Forest Visitors, NVUM Four Year Report; May 2005.

Several examples of the impact of the multipliers support this position and consistency as follows. The USFS NVUM research has concluded that hunters spend approximately 2-3 times the average recreational user of public lands.25 Application of this multiplier to the regional NVUM average daily spend of $61.92 would result in a hunting specific daily spend ranging from $123.84 to $185.76 per day. In 2008, CPW concluded the average daily hunting spending was $106 per day for in state hunters and $216 per day for out of state hunters.26 While these spending totals do not exactly correspond, the Organizations believe they are basically

BLM_0160042

comparable spending amounts.

25 Styles and White at pg 18.
26 Colorado Division of Wildlife; Final Report- The Economic Impacts of Hunting, Fishing and Wildlife Watching in Colorado; prepared by BBC Research and Consulting; at Section Ill pg 11.

The COHVCO economic contribution analysis addressed more completely in other sections of these comments does not provide an average daily spending amount, the Organizations believe that the USFS NVUM estimation that average daily spending on motorized recreation is comparable to hunting is accurate and consistent with the overall COHVCO findings. The consistency of NVUM data can be more directly compared with many other State and user groups analysis of motorized economic contribution within Region 2. An example of the consistency would be the recently released economic analysis of snowmobile users from the Wyoming Department of Parks.27 This analysis concluded that the in state snowmobiler spent $98.29 and the average out of state snowmobiler spent $159.80 per day and specifically excluded the cost of purchasing equipment from these calculations. It must be noted that these findings are 10-15 times the average daily spending found in the GJFO. The Organizations believe the USFS NVUM findings are again generally consistent with these conclusions, and provides further basis for our concerns regarding the basic accuracy of the UFO analysis.

27 University of Wyoming- Department of Agriculture and Applied Economics & Wyoming State Parks; Wyoming Comprehensive Recreational Report Summary of Key Findings 2011-2012; at pg 2.

The application of the NVUM multiplier for hunting, camping and motorized recreation to the average spending totals found in UFO planning documents simply yields totals that are in no way consistent with the calculations provided in these State and User Group analysis referenced above. Application of the largest multiplier {3x) from the NVUM analysis to the UFO per day recreational spend ($10.01) yields a total of $ 30.03 for an average hunting or motorized user spend. The Organizations believe there is simply no factual argument that can be made that UFO spending is consistent with these separate analysis documents or the NVUM conclusions. These inconsistencies simply must be addressed to balance multiple usage.

8. The economic contribution of trail networks has been concretely established in communities adjacent to the planning area.

As previously addressed, the Organizations are deeply concerned with the inconsistency of the UFO economic analysis with the conclusions that are reached on a regional and state level for recreational spending. The Organizations vigorously assert totals such as those reached by federal, state and user groups research are simply not obtainable at the levels of per day spending that are found in the GJFO. The UFO conclusions are also wholly inconsistent with economic contribution analysis of many local trail networks that are locally adjacent to the UFO, and should have been taken into account.

The Paiute Trail system in Utah contributes 38 million a year to a four county area from approximately 600 miles of trails. 28 This trail network is approximately 200 miles from the

UFO and is a regional destination for the motorized community. The Organizations believe the economic contributions of the GJFO total recreational contribution being estimated at 7.2 million is totally irreconcilable with the Paiute Trail network conclusions. The Organizations believe this is further evidence that the UFO calculations are simply incorrect. These conclusions warrant that the economic contribution calculations must be redone to develop accurate analysis and a proper balance of multiple uses on the UFO.

28 http://www.sharetrails.org/uploads/EconomicStudies/New%20Paiute%20Trail%20Economic%20StudyPAIUTE%20ATV%20TRAIL%20ECONOMIC%20OUTCOMES.pdf

<([#2 [30.3] 9. The UFO recreational jobs analysis is directly conflicting with research from other organizations.

As previously noted, the Organizations are deeply concerned with the inconsistency of UFO economic contribution analysis with state level and regional analysis from a wide range of sources on both total spending and per day recreational spending amounts. The Organizations assert that a hard look at a priority management issue would not have been concluded by a mere comparison of spending, but must also include analysis of factors that are directly tied to the recreational community and its spending. Accurate analysis of employment profiles in the UFO planning area and the total employment in the recreational field would be factors that are related to the total recreational spending. When the conclusions that are reached regarding employment in the UFO planning process and those from other sources are compared, these calculations are equally inconsistent.

The UFO RMP asserts 36 jobs as a result of recreation on the UFO planning area.29 By comparison previously cited documents identify exponentially larger numbers of persons employed in recreational activities in the planning areas, which are more specifically calculated as follows:
• COHVCO found that 1,564 persons are employed in positions related to motorizedrecreation in the UFO planning area;30
• CPW found that 1,170 persons are employed in Montrose, Ouray, Gunnison and Delta County areas in positions that are directly related to hunting and fishing activities;31
• Colorado Tourism found that 3,150 persons are employed in positions related to tourism and travel in Montrose, Ouray, Gunnison and Delta County counties;
• The Paiute Trail in Utah concludes that 146 jobs directly result from their 600 miles of trails;

29 DRMP at pg 4-468.
30 COHVCO study at pg 17.
31 CPW study Section IV page 16&17.

The Organizations are deeply concerned that comparison of recreational employment research conducted by the UFO and the conclusions that are reached by State and local partners and user groups analysis. The Organizations vigorously assert the inconsistencies in employment calculations are direct evidence that UFO conclusions are incorrect. The Organizations vigorously assert these conclusions must be corrected and multiple use rebalanced after accurate economic contribution conclusions have been reached. #2])>

BLM_0160044

<([#1 [32.5] 10. Restricting travel to designated routes has been highly effective in mitigating many management concerns.

The Organizations are intimately familiar with management of motorized recreation in areas with sensitive, threatened or endangered plants and have found that moving from an open riding area to a designated route system has been highly effective in dealing with possible impacts to plants in the area from recreational usage. As the UFO has taken this step only in 2009, the Organizations are unclear if the benefits have been reviewed and properly taken into account in the planning process. There is simply no analysis of how proposed management standards relate to the relevant and importance criteria that are identified for the ACEC areas as these management standards simply have not been provided as part of the draft RMP.

The Organizations are also concerned that similar management standards are employed for plant species regardless of the category of the Endangered Species Act, if the species is present on the ESA list at all. Given the fact that many species do not appear to be on the Endangered species list, economic concerns and multiple usage must be meaningfully addressed in the planning process. The significant benefits of moving to a designated trail system clearly would benefit plants in the area, and the Organizations believe a meaningful discussion of why this management alternative is insufficient must be provided.
#1])>
<([#5 [15.6] 11. Accurate implementation of endangered species listing decisions is critical to any long term recoveries.

Prior to addressing the specific concerns on particular species, the Organizations must provide a brief summary of our participation in endangered species issues as the basis for why accurate representation of current best available science is an issue for the Organizations. This is a major concern as almost all public lands in Colorado are possible habitat for some form of wildlife. The Organizations believe the summary is necessary in order to develop a complete understanding of the level of frustration that has been experienced in review of the ACEC portions of the DRMP. The Organizations have been active partners with Colorado Parks and Wildlife and the US Fish and Wildlife Service in the management of several endangered species, including the lynx and wolverine. The Organizations have been actively involved in multiple year stakeholder meetings regarding the Wolverine in the hope of developing sufficient management clarity to allow the wolverine to be reintroduced and avoid many of the issues that have plagued the lynx reintroduction. The Organizations will note that failing to properly review up to date management standards for the species often result in much of the conflict that plagues ESA issues. Clarifying management standards to avoid this type of management for endangered species has been a primary goal of these efforts. The Organizations believe the DRMP is a perfect example of management for endangered species that must be avoided. Once an ACEC area is created based on a possible listing this immediately creates a situation where the ACEC management and boundary areas could, and often do, conflict with subsequent decisions from the USFWS as science on many species is often rapidly changing and advancing.

The issues that plagued the lynx include many of the issues that are now proposed to be relied on in the DRMP, such as attempting to manage issues and uses that simply do not impact the

species and the failure to properly address economics in the habitat designation process. The Organizations are deeply troubled that proposed DRMP management of endangered species void any efforts of user group/agency partnerships. While the Organizations have only been directly involved in the lynx and wolverine issues, the Organizations are aware there are numerous partnership groups addressing many endangered species such as the Greater and Gunnison Sage grouse and many of the fish species living in the Colorado River. This will directly undermine the efforts of these partner groups and result in the wasting of the significant resources that have been devoted by both agency and partner groups to address the true threats to these species.

In addition to the lynx, the Organizations believe the examples of the genetically pure trout species and various amphibians in Colorado are relevant to explaining our concerns on this issue, even if these species are not of major concern on the UFO. While the concerns with Trout management are discussed at length subsequently, the Organizations will note that designation of an ACEC will never remove hybrid fish from the waterways occupied by the genetically pure fish, but the ACEC designation does create the perception that habitat areas adjacent to these waterways are contributing to the decline of the species. It has been the Organizations experience that once shorelines are drawn into question, these areas are immediately highlighted for loss of route in the area under the assumption that this benefits the species. That simply is not true and not scientifically based.

The Organizations experience with the Boreal toad raises similar concerns, as the decline of almost all amphibian species in Colorado is the result of respiratory virus that most experts believe is transported by birds. The designation of an ACEC area will not stop birds from transporting the virus, but again conveys the message that a lack of habitat is contributing to the decline of the Boreal Toad.

The Organizations are deeply concerned regarding the lack of review that has occurred on ESA species and the integration of this into the ACEC designation process. While brief reviews and erring on the side of closure may be acceptable in the short term, history has taught us that this management has been ineffective in benefitting the species and resulted in significant unintended economic impacts to the Colorado economy.
#5])>
<([#8 [9.1] 12a(1). ACEC analysis must be strictly reviewed and related planning decisions must be addressed.

The Organizations are very concerned regarding the size and number of ACEC that are proposed in the DRMP, especially when these designations are balancing recreational usage of the same area that has been estimated at a level that is one-sixth its actual value. It has been the Organizations experience that any routes that fall within an ACEC designation are at risk of closure in subsequent travel management efforts simply because of the ACEC designation. As a result, the Organizations submit that the overly broad designation of ACEC areas poses a serious threat to recreational access being provided on the UFO.

The Organizations are intimately familiar with the inventory work provided by Rocky Mountain Wild in the recommendation of ACEC areas in planning and submit these inventory are a wish list of management by environmental organizations rather than a peer reviewed scientific

analysis of the planning area. Often standards for the management of species are badly out of date in these inventory and rely on the most restrictive management standards ever proposed rather than the consensus management position on a species that has been reached by experts on the species and adopted by the USFWS as best available science.

The Organizations are very concerned that the ACEC analysis appears to make the determination that any sensitive or possibly threatened or endangered species is in this status due to a lack of habitat and that planning restrictions will help the species recover. As a result of this conclusion, any habitat in a proposed ACEC appears to make that ACEC important. The Organizations are very concerned that no basis is provided for this determination and after a review of the sensitive species and potential threatened or endangered species that many species decline is rarely related to a lack of habitat. This is a serious concern moving forward.

In addition to our concerns regarding the assumption that species are declining due to a lack of habitat a review of the Rocky Mountain Wild Proposal for ACEC on the UFO operates with a critical flaw when reviewing species importance, mainly that all threatened species are treated the same for protection. This simply is not the case as it is well established that plant species simply do not receive similar levels of protection under the ESA and other planning requirements. As the Ninth Circuit recently vigorously reaffirmed:
"Section 9(a)(2) contains separate protections for plants, but does not use the term "take." See 16 U.S.C. § 1538(a)(2). Section 9 thus demonstrates that when Congress uses the word "take," it means to describe an adverse action against animals, not plants. And, as the district court noted, unlike the section 9(a)(l) protections for "fish or wildlife," the section 9(a)(2) prohibitions relating to plants require "deliberate or malicious conduct."32

32 See, Center for Biological Diversity vs. BLM & USFWS et al; Case: 14-15836, 08/15/2016, 10: 10086302 at page 12.

Planning for habitat when habitat is not the problem diverts critically needed resources away from other issues where significant benefit could be achieved with those limited resources.

12a(2). "Potentially BLM Sensitive species" is not defined and is irrelevant to ACEC analysis.

The Organizations have been forced to addressed Rocky Mountain Wild ACEC inventory with all too much frequency and address the fact that often terms are used in the inventory that completely lack legal basis and offend any logical review of the analysis. These terms are frequently applied to artificially create an importance and urgency, that simply does not exist, in the designation of ACEC. Land managers simply feel compelled to do something to address these issues. The usage of these wildly artificial terms creating overvaluation of the resource also make lesser management decisions proposed seem more reasonable. Again the Organizations submit that this terms is simply not relevant for ACEC analysis but several ACEC analysis take this term into account when reviewing an area. While a BLM sensitive species can be the basis for listing, the Organizations are unable to identify any basis for protection of a potentially sensitive species or factors that would be relied on by managers to make such a determination. This must be strictly reviewed in the RMP development.

BLM_0160047

12a(3). Too many "globally significant riparian areas" a relied on for the analysis of ACEC areas.

The Organizations would be remiss if specific concern was not raised regarding the frequent usage of the term "globally significant riparian areas" as the basis for designation of several ACEC (ROUBIDEAU-POITER-MONITOR ACEC & ROUBIDEAU CORRIDORS ACEC). The Organizations are unsure what this term even means and submit that asserting there are several globally significant riparian areas on the UFO simply lacks any basis in fact or law. Are there locally relevant riparian areas on the UFO? That answer is clearly yes but these are not to the level of importance that warrants the creation of an ACEC.

A Google search seeking further information on the basis or origin of the term "globally significant riparian areas" reveals no responses, which the Organizations submit speaks volumes to the validity of this term in ACEC analysis. The Organizations vigorously assert there is no generally accepted scientific basis for such a term being relied on for the management of areas, and that these areas simply do not exist on the UFO. While there certainly could be an area that would fit such a term, it would be located at the mouth of major rivers, such as the Mississippi, Nile, Amazon or other major waterway.

12b. Abuse of the USFWS listing process should not provide the basis for ACEC designations.

The Organizations submit that the Rocky Mountain Wild, and related entities, behavior in the ESA petitioning process for the several species of Beardtongue and Penstemon should not be rewarded with the designation of any ACEC areas. Designation of any ACEC area for these species would provide the management decisions that the USFWS has specifically and clearly failed to provide despite decades of efforts to list these species on the ESA list.

Such a decision would be directly contrary to efforts currently in place within the DOI to address these ongoing systemic abuses of the ESA listing process by several environmental organizations. The Organizations submit that the abuse of the listing process cannot create the basis for creation of any special management areas in associated RMP amendments as such a special designation outside the ESA petition process would completely undermine the value and ongoing refinement of the ESA process and render the expertise of the USFWS valueless on these species. The Organizations must also question why land managers would ever rely on these inventory for management as Rocky Mountain Wild and their partners have chosen to abuse the ESA petitioning process for decades and to a level that has been universally condemned by all parties, including President Obama. Creating ACEC areas in management simply invites this unacceptable behavior to be brought into the management of local field offices.

After a review of the 25 filings/documents with the USFWS that have resulted from The Penstemon and Beardtongue species over the last 33 years, this course of action is clearly the abuse of the ESA petitioning process that the USFWS has chosen to address with heightened citizen petitioning requirements under the ESA33 and UWFWS efforts to prioritize species based on the necessity of listing. 34 It must be noted that the clearly identified basis for not listing these plant species, mainly unclear threats and challenges to the species, would have resulted in these species being identified as a low priority for listing. As a low priority for listing resources would

be targeted to scientific research to determine why the species is declining in order to insure that management actions being taken were actually benefitting the species.

33 See, DEPARTMENT OF THE INTERIOR Fish and Wildlife Endangered and Threatened Wildlife and Plants; Revisions to the Regulations for Petitions Federal Register I Vol. 80, No. 98 I Thursday, May 21, 2015 I pg 29286
34 See, DEPARTMENT OF THE INTERIOR, Fish and Wildlife Service Draft Methodology for Prioritizing Status Reviews and Accompanying 12- Month Findings on Petitions for Listing Under the Endangered Species Act, Federal Register /Vol. 81, No. 10 I Friday, January 15, 2016 I pg 2229.

The Organizations vigorously submit that many departments within the DOl have looked at many of the factors identified for the creation of these ACEC areas and have previously determined that these factors do not warrant management action under the ESA. many of these decisions are highly relevant to the factors addressed in the creation of an ACEC. The Organizations vigorously assert that these previous management decisions must be honored, rather than avoided by designation of ACEC areas.

12c. Cold desert shrubland Commuties are not special or important and do not warrant ACEC designation.

The Organizations again must oppose the weight that is given to terms such as "cold desert shrubland" communities in ACEC analysis. The Organizations are aware of extensive research and analysis that remains ongoing on these areas from a variety of sources, including novel discussions around the ability of these areas to possibly off-set global warming, but at no point is this term, or related areas, even proposed to be the basis for any management. The Organizations are entirely unable to identify a total amount of acreage on the continent or any site specific review of the UFO to address this factor. Given that no special management for these areas is proposed, the Organizations submit this is again a term relied on to attempt to create importance where there simply is no importance to the area.

12d. There is simply no analysis of management actions that need to be taken once an ACEC designation has been made.

The Organizations are vigorously opposed to the increased designation of 22 ACEC areas, which is a 4x expansion of the existing number of ACEC currently managed. Our concerns on this designation are compounded by the fact that at no point in the ACEC appendix is there any discussion of the special management attention that is to be undertaken in these new ACEC areas. The ACEC report clearly identifies BLM and statutory requirements for the need for special management as follows:
"2.2 Special Management Attention
Special management attention refers to management prescriptions developed during RMP preparation expressly to protect the important and relevant values of an area from the potential effects of proposed actions deemed to be in conformance with the terms, conditions, and decisions of the RMP (BLM Manual 1613.12). These management measures would not be necessary or prescribed if the critical and important features were not present."35

BLM_0160049

35 See, UFO ACEC report at pg 1

The Organizations submit that NEPA analysis simply cannot occur on the impacts of designation of 4x more ACEC areas when basic information such as management to be undertaken is not clearly identified.
#8])>

The Organizations have already expressed concern regarding reliance on Beardtongue and Penstemon as the basis for special management under an ACEC designation and this concern is based on the recent listing decision from the USFWS on these species. The USFWS reasoning for the withdrawal of the proposed listing of two plant species is as follows:
"SUMMARY: We, the U.S. Fish and Wildlife Service, withdraw the proposed rule to list Graham's beardtongue (Penstemon grahamii) and White River beardtongue (Penstemon scariosus var. albifluvis) as threatened species throughout their ranges under the Endangered Species Act of 1973, as amended. This withdrawal is based on our conclusion that the threats to the species as identified in the proposed rule no longer are as significant as we previously determined. We base this conclusion on our analysis of new information concerning current and future threats and conservation efforts. We find the best scientific and commercial data available indicate that the threats to the species and their habitats have been reduced so that the two species no longer meet the statutory definition of threatened or endangered species. Therefore, we are withdrawing both our proposed rule to list these species as threatened species and our proposed rule to designate critical habitat for these species."36

36 See, USFWS proposed listing of Endangered and Threatened Wildlife and Plants; Withdrawal of the Proposed Rules To List Graham's Beardtongue (Penstemon grahamii) and White River Beardtongue (Penstemon scariosus var. albifluvis) and Designate Critical Habitat, Federal Register I Vol. 79, No. 151 I Wednesday, August 6, 2014 I Proposed Rules

This statement is highly relevant to our concerns about the possible designation of ACEC areas as the USFWS has clearly and strongly said these plants are not eligible for listing under the ESA. Given that the USFWS has clearly stated that they are unsure as to the factors that are contributing to the decline of the species, the Organizations submit that ANY management restrictions that could be put in place in the ACEC process would not be supported by best available science.

<([#9 [16.1] 13a. Cutthroat trout habitat management appears to conflict with the primary threat to the species.

Cutthroat trout management is clearly an area where previous management activities by agencies left significant room for improvement, which has resulted in a high degree of public sensitivity to this issue. Understanding this relationship and threats will be exceptionally relevant to avoiding future conflicts between users and the agency. The failure to properly identify the threats to cutthroat trout in the planning area directly allows management standards to be applied that fail to address true threats to the species, including the fact that many cutthroat trout in Colorado are actually hybrid fish, that were recently found to be the primary threat to the native species.

BLM_0160050

USFWS decisions specifically addressing cutthroat trout management are simply never accurately addressed in the DRMP and creation of ACEC areas. The specter of arbitrary management decisions immediately becomes a concern with this type of management history and clearly expand the possibility of conflict on an issue the public is already exceptionally sensitive too. The Organizations believe a brief summary of the management history of management and threats to cutthroat trout will help to understand why management of this species is such a sensitive issue for the public. Researchers have uniformly found the primary threat to the species to be:

"At the time of Recovery Plan development, the main reasons cited for the subspecies' decline were hybridization, competition with nonnative salmonids, and overharvest (USFWS 1998). "37

37 See, US Fish and Wildlife Service; Greenback Cutthroat Trout; 5 year summary and evaluation; May 2009 at pg 4. See also pg 39

The hybridization of the cutthroat was the result of management activities that occurred at an unprecedented level in Colorado. The scale of previous management activity does provide a significant amount of context to the levels of frustration. Research has concluded:

"Between 1885 and 1953 there were 41,014 documented fish stocking events in Colorado by state or federal agencies. The vast majority of these involved brook trout (Salvelinus fontinalis), rainbow trout (Oncorhynchus mykiss) and cutthroat trout (0. clarkii) (Fig. 3, supporting information). Remarkably, over 750 million fish of these three species were stocked from hatcheries into streams and lakes in Colorado over this period of time. Introductions of brook trout and rainbow trout probably had devastating effects on native cutthroat trout populations because brook trout are superior competitors and rainbow trout hybridize with cutthroat trout (Young & Harig 2001)." 38

38 Metcalf et al; Historical stocking data and 19th century DNA reveal human-induced changes to native diversity and distribution of cutthroat; Molecular Ecology (2012) 21,5194-5207.

These concerns regarding hybrid fish are not new. The June 2006 Conservation strategy and agreement between FWS and the Forest Service provides 7 objectives and 11 strategies for the Colorado Cutthroat trout, all of which seek to address the impacts of stocking 750 million threats to the cutthroat trout.39 Again no mention of motorized recreation impacts to the trout habitat are mentioned or could just designations of large land areas for the benefit of the species.

39 CRCT Conservation Team. 2006. Conservation agreement for Colorado River cutthroat trout (Oncorhynchus clarkii pleuriticus) in the States of Colorado, Utah, and Wyoming. Colorado Division of Wildlife, Fort Collins. at pg 3-4.

It should be noted that the 2006 Conservation Strategy does provide a rather lengthy discussion of habitat issues involved in the management of the trout. 40 This discussion immediately centers around removal of non-native fish in Colorado waterways used by the cutthroat to avoid predation, hybridization and effects of superior competition of non-native fish. None of these standards are cited here due to their length and lack of relevance to travel management. The 2006 Conservation Agreement does not even arguably imply any travel management issues, as all habitat discussions are all related to preserving cutthroat trout from non-native species. If there

BLM_0160051

were trail related habitat issues, the Organizations have to believe they would have been discussed in this section. The lack of discussion on this issue is a clear indication of the truly low levels of concern that surround routes adjacent to water bodies.

40 See 2006 Conservation Strategy at pg 9.

The 2006 Conservation Agreement provides a general management standard for motorized access in habitat areas as follows:
"by implementing conservation measures to avoid streamside habitat degradation while approving new grazing, logging, and road and trail construction proposals; by moving existing roads and trails away from streamside habitats and rehabilitating disturbed riparian habitats; All of these positive activities are ongoing throughout the subspecies' range and are implemented based on agency priorities and funding levels on an annual basis." 41

41 See, USFWS 5 year listing decision at pg 35.

Given the unprecedented level of impact from previous stocking of 750 million threats to the Colorado cutthroat trout in Colorado waterways, the Organizations believe the low level of any threat from a trail possibly adjacent to the waterway would be readily apparent. Given the scale and type of threat from the 750 million threats to the cutthroat trout, the Organizations believe closing every trail in the state would result in no benefit to the cutthroat trout.

Throughout the reintroduction of the cutthroat trout, significant effort and resources have been allocated to maintaining fishing access to the waterways where the cutthroat trout has been reintroduced. While this commitment to maintaining fishing access to these waterways is commendable, it clearly will contribute significantly to user conflicts when areas in the vicinity of these water bodies are closed for other uses. If there was a genuine concern for the cutthroat trout, a closure of the body water to fishing would be the most direct way to minimize a primary threat to the fish, mainly the possible incidental taking of the fish. Application of management standards that allow active pursuits to take a fish will appear significantly arbitrary, when use of OHV by the fisherman to access the chosen fishing location is deemed a larger threat to the fish than the active fishing pursued once there. There is simply no rational argument to be made that an OHV being ridden near a body of water presents a higher level of threat to the fish than active fishing activity, even if fishing is catch and release. This type of arbitrary management also allows a primary threat to the species to continue while prohibiting a low risk secondary factor. This simply makes no sense but clearly could be the result of designation of ACEC areas of large size for this factor.

A history of the cutthroat trout in Colorado reveals the primary, and overwhelming, threat to the cutthroat trout is previous management attempts to stock or reintroduce the trout, which experts have summarized the as DEVESTATING to the cutthroat trout. The scale of mismanagement of the trout is an issue that is widely known to the public in Colorado and an issue where there is an exceptionally high level of sensitivity to new management decisions. Clearly, land managers asserting a trail closure is necessary to address prior mismanagement of a species is a questionable decision. Such decisions are made even more questionable and volatile as listing decisions have consistently concluded OHV recreation is a low risk to the trout and should be

BLM_0160052

done only on an "as needed" basis. This falls well short of the management of any area as an ACEC to benefit the species. #9])>

<([#10 [14.1.1] 13b. Other aquatic issues are managed under ACEC standards that has little to do with the threats to the species.

Two additional aquatic species sought to be managed with ACEC designations(Dolores River Slick Rock Canyon; LaSal; Roubideau Corridor and Robideau Porter Monitor ) encompassing more than 60,000 acres to be managed in a manner that does not relate to the threat the species are the Bluehead and Flannelmouth Sucker. The Organizations vigorously assert that the management of 60,000 acres will in no way relate to the threats to the species that are entirely occurring in the waterways where they are living. The threats to these species is shockingly similar to the threats to various genetically pure species of trout.

The Rangewide Conservation Assessment and Strategy for the Bluehead and Flannelmouth Sucker outlines the primary threats to these species as follows:

" 6) Enhance and maintain habitat for roundtail chub, bluehead sucker, and flannelmouth sucker.
- Enhance and/or restore connectedness and opportunities for migration of the subject species to disjunct populations where possible.
- Restore altered channel and habitat features to conditions suitable for the three species.
- Provide flows needed for all life stages of the subject species.
- Maintain and evaluate fish habitat improvements throughout the range.
- Install regulatory mechanisms for the long-term protection of habitat (e.g., conservation easements, water rights, etc.).
7) Control (as feasible and where possible) threats posed by nonnative species that compete with, prey upon, or hybridize with roundtail chub, bluehead sucker, and flannelmouth sucker.
- Determine where detrimental actions occur between the subject species and sympatric nonnative species.
-Control detrimental nonnative fish where necessary and feasible.
- Evaluate effectiveness of nonnative control efforts.
- Develop multi-state nonnative stocking procedure agreements that protect all three species and potential reestablishment sites.
8) Expand roundtail chub, bluehead sucker, and flannelmouth sucker population distributions through transplant, augmentation (i.e., use of artificially propagated stock), or reintroduction activities as warranted using a genetically based augmentation/reestablishment plan."42

42 See, RANGE-WIDE CONSERVATION AGREEMENT AND STRATEGY FOR ROUNDTAIL CHUB Gila rabusta, BLUEHEAD SUCKER Catostomus discobo/us, AND FLANNELMOUTH SUCKER Catostomus /atipinnis Prepared for Colorado River Fish and Wildlife Council; Publication Number 06-18 September 2006 at pg 48.

The state of Wyoming recently updated their Sucker analysis and succinctly outlined the threats to the species as follows:
"Problems:
- Hybridization between native flannelmouth and bluehead sucker, and nonnative white sucker Catostomus commersoni, longnose sucker Catostomus catostomus, and Utah sucker Catostomus ardens is occurring. Some combinations are fertile and will lead to introgression.

BLM_0160053

- The effects of water development and reservoir construction exacerbated by drought have cut off this species' migratory corridors, degraded its habitat, and encouraged the spread of nonnatives. Competition with and predation by nonnative species (i.e., Catostomus sp., creek chub Semotilus atromaculatus, redside shiner Richardsonius balteatus, burbot Lota Iota, brown trout Salmo trutta, and lake trout Salvelinus namaycush) further limit three species populations. Conservation actions:
-Chemically treat Big Sandy River, Little Sandy and Muddy Creeks to remove nonnative species and reduce the risk of hybridization.
- Continue mechanical removal of nonnative species from Big Sandy River, and Little Sandy and Muddy (tributary to Little Snake River) Creeks.
- Develop methods for salvage, transport, holding, and repatriation of native species during chemical treatments.
-Construct a barrier upstream of Big Sandy reservoir to prevent recolonization of treated stream reaches by nonnative fish.
- Continue to partner with other agencies and conservation organizations (e.g., BLM, Little Snake River Conservation District, and Trout Unlimited) to address conservation needs for this species."43

43 See, Wyoming State Wildlife Action Plan- 2010; Species Accounts; Wyoming Game and Fish Department Fish at pg 1-V 3-4.

The Organizations note that none of the challenges or proposed management address issues that might occur on the shore of a creek that is habitat, but rather all management is directed towards minimizing contact between genetically pure fish and hybrid fish. Again designation of an ACEC of more than 60,000 acres to manage this issue creates the perception that a lack of non-aquatic habitat is causing the decline of the species. This could not be further from the truth.

The Organizations would be remiss if the close relationship of some of the proposed Bluehead and Flannelmouth sucker management standards to recent management of the Zuni Bluehead sucker was not raised. This is important as the USFS recently listed critical habitat for the Zuni and none of the habitat areas were in Colorado.
#10])>
<([#11 [15.2] 14. Lynx management standards provided in the ACEC designations appear to address many issues excluded from management by best available science.

The Organizations again must express serious concern with the possible designation of the San Miguel ACEC expansion based on lynx habitat possibly being in the area. As the Organizations have been involved in years of discussions with national experts on the lynx, the Organizations can vigorously state that the population issues with the lynx are the result of overhunting and poisoning of the species around 1900 and that all national experts agree that there is no lack of habitat for a lynx in Colorado. Additionally, CPW reintroduced the lynx around 2000 in Colorado and the species has flourished. CPW now estimates that the population is above carrying capacity for the state. The only reason the species has not been delisted is the lynx was listed at the landscape level and only Colorado has undertaken a reintroduction, which was plagued by many management challenges, and now the lynx cannot be removed from listing on any level other than by a landscape level delisting.

BLM_0160054

The Organizations were active participants in stakeholder meetings leading to the issuance of the 3rd edition of the Lynx Conservation Assessment and Strategy in 2013, which document was specifically adopted by the BLM and USFWS. The Organizations are very concerned that this document is simply never mentioned in relevant parts of the RMP and lynx issues have been relied for many management changes. The Organizations wanted to highlight some of the more significant changes in lynx management standards in the 2013 LCAS including:

• Recreational usage of lynx habitat is a second level threat and not likely to have substantial effects on the lynx or its habitat. Previous theory and management analysis had placed a much higher level of concern on recreational usage of lynx habitat; 44

44 See, Interagency Lynx Biology Team. 2013. Canada lynx conservation assessment and strategy. 3rd edition. USDA Forest Service, USDI Fish and Wildlife Service, USDI Bureau of Land Management, and USDI National Park Service. Forest Service Publication R1-13-19, Missoula, MT. 128 pp. at pg 94. (Hereinafter referred to as the "2013 LCAS")

• Lynx have been known to incorporate smaller ski resorts within their home ranges, but may not utilize the large resorts. Dispersed motorized recreational usage certainly does not create impacts that can be equated to even a small ski area; 45

45 2013 LCAS at pg 83.

• Road and trail density does not impact the quality of an area as lynx habitat;46

46 2013 LCAS at pg 95.

• There is no information to suggest that trails have a negative impact on lynx; 47

47 2013 LCAS at pg 84.

• Snow compaction from winter recreational activity is not likely to change the competitive advantage of the lynx and other predators;48

48 2013 LCAS at pg 83.

• Snow compaction in the Southern Rocky Mountain region is frequently a result of natural process and not recreational usage; 49

49 2013 LCAS at pg 26.

• Winter recreational usage of lynx habitat should only be "considered" in planning and should not be precluded given the minimal threat this usage poses to the lynx; and 50

50 2013 LCAS at pg 94.

• Failing to manage habitat areas to mitigate impacts of poor forest health issues, such as the spruce and mtn pine beetle, is a major concern in lynx habitat for a long duration.51

51 2013 LCAS at pg 91.

The Organizations are aware that the 2013 LCAS represents a significant change in management standards for a wide range of issues from the 2000 LCAS and Southern Rockies Lynx Amendment. It is our intent in providing a copy of the 2013 LCAS at this time that complete incorporation of this best available science, which reflects the minimal impacts of recreational

BLM_0160055

usage of lynx habitat will streamline any site specific planning issues in the future. The RMP standards must be brought into consistency with best available science that has been clearly stated on this issue and submit that lynx habitat in Colorado is simply not a factor to be addressed in the creation of ACEC areas. #11])>

<([#12 [15.2] 15. Gunnison Sage Grouse ACEC designations must address the limited impacts of recreation on the species.

The Organizations are very concerned regarding the ambiguity of Grouse management standards proposed in the DRMP and how this will impact multiple use recreation as there is no clarity provided in the designation of the ACEC areas and this factor has been heavily relied on for the designation of ACEC areas. This concern is based on the fact that surface disturbing activities appear to have included trail usage in other areas of the DMRP and these usages have been specifically found to be of minimal concern with sage grouse habitat. This is an issue that has been extensively discussed in the multiple listing decisions addressing both the Gunnison and Greater Sage Grouse and with a wide range of partner groups and conservation committees for the management of the grouse. The necessity of a complete exclusion of surface occupancy and disturbance has been specifically addressed by the state of Colorado as follows:
"The new rules require that permittees and operators determine whether their proposed development location overlaps with "sensitive wildlife habitat," or is within restricted surface occupancy (RSO) Area. For greater sage grouse, areas within 1 km (0.6 mi) of an active lek are designated as RSOs, and surface area occupancy will be avoided except in cases of economic or technical infeasibility (CDOW, 2009, p. 12). Areas within approximately 6.4 km (4 mi) of an active lek are considered sensitive wildlife habitat (CDOW, 2009, p. 13) and the development proponent is required to consult with the CDOW ... "52

52 See, Endangered and Threatened Wildlife and Plants; 12-Month Findings for Petitions to List the Greater SageGrouse (Centrocercus urophasianus) as Threatened or Endangered 12 month finding; March 2010 at pg 64.

The Organizations are very aware there are a large number of issues involved with the decline of all Grouse species, including urbanization of habitat, grazing, oil and gas exploration and increased predation. While there are a large number of threats to the grouse, recreational usage of habitat areas has been a concern that has been consistently identified as a lower level threat. The low level threat of recreation to the Grouse is clearly identified in the listing decision issued in 2013 for the Gunnison Sage Grouse, which specifically states:
"Recreational activities as discussed above do not singularly pose a threat to Gunnison sage-grouse. However, there may be certain situations where recreational activities are impacting local concentrations of Gunnison sage grouse, especially in areas where habitat is already fragmented such as in the six small populations and in certain areas within the Gunnison Basin." 53

53 Endangered and Threatened Wildlife and Plants; Endangered Status for Gunnison Sage-Grouse; 78 Fed. Reg. 2486 (Jan. 11, 2013) at pg 2533. (hereinafter referred to as the "Grouse status proposal")

In the recently released listing decision for the Greater Sage Grouse, recreational activity was

also identified as a low priority threat.54 Management of the impact of roads on Grouse in habitat areas is a key component in the habitat designation process as the listing decision notes that all grouse habitat is at least indirectly impacted by roads. 55 The Organizations are keenly aware that wildlife response to a high volume, high speed arterial road is consistently higher than the response to a low speed, low volume forest service type road. Research indicates that Grouse display a hierarchical response to levels of road use.56 Road access to recreational areas is a key component of most users recreational experience on public lands and this access is frequently only provided by low speed, low volume forest service roads. Frequently many of these routes see very minimal levels of usage during the week, which should be taken into account in management of these routes.

54 Endangered and Threatened Wildlife and Plants; 12-Month Findings for Petitions to List the Greater SageGrouse (Centrocercus urophasianus) as Threatened or Endangered, Fed. Reg. (March 5, 2010) at Pg 75.
55 See, Grouse Status proposal at pg 2499.
56 Aldridge et al; Crucial Nesting Habitat for Gunnison Sage Grouse; A Spatially Explicit Hierarchical Approach; Journal of Wildlife Management; Vol. 76(2); February 2012; 391-406 at pg 404.

FWS research also notes the adoption of a designated system for recreational purposes is of significant benefit to the sage grouse. The 2010 USFWS listing decision discussed changes to designated trails on USFS lands as follows:
"As part of the USFS Travel Management planning effort, both the Humboldt-Toiyabe National Forest and the lnyo National Forest are revising road designations in their jurisdictions. The Humboldt-Toiyabe National Forest released its Draft Environmental Impact Statement in July, 2009. The lnyo National Forest completed and released its Final Environmental Impact Statement and Record of Decision in August 2009 for Motorized Travel Management. The ROD calls for the permanent prohibition on cross country travel off designated authorized roads." 57

57 12-month findings for petition to list the Greater Sage Grouse(Centrocercus urophasianus) as threatened or endangered. Fed Reg. (March 5, 2010) at pg 92.

Clearly, if the designated route system that was being adopted by these Forests was insufficient for the protection of Sage Grouse habitat, such a position would have been clearly stated in this discussion given the large body of research that exists for the management of the Sage Grouse.

Research indicates that seasonal closures of a designated trail system for the protection of leks is a highly effective tool, which the status decision specifically notes as follows:
"The BLM and Gunnison County have 38 closure points to minimize impacts to Gunnison sage-grouse within the Basin from March 15 to May 15 each year (BLM 2009, p. 40). While road closures may be violated in a small number of situations, road closures are having a beneficial effect on Gunnison sage-grouse through avoidance or minimization of impacts during the breeding season."58

58 See, Grouse Status proposal at pg 2532 .

BLM_0160057

The Organizations believe that seasonal closures of routes will also only be effective if the nesting areas are seasonally closed to other uses as well. Clearly closing a route to address concerns regarding its proximity to leks and nesting areas will not be effective if grazing, lek viewing and other activities identified as similar or higher risk activities for the habitat areas are continued.

The Organizations again believe Grouse management is an issue that a range of alternatives for recreational trails usage could be provided for and simply has not been. As the FWS has specifically addressed the effectiveness of designated routes and seasonal closures on a significantly smaller scale than those proposed in the DRMP, the Organizations believe this is a viable option for the management of these areas. The Organizations are vigorously opposed to any more restrictive standards in the DRMP as these standards would not be based on best available science and would directly contradict the ongoing and extensive efforts of partner groups and committees to determine appropriate management standards for the Grouse that preserve economic contributions of public lands. Given the lack of analysis provided for particular routes or areas to be closed in the DRMP, the Organizations are simply unable to provide more site specific comments on this issue.
#12])>
<([#13 [9.1] 16. Gunnison Sage Grouse habitats established by the USFWS are not accurately reflected in the creation of ACEC.

The Organizations are very concerned with the impact that the potential listing of the Gunnison Sage Grouse had on development of ACEC proposal in 2013. As the Gunnison Sage Grouse has been listed and was provided designated habitat areas in 2014, the Organizations believe this overly cautious planning process for ACEC for grouse habitat can be significantly tightened to avoid unintended consequences in subsequent planning. The Organizations submit that the ACEC designations in the RMP bear little to no relationship to the critical habitat that was subsequently designated. These are the types of conflicts that can result when there are concurrent planning efforts being conducted with multiple agencies that are not reconciled.

An example of the overly broad designation of proposed ACEC areas to protect the Gunnison Sage Grouse in comparison to the designated critical habitat found in the recent USFWS listing would be the West Montrose County ACEC. This ACEC would designate 22, 930 acres of ACEC to protect 290 acres of critical habitat. 59 Sims Cerro Gunnison Sage Grouse ACEC proposal would create an ACEC of 25,620 acres to protect 6,970 acres of critical habitat identified by the USFWS. As these ACEC areas more than 10x the size of the designated habitat, the Organizations must question the basis for this designation. The basis for these designations is brought into further concern as these ACEC encompass areas that were specifically found NOT to be habitat areas by the UWFWS. Designation of modeled but unoccupied habitat has become an issue of huge controversy in both the Gunnison and Greater sage grouse listing efforts. No more acceptable here than in designation of critical habitat as SERIOUSLY undermines partnership efforts.

59 See, UFO ACEC Report at pg 51.

ACEC designations would Significantly larger geographic areas would be protected as ACEC

than were ever analyzed under related Gunnison Sage Grouse planning efforts. Gunnison Sage Grouse listing decisions provide the following outline of identified habitat as follows:

[See attachment for Figure] 60
60 See, DEPARTMENT OF THE INTERIOR Fish and Wildlife Service SO CFR Part 17 Threatened Wildlife and Plants; Designation of Critical Habitat for Gunnison Sage-Grouse; Federal Register /Vol. 79, No. 224/Thursday, November 20, 2014 /Rules and Regulations at pg 69357

Clearly the proposed boundaries for these ACEC to protect gunnison sage grouse habitat simply do not relate in any manner to the analysis area for habitat or decisions that have been made in associated USFWS planning efforts since the ACEC report was published. This simply is improper and must be updated to avoid a myriad of issues including unintended management consequences.
#13])>
<([#14 [16.1] 17. Prairie Dog management standards must be balanced with multiple use impacts from lack of clarity in standards.

Organizations are deeply concerned with proposed management of white Tailed Prairie dog habitat in the DRMP and related ACEC areas proposed for the protection of these species, such as the Salt Desert Shrublands, Roubideau and Fairview South ACEC covering almost SOk acres. The Organizations are aware the prairie dog remains a sensitive species for BLM management purposes, but submit that the DRMP management simply cannot be reconciled with relevant management decisions from other managers. The DRMP proposes to manage the species as follows:
"Allowable Use: STIPULATION TL-25: Gunnison and White-Tailed Prairie Dog. Prohibit surface use and surface-disturbing and disruptive activities within 300 feet of active prairie dog colonies from April 1 to July 15 to protect reproduction. "61

61 See, UFO DRMP at pg 2-114.

Again recreational usage is frequently a factor important in development and related implementation of ACEC and now clearly identified in the RMP. Such management would result in major closures for minimal risks that have been identified by relevant experts who have concluded:
"Indirect effects of energy development on prairie dogs and their ecosystem may include (1) increased exposure to shooters and OHV users because of improved road access into remote areas - Gordon et al. (2003) found that shooting pressure was greatest at colonies with easy road access, as compared to more remote colonies; and (2) invasion of habitats by invasive and noxious weeds."62

62 See, Seglund, A.E. and P.M Schnurr. 2010. Colorado Gunnison's and white-tailed prairie dog conservation strategy. Colorado Division of Wildlife, Denver, Colorado, USA. at pg 126.

Additionally, this management fails to address the primary threat to the species identified when USFWS determined listing was not necessary in 2010. In this document recreational concerns for

the species were entirely centered on recreational shooting, as the USFWS clearly states:
"We conclude that the best scientific and commercial information available indicates that the
white-tailed prairie dog is not now, or in the foreseeable future, significantly threatened by the
overutilization for commercial, recreational, scientific, or educational purposes."63

63 See, Dept of Interior; Endangered and Threatened Wildlife and Plants; 12-month Finding on a
Petition to List the White-tailed Prairie Dog as Endangered or Threatened Federal Register I Vol.
75, No. 104 I Tuesday, June 1, 2010 I at 30354

The Organizations vigorously assert that any management actions that are proposed or ACEC
management standards that are proposed MUST be narrowly tailored to avoid impacts to
recreational usage of roads and trails in these areas as these have been consistently and
vigorously determined to NOT be a priority threat to the species.
#14])>
<([#15 [16.1] 18. Kit fox threats are often outside land manager ability to address as many
threats are on private lands or under state management.

The Organizations are aware that the kit fox is a BLM sensitive species, but the Organizations
vigorously opposed to any assertion that the protection of possible habitat areas will contribute to
any recovery of the species. The Organizations will note that the kit fox is not a major species in
Colorado and has often been managed with the swift fox in Colorado, which has a much larger
range and historical presence in the state and is also able to breed with the kit fox and generate a
swift fox offspring. Given the large scale designations proposed in the ACEC/RMP the
Organizations are forced to assume that the term kit fox and swift fox have been used
interchangeably. The Organizations are vigorously opposed to any management that would be
based on the San Joaquin Kit Fox, a species in southern California, as this species is
geographically unrelated to the kit fox in Colorado.

The Organizations are aware that at one point OHV recreation was the basis for a highly
theoretical concern for kit fox habitat and was specifically identified as an area where research
was needed in 2006 Conservation Assessment and Strategy for the kit fox. This research was
conducted and the 2011 Conservation assessment and strategy for the kit fox clearly found:
"While swift foxes continue to be used for commercial, recreational, scientific, or educational
purposes, populations appear to be stable throughout the range. It is the SFCT's view this factor
has not risen to the level of a threat."64

64 See, Dowd Stukel, E., ed. 2011. Conservation assessment and conservation strategy for swift
fox in the United States - 2011 Update. South Dakota Department of Game, Fish and Parks,
Pierre, South Dakota. Conservation assessment and strategy at pg 52 (Hereinafter referred to as
the Swift fox Conservation assessment and Strategy")

In the 2011 Conservation Assessment and Strategy high speed arterial type roadways were
specifically and extensively reviewed and found to not to be a threat to the species.65 Given
these conclusions the Organizations must question the relevance of an ACEC that addresses kit
fox habitat as these ACEC areas and management standards are addressing issues that clearly
pose far less of a threat than a high speed arterial road. In the 2011 Conservation Assessment and

BLM_0160060

Strategy there is simply no mention of OHV recreation as a possible threat, which clearly relates to the fact this activity most commonly occurs on low speed low volume forest roads where risks are greatly reduced..

65 See, Swift Fox Conservation assessment and strategy at pg 58.

North Dakota Fish and Wildlife provides a very neat summary of the primary threats to the kit fox, which are outlined as follows:
"Reasons for Decline: The swift fox has declined as a consequence of the increase in agriculture and the disappearance of the native prairies. Widespread shooting, trapping, and poisoning campaigns aimed at wolves, coyote, and red fox also reduced swift fox populations. Swift fox are very easy to trap and very susceptible to poisoned bait. They also get hit by cars when foraging along the sides of roads."66

66 https://www.fws.gov/northdakotafieldoffice/endspecies/species/swift_fox.htm

The Organizations vigorously assert that protecting habitat areas in a resource management plan simply bears no relationship to reducing these threats to the species as hunting and baiting of the fox are not habitat issues and are clearly within the management authority of state wildlife managers. Again the presence of kit fox habitat does not create importance in the area to warrant the designation as an ACEC.
#15])>
<([#16 [20.1] 19a. The Organizations are vigorously opposed to Wilderness type designations as these significantly impair forest health.

As previously noted the Organizations have significant concerns regarding the lack of NEPA analysis of many issues surrounding management changes proposed for ACEC areas and these concerns would extend to areas proposed to be Wilderness characteristics areas as well. The Organizations are also aware of a significant amount of research that is clearly best available science on Wilderness issues that weighs heavily against designation of additional areas as WCA as the restrictive management impacts a variety of resources. The Organizations can simply find no reference to any of these works on the DRMP but believe them to be highly relevant management issues to be reviewed if designations are expanded.

The scope of these threats and of the impact to public access is outlined in the Forest Service Report, prepared at the request of Senator Udall and discussed in other sections of these comments. A copy of the Udall report is submitted in conjunction with these comments. The Organizations would note that many of the Forest health issues raised in the report mirror factors to be balanced in WCA management in BLM guidance. Management of forest health and fires are issues that are specifically addressed in the new BLM WSA manual as follows:
"2. Fire a. General. This section of the manual cannot be used without incorporating standard agency fire management policies and techniques found in other BLM documents, such as the Guidance for Implementation of Federal Wildland Fire Management Policy, but not repeated here.
i. Managing fire. The overall goal of managing fire in WSAs is to allow the frequency and intensity of the natural fire regime to play its inherent role in the ecosystem. This means both

allowing fire where ecosystems evolved in the presence of fire, and preventing unnatural spread of fire in ecosystems that evolved without broad-scale fires.

ii. Biological constraints. The overall goal may be affected by past human actions. These may include fire suppression leading to fuel buildup creating the possibility of unnaturally severe fires, or the invasion of non-native annual grasses leading to the unnatural spread of fire in ecosystems that evolved without broad-scale fires.

iii. Management constraints. The overall goal may be affected by budgets, national fire management demands, suppression of fire on adjacent land before it moves into the WSA, or undesired consequences of wildfire moving out of the WSA (such as wildfires that may pose a danger to human life and/or property)."67

67 See, BLM manual 6330 at pg 1-13.

The Organizations vigorously assert that these factors weigh heavily against the expansion of any WCA areas in management. Colorado needs to learn from the negative forest health impacts that have resulted from existing Wilderness areas and not allow additionally management restrictions to be brought into place that can limit land manager responses in the future. #16])>

<([#17 [17.2] 19b. Udall Forest Health Report.

The Organizations believe there is significant research prepared at the request of Senator Udall that must be addressed as part of any Wilderness or similar designation process as best available science. The Organizations are aware that Senator Udall's request was directed toward pine beetle impacts, but believe these findings are exceptionally relevant to the management of public lands in general. General management of public lands was also within the scope of the Senator's request.68 The Organizations are aware that the UFO planning area has been spared much of the pine beetle impact but many of these same issues are present on the UFO but involve juniper incursions and other invasive species that need to be actively managed.

68 Id at pg 25.

The conclusions of this report specifically identify that designated Wilderness and improperly managed Roadless areas were a contributing factor to the pine beetle outbreak69 and a limiting factor in the FS response70. Given the stark nature of these conclusions and the large scope of the request from Senator Udall, the Organizations vigorously assert these concerns must be addressed in the designation of any further WSA/WCA or similar designations.

69 USFS; A review of the Forest Service Response: The Bark Beetle outbreak in Northern Colorado and Southern Wyoming; A report by the USFS at the request of Senator Mark Udall; September 201 1; Executive Summary at pg i.
70 ld at pg 12.

19c. State Forest Service reports identify Wilderness as a significant Impairment to Forest Health.

The state of Colorado has also developed planning documents addressing forest health that must

be addressed in the DRMP. The Colorado State Forest Service conducted its annual forest health analysis in 2010, which outlined the numerous insect and disease threats that face Colorado's forests. This is an annually published report which consistently finds that active forest management was critical in addressing these threats to Colorado forests. This plan specifically outlined the significant areas that are impacted by the mountain pine beetle epidemic and addressed the significant impacts to safety and enjoyment of recreational usage in these areas as a result of the beetle epidemic.

The 2010 report also provided specific insect impacts maps for the State71. A comparison of the high impact areas for beetles to designated Wilderness areas reveals an exceptionally high correlation between designated Wilderness and areas that are hardest hit by the beetle epidemic. These maps were exceptionally similar to the forest health and fire risk maps that were provided in the Colorado SCORP. The Organizations concerns regarding the failure to address the SCORP are addressed in other portions of these comments.

71 Colorado State Forest Service; 2010 Report on the health of Colorado Forests; January 2011: maps included as unpagenated introduction to the report.

The 2011 State Forest Service Forest Health report addressed the concerns between forest health and the spruce beetle outbreak in and around the Wolf Creek pass area, which the State Forest Service directly attributes to the inability of land managers to address blow down areas in the Weminuche Wilderness area.72 The 2011 report provides a historical analysis of many other blow down areas that could have been managed but were not due to land management restrictions. The inability to mitigate these blow down specifically resulted in massive spruce beetle outbreaks in the area. 73 The Organizations will note at the time of preparation of these comments the West Fork Complex fire is currently burning completely out of control in this area and has forced the complete evacuation of the town of South Fork, providing concrete proof of many of the negative impacts of failing to actively manage these areas. Clearly the massive superheated burn area will not improve wildlife habitat or any recreational usage of these areas for a significant period of time going forward.

72 Id at pg 9.
73 Id at pg 10.

Again the Organizations believe these reports are clearly best available science that has clearly found there is a critical need for the active management of public lands in order to maintain basic health and sustainable. The Organizations believe cost effective and easy access is a key component of the active management of these areas. The Organizations believe these analysis and conclusions must be addressed in any WSA/WCA review and balanced in any expansion of such management in the UFO DRMP.
#17])>
<([#18 [40.1] 19d. Watershed health managements standards identify the critical need for active management of these areas.

The Organizations must note that the designations and management of WCA/WSA areas fails to analyze the need for active management in protecting watershed health in these areas. The need

BLM_0160063

for management to address priority watershed management issues is specifically identified in regional management documents prepared under FSM 2520. The Organizations must again note the USFS is a science partner with the BLM and the Organizations believe these issues and management standards are clearly based on best available science. The regional priorities identify forest thinning as the priority management issue in watershed areas to protect against wildfire risks and this need is are simply never addressed in the designation of WSA/WCA in the DRMP. Forest Service research identifies a wide variety of adverse impacts to watershed health from a lack of ability to actively manage a watershed. The Organizations believe these management priorities are accurately addressed in USFS regional watershed guidelines and the reasoning for the variance between the DRMP and regional guidelines must be addressed.

Region 2 mangers have completed this requirement under FSM 2520 in partnership with the Colorado Forest Service and the Denver Water Department. These guidelines have been adopted by all 11 front range counties for management of Watershed areas. The regional guidelines for protection and management of watersheds outlines significantly different management objectives and requirements for watersheds as these guidelines identify the need for thinning and removal of trees as the management priority, of which motorized access and routes is a key tool. Issues such as stream bank stabilization and fisheries habitat enhancement are simply never addressed in regional watershed management guidelines. The project appears to directly contradicts the concerns and direction for management provided in the management guidelines. Clearly this issue must be resolved prior to moving forward with any expansion of WCA type management. #18])>

20. Conclusion

The Organizations are cautiously supporting Uncompahgre Field Office{"UFO") Draft Resource Management Plan("the Proposal") Alternative "C". While we are supportive of Alternative C of the Proposal, there are many factors that must be addressed to insure that the planning process is relying on the most accurate information possible in balancing resources. We are vigorously opposed to Alternative B of the Proposal for reasons that are more specifically addressed in these comments, the Organizations believe Alternative D could be easily adapted to become the most favorable alternative for the Organizations. Our main concern with Alternative D in its current form is the loss of the North Delta OHV area and associated open riding opportunities. The Organizations submit that the North Delta area is truly suitable for an open riding designation and these open riding areas are diminishing rapidly throughout the State, which will make any of these opportunities highly valued in the future.

After review of the Proposal, the valuation of recreational activity on the UFO is badly undervalued, in terms of total spending, total jobs that result from recreation and the per day average spending amounts from the recreational activity. The variation of the UFO per day spending estimate of $10.01 and the public's experience on these issues is simply shocking.

The Organizations are also very concerned that with the large number of Areas of Critical Environmental Concern that are proposed in the RMP, that the impacts to multiple use access are not accurately reflected in the summary of Alternative C, or any other alternative of the Proposal. It has been the Organizations experience that when ACEC are designated, this designation lays the foundation for closure of these areas to multiple use recreation, even when the management

issues to be addressed are simply unrelated to multiple use recreation.

Our concerns about imbalance in these areas is compounded by the fact that the economic contribution of recreational activity is badly underestimated, which will result in an erroneous balance between resource protections and the benefits of resource utilization being struck. Please feel free to contact Scott Jones at 518-281-5810 or via email at scott.jones46@yahoo.com or via USPS at 508 Ashford Drive, Longmont CO 80504 if you should wish to discuss these matters further or if you should wish to have further information regarding these concerns.

Sincerely,
Scott Jones, Esq.
COHVCO/TPA Authorized Representative
CSA President

D.E. Riggle
Director of Operations
Trails Preservation Alliance


500264_BullockJ_20161101_HasAttach Organization: Joe Bullock
Received: 11/1/2016 12:00:00 AM
Commenter1: Joe Bullock - Paonia, Colorado 81428 (United States)
Organization1:
Commenter Type: Individual
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: mtrieger 12/13/2016 12:00:00 AM
Attachments: 500264_BullockJ_20161101_HasAttach.htm
(500264_BullockJ_20161101_HasAttach-388450.htm  Size = 7 KB)
xUFORMP_500264_BullockJ_20161101_HasAttach.pdf
(500264_BullockJ_20161101_HasAttach-388453.pdf  Size = 2750 KB)
Submission Text
To: joe
Company: joes magic foods
Fax #: 197 2405367
From: Joe Bullock
Recipient Information
Sender Information
Email address: bullockphoto@yahoo.com (from 67.176.170.246)
Phone #: 9999999999
Sent on: Monday, October 31 2016 at 4:00PM EDT

Teresa, I understand you are in need of leasing our BLM lands for land usage and revenu but

please look at their track record as there are other options. (Recreation, Hunting, Farming, Hemp etc ... ) Communities are being torn apart as in Battlement mesa. Farm lands are being contaminated from accidents and natural desasters as in the Boulder flood. Most importantly our food is in jepordy: In the proposed region is Colorado's largest concentration of organic farms and orchards. If nearly 900,000 acres go to the oil and gas industry are food supply is in imminent danger to their under-regulated industry*. In Colorado alone the track record is alarming; some are considering it a natural holocaust of daily accidental spills and larger disasters have occurred. Weather changes of mountain floods, landslides as well as other natural disasters are imminent over time*. These critical farmlands would be irreparably harmed. The food safety of all farms located within an industrial oil and gas zone would be forever questioned.

Thank You for making a choice for the health of our nation and not the wealth of a few.

Joe Bullock
Cholaca Inc.
Joes Magic Foods
HempCures.Org
444 Stahl Rd.
Paonia, CO 81428
(970) 871-9240
Joesmagicfoods@gmai.com

This fax was sent using the FaxZero.com free fax service. FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is
spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #17986715. We will
add your fax number to the block list.
111
p.l
faxzero.com

Fracking Madness!! February 5, 20161 By Alicia Silverstone
• Tweet this article
• Share on Facebook
• Share on Google+
• Pin on Pinterest

Fracking (also called hydraulic fracturing) is an extreme and unsafe method of extracting fossil fuels from
the ground that harms our drinking water, food, health, environment, and climate and has been even linked
to earthquakes. Not to mention, it keeps us from shifting away from fossil fuels and into renewable energy!
Fracking is carried out by drilling deep into the ground and injecting millions of gallons of toxic fluid- a

BLM_0160066

mix of water, sand, and harsh chemicals -at a high enough pressure to fracture the rock and release oil or
gas. Doesn't that sound nuts?? The scariest part is that fracking is exempt from major environmental laws
such as the Safe Drinking Water Act!

p.~
faxzero.com

I recently went to an event focused on this issue that was hosted by Mark Ruffalo. Man is he great! I love
him as an actor and a person. He is a genuine, intelligent, and heartfelt man who cares so passionately
about change. It was so great to talk to a like-minded activist about all things eco! Mark has been a key face
behind the fracking movement since the beginning, so a huge thank you to him for all of his involvement in
this, truly! Anyways, one of the most shocking parts of the evening was realizing this toxic process is
impacting even organically grown fruits, nuts, and vegetables!!

WaterDefense.org
The Nation
You might be wondering how this yucky wastewater can even be re-used on plants ... ? This is because of a
recycling program implemented to help deal with water shortages. It seems like a cool idea on the surface,
but since this process requires heavy chemical use, it's no good! Take Chevron, they recycle 2J million.
gallons of their wastewater each day and sell it to farmers who use it on about 45,000 acres of crops,
which equals about 10% of Kern County's farmland. Crazy right? It's almost hard to grasp what this means
in plain terms ... And in addition to recycling water, chemicals can migrate along fissures through
abandoned wells, leaky well casings, or spill from holding ponds or pipelines. If your like me, your
probably thinking there's no way a farm can be certified organic if the water it's using is filled with
chemicals. Unfortunately, these standards strictly ban petroleum-derived fertilizers commonly used in
convention agriculture, but the same rules do not prohibit farmers from irrigating their crops with
petroleum-laced wastewater gained from oil and gas wells. Insane and scary right?? For this reason it's
extremely important to know where your food is coming from, in comparison to where fracking wells can

BLM_0160067

be found. You can find a map here of where drilling sites are located.
On top of this, the impacts fracking has on human health are frightening. Theo Colborn, an environmental
health analyst, identified 632 chemicals used in natural-gas production. More than 75 percent of them could
affect sensory organs and the respiratory and gastrointestinal systems; 40 to 50 percent have the potential
impacts on the kidneys and on the nervous, immune and cardiovascular systems; 37 percent act on the
hormone system; and 35 percent are linked with cancer of mutations ... If you haven't seen the documentary Gasland, it gives an upclose look at how fracking is effecting individuals health all over the
country. I encourage you to watch it and share it with your family and friends!

p . 3
faxzero.com

Join me in taking a stand. There is SO much to be done! Banning fracking is what needs to happen, and
we're getting there! Fracking was banned in the state of New York, so I'm optimistic. Let's stop the
contamination of irrigation, ban fracking on public lands, and stop this madness that's making many very
sick.
Take Action:
Email, Tweet.. sign this petition, and/or send a message on Facebook, and call Governor Jerry Brown's
office at (916) 445-2841 and tell him he needs to stop relying on destructive fossil fuel extraction processes
and start transitioning to renewable energy immediately! We simply can't say California is 'green' while
we frack!!

Ban Fracking on Public Lands

Sign this petition for members of Congress, call your Congress person, and share news and action on social
media!
What's going on in your community in regards to fracking? Have you organized to achieve a ban?
How can we alert each other of what farms are using this recycled wastewater??
Photo Credit: Tree-hugger
p.4

500265_noname_20161101 Organization:
Received: 11/1/2016 12:00:00 AM

BLM_0160068

Commenter1: - ,
Organization1:
Commenter Type: Anonymous
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Done Assigned/Due: mtrieger 12/13/2016 12:00:00 AM
Attachments: 500265_noname_20161101.htm (500265_noname_20161101-388463.htm Size = 2 KB)
xUFORMP_500265_noname_20161101.pdf (500265_noname_20161101-388462.pdf Size = 210 KB)
Submission Text
From – anonymouse XIIV
Dearest representative of my human family and land, I humbly but assertively insist on a no leasing alternative for our BLM land in and surrounding the North Fork Valley. I understand that allowing out BLM land to be subject to the will of oil companies is beneficial to many of your pockets from a short term point of view. Please allow yourself to look at the perspective I am about to present in this short writing, BEFORE you decide this is a worth compromise or harmless to you and your Earth. Imagine you stand (or sit) in the middle of a lush field. Hundreds of thousands of blades of grass tremble sensually as the winds wild uneven caressing breeze blows on your side. Beez float as freely and gracefully from flower to tree to hive as water can streamline through crevice and cave and rock. Rocks made of compressed sand and chunks of lava rock are strewn all about amidst a plethora of other beautiful minerals and stones and the mystical sight that awaits your eyes upon looking up is of fruit orchards ancient juniper forests and crystal clean rivers all woven intricately into a diverse healthy eco-system. The north fork valley produces a large percentage of colorados food crop. Ask yourself, with the recent surge in renewable energy resources like the tesla turbine and solar panels it this perspective worth murdering brutally for the sake of oil?
Please read me with an open mind and heart.


500266_EleneL_20161101 Organization: Elene L
Received: 11/1/2016 12:00:00 AM
Commenter1: Elene L - ,
Organization1:
Commenter Type: Individual
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: mtrieger 12/13/2016 12:00:00 AM
Attachments: 500266_EleneL_20161101.htm (500266_EleneL_20161101-388466.htm Size = 2 KB)
xURORMP_500266_EleneL_20161101.pdf (500266_EleneL_20161101-388465.pdf Size = 55

BLM_0160069

KB)
Submission  Text
Dear Gina Jones,
As a resident of the Western Slope,  I appreciate the quality  of life we have here and the
opportunity  to enjoy the wilderness  for all types of recreation. In addition I value the food
that is produced in this part of Colorado and want to see the air, water and soil protected
for all who live or visit these many amazing valleys.  As stewards of the land, we all have a
responsibility  to preserve what we can by thoroughly  researching and considering  the
implications  of any changes which might  cause harm or hurt our economy.

Therefore, I cannot support any increase in natural gas wells in the sensitive  watershed of
the upper North Fork Area totaling  an estimated 30,000  acres without any environmental
oversight,  public  input, and is subject to a dubious  valuation process. <([#1 [41.2] This is
irresponsible
due to undisclosed  chemicals which are in the fracking fluid.  Therefore, a no leasing option
should  be considered because we don't know the ramifications  of those chemicals put into
our ground  water or potentially  spilled  or consumed by animals.  #1])>

It is imperative  that the BLM should  offer a no lease option  which permits no increase in
hydraulic  fracturing.  If that is not a possibility,  then the only option  I would  reluctantly
accept is Alternative  Plan B1.

Yours Sincerely,
Elene L


Cc: Barb Sharrow, Dana Wilson,  Ruth Welch, Gov. John Hickenlooper,  Sen. Michael Bennet,
Sen. Kerry Donovan

500267_PetersonS_20161101  Organization: Sarah Peterson
Received: 11/1/2016  12:00:00  AM
Commenter1: Sarah Peterson - Paonia, Colorado 81428
Organization1:
Commenter Type: Individua l
Classification: Substantive
Submission  Category: Unique
Submitted  As: Regular mail
Form Letter Category: Unique
Form Letter Master:
Current Task: Review Assigned/Due: ewozniak
Attachments: 500129_PetersonS_20161101.htm  (500267_PetersonS_20161101-388474.htm
Size = 2 KB)
Submission  Text
BLM,
As the comment  period for deciding  the fate for the North Fork Valley comes to a close, in
regards to hydraulic  fracturing, I am writing  to say thank you in advance for making  the right

decision. Thank you for listening to the residents of this valley and putting their interests in front of the interests of oil and gas executives. Thank you for understanding the importance of protecting this beautiful valley and the people, plants and animals that call it home. Thank you for looking at the big picture and realizing the impact that fracking would have on not only this valley and the people who live downstream, but also the entire planet, as <([#1 [11.3] [41.2] fracking releases methane and will contribute to global climate change #1])> . Thank you for doing your job and researching in depth the impact that hydraulic fracturing would have on the future generation. I know that this decision must not have been an easy one, as the pressures you face to produce revenue must be strong, so thank you for making the right choice. Thank you for putting the interests of the people and the planet above the interest of making more $ - that is a revolutionary act!

Thank you!
Sarah Peterson
38620 Pittein Road
Paonia, CO 81428


FormLetterA Organization: The Pew Charitable Trusts
Received: 10/25/2016 12:00:00 AM
Commenter1: - ,
Organization1:The Pew Charitable Trusts
Commenter Type: Organization (nonprofit/citizens group)
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterA.htm (FormLetterA-387724.htm  Size = 2 KB)
Submission Text
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Please recognize and protect wilderness in the Uncompahgre region
1 message
leonardway@hotmail.com  <leonardway@hotmail.com>   Tue, Oct 25, 2016 at 2:44 PM
To: uformp@blm.gov

Dear Barbara Sharrow, Uncompahgre field manager:
I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region. I feel that the draft resource management plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.

The Uncompahgre Field Office manages 675,000 acres of public lands. Within this area, the BLM has identified 24,910 acres of lands with wilderness character—roadless lands that would qualify for designation under the Wilderness Act.

<([#1 [14.1.1] Additionally, the BLM has identified more than 242,500 acres of potential

Ecological Emphasis Areas—places that contain vulnerable networks of interconnected habitat and migration corridors—throughout the Uncompahgre Field Office.

While the identification of these lands is a great first step, many of them are not recommended for protection in the draft RMP. The BLM needs to safeguard the entirety of these vulnerable wild lands in the proposed RMP.

I urge you to maximize conservation for lands with wilderness character as well as Ecological Emphasis Areas in the Uncompahgre Field Office's proposed RMP in order to safeguard western Colorado's wild places for our future generations. #1])>

Sincerely,


FormLetterAA Organization:
Received:
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterAA.htm (FormLetterAA-385193.htm Size = 2 KB)
Submission Text
To The Uncompahgre Region BLM Office:

I am writing to provide you with my objections to the proposed expansion of hydraulic fracturing in the North Fork Valley as laid out in the Draft Resource Management Plan.

The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important pariof the valley's economy. <([#1 [41.1] The safety of these visitors is a concern in that the BLM proposed RMP does not address pipeline safety, pipeline maintenance or inspections. BLM did not consider how hunters, campers, and hikers could be impacted if there was extreme weather resulting in flooding, mudslides and geological instability, which could compromise the integrity of pipelines and result in leaks and potential explosions. Here is an example of somewhere this has already happened. Let's learn from history and avoid this happening in the North Fork Valley.

In October 1994, flooding along the San Jacinto River led to the failure of eight hazardous liquid pipelines and also undermined a number of other pipelines. The escaping products were ignited, leading to smoke inhalation and burn injuries of 547 people.

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and

oil pipelines that I am shocked by the absence of this important
consideration. Pipelines fail. The public knows this and the government knows this. That is why
there are federal pipeline safety regulations to ensure proper construction of pipelines are
reporting of pipelinā failures for proper oversight. However, rural gas gathering lines are exempt
from federal pipeline safety regulations.

I am requesting that the BLM issue a moratorium on oil and gas leasing until rural gas gathering
pipelines are regulated to prevent leaks, spilts and explosions in order to ensure that a web of gas
gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the
environment, risk human and animal life, and other economic and environmental risks not
considered by the BLM.
#1])>


FormLetterAAA Organization:
Received: 11/29/2016 9:46:19 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterAAA.htm (FormLetterAAA-385194.htm Size = 2 KB)
Submission Text
Dear Dana Wilson,

I enjoy the bounty of healthy food and wine that comes from the beautiful North Fork Valley. I
amconcerned about the possibility of more hydraulic fracturing wells in the North Fork Valley. I
know that
the natural resources of the North Fork are of great value economically and to the health and
wellbeing of all who benefit from the valley's food and wine.

<([#1 [18.3] In addressing the Draft RMP, I have many concerns and in particular note that the
BLM doesn't address the volatile organic compounds (VOCs), particulate matter, methane,
nitrogen oxide, and hydrogen
sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or
accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and
cardiovascular systems of people. Has the BLM completed studies on the impact of the
chemicals used in the fracking fluids and
how they affect human health? A thorough analysis of gas and oil opeartions needs to be
completed before any options can be considered. #1])>

The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links
below truck collisions, train derailments result in spills which have caused untold damage. There

are also methane and other leaks which result in increased asthma and other health problems. <([#2 [41.2] Has the BLM taken into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. #2])>

We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. Therefore, I can only consider the NO LEASING option for the RMP.


FormLetterAAAA Organization:
Received: 1/4/2017 1:41:27 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: UFORMP_FormLetterAAAA.htm (FormLetterAAAA-391713.htm  Size = 3 KB)
Submission Text
Bureau of land Management
2465 S. Townsend Ave
Montrose, CO 81401
Barb Sharrow and Gina Jones:
I shop at farmers markets because I want to know my farmer and trust my farmer and that the food I buy and serve to my family and friends is safe. Much of what I buy at farmers markets comes from the Western Slope of Colorado, in particular the North Fork Valley. <([#1 [2] I understand that the North Fork Valley is being threatened by oil and gas development in a number of ways by Bureau of land Management (BLM) actions: 1) a Draft Resource Management Plan for the Uncompahgre Field Office, with a preferred alternative which seeks to open almost every acre of Bureau of land Management (BLM) minerals to oil and gas leasing #1])> ; and 2) BLM's Final Environmental Impact Assessment which would allow a 146-well Master Development Plan for the Bull Mountain Unit, northwest of Paonia Reservoir to move forward. In addition Representative Scott Tipton is proposing to legislatively exchange 30,000 acres in the Thompson Divide for 30,000 acres in Delta County, without any environmental oversight or public input.
The North Fork Valley of Southwest Colorado is one of the most beautiful, fertile, and unique places in the world. It has been compared to Provence, France. It merits protection from oil and gas development.
The BLM and Representative Tipton have not considered the uniqueness of this valley- the fact that it is home to the largest concentration of organic farms in the State of Colorado, and that tens of thousands of people like me, on the Western Slope and Front

BLM_0160074

Range, depend on the clean food this valley provides to farmers markets, grocery stores, community supported agriculture programs, and restaurants.

Clean water and clean air are the lifeblood of this community and the foundation of its biodiversity and natural beauty; not only for agriculture but also for hunting, fishing, hiking, camping, mountain biking–all the recreational activities that have made outdoor recreation a multibillion dollar industry that employs 6 times more people than the oil and gas industry and results in over 600 billion dollars of consumer spending.

BLM can and should designate the North Fork Valley a fully protected area from oil and gas development by adopting a no-leasing alternative. I am opposed to any oil and gas leasing in the North Fork Valley.

Sincerely,

Address:

CC: Neil Kornze, Mike Tupper, Mike Nedd, Ruth Welch, Dana Wilson, Gina Jones, Mark Roeber, Bruce Hovde, Paual Swenson, Michael Bennet, Jared Polis,


FormLetterAv2_PewCharitableTrusts Organization: The Pew Charitable Trusts
Received: 10/2/2016 12:00:00 AM
Commenter1: - ,
Organization1:The Pew Charitable Trusts
Commenter Type: Organization (nonprofit/citizens group)
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterAv2.htm (FormLetterAv2_PewCharitableTrusts-387725.htm Size = 2 KB)
Submission Text
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Protect our wildlands in the RMP
1 message
Charla Brown <robert.burnett8@gmail.com> Sun, Oct 2, 2016 at 5:17 PM
Reply-To: robert.burnett8@gmail.com
To: UFORMP@blm.gov
Dear
I am writing today to ask you to protect our vulnerable public lands in western Colorado's Uncompahgre region.
<([#1 [20.1] [14.1.1]
The Draft RMP has made a great first step in identifying and proposing to protect some of our most sensitive and unique areas, however thousands of acres are still being left without the protections they deserve.
I feel that the Draft Resource Management Plan (RMP) for the Uncompahgre Field Office should be strengthened to better safeguard lands with wilderness character as well as critical habitat for wildlife.
Specifically, I urge the BLM to:

•Include more lands with wilderness characteristics in the final RMP, particularly the Adobe Badlands unit, the Lower Tabeguache unit and the Shavano Creek unit.
•Include all of the identified areas of critical environmental concern and restore them to their originally identified acreage in the Final RMP.
•Include all 242,500 acres of ecological emphasis areas and restore them to their full acreage in the RMP.
I urge you to maximize conservation for lands with wilderness character as well as critical habitat in the Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and rugged landscapes we know and love in western Colorado.
#1])>
Thank you.
Charla Brown
PO Box 170
Crested Butte, CO 81224


FormLetterB_CHC Organization: Citizens for a Healthy Community
Received: 10/25/2016 12:00:00 AM
Commenter1: - ,
Organization1:Citizens for a Healthy Community
Commenter Type: Organization (nonprofit/citizens group)
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterB.htm (FormLetterB_CHC-387726.htm Size = 5 KB)
Submission Text
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message
Citizens for a Healthy Community <sheasworth@gmail.com> Tue, Oct 25, 2016 at 9:20 PM
Reply-To: sheasworth@gmail.com
To: uformp@blm.gov
The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page:
http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter
Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.
I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative,

as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil
and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
The potential for human, animal and environmental damage is too high.
Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

<([#1 [21.1] A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. #1])>
Date
Name
Email Address
Phone Number
City
State
Zip

I am: An organic farmer, A resident, A consumer of NFV/Delta County produce and meat and poultry, An Independent, A homeowner, Interested/impacted citizen
Signature.
Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.

BLM_0160077

FormLetterBB Organization:
Received: 11/29/2016 9:51:48 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterBB.htm (FormLetterBB-385195.htm Size = 4 KB)
Submission Text
Dear Dana Wilson and Barb Sharrow,
As a resident in the North Fork Valley, I am grateful every day for this pristine environment with fresh air, water and good soil as well as incredible scenic beauty. I am against all the options in the Draft RMP for many reasons. I have to ask how you can consider allowing additional oil and gas development in this valley. The industrialization of the North Fork valley would destroy the economy currently based on healthy farming, ranching, agro tourism, recreation, hunting, fishing and all the related businesses.
<([#2 [37.3]
There are so many concerns which have not been addressed in the Draft RMP. In communities where hydraulic fracturing is occurring, toxic compounds have found their way into water while some have leaked
at drilling sites or while transporting fluids and water. Their damage to various human organs has been documented.
A couple of more concerns which need to be addressed and analyzed follow:
1. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide
on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
Farmers, ranchers and residents in the North Fork Valley do not have extra water for hydraulic fracturing.
And after the proposed drilling, the remaining water would be filled with toxins and is not anything we would feel safe drinking, giving to our livestock or using on plants or fruit trees.
Fracking will drive away our growing agro-tourism business and our quality conscious customers will not want to purchase food grown in unhealthy soils, poor quality air and poisoned water.
#2])>
<([#1 [41.2] How can the BLM say that oil and gas development with hydraulic fracturing will not harm human health when you haven't carried out a thorough analysis of oil and gas operations and their impact on human
health? Why are you ignoring the many stories of people whose lives have been lost or their

health compromised from living near oil and gas development? (Refer to *) The BLM has a
responsibility to
prevent such documented damage. #1])>
The only option I can accept is a no-leasing alternative.


FormLetterBBB Organization:
Received: 11/29/2016 9:55:36 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterBBB.htm (FormLetterBBB-385196.htm  Size = 3 KB)
Submission Text
Dana Wilson or Current UFO Manager,
I oppose the options presented in the Draft Resource Management Plan for the Uncompahgre
Region. If I had to choose one it would be Alternative B-1, however there should be a no-leasing
option considered. Not exploring a no-lease option is a flagrant mistake.
<([#1 [41.2] There are so many concerns that have not been addressed in The Draft RMP.In
communities where hydraulic fracturing is occurring, toxic compounds have found their way into
water while some have leaked at drilling sites or while transporting fluids and water. The damage
to various human organs from these toxins has been documented. #1])>
<([#2 [41.1] Also a big concern is that rural gas gathering lines are exempt from federal pipeline
safety regulations. The web of unregulated pipelines creates an increased risk to health and
safety. BLM did not consider pipeline safety and integrity management in its Draft Resource
Management Plan. #2])>
<([#3 [41.2] How can the BLM say that oil and gas development with hydraulic fracturing will
not harm human health when they haven't carried out a thorough analysis of oil and gas
operations and its impact on human health? Why are you ignoring the many stories of people
whose lives have been lost or their health compromised from living near oil and gas
development? Please consider a no-leasing option or issue a moratorium on all leasing until more
research has been completed. #3])>


FormLetterBBBB Organization:
Received: 1/4/2017 1:43:46 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter

Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: UFORMP_FormLetterBBBB.htm (FormLetterBBBB-391714.htm  Size = 2 KB)
Submission Text
Uncompahgre Field Office
Bureau of Land Management
2465 South Townsend Avenue
Montrose, CO 81401
Attn: Gina Jones
The North Fork Valley of Southwest Colorado is one of the most beautiful,
fertile, and unique places in the world. It has been compared to Provence, France. It
merits protection from oil and gas development. <([#1 [2] The North Fork Valley is currently
being threatened by oil and gas development in a number of ways by Bureau of
Land Management (BLM) actions. A draft resource management plan for the
Uncompahgre Field Office, with a preferred alternative, seeks to open almost every
acre of BLM minerals to oil and gas leasing. #1])> BLM's Final Environmental Impact
Assessment would allow a 146-well Master Development Plan for the Bull Mountain
Unit northwest of the Paonia Reservoir to move forward.
I am opposed to the Final Environmental Impact Statement (FEIS) for SG
Interests I, Ltd's Master Development Plan (MPD) proposal, and BLM's preferred
alternative to develop up to 146 natural gas wells, four water disposal wells, and
associated access roads and pipelines. It is irresponsible to locate oil and gas
operations in a sensitive watershed, which directly feeds the largest concentration
of organic farms in the state. Oil and Gas development would contaminate soils,
water, and air in the valley. It would adversely affect human health and cause
increases in respiratory, endocrine, immune, and cardiovascular disease.
Development would contribute to increased greenhouse gas emissions and climate
change impacts on community resources including agriculture and wildlife. Ozone
levels as modeled by the BLM for the Bull Mountain area exceed the EPA threshold
of 70 ppb.
Sincerely,
Name:
Address:
CC: s. Jewll, N. Kornze, B. Sharrow, D. Wilson, M. Roeber, M. Bennet


FormLetterC Organization:
Received: 12/8/2016 9:54:20 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali

BLM_0160080

Attachments: FormLetterC.htm (FormLetterC-387727.htm Size = 2 KB)
Submission Text
Dear Uncompaghre Field Office Manager,
I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP. <([#1 [39.1]
However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.
Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.
•Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.
• Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.
• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.
I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado. #1])>


FormLetterCC Organization:
Received: 11/29/2016 10:00:31 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterCC.htm (FormLetterCC-385197.htm Size = 3 KB)
Submission Text
To The Acting Uncompahgre Field Office Manager,
I am opposed to all the options offered in the BLM's Draft Resource Management Plan for the North Fork Valley and demand that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.
It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human

BLM_0160081

health- <([#1 41.1] I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk. #1])> Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With the increase in natural gas wells, will we also start experiencing earthquakes along with increased health risks, such as asthma and neurological diseases? Read the article below that discusses the definitive link between injection wells and earthquakes.
As noted in the article, the consequences of hydraulic fracturing are costing communities unexpected expenses and also human lives. We can't take that chance.

<([#2 41.2] As mentioned in the wilderness.org article, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been
exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking. #2])>
I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing.


FormLetterCCC Organization:
Received: 11/29/2016 10:03:51 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterCCC.htm (FormLetterCCC-385198.htm  Size = 3 KB)
Submission Text
Dear Dana Wilson,


I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public conftdence that a web of gas
gaihering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Not being very familiar with BLM, I looked up the BLM's description of who we are and what we do. It states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health,
diversity, and productivity of America's public lands for the use and enjoyment of present and

future generations." I realize that the BLM needs to bring in income, and I would like to believe that the choice
would also focus on sustaining the health and diversity of the country's public lands. In my opinion the BLM has failed in this as addressed in the following:

<([#1 [18.3] In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health. The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter

2. casing, dritling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter

3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter
#1])>
I question the BLM considering additional oil and gas development, and fracking when you have not analyzed oil and gas operations, pipeline safety and their impact on human health? The BLM has a
responsibility to "sustain[ing] the health and diversity of the country's public lands." <([#2 [41.1] Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety iegulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.
#2])>


FormLetterCCCC Organization:
Received: 1/4/2017 1:50:05 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:

Current Task: Review Assigned/Due: zghali
Attachments: UFORMP_FormLetterCCCC.htm (FormLetterCCCC-391715.htm  Size = 2 KB)
Submission Text
Uncompahgre Field Office
Bureau of Land Management
2465 South Townsend Avenue
Montrose, CO 81401
Attention: Gina Jones and Barb Sharrow,
The North Fork Valley is currently being threatened by oil and gas
development in a number of ways by the Bureau of Land Management
(BLM). I am opposed to the Final Environmental Impact Statement (FEIS)
for SG interests I, Ltd's Master Development Plan (MPD) proposal, and
BLM's preferred alternative to develop up to 146 natural gas wells, four
water disposal wells, and associated access roads and pipelines. BLM's
Final Environmental Impact Statement would allow a 146-well Master
Development Plan for the Bull Mountain Unit northwest of the Paonia
Reservoir to move forward. It is irresponsible to locate oil and gas
operations in a sensitive watershed, which directly feeds the largest
concentration of organic farms in the state.
Oil and Gas development would contaminate soil, water, and air in the
valley. It would adversely affect human health and cause increases in
respiratory, endocrine, immune, and cardiovascular disease. Development
would contribute to increased greenhouse gas emissions and climate change
impacts on community resources including agriculture and wildlife. Ozone
levels as modeled by the BLM for the Bull Mountain area already exceed the
EPA threshold.
<([#1 [21.1] Please consider the option of not leasing. #1])> Hydraulic fracturing is a
dangerous way to acquire a non-renewable resource. The North Fork Valley
is a leader in renewable energy, making SG development in the area
incredibly contradictory to what the Valley as a whole stands for.
Thank you,
Cc: s. Jewll, R. Welch, N. Kornze, D. Wilson, M. Roeber, B. Hovde, M.Bennet,


FormLetterD_CBD Organization: Center for Biological Diversity
Received: 10/24/2016 12:00:00 AM
Commenter1: - ,
Organization1:Center for Biological Diversity
Commenter Type: Organization (nonprofit/citizens group)
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterD.htm (FormLetterD_CBD-387728.htm  Size = 2 KB)
Submission Text

BLM_0160084

UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Uncompahgre Plan Must Phase Out Climate Pollution
1 message
Dean Webb <dm_webb@live.com>   Mon, Oct 24, 2016 at 9:38 PM
Reply-To: dm_webb@live.com
To: uformp@blm.gov
Dear Uncompahgre Field Office Manager,
<([#1 [11.1]
The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.
Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.
Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:
--adopt goals for the planning area that include significantly reducing climate pollution from BLM -approved actions on these lands;- analyze and select an alternative that prohibits new leases for climate -polluting fossil fuels, including coal, oil and natural gas;
--honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate
pollution (the "social cost of carbon"); and help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.
#1])>
Thank you for your attention to this important issue.
Sincerely,
Dean Webb
4522 36th Ave W
Seattle, WA 98199
US


FormLetterDD Organization:
Received: 11/29/2016 10:12:54 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterDD.htm (FormLetterDD-385555.htm  Size = 3 KB)

BLM_0160085

Submission  Text

To The Acting UFO Manager,

I am firmly  against the options  presented  in the BLM's Draft Resource Management Plan for the Uncompahgre  Region  and ask that the BLM  issue a moratoriurn  on oil and gas leasing  until  rural gas gathering  pipelines  are regulated.

<([#2 [41.2]  It is irresponsible  to locate  oil and gas operations  in a sensitive  watershed  that directly  feeds thelargest  concentration  of organic  farms  in the state.  Any increase  in hydraulic fracturing  would

damage  the unique  biodiversity  and pollute  soil, water and air while  increasing  the risk to human health.  #2])> <([#1 [41.1]

I am also concerned  that nowhere  in the Draft RMP are pipeline  safety,  maintenance  or inspections  addressed.  As rural gas gathering  lines  are exempt  from federal  pipeline  safety regulations,  the campers,  anglers,  hunters  and hikers  who come to the Western  Slope  each year would  be at risk.

In addition,  BLM  did not consider  the lack of pipeline  safety inspections  in rural areas.  The National  Association  of Pipeline  Safety Representatives,  an association  representing  state pipeline  safety officials,  produced  a compendium  of state pipeline  regulations  showing  that most states with delegated  authority  from PHMSA to conduct  intrastate  inspections  do not have expanded  regulations  that cover increased  oversight  of gathering  companies  building  gathering pipelines  in rural areas are generally  not subject  to inspection  and do not have to report the location  and characteristics  of much of the gathering  pipelines  being  installed.  It only  makes sense that before a decision  is made on leasing  the lands,  BLM  would  thoroughly  conduct  an assessment  on the possible  repercussions  from unregulated  rural gas gathering  pipelines.  #1])> Further  studies  and pipeline  regulations  must be completed  before any inorease  in hydraulic fracturing  can be allowed.  The price is too high  for all of us; Please act in the interest  of thempeople  and follow  the BLM's  mission  statement  at the same time.


FormLetterDDD  Organization:

Received:  11/29/2016  10:15:03  AM

Commenter1: - ,

Organization1:

Commenter  Type:

Classification:  Substantive

Submission  Category:  Unique

Submitted  As: Regular mail

Form Letter Category:  Master form letter

Form Letter Master:

Current Task: Review Assigned/Due: zghali

Attachments:  FormLetterDDD.htm  (FormLetterDDD-385556.htm  Size = 2 KB)

Submission  Text

Dear Dana Wilson,


In the BLM's  description  of who we are and what we do, it states that the "(BLM)  may best be described  as a smali  agency  with  a big mission:  To sustain  the health,  diversity,  and productivity of America's  public  lands  for the use and enjoyment  of present  and future  generations."  While  I understand  that the BLM  needs to bring  in income,  it is my hope that the choice  would  also focus

on sustaining the health and diversity of the countny's public lands. I believe that the BLM has failed in this as addressed in the following:

<([#1 [18.3] In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a
result of drilling, continuous operations or accidents, and their impact on people's health. #1])>
<([#2 [18.3] BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact_of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
#2])>
How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see,the, Shalefield Stories vol. 2 published by Friends of the Harmed in 2015. www.shalefieldstories.org Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health impact analysis.
In Solidarity,


FormLetterDDDD Organization:
Received: 1/4/2017 1:53:31 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: UFORMP_FormLetterDDDD.htm (FormLetterDDDD-391716.htm Size = 2 KB)
Submission Text
To the BLM,
I spend time in the North Fork Valley enjoying the many benefits of
the rivers and reservoirs. I swim, fish and boat on the flowing waters
of the North Fork River. I am deeply concerned about the threat

that Hydraulic Fracturing poses on the life sustaining waters of the North Fork River, the Paonia and Crawford reservoirs, the many streams, lakes and ponds, the irrigation water ....
There is no good reason to threaten our valuable natural resources. The Hydraulic Fracturing industries do not support local culture and economy and have proven to be irresponsible in their practices. Hydraulic Fracturing has been proven to harm human health as well as the health of wildlife and fish. Please protect biodiversity!
Respiratory, cardiovascular, immune and endocrine disease has been linked to hydraulic fracturing.
Our local food, wine and life rely on clean water, air and soil. Communities polluted by hydraulic fracturing have reduced local economy and real estate values.
Please protect the waterways of The North Fork Valley!
Stop development of Bull Mountain, No unfair land swaps, no Fracking!!
<([#1 [2] At a bare minimum, I support the North Fork Alternative B 1 . #1])>


FormLetterE Organization:
Received: 12/8/2016 10:02:41 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterE.htm (FormLetterE-387729.htm Size = 2 KB)
Submission Text
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Uncompahgre Resource Management Plan Comment
1 message
sharynestelle@gmail.com <sharynestelle@gmail.com> Fri, Oct 21, 2016 at 9:21 PM
Reply-To: sharynestelle@gmail.com
To: uformp@blm.gov

Dear Uncompahgre Field Office:
Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas.

Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,
Sharyn Dreyer
1150 Vine St.
Denver, CO 80206


FormLetterEE Organization:
Received: 11/29/2016 10:17:40 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterEE.htm (FormLetterEE-385557.htm  Size = 3 KB)
Submission Text
To the BLM Director,

<([#1 [41.1] The Draft RMP for the Uncompahgre Region is inadequate and must be revised. Until this is done, I request that the BLM issue a moratorium on oil and gas leasing. Currently, rural gas gathering pipelines are exempt from federal regulations. The moratorium is needed until
iurat gas gathering pipelines are regulated to prevent leaks, spills, explosions and ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage tne environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

BLM_0160089

How can the BLM have conducted a comprehensive environmental risk assessment if it did not include pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. Nevertheless, rural gas gathering lines are exempt from federal pipeline safety regulations.

There are so many situations which demand that pipeline safety be a priority. Extreme weather can cause flooding, mudslides or geological instability resulting in damage to the pipelines and culminating in leaks, spills and potential explosions. With a number of gas pipelines on BLM leases, campsites could be in danger with the possibility of forest fires damaging the environment and r:isking human and animal lives. In addition, the integrity of the piþeline can be compromised from faulty construction. Why weren't pipeline safety inspections included in the draft RMP?

#1])>

<([#2 [41.1] Also, the Draft RMP did not consider forest fire risks fr.om pipeline explosions. Our wilderness and wooded areas are far too valuable for tourism and local hunting to risk without doing a proper assessment of pipeline safety. Here is a real event that took place, showing how things can easily go wrong. On December 11, 20t2, a 2O-inch-diameter gas transmission line ruptured in a sparsely populated area about 106 feet west of Interstate 77 (I-77) in Sissonville, WV. An area of fire damage about 820 feet wide extended nearly 1,100 feet along the pipeline right-of-way. Three houses were destroyed by the fire, and several other houses were damaged. Reported losses, repairs, and upgrades from this incident totaled over $8.5 million, and major transportation delays occurred. I-77 was closed in both directions because of the fire and resulting damage to the road surface. The northbound lanes were closed for about 14 hours, and the southbound lanes were closed for about 19 hours while the road was resurfaced, causing delays to both travelers and commercial shipping.

http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR1401.
pdf
#2])>

The BLM should issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.


FormLetterEEE Organization:
Received: 11/29/2016 10:31:13 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterEEE.htm (FormLetterEEE-385558.htm Size = 3 KB)
Submission Text
Dear BLM Director:

I urge the BLM to issue a moratorium on oil and gas leasing in the North Fork Valley until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and ensure that a web of gas
gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal lives, and create other economic and environmental risks not considered by the BLM.

<([#1 [18.3] In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, pipeline leakages, and their impact on people's health. The BLM did not take into consideration the potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems from:
. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide
and particulate matter
. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter #1])>

I question the BLM considering additional oil and gas development and hydraulic fracturing when they have not analyzed oil and gas operations, pipeline safety and their impact on human health. <([#2 [41.1] The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Pipeline safety or pipeline integrity management was not mentioned once in the document. How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in the Draft RMP? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exemPt from federal pipeline safety regulations.
The integrity of the pipeline can be compromised not only from faulty construct¡on, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the
pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. #2])> The moratorium needs to be issues on all oil and gas leasing or
a no leasing option should be pursued.


FormLetterEEEE Organization:
Received: 1/4/2017 1:55:39 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter

Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: UFORMP_FormLetterEEEE.htm (FormLetterEEEE-391717.htm  Size = 3 KB)
Submission  Text
Dear Gina Jones,
My family came to the North Fork Valley because of the quality of life, the healthy produce and meat that we are able to purchase, the pristine waters and clean air and peaceful lifestyle.
As a resident of this valley, I am opposed to any increase in hydraulic fracturing. I am against the Final Environmental Impact Statement (FEIS) for SG Interests I, Ltd's Master Development Plan(MDP) proposal and all the options. With the addition of 146 natural gas wells, the negative impacts on the environment decreasing air, water and soil quality would hurt everyone and every type of wildlife. The ozone levels as modeled by the BLM for the Bull Mountain area already exceed the EPA threshold of 70ppb. The BLM did not adequately review the direct, indirect and cumulative impacts as required by NEPA, some of which include greenhouse gas emissions and how they impact the climate including the severity of these impacts and social cost of carbon. Various types of drilling technologies were not considered in the BLM's analysis. And the BLM did not consult with the Pipeline Hazardous Materials and Safety Administration or
consider the potential impacts an exemption from safety rules would have on any living beings as well as al the environment. Even with the many methane leaks which have occurred in connection with hydraulic fracturing, the BLM did not properly analyze methane and other air pollutants or consider mitigation measures to reduce these impacts.
I like to think of Colorado as a forward thinking state and a leader in many areas. let Colorado and the BLM be at the forefront in this industry by showing the rest of the world that we care for the health and wellbeing of all and in making any changes, the issues mentioned above area are addressed and analyses are carried out before any more natural gas wells are permitted.
I feel it is irresponsible to increase fracking due to undisclosed chemicals which are in the fracking fluid. <([#1 [21.1] Therefore, a no leasing option should be considered, as we don't know the
ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals. The no lease option is the best way to protect the North Fork Valley and ensure our community can continue to thrive in the future. While that is the only option I feel is valid, if you won't consider a no-lease option, then Plan B1 would be the next least damaging option.
#1])> Yours Sincerely,
Cc: Barb Sharrow, Dana Wilson, Sally Jewell, Sen. Cory Gardner, Sen. Michael Bennet


FormLetterF_EarthJustice Organization: EarthJustice
Received: 12/8/2016 10:20:39 AM
Commenter1: - ,
Organization1 :EarthJustice
Commenter Type: Organization (nonprofit/citizens group)
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:

BLM_0160092

Current Task: Review Assigned/Due: zghali
Attachments: FormLetterF_EarthJustice.htm (FormLetterF_EarthJustice-387730.htm  Size = 3 KB)
Submission Text
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Stop a "do-nothing" climate plan for Colorado's public lands
1 message
Brenda Probasco <info@earthjustice.org>  Wed, Oct 19, 2016 at 10:39 AM
Reply-To: Brenda Probasco <probasco.brenda@gmail.com>
To: Field Office Manager <uformp@blm.gov>
Oct 19, 2016
Field Office Manager
2465 South Townsend Avenue
Montrose, CO 81401
Thank you for reading my letter.
<([#1 [11.1]
I am deeply concerned that the draft management plan for the
Uncompahgre Field Office fails to seriously address climate change, the
most significant threat to Colorado's public lands and to the planet.
Every alternative the BLM is considering would allow coal mining to
continue at current levels for the next 10 to 20 years, a decision that
your own environmental impact statement (EIS) admits could result in
more than half a billion tons of climate pollution. In fact, every
single alternative the EIS analyzes would increase climate pollution
over baseline levels, and none would result in any reduction of coal
production. Every alternative would allow more leasing, more fracking
and more drilling for oil and gas.
Federal public lands must be part of the climate solution, not continue
to make the problem worse. I therefore urge the BLM to:
- Adopt goals for the planning area that include significantly
reducing the climate pollution from BLM-approved actions on these lands
- Seriously consider alternatives that prohibit new leases for
climate-polluting fossil fuels, including coal, oil and natural gas
- Honestly disclose the direct and indirect climate emissions of
fossil fuel leasing, including the costs of climate pollution (the
"social cost of carbon")
- Take a hard look at how to work with communities in the area to
transition from fossil fuels to cleaner economies
#1])> Thank you for your attention to this important issue.
Sincerely,
Brenda Probasco
Gulfport, FL 33707-3664
probasco.brenda@gmail.com


FormLetterFF Organization:
Received: 11/29/2016 10:38:37 AM

Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterFF.htm (FormLetterFF-385559.htm Size = 3 KB)
Submission Text
To the BLM:

As an individual who appreciates the biological diversity and lively eco-system of this area, I
feel it is irresponsible to increase fracking without a more in depth study due to the unknown and
undisclosed chemicals that are in the fracking fluids. How can we know the consequences to our
ground water if this spills on the land and how this will affect the wildlife? These concerns must
be addressed before we allow any more drilling.

<([#1 [41.1] I am also concerned about pipeline safety. There continue to be many leaks and
spills, and pipelines do fail. Pipeline explosions can cause forest fires. Extreme weather as we
sometimes experience in Colorado could result in damaged pipelines. The BLM's Draft Resource
Management Plan did not consider pipeline safety and integrity management. While there are
federal pipeline safety regulations to ensure proper construction of pipelines and reporting of
pipeline failures for proper oversight, rural gas gathering lines are exempt from federal pipeline
safety regulations. In not considering pipeline safety, the BLM ignores how a leak or accident
might affect residents, visitors (hikers, hunters, campers, anglers) wildlife and the environment.
#1])>

<([#2 [41.2] Illnesses resulting from exposure to toxins from drilling or pipeline spills and leaks
are also of great concern and environmental damage can only increase with the new horizontal
drilling and multi-stage hydraulic fracturing technologies. Will a significant number of new
natural gas wells, result in earth quakes (see beiow fracking studies: link between injection wells
and earthquakes) and more health risks, such as asthma and neurological diseases? The article
below addresses
the costly consequences of hydraulic fracturing in terms of dollars and lives. From the
Wilderness article about our neighboring county: "Since Garfield County, Colorado has
experienced fracking development, residents who live within a half mile of the natural gas wells
have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known
to cause respiratory and neurological problems, according to a three-year study from the
Colorado School of Public Health." Methane is also mentioned as a problem related to fracking.
#2])>
I like to think of Colorado as a forward thinking state and a leader in many areas. Let Colorado
and the BLM be at the forefront in this industry by showing the rest of the world that we care for
the health and wellbeing of all by addressing the issues mentioned with a thorough study of
current technologies anã by issuing a moratorium on gas and oil leasing until rural gas gathering

pipelines are regulated.

Sincerely,


FormLetterFFF Organization:
Received: 11/29/2016 10:48:01 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterFFF.htm (FormLetterFFF-385560.htm Size = 2 KB)
Submission Text
Dear Dana Wilson,
Not being very familiar with the BLM, I looked up the BLM's own description of what it is and
what it does. It states that the "(BLM) may best be described as a small agency with a big
mission: To sustain the health, diversity, and productivity of America's public lands for the use
and enjoyment of present and future generations." I realize that the BLM needs to consider
productivity, but I would like
to believe that the choice would also focus on sustaining the health and diversity of the country's
public lands. In my opinion the BLM has failed in this.

<([#1 [18.3] In the Draft RMP, the BLM never addresses the volatile organic compounds
(VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released,
leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on
the environment and people's health.
In particular, the BLM did not take into consideration the following:

1. truck transportation of water, fluids and sand
2. casing, drilling and hydraulic fracturing
3. flaring and condensate tank flaring #1])>

I question the BLM considering additional oil and gas development and fracking when it has not
analyzed oil and gas operations and their impact on human health.
I would also like to know why the BLM ignores the articles on thousands of people who either
lost their lives or had their health compromised from living near oil and gas development. The
BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands."
Can you really trust those who keep
allowing repeated spills and damage to the environment in fracking operations? I can only
consider a NO Leasing alternative.
Sincerely,

FormLetterFFFF Organization:
Received: 1/4/2017 1:59:21 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: UFORMP_FormLetterFFFF.htm (FormLetterFFFF-391718.htm Size = 2 KB)
Submission Text
Irresponsible Oil and Gas Development
Petition
I am opposed to Representative Tipton's Western Colorado Lease Exchange and
Conservation Act of 2016 because:
o It is irresponsible to locate oil and gas operations in a food shed
o It is irresponsible to lease federal land for oil and gas development without federal, state.
and local environmental review
o It is irresponsible to impose oil and gas development on impacted communities without
appropriate compensation for health. economic. and environmental impact
o It is irresponsible to not consider food and environmental security in the national security
equation

North Fork Valley/Delta County specific reasons for my opposition:
o Development is in the middle of the watershed
o Development would destroy local efforts in transforming the economy to one based on
agro-tourism. recreation. renewable energy. agriculture. organic/clean food
o Development would destroy the unique biodiversity
o Development would contaminate soils. water and air and lead to increases in respiratory.
endocrine. immune, cardiovascular disease
o Development would adversely impact real estate values
I am: [Please check all that apply]
o An organic farmer
o A conventional farmer
o A rancher
o A resident
o A consumer of NFV/Delta County produce and meat and poultry
o A Republican
o A Democrat
o An Independent
o A homeowner
o A food business owner
o A scientist/geologist
o A Realtor

o A hotel/recreation business owner
o A tourist/visitor to Delta County/NFV
o Other

Additional Comments:
Signed,
Print Name
Date
Signature
Email Address
Street addresss, city, state, zip code

By signing this petition you authorize the public distribution of your name and contact information for the stated
purpose.

FormLetterG_WSCC Organization: Western Slope Conservation Center
Received: 10/23/2016 12:00:00 AM
Commenter1: - ,
Organization1:Western Slope Conservation Center
Commenter Type: Organization (nonprofit/citizens group)
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterG_WSCC.htm (FormLetterG_WSCC-387731.htm  Size = 2 KB)
Submission Text
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
Support Alternative B1 in the Final RMP
1 message
Richard Grossman <mail@population-matters.org>  Sun, Oct 23, 2016 at 4:54 PM
Reply-To: mail@population-matters.org
To: UFORMP@blm.gov

Dear
Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to
protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development

potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.
Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water
supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Richard Grossman
800 Heartwood Lane
Bayfield, CO 81122


FormLetterGG Organization:
Received: 11/29/2016 10:53:12 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterGG.htm (FormLetterGG-385561.htm Size = 2 KB)
Submission Text
Dear Barb Sharrow, Gina Jones and Dana Wilson,
I am a resident of Colorado who loves this state and the beauty that I see every day. I treasure the watersheds and know how much the health and wellbeing of everyone and every tree, plant, animal, bird and insect mean to those of us in the North Fork Valley. Already we have many endangered species and humans who suffer from asthma and neurological diseases.

Some of the negative impact on people, critters and the environment are due to the chemicals used in hydraulic fracturing as well as spills caused. As mentioned in the report from the NYS Department
of Health noted below, the price is too high to allow fracking to increase in our valley. <([#1 [21.1] Due to the undisclosed chemicals in the fracking fluid, it would be irresponsible to proceed without further study. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals. #1])> I am a steward of the land and want to care for it so that future generations will be able to live here without fear of drinking the water, eating the food or even

breathing the air. We in Colorado need to be in the forefront by taking a stand to preserve what
we have. There are too many unanswered questions to allow the BLM's RMP for the North Fork
Valley to be approved. None of the options included protect us or include adequate assessments
of the possible impacts.
I sincerely recommend that you do not allow any of the options mentioned in the RMP. There
should be a NO LEASE option! While I recommend that you don't do anything, if you must
select an option, then the only one to consider is Alternative Plan B1.


FormLetterGGG Organization:
Received: 11/29/2016 10:54:21 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterGGG.htm (FormLetterGGG-385562.htm  Size = 2 KB)
Submission Text
Dear Joe Meyer,


All of us who would have to live with the impact on the environment from hydraulic fracturing
ask you to note that in Utah on October 6th, a federal judge denied the BLM's approval for
drilling 16 sites in the Uinta Basin due to insufficient analysis of the impact as the project grows.

The Draft BLM Uncompahgre Resource Management Plan for our valley also did not adequately
address the impact on the environment for the following:

- <([#1 [37.3] leaks or spills of toxic chemicals as well as spills of water, fluids and sands when
transported from the drilling sites. #1])>
- <([#2 [41.2] possible environmental disasters caused by or affecting fluid mineral development.
It is possible that wastewater injection wells can cause seismic activity. There is no mention of
this in the RMP.
#2])> -<([#3 [18.3] the possibility of explosions, or lightning strikes and the risk that these
events can pose to nearby residences, structures, property and other natural resources when
natural gas and other explosive materials are involved. The planning area is often subject to
drought
conditions in which fires can quickly get out control.
#3])> -<([#4 [18.3] potential toxic emissions such as the volatile organic compounds (VOCs),
particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked or
spilled as a result of drilling, continuous operations or accidents, and their impact on the
respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.
#4])>
The impact on human health and our valley's environment has to be a priority. Why hasn't the

BLM_0160099

BLM conducted a human health impact assessment? These are just a few of my concerns. Therefore, I demand that the BLM not move forward with any options laid out in the Draft RMP and issue a moratorium.
Sincerely

FormLetterGGGG Organization:
Received: 1/4/2017 2:09:51 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: UFORMP_FormLetterGGGG.htm (FormLetterGGGG-391719.htm Size = 2 KB)
Submission Text
Uncompahgre Field Office
2465 South Townsend Ave
Montrose, CO 81401
Attention: Gina Jones
As a farmer/rancher who makes his living from the land and depends on the quality of the air and all
natural resources for my crops and animals as well as my family, I am very concerned about the possibility of the development of 146 natural gas wells in the Bull Mountain Unit. I oppose the Final
Environmental Impact Statement (FEIS) for SG Interests I, Ltd's Master Development Plan (MOP)
proposal and all the options which would allow 146 new natural gas wells in the Bull Mountain Unit
Studies have shown that the impact on communities' health, lowering of real estate values as well as how
our resources are affected far outweigh any financial gain from hydraulic fracturing. From what I have
read, much of the damage occurs from spills which percolate into ground water. This is a huge problem
since we are all downstream, we irrigate with a lot of surface water and the groundwater is shallow.
The damage won't just be confined to the fragile ecosystem of the NFV. As shown in the links below truck
collisions, train derailments result in spills which have caused untold damage. There are also methane
and other leaks which result in increased asthma and other health problems. The BLM has not produced
a balanced plan taking into consideration new horizontal drilling and multi-stage hydraulic

fracturing

technologies. This relatively new drilling technology involves a far greater magnitude of impacts,

including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant

emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more

water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of

additional round trips of truck traffic per well.

We are effectively killing our precious eco-system and putting an end to sustainability in Western

Colorado.

Regards,

Street

City, State, Zip Code

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/2557


FormLetterH_CHC Organization: Citizens for a Healthy Community

Received: 12/8/2016 10:27:07 AM

Commenter1: - ,

Organization1:Citizens for a Healthy Community

Commenter Type: Organization (nonprofit/citizens group)

Classification: Substantive

Submission Category: Unique

Submitted As: E-Mail

Form Letter Category: Master form letter

Form Letter Master:

Current Task: Review Assigned/Due: zghali

Attachments: FormLetterH_CHC.htm (FormLetterH_CHC-387732.htm Size = 3 KB)

Submission Text

UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>

No oil and gas leasing on public lands in the North Fork Valley

1 message

laura collins <lkielman@att.net>  Tue, Oct 25, 2016 at 9:15 PM

Reply-To: lkielman@att.net

To: uformp@blm.gov

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the

south of France.
<([#1 [21.1] I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.
The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.
It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional
greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing.

At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable. #1])>
Thank you,
laura collins
95818

FormLetterHH Organization:
Received: 11/29/2016 10:59:00 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterHH.htm (FormLetterHH-385563.htm Size = 3 KB)
Submission Text
Dear Gina Jones and Barb Sharrow,
As a farmer/rancher who makes his living from the land and depends on the quality of the air and all natural resources for my crops and animals as well as my family, I am very concerned about the possibility of an increase of any natural gas wells as proposed by the BLM's RMP.

Studies have shown that the impact on communities' health, lowering of real estate values as well as how our resources are affected far outweigh any financial gain from hydraulic fracturing. From what I have read, much of the damage occurs from spills which percolate into ground water. This is a huge problem since we are all downstream. We irrigate with a lot of surface water and the groundwater is shallow.

<([#1 [18.3] Also among my concerns is the fact that the BLM has not included a human health analysis. A strict standard should be set with regular testing if any development occurs to ensure that the quality we have is not lessened. I see too many gaps which have not been supplied to make me feel that the proper safety nets will be in place or proper monitoring. #1])>
<([#2 [41.2] It would be irresponsible to increase fracking due to undisclosed chemicals which are in the fracking fluid. Therefore, a no leasing option should be considered because we don't know the ramifications of
those chemicals put into our ground water or potentially spilled or consumed by animals. #2])>
Therefore, I cannot condone or accept any of the plans offered by the BLM in the latest RMP. I recommend that a no lease plan be considered and adopted as the only acceptable way to protect and preserve the economy and quality of life in this valley.
Regards,


FormLetterHHH Organization:
Received: 11/29/2016 11:02:04 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterHHH.htm (FormLetterHHH-385564.htm Size = 3 KB)
Submission Text
To the BLM,
I am a resident in the North Fork Valley. We moved here because of the quality of life, the caring farmers and ranchers and the pristine environment. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.


<([#1 [18.3]
In The Draft RMP the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.
BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals

BLM_0160103

and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems #1])>

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the article below which addresses health concerns. http://jama.jamanetwork.com/article.aspx?articleid=1167312  Why is the BLM not paying attention to the thousands of people who either lost
lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented
damage. A no-leasing alternative is the only logical and reasonable choice.


FormLetterHHHH Organization:
Received: 1/4/2017 2:11:37 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: UFORMP_FormLetterHHHH.htm (FormLetterHHHH-391720.htm  Size = 2 KB)
Submission Text
Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401
Attn: Dana Wilson
I am a tourist who frequently visits the North Fork Valley. I love the beautiful
landscape, the high quality food, the clean air and water. I have been supporting
hotels and other businesses in the area for twenty-plus years. <([#1 [21.1] This is why I am
asking you to please choose the North Fork Alternative, B1, and all other reasonable
conservation protections in Alternative B. This is only secondary to my first choice,
which would be to have zero hydraulic fracturing. How did you not consider this as
a reasonable alternative?
#1])> Hydraulic Fracturing presents many dangers still unknown to us. Some that we have
already seen come in the impact of transportation of hazardous materials, impact on
water and air quality, road degradation, increased heavy truck traffic, and an impact
on wildlife. As a tourist from the east coast, I come to the North Fork every year to
get away from those things exactly; to enjoy nature and a clean quality of life that is

becoming harder and harder to find in this country. Hydraulic fracturing has already been banned in Bulgaria, Germany, France, and Scotland, as well as in New York, Maryland, and many counties across America. In America, we have seen an all out disaster occur in Flint, Michigan.

I can't speak for everyone, but I can certainly say for myself that hydraulic fracturing in the North Fork Valley will end my adventures travelling here. I love it so much, but the health risks are just not worth it. Please take my comments into consideration.

Thank you very much, and please take this seriously.

Name:

Mailing Address:

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet


FormLetterI_WildEarthGuardians Organization: WildEarth Guardians

Received: 10/28/2016 12:00:00 AM

Commenter1: - ,

Organization1:WildEarth Guardians

Commenter Type: Organization (nonprofit/citizens group)

Classification: Substantive

Submission Category: Unique

Submitted As: E-Mail

Form Letter Category: Master form letter

Form Letter Master:

Current Task: Review Assigned/Due: zghali

Attachments: FormLetterI_WildEarthGuardians.htm (FormLetterI_WildEarthGuardians-387733.htm Size = 3 KB)

Submission Text

UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>

Keep Our Fossil Fuels in the Ground

1 message

Michael Maggied <action@wildearthguardians.org> Fri, Oct 28, 2016 at 11:40 AM

Reply-To: Michael Maggied <pbcup@mindspring.com>

To: Bureau of Land Management Uncompahgre Field Office <uformp@blm.gov>

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office

2465 S. Townsend Ave.

Montrose, CO 81401

Dear Uncompahgre Field Office,


I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon

BLM_0160105

pollution.
More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk. In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.
Please, stop catering to the demands of the fossil fuel industry. The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons. It is a crown jewel of
Colorado and the American West.


<([#1 [21.1] [22.1] I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:
1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;
2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and
3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends. #1])>

Thank you for putting our climate, our health, and our future first.
Sincerely,
Michael Maggied
2240 E Arbor Cir
Mesa, AZ 85204-1419
pbcup@mindspring.com


FormLetterII Organization:
Received: 11/29/2016 11:08:45 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterII.htm (FormLetterII-385565.htm Size = 4 KB)
Submission Text
Dana Wilson,
I urge the BLM to issue a moratorium on all oil and gas leasing. <([#1 [41.2] At this point in

time, it would be irresponsible for the BLM to move forward as the Draft RMP failed to mention pipeline integrity
management and pipeline safety. It is very plausible that the integrity of the pipeline could be compromised, not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Leaks and spills could occur along the pipeline, which could contaminate the soil and water. Faulty construction or a compromised pipeline from any geological incident could also result in a rupture or explosion. We have already seen instances of this happening within the United States. What makes this problem even more uncertain is that right now rural gas gathering pipelines are not regulated. This is a danger. Rural gas pipelines need to be regulated to prevent leaks, spills, explosions and also to give the public confidence that these pipelines will not endanger campsites, start forest fires, damage the environment, or result in animal or human fatalities. #1])>

<([#2 [18.3] In addition, the Draft RMP also does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the
respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. #2])> The BLM did not analyze or consider that pipeline maintenance, the use of waste ponds for the storage of flow back fluids, and that truck transportation of water, fluids and sand all can result in the release of VOCs, methane and hydrogen sulfide and result in negatively affecting the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

How can the BLM have conducted a proper comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. <([#3 [41.1] [21.1] However, because rural gas gathering lines are exempt from the federal pipeline safety regulations, the moratorium is needed to protect the North Fork Valley until rural pipelines are regulated. At this point, the BLM should not move forward with any options laid out in the Draft RMP. #3])>


FormLetterIII Organization:
Received: 11/29/2016 11:12:21 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterIII.htm (FormLetterIII-385566.htm  Size = 3 KB)
Submission Text
To the BLM,

The Department of the Interior came out with a study on the impact of climate change on national parks, which referenced at the end of this letter.

It is not just the parks which need to be considered. All public lands need to be included in regard to climate change. As temperatures rise and warmer seasons extend, water becomes even more precious.

Most of the domestic water sources in the NFV are surface springs and streams that are either on or near BLM lands affected by the BLM's Draft RMP. Our communities depend on water for farms, ranches and

homes. There is no extra water for hydraulic fracturing now, and with increased demands from warmer weather and higher temperatures due to climate change, the North Fork Valley would be in a crisis.

<([#1 [41.2] [37.3]

The BLM did not consider the permanent removal of water from the hydrologic cycle and that there are insufficient water supplies necessary to support fracking and other drilling operations, particularly in this period of persistent drought. These concerns were not addressed in the Draft RMP

- Risk of contamination to irrigation water and crops from:
- Fracking chemical contamination of ground and surface waters
- Damage to irrigation canal access and bridges o Airborne volatile organic compounds
- Airborne silicates
- Silting in of rivers and irrigation ditches
- Increases in diesel exhaust from transportation, well and compressor sites 5 Risk of loss to irrigation shares for multiple irrigation ditches in the North Fork.
- Drinking Water 5 Risk to drinking water supplies for North Fork communities, potentially affecting 30,000 + people

#1])>

The additional demands of fracking would overwhelm our already limited water supply. Therefore, I reject all options in the Draft RMP and demand that the BLM issue a moratorium. Anything else would destroy

our economy and community.

In Solidarity,

https://www.doi.gov/pressreleases/interior-secretary-jewell-announces-study-showing-spring-starting-earlier-national

FormLetterIIII Organization:
Received: 1/4/2017 2:13:29 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: UFORMP_FormLetterIIII.htm (FormLetterIIII-391721.htm  Size = 3 KB)

Submission Text
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose CO 81401
Dear Gina Jones,
As a Colorado resident, I am opposed to the Final Environmental Impact Statement (FEIS) for SG
Interests I, Ltd's Master Development Plan(MDP) proposal and all the options. With the addition of 146
natural gas wells, the negative impacts on the environment decreasing air, water and soil quality would
hurt everyone and every type of wildlife.
A lot of us count on the quality food which is grown in the North Fork valley. Colorado products are
marketed as some of the finest and healthiest in the country. That will totally change if the BLM allows
any increase in hydraulic fracturing in the Bull Mountain Unit. The roads will be overwhelmed with so
much truck traffic, that bicyclists, tourists and residents will find it impossible to travel. The damage to
the environment and to anyone in the area will be felt and will impact the economy negatively as a
consequence.
The damage won't be confined to the fragile ecosystem of the NFV. As shown in the links below: truck
collisions and train derailments result in spills which have caused untold damage. There are also
methane and other leaks which result in increased asthma and other health problems. The BLM has not
produced a balanced plan taking into consideration new horizontal drilling and multi-stage hydraulic
fracturing technologies. This relatively new drilling technology involves a far greater magnitude of
impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air
pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10
times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and
thousands of additional round trips of truck traffic per well. Lastly, we have no idea which chemicals are
in the fracking fluids and have no idea of the impact they will have on wildlife or the environment.
This is an inappropriate use of public lands. We are the stewards of this land and have a responsibility to
protect it for future generations. Please do not move forward with this proposal.
Yours truly,

Street
City, State, zip

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking
http://www.wtae.com/news/tanker-trucks-crash-in-canton-township/25579248

FormLetterJ Organization:
Received: 12/8/2016 4:16:41 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterJ.htm (FormLetterJ-387772.htm  Size = 13 KB)
Submission Text
Comments regarding the Uncompahgre Field Office .doc
46K
1
To: Dana Wilson, Acting Uncompahgre Field Manager
Thank you for the opportunity to comment on the Uncompahgre Field Office's draft Resource
Management Plan (draft RMP).

<([#1 [30.3] The RMP currently in effect was approved at least 26 years ago (1989/scoping
began in 1983) and it in no way accounts for the socioeconomic benefits being derived from the
agricultural operations that now exist in the North Fork Valley. Unfortunately, this draft RMP is
no better. It contains only cursory acknowledgement of the existence of this valley within the
Uncompahgre Field Office planning area and has not adequately or appropriately described what
makes it of such unique agricultural, artistic and entrepreneurial importance to all of Colorado,
the resort towns surrounding the valley
(Aspen, Telluride and Crested Butte) and surrounding states. This omission of fully describing
this valley does not constitute meeting the requirement of "succinctly describing the environment
of the area(s) to be affected by the alternatives under consideration" as required by 40 CFR
1502.15.

This valley has been formally identified through multiple means as a truly unique place:

a) It has been described as "An American Provence" in the book by the same name written by
University of Colorado professor, Thomas Huber. He compares the North Fork Valley with its
vineyards to the famous wine growing region of southern France.
http://www.merchantherald.com/geographer-says-the-north-fork-is-an-american-provence/

b) This valley was designated by the state of Colorado as a Colorado Certified Creative District

in 2013. Information on the significance of this designation can be viewed at
http://www.coloradocreativeindustries.org/showcase/colorado-creative-districts

c) Delta County was recently awarded three Blueprint 2.0 Initiatives by the Colorado Office of
Economic Development and International Trade. The Initiatives include Strengthening Local
Business Brand, Adaptive Reuse Workshop and Tourism Promotion.
http://choosecolorado.com/lt-gov-donna-lynne-announces-colorado-blueprint-2-0-initiative-
recipients/

d) The North Fork Valley has also been designated as an American Viticulture Area by the U.S.
government. This designation was officially adopted in 2001 and codified at 27 CFR
https://www.gpo.gov/fdsys/pkg/CFR-2016-title27-vol1/pdf/CFR-2016-title27-vol1-sec9-172.pdf
An American Viticulture Area is a delineated grape-growing region having distinguishing
features as established in Federal regulation and a name and delineated boundary. This is only
one of two such designated areas in Colorado.

These accolades, awards and designations are presented here to make a point - - this valley is
recognized for its unique agriculture (it contains the highest concentration of organic farms,
orchards and vineyards in Colorado), local business, art, agribusiness, agritourism, and recreation
industries and deserves protection from any threat of environmental degradation. Gas exploration
and development is
not compatible with the economic culture of this valley and in fact, its very presence would
threaten its highly regarded reputation as an organic agricultural area.
#1])>
<([#2 [3] [5.6] Additionally, this draft RMP has been written using the standard BLM RMP
boilerplate/template language. There is nothing boilerplate about the North Fork Valley. Its
presence in the Uncompahgre planning area requires that effects to it from actions occurring in
the BLM decision area must be thoroughly considered. This has not been done.

The potential environmental consequences presented in this draft RMP do not in any way
address the depth and breadth of potential effects to the valley from fluid mineral exploration and
production. This is in direct conflict with BLM regulation 40 CFR 1610.4-6: Estimation of
effects of alternatives, which requires that the Field Manager "will estimate and display the
physical, biological, economic, and social effects of implementing each alternative considered in
detail." Without acknowledging and describing the North Fork Valley in detail, this requirement
cannot and has not been achieved. #2])>

<([#3 [3] [5.3] The inadequacy of the draft RMP is further exemplified by the following:
1) Chapter 1, Section 1.4 and Table 1.3: This section and table fail to appropriately and
adequately acknowledge and discuss the North Fork Alternative Plan (NFAP) presented to the
BLM during scoping by citizens and governmental entities in the North Fork Valley.
The NFAP was submitted in order to provide the BLM with information about the uniqueness
and renowned agricultural productivity of the valley and supported the request to remove the
BLM land surrounding this valley from any future leasing. However, the section summarizing
the scoping comments received does not include this important scoping submittal and has
consequently resulted in the lack of any meaningful reference to this agriculturally important and

BLM_0160111

productive area throughout the remainder of the draft RMP. This violates the Council on Environmental Quality (CEQ) regulation at
40 CFR 1501.7(a)(2) which requires the lead agency to determine the significant issues to be analyzed in depth in an Environmental Impact Statement.
This absence of acknowledgment of the North Fork Valley's unique qualities is also in direct conflict with Section 1500.1(b) of the CEQ regulations which states that "NEPA documents must concentrate on the issues that are truly significant to the action in question, rather than amassing needless detail."
#3])>
2) <([#4 [5.3] Chapter 1, Table 1-2, Step 7: By not appropriately including the North Fork Valley and the potential negative environmental effects to it by the various proposed alternatives as a "planning issue," this draft RMP does not adequately meet the requirement that the preferred alternative be the "alternative that best resolves planning issues." #4])>

3) <([#5 [5.3] [3] Chapter 2, Section 2.2.3: The lack of adequate discussion and acknowledgement of the North Fork Valley in Chapter 1 (as discussed above) has created a situation where the significance of each alternative to potentially impact the human and natural environment within the BLM planning area is missing from the fundamental underpinnings of the analysis. This absence of appropriate consideration is evident throughout the remainder of the document and in taking this approach, this document does not meet the level of analysis required by CEQ regulations (1502.1; 1502.2; 1508.8; 1508.14 and
1508.27(a), (b)(3), (b)(4) and (b)(6)) or the National Environmental Policy Act, Section 101(b). #5])>
4) <([#6 [5.3] [3] [14.1.1] Chapter 2, Table 2-1 and Appendix D, Ecologic Emphasis Areas: The North Fork Valley
should have been included in this portion of the analysis. Although it does not fit the BLM's routine (boilerplate) areas of analysis - unprotected core wildlife and native plant habitat and associated movement, dispersal, and migration corridors – does not make this ecologically unique area any less worthy of consideration. In fact, minimizing impacts to this culturally and agriculturally significant geographic area should be the core value addressed throughout the draft RMP and presented under each of the Alternatives in Tables 2-1 through 2-6.
#6])>
5)<([#7 [31.2] [3] Chapter 3, Section 3.1.3 Geology and Soils: The following statement is included in this section; "There are no farmlands of national or statewide importance on BLM-administered lands within the planning area (emphasis added). However, according to a report by the Soil Conservation Service, "irrigated and prime irrigated lands of statewide importance, most of which are situated at low elevations on valley floors, occur in the Uncompahgre, North Fork, Surface Creek, and Smith Fork drainage basins" (Soil Conservation Service 1980). #7])>

<([#8 [3] [31.3] Analysis of potential impacts to irrigated and prime irrigated lands existing within the
Uncompahgre planning area (North Fork Valley) resulting from federal actions taking place on BLM-administered lands must be analyzed and disclosed in Chapter 4 and they are not. Chapter 4 is completely silent on the impacts to irrigated and prime irrigated lands occurring within the valley floors in the planning area which violates 40 CFR 1508.14. #8])>

BLM_0160112

6) <([#9 [34] Chapter 3, Section 3.1.5, Vegetation & Chapter 4, Section 4.3.4 Vegetation: Section 3.1.5 fails to acknowledge or discuss any of the agricultural crops existing in the North Fork Valley which is part of the Uncompahgre Field Office planning area. Omission of these existing and important resources in Chapter 3 has resulted in the complete omission of possible effects to these resources in Chapter 4, Environmental Consequences. This violates CEQ regulations at 40 CFR 1502.15; Affected Environment and 40 CFR 1508.8; Effects. #9])>

7) <([#12 [5.6] [3] Chapter 4, Section 4.1.1 Analytical Assumption, fifth bullet: This bullet asserts that "Direct and indirect impacts of implementing the RMP primarily occur on the decision area lands:" This is a seriously flawed assumption because many of the direct and indirect impacts of implementing the RMP on lands underlain by federal fluid mineral estate have the potential to seriously impact the people (and their livelihoods) living in the North Fork Valley.

"Planning area" is defined as the Uncompahgre Field Office boundary, including all lands, regardless of land ownership (emphasis added), except the Gunnison Gorge NCA Planning Area and the Dominguez-Escalante NCA" and is depicted on Figure 1-1 provided in the draft RMP. Whereas "decision area lands" are limited to public lands and federal mineral estate managed by the USDOI, Bureau of Land Management. The federal mineral estate managed by the BLM is depicted on Figure 1- 2, also provided in the draft RMP.

The North Fork Valley's traditional and organic farming, fruit and grape growing areas occur less than one mile in many places from the BLM decision area boundary (but within the Uncompahgre planning area). This proximity is especially true for the thousands of acres of land surrounding Paonia, Hotchkiss and Crawford that would be made available for fluid minerals leasing according to the BLM's preferred alternative. Obviously, these agricultural lands are at risk of being either directly or indirectly impacted by gas activity occurring on the adjacent or contiguous decision area land. #12])>

8) <([#10 [3] [31.3] Chapter 4, Section 4.3.2 Soils and Geology: Because Chapter 3, Section 3.1.3 dismisses the need for identifying and describing irrigated and prime irrigated lands occurring within the planning area, this Section is completely silent on the environmental consequences of federal actions on these agriculturally significant lands. This is a serious omission which only further reinforces the fact that the BLM did not take the environment actually in existence in the planning area into consideration which violates 40 CFR 1502.15 of the CEQ regulations. #10])>

9) <([#11 [3] [30.3] Chapter 4, Section 4.3.3 Water Resources: The following statement is made on page 4-84, "The organic farming industry relies on clean water for agricultural production. Contamination of irrigation waters could affect the ability of local organic farms to maintain their designations." This is the only mention of organic farming in the entire draft RMP. Such a serious threat to the North Fork Valley cannot be allowed to ever occur. And the only way to prevent it is to close the entire area within the NFAP area to any new oil and gas leasing. Oil and gas drilling is absolutely incompatible with the existing land uses currently occurring in this valley. #11])>

Conclusion:
The draft RMP states that "When there are conflicts among resource uses or when a land use activity could result in unacceptable or irreversible impact on the environment, the BLM may restrict or prohibit some land uses in specific areas."

Based on the comments presented above, there is definitely a conflict between the extraction of the gas resource and the prevailing land use in the North Fork Valley.

Additionally, the land use
activity of producing natural gas would result in unacceptable and irreversible impacts on the environment in the North Fork Valley. Therefore, the leasing of any federal fluid minerals within the borders of the NFAP should be prohibited and this prohibition on further leasing incorporated into the alternative chosen for the revised RMP. This is the only way to preserve and protect the integrity of this unique and renowned part of Colorado.

Thank you for your consideration,

FormLetterJJ Organization:
Received: 11/29/2016 11:16:37 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterJJ.htm (FormLetterJJ-385567.htm Size = 2 KB)
Submission Text
UFO
2465 S Townsend Ave
Montrose, CO 81401
Dear Dana Wilson and Barb Sharrow,
I am a homeowner in the North Fork Valley. I am writing to ask that you chose the North Fork Alternative, B1, and all other reasonable conservation protections in Alternative B. <([#1 [41.2] I find it unfair and irresponsible to lease federal land for oil and gas development without federal, state, and local environmental review. The numerous
impacts Hydraulic Fracturing will have on our land include, but are not limited to, chemical contamination of ground and surface waters, damage to irrigation canal access and bridges, airborne volatile organic compounds, airborne silicates, the silting of rivers and irrigation ditches, and an increase in diesel exhaust from
transportation, well, and compressor sites. #1])> How can I conscientiously raise my children in an area that threatens a risk to human health from exposure to chemicals associated with oil and gas development? How can I live in an area that poses a risk to public health from airborne

BLM_0160114

contaminants, ozone and smog, as well as contamination of ground and surface water sources? Never-mind my own decreased quality of life that is an inherent trait of Hydraulic Fracturing in this area, but how, as a single humanity, can we partake in a practice that has a risk of accelerating climate change by contributing methane and other greenhouse gases into the atmosphere? Let us not forget, Hydraulic Fracturing is exempt from the Clean Air and Water Act.

Hydraulic Fracturing will hurt Colorado, and it will hurt the planet as a whole. My decreased property value and daily paranoia of a spill near my home are just two more reasons hydraulic fracturing is unfair to myself and anyone else who lives or owns property in the North Fork Valley. Please, let us not ruin the development of this valley, this state, for short-term gains. Thank you,


FormLetterJJJ Organization:
Received: 11/29/2016 11:17:19 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterJJJ.htm (FormLetterJJJ-385568.htm Size = 2 KB)
Submission Text
To the BLM,

The Department of the Interior came out with a study on the impact of climate change on national parks, part of which is quoted here and referenced at the end of this letter.

"Using sound science as the basis of this report, we can see that climate change is already impacting our nation's national parks," said Secretary Jewell. "Our challenge in real time is planning for and adapting to these changes - like the need to address increasing threats of invasive species, stresses on native species and changing visitor patterns driven by warmer weather. It's clear that one of the biggest challenges our national parks face in their second century will be adaptive management in the face of a changing climate.....The bottom line is not just that parks are susceptible to climate change. In fact, they have already changed," said Jake Weltzin, an ecologist with the U.S. Geological Survey and a co-author on the study. "Many park managers are already managing in an extreme environment....' According to Jonathan Jarvis, Director of the National Park Service, climate change is ... the greatest threat to the integrity of our
national parks that we have ever experienced.'"

It is not just the parks which need to be considered. All public lands need to be included in regard to climate change. As temperatures rise and warmer seasons extend, water becomes even more precious.

Most of the domestic water sources in the NFV are surface springs and streams that are either on or near BLM lands affected by the BLM's Draft RMP. Our communities depend on water for farms, ranches and
homes. There is no extra water for hydraulic fracturing now, and with increased demands from warmer weather and higher temperatures due to climate change, the North Fork Valley would be in a crisis.

The additional demands of fracking would overwhelm our already limited water supply. Therefore, I reject all options in the Draft RMP and demand that the BLM issue a moratorium. Anything else would destroy
our economy and community.

In Solidarity,

https://www.doi.gov/pressreleases/interior-secretary-jewell-announces-study-showing-spring-starting-earlier-national

http://onl inelibrary.wiley.comldoi/10.1002/ecs2.1465/full


FormLetterJJJJ Organization:
Received: 1/4/2017 2:18:13 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: UFORMP_FormLetterJJJJ.htm (FormLetterJJJJ-391722.htm Size = 2 KB)
Submission Text
Uncompahgre Field Office
2465 South Townsend Ave
Montrose, CO 81401
Dear Gina Jones and Dana Wilson,
I am writing in opposition to hydraulic fracturing. I am opposed to the Final
Environmental Impact Statement (FEIS) for SG Interests I, Ltd's Master Development
Plan(MDP) proposal and all the options. I ask that you address the issues I raise and
do a thorough analysis before proceeding with any new wells.
As an environmentalist who appreciates the biological diversity and live eco-system of
this area, I feel it is irresponsible to increase fracking without a more in depth study
due to the unknown and undisclosed chemicals which are in the fracking fluids. How
can we know the consequences to our ground water if this spills on the land or how
this will affect the wildlife? These concerns must be addressed before we allow any
more drilling on our land.

BLM_0160116

Also the BLM needs to take into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies. This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. Regards,

Street
City, State, Zip Code

FormLetterK_TWS Organization: The Wilderness Society
Received: 11/1/2016 12:00:00 AM
Commenter1: - ,
Organization1:The Wilderness Society
Commenter Type: Organization (nonprofit/citizens group)
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterK_TWS.htm (FormLetterK_TWS-387734.htm Size = 4 KB)
Submission Text
BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401
Re: Draft Resource Management Plan for the Uncompahgre Field Office
Dear BLM-UFO Staff and RMP Comment Team,
I appreciate the opportunity to provide public comment on the long awaited RMP for the UFO. It certainly seems to have been a long time coming and, no doubt, has taken considerable efforts on the part of your office. I've lived in the North Fork Valley for 27 years and have regularly utilized its trails and river ways for recreational activities over the course of those years. Additionally, I have resided throughout most of those years on land that is part of 400 acres that have been conserved through conservation easements to preserve the agricultural and wildlife elements of the properties. I mention this fact as a means of conveying my commitment to and belief in the necessity of wildlife habitat and open space to the quality of life in this region. However, the draft plan (or: Alternative D, the "preferred plan") would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development. I support the inclusion of Alternative B1 which balances all the resources managed by the BLM.

BLM_0160117

I would hope that your agency which is charged with protecting public lands will follow the
collaborative efforts of community members from the North Fork Valley who developed the
Alternative B1 as a means of balancing the desires of the community with your statutory
obligations. The final plan should include ecological emphasis areas for all critical winter habitat
within the North Fork Valley. The final plan should also include the protections of B1 which
prohibits surface activities in critical wildlife habitat, and includes both No Leasing and No
Surface Occupancy setbacks from streams,
riparian areas, and water bodies.
<([#1 [20.1] The final plan must protect all lands with wilderness characteristics, including the
Terror Creek, one of the Ecological emphasis areas. This area is home to a population of Purple
Martins that are not found in other areas. It also has one of the largest mature aspen stands in the
world, providing prime habitat for elk and deer, and provides important connectivity between the
valley bottoms and the roadless lands in the Grand Mesa National Forest. Hunting in this area is
an important part of both our culture and our economy. #1])>

The BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the
North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-
driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and
building a sustainable rural economy on Colorado's Western Slope.
Sincerely,
Donna Littlefield


FormLetterKK Organization:
Received: 11/29/2016 11:22:41 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterKK.htm (FormLetterKK-385569.htm Size = 2 KB)
Submission Text
I am writing to request that the BLM issue a moratorium on oil and gas leasing, At this point in
time, it would be irresponsible for the BLM to move forward.

<([#1 [41.1]
The Draft RMP failed to mention pipeline integrity management and pipeline safety. It is very
plausible that the integ¡ity of tne pipeline could be compromised, not only from faulty
construction, but also from flooding, mudslides, earthquakes, and geologic insability. Leaks and
spills could occur along the pipeline, which could contaminate the soil and water. Faulty
construction or a compromised pipeline from any geological incident could also result in a
rupture or expiosion. We have, already seen instances of
this happening within the United States. What makes this problem even more uncertain is that

right now rural gas gathering pipelines are not regulated. This is a danger. Rural gas pipeiines need to be regulated to prevent leaks, spills, explosions and also to give the public confidence that these pipelines will not endanger campsites, start forest fires, damage the environment, or result in animal or human fatalities.

How can the BLM have conducted a proper comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight.

#1])> However, because rural gas gathering lines are exempy from the federal pipeline safety regulations, the moratorium is needed to protect the North Fork Valley until rural pipelines are regulated. At this point the BLM should not move forawrd with any options laid out in the Draft RMP.

Respectfully,


FormLetterKKKK Organization:
Received: 1/4/2017 2:33:54 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterKKKK.htm (FormLetterKKKK-391723.htm Size = 1 KB)
Submission Text
To Whom it may Concern,
I am a resident of the North Fork Valley and I oppose the Final Environmental Impact Statement for SG Interests and any and all fracking in The North Fork Valley and our watershed.
The risks involved in fracking include harm to our natural environment that may be irreparable, loss of wildlife and habitat, decrease in land and real estate value, environmental pollution of air and water, increase in birth defects and decrease in community health and wellness.
The North Fork Valley is home to many organic farms. These are a great resource to all of Colorado and should be protected by the Bureau of Land Management not threatened. The North Fork is a sanctuary for wildlife and wild lands. People come from all over the world to enjoy the beauty and pristine environment here. Do not allow private industries greed and poor practices to threaten our home and environment.

As a North Fork Valley resident, I stand with my community members for the health and wellbeing of our environment, economy and community. Ban Fracking in The North Fork Valley!


FormLetterL_CHC WSCC Organization: Citizens for a Healthy Community
Received: 10/25/2016 12:00:00 AM
Commenter1: - ,
Organization1:Citizens for a Healthy Community
Commenter2: - ,
Organization2:Western Slope Conservation Center
Commenter Type: Organization (nonprofit/citizens group)
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterL_CHC WSCC.htm (FormLetterL_CHC WSCC-387735.htm Size = 13 KB)
Submission Text
SUPPORT for the RMP alternative protecting the North Fork Valley - NO OIL AND GAS LEASING
1 message
Ben Lehman <rblehman@gmail.com>  Tue, Oct 25, 2016 at 12:45 PM
To: uformp@blm.gov, rmpcomments@citizensforahealthycommunity.org

To the responsible, reasonable, and sensible people of the Bureau of Land Management Uncomphagre Field Office:

I am a resident and businessowner in Paonia, Colorado and live on Pitkin Mesa near plenty of BLM lands.

I have lived in the North Fork Valley for 4 years. I met my wife here. I eat food from here and recreate in the surrounding lands here. I have gotten to know the landscape, watershed, and local economies and cultures intimately. This is my HOME and I utilize the nearby BLM lands for hiking, photography, camping, relaxation, hunting, and much more. Their protection and the preservation of their near-pristine qualities is VITALLY important to me, my family, and the community at large. (And the State/Country/World as well, I'd argue!)

My drinking and irrigation water comes from the Fire Mountain Canal on the northern side of the valley as well as the Paonia municipal water supply near BLM lands that would be left open to oil and gas development in the draft Preferred Alternative. The intake for my irrigation ditch comes from the Paonia Reservoir upstream of our community. This intake is near BLM lands that would be left open to oil and gas development in the draft Preferred Alternative and MUST be protected.

BLM_0160120

I recreate on BLM lands all around my community, as mentioned above. I have been enjoying
these recreational activities at these locations for 4 years now and deserve to continue to do so
long into my retirement year, as do all of the community members whose livelihoods and quality
of life depend on the health of the natural resources in this corner of Colorado. The final plan
MUST include protections for these recreation resources and lands.

NOW TO ADDRESS THE RMP AND THY ALTERNATIVE B IS THE ONLY
ACCEPTABLE OPTION:
Thank you for the opportunity to comment on the draft Uncompahgre Field Office resource
management plan. I'm delighted that the BLM is doing its job and considering ways to protect
important natural resources like wildlife habitat, domestic and irrigation water, wild and scenic
rivers, air quality, and recreation. In particular, I support the designation of ecological emphasis
areas and special recreation management areas. These will preserve habitat connectivity, wildlife
corridors, undeveloped open space, and recreation opportunities within our region.

However, the Preferred Alternative in the draft plan would open 90 percent of the Uncompahgre
area to oil and gas leasing, endangering wildlife, recreation, wilderness-quality lands, and
cultural sites. It would also risk the air and water quality, along with the scenic viewsheds, upon
which our local communities and economies depend. Much of the area doesn't even have oil and
gas reserves that are feasible for development. The Preferred Alternative would put our public
lands and adjoining communities at risk for negative impacts from development activities
including large-scale oil and gas drilling as well as lease speculation. The BLM must adopt a
final plan that makes important wildlife habitat, recreation areas, and sensitive air, water, and
viewsheds off-limits to energy development.

Substantive concerns

<([#1 [37.1] Water
Domestic Water Sources -
The final plan must protect the health of the watershed for the greatest number of users. Our
communities have invested countless dollars developing both domestic and agricultural water
systems for their homes, farms and ranches. The final plan must exclude all oil and gas activities
within a half-mile of all surface and ground domestic water sources, including municipal waters
supplies, that risk being impacted by surface spills and well failure. Most of the domestic water
sources in the North Fork Valley are surface springs and streams that are either on or near BLM
lands affected by this plan. #1])>

<([#2 [37.1] Irrigation water and agriculture - The final plan must protect local agriculture by
excluding oil and gas activities within a quarter mile of ditches, domestic water decrees, dams,
irrigation intakes, or canals. This is a minimum distance required to safeguard direct and rapid
impacts from surface spills and other contamination from oil and gas activity. #2])>

<([#3 [37.1] Streams and surface water quality - The final plan must protect streams and surface
water quality, protecting ecological resources, aquatic habitat, recreational attractions, water
storage, and flood control by closing areas within a half mile of lakes, ponds, wetlands, and

reservoirs to oil and gas activities including leasing. The final plan should also recognize that perennial water sources, riparian areas, intermittent streams and ponds, and ephemeral/seasonal waters are priority habitats with adequate protections from all surface activities. #3])>

<([#4 [10.3] Air
The final plan must protect the health of the airshed. The North Fork Valley is affected by daily up and down-valley winds and any oil and gas activities occurring in higher elevations could have direct impact on air quality
at lower elevations, including from dust, methane, VOCs, ozone, and other particulates and gases hazardous to
public health. The BLM does not have the adequate information to assess airshed impacts of oil and gas
activities. #4])>

Economic Impacts
Recreation - River and trail recreation are a growing economic opportunity in the North Fork, with these industries bringing millions of dollars to communities in Colorado. The North Fork Alternative provides protection from oil and gas development for streams and river corridors, trailhead areas, the flanks of the West Elk Mountains, and the Jumbo Mountain area. These protections must be included in the final plan.

Agri-tourism - The final plan must protect the idyllic character and scenic beauty of the North Fork Valley, which is home to the West Elk Wine region and has been called Colorado's Farm-to-Table Capital. That character would be jeopardized by oil and gas activity. Alternative B1 requires development setbacks from agricultural lands, prevents damage to visual qualities, and best preserves the current rural character of the valley.

Scenic Viewsheds -
The North Fork Valley sits at the very heart of the West Elk Loop Scenic Byway, world renowned for
its scenery and rural character. Oil and gas development could jeopardize the scenic qualities of the area. The final plan should include Alternative B1, which provides the adequate protections for the Valley's scenic features.

<([#5 [30.3] Real Estate - Real estate sales in the North Fork Valley continue to be driven by those seeking a rural, non-industrial, and agricultural lifestyle. The final plan must protect the investments locals have made in the value of their home and land, and should not allow for speculative oil and gas leasing which discourages homebuyers from purchasing in our communities, producing real and direct negative economic impacts on our communities. #5])>

<([#6 [18.3] Public health and safety
Traffic impacts - The final plan must adequately mitigate the traffic impacts of oil and gas activity within the North Fork of the Gunnison Watershed. Local residents rely on a handful of narrow state highways for daily transportation and emergency access. Oil and gas activities would significantly increase the number and frequency of oversized trucks and machinery transported on our highways, increasing the risk of accident and emergency vehicle blockage.

BLM_0160122

#6])>

<([#7 [18.3] Seismic activity - New data indicates deep injection wells and other oil and gas activities increases seismic
activities. The final plan must assess and mitigate potential impacts of human-caused earthquakes, particularly
in the North Fork region which is prone to unstable soils and landslides.
#7])>
<([#8 [27.1] Recreation
Jumbo Mountain Trails - The BLM lands on and surrounding Jumbo Mountain are a well-used and well-loved recreation asset for North Fork residents. The final plan should include the entire Jumbo Mountain unit as a special recreation management area to protect the quality of the recreation experience. This area is essential for quality of life, recreation tourism, and the businesses that rely on those tourists. The final plan should also include an Ecological Emphasis Area to protect critical winter mule deer and elk habitat. #8])>

<([#9 [30.3] Hunting and Fishing -
Public lands access for hunting, camping, fishing and travel, as well as plentiful and healthy habitat are critical components that help sustain the multi-million-dollar hunting industry in the area. The final plan should include ecological emphasis areas for all critical winter habitat within the North Fork Valley. The final plan should also include the protections of B1 which prohibits surface activities in critical wildlife habitat, and includes both No Leasing and No Surface Occupancy setbacks from streams, riparian areas, and water bodies. #9])>

<([#10 [27.1] [30.3] Future Recreation Development -
Local economic studies indicate that the economic future of our region will depend upon the diverse industries already present, including land- and water-based recreation. The final plan should include special recreation management areas and extensive recreation management areas for all lands identified as high recreation value by local residents and businesses. Recreation activities include mountain biking, horseback riding, motor biking, OHV use, trail running, hunting, fishing, and backpacking among others. These areas include Jumbo
Mountain, Stevens Gulch, the North Fork of the Gunnison River corridor, Smith Fork river corridor, McDonald Creek, Elephant Hill, Lone Cabin, Adobe Butte, and Robideau Canyon. #10])>

<([#11 [20.1] Wildlife
Adobe Badlands -
The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands.
This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the
Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.
Stevens Gulch - The final plan must protect all lands with wilderness characteristics, including the areas up Stevens Gulch. This area is home to a population of Purple Martins that are not found in other areas. It also has one of the largest mature aspen stands in the world, providing

prime habitat for elk and deer, and provides important connectivity between the valley bottoms and the roadless lands in the Grand Mesa National Forest. Hunting in this area is an important part of both our culture and our economy. #11])>

<([#12 [15.2] Federally listed and threatened aquatic species - The final plan must designate known habitats of rare and threatened fish species as Right of Way exclusion areas and prohibiting oil and gas surface activities. The same holds true for riparian zones and wetlands. Roads, pipelines, powerlines, and well pads will negatively impact water quality and reduce available habitat for local fish species.
#12])>

IN CONCLUSION:

In conclusion, the BLM should listen to the local residents in Crawford, Hotchkiss, and Paonia and adopt the North Fork Alternative, B1, for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the entire Gunnison Watershed--supporting farmers, protecting public health, sustaining ecological well-being, and building a sustainable rural economy on Colorado's Western Slope.

THE DAMAGES THAT A FAILURE TO ADOPT ALTERNATIVE B WOULD CREATE ARE INEXCUSABLE, IRRESPONSIBLE TO CURRENT AND FUTURE GENERATIONS, AND ABSOLUTELY MUST NOT BE ALLOWED TO ENCROACH ON THE NORTH FORK VALLEY. THANK YOU FOR HEARING THE CITIZENS AND MAKING THE RIGHT CHOICE. NO OIL AND GAS LEASING.
NO OIL AND GAS LEASING.
NO OIL AND GAS LEASING.
Thank you.

- R. Ben Lehman, Paonia resident and business-owner.
R. Ben Lehman
Please explore my latest work at:
WWW.LEHMANIMAGES.COM


FormLetterLL Organization:
Received: 11/29/2016 11:28:02 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterLL.htm (FormLetterLL-385570.htm  Size = 3 KB)
Submission Text
October 2016


Hello BLM decision makers,

The times are changing.  In the North Fork area of SW Colorado, organic agriculture (more organic agriculture than anywhere else in the state), vineyards, hops, hemp, marijuana, photography, art, tourism, holistic medicine, hunting, solar energy, energy research, online work, fine cuisine, realestate, retirement enclaves, outdoor recreation and body-work have superseded extractive industries as the primary sources of income. To frack this area would displace our existing economy. To frack any area that is moving ahead with the times and creating a healthy sustainable future, is to try to turn back time and destroy the future.

Media has helped our well-informed citizenry know of broken casings, toxic sludge released into our water, water theft and water removed permanently from the water cycle, drought, outbidding farmers for precious water, air pollution, noise pollution, our future hijacked, hideous ruin of nature, erosion (Paonia Dam is not designed to withstand huge silt build-up), earth-quakes, animal populations traumatized, weakened, and bottle-necked, desecrated view-sheds, taxpayer burden for clean-up, taxpayer debt for road repair and truck traffic accommodation, accidents caused by large trucks, radiation
released, sickness and chronic disease such as cancer and asthma (the American Lung Association has given Mesa and Garfield counties an "F" rating for air quality, the NOAA found that air quality in parts of Western Colorado is worse than in the worst urban centers in the U.S.), as well as crews of strangers who bring crime: violence, drugs and prostitution. How can the BLM possibly ask us to trust these mega corporations who are out to exploit a boom/bust economy just as fast as they can, grabbing profits from overseas sales before environmental laws stop them? How can we allow them to enter our beloved human, plant and animal communities with their "proprietary chemicals",
secrecy on every front, blame passing, cover-ups, accidenþ assured techniques, price-fixing, bankruptcies, lawsuits, and bribing of victims so they will keep quiet? Thousands do cry out. We have been defending this healthy little corner of the world from oil and
gas bullies for over 20 years.

The BLM must adopt a no-frack stance in light of the Paris Agreement. Climate crisis will not wait for us to wake up. At the very least you can put a moratorium on leasing until the decade old RMP information is updated. The pipelines haven't even had an RMP. There is absolutely no upside to the hostile take-over of our robust economy---which you
have proposed by allowing more gas wells. All our livelihoods and LIVES are threatened should industry continue to release greenhouse gases. The only choice with integrity is "Alternative P", the protection/prosperity alternative. France. Bulgaria, Germany,
Scotland, Vermont, New York, and many small U.S. communities have banned fracking. Here in one of the most beautiful healthy places on Earth we can ban it too.
DO NOT SELL US OUT.

With deep regard for life,


FormLetterLLL Organization:
Received: 11/29/2016 11:34:42 AM
Commenter1: - ,
Organization1:

BLM_0160125

Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterLLL.htm (FormLetterLLL-385571.htm  Size = 3 KB)
Submission Text
Dear Barb Sharrow,
I am a long-time resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

<([#1 [18.3]
Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, cardiovascular systems of people.
The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural
gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipeline and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane, and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems #1])>

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations? Please see the Shalefield Stories vol. 2 published by Friends of the Harmed in 2015.
www.shalefieldstories.org Why is the BLM not acknowledging
the people whose health has been damaged or those who have died near fracking operations? The only way to prevent destroying the human health of 10,000
plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

BLM_0160126

FormLetterLLLL Organization:
Received: 1/4/2017 2:36:23 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterLLLL.htm (FormLetterLLLL-391724.htm Size = 3 KB)
Submission Text
Uncompahgre Field Office
Bureau of Land Management
2465 South Townsend Avenue
Montrose, CO 81401
To Gina Jones,
I am a homeowner in the North Fork Valley who is opposed to the
Final Environmental Impact Statement (FEIS) for SG Interests I, Ltd's Master Development
Plan (MDP) proposal, and BLM's preferred alternative to develop up to 146 natural gas
wells, four water disposal wells, and associated access roads and pipelines. In my
immediate personal interest, development on BLM land in SG interests would adversely
impact real estate values. It would destroy local investments and resources required in
transitioning the economy of the North Fork to one based on agro-tourism, recreation,
renewable energy, agriculture, and organic food. The Gold Medal fishing, prized Big game
hunting, and award-winning fruits, vegetables, and wines cannot afford the air pollution or
surface ground water contamination that are inevitably associated with oil and gas
extraction. Development would contaminate soils, water, and air and would impair human
health. You do not know what at least a third of the chemicals used in Hydraulic
Fracturing are, and so it is highly irresponsible to lease public land without a full
disclosure. It is irresponsible to use public lands to potentially destroy clean air, abundant
fresh water, and food sheds, which the public depends on for life. <([#1 [2] Why have we not
explored the option of not leasing the land? #1])>
Ozone levels as modeled by the BLM for the Bull Mountain area excess the EPA
threshold of 70ppb. Development would contribute to increased greenhouse gas
emissions and climate change impacts on community resources including agriculture and
wildlife. Development would DESTORY the unique biodiversity of the North Fork.
The uniqueness of this valley should have been considered by the BLM and was
not. Think about our landowners, business owners, organic growers, and even
conventional farmers. Then consider the tens of thousands of people from outside the
valley depend on the clean food this valley provides. BLM should designate the North Fork
Valley a fully protected area from oil and gas development by adopting a no-leasing
alternative. I am strongly opposed to any oil and gas leasing in the North Fork Valley.
Sincerely,
Cc: Sally Jewell, Janice Schneider, Neil Jornze, Mike Tupper, Mike Nedd, Ruth Welch, Scott R.

Tipton, Millie  Hamner, Kerry Donovan, Michael Bennet, Cory Gardner

FormLetterM Organization:
Received: 11/1/2016 12:00:00 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterM.htm (FormLetterM-387743.htm  Size = 10 KB)
Submission Text
RE: Resource Management Plan Comments

Project Manager,
The Delta Conservation District appreciates the opportunity to submit comments on the
Uncompahgre Field Office's (UFO) Draft Resource Management Plan (RMP) Revision and
Environmental Impact Statement. The Delta Conservation Board continues to support full
multiple use opportunities balanced against the positive and negative impacts and the protection
of private property rights within the UFO area.
We support Alternative C with some changes and additions outlined in the following text. We
believe Alternative C preserves a greater amount of multiple use and protection of private party
rights within the plan. Alternative C also provides a greater separation between broad
requirements and site specific issues that should only be addressed during the review of proposed
site specific activities. Alternative C, therefore allows for greater flexibility for the public and the
BLM to address and regulate those sight
specific requirements through various then current permitting processes.
The few portions of Alternative C that the Delta Conservation Board believes should be changed
or removed noted below and identified by the page and corresponding line number in Table 2.2
(Description of Alternatives) in Chapter 2 of the proposed RMP.
Special Status Terrestrial Wild Life
o <([#1 [16.1] [3] Page 2-95, Line 152, designate defined habitats as species occupied habitats.
Without
that specific notation, non-occupied habitats could become un-necessarily extensive
and restrictive. #1])>
<([#2 [8] [3] o Page 2-102-105, Line 161-167, Gunnison Sage Grouse, Need to write language
that
allows for range improvements. When Alternative C says no permanent structures, that
includes range improvements. #2])>
• Land Health
o <([#6 [3] Page 2-25, Line 24, Given the lower precipitation rate over the entire UFO resource
area, it is more realistic to manage for upward trend for land health
#6])> o <([#7 [3] Page 2-27, Line 26, add recreation to actions that can cause land health

problems

#7])> o<([#8 [23.1] [3] Page 2-164, Line 295, maintain the ability to increase AUMs #8])>

o <([#9 [3] [23.1] Page 2-165, Line 297, before acreage is removed for AUM on ACEC, write language in to

change management of livestock use. Increase the flexibility of management.

#9])> o <([#10 [23.1] [3] Page 2-166, Line 299, define that trailing livestock is not the same as gathering and

moving livestock from pasture to pasture.

#10])> o <([#11 [3] [23.1] Page 2-169, Line 303, add Colorado Resource Monitoring Initiative to the list of plans tobase decisions on. In addition, include the MOU with CCA, CWGA, BLM, Department of Ag.

#11])> o <([#12 [23.1] [3] Page 2-167, Line 300, no mention of using livestock as tool for vegetation treatments.

Targeted grazing is an economical, viable tool and has been extensively researched to benefit sage grouse and big game habitat. In addition, targeted livestock grazing has been successfully used to extend the life of mechanical vegetation treatments on oak brush and other shrubs.

#12])> o <([#16 [23.1] [3] Page 2-167, Line 301, No permits or allotments should be closed. #16])>

o<([#15 [23.1] [3] Page 2-172, Line 306, Major ecological damage does not equate to maintaining range

improvements.

#15])> o <([#14 [3] [23.1] Page 2-172, Line 307, Alternative C is more feasible and allows for the sustainability of

multi-generational use of working landscapes.

#14])> o <([#13 [30.3] Data indicates that grazing as a land use in the UFO is not strictly for traditional and

cultural importance, it contributes to the overall economic well-being of Delta County. This is a more accurate way to reflect livestock grazing in the RMP. #13])>

o <([#3 [30.3] IMPLAN calculates economic impact based on forage used in the UFO; however additional analysis needs to include the value of the livestock for the entire year.

Livestock grazing within the UFO fills a critical winter and spring niche that is vital to theoverall economic health of the livestock industry and thus Delta County. If livestock grazing is reduced within the UFO, the operating costs increase for livestock operators and thus increase the likelihood of producers scaling back and reducing numbers. #3])>

<([#4 [2] Water / ROW issues:

The issue of perpetual easements for irrigation ditches that traverse BLM holdings is not addressed in the RMP. The government is promoting and financing piping of irrigation ditches and that brings up 2 issues:

o Irrigation ditches have a perpetual ROW. Currently the BLM will not allow a ditch company to straighten a piped ditch outside of its existing perpetual right without losing that right and trading it for a 30 year term ROW. The BLM needs to be more flexible here as that would save the government money, clean up erosion issues in existing ditches and reduce pipeline operating costs.

o 5% of a project construction cost is allocated to mitigate the environmental impact of drying up ditches. It would be wise for the BLM to adopt a policy that focuses the

BLM_0160129

location of the mitigation near the proposed piping project, and that a priority of the allocated funds be directed to ensure water access for wildlife. #4])>

<([#5 [37] Another water issue that should be addressed is, under no circumstance should the Federal government be allowed to appropriate waters that impact the beneficial use of the people of Colorado. #5])>

Oil and Gas issues:

<([#17 [19.1] The board should not support any language that infringes on privately owned surface property that is situated above a federally owned mineral estate. #17])>

<([#18 [19.1] The BLM is disingenuous when it promotes drilling on private agricultural land to provide access to federal minerals. Instead, the BLM should develop a "corridor rule" that allows for easier access to federal land that border prime farm land, provided that the adjacent land owner supports mineral activity in BLM land that is adjacent to his or her land.

#18])> <([#19 [37.3] The BLM should take a more active interest in the dewatering of coal seam wells for natural gas exploitation on the federal estate. They should ensure that studies (during the dewatering process) are undertaken to verify that ground and surface water is not expropriated by fresh water coal seam dewatering operations.

#19])> <([#20 [3] [37.1] Apply the following requirements (as taken verbatim from Alternative D) to oil and gas well bores that are within 305 meters (1,000 feet) of a domestic water well, beginning at the ground surface and extending through the freshwater aquifer:

• Extend surface casing through the freshwater aquifer.

• Require freshwater mud for drilling the surface casing.

#20])> <([#21 [35.1] [3] Visual Resource Management (VRM):

The Board recommends all applications of VRM that apply to privately held land are removed from the document. This has the potential of usurping private land owner rights.

#21])>


FormLetterMM Organization:
Received: 11/29/2016 11:37:03 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterMM.htm (FormLetterMM-385572.htm Size = 2 KB)
Submission Text
Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401
Dana Wilson:


<([#1 [41.1] How can the BLM have conducted a comprehensive environmental risk

BLM_0160130

assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight.

It is important to know that rural gas gathering lines are exempt from federal pipeline safety regulations. That is right, exempt from federal safety regulations. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. #1])>

Please issue this moratorium so that more research can be done on pipeline safety. I don't want to have to read any headlines in our papers like this one from New Mexico "Pipeline Explosion Kills 10 Campers ln N.M."
Please read this article:
http://abcnews.go.com/US/story?id=96090&page=1

FormLetterMMM Organization:
Received: 11/29/2016 11:39:27 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterMMM.htm (FormLetterMMM-385573.htm Size = 4 KB)
Submission Text
Dear Barb Sharrow,
I am a new resident in the North Fork Valley. I settled here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to pfotect my way of life. Instead I'm going to ask why you didn't analyze the human healt impacts of fracking operations.
<([#2 [18.3] In The Draft RMp the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide thf are released, leaked' or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health. #2])>

<([#1 [18.3] BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate-matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

5. glycol dehydration to separate wet oil or water out of the natural gas steam and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
#1])>

How are we supposed to trust you when you say oil and gas development, and fracking are safe and will not harm human health when you traue not analyzed oil and gas operations and their impact on human health? Please see the, Shalefield Stories,vol.2 published by Friends of the Harmed in 2015. www.shalefieldstories.org Why is the BLM not paying attention to the thousands of people who either lost lives or has their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.
Sincerely,


FormLetterMMMM Organization:
Received: 1/4/2017 2:38:05 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterMMMM.htm (FormLetterMMMM-391725.htm Size = 2 KB)
Submission Text
Dana Wilson,
I am a Colorado citizen for healthy soil, water, air and people.
I oppose hydraulic fracturing in the North Fork Valley.
Please consider that option that fracking is something that could seriously hurt Colorado. Right now the majority of our land is pristine, open, and healthy. That is how people envision Colorado. Imagine someone wanting to move here and coming to visit only to find unsightly hydraulic fracturing machines spread about. Imagine taking a hike in the mountains and then running across one of these eyesores. Worse yet, what if you already lived here and they put one near your home and one of the mystery chemicals in the fluid seeped into the ground water and affected the drinking water. There are so many scary and real possibilities, you must consider joining New York, Vermont, and Maryland in banning fracking or instating a moratorium until more research has been conducted.

<([#1 [2] At a bare minimum, please adhere to the North Fork Alternative B 1 guidelines and explore reasonable alternatives for a renewable future. #1])>
Sincerely,
Name
Address
Cc: B. Sharrow, D. Wilson, G. Jones, M. Roeber, B. Hovde, M. Bennet


FormLetterNN Organization:
Received: 11/29/2016 11:46:53 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterNN.htm (FormLetterNN-385574.htm Size = 1 KB)
Submission Text
Dana Wilson,

It is clear that the BLM Uncompahgre Field Office neglected an important risk assessment on pipeline safety when making their Draft Resource Management Plan. <([#1 [21.1] [41.1] The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the
North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and
other economic and environmental risks not considered by the BLM. #1])>

Thank you,


FormLetterNNN Organization:
Received: 11/29/2016 11:48:53 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter

Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterNNN.htm (FormLetterNNN-385575.htm  Size = 1 KB)
Submission  Text
To The BLM,

I am writing to present my objections to the draft RMP for the North Fork Valley. In their plan,
the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane,
nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result
of drilling, continuous operations or accidents, and their impact on the respiratory, nervous,
digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals
and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequentventing of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmisston in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide


FormLetterNNNN Organization:
Received: 1/4/2017 2:39:57 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterNNNN.htm (FormLetterNNNN-391726.htm  Size = 3 KB)
Submission  Text
Dear Barb Sharrow, Gina Jones and Dana Wilson,
I am a resident of Colorado who loves this state and the beauty that I see every day. I treasure the
watersheds and know how much the health and wellbeing of everyone and every tree, plant,
animal, bird
and insect mean to those of us in the North Fork Valley. Already we have many endangered
species and
humans who suffer from asthma and neurological diseases.
Some of the negative impact on people, critters and the environment are due to the chemicals

used in hydraulic fracturing as well as spills caused. As mentioned in the report from the NYS Department
of Health noted below, the price is too high to allow fracking to increase in our valley. Due to the undisclosed chemicals in the fracking fluid, it would be irresponsible to proceed without further study.
Therefore, a no leasing option should be considered because we don't know the ramifications of those
chemicals put into our ground water or potentially spilled or consumed by animals. I am a steward of the
land and want to care for it so that future generations will be able to live here without fear of drinking the
water, eating the food or even breathing the air. We in Colorado need to be in the forefront by taking a
stand to preserve what we have. There are too many unanswered questions to allow the BLM's RMP for
the North Fork Valley to be approved. None of the options included protect us or include adequate
assessments of the possible impacts.
<([#1 [21.1] I sincerely recommend that you do not allow any of the options mentioned in the RMP. There should be a
NO LEASE option! While I recommend that you don't do anything, if you must select an option, then the
only one to consider is Alternative Plan B1. #1])>
With Regards,
https://www.google.com/webhp?sourceid=chrome-instant&ion=1&espv=2&ie=UTF-8#q=new%20york%20hydraulic%20fracturing%20study (the final report was issued in May 2015)
cc: Ruth Welch, Neil Komze, Sen. Michael Bennet, Governor John Hickenlooper, Sen. Cory Gardner


FormLetterO Organization:
Received: 11/29/2016 11:52:09 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterO.htm (FormLetterO-385576.htm Size = 1 KB)
Submission Text
Dana Wilson and Barb Sharrow,

I am a Colorado resident who values the quality organic produce, the

pristine wild lands and backcountry experiences, which I enjoy while
visiting Paonia and the surrounding areas.

Preserving our national treasures of beautiful mountains, wild flowers, clear flowing waters, and
fresh air is a responsibility that we share as citizens, businesses, industry and government.

Let's work together to create great alternatives.

Please ban fracking in the Public Lands in The North Fork Valley and
throughout Colorado.

Did you Know:

Fracking is banned in New York, Vermont
Moratorium on fracking in Maryland
Countries that have fully banned fracking:
Germany, Bulgaria, France, Scotland

Isn't there obviously an issue if states and countries are banning this activity?

Please consider all possibilities before deciding that hydraulic fracturing is something that should
be done to our land. Be conservative with our resources, as that is the right thing to do.

At bare minimum, please choose Alternative B1 and all other
reasonable conservation protections in Alternative B.
Regards,


FormLetterOO Organization:
Received: 11/29/2016 11:53:51 AM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterOO.htm (FormLetterOO-385577.htm Size = 2 KB)
Submission Text
Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401
To Whom It May Concern:
I was shocked when I learned that the RMP lacked a pipeline safety assessment, as the BLM is a

BLM_0160136

very professional and well-rounded governmental agency, but this is simply outright negligence.
<([#1 [21.1] [41.1]
The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.
I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.
#1])>
Sincerely,


FormLetterOOO Organization:
Received: 11/29/2016 12:02:09 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterOOO.htm (FormLetterOOO-385578.htm Size = 3 KB)
Submission Text
To The Acting UFO Field Manager:

I strongly urge the BLM to issue a moratorium on all oil and gas leasing due to all of the reasons listed below.

<([#1 [18.3] In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people. #1])>

<([#2 [18.3] The BLM did not consider any of the following:
- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and

BLM_0160137

cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
#2])>
Thank you,


FormLetterOOOO Organization:
Received: 1/4/2017 2:40:55 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterOOOO.htm (FormLetterOOOO-391727.htm  Size = 2 KB)
Submission Text
To the Bureau of Land Management:
Ruth Welch, Barb Sharrow, Dana Wilson,
I am a Colorado resident who enjoys the bounty of Organic food and wine that comes from the beautiful North Fork Valley. I visit the North Fork Valley to enjoy the natural surroundings, the kind people, and the farms and wineries that produce some of the highest quality products that I have had. In this time of modern technologies and agribusiness it is refreshing to spend time in a community that is preserving artisan crafts and skills. I am concerned about the threats posed by hydraulic fracturing in the

North Fork Valley. I consider the natural resources of the North Fork to be of great value. The possible threat of pollution is of grave concern to me. I see the local efforts in agriculture, craft and cottage industry as a great value not only in the North Fork but also through out Colorado and as a model for other communities.

The watershed in the North Fork Valley including the Paonia Reservoir are of great importance to these local industries. Please protect the waterways, the soil health and the innovative industries that rely on the natural environment.

Many countries in Europe have banned fracking. States and counties in the U.S. have also banned fracking. Doesn't that make you wonder if we should too? I view these as forward thinking, prudent and wise governments. Please join these wise ones and ban fracking in the North Fork Valley and throughout Colorado.

Sincerely,

Address:


FormLetterP Organization:
Received: 11/29/2016 12:07:03 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterP.htm (FormLetterP-385579.htm Size = 2 KB)
Submission Text
To Dana Wilson,

I am a Colorado resident and I am concerned about the health and wellbeing of the people, wildlife and environment that are effected by hydraulic fracturing. I am specifically concerned about the North Fork Valley as it is a producer of organic food for the whole state.

<([#1 [18.3] Hydraulic Fracturing has been scientifically linked to a wide variety of human health issues. Some of these health concerns include:

. Birth defects
. Endocrine disruption
. Respiratory ailments
. Cardio vascular disease
. Immune system function

These are serious ailments that can be prevented by the use of renewable alternative energy use

rather then the polluting gas and oil industry.

I urge you to please take the public health and the environmental health into consideration and BAN hydraulic fracturing in Colorado. #1])>

At minimum adapt the North Fork Alternative B1.

Please protect the people, water, land, air and animals.

Also just stop and ask yourself, what if this was the land outside your home? What if you or one of your family members was affected by the fracking? There are at least a hundred or more undisclosed chemicals in the fluid they use and we don't know the full effects of those fluids. Does that not scare you? Are you not the least bit concerned how this could affect us in the long term? Please ask
yourself these questions.

Thank you.


FormLetterPP Organization:
Received: 11/29/2016 12:09:00 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterPP.htm (FormLetterPP-385580.htm Size = 2 KB)
Submission Text
Dear Barb Sharrow, Dana Wilson, Gina Jones,

The North Fork Valley is viewed as one of the best places to live and to purchase wonderful produce, wines, valued added fruit and vegetable products. It is also celebrated by many as a great place to bicycle, hike, hunt, camp, and enjoy the water ways.

<([#1 [41.2] What if with the increase of 146 natural gas wells, we, too start experiencing earthquakes,increased health risks, such as asthma and neurological diseases? As noted in the two articles below, the consequences of hydraulic fracturing are costing the communities unexpected expense and dollars and lives.

As mentioned in the wilderness.org article, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three year study from the Colorado School

BLM_0160140

of Public Health." Methane is also mentioned as a problem related to fracking.

I cannot condone any increase in natural gas wells ln the sensitive watershed of the upper North Fork Area totaling an estimated 30,000 acres without any environmental oversight, public input, and is subject to a dubious valuation process. This is irresponslble due to undisclosed chemicals which are in the fracking fluid. #1])> <([#2 [21.1] A no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially/spilled or consumed by animals. If that is not possible, then the only option I would consider is Plan B1.
#2])>


FormLetterPPP Organization:
Received: 11/29/2016 12:14:40 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterPPP.htm (FormLetterPPP-385581.htm Size = 2 KB)
Submission Text
To the BLM,
In noting the BLM's lack of studies on the impact to air quality, water quality, soil and the health impact on residents and visitors, I wonder how the BLM can consider moving forward with their RMP. Note the following excerpt from the article at the end of this letter, and be aware that we will oppose the BLM as far as we have to go
to protect our community.
"A federal judge this week invalidated the Bureau of Land Management's approval of a drilling program in the Uinta Basin, saying its underlying environmental analysis was insufficient, given the thousands of wells expected to be drllled in the region that can be expected to contribute to the rural region's worsening air
quality."
As the judge stated regarding the drilling program in the Uinta Basin in Utah, the cumulative impact has to be considered.


<([#1 [18.3] A couple of my many concerns which need to be addressed and analyzed follow:
1. The use of waste ponds for the storage of flow back fluids, drilling muds and other chemicals and water used in the fracking process and the impact of VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive and cardiovascular systems.
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive and cardiovascular systems. #1])>
We do not have surplus water in the valley. Farmers, ranchers and all residents need clean water.

After drilling, the water would be filled with toxins and not safe for agriculture, livestock or humans. Fracking would destroy our economy.

Why is the impact on human health not a priority in the BLM's Draft RMP? I cannot accept any options in the Draft RMP and demand that the BLM issue a moratorium.

Yours truly,


FormLetterQ Organization:
Received: 11/29/2016 12:16:16 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterQ.htm (FormLetterQ-385582.htm Size = 3 KB)
Submission Text
To Dana Wilson and Barb Sharrow,
I consider the North Fork Valley to have a unique and pristine environment that needs to be preserved for all. How can the BLM align itself and its mission with the oil and gas industry through hydraulic fracturing?
<([#1 [41.2] How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainablity in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of
water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed. #1])>


<([#2 [21.1] How can the BLM consider more drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health and the environment? How can BLM prove that no harm to human health will result from these operations?
A thorough analysis of the human and environmental impact needs to be completed before any leasing options should be considered. The BLM should strongly consider a no-leasing alternative, as that is the only reasonable option at this point in time. #2])>


Regards,


FormLetterQQ Organization:
Received: 11/29/2016 12:20:55 PM

BLM_0160142

Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterQQ.htm (FormLetterQQ-385583.htm  Size = 2 KB)
Submission Text
Dear Joe Meyer,
The environment of the North Fork Valley is unique and precious to all of us. <([#1 [41.1] We question why the BLM did not consider include pipeline safety, management etc. in the Draft RMP. Here are four ways that pipeline integrity can be compromised: flooding, mudslides, earthquakes and geologic instability. In addition, leaks and spills occur at the drilling sites and along pipelines contaminating soil and water. And what about ruptures and explosions occuring from faulty construction or a compromised pipeline? These were not addressed in the Draft RMP. #1])> In the quote from the article at the end of this
letter, check out the denial of another hydraulic fracturing project due to lack of analysis of environmental consequences.
A bid for more than one million acres in the Central Valley was denied by a CA judge on September 7th, 2016.
"Judge Michael Fitzgerald found that the BLM failed to consider the dangers of fracking, which is part of the formal application process. Two environmental groups, the Center for Biological Diversity and Los Padres Forest Watch, brought the lawsuit against the BLM.
'The bureau failed to take a 'hard look' at the environmental impact of the resource management plan, when, under the RMP, 25 percent of new wells are expected to use hydraulic fracturing,' Judge Fitzgerald said in his ruling.
'The bureau is therefore obligated to prepare a substantial EIS
[Environmental Impact Statement] to analyze the environmental consequences flowing from the use of hydraulic fracturing'."
The continuing impact of fracking causes me to be unwilling to risk myself and the 10,000 people in this valley. I, therefore, demand that the BLM issue a moratorium on oil and gas leasing and hydraulic fracturing.
Yours truly,


FormLetterR Organization:
Received: 11/29/2016 12:22:37 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter

Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterR.htm (FormLetterR-385584.htm  Size = 2 KB)
Submission  Text
TO BARB SHARROW
I CONSIDER THE NORTH FORK VALLEY TO HAVE A UNIQUE AND
PRISTINE ENVIRONMENT WHICH NEEDS TO BE PRESERVED FOR ALL.
HOW CAN THE BLM'S MISSION ALIGN ITSELF WITH OIL AND GAS INDUSTRY
THROUGH HYDRAULIC FRACTURING?
<([#1 [41.2] HOW HAS THE DRAFT RMP ADDRESSED NEW HORIZONTAL DRILLING
AND MULTI-STAGE HYDRAULIC FRACTURING TECHNOLOGIES? THIS
RELATIVELY NEW DRILLING TECHNOLOGY INVOLVES A FAR GREATER
MAGNITUDE OF IMPACTS, INCLUDING: DOUBLE THE SURFACE IMPACTS
OF CONVENTIONAL DRILLING; UP TO A 333% INCREASE IN AIR
POLLUTANT EMISSIONS INVOLVING 12 MORE TONS OF VOCS AND ONE
ADDITIONAL TON OF HAPS PER WELL; 5 TO IO TIMES MORE WATER AS
WELL AS INCREASED NOISE, LARGER WASTE VOLUMES, HABITAT
FRAGMENTATION AND LOSS, AND THOUSANDS OF ADDITIONAL ROUND
TRIPS OF TRUCK TRAFFIC PER WELL. WE ARE EFFECTIVELY KILLING OUR
PRECIOUS ECO-SYSTEM AND PUTTING AN END TO SUSTAINABILITY IN
WESTERN COLORADO. A THOROUGH STUDY OF THE DAMAGE TO ALL
FORMS OF LIFE RESULTING FROM LEAKAGE AND SPILLS OF TOXIC
CHEMICALS AS WELL AS SPILLS OF WATER, FLUIDS AND SANDS WHEN
TRANSPORTED FROM THE DRILLING SITES NEED TO BE REVIEWED AND
ANALYZED. #1])>
HOW CAN THE BLM CONSIDER ADDITIONAL DRILLING SITES FOR
FRACKING WHEN YOU HAVE NOT ANALYZED OIL AND GAS OPERATIONS
AND THEIR IMPACT ON HUMAN HEALTH? HOW CAN BLM PROVE THAT
NO HARM TO HUMAN HEALTH WILL RESULT FROM THESE OPERATIONS?

THE ONLY WAY TO PREVENT DESTROYING THE HUMAN HEALTH OF 1O,OOO
PLUS PEOPLE AND DESTROY AN ECONOMY THAT DEPENDS ON A
HEALTHY ENVIRONMENT IS TO CLOSE OFF 1OO% OF THE NORTH FORK
VALLEY TO OIL AND GAS LEASING. A NO-LEASING ALTERNATIVE IS THE
ONLY LOGICAL AND REASONABLE ALTERNATIVE WHICH CAN RESULT
FROM A HUMAN HEALTH IMPACT ANALYSIS.
REGARDS,

FormLetterRR  Organization:
Received: 11/29/2016  12:24:03  PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission  Category: Unique
Submitted As: Regular mail

BLM_0160144

Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterRR.htm (FormLetterRR-385585.htm  Size = 3 KB)
Submission  Text
To Dana Wilson  and Barb Sharrow
Re: Hydraulic  Fracturing  in the North Fork Valley
I am strongly  opposed  to the fracking  industry  coming  to the North Fork Valley  ond utilizing  our
public  lands  for private gain. The techniques  utilized  for fracking have not been proven safe for
our public  lands and water. Our community  relies on clean water and public  lands for
agricultural  production,  recreation  and the healthy lifestyle  that so many of us live here for.
The North Fork Valley  is a hub of agriculture  in Colorado,  shipping  produce throughout  the
state. The threats posed by fracking in The North Fork include  damaging  local economy by
potentially  harming  our watershed and polluting  our beautiful  farms. The benefits  of fracking
will  not impact our local community,  as the revenue raised will  not stay in the North Fork.
Agriculture  in the North Fork is on economic  driver.  It benefits  the
environment,  the community,  and our economy.  Agriculture  is on industry  that is essential  for
life. Colorado  is currently  increasing  its population  at alarming  rates. We need to move to a
sustainable  future for our residents  that include  access to clean water and healthy food for all
people. The BLM, government  agencies and citizens  of Colorado  can unite in encouraging
agriculture,  renewable energies and cottage industries  that contribute  to the vitality,  sustainability
and economic  stability  of the North Fork ond for all of Colorado.


<([#1 [41.2] Please do not allow hydraulic  fracturing  on our public  lands. An ounce of
prevention  is worth a pound of cure ond the damage  causes by the oil and gas industries  is
evident  and left to communities  and citizens  to clean up. There is no benefit  for our community
in this risky business.  Please take the health and wellbeing  of the people, animals,  environment,
and water into consideration  and at minimum  support the North Fork Alternative  Plan(B1),  at
most ban fracking  in Colorodo  like many other wise states and countries  have done. #1])>
Thank you for your consideration,


FormLetterRRR  Organization:
Received: 11/29/2016  12:30:23  PM
Commenter1: - ,
Organization1:
Commenter  Type:
Classification:  Substantive
Submission  Category: Unique
Submitted  As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterRRR.htm (FormLetterRRR-385586.htm  Size = 3 KB)
Submission  Text
Dear Barb Sharrow,
I am opposed  to the Final Environmental  Impact Statement (FEIS) for SG Interests I, Ltd's

BLM_0160145

Master Development Plan proposal and BLM's preferred alternative to develop up to 146 natural gas wells four
water disposal wells and associated access roads and pipeline. I am shocked when I see how much we have already damaged land, air and water in other locations causing earth quakes, methane gas leaks and
asthma, birth defects and other illnesses. It would be irresponsible to add more wells when we do not know which chemicals are in the fracking fluid. We don't know the ramifications of those chemicals put
into our ground water or potentially spilled or consumed by animals.
<([#1 [41.2] From what I have read, I believe that the BLM has not considered many factors, the least of which is the new drilling technology which has much greater impact with 333% increase in air pollutant emissions, 5-
10 times more water as well increased noise, an increase in waste, habitat fragmentation and damage to our roads from thousands of additional round trips of truck traffrc per single well! I am stunned that the BLM would consider a plan which opens up 95% of the Uncompahgre planning area to oil and gas leasing and development.
#1])>
And what will be left behind for future generations when the wells are abandoned? The damage will continue for long after the drilling stops.


<([#2 [21.1] I don't feel that the BLM explored all reasonable options and did not consider a no-leasing alternative. That is the only reasonable option. Knowing what we do about the impacts of oil and gas on human health, the environment and climate change, a no-leasing option is the best way to protect the North Fork Valley and ensure our community can continue to thrive in the future.
While that is the only option I feel is valid, if you won't consider a no-lease option, then Plan B1 would be the next #2])>
I request that the BLM include all proposed actions in the North Fork Alternative Bl in the final RMP. The BLM lands within the North Fork Altemalive area are adjacent to the communities of Hotchkiss, Paonia and Crawford and include areas that supply municipalwater and irrigation and domestic water companies. Also I request that the BLM include all other conservation protections in Alternative B.
Sincerely


FormLetterS Organization:
Received: 11/29/2016 12:32:02 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterS.htm (FormLetterS-385587.htm  Size = 2 KB)

BLM_0160146

Submission Text

To Dana Wilson or Whom It May Concern,

After reviewing the BLM's Draft Resource Management Plan, it is clear there is a blatant oversight. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

<([#1 [41.1] The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatal-itj-es, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing.

The BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. #1])> For these reasons, I demand either a moratorium until more research is completed or for the Uncompahgre Field Office to add a no leasing alternative to the RMP. More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence.

Regards,

FormLetterSS Organization:
Received: 11/29/2016 12:33:32 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterSS.htm (FormLetterSS-385588.htm Size = 1 KB)
Submission Text
Dana Wilson,

I am writing to request that the BLM choose the North Fork Alternative, B1, and all other reasonable conservation protections in Alternative B. The North Fork and the Roaring Fork Valley's stand together and we need to protect our delicate eco-systems.
There are numerous reasons why I am requesting this, Hydraulic
Fracturing has shown to be unsafe time and time again.

I live in Colorado because I love the outdoors. I value the clean air and water I am surrounded by on a daily basis. I am anxious over potential for contamination of our water supply from Hydraulic Fracturing. The BLM lands in the North Fork Alternative are adjacent to the communities of Hotchkiss, Paonia, and Crawford, and include areas that supply municipal water, and irrigation and domestic water companies.

Hydraulic Fracturing has not been proven safe, and it's exemption from the nation's Clean Air and Water Act leads me to believe further that this practice is highly unsustainable for the future of the North Fork, as well as the world as a whole. It is irresponsible to impose oil and gas development on impacted communities without appropriate compensation for health, economic, and environmental impact. Please,
let's not ruin the development of this area for short-term, unsustainable energy.

Regards

FormLetterSSS Organization:
Received: 11/29/2016 12:34:46 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterSSS.htm (FormLetterSSS-385589.htm Size = 3 KB)
Submission Text
Dear Barb Sharrow,
The North Fork Valley of Southwest Colorado is one of the most beautiful, fertile, and unique places in the world. It has been compared to Napa Valley, California. It merits protection from oil and gas development.
The North Fork Valley is being threatened by oil and gas development in a number of ways by Bureau of Land Management (BLM) actions:
- A Draft Resource Management Plan for the Uncompahgre Field Office, with a preferred alternative which seeks to open almost every acre of BLM minerals to oil and gas leasing;
- BLM's Final Environmental Impact Assessment which would allow a 146-
well Master Development Plan for the Bull Mountain Unit, northwest of
Paonia Reservoir to move forward.
In addition Representative Scott Tipton is proposing to legislatively exchange 30,000 acres in the Thompson Divide for 30,000 acres in Delta County, without any environmental oversight or public input.

<([#1 [30.3] The uniqueness of this valley-as home to the largest concentration of organic farms in the State of Colorado, Gold Medal fishing, prized big-game hunting aware winning fruits and wines-should have been considered by the BLM and was not. Tens of thousands of people from

BLM_0160148

outside the valley depend on the clean food this valley provides to farmers markets, grocery stores, community supported agriculture programs, and restaurants.

Clean water and clean air are the lifeblood of this community and the foundation for agriculture, and all the recreational activities that have made outdoor recreation a multibillion dollar industry that employs 6 times more people than the oil and gas industry and results in over 600 billion dollars of consumer spending--hunting, fishing, hiking, camping, mountain biking.

#1])>
BLM can and should designate the North Fork Valley a fully protected area from oil and gas development by adopting a no-leasing alternative. I am opposed to any oil and gas leasing in the North Fork Valley.

Thank you,


FormLetterT Organization:
Received: 11/29/2016 12:39:56 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterT.htm (FormLetterT-385590.htm Size = 2 KB)
Submission Text
Dana Wilson,
I am a resident of this valley writing to ask that you chose the North Fork Alternative, B1, and all other reasonable conservation protections in Alternative B. The issues brought to light by hydraulic fracturing affect me on both a personal and broader humanitarian level. First and foremost, hydraulic fracturing releases greenhouse gas emissions and impacts climate change. This poses a great risk to accelerating climate change by contributing methane and other greenhouse gases into the atmosphere.

<([#2 [41.2] Then, there is the more personal aspect of the situation. Hydraulic fracturing has impacts on the physical and mental health of humans. How can we expect to live normally when we are paranoid of each bite of food-each sip of water? Hydraulic fracturing creates risk to drinking water supplies for North Fork communities, potentially affecting 30,000 plus people. In the Valley, there are insufficient water supplies necessary to support fracturing and other drilling operations, particularly in this period of persistent drought. Beyond this, hydraulic fracturing is a risk to public health from airborne contaminants, ozone and smog, as well as contamination of ground and surface waters. #2])>

How can we possibly let this happen? Unsafe hydraulic fracturing in the North Fork Valley will be detrimental to residents of the valley and ultimately to co-inhabitants of this planet Earth. I am opposed to representative Tipton's Western Colorado Lease Exchange and Conservation Act of 2076. Please consider this letter.

Sincerely,


FormLetterTT Organization:
Received: 11/29/2016 12:46:54 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterTT.htm (FormLetterTT-385591.htm Size = 2 KB)
Submission Text
Dear Gina Jones,
As a resident of the Western Slope, I appreciate the quality of life we have here and the
opportunity to enjoy the wilderness for all types of recreation. In addition, I value the food that is
produced in this part of Colorado and want to see the air, water and soil protected
for all who live or visit these many amazing valleys. As stewards of the land, we all have a
responsibility to preserve what we can by thoroughly researching and considering the
implications of any changes which might cause harm or hurt our economy.
Therefore, I cannot support any increase in natural gas wells in the sensitive watershed of the
upper North Fork Area totaling an estimated 30,000 acres without any environmental oversight,
public input, and is subject to a dubious valuation process. This is irresponsible
due to undisclosed chemicals which are in the fracking fluid. Therefore, a no leasing option
should be considered because we don't know the ramifications of those chemicals put into our
ground water or potentially spilled or consumed by animals.
<([#1 [41.2] It is imperative that the BLM should offer a no lease option which permits no
increase in hydraulic fracturing. #1])> If that is not a possibility, then the only option I would
reluctantly accept is Alternative Plan B1.
Yours Sincerely,


FormLetterTTT Organization:
Received: 11/29/2016 12:49:11 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterTTT.htm (FormLetterTTT-385592.htm Size = 2 KB)
Submission Text

BLM_0160150

To Joe Meyer,

Recently I was reminded that according to NEPA, all government agencies are required to take a hard look at climate change. Then I read a study in which Secretary Jewell states, "Using sound science as the basis of this report, we can see that climate change is already impacting our nation's national parks.... 'According to Jonathon
Jarvis, Director of the National Park Service, climate change is ... the greatest threat to the integrity of our national parks that we have ever experienced.'"
It is not only the parks that need lo be considered. All public lands must be included...<([#1 [11.3]
I don't believe that the BLM took a comprehensive or hard look analysis of direct, indirect, and cumulative impacts, as required by NEPA.
The BLM failed to meaningfully analyze greenhouse gas emissions and the impacts of climate change, including the severity of these impacts and social cost of carbon and the BLM failed to consider various drilling technologies, including horizontal drilling and multi-stage fracking in its analysis.
The BLM did not properly analyze methane and other air pollutants or consider mitigation measures to reduce these impacts. The BLM has not completed a thorough analysis of the aforementioned areas. And the additional demands of fracking would overwhelm our area and deplete our limited water supply. #1])>


Therefore, I reject all options in the Draft RMP and demand that the BLM issue a moratorium.
Regards,


FormLetterU Organization:
Received: 11/29/2016 12:53:37 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterU.htm (FormLetterU-385593.htm  Size = 3 KB)
Submission Text
I am writing in opposition to hydraulic fracturing. I ask that you chose the North Fork Alternative B1, and all other reasonable conservation protections in Alternative B. I will say, though, that BLM did not explore all options I suggest that they go back to the drawing board and see what it would look like with zero fracking. The main reason is because there are so many unknown and undisclosed
chemicals n the hydraulic fracturing fluids. We have no idea what the ramifications will be if these chemicals got into our ground water, spilt on land, or how the will affect the wildlife. These are questions that should be answered before we let anyone drill into our land.

I am an environmentalist living in this Valley. I chose to live here because of the dense and lively eco-system in the area. <([#1 [41.2] In my opinion, The BLM has also failed to produce a balanced plan that took into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies. This relatively new drilling technology involves a far greater magnitude of impacts, including: double the

surface impacts of conventional drilllng; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and 1 additional ton of HAPs per well; 5 to 10 times more water; as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. #1])> BLM's proposed plan opens 95% of the Uncompahgre planning area to oil and

gas leasing and development. We are effectively KILLING our eco-system and putting END TO SUSTAINABILITY in Western Colorado.

I request that the BLM include all proposed actions in the North Fork Alternative, B1, in the flnal RMP. The BLM lands within the North Fork Alternative area are adjacent to the communities of Hotchkiss, Paonia, and Crawford and include areas that supply municipal water, and irrigation and domestic water companies, impact the scenic features of the Valley, and are high quality wildlife lands. The BLM should

ensure the strongest level of protection for resources of particular concern that warrant the strong protections that are included in Alternative B1, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration

corridors. Please include all other conservation protections in Alternative B.

Regards,


FormLetterUU Organization:
Received: 11/29/2016 12:56:44 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterUU.htm (FormLetterUU-385594.htm Size = 2 KB)
Submission Text
Dear Barb Sharrow,
I am a resident of Colorado who loves this state and the beauty that I see every day, I treasure the watersheds and know how much the health and wellbeing of everyone and every tree, plant, animal, bird and insect mean to those of us in the North Fork Valley. Already we have many endangered species and humans who suffer from asthma and neurological diseases.

BLM_0160152

Some of the negative impact on people, critters and the environment are due to the chemicals used in hydraulic fracturing as well as spills caused. As mentioned in the report from the NYS Department
of Health noted below, the price is too high to allow fracking to increase in our valley. <([#1 [21.1] Due to the undisclosed chemicals in the fracking fluid, it would be irresponsible to proceed without further study. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals. #1])> I am a steward of the land and want to care for it so that future generations will be able to live here without fear of drinking the water, eating the food or even breathing the air. We in Colorado need to be in the forefront by taking a stand to preserve what we have. There are too many unanswered questions to allow the BLM's RMP for the North Fork Valley to be approved, None of the options included protect us or include adequate assessments of the possible impacts.

I sincerely recommend that you do not allow any of the options mentioned in the RMP. There should be a NO LEASE option!
With Regards,

FormLetterUUU Organization:
Received: 11/29/2016 12:58:16 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterUUU.htm (FormLetterUUU-385595.htm  Size = 2 KB)
Submission Text
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, C0 81401
Dear Dana Wilson,
I am writing to ask that you please choose the North Fork Alternative, B1, and all other reasonable conservation protections in Alternative B.
I live in the North Fork for the hiking, biking, fishing, and hunting. <([#1 [41.2] Hydraulic Fracturing will leave a great impact on the wildlife inhabiting the North Fork Valley. It is clear that the BLM did not take a hard look at direct, indirect, and cumulative impacts, including the impact of human health, as well as consultation with the
Pipeline Hazardous Materials and Safety Administration and failed to consider the potential impacts that an exemption from safety rules would have on human health, the environment, and wildlife. #1])> Hydraulic Fracturing is irresponsible and threatens to end the way of life that keeps those alike and myself in the North Fork Valley. We don't just fish and hunt for sport, this is a lifestyle. Development here would

BLM_0160153

absolutely destroy local efforts in transforming the economy to one based on agro-tourism, recreation, agriculture, and organic clean food. It would also destroy our unique biodiversity. Finally, development of Hydraulic Fracturing in the North Fork Valley would contaminate our soils, water, and air. For those reasons and many
more chose the North Fork Alternative, B1, and all other reasonable conservation protections in Alternative B.

Best,


FormLetterV Organization:
Received: 11/29/2016 1:06:26 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterV.htm (FormLetterV-385596.htm  Size = 2 KB)
Submission Text
Dear Joe Meyer,
The pristine environment of the North Fork Valley is unique and valued greatly by all who reside here or visit. I oppose all the options in the BLM's RMP for the following reasons:
<([#1 [41.1] The BLM not consider include pipeline integrity, safety, inspections or management in the Draft RMP. We know that


Pipeline integrity can be compromised through flooding, mudslides, earthquakes and geologic instability.
In addition, leaks and spills occur at the drilling sites and along pipelines contaminating soil and water.
And what about ruptures and explosions occurring from faulty construction or a compromised pipeline?

None of these were addressed in the Draft RMP.
How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in its Draft Resource Management Plan? Pipelines fail. Unfortunately, rural gas gathering pipelines do not fall under federal safety regulations.
This must be addressed.
#1])>
The continuing impact of fracking throughout the country results in my being unwilling to risk myself and the 10,000 people in this valley. I, therefore, demand that the BLM issue a moratorium on oil and gas leasing and hydraulic fracturing.
Yours truly,

BLM_0160154

FormLetterVVV Organization:
Received: 11/29/2016 1:18:47 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterVVV.htm (FormLetterVVV-385597.htm  Size = 2 KB)
Submission Text
Dear Barb Sharrow, Gina Jones and Dana Wilson,

While I love Colorado and appreciate the quality produce and fresh foods from the North Fork
Valley, I will not consider purchasing anything from that area if there is an increase in hydraulic
fracturing and am even considering moving to another state.

Colorado products are marketed as some of the finest, tastiest and healthiest in the country. That
will totally change if the BLM allows the proposed RMP for the North Fork valley to proceed.
The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents
will find it impossible to travel. The damage to the environment and to anyone in the area will be
felt everywhere and will damage the economy accordingly.

The damage won't be just confined to the fragile ecosystem of the NFV. As shown in the links to
the articles below, truck collisions train derailments result in spills, which have caused untold
damage.
There are also methane and other leaks, which result in increased asthma and other health
problems. <([#2 [41.2] The BLM has failed to produce a balanced plan, which takes into
consideration new drilling and
fracking technologies. Which result in a 333% increase in air pollutant emissions involving 12
more tons of VOCs and one additional ton of HAPs per well plus 5-10 times more water,
increased noise,
larger volumes of waste, habitat disruption etc. Lastly, we have no idea, which chemicals are in
the fracking fluid and have no idea of the impact they will have on wildlife or the environment.
#2])>

<([#1 [21.1] The BLM has not considered all options. Where is the No Lease option? That must
be included as an alternative plan. #1])> I request that the BLM include all proposed actions in
the North Fork Alternative Bl in the final RMP. The BLM lands within the North Fork
Alternative area are
adjacent to the communities of Hotchkiss, Paonia and Crawford and include areas that supply
municipal water and inigation and domestic water companies. Also I request that the BLM
include all other conservation protections in Alternative B.

Thank you.

FormLetterW Organization:
Received: 11/29/2016 1:28:52 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterW.htm (FormLetterW-385598.htm Size = 1 KB)
Submission Text
BLM Uncompahgre Field Office

Dear Ma'am, Sir,

This letter pertains to the BLM's RMP and EIS providing information
intending to cause changes to proposed action.

It appears that the BLM's mission statement has been influenced and
skewed by certain industries. The BLM's mission statement does not direct or allude to such use.

There upon definition is required.
" . . . to sustain"; to hold, keep in existence, maintain sustenance for.
" . . . the health"; physical will-being, freedom from dis-ease, condition of.
" . . . diversity"; differences, variety (in the natural state).
" . . . and productivity"; fertile, abundant productivity, (that is what nature of itself does i.e.
producing by and of itself all that it is).
" . . . of the public"; the people as a whole, for benefit of all.
" . . . lands for the use of (being there) and enjoyment of present and future generations.".

The BLM is obligated to conscience prudent and shrewd management
and policy making.
Such policy making precludes such harm, pollution and destruction by
extractive industries. Such use is abominable.
Hence, the CHC North Fork Alternative Plan wisely proposes a
sagacious policy.
What the BLM and the public have to fear are the results of avarice
stupidity and ignorance.

Respectfully,

BLM_0160156

FormLetterWW Organization:
Received: 11/29/2016 1:29:48 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterWW.htm (FormLetterWW-385599.htm  Size = 2 KB)
Submission Text
Dear Dana Wilson,

As a representative of the youth of colorado r find it unfair and also incredibly destructive that
hydraulic fracturing is now a reality that I must live with. After reading new stories on Flint,
Michigan, ltoo have found myself living in a state of fear, wondering when our water will no
longer be drinkable' Is the risk really worth the "reward" if the "reward" guarantees damaging
our environment and has the potential
to ruin our water supply?

Growing up in Colorado, I naturally am someone who has a love of nature. This valley has been
my home much of my life. I have recently learned that fracking has the potential to contaminate
the ground
and surface waters which potentially threatens to damage or kill crops and livestock. There also
seem to be plenty of other problems surrounding fracking. For example, the risk of loss to
irrigation shares for multiple irrigation ditches in the North Fork, insufficient water supplies
necessary to support both fracking and other drilling and farming operations and the broader
economic viability of the North Fork. Is this worth it? Is this a message of "hope" and
"optimism" we want to provide to the valley's youth, better yet, this country's youth?

It is irresponsible to impose oil and gas development without federal, state and local
environmental reviews. Hydraulic fracturing will be the end of the North Fork Valley, a place
with so much to offer,
environmentally speaking. Therefore, I oppose all options in the BLM's Draft Resource
Management Plan and ask for a no lease option as the only one which will protect all of us and
our precious environment.

Sincerely yours,

FormLetterWWW Organization:
Received: 11/29/2016 1:35:11 PM
Commenter1: - ,
Organization1:
Commenter Type:

Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterWWW.htm (FormLetterWWW-385600.htm Size = 3 KB)
Submission Text
Dear Barb Sharrow,
The North Fork Valley of Southwest Colorado is one of the most beautiful, fertile, and unique places in the world. It has been compared to Napa Valley, California. It merits protection from oil and gas development.

The North Fork Valley is being threatened by oil and gas development in a number of ways by Bureau of Land Management (BLM) actions:
- A Draft Resource Management Plan for the Uncompahgre Field Office, with a preferred alternative which seeks to open almost every acre of BLM minerals to oil and gas leasing;
- BLM's Final Environmental Impact Assessment which would allow a 146-
well Master Development Plan for the Bull Mountain Unit, northwest of
Paonia Reservoir to move forward.
In addition Representative Scott Tipton is proposing to legislatively exchange 30,000 acres in the Thompson Divide for 30,000 acres in Delta County, without any environmental oversight or public input.

<([#1 [30.3] The uniqueness of this valley-as home to the largest concentration of organic farms in the State of Colorado, Gold Medal fishing, prized big-game hunting aware winning fruits and wines-should have been considered by the BLM and was not. Tens of thousands of people from outside the valley depend on the clean food this valley provides to farmers markets, grocery stores, community supported agriculture programs, and restaurants.
Clean water and clean air are the lifeblood of this community and the foundation for agriculture, and all the recreational activities that have made outdoor recreation a multibillion dollar industry that employs 6 times more people than the oil and gas industry and results in over 600 billion dollars of consumer spending--hunting,
fishing, hiking, camping, mountain biking.
#1])> BLM can and should designate the North Fork Valley a fully protected area from oil and gas development by adopting a no-leasing alternative. I am opposed to any oil and gas leasing in the North Fork Valley.

Thank you,


FormLetterX Organization:
Received: 11/29/2016 1:38:53 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive

Submission  Category: Unique
Submitted  As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterX.htm (FormLetterX-385601.htm  Size = 2 KB)
Submission  Text
To Joe Meyers,
As the concern for our pristine  North Fork  Valley  grows, I want to know why the BLM did  not
consider the impact on recreation, hunting  and fishing  in the Draft RMP.
A bid for more than one million  acres in the Central Valley was denied by Judge Michael
Fitzgerald  who found that the BLM failed to consider the dangers of fracking...'The bureau failed
to take a'hard look'at  the environmental  impact of the resource management plan....'Judge
Fitzgerald  said in his ruling.'"

<([#1 In the Draft Uncompahgre RMP, the BLM did  not adequately consider the
impact of industrial  oil  and gas operations,  air pollution  and water
contamination  on the health of wildlife  animals  nor the impact on the
hunting  and fishing  economy:
Impacts on hunting  due to changes in wildlife  migration  and
reproduction  habits.
BLM did  not consider the decreased recreational value of BLM lands
from industrial  oil  and gas activities.
Proximity  damage to Wilderness, Wilderness  Study Areas and National
Parks.
Impacts from noise pollution,  negatively  affecting wildlife,  and bird
migration  patterns. Impacts from light pollution  from drilling  rigs on
wildlife  and recreational expectations and experience #1])>

<([#2 [21.1] I am unwilling  to consider any of the options  in the BLM's Draft RMP due to
continuing  negative impact of fracking on the environment  and everyone living,  working  or
vacationing  in areas near fracking.  I demand that the BLM issue a moratorium  on oil and gas
Íeasing and hydraulic  fracturing.
#2])> Sincerely,


FormLetterXX  Organization:
Received: 11/29/2016  1:41:42 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification:  Substantive
Submission  Category: Unique
Submitted  As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali

Attachments: FormLetterXX.htm (FormLetterXX-385602.htm Size = 3 KB)
Submission Text
To The BLM:

I am opposed to all of the options offered in the BLM's Draft Resource Management Plan for the Uncompahgre region. I believe that it is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of
organic farms in Colorado. This development would destroy the unique biodiversity, contaminate soils, water and air, and impair human health by increasing the risk of respiratory, endocrine, immune, and cardiovascular diseases. In addition, I noticed that there is nowhere in the Draft RMP that pipeline safety, maintenance or inspection is
mentioned.
The residents, farmers and ranchers in this watershed truly care for the resources, and as stewards of the land want to make sure that future generations continue to enjoy the quality of life that is currently available in this valley.
<([#2 [41.2] A thorough analysis must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With a significant number of new natural gas wells, will we too have earthquakes and more health risks, such as asthma and neurological diseases? The article below addresses the consequences of hydraulic
fracturing in terms of dollars and lives. We can't take that chance.
As mentioned in the wilderness.org article cited below, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and
toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health." Methane is also mentioned as a problem related to fracking. #2])>

I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. <([#1 [21.1] I urge the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a
web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, and risk human and animal life. #1])>
Regards


FormLetterXXX Organization:
Received: 11/29/2016 1:43:54 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali

Attachments: FormLetterXXX.htm  (FormLetterXXX-385603.htm  Size = 2 KB)
Submission  Text
To The Acting UFO Manager,
I am firmly against the options presented in the BLM's Draft Resource Management Plan for the
Uncompahgre Region and ask that the BLM issue a moratorium on oil and gas leasing until rural
gas gathering pipelines are regulated.
It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the
largest concentration of organic farms in the state. Any increase in hydraulic fracturing would
damage the unique biodiversity and pollute soil, water and air while increasing the risk to human
health. <([#1 [41.1] I am also concerned that nowhere in the Draft RMP are pipeline safety,
maintenance or inspections addressed. As rural gas gathering lines are exempt from federal
pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western
Slope each year would be at risk.
In addition, BLM did not consider the lack of pipeline safety inspections in rural areas. The
National Association of Pipeline Safety Representatives, an association representing state
pipeline safety officials, produced a compendium of state pipeline regulations showing that most
states with delegated authority from PHMSA to conduct intrastate inspections do not have
expanded regulations that cover increased oversight of gathering companies building gathering
pipelines in rural areas are generally not subject to inspection and do not have to report the
location and characteristics of much of the gathering pipelines being installed. It only makes
sense that before a decision is made on leasing the lands, BLM would thoroughly conduct an
assessment on the possible repercussions from unregulated rural gas gathering pipelines. #1])>
Further studies and pipeline regulations must be completed before any increase in hydraulic
fracturing can be allowed. The price is too high for all of us. Please act in the interest of the
people and follow the BLM's mission statement at the same time.

Sincerely,


FormLetterY Organization:
Received: 11/29/2016 1:50:13 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterY.htm (FormLetterY-385604.htm  Size = 3 KB)
Submission Text
Dear Barb Sharrow, Gina Jones and Dana Wilson,
While I love Colorado and appreciate the quality produce and fresh foods from the North Fork
valley, I will not consider purchasing anything from that area if there is an increase in hydraulic
fracturing and am even considering moving to another state.
Colorado products are marketed as some of the finest, tastiest and healthiest in the country. That

BLM_0160161

will totally change if the BLM allows the proposed RMP for the North Fork valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

The damage won't be just confined to the fragile ecosystem of the NFV. As shown in the links to the articles below, truck collisions train derailments result in spills, which have caused untold damage.

There are also methane and other leaks, which result in increased asthma and other health problems. <([#1 [41.2] The BLM has failed to produce a balanced plan, which takes into consideration new drilling and

fracking technologies. Which result in a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well plus 5-10 times more water, increased noise,

larger volumes of waste, habitat disruption etc. Lastly, we have no idea, which chemicals are in the fracking fluid and have no idea of the impact they will have on wildlife or the environment. #1])> <([#2 [21.1] The BLM has not considered all options. Where is the No Lease option? That must be included as an alternative plan. #2])> I request that the BLM include all proposed actions in the North Fork Alternative B1 in the final RMP. The BLM lands within the North Fork Alternative area are

adjacent to the communities of Hotchkiss, Paonia and Crawford and include areas that supply municipal water and irrigation and domestic water companies. Also I request that the BLM include all other conservation protections in Alternative B.

Thank you.

Sincerely,


FormLetterYY Organization:
Received: 11/29/2016 1:53:36 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterYY.htm (FormLetterYY-385605.htm  Size = 3 KB)
Submission Text
To The Acting Uncompahgre Field Office Manager,
I am opposed to all the options offered in the BLM's Draft Resource Management Plan for the North Fork Valley and demand that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.
It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. <([#2 [41.1] I am also concerned that nowhere in the Draft RMP are pipeline safety,

maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk. #2])>

<([#1 [41.2] Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With the increase in natural gas wells, will we also start experiencing earthquakes along with increased health risks, such as asthma and neurological diseases? Read the article below that discusses the definitive link between injection wells and earthquakes. As noted in the article, the consequences of hydraulic fracturing are costing communities unexpected expenses and also human lives. We can't take that chance.

As mentioned in the wilderness.org article, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking. I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. #1])>


Regards,


FormLetterYYY Organization:
Received: 1/4/2017 2:43:53 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterYYY.htm (FormLetterYYY-391728.htm   Size = 2 KB)
Submission Text
Uncompahgre Field Office
2465 South Townsend Ave
Montrose, CO 81401


To: Gina Jones
I am opposed to the Final Environmental Impact Statement (FEIS) for SG Interests I, Ltd's Master
Development Plan(MDP) proposal and all the options. With the addition of 146 natural gas wells, four
water disposal wells and associated access roads and pipelines. The Bull Mountain Unit is approximately
19,670 acres of the most beautiful and fertile places in the world and deserves to be protected

from oil and
gas development.
My reasons for this stance are primarily that it is irresponsible to locate oil and gas operations in a
sensitive watershed which directly feeds the largest concentration of organic farms in the State. This
development would destroy the unique biodiversity. Such development would contaminate soils, water
and air and impair human health increasing the risk of respiratory, endocrine, immune and cardiovascular
diseases.
My family and I live in this watershed because the residents, farmers and ranchers truly care for the
resources and as stewards of the land we want to make sure that future generations continue to enjoy the
quality of life that is currently available in this valley.
Further analysis must be completed before any increase in hydraulic fracturing can be allowed. The price
is too high for all of us.
Yours sincerely
Cc: Sally Jewel, John Hickenlooper, D. Wilson, M. Roeber, Rep. Jared Poils, Barb Sharrow


FormLetterZ Organization:
Received: 11/29/2016 1:56:41 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterZ.htm (FormLetterZ-385606.htm Size = 3 KB)
Submission Text
To BLM UFO Field Manager:
According to the BLM's own mission statement, the "(BLM) may best be described'as a small
agency with a big mission: To sustain the health, diversity, and productivity of Americas public
lands for the use and enjoyment of present and future generations." I realize that the BLM needs
to bring in income, but not at the expense of the health and
diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations
for the following reasons.
<([#1 [18.3] In the Draft RMP, the BLM never addresses the volatile organic compounds
(VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released,
leaked, or spilled as a result of drilling continuous operations or accidents, and their impact on
people's health. #1])>

BLM_0160164

<([#3 [41.1] Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. #3])>

<([#2 [18.3] I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health. I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? #2])> The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards,


FormLetterZZ Organization:
Received: 11/29/2016 1:59:58 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Substantive
Submission Category: Unique
Submitted As: Regular mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterZZ.htm (FormLetterZZ-385607.htm  Size = 3 KB)
Submission Text
To Whom It May Concern:
While I love Colorado and appreciate the quality produce and fresh foods from the North Fork Valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing.

While the NFV products are marketed as some of the finest, tastiest and healthiest in the country that will completely change if the BLM allows the proposed RMP for the North Fork Valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

Why has the BLM not prepared a comprehensive analysis of hydraulic fracturing and the many environmental toxins that are present in the water, air and soil after fracking?

<([#1 [41.1] How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The RMP draft document never mentions pipeline safety or pipeline integrity management. The

BLM_0160165

integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM. #1])>

Sincerely,


FormLetterZZZ Organization:
Received: 1/4/2017 2:45:21 PM
Commenter1: - ,
Organization1:
Commenter Type:
Classification: Nonsubstantive
Submission Category: Unique
Submitted As: E-Mail
Form Letter Category: Master form letter
Form Letter Master:
Current Task: Review Assigned/Due: zghali
Attachments: FormLetterZZZ.htm (FormLetterZZZ-391729.htm Size = 2 KB)
Submission Text
Gina Jones and Barb Sharrow,
I am a Colorado resident who is opposed to the Final Environmental Impact Statement (FEIS) for SG Interests I, Ltd's Master Development Plan (MDP) proposal, and BLM's preferred alternative to develop up to 146 natural gas wells, four water disposal wells, and associated access roads and pipelines. This plan is irresponsible and potentially hazardous to clean air, fresh water, and food sheds. As an organic farmer, this plan upsets me, and leaves me in fear of going out of business. Who really wants to eat food from an organic farm whose irrigation water comes so close from a natural gas well or water disposal well? Please consider that.

Development in the North fork would contaminate soils, water, and air. This valley has a long agricultural history and with the closure of the coal industry, the valley is just now experiencing the opportunity to re-invent itself. Hydraulic Fracturing, just like coal before it, will soon enough prove itself unsustainable, pushing the valley further into poverty. Rather, we should focus on cleaning up our environment and creating revenue from our excellent agro-tourism industry.

Leasing BLM land for SG interests is unethical and unfair to the people of the North Fork, Colorado, and the country as a whole. It is entirely irresponsible to permanently remove water from the hydraulic system. We don't know what the undisclosed chemicals used in hydraulic fracturing are. These chemicals could destroy BLM land. Our unique biodiversity may never recover. No leasing MUST

BLM_0160166

be explored as an option.  What will this do to our watersheds?

I urge you, before leasing our beautiful land to be pumped and destroyed in the conquest of quick revenue, please consider all that would be destroyed by doing so. Let this Valley flourish, not just for a few years, but also for generations. Let us have our own sustainable economy. I am opposed to any oil and gas leasing in the North Fork Valley.
Thank you,

BLM_0160167